# EXHIBIT A

| | AUTHOR | TITLE | COPYRIGHT REGISTRATION NUMBER | PUBLISHER |
|---|---|---|---|---|
| 1 | Ahern, Cecelia | PS, I Love You | TX0005895532 | Hachette |
| 2 | Albertalli, Becky | Simon vs. the Homo Sapiens Agenda | TX0008021205 | HarperCollins |
| 3 | Applegate, Katherine | The One and Only Ivan | TX0007555692 | HarperCollins |
| 4 | Bacigalupi, Paolo | Ship Breaker | TX0007254031 | Hachette |
| 5 | Brown, Brené | Daring Greatly: How the Courage to Be Vulnerable Transforms the Way We Live, Love, Parent, and Lead | TX0007634717 | Penguin Random House |
| 6 | Brown, Pierce | Golden Son | TX0008016409 | Penguin Random House |
| 7 | Brown, Sandra | Best Kept Secrets | TX0002539419 | Hachette |
| 8 | Brown, Sandra | The Witness | TX0005069323 | Hachette |
| 9 | Bryson, Bill | A Short History of Nearly Everything | TX0005819304 | Penguin Random House |
| 10 | Bryson, Bill | A Short History of Nearly Everything: Special Illustrated Edition | TX0006307243 | Penguin Random House |
| 11 | Cabot, Meg | The Bride Wore Size 12 | TX0007783913 | HarperCollins |
| 12 | Carter, Les | Enough About You, Let's Talk About Me: How to Recognize and Manage the Narcissists in Your Life | TX0006325485 | Wiley |
| 13 | Catling, Patrick Skene | The Chocolate Touch | A00000069921, RE0000055493 | HarperCollins |
| 14 | Cisneros, Sandra | The House on Mango Street | TX0003739076 | Penguin Random House |
| 15 | Conti, Peter; Harris, Peter | Commercial Real Estate Investing for Dummies | TX0007025526 | Wiley |
| 16 | Corey, James S.A. | Leviathan Wakes | TX0007439248 | Hachette |
| 17 | Corey, James S.A. | Caliban's War | TX0007617575 | Hachette |
| 18 | Crossan, Sarah | Breathe | TX0007683648 | HarperCollins |
| 19 | Crossan, Sarah | Resist | TX0007793191 | HarperCollins |
| 20 | Danforth, Emily M. | The Miseducation of Cameron Post | TX0007538437 | HarperCollins |
| 21 | Demuth, Patricia | Who is Bill Gates? | TX0007733894 | Penguin Random House |
| 22 | Dugoni, Robert | The Jury Master | TX0006525282 | Hachette |
| 23 | Epstein, David J. | The Sports Gene: Inside the Science of Extraordinary Athletic Performance | TX0007771878 | Penguin Random House |
| 24 | Evanovich, Janet | Foul Play | TX0002495088 | HarperCollins |
| 25 | Fisher, Kenneth L. | The Only Three Questions that Still Count: Investing by Knowing What Others Don't | TX0007513212 | Wiley |
| 26 | Fitzpatrick, Huntley | My Life Next Door | TX0007565514 | Penguin Random House |
| 27 | Flynn, Gillian | Gone Girl | TX0007548935 | Penguin Random House |
| 28 | Forman, Gayle | If I Stay | TX0006970259 | Penguin Random House |
| 29 | Gardner, Lisa | Fear Nothing | TX0007509675 | Penguin Random House |
| 30 | Giddings, Anita; Clifton, Sherry Stone | Oil Painting for Dummies | TX0007089078 | Wiley |
| 31 | Gilbert, Elizabeth | Eat, Pray, Love: One Woman's Search for Everything Across Italy, India and Indonesia | TX0006375345 | Penguin Random House |
| 32 | Gladwell, Malcolm | David and Goliath: Underdogs, Misfits, and the Art of Battling Giants | TX0007814165 | Hachette |
| 33 | Gladwell, Malcolm | What the Dog Saw | TX0007118941 | Hachette |
| 34 | Gladwell, Malcolm | Blink: The Power of Thinking Without Thinking | TX0006120724 | Hachette |
| 35 | Gladwell, Malcolm | Tipping Point: How Little Things Can Make a Big Difference | TX0005861769 | Hachette |
| 36 | Golding, William | Lord of the Flies | A00000207331, RE0000165908 | Penguin Random House |
| 37 | Gordon, Jon | The Energy Bus | TX0006916245 | Wiley |
| 38 | Grabenstein, Chris | Escape from Mr. Lemoncello's Library | TX0007770723 | Penguin Random House |
| 39 | Graham, Benjamin | The Intelligent Investor | A33116, R661874, A411612, RE369865, A141550, RE127674 | HarperCollins |
| 40 | Grant, Adam M. | Give and Take: a Revolutionary Approach to Success | TX0007685330 | Penguin Random House |
| 41 | Grisham, John | The Innocent Man: Murder and Injustice in a Small Town | TX0006447726 | Penguin Random House |
| 42 | Grisham, John | Theodore Boone: Kid Lawyer | TX0007198794 | Penguin Random House |
