UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC, | : : : : |
| Plaintiffs, | : : |
| -against- | : **PLAINTIFFS' RULE 7.1 <u>DISCLOSURE STATEMENT</u>** : : |
| INTERNET ARCHIVE and DOES 1 through 5, inclusive, | : : |
| Defendants. | |

20 Civ. _____

ECF Case

------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Hachette Book Group, Inc. ("Hachette"), HarperCollins Publishers LLC ("HarperCollins"), John Wiley & Sons, Inc. ("Wiley"), and Penguin Random House LLC ("Penguin Random House") (together, "Plaintiffs") state the following:

1. Hachette states that it is a wholly-owned subsidiary of Hachette Livre USA, Inc.

2. HarperCollins states that News Corporation, a publicly-held company, is the ultimate parent corporation of HarperCollins. No publicly-held company owns 10% or more of News Corporation's stock.

3. Penguin Random House LLC is a limited liability company whose ultimate parent corporation is Bertelsmann SE & Co. KGaA, a privately-held company.

4. Wiley states that it is a publicly-traded company. Wiley has no parent corporation, and there is no publicly-held corporation that owns 10% or more of its stock.

Dated: June 1, 2020
     New York, New York

1

DAVIS WRIGHT TREMAINE LLP

*/s/ Elizabeth A. McNamara*
Elizabeth A. McNamara
Linda Steinman
John M. Browning
Meredith I. Santana
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Email: lizmcnamara@dwt.com
           lindasteinman@dwt.com
           jackbrowning@dwt.com
           meredithsantana@dwt.com

OPPENHEIM + ZEBRAK, LLP

Matthew J. Oppenheim
Scott A. Zebrak (*pro hac vice* motion forthcoming)
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Phone: (202) 480-2999
Email:  matt@oandzlaw.com
            scott@oandzlaw.com

*Attorneys for Plaintiffs*