UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC, | : : : : |
| Plaintiffs, | : : |
| -against- | : **NOTICE OF APPEARANCE** : : |
| INTERNET ARCHIVE and DOES 1 through 5, inclusive, | : : |
| Defendants. | : |

20 Civ. _____

ECF Case

------------------------------------------- x

To: The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., and Penguin Random House LLC.

Dated: June 1, 2020

/s/ Meredith I. Santana
Meredith I. Santana
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Fax: (212) 489-8340
Email: meredithsantana@dwt.com

*Attorney for Plaintiffs*