UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x

HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,

              Plaintiffs,

     -against-

INTERNET ARCHIVE and DOES 1 through 5, inclusive,

              Defendants.

------------------------------------------- x

20 Civ. _____

    ECF Case

**NOTICE OF APPEARANCE**

To: The Clerk of Court and All Parties of Record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., and Penguin Random House LLC.

Dated: June 1, 2020

                                          */s/ John M. Browning*
                                          John M. Browning
                                          DAVIS WRIGHT TREMAINE LLP
                                          1251 Avenue of the Americas, 21st Floor
                                          New York, NY 10020
                                          Phone: (212) 489-8230
                                          Fax: (212) 489-8340
                                          Email: jackbrowning@dwt.com

                                          *Attorney for Plaintiffs*