UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------- x

HACHETTE BOOK GROUP, INC., :
HARPERCOLLINS PUBLISHERS LLC, JOHN
WILEY & SONS, INC., and PENGUIN RANDOM : 20 Civ. _____
HOUSE LLC,
: ECF Case
        Plaintiffs,
:

: **NOTICE OF APPEARANCE**

    -against- :

:

INTERNET ARCHIVE and DOES 1 through 5, :
inclusive,
:
        Defendants.

----------------------------------------- x

To: The Clerk of Court and All Parties of Record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., and Penguin Random House LLC.

Dated: June 1, 2020

        */s/ Elizabeth A. McNamara*
        Elizabeth A. McNamara
        DAVIS WRIGHT TREMAINE LLP
        1251 Avenue of the Americas, 21st Floor
        New York, NY 10020
        Phone: (212) 489-8230
        Fax: (212) 489-8340
        Email: lizmcnamara@dwt.com

        *Attorney for Plaintiffs*