AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court for the Southern District of New York<br>500 Pearl Street<br>New York, NY 10007 | |
|---|---|---|
| DOCKET NO.<br>20cv4160 | DATE FILED<br>6/1/2020 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC | INTERNET ARCHIVE and DOES 1 THROUGH 5, INCLUSIVE |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | Please see the attached list. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>/s/ J. Gonzalez | DATE<br>6/1/2020 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

| | COPYRIGHT REGISTRATION NUMBER | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | TX0005895532 | PS, I Love You | Ahern, Cecelia |
| 2 | TX0008021205 | Simon vs. the Homo Sapiens Agenda | Albertalli, Becky |
| 3 | TX0007555692 | The One and Only Ivan | Applegate, Katherine |
| 4 | TX0007254031 | Ship Breaker | Bacigalupi, Paolo |
| 5 | TX0007634717 | Daring Greatly: How the Courage to Be Vulnerable Transforms the Way We Live, Love, Parent, and Lead | Brown, Brené |
| 6 | TX0008016409 | Golden Son | Brown, Pierce |
| 7 | TX0002539419 | Best Kept Secrets | Brown, Sandra |
| 8 | TX0005069323 | The Witness | Brown, Sandra |
| 9 | TX0005819304 | A Short History of Nearly Everything | Bryson, Bill |
| 10 | TX0006307243 | A Short History of Nearly Everything: Special Illustrated Edition | Bryson, Bill |
| 11 | TX0007783913 | The Bride Wore Size 12 | Cabot, Meg |
| 12 | TX0006325485 | Enough About You, Let's Talk About Me: How to Recognize and Manage the Narcissists in Your Life | Carter, Les |
| 13 | A00000069921, RE0000055493 | The Chocolate Touch | Catling, Patrick Skene |
| 14 | TX0003739076 | The House on Mango Street | Cisneros, Sandra |
| 15 | TX0007025526 | Commercial Real Estate Investing for Dummies | Conti, Peter; Harris, Peter |
| 16 | TX0007439248 | Leviathan Wakes | Corey, James S.A. |
| 17 | TX0007617575 | Caliban's War | Corey, James S.A. |
| 18 | TX0007683648 | Breathe | Crossan, Sarah |
| 19 | TX0007793191 | Resist | Crossan, Sarah |
| 20 | TX0007538437 | The Miseducation of Cameron Post | Danforth, Emily M. |
| 21 | TX0007733894 | Who is Bill Gates? | Demuth, Patricia |
| 22 | TX0006525282 | The Jury Master | Dugoni, Robert |
| 23 | TX0007771878 | The Sports Gene: Inside the Science of Extraordinary Athletic Performance | Epstein, David J. |
| 24 | TX0002495088 | Foul Play | Evanovich, Janet |
| 25 | TX0007513212 | The Only Three Questions that Still Count: Investing by Knowing What Others Don't | Fisher, Kenneth L. |
| 26 | TX0007565514 | My Life Next Door | Fitzpatrick, Huntley |
| 27 | TX0007548935 | Gone Girl | Flynn, Gillian |
| 28 | TX0006970259 | If I Stay | Forman, Gayle |
| 29 | TX0007509675 | Fear Nothing | Gardner, Lisa |
| 30 | TX0007089078 | Oil Painting for Dummies | Giddings, Anita; Clifton, Sherry Stone |
| 31 | TX0006375345 | Eat, Pray, Love: One Woman's Search for Everything Across Italy, India and Indonesia | Gilbert, Elizabeth |
| 32 | TX0007814165 | David and Goliath: Underdogs, Misfits, and the Art of Battling Giants | Gladwell, Malcolm |
| 33 | TX0007118941 | What the Dog Saw | Gladwell, Malcolm |
| 34 | TX0006120724 | Blink: The Power of Thinking Without Thinking | Gladwell, Malcolm |
| 35 | TX0005861769 | Tipping Point: How Little Things Can Make a Big Difference | Gladwell, Malcolm |
| 36 | A00000207331, RE0000165908 | Lord of the Flies | Golding, William |
| 37 | TX0006916245 | The Energy Bus | Gordon, Jon |
| 38 | TX0007770723 | Escape from Mr. Lemoncello's Library | Grabenstein, Chris |
