UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| HACHETTE BOOK GROUP, INC, HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC, | :  Case No. 1:20-cv-04160-JGK |
| | :       ECF Case |
| Plaintiffs, | : |
| | :  NOTICE OF APPEARANCE |
| -against- | |
| | : |
| INTERNET ARCHIVE and DOES 1 through 5, Inclusive, | : |
| | : |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To: The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc. and Penguin Random House LLC.

Dated: June 3, 2020

*/s/ Matthew J. Oppenheim*
Matthew J. Oppenheim (NY Bar No. 4314605)
Oppenheim + Zebrak, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
Phone: (202) 480-2999
Email: matt@oandzlaw.com

*Attorney for Plaintiffs*