**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC, <br><br>                    Plaintiffs, <br><br>     v. <br><br> INTERNET ARCHIVE and DOES 1 through 5, inclusive, <br><br>                    Defendants. | Case No. 1:20-CV-04160-JGK <br><br> ECF CASE <br><br> Hon. John G. Koeltl <br> Courtroom: 14A |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, ADITYA V. KAMDAR, hereby moves this Court for an Order for admission to appear as counsel for Defendant INTERNET ARCHIVE in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated:  June 25, 2020                                    Respectfully Submitted,

                                                                            */s/ Aditya V. Kamdar*
                                                          ADITYA V. KAMDAR (*Pro Hac Vice* pending)
                                                          DURIE TANGRI LLP
                                                          217 Leidesdorff Street
                                                          San Francisco, CA 94111
                                                          Telephone: (415) 362-6666
                                                          Facsimile: (415) 236-6300
                                                          akamdar@durietangri.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2020 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

>   */s/ Aditya V. Kamdar*
>   ADITYA V. KAMDAR