IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 1:20-CV-04160-JGK<br><br>ECF CASE<br><br>Hon. John G. Koeltl<br>Courtroom: 14A |

**ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Aditya V. Kamdar, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member of good standing of the bar of the state of California; and that his contact information is as follows:

Applicant's Name:    Aditya V. Kamdar

Firm Name:    Durie Tangri LLP

Address:    217 Leidesdorff Street

City / State / Zip:    San Francisco, California 94111

Telephone / Fax:    415-362-6666 / 415-236-6600

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Internet Archive in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____    By: _____
                                                                  Honorable John G. Koeltl
                                                                  United States District Judge

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 25, 2020 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                                    */s/ Aditya V. Kamdar*
                                                  ADITYA V. KAMDAR