UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, HARPERCOLLINS PUBLISHERS, LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>*Defendants*. | 20-cv-04160-JGK<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3(c) of the Local Civil Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Cara L. Gagliano, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Internet Archive in the above-captioned action.

I am a member in good standing of the bar of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached a declaration pursuant to Local Rule 1.3(c).

DATED:  June 25, 2020

Respectfully submitted,

By:   /s/  *Cara Gagliano*
       Cara L. Gagliano

ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
cara@eff.org

1