UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, HARPERCOLLINS PUBLISHERS, LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>*Defendants*. | 20-cv-04160-JGK |

## LOCAL RULE 1.3 DECLARATION

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Cara L. Gagliano, hereby declare the following:

1. I am a staff attorney at the Electronic Frontier Foundation, 815 Eddy Street, San Francisco, California 94109.

2. I submit this declaration in support of my motion for admission to practice *Pro Hac Vice* in the above captioned matter.

3. I was admitted to practice law in the state of California on February 9, 2016 (Bar No. 308639). I am a member in good standing of the California Bar.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

This 25th day of June, 2020

_____
Cara L. Gagliano

1