

# Supreme Court of California

### JORGE E. NAVARRETE
Clerk and Executive Officer of the Supreme Court

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *Cara Lorraine Gagliano*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that Cara Lorraine Gagliano, #308639, was on the 9th day of February, 2016 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 22nd day of June 2020.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
Celia Wong, Senior Deputy Clerk

