UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>INTERNET ARCHIVE and DOES 1-5, inclusive,<br><br>  Defendants. | Case No. 1:20-cv-04160-JGK<br><br>**ECF CASE**<br><br>Hon. John G. Koeltl<br>Courtroom: 14A |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, I, Scott A. Zebrak, hereby move for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs in the above-captioned action.

I am a member of good standing of the bars of Virginia, District of Columbia, and New York. As indicated in the attached affidavit: (a) I have never been convicted of a felony; (b) I have never been censured, suspended, disbarred or denied admission or readmission by any court; and (c) there are no pending disciplinary proceedings against me in any state or federal court. Attached are certificates of good standing for me for Virginia, District of Columbia and New York, each of which has been issued within the past thirty days. A proposed order for admission *Pro Hac Vice* is also submitted in connection herewith.

I appreciate the Court's consideration and look forward to the opportunity to appear in this matter.

1

Dated:  June 26, 2020		Respectfully submitted,


		*/s/ Scott Zebrak*
		Applicant Signature

		Applicant's Name: Scott A. Zebrak
		Firm Name: Oppenheim + Zebrak, LLP
		Address: 4530 Wisconsin Ave., NW, Suite 500
		City/State/Zip: Washington, DC 20016
		Telephone/Fax: 202.450.3758 / 866.766.1678
		Email Address: scott@oandzlaw.com

		*Counsel for Plaintiffs*