# Supreme Court of Virginia

## AT RICHMOND

# Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia, do hereby certify that

## SCOTT ALEXANDER ZEBRAK

was admitted to practice as an attorney and counsellor at the bar of this Court on October 30, 1995.

I further certify that so far as the records of this office are concerned, SCOTT ALEXANDER ZEBRAK is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 15th day of June
A.D. 2020

By: _____
Deputy Clerk



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Scott A Zebrak*

was duly qualified and admitted on November 8, 1996 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 9, 2020.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

---

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Scott Alexander Zebrak

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **15th day of August, 2018**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **12th day of June, 2020**.

*Robert D Mayberger*
Clerk