UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HACHETTE BOOK GROUP, INC., et al.,

    Plaintiffs,

v.

INTERNET ARCHIVE and DOES 1-5, inclusive,

    Defendants.

Case No. 1:20-cv-04160-JGK

**ECF CASE**

Hon. John G. Koeltl
Courtroom: 14A

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Scott A. Zebrak, for admission to practice *Pro Hac Vice* in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bars of Virginia, District of Columbia, and New York, and that his contact information is as follows:

    Applicant's Name: Scott A. Zebrak
    Firm Name: Oppenheim + Zebrak, LLP
    Address: 4530 Wisconsin Ave., NW, Suite 500
    City/State/Zip: Washington, DC 20016
    Telephone/Fax: 202.450.3758 / 866.766.1678
    E-mail: scott@oandzlaw.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs in the above entitled action; **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SIGNED this _____ day of _____, 2020.

                                                                _____
                                                                United States District/Magistrate Judge