UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Internet Archive and Does 1-5, inclusive,<br><br>    Defendants. | Case No. 1:20-cv-04160-JGK<br><br>**ECF CASE**<br><br>Hon. John G. Koeltl<br>Courtroom: 14A |

**AFFIDAVIT OF SCOTT A. ZEBRAK
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Scott Zebrak, hereby declare pursuant to 28 U.S.C § 1746 that the following statements are true and correct to the best of my personal knowledge and belief:

1. I am a partner with the law firm of Oppenheim + Zebrak, LLP. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

2. As shown in the Certificates of Good Standing annexed to the motion, I am a member in good standing of the Bars of Virginia, District of Columbia, and New York.

3. I have not been convicted of a felony.

4. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 26, 2020                                                */s/ Scott A. Zebrak*
                                                                                    SCOTT A. ZEBRAK

1