IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive<br><br>　　　　　　　　　　Defendants. | Case No. 1:20-CV-04160-JGK<br><br>Hon. John G. Koeltl<br>Courtroom: 14A |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, JESSICA E. LANIER, hereby moves this Court for an Order for admission to appear as counsel for Defendant INTERNET ARCHIVE in the above-captioned action.

I am in good standing of the bar of the states of California and Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 26, 2020                           Respectfully submitted,

                                               /s/ Jessica E. Lanier
                                               JESSICA E. LANIER (*Pro Hac Vice* pending)
                                               217 Leidesdorff Street
                                               San Francisco, CA 94111
                                               Telephone (415) 362-6666
                                               Facsimile: (415) 236-6300
                                               jlanier@durietangri.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2020 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Jessica E. Lanier*
JESSICA E. LANIER
