**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC, | Case No. 1:20-CV-04160-JGK |
| Plaintiffs, | |
| v. | Hon. John G. Koeltl Courtroom 14A |
| INTERNET ARCHIVE and DOES 1 through 5, inclusive, | |
| Defendants. | |

**DECLARATION OF JESSICA E. LANIER IN SUPPORT OF MOTION FOR**
**ADMISSION *PRO HAC VICE***

I, Jessica E. Lanier, declare as follows:

1.      I am an attorney at law licensed to practice in the states of California and

Massachusetts.  I submit this Affidavit in support of the motion to admit me *pro hac vice* before

the United States District Court for the Southern District of New York to represent Defendant

Internet Archive in the above-captioned action.

2.      I am a member in good standing of the bar of California.  A true and correct copy

of my certificate of good standing issued by the Supreme Court of California within the past 30

days is attached hereto as **Exhibit A**.

3.      I am a member in good standing of the bar of Massachusetts.  A true and correct

copy of my certificate of good standing issued by the Supreme Court of California within the

past 30 days is attached hereto as **Exhibit B**.

4.      Pursuant to Local Rule 1.3(c), I state:

        a.      I have never been convicted of a felony;

b.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court;

c.      There are no disciplinary proceedings presently against me; and

d.      I have read and am familiar with the provisions of the Judicial Code (Title 28 U.S.C.), the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and the New York State Rules of Professional Conduct.

5.      I will faithfully adhere to all rules applicable to conduct in connection with any activities of this Court.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  June 26, 2020

_____
                        /s/ *Jessica E. Lanier*
                        JESSICA E. LANIER

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 26, 2020 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

/s/ *Jessica E. Lanier*
JESSICA E. LANIER

# EXHIBIT A



## Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### <u>*JESSICA ELAINE LANIER*</u>

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that JESSICA ELAINE LANIER, #303395, was on the 2nd day of June 2015, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 22nd day of June 2020.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*S. Voltz, Supervising Deputy Clerk*

# EXHIBIT B

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-second** day of **November** A.D. **2013**, said Court being the highest Court of Record in said Commonwealth:

### Jessica Elaine Lanier

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **nineteenth** day of **June** in the year of our Lord **two thousand and twenty.**

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116