# Durie Tangri

Joseph C. Gratz
415-362-6666 (main)
jgratz@durietangri.com

June 25, 2020

**VIA ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Application granted.
> SO ORDERED.
>
> New York, NY
> June 29, 2020
>
> /s/ John G. Koeltl
> John G. Koeltl
> U.S.D.J.

Re:   *Hachette Book Group, Inc. et al. v. Internet Archive*
        Case No. 1:20-CV-04160-JGK

Dear Judge Koeltl:

In accordance with Rule I.E. of Your Honor's Individual Practices, Defendant Internet Archive respectfully requests an additional twenty-eight days to respond to the Complaint, such that a response would be due on July 28, 2020 instead of on June 30, 2020.  No previous requests for extension have been made, and the requested extension will not affect any other dates in this litigation.  All parties consent to the requested extension.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Joseph C. Gratz*

Joseph C. Gratz
*Attorney for Defendant Internet Archive*


cc:      All Counsel (via ECF)