UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, HARPERCOLLINS PUBLISHERS, LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>*Defendants*. | 20-cv-04160-JGK<br><br>**Order** |

The motion of Corynne McSherry for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of California and that her contact information is as follows:

Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
corynne@eff.org

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant, Internet Archive, in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are Subject to the Local Rules of this Court including the Rules governing discipline of attorneys.

Dated:  June 29, 2020
         New York, NY

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

1