**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

HACHETTE BOOK GROUP, INC.,
HARPERCOLLINS PUBLISHERS LLC,
JOHN WILEY & SONS, INC., and
PENGUIN RANDOM HOUSE LLC,

                    Plaintiffs,

    v.

INTERNET ARCHIVE and DOES 1
through 5, inclusive,

                    Defendants.

Case No. 1:20-CV-04160-JGK

Hon. John G. Koeltl
Courtroom 14A

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Allyson R. Bennett hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Internet Archive in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 29, 2020                    Respectfully Submitted,

                                         */s/ Allyson R. Bennett*
                                        ALLYSON R. BENNETT (*Pro Hac Vice* pending)
                                        DURIE TANGRI LLP
                                        953 East 3rd Street
                                        Los Angeles, CA 90013
                                        Telephone: (213) 992-4499
                                        Facsimile: (415) 236-6300
                                        abennett@durietangri.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 29, 2020 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

<u>            /s/ <i>Allyson R. Bennett</i>        </u><br>
ALLYSON R. BENNETT