IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,<br><br>                    Plaintiffs,<br><br>      v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>                    Defendants. | Case No. 1:20-CV-04160-JGK<br><br>Hon. John G. Koeltl<br>Courtroom 14A |

**DECLARATION OF ALLYSON R. BENNETT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Allyson R. Bennett, declare as follows:

1. I am an attorney at law licensed to practice in the state of California. I submit this Affidavit in support of the motion to admit me *pro hac vice* before the United States District Court for the Southern District of New York to represent Defendant Internet Archive in the above-captioned action.

2. I am a member in good standing of the bar of California. A true and correct copy of my certificate of good standing issued by the Supreme Court of California within the past 30 days is attached hereto.

3. Pursuant to Local Rule 1.3(c), I state:

   a. I have never been convicted of a felony;

   b. I have never been censured, suspended, disbarred, or denied admission or readmission by any court;

   c. There are no disciplinary proceedings presently against me; and

    d.  I have read and am familiar with the provisions of the Judicial Code (Title 28 U.S.C.), the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and the New York State Rules of Professional Conduct.

  4.  I will faithfully adhere to all rules applicable to conduct in connection with any activities of this Court.

  I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 29, 2020           /s/ *Allyson R. Bennett*
                     ALLYSON R. BENNETT



## Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

### CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *ALLYSON ROZ BENNETT*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that ALLYSON ROZ BENNETT, #302090, was on the 26th day of December 2014, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 18th day of June 2020.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
M. Alfaro, Deputy Clerk

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2020 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

        /s/ *Allyson R. Bennett*
       ALLYSON R. BENNETT