# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 1:20-CV-04160            Date Filed: 6/2/2020

Plaintiff:
**Hachette Book Group, Inc., et al.**
vs.
Defendant:
**Internet Archive and Does 1 through 5, Inclusive**

State of New York, County of Albany)ss.:

Received by Target Research & Investigation Corporation to be served on **Internet Archive**.

I, James Boland, being duly sworn, depose and say that on the **9th day of June, 2020** at **2:00 pm**, I:

Served Internet Archive by delivering two true copies of the **Summons in a Civil Action, Complaint, Rule 7.1 Statement and Civil Cover Sheet and pursuant to section 306 NFPBCL together with statutory service fee in the amount of $40.00** to Nancy Dougherty as Business Document Specialist of the Secretary of State of the New York State Department of State, 99 Washington Avenue, Albany, NY, 12207, the Secretary of State of the New York State Department of State being the **Registered Agent/Statutory Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: Y

I am over the age of 18 and have no interest in the above action.

_____
**James Boland**
Process Server

Subscribed and Sworn to before me on the 15th day of June, 2020 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, _____

**Target Research & Investigation Corporation**
233 Broadway
Ste. 2065
New York, NY 10279
(212) 227-9600
Our Job Serial Number: 2020001496
Ref: R86135

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x