IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No. 1:20-CV-04160-JGK<br><br>Hon. John G. Koeltl<br>Courtroom: 14A |

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Jessica E. Lanier, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member of good standing of the bar of the states of California and Massachusetts; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Jessica E. Lanier |
| Firm Name: | Durie Tangri LLP |
| Address: | 217 Leidesdorff Street |
| City / State / Zip: | San Francisco, California 94111 |
| Telephone / Fax: | 415-362-6666 / 415-236-6600 |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Internet Archive in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: July 3, 2020  
New York, NY

By: /s/ John G. Koeltl  
HONORABLE JOHN G. KOELTL  
UNITED STATES DISTRICT JUDGE