UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, HARPERCOLLINS PUBLISHERS, LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE, LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> INTERNET ARCHIVE and DOES 1 through 5, inclusive, <br><br> *Defendants*. | 20-cv-04160-JGK |

**LOCAL RULE 1.3 DECLARATION**

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Christopher Walsh, hereby declare the following:

1. I am a Senior Staff Attorney at the Electronic Frontier Foundation, 815 Eddy Street, San Francisco, California 94109.

2. I submit this declaration in support of my motion for admission to practice *Pro Hac Vice* in the above captioned matter.

3. I was admitted to practice law in the state of Massachusetts on December 12, 2008 (Bar No. 673509). I am a member in good standing of the Massachusetts Bar.

4. I was admitted to practice law in the state of California on June 2, 2015 (Bar No. 303598). I am a member in good standing of the California Bar.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. There are no disciplinary proceedings presently against me.

2

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

This 7th day of July, 2020

                                                            _____
                                                            Christopher Walsh