UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, HARPERCOLLINS PUBLISHERS, LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>*Defendants*. | 20-cv-04160-JGK<br><br>**Order** |

The motion of Christopher Walsh for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that they are a member in good standing of the Bars of the State of Massachusetts and the State of California and that their contact information is as follows:

Christopher Walsh
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
kit@eff.org

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant, Internet Archive, in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are Subject to the Local Rules of this Court including the Rules governing discipline of attorneys.

Dated: July 23, 2020
       New York, NY

/s/ John G. Koeltl
John G. Koeltl
United States District Judge

1