**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC<br><br>     Plaintiffs,<br><br>  v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive<br><br>     Defendants. | Case No. 1:20-CV-04160-JGK |

**DEFENDANT INTERNET ARCHIVE'S CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Internet Archive, certifies that the Internet Archive, a 501(c)(3) non-profit organization, has no parent corporation.  Further, there is no publicly-held corporation that owns 10% or more of the Internet Archive's stock.

Dated:  July 28, 2020                                     DURIE TANGRI LLP


By: _____ */s/ Joseph C. Gratz* _____
    JOSEPH C. GRATZ (*Pro Hac Vice*)
    JESSICA E. LANIER (*Pro Hac Vice*)
    ADITYA V. KAMDAR (*Pro Hac Vice*)
    217 Leidesdorff Street
    San Francisco, CA 94111
    (415) 362-6666
    jgratz@durietangri.com
    jlanier@durietangri.com
    akamdar@durietangri.com

    ALLYSON R. BENNETT (*Pro Hac Vice*)
    953 East 3rd Street
    Los Angeles, CA 90013
    (213) 992-4499
    abennett@durietangri.com

    CORYNNE MCSHERRY (*Pro Hac Vice*)
    KIT WALSH (*Pro Hac Vice*)
    CARA GAGLIANO  (*Pro Hac Vice*)
    KIT WALSH
    ELECTRONIC FRONTIER FOUNDATION
    815 Eddy Street
    San Francisco, CA 94109
    (415) 436-9333
    corynne@eff.org
    kit@eff.org

    Attorneys for Defendant
    INTERNET ARCHIVE

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2020 the within document was filed with the Clerk of the

Court using CM/ECF which will send notification of such filing to the attorneys of record in this

case.

*/s/ Joseph C. Gratz*

JOSEPH C. GRATZ
