```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――
HACHETTE BOOK GROUP, INC., ET AL.,

                Plaintiffs,           20-cv-4160 (JGK)

      - against -                     ORDER

INTERNET ARCHIVE ET AL.,

                Defendants.
―――――――――――――――――――――――――――――――――
```

**JOHN G. KOELTL, District Judge:**

The parties should submit a Rule 26(f) report by **August 28, 2020.**

**SO ORDERED.**

**Dated:   New York, New York**
          **August 13, 2020**          __/s/ John G. Koeltl_____
                                          **John G. Koeltl**
                                   **United States District Judge**