**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC | Case No. 1:20-CV-04160-JGK |
| Plaintiffs, | |
| v. | |
| INTERNET ARCHIVE and DOES 1 through 5, inclusive | |
| Defendants. | |

## JOINT STIPULATION AND [PROPOSED] ORDER
## SETTING DISCOVERY DEADLINES

This joint stipulation was entered into on the 5 day of October 2020, by

and among counsel for the Plaintiffs and Defendant in the above-captioned action.

WHEREAS, the parties timely submitted a Rule 26(f) statement on August 28, 2020;

WHEREAS, the Court issued a Scheduling Order on September 1, 2020;

WHEREAS, the parties have subsequently conferred and agree that stipulating to

additional discovery-related deadlines would facilitate efficient case management;

WHEREAS, the deadlines to which the parties HEREBY stipulate do not conflict with

the deadlines set by the Court's September 1 order;

//

//

//

1

NOW, THEREFORE, the parties jointly stipulate to the following supplemental discovery deadlines:

| EVENT | DEADLINE |
|---|---|
| Deadline to complete fact discovery | May 21, 2021 |
| Deadline to complete expert disclosures on issues where parties bear burden of proof | July 6, 2021 |
| Deadline to serve rebuttal expert disclosures | August 20, 2021 |

**IT IS SO STIPULATED.**

Dated:  October 8, 2020                    DAVIS WRIGHT TREMAINE LLP

By:_____/s/ Elizabeth A. McNamara_____
ELIZABETH A. MCNAMARA (SBN 1930643)
LINDA STEINMAN (SBN 2137305)
JOHN M. BROWNING (SBN 5213038)
MEREDITH I. SANTANA (SBN 5332739)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
(212) 489-8230
lizmcnamara@dwt.com
lindasteinman@dwt.com
jackbrowning@dwt.com
meredithsantana@dwt.com

OPPENHEIM + ZEBRAK, LLP
MATTHEW J. OPPENHEIM (NY SBN 4314605)
SCOTT A. ZEBRAK (NY SBN 5620125)
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
(202) 450-3958
matt@oandzlaw.com
scott@oandzlaw.com

Attorneys for Plaintiffs
HACHETTE BOOK GROUP, INC.,
HARPERCOLLINS PUBLISHERS LLC,
JOHN WILEY & SONS, INC., and PENGUIN
RANDOM HOUSE LLC

Dated:  October 8, 2020                DURIE TANGRI LLP

By:                    /s/ Joseph C. Gratz
              JOSEPH C. GRATZ (*Pro Hac Vice*)
              JESSICA E. LANIER (*Pro Hac Vice*)
              ADITYA V. KAMDAR (*Pro Hac Vice*)
              217 Leidesdorff Street
              San Francisco, CA 94111
              (415) 362-6666
              jgratz@durietangri.com
              jlanier@durietangri.com
              akamdar@durietangri.com

              ALLYSON R. BENNETT (*Pro Hac Vice*)
              953 East 3rd Street
              Los Angeles, CA 90013
              (213) 992-4499
              abennett@durietangri.com

              ELECTRONIC FRONTIER FOUNDATION
              CORYNNE MCSHERRY (*Pro Hac Vice*)
              KIT WALSH (*Pro Hac Vice*)
              CARA GAGLIANO (*Pro Hac Vice*)
              815 Eddy Street
              San Francisco, CA 94109
              (415) 436-9333
              corynne@eff.org
              kit@eff.org
              cara@eff.org

              Attorneys for Defendant
              INTERNET ARCHIVE

**SO ORDERED.**

Dated:  _____, 2020

                          Honorable John G. Koeltl
                       United States District Judge