

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Elizabeth A. McNamara**
(212) 603-6437 tel
(212) 316-4210 fax

lizmcnamara@dwt.com

December 1, 2020

**VIA ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Hachette Book Group, Inc. et al. v. Internet Archive et al.*, 1:20-CV-04160-JGK (S.D.N.Y.)

Dear Judge Koeltl:

    In accordance with the deadline agreed by the parties and set forth in Your Honor's August 31, 2020 order, counsel for the parties notify the Court that they do not consent to trial before the Magistrate Judge and that they do not believe a reference to the Magistrate Judge would be useful for purposes of settlement.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

*/s/ Elizabeth A. McNamara*
Elizabeth A. McNamara
Linda Steinman
John M. Browning
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Email: lizmcnamara@dwt.com
       lindasteinman@dwt.com
       jackbrowning@dwt.com

DURIE TANGRI LLP

*/s/ Joseph C. Gratz*
Joseph C. Gratz (*Pro Hac Vice*)
Jessica E. Lanier (*Pro Hac Vice*)
Aditya V. Kamdar (*Pro Hac Vice*)
217 Leidesdorff Street
San Francisco, CA 94111
Phone: (415) 362-6666
Email: jgratz@durietangri.com
       jlanier@durietangri.com
       akamdar@durietangri.com

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.
4837-9517-5891v.2 0092453-000002

Hon. John G. Koeltl
November 30, 2020
Page 2

| | |
|---|---|
| OPPENHEIM + ZEBRAK, LLP | Allyson R. Bennett (*Pro Hac Vice*) |
| | 953 East 3rd Street |
| Matthew J. Oppenheim | Los Angeles, CA 90013 |
| Scott A. Zebrak | Phone: (213) 992-4499 |
| 4530 Wisconsin Avenue, NW, 5th Floor | Email: abennett@durietangri.com |
| Washington, DC 20016 | |
| Phone: (202) 480-2999 | ELECTRONIC FRONTIER FOUNDATION |
| Email: matt@oandzlaw.com | |
| scott@oandzlaw.com | Corynne McSherry (*Pro Hac Vice*) |
| | Kit Walsh (*Pro Hac Vice*) |
| *Attorneys for Plaintiffs* | Cara Gagliano (*Pro Hac Vice*) |
| | 815 Eddy Street |
| | San Francisco, CA 94109 |
| | Phone: (415) 436-9333 |
| | Email: corynne@eff.org |
| | kit@eff.org |
| | cara@eff.org |
| | |
| | *Attorneys for Defendant* |