UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------- x

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC, | : <br> : Case No. 1:20-cv-04160-JGK <br> : ECF Case |
| Plaintiffs, | : |
| | : |
| | : **NOTICE OF APPEARANCE** |
| -against- | : |
| | : |
| INTERNET ARCHIVE and DOES 1 through 5, inclusive, | : |
| | : |
| Defendants. | |

----------------------------------------- x

To: The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., and Penguin Random House LLC.

Dated: December 21, 2020

*/s/ Jesse Feitel*
Jesse Feitel
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 603-6486
Fax: (212) 489-8340
Email: jessefeitel@dwt.com

*Attorney for Plaintiffs*