IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC<br><br>Plaintiffs,<br><br>v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive<br><br>Defendants. | Case No. 1:20-CV-04160-JGK |

## [PROPOSED] REVISED SCHEDULING ORDER

After reviewing the Letter Motion dated April 2, 2021 and for good cause shown, the Court hereby orders that the following schedule will govern this civil action:

| | |
|---|---|
| Deadline to complete document productions | Friday, June 18, 2021 |
| Deadline to exchange privilege logs | Wednesday, June 30, 2021 |
| Deadline to complete fact depositions (close of fact discovery) | Friday, September 24, 2021 |
| Deadline to complete expert reports: issues on which each party bears the burden of proof | Friday, October 29, 2021 |
| Deadline to serve rebuttal expert reports: issues on which each party does not bear the burden of proof, but not limited to responding to the opening reports. Any response to the opening reports must be contained in the rebuttal reports, however. | Friday, December 10, 2021 |

| | |
|---|---|
| Deadline to serve reply reports. Reply reports are limited to responding to the rebuttal reports. | Monday, January 10, 2022 |
| End of all discovery | Friday, January 21, 2022 |
| Deadline for dispositive motions | Tuesday, February 22, 2022 |
| Briefs in opposition to dispositive motions due | Thursday, March 31, 2022 |
| Reply briefs in further support of dispositive motions due | Friday, April 22, 2022 |

**SO ORDERED.**

Dated: _____April 6_____, 2021             /s/ John G. Koeltl
                                              Honorable John G. Koeltl
                                              United States District Judge

2