IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive<br><br>　　　　　　　　Defendants. | Case No. 1:20-CV-04160-JGK |

**AFFIDAVIT OF MOON HEE LEE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Moon Hee Lee, declare as follows:

1. I am an attorney at law licensed to practice in the state of California. I submit this Affidavit in support of the motion to admit me *pro hac vice* before the United States District Court for the Southern District of New York to represent Defendant Internet Archive in the above-captioned action.

2. I am a member in good standing of the bar of California. A true and correct copy of my certificate of good standing issued by the Supreme Court of California within the past 30 days is attached hereto.

3. Pursuant to Local Rule 1.3(c), I state:

　　a.　I have never been convicted of a felony;

　　b.　I have never been censured, suspended, disbarred, or denied admission or readmission by any court;

1

    c.       There are no disciplinary proceedings presently against me; and

    d.       I have read and am familiar with the provisions of the Judicial Code (Title 28 U.S.C.), the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and the New York State Rules of Professional Conduct.

    4.       I will faithfully adhere to all rules applicable to conduct in connection with any activities of this Court.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 5/10/2021

_____
MOON HEE LEE

Subscribed and sworn before me, a Notary Public in and for the _____ of _____, State of _____, this _____ day of _____, 20____.

SEE ATTACHED CALIFORNIA JURAT

_____
Signature of Notary

2

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA }

COUNTY OF San Diego }

Subscribed and sworn to (or affirmed) before me on this 10 day of May, 2021,

by Moon Hee Lee

Name of Signers

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _[signature]_
Signature of Notary Public

[Seal: ROXANA ESCOGIDO, Comm. #2332029, Notary Public, CALIFORNIA, San Diego County, My Comm. Exp. Aug 20, 2024, Mfr. #NNA1]

Seal
Place Notary Seal Above

-------------------------------------------------- OPTIONAL --------------------------------------------------

Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: Affidavit of Moon Hee Lee In Support of Motion for Admission Pro Hac Vice
Document Date: 05/10/2021
Number of Pages: 2 w/ attach
Signer(s) Other Than Named Above: ___

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2021 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Moon Hee Lee*
MOON HEE LEE