# EXHIBIT A



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *MOON HEE LEE*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that MOON HEE LEE, **#318020**, was on the **4th** day of **DECEMBER 2017,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 4th day of May 2021.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Max Alfaro, Deputy Clerk