**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC <br><br> Plaintiffs, <br><br> v. <br><br> INTERNET ARCHIVE and DOES 1 through 5, inclusive <br><br> Defendants. | Case No. 1:20-CV-04160-JGK |

**ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Moon Hee Lee, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he/she is a member of good standing of the bar of the state of California; and that his/her contact information is as follows:

Applicant's Name:     Moon Hee Lee

Firm Name:             Durie Tangri LLP

Address:               953 East 3rd Street

City / State / Zip:    Los Angeles, California 90013

Telephone / Fax:       213-992-4499 / 415-236-6600

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Internet Archive in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


DATED: _____        By: _____
                                    Honorable John G. Koeltl
                                    United States District Judge

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2021 the within document was filed with the Clerk of the

Court using CM/ECF which will send notification of such filing to the attorneys of record in this

case.

*/s/ Moon Hee Lee*
MOON HEE LEE
