UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HACHETTE BOOK GROUP, INC., ET AL.,

              Plaintiffs,

- against -

INTERNET ARCHIVE

              Defendant.

20-cv-4160 (JGK)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

JOHN G. KOELTL, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

**X** Motion/Dispute:*

    ECF No. 47

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is:

_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:

All such motions: _____

SO ORDERED.

New York, New York
August 9, 2021

                              _____
                              John G. Koeltl
                              **United States District Judge**

* Do not check if already referred for general pretrial.