IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC<br><br>Plaintiffs,<br><br>v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive<br><br>Defendants. | Case No. 1:20-CV-04160-JGK |
|---|---|

## [PROPOSED] REVISED SCHEDULING ORDER

After reviewing the Letter Motion dated September 7, 2021 and for good cause shown, the Court hereby orders that the following schedule will govern this civil action:

| | |
|---|---|
| Deadline to complete fact depositions (close of fact discovery) | Friday December 17, 2021 |
| Deadline to complete expert reports: issues on which each party bears the burden of proof | Thursday January 14, 2022 |
| Deadline to serve rebuttal expert reports: issues on which each party does not bear the burden of proof, but not limited to responding to the opening reports. Any response to the opening reports must be contained in the rebuttal reports, however. | Friday February 25, 2022 |
| Deadline to serve reply reports. Reply reports are limited to responding to the rebuttal reports. | Friday March 25, 2022 |
| End of all discovery | Friday April 1, 2022 |

1

| Deadline for dispositive motions | Friday April 29, 2022 |
|---|---|
| Briefs in opposition to dispositive motions due | Friday June 10, 2022 |
| Reply briefs in further support of dispositive motions due | Friday July 8, 2022 |

**SO ORDERED.**

Dated: _____, 2021

_____
Honorable John G. Koeltl
United States District Judge

2