IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC<br><br>  Plaintiffs,<br><br>  v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive<br><br>  Defendants. | Case No. 1:20-CV-04160-JGK |

**AFFIDAVIT OF ANNIE A. LEE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Annie A. Lee, declare as follows:

1.  I am an attorney at law licensed to practice in the state of California. I submit this Affidavit in support of the motion to admit me *pro hac vice* before the United States District Court for the Southern District of New York to represent Defendant Internet Archive in the above-captioned action.

2.  I am a member in good standing of the bar of California. A true and correct copy of my certificate of good standing issued by the Supreme Court of California within the past 30 days is attached hereto.

3.  Pursuant to Local Rule 1.3(c), I state:

    a.  I have never been convicted of a felony;

    b.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court;

    c.  There are no disciplinary proceedings presently against me; and

    d.  I have read and am familiar with the provisions of the Judicial Code (Title 28 U.S.C.), the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and the New York State Rules of Professional Conduct.

4.  I will faithfully adhere to all rules applicable to conduct in connection with any activities of this Court.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 9/30/21

ANNIE A. LEE

1

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of SAN FRANCISCO

Subscribed and sworn to (or affirmed) before me on this 30 day of SEPTEMBER, 2021, by ANNIE LEE, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

MAUREEN M. HAWK
COMM. #2266763
Notary Public - California
San Francisco County
My Comm. Expires Nov. 15, 2022

_____
Signature of Notary

(Seal)

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2021 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Annie A. Lee*
ANNIE A. LEE
