IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC<br><br>    Plaintiffs,<br><br> v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive<br><br>    Defendants. | Case No. 1:20-CV-04160-JGK |

**ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Annie A. Lee, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he/she is a member of good standing of the bar of the state of California; and that his/her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Annie A. Lee |
| Firm Name: | Durie Tangri LLP |
| Address: | 217 Leidesdorff Street |
| City / State / Zip: | San Francisco, California 94111 |
| Telephone / Fax: | 415-362-6666 / 415-236-6300 |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Internet Archive in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____  By: _____
Honorable John G. Koeltl
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2021 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Annie A. Lee*
ANNIE A. LEE