# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC<br><br>      Plaintiffs,<br><br> v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive<br><br>      Defendants. | Case No. 1:20-CV-04160-JGK |

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Annie A. Lee, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he/she is a member of good standing of the bar of the state of California; and that his/her contact information is as follows:

Applicant's Name:     Annie A. Lee

Firm Name:            Durie Tangri LLP

Address:              217 Leidesdorff Street

City / State / Zip:   San Francisco, California 94111

Telephone / Fax:      415-362-6666 / 415-236-6300

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Internet Archive in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: 10/4/21         By: _____
                       Honorable John G. Koeltl
                       United States District Judge