UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

HACHETTE BOOK GROUP, INC. ET AL.,

                Plaintiffs,        20-cv-4160 (JGK)
                                          AMENDED
                                         ORDER OF REFERENCE
- against -                           TO A MAGISTRATE JUDGE

INTERNET ARCHIVE ET AL.,

                Defendants.
---

JOHN G. KOELTL, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| **X** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Motion/Dispute:* _____ | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is: _____ | Purpose: _____ |
| | ___ Habeas Corpus |
| | ___ Social Security |
| ___ Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ Inquest After Default/Damages Hearing | Particular Motion: _____ |
| | All such motions: ___ |

SO ORDERED.

New York, New York
November 1, 2021

                                                         /s/ John G. Koeltl
                                                  John G. Koeltl
                                              **United States District Judge**

---

\* Do not check if already referred for general pretrial.