UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HACHETTE BOOK GROUP, INC., et al.    :
                                     :
                Plaintiffs,          :      20-CV-04160 (JGK) (OTW)
                                     :
        -against-                    :
                                     :          **ORDER**
INTERNET ARCHIVE,                    :
                                     :
                Defendant.           :
                                     :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Defendant's requests for pre-motion discovery conferences regarding motions to compel and Plaintiffs' corresponding oppositions. (ECF 47, 49, 54, 56). The parties are directed to appear for an in-person status conference on **December 2, 2021 at 4:00 pm in Courtroom 20D, United States Courthouse, 500 Pearl Street, New York, New York 10007**.

**SO ORDERED.**

Dated: November 4, 2021                    _s/ Ona T. Wang_
       New York, New York                  **Ona T. Wang**
                                           United States Magistrate Judge