UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HACHETTE BOOK GROUP, INC., et al.        :
                                         :
                 Plaintiffs,             :        20-CV-04160 (JGK) (OTW)
                                         :
        -against-                        :
                                         :        **ORDER**
INTERNET ARCHIVE,                        :
                                         :
                 Defendant.              :
                                         :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

As ordered at the December 2, 2021 conference, the parties are directed to meet and confer to resolve the disputes raised at the conference and update the Court via joint status letter, due **January 14, 2022**, on the status of discovery and whether any disputes remain. The fact discovery end date is extended to January 31, 2022.

**SO ORDERED.**

_s/ Ona T. Wang_
Dated: December 3, 2021                 **Ona T. Wang**
       New York, New York               United States Magistrate Judge