UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC<br><br>       Plaintiffs,<br><br>  v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive<br><br>       Defendants. | Case No. 1:20-CV-04160-JGK |

### [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Danae Tinelli ("Applicant") for admission to practice pro hac vice in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the bars of New York and the District of Columbia, and that her contact information is as follows:

> Danae Tinelli
> Oppenheim + Zebrak, LLP
> 4530 Wisconsin Ave., NW, 5th Floor
> Washington, DC 20016
> T: (202) 851-4070 F: (866) 766-1678
> danae@oandzlaw.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

2

It is SO ORDERED this \_\_\_\_ day of _____, 2022.

                                                  John G. Koeltl
                                    UNITED STATES DISTRICT JUDGE