UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC <br><br> Plaintiffs, <br><br> v. <br><br> INTERNET ARCHIVE and DOES 1 through 5, inclusive <br><br> Defendants. | Case No. 1:20-CV-04160-JGK |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Civil Rule 1.3 of the Rules of the United States District Court for the Southern District of New York, I, Rebecca Weissman, respectfully move this Court for an Order for admission to practice pro hac vice to appear as counsel for Plaintiffs Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., and Penguin Random House LLC (collectively, "Plaintiffs") in the above-captioned action.

As set forth in my declaration, I am a member in good standing of the bars of California and the District of Columbia. Further, there are no pending disciplinary proceedings against me in any state or federal court. As required by Local Civil Rule 1.3, certificates of good standing for me from the California and District of Columbia Bars, issued within the past 30 days, and a proposed order are attached to this motion.

I appreciate the Court's consideration and look forward to the opportunity to appear in this matter.

DATED:  January 31, 2022  
Washington, D.C.

Respectfully submitted,

*/s/ Rebecca Weissman*
Rebecca Weissman (applicant)

**DAVIS WRIGHT TREMAINE LLP**

Elizabeth A. McNamara  
Linda Steinman  
John M. Browning  
Jesse Feitel

1251 Avenue of the Americas, 21st Floor  
New York, NY 10020  
Phone: (212) 489-8230  
Email:   lizmcnamara@dwt.com  
              lindasteinman@dwt.com  
              jackbrowning@dwt.com  
              jessefeitel@dwt.com

**OPPENHEIM + ZEBRAK, LLP**

Matthew J. Oppenheim  
Scott A. Zebrak  
Rebecca Weissman (*applicant*)  
Danae Tinelli (*pro hac vice*)

4530 Wisconsin Avenue, NW, 5th Floor  
Washington, DC 20016  
Email:   matt@oandzlaw.com  
              scott@oandzlaw.com  
              rebecca@oandzlaw.com  
              danae@oandzlaw.com

*Attorneys for Plaintiffs HarperCollins Publishers LLC, Penguin Random House LLC, Hachette Book Group, Inc. and John Wiley & Sons, Inc.*