UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive<br><br>　　　　　　　　　　　Defendants. | Case No. 1:20-CV-04160-JGK |

**DECLARATION OF REBECCA WEISSMAN
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, **Rebecca Weissman**, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. This declaration is submitted in support of a request for entry of an Order permitting me to appear pursuant to Local Civil Rule 1.3 of the Rules of the United States District Court for the Southern District of New York.

2. I am a member in good standing of the bars of California and the District of Columbia. I was admitted to the California Bar on December 4, 2018. I was admitted to the District of Columbia Bar on July 13, 2020.

3. Attached are true and correct copies of certificates of good standing for me, issued within the past 30 days, from the bars of California and the District of Columbia.

4. My current contact information is as follows:

> Rebecca Weissman
> Oppenheim + Zebrak, LLP
> 4530 Wisconsin Ave., NW, 5th Floor
> Washington, DC 20016
> T: (202) 733-1202 F: (866) 766-1678
> rebecca@oandzlaw.com

5. I have never been convicted of a felony.

2

      6.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

      7.      There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 31st, 2022 in Washington, D.C.



*/s/ Rebecca Weissman*
Rebecca Weissman

2