**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HACHETTE BOOK GROUP, INC.,<br>HARPERCOLLINS PUBLISHERS LLC,<br>JOHN WILEY & SONS, INC., and PENGUIN<br>RANDOM HOUSE LLC<br><div align="right">Plaintiffs,</div><br>v.<br><br>INTERNET ARCHIVE and DOES 1 through 5,<br>inclusive<br><div align="center">Defendants.</div> | Case No. 1:20-CV-04160-JGK |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Civil Rule 1.3 of the Rules of the United States District Court for the Southern District of New York, I, Rebecca Weissman, respectfully move this Court for an Order for admission to practice pro hac vice to appear as counsel for Plaintiffs Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., and Penguin Random House LLC (collectively, "Plaintiffs") in the above-captioned action.

As set forth in my declaration, I am a member in good standing of the bars of California and the District of Columbia.  Further, there are no pending disciplinary proceedings against me in any state or federal court.  As required by Local Civil Rule 1.3, certificates of good standing for me from District of Columbia Bar and Supreme Court of California, issued within the past 30 days, and a proposed order are attached to this motion.

I appreciate the Court's consideration and look forward to the opportunity to appear in this matter.

DATED:  February 15, 2022
Washington, D.C.

Respectfully submitted,

*/s/ Rebecca Weissman*

Rebecca Weissman (applicant)

**DAVIS WRIGHT TREMAINE LLP**

Elizabeth A. McNamara
Linda Steinman
John M. Browning
Jesse Feitel

1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Email:   lizmcnamara@dwt.com
         lindasteinman@dwt.com
         jackbrowning@dwt.com
         jessefeitel@dwt.com


**OPPENHEIM + ZEBRAK, LLP**

Matthew J. Oppenheim
Scott A. Zebrak
Rebecca Weissman (*applicant*)
Danae Tinelli (*pro hac vice*)

4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Email:   matt@oandzlaw.com
         scott@oandzlaw.com
         rebecca@oandzlaw.com
         danae@oandzlaw.com


*Attorneys for Plaintiffs HarperCollins
Publishers LLC, Penguin Random House
LLC, Hachette Book Group, Inc. and John
Wiley & Sons, Inc.*