IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive<br><br>　　　　　　　Defendants. | Case No. 1:20-CV-04160-JGK |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE, Moon Hee Lee, counsel for Defendant Internet Archive, hereby requests to be withdrawn as counsel of record in this case as she will no longer be associated with Durie Tangri LLP.

Joseph C. Gratz, Jessica E. Lanier, Aditya V. Kamdar, Annie A. Lee, and Allyson R. Bennett, from Durie Tangri LLP will continue to represent Defendant Internet Archive. Accordingly, the withdrawal of Ms. Lee from this matter will impose no delay of the case nor will it prejudice any party.

Dated: March 14, 2022            DURIE TANGRI LLP

                    By:      /s/ Joseph C. Gratz
                        JOSEPH C. GRATZ (*Pro Hac Vice*)
                        JESSICA E. LANIER (*Pro Hac Vice*)
                        ADITYA V. KAMDAR (*Pro Hac Vice*)
                        ANNIE A. LEE (*Pro Hac Vice*)
                        217 Leidesdorff Street
                        San Francisco, CA 94111
                        (415) 362-6666
                        jgratz@durietangri.com
                        jlanier@durietangri.com
                        akamdar@durietangri.com
                        alee@durietangri.com

APPLICATION GRANTED
SO ORDERED

3/15/22    [signature]
           John G. Koeltl, U.S.D.J.

1

ALLYSON R. BENNETT (*Pro Hac Vice*)
953 East 3rd Street
Los Angeles, CA 90013
(213) 992-4499
abennett@durietangri.com
mlee@durietangri.com

ELECTRONIC FRONTIER FOUNDATION
CORYNNE MCSHERRY (*Pro Hac Vice*)
KIT WALSH (*Pro Hac Vice*)
CARA GAGLIANO (*Pro Hac Vice*)
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
corynne@eff.org
kit@eff.org
cara@eff.org

Attorneys for Defendant
INTERNET ARCHIVE

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2022 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

/s/ Joseph C. Gratz<br>JOSEPH C. GRATZ