UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC<br><br>         Plaintiffs,<br><br>  v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive<br>         Defendants. | Case No. 1:20-CV-04160-JGK |

**APPLICATION FOR WITHDRAWAL AND TERMINATION OF APPEARANCE OF REBECCA E. WEISSMAN**

Pursuant to Local Rule 1.4, Oppenheim + Zebrak, LLP ("the Firm"), counsel for Plaintiffs Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc. and Penguin Random House LLC ("Plaintiffs"), hereby informs the Court that Rebecca E. Weissman is no longer associated with the Firm, and requests that the Court approve the withdrawal and termination of the appearances of Ms. Weissman as counsel in this matter. Ms. Weissman is not asserting a retaining or charging lien. Plaintiffs have been informed of and have no objection to this application. The requested withdrawal will have no impact on the status or progress of this case, as Plaintiffs continue to be represented by the Firm, including by the counsel of record listed below. Finally, as shown by the attached Certificate of Service, this Motion and the accompanying proposed Order will be served upon all parties.

| | |
|---|---|
| DATED:  June 2, 2022<br>Washington, D.C. | Respectfully submitted,<br><br>*/s/ Rebecca Weissman*<br>Rebecca Weissman<br><br>**DAVIS WRIGHT TREMAINE LLP**<br><br>Elizabeth A. McNamara<br>Linda Steinman<br>John M. Browning<br>Jesse Feitel<br><br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020<br>Phone: (212) 489-8230<br>Email:   lizmcnamara@dwt.com<br>           lindasteinman@dwt.com<br>           jackbrowning@dwt.com<br>           jessefeitel@dwt.com<br><br><br>**OPPENHEIM + ZEBRAK, LLP**<br><br>Matthew J. Oppenheim<br>Scott A. Zebrak<br>Rebecca Weissman (*pro hac vice*)<br>Danae Tinelli (*pro hac vice*)<br><br>4530 Wisconsin Avenue, NW, 5th Floor<br>Washington, DC 20016<br>Email:   matt@oandzlaw.com<br>           scott@oandzlaw.com<br>           rebecca@oandzlaw.com<br>           danae@oandzlaw.com<br><br><br>*Attorneys for Plaintiffs HarperCollins Publishers LLC, Penguin Random House LLC, Hachette Book Group, Inc. and John Wiley & Sons, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June 2022, a true and exact copy of the foregoing Application for Withdrawal and Termination of Appearance of Rebecca E. Weissman and the proposed Order granting the application have been served on Plaintiffs via email as agreed, and upon Defendants counsel of record by ECF notification.

/s/ Rebecca E. Weissman<br>
Rebecca E. Weissman