UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive<br>　　　　　　　　　　Defendants. | Case No. 1:20-CV-04160-JGK |

**[PROPOSED] ORDER PERMITTING WITHDRAWAL AND TERMINATING APPEARANCE OF REBECCA E. WEISSMAN**

**WHEREAS,** the Court has reviewed the Plaintiffs Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc. and Penguin Random House LLC ("Plaintiffs"), Application for Withdrawal and Termination of Appearance of Rebecca E. Weissman as attorney of record in this matter; and

**WHEREAS**, Plaintiffs have shown that the requested withdrawal comports with Local Rule 1.4;

**IT IS HEREBY ORDERED THAT** the appearance of Rebecca E. Weissman in this matter is terminated.

**IT IS FURTHER ORDERED THAT** the Clerk of Court shall remove Rebecca E. Weissman from the docket in this matter.

It is SO ORDERED this _____ day of June, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE