**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

|  |  |  |
|---|---|---|
| HACHETTE BOOK GROUP, INC.,<br>HARPERCOLLINS PUBLISHERS LLC, JOHN<br>WILEY & SONS, INC., and PENGUIN RANDOM<br>HOUSE LLC, | : <br> : <br> : <br> : | Case No. 1:20-cv-04160-JGK |
| Plaintiffs, | : |  |
| -against- | : |  |
| INTERNET ARCHIVE and DOES 1 through 5,<br>inclusive, | : |  |
| Defendants. | : <br> : <br> : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### NOTICE OF MOTION OF PLAINTIFFS HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC. AND PENGUIN RANDOM HOUSE LLC FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that Hachette Book Group, Inc. ("Hachette"), HarperCollins Publishers LLC ("HarperCollins"), John Wiley & Sons, Inc. ("Wiley") and Penguin Random House LLC ("PRH") (together, "Plaintiffs") will move this Court, before the Honorable John G. Koeltl, United States District Judge, Southern District of New York, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Plaintiffs' motion for summary judgment against Internet Archive with respect to the causes of action set forth in the Complaint for direct and indirect copyright infringement of the Works in Suit.[1]  In support of this motion, Defendants rely upon the accompanying (1) Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment, (2) Statement of Undisputed Material Facts, (3) Declaration of Jeffrey Weber

---

[1] Plaintiffs' motion for summary judgment addresses only Internet Archive's liability under the causes of action set forth in the Complaint.  Plaintiffs will address damages and other remedies at a later stage of this case.

and exhibits annexed thereto, (4) Declaration of Chantal Restivo-Alessi and exhibits annexed

thereto, (5) Declaration of Ben Sevier and exhibits annexed thereto, (6) Declaration of Alan Pavese

and exhibits annexed thereto, (7) Declaration of Ian Foster and exhibits annexed thereto, (8)

Declaration of Sandra Cisneros, (9) Declaration of Tracey Offner and exhibits annexed thereto,

and (10) Declaration of Elizabeth McNamara and exhibits annexed thereto.

PLEASE TAKE FURTHER NOTICE that, pursuant to the scheduling ordered entered by

this Court on January 21, 2022 (ECF No. 70), opposing papers, if any, must be served upon the

undersigned on or before September 2, 2022; and reply papers, if any, must be served on or before

October 7, 2021.  Any oral argument will occur on a date and at a time designated by the Court.

Dated: New York, New York
     July 7, 2022

**DAVIS WRIGHT TREMAINE LLP**

*/s/ Elizabeth A. McNamara*
Elizabeth A. McNamara
Linda Steinman
John M. Browning
Jesse Feitel
Carl Mazurek
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Email: lizmcnamara@dwt.com
     lindasteinman@dwt.com
     jackbrowning@dwt.com
     jessefeitel@dwt.com
     carlmazurek@dwt.com

**OPPENHEIM + ZEBRAK, LLP**

Matthew J. Oppenheim
Scott A. Zebrak (*pro hac vice*)
Danae Tinelli (*pro hac vice*)
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Phone: (202) 480-2999
Email: matt@oandzlaw.com
     scott@oandzlaw.com
     danae@oandzlaw.com

*Attorneys for Hachette Book Group,*
*Inc., HarperCollins Publishers LLC,*
*John Wiley & Sons, Inc., and Penguin*
*Random House LLC*


TO:


DURIE TANGRI LLP
Joseph C. Gratz
Jessica E. Lanier
Aditiya V. Kamdar
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666
jgratz@durietangri.com
jlanier@durietangri.com
akamdar@durietangri.com

ELECTRONIC FRONTIER FOUNDATION
Corynne McSherry
Kit Walsh
Cara Gagliano
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
corynne@eff.org
kit@eff.org
cara@eff.org

*Attorneys for Defendant*
*Internet Archive*