

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Elizabeth A. McNamara**
(212) 489-8230 tel
(212) 489-8340 fax

lizmcnamara@dwt.com

July 7, 2022

**VIA ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Hachette Book Group, Inc., et al. v. Internet Archive, et al.*, 20-cv-04160-JGK

Dear Judge Koeltl:

    We write on behalf of plaintiffs Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc. and Penguin Random House LLC (the "Plaintiffs") to request oral argument in the above-captioned matter pursuant to Your Honor's Individual Rule II.G. Plaintiffs believe that the Court will benefit from the additional context that oral argument will provide and the opportunity to address any questions the Court may have.

Respectfully submitted,

Davis Wright Tremaine LLP


/s/ Elizabeth A. McNamara

Elizabeth A. McNamara


cc:   To all counsel of record (via ECF)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.
4876-5762-7684v.3 0092453-000002