# Appendix A

# Ian T Foster

Data Science and Learning Division
Argonne National Laboratory
Lemont, IL 60439-4843
Tel: (630) 252-4619
foster@anl.gov

Department of Computer Science
University of Chicago
Chicago, Illinois 60637
(773) 702 3487
foster@uchicago.edu

## Education

| | |
|---|---|
| 1988 | Doctor of Philosophy, Computer Science, Imperial College, University of London, United Kingdom. Advisor: Prof. Keith Clark. |
| 1979 | Bachelor of Science, 1st class honors, Computer Science, University of Canterbury, New Zealand |

## Current Positions

| | |
|---|---|
| 2021- | INRIA International Chair, Grenoble, France |
| 2018- | Director, Data Science and Learning Division, Argonne National Laboratory (ANL) |
| 2014- | Fellow, Institute for Molecular Engineering, University of Chicago (UC) |
| 2010- | Argonne Distinguished Fellow, ANL |
| 2004- | Arthur Holly Compton Distinguished Service Professor, UC |
| 1998- | Senior Scientist, ANL |

## Other Professional Experience

| | |
|---|---|
| 2007-16 | Senior Fellow, Institute in Genomic and Systems Biology, ANL and UC |
| 2006-16 | Director, Computation Institute, ANL and UC |
| 2000-09 | Associate Director, Mathematics and Computer Science Division, ANL |
| 2000-04 | Professor, Department of Computer Science, UC |
| 1998-2017 | Senior Fellow, Computation Institute, ANL and UC |
| 1992-98 | Scientist, Mathematics and Computer Science Division, ANL |
| 1996-99 | Associate Professor, Department of Computer Science, UC |
| 1991-92 | Assistant Scientist, Mathematics and Computer Science Division, ANL |
| 1989-90 | Postdoctoral Fellow, Mathematics and Computer Science Division, ANL |
| 1985-88 | Research Associate, Department of Computing, Imperial College |
| 1983-84 | Technical Consultant, BRS Europe |
| 1980-82 | Professional sailor, Pacific, Caribbean, Atlantic |

## Honors

| | |
|---|---|
| 2020 | DOE Office of Science Distinguished Scientists Fellow |
| 2020 | IEEE-CS Goode Award |
| 2019 | Best Paper, SC'19 Supercomputing Conference |
| 2019 | IEEE-CS Charles Babbage Award |
| 2018 | R&D 100 Award for Swift |
| 2018 | Best Paper, International Conference on Machine Learning for Networking |
| 2018 | Best Paper, TridentCom 2018 |
| 2017 | Euro-Par Achievement Award |
| 2016 | Best Paper Award, 18th IEEE Intl Conf on High Performance Computing and Comms |
| 2016 | Best Paper Award, 12th International Conference on eScience |
| 2016 | Distinguished Carl Adam Petri Lecture |
| 2014 | IEEE TCSC Award for Excellence in Scalable Computing |
| 2012 | Inaugural ACM High Perf. Distributed Computing Lifetime Achievement Award |

2012      Technologist of the Year, Illinois Technology Association
2011      R&D 100 Award for Globus Online
2011      IEEE Tsutomu Kanai Award
2011      Best Paper Award, IEEE International Conference on Services Computing
2009      DSc (Honoris Causi), Research and Advanced Studies Center of the National
          Polytechnic Institute of Mexico (CINVESTAV), Mexico
2009      Fellow, Association for Computing Machinery
2009      WORLDCOMP Outstanding Achievement Award
2008      Professor Jean-Claude Healy Distinguished Lecture
2007      Data Analysis Challenge Award, SC07
2006      GridWorld "Industry Leadership Award"
2005      Network World's 50 Most Powerful People in Networking
2005      D.Sc (Honoris Causi), University of Canterbury, New Zealand
2003, 04  Silicon.com Top 50 Agenda Setter
2003      Fellow, American Association for the Advancement of Science
2003      R&D Magazine Innovator of the Year
2003      Illinois Innovation Award
2003      InfoWorld Innovator
2003      MIT Technology Review, one of "Ten Technologies That Will Change the World"
2003      University of Chicago Distinguished Service Award
2002      Federal Laboratory Consortium Technology Transfer Award
2002      Lovelace Medal
2002      Fellow, British Computer Society
2002      R&D100 "Most Promising New Technology" Award
2002      R&D 100 Award for Globus Toolkit
2001      Gordon Bell Award
1997      Global Information Infrastructure "Next Generation" Award
1995      Best Paper Award, Supercomputing Conference
1989      British Computer Society Award for Technical Innovation

## Personal Data

U.S citizen, New Zealand citizen.

Languages: English (native), French (rusty)

## Research

Throughout his career, Foster has pioneered new approaches to the use of distributed computing for accelerating scientific discovery, both within supercomputers and over networks. He has repeatedly proposed out-of-the-box ideas that proved transformative for computer science and DOE: ideas such as large-scale task-parallel programming, on-demand distributed computations ("grid computing"), virtual organizations, universal data transfer and trust fabrics, and cloud management services for data-intensive science.

High-level task parallelism: Parallelism has long meant, primarily, data parallelism and low-level message passing. Recognizing that many interesting task-parallel computations were difficult to realize with such tools, Foster developed new programming methods that eased the specification of interacting tasks, enabled composition of existing programs, used deterministic constructs to avoid race conditions, and scaled to large distributed and parallel computer systems. Tools such as Strand, Virtual Data Language, Swift, and most recently, Parsl have been used to develop pioneering implementations of task-parallel program structures—in areas as diverse instrument data analysis pipelines, large model intercomparisons, and hyper-parameter optimization—that

today are mainstream. Foster is exploring related problems within the exascale Codesign center for Online Data Analysis and Reduction project.

Grid computing: Noting the opportunities offered by high-speed networks in the 1990s, Foster ith colleagues Carl Kesselman and Steven Tuecke launched an effort to create a unifying fabric of protocols, software, and policies for remote and coordinated use of computers, data, instruments, and software, regardless of location: what came to be known as *grid computing*. (The idea was that one could request computing when needed, much like plugging into an electrical socket: a radical concept at the time, but now routine thanks to commercial clouds.) The realization of this vision required new methods for resource description and discovery; authentication, authorization, and delegation of authority; reliable, efficient data movement; distributed computation management; distributed system monitoring; and replication and indexing of distributed data. That work led to numerous technical advances, innovative applications, and improvements in scientific infrastructure. For example, the climate community uses these methods to distribute climate data used in IPCC assessments, and the HEP community to aggregate hundreds of thousands of CPUs contributed by hundreds of LHC participants worldwide. Data transfer, security, and workflow management methods developed in this work underpin the data infrastructure used by many science projects worldwide.

Cloud services for data-intensive science: Foster realized that the emergence of commercial ("public") cloud services offered exciting opportunities to rethink research infrastructure, in particular by offloading responsibility for previously manual processes to cloud-hosted services. The resulting Globus service provides managed identity management, data transfer and replication, data sharing, data publication, and other services to the research community. As of early 2020, Globus is used at 13 national laboratories and more than 1,000 institutions, has 250,000 registered users, and has been used to transfer more than 100 billion files and 1 exabyte. Globus has become an essential data infrastructure element at national computing and experimental facilities and within many science projects.

Network dynamics: Foster's interest in how networks are used has led to pioneering studies of the structure and dynamics of peer-to-peer networks; data replication and discovery strategies in distributed systems; innovation networks in science; the behavior of network protocols in low-loss networks; and behaviors within modern science networks.

Scientific applications: Foster has also made important contributions via the development of computational methods and infrastructures in climate science, biomedical science, x-ray imaging, materials science, and other fields.

## Collaboration and Communication

Foster has conceived of and led numerous successful intralab, multilab, US, and international projects, from early grid initiatives to recent collaborations in network modeling and exascale co-design. He has worked with hundreds of scientists and engineers at national laboratories to advance science and infrastructure: for example, with HEP scientists on the creation and application of the computing infrastructure for the LHC; with climate scientists on parallel climate models and, later, the Earth System Grid; with materials scientists on online analysis for light sources; and with computational scientists on innovative distributed computing applications and technologies.

Foster is a tireless communicator and proponent of computational methods for science in his speaking and writing. His eight books have all been influential. For example, his 1994 text, *Designing and Building Parallel Programs*, the first book published on the web, has introduced

many to parallel programming; his 1998 and 2003 books on grid computing, with Carl Kesselman, defined a research agenda for a large community; and his 2016 book on *Big Data and Social Science* communicated advanced data science methods developed within DOE and elsewhere to government statistical agencies.

## Selected Professional Activities

Chair/Organizer: ParCo (2019), IEEE Cloud (2016, 2017), CCGrid (2014), eScience (2012), NSF Workshop on Building Effective Virtual Organizations (2008), NSF Workshop on Virtual Organization Research (2007), International Provenance and Annotation Workshop (2006),Workshop on Data Annotation and Provenance (2002), IEEE International Symposium On High-Performance Distributed Computing (1998, 2000, 2001), IEEE Symposium on the Frontiers of Massively Parallel Computation (1999), DARPA/DOE/NASA/DOE Computational Grids Workshop (1997), DARPA/NSF Workshop on Performance (1996), DOE DP/ER Workshop on Public Key Infrastructure (1996), Interagency Workshop on the Peta ops Software Model (1996), Interagency Summer School on Petaops Software (1996), DOE DP/ER Workshop on Future Security Research (1995), 4th PDEs on the Sphere Conference (1994), Workshop on Parallel Algorithms for Semi-Lagrangian Transport (1994), NSF Workshop on High Performance Computing and Communications and Health Care (1994), Workshop on Task Parallelism in Fortran (1994).

Member: Computing Community Consortium (2018-), SLAC Board of Overseers (2017-2020); New Zealand National eScience Infrastructure Study Group (2015-); BESAC Subcommittee on Challenges at the Frontiers of Matter and Energy (2015); National Data Service Consortium Executive Committee (2015-); Joint DOE ASCAC/BERAC Subcommittee on Computational and Informational Technology Rate Limiters to the Advancement of Climate Change Science (2007); DOE ASCAC Subcommittee on the Role of Networking and Networking Research within the Office of Science (2007-2008); Open Grid Forum Advisory Committee (2002-2007), NSF Linked Environments for Atmospheric Discovery (LEAD) project External Advisory Committee (2003-2007); Canadian HPC Advisory Committee (2002-2003), IBM Autonomic Computing Council (2002-2003), Editorial Board, IEEE Internet Computing (since 2002), IIT Computer Science Advisory Board (2002-2004), UK eScience Technical Advisory Group (2001-2004), EU DataGrid Architecture Board (2001-2004), NSF CISE Advisory Committee, Subcommittee on Middleware (2000-2001); Editorial Board, IEEE Trans. on Parallel and Distributed Systems (1997-2002); Middleware Working Group, Next Generation Internet Symposium (1997); Advisory committee, IBM International Conference On Parallel Computing; Information Architecture Committee, Supercomputing '95; Advisory Panel, International Conference on High Performance Computing (1995-2000); Technical Steering Committee, NSF Center for Research on Parallel Computation (1992-2001); CHAMMP Science Team (1992-2001); Editorial Board, IEEE Parallel and Distributed Technology (1992-2001).

## Books

1. **Big Data and Social Science**, I Foster, R Ghani, R Jarmin, F Kreuter, J Lane, eds., Taylor and Francis. Second edition, 2020.
2. **Parallel Computing: Technology Trends**, I Foster, G Joubert, L Kučera, eds., IOS Press, 2020.
3. **Cloud Computing for Science and Engineering**, I Foster and Dennis Gannon, CRC Press and at https://cloud4scieng.org, 2017.
4. **Big Data and Social Science**, I Foster, R Ghani, R Jarmin, F Kreuter, J Lane, eds., Taylor and Francis, 2016.

5. **Transition of HPC towards Exascale Computing**, E D'Hollander, J Dongarra, I Foster, L Grandinetti, G Joubert, eds. IOS Press, 2013.

6. **The Grid: Blueprint for a New Computing Infrastructure, 2nd Edition**, I Foster and C Kesselman, eds., Morgan-Kaufmann, 2004.

7. **Sourcebook of Parallel Computing**, J Dongarra, I Foster, W Gropp, K Kennedy, L Torczon, A White, eds., Morgan-Kaufman, 2002.

8. **The Grid: Blueprint for a New Computing Infrastructure**, I Foster and C Kesselman, eds., Morgan-Kaufmann, 1999.

9. **Designing and Building Parallel Programs: Concepts and Tools for Parallel Software Engineering**, I Foster, Addison-Wesley and at http://www.mcs.anl.gov/dbpp/, 1995.

10. **Strand: New Concepts in Parallel Programming**, I Foster, S Taylor, Prentice-Hall, 1990.

11. **Systems Programming in Parallel Logic Languages**, I Foster, Prentice-Hall, 1989.


## Journal Articles and Book Chapters (see scholar.google.com for latest)

12. "Productive parallel programming with Parsl," K Chard, Y Babuji, A Woodard, B Clifford, Z Li, M Hategan, I Foster, M Wilde, D Katz, **ACM SIGAda Ada Letters**, 40(2):73-75, 2021.

13. "Online data analysis and reduction: An important co-design motif for extreme-scale computers," I Foster, M Ainsworth, J Bessac, F Cappello, J Choi, S Di, Z Di, A Gok, H Guo, K Huck, XXX, **The International Journal of High Performance Computing Applications**, 2021.

14. "The Exascale Framework for High Fidelity coupled Simulations (EFFIS): Enabling whole device modeling in fusion science," E Suchyta, S Klasky, N Podhorszki, M Wolf, A Adesoji, Abolaji, C Chang, J Choi, P Davis, J Dominski, S Ethier, XXX., **The International Journal of High Performance Computing Applications**, 2021.

15. "Cyberinfrastructure and system software for online analysis of large-scale data: Challenges and design choices," R Kettimuthu, Z Liu, T Bicer, I Foster, **Handbook on Big Data and Machine Learning in the Physical Sciences: Volume 2. Advanced Analysis Solutions for Leading Experimental Techniques**,333-360, 2020.

16. "End-to-end online performance data capture and analysis for scientific workflows," G Papadimitriou, C Wang, K Vahi, R da Silva, A Mandal, Z Liu, R Mayani, M Rynge, M Kiran, V Lynch, **Future Generation Computer Systems**, 117:387-400, 2021.

17. "Fast and accurate learned multiresolution dynamical downscaling for precipitation," J Wang, Z Liu, I Foster, W Chang, R Kettimuthu, V Kotamarthi, **Geoscientific Model Development Discussions**, 1-24, 2021

18. "Enabling deeper learning on big data for materials informatics applications," D Jha, V Gupta, L Ward, Z Yang, C Wolverton, I Foster, W Liao, A Choudhary, A Agrawal, **Scientific Reports**, 11(1): 1-12, 2021.

19. "Automated development of molten salt machine learning potentials: Application to LiCl," G Sivaraman, J Guo, L Ward, N Hoyt, M Williamson, I Foster, C Benmore, N Jackson, **The Journal of Physical Chemistry Letters**, 12(17):4278-4285, 2021.

20. "Graph-based approaches for predicting solvation energy in multiple solvents: Open datasets and machine learning models," L Ward, N Dandu, B Blaiszik, B Narayanan, R Assary, P Redfern, I. Foster, L Curtiss, **The Journal of Physical Chemistry A**, 2021.

21. "Design and evaluation of a simple data interface for efficient data transfer across diverse storage," Z Liu, R Kettimuthu, J Chung, R Ananthakrishnan, M Link, I Foster **ACM Transactions on Modeling and Performance Evaluation of Computing Systems**, 1(6):1-25, 2021.

22. "2′-O methylation of RNA cap in SARS-CoV-2 captured by serial crystallography," M Wilamowski, D Sherrell, N Kim, Y Kim, L Shuvalova, A Lavens, R Chard, N Maltseva, R Jedrzejczak, M Rosas-Lemus, N Saint, I Foster, K Michalska, K Satchell, A Joachimiak **Proceedings of the National Academy of Sciences**, 118(21), 2021.

23. "Translating the grid: How a translational approach shaped the development of grid computing," I Foster, C Kesselman, **Journal of Computational Science**, 52, 2021.

24. "Prevalence of inherited mutations in breast cancer predisposition genes among women in Uganda and Cameroon," B Adedokun, Y Zheng, P Ndom, A Gakwaya, T Makumbi, A Zhou, T Yoshimatsu, A Rodriguez, R Madduri, I Foster, A Sallam, O Olopade, D Huo, **Cancer Epidemiology and Prevention Biomarkers**, 29(2):359-367, 2020.

25. "Quantum-Chemically Informed Machine Learning: Prediction of Energies of Organic Molecules with 10 to 14 Non-hydrogen Atoms," N Dandu, L Ward, R Assary, P Redfern, B Narayanan, I Foster, L Curtiss, **The Journal of Physical Chemistry A**, 124(28):5804-5811, 2020.

26. "Crowd-Sourced Data and Analysis Tools for Advancing the Chemical Vapor Deposition of Graphene: Implications for Manufacturing," J Schiller, R Santamaria, A Shah, M Surana, K Zhang, M Robertson, K Miller, K Cruse, K Liu, B Seong, C Seol, I Foster, B Blaiszik, B Galewsky, D Adams, D Katz, P Ferreira, E Ertekin, S Tawfick, **ACS Applied Nano Materials**, 2020.

27. "DLHub: Simplifying publication, discovery, and use of machine learning models in science," Z Li, R Chard, L Ward, K Chard, T Skluzacek, Y Babuji, A Woodard, S Tuecke, B Blaiszik, M Franklin, I Foster, **Journal of Parallel and Distributed Computing**, 2020.

28. "TomoGAN: Low-dose synchrotron x-ray tomography with generative adversarial networks," Z Liu, T Bicer, R Kettimuthu, D Gursoy, F De Carlo, I Foster, **JOSA A**, 37(3), 422-434, 2020.

29. "A regional nuclear conflict would compromise global food security," J Jägermeyr, A Robock, J Elliott, C Müller, L Xia, N Khabarov, C Folberth, E Schmid, W Liu, F Zabel, S Rabin, M Puma, A Heslin, J Franke, I Foster, S Asseng, C Bardeen, O Toon, C Rosenzweig, **Proceedings of the National Academy of Sciences**, 117(13), 7071-7081, 2020.

30. "Exascale applications: Skin in the game," F Alexander, A Almgren, J Bell, A Bhattacharjee, J Chen, P Colella, D Daniel, J DeSlippe, L Diachin, E Draeger, A Dubey, T Dunning, T Evans, I Foster, M Francois, T Germann, M Gordon, S Habib, M Halappanavar, S Hamilton, W Hart, Z Huang, A Hungerford, D Kasen, P Kent, T Kolev, D Kothe, A Kronfeld, Y Luo, P Mackenzie, D McCallen, B Messer, S Mniszewski, C Oehmen, A Perazzo, D Perez, D Richards, W J Rider, R Rieben, K Roche, A Siegel, M Sprague, C Steefel, R Stevens, M Syamlal, M Taylor, J Turner, J-L Vay, A Voter, T Windus, K Yelick, **Philosophical Transactions of the Royal Society A**, 378(2166), 20190056, 2020.

31. "Atlas of Transcription Factor Binding Sites from ENCODE DNase Hypersensitivity Data Across 27 Tissue Types," C Funk, A Casella, S Jung, M Richards, A Rodriguez, P Shannon, R Donovan-Maiye, B Heavner, K Chard, Y Xiao, G Glusman, N Ertekin-Taner, T Golde, A Toga, L Hood, J Van Horn, C Kesselman, I Foster, R Madduri, N Price, S Ament, **Cell Reports** 32(7), 108029, 2020.

32. "Using the FACE-IT portal and workflow engine for operational food quality prediction and assessment: An application to mussel farms monitoring in the Bay of Napoli, Italy," R Montella, A Brizius, D Di Luccio, C Porter, J Elliot, R Madduri, D Kelly, I Foster, **Future Generation Computer Systems**, 110:453-467, 2018.

33. "A data ecosystem to support machine learning in materials science," B Blaiszik, L Ward, M Schwarting, J Gaff, R Chard, D Pike, K Chard, I Foster, **MRS Communications**, 9(4):1125-1133, 2019.

34. "Machine learning prediction of accurate atomization energies of organic molecules from low-fidelity quantum chemical calculations," L Ward, B Blaiszik, I Foster, R Assary, B Narayanan, L Curtiss, **MRS Communications**, 9(3):891-899, 2019.

35. "HACC cosmological simulations: First data release," K Heitmann, T Uram, H Finkel, N Frontiere, S Habib, A Pope, E Rangel, J Hollowed, D Korytov, P Larsen, B Allen, K Chard, I Foster, **The Astrophysical Journal Supplement Series**, 244(1):17, 2019.

36. "Virtual Excited State Reference for the Discovery of Electronic Materials Database: An Open-Access Resource for Ground and Excited State Properties of Organic Molecules." B Abreha, S Agarwal, I Foster, B Blaiszik, S Lopez, **The Journal of Physical Chemistry Letters** 10(21): 6835-6841, 2019.

37.   "Jetstream: A novel cloud system for science," C Stewart, D Hancock, T Miller, J Fischer, L Liming, G Turner, J Lowe, S Gregory, E Skidmore, M Vaughn, D Stanzione, N Merchant, I Foster, J Taylor, P Rad, V Brendel, E Afgan, M Packard, T Miller, W Snapp-Childs, **Contemporary High Performance Computing**, 189-222, 2019.

38.   "Reproducible big data science: A case study in continuous FAIRness," R Madduri, K Chard, M D'Arcy, S Jung, A Rodriguez, D Sulakhe, E Deutsch, C Funk, Cory, B Heavner, M Richards, P Shannon, G Glusman, N Price, C Kesselman, I Foster, **PloS One**, 14(4), e0213013, 2019.

39.   "Workflow-based automatic processing for Internet of Floating Things crowdsourced data," M Montella, D Di Luccio, L Marcellino, A Galletti, S Kosta, G Giunta, I Foster, **Future Generation Computer Systems** 94, 103-119, 2019.

40.   "Toward a smart data transfer node," Z Liu, R Kettimuthu, I Foster, P Beckman, **Future Generation Computer Systems** 89, 10-18, 2018.

41.   "Transferring a petabyte in a day," R Kettimuthu, Z Liu, D Wheeler, I Foster, K Heitmann, F Cappello, **Future Generation Computer Systems** 88, 191-198, 2018.

42.   "Matminer: An open source toolkit for materials data mining," L Ward, A Dunn, A Faghaninia, NER Zimmermann, S Bajaj, Q Wang, I Foster, **Computational Materials Science** 152, 60-69, 2018.

