Foster Declaration

Exhibit 1

Filed Under Seal