Foster Declaration

Exhibit 2

Filed Under Seal