Foster Declaration

Exhibit 3

Filed Under Seal