Foster Declaration

Exhibit 4

Filed Under Seal