Foster Declaration

Exhibit 4A

Filed Under Seal