Foster Declaration

Exhibit 5

Filed Under Seal