Foster Declaration

Exhibit 5A

Filed Under Seal