Foster Declaration

Exhibit 6

Filed Under Seal