Offner Declaration

Attachment A

Filed Under Seal