Offner Declaration

Attachment B

Filed Under Seal