Offner Declaration

Attachment C

Filed Under Seal