Offner Declaration

Attachment D

Filed Under Seal