Offner Declaration

Attachment E

Filed Under Seal