Offner Declaration

Attachment F

Filed Under Seal