Offner Declaration

Attachment G

Filed Under Seal