Offner Declaration

Attachment H

Filed Under Seal