Offner Declaration

Attachment I

Filed Under Seal