Offner Declaration

Attachment J

Filed Under Seal