# Offner Declaration
# Attachment K
# Filed Under Seal