# Sevier Declaration
# Exhibit 1

# FILED UNDER SEAL