Sevier Declaration Exhibit 2

FILED UNDER SEAL