Sevier Declaration Exhibit 4

FILED UNDER SEAL