# Sevier Declaration Exhibit 6

# FILED UNDER SEAL