# Sevier Declaration Exhibit 7

# FILED UNDER SEAL