Sevier Declaration

Exhibit 8

FILED UNDER SEAL