# Sevier Declaration

# Exhibit 9

| From: | remedies@attributor.com |
|---|---|
| Sent: | Thursday, April 9, 2020 1:14 AM EDT |
| To: | info@archive.org |
| Subject: | This is a verified DMCA Removal Request from Attributor |

\*\*\* Sent via Email - DMCA Notice of Copyright Infringement \*\*\*

Dear Sir/Madam,

I certify under penalty of perjury that I am an agent authorized to act on behalf of the owner of the intellectual property rights and that the information contained in this notice is accurate.

I have a good faith belief that the page or material listed below is not authorized by law for use by the individual(s) associated with the identified page listed below or their agents and therefore infringes the copyright owner's rights.

I HEREBY DEMAND THAT YOU ACT EXPEDITIOUSLY TO REMOVE OR DISABLE ACCESS TO THE PAGE OR MATERIAL CLAIMED TO BE INFRINGING.

This notice is sent pursuant to the Digital Millennium Copyright Act (DMCA), the European Union's Directive on the Harmonisation of Certain Aspects of Copyright and Related Rights in the Information Society (2001/29/EC), and/or other laws and regulations relevant in European Union member states or other jurisdictions.

My contact information is as follows:

Organization name:   Attributor Corporation as agent for the rights holders listed below
Email:  counter-notice@attributor.com
Phone: +█████████████
Mailing address:



My electronic signature follows:
Sincerely,
/Devon E. E. Weston/
Devon E. E. Weston
Attributor, Inc.

\*\*\* INFRINGING PAGE OR MATERIAL \*\*\*

Infringing page/material that I demand be disabled or removed in consideration of the above:


