Pavese Declaration

Exhibit 1

| | |
|---|---|
| From: | Murphy, Patrick - Hoboken |
| To: | info@archive.org |
| BCC: | Shettleton, Amanda - Hoboken; Cummins, Margaret - Hoboken |
| Sent: | 8/19/2016 2:19:15 PM |
| Subject: | DMCA Notice – Infringement of John Wiley & Sons, Inc.'s Copyrights |

DMCA Notice – Infringement of John Wiley & Sons, Inc.'s Copyrights

To Whom It May Concern:

I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am an agent authorized to act on behalf of the owner of certain intellectual property rights, said owner being named John Wiley & Sons, Inc., a global publisher of books, journals, and other products, or one of its related companies ("Wiley").

We recently learned that an unauthorized copies of the material listed below are being made available for purchase and/or download on a website hosted by your company at the following URL address:

https://archive.org/details/AGlobalHistoryOfArchitectureArtEbook

https://archive.org/compress/AGlobalHistoryOfArchitectureArtEbook/formats=ABBYY%20GZ&file=/AGlobalHistoryOfArchitectureArtEbook.zip
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/A%20Global%20History%20of%20Architecture%20%28Art%20Ebook%29.djvu
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/A%20Global%20History%20of%20Architecture%20%28Art%20Ebook%29.gif
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/A%20Global%20History%20of%20Architecture%20%28Art%20Ebook%29.pdf
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/A%20Global%20History%20of%20Architecture%20%28Art%20Ebook%29_abbyy.gz
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/A%20Global%20History%20of%20Architecture%20%28Art%20Ebook%29_djvu.txt
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/A%20Global%20History%20of%20Architecture%20%28Art%20Ebook%29_djvu.xml
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/A%20Global%20History%20of%20Architecture%20%28Art%20Ebook%29_jp2.zip
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/A%20Global%20History%20of%20Architecture%20%28Art%20Ebook%29_scandata.xml
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/AGlobalHistoryOfArchitectureArtEbook_archive.torrent
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/AGlobalHistoryOfArchitectureArtEbook_files.xml
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/AGlobalHistoryOfArchitectureArtEbook_meta.sqlite
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/AGlobalHistoryOfArchitectureArtEbook_meta.xml

https://archive.org/stream/AGlobalHistoryOfArchitectureArtEbook/Architectural%20Graphics%206th%20Edition#page/n1/mode/2up
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Architectural%20Graphics%206th%20Edition.djvu
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Architectural%20Graphics%206th%20Edition.gif
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Architectural%20Graphics%206th%20Edition.pdf
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Architectural%20Graphics%206th%20Edition_abbyy.gz
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Architectural%20Graphics%206th%20Edition_djvu.txt
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Architectural%20Graphics%206th%20Edition_djvu.xml
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook

/Architectural%20Graphics%206th%20Edition_jp2.zip
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Architectural%20Graphics%206th%20Edition_scandata.xml

https://archive.org/stream/AGlobalHistoryOfArchitectureArtEbook/Architecture%20-%20Form%2C%20Space%20and%20Order%204th%20Ed#page/n0/mode/2up
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Architecture%20-%20Form%2c%20Space%20and%20Order%204th%20Ed.djvu
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Architecture%20-%20Form%2c%20Space%20and%20Order%204th%20Ed.gif
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Architecture%20-%20Form%2c%20Space%20and%20Order%204th%20Ed.pdf
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Architecture%20-%20Form%2c%20Space%20and%20Order%204th%20Ed_abbyy.gz
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Architecture%20-%20Form%2c%20Space%20and%20Order%204th%20Ed_djvu.txt
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Architecture%20-%20Form%2c%20Space%20and%20Order%204th%20Ed_djvu.xml
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Architecture%20-%20Form%2c%20Space%20and%20Order%204th%20Ed_jp2.zip
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Architecture%20-%20Form%2c%20Space%20and%20Order%204th%20Ed_scandata.xml

https://archive.org/stream/AGlobalHistoryOfArchitectureArtEbook/Building%20Structures%20Illustrated%202nd%20Ed#page/n11/mode/2up
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Building%20Structures%20Illustrated%202nd%20Ed.djvu
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Building%20Structures%20Illustrated%202nd%20Ed.gif
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Building%20Structures%20Illustrated%202nd%20Ed.pdf
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Building%20Structures%20Illustrated%202nd%20Ed_abbyy.gz
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Building%20Structures%20Illustrated%202nd%20Ed_djvu.txt
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Building%20Structures%20Illustrated%202nd%20Ed_djvu.xml
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Building%20Structures%20Illustrated%202nd%20Ed_jp2.zip
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Building%20Structures%20Illustrated%202nd%20Ed_scandata.xml

