# Pavese Declaration Exhibit 2

# FILED UNDER SEAL