# Pavese Declaration Exhibit 3

# FILED UNDER SEAL