# Pavese Declaration Exhibit 4

# FILED UNDER SEAL