Pavese Declaration

Exhibit 5

FILED UNDER SEAL