# Restivo-Alessi Declaration Exhibit 1

# FILED UNDER SEAL