# Restivo-Alessi Declaration Exhibit 2

# FILED UNDER SEAL