Restivo-Alessi Declaration

Exhibit 3

| Hello<br>Select your address | All | | Hello, Sign in<br>Account & Lists | Returns<br>& Orders | 0 |

All | Best Sellers | Customer Service | Prime | New Releases | Books | Pharmacy | Epic Daily Deals | Registry | Fashion | Shop tech gifts

# Help & Customer Service

‹ All Help Topics

**Amazon Device and Digital Services Terms, Warranties, and Notices**

Kindle Store Terms of Use
Activity Center FAQ
Kindle for Windows 8 Legal Notices
Customer FAQ for Attorneys General eBook Settlements
Send to Kindle Legal Notices
Kindle for Android Legal Notices
Additional Notices for Kindle Fire
Kindle Store Terms of Use
Location Services
Kindle for Mac Legal Notices
Kindle for PC Legal Notices
Source Code Notice
Kindle (U.S. Wireless) One-Year Limited Warranty
comiXology Unlimited Terms of Use
IEEE 1725 Battery Safety Statements
Kindle for iPad/iPhone Legal Notices
Kindle E-Reader and Fire Tablet Terms
Amazon Maps Terms of Use
Kindle Cloud Reader Legal Notices
Kindle for Windows Phone Legal Notices
Kindle Unlimited Terms of Use
Kindle Personal Documents Distributor Terms of Use
Unlimited Cloud Storage for Photos on Fire Tablets
Send to Kindle Button Terms of Use

### Quick solutions

 **Devices & Content** Deliver books, apps to your device

 **Digital Purchases** View purchased books & apps

 **Your Subscriptions** Edit payment info

 **1-Click Settings** Change your address

 **Digital & Device Forum** Ask the community

**Find more solutions**



Digital Services and Device Support  ›  Amazon Device and Digital Services Terms, Warranties, and Notices  ›
Kindle E-Reader and Fire Tablet Terms, Warranties, and Notices  ›

## Kindle Store Terms of Use

**Last updated: August 30, 2021**

This is an agreement between you and Amazon.com Services LLC (with its affiliates, "Amazon", "we" or "us"). Please read these Amazon Kindle Store Terms of Use, the Amazon.com Privacy Notice (https://www.amazon.com/privacy), the Amazon.com Conditions of Use (http://www.amazon.com/conditionsofuse), and the other applicable rules, policies, and terms posted on the Amazon.com website or the Kindle Store or provided with any Service (collectively, this "Agreement") before purchasing or using any aspect of the Service. By using the Kindle Store, purchasing or using any Kindle Content, using any Kindle Application, or using any aspect of the Service, you agree to be bound by the terms of this Agreement on behalf of yourself and all members of your household and others who use the Service under your account. If you do not accept the terms of this Agreement, then you may not use the Kindle Store, any Kindle Content, any Kindle Application or the Service.

For the purposes of this Agreement:

"Content Provider" means the party offering Kindle Content in the Kindle Store, which may be us or a third party.

"Kindle Application" means software we make available that permits users to shop for, download, browse, or use the Kindle Store or Kindle Content on Supported Device.

"Kindle Content" means digital content obtained through the Kindle Store, such as books, comics, newspapers, magazines, and other content.

"Kindle Vella Content" means digital content obtained through the Kindle Vella Service.

"Kindle Store" means our stores, on Kindle Applications and on our website, the homepage of which is located at https://www.amazon.com/kindlestore

"Subscription Content" means Kindle Content made available for access only for so long as you remain an active member of a subscription or membership program, such as Kindle Unlimited, comiXology Unlimited, or Amazon Prime.

"Service" means the provision of the Kindle Store, Kindle Content, Kindle Vella, Kindle Application, and support and other services that we provide Kindle Store, Kindle Content, Kindle Vella, and Kindle Application users.

"Supported Device" means a mobile, computer or other supported electronic device on which you are authorized to operate a Kindle Application.

**1. Kindle Content**

Use of Kindle Content. Upon your download or access of Kindle Content and payment of any applicable fees (including applicable taxes), the Content Provider grants you a non-exclusive right to view, use, and display such Kindle Content an unlimited number of times (for Subscription Content, only as long as you remain an active member of the underlying membership or subscription program), solely through a Kindle Application or as otherwise permitted as part of the Service, solely on the number of Supported Devices specified in the Kindle Store, and solely for your personal, non-commercial use. Kindle Content is licensed, not sold, to you by the Content Provider. The Content Provider may include additional terms for use within its Kindle Content. Those terms will also apply, but this Agreement will govern in the event

10/18/21, 1:55 PM
Amazon.com Help: Kindle Store Terms of Use
Case 1:20-cv-04160-JGK-OTW   Document 94-3   Filed 07/07/22   Page 3 of 5

Contact Us

of a conflict. Some Kindle Content, such as interactive or highly formatted content, may not be available to you on all Kindle Applications.

Limitations. Unless specifically indicated otherwise, you may not sell, rent, lease, distribute, broadcast, sublicense, or otherwise assign any rights to the Kindle Content or any portion of it to any third party, and you may not remove or modify any proprietary notices or labels on the Kindle Content. In addition, you may not attempt to bypass, modify, defeat, or otherwise circumvent any digital rights management system or other content protection or features used as part of the Service.

Book Returns; Subscription Cancellations and Termination. You may return a book you purchase from the Kindle Store or cancel newspaper and magazine subscriptions as permitted in our return and cancellation policy in the Kindle Store. A newspaper or magazine subscription may be terminated at any time, for example, if a magazine is no longer available. If a magazine or newspaper subscription is terminated before the end of its term, you will receive a prorated refund. We reserve the right to change newspaper and magazine subscription terms and fees from time to time, effective as of the beginning of the next subscription term.

