# Restivo-Alessi Declaration Exhibit 4

# FILED UNDER SEAL