# Restivo-Alessi Declaration Exhibit 5

# FILED UNDER SEAL