Restivo-Alessi Declaration

Exhibit 6

FILED UNDER SEAL