Restivo-Alessi Declaration

Exhibit 8

**Custom confirmation message**

Thank you for participating in Open Libraries! You can view the books available for lending at https://www.archive.org/details/inlibrary. For additional questions, please contact Chris Freeland, Director of Open Libraries, at chrisfreeland@archive.org

# Agreement to participate in Open Libraries

Email address *

_____

Your Name *

_____

Your Title *

_____

6/29/22, 11:15 AM
Case 1:20-cv-04160-JGK-OTW    Document 94-8    Filed 07/07/22    Page 3 of 4
Agreement to participate in Open Libraries

## RECITALS 

By participating in the Open Libraries project, libraries, together, are building an at-scale controlled digital lending service to provide digital learners and print-disabled patrons access to digital versions of books residing in their stacks.

Internet Archive's Open Libraries project offers the prospect of making every library's collection into a digital collection by allowing a library to lend a digital version of physical volumes they own.  Our priority is to provide access to books that are not yet available in digital form.

Leveraging the Internet Archive's controlled digital lending platform we aim to eventually offer access to four million books, through purchase or digitization, while honoring the rights of creators using digital rights management software.

## AGREEMENT 

Your Organization's Name ("the Library") *

The Library will share their catalog of books with the number of copies of each book with the Internet Archive. The Library has the option to do this via MARC record exports, OCLC, or through Library Link. This will be updated quarterly.

The Library may set parameters as to which books may be lent digitally ("Books"), and adjust this from time to time. The Internet Archive will make appropriate adjustments to those offered for lending as time permits.

The Library may sign up for the Books for the Print Disabled program via https://docs.google.com/forms/d/e/1FAIpQLSfClhUkTvF5z29hhxoi5UgaB1_50Ir8F7HV5Cq0ABdztX9CkA/viewform and promote it to the appropriate communities they serve.

The Library may integrate links to the borrowable Books in their catalog and other services.

The Internet Archive will add Books to the collections offered on the Internet Archive's sites. The Internet Archive has the option to exclude any Books for any reason.

The Internet Archive will offer online access to statistics as to how many Books were borrowed each month in their state or country.

Termination of participation in Open Libraries can be made by the Library at any time with 7 days notice by emailing info@archive.org.

This form was created outside of your domain.

Google Forms