Restivo-Alessi Declaration

Exhibit 10



# Maximizing institutional investment in print resources through controlled digital lending

Chris Freeland
Director of Open Libraries
Internet Archive
@chrisfreeland

INTERNET ARCHIVE

CONFIDENTIAL



CONFIDENTIAL  INTARC00142195

## Overview

- About controlled digital lending (CDL) & Open Libraries
- The offer: 1.3M digitized books...and growing!
- 3 examples of CDL in action
  - Boston Public Library: closed stacks
  - Phillips Academy: scan & return
  - Trent University: donation
- Learn more

CONFIDENTIAL                                                                                                                       INTARC00142196



-Show of hands
-Developed by copyright community
-

CONFIDENTIAL
INTARC00142197



Our physical inventory

CONFIDENTIAL                                                                                                                                                                                                                          INTARC00142198



This is the basis of our lending collection. This is the collection we offer to our library partners for consideration of how to use in your library.

CONFIDENTIAL INTARC00142199



Boston Public Library
Closed stacks

CONFIDENTIAL                                                                                                              INTARC00142200



INTERNET ARCHIVE
SIGN IN
UPLOAD
Search
ABOUT
CONTACT
BLOG
PROJECTS
HELP
DONATE
JOBS
VOLUNTEER
PEOPLE
Boston Public Library Jordan Collection
Alice Jordan was the first Supervisor of Children's Services in the Boston Public Library. Historic, contemporary, and international titles are included with the complete works of authors and
MORE
Share
Favorite
RSS
Play All
ABOUT
COLLECTION
46,366 RESULTS
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z
SORT BY
VIEWS
TITLE
DATE PUBLISHED
CREATOR
Search this Collection
Metadata
Text contents
PART OF
Open Libraries
Media Type
texts
46,366
Availability
"A Convention of Delegates"
"ALL ABOARD!"
"Bee My Valentine!"
IS FOR CUPCAKE
BY CAROLYN HAYWOOD

Turn a private resource into a public good

CONFIDENTIAL                                                                                     INTARC00142202



CONFIDENTIAL                                                                 INTARC00142203



CONFIDENTIAL INTARC00142204



CONFIDENTIAL INTARC00142205



For the love of literacy - Better World Books & Internet Archive unite to preserve millions of books

CONFIDENTIAL                                                                                                                   INTARC00142206

# Shared Print/Print Retention

allow your group to shed more of designated titles without jeopardizing last copy and ensure that they have access to those books that they do choose to take off the shelf
Use our collection as a comparitor in OCLC to make decisions about your holdings

CONFIDENTIAL

## Recap

- Libraries are actively participating in CDL
- Open Libraries has a growing collection of digitized books that you can offer your patrons & use to make decisions about your physical collections
- Our new partnership with Better World Books is helping build out that collection

CONFIDENTIAL                                                                                    INTARC00142208

# Learn more...

- OpenLibraries.online
- Talk to me
    - Chris Freeland - chrisfreeland@archive.org
- Next webinar:
    - Tues, Feb 11 @ 11am CST - register

CONFIDENTIAL
INTARC00142209



**CONFIDENTIAL**