# Weber Declaration Exhibit 1

# FILED UNDER SEAL