Weber Declaration

Exhibit 2

FILED UNDER SEAL