Weber Declaration

Exhibit 7

INTERNET ARCHIVE
SIGN UP | LOG IN UPLOAD Search
ABOUT BLOG PROJECTS HELP DONATE CONTACT JOBS VOLUNTEER PEOPLE

# Open Libraries

Share
Favorite
RSS
Play All

Libraries that are interested in lending digital books to their patrons should join Open Libraries and contribute to the community of practice we are building together. By joining Open Libraries, libraries can identify the overlap in their physical holdings with our digital holdings and provide free digital books to patrons where there are matches. Additionally, libraries can add their holdings into Open Libraries to increase lending counts.

- Learn more about Open Libraries
- Learn more about Controlled Digital Lending
- Watch a demo of how Controlled Digital Lending works

ABOUT COLLECTION

92 RESULTS

SORT BY VIEWS · TITLE · DATE PUBLISHED · CREATOR

Search this Collection
Metadata
Text contents (no results)

**Part Of**
eBooks and Texts

**Media Type**
collections 91
data 1

**Availability**

**Year**
2018 1
(No Date) 91

**Topics & Subjects**
openlibraries 4
American Libraries 1
Fiction 1
Non-Fiction 1
Public Libraries 1
Ruth Enlow Library 1
More

**Collection**
eBooks and Texts 91
More

**Language**
English 4

Spokane Public Library - Open Libraries — 34,228 ITEMS

Denver Public Library - Open Libraries — 88,209 ITEMS

Open Libraries Wish List — 7,047 19 1

Milton Public Library - Open Libraries — 28,457 ITEMS

University of Arizona Libraries — 380,393 ITEMS

John Stewart Memorial Library at Wilson College — 187,139 ITEMS

amc-ol — 0 ITEMS

Sonoma County Libraries - Open Libraries — 1,411 ITEMS

Cowles Library — 101,480 ITEMS

The Claremont Colleges — 206,710 ITEMS

divinemercy-ol — 0 ITEMS

Ruth Enlow Library - Open Libraries Collection — 42 ITEMS

Kalamazoo College Library - Open Libraries Collection — 91,644 ITEMS

Philadelphia Museum of Art - Open Libraries — 8,191 ITEMS

Delaware County District Library (Ohio) - Open Libraries Collection — 74,522 ITEMS

MIT Libraries - Open Libraries — 0 ITEMS

Barry University — 66,269 ITEMS

Arizona State University Library - Open Libraries Collection

bask-ol — 0 ITEMS

viva-ol — 0 ITEMS

cnusd-ol — 111,743 ITEMS

bowdoincollegelibol

dartmouthlibrary-

Howard University Libraries



Page 2
Open Libraries : Free Texts : Free Download, Borrow and Streaming : Internet Archive
https://archive.org/details/openlibraries



cuny-ol
0 ITEMS

ol
268,937 ITEMS

0 ITEMS

14,148 ITEMS

framingham-ol
60,717 ITEMS

washburn-ol
0 ITEMS

ucalgary-ol
0 ITEMS

auwcl-ol
2,381 ITEMS

manchestercitylit ol
560 ITEMS

riceuniversity-ol
193,754 ITEMS

udc-ol
88,462 ITEMS

Washington Research Library Consortium - Open Libraries
108,582 ITEMS

University of the West
15,519 ITEMS

americanuniversi ol
168,115 ITEMS

uic-ol
0 ITEMS

vpl-ol
0 ITEMS

University of Alberta Wiedrick Collection - Open Libraries
0 ITEMS

Kalamazoo Public Library - Open Libraries
0 ITEMS

Princeton Theological Seminary Library - Open Libraries
0 ITEMS

ajcharleson-ol
3 ITEMS

auc-ol
0 ITEMS

brynmawr-ol
4,460 ITEMS

johnshopkins-ol
288,199 ITEMS

University of Oklahoma Libraries
296,787 ITEMS

ithacacollege-ol
83,039 ITEMS

Georgetown University Law Library - Open Libraries Collection
48,322 ITEMS

saiacs-ol
9,122 ITEMS

Boston Public Library Jordan Collection
75,750 ITEMS

goffstownlibrary-ol
14,913 ITEMS

Hamilton Public Library - Open Libraries
91,962 ITEMS

belmont-ol
60,210 ITEMS

uni-ol
264,937 ITEMS

cpl-ol
0 ITEMS

columbiauniversi ol
0

Page 3
Open Libraries : Free Texts : Free Download, Borrow and Streaming : Internet Archive
https://archive.org/details/openlibraries



dmu-ol
0 ITEMS

swarthmore-ol
5,023 ITEMS

tulsacc-ol
21,404 ITEMS

seminolestate-ol
0 ITEMS

covenantseminar ol
0 ITEMS

uw-ol
0 ITEMS

pcc-ol
0 ITEMS

longwood-ol
3,134 ITEMS

Boston University Libraries - Open Libraries
71,235 ITEMS

Marygrove College - Open Libraries
0 ITEMS

CSU East Bay - Open Libraries
0 ITEMS

randolph-macon-college-ol
63,285 ITEMS

thomascollege-ol
0 ITEMS

Open Library
216 ITEMS

rochester-ol
269,160 ITEMS

unb-ol
192,461 ITEMS

tamu-evanslibrary-ol
0 ITEMS

salisburyfreelibra ol
6,003 ITEMS

cua-ol
100,522 ITEMS

University of Colorado Boulder
349,477 ITEMS

Fetching more results