# Weber Declaration
# Exhibit 10

# FILED UNDER SEAL