Weber Declaration

Exhibit 11

FILED UNDER SEAL