Weber Declaration

Exhibit 12

FILED UNDER SEAL