Weber Declaration

Exhibit 13

Part 2



SHOW THE MICROFILM HERE:  Show and tell

INTARC00142055



CONFIDENTIAL

INTARC00142056



CONFIDENTIAL
INTARC00142057



CONFIDENTIAL

INTARC00142058



**CONFIDENTIAL**



INTARC00142060

# Appeal

- Endorse CDL
- Join Open Libraries
- Donate materials
- Help us with direction on serials

CONFIDENTIAL

INTARC00142061



CONFIDENTIAL

INTARC00142062

# Expanding the World of Linked Resources
## (or... weaving books into the Web, etc.)

Mark Graham
Director, the Wayback Machine

CONFIDENTIAL

INTARC00142063



CONFIDENTIAL

INTARC00142064



INTARC00142065

## Added Links to Four Wikipedia Sites

| Language | Total number of links to books added | Number of unique books linked to | Total number of unique books with ISBNs that are cited |
|---|---|---|---|
| English | 122,271 | 43,423 | 1,211,395 |
| Greek | 2,190 | 1,414 | 46,024 |
| Arabic | 3,942 | 2,659 | 65,509 |
| Bosnian | 443 | 342 | 7,592 |

INTARC00142066

# Opportunities to add more links to books cited in Wikipedia articles

Books that are cited in Wikipedia articles but

- Have ISBNs but not in standard citation format
- No ISBNs but in standard citation format
- No ISBNs and not in standard citation format

No books are cited with claims in articles

Existing links are to Google Books... but only metadata

CONFIDENTIAL

INTARC00142067



INTARC00142068

# Added 747 Links to the Mueller Report



## Added links to new .epub version of the Mueller Report

Partnered with Digital Public Library of America (DPLA)

Originally published with 2,390 Footnotes, but only 14 links

Archived videos, Tweets, Documents, Web pages

Added 733 Links to those archived resources (for a total of 747 links)

Published as Digital Book with DPLA

CONFIDENTIAL

INTARC00142070

## Expanding to the Bigger Picture

Moving beyond Wikipedia (books, academic papers, Web)

Moving beyond books (academic papers, Web-based documents, music)

The evolution of how books are used (on demand and selected subsets)

CONFIDENTIAL

INTARC00142071

## Opportunities: How you can help?

Advance partnership with more sources of books (e.g. libraries and other unique collections)

Advance partnerships with platforms and processes (e.g. Amazon, US Government Printing office, Congress)

Contribute to software development - coders welcomed!

Help us get native Browser integration (support for links that are external to media objects)

CONFIDENTIAL

## Some Next Steps

Enhance InternetArchiveBot to handle less well cited books

Get approval to run the InternetArchiveBot on more Wikipedia sites

Advance the use of archive URLs and links to digital books with various publishing systems (Amazon, Congress, US Government Printing Office)

Go deeper than the page... address and highlight paragraphs or sentences

CONFIDENTIAL

INTARC00142073

Questions

Suggestions

Advice

CONFIDENTIAL
INTARC00142074

How can my library participate?

CONFIDENTIAL

INTARC00142075



CONFIDENTIALINTARC00142076

**Open Libraries**

Join    Learn more    Libraries    Accessibility    Diversity    Preservation    Trust    People

## Join Open Libraries

Libraries that are interested in lending digital books to their patrons should join Open Libraries and contribute to the community of practice we are building together.

By joining Open Libraries, libraries can identify the overlap in their physical holdings with our digital holdings and provide free digital books to patrons where there are matches. Additionally, libraries can add their holdings into Open Libraries to increase lending counts. Leading public, academic, and special libraries have already signed on and are lending copies through Open Libraries today.

To join Open Libraries, please complete our online form.

http://openlibraries.online/join/

INTARC00142077



INTARC00142078

## Steps to participate in Open Libraries

Join Open Libraries

Share your catalog

Overlap study

Integrate links back into your catalog

Lend digital books to your patrons

CONFIDENTIAL

INTARC00142079

# Building a community of practice

## Introducing Caralee Adams
## &
## Roll call of participating libraries

Introduce Caralee Adams

INTARC00142080





INTARC00142082

CONFIDENTIAL



INTARC00142084



INTARC00142085



INTARC00142086



Trends of numbers of new names published each year for animals as a whole, and various taxonomic groups based on data in *Index to organism names* (ION) and BioNames (1923 is the year most published works became out of copyright in the USA). Animal pictures are from http://phylopic.org, and are either in the public domain or available under a Creative Commons CC-BY licence (Hymenoptera by Melissa Broussard; Nematoda by Michelle Site).

http://rstb.royalsocietypublishing.org/content/371/1702/20150334

CONFIDENTIAL

INTARC00142087



INTARC00142088



CONFIDENTIAL

INTARC00142089



INTARC00142090



CONFIDENTIAL

INTARC00142091

# Statutory Copyright Exceptions

A *statutory exemption* allows individuals to exercise one of the exclusive rights of copyright
- without obtaining the permission of the copyright owner, and
- without the payment of any license fee

CONFIDENTIAL



# Exclusive Rights under ©

- to reproduce the work
- to prepare derivative works
- *to distribute copies of the work\**
- to perform the work publicly
- to display the work publicly

INTARC00142093

# Language of Copyright Exceptions

17 USC §109 First Sale:



"**Notwithstanding the provisions of** section 106(3), the owner of a particular copy or phonorecord lawfully made under this title …is entitled, without the authority of the copyright owner, to sell or otherwise dispose of the possession of that copy…"

CONFIDENTIAL

**Courts have protected first sale and the secondary market**

- 1908: Case about control of copyright eliminating the secondary market

- Supreme Court described this as "hateful to the law from Lord Coke's day to ours, **because it is *obnoxious to the public interest*.**"



Prosecutor of Guy Folkes and the Gunpowder plot conspirators
Wrote the Insititutes of the Laws of England - foundational document of the common law

79

INTARC00142095

## §107: Fair Use Doctrine

Preamble to fair use statute:



"**Notwithstanding the provisions of** sections 106…the fair use of a copyrighted work…for purposes such as **criticism, comment, news reporting, teaching, scholarship,** or **research**" is <u>not</u> an infringement of copyright."

CONFIDENTIAL

INTARC00142096

# Modern Transformative Fair Use

Four Factors of Fair Use:

(1) the purpose and character of the use;
(2) the nature of the copyrighted work;
(3) the amount and substantiality of the portion used in relation to the copyrighted work as a whole; and
(4) the effect of the use upon the potential market for or value of the copyrighted work.

Development of Transformative Fair Use

(1) Does the use **transform the material**, by using it for a **different purpose**?

(2) Was the **amount taken appropriate** to the new purpose?

CONFIDENTIAL

INTARC00142097

# Fair Use Meets First Sale

The Legalities of Controlled Digital Lending

INTARC00142098

# Controlled Digital Lending Elements

- Legitimately owned copy
- "Own to Loan Ratio"
- Digital Rights Management

CONFIDENTIAL

# Purpose and Character of Use

- Possibly transformative
- Not commercial
- Underlying purpose is the same as the exhaustion doctrine
- No additional copy is being used

CONFIDENTIAL

INTARC00142100

INTARC00142101

# Market Effect

- Library owns a legitimate copy of the book
- The digital copy substitutes for the owned copy
- Same damage as using its acquired item
  - Technology

CONFIDENTIAL

INTARC00142102



INTARC00142103