Weber Declaration

Exhibit 13

Part 4



INTARC00142147



INTARC00142148

# Envisioning & Building a Universal School Library

Lisa Petrides, Ph.D., Founder & CEO, ISKME

Karen Lemmons, Library Media Specialist
Detroit School of Arts

CONFIDENTIAL

INTARC00142149

## The School Library Plays Critical Role

- Advances student inquiry, research, and digital skills
- Supports student outcomes (reading scores and grades go up)
- Connects students and teachers to relevant materials that, increasingly, are digital





## Loss of School Libraries

- Nationwide - public school districts have lost 20% of their libraries and librarians

- California - public schools
  - Oakland has closed 30% of libraries
  - Los Angeles has closed 50% of libraries

- In spite of the growing need for librarians, there are fewer of them

INTARC00142151

## Enter Controlled Digital Lending

- 1:1 model of CDL is the digital equivalent of traditional library lending
- Holds the potential to broaden access to knowledge for public schools
- Can bridge gaps to access for most under-resourced public school districts



**INTARC00142152**

## The Universal School Library Project

- Goal is to curate 15,000 high-quality scanned titles
- Building an inclusive collection of digitized books available for any student, currently at the high school level
- Engaging school librarians, library education experts and researchers from multiple states, districts, and institutions in curatorial and policy efforts

CONFIDENTIAL



Equity in Book Selection and Discovery

- Organizing around key pillars of literacy: academic, cultural and college/career
- Applying principles of diversity, equity and inclusion as central to the curatorial approach
- Interrogating metadata through racial equity lens

CONFIDENTIAL

If access to libraries results in improved reading ability, but library access is correlated with socioeconomics - where might USL have the greatest impact?

CONFIDENTIAL

## Piloting USL in Michigan - Local considerations

- Working in Detroit, the need is to consider
  - End user, his/her reading interests and needs
  - Alignment to the new district ELA curriculum
  - School's and/or district's budget to pilot USL
  - Technological requirements to pilot USL

CONFIDENTIAL

INTARC00142156

## Piloting USL in Michigan - Avenues/Levers

- State, district, school, and community engagement
- Collaborate and coordinate policy change
- Data and research to support USL
- Other (personnel, time, supplies, etc.)

INTARC00142157

## Possible Barriers Moving Forward

- Technical: Internet access at home, device availability of students
- Policy: Navigating procurement policies, lending programs, partnerships, terms-of-use agreements
- Personnel/Resources: State/local budgetary challenges, finding certified candidates, ensuring USL is alive and locally relevant

CONFIDENTIAL

INTARC00142158

## What Comes Next

- Pilot USL in 2-3 districts to troubleshoot technical and policy barriers
- Continue building the collection and developing interface
- Establish partnerships with high-need districts
- Identify foundations and district partners with resources
- Reach 15,000 book goal
- Establish USL as a foundation for more equitable library access!

CONFIDENTIAL

Boston Public Library's
**Alice Jordan Collection**

Tom Blake
Manager of Content Discovery

 INTARC00142160



CONFIDENTIAL



CONFIDENTIAL

INTARC00142162



INTARC00142163



INTARC00142164



INTARC00142165



INTARC00142166



CONFIDENTIAL

INTARC00142167



## PRESENTATION OUTLINE

1. Introduce myself and the Hamilton Public Library
2. Share high level challenges facing digitization efforts in Canadian libraries & memory institutions
   - *Participating in Open Library & CDL best approach to address some of these* challenges
3. Overview of our legal opinion in the Canadian Context
4. Where we are and where we are going with CDL

152

INTARC00142168



## About Me



- Graduated **University of Toronto** – iSchool 1994
- **New York Public Library** (1994-1999) – Reference Librarian, Systems Analyst, Web Coordinator
- **Wentworth County Library** (1999-2000) – IT Director
- **Hamilton Public Library** (2001 – present ) – IT Manager, IT Director, CEO/Chief Librarian (since 2012)

- Current Chair of the Canadian **National Heritage Digitization Steering Committee (NHDS)**
- Past Chair of **Canadian Urban Library Council (CULC)**
- Past Chair of the **Canadian Federation of Library Associations (CFLA)**

153

CONFIDENTIAL

INTARC00142169

## ABOUT HPL

- Hamilton, Ontario is a port city on the westernmost tip of Lake Ontario
- Part of the Golden Horseshoe, Hamilton is among the largest cities in Ontario, 535,000 residents

- HPL operates 22 branches & 2 bookmobiles across 439 mi²/1137 km²
- HPL founded in 1889, reborn in 2001 after municipal amalgamation
- Annual operating budget $32 million
- Long history of innovation and collaboration



RURAL
EXTENDED ACCESS

CONFIDENTIAL

INTARC00142170

 **HAMILTON PUBLIC LIBRARY**

Main Library (1890–1913)        Carnegie Library (1913–1980)

  

Source: HPL, LH&A Digital Photograph Collection

155

- The Hamilton Public Library (HPL) is one of the oldest public libraries in the province of Ontario. In 1889, the citizens of Hamilton voted to fund a free public library in the city and its first Main Library opened in 1890. From the beginning, one of the library's mandates was to collect and make available material regarding Canadian and local history.
- In 1913, a new Carnegie-funded Main Library opened with a "Canadiana Room" that housed a distinct collection of historical materials of local and national interest. In 1974, the Special Collections department was formed by amalgamating the Local History, Canadiana, Archival and Rare Books collections

155

CONFIDENTIAL

INTARC00142171



156

INTARC00142172



# ISSUES THAT WE NEED TO ADDRESS IN CANADA

- **Working in SILOS** – Libraries are recreating infrastructure & interfaces to manage access to digital content
  - Waste of limited resources
  - Interfaces & search functionality often not best in class
  - **Discovery is a problem for the public**

- **Deeper Collaboration is Needed**
  - Horizontal government initiatives are usually not adequately funded

- **Overly risk averse**
  - Libraries have generally taken an extremely risk averse approach to Copyright
  - Need to take a more balanced view of risk



157

**CONFIDENTIAL**

**INTARC00142173**

 # NOT EXERCISING OUR RIGHTS UNDER FAIR DEALING

**THE FUTURE NOW, CANADA'S LIBRARIES, ARCHIVES, AND PUBLIC MEMORY**
The Royal Society of Canada's Expert Report on Libraries – 2014

> Libraries and archives make full use of their users' rights of fair dealing and the additional specific exceptions and limitations to copyright to engage in productive initiatives such as digitization of collections in analogue media, providing private study copies to patrons, and otherwise using the flexibility provided by the law as appropriate.

**HPL's MEETING USER NEEDS IV** – Five long-term challenges, opportunities (Key Assumptions from 2017)

> Network security, privacy and intellectual property issues will become more challenging. With content we control, we have an opportunity to model best practices that facilitate effective sharing that creates the maximum benefit to society

https://rsc-src.ca/sites/default/files/L%26A_Report_EN_FINAL_Web.pdf
https://www.hpl.ca/articles/strategic-priorities-2018-2021

Are we overly risk-averse?
- Worst-case scenario
- Reliance upon theory, not experience
- Overstatements of impact
- Silo mentality
- Fear of the new

158

CONFIDENTIAL

INTARC00142174

 ## LEGAL OPINION ON CDL IN THE CANADIAN CONTEXT



**Marcel D. Mongeon**
- **Ross, Mongeon, Covello & Co. – Professor & Lawyer**
- Specializes in: Alternative Dispute Resolution, Corporate & Commercial Law, Intellectual Property
- Called to the bar: 1984 (ON); 1985 (QC); 1996 (NY)

**Questions Asked**
1. Will the use of the CDL System at the HPL be considered infringement of copyright of material that is distributed through the System?
2. Will participation in Open Library by the HPL be considered infringement of copyright of material that is distributed through the Open Library?
3. What are the potential penalties for copyright infringement in the event that the activities of the HPL, in using the CDL System, or participation in Open Library, were determined to be an infringement of copyright?
4. How can downside risks of using the CDL System and participation in Open Library be mitigated

159

INTARC00142175

 ## ABOUT THE OPINION

**Timeline for Release**
- Legal Opinion scheduled to be published as part of our Library Board package on November 15 or December 13
- Sharing with allies now

**Summary of Opinion**
....I am of the opinion that the Hamilton Public Library's use of the CDL System and participation in Open Library for Old Copyrighted Material – as I define that term below – will not infringe the copyright of the owners in those works.

**Canadian Law is Not the Same as US Copyright Law**
- Collective Societies can manage tariffs on behalf of a group of copyright holders
    - York University and Access Copyright case is being watched closely
- Fair Dealing is similar but not the same as Fair Use

160

INTARC00142176

 ## FAIR DEALING IS SIMILAR ≠ FAIR USE

**Supreme Court of Canada Ruling on Fair Dealing**

Fair dealing requires a defendant to prove: (1) that the dealing was for the purpose of either research or private study and (2) that it was fair.

Both issues are further analyzed as follows: 'research' is given a broad meaning; even if the research is for a for-profit motive such a lawyer practising law, it is nonetheless research. 'Fair' is considered as a question of degree. Six factors are considered in establishing if it is 'fair'. These are:

(1)  the purpose of the dealing;
(2)  the character of the dealing;
(3)  the amount of the dealing;
(4)  alternatives to the dealing;
(5)  the nature of the work; and
**(6)  the effect of the dealing on the work.**

* It is the last condition, the impact of the use on copyright holders that requires us to focus on "Older Copyrighted Material"

161

 ## WHAT'S GOING ON AT HPL

- Integrating our **catalogue with the Open Library**
  - Polaris, BiblioCommons – ZEPHEIRA made that painless
  - Working on showing IA titles that are already in our catalogue
  - Going to be linking to all IA titles in our catalogue

- HPL will become a **scanning centre**, along with McMaster University Library
  - Scribe Book Scanner is coming
  - Sharing an IA staff member with McMaster

- Focus on older unique titles no longer in copyright
- Older titles currently in copyright
  - Implement procedures to manage the risk

162

 # CANADIANA COLLECTION



Canadiana Collection

The Canadiana collection includes books about Canada, written by Canadians, published by Canadians, or having something to do with the history of Canada.

Major collecting strengths in this collection include sections of early exploration in Canada, featuring such well known books as _Travels in Canada and the United States in 1816 and 1817_ by Francis Hall, _Five Years Residence in the Canadas_ by Edward Allen Talbot, published in 1824, _A Theatrical Trip for a Wager!_ by Horton Rhys, published in 1861, _Travels Through the Canadas_ by George Heriot, published in 1813, and Anbury's _Travels Through the Interior Parts of America_, published in 1791. Some of these books contain early descriptions of the Hamilton area and are excerpted in the Heritage Day Speech entitled _Greetings from Hamilton_.

Other books in the Canadiana Collection include a large amount of early Canadian fiction, township and county histories, military lists, year books, Parliamentary companions, biographies, autobiographies, and books of many other types. These fascinating examples of Canadiana span from 1708 to the present.

163

163

INTARC00142179



# CITY DIRECTORIES & RARE BOOKS



1964 Vernon's Hamilton
City Directory
by Hamilton Public Library

1969 Vernon's Hamilton
City Directory
by Hamilton Public Library



**Uncle John's Stories of Animals**
Book published in Philadelphia in 1856 – rare 2nd Edition
Source: https://libwww.freelibrary.org/digital/item/2624

164

– The LH&A also houses a Rare Books Collection consisting of old, unusual and rare books that were acquired either through transfer from the regular library collection for safekeeping or through the donation of specific units of books. Given their age and relative rarity, many of the books in this collection are good candidates for digitization. As an example, we've digitized this small 19th century children's "panorama picture book" manufactured and published in Philadelphia in 1856. "Uncle John's Stories of Animals" was originally published in 1849, however, this edition of the book is the rarer 2nd edition with revised and additional content. Indeed, our initial surveys found that the LH&A copy of this edition is the **only** copy held by **any** library. Additionally, this book was a good case for digitization because the binding had degraded to the extent that significant physical intervention would now be needed to preserve it in its original form.

164

CONFIDENTIAL

INTARC00142180



# THEMATIC SCRAP BOOKS

The House Built in a Day







Source: HPL, LH&A Digital Photograph Collection

One of LH&A's unique holdings is a collection of Scrapbooks comprised of news clippings on hundreds of thematic subjects relevant to Hamilton's history. As an example, we digitized our scrapbook on "The House Built in a Day" to complement previously digitized images from our collection of historical photographs. As part of the city's centennial celebrations in 1913, a proposition was put forward to build an entire house in full over a 24 hour period. This had never before been attempted in Canada and it required the buy-in and support of the local trade unions who supplied the 400 skilled tradesmen volunteers in order to make the project a reality. And on the 13th of August 1913 after 23 hours, the house was fully built.

165

INTARC00142181

 **THE HAMILTON SAVOYARDS OPERATIC SOCIETY**



Source: The Hamilton Spectator, https://www.thespec.com/opinion-story/9309661-graham-rockingham-hamilton-public-library-s-archives-prove-steeltown-is-a-city-of-song/

166

Paragraph 3 – The Hamilton Savoyards Operatic Society

- One of LH&A's newer collections is the Hamilton Music Archive which was established to align with the city's official Music Strategy of celebrating "all things music" in Hamilton. The city has a rich musical legacy as well as thriving and vibrant local music scene and the LH&A is uniquely positioned to document it. Using seven seed collections, the Hamilton Music Archive spans 100+ years ranging in music genres from Opera to Rock to County. A recent acquisition by the LH&A is the Hamilton Savoyard Operatic Society fonds. Founded in 1929, the Hamilton Savoyards staged Gilbert and Sullivan's Victorian comedic operas and later a variety of theatrical productions until their merger with the Hamilton Theatre Company in 1971. As an example, we've digitized several documents about the Savoyards 1955 production of the operetta, "The Merry Widow

166

CONFIDENTIAL

INTARC00142182



# NEXT STEPS FOR HPL

- Continuing to **advocate for better terms** from publishers (ULC, CULC)
- **Promoting CDL, IA** and **Open Library** in Canada – sharing our legal opinion
- Develop a robust work flow to support ongoing addition of unique materials
- Using CDL for **Interlibrary Loan**
  - Need to meet the criteria of "older"
- Using **IA as a way of cross collaboration**
  - Liberian Learning Centre – HPL's sister library
  - Six Nations Indigenous Library
- **Longer term** - Looking for offsite, secure, climate controlled storage
  - Expand display space & space for customers in our Local History
  - HPL is part of Hamilton Museum effort



167

CONFIDENTIAL



# QUESTIONS?

Paul Takala, Chief Librarian/CEO,  Hamilton Public Library

55 York Blvd, Hamilton, ON.  L8N 4E4

ptakala@hpl.ca, 905-546-3215, www.hpl.ca

As public servants, let's focus on finding solutions to problems,
Not problems with solutions.

Gil Penalosa

CONFIDENTIAL

INTARC00142184



Fri or early next week - recap of our day
-Talk with Caralee if you have

Next week: Hill visits

Appeal
- Endorse CDL
- Join Open Libraries
- Donate materials
- Help us with direction on serials

 INTARC00142185

# Acknowledgements

In-library scanning

CONFIDENTIAL                                                                     INTARC00142186

# Talk with Caralee
## 2:30pm - 3:00pm

# Tours

### SFPL Main Tour, 3pm
Meet at Information Desk

### Special Collections: 3pm & 4pm
Meet at SF History Center, Skylight Gallery, 6th Floor

INTARC00142187



CONFIDENTIAL



INTARC00142189