# Weber Declaration

# Exhibit 13

# Part 5



Everyone
deserves
to learn
Library
Leaders
Forum
2019
October 23
San Francisco
#LibraryLeadersForum

CONFIDENTIAL INTARC00142190



INTERNET
ARCHIVE

CONFIDENTIAL INTARC00142191

CONFIDENTIAL INTARC00142192



INTERNET
ARCHIVE

CONFIDENTIAL INTARC00142193