# Weber Declaration Exhibit 14

# FILED UNDER SEAL