# Weber Declaration
# Exhibit 16

# Public Libraries Survey

The Public Libraries Survey (PLS) examines when, where, and how library services are changing to meet the needs of the public. These data, supplied annually by public libraries across the country, provide information that policymakers and practitioners can use to make informed decisions about the support and strategic management of libraries. Browse research briefs and over 25 years of research publications about the Public Libraries Survey (PLS).

**Purpose:** The survey provides statistics on the status of public libraries in the United States.

**Coverage:** The data are collected from approximately 9,000 public libraries with approximately 17,000 individual public library outlets (main libraries, branches, and bookmobiles) in the 50 states, the District of Columbia, and outlying territories.

**Content:** Data includes information about library visits, circulation, size of collections, public service hours, staffing, electronic resources, operating revenues and expenditures and number of service outlets. Learn more about PLS data element definitions.

**Frequency:** Collected annually since 1988. (Data files are available since 1992.)

**Methods:** At the state level, PLS is administered by Data Coordinators, appointed by the chief officer of the state library agency from each state or outlying area. State Data Coordinators collect the requested data from local public libraries and report these data to us via a web-based reporting system.

**Use:** PLS data are useful to researchers, journalists, the public, local practitioners, and policymakers at the federal, state, and local levels, and are used for planning, evaluation, and policy making. Download the datasets in multiple formats below, or use our online Library Search & Compare tool to find a library and browse the latest available data.

## About the Data Files

The data files available on our web site are public-use data files. These files have had some data removed to protect the confidentiality of individually identifiable survey respondents. Public-use data files are publicly available without restriction, and do not require a license. Survey data are coded or aggregated without individually identifiable information. Data that could be directly identified with one individual (salaries and wages for librarians for a library with one librarian, for example) are removed.

A small proportion of the data that has been collected are in restricted-use data files, which contain individually identifiable information, which is confidential and protected by law. For more information on restricted-use data files, please contact us.

## About the Documentation Files

The documentation files include information on survey design, imputation, and data suppression; record layouts; and appendices containing the survey questionnaire and data definitions. The record layouts (usually in one or more appendices) provide:

- **Variable names:** This is the field name (also called the data element name).
- **Field lengths and start positions:** Use these to import data from the ASCII-format file into other software applications. They indicate where each field starts in the record and how long it is.
- **Data types:** This is the type of data (numeric, text, date, etc.) in the field.
- **Descriptions:** Gives the definition or more detail about the field or variable.

**Table 11. Total collection expenditures of public libraries and percentage distribution of expenditures, by type of expenditure and state: Fiscal year 2019**

| State | Number of public libraries | Total collection expenditures (In thousands) | Percentage of total collection expenditures | | |
|---|---|---|---|---|---|
| | | | Print materials expenditures | Electronic materials expenditures[1] | Other materials expenditures[2] |
| Total[3] | 9,057 | $1,427,447 | 52.4 | 31.1 | 16.5 |
| Alabama | 220 | 10,789 | 59.6 | 21.2 | 19.2 |
| Alaska | 64 | 3,099 | 64.1 | 22.0 | 13.8 |
| Arizona | 89 | 27,345 | 54.4 | 32.8 | 12.8 |
| Arkansas | 60 | 9,497 | 51.7 | 30.4 | 17.9 |
| California | 185 | 150,148 | 52.1 | 34.1 | 13.7 |
| Colorado | 112 | 43,636 | 39.9 | 42.5 | 17.6 |
| Connecticut | 180 | 18,345 | 59.2 | 27.1 | 13.7 |
| Delaware | 21 | 2,533 | 72.1 | 11.5 | 16.3 |
| District of Columbia | 1 | 3,943 | 51.8 | 42.6 | 5.7 |
| Florida | 81 | 70,293 | 47.9 | 37.5 | 14.5 |
| Georgia | 62 | 18,980 | 61.3 | 28.6 | 10.2 |
| Hawaii | 1 | 5,026 | 41.0 | 57.3 | 1.7 |
| Idaho | 103 | 6,842 | 57.6 | 29.4 | 13.0 |
| Illinois | 623 | 85,245 | 51.2 | 32.7 | 16.1 |
| Indiana | 236 | 47,559 | 49.2 | 34.1 | 16.7 |
| Iowa | 535 | 15,683 | 60.5 | 21.5 | 17.9 |
| Kansas | 318 | 14,935 | 52.5 | 28.6 | 18.9 |
| Kentucky | 120 | 21,773 | 48.4 | 32.2 | 19.4 |
| Louisiana | 67 | 26,065 | 46.9 | 31.3 | 21.8 |
| Maine | 228 | 4,324 | 76.6 | 9.6 | 13.8 |
| Maryland | 24 | 38,246 | 47.9 | 31.9 | 20.2 |
| Massachusetts | 367 | 40,949 | 56.0 | 27.5 | 16.4 |
| Michigan | 396 | 48,218 | 52.0 | 26.9 | 21.1 |
| Minnesota | 136 | 24,266 | 55.6 | 28.6 | 15.8 |
| Mississippi | 53 | 4,010 | 65.8 | 20.0 | 14.1 |
| Missouri | 149 | 38,468 | 45.6 | 35.9 | 18.5 |

| | | | | | |
|---|---|---|---|---|---|
| Montana | 82 | 2,883 | 63.0 | 21.2 | 15.8 |
| Nebraska | 236 | 8,037 | 58.5 | 24.3 | 17.2 |
| Nevada | 22 | 14,705 | 37.1 | 43.8 | 19.2 |
| New Hampshire | 220 | 6,326 | 66.2 | 17.6 | 16.2 |
| New Jersey | 296 | 43,095 | 62.3 | 22.2 | 15.5 |
| New Mexico | 88 | 7,138 | 52.6 | 31.9 | 15.5 |
| New York | 756 | 104,451 | 58.0 | 29.3 | 12.7 |
| North Carolina | 82 | 28,375 | 63.9 | 27.4 | 8.7 |
| North Dakota | 73 | 2,765 | 65.8 | 17.5 | 16.7 |
| Ohio | 251 | 106,321 | 42.9 | 28.4 | 28.6 |
| Oklahoma | 119 | 18,288 | 45.7 | 38.7 | 15.6 |
| Oregon | 132 | 24,023 | 49.0 | 36.6 | 14.5 |
| Pennsylvania | 452 | 34,636 | 56.2 | 29.5 | 14.3 |
| Rhode Island | 48 | 3,621 | 65.4 | 17.5 | 17.1 |
| South Carolina | 42 | 19,813 | 51.1 | 31.7 | 17.2 |
| South Dakota | 111 | 3,363 | 56.3 | 30.2 | 13.4 |
| Tennessee | 186 | 14,287 | 64.6 | 26.4 | 9.0 |
| Texas | 544 | 67,136 | 55.6 | 30.6 | 13.9 |
| Utah | 70 | 14,661 | 53.3 | 28.6 | 18.1 |
| Vermont | 162 | 2,462 | 68.5 | 15.0 | 16.5 |
| Virginia | 93 | 31,641 | 55.6 | 30.0 | 14.4 |
| Washington | 60 | 56,384 | 47.2 | 38.9 | 14.0 |
| West Virginia | 97 | 5,300 | 59.0 | 26.3 | 14.8 |
| Wisconsin | 381 | 24,849 | 63.6 | 12.6 | 23.8 |
| Wyoming | 23 | 2,670 | 55.9 | 20.4 | 23.7 |
| Outlying areas | | | | | |
| American Samoa | 1 | 23 | 49.1 | 29.7 | 21.2 |
| Guam | 1 | 83 | 84.3 | 15.7 | 0.0 |
| Northern Marianas | 1 | 9 | 100.0 | 0.0 | 0.0 |
| Virgin Islands | 1 | 59 | 100.0 | 0.0 | 0.0 |

[1]This includes all operating expenditures for electronic (digital) materials. Types of electronic materials include e-books, e-serials (including journals), government documents, databases (including locally mounted, full text or not), electronic files, reference tools, scores, maps, or pictures in electronic or digital format, including materials digitized by the library. Electronic materials can be distributed on magnetic tape, diskettes, computer software, CD-ROM, or other portable digital carrier, and can be accessed via a computer, via access to the Internet, or by using an e-book reader. This includes expenditures for materials held locally and for remote electronic materials for which permanent or temporary access rights have been acquired. It also includes expenditures for database licenses.

[2] This includes all operating expenditures for other materials, such as microform, audio, video, DVD, and materials in new formats.

[3]Total includes the 50 states and the District of Columbia but excludes outlying areas, libraries that closed or temporarily closed in FY 2019, and libraries that do not meet the FSCS Public Library Definition.

NOTE: Detail may not sum to totals because of rounding. Data were not reported by the following outlying area: Puerto Rico. Missing data were not imputed for nonresponding outlying areas. Additional information on nonsampling error, response rates, and definitions may be found in Data File Documentation Public Libraries Survey: Fiscal year 2019.

SOURCE: IMLS, Public Libraries Survey, FY 2019. Data elements TOTEXPCO, PRMATEXP, ELMATEXP, OTHMATEX from the Public Library System Data File (PLS_AE_PUD19i) were used to produce this table.

**Table 11A. Total collection expenditures of public libraries in the 50 states and the District of Columbia and percentage distribution**

| State | Number of public libraries | Total collection expenditures (In thousands) | Percentage of total collection expenditures | | |
|---|---|---|---|---|---|
| | | | Print materials expenditures | Electronic materials expenditures[1] | Other materials expenditures[2] |
| Total[3] | 9,057 | 1,427,447 | 52.4 | 31.1 | 16.5 |
| 1,000,000 or more | 35 | 236,717 | 52.1 | 36.3 | 11.5 |
| 500,000 to 999,999 | 57 | 244,557 | 45.0 | 38.2 | 16.8 |
| 250,000 to 499,999 | 113 | 181,330 | 47.4 | 35.0 | 17.7 |
| 100,000 to 249,999 | 367 | 217,011 | 50.7 | 31.7 | 17.6 |
| 50,000 to 99,999 | 577 | 166,642 | 53.1 | 29.6 | 17.3 |
| 25,000 to 49,999 | 996 | 156,263 | 56.1 | 26.1 | 17.8 |
| 10,000 to 24,999 | 1,761 | 132,404 | 59.5 | 22.6 | 17.9 |
| 5,000 to 9,999 | 1,488 | 50,753 | 65.9 | 15.9 | 18.2 |
| 2,500 to 4,999 | 1,266 | 22,864 | 71.0 | 11.4 | 17.5 |
| 1,000 to 2,499 | 1,467 | 14,398 | 73.1 | 10.0 | 16.9 |
| Less than 1,000 | 930 | 4,510 | 73.6 | 8.4 | 18.0 |

[1]Electronic materials expenditures include all operating expenditures for electronic (digital) materials. Types of electronic materials include e-books, e-serials

[2]This includes all operating expenditures for other materials, such as microform, audio, video, DVD, and materials in new formats.

[3]Total includes the 50 states and the District of Columbia but excludes outlying areas, libraries that closed or temporarily closed in FY 2019, and libraries

NOTE: Detail may not sum to totals because of rounding. For item(s) with response rates below 100 percent, data for nonrespondents were imputed and are

SOURCE: IMLS, Public Libraries Survey, FY 2019. Data elements TOTEXPCO, PRMATEXP, ELMATEXP, OTHMATEX, POPU_LSA from the Public

**Table 20. Number of public library print materials, e-books, and print serial subscriptions per capita, by type of material and state: Fiscal year 2019**

| State | Number of public libraries | Print materials | | E-books | | Current print serial subscriptions |
|---|---|---|---|---|---|---|
| | | Number (In thous.) | Per capita[1] | Number (In thous.) | Per capita[1] | Number |
| Total[2] | 9,057 | 686,878 | 2.17 | 615,709 | 1.95 | 1,492,225 |
| Alabama | 220 | 8,668 | 1.82 | 8,886 | 1.87 | 7,411 |
| Alaska | 64 | 2,077 | 3.22 | 1,343 | 2.08 | 4,208 |
| Arizona | 89 | 7,632 | 1.06 | 9,211 | 1.28 | 11,147 |
| Arkansas | 60 | 5,897 | 2.14 | 3,910 | 1.42 | 5,859 |
| California | 185 | 55,979 | 1.40 | 21,847 | 0.55 | 80,673 |
| Colorado | 112 | 9,485 | 1.69 | 4,548 | 0.81 | 19,253 |
| Connecticut | 180 | 12,429 | 3.77 | 2,531 | 0.77 | 16,962 |
| Delaware | 21 | 1,453 | 1.50 | 539 | 0.56 | 3,435 |
| District of Columbia | 1 | 971 | 1.38 | 32 | 0.05 | 1,874 |
| Florida | 81 | 26,035 | 1.24 | 10,572 | 0.50 | 36,348 |
| Georgia | 62 | 15,817 | 1.47 | 1,175 | 0.11 | 13,309 |
| Hawaii | 1 | 2,896 | 2.04 | 105 | 0.07 | 2,276 |
| Idaho | 103 | 4,229 | 2.81 | 832 | 0.55 | 4,705 |
| Illinois | 623 | 38,460 | 3.28 | 33,600 | 2.86 | 89,176 |
| Indiana | 236 | 21,183 | 3.47 | 12,359 | 2.03 | 34,770 |
| Iowa | 535 | 11,540 | 3.77 | 22,093 | 7.21 | 23,677 |
| Kansas | 318 | 8,623 | 3.44 | 41,521 | 16.55 | 11,615 |
| Kentucky | 120 | 9,144 | 2.06 | 17,178 | 3.87 | 13,413 |
| Louisiana | 67 | 11,417 | 2.48 | 8,437 | 1.83 | 19,921 |
| Maine | 228 | 5,897 | 4.86 | 2,759 | 2.27 | 8,820 |
| Maryland | 24 | 10,077 | 1.67 | 3,022 | 0.50 | 15,902 |
| Massachusetts | 367 | 28,923 | 4.25 | 16,981 | 2.49 | 45,537 |
| Michigan | 396 | 25,928 | 2.63 | 16,144 | 1.64 | 42,192 |
| Minnesota | 136 | 13,475 | 2.39 | 6,134 | 1.09 | 21,981 |
| Mississippi | 53 | 5,464 | 1.83 | 1,245 | 0.42 | 3,613 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Missouri | 149 | 15,456 | 2.83 | 9,558 | 1.75 | 27,681 |
| Montana | 82 | 2,412 | 2.44 | 2,137 | 2.16 | 2,998 |
| Nebraska | 236 | 5,552 | 3.49 | 4,974 | 3.13 | 8,924 |
| Nevada | 22 | 3,688 | 1.21 | 834 | 0.27 | 4,660 |
| New Hampshire | 220 | 5,524 | 4.11 | 6,443 | 4.79 | 9,281 |
| | | | | | | |
| New Jersey | 296 | 25,058 | 2.88 | 13,327 | 1.53 | 338,601 |
| New Mexico | 88 | 4,008 | 2.68 | 808 | 0.54 | 5,365 |
| New York | 756 | 64,494 | 3.33 | 38,647 | 1.99 | 150,098 |
| North Carolina | 82 | 15,426 | 1.48 | 9,483 | 0.91 | 18,137 |
| North Dakota | 73 | 2,079 | 3.05 | 1,146 | 1.68 | 3,474 |
| | | | | | | |
| Ohio | 251 | 37,947 | 3.30 | 110,550 | 9.61 | 92,499 |
| Oklahoma | 119 | 6,152 | 1.91 | 5,814 | 1.81 | 29,317 |
| Oregon | 132 | 8,702 | 2.47 | 8,250 | 2.34 | 12,622 |
| Pennsylvania | 452 | 23,930 | 1.92 | 12,507 | 1.01 | 42,352 |
| Rhode Island | 48 | 3,144 | 2.99 | 3,565 | 3.39 | 4,139 |
| | | | | | | |
| South Carolina | 42 | 8,483 | 1.82 | 3,792 | 0.82 | 36,027 |
| South Dakota | 111 | 2,767 | 3.57 | 2,113 | 2.73 | 3,891 |
| Tennessee | 186 | 10,884 | 1.65 | 25,324 | 3.84 | 9,572 |
| Texas | 544 | 36,348 | 1.38 | 12,865 | 0.49 | 38,501 |
| Utah | 70 | 6,359 | 2.05 | 3,911 | 1.26 | 8,266 |
| | | | | | | |
| Vermont | 162 | 2,747 | 4.74 | 1,448 | 2.50 | 4,742 |
| Virginia | 93 | 15,400 | 1.83 | 15,225 | 1.81 | 21,631 |
| Washington | 60 | 11,857 | 1.59 | 5,304 | 0.71 | 41,722 |
| West Virginia | 97 | 4,736 | 2.56 | 9,085 | 4.90 | 5,121 |
| Wisconsin | 381 | 17,777 | 3.04 | 60,199 | 10.30 | 31,566 |
| Wyoming | 23 | 2,247 | 3.89 | 1,396 | 2.42 | 2,961 |
| | | | | | | |
| Outlying areas | | | | | | |
| American Samoa | 1 | 44 | 0.76 | 1 | 0.02 | 63 |
| Guam | 1 | 279 | 1.65 | 0 | 0.00 | 21 |
| Northern Marianas | 1 | 82 | 1.60 | 5 | 0.10 | 60 |
| Virgin Islands | 1 | 177 | 1.66 | † | † | 77 |

† Not applicable.

[1]Per capita is based on the total unduplicated population of legal service areas. The determination of the unduplicated figure is the responsibility of the state library agency and should be based on the most recent state population figures for jurisdictions in the state.

[2]Total includes the 50 states and the District of Columbia but excludes outlying areas, libraries that closed or temporarily closed in FY 2019, and libraries that do not meet the FSCS Public Library Definition.

NOTE: Detail may not sum to totals because of rounding. Data were not reported by the following outlying area: Puerto Rico. Missing data for were not imputed for nonresponding outlying areas. Additional information on nonsampling error, response rates, and definitions may be found in Data File Documentation Public Libraries Survey: Fiscal year 2019.

SOURCE: IMLS, Public Libraries Survey, FY 2019. Data elements BKVOL, EBOOK, SUBSCRIP, POPU_UND from the Public Library System Data File (PLS_AE_PUD19i) were used to produce this table.

**Table 20A. Number of public library print materials, e-books, and print serial subscriptions per capita in the 50 states and the District of Columbia, by type of material and population of legal service area: Fiscal year 2019**

| Population of legal service area | Number of public libraries | Print materials[1] | | E-books | | Current print serial subscriptions |
|---|---|---|---|---|---|---|
| | | Number (In thous.) | Per capita[1] | Number (In thous.) | Per capita[1] | Number |
| Total[2] | 9,057 | 686,878 | 2.17 | 615,709 | 1.95 | 1,492,225 |
| 1,000,000 or more | 35 | 95,104 | 1.57 | 10,742 | 0.18 | 180,222 |
| 500,000 to 999,999 | 57 | 71,888 | 1.74 | 16,356 | 0.40 | 122,541 |
| 250,000 to 499,999 | 113 | 66,078 | 1.69 | 20,310 | 0.52 | 130,511 |
| 100,000 to 249,999 | 367 | 94,215 | 1.66 | 39,270 | 0.69 | 194,237 |
| 50,000 to 99,999 | 577 | 82,079 | 2.07 | 59,638 | 1.50 | 158,180 |
| 25,000 to 49,999 | 996 | 87,057 | 2.57 | 88,868 | 2.63 | 190,079 |
| 10,000 to 24,999 | 1,761 | 90,102 | 3.29 | 139,004 | 5.07 | 243,339 |
| 5,000 to 9,999 | 1,488 | 44,772 | 4.27 | 84,073 | 8.02 | 172,792 |
| 2,500 to 4,999 | 1,266 | 26,033 | 5.72 | 61,416 | 13.50 | 47,663 |
| 1,000 to 2,499 | 1,467 | 20,838 | 8.64 | 61,218 | 25.39 | 40,259 |
| Less than 1,000 | 930 | 8,711 | 16.40 | 34,814 | 65.54 | 12,402 |

[1]Per capita is based on the total unduplicated population of legal service areas. The determination of the unduplicated figure is the responsibility of the state library agency and should be based on the most recent state population figures for jurisdictions in the state.

[2]Total includes the 50 states and the District of Columbia but excludes outlying areas, libraries that closed or temporarily closed in FY 2019, and libraries that do not meet the FSCS Public Library Definition.

NOTE: Detail may not sum to totals because of rounding. For item(s) with response rates below 100 percent, data for nonrespondents were imputed and are included in the table. Data were not imputed for the outlying areas. Additional information on nonsampling error, response rates, and definitions may be found in Data File Documentation Public Libraries Survey: Fiscal year 2019.

SOURCE: IMLS, Public Libraries Survey, FY 2019. Data elements BKVOL, EBOOK, SUBSCRIP, POPU_LSA, POPU_UND from the Public Library System Data File (PLS_AE_PUD19i) were used to produce this table.

**Table 25. Total collection use, total circulation, physical materials circulation, electronic materials circulation, and retrieval of electronic information per capita, by state: Fiscal year 2019**

| State | Number of public libraries | Total collection use[1] | | Total circulation[2] | | Physical materials circulation | | Electronic materials circulation | | Retrieval of electronic information | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Number (In thous.) | Per capita[3] | Number (In thous.) | Per capita[3] | Number (In thous.) | Per capita[3] | Number (In thous.) | Per capita[3] | Number (In thous.) | Per capita[3] |
| Total[4] | 9,057 | 2,917,327 | 9.22 | 2,171,880 | 6.86 | 1,829,000 | 5.78 | 342,879 | 1.08 | 745,447 | 2.36 |
| Alabama | 220 | 30,436 | 6.40 | 20,606 | 4.33 | 17,039 | 3.58 | 3,568 | 0.75 | 9,829 | 2.07 |
| Alaska | 64 | 5,981 | 9.28 | 5,036 | 7.81 | 3,767 | 5.84 | 1,269 | 1.97 | 944 | 1.47 |
| Arizona | 89 | 58,105 | 8.08 | 49,272 | 6.85 | 35,217 | 4.90 | 14,054 | 1.96 | 8,834 | 1.23 |
| Arkansas | 60 | 15,039 | 5.46 | 14,013 | 5.09 | 11,546 | 4.19 | 2,467 | 0.90 | 1,027 | 0.37 |
| California | 185 | 257,333 | 6.45 | 215,768 | 5.41 | 181,923 | 4.56 | 33,845 | 0.85 | 41,565 | 1.04 |
| Colorado | 112 | 72,395 | 12.92 | 64,123 | 11.44 | 52,058 | 9.29 | 12,065 | 2.15 | 8,272 | 1.48 |
| Connecticut | 180 | 27,463 | 8.33 | 24,927 | 7.56 | 22,383 | 6.79 | 2,544 | 0.77 | 2,536 | 0.77 |
| Delaware | 21 | 5,677 | 5.87 | 5,593 | 5.78 | 5,037 | 5.20 | 557 | 0.58 | 84 | 0.09 |
| District of Columbia | 1 | 6,842 | 9.69 | 4,865 | 6.89 | 3,282 | 4.65 | 1,582 | 2.24 | 1,977 | 2.80 |
| Florida | 81 | 120,099 | 5.71 | 103,314 | 4.92 | 83,422 | 3.97 | 19,892 | 0.95 | 16,786 | 0.80 |
| Georgia | 62 | 37,715 | 3.50 | 35,986 | 3.34 | 31,604 | 2.94 | 4,382 | 0.41 | 1,729 | 0.16 |
| Hawaii | 1 | 37,735 | 26.56 | 5,625 | 3.96 | 4,747 | 3.34 | 878 | 0.62 | 32,110 | 22.60 |
| Idaho | 103 | 17,647 | 11.71 | 16,379 | 10.87 | 14,453 | 9.59 | 1,925 | 1.28 | 1,268 | 0.84 |
| Illinois | 623 | 133,633 | 11.39 | 105,752 | 9.02 | 94,659 | 8.07 | 11,093 | 0.95 | 27,881 | 2.38 |
| Indiana | 236 | 82,149 | 13.47 | 65,173 | 10.68 | 51,804 | 8.49 | 13,370 | 2.19 | 16,976 | 2.78 |
| Iowa | 535 | 27,205 | 8.88 | 24,515 | 8.01 | 21,720 | 7.09 | 2,796 | 0.91 | 2,690 | 0.88 |
| Kansas | 318 | 26,561 | 10.59 | 25,225 | 10.05 | 22,923 | 9.14 | 2,302 | 0.92 | 1,336 | 0.53 |
| Kentucky | 120 | 34,438 | 7.75 | 28,888 | 6.50 | 24,675 | 5.55 | 4,213 | 0.95 | 5,550 | 1.25 |
| Louisiana | 67 | 38,681 | 8.39 | 21,990 | 4.77 | 17,787 | 3.86 | 4,203 | 0.91 | 16,690 | 3.62 |
| Maine | 228 | 8,566 | 7.06 | 7,993 | 6.59 | 7,420 | 6.11 | 573 | 0.47 | 574 | 0.47 |
| Maryland | 24 | 65,104 | 10.82 | 56,180 | 9.34 | 48,837 | 8.12 | 7,343 | 1.22 | 8,924 | 1.48 |
| Massachusetts | 367 | 62,471 | 9.17 | 54,839 | 8.05 | 47,195 | 6.93 | 7,643 | 1.12 | 7,632 | 1.12 |
| Michigan | 396 | 81,964 | 8.32 | 75,915 | 7.71 | 66,009 | 6.70 | 9,905 | 1.01 | 6,049 | 0.61 |
| Minnesota | 136 | 55,524 | 9.85 | 51,248 | 9.09 | 43,505 | 7.71 | 7,743 | 1.37 | 4,276 | 0.76 |
| Mississippi | 53 | 8,369 | 2.80 | 6,690 | 2.24 | 6,355 | 2.13 | 335 | 0.11 | 1,679 | 0.56 |
| Missouri | 149 | 59,399 | 10.87 | 51,838 | 9.49 | 43,315 | 7.93 | 8,522 | 1.56 | 7,562 | 1.38 |
| Montana | 82 | 6,380 | 6.45 | 6,121 | 6.19 | 5,049 | 5.11 | 1,072 | 1.08 | 259 | 0.26 |
| Nebraska | 236 | 14,615 | 9.20 | 13,682 | 8.61 | 11,687 | 7.35 | 1,995 | 1.26 | 933 | 0.59 |
| Nevada | 22 | 20,719 | 6.78 | 17,397 | 5.69 | 13,900 | 4.55 | 3,496 | 1.14 | 3,322 | 1.09 |
| New Hampshire | 220 | 10,978 | 8.16 | 10,037 | 7.46 | 8,611 | 6.40 | 1,426 | 1.06 | 941 | 0.70 |
| New Jersey | 296 | 55,730 | 6.40 | 51,097 | 5.87 | 45,592 | 5.24 | 5,505 | 0.63 | 4,633 | 0.53 |
| New Mexico | 88 | 11,799 | 7.88 | 9,350 | 6.25 | 7,417 | 4.96 | 1,932 | 1.29 | 2,449 | 1.64 |
| New York | 756 | 118,851 | 6.13 | 110,536 | 5.70 | 92,846 | 4.79 | 17,690 | 0.91 | 8,315 | 0.43 |
| North Carolina | 82 | 60,823 | 5.85 | 51,051 | 4.91 | 43,788 | 4.21 | 7,263 | 0.70 | 9,772 | 0.94 |
| North Dakota | 73 | 3,833 | 5.62 | 3,542 | 5.20 | 3,008 | 4.41 | 534 | 0.78 | 291 | 0.43 |
| Ohio | 251 | 200,781 | 17.46 | 178,937 | 15.56 | 152,524 | 13.26 | 26,412 | 2.30 | 21,845 | 1.90 |
| Oklahoma | 119 | 30,181 | 9.37 | 25,524 | 7.93 | 20,659 | 6.42 | 4,866 | 1.51 | 4,657 | 1.45 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Oregon | 132 | 56,189 | 15.96 | 54,174 | 15.39 | 46,402 | 13.18 | 7,773 | 2.21 | 2,014 | 0.57 |
| Pennsylvania | 452 | 79,572 | 6.40 | 64,084 | 5.15 | 55,008 | 4.42 | 9,076 | 0.73 | 15,489 | 1.25 |
| Rhode Island | 48 | 363,506 | 345.35 | 6,675 | 6.34 | 5,735 | 5.45 | 940 | 0.89 | 356,830 | 339.01 |
| South Carolina | 42 | 32,747 | 7.04 | 24,546 | 5.28 | 20,070 | 4.31 | 4,476 | 0.96 | 8,201 | 1.76 |
| South Dakota | 111 | 6,251 | 8.07 | 5,822 | 7.52 | 5,021 | 6.49 | 801 | 1.03 | 429 | 0.55 |
| Tennessee | 186 | 32,865 | 4.98 | 28,621 | 4.34 | 21,799 | 3.30 | 6,823 | 1.03 | 4,244 | 0.64 |
| Texas | 544 | 155,669 | 5.93 | 116,451 | 4.44 | 99,182 | 3.78 | 17,269 | 0.66 | 39,218 | 1.49 |
| Utah | 70 | 36,702 | 11.85 | 35,488 | 11.46 | 29,821 | 9.63 | 5,667 | 1.83 | 1,213 | 0.39 |
| Vermont | 162 | 4,385 | 7.56 | 4,201 | 7.25 | 3,765 | 6.49 | 436 | 0.75 | 184 | 0.32 |
| Virginia | 93 | 69,932 | 8.32 | 60,979 | 7.26 | 51,789 | 6.16 | 9,190 | 1.09 | 8,953 | 1.07 |
| Washington | 60 | 95,175 | 12.80 | 86,800 | 11.67 | 65,465 | 8.80 | 21,335 | 2.87 | 8,376 | 1.13 |
| West Virginia | 97 | 8,291 | 4.47 | 6,413 | 3.46 | 5,228 | 2.82 | 1,185 | 0.64 | 1,878 | 1.01 |
| Wisconsin | 381 | 57,618 | 9.86 | 54,093 | 9.26 | 47,958 | 8.21 | 6,136 | 1.05 | 3,524 | 0.60 |
| Wyoming | 23 | 7,204 | 12.47 | 4,506 | 7.80 | 3,995 | 6.91 | 511 | 0.88 | 2,698 | 4.67 |
| Outlying areas | | | | | | | | | | | |
| American Samoa | 1 | 9 | 0.15 | 9 | 0.15 | 8 | 0.14 | 1 | 0.01 | 0 | 0.00 |
| Guam | 1 | 34 | 0.20 | 34 | 0.20 | 34 | 0.20 | 0 | 0.00 | 0 | 0.00 |
| Northern Marianas | 1 | 54 | 1.06 | 54 | 1.06 | 46 | 0.90 | 8 | 0.16 | 0 | 0.00 |
| Virgin Islands | 1 | 13 | 0.12 | 13 | 0.12 | 13 | 0.12 | 0 | † | 0 | † |

† Not applicable.

[1]Total collection use is the sum of physical materials circulation, electronic materials circulation, and retrieval of electronic information.

[2]Total circulation is the sum of physical materials circulation and electronic materials circulation.

[3]Per capita is based on the total unduplicated population of legal service areas. The determination of the unduplicated figure is the responsibility of the state library agency and should be based on the most recent state population figures for jurisdictions in the state.

[4]Total includes the 50 states and the District of Columbia but excludes outlying areas, libraries that closed or temporarily closed in FY 2019, and libraries that do not meet the FSCS Public Library Definition.

NOTE: Detail may not sum to totals because of rounding. Data were not reported by the following outlying area: Puerto Rico. Missing data were not imputed for nonresponding outlying areas. Additional information on nonsampling error, response rates, and definitions may be found in Data File Documentation Public Libraries Survey: Fiscal year 2019.

SOURCE: IMLS, Public Libraries Survey, FY 2019. Data elements TOTCOLL, TOTCIR, PHYSCIR, ELMATCIR, ELINFO, POPU_UND from the Public Library System Data File (PLS_AE_PUD19i) were used to produce this table.

**Table 25A. Total collection use, physical materials circulation, electronic materials circulation, and retrieval of electronic information per capita in the 50 states and the District of Columbia, by population of legal service area: Fiscal year 2019**

| Population of legal service area | Number of public libraries | Total collection use[1] | | Total circulation[2] | | Physical materials circulation | | Electronic materials circulation | | Retrieval of electronic information | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Number (In thous.) | Per capita[3] | Number (In thous.) | Per capita[3] | Number (In thous.) | Per capita[3] | Number (In thous.) | Per capita[3] | Number (In thous.) | Per capita[3] |
| Total[4] | 9,057 | 2,917,327 | 9.22 | 2,171,880 | 6.86 | 1,829,000 | 5.78 | 342,879 | 1.08 | 745,447 | 2.36 |
| 1,000,000 or more | 35 | 421,222 | 6.98 | 332,486 | 5.51 | 261,979 | 4.34 | 70,507 | 1.17 | 88,736 | 1.47 |
| 500,000 to 999,999 | 57 | 428,508 | 10.37 | 355,389 | 8.60 | 286,127 | 6.92 | 69,261 | 1.68 | 73,119 | 1.77 |
| 250,000 to 499,999 | 113 | 343,186 | 8.79 | 284,768 | 7.29 | 234,357 | 6.00 | 50,411 | 1.29 | 58,418 | 1.50 |
| 100,000 to 249,999 | 367 | 440,667 | 7.76 | 358,665 | 6.32 | 306,930 | 5.41 | 51,735 | 0.91 | 82,001 | 1.44 |
| 50,000 to 99,999 | 577 | 346,310 | 8.74 | 268,642 | 6.78 | 235,360 | 5.94 | 33,282 | 0.84 | 77,668 | 1.96 |
| 25,000 to 49,999 | 996 | 351,457 | 10.39 | 241,498 | 7.14 | 213,095 | 6.30 | 28,402 | 0.84 | 109,960 | 3.25 |
| 10,000 to 24,999 | 1,761 | 360,602 | 13.15 | 201,498 | 7.35 | 177,081 | 6.46 | 24,417 | 0.89 | 159,103 | 5.80 |
| 5,000 to 9,999 | 1,488 | 144,918 | 13.82 | 73,890 | 7.05 | 65,440 | 6.24 | 8,449 | 0.81 | 71,029 | 6.77 |
| 2,500 to 4,999 | 1,266 | 49,668 | 10.92 | 32,586 | 7.16 | 28,641 | 6.30 | 3,946 | 0.87 | 17,081 | 3.76 |
| 1,000 to 2,499 | 1,467 | 26,239 | 10.88 | 18,021 | 7.47 | 16,030 | 6.65 | 1,992 | 0.83 | 8,217 | 3.41 |
| Less than 1,000 | 930 | 4,551 | 8.57 | 4,436 | 8.35 | 3,960 | 7.45 | 476 | 0.90 | 115 | 0.22 |

[1]Total collection use is the sum of physical materials circulation, electronic materials circulation, and retrieval of electronic information.

[2]Total circulation is the sum of physical materials circulation and electronic materials circulation.

[3]Per capita is based on the total unduplicated population of legal service areas. The determination of the unduplicated figure is the responsibility of the state library agency and should be based on the most recent state population figures for jurisdictions in the state.

[4]Total includes the 50 states and the District of Columbia but excludes outlying areas, libraries that closed or temporarily closed in FY 2019, and libraries that do not meet the FSCS Public Library Definition.

NOTE: Detail may not sum to totals because of rounding. For item(s) with response rates below 100 percent, data for nonrespondents were imputed and are included in the table. Data were not imputed for the outlying areas. Additional information on nonsampling error, response rates, and definitions may be found in Data File Documentation Public Libraries Survey: Fiscal year 2019.

SOURCE: IMLS, Public Libraries Survey, FY 2019. Data elements TOTCOLL, TOTCIR, PHYSCIR, ELMATCIR, ELINFO, POPU_LSA, POPU_UND from the Public Library System Data File (PLS_AE_PUD19i) were used to produce this table.