# Weber Declaration
# Exhibit 18

# FILED UNDER SEAL