Weber Declaration

Exhibit 19

FILED UNDER SEAL