# Weber Declaration
# Exhibit 20

# FILED UNDER SEAL