# Weber Declaration
# Exhibit 21

# FILED UNDER SEAL