# Weber Declaration
# Exhibit 22

# FILED UNDER SEAL