# Weber Declaration Exhibit 23

# FILED UNDER SEAL