# Weber Declaration
# Exhibit 24

# FILED UNDER SEAL