# Weber Declaration
# Exhibit 25

# FILED UNDER SEAL