Weber Declaration

Exhibit 26

```
 1              UNITED STATES DISTRICT COURT

 2         FOR THE SOUTHERN DISTRICT OF NEW YORK

 3   ---------------------------------------------x

 4   HACHETTE BOOK GROUP, INC.,

     HARPERCOLLINS PUBLISHERS LLC,

 5   JOHN WILEY & SONS, INC., and

     PENGUIN RANDOM HOUSE LLC,

 6

 7                   Plaintiffs,

 8   vs.                         Case No.

                                 1:20-cv-04160-JGK

 9

     INTERNET ARCHIVE and DOES 1

10   through 5, inclusive,

11                   Defendants.

12   ---------------------------------------------x

13

14      VIDEOTAPED RULE 30(B)(1) AND RULE 30(B)(6)

15         DEPOSITION OF HACHETTE BOOK GROUP

16          CORPORATE DESIGNEE: SKIP DYE

17            Remote Zoom Proceedings

18           Thursday, November 18, 2021

19

20

21

22   Job No. 4867650

23   Reported By: Lynne Ledanois, CSR 6811

24   Pages 1 - 390

25
```

                                                                 Page 1

Veritext Legal Solutions
866 299-5127

```
 1    for a number of reasons."                    12:25PM
 2            And we've talked about two          12:25PM
 3    of those reasons, their view of             12:25PM
 4    ownership and their relationship with       12:25PM
 5    the Internet Archive.                       12:25PM
 6            Were there any others?              12:25PM
 7      A     The SimplyE app was an app          12:25PM
 8    that was created by the New York            12:25PM
 9    Public Library and some other              12:25PM
10    libraries I referred to.                    12:25PM
11            It was having problems             12:25PM
12    crashing.  Some of our other               12:25PM
13    aggregators, Baker & Taylor for one,       12:26PM
14    was also using the SimplyE app along       12:26PM
15    with some other apps that they had         12:26PM
16    well.                                       12:26PM
17            And so it was constantly           12:26PM
18    having -- it being down.                    12:26PM
19      Q     Okay.  Any other reasons?          12:26PM
20      A     Not that I recall.                  12:26PM
21      Q     Okay.  One last question           12:26PM
22    about this.                                 12:26PM
23            If you go to the second page       12:26PM
24    of this thread, at the very top, the       12:26PM
25    sentence that says, in an email you        12:26PM
```

Page 95

|    |                                          |          |
|----|------------------------------------------|----------|
| 1  | wrote, "The Internet Archive is trying   | 12:26PM  |
| 2  | to use an as yet unproven legal          | 12:26PM  |
| 3  | argument called 'controlled digital      | 12:26PM  |
| 4  | lending' as legal cover for the Open     | 12:26PM  |
| 5  | Library."                                | 12:26PM  |
| 6  | Do you see that?                         | 12:26PM  |
| 7  | A    Yes.                                | 12:26PM  |
| 8  | Q    Do you remember what you            | 12:26PM  |
| 9  | meant by that sentence?                  | 12:26PM  |
| 10 | A    That -- yes, that they              | 12:26PM  |
| 11 | were -- Internet Archive was believing   | 12:27PM  |
| 12 | and supporting the whole idea of         | 12:27PM  |
| 13 | controlled digital lending.  And they    | 12:27PM  |
| 14 | believed that the open -- that they --   | 12:27PM  |
| 15 | was supporting some of the people        | 12:27PM  |
| 16 | on -- it's a sort of internal            | 12:27PM  |
| 17 | controversy at DPL itself was that.      | 12:27PM  |
| 18 | So that's what that was about.           | 12:27PM  |
| 19 | Q    What is your understanding          | 12:27PM  |
| 20 | of "controlled digital lending" as       | 12:27PM  |
| 21 | you've used the term in your email       | 12:27PM  |
| 22 | here?                                    | 12:27PM  |
| 23 | A    Controlled digital lending          | 12:27PM  |
| 24 | is if an institution or a library has    | 12:27PM  |
| 25 | a physical copy of a title that they     | 12:27PM  |

Page 96

```
 1    can scan and put that book aside,          12:27PM
 2    physical book aside and do a               12:27PM
 3    one-for-one lend of the digital scan       12:27PM
 4    that they made of that book.               12:27PM
 5        Q    And by "one-for-one lend,"        12:27PM
 6    what do you mean?                          12:28PM
 7        A    That it is one book, one          12:28PM
 8    user.  So if they have scanned that        12:28PM
 9    book, that physical book, they cannot      12:28PM
10    lend out that physical book if they've     12:28PM
11    also lent out the scanned version of       12:28PM
12    that book, both of which is not -- if      12:28PM
13    it is under copyright is illegal to        12:28PM
14    do.                                        12:28PM
15        Q    Why do you think that is          12:28PM
16    illegal to do?                             12:28PM
17        A    Because an e-Book is not the      12:28PM
18    same thing as a hardcover book.  An        12:28PM
19    e-Book is lendable umpteen multiple of     12:28PM
20    times.                                     12:28PM
21             They are not equal, they are      12:28PM
22    not the same.  An e-Book can be -- one     12:28PM
23    file could satisfy the needs of the        12:28PM
24    world.                                     12:28PM
25        Q    What do you mean by "satisfy      12:28PM
```

Veritext Legal Solutions
866 299-5127

```
 1    the needs of the world"?                    12:28PM
 2        A      That one e-Book file could        12:28PM
 3    be checked out a multitude of times.        12:29PM
 4    You don't need to basically                 12:29PM
 5    distribute -- like a physical book          12:29PM
 6    you'd have to distribute multiple           12:29PM
 7    copies of.                                   12:29PM
 8            For an e-Book, you can just,         12:29PM
 9    with very little to no cost, make a         12:29PM
10    copy and distribute that e-Book.            12:29PM
11        Q      Okay.  I want to switch          12:29PM
12    gears a little bit here.  I wanted to       12:29PM
13    ask you about the type of market           12:29PM
14    research and analysis that PRH does.        12:29PM
15            And my first question in            12:29PM
16    this line is:  Has PRH studied or           12:29PM
17    analyzed how long after publication of      12:29PM
18    a title peak sales of that title            12:29PM
19    typically occur?                            12:29PM
20            MS. STEINMAN:  Objection.  I        12:29PM
21        would also note that is not a           12:29PM
22        30(b)(6) topic of Mr. Dye.  He can      12:29PM
23        answer if he knows within his           12:29PM
24        personal knowledge.                     12:29PM
25            MS. LANIER:  He's designated        12:29PM
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | for Topic 17 and that's literally | 12:29PM |
| 2 | in Topic 17. | 12:30PM |
| 3 | Q    Go ahead, Mr. Dye. | 12:30PM |
| 4 | A    I know that many groups in | 12:30PM |
| 5 | our -- look at the life span of a | 12:30PM |
| 6 | title and there's sales up and down. | 12:30PM |
| 7 | So I am aware of a variety | 12:30PM |
| 8 | of stuff as people look at to acquire | 12:30PM |
| 9 | new books by the same author, look to | 12:30PM |
| 10 | see different subject matters. | 12:30PM |
| 11 | Q    Okay.  When is the -- when | 12:30PM |
| 12 | is the typical peak of sales relative | 12:30PM |
| 13 | to when a title is published? | 12:30PM |
| 14 | MS. STEINMAN:  Could we | 12:30PM |
| 15 | pause for a second?  Off the | 12:30PM |
| 16 | record. | 12:30PM |
| 17 | I do not believe this is one | 12:30PM |
| 18 | of his topics.  So give me a | 12:30PM |
| 19 | second, please. | 12:30PM |
| 20 | MS. LANIER:  Should we go | 12:30PM |
| 21 | off the record? | 12:30PM |
| 22 | MS. STEINMAN:  Yes. | 12:30PM |
| 23 | MS. LANIER:  Let's go off | 12:30PM |
| 24 | the record, John.  Thank you. | 12:30PM |
| 25 | VIDEOGRAPHER:  We're off the | 12:30PM |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | record.  It's 12:30 p.m. | 12:30PM |
| 2 | (Recess taken.) | 12:30PM |
| 3 | VIDEOGRAPHER:  We're back on | 12:31PM |
| 4 | the record.  It's 12:31 p.m. | 12:31PM |
| 5 | MS. LANIER:  Ms. Steinman | 12:31PM |
| 6 | has objected that this question is | 12:31PM |
| 7 | outside of Topic 17 and it falls | 12:32PM |
| 8 | under Topic 17G.  At any rate, I | 12:32PM |
| 9 | will pose the question again. | 12:32PM |
| 10 | MS. STEINMAN:  Yes.  And | 12:32PM |
| 11 | that was revised by the parties in | 12:32PM |
| 12 | their agreement. | 12:32PM |
| 13 | Again, you can go ahead and | 12:32PM |
| 14 | question him, but this is not a | 12:32PM |
| 15 | 30(b)(6) topic. | 12:32PM |
| 16 | MS. LANIER:  Objections | 12:32PM |
| 17 | noted. | 12:32PM |
| 18 | Q    When for a typical book does | 12:32PM |
| 19 | the peak sales revenue occur relative | 12:32PM |
| 20 | to when that book is published? | 12:32PM |
| 21 | A    I can't speculate for that. | 12:32PM |
| 22 | All children are different, as I say. | 12:32PM |
| 23 | Q    Okay.  For a nonfiction | 12:32PM |
| 24 | book, when is the typical peak of | 12:32PM |
| 25 | sales relative to their publication? | 12:32PM |

Page 100

```
 1       A     Again, I cannot -- sorry,        12:32PM
 2   but I cannot really address that           12:32PM
 3   because every book has its own life        12:32PM
 4   and its own story.                         12:32PM
 5       Q     You mentioned that PRH and       12:33PM
 6   different divisions in PRH have            12:33PM
 7   studies those or analyzed when peak        12:33PM
 8   sales of titles occur.                     12:33PM
 9           What have been the results         12:33PM
10   of those studies?                          12:33PM
11           MS. STEINMAN:  Objection.          12:33PM
12           THE WITNESS:  I don't know         12:33PM
13       what has been the results of those     12:33PM
14       studies.  I only know when we talk     12:33PM
15       about that, you know, books, gift      12:33PM
16       books sell a lot in the fall          12:33PM
17       season for Christmas gift giving.      12:33PM
18           But basically it's more           12:33PM
19       around things we do in sales          12:33PM
20       related to promotions and             12:33PM
21       Halloween books sell best during      12:33PM
22       Halloween.                            12:33PM
23   BY MS. LANIER:                            12:33PM
24       Q     Okay.  So it would be           12:33PM
25   variable, then, when peak sales would     12:33PM
```

Page 101

```
 1    occur for a title?                        12:33PM

 2        A     It could be.                     12:34PM

 3        Q     Has PRH studied when peak        12:34PM

 4    circulation at libraries occurs for       12:34PM

 5    e-Books relative to when a title is       12:34PM

 6    published?                                12:34PM

 7        A     We have tried to study that.     12:34PM

 8    Again, it's hard to get conducive          12:34PM

 9    information because a lot of that          12:34PM

10    information is either in an aggregate      12:34PM

11    that's not always -- it's more             12:34PM

12    directional.                               12:34PM

13        Q     What do you mean by "more        12:34PM

14    directional"?                              12:34PM

15        A     You can't get exact numbers      12:34PM

16    from stuff like you can from book          12:34PM

17    store sales that are going on that are     12:34PM

18    directly things that are sold directly     12:34PM

19    from our -- we sell direct to book         12:34PM

20    stores.  We do not sell direct             12:34PM

21    necessarily to libraries.                  12:34PM

22        Q     Do aggregators provide PRH       12:34PM

23    with circulation information?              12:35PM

24        A     They do, yes.  They can.         12:35PM

25        Q     Is the circulation data that     12:35PM
```

Veritext Legal Solutions
866 299-5127

| | |
|---|---|
| 1 | aggregators provide to PRH, does that | 12:35PM |
| 2 | enable PRH to conduct this kind of | 12:35PM |
| 3 | analysis? | 12:35PM |
| 4 | A     It's difficult because the | 12:35PM |
| 5 | data is not presented easily in a way. | 12:35PM |
| 6 | There is no way -- there's not a way | 12:35PM |
| 7 | for me to easily pull out chunks of | 12:35PM |
| 8 | information which is purposeful on | 12:35PM |
| 9 | that information. | 12:35PM |
| 10 | Also, it depends on if the | 12:35PM |
| 11 | library refuses to share it.  Again, | 12:35PM |
| 12 | it's a transaction between the | 12:35PM |
| 13 | aggregator. | 12:35PM |
| 14 | Q     When you say the data is | 12:35PM |
| 15 | difficult to pull out, is that because | 12:35PM |
| 16 | of the way it's formatted or is it | 12:35PM |
| 17 | encrypted?  I'm just not sure I'm | 12:35PM |
| 18 | understanding. | 12:35PM |
| 19 | A     It's the way the platform is | 12:35PM |
| 20 | created.  It's not related to | 12:35PM |
| 21 | encryption.  It's just the ease of | 12:35PM |
| 22 | use. | 12:36PM |
| 23 | Q     Got it.  Based on the | 12:36PM |
| 24 | analysis PRH has been able to do about | 12:36PM |
| 25 | circulation data, is there a time | 12:36PM |

Page 103

```
1    relative to when a title is published        12:36PM
2    where circulation peaks?                      12:36PM
3        A    Factors are similar to that          12:36PM
4    in the consumer world.  So if it's a          12:36PM
5    movie that's coming out or if it's --         12:36PM
6    if it is a TV show that's coming out          12:36PM
7    or if it's a new book by an author,           12:36PM
8    all of those could be factors.                12:36PM
9            The work we do is basically           12:36PM
10   trying to look at -- we've never been         12:36PM
11   able to look at it holistically.              12:36PM
12   There is no way to get a picture of           12:36PM
13   all the library activity that goes on         12:36PM
14   in the United States.                         12:36PM
15       Q    Okay.  So if I'm                     12:36PM
16   understanding your explanation                12:37PM
17   correctly, factors that would affect          12:37PM
18   circulation of a title would also             12:37PM
19   affect factors of revenue for that            12:37PM
20   title; is that accurate?                      12:37PM
21       A    Potentially, it can.                 12:37PM
22       Q    Okay.  When would it not?            12:37PM
23       A    When would it not?  Well,            12:37PM
24   you can't conducively say based               12:37PM
25   upon -- we don't have conducive data          12:37PM
```

Veritext Legal Solutions
866 299-5127

```
 1    to really bring out that point.              12:37PM
 2         Q    Okay.  So you mentioned            12:37PM
 3    seasonal factors having an effect.           12:37PM
 4         A    Uh-huh.                            12:37PM
 5         Q    You mentioned I think the          12:37PM
 6    type of book might have an effect.           12:37PM
 7              What other factors might           12:37PM
 8    affect circulation numbers relative to       12:37PM
 9    data publication or revenue relative         12:37PM
10    to data publication?                         12:38PM
11         A    It would be availability of        12:38PM
12    the title in open archive because we         12:38PM
13    don't necessarily see the circulation        12:38PM
14    data that library -- the library -- we       12:38PM
15    don't get that data, what is                 12:38PM
16    circulated, by that particular library       12:38PM
17    if it's -- if they have that book            12:38PM
18    available from that piece.                   12:38PM
19              So we do see that that has         12:38PM
20    the harm to our marketplace.                 12:38PM
21              So there could be factors to       12:38PM
22    where circulation we may see is down         12:38PM
23    but that may be attributed to the            12:38PM
24    patrons are getting and circulating          12:38PM
25    and downloading that book from               12:38PM
```

Page 105

| | | |
|---|---|---|
| 1 | Internet Archive instead of going | 12:38PM |
| 2 | through their legitimate means. | 12:38PM |
| 3 | Q Does PRH have any data to | 12:38PM |
| 4 | suggest that fluctuations in | 12:38PM |
| 5 | circulation or revenue are tied to | 12:38PM |
| 6 | titles being available on the Internet | 12:38PM |
| 7 | Archive? | 12:38PM |
| 8 | MS. STEINMAN: Objection. | 12:38PM |
| 9 | Go ahead. | 12:38PM |
| 10 | THE WITNESS: It's just | 12:39PM |
| 11 | common knowledge. If it's | 12:39PM |
| 12 | available someplace else -- if | 12:39PM |
| 13 | somebody is looking for it and | 12:39PM |
| 14 | it's available someplace else for | 12:39PM |
| 15 | them to check out, because it's | 12:39PM |
| 16 | not available from the library, it | 12:39PM |
| 17 | stands to reason that people who | 12:39PM |
| 18 | are wanting to read it will | 12:39PM |
| 19 | download it where they can get it. | 12:39PM |
| 20 | That patron, if they can't | 12:39PM |
| 21 | find it on their library's | 12:39PM |
| 22 | website, will go to Internet | 12:39PM |
| 23 | Archive and see it there and | 12:39PM |
| 24 | download it. | 12:39PM |
| 25 | | |

Veritext Legal Solutions
866 299-5127

BY MS. LANIER:                              12:39PM

2        Q    Do you have evidence that        12:39PM

3    that occurred?                             12:39PM

4        A    I would say it's common          12:39PM

5    sense that if a reader wants to read,      12:39PM

6    they're going to try to find how to        12:39PM

7    read the book.                             12:39PM

8        Q    Okay.  So you don't have         12:39PM

9    evidence then apart from common sense?     12:39PM

10            MS. STEINMAN:  Objection.         12:39PM

11       Go ahead, Skip.                        12:39PM

12            THE WITNESS:  I don't             12:39PM

13       have -- I don't have any evidence.     12:39PM

14   BY MS. LANIER:                             12:39PM

15       Q    We sort of started talking       12:39PM

16   about this a little bit, but I do want     12:39PM

17   to talk about other factors that might     12:40PM

18   affect how a title would perform both      12:40PM

19   in terms of revenue and circulation.       12:40PM

20            Might the fact that -- I'll       12:40PM

21   list some ideas.  You tell me if that      12:40PM

22   might affect a title or not.               12:40PM

23            The identity of the author        12:40PM

24   and whether the author has published a     12:40PM

25   book before?                               12:40PM

                                  Page 107

```
 1           MS. STEINMAN:  Objection.        12:40PM
 2      Go ahead.                             12:40PM
 3           THE WITNESS:  Can I ask you      12:40PM
 4      for clarification?                    12:40PM
 5           MS. LANIER:  Please.             12:40PM
 6           THE WITNESS:  I apologize.       12:40PM
 7      I don't understand what you're        12:40PM
 8      asking when you -- can you ask        12:40PM
 9      again that question that you're       12:40PM
10      wanting answers to your variety of    12:40PM
11      situations that you're going to       12:40PM
12      relay?                                12:40PM
13           I apologize, I just didn't       12:40PM
14      grasp the two in my head.             12:40PM
15 BY MS. LANIER:                             12:40PM
16      Q    No trouble at all.  Happy to     12:40PM
17 do it.  It was an inartfully worded        12:40PM
18 question, so I'll take another stab at     12:40PM
19 it.                                        12:40PM
20      A    Okay.                            12:40PM
21      Q    So I'm trying to get a sense     12:40PM
22 of factors that might affect how a         12:40PM
23 title will perform commercially.           12:40PM
24           Revenue, circulation, you        12:41PM
25 mentioned earlier that sometimes the       12:41PM
```

Veritext Legal Solutions
866 299-5127

```
 1    same factors might affect each.              12:41PM
 2           So I just wanted to get a             12:41PM
 3    sense from you of factors based on           12:41PM
 4    your experience, long experience in          12:41PM
 5    publishing that might affect how a           12:41PM
 6    title performs or how popular a title        12:41PM
 7    is.                                          12:41PM
 8           Can you think of examples of          12:41PM
 9    factors?                                     12:41PM
10           MS. STEINMAN:  Objection to           12:41PM
11        form.  Go ahead.                         12:41PM
12           THE WITNESS:  I mean, I               12:41PM
13        don't know how -- I'll list -- I         12:41PM
14        have a list that's an arm long or        12:41PM
15        longer, your arm or mine or both,        12:41PM
16        of factors that played into it.          12:41PM
17           So I don't -- the other               12:41PM
18        stuff would be speculation at this       12:41PM
19        point.  If I knew, then it would         12:41PM
20        be a lottery ticket that I would         12:41PM
21        need to play because then I could        12:42PM
22        have and get some stuff.                 12:42PM
23           But there is a myriad of              12:42PM
24        factors, not least of -- it's the        12:42PM
25        author, the topic, publicity,            12:42PM
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | marketing, promotion. | 12:42PM |
| 2 | BY MS. LANIER: | 12:42PM |
| 3 | Q    Okay.  Would it be accurate | 12:42PM |
| 4 | to say that some of the myriad of | 12:42PM |
| 5 | factors to which you alluded might | 12:42PM |
| 6 | affect revenue for one title but not | 12:42PM |
| 7 | another? | 12:42PM |
| 8 | A    That, again, is it's | 12:42PM |
| 9 | possible; but again, it's hard to be | 12:42PM |
| 10 | specific because the -- again, | 12:42PM |
| 11 | overthinking your question is that | 12:42PM |
| 12 | what you're saying -- each of them are | 12:42PM |
| 13 | different.  If you have a title, | 12:42PM |
| 14 | specific title you want to talk about, | 12:42PM |
| 15 | if I know about it, I can speculate. | 12:42PM |
| 16 | But that's not really what | 12:42PM |
| 17 | I'm here to do.  I'm -- I'll just | 12:42PM |
| 18 | telling you what I know, so... | 12:43PM |
| 19 | Q    Do you ever -- strike that. | 12:43PM |
| 20 | Let's back up. | 12:43PM |
| 21 | Are you aware of any | 12:43PM |
| 22 | forecasting or projection of how much | 12:43PM |
| 23 | revenue a title will earn that's done | 12:43PM |
| 24 | at PRH? | 12:43PM |
| 25 | A    I know that we do basically | 12:43PM |

Page 110

```
 1    P&Ls for each of our titles, yes.  I        12:43PM
 2    do know that.                                12:43PM
 3        Q    At what stage in the               12:43PM
 4    publication of the title does that P&L       12:43PM
 5    occur?                                       12:43PM
 6            MS. STEINMAN:  Objection,            12:43PM
 7        assumes -- go ahead.                     12:43PM
 8            THE WITNESS:  This is not my         12:43PM
 9        expertise.  I mean, I'm not in the       12:43PM
10        acquisition piece of it.                 12:43PM
11            I know that it's part of the         12:43PM
12        acquisition process.  Where it           12:43PM
13        comes in that acquisition process        12:43PM
14        and the decision, that's the             12:43PM
15        decision of the publishers to            12:43PM
16        make.                                    12:43PM
17            So the decisions they make           12:43PM
18        are their decisions they make for        12:44PM
19        their publishing division.               12:44PM
20    BY MS. LANIER:                               12:44PM
21        Q    So when you say "acquisition        12:44PM
22    process," is that before PRH gets the        12:44PM
23    rights to publish a title?                   12:44PM
24        A    I'm talking about when they         12:44PM
25    sit down and decide if they want to          12:44PM
```

Page 111

```
 1    acquire a book, there is a whole            12:44PM
 2    process in place that they go through.      12:44PM
 3           Just as if you're wanting to         12:44PM
 4    go and buy a car, there is a process        12:44PM
 5    that you go through to assess what          12:44PM
 6    kind of car you want to buy.                12:44PM
 7       Q    Got it.  So what data, what         12:44PM
 8    factors does PRH look at when putting       12:44PM
 9    together a P&L in the acquisition           12:44PM
10    phase of the title?                         12:44PM
11           MS. STEINMAN:  Objection.            12:44PM
12        You can ask Mr. Dye whether he is       12:44PM
13        involved and/or he does this, but       12:44PM
14        you can't ask him what PRH does on      12:44PM
15        this topic.                             12:44PM
16           This is so far beyond what           12:44PM
17        he does in his daily work and he's      12:44PM
18        not a 30(b)(6) witness on this          12:45PM
19        topic.                                  12:45PM
20    BY MS. LANIER:                              12:45PM
21       Q    Please answer the question,         12:45PM
22    Mr. Dye.                                    12:45PM
23       A    This is not my -- I mean,           12:45PM
24    it's not my -- this is not what I do.       12:45PM
25           You know, I -- as I said             12:45PM
```

Veritext Legal Solutions
866 299-5127

```
 1    earlier, I'm involved in the              12:45PM
 2    pediatrician side.  The kid is already    12:45PM
 3    born.  I'm not in the whole creation      12:45PM
 4    side.                                     12:45PM
 5            So I really can't speak to        12:45PM
 6    that.                                     12:45PM
 7       Q    Okay.  What kind of analysis      12:45PM
 8    does PRH do when it's considering what    12:45PM
 9    licensing structures to use to convey     12:45PM
10    e-Books?                                  12:45PM
11            MS. STEINMAN:  Objection.         12:45PM
12       Go ahead, Skip.                        12:45PM
13            THE WITNESS:  Again,              12:45PM
14       Ms. Lanier, I'm confused by your       12:45PM
15       question.  It may be terminology       12:46PM
16       in my head.  I'm sorry.                12:46PM
17    BY MS. LANIER:                            12:46PM
18       Q    No problem.                       12:46PM
19       A    So there is no -- they are        12:46PM
20    not related in my viewpoint.  But --      12:46PM
21    so that's why I'm having difficulty       12:46PM
22    answering that question because I see     12:46PM
23    them as not -- it's two different         12:46PM
24    things, two different -- I don't know     12:46PM
25    if I'm explaining myself well.            12:46PM
```

Page 113

```
 1        Q    What was the name of the          7:22PM
 2   attorney that you made that                 7:22PM
 3   communication to?                           7:22PM
 4        A    It would be Carolyn Foley.        7:22PM
 5        Q    When was that communication       7:22PM
 6   made?                                       7:22PM
 7        A    I do not know exactly.            7:22PM
 8        Q    Where was it made?                7:22PM
 9        A    Probably here in my house on      7:22PM
10   a video conversation with her.              7:22PM
11             MS. LANIER:  Mr. Dye, I want      7:22PM
12        to thank you for giving us your        7:22PM
13        time today.  I know it was a tough     7:22PM
14        day, and for reasons hopefully not     7:22PM
15        all tethered to the lawsuit.           7:22PM
16             It is not a fun experience        7:22PM
17        to be deposed, but I hope we made      7:22PM
18        it as painless as possible for        7:23PM
19        you.  Thank you for your time          7:23PM
20        today, sir.                            7:23PM
21             MS. STEINMAN:  I'm going to       7:23PM
22        do a short redirect.                   7:23PM
23                   EXAMINATION                 7:23PM
24   BY MS. STEINMAN:                            7:23PM
25        Q    Mr. Dye, has the Internet         7:23PM
```

Page 372

```
 1    Archive created current harm to PRH?        7:23PM
 2         A     Yes.                              7:23PM
 3         Q     What type of harm?               7:23PM
 4         A     They are acting as an            7:23PM
 5    aggregator.  They are basically taking      7:23PM
 6    our content, distributing it without        7:23PM
 7    paying any fees related to it.              7:23PM
 8              They are also hurting our         7:23PM
 9    library direct sales by instructing         7:23PM
10    libraries that it's okay to scan books     7:23PM
11    that they have, physical books that         7:23PM
12    they have on the shelves and offer          7:23PM
13    them up through controlled digital          7:23PM
14    lending.                                    7:23PM
15              They are also affecting us        7:23PM
16    in our consumer sales.  The consumer        7:23PM
17    can go and find the book available on       7:23PM
18    Internet Archive and download it for        7:23PM
19    free without paying any cost back to        7:24PM
20    the right holder or to the publisher        7:24PM
21    and/or the author.                          7:24PM
22         Q     And if Internet Archive has      7:24PM
23    not paid an aggregator license fee for      7:24PM
24    all the books available for                 7:24PM
25    downloading on open library, is that        7:24PM
```

Page 373

| | | |
|---|---|---|
| 1 | evidence of harm to Penguin Random | 7:24PM |
| 2 | House? | 7:24PM |
| 3 | A    Yes.  You've lost that | 7:24PM |
| 4 | income. | 7:24PM |
| 5 | Q    Has Internet Archive | 7:24PM |
| 6 | provided all the data to Penguin | 7:24PM |
| 7 | Random House that it would need to | 7:24PM |
| 8 | accurately calculate the harm to | 7:24PM |
| 9 | Penguin Random House from Internet | 7:24PM |
| 10 | Archive? | 7:24PM |
| 11 | A    No, they have not. | 7:24PM |
| 12 | Q    What data would that | 7:24PM |
| 13 | include? | 7:24PM |
| 14 | A    I would need to know the | 7:24PM |
| 15 | circulation of all people at Random | 7:24PM |
| 16 | House titles that are on and available | 7:24PM |
| 17 | and have been distributed illegally by | 7:24PM |
| 18 | Internet Archive, whether they be | 7:24PM |
| 19 | through a loan or a person has | 7:24PM |
| 20 | downloaded it and kept it for that -- | 7:24PM |
| 21 | it's data that we would need for all | 7:25PM |
| 22 | ISBNs because there's multiple | 7:25PM |
| 23 | versions of the same title but | 7:25PM |
| 24 | different ISBNs. | 7:25PM |
| 25 | MS. STEINMAN:  Thank you. | 7:25PM |

Page 374

1      I, LYNNE M. LEDANOIS, a Certified

2    Shorthand Reporter of the State of

3    California, do hereby certify:

4          That the foregoing proceedings were

5    taken before me at the time and place herein

6    set forth; that a record of the proceedings

7    was made by me using machine shorthand which

8    was thereafter transcribed under my

9    direction; that the foregoing transcript is a

10   true record of the testimony given.

11         Further, that if the foregoing

12   pertains to the original transcript of a

13   deposition in a Federal Case, before

14   completion of the proceedings, review of the

15   transcript [X] was [] wasn't requested.

16         I further certify I am neither

17   financially interested in the action nor a

18   relative or employee of any attorney or party

19   to this action.

20         IN WITNESS WHEREOF, I have this

21   date subscribed my name.

22   Dated: 11/22/2021

23

24   _Lynne Marie Ledanois_

           LYNNE MARIE LEDANOIS

25         CSR No. 6811

Veritext Legal Solutions
866 299-5127