# McNamara Declaration
# Exhibit 3





# Books to Borrow

Share
Favorite
RSS
Play All

Books in this collection may be borrowed by logged in patrons. You may read the books online in your browser or, in some cases, download them into Adobe Digital Editions, a free piece of software used for managing loans.

More...

ABOUT COLLECTION

3,495,193 RESULTS

SORT BY VIEWS · TITLE · DATE PUBLISHED · CREATOR

Search this Collection

Metadata
Text contents

**Part Of**

eBooks and Texts

**Media Type**

| | |
|---|---|
| collections | 1 |
| texts | 3,495,372 |

**Availability**

| | |
|---|---|
| Lending Library | 3,299,214 |
| Borrow 14 Days | 1,109,287 |
| Always Available | 2 |

**Year**

| | |
|---|---|
| 2016 | 53,315 |
| 2015 | 62,381 |
| 2014 | 68,359 |
| 2013 | 72,843 |
| 2012 | 78,687 |
| 2011 | 80,417 |

More

**Topics & Subjects**

| | |
|---|---|
| microfilm | 391,428 |
| Trade Journals | 180,002 |
| United States | 112,180 |
| Scholarly Journals | 103,548 |
| Magazines | 100,017 |
| Great Britain | 49,966 |

More

**Collection**

| | |
|---|---|
| Books for People with Print Disabilities | 3,490,100 |
| Internet Archive Books | 3,079,530 |
| Scanned in China | 740,617 |
| Periodicals | 391,428 |
| Serials in Microfilm | 391,428 |

More

**Creator**

| | |
|---|---|
| none | 16,350 |
| shakespeare, william, 1564-1616 | 1,704 |
| blyton, enid | 1,088 |
| christie, agatha, 1890- | 928 |

A da lu zong
1010
228 · 8 · 0

The natural history of "bores" / / by Angus B.
1847
1,684 · 36 · 1

Coal Age 1915-08-07: Vol 8 Iss 6
Aug 7, 1915
635 · 9 · 1

The Hibbert Journal 1926 - 1927: Vol 25 Iss 1
1926
145 · 1 · 0

The Public Health Nurse 1926-01: Vol 18 Iss 1
1926
203 · 4 · 0

Punch January-June 1926: Vol 170
1926
1,574 · 40 · 0

Bell Laboratories Record 1926-01: Vol 1 Iss 5
1926
141 · 2 · 0

Classical Bulletin 1926: Vol 2 Supplement
1926
180 · 5 · 0

The Bookman 1926: Vol 71 Supplement
1926
125 · 4 · 0

Radio 1926-01: Vol 8 Iss 1
1926
429 · 5 · 0

The Feed Bag 1926-01: Vol 2 Iss 1
1926
40 · 2 · 0

The Nineteenth Century and After 1926-01: Vol 99
1926
213 · 5 · 0

The Institute of Petroleum. Journal 1926: Vol 12 Iss
1926
71 · 1 · 0

The English Review 1926-01: Vol 42
1926
412 · 6 · 0

Bogens Verden 1926: Vol 8
1926
43 · 1 · 0

| | |
|---|---|
| 1976 | |
| time-life books | 861 |
| ganeri, anita, 1961- | 816 |

More

Language

| | |
|---|---|
| English | 3,071,128 |
| French | 136,439 |
| Chinese | 79,582 |
| German | 59,392 |
| Spanish | 55,950 |
| Dutch | 23,152 |

More

Bulletin of Bibliography January-April 1926: Vol 12
1926
23 1 0

Scribner's Magazine 1926-01: Vol 79 Iss 1
1926
66 1 0

The National Review 1926-01: Vol 86 Iss 515
1926
68 1 1

The Bookman 1926-01: Vol 69 Iss 412
1926
103 2 0

The English Electric Journal January-March
1926
94 2 0

American Childhood 1926-01: Vol 11 Iss 5
1926
117 3 0

Ainslee's The Magazine That Entertains 1926-01:
1926
109 1 0

The American Mercury 1926-01: Vol 7 Iss 25
1926
52 1 0

The American Foreign Service Journal 1926-01:
1926
129 7 0

The Hibbert Journal 1926 - 1927: Vol 25 Iss 2
1926
23 0 0

The Institute of Petroleum. Journal 1926: Vol 12 Iss
1926
29 0 0

The Bridge 1926-01: Vol 2 Iss 8
1926
46 1 0

The Canadian Nurse 1926-01: Vol 22 Iss 1
1926
106 0 0

Classical Bulletin 1926: Vol 2 Supplement
1926
25 0 0

The Institute of Petroleum. Journal 1926: Vol 12
1926
19 0 0

La Revue de Paris 1926-01-01: Vol 192 Iss 1
1926
66 1 0

The Hibbert Journal 1926 - 1927: Vol 25 Iss 4
1926
58 2 0

The Bulletin of The Cleveland Museum of Art

Monthly Review 1926-01-01
1926

Bulletin of Bibliography and Dramatic Index
1926

Page 3
Books to Borrow : Free Texts : Free Download, Borrow and Streaming : Internet Archive
https://archive.org/details/inlibrary

1926
26 0 0

7 0 0

12 0 0

The Institute of Petroleum. Journal 1926: Vol 12 Iss
1926
13 0 0

Classical Bulletin 1926-01: Vol 2 Iss 4
1926
13 0 0

Medical Times 1926-01: Vol 54 Iss 1
1926
27 0 0

The Institute of Petroleum. Journal 1926: Vol 12 Iss
1926
11 0 0

The Bookman 1926: Vol 71 Supplement
1926
29 1 0

The Bulletin of The Cleveland Museum of Art
1926
24 0 0

Academy Architecture and Architectural Review
1926
126 6 0

Blackwood's Magazine 1926-01: Vol 219 Iss 1323
1926
35 1 0

The Cornhill Magazine 1926-01: Vol 60 Iss 355
1926
38 0 0

The Hibbert Journal 1926 - 1927: Vol 25 Iss 3
1926
14 0 0

The Month. A Catholic Magazine 1926-01: Vol
1926
22 1 0

The Institute of Petroleum. Journal 1926: Vol 12 Iss
1926
5 0 0

Motor Boating & Sailing 1926-01: Vol 37 Iss 1

Drama 1926-01: Vol 4 Iss 8
1926

Child Life 1926-01: Vol 5 Iss 1
1926





1926
34 0 0

80 1 0

180 11 0

The Institute of Petroleum. Journal 1926: Vol 12 Iss
1926

Business Conditions 1926-01-01: Vol 9 Iss 1
1926

The Catholic School

- 2022.06.21 - Restivo-Al...
- 2022.06.29 - Pavese De...
- 2022.06.29 - Restivo Al...
- 2022.07.04 - Sevier Dec...
- 2022.07.04 - Weber De...
- 2022.07.05 - Foster Dec...
- 2022.07.05 McNamara ...
- 0026517.000208 Dersh...
- 49264.000092

Recents
Starred
Shared
File requests
Deleted files

| | | |
|---|---|---|
| McNamara Decl. Ex. 001 - Complaint.pdf | 7/5/2022 4:51 pm | 4 members |
| McNamara Decl. Ex. 002 - Answer.pdf | 7/5/2022 4:50 pm | 4 members |
| McNamara Decl. Ex. 005 - Declaration of Brenton Cheng.pdf | 7/5/2022 4:51 pm | 4 members |
| McNamara Decl. Ex. 008 - INTARC00445486.pdf | 7/5/2022 4:51 pm | 4 members |
| McNamara Decl. Ex. 009 - IA responds to publishers law suit .pdf | 7/5/2022 4:51 pm | 4 members |
| McNamara Decl. Ex. 010 - INTARC00138760.pdf | 7/5/2022 4:51 pm | 4 members |
| McNamara Decl. Ex. 012 - openlibrary.org home page.pdf | 7/5/2022 4:52 pm | 4 members |
| McNamara Decl. Ex. 015 - Borrowing From The Lending Library .pdf | 7/5/2022 4:50 pm | 4 members |
| McNamara Decl. Ex. 018 - Stipulation Regarding Undisputed Facts .pdf | 7/5/2022 4:53 pm | 4 members |
| McNamara Decl. Ex. 021 - OverDrive Checkout Data - CONFIDENTIAL.xlsx | 7/5/2022 4:52 pm | 4 members |
| McNamara Decl. Ex. 025 - IA's Obj. and Resp. to Pltfs' 1st Set of RFAs.pdf | 7/5/2022 4:51 pm | 4 members |
| McNamara Decl. Ex. 026 - Hildreth Expert Report (with Attachments A-C) (002).pdf | 7/5/2022 4:51 pm | 4 members |
| McNamara Decl. Ex. 027 - INTARC00142017.pdf | 7/5/2022 4:51 pm | 4 members |
| McNamara Decl. Ex. 028 - INTARC00153397.pdf | 7/5/2022 4:51 pm | 4 members |
| McNamara Decl. Ex. 029 - INTARC00391312.pdf | 7/5/2022 4:51 pm | 4 members |
| McNamara Decl. Ex. 030 - INTARC00405932.pdf | 7/5/2022 4:51 pm | 4 members |
| McNamara Decl. Ex. 031 - Reminiscences of a stock operator (2006 edition) I Open Library' - openlibrary.org.pdf | 7/5/2022 4:53 pm | 4 members |

Tags
Who can see my tags?
# Add a tag
Properties
Saved in DWT
Modified 7/5/2022 4:57 pm
Add a few details about this folder here.

Pinned items

- 2022.06.21 - Restivo-Al...
- 2022.06.29 - Pavese De...
- 2022.06.29 - Restivo Al...
- 2022.07.04 - Sevier Dec...
- 2022.07.04 - Weber De...
- 2022.07.05 - Foster Dec...
- 2022.07.05 McNamara ...
- 0026517.000208 Dersh...
- 49264.000092

Recents
Starred
Shared
File requests
Deleted files

| | | |
|---|---|---|
| McNamara Decl. Ex. 001 - Complaint.pdf | 7/5/2022 4:51 pm | 4 members |
| McNamara Decl. Ex. 002 - Answer.pdf | 7/5/2022 4:50 pm | 4 members |
| McNamara Decl. Ex. 005 - Declaration of Brenton Cheng.pdf | 7/5/2022 4:51 pm | 4 members |
| McNamara Decl. Ex. 008 - INTARC00445486.pdf | 7/5/2022 4:51 pm | 4 members |
| McNamara Decl. Ex. 009 - IA responds to publishers law suit .pdf | 7/5/2022 4:51 pm | 4 members |
| McNamara Decl. Ex. 010 - INTARC00138760.pdf | 7/5/2022 4:51 pm | 4 members |
| McNamara Decl. Ex. 012 - openlibrary.org home page.pdf | 7/5/2022 4:52 pm | 4 members |
| McNamara Decl. Ex. 015 - Borrowing From The Lending Library .pdf | 7/5/2022 4:50 pm | 4 members |
| McNamara Decl. Ex. 018 - Stipulation Regarding Undisputed Facts .pdf | 7/5/2022 4:53 pm | 4 members |
| McNamara Decl. Ex. 021 - OverDrive Checkout Data - CONFIDENTIAL.xlsx | 7/5/2022 4:52 pm | 4 members |
| McNamara Decl. Ex. 025 - IA's Obj. and Resp. to Pltfs' 1st Set of RFAs.pdf | 7/5/2022 4:51 pm | 4 members |
| McNamara Decl. Ex. 026 - Hildreth Expert Report (with Attachments A-C) (002).pdf | 7/5/2022 4:51 pm | 4 members |
| McNamara Decl. Ex. 027 - INTARC00142017.pdf | 7/5/2022 4:51 pm | 4 members |
| McNamara Decl. Ex. 028 - INTARC00153397.pdf | 7/5/2022 4:51 pm | 4 members |
| McNamara Decl. Ex. 029 - INTARC00391312.pdf | 7/5/2022 4:51 pm | 4 members |
| McNamara Decl. Ex. 030 - INTARC00405932.pdf | 7/5/2022 4:51 pm | 4 members |
| McNamara Decl. Ex. 031 - Reminiscences of a stock operator (2006 edition) I Open Library' - openlibrary.org.pdf | 7/5/2022 4:53 pm | 4 members |

Tags
Who can see my tags?
# Add a tag
Properties
Saved in DWT
Modified 7/5/2022 4:57 pm
Add a few details about this folder here.

Pinned items

The Therapeutic Gazette 1926-01-15: Vol 50 Iss 1
Jan 15, 1926
9 0 0

La Revue de Paris 1926-01-15: Vol 192 Iss 2
Jan 15, 1926
19 0 0

Notes and Queries 1926-01-16: Vol 150 Iss 3

Gas Journal 1926-01-20: Vol 173 Iss 3271

National Petroleum News 1926-01-20: Vol 18 Iss 3
Jan 20, 1926

Page 5
Books to Borrow : Free Texts : Free Download, Borrow and Streaming : Internet Archive
https://archive.org/details/inlibrary



Fetching more results