# McNamara Declaration Exhibit 6



# users

Share
Favorite
RSS
Play All

ABOUT COLLECTION

5,924,746 RESULTS

SORT BY VIEWS · TITLE · DATE ARCHIVED · CREATOR

Search this Collection
- Metadata
- Text contents

**Part Of**

Data Collection

**Media Type**

| | |
|---|---|
| account | 5,924,746 |
| data | 1 |
| movies | 1 |
| texts | 1 |

**Year**

| | |
|---|---|
| 2014 | 1 |
| 2012 | 1 |
| 2005 | 1 |
| (No Date) | 5,924,746 |

**Topics & Subjects**

| | |
|---|---|
| 80s music videos | 1 |
| Eyewitness News | 1 |
| GOOD FELLAZ | 1 |
| That's Dancing | 1 |
| The Dance Show | 1 |
| arson | 1 |

More

**Collection**

| | |
|---|---|
| Data Collection | 54,581 |

More

**Creator**

| | |
|---|---|
| lexic@nic | 5 |
| abdel salam a. el-koumy | 1 |
| author | 1 |
| bp090960 | 1 |
| itay oshri | 1 |
| montgomery bell academy | 1 |

More

**Language**

| | |
|---|---|
| English | 8 |
| Cs;sk;ru;pl;hr;sr;en | 1 |
| English,Hindi,Marathi | 1 |
| German | 1 |

unknown user
archive.org account
0 0 0

Bree16
archivist for 4 years
archive.org account
1 0 0

anjalitiwari2501
archivist for 4 years
archive.org account
1 0 0

mrsvalbuena
archivist for 4 years
archive.org account
1 0 0

Prashil01
archivist for 4 years
archive.org account
1 0 0

ameliemarie
archivist for 4 years
archive.org account
1 0 1

mysteriousbadger
archivist for 4 years
archive.org account
1 0 0

housemac1968
archivist for 4 years
archive.org account
1 0 0

Manu Prashar
archivist for 4 years
archive.org account
1 0 0

PANTHER-911
archivist for 4 years
archive.org account
1 0 0

maroonblues42
archivist for 4 years
archive.org account
1 0 0

Dianri5020
archivist for 4 years
archive.org account
1 0 0

Bepsiman
archivist for 4 years
archive.org account
1 0 0

Kellijane
archivist for 4 years
archive.org account
1 0 0

JackieOhh98
archivist for 4 years
archive.org account
1 0 0

khari3
archivist for 4 years
archive.org account
1 0 0

ananiou
archivist for 4 years
archive.org account
1 0 0

Florence Stanley
archivist for 4 years
archive.org account
1 0 0

kbezy0
archivist for 4 years
archive.org account
1 0 0

Rasel Rana00517
archivist for 4 years
archive.org account
1 0 1

GiliB
archivist for 4 years
archive.org account
1 0 0

jjcty
archivist for 4 years
archive.org account
1 0 0

anne07
archivist for 4 years
archive.org account
1 0 0

gabriel yao
archivist for 4 years
archive.org account
1 0 0

Maph100
archivist for 4 years
archive.org account
1 0 0



- [ ] Russian 1
- [ ] Spanish 1

More

| Name | Archivist for | Account | Uploads | Reviews | Favorites |
|---|---|---|---|---|---|
| Kristopher Smith | archivist for 4 years | archive.org account | 1 | 0 | 0 |
| JudyPurrington | archivist for 12 years | archive.org account | 1 | 0 | 0 |
| DaveMB | archivist for 4 years | archive.org account | 1 | 0 | 0 |
| spbnew777 | archivist for 3 years | archive.org account | 1 | 0 | 0 |
| jeremyc9 | archivist for 6 years | archive.org account | 1 | 0 | 0 |
| webindiacrown | archivist for 3 years | archive.org account | 1 | 0 | 0 |
| ninetyfive89 | archivist for 2 years | archive.org account | 0 | 0 | 0 |
| jtbailey | archivist for 3 years | archive.org account | 1 | 0 | 7 |
| Aidan Brown | archivist for 3 years | archive.org account | 4 | 0 | 0 |
| Randolores | archivist for 4 years | archive.org account | 3 | 0 | 1 |
| SegunAkiodePodcast | archivist for 6 years | archive.org account | 80 | 0 | 0 |
| eubiedubieblake | archivist for 4 years | archive.org account | 1 | 0 | 0 |
| SellAnyHouseDallas | archivist for 5 years | archive.org account | 1 | 0 | 0 |
| GodZoro | archivist for 4 years | archive.org account | 1 | 0 | 0 |
| moodypiper | archivist for 4 years | archive.org account | 1 | 0 | 0 |
| I.Wonderr | archivist for 4 years | archive.org account | 1 | 0 | 0 |
| CAF.SBG | archivist for 4 years | archive.org account | 1 | 0 | 0 |
| Morfeanath | archivist for 4 years | archive.org account | 1 | 0 | 1 |
| nipradigital | archivist for 4 years | archive.org account | 1 | 0 | 0 |
| tel40045 | archivist for 4 years | archive.org account | 1 | 0 | 0 |
| Ana0307 | archivist for 4 years | archive.org account | 1 | 0 | 0 |
| Eclipsico1 | archivist for 4 years | archive.org account | 1 | 0 | 0 |
| NCpal1 | archivist for 4 years | archive.org account | 1 | 0 | 0 |
| AngelAckermann | archivist for 4 years | archive.org account | 1 | 0 | 2 |
| drazenbojagic | archivist for 4 years | archive.org account | 1 | 0 | 0 |
| Nelly2100 | archivist for 4 years | archive.org account | 1 | 0 | 0 |
| Stormagedden | archivist for 4 years | archive.org account | 1 | 0 | 0 |
| JuliannaRobinette | archivist for 4 years | archive.org account | 1 | 0 | 0 |
| Amirhosseiniali | archivist for 4 years | archive.org account | 1 | 0 | 0 |
| KBulk | archivist for 4 years | archive.org account | 1 | 0 | 0 |
| zia496 | archivist for 4 years | archive.org account | 1 | 0 | 0 |
| Elton Stryker | archivist for 4 years | archive.org account | 1 | 0 | 1 |
| cjloeffler | archivist for 4 years | archive.org account | 1 | 0 | 0 |
| Jayce24 | archivist for 4 years | archive.org account | 1 | 0 | 0 |
| Cam T | archivist for 5 years | archive.org account | 1 | 0 | 3 |

Page 3
users : Free Data : Free Download, Borrow and Streaming : Internet Archive
https://archive.org/details/users



Fetching more results