McNamara Declaration

Exhibit 7

Page 1

```
 1    UNITED STATES DISTRICT COURT

 2    SOUTHERN DISTRICT OF NEW YORK

 3    - - - -- - - - - - - - - - - x

 4   HACHETTE BOOK GROUP,      :

 5   INC., HARPERCOLLINS       :

 6   PUBLISHERS LLC, JOHN      :   Case No.

 7   WILEY & SONS, INC.,       :   1:20-cv-04160-JGK-OTW

 8   and PENGUIN RANDOM        :

 9   HOUSE LLC,                :

10          Plaintiffs,        :

11      v.                     :

12   INTERNET ARCHIVE and      :

13   DOES 1 through 5,         :

14   inclusive,                :

15          Defendants.        :

16    - - - - - - - - - - - - - - x

17

18           REMOTE ZOOM VIDEO 30(b)(6)

19          DEPOSITION PURSUANT TO NOTICE

20                CHRIS FREELAND

21              December 17, 2021

22                  9:35 CST

23

24    Job No.: 4993446

25    Reported By: Cynthia J. Conforti
```

Page 51

1    book outright -- I'm just trying to understand.

2    What do you mean by "purchase the book outright"?

3    How do you define that?

4         A  A receipt, not a license.

5         Q  So you -- you would only purchase a book,

6    an eBook, if it was received with no conditions

7    placed on the use of that book; is that right?

8              MR. GRATZ:  Objection to form.

9              THE WITNESS:  We would purchase books, not

10   license books.

11   BY MS. McNAMARA:

12        Q  Okay.  And by purchasing books, you

13   understand that to be a purchase without any

14   conditions on how those books could be used?

15             MR. GRATZ:  Objection to form.

16             THE WITNESS:  Yes.

17   BY MS. McNAMARA:

18        Q  Thank you.

19             Now, you've made reference to the overlap

20   analysis.  Can you tell me what that means?

21        A  When a library is interested in becoming a

22   partner with Open Libraries, we run an overlap

23   analysis that compares their physical holdings

24   with our digital holdings.

25        Q  And what results from that comparison?

1      Q  And do you know whether the libraries

2  actually book-by-book verify that their physical

3  holdings contain the works that are identified as

4  matches?

5      A  Can you -- can you ask the question again?

6      Q  Yes, of course.  And please do that if for

7  some reason you don't understand the question.

8  I -- really, I want you to ask, so please do.  So

9  thank you.

10         So if I can restate it:

11         Do you -- when you say that libraries

12  verify the match records that you provide to them,

13  do you have an understanding as to what, if

14  anything, the library does to verify the accuracy

15  of those records?

16      A  We depend on our partners for verifying

17  the data.

18      Q  So you don't place any requirements on

19  them to -- to physically check that each of the

20  books are -- exist in their -- in their system?

21      A  No.

22      Q  Has Internet Archive ever run an audit to

23  review the physical copies at libraries to verify

24  that the matches are accurate?

25      A  At our partner libraries?

Page 64

1      A   Correct.

2      Q   So you're -- in effect you're relying on

3   the library to be -- that their records are

4   accurate, aren't you?

5      A   Yes.

6      Q   When the Internet Archive determines using

7   the overlap analysis that a partner library

8   possesses a copy of a book of which IA already

9   possess as a scanned copy, does the

10  Internet Archive make a new scan of that book?

11     A   No.

12     Q   So instead it just increases by one the

13  number of concurrent checkouts of that book that

14  would be allowed; is that right?

15         MR. GRATZ:   Objection to form.

16         THE WITNESS:   If the library agrees to put

17  its copy into controlled digital lending, then

18  yes, we increment by one.

19  BY MS. McNAMARA:

20     Q   And has Internet Archive set any upper

21  limit to the number of copies available for

22  concurrent lending via the Open Libraries or

23  archive.org?

24         MR. GRATZ:   Objection to form.

25         THE WITNESS:   No.

1    BY MS. McNAMARA:

2        Q   So if I'm understanding, under controlled

3    digital lending, if a hundred partner libraries

4    possessed a copy of the same book, the

5    Internet Archive would be able to lend a hundred

6    copies of that book simultaneously; is that right?

7        A   If all of the libraries put one copy into

8    controlled digital lending, then in that example,

9    there would be a hundred copies.

10       Q   And you could -- it would be the same

11   answer if there were a thousand libraries that had

12   the same book and put them into controlled digital

13   lending; is that right?

14       A   If all of the partners put their copies

15   in, yes.

16       Q   Is there anything in the partner library

17   agreement that would limit how many concurrent

18   copies could be -- could be lent?

19            MR. GRATZ:   Objection to form.

20            THE WITNESS:   There is nothing in the

21   partner agreement to that effect.

22   BY MS. McNAMARA:

23       Q   And as you understand the concept of

24   controlled digital lending, does it place any

25   upper limit on the number of concurrent copies

1    that could be lent at one time?

2        A  Not to my knowledge.

3            MR. GRATZ:  I -- sorry.  I had an

4    objection to form to the prior -- to the prior

5    question.

6            MS. McNAMARA:  Sure.

7    BY MS. McNAMARA:

8        Q  Do you have an understanding as to what

9    the goal or purposes are for implementing the

10   overlap analysis?

11       A  The purpose of the overlap is to let our

12   partners know what of our digital collection is

13   available that matches their print collection.

14       Q  And via the overlap analysis and the

15   participation of partner libraries in Open

16   Library, does this increase the number of people

17   who can view a title -- a given title at one time?

18       A  If the library opts to move their

19   collection into -- the matched records into

20   controlled digital lending, then it would give us

21   an additional copy to lend.

22       Q  And Internet Archive is -- those copies

23   are available to lend without Internet Archive

24   having to incur the cost associated with scanning?

25       A  Correct.

Page 67

1      Q   Is the overlap analysis conducted by

2   Internet Archive, is it specific to works that are

3   in copyright?

4      A   Yes.

5      Q   As a result of the Internet Archive

6   implementing the overlap analysis have wait lists

7   been reduced on Open Library?

8      A   Yes, for certain titles.

9      Q   And presumably, the more books

10  Internet Archive has been able to obtain and scan,

11  the greater likelihood there would be matches in

12  the overlap analysis with potential partner

13  libraries; isn't that right?

14     A   Yes.

15     Q   And so does the overlap analysis to some

16  degree work in tandem with the book pipeline that

17  is operated by BetterWorldBooks?

18         MR. GRATZ:  Objection to form.

19         THE WITNESS:  No, they're independent

20  processes.

21  BY MS. McNAMARA:

22     Q   But, in fact, there is a book pipeline

23  that the BetterWorldBooks provides more and more

24  books to Internet Archive for scanning; isn't that

25  right?

Page 71

1    Q  Were you at the 2020 Library Leaders

2  Forum?

3    A  Yes.

4    Q  I've seen quoted from materials there that

5  Brewster Kahle had indicated that 81 libraries had

6  signed on to Open Library and that 2.8 million

7  copies have been added to Open Library through

8  your participation.  Do those numbers sound

9  correct to you?

10    A  Yes.

11    Q  And do you know whether those numbers have

12  changed since that presentation in 2020?

13      MR. GRATZ:  Objection to form.

14      THE WITNESS:  Have the numbers changed

15  since 2020?  Yes.

16  BY MS. McNAMARA:

17    Q  Have they increased?

18    A  Yes.

19    Q  Do you know approximately how many copies

20  of books have been added -- if not 2.8 million,

21  what the number of copies of books that have been

22  added to the Open Libraries project?

23    A  I don't know what our current number is.

24    Q  But it's in excess of 2.8 million?

25    A  I believe so, yes.

Page 85

1   priority, if it does?

2       A  I'm not clear on the question.

3       Q  What, if anything, does the

4   Internet Archive do to make sure that the books

5   they add to the Open Libraries projects are not

6   yet available in digital form?

7           MR. GRATZ:  Objection, misstates the

8   content of the document.  Objection to form.

9           THE WITNESS:  We don't.

10  BY MS. McNAMARA:

11      Q  So it's correct that Internet Archive does

12  not only add books that are not available in

13  digital form; isn't that right?

14      A  I'm unclear with the phrasing.

15      Q  Yes, I was double negative, so it's not

16  surprising you were unclear with it.

17          Does Internet Archive limit books -- when

18  they're adding books to the Open Libraries

19  project, do they only add books that are not

20  available in digital form?

21      A  No.

22      Q  So they add books that are in fact

23  available for purchase commercially or to license

24  to libraries; isn't that right?

25      A  Yes.

Page 92

1    that?

2          MR. GRATZ:  Object -- I'm sorry.

3    Objection, vague in its use of the term "users of

4    a particular library" and "their library."

5          THE WITNESS:  Can you restate the

6    question?

7    BY MS. McNAMARA:

8      Q  Yes.  Let me try to be very specific.

9          So, if, for example, the Internet Archive

10   possessed one copy of Catcher in the Rye that it

11   scanned and made available via the lending library

12   and then a partner library possessed two copies of

13   Catcher in the Rye that were added to the lending

14   library through the overlap analysis, there would

15   now be three copies of Catcher in the Rye

16   available to be borrowed by Internet Archive users

17   concurrently; is that right?

18     A  We would only add one copy from a partner

19   library --

20     Q  Okay.

21     A  -- for example.

22     Q  Okay.  So thank you.  So let's refine the

23   exam- -- the example.

24          If the Internet Archive possessed one copy

25   of Catcher in the Rye and then the partner -- a

Page 93

1    partner library had one copy, one copy was added

2    from its system, and then another partner library

3    added a third copy to the Open Library system,

4    there would be available for concurrent borrowing

5    from Internet Archive users of three copies; is

6    that right?

7        A   Correct.

8        Q   And so if the first library in this

9    example only physically owned one copy, patrons of

10   that library could nonetheless go to the

11   Internet Archive -- two or more patrons of that

12   library could go to Internet Archive and check out

13   the book; is that right?

14       A   If there were available copies, yes.

15       Q   And this would be true even though the

16   partner library in the example only physically

17   owned one copy; is that right?

18       A   Yes.

19       Q   How does that comport with the basic

20   principle of owned-to-loan under the controlled

21   digital lending?

22           MR. GRATZ:  Objection to form.

23           You can answer.

24           THE WITNESS:  In your -- in your example

25   there were three copies, so one from the

Page 94

1    Internet Archive and two from partner libraries,

2    so there would be three physical copies and

3    three -- the possibility of three digital

4    concurrent loans.

5    BY MS. McNAMARA:

6        Q   Right.  But the partner library only

7    physically owns one copy, yet their patrons are

8    able to check out more than one -- well, more than

9    one copy of that book at a time; is that correct?

10           MR. GRATZ:  Objection to form.

11           THE WITNESS:  There are three copies,

12   three digital copies that could be on a concurrent

13   loan.

14   BY MS. McNAMARA:

15       Q   Okay.  Thank you.

16           Now, in that same sentence I had read to

17   you that began with "leveraging" --

18       A   Yes.

19       Q   -- it indicates that Internet Archive

20   seeks to honor or honoring the rights of creators

21   using digital rights management software.

22           Do you see that?

23       A   Yes.

24       Q   Does the Internet Archive honor the rights

25   of creators in any other way other than putting on

Page 96

1   expect that some portion of those license fees are

2   paid to authors?

3          MR. GRATZ:  Same objection.

4          THE WITNESS:  I'm not clear on

5   compensation structures.

6   BY MS. McNAMARA:

7       Q  And you're not clear on compensation

8   structures because Internet Archive does not pay

9   license fees in order to obtain digital copies of

10  books; isn't that right?

11         MR. GRATZ:  Objection to the question

12  asked as compound and to form.

13         You can answer.

14         THE WITNESS:  We don't license materials.

15  We purchase books outright when provided.

16  BY MS. McNAMARA:

17      Q  So Internet Archive does not pay license

18  fees to obtain digital copies of books, correct?

19         MR. GRATZ:  Objection to form.

20         THE WITNESS:  Correct.

21  BY MS. McNAMARA:

22      Q  Are you aware that authors are paid

23  royalties when commercial sales of their books are

24  made via Amazon or some other outlet?

25         MR. GRATZ:  Objection to form.

Page 98

1    question.

2    BY MS. McNAMARA:

3        Q  Well, when the Internet Archive acquires

4    books that are then made available to users on the

5    Open Libraries forum, the user can read that book,

6    can download it, can open it on the platform, but

7    they are -- the book is disseminated to the reader

8    is my question.

9            MR. GRATZ:  Objection, compound, vague.

10           THE WITNESS:  Yes, we make books available

11   for lending on archive.org.

12   BY MS. McNAMARA:

13       Q  And does Internet Archive pay royalties in

14   connection with the digitization of their work?

15       A  No.

16       Q  Does the Internet Archive pay authors

17   royalties for making their books available for

18   free on their website?

19           MR. GRATZ:  Objection to form.

20           THE WITNESS:  No.

21   BY MS. McNAMARA:

22       Q  Wouldn't it honor the rights of creators

23   more to pay them for making their eBook versions

24   available?

25           MR. GRATZ:  Objection to form.

Page 105

1   BY MS. McNAMARA:

2       Q   Do you see where it indicates that the

3   library shares its catalog of books with the

4   number of copies of each book with the

5   Internet Archive?

6           And then the Internet Archive allows one

7   additional user to check out the digital version

8   of any book that overlaps with what

9   Internet Archive has already digitized.   Right?

10          MR. GRATZ:   Objection to form.

11          THE WITNESS:   Yes.

12  BY MS. McNAMARA:

13      Q   The first sentence is:

14          The library will share their catalog of

15  books with the number of copies of each book with

16  Internet Archive.

17      A   Yes.

18      Q   And then it says:   This will be updated

19  quarterly.

20          Do you see that?

21      A   Yes.

22      Q   Does Internet Archive actually engage in

23  quarterly updates of all its library partners?

24      A   We are doing monthly updates now.

25      Q   From the time this was originally

1    implemented in -- well, I think we've established

2    this was started around 2017, the overlap

3    analysis?

4         A  Yes.

5         Q  In the first years that the

6    Internet Archive engaged in this overlap analysis

7    and this project, did they do quarterly updates?

8         A  I'm not sure of the frequency of the

9    updates in the early years of the program.

10        Q  Did they -- I'm -- did they require

11   updates at a specific time frame?  And by "they" I

12   mean, Internet Archive.

13        A  No.

14        Q  And sometimes Internet Archive did annual

15   updates; isn't that right?

16        A  Yes.

17        Q  And it -- that would depend upon the

18   library's preference; isn't that correct?

19        A  Yes.

20        Q  Were there any libraries that no updates

21   were ever done once they signed on for the

22   program?

23        A  No.

24        Q  So there was some update done over some

25   period of time dependent upon the library's

Page 107

1    preference for each of the partners?

2         A   Yes.

3         Q   When Internet Archive receives an updated

4    catalog from a library partner, what does it do?

5         A   We reprocess their overlap.

6         Q   And do you -- if there -- if certain books

7    have been weeded out or no longer owned by the

8    library, do you reduce the number of concurrent

9    loans available by one?

10        A   Yes.

11        Q   And are there employees who are

12   responsible for that?

13        A   Employees where?

14        Q   At the Internet Archive.

15        A   I'm not clear on the question.

16        Q   Is there a particular person or somebody

17   who is responsible for reviewing the updated

18   catalog and ensuring that the concurrent user

19   number is correct?

20        A   Again, we rely on our libraries for that.

21        Q   So what about, let's say in years -- the

22   first two or three years -- well, strike that.

23   Let me ask you a question.

24            When did Internet Archive move to monthly

25   updates with their partner libraries?

Page 108

1     A   I believe that was last fall.

2     Q   So the fall of 2020 -- 2021?  I'm sorry.

3     A   Fall of 2020.

4     Q   Fall of 2020, okay.

5         So prior to the fall of 2020, when

6   Internet Archive was conducting updates either

7   quarterly or annually based upon a library's

8   preference, what about the period between the

9   original overlap analysis and the update?  What --

10   would Internet Archive have any way to know if the

11   library had discarded a book?

12     A   During that time?

13     Q   Yes.

14     A   No.

15     Q   So it could be possible that

16   Internet Archive included a book in its concurrent

17   user numbers based upon the supposition or

18   understanding that a library actually physically

19   owned a book, but in fact that library could have

20   weeded it out, that same book, the week after you

21   had done the original overlap analysis; isn't that

22   right?

23         MR. GRATZ:  Objection, incomplete

24   hypothetical, form.

25         You can answer.

Page 109

1          THE WITNESS:  It's unlikely.  We've asked

2     our partners if they did major weeding projects to

3     send us updated holdings.

4     BY MS. McNAMARA:

5          Q  And that was something that you asked them

6     back in 2017?

7          A  Yes.

8          Q  And did -- has any library, to your

9     knowledge, provided the Internet Archive with an

10    update concerning weeding projects by them

11    voluntarily, not through the auditing process or

12    updating process?

13         A  I'm not sure.

14         Q  In the time that you've been the director

15    of Open Libraries, have you received an update

16    analysis from a library that was not the result of

17    the quarterly or annual update?

18         MR. GRATZ:  Objection, misstates the

19    witness's previous testimony, vague.

20         THE WITNESS:  I'm not clear on the

21    question.

22    BY MS. McNAMARA:

23         Q  What I'm trying to understand is,

24    Internet Archive, you know, until last fall,

25    conducted either quarterly or annual updates of

Page 114

1         A   I don't have a count, no.

2         Q   Do you have a sense whether it's

3    10 percent of the 81 or some other percentage?

4         A   No, I don't.

5         Q   Do you know whether that's an unusual

6    parameter?

7         A   I don't know.

8         Q   Wouldn't that be something you should know

9    or be aware of given the importance of the

10   one-to-one ratio in controlled digital lending,

11   that you would want to know whether libraries have

12   the books on offsite storage or whether they're

13   still on the shelves in the library?

14        MR. GRATZ:  Objection to form.

15        THE WITNESS:  We don't know where

16   libraries store their books.

17   BY MS. McNAMARA:

18        Q   And you don't do anything to require them

19   to store them in one way or another, do you?

20        A   No, that's a local library decision.

21        Q   And that is the policy of Internet Archive

22   that what -- how libraries comply with the

23   requirements of controlled digital lending is a

24   local library decision; isn't that right?

25        A   Yes.

Page 117

1    multiple users at a time; isn't that right?

2        A   Correct, within the owned-to-loan ratio.

3        Q   Looking again at Exhibit 274, it indicates

4    that:

5            The Internet Archive will offer online

6    access to statistics as to how many books were

7    borrowed each month in their state or country.

8            Do you see that?

9        A   Yes.

10       Q   Does the Internet Archive provide those

11   statistics to the partners?

12       A   We have usage statistics that show where

13   geographically users are coming to when they visit

14   the partner library's collection.

15       Q   Tell me about those geographic statistics.

16       A   So it's state- or country-level access.

17       Q   It's not more granular than state or

18   country?

19       A   No.

20       Q   So you wouldn't know whether someone was

21   coming to check out the book -- in the state of

22   New York, you would not know whether they were

23   coming from New York City or coming from some

24   small town in Upstate New York?

25       A   Correct.

Page 164

1    in the e-mail, Jeff Kaplan has responded back that

2    all items and collections have been removed.

3    BY MS. McNAMARA:

4        Q   And so you did nothing further to make

5    sure that those titles remained off the system; is

6    that right?

7        A   Correct.

8        Q   Okay.  Turning back to the one-to-one

9    ratio which, A, you've been designated; and, B, I

10   think we've established is central to controlled

11   digital lending.

12         Let me ask you, Mr. Freeland, it is true

13   that under controlled digital lending a library

14   may only lend a digital copy of a book if it has a

15   corresponding physical copy of that book that is

16   not simultaneously checked out; isn't that

17   correct?

18       A   Not exclusively.  If the library has the

19   permission of the rights holder, then the library

20   doesn't have to have the physical copy.

21       Q   Okay.  Setting aside that the library has

22   the permission of the rights holder, otherwise if

23   it does not have permission of the rights holder,

24   then central to the one-to-one concept is that a

25   physical copy and a digital copy cannot be checked

1    out at the same time?

2         MR. GRATZ:  Objection to form.

3         You can answer.

4         THE WITNESS:  Correct.

5    BY MS. McNAMARA:

6      Q  You said if -- if the partner library has

7    the permission of the rights holder, tell me about

8    that.  Do some partner libraries have permissions

9    of the rights holders?

10        MR. GRATZ:  Objection, misstates the

11   witness's previous testimony.

12        THE WITNESS:  Not the library, the

13   publisher.

14   BY MS. McNAMARA:

15     Q  I see.  We're talking here -- I'm now

16   moving to partner libraries.  I've changed

17   direction.  I apologize if that wasn't clear.

18        I'm not talking about the partner presses,

19   the partner publishers.

20        I'm talking about partner libraries in the

21   Open Libraries program.

22     A  Can you restate the question?

23     Q  Well, I didn't ask you a question yet.  I

24   was just -- I was just making it clear, because I

25   think your answer to the last question assumed we

1    were talking about partner publishers.

2         I'm now talking about -- this line of

3    questions I'm going to ask you from here on out

4    are dealing with partner libraries in the

5    Open Libraries program, okay?

6         A   Understood.

7         Q   And so I believe that it is -- as we've

8    established, it's central to the controlled

9    digital lending that a physical copy cannot be

10   checked out at the same time as a digital copy,

11   correct?

12        A   Correct.

13        Q   And so is there -- and I know I've

14   talked -- I've asked you questions, and I'm not

15   going to repeat them about what obligations, if

16   any, Internet Archive places on partner libraries

17   concerning how they maintain physical copies, but

18   I don't believe I asked you whether Internet

19   Archive has implemented any technology so that it

20   is aware if a partner library checks out a book.

21        A   Is there a question?

22        Q   Yes.  Does the Internet -- has the

23   Internet Archive implemented any technology so

24   that it is automatically aware that a partner

25   library has checked out a book that is covered by

1    the one-to-one ratio?

2         A   No.

3         Q   And are you aware that some libraries in

4    fact do not limit the circulation of the books

5    that are available on Open Library?

6         A   Not to my knowledge.

7         Q   Let's look at what's been previously

8    marked as Plaintiffs' Exhibit 261.

9             MR. MAZUREK:   Put that up right now.   That

10   should be in your folders.

11            (Plaintiffs' Exhibit 261 is introduced for

12   the record.)

13   BY MS. McNAMARA:

14        Q   Mr. Freeland, this is what's been marked

15   as Plaintiffs' Exhibit 261.   It's an e-mail chain

16   between you, a Kevin French, copying Lauri

17   McIntosh dated August 26th and August 23, 2019.

18        A   Yes, I have that.

19        Q   Okay.   First of all, who is Lauri

20   McIntosh?

21        A   Lauri McIntosh is a program director at

22   Zepheira.

23        Q   And we've previously identified that

24   Zepheira has a relationship with Internet Archive;

25   is that right?

1      A   There are a number of reference

2   collections.  Some are on the floor, some are held

3   behind a desk, some are in offsite storage.

4   There's a variety of ways a collection can be a

5   noncirculating reference collection.

6      Q   When the noncirculating reference

7   collection is on the floor, could a visitor to the

8   library look at the book?

9          MR. GRATZ:  Objection to form.

10          THE WITNESS:  Yes.

11   BY MS. McNAMARA:

12      Q   And they could take that book to a library

13   table and read it for whatever period of time they

14   stayed in the library; is that right?

15      A   Again, that would depend on local policies

16   and procedures.

17      Q   I'm not asking about all libraries.  I'm

18   asking about your time at the Washington Library

19   where you said you had some noncirculating

20   reference collections, that some were on the

21   floor.

22          So if the books were on the floor, a

23   patron of the library who was physically there

24   could take that book off the shelf, bring it to a

25   table and read it; isn't that right?

1      A   Yes.

2      Q   And if a partner library had a similar

3   noncirculating reference collection, then a

4   reader -- then a patron at that library could be

5   reading the book at the same time that book was

6   checked out from archive.org; isn't that right?

7           MR. GRATZ:  Objection to form.

8           THE WITNESS:  Possibly.  Again, it would

9   depend on what does "circulating" mean in the

10   local library's context.

11   BY MS. McNAMARA:

12      Q   But if they allow patrons -- if the book

13   was on the shelf and the patrons would take a book

14   off the shelf and go to a library table and start

15   to read it, Internet Archive would have no way of

16   knowing that was happening, would it?

17           MR. GRATZ:  Objection to form.

18           THE WITNESS:  Correct.

19   BY MS. McNAMARA:

20      Q   Now, going on in this e-mail,

21   Mr. Freeland, you go on to write:

22           Other libraries are taking the approach

23   that they don't need to suppress circulation

24   because the likelihood is slim that all of our

25   digital copies and all of the physical copies

Page 174

1          Is that correct?

2      A   Correct.

3      Q   So you would have no -- not you, but

4   Internet Archive would have no way of knowing

5   whether a book had been checked -- whether a book

6   was being read in a particular library at any

7   given time; is that right?

8      A   Correct.

9      Q   And in effect, you would have no way of

10  knowing whether the physical and digital copies of

11  the book were in circulation simultaneously, do

12  you?

13         MR. GRATZ:  Objection to form.

14         THE WITNESS:  I'm not clear on the

15  question.

16  BY MS. McNAMARA:

17      Q   Internet Archive would have no way to know

18  whether the physical and digital copies of a book

19  were in circulation simultaneously; isn't that

20  right?

21         MR. GRATZ:  Objection to form.

22         THE WITNESS:  Correct.

23  BY MS. McNAMARA:

24      Q   During the time that you've been director

25  of Open Libraries, has Internet Archive taken any

                                        Page 175

1    action against a library that did not suppress

2    circulation properly?

3        A   No.

4        Q   Are you familiar with the term "reserve

5    shelves"?  Does that mean something different than

6    noncirculating reference collections?

7            MR. GRATZ:  Objection, compound, form.

8            THE WITNESS:  Yes, I'm familiar with

9    course reserves.

10   BY MS. McNAMARA:

11       Q   And -- well, I didn't say course reserves.

12           When I reference the term "reserve

13   shelves," what does that mean to your mind?

14       A   The term "reserve shelves" doesn't mean

15   anything to me.

16       Q   So the only way you understand that term

17   is "course reserve shelves"?

18       A   Yes.

19       Q   Explain to me.  What does course reserve

20   shelves mean?

21       A   Course reserves are in an academic library

22   where a faculty member will select a book

23   from -- to be used in a class and ask the library

24   to hold that book out of circulation but on the --

25   on the reserve -- the course reserves system and

Page 177

1        A   Complete an online form.

2        Q   What's involved in that online form?

3        A   Basic contact information including e-mail

4    address.

5        Q   Anything else?

6        A   I'm not familiar with the form.

7        Q   Are there any geographic limitations on

8    signing up?

9        A   No.

10       Q   So someone could sign up from anywhere in

11   the world?

12       A   Yes.

13       Q   So once a user is signed up for an

14   archive.org account, do they need to do anything

15   else in order to be able to borrow books from the

16   lending library?

17       A   No.

18       Q   Now, when a book is checked out from the

19   lending library, is there a default loan period?

20           MR. GRATZ:   Objection to form.

21           THE WITNESS:   Yes.   Our default loans are

22   one-hour loans.

23   BY MS. McNAMARA:

24       Q   And they didn't always -- the default loan

25   was not always one hour; isn't that right?

Page 178

1      A   Correct.

2      Q   When was it changed to one hour?

3      A   That change was made in June of 2020.

4      Q   Why was it made?

5      A   There were two primary reasons.

6          One was after observing how our users were

7      interacting with our lending library and also

8      following the lead of the HathiTrust Digital

9      Library which implemented one-hour loans for their

10     collection at about the same time.

11     Q   Tell me about following how users use.

12         How did that inform the decision to change

13     the default period to one hour?

14     A   Engineers at the Internet Archive did a

15     study to look at borrowing patterns for our

16     collection and determined that the majority of our

17     users were in and out of the book in less than an

18     hour, in most cases less than 15 minutes.

19     Q   Was the decision to move to default one

20     hour informed in any way by the lawsuit that was

21     filed in this action?

22     A   No.

23         MR. GRATZ:   Objection.

24     BY MS. McNAMARA:

25     Q   Pardon me?

Page 179

1       A   No.

2       Q   You're aware, are you not, that this

3   action was commenced in approximately the

4   beginning of June 2020?

5       A   Yes.

6       Q   And this change occurred in June 2020,

7   shortly after the action was commenced; is that

8   right?

9       A   Yes.

10      Q   Prior to the default, one-hour loan, what

11  was the previously default?

12      A   Fourteen days.

13      Q   So back on the one-hour loan, when a user

14  borrows a book for one hour, can it renew the loan

15  after the hour has expired?

16      A   Yes.

17      Q   Is there any limit to the number of

18  consecutive times a user can renew a one-hour

19  loan?

20      A   I don't know.

21      Q   Are there any circumstances in which a

22  user can borrow a book for more than one hour?

23      A   Yes.  If we have additional copies of --

24  additional digital copies of the book, then those

25  additional copies are available for a 14-day loan.

Page 204

1    that correct?

2        A  Yes.

3        Q  Okay.  So if a user goes to archive.org,

4    can they do a data search for, let's say the

5    Gettysburg Address across the millions of books

6    that are available on the platform?

7        A  Yes.

8        Q  And do you -- do you know how that works?

9        A  No.

10       Q  Do you have any information as to what

11   percentage of users engage in data or text mining?

12       A  No.

13       Q  Do you have any knowledge as to whether

14   it's more than 1 percent?

15       A  I don't know.

16       Q  Do you -- do you know whether Internet

17   Archive has information as to what percentage of

18   users engage in data or text mining?

19       A  I don't know.

20       Q  You were designated to testify on behalf

21   of the Internet Archive concerning data and text

22   mining.  So when you say you don't know, are you

23   stating that no one at Internet Archive has

24   information on the percentage of users who engage

25   in text mining?

Page 205

1          MR. GRATZ:  Objection to form.  And I

2     think that misstates the topic a little bit.

3          But you can answer the question.

4          THE WITNESS:  I know about specific data

5     mining uses.  I don't know about percentage and

6     numbers across the Internet Archive user

7     population.

8     BY MS. McNAMARA:

9       Q  So my question, Mr. Freeland, is, do you

10    know whether Internet Archive has data concerning

11    the percentage of uses -- percentage of users who

12    engage in text mining?

13         MR. GRATZ:  Objection --

14    BY MS. McNAMARA:

15      Q  Not whether you know it personally, but

16    whether Internet Archive has that information.

17         MR. GRATZ:  Objection, outside the scope

18    of the noticed topics, form.

19         You can answer.

20         THE WITNESS:  I don't know.

21         MS. McNAMARA:  I'm reading into the

22    record, so it's clear, the topic that was agreed

23    that Mr. Freeland would be prepared to testify to,

24    and it is as follows:

25         "The Internet Archive will designate Chris

1    Freeland to testify to users' reasons for

2    borrowing books on Open Library, as well as the

3    Internet Archive's contention that its lending

4    library is used by data scientists to do

5    computational analysis of texts."

6    BY MS. McNAMARA:

7        Q  So with that preamble, Mr. Freeland, I ask

8    the question again:

9            Do you have any information as to the

10   percentage of users of the Internet Archive

11   platform that engages in computation analysis of

12   text?

13           MR. GRATZ:  Objection, outside the scope

14   of the noticed topics.

15           THE WITNESS:  I know about individual

16   research projects.  I don't know about number or

17   percent across the user population.

18   BY MS. McNAMARA:

19       Q  Okay.  Tell me about what you know about

20   individual research projects.

21       A  I know of a couple of -- I know of two

22   data mining projects that come to mind.

23           The first is a project that I previously

24   used to work on, the Biodiversity Heritage

25   Library, which was analyzing the scientific texts

Page 207

1  at the Internet Archive to extract out all of the

2  scientific names published within books, so that

3  scientists could have a names-based index to

4  literature.

5       Q   Okay.  On that particular project that

6  you've just identified, who was engaged in that,

7  to your knowledge?

8       A   So that was the member libraries of the

9  Biodiversity Heritage Library for which I used to

10  be the technical director.

11      Q   And do you know how many members there

12  are?

13      A   Dozens.  I don't know the exact number

14  today.

15      Q   It's under a hundred, though; is it not?

16      A   I believe so, yes.

17      Q   That was one example that you were aware

18  of concerning a computation analysis of the text.

19          You said there was a second example you

20  were aware of.

21      A   Yes, we have a -- there was another user

22  who was compiling an Isaac Asimov bibliography and

23  was searching through relevant texts --

24  searching -- trying to find occurrences of

25  Asimov's name for his bibliography.

1      Q  And was he successful in that endeavor, to
2   your knowledge?
3      A  Yes, we wrote a blog post about his
4   research.
5      Q  Are you aware of any other users other
6   than the members of the Biodiversity Directive and
7   its single user who was doing research on Isaac
8   Asimov?  Do you know of any other users of Open
9   Library that have engaged in computational
10   analysis of texts?
11         MR. GRATZ:  Objection to form.
12         THE WITNESS:  There are other users.  I
13   believe the academic who comes to mind, I believe
14   her name is Laura Gibbs.  She is also compiling
15   a -- it's a bibli- --
16   BY MS. McNAMARA:
17      Q  And how were you aware of Ms. Gibbs'
18   compilation?
19      A  Notices -- messages on Twitter for use of
20   our collection.
21      Q  Okay.  So that's a third person.  Do you
22   know of any other --
23         MR. GRATZ:  Objection to form.
24         THE WITNESS:  Those are the ones that come
25   to -- readily come to mind.

Page 221

1    endorse; is that right?

2        A   That's not accurate.   MIT Press did

3    endorse the statement.

4            MS. McNAMARA:   Let's have marked as

5    Plaintiffs' Exhibit 283, tab 188.

6            MR. MAZUREK:   Get that up.

7            MS. McNAMARA:   Actually, this is not the

8    document I was looking for.   So let's take that

9    down.   That is...

10           MR. MAZUREK:   It has not been introduced,

11   so we're good.

12           MS. McNAMARA:   I'll have to find -- and I

13   apologize for the confusion.

14   BY MS. McNAMARA:

15       Q   Setting aside speaking to some of the

16   library partners, did the Internet Archive receive

17   any negative feedback on its implementation of the

18   National Emergency Library?

19       A   Yes.

20       Q   Tell me about that.

21       A   There were op-eds in the Washington Post

22   and elsewhere about the National Emergency

23   Library.

24       Q   Other than the Washington Post and other

25   op-eds, did the Internet Archive receive direct

                                        Page 222

1    communication from authors, publishers, groups,

2    concerning the National Emergency Library?

3        A  Yes.

4        Q  Tell me about what you know about that.

5        A  There were a number of people who objected

6    to the National Emergency Library.

7        Q  And what reasons, if any, were given as to

8    why people objected to the National Emergency

9    Library?

10       A  There were a variety of reasons.

11       Q  Tell me any reasons that you can recall?

12       A  There were copyright concerns.

13       Q  What copyright concerns were brought to

14   the attention of Internet Archive concerning the

15   National Emergency Library?

16       A  Authors stating their concern about the

17   copyright and the National Emergency Library.

18       Q  Besides authors, did publishers express

19   concern?

20       A  Yes.

21       Q  And were -- certain organizations

22   expressed concerns, author or publisher

23   organizations?

24       A  Yes.

25       Q  And were their concerns similar, that they

Page 223

1    believed this was perhaps not followed -- was not

2    consistent with copyright law, the National

3    Emergency Library?

4        A   Yes.

5        Q   And so just so that it's clear what

6    happened when Internet Archive implemented the

7    National Emergency Library, it did away with wait

8    lists; is that correct?

9        A   Correct.

10       Q   And it allowed -- and so it in effect did

11   away with the one-to-one ratio; is that not right?

12       A   Correct.

13       Q   Are you aware whether there was any

14   maximum number of concurrent users put into the

15   system during the National Emergency Library?

16       A   Yes.

17       Q   And what was the maximum number that was

18   put into the system that -- a book -- a number of

19   people that could check out the same book?

20       A   10,000.

21       Q   So do you know why the National Emergency

22   Library was implemented?

23       A   Yes.

24       Q   Why?

25       A   To respond to the total shutdown of the

Page 224

1    educational and library systems in the United

2    States and the world.

3        Q   And it was intended to facilitate students

4    and teachers and others to have access to books

5    that they were otherwise shut out from; is that

6    right?

7        A   Correct.

8        Q   Was the system designed in such a way that

9    it was -- that users were limited to students or

10   teachers?

11       A   No.

12       Q   So someone could just be, you know, in

13   their home and wanting to read Huckleberry Finn or

14   Catcher in the Rye and could check it out without

15   a wait list; isn't that right?

16       A   Yes.

17       Q   And the National Emergency Library was in

18   no way consistent with the principles of

19   controlled digital lending, was it?

20           MR. GRATZ:   Objection to form.

21           THE WITNESS:   The National Emergency

22   Library had all of the controls of controlled

23   digital lending except the owned-to-loan ratio.

24   BY MS. McNAMARA:

25       Q   And I believe we've previously established

Page 225

1   that the owned-to-loan ratio was perhaps the most

2   critical component to controlled digital lending;

3   isn't that right?

4       A  Yes.

5       Q  Let me show you a document.  It may have

6   been previously marked.

7           MS. McNAMARA:  So, Carl, correct me if

8   I'm...

9           If it has, that -- that's at tab 82.

10          MR. MAZUREK:  One sec.  I don't believe

11  it's previously been marked, so I can introduce

12  it.

13          Should be in your folders as Exhibit 283.

14          (Plaintiffs' Exhibit 283 is introduced for

15  the record.)

16  BY MS. McNAMARA:

17      Q  Mr. Freeland, this appears to be an e-mail

18  dated March 24th, 2020, from Lila Bailey to CDL

19  Policy.  Do you see that?

20      A  Yes.

21      Q  Do you have an understanding as to what

22  the list of people is that -- is meant by CDL

23  policy?

24      A  Generally.  I don't know all the list of

25  the members.

Page 242

1    Mr. Freeland, when you received this e-mail, not
2    what Ms. Bailey intended by writing it.
3         I'm asking you as a recipient, how did you
4    understand this?
5        A  I don't recall.
6        Q  As you sit here today, do you have an
7    understanding as to the fact that access was not
8    limited in the National Emergency Library to --
9    only to people directly impacted by COVID-19?
10        MR. GRATZ:  Objection to form.
11        THE WITNESS:  There were no limitations to
12   access to the National Emergency Library.
13   BY MS. McNAMARA:
14       Q  So in order to access the National
15   Emergency Library during its tenure, someone
16   didn't need to certify that they were directly
17   impacted by COVID-19, did they?
18       A  No.
19       Q  Ms. Bailey is also indicating that the
20   reason she -- the Internet Archive is implementing
21   this opt-out policy is to address authors who
22   think that their sales might be impacted.
23         Do you see that?
24       A  Yes.
25       Q  Did you have an understanding that

Page 250

1   digital lending?

2          MR. GRATZ:  Objection to form.  Also

3   outside the scope of the noticed topics.

4          MS. McNAMARA:  I don't agree with that,

5   but --

6          MR. GRATZ:  I'm happy to discuss it off

7   the record.  We've designated somebody else on

8   takedowns.

9          MS. McNAMARA:  This isn't takedown.  This

10   is controlled digital lending.

11   BY MS. McNAMARA:

12      Q  Do you know, Mr. Freeland, whether if --

13   when Internet Archive complied, if they did, with

14   demands to take works out of the National

15   Emergency Library, whether they also removed those

16   works from Open Library?

17          MR. GRATZ:  Same objection.

18          THE WITNESS:  When books were taken out of

19   the National Emergency Library, they were not

20   taken out of controlled digital lending.

21   BY MS. McNAMARA:

22      Q  Thank you.

23          And was that something made explicit, to

24   your knowledge, to the people demanding that their

25   books be removed?

Page 255

1    with our publishing partners.

2        Q   And you believe that was an error; is that

3    right?

4        A   Yes.

5        Q   Do you know whether -- are you familiar

6    with the organization Authors Alliance?

7        A   Yes.

8        Q   And Brewster Kahle is an adviser to the

9    Authors Alliance; isn't that right?

10       A   I don't know.

11       Q   Do you -- are you aware that Pam Samuelson

12   is on the board of the Authors Alliance?

13       A   I don't know.

14       Q   Do you know who Pam Samuelson is?

15       A   Yes.

16       Q   Who is she?

17       A   She's a faculty member at UC Berkeley.

18       Q   And to your knowledge, has the

19   Authors Alliance often supported the Internet

20   Archive?

21       A   Generally, yes.

22       Q   But it didn't support the National

23   Emergency Library, did it?

24       A   Not to my knowledge.

25           MS. McNAMARA:   Let's have marked tab 211.

Page 296

1    of that.  So I apologize for that confusion.  I

2    don't know why the system -- they need different

3    coding so that it goes in the right place.

4         So, Mr. Freeland, this is Plaintiffs'

5    Exhibit 292, which appears to be a template form

6    for a scanning agreement.

7         Have you seen this document before?

8         MR. GRATZ:  I'm going to object while we

9    are on the topic of making our record.

10        In our response to the 30(b)(6) topics, we

11   said expressly that Internet Archive objects to

12   the inclusion of digitization agreements that are

13   unrelated to the Internet Archive's lending

14   library as irrelevant as part of our objections

15   and responses to this topic which were served on

16   September 1, 2021, and so we don't regard this as

17   being one of documents that is within the scope of

18   what this witness is designated on.  You are

19   welcome to go ahead and ask questions about it and

20   make whatever record you feel like you need to.

21   BY MS. McNAMARA:

22       Q  Mr. Freeland, do you know -- you're aware,

23   are you not, that Internet Archive has entered

24   into scanning agreements with libraries to scan

25   various books; is that correct?

1        A   Yes.

2        Q   And as a result of those scanning

3    agreements, Internet Archive receives digital or

4    creates digital copies of the works that are

5    scanned; isn't that right?

6        A   Yes.

7        Q   And the digital copies that are obtained

8    as a result of the scanning agreement, are those

9    works included on archive.org?

10           MR. GRATZ:   Objection to form.

11           THE WITNESS:   Yes.

12   BY MS. McNAMARA:

13       Q   So if I'm understanding correctly, as a

14   result of the scanning agreements that have been

15   entered into by Internet Archive, the scanned

16   digital works are amongst the holdings held by

17   Internet Archive and counted in the overlap --

18   not -- counted in the Open Libraries; is that

19   right?

20           MR. GRATZ:   Objection to form.

21           THE WITNESS:   That is not accurate.

22   BY MS. McNAMARA:

23       Q   Explain to me how it's not accurate.

24       A   So our overlap only runs against the books

25   that the Internet Archive has acquired and that we

Page 298

1    digitized.

2        Q  So the -- explain that to me, when you say

3    "only against works that have been acquired."

4        A  We only run our overlaps against the

5    collection of books that the Internet Archive has

6    acquired and digitized and make available through

7    controlled digital lending.

8        Q  And the digital copies of works that are

9    created as a result of the -- as the scanning

10   agreements entered into with libraries, do you not

11   consider those acquired works?

12           MR. GRATZ:  Objection, vague.

13           You can answer.

14           THE WITNESS:  No, those books have not

15   been acquired.

16   BY MS. McNAMARA:

17       Q  So are any of those books included on

18   archive.org for lending by users?

19           MR. GRATZ:  Objection to form.

20           THE WITNESS:  Can you -- can you clarify

21   the question, please?

22   BY MS. McNAMARA:

23       Q  Yes.

24           In the digital copies that are obtained by

25   Internet Archive as a result of the scanning

Page 299

1    agreements entered into by Internet Archive, are

2    any of those scanned digital works included for

3    lending on archive.org?

4        A   No, those books are not included in

5    lending.

6        Q   What happens to those books, those digital

7    copies?

8        A   Those books are available on archive.org,

9    but they are not part of our lending system.

10       Q   So a user going to archive.org could not

11   download or check out a book that had been

12   obtained through a scanning agreement; is that

13   right?

14           MR. GRATZ:  Objection to form.

15           THE WITNESS:  They could not check them

16   out.

17   BY MS. McNAMARA:

18       Q   And what -- how is the system put in place

19   so that there is a distinction between books

20   obtained through scanning and books acquired for

21   checking out?  Mechanically, how is that

22   established?

23       A   We have had a field in our metadata that's

24   called the Internet Archive Boxid.  I think its

25   tag is IA Boxid.  And that indicates that it is a

Page 300

1    book that the Internet Archive owns in physical

2    form, and then that book is made available in

3    lending.

4        Q   Thank you.

5            And if it doesn't have that IA Boxid, it

6    cannot be lent to a user; is that right?

7        A   Correct.

8        Q   So is that a -- is that a condition of the

9    process of the scanning agreement, that those

10   books are never included in lending by the

11   Internet Archive?

12       A   I am not clear on the question.

13       Q   And I don't think it was very clear, so

14   I'm not surprised that you're not clear.

15           Is that a -- is that an express provision,

16   to your knowledge, in the agreement reached with

17   libraries that agree to scanning, that those

18   scanned books will not be made available for

19   lending?

20       A   Yes.

21       Q   Can users of Internet Archive, if they

22   visit archive.org, look at the books or read the

23   books but they can't check them out?

24           MR. GRATZ:  Objection to form.

25           THE WITNESS:  Yes.

1    BY MS. McNAMARA:

2        Q   So the only distinction is that the books

3    obtained -- the digital eBooks obtained as a

4    result of the scanning agreement cannot be checked

5    out, but they can be read by a user on Internet or

6    archive.org; is that right?

7            MR. GRATZ:   Objection, lacks foundation,

8    vague in its use of the term "digital eBooks."

9    Form.

10           You can answer.

11           THE WITNESS:   So the only books that are

12   available for checkout and borrowed through

13   controlled digital lending are the books that the

14   Internet Archive has acquired and digitized.

15   BY MS. McNAMARA:

16       Q   But I guess I was asking a little

17   different question.

18           I understand that they're not available

19   for checkout or lending, but they are available to

20   be read by visitors to archive.org; isn't that

21   right?

22           MR. GRATZ:   Objection, vague in its use of

23   the term "they."

24           THE WITNESS:   Yes.

25

Page 302

1    BY MS. McNAMARA:

2        Q   And the practices you've just been

3    describing, these are the current practices

4    followed by Internet Archive?

5        A   Yes.

6        Q   Do you know whether Internet Archive has

7    always made the distinction that you've described

8    that books are not available for lending if they

9    were simply obtained through the -- through

10   scanning agreements?

11       MR. GRATZ:  Objection, vague in its use of

12   the word "obtained," lacks foundation.

13       You can answer.

14       THE WITNESS:  I don't know.

15   BY MS. McNAMARA:

16       Q   So during the time that you've been

17   employed by Internet Archive, have you ever been

18   aware of books that were digital copies that were

19   obtained as a result of a scanning agreement?

20   Have you ever been aware whether those books were

21   able to be checked out on archive.org?

22       A   I'm not sure.

23       MR. GRATZ:  Objection, vague as to time,

24   form.

25       THE WITNESS:  I'm not sure.

Page 303

1    BY MS. McNAMARA:

2         Q   You're not.

3             If you would direct your attention to this

4    agreement that has been marked as Exhibit 292,

5    this form agreement?

6         A   Yes.

7         Q   Under Services, if you look at the second

8    paragraph under Services, the last sentence, it

9    reads:

10            Internet Archive will provide one digital

11   copy of each digitized item (a "Digital Copy") to

12   the library and will retain additional digital

13   copies.

14            Do you see that?

15        A   Yes.

16        Q   Do you know what Internet Archive does

17   with the retained additional copies?

18            MR. GRATZ:  Objection to form.

19            THE WITNESS:  I don't know.

20   BY MS. McNAMARA:

21        Q   One copy is presumably posted on

22   archive.org; is that right?

23            MR. GRATZ:  Objection to form.

24            THE WITNESS:  Yes.

25

Page 304

1    BY MS. McNAMARA:

2        Q   And it goes on the -- two sentences later,

3    it says:

4            The digital copies will be freely

5    accessible and downloadable from Internet Archive

6    via HTTP, Torrent or a similar method.

7            Do you see that?

8        A   Yes.

9        Q   What do you understand the use of

10   "downloadable" in that sentence to mean if, as

11   you've testified, these works are not available

12   for lending?

13       A   So our partner libraries are scanning

14   materials that are in the public domain.  So they

15   are not available for lending, and they're made

16   available for download.

17       Q   So is it your understanding that the

18   scanning agreements only apply to public domain

19   material?

20           MR. GRATZ:  Objection, vague.

21           THE WITNESS:  No.

22   BY MS. McNAMARA:

23       Q   So if the scanned digital copies were

24   works that were not in the public domain per this

25   agreement, would those copies be accessible and

Page 305

1     downloadable from the Internet Archive?

2          MR. GRATZ:  Objection to form.

3          THE WITNESS:  No.

4     BY MS. McNAMARA:

5        Q  And how do you know that?

6        A  Because books that are in copyright are

7     only made available through controlled digital

8     lending, and those are only books that the

9     Internet Archive owns and is digitized.

10       Q  Thank you.  Let me see.

11          MS. McNAMARA:  Can we put in, if it hasn't

12    been marked before, tab 33, please.

13          MR. MAZUREK:  Should be in your folders as

14    Exhibit 293.

15          (Plaintiffs' Exhibit 293 is introduced for

16    the record.)

17    BY MS. McNAMARA:

18       Q  Mr. Freeland, this is an e-mail from

19    Brewster Kahle to Robert Newland dated

20    November 24, 2016, and I appreciate that this

21    predates your time with the Internet Archive, but

22    I'm -- given your experience and knowledge, I was

23    wondering if you could help me to understand what

24    is being said here.  At the beginning Mr. Kahle is

25    saying:

Page 314

1          MR. GRATZ:  And, Liz, you can keep going.
2     I'm not stopping you.  But I do want to note that
3     we're past 7 hours.
4          MS. McNAMARA:  Oh, we are?  I apologize.
5     I didn't think we were.
6          Well, I'm almost done.  I thought I had
7     plenty of time.  But anyway, thank you, Joe.  I am
8     really almost done.  I appreciate your courtesy.
9          MR. MAZUREK:  I'm introducing this as
10    Exhibit 295, and it will -- should be in your
11    folders now.
12         (Plaintiffs' Exhibit 295 is introduced for
13    the record.)
14    BY MS. McNAMARA:
15      Q  Mr. Freeland, do you see what's been
16    marked as Plaintiffs' Exhibit 295, which is a
17    listing of a book that's available for checkout on
18    Open Libraries today?  And the book is called The
19    Passmores in America:  A Quaker family through six
20    generations.
21         Do you see that?
22      A  Yes.
23      Q  And the publication date is 1992.
24         Do you see that?
25      A  Yes.

Page 315

1      Q  You wouldn't expect this book to be in the
2   public domain, would you?
3          MR. GRATZ:  Objection, calls for a legal
4   conclusion, lacks foundation.
5          You can answer.
6          THE WITNESS:  I don't know.
7   BY MS. McNAMARA:
8      Q  Do you see for this book the digitizing
9   sponsor was Boston Public Library and the
10  contributor was the Boston Public Library?
11     A  Yes.
12     Q  And do you see that the publisher is
13  Lewiston, New York, E. Mellen Press?
14         MR. GRATZ:  Objection to form.
15         THE WITNESS:  Yes.
16  BY MS. McNAMARA:
17     Q  Does this appear to be another book that
18  is available for lending on the Internet Archive
19  that was scanned -- that was obtained -- the
20  digital copy was obtained by scanning?
21         MR. GRATZ:  Objection to form.
22         THE WITNESS:  Yes.
23  BY MS. McNAMARA:
24     Q  So does this help you reconsider whether
25  it is in fact true that books that are obtained by

Page 316

1    the Internet Archive via a scanning agreement are

2    never included in digital lending?

3           MR. GRATZ:  Objection, vague in its use of

4    the term "scanning agreement."  Objection to form.

5           You can answer.

6           THE WITNESS:  I'm not clear on the

7    question.

8    BY MS. McNAMARA:

9        Q   Let me rephrase it.

10          Does this help you to realize that books

11   may well be available for lending on archive.org

12   that were obtained via scanning agreement versus

13   owned by Internet Archive?

14          MR. GRATZ:  Objection to form, vague in

15   its use of the term "scanning agreements."

16          THE WITNESS:  Yes.

17          MS. McNAMARA:  Okay.  Thank you very much.

18   I very much appreciate your time today and you

19   answering all these questions.

20          And, Joe, I appreciate you allowing me to

21   inadvertently go over seven hours.

22          So I wish everybody a great weekend and

23   wonderful holidays, and we will be back in touch.

24   But thank you very much, Mr. Freeland.

25          MR. GRATZ:  Very good.  I just have a few

Page 321

1          CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

2              I, Cynthia J. Conforti, Certified

3     Shorthand Reporter No. 084-003064, CSR, CRR, and a

4     Notary Public in and for the County of Cook, State

5     of Illinois, the officer before whom the

6     foregoing deposition was taken, do hereby certify

7     that the foregoing transcript is a true and

8     correct record of the testimony given; that said

9     testimony was taken by me stenographically and

10    thereafter reduced to typewriting under my

11    direction; that reading and signing was requested;

12    and that I am neither counsel for, related to, nor

13    employed by any of the parties to this case and

14    have no interest, financial or otherwise, in its

15    outcome.

16        IN WITNESS WHEREOF, I have hereunto set my

17    hand and affixed my notarial seal this 4th day of

18    January, 2022.

19

20

21    My commission expires: October 30, 2023

22

23

24    Notary Public in and for the

25    State of Illinois

Veritext Legal Solutions