McNamara Declaration

Exhibit 10

# Lending & Book Reader

Thu Oct 6, 2016 by Richard Caceres

CONFIDENTIAL INTARC00138760

# Book Reader

https://github.com/internetarchive/bookreader

CONFIDENTIAL
INTARC00138761

Before

10 PRINT CHR$(205.5+RND(1)); : GOTO 10

Search inside GO

Figure 10.1
From left to right and top to bottom, the 10 PRINT program is typed into the Commodore 64 and is run. Output scrolls across the screen until it is stopped.

Computer programs process and display critical data, facilitate communication, monitor and report on sensor networks, and shoot down incoming missiles. But computer code is not merely functional. Code is a peculiar kind of text, written, maintained, and modified by programmers to make a machine operate. It is a text nonetheless, with many of the properties of more familiar documents. Code is not purely abstract and mathematical; it has significant social, political, and aesthetic dimensions. The way in which code connects to culture, affecting it and being influenced by it, can be traced by examining the specifics of programs by reading the code itself attentively.

Like a diary from the forgotten past, computer code is embedded with stories of a program's making, its purpose, its assumptions, and more. Every symbol within a program can help to illuminate these stories and open historical and critical lines of inquiry. Traditional wisdom might lead one to believe that learning to read code is a tedious, mathematical chore. Yet in the emerging methodologies of critical code studies, software studies, and platform studies, computer code is approached as a cultural text reflecting the history and social context of its creation. "Code . . . has been inscribed, programmed, written. It is conditioned and concretely historical," new media theorist Rita Raley notes (2006). The source code of contemporary software is a point of entry in these fields into much larger discussions about technology and culture. It is quite possible, however, that the code with the most potential to incite critical interest from programmers, students, and scholars is that from earlier eras.

This book returns to a moment, the early 1980s, by focusing on a single line of code, a BASIC program that reads simply:

```
10 PRINT CHR$(205.5+RND(1)); : GOTO 10
```

One line of code, set to repeat endlessly, which will run until interrupted (figure 10.1).

Programs that function exactly like this one were printed in a variety of sources in the early days of home computing, initially in the 1982 *Commodore 64 User's Guide*, and later online, on the Web. (The published versions of the program are documented at the end of this book, in "Variants of 10 PRINT.") This well-known one-liner from the 1980s was recalled by one of the book's authors decades later, as discussed in "A Personal

After

10 PRINT CHR$(205.5+RND(1)); : GOTO 10
Back to item details

Search inside this book

Figure 10.1
From left to right and top to bottom, the **10 PRINT** program is typed into the Commodore 64 and is run. Output scrolls across the screen until it is stopped.

Computer programs process and display critical data, facilitate communication, monitor and report on sensor networks, and shoot down incoming missiles. But computer code is not merely functional. Code is a peculiar kind of text, written, maintained, and modified by programmers to make a machine operate. It is a text nonetheless, with many of the properties of more familiar documents. Code is not purely abstract and mathematical; it has significant social, political, and aesthetic dimensions. The way in which code connects to culture, affecting it and being influenced by it, can be traced by examining the specifics of programs by reading the code itself attentively.

Like a diary from the forgotten past, computer code is embedded with stories of a program's making, its purpose, its assumptions, and more. Every symbol within a program can help to illuminate these stories and open historical and critical lines of inquiry. Traditional wisdom might lead one to believe that learning to read code is a tedious, mathematical chore. Yet in the emerging methodologies of critical code studies, software studies, and platform studies, computer code is approached as a cultural text reflecting the history and social context of its creation. "Code . . . has been inscribed, programmed, written. It is conditioned and concretely historical," new media theorist Rita Raley notes (2006). The source code of contemporary software is a point of entry in these fields into much larger discussions about technology and culture. It is quite possible, however, that the code with the most potential to incite critical interest from programmers, students, and scholars is that from earlier eras.

This book returns to a moment, the early 1980s, by focusing on a single line of code, a BASIC program that reads simply:

```
10 PRINT CHR$(205.5+RND(1)); : GOTO 10
```

One line of code, set to repeat endlessly, which will run until interrupted (figure 10.1).

Programs that function exactly like this one were printed in a variety of sources in the early days of home computing, initially in the 1982 *Commodore 64 User's Guide*, and later online, on the Web. (The published versions of the program are documented at the end of this book, in "Variants of 10 PRINT.") This well-known one-liner from the 1980s was recalled by one of the book's authors decades later, as discussed in "A Personal





CONFIDENTIAL

INTARC00138765



Lending



CONFIDENTIAL
INTARC00138767



# INTRODUCTION TO ART
## AN ILLUSTRATED TOPICAL MANUAL

BY LORENZ EITNER

Chairman
Department of Art and Architecture
Stanford University
Palo Alto, California

Burgess Publishing Company

CONFIDENTIAL
INTARC00138768



CONFIDENTIAL
INTARC00138769



Downloads are fulfilled by our own instance of Adobe Content Server (ACS4).

They can be opened in Adobe Digital Editions.



Search works within lending books.

It uses our Elastic Search backend.

CONFIDENTIAL

INTARC00138771

 

New Mobile Interface.

Built with "mmenu" plugin.

Mobile interface is activated with a css media query.

The cutoff is currently 800px.

**CONFIDENTIAL**                                                                                                          INTARC00138772