# McNamara Declaration Exhibit 12

Page 1
Welcome to Open Library | Open Library
https://openlibrary.org/

INTERNET ARCHIVE Donate ♥

OPEN LIBRARY Browse ▾ More ▾ All ▾ Search Log In Sign Up

Welcome to Open Library

Read Free Library Books Online
Millions of books available through Controlled Digital Lending

Keep Track of your Favorite Books
Organize your Books using Lists & the Reading Log

Try the virtual Library Explorer
Digital shelves organized like a physical library

Trending Books

Preview | Checked Out | Borrow | Join Waitlist | Borrow | Not in Library

Classic Books

Read | Read | Read | Read | Read | Read

Books We Love

Borrow | Borrow | Borrow | Borrow | Borrow | Borrow

Recently Returned

Borrow | Borrow | Borrow | Borrow | Borrow | Borrow

Romance

Borrow | Borrow | Borrow | Borrow | Borrow | Borrow

Kids

Borrow Borrow Borrow Borrow Borrow Borrow

Thrillers

Borrow Borrow Borrow Borrow Borrow Borrow

Textbooks

Borrow Borrow Borrow Borrow Borrow Borrow

Authors Alliance & MIT Press

Borrow Borrow Borrow Borrow Borrow

Browse by Subject

Art 71,567 Books | Science Fiction 16,703 Books | Fantasy 12,891 Books | Biographies 14,784 Books | Recipes 8,628 Books | Romance 20,306 Books

## Around the Library

Here's what's happened over the last 28 days. More recent changes.

3,124,813 UNIQUE VISITORS | 84,555 NEW MEMBERS | 233,852 CATALOG EDITS | 882 LISTS CREATED | 349,709 EBOOKS BORROWED

## About the Project

Open Library is an open, editable library catalog, building towards a web page for every book ever published. More

Just like Wikipedia, you can contribute new information or corrections to the catalog. You can browse by subjects, authors or lists members have created. If you love books, why not help build a library?

**Latest Blog Posts**

It takes a Classroom to build an Open Library - *June 30, 2022*

A High Schooler's Experience Contributing to the Open Book Genome Project - *April 27, 2022*

Introducing Trusted Book Providers - *December 20, 2021*

**Open Library**
Vision
Volunteer
Partner With Us
Careers
Blog
Terms of Service
Donate

**Discover**
Home
Books
Authors
Subjects
Collections
Advanced Search
Return to Top

**Develop**
Developer Center
API Documentation
Bulk Data Dumps
Writing Bots
Add a Book

**Help**
Help Center
Report A Problem
Suggesting Edits

**Change Website Language**
Čeština (cs)
Deutsch (de)
English (en)
Español (es)
Français (fr)
Hrvatski (hr)
తెలుగు (te)
Українська (uk)
中文 (zh)

Open Library is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include the Wayback Machine, archive.org and archive-it.org

version c3560fb



