McNamara Declaration

Exhibit 14



**mek**

2020-06-16 02:43

https://internetarchive.slack.com/archives/C0ETZV72L/p1592275357267300



**mek**

2020-06-16 02:44

Open Library's Session Loan code is now live and we're trying to get early feedback from the community as early as possible so we have time to respond



**mek**

2020-06-16 16:58

```How come all the books I try to read have a one hour limit? I'm confused and I'd just love to finish a series I'm reading. ``` ```How come all the books I try to read have a one hour limit? I'm confused and I'd just love to finish a series I'm reading. how can I download this book to my kindle or iphone? I've tried everything. I bought bluefire, can't figure out how to move it there. I downloaded adobe digital can't figure out how to move it there? Theres no download button. When I hit share, that doesn't help. Trying read off phone as is, is impossible, either to small or to big. Can you help with easy instructions? Thanks``` ```Today, I am unable to borrow any OL books for longer than one hour. This will make OL almost useless to me,and I am sure many other users. Please fix this and return OL to its for 14 day loan period. Thank you.``` ```I was reading Daniel Silva's Gabriel Allon series when suddenly none of the books was available in the library anymore? In fact I was busy reading one of the books and it just returned itself and nothing was available? It has been 3 months now since it happened so can you please advise why has it been taken out or how and when will it be available again.``` ```I keep trying to borrow a book, and it opens, but says I only have a one hour preview. Whatks up with that? I clicked on borrow, not preview.``` ```Hello Whichever book I want to borrow I am only allowed to borrow it for 1 hour. Maybe there is something wrong??? Furthermore I cannot return a book I have read. Kind regards Dorothea Schmelcher ``` ```I am trying to borrow books for my lessons tomorrow but everything I am trying to borrow is on a 1 hr rental only. Is there a problem with the book rentals? ``` ```Books are only available for one hour. This only a preview offer. How do you download a book this way``` ```Why have I suddenly been limited to a 1 hour time limit on borrowing books?``` @jeff, @brenton, @brewsterkahle



**brenton**

2020-06-16 17:03

Thanks, Mek. Points made. You can help distill feedback into concrete, specific asks, in support of whatâ€™s live.



PRODUCED IN NATIVE FORMAT AT INTARC00293954

**mek**
2020-06-16 17:14

I don't know that I have a specific ask, just trying to indicate volume; these were from the last half hour. I don't think most are "bugs" just reflections of what patrons are asking for. The 2 main classes are: â€¢ wanting to borrow for 2 weeks (and us removing the option, for books w/ 1 copy) â€¢ wanting to read offline Both may be addressed by a flexible pool where we enable 2wk borrows for any/every book



**mek**
2020-06-16 17:43

The issue with returning 1h borrows from Open Library is one we're actively looking into and I sent @jeff copy about how we might answer those emails (with info from our blog)



**mek**
2020-06-16 17:48

I think :openlibrary: is especially egregious because our UI still shows "Borrow" without messaging.



**mek**
2020-06-16 17:48

@brenton + @jshelton suggestions on how we may want to update this without doing a whole redesign?



**jshelton**
2020-06-16 17:56

Assuming you can determine the availability: â€¢ You could consider using a drop-click button for any borrow with multiple loan options â€¢ You could change the labels to "Borrow 1 hour" or "Borrow 14 days"



**jshelton**
2020-06-16 18:03

Hmmm... your split Borrow | Listen button won't be quite as tidy next to a drop-click button.



**mek**
2020-06-16 18:25

I wonder if it even works right now for borrowable books :sweat_smile:

PRODUCED IN NATIVE FORMAT AT INTARC00293954



**jeff**
2020-06-16 18:43

mouseover tooltip: if you only need it for a short time this will let the next patron borrow it sooner



**brenton**
2020-06-16 18:44

Please recall our design directives: The 14 day option should not be an immediately visible option.



**jeff**
2020-06-16 18:45

the second buttons are on the bookreader page after you click the first borrow button



**jeff**
2020-06-16 18:46

clicking the first one by default gets you a 1 hour loan



**jeff**
2020-06-16 18:47

idea is to let borrowers know from the outset that a 14 day loan is available

PRODUCED IN NATIVE FORMAT AT INTARC00293954



**brenton**
2020-06-16 18:57

On http://Archive.org, we have disclosure triangle, so that users may _discover_ through action that a 14 day loan is available, but the default is 1 hour. It is what we are encouraging.



**jeff**
2020-06-16 19:06

guess i just dont agree with hiding that 14 day loans are available (dont think this is something you should need to "discover" in a library.)



**brenton**
2020-06-16 19:12

Starting today (well, yesterday), 14 day loans are a special feature, not the norm. Let's take further discussion offline with me or others. BTW: I just talked with @chrisfreeland, and apparently, across the board, librarians are in favor of the 1-hour loans baseline. (Was a surprise to me.)



**mek**
2020-06-16 19:43

https://internetarchive.slack.com/archives/C075DJ6G1/p1592333866232600?thread_ts=1592329727.229400&cid=C075DJ6G1 I am *fully* on board with this (prioritizing 1h as default) I don't like that hundreds of thousands of books have no option at all for 2wk borrow



**mek**
2020-06-16 19:46

I think :openlibrary: will/should follow http://Archive.org's lead (the designs by @jshelton and others) to have a dropdown which does 1h by default. I agree this is a good direction. I think completely disallowing 2 week loans when we only have 1 copy *hurts our readers*.



**mek**
2020-06-16 20:40

@jeff I am doing my best to help w/ questions on mail

PRODUCED IN NATIVE FORMAT AT INTARC00293954



**mek**
2020-06-16 20:41

1. Many folks who are experiencing issues with lending may need to log back in (so their account has s3 keys). The code *should* log them out; I'm double checking. 2. It seems returning 1h loans may work different from 2wk loans. :openlibrary:'s return button isn't working for 1h borrows; we'll need to send them to the IA book or their IA loans page. Working on a fix.



**mark**
2020-06-16 20:57

Could we please start a Google Doc of FAQs ref. this?



**jeff**
2020-06-16 21:01

@judec this is no longer working `https://www-judec.archive.org/services/loans/beta/admin/index.php?action=book&lookup=gunslingerthedar00step_2`

PRODUCED IN NATIVE FORMAT AT INTARC00293954

| | |
|---|---|
| From: | Naheed Khan |
| Sent: | Thursday, June 18, 2020 4:22 AM EDT |
| To: | Brenton Cheng |
| Subject: | Re: Borrowing books at the Internet Archive |

Hi Brenton,
It's great to hear from you and have the opportunity to correspond with a developer!
Going from a 2 week loan to 1 hour is quite a big jump, what if I'm reading a book on an hour's loan and someone else checks it out before I've finished it?
 I don't mind reducing the borrowing time to say 1 day, which would be a lot more usable time limit. Personally I return books quickly and wouldn't mind having them for a shorter time period. But an hour is not really enough time for anyone.
I hope you will reconsider this new borrowing period and also return the waiting list option which is still not available for many books.
Best regards,
Naheed
Sent from my Samsung Galaxy smartphone.
-------- Original message --------
From: Brenton Cheng <brenton@archive.org>
Date: 18/06/2020 06:34 (GMT+00:00)
To: needo65@hotmail.com
Subject: Borrowing books at the Internet Archive
Hey Naheed,

I lead the website development team at the Internet Archive. As you know, we recently launched a new one-hour loan system for borrowing books.

With this new system, even though the loans are for one hour, once that hour is finished, you can check out the book again, as long as you're the first person to do so. Does that take care of your needs?

Or: If you feel that you need a 14 day borrow, could you tell me a little bit about why? Knowing how you use our books would help us make our services better.

Thank you!

-Brenton

-----
Brenton Cheng
Team Lead, Archive.org website
Internet Archive / Open Library



-------- Original Message --------
Subject: Re: Support case *Borrowing Books*
Date: 2020-06-17 11:08
From: Naheed Khan <needo65@hotmail.com>
To: "openlibrary@archive org" <openlibrary@archive.org>

CONFIDENTIAL                                                                                                                           INTARC00379661

Thank you for your prompt reply, unfortunately it is very difficult if not impossible to read a book in 1 hour!

I think it's pointless having 1 hour loans as not many people can read that quickly. You should do research on the issue to see if it's a viable time limit.

Best regards,
Naheed Khan

On 17 June 2020, at 17:36, openlibrary <openlibrary@archive.org> wrote:

Hi,

Thanks for contacting us.

Lending has changed back to Controlled Digital Lending, which will mean

there are fewer copies available, some only with 1-hour lending periods. If we have enough copies, then some will be lent for 14 days.

Hope this helps.

Thanks for using archive.org

Best,
Jeff
Internet Archive Team

On 6/17/20 9:32 AM, needo65@hotmail.com wrote:
>
> Description:
>
> Hi, I'm trying to borrow 'Reputation for Revenue ' by Jennie Lucas but it says 1 hour loan! Is this correct?
>
>
>
> A new support case has been filed by Naheed Khan <needo65@hotmail.com>.
>
> Topic: Borrowing Books
> URL:
https://nam10.safelinks.protection.outlook.com/?url=https%3A%2F%2Fopenlibrary.org%2Fbooks%2FOL26287697M&amp;data=02%7C01%7C%7Cb39b2075cc8e45e14d3808d813494a5b%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C637280552790638633&amp;sdata=zoIXt82Br4cyiXd6ueDVWR5LhxvJythjHtCYwaQf4Y4%3D&amp;reserved=0
[1]

CONFIDENTIAL                                                                                       INTARC00379662

\> User-Agent: Mozilla/5.0 (Linux; Android 7.1.2; KFKAWI) AppleWebKit/537.36 (KHTML, like Gecko) Silk/81.2.16 like Chrome/81.0.4044.138 Safari/537.36
 \> OL-username: Naheed1965


Links:
------
[1]
https://nam10.safelinks.protection.outlook.com/?url=https%3A%2F%2Fopenlibrary.org%2Fbooks%2FOL26287697M&amp;data=02%7C01%7C%7Cb39b2075cc8e45e14d3808d813494a5b%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C637280552790648627&amp;sdata=OWPAQGXn0pImKJbsnc%2B6XnvkTxAPoAqYP5v345gzJWI%3D&amp;reserved=0

CONFIDENTIAL
INTARC00379663