# McNamara Declaration Exhibit 16

Page 1
How I survived bullies, broccoli, and Snake Hill : Patterson, James, 1947- author : Free Download, Borrow, and Streaming : Internet Archive
https://archive.org/details/howisurvivedbull0000patt_a1s6/mode/2up?view=theater



Page 2
How I survived bullies, broccoli, and Snake Hill : Patterson, James, 1947- author : Free Download, Borrow, and Streaming : Internet Archive
https://archive.org/details/howisurvivedbull0000patt_a1s6/mode/2up?view=theater

(1 of 340)