# McNamara Declaration

# Exhibit 20

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1    IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
2                     DISTRICT OF NEW YORK
3
4    HACHETTE BOOK GROUP, INC.,     ) Case No.
     HARPERCOLLINS PUBLISHERS LLC,  ) 1:20-CV-04160-JGK
5    JOHN WILEY & SONS, INC., and   )
     PENGUIN RANDOM HOUSE, LLC,     )
6                                   )
              Plaintiffs,           )
7         v.                        )
                                    )
8    INTERNET ARCHIVE and DOES 1    )
     through 5, inclusive,          )
9                                   )
              Defendants.           )
10   ------------------------------)
11
12
13
14        ***CONFIDENTIAL - ATTORNEYS EYES ONLY***
15              REMOTE PROCEEDINGS OF THE
16      VIDEOTAPED DEPOSITION OF STEVE POTASH,
17      INDIVIDUALLY AND AS A 30(B)(6) WITNESS
18               FOR OVERDRIVE, INC.
19              MONDAY, JANUARY 31, 2022
20
21
22
23   REPORTED BY NANCY J. MARTIN
24   CSR. NO. 9504, RPR, RMR
25   PAGES 1 - 204
```

Page 1

CONFIDENTIAL - ATTORNEYS EYES ONLY

1   A.  This would be the amount we invoiced the
2   library.
3       Q.  The library.
4           And this would apply -- the dollar amount
5   isn't necessarily -- actually, let me ask this.
6   Sorry.
7           When there is -- when a library gets access
8   to a book or makes a purchase on a model other than
9   cost per checkout, when would the revenue appear?  In
10  other words, if a library purchases a 24-month --
11  access for 24 months for a certain amount of money,
12  does that money appear at the beginning or spread out
13  over the 24 months?
14      A.  When a title is set live in the library's
15  catalog available to be borrowed, in that month we
16  will invoice a library as activity for the month.
17      Q.  So it's the month -- the money -- the dollar
18  amount appears in the month in which the library was
19  used; is that right?
20      A.  The month that the library placed the order,
21  yes.
22      Q.  And for cost per circulation transactions,
23  that would be the month in which the circulation
24  occurred; is that right?
25      A.  At the end of the month, the library would be

Page 120

```
1          A.   Generally, yes.
2          Q.   What is -- what is the differential?
3          A.   I mean are you asking as far as number of
4     actual library accounts and academic versus public?
5          Q.   Yes.
6          A.   As stated earlier, there are thousands of
7     individual communities that have access to OverDrive
8     to consortium insured collections.  So if we look at
9     every community as an individual library, we would be
10    in the thousands of public libraries.
11              If we look at U.S. university libraries,
12    academic libraries, we would be in the low hundreds,
13    maybe 2-, 300, I'm going to guess, in the U.S.
14         Q.   Okay.  And so as OverDrive acquires -- is it
15    fair to say that OverDrive acquires digital works from
16    publishers under various terms and models?
17         A.   OverDrive is granted permission to
18    redistribute and service institutions under agreements
19    with suppliers, publishers, and aggregators.
20         Q.   And that generally involves some compensation
21    paid by -- paid by OverDrive for the digital works; is
22    that right?
23         A.   It typically involves following a sale to an
24    institution or a license or access plan, sharing the
25    revenue under the agreed distribution terms we
```

Page 141

1    Q.  And are you aware that Internet Archive calls
2    these libraries "partner libraries"?
3    A.  I'm not familiar with all their terminology
4    or their public pages, but that doesn't surprise me as
5    they may label participating libraries as partners.
6    Q.  Do you have a sense of how many libraries
7    have become partner libraries with the Internet
8    Archive?
9    A.  No.
10   Q.  Can you tell me approximately how many public
11   libraries there are in the United States?
12   A.  I believe there's approximately 9,000
13   libraries that operate with branches and extensions
14   that may total in the 15,000 if you count every
15   location, and I think that's -- I recollect those
16   general numbers.
17   Q.  And those are just public library numbers; is
18   that correct?
19   A.  Correct.
20   Q.  And of those, you said a total of
21   approximately 15,000 public libraries, how many are
22   customers, approximately, of OverDrive?
23   A.  Again, that larger number would include all
24   the branches of some of the large metro systems.  So
25   it's a smaller number.  But I will approximate that 93

Page 161

1  to 94 percent of the U.S. public libraries have some
2  access to digital book lending with OverDrive, 90-plus
3  percent.
4       Q.  Okay.  And if I were to tell you that there
5  are today only about 2 or 3, 4 public libraries that
6  have signed on to be partner libraries with Internet
7  Archive, would that surprise you?
8           MR. GRATZ:  Objection to form.
9           THE WITNESS:  No.  I do recall, when I was
10 reviewing some of the materials, the names of
11 San Francisco Public Library and one or two others.
12 So I know it was -- there were -- just from my
13 recollection, more academic libraries and few public
14 libraries in that list.  I don't recall the date I may
15 have seen that, but...
16 BY MS. MCNAMARA:
17      Q.  Do you have any sense as to why there would
18 be more academic libraries than public libraries that
19 might -- that would be partner libraries with Internet
20 Archive?
21          MR. GRATZ:  Objection to form.
22          THE WITNESS:  Yes.
23 BY MS. MCNAMARA:
24      Q.  What is your sense?
25      A.  Well, academic libraries have, for decades,

Page 162

1    Q.  Okay.  While I wait for him, let me ask you
2    something, Mr. Potash.
3         The -- I'd like to address, if I might, what
4    might appear to be some self-evident facts concerning
5    OverDrive's library customers who all buy or license
6    the digital works they distribute, and these questions
7    only go to the public library customers of OverDrive.
8    Okay?
9         You would agree with me that the public
10   libraries are not commercial entities; is that right?
11   A.  Yes.
12   Q.  And you would agree that these libraries
13   support the teaching and research and scholarship of
14   their communities, did they not?
15   A.  Yes.
16   Q.  And would you agree that these public
17   libraries, that they buy or license digital works,
18   that they often own a physical copy of the same work?
19        MR. GRATZ:  Objection to form.  Lacks
20   foundation.
21        THE WITNESS:  Yes.
22   BY MS. MCNAMARA:
23   Q.  And would you agree with me that many of the
24   public libraries that are your customers, that they
25   serve rural communities?

Page 172

1       A.   Yes.
2       Q.   And that they serve disabled communities?
3       A.   Yes.
4       Q.   And that they serve poor communities or
5  impoverished communities in certain circumstances.
6  Isn't that right?
7       A.   Yes.
8       Q.   And yet, they are all licensing the right to
9  distribute the digital works from OverDrive.  Isn't
10 that right?
11      A.   We are a supplier of significant amounts of
12 digital books, and we donate also.  So yes.
13      Q.   And one of the by-products of the libraries
14 who are your clients or customers and who purchase
15 from OverDrive is that they're making digital copies
16 in a more convenient way to their members.
17           MR. GRATZ:  Objection to form.
18 BY MS. MCNAMARA:
19      Q.   Let me ask it this way.  That wasn't very
20 clear.
21           The eBooks that are made available through
22 the libraries who are your customers, I believe we
23 determined those eBooks can be available 24 hours a
24 day.  Isn't that right?
25      A.   Yes.

Page 173

1    A.  Yes.
2    Q.  And so they're -- these statewide collections
3    are customers of OverDrive, and so they have eBooks
4    available; is that correct?
5    A.  Yes.
6    Q.  So if they have statewide collections, those
7    works would be available to all residents of that
8    state, whether urban or rural; is that correct?
9    A.  Yes.
10   Q.  And then you indicated that several states
11   have reciprocal lending arrangements.
12       Do you recall that?
13   A.  It's not states having reciprocal lending.
14   Typically, within a state, two or more libraries or
15   two or more consortiums, we enable reciprocal access
16   to the members' collections for any cardholder.
17   Q.  And that creates greater ability of the works
18   to the public.  Isn't that correct?
19   A.  Absolutely, yes.
20   Q.  And so it would be greater availability to
21   all types of potential readers, whether they be rural
22   or disabled or poor or whatever; is that right?
23   A.  Yes.
24   Q.  You mentioned the -- I forget the term of art
25   for it, your kind of library card or digital library

[juvenile - libraries]

| | | | |
|---|---|---|---|
| **juvenile** 26:2 46:24 | 157:8 159:2 162:12 164:2,10 167:20 171:9,18 176:11 177:8,18 178:7 182:13,14 182:19,23 183:3,9 183:9 186:18,19 188:3,6,22 193:9 196:9 197:21,22 197:22 198:16 | **law** 3:3,14 17:14 17:17 18:4,6 | 79:22 81:8 82:8 82:16 84:19 91:4 97:20,22,24 98:1 98:6,11,25 99:4 99:12,14,17,18 101:25 108:17 139:7,9 142:25 143:6,15 156:11 158:12 162:2 163:16,20 164:2 174:25 190:2 191:11,13 199:19 199:22 |
| **k** | | **laws** 178:3 | |
| **keep** 15:24 32:18 34:2 63:16 65:2 171:10 | | **lawyer** 17:23,25 | |
| | | **lawyers** 13:13 | |
| | | **lazzaro** 3:19 7:15 8:14 13:8 56:2,12 130:16,16 | |
| **kept** 119:23 121:11 125:3,11 | | | |
| **key** 12:15 90:7 | | **lead** 126:22,25 127:24 128:7 156:23 | |
| **kids** 45:8 73:10 | | | |
| **kin** 201:11 | **knowledge** 87:19 143:21 144:15 156:19 157:5 171:15 | **leaders** 166:14 192:17 | **libby** 82:23 83:1 84:8 92:6 130:7,7 153:6,8,13,19 187:11 |
| **kind** 25:24 46:22 90:16 163:14 164:4 170:13 171:17 175:7,25 176:1 191:25 | | **leadership** 129:14 | |
| | | **leading** 128:14 | |
| | | **leads** 130:24 | |
| | **knowledgeable** 163:25 | **learned** 150:8 156:21 171:8 | **liberty** 187:4 |
| **kindle** 83:19,21 | | **learning** 176:15 | **librarian** 40:16,19 129:13 |
| **knew** 25:1 73:11 | **knows** 186:17 | **led** 126:18,19,21 | |
| **know** 10:6,7 16:7 20:1 23:8,9,15,22 24:1,4 30:12 34:7 35:5 38:18 56:20 58:5 59:5 62:7,8 64:3 66:10,13,23 68:22 70:8 73:15 80:8,24 81:15 83:9 85:14 87:12 87:15,23 88:22 89:5,7 91:3 96:8 97:14 99:2,7 100:19 102:2,15 102:25 104:5 107:21 108:15,17 109:3 110:24 111:25 114:14 115:7 116:18 121:10,13 122:10 122:13,17,18 124:11 140:23 145:7,8,9 146:4 147:5 148:20 | **kobo** 103:18 | **left** 96:14 106:8 | **librarians** 53:18 61:1,4,5 92:14 124:6,10 182:13 193:3,9 |
| | **l** | **legacy** 19:10 | |
| | **label** 75:2 148:14 161:5 | **legal** 3:20 6:22 107:11 163:17,18 200:18 203:7 | |
| | **labels** 105:2 122:3 | | **libraries** 5:10 14:7 16:17 18:12,25 19:4 20:4,7,20,25 27:14,24 31:6 32:2 33:11,13 34:11 35:14 37:16 38:7 39:1,11,13 43:24 44:8 47:2 48:3,13,15,19 50:9 51:1,15 57:2 57:3,22 60:8,12 60:18,23 62:17 63:8 66:20 67:23 70:20 71:1 73:24 74:21 76:10,23 77:2,7,21 78:7,9 79:24 81:9 88:20 |
| | **lacks** 155:1 172:19 181:15 | **legitimately** 199:17 | |
| | **landing** 102:12,21 | **leidesdorff** 3:10 | |
| | **language** 116:12 176:15 | **lending** 14:12,17 16:21,23 17:11 20:6,11,18,19 21:1,3,7 22:19 25:4 27:20 28:15 38:23 40:6,13 42:9,23 43:5,8,19 48:5 49:7 56:9 57:6,17,25 58:12 58:16 59:7 60:3 66:12,15,19 67:5 67:10 69:10,12,16 69:18 70:7 76:24 | |
| | **languages** 114:16 | | |
| | **lanier** 171:19 | | |
| | **large** 59:8 74:11 91:13 147:4 161:24 175:13 178:15 198:14 | | |
| | **larger** 74:21 97:13 122:7 161:23 | | |
| | **las** 95:19,20 192:8 192:10 | | |
| | **late** 132:22 | | |
| | **launch** 90:14 | | |
| | **launched** 192:20 | | |

Page 21

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1                C E R T I F I C A T E
2        I do hereby certify that the aforesaid testimony
3     was taken before me, pursuant to notice, at the time
4     and place indicated; that said deponent was by me duly
5     sworn to tell the truth, the whole truth, and nothing
6     but the truth; that the testimony of said deponent was
7     correctly recorded in machine shorthand by me and
8     thereafter transcribed under my supervision with
9     computer-aided transcription; that the deposition is a
10    true and correct record of the testimony given by the
11    witness; and that I am neither of counsel nor kin to
12    any party in said action, nor interested in the
13    outcome thereof.
14
15
              Nancy J. Martin, RMR, CSR
16
17    Dated:  February 2, 2022
18
19
20
21    (The foregoing certification of this transcript does
22    not apply to any reproduction of the same by any
23    means, unless under the direct control and/or
24    supervision of the certifying shorthand reporter.)
25
```