McNamara Declaration

Exhibit 21

Partially Filed

Under Seal

21A

Page 1
Public Libraries Power eBook Discovery to New Heights in 2012 - OverDrive
https://company.overdrive.com/2013/01/15/public-libraries-power-ebook-discovery-to-new-heights-in-2012/



Services   Apps   News & Blogs   Events & Programing   Company Profile   Contact Us

## Blog Post

Home   >   Press Releases   >   Public Libraries Power eBook Discovery to New Heights in 2012

# Public Libraries Power eBook Discovery to New Heights in 2012

January 15, 2013                                                         2015 AND EARLIER, PRESS RELEASES

*Readers turn to the digital library to discover, browse and sample eBooks and audiobooks*

**Cleveland – Jan. 15, 2013**—Readers browsing eBook and audiobook collections at OverDrive-powered libraries and schools viewed 2.7 billion book and title catalog pages and generated 192 million registered visitor sessions last year. As more readers visit their library's digital collection to find their next great read, the digital library has become a critical hub of book discovery. Across OverDrive's network of 22,000 libraries and schools, browsing and sampling skyrocketed in 2012, giving fresh exposure to titles throughout OverDrive's catalog of more than 1 million eBooks and audiobooks. To find a library near you, visit search.overdrive.com.

"As a result of the continued expansion of OverDrive's library service platform and the addition of over 300,000 titles, including Harry Potter and other bestsellers, digital libraries saw record traffic last year," said Shannon Lichty, OverDrive's Manager of Library Partner Services. "For decades, readers have turned to the library to discover new books, and OverDrive's new responsive library platform is based on web-centric open standards to carry that tradition to the next generation of readers."  For an example of OverDrive's Next Generation services, visit Los Angeles Public Library's e-Media site (http://lapl.lib.overdrive.com).

Key statistics:

- 192 million registered visitor sessions, up 93 percent from 2011
- 2.7 billion book and title catalog pages viewed, up 65 percent
- Sampling is up more than 500 percent, with a significant spike following the release of OverDrive Read samples in Sept. 2012
- Discovery has increased by more than 60 percent, with more than 1 billion cover image impressions in Dec. 2012
- OverDrive catalog now includes 1 million eBook, audiobook, music and video titles in 65 languages, including 300,000 titles added in 2012
- Mobile visits increased to 47 percent of all visits
- 16 million downloads of the OverDrive Media Console app in 2012
- 70 million digital titles checked out in 2012

At the American Library Association Midwinter Meeting (Washington State Convention Center, Booth 1115) in Seattle, Jan. 25 to 28, OverDrive will share additional eBook data and demonstrate how reader engagement is soaring at Next Generation libraries. The Cleveland-based digital distributor is pioneering a series of Next Generation enhancements that extend the value of its industry-leading eBook-lending platform.

Currently in pilot at 35 public libraries, OverDrive's Next Generation websites streamline the digital library experience with One-Step Checkout™, a powerful search engine, and the new HTML5-powered, instant-access eBook-reading technology OverDrive Read. In 2013, OverDrive will also implement streaming audio and video technology and release additional APIs that enable libraries to fully integrate digital and print catalogs.

**Browse blog and media articles**

Select Category

**Public Library Training**



**K-12 Library Training**





OverDrive offers a catalog of more than 1 million eBooks and audiobooks with support for all major computers and devices, including iPhone®, iPad®, Nook®, Android™ phones and tablets, and Kindle® (U.S. only). To find a library near you, visit search.overdrive.com.

**About OverDrive**

OverDrive is a leading multichannel digital distributor of eBooks, digital audiobooks, music and video. We supply a secure lending platform for 22,000 libraries, schools and retailers worldwide with support for all major computers and devices, including iPhone®, iPad®, Nook®, Android™ phones and tablets, and Kindle® (U.S. only). OverDrive has been named to the EContent 100 as a company that matters most in the digital content industry and is a member of the 2012 Technology Fast 500. Founded in 1986, OverDrive is based in Cleveland. www.overdrive.com

**Contact:**

David Burleigh
OverDrive, Inc.
216-573-6886 x218
dburleigh@OverDrive.com

###

SHARE

177 / 2200

© OverDrive, Inc. All Rights Reserved 



# 33% Growth for Digital Books from Public Libraries and Schools in 2020 Sets Records

*Social justice and remote learning were key factors in ebook and audiobook usage*

**CLEVELAND – January 7, 2021** – Librarians and educators achieved record levels of digital book circulation in 2020. Readers worldwide borrowed 430 million ebooks, audiobooks and digital magazines in the past 12 months, a 33% increase over 2019. This significant growth was influenced by the pandemic, social justice and remote learning. Data was reported by OverDrive, the leading digital reading platform for 65,000 libraries and schools worldwide.

Social unrest and widespread civil protests had a profound impact on the world and libraries expertly responded. Digital books about social justice and those written by Black, Indigenous, People of Color (BIPOC) or by a member of the marginalized community from which it depicts (Own Voices) experienced 165% YoY circulation growth. *White Fragility*, *So You Want to Talk about Race*, *The Hate U Give* and others became top 10 titles checked out during 2020.

The most significant genre growth in 2020 was children's and YA fiction and nonfiction because of remote and hybrid learning. In addition, more than 2 million checkouts occurred through Public Library CONNECT partnerships and the Sora student reading app. More public library and school partnerships than ever enabled students to use their school credentials to borrow ebooks and audiobooks from both their school and local public library.

**2020 digital book lending records from the OverDrive global network:**

- Total digital checkouts from libraries and schools: 430 million (+33% over 2019)
    - Ebooks borrowed: 289 million (+40%)
    - Audiobooks borrowed: 138 million (+20%, lower growth rate due to less commuting)
    - Children/YA genre checkouts: 111 million (+79%)

- Ebook and audiobook holds/wait listed: 187 million (+44%)
- 102 public library systems around the world (+72%) achieved more than 1 million digital book checkouts
    - Includes 26 systems over 2 million checkouts, 10 over 3 million, 6 over 4 million, 2 over 5 million, 3 over 6 million, 2 over 7 million and 1 over 8 million (full list available soon)
- Millions of installs of the award-winning Libby reading app

The Sora app also drove massive growth in schools' digital content usage at a faster rate than expected. Since the app was launched in September 2018, schools rapidly adopted Sora for the classroom and at home. This adoption accelerated even more in 2020, with over 43,000 schools worldwide now utilizing Sora.

In 2020 overall, OverDrive added more than 20,000 new libraries and schools in 12 additional countries, bringing the total to 65,000 in 84 countries. OverDrive announced the acquisition of RBdigital in June of 2020 which resulted in hundreds of libraries and schools joining its network. Other significant changes: 9 new languages were added into the Libby reading app's interface, including Spanish and French, and OverDrive's industry leading catalog expanded to include 3,000 digital magazines supplied by ZINIO.

*__Most popular ebooks borrowed from libraries in 2020:__*

1. *Where the Crawdads Sing* by Delia Owens (Penguin Publishing Group) (Putnam)
2. *Becoming* by Michelle Obama (Crown)
3. *Educated* by Tara Westover (Random House Publishing Group)
4. *Little Fires Everywhere* by Celeste Ng (Penguin Publishing Group)
5. *The Giver of Stars* by Jojo Moyes (Penguin Publishing Group) (Viking/Dorman)

**Most popular audiobooks borrowed from libraries in 2020:**

1. *Harry Potter and the Sorcerer's Stone* by J. K. Rowling (Pottermore)
2. *Becoming* by Michelle Obama (Penguin Random House Audio)

3. *Where the Crawdads Sing* by Delia Owens (Penguin Random House Audio)
4. *Talking to Strangers* by Malcolm Gladwell (Hachette Audio)
5. *Educated* by Tara Westover (Penguin Random House Audio)

**Top digital books borrowed from libraries by genre:**

- Adult fiction: *Where the Crawdads Sing* by Delia Owens (Penguin Publishing Group) (Putnam)
- Adult nonfiction: *Becoming* by Michelle Obama (Crown)
- Young adult fiction: *The Hate U Give* by Angie Thomas (Balzer + Bray)
- Children's fiction: *Harry Potter and the Sorcerer's Stone* by J. K. Rowling (Pottermore)

A full set of most popular lists can be found here.

To find a public library near you, download the Libby app (iOS, Android) or visit www.overdrive.com.

**About OverDrive**

OverDrive strives to create "a world enlightened by reading." Serving a growing network of 65,000 libraries and schools in 84 countries, OverDrive delivers the industry's largest digital catalog of ebooks, audiobooks, magazines and other content through award-winning apps. The Libby reading app for libraries is one of *Popular Mechanics*' 20 Best Apps of the Decade, while the student reading app Sora is one of *TIME*'s Best Inventions of 2019. Founded in 1986, OverDrive is based in Cleveland, Ohio USA and was named a Certified B Corp in 2017. www.overdrive.com

Contact:

David Burleigh
Director of Brand & Communications
dburleigh@overdrive.com

# EXHIBT 21B

# OverDrive Check Out Data Spreadsheet

# FILED UNDER SEAL