McNamara Declaration

Exhibit 22

Filed Under Seal