# McNamara Declaration Exhibit 23

Table 11A. Total collection expenditures of public libraries in the 50 states and the District of Columbia and percentage distribution of expenditures, by type of expenditure and population of legal service area:  Fiscal year 2017

| State | Number of public libraries | Total collection expenditures (In thousands) | Percentage of total collection expenditures | | |
|---|---|---|---|---|---|
| | | | Print materials expenditures | Electronic materials expenditures[1] | Other materials expenditures[2] |
| Total[3] | 9,045 | 1,373,683 | 54.8 | 27.2 | 18.0 |
| 1,000,000 or more | 35 | 225,557 | 54.1 | 32.0 | 13.9 |
| 500,000 to 999,999 | 55 | 229,139 | 48.2 | 34.0 | 17.8 |
| 250,000 to 499,999 | 112 | 175,411 | 50.9 | 29.5 | 19.6 |
| 100,000 to 249,999 | 366 | 209,372 | 53.4 | 27.2 | 19.4 |
| 50,000 to 99,999 | 578 | 162,236 | 55.0 | 26.3 | 18.8 |
| 25,000 to 49,999 | 989 | 151,676 | 57.8 | 23.2 | 19.0 |
| 10,000 to 24,999 | 1,757 | 129,252 | 61.2 | 20.1 | 18.7 |
| 5,000 to 9,999 | 1,494 | 50,020 | 66.8 | 13.8 | 19.4 |
| 2,500 to 4,999 | 1,263 | 22,436 | 70.9 | 10.3 | 18.8 |
| 1,000 to 2,499 | 1,461 | 13,957 | 73.2 | 8.7 | 18.1 |
| Less than 1,000 | 935 | 4,628 | 72.8 | 10.4 | 16.8 |

[1] Electronic materials expenditures include all operating expenditures for electronic (digital) materials.  Types of electronic materials include e-books, e-serials (including journals), government documents, databases (including locally mounted, full text or not), electronic files, reference tools, scores, maps, or pictures in electronic or digital format, including materials digitized by the library.  Electronic materials can be distributed on magnetic tape, diskettes, computer software, CD-ROM, or other portable digital carrier, and can be accessed via a computer, via access to the Internet, or by using an e-book reader. This includes expenditures for materials held locally and for remote electronic materials for which permanent or temporary access rights have been acquired.  It also includes expenditures for database licenses.

[2] This includes all operating expenditures for other materials, such as microform, audio, video, DVD, and materials in new formats.

[3] Total includes the 50 states and the District of Columbia but excludes outlying areas, libraries that closed or temporarily closed in FY 2017, and libraries that do not meet the FSCS Public Library Definition.

NOTE:  Detail may not sum to totals because of rounding.  For item(s) with response rates below 100 percent, data for nonrespondents were imputed and are included in the table.  Data were not imputed for the outlying areas.  Although the data in this table come from a census of all public libraries and are not subject to sampling error, the census results may contain nonsampling error.  Additional information on nonsampling error, response rates, and definitions may be found in *Data File Documentation Public Libraries Survey: Fiscal Year 2017.*

SOURCE:  IMLS, Public Libraries Survey, FY 2017.  Data elements TOTEXPCO, PRMATEXP, ELMATEXP, OTHMATEX, POPU_LSA from the Public Library System Data File (PLS_FY2017_AE_pupld17a) were used to produce this table.

Table 11A. Total collection expenditures of public libraries in the 50 states and the District of Columbia and percentage distribution of expenditures, by type of expenditure and population of legal service area: Fiscal year 2019

| State | Number of public libraries | Total collection expenditures (In thousands) | Percentage of total collection expenditures | | |
|---|---|---|---|---|---|
| | | | Print materials expenditures | Electronic materials expenditures[1] | Other materials expenditures[2] |
| Total[3] | 9,057 | 1,427,447 | 52.4 | 31.1 | 16.5 |
| 1,000,000 or more | 35 | 236,717 | 52.1 | 36.3 | 11.5 |
| 500,000 to 999,999 | 57 | 244,557 | 45.0 | 38.2 | 16.8 |
| 250,000 to 499,999 | 113 | 181,330 | 47.4 | 35.0 | 17.7 |
| 100,000 to 249,999 | 367 | 217,011 | 50.7 | 31.7 | 17.6 |
| 50,000 to 99,999 | 577 | 166,642 | 53.1 | 29.6 | 17.3 |
| 25,000 to 49,999 | 996 | 156,263 | 56.1 | 26.1 | 17.8 |
| 10,000 to 24,999 | 1,761 | 132,404 | 59.5 | 22.6 | 17.9 |
| 5,000 to 9,999 | 1,488 | 50,753 | 65.9 | 15.9 | 18.2 |
| 2,500 to 4,999 | 1,266 | 22,864 | 71.0 | 11.4 | 17.5 |
| 1,000 to 2,499 | 1,467 | 14,398 | 73.1 | 10.0 | 16.9 |
| Less than 1,000 | 930 | 4,510 | 73.6 | 8.4 | 18.0 |

[1] Electronic materials expenditures include all operating expenditures for electronic (digital) materials. Types of electronic materials include e-books, e-serials (including journals), government documents, databases (including locally mounted, full text or not), electronic files, reference tools, scores, maps, or pictures in electronic or digital format, including materials digitized by the library. Electronic materials can be distributed on magnetic tape, diskettes, computer software, CD-ROM, or other portable digital carrier, and can be accessed via a computer, via access to the Internet, or by using an e-book reader. This includes expenditures for materials held locally and for remote electronic materials for which permanent or temporary access rights have been acquired. It also includes expenditures for database licenses.

[2] This includes all operating expenditures for other materials, such as microform, audio, video, DVD, and materials in new formats.

[3] Total includes the 50 states and the District of Columbia but excludes outlying areas, libraries that closed or temporarily closed in FY 2019, and libraries that do not meet the FSCS Public Library Definition.

NOTE: Detail may not sum to totals because of rounding. For item(s) with response rates below 100 percent, data for nonrespondents were imputed and are included in the table. Data were not imputed for the outlying areas. Additional information on nonsampling error, response rates, and definitions may be found in Data File Documentation Public Libraries Survey: Fiscal year 2019.

SOURCE: IMLS, Public Libraries Survey, FY 2019. Data elements TOTEXPCO, PRMATEXP, ELMATEXP, OTHMATEX, POPU_LSA from the Public Library System Data File (PLS_AE_PUD19i) were used to produce this table.