# McNamara Declaration
# Exhibit 27
# part 1



# Welcome & introduction

Chris Freeland
Director of Open Libraries, Internet Archive

Every forum has a different focus - build a community of practice around
controlled digital lending
Controlled digital lending is a way that libraries can lend digital books based on
their physical collections.

INTARC00142018



- The Open Libraries project was started from our strong belief that everyone deserves to learn.
- We want to offer up greatest digital library the internet has ever seen. To the world. For free.
- Our goal is to bring 4M modern books online
  - Why 4M? Size of a large metro public library
- We think that everyone, regardless of where they live, should have ready access to a great library.
- And we think it should be available on phones & devices that people turn to for information today
- We want to make sure that when people turn to their phones, they have access to the vetted, trusted information in libraries

CONFIDENTIAL

INTARC00142019



Have been doing CDL in Boston since 2011
Michelle Wu - writing on topic for more than 15 years
Authors of whitepaper here as well
Value: here's how we can make 20th century literature available - in copyright

CONFIDENTIAL
INTARC00142020



In addition to being a digital library, Internet Archive is also a physical library - Internet Archive has been acquiring books. These are the basis for the books we lend. Because we have one physical copy of these 1.1M books, we can loan one digital copy to a user at a time.

CONFIDENTIAL

INTARC00142021



The Open Libraries program empowers libraries to become digital libraries & serve their patrons where they live.

CONFIDENTIAL

INTARC00142022

# Overview of the day

Conversational day

 INTARC00142023



Acknowledge & thank SFPL for the space & assistance

Internet Archive & SFPL have a long partnership - digitization, web archiving, all of the services that IA offers to libraries

And to tell us more, we have the City Librarian of SFPL with us this morning. Please join me in welcoming Michael Lambert to the stage...

CONFIDENTIAL



Michael Lambert

City Librarian, San Francisco Public Library

CONFIDENTIAL



# A Library for Internet Users

Brewster Kahle
Founder and Digital Librarian, Internet Archive

CONFIDENTIAL

INTARC00142026



Wikipedia is amazing, but readers want to go deeper.

Let's help them.

CONFIDENTIAL

# Let's turn all Wikipedia References Blue

### References  [ edit ]

1. ^ "IRS Form 990 2013" (PDF). Internal Revenue Service. Retrieved May 18, 2015.
2. ^ Duszak, Alexandra (December 21, 2012). "Donor profile:

15. ^ Soros, George; Wien, Byron; Koenen, Krisztina (1995). *Soros on Soros: Staying Ahead of the Curve*. New York: John Wiley. ISBN 978-0-471-11977-7. Retrieved February 15, 2019.

Let's give Wikipedia contributors access to the best library ever

What if we could give Wikipedia editors access to the best online library possible? What if  Wikipedia readers could dig deeper to the sources of information?  Our goal is to turn all Wikipedia citations blue--by linking them to the actual sources.  Turns out we've already started.

CONFIDENTIAL

# Fix the Broken Web Links

Started 5 years ago
-- Archive all web citations in Wikipedia
-- Then fix broken links

Now more than 10 million Wayback links in Wikipedia

55.  ^ *a b* "Time Magazine – U.S. Edition – May 20, 1974 Vol. 103 No. 20" 🗗.
*Time*. May 20, 1974. Retrieved July 24, 2011.

56.  ^ "Time Magazine – U.S. Edition – May 13, 1974 Vol. 103 No. 19" 🗗.
*Time*. May 13, 1974. Retrieved July 24, 2011.

57.  ^ Kutler, S: *Abuse of Power*, page 247. Simon & Schuster, 1997.

58.  ^ "Transcript Prepared by the Impeachment Inquiry Staff for the House
Judiciary Committee of a Recording of a Meeting Among the President,
John Dean and H.R. Haldeman on March 21, 1973 from 10:12 to
11:55 am" 📄 (PDF). Retrieved July 24, 2011.

https://en.wikipedia.org/wiki/Oleg_Penkovsky
https://en.wikipedia.org/wiki/Martin_Luther_King_Jr.#cite_ref-1

INTARC00142030

55. ^ *a b* "Time Magazine – U.S. Edition -- May 20, 1974 Vol. 103 No. 20" 🔗. *Time*. May 20, 1974. Retrieved July 24, 2011.

56. ^ "Time Magazine -- U.S. Edition -- May 13, 1974 Vol. 103 No. 19" 🔗. *Time*. May 13, 1974. Retrieved July 24, 2011.

57. ^ Kutler, S: *Abuse of Power* 🏛, page 247. Simon & Schuster, 1997.

58. ^ "Transcript Prepared by the Impeachment Inquiry Staff for the House Judiciary Committee of a Recording of a Meeting Among the President, John Dean and H.R. Haldeman on March 21, 1973 from 10:12 to 11:55 am" 📄 (PDF). Retrieved July 24, 2011.

CONFIDENTIAL

INTARC00142031





20+ years collecting, 5+ years dedicated to wikipedia pages.   Fixed more than 10 Million links from in 24 wikipedia language editions.

CONFIDENTIAL

INTARC00142033

## Wikipedia integration

| Language | Total number of links to books added | Number of unique books linked to | Total number of unique books with ISBNs that are cited |
|---|---|---|---|
| English | 122,271 | 43,423 | 1,211,395 |
| Greek | 2,190 | 1,414 | 46,024 |
| Arabic | 3,942 | 2,659 | 65,509 |
| Bosnian | 443 | 342 | 7,592 |

Need to make more things digital to weave them into the web

We excel at reformatting - turning analog into digital

And we are ramping up…

CONFIDENTIAL



INTARC00142035



And it's not just libraries. Even Amazon reflects this chasm between 1923 and the eBooks era. How do we discover the out-of-print books. Orphan works. The important books that are missing online today?  They are sitting in our libraries.

INTARC00142036



CONFIDENTIAL

INTARC00142037



CONFIDENTIAL

INTARC00142038



**Controlled Digital Lending by Libraries**     Position Statement ▾     White Paper ▾     Further Reading

Position Statement  /  Signatories to the Position Statement on Controlled Digital Lending by Libraries

## Signatories to the Position Statement on Controlled Digital Lending by Libraries

Institutional

| | | |
|---|---|---|
| Authors Alliance | UNC Chapel Hill Libraries | San Francisco Public Library |
| Digital Public Library of America | University of Kansas Libraries | California State University Libraries |
| Duke University Libraries | University of Massachusetts, Amherst, University Libraries | Califa Group |
| EveryLibrary | | Institute for the Study of Knowledge Management in Education (ISKME) |
| Internet Archive | UC Berkeley Library | |
| Internet Archive Canada | California Digital Library | Los Angeles Public Library |
| LSU Libraries | UC Davis Library | Boston Public Library |
| NCSU Libraries | UC San Francisco Library | Digital Library Federation |
| Phillips Academy, Andover, Oliver Wendell Holmes Library | Sacramento Public Library | Kalamazoo College Library |
| | Multnomah County Library | |

https://controlleddigitallending.org/

CONFIDENTIAL

INTARC00142039



INTARC00142040





CONFIDENTIAL



CONFIDENTIAL

INTARC00142043



Link

                                                                                          INTARC00142044



INTARC00142045





INTARC00142047



# Non-destructive scanning

CONFIDENTIAL
INTARC00142048



CONFIDENTIAL

INTARC00142049



CONFIDENTIAL



CONFIDENTIAL

INTARC00142051



CONFIDENTIAL