McNamara Declaration
Exhibit 27
part 2

# Book Lifecycle

Better World Books for deaccessioning

As Books go Offsite

Whole Libraries deaccessioning

INTARC00142053

What about Journals and Periodicals?

CONFIDENTIAL

INTARC00142054



SHOW THE MICROFILM HERE:  Show and tell

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

INTARC00142057



INTARC00142058



CONFIDENTIAL

We need your help with serials!

INTARC00142060

# Appeal

- Endorse CDL
- Join Open Libraries
- Donate materials
- Help us with direction on serials

CONFIDENTIAL

INTARC00142061



CONFIDENTIAL

INTARC00142062

# Expanding the World of Linked Resources
## (or… weaving books into the Web, etc.)

Mark Graham
Director, the Wayback Machine

CONFIDENTIAL

INTARC00142063



Expanding the World of Linked Resources
Report On The Investigation Into Russian Interference In The 2016 Presidential Election
Easter Island
Automatic Metadata Generation for Scanned Scientific Volumes
Books
Web
Papers
Report On The Investigation Into Russian Interference In The 2016 Presidential Election
Easter Island
Automatic Metadata Generation for Scanned Scientific Volumes



INTARC00142065

## Added Links to Four Wikipedia Sites

| Language | Total number of links to books added | Number of unique books linked to | Total number of unique books with ISBNs that are cited |
|---|---|---|---|
| English | 122,271 | 43,423 | 1,211,395 |
| Greek | 2,190 | 1,414 | 46,024 |
| Arabic | 3,942 | 2,659 | 65,509 |
| Bosnian | 443 | 342 | 7,592 |

INTARC00142066

# Opportunities to add more links to books cited in Wikipedia articles

Books that are cited in Wikipedia articles but

- Have ISBNs but not in standard citation format
- No ISBNs but in standard citation format
- No ISBNs and not in standard citation format

No books are cited with claims in articles

Existing links are to Google Books... but only metadata

CONFIDENTIAL
INTARC00142067



*Signs Show the Problem Continues*, Washington Post (Jan. 19, 2019).

[80] Twitter, "Update on Twitter's Review of the 2016 US Election" (updated Jan. 31, 2018). Twitter also reported identifying 50,258 automated accounts connected to the Russian government, which tweeted more than a million times in the ten weeks before the election.

[81] Twitter, "Update on Twitter's Review of the 2016 US Election" (updated Jan. 31, 2018).

[82] 8/20/16 Facebook Message, ID 100009922908461 (Matt Skiber) to ID PP

[83] *See, e.g.*, 7/21/16 Email, joshmilton024@gmail.com to PP 7/21/16 Email, joshmilton024@gmail.com to Personal Privacy

[84] @march_for_trump 6/25/16 Tweet (posting photos from rally outside Trump Tower).

[85] Instagram ID 2228012168 (Stand For Freedom) 11/3/15 Post ("Good evening buds! Well I am planning to organize a confederate rally [. . .] in Houston on the 14 of November and I want more people to attend.").

[86] The pro-Trump rallies were organized through multiple Facebook, Twitter, and email accounts (IAEN). *See, e.g.*, Facebook ID 100009922908461 (Matt Skiber); Facebook ID 1601685693432389 (Being Patriotic); Twitter Account @march_for_trump; beingpatriotic@gmail.com. (Rallies were organized in New York on June 25, 2016; Florida on August 20, 2016; and Pennsylvania on October 2, 2016.)

[87] Harm to Ongoing Matter

[88] Harm to Ongoing Matter

[89] 3/31/16 Facebook Advertisement ID 6045078289928, 5/6/16 Facebook Advertisement



# Added links to new .epub version of the Mueller Report

Partnered with Digital Public Library of America (DPLA)

Originally published with 2,390 Footnotes, but only 14 links

Archived videos, Tweets, Documents, Web pages

Added 733 Links to those archived resources (for a total of 747 links)

Published as Digital Book with DPLA

CONFIDENTIAL

INTARC00142070

## Expanding to the Bigger Picture

Moving beyond Wikipedia (books, academic papers, Web)

Moving beyond books (academic papers, Web-based documents, music)

The evolution of how books are used (on demand and selected subsets)

CONFIDENTIAL

INTARC00142071

## Opportunities: How you can help?

Advance partnership with more sources of books (e.g. libraries and other unique collections)

Advance partnerships with platforms and processes (e.g. Amazon, US Government Printing office, Congress)

Contribute to software development - coders welcomed!

Help us get native Browser integration (support for links that are external to media objects)

CONFIDENTIAL

INTARC00142072

## Some Next Steps

Enhance InternetArchiveBot to handle less well cited books

Get approval to run the InternetArchiveBot on more Wikipedia sites

Advance the use of archive URLs and links to digital books with various publishing systems (Amazon, Congress, US Government Printing Office)

Go deeper than the page... address and highlight paragraphs or sentences

CONFIDENTIAL

INTARC00142073

Questions

Suggestions

Advice

CONFIDENTIAL

INTARC00142074

# How can my library participate?

CONFIDENTIAL

INTARC00142075



INTARC00142076

**Open Libraries**

Join     Learn more     Libraries     Accessibility     Diversity     Preservation     Trust     People

## Join Open Libraries

Libraries that are interested in lending digital books to their patrons should join Open Libraries and contribute to the community of practice we are building together.

By joining Open Libraries, libraries can identify the overlap in their physical holdings with our digital holdings and provide free digital books to patrons where there are matches. Additionally, libraries can add their holdings into Open Libraries to increase lending counts. Leading public, academic, and special libraries have already signed on and are lending copies through Open Libraries today.

To join Open Libraries, please complete our online form.

http://openlibraries.online/join/

CONFIDENTIAL

INTARC00142077



INTARC00142078

## Steps to participate in Open Libraries

Join Open Libraries

Share your catalog

Overlap study

Integrate links back into your catalog

Lend digital books to your patrons

CONFIDENTIAL

INTARC00142079

# Building a community of practice

## Introducing Caralee Adams
## &
## Roll call of participating libraries

Introduce Caralee Adams

CONFIDENTIAL

INTARC00142080



CONFIDENTIAL

INTARC00142081



CONFIDENTIAL

INTARC00142082

CONFIDENTIAL

INTARC00142083



INTARC00142084



INTARC00142085



INTARC00142086



Number of new animal names published since 1864

Animalia

1864    1900    1923    1950    2000    2015

Trends of numbers of new names published each year for animals as a whole, and various taxonomic groups based on data in *Index to organism names* (ION) and BioNames (1923 is the year most published works became out of copyright in the USA). Animal pictures are from http://phylopic.org, and are either in the public domain or available under a Creative Commons CC-BY licence (Hymenoptera by Melissa Broussard; Nematoda by Michelle Site).

http://rstb.royalsocietypublishing.org/content/371/1702/20150334

CONFIDENTIAL

INTARC00142087



INTARC00142088