McNamara Declaration

Exhibit 27

part 4

"An old tradition and a new technology have converged to make possible an unprecedented public good…"

108

CONFIDENTIAL

INTARC00142124



CONFIDENTIAL

INTARC00142125



110

CONFIDENTIAL                                                                    INTARC00142126

"This will accelerate research, enrich education, share the learning of the rich with the poor and the poor with the rich, make this literature as useful as it can be, and lay the foundation for uniting humanity in a common intellectual conversation and quest for knowledge."

111

INTARC00142127



112

INTARC00142128



Because we are not there yet. We're still pretty far away from fully realizing this vision.

113

CONFIDENTIAL                                                    INTARC00142129



114

CONFIDENTIAL

INTARC00142130



The research vessel Boaty McBoatface, which will shortly head to the Antarctic for its first mission. In its report, the House of Commons science and technology committee found that while the competition to name an arctic polar ship created a social media storm, it also increased public engagement with science. Photograph: National Oceanography Centre Handout/EPA

- Now more than ever. In an era of fake new, alternative fakes, post truth – immediate access to high-quality vetter, source material is crucial…not only for scholars and scientists, but for everyone… (B's wikipedia links)

115

CONFIDENTIAL

INTARC00142131



CONFIDENTIAL

INTARC00142132



Libraries need as many tools in our toolboxes to get to as possible.

117

CONFIDENTIAL

INTARC00142133



118

INTARC00142134



- But you don't always need to break down doors  or smash locks to make progress.  CDL is also a quiet and powerful little tool that lets libraries do something that might feel rebellious: SIMPLY ASSUME that they can kPerform a function in the online environment that they routinely perform in the physical print environment, in order to ensure that that knowledge can be equitably shared. And in doing so it can help make sure that another chunk is taken out of the percentage of material of that's currently completely inaccessible to the public.

119

CONFIDENTIAL                                                                              INTARC00142135



- At SPARC, we've been at the fight for full OA a looong time. And we've seen enough to know that when you have the chance to make even incremental progress, you take it.  And then you look for the next chance.  CDL is a important tool in the library communities toolbox in the collective movement to towards open knowledge.  I'm a fn.

120

INTARC00142136

# Samuelson Clinic

Michael Kostukovsky
Student Advocate

CONFIDENTIAL



CONFIDENTIAL

INTARC00142138



# Access to Information



INTARC00142140



INTARC00142141



INTARC00142142

CONFIDENTIAL
INTARC0014214 3



Legal Challenges - Copyright Term and Limitations





CONFIDENTIAL

INTARC00142145



CONFIDENTIAL

INTARC00142146



INTARC00142147



INTARC00142148

# Envisioning & Building a Universal School Library

Lisa Petrides, Ph.D., Founder & CEO, ISKME

Karen Lemmons, Library Media Specialist
Detroit School of Arts

CONFIDENTIAL

INTARC00142149

## The School Library Plays Critical Role



- Advances student inquiry, research, and digital skills
- Supports student outcomes (reading scores and grades go up)
- Connects students and teachers to relevant materials that, increasingly, are digital

CONFIDENTIAL

INTARC00142150



## Loss of School Libraries

- Nationwide - public school districts have lost 20% of their libraries and librarians

- California - public schools
  - Oakland has closed 30% of libraries
  - Los Angeles has closed 50% of libraries

- In spite of the growing need for librarians, there are fewer of them

CONFIDENTIAL

## Enter Controlled Digital Lending

- 1:1 model of CDL is the digital equivalent of traditional library lending
- Holds the potential to broaden access to knowledge for public schools
- Can bridge gaps to access for most under-resourced public school districts



INTARC00142152

## The Universal School Library Project

- Goal is to curate 15,000 high-quality scanned titles
- Building an inclusive collection of digitized books available for any student, currently at the high school level
- Engaging school librarians, library education experts and researchers from multiple states, districts, and institutions in curatorial and policy efforts

CONFIDENTIAL

INTARC00142153



Equity in Book Selection and Discovery

- Organizing around key pillars of literacy: academic, cultural and college/career
- Applying principles of diversity, equity and inclusion as central to the curatorial approach
- Interrogating metadata through racial equity lens

CONFIDENTIAL

If access to libraries results in improved reading ability, but library access is correlated with socioeconomics - where might USL have the greatest impact?

CONFIDENTIAL

## Piloting USL in Michigan - Local considerations

- Working in Detroit, the need is to consider
  - End user, his/her reading interests and needs
  - Alignment to the new district ELA curriculum
  - School's and/or district's budget to pilot USL
  - Technological requirements to pilot USL

CONFIDENTIAL

INTARC00142156

## Piloting USL in Michigan - Avenues/Levers

- State, district, school, and community engagement
- Collaborate and coordinate policy change
- Data and research to support USL
- Other (personnel, time, supplies, etc.)

CONFIDENTIAL

## Possible Barriers Moving Forward

- Technical: Internet access at home, device availability of students
- Policy: Navigating procurement policies, lending programs, partnerships, terms-of-use agreements
- Personnel/Resources: State/local budgetary challenges, finding certified candidates, ensuring USL is alive and locally relevant

CONFIDENTIAL