# McNamara Declaration
# Exhibit 29

| | |
|---|---|
| From: | Brewster Kahle |
| Sent: | Thursday, May 12, 2016 1:03 PM EDT |
| To: | Wrenn, Elliott |
| CC: | Alexis Rossi; ▉@archive.org |
| Subject: | Re: Fwd: I work on a book-related website and would like share information with Open Library. Who should I talk to? |
| Attachments: | signature.asc |

Elliot,

That clause is out of date.   Shelia can help with details on how to proceed.

In general, we try to put things up and see if there are any problems.  In 99.9% of cases people are just happy, and if there are any issues we just take the material down.  this is what we did with the yiddish book library, for instance, and there have not been problems.
https://archive.org/details/nationalyiddishbookcenter

Anyway, Shelia, I hope can help with how this all works.

-brewster

On 5/10/16 7:51 AM, Wrenn, Elliott wrote:

> Brewster-
> Has the IA partner form changed in any way in recent years?  (Regardless, can someone at IA send along a standard version for comparison's sake?)  I ask because I gained access to the Museum's Internet Archive Partner Form and read through section 8 on the In-Library Lending Program.  Specifically, sub-clause b--the need to donate one non-rights cleared book published between 1923 and 2000--is problematic.
> If there is no way around the clause then we have a barrier to providing lending access to the already digitized material.  The Museum Library's book digitization project has focused on rare items, the intention being to provide/improve access to rare materials (usually books that are held in fewer than a handful of institutions in the US if not the world) while preserving the physical items that often are in poor condition.  These materials mostly are Holocaust-era, thus falling after 1923.
> In short, is there no alternative way to participate in the Open Library project without donating the physical book?  (We're certainly considering using Open Library for non-rare materials--that is, publications of which we have multiple copies and could donate an edition to IA's physical archive.  But currently our digitization project is limited to rare books aiming to improve access and preservation.)  Hopefully we can work out a way to provide access to the already-digitized materials.
> -Elliott
>
> On Thu, May 5, 2016 at 3:38 PM, Wrenn, Elliott <▉▉▉▉> wrote:
>   Brewster-

CONFIDENTIAL                                                                                                                                    INTARC00391312

The Museum Library does indeed currently digitize books with the Internet Archive through the FedScan program. We just finished our initial two year contract in April and are finalizing our second contract, which will hopefully start at the beginning of the summer. So our plan, at present, is to identify all our digitized titles (those available to download or lend, respectively) and send along a list as soon as the new contract is finalized. What's the best way to indicate our digitized material hosted by the Internet Archive as well as to note which items are downloadable or strictly lendable due to copyright restriction?

Not vague at all . . . just seems refreshingly simple!

Thanks again.

-Elliott

On Tue, May 3, 2016 at 12:37 PM, Brewster Kahle <███@archive.org> wrote:

> Do you digitize books with the Internet Archive now? If so, then you have that agreement. If you dont, we can send you a standard version.
>
> From there, you would indicate what books you would want to put in the lending system. How downloadable books and lendable books work, openlibrary.org has both on it, which might be helpful to see what happens.
>
> If I am still being to vague, maybe Alexis can help or redirect to others?
>
> -brewster
>
> On 5/3/16 7:31 AM, Wrenn, Elliott wrote:
>
>> Brewster-
>>
>> That sounds great. I would need more formalized details to get approval from department heads at the Museum. Please let me know if the Internet Archive can send along more details such as procedural/process description or sample agreement between institutions.
>>
>> -Elliott
>>
>> On Mon, May 2, 2016 at 6:30 PM, Brewster Kahle <███@archive.org> wrote:
>>
>>> Alexis can put books in this state (we do it by adding it to a collection).
>>>
>>> -brewster
>>>
>>> On 5/2/16 2:13 PM, Wrenn, Elliott wrote:

CONFIDENTIAL                                                                                                  INTARC00391313

Brewster-

It's great to hear back from you. I'm aiming to propose the lending service to department heads. Do you have any literature about participating in the Open Library project that I can pass on?

-Elliott

On Fri, Apr 29, 2016 at 8:36 PM, Brewster Kahle <​@archive.org> wrote:
> Elliott,
>
> Thank you for writing (and for digitizing with the archive). Yes, we can any books you suggest to be loaned with open library tech. then you could link people to those pages to borrow them. does this sound good?
>
> this has worked well for 5 years.
>
> -brewster

-------- Forwarded Message --------
**Subject:** I work on a book-related website and would like share information with Open Library. Who should I talk to?
**Date:** Thu, 28 Apr 2016 13:36:09 -0400
**From:** Wrenn, Elliott <​>
**To:** info@archive.org

Open Library/IA staff-
I am a librarian in the US Holocaust Memorial Museum Library and Archives. Currently, the Museum has a FedScan contract to digitize its rare book collection--Internet Archive staff is digitizing and hosting the material for the Museum. (Here is a bit about the FedScan program if you are unfamiliar, but I have a hunch that you are.)
Unfortunately, the vast majority of the titles being digitized for the Museum are still in copyright and cannot be displayed openly on the Web. As an alternative, I'm curious if the Open Library project would be an avenue through which the Museum could "loan" its material to interested users.
I'm enthused by your project and am interested in hearing about any contributions the Museum might be able to make. I look forward to hearing from you.
-Elliott
--
Elliott Wrenn
United States Holocaust Memorial Museum
100 Raoul Wallenberg Place SW Washington DC 20024-2126
   Fax
www.ushmm.org

--
Elliott Wrenn
United States Holocaust Memorial Museum
100 Raoul Wallenberg Place SW Washington DC 20024-2126
▓▓▓▓▓▓▓  Fax ▓▓▓▓▓▓▓
www.ushmm.org

--
Elliott Wrenn
United States Holocaust Memorial Museum
100 Raoul Wallenberg Place SW Washington DC 20024-2126
▓▓▓▓▓▓▓  Fax ▓▓▓▓▓▓▓
www.ushmm.org