# McNamara Declaration Exhibit 30

| | |
|---|---|
| From: | internet archive |
| Sent: | Monday, November 14, 2011 1:21 PM EST |
| To: | b >> Chris Butler |
| Subject: | Fwd: DMCA Notice - Infringement of John Wiley & Sons, Inc.'s Copyrights |

-------- Original Message --------
**Subject:** DMCA Notice - Infringement of John Wiley & Sons, Inc.'s Copyrights
**Date:** Mon, 14 Nov 2011 10:33:57 -0500
**From:** Murphy, Patrick - Hoboken <████████wiley.com>
**To:** info@archive.org <info@archive.org>


DMCA Notice – Infringement of John Wiley & Sons, Inc.'s Copyrights

Internet Archive Copyright Agent
Internet Archive
300 Funston Ave.
San Francisco, CA 94118

Dear Internet Archive Copyright Agent:

I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am an agent authorized to act on behalf of the owner of certain intellectual property rights, said owner being named John Wiley & Sons, Inc., a global publisher of books, journals, and other products, or one of its related companies ("Wiley").

We recently learned that an unauthorized copy of the material listed below is available for download on a website hosted by your company at the following URL address:

http://www.archive.org/details/ReminiscencesOfAStockOperator

The material is as follows:

1. Reminiscences of a Stock Operator (ISBN 0-471-05968-4) by Edwin Lefevre
    - U.S. Copyright Registration A 711-055 (June 22, 1923)
    - U.S. Copyright Registration Renewal R 63-604 (June 23, 1950)
    - Wiley purchased the copyright from the author's estate

I have a good faith belief that the use of the title(s) identified above is not authorized by Wiley, its agent, or the law and therefore constitute a serious infringement of, inter alia, Wiley's copyrights.

We understand that many responsible ISPs inadvertently infringe the copyrights of others, and that this may be one such case. Accordingly, we will forbear legal action against your company provided that you remove or block access to the infringing matter within 48 hours of the time and date of this e-mail.

Thank you in advance for your cooperation.

Sincerely,

CONFIDENTIAL                                                                                                                        INTARC00405932

Patrick Murphy
Senior Enforcement Specialist
John Wiley & Sons, Inc.
111 River Street, Mail Stop 9-01
Hoboken, NJ  07030
Phone: ███████████ / Fax: ███████████
E-Mail Address: ███████@wiley.com

My name, typed above, constitutes an electronic signature under Federal law, and is intended to be binding.

**CONFIDENTIAL**                                                                                                                                          INTARC00405933