# McNamara Declaration Exhibit 31





INTERNET ARCHIVE Donate ♥

OPEN LIBRARY Browse ▾ More ▾ All ▾ Search Log In Sign Up

Borrow

Preview

Want to Read

☆☆☆☆☆

Review Notes Share

**Check nearby libraries**

- Library.link
- WorldCat

**Buy this book**

- Better World Books
  $6.47 (used) - includes shipping
- Amazon
  $6.37

▸ More

When you buy books using these links the Internet Archive may earn a small commission.

*An edition of Reminiscences of a stock operator (2006)*

Last edited by ImportBot
September 9, 2021 | History

Edit

# Reminiscences of a stock operator

by Edwin Lefevre

★★★★★ 5.00 · 1 Ratings · 10 Want to read · 1 Currently reading · 2 Have read

**Overview** **View 1 Edition** **Details** **Reviews** **Lists** **Related Books**

| Publish Date | Publisher | Language | Pages |
|---|---|---|---|
| 2006 | J. Wiley | English | 273 |

Previews available in: English

This edition doesn't have a description yet. Can you **add one**?

SUBJECTS Speculation, New York Stock Exchange, New york stock exchange

Showing one featured edition. View all 1 editions?

| EDITION | AVAILABILITY ↑ |
|---|---|
|  Reminiscences of a stock operator<br>2006, J. Wiley<br>in English | Borrow<br>Libraries near you: WorldCat |

Add another edition?

## Book Details

**Published in**

Hoboken, N.J

**Edition Notes**

Originally published: New York : G.H. Doran, 1923.

Includes index.

| | |
|---|---|
| Series | Wiley investment classics |

**Classifications**

| | |
|---|---|
| Dewey Decimal Class | 332.64/273 |
| Library of Congress | HG4572 .L4 2006, HG4572.L4 2006 |

### External Links

Publisher description
Contributor biographical information

**The Physical Object**

| | |
|---|---|
| Pagination | xii, 273 p. ; |
| Number of pages | 273 |

**ID Numbers**

| | |
|---|---|
| Open Library | OL24765533M |
| Internet Archive | reminiscencesofs00lefe |
| ISBN 10 | 0471770884 |
| ISBN 13 | 9780471770886 |
| LC Control Number | 2005043672 |

OCLC/WorldCat 61162344

## Community Reviews (0)

Feedback?

No community reviews have been submitted for this work.

+ Log in to add your community review

## Lists containing this Book

- Borrowed from J Simonson
- Trading from Shauna James
- Edwin Lefevre from ruipfrodrigues

## You might also like

Borrow | Borrow | Borrow | Borrow | Borrow

## More by Edwin Lefevre

Borrow | Borrow

## History

Created July 13, 2011 · 8 revisions

Download catalog record: RDF / JSON / OPDS | Wikipedia citation

| | | |
|---|---|---|
| September 9, 2021 | Edited by ImportBot | import existing book |
| December 11, 2020 | Edited by MARC Bot | import existing book |
| July 22, 2019 | Edited by MARC Bot | remove fake subjects |
| July 15, 2019 | Edited by MARC Bot | import existing book |
| July 13, 2011 | Created by ImportBot | Imported from Internet Archive item record. |

Donate  Return to Top  తెలుగు (te)
Українська (uk)
中文 (zh)

Open Library is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include the Wayback Machine, archive.org and archive-it.org

version a3ccdb306