| 43 | Grisham, John | Theodore Boone: The Accused | TX0007558149 | Penguin Random House |
| 44 | Hall, Michael | Red: A Crayon's Story | TX0008019464 | HarperCollins |
| 45 | Herman, Gail | Who was Jackie Robinson? | TX0007326367 | Penguin Random House |
| 46 | Hiaasen, Carl | Scat | TX0006920819 | Penguin Random House |
| 47 | Hurston, Zora Neale | Their Eyes Were Watching God | A108603, R357931 | HarperCollins |
| 48 | Jahren, Hope | Lab Girl | TX0008263021 | Penguin Random House |
| 49 | James, Marlon | A Brief History of Seven Killings | TX0007950885 | Penguin Random House |
| 50 | Jance, J.A. | Judgment Call | TX0007580015 | HarperCollins |
| 51 | Jance, J.A. | Dance of the Bones | TX0008123060 | HarperCollins |
| 52 | Kalanithi, Paul | When Breath Becomes Air | TX0008170188 | Penguin Random House |
| 53 | Kate, Lauren | Fallen | TX0007162746 | Penguin Random House |
| 54 | Kelly, Martha Hall | Lilac Girls | TX0008288854 | Penguin Random House |
| 55 | Klay, Phil | Redeployment | TX0007856163 | Penguin Random House |
| 56 | Krakauer, Jon | Into the Wild | TX0004242389 | Penguin Random House |
| 57 | Kraynak, Cecie; Kraynak, Joe | Spanish All-in-One for Dummies | TX0007152269 | Wiley |
| 58 | Kuhn, Karl F. | Basic Physics | TX0004294866 | Wiley |
| 59 | L'Amour, Louis | Hondo | A00000113543, RE0000107198 | Penguin Random House |
| 60 | Larson, Edward J. | The Return of George Washington | TX0007922775 | HarperCollins |
| 61 | Larson, Erik | Dead Wake: the Last Crossing of the Lusitania | TX0008257868 | Penguin Random House |
| 62 | Lazarus, William P.; Sullivan, Mark | Comparative Religion for Dummies | TX0007241296 | Wiley |

| 63 | Lehane, Dennis | World Gone By | TX0008039819 | HarperCollins |
|---|---|---|---|---|
| 64 | Lencioni, Patrick | The Five Dysfunctions of a Team: a Leadership Fable | TX0005757057 | Wiley |
| 65 | Lencioni, Patrick | The Advantage: Why Organizational Health Trumps Everything Else in Business | TX0007503919 | Wiley |
| 66 | Lencioni, Patrick | Overcoming the Five Dysfunctions of a Team | TX0006165385 | Wiley |
| 67 | Lencioni, Patrick | The Three Signs of a Miserable Job: a Fable for Managers (and Their Employees) | TX0007006036 | Wiley |
| 68 | Lencioni, Patrick | Getting Naked: a Business Fable About Shedding the Three Fears that Sabotage Client Loyalty | TX0007161860 | Wiley |
| 69 | Levine, Barry | All the President's Women: Donald Trump and the Making of a Predator | TX0008836048 | Hachette |
| 70 | Lewis, C. S. | The Lion, the Witch, and the Wardrobe | AI-2945, R678216 | HarperCollins |
| 71 | Lewis, C. S. | The Magician's Nephew | A00000203269, AI0000004618, RE0000172597 | HarperCollins |
| 72 | Lu, Marie | Legend | TX0007477993 | Penguin Random House |
| 73 | Mandel, Emily St. John | Station Eleven | TX0007946421 | Penguin Random House |
| 74 | Martin, George R. R. | A Dance with Dragons | TX0007400734 | Penguin Random House |
| 75 | McCarthy, Cormac | The Road | TX0006556613 | Penguin Random House |
| 76 | Miller, Donalyn | The Book Whisperer | TX0007254399 | Wiley |
| 77 | Morgenstern, Erin | The Night Circus | TX0007425933 | Penguin Random House |
| 78 | Morrison, Toni | Song of Solomon | A00000904465, RE0000921551 | Penguin Random House |
| 79 | Morrison, Toni | The Bluest Eye | A00000222644, RE0000785522 | Penguin Random House |
| 80 | Nelson, Marilyn | How I Discovered Poetry | TX0007846518 | Penguin Random House |
| 81 | O'Connor, Jane; Glasser, Robin | Fancy Nancy: Too Many Tutus | TX0007690991, VA0001862482 | HarperCollins |
| 82 | O'Connor, Jane; Glasser, Robin | Fancy Nancy: Super Secret Surprise Party | TX0008070920, VA0001967523 | HarperCollins |
| 83 | Palmer, Parker J. | Let Your Life Speak: Listening for the Voice of Vocation | TX0005080321 | Wiley |
| 84 | Park, Barbara | Junie B., First Grader: Boss of Lunch | TX0005623738 | Penguin Random House |
| 85 | Patchett, Ann | Commonwealth | TX0008316769 | HarperCollins |
| 86 | Patterson, James | Middle School, the Worst Years of My Life | TX0007593552 | Hachette |
| 87 | Patterson, James | Invisible | TX0007953870 | Hachette |
| 88 | Patterson, James; Grabenstein, Chris | I Funny: A Middle School Story | TX0007629856 | Hachette |
| 89 | Peirce, Lincoln | Big Nate: Mr. Popularity | TX0007908851 | HarperCollins |
| 90 | Peirce, Lincoln | Big Nate: Genius Mode | TX0007715101 | HarperCollins |
| 91 | Peirce, Lincoln | Big Nate Goes for Broke | TX0007521998 | HarperCollins |
| 92 | Pinker, Steven | The Better Angels of Our Nature: Why Violence has Declined | TX0007454376 | Penguin Random House |
| 93 | Plath, Sylvia | The Bell Jar | A275047 | HarperCollins |
| 94 | Pratchett, Terry | Night Watch | TX0005702246 | HarperCollins |
| 95 | Redwine, C. J. | Defiance | TX0007683441 | HarperCollins |
| 96 | Ritchhart, Ron | Making Thinking Visible: How to Promote Engagement, Understanding, and Independence for All Learners | TX0007397014 | Wiley |
| 97 | Rohr, Richard | Falling Upward: a Spirituality for the Two Halves of Life | TX0007368227 | Wiley |
| 98 | Salinger, J. D. | The Catcher in the Rye | A00000056070, RE0000018341 | Hachette |
| 99 | Salinger, J. D. | Nine Stories | TX0000625326, RE0000130457 | Hachette |
| 100 | Salinger, J. D. | Franny and Zooey | A00000591015, RE0000438737 | Hachette |
| 101 | Salinger, J. D. | Raise High the Roof Beam, Carpenters, and Seymour: An Introduction | B00000776866, RE0000340311, B00000564939, RE0000157487 | Hachette |
| 102 | Sandford, John | Phantom Prey | TX0007189422 | Penguin Random House |
| 103 | Schaefer, Charles E.; DiGeronimo, Theresa Foy | Ages and Stages: a Parent's Guide to Normal Childhood Development | TX0005277840 | Wiley |
| 104 | Schneider, Robyn | Extraordinary Means | TX0008104539 | HarperCollins |
| 105 | Semple, Maria | Today Will Be Different | TX0008324577 | Hachette |
| 106 | Silberman, Steve | Neurotribes: the Legacy of Autism and the Future of Neurodiversity | TX0008202678 | Penguin Random House |
| 107 | Snicket, Lemony | Who Could That Be at This Hour? | TX0007615258 | Hachette |
| 108 | Snicket, Lemony | When Did You See Her Last? | TX0007818551 | Hachette |
| 109 | Stewart, Trenton Lee | The Extraordinary Education of Nicholas Benedict | TX0007552463 | Hachette |
| 110 | Stewart, Trenton Lee | The Mysterious Benedict Society | TX0006577654 | Hachette |
| 111 | Stewart, Trenton Lee | The Mysterious Benedict Society and the Perilous Journey | TX0007018489 | Hachette |
| 112 | Stone, Douglas | Thanks for the Feedback: the Science and Art of Receiving Feedback (Even When it is Off-Base, Unfair, Poorly Delivered, and Frankly, You're Not in the Mood) | TX0007885277 | Penguin Random House |
| 113 | Strout, Elizabeth | The Burgess Boys | TX0007729095 | Penguin Random House |
| 114 | Tahir, Sabaa | An Ember in the Ashes | TX0008301050 | Penguin Random House |
| 115 | Turnage, Sheila | Three Times Lucky | TX0007558141 | Penguin Random House |
| 116 | van der Kolk, Bessel A. | The Body Keeps the Score: Brain, Mind, and Body in the Healing of Trauma | TX0007949079 | Penguin Random House |
| 117 | Wiesel, Elie | Open Heart | TX0007647478 | Penguin Random House |
| 118 | Wilder, Laura Ingalls | Little House in the Big Woods | A50595, R240866 | HarperCollins |
| 119 | Wilder, Laura Ingalls | Little House on the Prairie | A86517, R321069 | HarperCollins |
| 120 | Wilder, Laura Ingalls | Farmer Boy | A67106, R270763 | HarperCollins |

| 121 | Winspear, Jacqueline | A Dangerous Place | TX0008047542 | HarperCollins |
| 122 | Winspear, Jacqueline | Journey to Munich | TX0008265362 | HarperCollins |
| 123 | Winspear, Jacqueline | Elegy for Eddie | TX0007508297 | HarperCollins |
| 124 | Woofenden, Ian | Wind Power for Dummies | TX0007154083 | Wiley |
| 125 | Wouk, Herman | The Winds of War | A00000278899, RE0000652979 | Hachette |
| 126 | Wouk, Herman | The Caine Mutiny: A Novel of World War II | A00000053612, RE0000018386 | Hachette |
| 127 | Zuckerman, Gregory | The Man Who Solved the Market | TX0008865827 | Penguin Random House |