| 39 | A33116, R661874, A411612, RE369865, A141550, RE127674 | The Intelligent Investor | Graham, Benjamin |
| 40 | TX0007685330 | Give and Take: a Revolutionary Approach to Success | Grant, Adam M. |
| 41 | TX0006447726 | The Innocent Man: Murder and Injustice in a Small Town | Grisham, John |
| 42 | TX0007198794 | Theodore Boone: Kid Lawyer | Grisham, John |
| 43 | TX0007558149 | Theodore Boone: The Accused | Grisham, John |
| 44 | TX0008019464 | Red: A Crayon's Story | Hall, Michael |
| 45 | TX0007326367 | Who was Jackie Robinson? | Herman, Gail |
| 46 | TX0006920819 | Scat | Hiaasen, Carl |
| 47 | A108603, R357931 | Their Eyes Were Watching God | Hurston, Zora Neale |
| 48 | TX0008263021 | Lab Girl | Jahren, Hope |
| 49 | TX0007950885 | A Brief History of Seven Killings | James, Marlon |
| 50 | TX0007580015 | Judgment Call | Jance, J.A. |
| 51 | TX00008123060 | Dance of the Bones | Jance, J.A. |
| 52 | TX0008170188 | When Breath Becomes Air | Kalanithi, Paul |
| 53 | TX0007162746 | Fallen | Kate, Lauren |
| 54 | TX0008288854 | Lilac Girls | Kelly, Martha Hall |
| 55 | TX0007856163 | Redeployment | Klay, Phil |
| 56 | TX0004242389 | Into the Wild | Krakauer, Jon |
| 57 | TX0007152269 | Spanish All-in-One for Dummies | Kraynak, Cecie; Kraynak, Joe |
| 58 | TX0004294866 | Basic Physics | Kuhn, Karl F. |
| 59 | A00000113543, RE0000107198 | Hondo | L'Amour, Louis |
| 60 | TX0007922775 | The Return of George Washington | Larson, Edward J. |

| # | Registration | Title | Author |
|---|---|---|---|
| 61 | TX0008257868 | Dead Wake: the Last Crossing of the Lusitania | Larson, Erik |
| 62 | TX0007241296 | Comparative Religion for Dummies | Lazarus, William P.; Sullivan, Mark |
| 63 | TX0008039819 | World Gone By | Lehane, Dennis |
| 64 | TX0005757057 | The Five Dysfunctions of a Team: a Leadership Fable | Lencioni, Patrick |
| 65 | TX0007503919 | The Advantage: Why Organizational Health Trumps Everything Else in Business | Lencioni, Patrick |
| 66 | TX0006165385 | Overcoming the Five Dysfunctions of a Team | Lencioni, Patrick |
| 67 | TX0007006036 | The Three Signs of a Miserable Job: a Fable for Managers (and Their Employees) | Lencioni, Patrick |
| 68 | TX0007161860 | Getting Naked: a Business Fable About Shedding the Three Fears that Sabotage Client Loyalty | Lencioni, Patrick |
| 69 | TX0008836048 | All the President's Women: Donald Trump and the Making of a Predator | Levine, Barry |
| 70 | AI-2945, R678216 | The Lion, the Witch, and the Wardrobe | Lewis, C. S. |
| 71 | A00000203269, AI0000004618, RE0000172597 | The Magician's Nephew | Lewis, C. S. |
| 72 | TX0007477993 | Legend | Lu, Marie |
| 73 | TX0007946421 | Station Eleven | Mandel, Emily St. John |
| 74 | TX0007400734 | A Dance with Dragons | Martin, George R. R. |
| 75 | TX0006556613 | The Road | McCarthy, Cormac |
| 76 | TX0007254399 | The Book Whisperer | Miller, Donalyn |
| 77 | TX0007425933 | The Night Circus | Morgenstern, Erin |
| 78 | A00000904465, RE0000921551 | Song of Solomon | Morrison, Toni |
| 79 | A00000222644, RE0000785522 | The Bluest Eye | Morrison, Toni |
| 80 | TX0007846518 | How I Discovered Poetry | Nelson, Marilyn |
| 81 | TX0007690991, VA0001862482 | Fancy Nancy: Too Many Tutus | O'Connor, Jane; Glasser, Robin |
| 82 | TX0008070920, VA0001967523 | Fancy Nancy: Super Secret Surprise Party | O'Connor, Jane; Glasser, Robin |
| 83 | TX0005080321 | Let Your Life Speak: Listening for the Voice of Vocation | Palmer, Parker J. |
| 84 | TX0005623738 | Junie B., First Grader: Boss of Lunch | Park, Barbara |
| 85 | TX0008316769 | Commonwealth | Patchett, Ann |
| 86 | TX0007593552 | Middle School, the Worst Years of My Life | Patterson, James |
| 87 | TX0007953870 | Invisible | Patterson, James |
| 88 | TX0007629856 | I Funny: A Middle School Story | Patterson, James; Grabenstein, Chris |
| 89 | TX0007908851 | Big Nate: Mr. Popularity | Peirce, Lincoln |
| 90 | TX0007715101 | Big Nate: Genius Mode | Peirce, Lincoln |
| 91 | TX0007521998 | Big Nate Goes for Broke | Peirce, Lincoln |
| 92 | TX0007454376 | The Better Angels of Our Nature: Why Violence has Declined | Pinker, Steven |
| 93 | A275047 | The Bell Jar | Plath, Sylvia |
| 94 | TX0005702246 | Night Watch | Pratchett, Terry |
| 95 | TX0007683441 | Defiance | Redwine, C. J. |
| 96 | TX0007397014 | Making Thinking Visible: How to Promote Engagement, Understanding, and Independence for All Learners | Ritchhart, Ron |
| 97 | TX0007368227 | Falling Upward: a Spirituality for the Two Halves of Life | Rohr, Richard |
| 98 | A00000056070, RE0000018341 | The Catcher in the Rye | Salinger, J. D. |
| 99 | TX0000625326, RE0000130457 | Nine Stories | Salinger, J. D. |
| 100 | A00000591015, RE0000438737 | Franny and Zooey | Salinger, J. D. |
| 101 | B00000776866, RE0000340311, B00000564939, RE0000157487 | Raise High the Roof Beam, Carpenters, and Seymour: An Introduction | Salinger, J. D. |
| 102 | TX0007189422 | Phantom Prey | Sandford, John |
| 103 | TX0005277840 | Ages and Stages: a Parent's Guide to Normal Childhood Development | Schaefer, Charles E.; DiGeronimo, Theresa Foy |
| 104 | TX0008104539 | Extraordinary Means | Schneider, Robyn |
| 105 | TX0008324577 | Today Will Be Different | Semple, Maria |
| 106 | TX0008202678 | Neurotribes: the Legacy of Autism and the Future of Neurodiversity | Silberman, Steve |
| 107 | TX0007615258 | Who Could That Be at This Hour? | Snicket, Lemony |
| 108 | TX0007818551 | When Did You See Her Last? | Snicket, Lemony |
| 109 | TX0007552463 | The Extraordinary Education of Nicholas Benedict | Stewart, Trenton Lee |
| 110 | TX0006577654 | The Mysterious Benedict Society | Stewart, Trenton Lee |
| 111 | TX0007018489 | The Mysterious Benedict Society and the Perilous Journey | Stewart, Trenton Lee |
| 112 | TX0007885277 | Thanks for the Feedback: the Science and Art of Receiving Feedback (Even When it is Off-Base, Unfair, Poorly Delivered, and Frankly, You're Not in the Mood) | Stone, Douglas |
| 113 | TX0007729095 | The Burgess Boys | Strout, Elizabeth |
| 114 | TX0008301050 | An Ember in the Ashes | Tahir, Sabaa |
| 115 | TX0007558141 | Three Times Lucky | Turnage, Sheila |

| 116 | TX0007949079 | The Body Keeps the Score: Brain, Mind, and Body in the Healing of Trauma | van der Kolk, Bessel A. |
|---|---|---|---|
| 117 | TX0007647478 | Open Heart | Wiesel, Elie |
| 118 | A50595, R240866 | Little House in the Big Woods | Wilder, Laura Ingalls |
| 119 | A86517, R321069 | Little House on the Prairie | Wilder, Laura Ingalls |
| 120 | A67106, R270763 | Farmer Boy | Wilder, Laura Ingalls |
| 121 | TX0008047542 | A Dangerous Place | Winspear, Jacqueline |
| 122 | TX0008265362 | Journey to Munich | Winspear, Jacqueline |
| 123 | TX0007508297 | Elegy for Eddie | Winspear, Jacqueline |
| 124 | TX0007154083 | Wind Power for Dummies | Woofenden, Ian |
| 125 | A00000278899, RE0000652979 | The Winds of War | Wouk, Herman |
| 126 | A00000053612, RE0000018386 | The Caine Mutiny: A Novel of World War II | Wouk, Herman |
| 127 | TX0008865827 | The Man Who Solved the Market | Zuckerman, Gregory |