43.   "Strategies for accelerating the adoption of materials informatics," L Ward, M Aykol, B Blaiszik, I Foster, B Meredig, J Saal, S Suram, **MRS Bulletin** 43 (9), 683-689, 2018.

44.   "BioWorkbench: A high-performance framework for managing and analyzing bioinformatics experiments," M Mondelli, T Magalhães, G. Loss, M Wilde, I Foster, M Mattoso, D Katz, **PeerJ** 6:e5551, 2018.

45.   "Bridging the gap between peak and average loads on science networks," S Nickolay, E.S Jung, R Kettimuthu, I Foster, **Future Generation Computer Systems** 79, 169-179, 2018.

46.   "Advance reservation access control using software-defined networking and tokens," J Chung, ES Jung, R Kettimuthu, N.S.V Rao, I Foster, R Clark, H Owen, **Future Generation Computer Systems** 79, 225-234, 2018.

47.   "The Modern Research Data Portal: A design pattern for networked, data-intensive science," K Chard, E Dart, I Foster, D Shifflett, S Tuecke, J Williams, **PeerJ Computer Science**, e144, 2018.

48.   "Research infrastructure for the safe analysis of sensitive data," I Foster, **The Annals of the American Academy of Political and Social Science**, 675(1), 2018.

49.   "Characterizing agricultural impacts of recent large-scale US droughts and changing technology and management," J Elliott, M Glotter, A Ruane, K Boote, J Hatfield, J Jones, C Rosenzweig, L Smith, I Foster, **Agricultural Systems** 159:275-281, 2018.

50.   "Trace: A high-throughput tomographic reconstruction engine for large-scale datasets," T Bicer, D Gursoy, V De Andrade, R Kettimuthu, W Scullin, F De Carlo, I Foster., **Advanced Structural and Chemical Imaging** 3(1):6, 2017.

51.   "Globus Nexus: A platform-as-a-service provider of research identity, profile, and group management," K Chard, M Lidman, B McCollam, J Bryan, R Ananthakrishnan, S Tuecke, I Foster, **Future Generation Computer Systems**, 56:571-583, 2016.

52.   "Cost-Aware Cloud Profiling, Prediction, and Provisioning as a Service," R Chard, K Chard, R Wolski, R Madduri, B Ng, K Bubendorfer, I Foster, **IEEE Cloud Computing** 4(4):48-59, 2017.

53.   "Bridging the gap between peak and average loads on science networks," S Nickolay, E Jung, R Kettimuthu, I Foster, **Future Generation Computer Systems**, 2017.

54.   "Machine learning algorithms for modeling groundwater level changes in agricultural regions of the US," S Sahoo, T Russo, J Elliott, I Foster, **Water Resources Research**, 2017.

55.   "Advance reservation access control using software-defined networking and tokens," J Chung, E Jung, R Kettimuthu, N Rao, I Foster, R Clark, H Owen, **Future Generation Computer Systems**, 2017

56. "A hybrid human-computer approach to the extraction of scientific facts from the literature," R Tchoua, K Chard, J Audus, J Qin, J de Pablo, I Foster. **Procedia Computer Science** 80:386-397, 2016.

57. "Towards a new generation of agricultural system data, models and knowledge products: Information and communication technology," S Janssen, C Porter, A Moore, I Athanasiadis, I Foster, J Jones, J Antle. **Agricultural Systems**, 2016.

58. "Toward a new generation of agricultural system data, models, and knowledge products: State of agricultural systems science," J Jones, J Antle, B Basso, K Boote, R Conant, I Foster, H Godfray, et al. **Agricultural Systems**, 2016.

59. "Brief history of agricultural systems modeling," J Jones, J Antle, B Basso, K Boote, R Conant, I Foster, H Godfray, et al., **Agricultural Systems**, 2016.

60. "Blending Education and Polymer Science: Semiautomated Creation of a Thermodynamic Property Database." R Tchoua, J Qin, D Audus, K Chard, I Foster, J de Pablo. **Journal of Chemical Education** 93(9):1561-1568, 2016.

61. "Globus Nexus: A Platform-as-a-Service provider of research identity, profile, and group management," K Chard, M Lidman, B McCollam, J Bryan, R Ananthakrishnan, S Tuecke, I Foster, **Future Generation Computer Systems**, 56:571-583, 2016.

62. "Predictive Big Data Analytics: A Study of Parkinson's Disease Using Large, Complex, Heterogeneous, Incongruent, Multi-Source and Incomplete Observations," I Dinov, B Heavner, M Tang, G. Glusman, K Chard, M Darcy, R Madduri, et al. **PLoS ONE** 11(8):e0157077, 2016.

63. "The Materials Data Facility: Data services to advance materials science research," B Blaiszik, K Chard, J Pruyne, R Ananthakrishnan, S Tuecke, I Foster. **Journal of Materials** 68(8):2045-2052, 2016.

64. "Optimization of tomographic reconstruction workflows on geographically distributed resources," T Bicer, D Gürsoy, R Kettimuthu, F De Carlo, I Foster. **Journal of Synchrotron Radiation** 23:4, 2016.

65. "Integrative genomics analyses unveil downstream biological effectors of disease-specific polymorphisms buried in intergenic regions," H Li, I Achour, L Bastarache, J Berghout, V Gardeux, J Li, Y Lee, et al. **NPJ Genomic Medicine** 1:16006, 2016.

66. "Data publication with the structural biology data grid supports live analysis," P Meyer, S Socias, J Key, E Ransey, E Tjon, A Buschiazzo, et al. **Nature Communications** 7, 2016.

67. "Networking materials data: Accelerating discovery at an experimental facility," I Foster, R Ananthakrishnan, B Blaiszik, K Chard, R Osborn, S Tuecke, M Wilde, J Wozniak, **Big Data and High Performance Computing**, 2015.

68. "Globus platform-as-a-service for collaborative science applications," R Ananthakrishnan, K Chard, I Foster, S Tuecke, **Concurrency and Computation: Practice and Experience**, 27(2):290-305, 2015.

69. "Estimating graph distance and centrality on shared nothing architectures," A Balkir, H Oktay, I Foster, **Concurrency and Computation: Practice and Experience,** 27(14):3587-3613, 2015.

70. "A case study for cloud based high throughput analysis of NGS data using the Globus Genomics system," K Bhuvaneshwar, D Sulakhe, R Gauba, A Rodriguez, R Madduri, U. Dave, L Lacinski, I Foster, Y Gusev, S Madhavan, **Computational and Structural Biotechnology Journal,** 13:64-74, 2015.

71. "FACE-IT: A science gateway for food security research," R Montella, D Kelly, W Xiong, A Brizius, J Elliott, R Madduri, K Maheshwari, C Porter, P Vilter, M Wilde, M Zhang, I Foster, **Concurrency and Computation: Practice and Experience**, 27(16):4423-4436, 2015.

72. "The Globus Galaxies platform: Delivering science gateways as a service," R Madduri, K Chard, Chard, Ryan, L Lacinski, A Rodriguez, D Sulakhe, Kelly, David, Dave, Utpal, I Foster, **Concurrency and Computation: Practice and Experience,** 27(16):4344-4360, 2015.

73. "Zodiac: a comprehensive depiction of genetic interactions in cancer by integrating TCGA data," Y Zhu, Y Xu, D Helseth, K Gulukota, Kamalakar, Yang, Shengjie, L Pesce L, Mitra, Riten, Mueller,

Peter, Sengupta, Subhajit, Guo, Wentian. **Journal of the National Cancer Institute**, 107(8):djv129, 2015.

74. "Sharing and reproducing database applications," Q. Pham, S Thaler, T Malik, I Foster, B Glavic, **Journal of the VLDB Endowment**, 8(12):1988-1991, 2015.

75. "Big Biomedical data as the key resource for discovery science," A Toga, I Foster, C Kesselman, R Madduri, K Chard, E Deutsch, N Price, G. Glusman, B Heavner, I Dinov, **Journal of the American Medical Informatics Association**, 22,6,1126-1131, 2015.

76. "A community-oriented workflow reuse and recommendation technique," J Zhang, C Lee, P Votava, T Lee, R Nemani, I Foster, **International Journal of Business Process Integration and Management**, 7(3):197-212, 2015.

77. "Choosing experiments to accelerate collective discovery," A Rzhetsky, J Foster, I Foster, J Evans, **Proceedings of the National Academy of Sciences**, 112(47):14569-14574, 2015.

78. "Computer Architectures for Health Care and Biomedicine," J Silverstein, I Foster, In **Biomedical Informatics**, pp. 149-184, 2014.

79. "Special Issue for Emerging Computational Methods for the Life Sciences Workshop," J Qiu, I Foster, R Taylor, **Concurrency and Computation: Practice and Experience**, 26(4):851-853, 2014.

80. "The parallel system for integrating impact models and sectors (pSIMS)," J Elliott, D Kelly, J Chryssanthacopoulos, M Glotter, K Jhunjhnuwala, N Best, M Wilde, I Foster, **Environmental Modelling & Software**, 62:509-516, 2014.

81. "Emerging Computational Methods for the Life Sciences Workshop 2012," J Qiu, I Foster, C Goble, **Concurrency and Computation: Practice and Experience**, 26(6):1231-1233, 2014.

82. "Experiences building Globus Genomics: a next-generation sequencing analysis service using Galaxy, Globus, and Amazon Web Services," R Madduri, D Sulakhe, L Lacinski, B Liu, A Rodriguez, K Chard, U. Dave, I Foster, **Concurrency and Computation: Practice and Experience**, 26(13):2266-2279, 2014.

83. "Constraints and potentials of future irrigation water availability on agricultural production under climate change," J Elliott, D Deryng, C Mueller, K Frieler, M Konzmann, D Gerten, M Glotter, M Florke, Y Wada, N Best, **Proceedings of the National Academy of Sciences**, 111(9):3239-3244, 2014.

84. "A spatial modeling framework to evaluate domestic biofuel-induced potential land use changes and emissions," J Elliott, Sharma, Bhavna, N Best, M Glotter, J Dunn, I Foster, F Miguez, S Mueller, M Wang, **Environmental Science & Technology**, 48,4,2488-2496, 2014.

85. "Consensus Genotyper for Exome Sequencing (CGES): improving the quality of exome variant genotypes," V Trubetskoy, A Rodriguez, U. Dave, N Campbell, E Crawford, E Cook, J Sutcliffe, I Foster, R Madduri, N Cox, **Bioinformatics**, btu591, 2014.

86. "Supercomputing for the parallelization of whole genome analysis," M Puckelwartz, L Pesce, V Nelakuditi, L Dellefave-Castillo, J Golbus, S Day, T Cappola, G. Dorn, I Foster, E McNally, **Bioinformatics**, 30(11):1508-1513, 2014.

87. "Evaluating the utility of dynamical downscaling in agricultural impacts projections," M Glotter, J Elliott, D McInerney, N Best, I Foster, E Moyer, **Proceedings of the National Academy of Sciences**, 111(24):8776-8781, 2014.

88. "Cloud-based bioinformatics workflow platform for large-scale next-generation sequencing analyses," B Liu, R Madduri,, B Sotomayor, K Chard, L Lacinski, U. Dave, J Li, C Liu, I Foster, **Journal of Biomedical Informatics**, 49,119-133, 2014.

89. "Lynx web services for annotations and systems analysis of multi-gene disorders," D Sulakhe, A Taylor, S Balasubramanian, B Feng, B Xie, D Bernigen, U. Dave, I Foster, C Gilliam, N Maltsev, **Nucleic Acids Research**, 42,W1,W473-W477, 2014.

90. "The Global Gridded Crop Model intercomparison: data and modeling protocols for Phase 1 (v1. 0)," J Elliott, C Mueller, D Deryng, J Chryssanthacopoulos, K Boote, M Buechner, I Foster, M Glotter, J Heinke, T Iizumi, **Geoscientific Model Development Discussions**, 7(4):4383-4427, 2014.

91. "XSEDE: accelerating scientific discovery," J Towns, T Cockerill, M Dahan, I Foster, K Gaither, A Grimshaw, V Hazlewood, S Lathrop, D Lifka, G. Peterson, **Computing in Science & Engineering**, 16,5,62-74, 2014.

92. "NCI workshop report: clinical and computational requirements for correlating imaging phenotypes with genomics signatures," R Colen, I Foster, R Gatenby, M Giger, R Gillies, D Gutman, M Heller, R Jain, A Madabhushi, S Madhavan, **Translational Oncology**, 7(5):556-569, 2014.

93. "A case study for cloud based high throughput analysis of NGS data using the Globus Genomics system," U. Dave, L Lacinski, I Foster, Y Gusev, S Madhavan, **Genomics**, 2,3, 2014.

94. "Efficient and secure transfer, synchronization, and sharing of big data," K Chard, S Tuecke, I Foster, **IEEE Cloud Computing**, 1(3):46-55, 2014.

95. "N-of-1-pathways unveils personal deregulated mechanisms from a single pair of RNA-Seq samples: towards precision medicine," V Gardeux, I Achour, J Li, M Maienschein-Cline, H Li, L Pesce, G. Parinandi, N Bahroos, R Winn, I Foster, **Journal of the American Medical Informatics Association**, 21(6):1015-1025, 2014.

96. "Swift/T: Scalable data flow programming for many-task application," J Wozniak, T Armstrong, M Wilde, D Katz, E Lusk, I Foster, **ACM SIGPLAN Notices**, 4 8,8,309-310, 2013.

97. "Turbine: A distributed-memory dataflow engine for high performance many-task applications," J Wozniak, T Armstrong, K Maheshwari, E Lusk, D Katz, M Wilde, I Foster, **Fundamenta Informaticae**, 128,3,337-366, 2013.

98. "Ophidia: toward big data analytics for escience," S Fiore, A D'Anca, C Palazzo, I Foster, D Williams, G. Aloisio, **Procedia Computer Science**, 18:2376-2385, 2013.

99. "Unilateral carbon taxes, border tax adjustments and carbon leakage", J Elliott, I Foster, S Kortum, G. Khun Jush, T Munson, D Weisbach. **Theoretical Inquiries in Law**, 14(1):207-244, 2013.

100. "Propagation of data error and parametric sensitivity in computable general equilibrium models," J Elliott, M Franklin, I Foster, T Munson, M Loudermilk. **Computational Economics**, 39(3):219-241, 2012.

101. "Software as a service for data scientists," B Allen, J Bresnahan, L Childers, I Foster, G. Kandaswamy, R Kettimuthu, J Kordas, M Link, S Martin, K Pickett, **Communications of the ACM**, 55(2):81-88, 2012.

102. "MTCProv: a practical provenance query framework for many-task scientific computing," L Gadelha Jr, M Wilde, M Mattoso, I Foster, **Distributed and Parallel Databases**, 30, 6-May, pp. 351-370, 2012.

103. "Shining light into black boxes," A Morin, J Urban, P Adams, I Foster, A Sali, D Baker, P Sliz. **Science**, 336(6078):159, 2012.

104. "Swift: A language for distributed parallel scripting," M Wilde, M Hategan, J Wozniak, B Clifford, D Katz, I Foster, **Parallel Computing**, 37,9,633-652, 2011.

105. "The small world of file sharing," A Iamnitchi, M Ripeanu, E Santos-Neto, I Foster, **IEEE Transactions on Parallel and Distributed Systems**, 22,7,1120-1134, 2011.

106. "Globus Online: Accelerating and democratizing science through cloud-based services," I Foster. **IEEE Internet Computing**, 3,70-73, 2011.

107. "Provenance management in Swift," L Gadelha, B Clifford, M Mattoso, M Wilde, I Foster, **Future Generation Computer Systems**, 27,6,775-780, 2011.

108. "Reshaping text data for efficient processing on Amazon EC2," G. Turcu, I Foster, S Nestorov, **Scientific Programming**, 19,3-Feb,133-145, 2011.

109. "Moving huge scientific datasets over the Internet," W Liu, B Tieman, R Kettimuthu, I Foster, **Concurrency and Computation: Practice and Experience**, 23(18):2404-2420, 2011.

110. "Enabling collaborative research using the biomedical informatics research network (BIRN)," K Helmer, J Ambite, J Ames, R Ananthakrishnan, G. Burns, A Chervenak, I Foster, L Liming, D

Keator, F Macciardi, **Journal of the American Medical Informatics Association**, 18(4):416-422, 2011.

111. "How computation changes research," I Foster, In **Switching Codes: Thinking through Digital Technology in the Humanities and the Arts**, 16-37, 2011.

112. "Building a secure learning health system," I Foster. **Digital infrastructure for the learning health system**. Workshop series summary, pp. 161-165, 2011.

113. "Using hybrid grid/cloud computing technologies for environmental data elastic storage, processing, and provisioning," R Montella, I Foster. In **Handbook of Cloud Computing**, 595-618, Springer, 2010.

114. "Trade and carbon taxes," J Elliott, I Foster, S Kortum, T Munson, F Cervantes, D Weisbach, **The American Economic Review**, 100(2):465-469, 2010.

115. "Network analysis of scientific workflows: a gateway to reuse," W Tan, J Zhang, I Foster, **IEEE Computer**, 54, 2010.

116. "CaGrid Workflow Toolkit: A taverna based workflow tool for cancer grid," W Tan, R Madduri, A Nenadic, S Soiland-Reyes, D Sulakhe, I Foster, C Goble, **BMC Bioinformatics**, 11(1):1, 2010.

117. "A comparison of using Taverna and BPEL in building scientific workflows: the case of caGrid," W Tan, P Missier, I Foster, R Madduri, D De Roure, C Goble, **Concurrency and Computation: Practice and Experience**, 22(9):1098-1117, 2010

118. "In search of simplicity: a self-organizing group communication overlay," M Ripeanu, A Iamnitchi, I Foster, A Rogers, **Concurrency and Computation: Practice and Experience**, 22(7):788-815, 2010

119. "Middleware support for many-task computing," I Raicu, I Foster, M Wilde, Z Zhang, K Iskra, P Beckman, Y Zhao, A Szalay, A Choudhary, P Little, **Cluster Computing**, 13(3):291-314, 2010.

120. "CIM-EARTH: Framework and case study," J Elliott, I Foster, K Judd, E Moyer, T Munson, **The BE Journal of Economic Analysis & Policy**, 10, 2, 2010.

121. "Global-scale distributed I/O with ParaMEDIC," P Balaji, W Feng, H Lin, J Archuleta, S Matsuoka, A Warren, J Setubal, E Lusk, R Thakur, I Foster, **Concurrency and Computation: Practice and Experience**, 22(16):2266-2281, 2010.

122. "CIM-EARTH: Framework and case study," J Elliott, I Foster, K Judd, E Moyer, T Munson, **The BE Journal of Economic Analysis & Policy**,10,2, 2010.

123. "Global-scale distributed I/O with ParaMEDIC," ,P Balaji, W Feng, H Lin, J Archuleta, S Matsuoka, A Warren, J Setubal, E Lusk, R Thakur, I Foster, **Concurrency and Computation: Practice and Experience**, 22(16):2266-2281, 2010.

124. "Virtual infrastructure management in private and hybrid clouds," B Sotomayor, R Montero, I Llorente, I Foster, **IEEE Internet Computing"**,13,5,14-22, 2009.

125. "Parallel scripting for applications at the petascale and beyond," M Wilde, I Foster, K Iskra, P Beckman, Z Zhang, A Espinosa, M Hategan, B Clifford, I Raicu, **IEEE Computer**,11,50-60, 2009.

126. "The Globus replica location service: design and experience," A Chervenak, R Schuler, M Ripeanu, M Amer, S Bharathi, I Foster, A Iamnitchi, C Kesselman, **IEEE Transactions on Parallel and Distributed Systems**, 20(9):1260-1272, 2009.

127. "The Earth System Grid," D Williams, R Ananthakrishnan, D Bernholdt, S Bharathi, D Brown, M Chen, A Chervenak, L Cinquini, R Drach, I Foster. **Bulletin of the American Meteorological Society**, 90(2):195, 2009.

128. "A flexible attribute based access control method for grid computing," B Lang, I Foster, F Siebenlist, R Ananthakrishnan, T Freeman, **Journal of Grid Computing**,7(2):169-180, 2009.

129. "caGrid 1.0: an enterprise Grid infrastructure for biomedical research," S Oster, S Langella, S Hastings, D Ervin, R Madduri, J Phillips, T Kurc, F Siebenlist, P Covitz, K Shanbhag, **Journal of the American Medical Informatics Association**,15(2):138-149, 2008.

130. "Tracking provenance in a virtual data grid," B Clifford, I Foster, J Voeckler, M Wilde, Y Zhao, **Concurrency and Computation: Practice and Experience**, 20(5):565-575, 2008.Wiley Online Library

131. "Terascale turbulence computation using the FLASH3 application framework on the IBM Blue Gene/L system," P.Constantin, I Foster, M Papka, S Abarzhi, S Asida, P Rich, C Glendenin, K Antypas, D Sheeler, L Reid, **IBM Systems Journal**, 52(1/2):127, 2008.

132. "Toward an autonomic service management framework: A holistic vision of SOA, AON, and autonomic computing," Y Cheng, A Leon-Garcia, I Foster, **IEEE Communications Magazine**, 46(5):138-146, 2008.

133. "e-Science, caGrid, and translational biomedical research," J Saltz, T Kurc, S Hastings, S Langella, S Oster, D Ervin, A Sharma, T Pan, M Gurcan, J Permar, **IEEE Computer**, 41(11):58, 2008.

134. "How do I model state? Let me count the ways," I Foster, S Parastatidis, P Watson, M Mckeown, **Communications of the ACM**, 51(9)34-41, 2008.

135. "Combining the power of Taverna and caGrid: scientific workflows that enable web-scale collaboration," W Tan, I Foster, R Madduri, **IEEE Internet Computing**,12(6):61-68, 2008.

136. "Interoperability of GADU in using heterogeneous grid resources for bioinformatics applications," D Sulakhe, A Rodriguez, M Wilde, I Foster, N Maltsev, **IEEE Transactions on Information Technology in Biomedicine**,12(2):241-246, 2008.

137. "Provisioning for dynamic instantiation of community services," L Qi, H Jin, I Foster, J Gawor, **IEEE Internet Computing**,12(2):29-36, 2008.

138. "Efficient Incremental Maintenance of Derived Relations and BLAST Computations in Bioinformatics Data Warehouses," G. Turcu, S Nestorov, I Foster, **Data Warehousing and Knowledge Discovery**,135-145, 2008.

139. "A roadmap for caGrid, an enterprise Grid architecture for biomedical research," J Saltz, S Hastings, S Langella, S Oster, T Kurc, P Payne, R Ferreira, B Plale, C Goble, D Ervin, **Studies in Health Technology and Informatics**, 138:224, 2008.

140. "A tool for prioritizing DAGMan jobs and its evaluation," G. Malewicz, I Foster, A Rosenberg, M Wilde, **Journal of Grid Computing**, 5(2):197-212, 2007.Kluwer Academic Publishers

141. "Accelerating medical research using the Swift workflow system," T Stef-Praun, B Clifford, I Foster, U. Hasson, M Hategan, S Small, M Wilde, Y Zhao, **Studies in Health Technology and Informatics**,126,207, 2007.

142. "Usage SLA-based scheduling in Grids," C Dumitrescu, I Raicu, I Foster, **Concurrency and Computation: Practice and Experience**,19(7):945-963, 2007.

143. "The design, usage, and performance of GRUBER: A grid usage service level agreement based brokering infrastructure," C Dumitrescu, I Raicu, I Foster, **Journal of Grid Computing**, 5(1):99-126, 2007.

144. "The earth system grid center for enabling technologies: Enabling community access to petascale climate datasets," D Williams, D Bernholdt, I Foster, D Middleton, **CTWatch Quarterly**, 3(4), 2007.

145. "End-to-end data solutions for distributed petascale science," J Schopf, A Chervenak, I Foster, D Fraser, D Gunter, N LeRoy, B Tierney, **CTWatch Quarterly**, 3(4):1, 2007.

146. "Breaking Boundaries: Scaling Collaboration in Time and Space," I Foster, C Kesselman. In **Scale-Up in Education: Volume 1: Ideas in Principle**, Rowman and Littlefield Publishers, 189-201, 2007.

147. "NEESgrid: Lessons Learned for Future Cyberinfrastructure Development," B Spencer, R Butler, K Ricker, D Marcusiu, T Finholt, I Foster, C Kesselman, J Birnholtz. In Olson, G.M., Zimmerman, A and Bos, N eds. **Science on the Internet**, MIT Press, 2007.

148. "Scaling System-level Science: Scientific Exploration and IT Implications," I Foster, C Kesselman, **IEEE Computer** (November). 32-39. 2006.

149. "Virtual Data Grid Middleware Services for Data-intensive Science," Y Zhao, M Wilde, I Foster, J Voeckler, T Jordan, E Quigg, J Dobson, **Concurrency and Computation: Practice and Experience**, 18(6):595-608, 2005.

150. "2020: A Two-Way Street to Science's Future," I Foster, **Nature**, 440:419, 2006.

151. "The Design, Performance, and Use of DiPerF: An automated Distributed PERformance evaluation Framework, I Raicu, C Dumitrescu, M Ripeanu, I Foster, **J Grid Computing**, 4(3):287-309, 2006.

152. "Streamlining Grid Operations: Definition and Deployment of a Portal-based User Registration Service," I Foster, V Nefedova. M Ahsant, R Ananthakrishnan, L Liming, R Madduri, O. Mulmo, L Pearlman, F Siebenlist, **J Grid Computing**, 4(2):135-144, 2006.

153. "Creating and Operating National-Scale Cyberinfrastructure Services," C Catlett, P Beckman, D Skow, I Foster, **CTWatch Quarterly**, 2(2), May 2006.

154. "Grid-Based Computing and the Future of Neuroscience Computation," J Van Horn, J Dobson, J Woodward, M Wilde, Y Zhao, J Voeckler, I Foster. In **Methods in Mind**, MIT Press, 141-170, 2006.

155. "Globus Toolkit Version 4: Software for Service-Oriented Systems," I Foster, **Journal of Computational Science and Technology**, 21(4):523-530, 2006. (Expanded version of paper with the same title in **IFIP International Conference on Network and Parallel Computing**, 2005, Springer-Verlag LNCS 3779, 2-13.)

156. "Virtual Workspaces: Achieving Quality of Service and Quality of Life in the Grid," K Keahey, I Foster, T Freeman, X. Zhang, **Scientific Programming**, 13(4):265-275, 2005.

157. "Service-Oriented Science," I Foster, **Science**, 308:814-817, 2005.

158. "Describing the Elephant: The Different Faces of IT as Service," I Foster, S Tuecke, **ACM Queue**, 3 (6): 26-29, 2005.

159. "GNARE: An Environment for Grid-Based High-Throughput Genome Analysis," D Sulakhe, A Rodriguez, M D'Souza, M Wilde, V Nefedova, I Foster, N Maltsev, **Journal of Clinical Monitoring and Computing**, 19:361-369, 2005.

160. "A Notation and System for Expressing and Executing Cleanly Typed Workflows on Messy Scientific Data," Y Zhao, J Dobson, I Foster, L Moreau, M Wilde, **SIGMOD Record**, 34(3):37-43, 2005.

161. "The Earth System Grid: Supporting the Next Generation of Climate Modeling Research," D Bernholdt, S Bharathi, D Brown, K Chanchio, M Chen, A Chervenak, L Cinquini, B Drach, I Foster, P Fox, J Garcia, C Kesselman, R Markel, D Middleton, V Nefedova, L Pouchard, A Shoshani, A Sim, G. Strand, D Williams, **Proceedings of the IEEE**, 93(3):485-495, 2005.

162. "Modeling and Managing State in Distributed Systems: The Role of OGSI and WSRF," I Foster, K Czajkowski, D Ferguson, J Frey, S Graham, T Maguire, D Snelling, S Tuecke, **Proceedings of the IEEE**, 93(3):604-612, 2005.

163. "Agreement-Based Resource Management," K Czajkowski, I Foster, C Kesselman, **Proceedings of the IEEE**, 93(3):631-643, 2005.

164. "Predicting Application Run Times with Historical Information," W Smith, I Foster, V Taylor, **Journal of Parallel and Distributed Computing**, 64(9):1007-1016, 2004.

165. "End-to-end Quality of Service for High-end Applications," I Foster, M Fidler, A Roy, V Sander, L Winkler, **Computer Communications,** 27(14):1375-1388, 2004.

166. "Data Grids," I Foster. In **Databasing the Brain**, Wiley, 89-110, 2005.

167. "Concepts and Architecture," I Foster, C Kesselman. In **The Grid: Blueprint for a New Computing Infrastructure, 2nd Edition,** Morgan-Kaufmann, 2004, pp. 37-63.

168. "Distributed Telepresence: The NEESgrid Earthquake Engineering Collaboratory," C Kesselman, I Foster, T Prudhomme. In **The Grid: Blueprint for a New Computing Infrastructure, 2nd Edition,** Morgan-Kaufmann, 2004, pp. 81-93.

169. "The Open Grid Services Architecture," I Foster, C Kesselman, S Tuecke. In **The Grid: Blueprint for a New Computing Infrastructure, 2nd edition,** Morgan-Kaufmann, 2004, pp. 215-257.

170. "Resource and Service Management," K Czajkowski, I Foster, C Kesselman. In **The Grid: Blueprint for a New Computing Infrastructure, 2nd Edition,** Morgan-Kaufmann, 2004, pp. 259-283.

171. "Data Integration in a Bandwidth-Rich World," I Foster, R Grossman, **Communications of the ACM**, 46(11):51-57, 2003.

172. "Simulation Studies of Computation and Data Scheduling Algorithms for Data Grids," K Ranganathan, I Foster. **Journal of Grid Computing**, 1(1):53-62, 2003.

173. "The Grid in a Nutshell," I Foster, C Kesselman. In **Grid Resource Management**, Kluwer Publishing, 2003, pp. 3-13.

174. "Scheduling in the Grid Application Development Software Project," H Dail, O. Sievert, F Berman, H Casanova, A YarKhan, S Vadhiyar, J Dongarra, C Liu, L Yang, D Angulo, I Foster. In **Grid Resource Management**, Kluwer Publishing, 2003, pp. 73-98.

175. "Grid Service Level Agreements," K Czajkowski, I Foster, C Kesselman, S Tuecke. In **Grid Resource Management**, Kluwer Publishing, 2003, pp. 119-134.

176. "Computation Scheduling and Data Replication Algorithms for Data Grids," K Ranganathan, I Foster. In **Grid Resource Management**, Kluwer Publishing, 2003, pp. 359-374.

177. "A Peer-to-Peer Approach to Resource Location in Grid Environments," A Iamnitchi, I Foster. In **Grid Resource Management**, Kluwer Publishing, 2003, pp. 413-430.

178. "Quasi-Realtime Microtomography Experiments at Photon Sources," G. von Laszewski, M.-H Su, J Insley, I Foster, C Kesselman. In **Sourcebook of Parallel Computing**, Morgan Kaufman, 2003, pp. 258-265.

179. "Software Technologies," I Foster, J Dongarra, K Kennedy, C Koelbel. **Sourcebook of Parallel Computing**, Morgan Kaufman, 2003, pp. 293-312.

180. "Message Passing and Threads," I Foster, W Gropp, C Kesselman. **Sourcebook of Parallel Computing**, Morgan Kaufman, 2003, pp. 313-329.

181. "Resuable Software and Algorithms," J Dongarra, I Foster, K Kennedy. **Sourcebook of Parallel Computing**, Morgan Kaufman, 2003, pp. 483-490.

182. "MPICH-G2: A Grid-Enabled Implementation of the Message Passing Interface," N Karonis, B Toonen, I Foster, **Journal of Parallel and Distributed Computing**, 63(5):551-563, 2003.

183. "The Physiology of the Grid," I Foster, C Kesselman, J Nick, S Tuecke. In **Grid Computing: Making the Global Infrastructure a Reality**, Wiley, 2003, pp. 217-250.

184. "Computational Grids in Action: The National Fusion Collaboratory," K Keahey, T Fredian, Q. Peng, D.P Schissel, M Thompson, I Foster, M Greenwald, D McCune, **Future Generation Computer Systems**, 2002, pp. 1005-1015.

185. "End-to-End Quality of Service for High-end Applications," I Foster, M Fidler, A Roy, V, Sander, L Winkler, **Computer Communications**, 27(14):1375-1388, 2002.

186. "Grid Services for Distributed System Integration," I Foster, C Kesselman, J Nick, S Tuecke. **IEEE Computer**, 35(6):37-46, 2002.

187. "Grid Technologies Empowering Drug Discovery," A Chien, I Foster, D Goddette, **Drug Discovery Today**, 7(20 Suppl):S176-180, 2002.

188. "Condor-G: A Computation Management Agent for Multi-Institutional Grids," J Frey, T Tannenbaum, I Foster, M Livny, S Tuecke, **Cluster Computing**, 5(3):237-246, 2002.

189. "File and Object Replication in Data Grids," H Stockinger, A Samar, W Allcock, I Foster, K Holtman, B Tierney, **Cluster Computing**, 5(3):305-314, 2002.

190. "The Astrophysics Simulation Collaboratory: A Science Portal Enabling Community Software Development," M Russell, G. Allen, G. Daues, I Foster, E Seidel, J Novotny, J Shalf, G. von Laszewski, **Cluster Computing**, 5(3):297-304, 2002.

191. "Grids and Research Networks as Drivers and Enablers of Future Internet Architectures," K Baxevanidis, H Davies, I Foster, F Gagliardi, **Computer Networks**, 40(1):5-17, 2002.

192. "The Grid: A New Infrastructure for 21st Century Science," I Foster, **Physics Today**, 55(2):42-47, 2002. (Reprinted in: **Grid Computing: Making the Global Infrastructure a Reality**, 2003.)

193. "Disk Resident Arrays: An Array-Oriented I/O Library for Out-of-Core Computations," I Foster, J Nieplocha. In **High-Performance Mass Storage and Parallel I/O**, IEEE and Wiley Press, 2002, pp. 488-498.

194. "Data Management and Transfer in High-Performance Computational Grid Environments," W Allcock, J Bester, J Bresnahan, A Chervenak, I Foster, C Kesselman, S Meder, V Nefedova, D Quesnel, S Tuecke, **Parallel Computing**, 28(5):749-771, 2002.

195. "A High-Throughput X-ray Microtomography System at the Advanced Photon Source," Y Wang, F De Carlo, D Mancini, I McNulty, B Tieman, J Bresnahan, I Foster, J Insley, P Lane, G. von Laszewski, C Kesselman, M.-H Su, M Thiebaux. **Review of Scientific Instruments**, 72(4):2062–2068, 2001.

196. "The Cactus Worm: Experiments with Dynamic Resource Selection and Allocation in a Grid Environment," G. Allen, D Angulo, I Foster, G. Lanfermann, C Liu, T Radke, E Seidel, J Shalf, **International J High Performance Computing Applications**, 15(4):345-358, 2001.

197. "Performance Predictions for a Numerical Relativity Package in Grid Environments," M Ripeanu, A Iamnitchi, I Foster, **International Journal High Performance Computing Applications**, 15(4):375-387. 2001.

198. "The GrADS Project: Software Support for High-Level Grid Application Development," F Berman, A Chien, K Cooper, J Dongarra, I Foster, D Gannon, L Johnsson, K Kennedy, C Kesselman, J Mellor-Crummey, D Reed, L Torczon, R Wolski, **International J High Performance Computing Applications**, 15(4):327-344, 2001.

199. "The Emergence of the Grid," I Foster. In **Nature Yearbook of Science and Technology**, Nature Publishing Group, 2001.

200. "The Anatomy of the Grid: Enabling Scalable Virtual Organizations," I Foster, C Kesselman, S Tuecke, **International Journal of High Performance Computing Applications**, 15(3):200-222, 2001. (Reprinted in: **Grid Computing: Making the Global Infrastructure a Reality**, 2003.)

201. "Multiparadigm Communications in Java for Grid Computing," V Getov, G. von Laszewski, M Philippsen, I Foster, **Communications of the ACM**, 44(10):118-125, 2001.

202. "The Data Grid: Towards an Architecture for the Distributed Management and Analysis of Large Scientific Datasets," A Chervenak, I Foster, C Kesselman, C Salisbury, S Tuecke, **J of Network and Computer Applications**, 23:187-200, 2001.

203. "Generalized Communicators in the Message Passing Interface." E Demaine, I Foster, C Kesselman, M Snir, **IEEE Trans. Parallel and Distributed Systems**, 12(6):610-616, 2001.

204. "The Emerging Grid," I Foster, C Kesselman. In **Computational Aerosciences in the 21st Century**, Kluwer Academic, 2000, pp. 29-46.

205. "A National-Scale Authentication Infrastructure." R Butler, D Engert, I Foster, C Kesselman, S Tuecke, J Volmer, V Welch, **IEEE Computer**, 33(12):60-66, 2000.

206. "Distance Visualization: Data Exploration on the Grid." I Foster, J Insley, G. von Laszewski, C Kesselman, M Thiebaux, **IEEE Computer**, 32(12):36-43, 1999.

207. "A Fault Detection Service for Wide Area Distributed Computations," P Stelling, C DeMatteis, I Foster, C Kesselman, C Lee, G. von Laszewski, **Cluster Computing**, 2:117-128, 1999.

208. "The Data Grid: Towards an Architecture for the Distributed Management and Analysis of Large Scientific Data Sets," A Chervenak, I Foster, C Kesselman, C Salisbury, S Tuecke, **Journal of Network and Computer Applications**, 23:187-200, 2001.

209. "A Java Commodity Grid Toolkit." G. von Laszewski, I Foster, J Gawor, P Lane. **Concurrency: Practice and Experience**, 13(8-9):645-662, 2001.

210. "Using Computational Grid Capabilities to Enhance the Ability of an X-ray Source for Structural Biology." G. von Laszewski, M Westbrook, I Foster, E Westbrook, C Barnes. Cluster **Computing**, 3(3):187-199, 2000.

211. "Parallel Programming Languages," I Foster, **Handbook on Parallel and Distributed Processing**, Springer-Verlag, 92-165, 1999.

212. "Implementing Noncollective Parallel I/O In Cluster Environments Using Active Message Communication," J Nieplocha, H Dachsel, I Foster, **Cluster Computing**, 2(4):271-280, 2000.

213. "Computational Grids," I Foster, C Kesselman, **The Grid: Blueprint for a New Computing Infrastructure**, Morgan-Kaufmann, 1999, pp. 15-52.

214. "The Globus Toolkit," I Foster, C Kesselman, **The Grid: Blueprint for a New Computing Infrastructure**, Morgan-Kaufmann, 1999, pp. 259-278.

215. "A Computational Framework for Telemedicine," I Foster, G. von Laszewski, B Toonen, G. Thiruvathukal, **Future Generation Computer Systems**, 14:109-123, 1998.

216. "Wide-Area Implementation of the Message Passing Interface," I Foster, J Geisler, W Gropp, N Karonis, E Lusk, G. Thiruvathukal, S Tuecke, **Parallel Computing**, 24(12):1735-1749, 1998.

217. "Managing Security in High-Performance Distributed Computations," I Foster, N Karonis, C Kesselman, S Tuecke, **Cluster Computing**, 1(1):95-107, 1998.

218. "Software Infrastructure for the I-WAY Metacomputing Experiment," I Foster, J Geisler, W Nickless, W Smith, S Tuecke, **Concurrency: Practice and Experience**, 10(7):567-581, 1998. (Reprinted in: **Grid Computing: Making the Global Infrastructure a Reality**, 2003.)

219. "ChemIO: High-Performance Parallel I/O for Computational Chemistry Applications," J Nieplocha, I Foster, R Kendall, **International Journal of Supercomputer Applications**, 12(3):260-266, 1998.

220. "A Library-Based Approach to Task Parallelism in a Data-Parallel Language," I Foster, D Kohr, R Krishnaiyer, A Choudhary, **Journal of Parallel and Distributed Computing**, 46(2):148-158, 1997.

221. "Technologies for Ubiquitous Supercomputing: A Java Interface to the Nexus Communication System," I Foster, G. Thiruvathukal, S Tuecke, **Concurrency: Practice and Experience**, 9(6):465-475, 1197.

222. "Globus: A Metacomputing Infrastructure Toolkit," I Foster, C Kesselman, **International Journal of Supercomputer Applications**, 11(2):115-128, 1997.

223. "Managing Multiple Communication Methods in High-Performance Networked Computing Systems," I Foster, J Geisler, C Kesselman, S Tuecke, **Journal of Parallel and Distributed Computing**, 40:35-48, 1997.

224. "Explicit Management of Memory Hierarchy," J Nieplocha, R Harrison, I Foster. In **Advances in High Performance Computing**, Kluwer Academic, 185-198, 1997.

225. "Relative Debugging: A New Methodology for Debugging Scientific Applications," D Abramson, I Foster, J Michalakes, R Sosic, **Communications of the ACM**, 39(11):69-77, 1996.

226. "The Nexus Approach to Integrating Multithreading and Communication," I Foster, C Kesselman, S Tuecke, **Journal of Parallel and Distributed Computing**, 37:70-82, 1996.

227. "Exploring Coupled Atmosphere-Ocean Models Using Vis5D," W Hibbard, J Anderson, I Foster, B Paul, R Jacob, C Schafer, M Tyree, **International Journal of Supercomputer Applications**, 10(2):199-207, 1996.

228. "Overview of the I-WAY: Wide Area Visual Supercomputing," T DeFanti, I Foster, M Papka, R Stevens, T Kuhfuss, **International Journal of Supercomputer Applications**, 10(2):123-130, 1996.

229. "Performance of Massively Parallel Computers for Spectral Atmospheric Models," I Foster, B Toonen, P Worley, **Journal of Atmospheric and Oceanic Technology**, 13(5):1031-45, 1996.

230. "Parallel Algorithms for the Spectral Transform Method," I Foster, P Worley, **SIAM J.ournal of Scientific Computing**, 18(3):806-837, 1997.

231. "Towards High Performance Computational Chemistry: (I) Scalable Fock Matrix Construction Algorithms," I Foster, J Tilson, A Wagner, R Shepard, R Harrison, R Kendall, R Littlefield, **Journal of Computational Chemistry**, 17(1):109-123, 1996.

232. "Towards High Performance Computational Chemistry: (II) A Scalable SCF Program," R Harrison, I Foster, et al. (19 authors), **Journal of Computational Chemistry**, 17(1):124-132, 1996.

233. "Compositional Parallel Programming Languages," I Foster, **ACM Trans. Prog. Lang. Syst**., 18(4):454-476, 1996.

234. "Design and Performance of a Scalable Parallel Community Climate Model," J Drake, I Foster, J Michalakes, B Toonen, P Worley, **Parallel Computing**, 21(10):1571-1591, 1995.

235. "Point-to-Point Communications Using Migrating Ports," I Foster, D Kohr, R Olson, S Tuecke, M Xu, **Languages, Compilers, and Run-Time Systems for Scalable Computers**, Kluwer Academic Publishers, 199-212, 1995.

236. "A Deterministic Notation for Cooperating Processes," K M Chandy, I Foster, **IEEE Trans. Parallel and Distributed Systems**, 6(8):863-871, 1995.

237. "Fortran M: A Language for Modular Parallel Programming," I Foster, K M Chandy, **Journal of Parallel and Distributed Computing**, 26(1):24-35, 1995.

238. "Productive Parallel Programming: The PCN Approach," I Foster, R Olson, S Tuecke, **Scientific Programming**, 1(1):51-66, 1992. Reprinted in **Programming Languages for Parallel Processing**, D Skillicorn, D Talia (eds.), IEEE, 358-373, 1995.

239. "Task Parallelism and High-Performance Languages," I Foster, **IEEE Parallel and Distributed Technology**, 2(3):27-36, 1994. Extended version reprinted in **Readings in Data Parallelism**, Springer-Verlag LNCS, 1996.

240. "Integrated Support for Task and Data Parallelism," K M Chandy, I Foster, K Kennedy, C Koelbel, C.-W Tseng, **International Journal of Supercomputer Applications**, 8(2):80-98, 1994.

241. "A Compiler Approach to Scalable Concurrent Program Design," I Foster, S Taylor, **ACM Trans. Prog. Lang. Syst.**, 16(3):577-604, 1994.

242. "The Parallel Scalability of the Spectral Transform Method," I Foster, W Gropp, R Stevens, **Monthly Weather Review**, 120(5):835-850, 1992.

243. "Efficient Computation Control in Concurrent Logic Languages," I Foster, **New Generation Computing**, 10(1):1-22, 1991.

244. "Automatic Generation of Self-Scheduling Programs," I Foster, **IEEE Transactions on Parallel and Distributed Systems**, 2(1):68-78, 1991.

245. "Aligning Multiple RNA Sequences," R Overbeek, I Foster. In **Festschrift for W Bledsoe**, R Boyer (ed.), Kluwer Academic Publishers, 231-248, 1991.

246. "A Declarative State Transition System," I Foster, **Journal of Logic Programming**, 10:45-67, 1991.

247. "Concurrency: Simple Concepts and Powerful Tools," I Foster, C Kesselman, S Taylor, **Computer J.**, 33(6):501-507, 1990.

248. "A Multicomputer Garbage Collector for a Single-Assignment Language," I Foster, **International Journal of Parallel Programming**, 18(3):181-203, 1989.

249. "Aligning Genetic Sequences," R Butler, T Butler, I Foster, N Karonis, R Olson, R Overbeek, N Pluger, M Price, S Tuecke, in **Strand: New Concepts in Parallel Programming**, 1989, pp. 253-271.

250. "Implementation of a Declarative State Transition System," I Foster, **Software - Practice and Experience**, 19(4):351-370, 1989.

251. "An Abstract Machine for the Implementation of Parlog on Uniprocessors," S Gregory, I Foster, A Burt, G. Ringwood, **New Generation Computing**, 6:389-420, 1989.

252. "Flat Parlog: A Basis for Comparison," I Foster, S Taylor, **International Journal of Parallel Programming**, 16(2):87-125, 1988.

## Conference and Workshop Proceedings

253. "Expanding cost-aware function execution with multidimensional notions of cost," M Baughman, R Kumar, I Foster, K Chard, **1st Workshop on High Performance Serverless Computing**, 9-12, 2021.

254. "Coding the computing continuum: Fluid function execution in heterogeneous computing environments," R Kumar, M Baughman, R Chard, Z Li, Y Babuji, I Foster, K Chard, **IEEE International Parallel and Distributed Processing Symposium Workshops (IPDPSW)**, 66-75, 2021.

255. "FuncX: A federated function serving fabric for science," R Chard, Y Babuji, Z Li, T Skluzacek, A Woodard, B Blaiszik, I Foster, K Chard, **29th International Symposium on High-Performance Parallel and Distributed Computing**, 65-76, 2020.

256. "The Manufacturing Data and Machine Learning Platform: Enabling real-time monitoring and control of scientific experiments via IoT," J Elias, R Chard, J Libera, I Foster, S Chaudhuri, **IEEE 6th World Forum on Internet of Things**, 1-2, 2020.

257. "Convolutional neural network training with distributed K-FAC," J Pauloski, Z Zhang, L Huang, W Xu, I Foster, **SC20: International Conference for High Performance Computing, Networking, Storage and Analysis**, 1-12, 2020.

258. "Petascale XCT: 3d image reconstruction with hierarchical communications on multi-GPU nodes," M Hidayetoğlu, T Bicer, S De Gonzalo, B Ren, V De Andrade, D Gursoy, R Kettimuthu, I Foster, W Wen-mei, **SC20: International Conference for High Performance Computing, Networking, Storage and Analysis**, 1-13, 2020.

259. "Deep learning-based low-dose tomography reconstruction with hybrid-dose measurements," Z Wu, T Bicer, Z Liu, V De Andrade, Y Zhu, I Foster, **IEEE/ACM Workshop on Machine Learning in High Performance Computing Environments (MLHPC) and Workshop on Artificial Intelligence and Machine Learning for Scientific Applications (AI4S)**, 88-95, 2020.

260. "Towards online steering of flame spray pyrolysis nanoparticle synthesis," M Levental, R Chard, J Libera, K Chard, A Koripelly, J Elias, M Schwarting, B Blaiszik, M Stan, S Chaudhuri, **IEEE/ACM 2nd Annual Workshop on Extreme-scale Experiment-in-the-Loop Computing (XLOOP)**, 35-40, 2020.

261. "Tomographic reconstruction of dynamic features with streaming sliding subsets," T Bicer, V Nikitin, S Aslan, D Gürsoy, R Kettimuthu, I Foster, **IEEE/ACM 2nd Annual Workshop on Extreme-scale Experiment-in-the-Loop Computing (XLOOP)**, 8-15, 2020.

262. "Real-time HEP analysis with funcX, a high-performance platform for function as a service," A Woodard, A Trisovic, Z Li, Y Babuji, R Chard, T Skluzacek, B Blaiszik, D Katz, I Foster, K Chard, **EPJ Web of Conferences**, 245, 2020.

263. "Topology-aware optimizations for multi-GPU ptychographic image reconstruction," X Yu, T Bicer, R Kettimuthu, I Foster, **ACM International Conference on Supercomputing**, 354-366, 2021.

264. "Proxima: Accelerating the integration of machine learning in atomistic simulations," Y Zamora, Yuliana, L Ward, G Sivaraman, I Foster, H Hoffmann, **ACM International Conference on Supercomputing**, 242-253, 2021.

265. "A serverless framework for distributed bulk metadata extraction," T Skluzacek J, R Wong, Z Li, R Chard, K Chard, I Foster, **30th International Symposium on High-Performance Parallel and Distributed Computing**, 7-18, 2020.

266. "SciNER: Extracting Named Entities from Scientific Literature," Z Hong, R Tchoua, K Chard, I Foster, **International Conference on Computational Science**, 308-321, 2020.

267. "Characterization and identification of HPC applications at leadership computing facility," Z Liu, R Lewis, R Kettimuthu, K Harms, P Carns, N Rao, I Foster, M Papka, **34th ACM International Conference on Supercomputing**, 1-12, 2020,

268. "Efficient I/O for Neural Network Training with Compressed Data," Z Zhang, L Huang, J Pauloski, I Foster, **IEEE International Parallel and Distributed Processing Symposium**, 409-418, 2020.

269. "OAuth SSH with Globus Auth," J Alt, R Ananthakrishnan, K Chard, R Chard, I Foster, L Liming, S Tuecke, **Practice and Experience in Advanced Research Computing**, 34-40, 2020.

270. "An Open Ecosystem for Pervasive Use of Persistent Identifiers," R Ananthakrishnan, K Chard, M D'Arcy, I Foster, C Kesselman, B McCollam, J Pruyne, P Rocca-Serra, R Schuler, R Wagner, **Practice and Experience in Advanced Research Computing**, 99-105, 2020,

271. "Feature-preserving Lossy Compression for In Situ Data Analysis," I Yakushin, K Mehta, J Chen, M Wolf, I Foster, S Klasky, T Munson, **49th International Conference on Parallel Processing-ICPP: Workshops**, 2020.

272. "Estimation of RTT and loss rate of wide-area connections using MPI measurements," N Rao, N Imam, Z Liu, R Kettimuthu, I Foster, **IEEE/ACM Innovating the Network for Data-Intensive Science**, 17-24, 2019.

273. "Aggregating Local Storage for Scalable Deep Learning I/O," Z Zhang, L Huang, J Pauloski, I Foster, **IEEE/ACM 3rd Workshop on Deep Learning on Supercomputers**, 69-75, 2019.

274. "Toward an Elastic Data Transfer Infrastructure," J Chung, Z Liu, R Kettimuthu, I Foster, **15th IEEE International Conference on eScience**, 262-265, 2019.

275. "Machine learning methods for connection RTT and loss rate estimation using MPI measurements under random losses," N Rao, N Imam, Z Liu, R Kettimuthu, I Foster, **International Conference on Machine Learning for Networking**, 154-174, 2019.

276. "Creating training data for scientific named entity recognition with minimal human effort," R Tchoua, A Ajith, Z Hong, L Ward, K Chard, A Belikov, D Audus, S Patel, J de Pablo, I Foster, **International Conference on Computational Science**, 398-411, 2019.

277. "MemXCT: Memory-centric x-ray CT reconstruction with massive parallelization," M Hidayetoğlu, T Biçer, S De Gonzalo, B Ren, D Gürsoy, R Kettimuthu, I Foster, W Hwu, **SC'19**, 2019.

278. "Deep learning accelerated light source experiments," Z Liu, T Bicer, R Kettimuthu, I Foster, **IEEE/ACM 3rd Workshop on Deep Learning on Supercomputers**, 20-28, 2019.

279. "Scientific image restoration anywhere," V Abeykoon, Z Liu, R Kettimuthu, G Fox, I Foster, **IEEE/ACM 1st Annual Workshop on Large-scale Experiment-in-the-Loop Computing**, 8-13, 2019.

280. "StormSeeker: A Machine-Learning-Based Mediterranean Storm Tracer," R Montella, D Di Luccio, A Ciaramella, I Foster, **International Conference on Internet and Distributed Computing Systems**, 444-456, 2019.

281. "Serverless Workflows for Indexing Large Scientific Data," T Skluzacek, R Chard, R Wong, Z Li, Y Babuji, L Ward, B Blaiszik, K Chard, I Foster, **5th International Workshop on Serverless Computing**, 43-48, 2019

282. "Towards High Performance Data Analytics for Climate Change," S Fiore, D Elia, C Palazzo, F Antonio, A D'Anca, I Foster, G Aloisio, **International Conference on High Performance Computing**, 240-257, 2019.

283. "Measuring, Quantifying, and Predicting the Cost-Accuracy Tradeoff," M Baughman, N Chakubaji, H Truong, K Kreics, K Chard, I Foster, **IEEE International Conference on Big Data**, 3616-3622, 2019.

284. "Parsl: Pervasive parallel programming in Python," Y Babuji, A Woodard, Z Li, D Katz, B Clifford, R Kumar, L Lacinski, R Chard, J Wozniak, I Foster, **28th International Symposium on High-Performance Parallel and Distributed Computing**, 25-36, 2019.

285. "Deconstructing the 2017 changes to AWS spot market pricing," M Baughman, S Caton, C Haas, R Chard, R Wolski, I Foster, K Chard, **10th Workshop on Scientific Cloud Computing**, 19-26, 2019.

286. "IRnet: A general purpose deep residual regression framework for materials discovery," D Jha, L Ward, Z Yang, C Wolverton, I Foster, W Liao, A Choudhary, A Agrawal, **25th ACM SIGKDD International Conference on Knowledge Discovery & Data Mining**, 2385-2393, 2019.

287. "Petrel: A Programmatically Accessible Research Data Service," W Allcock, B Allen, R Ananthakrishnan, B Blaiszik, K Chard, R Chard, I Foster, L Lacinski, M Papka, R Wagner, **Practice and Experience in Advanced Research Computing**, 2019.

288. "Publishing and Serving Machine Learning Models with DLHub," R Chard, L Ward, Z Li, Y Babuji, A Woodard, S Tuecke, K Chard, B Blaiszik, I Foster, **Practice and Experience in Advanced Research Computing**, 2019.

289. "Scalable Parallel Programming in Python with Parsl," Y Babuji, A Woodard, Z Li, D Katz, B Clifford, I Foster, M Wilde, K Chard, **Practice and Experience in Advanced Research Computing**, 2019.

290. "FSMonitor: Scalable File System Monitoring for Arbitrary Storage Systems," A Paul, R Chard, K Chard, S Tuecke, A Butt, I Foster, **IEEE International Conference on Cluster Computing**, 2019

291. "A Codesign Framework for Online Data Analysis and Reduction," K Mehta, B Allen, M Wolf, J Logan, E Suchyta, J Choi, K Takahashi, I Yakushin, T Munson, I Foster, **IEEE/ACM Workflows in Support of Large-Scale Science**, 11-20, 2019.

292. "ParaOpt: Automated application parameterization and optimization for the cloud," C Wu, T Summer, Z Li, A Woodard, R Chard, M Baughman, Y Babuji, K Chard, J Pitt, I Foster, **IEEE International Conference on Cloud Computing Technology and Science**, 255-262, 2019.

293. "Serverless science for simple, scalable, and shareable scholarship", K Chard, I Foster, **IEEE 15th International Conference on eScience**, 432-438, 2019.

294. "Active learning yields better training data for scientific named entity recognition," R Tchoua, A Ajith, Z Hong, L Ward, K Chard, D Audus, S Patel, J de Pablo, I Foster, **IEEE 15th International Conference on eScience**, 126-135, 2019.

295. "Coupling Exascale Multiphysics Applications: Methods and Lessons Learned," JY Choi, CS Chang, J Dominski, S Klasky, G Merlo, E Suchyta, I Foster, **IEEE 14th International Conference on e-Science**, 442-452, 2018.

296. "Throughput Analytics of Data Transfer Infrastructures," N.S.V Rao, R Kettimuthu, I Foster, **13th EAI International Conference on Testbeds and Research Infrastructures for the Development of Networks & Communities (TRIDENTCOM'18)**, 2018.

297. "DLHub: Model and data serving for science," R Chard, Z Li, K Chard, L Ward, Y Babuji, A Woodard, S Tuecke, I Foster, **International Parallel and Distributed Processing Symposium**, 2019.

298. "Data automation at light sources," B Blaiszik, K Chard, R Chard, I Foster, L Ward, **AIP Conference Proceedings** 2054 (1), 020003, 2019

299. "Measurements and analytics of wide-area file transfers over dedicated connections," N.S.V Rao, Q. Liu, S Sen, Z Liu, R Kettimuthu, I Foster, **20th International Conference on Distributed Computing and Networking**, 2019.

300. "Towards an Open (Data) Science Analytics-Hub for Reproducible Multi-Model Climate Analysis at Scale," S Fiore, D Elia, C Palazzo, A D'Anca, F Antonio, DN Williams, I Foster, **IEEE International Conference on Big Data**, 3226-3234, 2018.

301. "Profiling and Predicting Application Performance on the Cloud," M Baughman, R Chard, L Ward, J Pitt, K Chard, I Foster, **IEEE/ACM 11th International Conference on Utility and Cloud Computing**, 2018

302. "Scaling Deep Learning for Cancer with Advanced Workflow Storage Integration," JM Wozniak, PE Davis, T Shu, J Ozik, N Collier, M Parashar, I Foster, **IEEE/ACM Machine Learning in HPC Environments**, 114-123, 2018.

303. "Skluma: An Extensible Metadata Extraction Pipeline for Disorganized Data," TJ Skluzacek, R Kumar, R Chard, G Harrison, P Beckman, K Chard, I Foster, **IEEE 14th International Conference on e-Science**, 256-266, 2018.

304. "Performance, resilience, and security in moving data from the fog to the cloud: The DYNAMO transfer framework approach," R Montella, D Di Luccio, S Kosta, G Giunta, I Foster, **International Conference on Internet and Distributed Computing Systems**, 197-208, 2018.

305. "Democratizing Network Reservations through Application-Aware Orchestration," J Chung, R Kettimuthu, N.S.V Rao, I Foster, **27th International Conference on Computer Communication and Networks**, 2018.

306. "Globus platform services for data publication," R Ananthakrishnan, B Blaiszik, K Chard, R Chard, B McCollam, J Pruyne, I Foster, **Practice and Experience on Advanced Research Computing**, 2018.

307. "A comprehensive study of wide area data movement at a scientific computing facility," Z Liu, R Kettimuthu, I Foster, Y Liu, **Scalable Network Traffic Analytics workshop** in conjunction with the IEEE 38th International Conference on Distributed Computing Systems, 2018.

308. "Predicting Amazon Spot Prices with LSTM Networks," M Baughman, C Haas, R Wolski, I Foster, K Chard, **9th Workshop on Scientific Cloud Computing**, 2018.

309. "Towards Autonomic Science Infrastructure: Architecture, Limitations, and Open Issues," R Kettimuthu, Z Liu, I Foster, P Beckman, A Sim, K Wu, W Liao, Q. Kang, **1st Workshop on AI for Science**, 2018

310. "High-Throughput Neuroanatomy and Trigger-Action Programming: A Case Study in Research Automation," R Chard, R Vescovi, M Du, H Li, K Chard, S Tuecke, N Kasthuri, I Foster, **1st Workshop on AI for Science**, 2018.

311. "DYNAMO: Distributed leisure yacht-carried sensor-network for atmosphere and marine data crowdsourcing applications," R Montella, S Kosta, I Foster, **IEEE International Conference on Cloud Engineering**, 333-339, 2018.

312. "Toward scalable monitoring on large-scale storage for software defined cyberinfrastructure," A Paul, R Chard, K Chard, S Tuecke, A Butt, I Foster, **2nd Joint International Workshop on Parallel Data Storage and Data Intensive Computing**, 2017.

313. "Convergent downstream candidate mechanisms of independent intergenic polymorphisms between co-classified diseases implicate epistasis among noncoding elements," J Han, J Li, I Achour, L Pesce, I Foster, H Li, Y Lussier, **Pac Symp Biocomput**. 23:524-535, 2018.

314. "Towards a Hybrid Human-Computer Scientific Information Extraction Pipeline, RB Tchoua, K Chard, D Audus, L Ward, J Lequieu, J De Pablo, I Foster. **IEEE 13th International Conference on eScience**, 109-118, 2017.

315. "Real-Time Data Analysis and Autonomous Steering of Synchrotron Light Source Experiments, T Bicer, D Gursoy, R Kettimuthu, I Foster, B Ren, V De Andrede, et al., **IEEE 13th International Conference on eScience**, 59-68, 2017.

316. "Software Defined Cyberinfrastructure for Data Management," R Chard, K Chard, S Tuecke, I Foster, **IEEE 13th International Conference on eScience**, 456-457, 2017.

317. "Safe Collections and Stewardship on Cloud Kotta," Y.. Babuji, K Chard, E Duede, I Foster, **Workshop on Safe Data: Paradigms and Platforms**, 498-503, 2017.

318. "Safe Double Blind Studies as a Service," T Skluzacek, S Rehman, I Foster, **Workshop on Safe Data: Paradigms and Platforms**, 504-509, 2017.

319. "On Analytics of File Transfer Rates over Dedicated Wide-Area Connections," S Sen, N S V Rao, Q. Liu, N Imam, R Kettimuthu, I Foster, **1st International Workshop on Workflow Science**, 576-585, 2017.

320. "A Mathematical Programming- and Simulation-Based Framework to Evaluate Cyberinfrastructure Design Choices," Z Liu, R Kettimuthu, S Leyffer, P Palkar, I Foster, **IEEE 13th International Conference on eScience**, 148-157, 2017.

321. "Computing just what you need: online data analysis and reduction at extreme scales," I Foster, M Ainsworth, B Allen, J Bessac, F Cappello, J Choi, et al., **European Conference on Parallel Processing**, 3-19, 2017.

322. Globus: Research data management as service and platform, K Chard, I Foster, S Tuecke, **Conference on Practice and Experience in Advanced Research Computing**, 2017.

323. Numerical and Implementation Issues in Food Quality Modeling for Human Diseases Prevention., A Galletti, R Montella, L Marcellino, A Riccio, D Di Luccio, A Brizius, et al. **HEALTHINF**, 526-534, 2017.

324. "Processing of Crowd-sourced Data from an Internet of Floating Things," R Montella, D Di Luccio, L Marcellino, A Galletti, S Kosta, A Brizius, et al., **12th Workshop on Workflows in Support of Large-scale Science**, 2017.

325. "Globus: A Case Study in Software as a Service for Scientists," I Foster, R Madduri, J Pruyne, S Tuecke, **Workshop on Scientific Cloud Computing**, 2017.

326. "Skluma: A Statistical Learning Pipeline for Taming Unkempt Data Repositories," P Beckman, T Skluzacek, K Chard, I Foster, **29th International Conference on Scientific and Statistical Database Management**, 2017.

327. "TCP Throughput Profiles Using Measurements Over Dedicated Connections," N Rao, Q. Liu, S Sen, D Towlsey, G Vardoyan, R Kettimuthu, I Foster, **26th International Symposium on High-Performance Parallel and Distributed Computing**, 2017.

328. "Explaining wide area data transfer performance," Z Liu, P Balaprakash, R Kettimuthu, I Foster, **26th International Symposium on High-Performance Parallel and Distributed Computing**, 2017.

329. "Exacution: Enhancing Scientific Data Management for Exascale," S Klasky, E Suchyta, M Ainsworth, Q. Liu, B Whitney, M Wolf, J Choi, et al., **IEEE 37th International Conference on Distributed Computing Systems**, 2017.

330. "Software Defined Cyberinfrastructure," I Foster, B Blaiszik, K Chard, R Chard, **IEEE 37th International Conference on Distributed Computing Systems**, 2017.

331. Ripple: Home automation for research data management, R Chard, K Chard, J Alt, D Parkinson, S Tuecke, I Foster, **IEEE 37th International Conference on Distributed Computing Systems Workshops**, 2017.

332. "Klimatic: A virtual data lake for harvesting and distribution of geospatial data." T Skluzacek, K Chard, I Foster. **1st Joint International Workshop on Parallel Data Storage & Data Intensive Scalable Computing Systems**, pp. 31-36, 2016.

333. "An ensemble-based recommendation engine for scientific data transfers," W Agnew, M Fischer, I Foster, K Chard. **7th International Workshop on Data-Intensive Computing in the Cloud**, pp. 9-16, 2016.

334. "Experimental Analysis of File Transfer Rates over Wide-Area Dedicated Connections," N Rao, Q Liu, S Sen, G. Hinkel, N Imam, I Foster, R Kettimuthu, **IEEE 14th International High Performance Computing and Communications**, 5, 2016.

335. "I'll take that to go: Big data bags and minimal identifiers for exchange of large, complex datasets," K Chard, M D'Arcy, B Heavner, I Foster, C Kesselman, R Madduri, et al. **IEEE International Conference on Big Data**, 319-328, 2016.

336. "WaComM: A parallel Water quality Community Model for pollutant transport and dispersion operational predictions," R Montella, D Di Luccio, P Troiano, A Riccio, A Brizius, I Foster, **12th Conference on Signal-Image Technology & Internet-Based Systems**, 2016.

337. "Measurement-based performance profiles and dynamics of UDT over dedicated connections," Q. Liu, N Rao, C Wu, D Yun, R Kettimuthu, I Foster. **24th IEEE International Conference on Network Protocols**, pp. 1-10, 2016.

338. "Energy-efficient data transfer: Bits vs. atoms," I Marincic, I Foster. **24th International Conference on Software, Telecommunications and Computer Networks**, pp. 1-6, 2016.

339. "Improving Data Transfer Throughput with Direct Search Optimization," P Balaprakash, V Morozov, R Kettimuthu, K Kumaran, I Foster. **45th International Conference on Parallel Processing**, pp. 248-257, 2016.

340. "Globus: Recent enhancements and future plans," K Chard, S Tuecke, I Foster. **XSEDE16 Conference on Diversity, Big Data, and Science at Scale**, p. 27, 2016.

341. "Differentiated Scheduling of Response-Critical and Best-Effort Wide-Area Data Transfers," R Kettimuthu, G. Agrawal, P Sadayappan, I Foster, **IEEE International Parallel and Distributed Processing Symposium**, pp. 1113-1122, 2016.

342. "An automated tool profiling service for the cloud," R Chard, K Chard, B Ng, K Bubendorfer, A Rodriguez, R Madduri, I Foster. " **16th IEEE/ACM International Symposium on Cluster, Cloud and Grid Computing**, pp. 223-232, 2016.

343. "An in-memory based framework for scientific data analytics," D Elia, S Fiore, A D'Anca, C Palazzo, I Foster, D N Williams. **ACM International Conference on Computing Frontiers**, pp. 424-429, 2016.

344. "Globus Auth: A research identity and access management platform," S Tuecke, R Ananthakrishnan, K Chard, M Lidman, B McCollam, I Foster. **12th IEEE International Conference on e-Science**. 2016.

345. "LDV: Light-weight database virtualization," Q. Pham, T Malik, B Glavic, I Foster, **IEEE 31st International Conference on Data Engineering**, 1179-1190, 2015.

346. "Using active data to provide smart data surveillance to e-science users," A Simonet, K Chard, G. Fedak, I Foster, **23rd Euromicro International Conference on Parallel, Distributed and Network-Based Processing**, 269-273, 2015.

347. "Jetstream: A Distributed Cloud Infrastructure for Underresourced higher education communities," J Fischer, S Tuecke, I Foster, C Stewart, **1st Workshop on The Science of Cyberinfrastructure: Research, Experience, Applications and Models**, 53-61, 2015.

348. "Rapid tomographic image reconstruction via large-scale parallelization," T Bicer, D Gursoy, R Kettimuthu, F De Carlo, G. Agrawal, I Foster, **Euro-Par: Parallel Processing**, 289-302, 2015.

349. "Jetstream: a self-provisioned, scalable science and engineering cloud environment," C Stewart, Cockerill, M Timothy, I Foster, D Hancock, N Merchant, E Skidmore, D Stanzione, J Taylor, S Tuecke, G. Turner, **XSEDE Conference: Scientific Advancements Enabled by Enhanced Cyberinfrastructure**, 29, 2015.

350. "Cost-Aware Elastic Cloud Provisioning for Scientific Workloads" R Chard, K Chard, K Bubendorfer, L Lacinski, R Madduri, I Foster, **IEEE 8th International Conference on Cloud Computing,** 971-974, 2015.

351. "Building Bridges from the Campus to XSEDE," L Liming, I Foster, S Tuecke, **IEEE International Conference on Cluster Computing**, 865-868, 2015.

352. "An elegant sufficiency: load-aware differentiated scheduling of data transfers," R Kettimuthu, Vardoyan, Gayane, Agrawal, Gagan, P Sadayappan, I Foster**, International Conference for High Performance Computing, Networking, Storage and Analysis**, 46, 2015.

353. "Globus Data Publication as a Service: Lowering Barriers to Reproducible Science," K Chard, Pruyne, Jim, B Blaiszik, R Ananthakrishnan, S Tuecke, I Foster, **IEEE 11th International Conference on e-Science**, 401-410, 2015.

354. "Cost-aware cloud provisioning," R Chard, K Chard, K Bubendorfer, L Lacinski, R Madduri, I Foster, **IEEE 11th International Conference on e-Science**, 136-144, 2015.

355. "Toward interlanguage parallel scripting for distributed-memory scientific computing," J Wozniak, T Armstrong, K Maheshwari, D Katz, M Wilde, I Foster, **IEEE International Conference on Cluster Computing**, 482-485, 2015.

356. "Interlanguage parallel scripting for distributed-memory scientific computing," J Wozniak, T Armstrong, K Maheshwari, D Katz, M Wilde, I Foster, **10th Workshop on Workflows in Support of Large-Scale Science**, 6, 2015.

357. "Big data remote access interfaces for light source science," J Wozniak, K Chard, B Blaiszik, R Osborn, M Wilde, I Foster**, IEEE/ACM International Symposium on Big Data Computing**, 2015.

358. "Sustained Wide-Area TCP Memory Transfers Over Dedicated Connections," N Rao, D Towsley, G. Vardoyan, B Settlemyer, I Foster, R Kettimuthu, **International Conference on High Performance Computing and Communications**, 1603-1606, 2015.

359. "Lessons from industry for science cyberinfrastructure: Simplicity, scale, and sustainability via SaaS/PaaS," I Foster, **1st Workshop on The Science of Cyberinfrastructure: Research, Experience, Applications and Models**, 2015.

360. "Compiler Optimization for Extreme-Scale Scripting," T Armstrong, J Wozniak, M Wilde, I Foster, **14th IEEE/ACM International Symposium on Cluster, Cloud and Grid Computing**, 571-574, 2014.

361. "A Community-Driven Workflow Recommendations and Reuse Infrastructure," J Zhang, C Lee, S Xiao, P Votava, T Lee, R Nemani, I Foster**, IEEE 8th International Symposium on Service Oriented System Engineering**, 162-172, 2014.

362. "Design and evaluation of the gemtc framework for GPU-enabled many-task computing," S Krieder, J Wozniak, T Armstrong, M Wilde, D Katz, B Grimmer, I Foster, I Raicu, **23rd international symposium on High-performance parallel and distributed computin**g, 153-164, 2014.

363. "Compiler techniques for massively scalable implicit task parallelism," T Armstrong, J Wozniak, M Wilde, I Foster, **International Conference for High Performance Computing, Networking, Storage and Analysis**, 299-310, 2014.

364. "Benchmarking cloud-based tagging services," T Malik, K Chard, I Foster, **IEEE 30th International Conference on Data Engineering Workshops**, 231-238, 2014.

365. "Language features for scalable distributed-memory dataflow computing," J Wozniak, M Wilde, I Foster, **4th Workshop on Data-Flow Execution Models for Extreme Scale Computing**, 50-53, 2014.

366. "Ophidia: A full software stack for scientific data analytics," S Fiore, A D'Anca, Elia, Donatello, C Palazzo, I Foster, D Williams, G. Aloisio, **2014 International Conference High Performance Computing & Simulation (HPCS)**, 343-350, 2014.

367. "Big data staging with MPI-IO for interactive X-ray science," J Wozniak, H Sharma, T Armstrong, M Wilde, J Almer, I Foster**, IEEE/ACM International Symposium on Big Data Computing**, 26-34, 2014.

368. "A cloud-based image analysis gateway for traumatic brain injury research," K Chard, R Madduri, X. Jiang, F Dahi, M Vannier, I Foster, **9th Gateway Computing Environments Workshop**, 13-16, 2014.

369. "Globus Nexus: Research identity, profile, and group management as a service," K Chard, M Lidman, J Bryan, T Howe, B McCollam, R Ananthakrishnan, S Tuecke, I Foster, **IEEE 10th International Conference on e-Science**,31-38, 2014.

370. "Auditing and maintaining provenance in software packages," Q. Pham, T Malik, I Foster, **Provenance and Annotation of Data and Process**es, 97-109, 2014.

371. "A model for tracing and debugging large-scale task-parallel programs with MPE,LASH-C," J Wozniak, Chan, Anthony, T Armstrong, M Wilde, E Lusk, I Foster, at PPoPP, 2013.

372. "Swift/T: large-scale application composition via distributed-memory dataflow processing," J Wozniak, T Armstrong, M Wilde, D Katz, E Lusk, I Foster, **13th IEEE/ACM International Symposium on Cluster, Cloud and Grid Computing**, 95-102, 2013.

373. "Provenance traces of the swift parallel scripting system," L Gadelha Jr, M Wilde, M Mattoso, I Foster, **Joint EDBT/ICDT 2013 Workshops**, 325-326, 2013.

374. "Using provenance for repeatability" Q. Pham, T Malik, I Foster, **5th USENIX Workshop on the Theory and Practice of Provenance**, 2013.

375. "Dataflow coordination of data-parallel tasks via MPI 3.0," J Wozniak, T Peterka, T Armstrong, J Dinan, E Lusk, M Wilde, I Foster, **20th European MPI Users' Group Meeting**, 2013.

376. "MTC Envelope: Defining the capability of large scale computers in the context of parallel scripting applications," Z Zhang, D Katz, M Wilde, J Wozniak, I Foster, **22nd international symposium on High-performance parallel and distributed computing**, 37-48, 2013.

377. "Science as a service: how on-demand computing can accelerate discovery," I Foster, R Madduri, **4th ACM workshop on Scientific cloud computing**, 2013.

378. "Parallelizing the execution of sequential scripts," Z Zhang, D Katz, T Armstrong, J Wozniak, I Foster, **International Conference on High Performance Computing, Networking, Storage and Analysis,** 31, 2013.

379. "Experiences in building a next-generation sequencing analysis service using galaxy, globus online and Amazon web service," R Madduri, P Dave, D Sulakhe, L Lacinski, B Liu, I Foster, **Conference on Extreme Science and Engineering Discovery Environment: Gateway to Discovery**, 34, 2013.

380. "Enabling Multi-task computation on Galaxy-based Gateways using Swift," K Maheshwari, A Rodriguez, Kelly, Denis, R Madduri, J Wozniak, M Wilde, I Foster, **IEEE International Conference on Cluster Computing**, 2013.

381. "Distributed tools deployment and management for multiple galaxy instances in globus genomics," D Sulakhe, A Rodriguez, N Prozorovsky, N Kavthekar, R Madduri, A Parikh, U. Dave, L Lacinski, I Foster, **8th Workshop on Workflows in Support of Large-Scale Science**, 106-111, 2013.

**382.** "Globus Nexus: An identity, profile, and group management platform for science gateways and other collaborative science applications," R Ananthakrishnan, J Bryan, K Chard, I Foster, T Howe, M Lidman, S Tuecke, **IEEE International Conference on Cluster Computing, 2013.**

383. "Lens: A Faceted Browser for Research Networking Platforms," Whaling, Richard, Malik, Tania, I Foster, **IEEE 9th International Conference on eScience**, 196-203, 2013.

384. "A big data analytics framework for scientific data management," S Fiore, C Palazzo, A D'Anca, I Foster, D Williams, G. Aloisio, **IEEE International Conference on Big Data**, 2013.

385. "Scientific big data analytics challenges at large scale," G. Aloisio, S Fiore, I Foster, D Williams, **Big Data and Extreme-scale Computing**, 2013.

386. "Turbine: A distributed-memory dataflow engine for extreme-scale many-task applications," J Wozniak, T Armstrong, K Maheshwari, E Lusk, D Katz, M Wilde, I Foster, **1st ACM SIGMOD Workshop on Scalable Workflow Execution Engines and Technologies**, 5, 2012.

387. "Instant gridftp**,"** R Kettimuthu, L Lacinski, M Link, Pickett, Karl, S Tuecke, I Foster, **IEEE 26th International Parallel and Distributed Processing Symposium Workshops & PhD Forum**, 1104-1112, 2012.

388. "Job and data clustering for aggregate use of multiple production cyberinfrastructures," K Maheshwari, A Espinosa, D Katz, M Wilde, Z Zhang, I Foster, S Callaghan, P Maechling, **5th ACM International Workshop on Data-Intensive Distributed Computing**, 2012.

389. "Campus bridging made easy via Globus services," I Foster, R Kettimuthu, S Martin, S Tuecke, D Milroy, B Palen, T Hauser, J Braden, **1st Conference of the Extreme Science and Engineering Discovery Environment: Bridging from the eXtreme to the Campus and Beyond**, 50, 2012.

390. "What is Campus Bridging and what is XSEDE doing about it?" C Stewart, R Knepper, J Ferguson, F Bachmann, I Foster, A Grimshaw, V Hazlewood, D Lifka, **1st Conference of the Extreme Science and Engineering Discovery Environment: Bridging from the eXtreme to the campus and beyond**, 47, 2012.

391. "On using virtual circuits for GridFTP transfers," Z Liu, M Veeraraghavan, Z Yan, C Tracy, J Tie, I Foster, J Dennis, J Hick, Y Li, W Yang, **International Conference on High Performance Computing, Networking, Storage and Analysis, 81**, 2012.

392. "SOLE: linking research papers with science objects," Q. Pham, T Malik, I Foster, R Di Lauro, R Montella, **Provenance and Annotation of Data and Processes**, 203-208, 2012.

393. "Design and analysis of data management in scalable parallel scripting," Z Zhang, D Katz, J Wozniak, A Espinosa, I Foster, **International Conference on High Performance Computing, Networking, Storage and Analysis**, 85, 2012.

394. "SaaS for science: the path to reality for research in the cloud," I Foster, V Vasiliadis, **1st Conference of the Extreme Science and Engineering Discovery Environment: Bridging from the eXtreme to the campus and beyond**, 66, 2012.

395. "Deploying bioinformatics workflows on clouds with Galaxy and Globus Provision," B Liu, B Sotomayor, R Madduri, K Chard, I Foster, **Workshop on High Performance Computing, Networking, Storage and Analysis**, 1087-1095, 2012.

396. "Addressing data access needs of the long-tail distribution of geoscientists," T Malik, I Foster **IEEE International Geoscience and Remote Sensing Symposium**, 5348-5351, 2012.

397. "Bringing Task and Data Parallelism to Analysis of Climate Model Output," R Jacob, J Krishna, X. Xu, S Mickelson, T Tautges, M Wilde, R Latham, I Foster, R Ross, M Hereld, **High Performance Computing, Networking, Storage and Analysis (SCC), 2012 SC Companion:**1493-1494, 2012.

398. "Towards to an Oncology Database (ONCOD) using a data warehousing approach," X. Wang, L Liu, J Fackenthal, P Chang, G. Newstead, S Chmura, I Foster, O. Olopade, **AMIA Summits on Translational Science Proceedings, 2012. American Medical Informatics Association**, 105, 2012

399. "Managed GridFTP," J Bresnahan, M Link, R Kettimuthu, I Foster, **IEEE International Symposium on Parallel and Distributed Processing Workshops and Phd Forum**, 907-913, 2011.

400. "Toward semantics empowered biomedical web services," J Zhang, R Madduri, W Tan, K Deichl, J Alexander, I Foster **IEEE International Conference on Web Services**, 371-378, 2011.

401. "AME: An anyscale many-task computing engine," Z Zhang, D Katz, M Ripeanu, M Wilde, I Foster, **6th workshop on Workflows in support of large-scale science**, 137-146, 2011.

402. "Making a case for distributed file systems," I Raicu, I Foster, P Beckman, **3rd International Workshop on Large-scale system and application performance**, 2011.

403. "Providing map and GPS assistance to service composition in bioinformatics," W Tan, J Zhang, R Madduri, I Foster, D De Roure, **IEEE International Conference on Services Computing**, 608-615, 2011.

404. "Globus xio pipe open driver: enabling gridftp to leverage standard unix tools," R Kettimuthu, S Link, J Bresnahan, M Link, I Foster, **TeraGrid Conference: Extreme Digital Discovery**, 20, 2011.

405. "A distributed look-up architecture for text mining applications using MapReduce," A Balkir, I Foster, A Rzhetsky, **High Performance Computing, Networking, Storage and Analysis (SC) International Conference**, 2011.

406. "Recommend-as-you-go: a novel approach supporting services-oriented scientific workflow reuse," J Zhang, W Tan, J Alexander, I Foster, R Madduri, **IEEE International Conference on Services Computing**, 48-55, 2011.

407. "Exploring provenance in high performance scientific computing," L Gadelha Jr, M Wilde, M Mattoso, I Foster, **1st Annual Workshop on High Performance Computing Meets Databases**, 17-20, 2011.

408. "Improving the efficiency of subset queries on raster images," T Malik, N Best, J Elliott, R Madduri, I Foster, **ACM SIGSPATIAL 2nd International Workshop on High Performance and Distributed Geographic Information Systems**, 34-37, 2011.

409. "Distance estimation for very large networks using MapReduce and network structure indices," H Oktay, A Balkir, I Foster, D Jensen, **Workshop on Information Networks**, 2011.

410. "Data-intensive CyberShake computations on an opportunistic cyberinfrastructure," A Espinosa, D Katz, M Wilde, K Maheshwari, I Foster, S Callaghan, P Maechling, **TeraGrid Conference: Extreme Digital Discovery**, 14, 2011.

411. "Lessons learned from moving earth system grid data sets over a 20 gbps wide-area network," R Kettimuthu, A Sim, D Gunter, W Allcock, P Bremer, J Bresnahan, A Cherry, L Childers, E Dart, I Foster, **19th ACM International Symposium on High Performance Distributed Computing**, 316-319, 2010.

412. "A Data Management Framework for Distributed Biomedical Research Environments," R Kettimuthu, R Schuler, D Keator, M Feller, D Wei, M Link, J Bresnahan, L Liming, J Ames, A Chervenak, **6th IEEE International Conference on e-Science Workshops**, 72-79, 2010.

413. "A data transfer framework for large-scale science experiments," W Liu, B Tieman, R Kettimuthu, I Foster, **19th ACM International Symposium on High Performance Distributed Computing**, 717-724, 2010.

414. "An adaptive strategy for scheduling data-intensive applications in grid environments," W Liu, R Kettimuthu, Li, Bo, I Foster, **IEEE 17th International Conference on Telecommunications**, 642-649, 2010.

415. "Scheduling many-task workloads on supercomputers: Dealing with trailing tasks," T Armstrong, Z Zhang, D Katz, M Wilde, I Foster, **IEEE Workshop on Many-Task Computing on Grids and Supercomputers**, 2010.

416. "Towards a threat model for provenance in e-Science," L Gadelha Jr, M Mattoso, M Wilde, I Foster, **Provenance and Annotation of Data and Processes**, 277-279, 2010

417. "NONUS: A No-Onus Platform for Generating Grant Reports," T Malik, I Foster, A Rzhetsky, J Foster, J Evans, **6th IEEE International Conference on e-Science Workshops**, 136-140, 2010.

418. "Some economic and societal implications of a biofuel based economy: Results from CIM-EARTH a new integrated assessment model," R Kotamarthi, J Elliott, B Drewniak, M Franklin, I Foster, T Munson, R Doctor, M Wang, **Fifth Symposium on Policy and Socio-economic Research**, 2010.

419. "Resource leasing and the art of suspending virtual machines," B Sotomayor, R Montero, I Llorente, I Foster, **11th IEEE International Conference on High Performance Computing and Communications**, 59-68, 2009.

420. "The quest for scalable support of data-intensive workloads in distributed systems," I Raicu, I Foster, Y Zhao, P Little, C Moretti, A Chaudhary, D Thain, **18th ACM international symposium on High performance distributed computing**, 207-216, 2009.

421. "Scientific workflows as services in caGrid: a Taverna and gRAVI approach," W Tan, K Chard, D Sulakhe, R Madduri, I Foster, S Soiland-Reyes, C Goble, **IEEE International Conference on Web Services**, 413-420, 2009.

422. "Wrap scientific applications as WSRF grid services using gRAVI," K Chard, W Tan, J Boverhof, R Madduri, I Foster, **IEEE International Conference on Web Services**, 83-90, 2009.

423. "GridFTP GUI: an easy and efficient way to transfer data in grid," W Liu, R Kettimuthu, B Tieman, R Madduri, B Li, I Foster, **Networks for Grid Applications**, 57-66, 2009

424. "ADEM: automating deployment and management of application software on the open science grid," Hou, Zhengxiong, Tie, Jing, Zhou, Xingshe, I Foster, M Wilde, **10th IEEE/ACM International Conference on Grid Computing**, 130-137, 2009.

425. "Extreme-scale scripting: Opportunities for large task-parallel applications on petascale computers," M Wilde, I Raicu, A Espinosa, Z Zhang, B Clifford, M Hategan, S Kenny, K Iskra, P Beckman, I Foster, **Journal of Physics: Conference Series**,180(1):12046, 2009.

426. "Enabling petascale science: Data management, troubleshooting, and scalable science services," A Baranovski, K Beattie, S Bharathi, J Boverhof, J Bresnahan, A Chervenak, I Foster, T Freeman, D Gunter, K Keahey, **Journal of Physics: Conference Series**,125,1,12068, 2008.

427. "Data management and analysis for the Earth System Grid," D Williams, R Ananthakrishnan, D Bernholdt, S Bharathi, D Brown, M Chen, A Chervenak, L Cinquini, R Drach, I Foster, **Journal of Physics: Conference Series**,125,1,12072, 2008

428. "The Open Science Grid: Status and architecture," R Pordes, D Petravick, W Kramer, D Olson, M Livny, A Roy, P Avery, K Blackburn, T Wenaus, F Wuerthwein, **Journal of Physics: Conference Series**,119(5):52028, 2008.

429. "The Open Science Grid," R Pordes, D Petravick, W Kramer, D Olson, M Livny, A Roy, P Avery, K Blackburn, T Wenaus, F Wuertheim, ", **Journal of Physics: Conference Series**,78(1):12057, 2007.

430. "Building a global federation system for climate change research: the earth system grid center for enabling technologies (ESG-CET)," R Ananthakrishnan, D Bernholdt, S Bharathi, D Brown, M Chen, A Chervenak, L Cinquini, R Drach, I Foster, P Fox, **Journal of Physics: Conference Series**,78,1,12050, 2007.

431. "Enabling distributed petascale science," A Baranovski. Bharathi, J Bresnahan, A Chervenak, I Foster, D Fraser, T Freeman, D Gunter, K Jackson, K Keahey, **Journal of Physics: Conference Series**,78(1):12020, 2007.

432. "TeraGrid's integrated information service," L Liming, Navarro, John-Paul, Blau, Eric, Brechin, Jason, C Catlett, Dahan, Maytal, Diehl, Diana, Dooley, Rion, Dwyer, Michael, Ericson, Kate, Ian Foster, **5th Grid Computing Environments Workshop**, 8, 2009.

433. "UDT as an alternative transport protocol for GridFTP," J Bresnahan, M Link, R Kettimuthu, I Foster, **7th International Workshop on Protocols for Future, Large-Scale and Diverse Network Transports**, 2009.

434. "Enhancing the earth system grid security infrastructure through single sign-on and autoprovisioning," F Siebenlist, R Ananthakrishnan, Bernholdt, David E, Cinquini, Luca, I Foster, Middleton, DE, Miller, Neill, D Williams, **5th Grid Computing Environments Workshop**, 13, 2009.

435. "Building Scientific Workflow with Taverna and BPEL: A Comparative Study in caGrid," W Tan, Missier, Paolo, R Madduri, I Foster, **Service-Oriented Computing**, 2009.

436. "GridFTP Multilinking," J Bresnahan, M Link, R Kettimuthu, I Foster, **TeraGrid Conference**, 2009.

437. "Modeling the human dimensions of climate change: The CIM-EARTH project," Moyer, Elisabeth, I Foster, K Judd, T Munson, **IOP Conference Series: Earth and Environmental Science**, 6,49,492007, 2009.

438. "Experiences of On-Demand Execution for Large Scale Parameter Sweep Applications on OSG by Swift," Hou, Zhengxiong, M Wilde, M Hategan, Zhou, Xingshe, I Foster, Clifford, Bryan, **11th IEEE International Conference on High Performance Computing and Communications**, 527-532, 2009.

439. "Combining batch execution and leasing using virtual machines," B Sotomayor, K Keahey, I Foster, **17th international symposium on High performance distributed computing**, 87-96, 2008.

440. "Capacity leasing in cloud systems using the opennebula engine," B Sotomayor, R Montero, I Llorente, I Foster, **Workshop on Cloud Computing and its Applications**, 3, 2008.

441. "Toward loosely coupled programming on petascale systems," I Raicu, Z Zhang, M Wilde, I Foster, P Beckman, K Iskra, B Clifford, **ACM/IEEE Conference on Supercomputing**, 22, 2008.

442. "Scientific workflow systems for 21st century, new bottle or new wine?" Y Zhao, I Raicu, I Foster, **IEEE Congress on Services**, 467-471, 2008.

443. "Accelerating large-scale data exploration through data diffusion," I Raicu, Y Zhao, I Foster, Szalay, Alex, **International Workshop on Data-aware Distributed Computing**, 2008.

444. "Building scientific workflow with taverna and bpel: A comparative study in cagrid," W Tan, Missier, Paolo, R Madduri, I Foster, **Service-Oriented Computing**, 118-129, 2008.

445. "Design and evaluation of a collective io model for loosely coupled petascale programming," Z Zhang, A Espinosa, K Iskra, I Raicu, I Foster, M Wilde, **Workshop on Many-Task Computing on Grids and Supercomputers**, 2008.

446. "Using overlays for efficient data transfer over shared wide-area networks," G. Khanna, U. Catalyurek, T Kurc, R Kettimuthu, P Sadayappan, I Foster, K Saltz, **ACM/IEEE conference on Supercomputing**, 47, 2008.

447. "Distributed I/O with ParaMEDIC: Experiences with a worldwide supercomputer," Balaji, Pavan, Feng, Wu-chun, Lin, Heshan, Archuleta, Jeremy, Matsuoka, Satoshi, Warren, Andrew, Setubal, Joao, E Lusk, Thakur, R, I Foster, **IEEE International Supercomputing Conference**, 2008.

448. "Engaging with the LEAD science gateway project: lessons learned in successfully deploying complex system solutions on TeraGrid," D Fraser, I Foster, **TeraGrid Conference**, 2008.

449. "Build Grid Enabled Scientific Workflows Using Gravi and Taverna," K Chard, C Onyuksel, W Tan, D Sulakhe, R Madduri, I Foster, **IEEE 4th International Conference on eScience,** 614-619, 2008.

450. "Multi-hop path splitting and multi-pathing optimizations for data transfers over shared wide-area networks using GridFTP," G. Khanna, U. Catalyurek, T Kurc, P Sadayappan, K Saltz, R Kettimuthu, I Foster, **17th International Symposium on High Performance Distributed Computing**, 225-226, 2008.

451. "Orchestrating caGrid services in Taverna," W Tan, R Madduri, Keshav, Kiran, Suzek, Baris E, S Oster, I Foster, **IEEE International Conference on Web Services**, 14-20, 2008.

452. "Communicating security assertions over the GridFTP control channel," R Kettimuthu, L Wantao, F Siebenlist, I Foster, **IEEE 4th International Conference on eScience**, 426-427, 2008.

453. "Data intensive scalable computing on TeraGrid: A comparison of MapReduce and Swift," Q. Pham, A Balkir, J Tie, I Foster, M Wilde, I Raicu, **TeraGrid Conference**, 2008.

454. "Swift: Fast, reliable, loosely coupled parallel computation," Y Zhao, M Hategan, B Clifford, I Foster, G. Von Laszewski, V Nefedova, I Raicu, T Stef-Praun, M Wilde, **IEEE Congress on Services**,199-206, 2007.

455. "Falkon: a Fast and Light-weight tasK executiON framework," I Raicu, Y Zhao, C Dumitrescu, I Foster, M Wilde, **ACM/IEEE conference on Supercomputing**, 43, 2007.

456. "GT4 GRAM: a functionality and performance study," M Feller, I Foster, S Martin, **TeraGrid Conference**, 2007.

457. "Hand: Highly available dynamic deployment infrastructure for Globus Toolkit 4," L Qi, H Jin, I Foster, J Gawor, **15th EUROMICRO International Conference on Parallel, Distributed and Network-Based Processing**, 155-162, 2007.

458. "Globus GridFTP: What's new in 2007," J Bresnahan, M Link, G. Khanna, Z Imani, R Kettimuthu, I Foster, **1st International Conference on Networks for Grid Applications**, 19,

459. "GridFTP pipelining," J Bresnahan, M Link, R, Kettimuthu, D Fraser, I Foster, **TeraGrid Conference**, 2007.

460. "Enabling cost-effective resource leases with virtual machines," B Sotomayor, K Keahey, I Foster, T Freeman, **Hot Topics session in ACM/IEEE International Symposium on High Performance Distributed Computing 2007**, 2007.

461. "caGrid 1.0: a Grid enterprise architecture for cancer research," S Oster, Langella, Stephen, Hastings, Shannon, Ervin, David, R Madduri, T Kurc M, F Siebenlist P Covitz, Shanbhag, Krishnakant, I Foster, **AMIA**, 2007.

462. "Provenance Query Patterns for Many-Task Scientific Computing," L Gadelha, M Mattoso, M Wilde, I Foster, **USENIX Workshop on the Theory and Practice of Provenance**, 2011.

463. "Anomaly detection and diagnosis in grid environments," L Yang, C Liu, J Schopf, I Foster, **ACM/IEEE Conference on Supercomputing**, 33, 2007.

464. "Gridcopy: Moving data fast on the grid," R Kettimuthu, W Allcock, J Navarro, I Foster, **IEEE International Parallel and Distributed Processing Symposium**, 363, 2007.

465. "Dynamic resource provisioning in grid environments," I Raicu, C Dumitrescu, I Foster. **TeraGrid conference**, 2007.

466. "Virtual Data Language: A typed workflow notation for diversely structured scientific data," "Y Zhao, M Wilde, I Foster. **Workflows for e-Science**, 258-275, 2007.

467. "Scaling TeraGrid access: A testbed for identity management and attribute-based authorization," V Welch, I Foster, T Scavo, F Siebenlist, C Catlett, J Gemmill, D Skow. **TeraGrid Conference**, 2007.

468. "A scalable cluster algorithm for internet resources," C Liu, I Foster. **IEEE International Parallel and Distributed Processing Symposium**, 2007.

469. "TeraGrid's GRAM Auditing and Accounting and its Integration with the LEAD Science Gateway," S Martin, P Lane, I Foster, M Christie. TeraGrid Conference, 7, 2007.

470. "Harnessing Multicore Processors for High-Speed Secure Transfer," J Bresnahan, R Kettimuthu, M Link, I Foster. **High-Speed Networks Workshop**, 56-59, 2007.

471. "In Search of Simplicity: A Self-Organizing Group Communication Overlay," M Ripeanu, A Iamnitchi, I Foster, A Rogers. In **First IEEE International Conference on Self-Adaptive and Self-Organizing Systems**, 2007, pp. 371-374.

472. "Efficient Processing of Relational Queries with Sum Constraints," S Nestorov, C Liu, I Foster. In **Lecture Notes in Computer Science,** vol. 4505, Springer, 2007, pp. 440-451.

473. "XIOPerf : A Tool for Evaluating Network Protocols," J Bresnahan, R Kettimuthu, I Foster. In **3rd International Workshop on Networks for Grid Applications**, 2006, pp. 1-9.

474. "Planning Spatial Workflows to Optimize Grid Performance," L Meyer, J Annis, M Wilde. M Mattoso, I Foster, **ACM Symposium on Applied Computing**, 2006. pp. 786-790.

475. "An Opportunistic Algorithm for Scheduling Workflows on Grids," L Meyer, D Scheftner, J Voeckler, M Mattoso, M Wilde, I Foster. In **Lecture Notes in Computer Science,** vol. 4395, Springer, 2006, pp. 1-12.

476. "Applying the Virtual Data Provenance Model," Y Zhao, M Wilde, I Foster. In **Lecture Notes in Computer Science,** vol. 4145, Springer, 2006, pp. 148-161.

477. "A Multipolicy Authorization Framework for Grid Security," B Lang, I Foster, F Siebenlist, R Ananthakrishnan, T Freeman. In **5th IEEE Symposium on Network Computing and Application**s, Cambridge, Mass., IEEE, 2006, pp. 269-272.

478. "A Tool for Prioritizing DAGMan Jobs and Its Evaluation," G. Malewicz, I Foster, A Rosenberg, M Wilde. In **IEEE International Symposium on High Performance Distributed Computing**, IEEE, 2006, pp. 156-167.

479. "Statistical Data Reduction for Efficient Application Performance Monitoring," L Yang, J Schopf, C Dumitrescu, I Foster. In **IEEE/ACM International Symposium on Cluster Computing and Grid**, 2006, pp. 327-334.

480. "Using Multiple Grid Resources for Bioinformatics Applications in GADU," D Sulakhe, Alex Rodriguez, M Wilde, I Foster, N Maltsev. In **IEEE/ACM International Symposium on Cluster Computing and Grid**, 41, 2006.

481. "Virtual Clusters for Grid Communities," I Foster, T Freeman, K Keahey, D Scheftner, B Sotomayor, X. Zhang. In **IEEE/ACM International Symposium on Cluster Computing and Grid**, vol. 1, 2006, pp. 513-520.

482.  "Experiences in Running Workloads over Grid3," C Dumitrescu, I Raicu, I Foster. In **4th International Conference on Grid and Cooperative Computing**, 274-286, 2005.

483. "GNARE: an environment for grid-based high-throughput genome analysis," D Sulakhe, A Rodrigue, M D'Souza, M Wilde, V Nefedova, I Foster, N Maltsev. In **International Symposium on Cluster Computing and the Grid**, vol. 1, 2005, pp. 455-462.

484. "The Globus Striped GridFTP Framework and Server," W Allcock, J Bresnahan, R Kettimuthu, M Link, C Dumitrescu, I Raicu, I Foster. In **SC05**, November 2005, p. 54.

485. "Data Grid Tools: Enabling Science on Big Distributed Data," W Allcock, A Chervenak, I Foster, C Kesselman, M Livny. In **2005 SciDAC Conference**, 571-575, 2005.

486. "A Model for Usage Policy-based Resource Allocation in Grids, C Dumitrescu, M Wilde, I Foster. In **6th IEEE International Workshop on Policies for Distributed Systems and Networks**, 2005, pp. 191-200.

487. "Efficient and Robust Computation of Resource Clusters in the Internet," C Liu, I Foster. In **6th IEEE International Conference on Cluster Computing**, 1-9, 2005.

488. "Efficient Relational Joins with Arithmetic Constraints on Multiple Attributes," C Liu, L Yang, I Foster. In **9th International Database Applications & Engineering Symposium**, 2005, pp. 210-220.

489. "GRUBER: A Grid Resource SLA Broker," C Dumitrescu, I Foster. In **EuroPar**, 2005, pp. 465-474.

490. "Virtual Workspaces in the Grid," K Keahey, I Foster., T Freeman, H Zhang, D Galron. In **Lecture Notes in Computer Science,** vol. 3648, 2005, pp. 421-431.

491. "Interest-Aware Information Dissemination in Small-World Communities," A Iamnitchi, I Foster. In **IEEE International Symposium on High Performance Distributed Computing**, IEEE Computer Society, 2005, pp. 167-175.

492. "A Comparison of WSRF and WS-Notification Implementations: Globus Toolkit V4, pyGridWare, WSRF:Lite, and WSRF.NET," M Humphrey, G. Wasson, K Jackson, J Boverhof, S Meder, J Gawor, S Lang, S Pickles, M McKeown, I Foster. In **IEEE International Symposium on High Performance Distributed Computing**, 2005.

493. "XDTM: XML Data Type and Mapping for Specifying Datasets," L Moreau, Y Zhao, I Foster, J Voeckler, M Wilde. In **European Grid Conference**, 2005, pp. 495-505.

494. "Improving Parallel Data Transfer Times Using Predicted Variances in Shared Networks," L Yang, J Schopf, I Foster. In **IEEE/ACM International Symposium on Cluster Computing and Grid**, 2005, pp. 734-742.

495. "GangSim: A Simulator for Grid Scheduling Studies," C Dumitrescu, I Foster. In **IEEE/ACM International Symposium on Cluster Computing and Grid**, col. 2, 2005, pp. 1151-1158.

496. "From Sandbox to Playground: Dynamic Virtual Environments in the Grid," K Keahey, K Doering, I Foster. In **5th International Workshop in Grid Computing**, IEE Computer Society, 2004, pp. 34-42.

497. "Usage Policy-based CPU Sharing in Virtual Organizations," C Dumitrescu, I Foster. In **5th International Workshop in Grid Computing**, 2004, pp. 53-60.

498. "DiPerF: Automated DIstributed PeRformance testing Framework," C Dumitrescu, I Raicu, M Ripeanu, I Foster. In **5th International Workshop in Grid Computing**, 2004, 8 pp.

499. "Brain Meets Brawn: Why Grid and Agents Need Each Other," I Foster, N Jennings, C Kesselman. In **Autonomous Agents and Multi-Agent Systems**, 2004, pp. 8-15.

500. "Grid Middleware Services for Virtual Data Discovery, Composition, and Integration," Y Zhao, M Wilde, I Foster, J Voeckler, T Jordan, E Quigg, J Dobson. In **2nd International Workshop on Middleware for Grid Computing**, 2004, pp. 57-62.

501. "NEESgrid: A Distributed Collaboratory for Advanced Earthquake Engineering Experiment and Simulation," B Spencer, T Finholt, I Foster, C Kesselman, C Beldica, J Futrelle, S Gullapalli, P Hubbard, L Liming, D Marcusiu, L Pearlman, C Severance, G. Yang. In **13th World Conference on Earthquake Engineering**, Vancouver, B.C., Canada, 2004, Paper No. 1674.

502. "Distributed Hybrid Earthquake Engineering Experiments: Experiences with a Ground-Shaking Grid Application," L Pearlman, C Kesselman, S Gullapalli, B Spencer, J Futrelle, K Ricker, I Foster, P Hubbard, C Severance. In **13th IEEE International Symposium on High Performance Distributed Computing**, 2004, pp. 14-23.

503. "Globus and PlanetLab Resource Management Solutions Compared," M Ripeanu, M Bowman, J Chase, I Foster, M Milenkovic. In **13th IEEE International Symposium on High Performance Distributed Computing**, 2004, pp. 246-255.

504. "The Grid2003 Production Grid: Principles and Practice," I Foster et al. In **13th IEEE International Symposium on High Performance Distributed Computing**, IEEE Computer Society, 2004, pp. 236-245.

505. "X.509 Proxy Certificates for Dynamic Delegation," V Welch, I Foster, C Kesselman, O. Mulmo, K Pearlman, S Tuecke, J Gawor, S Meder, F Siebenlist. In **PKI04**, 2004.

506. "Reliable Data Transport: A Critical Service for the Grid," W Allcock, I Foster, R Madduri, **Building Service Based Grids Workshop**. In Global Grid Forum 11, 2004.

507. "A Constraint Language Approach to Matchmaking," C Liu, I Foster. In **14th International Workshop on Research Issues on Data Engineering**, IEEE Computer Society, 2004, pp. 7-14.

508. "Ouroboros: A Tool for Building Generic, Hybrid, Divide & Conquer Algorithms," J Johnson, I Foster. In **International Parallel and Distributed Processing Symposium**, Santa Fe, 2004, p. 78a.

509. "Small-World File-Sharing Communities," A Iamnitchi, M Ripeanu, Ian Foster. In **Infocom 2004**, vol. 2, Hong Kong, 2004, pp. 952-963.

510. "To Share or Not to Share: An Analysis of Incentives to Contribute in Collaborative File-Sharing Environments," K Ranganathan, M Ripeanu, A Sarin, I Foster. In **Workshop on Economics of Peer-to-Peer Systems**, 2003.

511. "Conservative Scheduling: Using Predicted Variance to Improve Scheduling Decisions in Dynamic Environments," L Yang, J Schopf, I Foster. **SC'03**, 2003.

512. "Homeostatic and Tendency-based CPU Load Prediction," L Yang, I Foster, J Schopf. In **International Parallel and Distributed Processing Symposium**, 2003, 9 pp.

513. "The Virtual Data Grid: A New Model and Architecture for Data-Intensive Collaboration," I Foster, J Voeckler, M Wilde, Y Zhao. **Conference on Innovative Data Systems Research**, 2003.

514. "On Death, Taxes, and the Convergence of Peer-to-Peer and Grid Computing," I Foster, A Iamnitchi, **2nd International Workshop on Peer-to-Peer Systems**, 118-128, 2003.

515. "Giggle: A Framework for Constructing Scalable Replica Location Services," A Chervenak, E Deelman, I Foster, L Guy, W Hoschek, A Iamnitchi, C Kesselman, P Kunst, M Ripeanu, B, Schwartzkopf, H, Stockinger, K Stockinger, B Tierney. In **SC'2002**, 2002, pp. 58ff.

516. "Applying Chimera Virtual Data Concepts to Cluster Finding in the Sloan Sky Survey," J Annis, Y, Zhao, J Voeckler, M Wilde, S Kent, I Foster. In **SC'2002**, IEE Computer Society, 2002, pp. 1-14.

517. "SNAP: A Protocol for Negotiating Service Level Agreements and Coordinating Resource Management in Distributed Systems," K Czajkowski, I Foster, C Kesselman, V Sander, S Tuecke. In **Lecture Notes in Computer Science,** vol. 3726, 2002, pp. 1-14.

518. "Decoupling Computation and Data Scheduling in Distributed Data-Intensive Applications," K Ranganathan, I Foster. In **11th IEEE International Symposium on High Performance Distributed Computing**, 2002, pp. 352-358.

519. "GridMapper: A Tool for Visualizing the Behavior of Large-Scale Distributed Systems," W Allcock, J Bester, J Bresnahan, I Foster, J Gawor, J Insley, J Link, M Papka. In **11th IEEE International Symposium on High Performance Distributed Computing**, 2002, pp. 179-187.

520. "A Decentralized, Adaptive, Replica Location Service," M Ripeanu, I Foster. In **11th IEEE International Symposium on High Performance Distributed Computing**, IEEE Computer Society, 2002, p. 24.

521. "Design and Evaluation of a Resource Selection Framework for Grid Applications," C Liu, L Yang, D Angulo, I Foster. In **11th IEEE International Symposium on High Performance Distributed Computing**, 2002, pp. 63-72.

522. "InfoGram: A Grid Service that Supports Both Information Queries and Job Execution," G. von Laszewski, I Foster, J Gawor, A Schreiber, C Pena. In **11th IEEE International Symposium on High-Performance Distributed Computing**, 2002, pp. 333-342.

523. "Chimera: A Virtual Data System for Representing, Querying, and Automating Data Derivation," I Foster, J Voeckler, M Wilde, Y Zhao. In **14th Conference on Scientific and Statistical Database Management**, 2002, pp. 37-46.

524. "Improving Data Availability through Dynamic Model-Driven Replication in Large Peer-to-Peer Communities," K Ranganathan, A Iamnitchi, I Foster. In **Global and Peer-to-Peer Computing on Large Scale Distributed Systems Workshop**, 2002, p. 376.

525. "Locating Data in (Small-World?) Peer-to-Peer Scientific Collaborations," A Iamnitchi, M Ripeanu, I Foster. In **Lecture Notes in Comouter Science,** vol. 2429, 2002, pp. 232-241.

526. "Mapping the Gnutella Network: Macroscopic Properties of Large-Scale Peer-to-Peer Systems," M Ripeanu, I Foster. In **Lecture Notes in Comouter Science,** vol. 2429, 2002, pp. 85-93.

527. "A Community Authorization Service for Group Collaboration," L Pearlman, V Welch, I Foster, C Kesselman, S Tuecke. In **IEEE 3rd International Workshop on Policies for Distributed Systems and Networks**, 2002, pp. 50-59.

528. "Toward a Framework for Preparing and Executing Adaptive Grid Programs," K Kennedy, M Mazina, J Mellor-Crummey, K Cooper, L Torczon, F Berman, A Chien, H Dail, O. Sievert, D

Angulo, I Foster, D Gannon, L Johnsson, C Kesselman, R Aydt, D Reed, J Dongarra, S Vadhiyar, R Wolski. In **14th International Parallel Distributed Processing Symposium**, 2002, pp. 171-175.

529. "Grid Technologies & Applications: Architecture & Achievements," I Foster, **International Conference on Computing in High Energy and Nuclear Physics**, 2001; reprinted in **Astronomical Data Analysis Systems and Software** (ADASS), 2002.

530. "Exploiting Hierarchy in Parallel Computer Networks to Optimize Collective Operation Performance," N Karonis, B de Supinski, I Foster, W Gropp, E Lusk, J Bresnahan. In **14th International Parallel Distributed Processing Symposium**, 2002, pp. 377-84.

531. "Supporting Efficient Execution in Heterogeneous Distributed Computing Environments with Cactus and Globus," G. Allen, T Dramlitsch, I Foster, T Goodale, N Karonis, M Ripeanu, E Seidel, B Toonen, **SC'2001**, ACM Press, 2001, p. 52.

532. "Designing Grid-based Problem Solving Environments and Portals," G. von Laszewski, I Foster, J Gawor, P Lane, N Rehn, M Russell. In **34th Hawai'i International Conference on System Science**, vol. 9, 2001, p. 9028.

533. "The Earth System Grid II: Turning Climate Datasets into Community Resources," I Foster, E Alpert, A Chervenak, B Drach, C Kesselman, V Nefedova, D Middleton, A Shoshani, A Sim, D Williams. In **American Meteorological Society Conference**, 2001.

534. "High-Performance Remote Access to Climate Simulation Data: A Challenge Problem for Data Grid Technologies," W Allcock, I Foster, V Nefedova, A Chervenak, E Deelman, C Kesselman, J Lee, A Sim, A Shoshani, B Drach, D Williams. In **SC'2001**, ACM Press, 2001, p. 20.

535. "Identifying Dynamic Replication Strategies for a High Performance Data Grid," K Ranganathan, I Foster, **International Workshop on Grid Computing**, 2001, pp. 75-86.

536. "On Fully Decentralized Resource Discovery in Grid Environments," A Iamnitchi, I Foster. In **Lecture Notes in Computer Science,** vol. 2242, Springer, 2001, pp. 51-62.

537. "Design and Evaluation of Dynamic Replication Strategies for a High Performance Data Grid," K Ranganathan, I Foster. In **Lecture Notes in Computer Science,** vol. 3758, Springer, 2001, pp. 108-118.

538. "Globus Toolkit Support for Distributed Data-Intensive Science," W Allcock, A Chervenak, I Foster, L Pearlman, V Welch, M Wilde. In **International Conference on Computing in High Energy and Nuclear Physics**, 2001.

539. "Grid Information Services for Distributed Resource Sharing," K Czajkowski, S Fitzgerald, I Foster, C Kesselman. In **10th IEEE International Symposium on High Performance Distributed Computing**, IEEE Press, 2001, pp. 0181-0194.

540. "File and Object Replication in Data Grids," H Stockinger, A Samar, W Allcock, I Foster, K Holtman, B Tierney. In **10th IEEE International Symposium on High Performance Distributed Computing**, IEEE Press, 2001, pp. 76-86.

541. "Replica Selection in the Globus Data Grid," S Vazhkudai, S Tuecke, I Foster. In **First IEEE/ACM International Conference on Cluster Computing and the Grid**, 2001, pp. 106-113.

542. "Condor-G: A Computation Management Agent for Multi-Institutional Grids," J Frey, T Tannenbaum, I Foster, M Livny, S Tuecke. In **10th IEEE International Symposium on High Performance Distributed Computing**, IEEE Press, 2001, pp. 55-66.

543. "End-to-End Provision of Policy Information for Network QoS," V Sander, W Adamson, I Foster, A Roy. In **10th IEEE International Symposium on High Performance Distributed Computing**, IEEE Press, 2001, pp. 115-126.

544. "The Astrophysics Simulation Collaboratory: A Science Portal Enabling Community Software Development," M Russell, G. Allen, G. Daues, I Foster, E Seidel, J Novotny, J Shalf, G. von Laszewski. In **10th IEEE International Symposium on High Performance Distributed Computing**, IEEE Press, 2001, pp. 207-215.

545. "Computational Design and Performance of the Fast Ocean Atmosphere Model, Version One," R Jacob, C Schafer, I Foster, M Tobis, J Anderson. In **Lecture Notes in Computer Science,** vol. 2073, Springer-Verlag, 2001, pp. 171-184.

546. "The Model Coupling Toolkit," J Larson, R Jacob, I Foster, J Guo. In **Lecture Notes in Computer Science,** vol. 2073, Springer-Verlag, 2001, pp. 185-194.

547. "Cactus Application: Performance Predictions in Grid Environments," M Ripeanu, A Iamnitchi, I Foster. In **Lecture Notes in Computer Science,** vol. 2150, 2001, pp. 807-816.

548. "Secure, Efficient Data Transport and Replica Management for High-Performance Data-Intensive Computing," W Allcock, J Bester, J Bresnahan, A Chervenak, I Foster, C Kesselman, S Meder, V Nefedova, D Quesnel, S Tuecke. In **IEEE Mass Storage Conference**, 2001, p. 13.

549. "A Quality of Service Architecture that Combines Resource Reservation and Application Adaptation," I Foster, A Roy, V Sander. In **8th International Workshop on Quality of Service**, 2000, pp. 181-188.

550. "A Differentiated Services Implementation for High-Performance TCP Flows," V Sander, I Foster, A Roy, L Winkler. In Computer NEtowrks: The International Journal of Computer and Telecommunications Networking, 34(6):915-929, 2000**.**

551. "A Problem-Specific Fault-Tolerance Mechanism for Asynchronous, Distributed Systems," A Iamnitchi, I Foster. In **2000 International Conference on Parallel Processing**, 2000, pp. 4-13.

552. "CoG Kits: A Bridge between Commodity Distributed Computing and High-Performance Grids," G. von Laszewski, I Foster, J Gawor, W Smith, S Tuecke. In **ACM 2000 Java Grande Conference**, 2000, pp. 97-106.

553. "MPICH-GQ: Quality-of-Service for Message Passing Programs," A Roy, I Foster, W Gropp, N Karonis, V Sander, B Toonen. In **IEEE/ACM SC2000 Conference**, 2000, p. 19.

554. "Using CORBA and Globus to Coordinate Multidisciplinary Aeroscience Applications," I Lopez, G Follen, R Gutierrez, I Foster, B Ginsburg, O Larsson, S Tuecke. In **NASA HPCC/CAS Workshop**, 2000, pp. 15-17.

555. "Protocols and Services for Distributed Data-Intensive Science," W Allock, A Chervenak, I Foster, C Kesselman, S Tuecke. In **Advanced Computing and Analysis Techniques in Physics Research (ACAT)**, 2000, pp. 161-163.

*556.* "Scheduling with Advanced Reservations," W Smith, I Foster, V Taylor. In **International Parallel and Distributed Processing Symposium**, 127-132, 2000.

557. "Grid Computing," I Foster. In **Advanced Computing and Analysis Techniques in Physics Research**, 2000, pp. 51-56.

558. "The Data Grid: Towards an Architecture for the Distributed Management and Analysis of Large Scientific Data Sets," A Chervenak, I Foster, C Kesselman, C Salisbury, S Tuecke. **Journal of Network and Computer Applications,** 23(3):187-200, 1999.

559. "The Beta Grid: A National Infrastructure for Computer Systems Research," I Foster. In **1999 Extreme Linux Workshop**; also published in **NetStore Conference**, 1999.

560. "Resource Co-Allocation in Computational Grids," K Czajkowski, I Foster, C Kesselman. In **8th IEEE International Symposium on High Performance Distributed Computing**, IEEE, 219-228. 1999.

561. "QoS as Middleware: Bandwidth Reservation System Design," G. Hoo, W Johnston, I Foster, A Roy. **8th IEEE International Symposium on High Performance Distributed Computing**, 1999, pp. 345-346.

562. "Communication Services for Advanced Network Applications," J Bresnahan, I Foster, J Insley, S Tuecke, B Toonen. In **International Conference on Parallel and Distributed Processing Techniques and Applications**, vol. 4, 1999, pp. 1861-1867.

563. "A Distributed Resource Management Architecture that Supports Advance Reservations and Co-Allocation," I Foster, C Kesselman, C Lee, R Lindell, K Nahrstedt, A Roy. In **International Workshop on Quality of Service**, 1999, pp. 27-36.

564. "Using Run-Time Predictions to Estimate Queue Wait Times and Improve Scheduler Performance," W Smith, V Taylor, I Foster. In **IPPS/SPDP '99 Workshop on Job Scheduling Strategies for Parallel Processing**, 1999, pp. 202-219.

565. "Large-Scale Distributed Computational Fluid Dynamics on the Information Power Grid using Globus," S Barnard, R Biswas, S Saini, R Van der Wijngaart, M Yarrow, L Zechter, I Foster, O. Larsson. In **Frontiers '99 Conference**, IEEE, 1999.

566. "Grid Infrastructure to Support Science Portals for Large Scale Instruments," G. von Laszewski, I Foster. In **Workshop Distributed Computing on the Web,** 1999, pp. 1-16.

567. "The International Grid (iGrid): Empowering Global Research Community Networking Using High Performance International Internet Services," M Brown, T DeFanti, I Foster, et al. In **INET'99**, 1999, pp. 3-9.

568. "A Review of Tele-Immersive Applications in the CAVE Research Network," J Leigh, A Johnson, T DeFanti, M Brown, I Foster, et al. In **IEEE Virtual Reality '99**, 1999, pp. 180-87.

569. "GASS: A Data Movement and Access Service for Wide Area Computing Systems," J Bester, I Foster, C Kesselman, J Tedesco, S Tuecke. In **IOPADS'99**, 1999, pp. 78-88.

570. "Real-time Analysis, Visualization, and Steering of Microtomography Experiments at Photon Sources," G. von Laszewski, I Foster, J Insley, J Bresnahan, C Kesselman, M Su, M Thiebaux. M Rivers, I McNulty, B Tieman, S Wang. In **9th SIAM Conference on Parallel Processing for Scientific Computing**, 1999.

571. "Numerical Relativity in a Distributed Environment," W Benger, I Foster, J Novotny, E Seidel, J Shalf, W Smith, P Walker. In **9th SIAM Conference on Parallel Processing for Scientific Computing**, 1999.

572. "A Grid-Enabled MPI: Message Passing in Heterogeneous Distributed Computing Systems," I Foster and N Karonis. In **SC'98**, 1998, pp. 1-11.

573. "Distant I/O: One-Sided Access to Secondary Storage on Remote Processors," J Nieplocha, I Foster, and H Dacshel. In **7th IEEE Symposium on High Performance Distributed Computing**, 1998, pp. 148-154.

574. "Application Experiences with the Globus Toolkit," S Brunett, K Czajkowski, S Fitzgerald, I Foster, A Johnson, C Kesselman, J Leigh, S Tuecke. In **7th IEEE Symposium on High Performance Distributed Computing**, 1998, in 81-89.

575. "A Fault Detection Service for Wide Area Distributed Computations," P Stelling, I Foster, C Kesselman, C Lee, G. von Laszewski. In **7th IEEE Symposium on High Performance Distributed Computing**, 1998, pp. 268-279.

576. "The Globus Project: A Status Report," I Foster and C Kesselman. In **Heterogeneous Com-puting Workshop**, IEEE Press, 1998, pp. 4-18. (Reprinted in **Future Generation Computer Systems**.)

577. "A Security Architecture for Computational Grids," I Foster, C Kesselman, G. Tsudik, S Tuecke. In **ACM Conference on Computers and Security**, 1998, pp. 83-91.

578. "The Quality of Service Component for the Globus Metacomputing System," C Lee, C Kesselman, J Stepanek, R Lindell, S Hwang, B Michel, J Bannister, I Foster, A Roy. In **Intl Workshop on Quality of Service**, 1998, pp. 140-142.

579. "A Resource Management Architecture for Metacomputing Systems," K Czajkowski, I Foster, N Karonis, C Kesselman, S Martin, W Smith, S Tuecke. In **Lecture Notes in Computer Science**, vol. 1459, Springer-Verlag, 1998, pp. 62-82.

580. "Predicting Application Run Times Using Historical Information," W Smith, I Foster, V Taylor. In **Lecture Notes in Computer Science,** vol. 1459, Springer-Verlag, 1998, pp. 122-142.

581. "FOAM: Expanding the Horizons of Climate Modeling," M Tobis, I Foster, C Schafer, R Jacob, J Anderson. In **SC'97**, ACM, 1997, pp. 1-15.

582. "Architecture of the Multi-Modal Organizational Research and Production Heterogeneous Network (MORPHnet)," R Aiken, R Carlson, I Foster, T Kuhfuss, R Stevens, L Winkler, **International Conference on Intelligent Network and Intelligence in Networks**, 1997.

583. "Remote I/O: Fast Access to Distant Storage," I Foster, D Kohr, R Krishnaiyer, J.Mogill. In **IOPADS'97**, 1997, pp. 14-25.

584. "NeXeme: A Distributed Scheme Based on Nexus," L Moreau, D De Doure, I Foster. In **Europar '97**, 1997, pp. 581-590.

585. "A Directory Service for Configuring High-Performance Distributed Computations," S Fitzgerald, I Foster, C Kesselman, G. von Laszewski, W Smith, S Tuecke. In **6th Symposium on High Performance Distributed Computing**, IEEE, 1997, pp. 365-375.

586. "A Secure Communications Infrastructure for High-Performance Distributed Computing," I Foster, N.Karonis, C Kesselman, G. Koenig, S Tuecke. In **6th Symposium on High Performance Distributed Computing**, IEEE, 1997, pp. 125-136.

587. "MTIO: A Multi-threaded Parallel I/O System," S More, A Choudhary, I Foster, M Xu. In **International Parallel Processing Symposium**, IEEE, 1997, pp. 368-373.

588. "HPF/MPI: A Programming System Supporting Task and Data Parallelism," I Foster, D Kohr, R Krishnaiyer, A Choudhary. In **8th SIAM Conference on Parallel Processing,** SIAM, 1997.

589. "Optimizing Collective I/O Performance on Parallel Computers: A Multisystem Study," Y Chen, I Foster, J Nieplocha, M Winslett. In **International Conference on Supercomputing**, 1997, pp. 28-35.

590. "The Nimrod Computational Workbench: A Case Study in Desktop Metacomputing," D Abramson, I Foster, J Giddy, A Lewis, R Sosic, R Sutherst, N White. In **Australian Computer Science Conference**, Macquarie University, Sydney, Feb 1997.

591. "Disk Resident Arrays: An Array-Oriented I/O Library for Out-of-Core Computations," J Nieplocha, I Foster. In **Frontiers '96 Conference**, IEEE, 1996, pp. 196-205.

592. "Communicating Data-Parallel Tasks: An MPI Library for HPF," I Foster, D Kohr, R Krishnaiyer, A Choudhary. In **High-Performance Computing Conference**, Tata McGraw Hill, 1996, pp. 433=438.

593. "Multimethod Communication for High-Performance Metacomputing Applications," I Foster, J Geisler, C Kesselman, S Tuecke. In **Supercomputing '96**, ACM, 1996, p. 1.

594. "Double Standards: Bringing Task Parallelism to HPF via the Message Passing Interface," I Foster, D Kohr, R Krishnaiyer, A Choudhary. In **Supercomputing '96**, ACM, 1996, art. 36.

595. "MPI on the I-WAY: A Wide-Area, Multimethod Implementation of the Message Passing Interface," I Foster, J Geisler, S Tuecke. In **2nd MPI Developers Conference**, IEEE, 1996, pp. 10-17.

596. "Generalized Communicators in the Message Passing Interface," I Foster, C Kesselman, M Snir. In **2nd MPI Developers Conference**, IEEE, 1996, pp. 42-49.

597. "MPI as a Coordination Layer for Communicating HPF Tasks," I Foster, D Kohr, R Krishnaiyer, A Choudhary. In **2nd MPI Developers Conference**, IEEE, 1996, pp. 68-78.

598. "Tools for Distributed Collaborative Environments: A Research Agenda," I Foster, M Papka, R Stevens. In **5th Symposium on High Performance Distributed Computing**, IEEE, 1996, pp. 23-39.

599. "Software Infrastructure for the I-WAY High-Performance Distributed Computing Experiment," I Fos-ter, J Geisler, W Nickless, W Smith, S Tuecke. In **5th Symposium on High Performance Distributed Computing**, IEEE, 1996, pp. 562-572,.

600. "High-Performance Image Analysis and Visualization for Three-Dimensional Light Microscopy," J Chen, J Arsvold, C.-T Chen, M Griem, P Davies, T Disz, I Foster, R Hudson, M Kwong, B Lin, P Tang. In **IASTED Conference on Signal and Image Processing**, 1995.

601. "Relative Debugging and its Application to the Development of Large Numerical Models," D Abramson, I Foster, J Michalakes, R Sosic, **Supercomputing '95**, IEEE, 1995, art. 51.

602. "Algorithm Comparison and Benchmarking Using a Parallel Spectral Transform Shallow Water Model," P Worley, I Foster, B Toonen, Coming of Age. In **6th ECMWF Workshop on the Use of Parallel Processors in Meteorology**, World Scientific, 1995, pp. 277-289.

603. "The Nexus Task-Parallel Runtime System," I Foster, C Kesselman, S Tuecke. In **1st International Workshop on Parallel Processing**, Tata McGraw Hill, 1994, pp. 457-462.

604. "A Parallel I/O Approach to the Integration of Task and Data Parallelism," B Avalani, A Choudhary, I Foster, R Krishnaiyer. In **1st International Workshop on Parallel Processing**, Tata McGraw Hill, 1994, pp. 347-352.

605. "A Compilation System that Integrates High Performance Fortran and Fortran M," I Foster, B Avalani, Choudhary, M Xu. In **Scalable High-Performance Computing Conference**, IEEE, 1994, pp. 293-300,

606. "Load Balancing Algorithms for Climate Models," I Foster, B Toonen. In **Scalable High-Performance Computing Conference**, IEEE, 674-681, 1994.

607. "Parallel Spectral Transform Shallow Water Model: A Testbed for Parallel Spectral Transform Algorithms," P Worley, I Foster. In **Scalable High-Performance Computing Conference**, IEEE, 207-214, 1994.

608. "PCCM2: A GCM Adapted for Scalable Parallel Computers," J., I Foster, J Hack, J Micha-lakes, D Semeraro, B Toonen, D Williamson, P Worley. In **Annual Meeting of the American Meteorological Society**, AMS, 1994, pp. 91-98.

609. "Paradigms and Strategies for Scientific Computing on Distributed Memory Concurrent Computers," I Foster, D Walker. In **High Performance Computing Conference**, Society for Computer Simulation, 1994, pp. 252-257.

610. "Parallelizing the Spectral Transform Method: A Comparison of Alternative Parallel Algorithms,"Foster, P Worley. In **6th SIAM Conference on Parallel Processing**, SIAM, 1993, pp. 100-107.

611. "Deterministic Parallel Fortran," K M Chandy, I Foster. In **6th SIAM Conference on Parallel Processing**, SIAM, 1993.

612. "Massively Parallel Implementation of the Penn State/NCAR Mesoscale Model," I Foster, J Michalakes. In **9th International Conference on Interactive Information and Processing Systems for Meteorology**, AMS, 1993.

613. "MPMM: A Massively Parallel Mesoscale Model," I Foster, J Michalakes. In **Parallel Supercomputing in the Atmospheric Sciences**, World Scientific, 1993, pp. 354-363.

614. "Fortran M as a Language for Building Earth System Models," I Foster. In **Parallel Supercomputing in the Atmospheric Sciences**, World Scientific, 1993.

615. "The Message Passing Version of the Parallel Community Climate Model," J Drake, R Flanery, Foster, J Hack, J Michalakes, R Stevens, D Walker, D Williamson, P Worley. In **Parallel Super-computing in the Atmospheric Sciences**, World Scientific, 1993, pp. 500-513.

616. "A Compiler Approach to Scalable Concurrent Program Design," I Foster, S Taylor. In **3rd Workshop on Compilers for Parallel Computers**, Austrian Center for Parallel Computation, Vienna, Austria, 1992, pp. 577-604.

617. "The Scalability of Numerical Methods for Climate Modeling," I Foster, W Gropp, R Stevens. In **5th SIAM Conference on Parallel Processing**, SIAM, 1992, pp. 307-312.

618. "Parallel Implementation and Scalability of a Control Volume Method for Solving PDEs on the Sphere," I Chern, I Foster. In **5th SIAM Conference on Parallel Processing**, SIAM, 1992, pp. 301-306.

619. "Copy Avoidance through Compile-Time Analysis and Local Reuse," I Foster, W Winsborough. In **International Symposium on Logic Programming**, MIT Press, 1991, pp. 455-469.

620. "Design and Parallel Implementation of Two Numerical Methods for Modeling the Atmospheric Circulation," I Chern, I Foster. In **Parallel Computational Fluid Dynamics '91**, Elsevier Science Publishers B.V, 1991, pp. 83-96.

621. "Parallel Programming with Algorithmic Motifs," I Foster, R Stevens. In **International Conference on Parallel Processing**, Penn State University Press, 1990, pp. 26-34.

622. "A High-Performance Parallel Theorem Prover," R Butler, I Foster, A Jindal, R Overbeek. In **10th International Conference on Automated Deduction**, 1990, pp. 649-650.

623. "Bilingual Parallel Programming," I Foster, R Overbeek. In **3rd Workshop on Parallel Languages and Compilers**, MIT Press, 1990.

624. "Experiences with Bilingual Parallel Programming," I Foster, R Overbeek. In **5th Distributed Memory Computer Conference**, 1990, pp. 1137-1146.

625. "Strand: A Practical Parallel Programming Tool," I Foster, S Taylor. In **North American Symposium on Logic Programming**, MIT Press, 1989, pp. 497-512.

626. "Parallel Implementation of Parlog," I Foster. In **International Conference on Parallel Processing**, Penn State University Press, 1988, pp. 9-16.

627. "Logic Operating Systems: Design Issues," I Foster. In **4th International Conference on Logic Programming**, MIT Press, 1987, pp. 910-926.

628. "A Declarative Environment for Concurrent Logic Programming," K Clark, I Foster. In **Lecture Notes in Computer Science**, vol. 251, Springer-Verlag, 1987, pp. 212-242.

629. "A Logical Treatment of Secondary Storage," I Foster, A Kusalik. In **Symposium on Logic Programming**, IEEE, 1986, pp. 58-67.

630. "A Sequential Implementation of Parlog," I Foster, S Gregory, G. Ringwood, K Satoh. In **Lecture Notes in Computer Science,** vol. 225, Springer Verlag, 1986, pp. 149-156.


## Other Publications (Invited or Otherwise Unreviewed)

1. "The discovery cloud: Accelerating and democratizing research on a global scale," I Foster, K Chard, S Tuecke, **IEEE International Conference on Cloud Engineering**, pp. 68-77, 2016.

2. "Reasoning About Discovery Clouds", I Foster, **International Conference on Applications and Theory of Petri Nets**, 2016.

3. "Report on the International Provenance and Annotation Workshop (IPAW'06)," R Bose, I Foster, L Moreau, **SIGMOD Record**, September 2006, pp. 51-53.

4. "The Grid: Computing without Bounds," I Foster, **Scientific American**, April 2003, pp. 78-85.

5. "The Grid Grows Up," F Douglis, I Foster, IEEE Internet Computing, 7(4):24-26, 2003.

6. "Unexpected Consequences of Connections," Review of *Nexus* and *Linked*, **Science**, 08/16, 1124-1125, 2002.

7. "Computer Grids," I Foster, **Encyclopedia of New Media**, Moschovitis Group, 2002.

8. "The Anatomy of the Grid: Enabling Scalable Virtual Organizations," I Foster, **Lecture Notes in Computer Science,** vol. 2150, Springer-Verlag, 2001, pp. 1-4.

9. "The Anatomy of the Grid: Enabling Scalable Virtual Organizations," I Foster. **IEEE Conference on Cluster Computing and the Grid**, 15(3):200-222, 2001.

10. "Delphi: An Integrated, Language-Directed Performance Prediction, Measurement, and Analysis Environment," D Reed, D Padua, I Foster, D Gannon, B Miller. In **Frontiers '99**, 1999, pp. 156-159.

11. "The Globus Project: A Status Report," I Foster, C Kesselman, **Heterogeneous Computing Workshop**, 1998, pp. 4-18.

12. "Enabling Technologies for Web-Based Ubiquitous Supercomputing," I Foster, S Tuecke. **5th Symposium on High Performance Distributed Computing**, IEEE, 1996, pp. 112-120.

13. "An Overview of the Globus and I-WAY Projects," I Foster, **Conference of the Advanced School for Computing and Imaging**, Holland, 1996, pp. 17-20.

14. "High-Performance Distributed Computing: The I-WAY Experiment and Beyond," I Foster, **EUROPAR'96**, Lyon, France, 1996. Reprinted in **Australasian Conference on Parallel and Real-Time Systems**, 1996, pp. 1-10.

15. "Introduction to the Special Issue on Parallel Computing in Climate Modeling and Meteorology," J Drake, I Foster, **Parallel Computing**, 21(10):1539-1544, 1995.

16. "Language Constructs and Runtime Systems for Compositional Parallel Programming," I Foster, C Kesselman, **Lecture Notes in Computer Science,** vol. 854, Linz, Austria, Springer-Verlag, 1994, pp. 5-16.

17. "Libraries for Parallel Paradigm Integration," I Foster, M Xu, **Toward Teraop Computing and New Grand Challenge Applications**, ed. R Kalia, P Vashista, Nova Science Publishers, 1994, pp. 245-256.

18. "Parallel Language Constructs for Paradigm Integration and Deterministic Computations," K.M Chandy, I Foster. In **PARCO 93**, Grenoble, France, Springer-Verlag, 1993, pp. 3-12.

19. "Using Compositional Programming to Write Portable, High-Performance Parallel Programs," I Foster, C Kesselman, S Taylor. In **International Symposium on Logic Programming**, 1991, pp. 737-738.

## Technical Reports (partial)

20. "OGSA Basic Execution Service Version 1.0," I Foster, A Grimshaw, P Lane, W Lee, M Morgan, S Newhouse, S Pickles, D Pulsipher, C Smith, M Theimer, Open Grid Forum GFD.108, 2007.

21. "OGSA WSRF Basic Profile 1.0," I Foster, T Maguire, D Snelling, Open Grid Forum GFD.72, 2006.

22. "Modeling Stateful Resources with Web Services," I Foster, J Frey, S Graham, S Tuecke, K Czajkowski, D Ferguson, F Leymann, M Nally, I Sedukhin, D Snelling, T Storey, W Vambenepe, S Weerawarana, www.globus.org/wsrf, 2004.

23. "From Open Grid Services Infrastructure to WS-Resource Framework: Refactoring & Evolution," K Czajkowski, D Ferguson, I Foster, J Frey, S Graham, T Maguire, D Snelling, S Tuecke, www.globus.org/wsrf, 2004.

24. "The WS-Resource Framework," K Czajkowski, D Ferguson, I Foster, J Frey, S Graham, I Sedukhin, D Snelling, S Tuecke, W Vambenepe, www.globus.org/wsrf, 2004.

25. "Web Services Resource Properties (WS-ResourceProperties) Version 1.1," S Graham, K Czajkowski, D Ferguson, I Foster, J Frey, F Leymann, T Maguire, N Nagaratnam, M Nally, T Storey, I Sedukhin, D Snelling, S Tuecke, W Vambenepe, S Weerawarana, www.globus.org/wsrf, 2004.

26. "Web Services Resource Lifetime (WS-ResourceLifetime) Version 1.1," J Frey, S Graham, K Czajkowski, D Ferguson, I Foster, F Leymann, T Maguire, N Nagaratnam, M Nally, T Storey, I Sedukhin, D Snelling, S Tuecke, W Vambenepe, S Weerawarana, www.globus.org/wsrf, 2004.

27. "Web Services Base Faults (WS-BaseFaults) Version 1.0," S Tuecke, K Czajkowski, J Frey, I Foster, S Graham, T Maguire, I Sedukhin, D Snelling, W Vambenepe, www.globus.org/wsrf, 2004.

28. "GridFTP Update January 2002," W Allcock, J Bresnahan, I Foster, L Liming, J Link, P Plaszczac. Globus Project, 2002.

29. "Global Grid Forum Management Groups and Structure," C Catlett, W Johnston, I Foster, Global Grid Forum GWD-C-1, 2001.

30. "Global Grid Forum Management Structure and Processes," C Catlett, W Johnston, I Foster, Global Grid Forum GWD-C-2, 2001.

31. "Global Grid Forum Status Report 2001," C Catlett, I Foster, Global Grid Forum GWD-1, 2001.

32. "An International Virtual-Data Grid Laboratory for Data Intensive Science," P Avery, I Foster, R Gardner, H Newman, A Szalay, GriPhyN-2001-2, 2001.

33. "Data Grid Reference Architecture," I Foster, C Kesselman, GriPhyN-2001-12, 2001.

34. "Representing Virtual Data: A Catalog Architecture for Location and Materialization Transparency," E Deelman, I Foster, C Kesselman, M Livny, GriPhyN-2001-14, 2001.

35. "The GriPhyN Project: Towards Petascale Virtual Data Grids," P Avery, I Foster, GriPhyN-2001-15, 2001.

36. "The NEES Equipment Site Point of Presence System (NEES-POP): Concept and Overview," R Butler, I Foster, C Kesselman, NEESgrid-2001-4, 2001.

37. "Network Policy and Services: A Report of a Workshop on Middleware," R Aiken, J Strassner, B Carpenter, I Foster, C Lynch, J Mambretti, R Moore, B Teitelbaum, IETF RFC 2768, 2000.

38. "Grid Forum: An Overview," C Catlett, I Foster, IEEE Distributed Computing Newsletter, 2000.

39. "Public Key Infrastructure for DOE Security Research," I Foster, W Johnston, LBL/TR, 1997.

40. "Proceedings of the PAWS and PetaSoft Workshops," T Sterling and I Foster (Eds), Caltech TR, 1996.

41. "Parallel Community Climate Model: Description and User's Guide," J Drake, R Flanery, I Foster, J Hack, J Michalakes, B Semeraro, D Williamson, P Worley, ORNL/TM-13271, 1996.

42. "Load-Balancing Algorithms for the Parallel Community Climate Model," I Foster, B Toonen, ANL/MCS-TM-190, 1995.

43. "Nexus User's Guide," I Foster, J Garnett, S Tuecke, ANL/MCS-TM-204, 1995.

44. "I-WAY Software Infrastructure User's Guide," I Foster, W Smith, Argonne, 1995.

45. "Programming in nPerl," I Foster, R Olson, Argonne, 1995.

46. "High Performance Fortran 2: Requirements Document," I Foster, R Schreiber (Eds), Rice University, 1995.

47. "The PORTS0 Interface," The PORTS Consortium, Argonne, 1994.

48. "Languages, Compilers, and Runtime Systems Support for Parallel Input-Output," A Choudhary, I Foster, G. Fox, K Kennedy, C Koelbel, J Saltz, M Snir, Caltech-CCSF-TR-94-40, California Institute of Technology, 1994.

49. "Workshop Report from the NSF Workshop on High-Performance Computing and Communications and Health Care," Co-author, Washington, D.C., 1994.

50. "Workshop Report from the Conference on Grand Challenge Applications and Software Technology," Co-author, Pittsburgh, 1993.

51. "Nexus: An Interoperability Layer for Parallel and Distributed Computer Systems," I Foster, C Kesselman, R Olson, S Tuecke, ANL-93/16, 1993.

52. "Fortran M Language Definition," I Foster, K.M Chandy, ANL-93/28, 1993.

53. "Programming in Fortran M," I Foster, R Olson, S Tuecke, ANL/93-26, 1993.

54. "Proceedings of a Workshop on the Earth's Climate as a Dynamical System," I Foster, H Kaper, M Kwong (Eds), ANL/MCS-TM-170, 1992.

55. "Proceedings of a Workshop on Data Systems for Parallel Climate Models," I Foster, M Henderson, R Stevens (Eds), ANL/MCS-TM-169, 1992.

56. "A Toolkit for Constructing Coupled Earth System Models," I Foster, ANL/MCS-TM-171, 1992.

57. "Proceedings of a Workshop on Compilation of Symbolic Languages," I Foster, E Tick (Eds), ANL-91/34, 1991.

58. "Parallel Programming with PCN," I Foster, S Tuecke, ANL/91-32, 1991.

59. "A Portable Run-time System for PCN," I Foster, S Tuecke, S Taylor, ANL/MCS-TM-137, 1990.

60. "The Program Composition Project," K.M Chandy, I Foster, C Kesselman, S Taylor, Caltech-CS-TR-90-03, California Institute of Technology, 1990.

61.   "Generating Alignments of Genetic Sequences," R Butler et al., ANL/MCS-TM-132, 1989.

62.   "Strand: The Language and its Implementation," I Foster, S Taylor, PAR 88/11, Dept of Computing, Imperial College, 1988.

63.   "Strand Language Reference Manual," I Foster, S Taylor, PAR 88/10, Dept of Computing, Imperial College, 1988.

64.   "The X Machine: A Proposal for Construction," F McCabe, I Foster, Dept of Computing, Imperial College, 1988.

65.   "Compiling Parlog for the Sequential Parlog Machine," I Foster, PAR 86/3, Dept of Computing, Imperial College, 1986.

66.   "Parlog Programming System: User Guide and Reference Manual," I Foster, PAR 86/6, Dept of Computing, Imperial College, 1986.

## Invited Talks (partial)

"AI for Science at Argonne," **2nd NOAA Workshop on Leveraging AI in Environmental Science**, September 17, 2020.

"Agents in an Exponential World," Keynote talk at **Agent 2007: Complex Interaction and Social Emergence**, Northwestern University, Norris Center, Evanston, November 15, 2007.

"Virtual Environments for Learning," Keynote talk at **MacArthur/NSF Workshop on Virtual Environments**, Boulder, Colorado, November 9, 2007.

"Working Smarter," Keynote talk at **iSociety Conference**, Merrillville, Indiana, October 9, 2007.

"Technology for Distributed Collaboration," Invited talk at **Symposium on Digital Fabrication**, University of Chicago, Chicago, Illinois, August 23, 2007.

"System Level Science and System Level Models," Invited talk at **Energy Modeling Forum**," Snowmass, Colorado, August 1, 2007.

"Swift: Fast, Reliable, Loosely Coupled Parallel Computation," Keynote talk at **IEEE New Zealand Workshop in High Performance and Grid Computing**, Auckland, New Zealand, July 5, 2007.

"Looking to the Future," Keynote talk at **Kiwi Advanced Research and Education Network (KAREN) Workshop**, Auckland, New Zealand, July 3, 2007.

"Enabling Distributed Petascale Science," Plenary talk at **Scientific Discovery through Advanced Computing Conference**, Boston, Massachusetts, June 28, 2007.

"Grid: Enabling Open Science," Keynote talk at **Nature Conference on Asia Pacific Networks Promoting Excellence in Research**, Tokyo, Japan, June 6, 2007.

"Scaling eScience Impact," Keynote talk at **1st Iberian Cyberinfrastructure Conference**, Santiago de Compostela, Galicia, Spain, May 15, 2007.

"Scaling eScience Impact," Keynote talk at **German eScience Conference**, Baden Baden, Germany, May 2, 2007.

"Why Computer Science is Fundamental to (Almost) Everything," Keynote talk at **New Zealand Computer Science Students Research Conference**, Hamilton, New Zealand April 11, 2007.

"A Tutorial Introduction to Grid," **4th IFIP Summer School**, Gordons Bay, South Africa, March 28, 2007.

"Grid Technology and Multidisciplinary Science," Invited talk at **Virtual Observatories Conference, International Astronomical Union**, Prague, Czech Republic, August 21, 2006.

"The GriPhyN Virtual Data System," **Conference on High Performance Computing and Grids**, Cetraro, Italy, July 4, 2006.

"Education in the Science 2.0 Era," Invited talk at Workshop on SC Education Program, Argonne, Illinois, July 27, 2006.

"The Global Storage Grid -- Or, Managing Data for Science 2.0," Keynote talk at **14th NASA Goddard - 23rd IEEE Conference on Mass Storage Systems and Technologies**, College Park, Maryland, May 16, 2006.

"Global Data Services: Developing Data-Intensive Applications Using Globus Software," Tutorial at **14th NASA Goddard - 23rd IEEE Conference on Mass Storage Systems and Technologies**, College Park, Maryland, May 15, 2006.

"Cyberinfrastructure and the Role of Grid Computing—Or, Science 2.0," Keynote talk at **Geoinformatics 2006**, Reston VA, May 12, 2006.

"Grid Dynamics," Keynote Talk, **Global Grid Forum 16**, Athens, Greece, February 14, 2006.

"Service Oriented Science: Scaling eScience Application & Impact," Keynote, 1st International Conference on e-Science and Grid Computing, Melbourne, Australia, December 13, 2005.

"Globus Toolkit Version 4," Tutorial, **1st International Conference on e-Science and Grid Computing**, Melbourne, Australia, December 12, 2005 [and many other places].

"Grid: Why, What, How," **Chicago Technology Forum**, Chicago, Illinois, October 28, 2005.

"Grid Services Overview and Introduction," Keynote Talk, **OOSTech**, Baltimore, Maryland, October 26, 2005.

"A New Era in Computing: Moving Enterprise Services onto Grid," **VIP Grid Summit**, Chicago, Illinois, July, 2005.

"Enabling eScience: Grid Technologies Today & Tomorrow," **American Association for the Advancement of Science Annual Meeting**, Washington, DC, February 21, 2005.

"Globus: Bridging the Gap," Keynote Talk, **GlobusWORLD**, Boston, Mass., February 8, 2005.

"Empowering Distributed Science," **DOE National Collaboratories Meeting**, NCAR, Boulder, Colorado, December 2, 2004.

"The Grid: Beyond the Hype," Keynote talk at **3rd International Conference on Grid & Cooperative Computing**, Wuhan, China, October 21, 2004.

"Enabling eScience: Open Software, Standards, Infrastructure," Keynote talk at **UK eScience All Hands Meeting**, Nottingham, September 2, 2004.

"Brain Meets Brawn: Why Grid and Agents Need Each Other," Keynote talk at **3rd International Conference on Autonomous Agents and Multi Agent Systems**, New York USA, July 22, 2004.

"The Grid: Essential Infrastructure for DOE Science," **SciDAC PI Meeting**, Charleston, North Carolina USA, March 22, 2004.

"Grid Physics Network & International Virtual Data Grid Lab," **NSF Scalable Cyberinfrastructure Division PI Meeting**, February 18, 2004.

"Introduction to the Grid," **COMDEX 2003**, Las Vegas, Nevada USA, November 18, 2003.

"Open Grid Services Architecture," Tutorial, **APAC'03**, Queensland, Australia, September 29, 2003.

"How the Linux and Grid Communities can Build the Next Generation Internet Platform," Invited talk at **Ottawa Linux Symposium**, Ottawa, Canada, July 24, 2003.

"Data and the Grid: From Databases to Global Knowledge Communities," Keynote talk at **15th International Conference on Scientific and Statistical Database Management** (SSDBM 2003), Cambridge, MA, USA, July 11, 2003.

"The Grid: The First 50 Years," **British Computer Society**, Lovelace Medal Award Presentation, London, May, 2003.

"Security and Certification Issues in Grid Computing," Keynote at **International Workshop on Certification and Security in E-Services** (CSES 2002), Montreal, Canada, August 28, 2002.

"Future Scientific Infrastructure," Keynote at **QUESTnet**, Gold Coast, Australia, July 4, 2002 (9 MB) [Powerpoint]

"Future Scientific Infrastructure," Keynote at **DAS-2 Conference**, Amsterdam, June 6, 2002.

"Virtual Data and the Chimera System," **HPC 2002 Conference**, Cetraro, Italy, June 25, 2002.

"The Grid and the Future of Business," Keynote at **Delphi Web Services Conference**, San Jose, CA., May 22, 2002.

"The Grid: Enabling Resource Sharing within Virtual Organizations," Keynote at **World Wide Web Conference 2002**, Honolulu, Hawaii, May 9, 2002.

"Grid Computing: Concepts, Applications, and Technologies," Tutorial at **Grid Computing in Canada Workshop**, Edmonton, Canada, May 1, 2002.

"Data Grids and Data Intensive Science," Keynote at **Research Library Group Annual Conference**, Amsterdam, Netherlands, April 22, 2002.

"Grid Computing and Web Services: A Natural Partnership," **Euromicro Workshop on Parallel, Distributed, and Network Computing**, Gran Canaria, January 2002. (Keynote.)

"The Anatomy of the Grid: Enabling Scalable Virtual Organizations," **AURORA International Workshop on Grid Computing**, Vienna, Austria, December 2001. (Keynote.)

"Securing the Grid and other Middleware Challenges," **NSF Workshop on Grand Challenges in eScience**, Chicago, Ill., December 2001.

"Realizing the Promise of Grid Computing," **NSF Advisory Committee on Cyberinfrastructure**, Washington, DC (via Access Grid), November 2001.

"SC Global: Celebrating Global Science," **SC'2001 Masterworks Presentation**, Denver, Col., November 2001.

"Grid Computing," **Sun HPC Consortium Conference**, Denver, Col., November 2001. (Keynote.)

"Grid Computing," **IBM Advanced eBusiness Conference**, Austin, Texas, October 2001.

"Keeping Grid Projects Coherent," **EU DataGrid Industry Forum**, Frascati, Italy, October 2001.

"Grid Computing: Architecture and Achievements," **CHEP'2001**, Beijing, China, September 2001. (Plenary.)

"The Anatomy of the Grid: Enabling Scalable Virtual Organizations," **Euro-Par 2001**, Brisbane, Australia, August 2001. (Keynote.)

"Globus Project Current Status," **Globus Retreat**, San Francisco, August 2001

"Grids and Grid Technologies," **OMG Workshop on the Grid**, Boston, July 2001.

"The Earth System Grid Project," **Global Grid Forum 2**, Washington, DC, July 2001.

"U.S Grid Projects," **Upperside Conference on Industrial Grids**, Paris, June 2001. (Keynote.)

"Parallel Computing in 2001," **PPoPP 2001**, Snowbird, June 2001. (Keynote.)

"The Anatomy of the Grid: Enabling Scalable Virtual Organizations," **IEEE Conference On Cluster Computing and the Grid** (CCGrid), Brisbane, Australia, May 2001. (Keynote.)

"The GriPhyN Project," **Alliance All-Hands Meeting**, Urbana, May 2001.

"Grids: Past, Current, Future Activities," **European Union Grid Summit**, Brussels, March 2001.

"Middleware," **Access Grid Retreat**, Argonne, January 2001.

"Middleware and Grids," **NSF Middleware Panel**, December 2000.

"The Grid Forum," **Intel Peer-to-Peer Conference**, San Jose, October 2000.

"Grid Computing," **ACAT Conference**, FermiLab, October 2000. (Plenary.)

"Grid Architecture," **Grid Forum 5**, Boston, October 2000. (Keynote.)

"MPICH-G2: A Grid-Enabled MPI," **NASA Information Power Grid Workshop**, San Jose, September 2000.

"Designing and Building Parallel Climate Models," **Computational Science and Engineering Symposium**, Urbana, April 1997. (Keynote.)

"Autoconfiguration in Heterogeneous Clusters," **Cluster Computing Conference**, Altanta, February 1997. (Keynote.)

"High-Performance Distributed Computing: The I-WAY Experiment and Beyond," **PART '96**, Brisbane, Australia, August 1996. (Keynote.)

"High-Performance Distributed Computing: The I-WAY Experiment and Beyond," **EUROPAR '96**, Lyon, France, August 1996. (Keynote.)

"Ubiquitous Supercomputing," **ASCI '96**, Holland, June 1996. (Keynote.)

"The I-WAY and Globus Projects," **International Conference on Supercomputing**, Philadelphia, May 1996.

"Multithreading and High-Performance Computing," **European School on High Performance Computing**, Alpes d'Huez, France, April 1996.

"Parallel Algorithms for Climate Models," **Annual Meeting of the French SIAM**, Grenoble, France, March 1996.

"Task and Data Parallelism," **Spring School on Data Parallelism**, Les Menuires, France, March 1996.

"Runtime Support for Parallel Object-Oriented Languages," **Workshop on Parallel Object-Oriented Programming,** Southampton, England, March 1996.

## Seminars (partial)

"Swift: Fast, Reliable, Loosely Coupled Parallel Computation," Lecture at Leibniz-Rechenzentrum München, Munich, Germany, April 30, 2007.

"Why Computer Science is Fundamental to (Almost) Everything," Arthur Schoffstall Lecture, Renssellaer Polytechnic Institute, Troy, NY, April 19, 2007.

"Service Oriented Science: Scaling eScience Application & Impact," Distinguished Lecture, Purdue University, February 6, 2006

"Service Oriented Science: Scaling eScience Application & Impact," Distinguished Lecture, Northeastern University, Boston, January 26, 2006.

"The Grid: Reality, Technologies, Applications," Distinguished Lecture, McGill University, Montreal, Canada, January 21, 2005.

"The Grid and its Implications for Science (and Industry)," Royal Society of New Zealand, Wellington, New Zealand, March 18, 2004.

"The Grid: Opportunities, Achievements, and Challenges for (Computer) Science," University of Canterbury, Christchurch, New Zealand, March 17, 2004.

"An Open Grid Services Architecture," Indiana University, January 2002.

"The Anatomy of the Grid: Enabling Scalable Virtual Organizations," University of Edinburgh, December 2001.

"The Anatomy of the Grid: Enabling Scalable Virtual Organizations," U. Florida, Gainesville, FL, November 2001. (Distinguished HPC Seminar.)

"Grid Computing and Applications," FermiLab, Batavia, IL, October 2001.

"Grid Technologies and Applications: Architecture and Achievements," CERN, Geneva, August 2001.

"Grid Computing," CERN, Geneva, January 2001.

"The Globus Toolkit," IBM Yorktown, December 2000.

"The GARA Quality of Service Architecture," Cisco, San Jose, April 2000.

"High-Performance Computational Grids," University of Tennessee, October, 1997; University of California at Berkeley, October 1997.

"Network-Based Approaches to Supercomputing," Lawrence Berkeley National Laboratory, July 1996; University of California at San Diego, December 1996; California Institute of Technology, April 1997.

"High-Performance Distributed Computing: The I-WAY Experiment and Beyond," University of Nebraska, March 1996.

"Ubiquitous Supercomputing," University of Chicago, April 1996.

"High-Performance Distributed Computing: The I-WAY Experiment and Beyond," Politechnico di Milano, January 1996.

"Software Infrastructure for High-Performance Distributed Computing," University of Illinois, November 1994.

"A Massively Parallel Atmospheric Model Testbed," Microelectronics Center of North Carolina, April 1994.

"Modular Parallel Programming," University of California at Los Angeles; NASA Langeley Research Center; UT Austin; 1993.

"Fortran M: A Language for Modular Parallel Programming," Intel Corporation, Portland, Ore., July 1993.

"Deterministic Parallel Programming Languages," Harvard University; Thinking Machines Corporation; Jan. 1993.

"Information Hiding in Parallel Programs," California Institute of Technology; UC Santa Barbara; U. Illinois at Urbana-Champaign; Imperial College; 1992.

"Software Engineering Issues in Parallel Climate Models," ICIAM '91, Washington, D.C., 1991.

"Parallel Algorithms for Computing the Spectral Transform," California Institute of Technology, 1991.