Rights Holder: Hachette Book Group

Original Work: The Art of Choosing

Infringing URL: https://archive.org/details/artofchoosing00shee


Rights Holder: Hachette UK

Original Work: The String Diaries

CONFIDENTIAL    INTARC00328780

Infringing URL: https://archive.org/details/stringdiaries0000lloy

Original Work: The Winds of War

Infringing URL: https://archive.org/details/windsofwar00wouk_0

Original Work: An Introduction to Medical Dance/Movement Therapy

Infringing URL: https://archive.org/details/introductiontome0000good

Original Work: Contact

Infringing URL: https://archive.org/details/contact00saga_0

Original Work: Lifeguard

Infringing URL: https://archive.org/details/lifeguardlargety00patt

Original Work: Naamah's Blessing

Infringing URL: https://archive.org/details/isbn_9780446198080

Original Work: The Wedding

Infringing URL: https://archive.org/details/wedding00spar_0

Original Work: Frankenstein

Infringing URL: https://archive.org/details/isbn_9781411403239

Original Work: Four Blind Mice

Infringing URL: https://archive.org/details/fourblindmicenov00patt_0

Original Work: How Google Works

Infringing URL: https://archive.org/details/howgoogleworks0000schm

Original Work: True Believer

Infringing URL: https://archive.org/details/truebeliever00spar_0

Original Work: The Heroes

Infringing URL: https://archive.org/details/heroes00aber

Original Work: At First Sight

Infringing URL: https://archive.org/details/atfirstsight00spar_1

Original Work: Before They Are Hanged

Infringing URL: https://archive.org/details/beforetheyarehan00aber

Original Work: Before They Are Hanged

CONFIDENTIAL

INTARC00328781

Infringing URL: https://archive.org/details/beforetheyarehan00aber

Original Work: The Art Of Choosing

Infringing URL: https://archive.org/details/artofchoosing00shee

Original Work: Four Blind Mice

Infringing URL: https://archive.org/details/fourblindmicenov00patt_0

Original Work: Black Cherry Blues

Infringing URL: https://archive.org/details/blackcherryblues00burk_1

Original Work: Ship Breaker

Infringing URL: https://archive.org/details/shipbreakernovel00baci

Original Work: The Caine Mutiny

Infringing URL: https://archive.org/details/cainemutiny00herm

Original Work: Your Best Life Now

Infringing URL: https://archive.org/details/yourbestlifenow700oste_0

Original Work: At First Sight

Infringing URL: https://archive.org/details/atfirstsight00spar_1

Original Work: Before They Are Hanged

Infringing URL: https://archive.org/details/beforetheyarehan00aber

Original Work: Lifeguard

Infringing URL: https://archive.org/details/lifeguardlargety00patt

Original Work: The String Diaries

Infringing URL: https://archive.org/details/stringdiaries0000lloy

Original Work: The Green Mile

Infringing URL: https://archive.org/details/bp_TGM

Original Work: Best Served Cold

Infringing URL: https://archive.org/details/bestservedcold00aber

Original Work: Another One Bites The Dust

Infringing URL: https://archive.org/details/anotheronebitesd00rard

Original Work: Best Served Cold

INTARC00328782

Infringing URL: https://archive.org/details/bestservedcold00aber

Original Work: The Heroes

Infringing URL: https://archive.org/details/heroes00aber

Original Work: The Witness

Infringing URL: https://archive.org/details/witnesshardcover00sand
Infringing URL: https://archive.org/details/witness00brow_0

Original Work: First Blood

Infringing URL: https://archive.org/details/firstblood00morr

Original Work: True Believer

Infringing URL: https://archive.org/details/truebeliever00spar_0

Original Work: At First Sight

Infringing URL: https://archive.org/details/atfirstsight00spar_1

Original Work: The Caine Mutiny

Infringing URL: https://archive.org/details/cainemutiny00herm

Original Work: The Winds of War

Infringing URL: https://archive.org/details/windsofwar00wouk_0

Original Work: Lifeguard

Infringing URL: https://archive.org/details/lifeguardlargety00patt

Original Work: Jude the Obscure

Infringing URL: https://archive.org/details/judeobscure00hard_4

Original Work: True Believer

Infringing URL: https://archive.org/details/truebeliever00spar_0

Original Work: Night Fall

Infringing URL: https://archive.org/details/nightfall00demi

Rights Holder: Hachette Book Group

Original Work: Your Best Life Now

Infringing URL: https://archive.org/details/yourbestlifenow700oste_0
Infringing URL: https://archive.org/details/yourbestlifenows00oste

Original Work: The String Diaries

CONFIDENTIAL

INTARC00328783

Infringing URL: https://archive.org/details/stringdiaries0000lloy

Original Work: The Wedding

Infringing URL: https://archive.org/details/wedding00spar_0

Original Work: True Believer

Infringing URL: https://archive.org/details/truebeliever00spar_0

Original Work: The Wedding

Infringing URL: https://archive.org/details/wedding00spar_0

Original Work: Night Fall

Infringing URL: https://archive.org/details/nightfall00demi

Original Work: The Heroes

Infringing URL: https://archive.org/details/heroes00aber

Original Work: At First Sight

Infringing URL: https://archive.org/details/atfirstsight00spar_1

Original Work: The Wedding

Infringing URL: https://archive.org/details/wedding00spar_0

Original Work: At First Sight

Infringing URL: https://archive.org/details/atfirstsight00spar_1

Original Work: Your Best Life Now

Infringing URL: https://archive.org/details/yourbestlifenow700oste_0
Infringing URL: https://archive.org/details/yourbestlifenows00oste

Original Work: Naamah's Blessing

Infringing URL: https://archive.org/details/isbn_9780446198080

Original Work: Four Blind Mice

Infringing URL: https://archive.org/details/fourblindmicenov00patt_0

Original Work: Night Fall

Infringing URL: https://archive.org/details/nightfall00demi

Original Work: Lifeguard

Infringing URL: https://archive.org/details/lifeguardlargety00patt

CONFIDENTIAL

Original Work: True Believer

Infringing URL: https://archive.org/details/truebeliever00spar_0

Original Work: Before They Are Hanged

Infringing URL: https://archive.org/details/beforetheyarehan00aber

Original Work: The Wedding

Infringing URL: https://archive.org/details/wedding00spar_0

Original Work: Best Served Cold

Infringing URL: https://archive.org/details/bestservedcold00aber

Original Work: First Blood

Infringing URL: https://archive.org/details/firstblood00morr

Original Work: Night Fall

Infringing URL: https://archive.org/details/nightfall00demi

Original Work: The Witness

Infringing URL: https://archive.org/details/witnesshardcover00sand
Infringing URL: https://archive.org/details/witness00brow_0

Original Work: True Believer

Infringing URL: https://archive.org/details/truebeliever00spar_0

Original Work: The Cube and the Cathedral

Infringing URL: https://archive.org/details/cubecathedraleur00weig

Original Work: At First Sight

Infringing URL: https://archive.org/details/atfirstsight00spar_1

Original Work: The Wedding

Infringing URL: https://archive.org/details/wedding00spar_0

Original Work: Lifeguard

Infringing URL: https://archive.org/details/lifeguardlargety00patt

Original Work: True Believer

Infringing URL: https://archive.org/details/truebeliever00spar_0

Original Work: Best Served Cold

Infringing URL: https://archive.org/details/bestservedcold00aber

INTARC00328785

Original Work: The Celestine Vision

Infringing URL: https://archive.org/details/celestinevision00redf
Infringing URL: https://archive.org/details/celestinevision00jame_0

Original Work: The Caine Mutiny

Infringing URL: https://archive.org/details/cainemutiny00herm

Original Work: Night Fall

Infringing URL: https://archive.org/details/nightfall00demi

Original Work: Your Best Life Now

Infringing URL: https://archive.org/details/yourbestlifenow700oste_0
Infringing URL: https://archive.org/details/yourbestlifenows00oste

Original Work: The Heroes

Infringing URL: https://archive.org/details/heroes00aber

Original Work: Another One Bites the Dust

Infringing URL: https://archive.org/details/anotheronebitesd00rard

Original Work: At First Sight

Infringing URL: https://archive.org/details/atfirstsight00spar_1

Original Work: First Blood

Infringing URL: https://archive.org/details/firstblood00morr

Original Work: Your Best Life Now

Infringing URL: https://archive.org/details/yourbestlifenow700oste_0

Original Work: Night Fall

Infringing URL: https://archive.org/details/nightfall00demi

Original Work: Lifeguard

Infringing URL: https://archive.org/details/lifeguardlargety00patt

Original Work: The Winds of War

Infringing URL: https://archive.org/details/windsofwar00wouk_0

Original Work: How Google Works

Infringing URL: https://archive.org/details/howgoogleworks0000schm

Original Work: Ship Breaker

Infringing URL: https://archive.org/details/shipbreakernovel00baci

Original Work: Lifeguard

Infringing URL: https://archive.org/details/lifeguardlargety00patt

Original Work: True Believer

Infringing URL: https://archive.org/details/truebeliever00spar_0

Original Work: At First Sight

Infringing URL: https://archive.org/details/atfirstsight00spar_1

Original Work: The Wedding

Infringing URL: https://archive.org/details/wedding00spar_0

Original Work: Night Fall

Infringing URL: https://archive.org/details/nightfall00demi

Original Work: The Witness

Infringing URL: https://archive.org/details/witnesshardcover00sand
Infringing URL: https://archive.org/details/witness00brow_0

Original Work: True Believer

Infringing URL: https://archive.org/details/truebeliever00spar_0

Original Work: Before They Are Hanged

Infringing URL: https://archive.org/details/beforetheyarehan00aber

Original Work: Four Blind Mice

Infringing URL: https://archive.org/details/fourblindmicenov00patt_0

INTARC00328787