https://archive.org/stream/AGlobalHistoryOfArchitectureArtEbook/Building%20Construction%20Illustrated%205th%20Ed#page/n81/mode/2up
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Building%20Construction%20Illustrated%205th%20Ed.djvu
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Building%20Construction%20Illustrated%205th%20Ed.gif
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Building%20Construction%20Illustrated%205th%20Ed.pdf
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Building%20Construction%20Illustrated%205th%20Ed_abbyy.gz
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Building%20Construction%20Illustrated%205th%20Ed_djvu.txt
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Building%20Construction%20Illustrated%205th%20Ed_djvu.xml
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Building%20Construction%20Illustrated%205th%20Ed_jp2.zip
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Building%20Construction%20Illustrated%205th%20Ed_scandata.xml

https://archive.org/stream/AGlobalHistoryOfArchitectureArtEbook/Design%20Drawing#page/n0/mode/2up
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Design%20Drawing.djvu

https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Design%20Drawing.gif
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Design%20Drawing.pdf
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Design%20Drawing_abbyy.gz
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Design%20Drawing_djvu.txt
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Design%20Drawing_djvu.xml
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Design%20Drawing_jp2.zip
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Design%20Drawing_scandata.xml

https://archive.org/stream/AGlobalHistoryOfArchitectureArtEbook/Drawing-A-Creative-Process#page/n0/mode/2up
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Drawing-A-Creative-Process.djvu
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Drawing-A-Creative-Process.gif
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Drawing-A-Creative-Process.pdf
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Drawing-A-Creative-Process_abbyy.gz
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Drawing-A-Creative-Process_djvu.txt
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Drawing-A-Creative-Process_djvu.xml
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Drawing-A-Creative-Process_jp2.zip
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Drawing-A-Creative-Process_scandata.xml
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Drawing-A-Creative-Process_text.pdf

https://archive.org/stream/AGlobalHistoryOfArchitectureArtEbook/Green%20Building%20Illustrated#page/n0/mode/2up
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Green%20Building%20Illustrated.djvu
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Green%20Building%20Illustrated.gif
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Green%20Building%20Illustrated.pdf
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Green%20Building%20Illustrated_abbyy.gz
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Green%20Building%20Illustrated_djvu.txt
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Green%20Building%20Illustrated_djvu.xml
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Green%20Building%20Illustrated_jp2.zip
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Green%20Building%20Illustrated_scandata.xml

https://archive.org/stream/AGlobalHistoryOfArchitectureArtEbook/European%20Building%20Construction%20Illustrated#page/n0/mode/2up
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/European%20Building%20Construction%20Illustrated.djvu
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/European%20Building%20Construction%20Illustrated.gif
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/European%20Building%20Construction%20Illustrated.pdf
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/European%20Building%20Construction%20Illustrated_abbyy.gz
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/European%20Building%20Construction%20Illustrated_djvu.txt
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/European%20Building%20Construction%20Illustrated_djvu.xml
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/European%20Building%20Construction%20Illustrated_jp2.zip
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/European%20Building%20Construction%20Illustrated_scandata.xml

https://archive.org/stream/AGlobalHistoryOfArchitectureArtEbook/Interior%20Design%20Illustrated%203rd.%20Ed.#page/n0/mode/2up
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Interior%20Design%20Illustrated%203rd.%20Ed..djvu
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Interior%20Design%20Illustrated%203rd.%20Ed..gif
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Interior%20Design%20Illustrated%203rd.%20Ed..pdf
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Interior%20Design%20Illustrated%203rd.%20Ed._abbyy.gz
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Interior%20Design%20Illustrated%203rd.%20Ed._djvu.txt
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Interior%20Design%20Illustrated%203rd.%20Ed._djvu.xml

https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Interior%20Design%20Illustrated%203rd.%20Ed._jp2.zip
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Interior%20Design%20Illustrated%203rd.%20Ed._scandata.xml

https://archive.org/stream/AGlobalHistoryOfArchitectureArtEbook/Visual%20Dictionary%20of%20Architecture%20#page/n0/mode/2up
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Visual%20Dictionary%20of%20Architecture%20.gif
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Visual%20Dictionary%20of%20Architecture%20.pdf
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Visual%20Dictionary%20of%20Architecture%20_abbyy.gz
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Visual%20Dictionary%20of%20Architecture%20_djvu.txt
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Visual%20Dictionary%20of%20Architecture%20_djvu.xml
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Visual%20Dictionary%20of%20Architecture%20_jp2.zip
https://archive.org/download/AGlobalHistoryOfArchitectureArtEbook/Visual%20Dictionary%20of%20Architecture%20_scandata.xml

The material is as follows:

A Global History of Architecture, 2nd Edition (ISBN: 978-0-470-40257-3) by Francis D. K. Ching
Architectural Graphics, 6th Edition (ISBN: 978-1-119-07338-3) by Francis D. K. Ching
Architecture: Form, Space, and Order, 4th Edition (ISBN: Francis D. K. Ching) by Francis D. K. Ching
Building Structures Illustrated: Patterns, Systems, and Design, 2nd Edition (ISBN: 978-1-118-45835-8) by Francis D. K. Ching
Building Construction Illustrated, 5th Edition (ISBN: 978-1-118-45834-1) by Francis D. K. Ching
Design Drawing, 2nd Edition (ISBN: 978-0-470-53369-7) by Francis D. K. Ching
Drawing: A Creative Process (ISBN: 978-0-471-28968-5) by Francis D. K. Ching
Green Building Illustrated (ISBN: 978-1-118-56237-6) by Francis D. K. Ching
European Building Construction Illustrated (ISBN: 978-1-119-95317-3) by Francis D. K. Ching
Interior Design Illustrated, 3rd Edition (ISBN: 978-1-118-09071-8) by Francis D. K. Ching
A Visual Dictionary of Architecture (ISBN: 0-471-28451-3) by Francis D. K. Ching

I have a good faith belief that the use of the title(s) identified above is not authorized by Wiley, its agent, or the law and therefore constitute a serious infringement of, inter alia, Wiley's copyrights, trademarks and trade dress.

We understand that many responsible ISPs inadvertently infringe the copyrights of others, and that this may be one such case. Accordingly, we will forbear legal action against your company provided that you remove or block access to the infringing matter within 48 hours of the time and date of this e-mail.

Thank you in advance for your cooperation.

Sincerely,
Patrick Murphy
Senior Enforcement Specialist
John Wiley & Sons, Inc.
111 River Street, Mail Stop 9-01
Hoboken, NJ  07030
Phone: 201-748-6014 / Fax: 201-748-6500
E-Mail Address: pmurphy@wiley.com

My name, typed above, constitutes an electronic signature under Federal law, and is intended to be binding.

This message and any files transmitted with it may contain privileged, confidential and/or proprietary information.  It is intended solely for the individual or entity named above.  Unauthorized use of these materials is strictly prohibited.  If you have received this message in error, please immediately contact the sender by replying to this message and delete the original message.  Thank you.

WILEY0000347

WILEY0000348

| | |
|---|---|
| From: | Murphy, Patrick - Hoboken |
| To: | info@archive.org |
| BCC: | Chen, Gina - Taipei |
| Sent: | 3/17/2016 9:54:37 AM |
| Subject: | DMCA Notice – Infringement of John Wiley & Sons, Inc.'s Copyrights |

DMCA Notice – Infringement of John Wiley & Sons, Inc.'s Copyrights

To Whom It May Concern:

I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am an agent authorized to act on behalf of the owner of certain intellectual property rights, said owner being named John Wiley & Sons, Inc., a global publisher of books, journals, and other products, or one of its related companies ("Wiley").

We recently learned that an unauthorized copies of the material listed below are being made available for purchase and/or download on a website hosted by your company at the following URL address:

https://archive.org/details/AdvancedEngineeringMathematics10thEdition
https://archive.org/download/AdvancedEngineeringMathematics10thEdition/Advanced%20Engineering%20Mathematics%2010th%20Edition.djvu
https://archive.org/download/AdvancedEngineeringMathematics10thEdition/Advanced%20Engineering%20Mathematics%2010th%20Edition.epub
https://archive.org/download/AdvancedEngineeringMathematics10thEdition/Advanced%20Engineering%20Mathematics%2010th%20Edition.gif
https://archive.org/download/AdvancedEngineeringMathematics10thEdition/Advanced%20Engineering%20Mathematics%2010th%20Edition.pdf
https://archive.org/download/AdvancedEngineeringMathematics10thEdition/Advanced%20Engineering%20Mathematics%2010th%20Edition_abbyy.gz
https://archive.org/download/AdvancedEngineeringMathematics10thEdition/Advanced%20Engineering%20Mathematics%2010th%20Edition_djvu.txt
https://archive.org/download/AdvancedEngineeringMathematics10thEdition/Advanced%20Engineering%20Mathematics%2010th%20Edition_djvu.xml
https://archive.org/download/AdvancedEngineeringMathematics10thEdition/Advanced%20Engineering%20Mathematics%2010th%20Edition_jp2.zip
https://archive.org/download/AdvancedEngineeringMathematics10thEdition/Advanced%20Engineering%20Mathematics%2010th%20Edition_scandata.xml
https://archive.org/download/AdvancedEngineeringMathematics10thEdition/AdvancedEngineeringMathematics10thEdition_archive.torrent
https://archive.org/download/AdvancedEngineeringMathematics10thEdition/AdvancedEngineeringMathematics10thEdition_files.xml
https://archive.org/download/AdvancedEngineeringMathematics10thEdition/AdvancedEngineeringMathematics10thEdition_meta.sqlite
https://archive.org/download/AdvancedEngineeringMathematics10thEdition/AdvancedEngineeringMathematics10thEdition_meta.xml
https://archive.org/download/AdvancedEngineeringMathematics10thEdition/AdvancedEngineeringMathematics10thEdition_reviews.xml

The material is as follows:

Advanced Engineering Mathematics, 10th Edition (ISBN: 978-0-470-45836-5) by Erwin Kreyszig

I have a good faith belief that the use of the title(s) identified above is not authorized by Wiley, its agent, or the law and therefore constitute a serious infringement of, inter alia, Wiley's copyrights, trademarks and trade dress.

We understand that many responsible ISPs inadvertently infringe the copyrights of others, and that this may be one such case. Accordingly, we will forbear legal action against your company provided that you remove or block access to the infringing matter within 48 hours of the time and date of this e-mail.

Thank you in advance for your cooperation.

Sincerely,
Patrick Murphy
Senior Enforcement Specialist
John Wiley & Sons, Inc.
111 River Street, Mail Stop 9-01
Hoboken, NJ  07030
Phone: 201-748-6014 / Fax: 201-748-6500
E-Mail Address: pmurphy@wiley.com

My name, typed above, constitutes an electronic signature under Federal law, and is intended to be binding.

This message and any files transmitted with it may contain privileged, confidential and/or proprietary information.  It is intended solely for the individual or entity named above.  Unauthorized use of these materials is strictly prohibited.  If you have received this message in error, please immediately contact the sender by replying to this message and delete the original message.  Thank you.

WILEY0000350

| | |
|---|---|
| **From:** | Internet Archive |
| **To:** | Chatterjee, Ayantika |
| **Sent:** | 10/15/2019 2:32:44 PM |
| **Subject:** | Re: [Arin-abuse-mail] DMCA Notice – Infringement of Wiley Copyrights |

Hello,

Please correct your records.

Per our copyright policy and our registration with the us copyright office, all dmca notices must be sent only to info@archive.org: archive.org/about/terms.php

Do not send email notices to any other address. Sending emails to addresses other than archive.org may result in lost email, or delayed response.

Please acknowledge that your records have been corrected.

On 10/15/19 11:29 AM, Chatterjee, Ayantika wrote:

To Whom It May Concern:

I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am an agent authorized to act on behalf of the owner of certain intellectual property rights, said owner being named Choose an item. hereafter "Wiley".

We recently learned that an unauthorized copy of the material listed below is available for download on a website hosted by your company at the following URL address:

https://archive.org/details/FundamentalsOfPhysics10thEditionHallidayResnick_201702/page/n2

https://archive.org/details/OrganicChemistryThirdEditionKlein/page/n20

The material is as follows:

**Fundamental of Physics, Halliday 10th edition**

**Organic Chemistry BY David Klein, 3rd edition**

I have a good faith belief that the use of the title(s) identified above is not authorized by Wiley, its agent, or the law and therefore constitute a serious infringement of, inter alia, Wiley's copyrights.

We understand that many responsible ISPs inadvertently infringe the copyrights of others, and that this may be one such case. Accordingly, we will forbear legal action against your company provided that you remove or block access to the infringing matter within 48 hours of the time and date of this e-mail.

Thank you in advance for your cooperation.

Sincerely,

Ayantika Chatterjee
Piracy Monitoring Associate
Wiley, Hoboken, USA
Phone +1(201) 748-5696  | aychatterj@wiley.com

My name, typed above, constitutes an electronic signature under Federal law, and is intended to be binding.

# WILEY

```
_____
Arin-abuse-mail mailing list
Arin-abuse-mail@archive.org
http://mail.archive.org/cgi-bin/mailman/listinfo/arin-abuse-mail

--
Admin Team
Internet Archive
archive.org
```

WILEY0000445