Risk of Loss. Risk of loss for Kindle Content transfers when you download or access the Kindle Content.

2. Use of Kindle Applications. You may use the Kindle Applications only on Supported Devices. For additional terms that apply to the Kindle Applications, see the Additional Amazon Software Terms contained in the Amazon.com Conditions of Use (http://www.amazon.com/conditionsofuse) and the terms contained in the Legal or similar section in the Settings menu of your Kindle Application.

3. Kindle Vella Tokens

Use of Tokens; Expiration. Kindle Vella is an offering of the Service that allows customers to receive and purchase tokens ("Tokens") and to redeem those Tokens for eligible Kindle Vella Content we offer through the Kindle Store. Eligible products may change over time. Not all devices support the use of Tokens. Kindle Vella Content may only be unlocked with Tokens, and the entire Token amount for the applicable product, plus any applicable taxes, must be redeemed with Tokens. Tokens do not expire. We are not responsible if any Tokens are used without your permission.

Purchases and Returns. Purchases of Tokens will be charged to the 1-Click payment method associated with your Amazon account. All purchases of Tokens are final. We do not accept returns of Tokens except where required by law. If you believe any purchased Tokens were not properly credited to your account, please contact Amazon customer service for assistance. If we offer discounts on the purchase of Tokens, we may modify or discontinue those discounts at any time without notice to you.

Restrictions. Tokens are a digital good and have no monetary value (i.e., are not cash or equivalent), and do not constitute currency or property of any type. Tokens can only be redeemed for eligible Kindle Vella digital products we offer through the Kindle Store. Tokens cannot be resold, transferred for value, or redeemed for cash, except to the extent required by law. Tokens in one Amazon account may not be transferred to another Amazon account. We may limit the number of Tokens you can purchase or receive within certain periods of time, or implement other restrictions on the receipt or use of Tokens. If we give you Tokens in connection with your purchase of a product and you later return or receive a refund for that product, we may revoke those Tokens. If you have already used those Tokens, we may deduct the same number of Tokens from your account or charge your credit card or other payment instrument for any products you redeemed using those Tokens.

Limited to U.S. Kindle Vella is currently only available to customers located in the United States. You may not purchase, receive, or redeem Tokens if you are outside the United States. "United States" refers to the 48 contiguous states, the District of Columbia, Alaska, Hawaii, Puerto Rico, American Samoa, Guam, the Northern Mariana Islands, and the U.S. Virgin Islands.

4. General

Information Provided to Amazon. The Kindle Application will provide Amazon with information about use of your Kindle Application and its interaction with Kindle Content and the Service (such as last page read, content archiving, available memory, up-time, log files, and signal strength). Information provided to Amazon may be stored on servers outside the country in which you live. We will handle any information we receive in accordance with the Amazon.com Privacy Notice (http://www.amazon.com/privacy).

Information Provided to Others. You are responsible for any information you provide to others using the Service. Use of information you provide to these third parties will be subject to any privacy notice or other terms that they may provide to you.

Termination; Fraud. Your rights under this Agreement will automatically terminate if you fail to comply with any term of this Agreement. We may also terminate your right to use the Service at any time, including if we determine your use violates any term of this Agreement or involves any fraud or misuse of the Service. In case of such termination, you must cease all use of the Service, and Amazon may immediately revoke your access to the Service without refund of any fees. If we determine you fraudulently obtain or use any Tokens, we may revoke those Tokens and charge your credit card or other payment instrument for any products redeemed using those Tokens. Amazon's failure to insist upon or enforce your strict compliance with this Agreement will not constitute a waiver of any of its rights.

Changes to Service; Amendments. We may change, suspend, or discontinue the Service, in whole or in part, including adding or removing Subscription Content from a Service, at any time without notice. We may amend any of this Agreement's terms at our sole discretion by posting the revised terms on the Amazon.com website. Your continued use of the Kindle Application or any aspect of the Service after the effective date of the revised Agreement terms constitutes your acceptance of the terms.

Disputes. Any dispute or claim arising from or relating to this Agreement or the Service is subject to the sections on dispute resolution, governing law, disclaimer of warranties and limitation of liability and all other terms in the Amazon.com Conditions of Use (http://www.amazon.com/conditionsofuse).

Limitation of Liability. Without limiting the Disclaimer of Warranties and Limitation of Liability in the Amazon.com Conditions of Use (http://www.amazon.com/conditionsofuse), (1) in no event will our or our software licensors' total liability to you for all damages (other than as may be required by applicable law in cases involving personal injury) arising out of or related to your use or inability to use the Kindle Application exceed the amount of fifty dollars ($50.00); and (2) in no event will our or any other Content Provider's aggregate liability to you for all damages arising from your use of the Service (excluding the Kindle Application) exceed the amount you actually paid for the Kindle Content or for the aspect of the Service related to your claim for damages. These limitations will apply to you even if the remedies fail of their essential purpose.

Contact Information. For help with your Kindle Application, the Service, the Kindle Store, Kindle Content, or resolving other issues, please contact Customer Service at https://www.amazon.com/contact-us/ (or by email at kindle-cs-support@amazon.com).

For communications concerning this Agreement, please write to Amazon, Attn: Legal Department, P.O. Box 81226, Seattle, WA 98108-1226.



Was this information helpful?

Yes     No

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
| | › See More Make Money with Us | Amazon Currency Converter | Help |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract,<br>and engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Sell on Amazon<br>Start a Selling<br>Account | Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Listen to Books &<br>Original Audio Performances | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital Photography | East Dane<br>Designer Men's Fashion | Fabric<br>Sewing, Quilting<br>& Knitting |
| Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print<br>Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes –<br>right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products<br>you can trust | Amazon Second Chance<br>Pass it on, trade it in, give it<br>a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates