McNamara Declaration

Exhibit 32

| | |
|---|---|
| From: | Internet Archive |
| Sent: | Thursday, July 10, 2014 1:37 PM EDT |
| To: | Martin, Matthew |
| Subject: | Re: FW: Notice of Copyright - Attention: Christopher Butler, Office Manager |

Dear Mr. Martin, Esq.,

I'm sorry to hear that Random House views the current state of the lending program as a burden. Internet Archive programs and services exist to help us fulfill our mission to provide library resources to the public. We try to make the best use of our existing resources towards these ends, and, naturally do not seek to place any burden on Random House or anyone else through any of our services, not least our lending of ebooks one-at-a-time.

I'm the Office Manager and not an attorney (we don't have one in-house at the Archive), but I do help process take down requests here. If there is a list of further postings for which you would submit a claim, please feel free to send it to me.

We've had good exchanges with Random House at past Books-in-Browsers conferences that our colleague, Peter Brantley, has organized and hosted at the Internet Archive and we hope to continue a positive relationship.

--

Christopher Butler
Office Manager
Internet Archive
www.archive.org
www.openlibrary.org

On 6/27/14 12:40 PM, Martin, Matthew wrote:

> Dear Mr. Butler,
>
> I take it from your silence over the past three months that your organization is no longer committed to removing unauthorized Penguin Random House eBooks from its library lending programs. If that is the case, we will proceed with other remedies available to us under the law, and we will take into account the added burden this places on our resources when considering if a claim for damages for past infringements of our copyrights is warranted. Please know that we reserve all rights.
>
> Sincerely yours,
>
> *Matthew E. Martin*
> Senior Vice President, Associate General Counsel
> Penguin Random House LLC
> 1745 Broadway
> New York, New York 10019
> Phone: ███████████
> Fax: ███████

CONFIDENTIAL                                                                                                                    INTARC00165712

Cell: ███████████
███████@randomhouse.com

**From:** Martin, Matthew
**Sent:** Tuesday, April 29, 2014 10:50 AM
**To:** 'Internet Archive'
**Subject:** RE: FW: Notice of Copyright - Attention: Christopher Butler, Office Manager

Dear Mr. Butler,

May I please have a response to my email of April 22, shown below. I would appreciate hearing from your organization before the end of this week?

*Matthew E. Martin*
Senior Vice President, Associate General Counsel
Penguin Random House LLC
1745 Broadway
New York, New York 10019
Phone: ███████████
Fax: ███████████
Cell: ███████████
███████@randomhouse.com

---

**From:** Martin, Matthew
**Sent:** Tuesday, April 22, 2014 9:27 AM
**To:** 'Internet Archive'
**Subject:** RE: FW: Notice of Copyright - Attention: Christopher Butler, Office Manager

Dear Mr. Butler,

I am writing to follow up on your email of March 31, 2014. Please advise what further steps the Internet Archive will be taking to remove Penguin Random House eBooks from its library lending program, where unauthorized copies are being generated and distributed in violation of our copyrights?

Sincerely yours,

*Matthew E. Martin*
Senior Vice President, Associate General Counsel
Penguin Random House LLC
1745 Broadway
New York, New York 10019
Phone: ███████████
Fax: ███████████
Cell: ███████████
███████@randomhouse.com

---

**From:** Internet Archive [mailto:info-reply@archive.org]
**Sent:** Monday, March 31, 2014 9:01 PM

CONFIDENTIAL                                                                                                                    INTARC00165713

**To:** Martin, Matthew
**Subject:** Re: FW: Notice of Copyright - Attention: Christopher Butler, Office Manager

Dear Mr. Martin, Esq.,

I'm writing to notify you that borrowing access has been disabled for the items identified in your list below:

| Publisher | ISBN | Title | URL |
|---|---|---|---|
| Random House | 9780307567062 | Zoya | https://openlibrary.org/books/OL20931209M/Zoya/borrow |
| Random House | 9780449213445 | The Chosen | https://openlibrary.org/books/OL3542635M/The_chosen/borrow |
| Random House | 9780307567277 | Cat's Cradle | https://openlibrary.org/books/OL24202926M/Cat's_cradle./borrow |
| Random House | 9780385373517 | The Cat in the Hat Comes Back! | https://openlibrary.org/books/OL13582898M/The_cat_in_the_hat_comes_back!/borrow |
| Random House | 9780307756657 | Sleepers | https://openlibrary.org/books/OL16625360M/Sleepers/borrow |
| Random House | 9780307813534 | A Certain Justice | https://openlibrary.org/books/OL689816M/A_certain_justice/borrow |
| Random House | 9780553899634 | Ride the River | https://openlibrary.org/books/OL24218416M/Ride_the_river/borrow |
| Random House | 9780307386588 | The Bluest Eye | https://openlibrary.org/books/OL1090305M/The_bluest_eye/borrow |
| Random House | 9780440337638 | The Copper | https://openlibrary.org/books/OL17743489M/The_copper_beech/borrow |
| Random House | 9780307576095 | The Summons | https://openlibrary.org/books/OL22154268M/The_summons/borrow |
| Random House | 9780307575968 | Bleachers | https://openlibrary.org/books/OL3688744M/Bleachers/borrow |
| Random House | 9780307767400 | Strip Tease | https://openlibrary.org/books/OL1404238M/Strip_tease/borrow |
| Random House | 9780307765697 | The Secret History | https://openlibrary.org/books/OL7910485M/The_Secret_History/borrow |
| Random House | 9780307575852 | Interview with the Vampire | https://openlibrary.org/books/OL16684704M/Interview_with_the_vampire/borrow |
| Random House | 9781588361653 | In Cold Blood | https://openlibrary.org/books/OL1398670M/In_cold_blood/borrow |
| Penguin | 9781440624872 | Seeking Enlightenment - Nevada Barr | https://openlibrary.org/books/OL22535506M/Seeking_enlightenment...hat_by_hat/borrow |
| Penguin | 9781440674020 | Girlfriends' Guide to Toddlers- Vicki Iovine | https://openlibrary.org/books/OL382838M/The_girlfriends'_guide_to_toddlers/borrow |
| Penguin | 9781440635175 | Soldier Spies- W.E.B. Griffin | https://openlibrary.org/books/OL3668276M/The_soldier_spies/borrow |

| Publisher | ISBN | Title | URL |
|---|---|---|---|
| Penguin | 9781101147368 | About a Boy- Nick Hornby | https://openlibrary.org/books/OL698765M/About_a_boy/borrow |
| Penguin | 9781101213131 | We Were the Mulvaneys- Joyce Carol Oats | https://openlibrary.org/books/OL979824M/We_were_the_Mulvaneys/borrow |
| Penguin | 9781440630064 | Behind the Lines- W.E.B. Griffin | https://openlibrary.org/books/OL796247M/Behind_the_lines/borrow |
| Penguin | 9781440629969 | At Home in Mitford- Jan Karon | https://openlibrary.org/books/OL24946793M/At_home_in_Mitford/borrow |
| Penguin | 9781101002346 | Red Storm Rising- Tom Clancy | https://openlibrary.org/books/OL16075973M/Red_storm_rising/borrow |
| Penguin | 9781101495650 | The Sea, The Sea - Iris Murdoch | https://openlibrary.org/books/OL6793728M/The_sea_the_sea/borrow |
| Penguin | 9781101659854 | Americana - Don DeLillo | https://openlibrary.org/books/OL2060233M/Americana/borrow |
| Penguin | 9781101075869 | Billy Budd, Sailor and other Stories - Herman Melville | https://openlibrary.org/books/OL24955894M/Billy_Budd_sailor_and_other_stories/borrow |
| Penguin | 9781440638886 | Travels with Charley In Search of America - John Steinbeck | https://openlibrary.org/books/OL5851987M/Travels_with_Charley/borrow |
| Penguin | 9781101603765 | A Murder of Quality - John le Carre | https://openlibrary.org/books/OL24214625M/A_murder_of_quality/borrow |
| Penguin | 9781101042540 | A View from the Bridge - Arthur Miller | https://openlibrary.org/books/OL4538770M/A_view_from_the_bridge/borrow |

We are currently reviewing the matter and will advise if further steps are taken responsive to your requests below.

--

Christopher Butler
Office Manager
Internet Archive
www.archive.org
www.openlibrary.org

On 3/26/14 12:09 PM, Martin, Matthew wrote:

> Dear Mr. Butler:
>
> Thank you for your prompt response of March 18, and for removing the listing for *Feminism* by Miriam Schneir that we identified in our DMCA notice of March 13, 2014.
>
> Following a cursory review of your sites, we have identified 29 additional titles from Penguin Random House imprints that are being offered for library lending in violation of our copyrights, and have listed those titles along with links to where they can found on the openlibrary.org site at

the end of this email. I must insist that you promptly remove these listings from your websites unless the titles are being offered exclusively and in full compliance with the Chaffee Amendment to the U.S. Copyright Act and not for any other purpose.

The list below does not purport to be a comprehensive list of Penguin Random House titles being infringed by the activities of your sites. We demand that you undertake a thorough and comprehensive search of your websites to identify all Penguin Random House titles that are being offered for lending in violation of our copyrights. If you are not familiar with the various publishing units and imprints that are published within the Penguin Random House family, I would be happy to provide you with a list to assist you in your due diligence to identify and remove unauthorized titles from your library offerings.

For purposes of DMCA compliance pursuant to Section 512(c)(3) of the U.S. Copyright Act, I certify under penalty of perjury, that I am an agent authorized to act on behalf of Penguin Random House LLC, the owner of rights to the literary works referenced below, which are reproduced on and/or distributed from your websites at the URLs referenced below. I have a good faith belief that the works identified below are not authorized by Penguin Random House, the authors of those works, their respective agents or any provision of law, and therefore such material infringes Penguin Random House's rights under U.S. copyright law.

This letter is without prejudice to all rights and entitlements which are hereby expressly reserved.

Sincerely yours,

*Matthew E. Martin*
Senior Vice President, Associate General Counsel
Penguin Random House LLC
1745 Broadway
New York, New York 10019
Phone: ▮
Fax: ▮
Cell: ▮
▮@randomhouse.com

| Publisher | ISBN | Title | Link |
|---|---|---|---|
| Random House | 9780307567062 | Zoya | https://openlibrary.org/books/OL20931209M/Zoya/borrow |
| Random House | 9780449213445 | The Chosen | https://openlibrary.org/books/OL3542635M/The_chosen/borrow |
| Random House | 9780307567277 | Cat's Cradle | https://openlibrary.org/books/OL24202926M/Cat's_cradle./borrow |
| Random House | 9780385373517 | The Cat in the Hat Comes Back! | https://openlibrary.org/books/OL13582898M/The_cat_in_the_hat_comes_back!/borrow |
| Random House | 9780307756657 | Sleepers | https://openlibrary.org/books/OL16625360M/Sleepers/borrow |
| Random House | 9780307813534 | A Certain Justice | https://openlibrary.org/books/OL689816M/A_certain_justice/borrow |
| Random House | 9780553899634 | Ride the River | https://openlibrary.org/books/OL24218416M/Ride_the_river/borrow |
| Random House | 9780307386588 | The Bluest Eye | https://openlibrary.org/books/OL1090305M/The_bluest_eye/borrow |

| Publisher | ISBN | Title | URL |
|---|---|---|---|
| Random House | 9780440337638 | The Copper Beech | https://openlibrary.org/books/OL17743489M/The_copper_beech/borrow |
| Random House | 9780307576095 | The Summons | https://openlibrary.org/books/OL22154268M/The_summons/borrow |
| Random House | 9780307575968 | Bleachers | https://openlibrary.org/books/OL3688744M/Bleachers/borrow |
| Random House | 9780307767400 | Strip Tease | https://openlibrary.org/books/OL1404238M/Strip_tease/borrow |
| Random House | 9780307765697 | The Secret History | https://openlibrary.org/books/OL7910485M/The_Secret_History/borrow |
| Random House | 9780307575852 | Interview with the Vampire | https://openlibrary.org/books/OL16684704M/Interview_with_the_vampire/borrow |
| Random House | 9781588361653 | In Cold Blood | https://openlibrary.org/books/OL1398670M/In_cold_blood/borrow |
| Penguin | 9781440624872 | Seeking Enlightenment- Nevada Barr | https://openlibrary.org/books/OL22535506M/Seeking_enlightenment...hat_by_hat/borrow |
| Penguin | 9781440674020 | Girlfriends' Guide to Toddlers- Vicki Iovine | https://openlibrary.org/books/OL382838M/The_girlfriends'_guide_to_toddlers/borrow |
| Penguin | 9781440635175 | Soldier Spies- W.E.B. Griffin | https://openlibrary.org/books/OL3668276M/The_soldier_spies/borrow |
| Penguin | 9781101147368 | About a Boy- Nick Hornby | https://openlibrary.org/books/OL698765M/About_a_boy/borrow |
| Penguin | 9781101213131 | We Were the Mulvaneys- Joyce Carol Oats | https://openlibrary.org/books/OL979824M/We_were_the_Mulvaneys/borrow |
| Penguin | 9781440630064 | Behind the Lines- W.E.B. Griffin | https://openlibrary.org/books/OL796247M/Behind_the_lines/borrow |
| Penguin | 9781440629969 | At Home in Mitford- Jan Karon | https://openlibrary.org/books/OL24946793M/At_home_in_Mitford/borrow |
| Penguin | 9781101002346 | Red Storm Rising- Tom Clancy | https://openlibrary.org/books/OL16075973M/Red_storm_rising/borrow |
| Penguin | 9781101495650 | The Sea, The Sea - Iris Murdoch | https://openlibrary.org/books/OL6793728M/The_sea_the_sea/borrow |
| Penguin | 9781101659854 | Americana - Don DeLillo | https://openlibrary.org/books/OL2060233M/Americana/borrow |
| Penguin | 9781101075869 | Billy Budd, Sailor and other Stories - Herman Melville | https://openlibrary.org/books/OL24955894M/Billy_Budd_sailor_and_other_stories/borrow |
| Penguin | 9781440638886 | Travels with Charley In Search of America - John Steinbeck | https://openlibrary.org/books/OL5851987M/Travels_with_Charley/borrow |
| Penguin | 9781101603765 | A Murder of Quality - John le Carre | https://openlibrary.org/books/OL24214625M/A_murder_of_quality/borrow |
| Penguin | 9781101042540 | A View from the Bridge - Arthur Miller | https://openlibrary.org/books/OL4538770M/A_view_from_the_bridge/borrow |

**From:** Internet Archive [mailto:info-reply@archive.org]
**Sent:** Tuesday, March 18, 2014 8:31 PM
**To:** Martin, Matthew
**Cc:** Sheridan, Andrea T.
**Subject:** Re: FW: Notice of Copyright - Attention: Christopher Butler, Office Manager

Dear Mr Martin, Esq.,

Thank you for the response. I am confirming that these listings for the text have been taken down and access thereto has been disabled.

--

Christopher Butler
Office Manager
Internet Archive
300 Funston Avenue
San Francisco, CA
415.561.6767
www.archive.org

On 3/17/14 7:06 PM, Martin, Matthew wrote:
> Christopher Butler
> Office Manager
> Internet Archive
>
> Dear Mr. Butler,
>
> I am an attorney with Penguin Random House. Andrea Sheridan has shared with me your email of March 13, 2014, shown below. You refer to two different ways that the texts of our copyright works are made available to the users of archive.org and openlibrary.org:
>
> The first appears to be digital copies of our texts made available to sight-impaired readers in a specialized format. Presumably these copies are made and distributed in full compliance with the Chaffee Amendment exemption of the US Copyright Act. If that is the case, we have no issue with your conduct in this capacity and are more than happy to have you continue this valuable service. Please confirm that your activities are in indeed fully compliant with the Chaffee Amendment.
>
> The second means referred to below appears to describe a more typical library lending platform that serves the patrons of your participating libraries regardless of any disability status. If that is the case, any copies made and distributed in this manner would *not* qualify under the Chaffee amendment and your activities would be infringing of our copyrights. The existence of a physical copy of a book in a library's collection does not entitle that library or its service providers (whether for profit or not-for-profit) to make corresponding digital copies of that book for purposes of general library lending. We have a vital and important business segment that involves selling ebooks to libraries for lending to their patrons, with distinct business models and terms specific to this market. If there is some other explanation for the copies you are making and distributing for library lending without proper authorization, please advise me of those circumstances and explain how your activities are legal.

CONFIDENTIAL                                                                                                              INTARC00165718

I would appreciate your prompt response to this inquiry.

Sincerely yours,

*Matthew E. Martin*
Senior Vice President, Associate General Counsel
Penguin Random House LLC
1745 Broadway
New York, NY 10019
Phone: ▮
Fax: ▮
▮@randomhouse.com

---

**From:** Internet Archive [mailto:info-reply@archive.org]
**Sent:** Thursday, March 13, 2014 6:02 PM
**To:** Sheridan, Andrea T.
**Subject:** Re: Notice of Copyright Infringement

Dear Ms. Sheridan,

Thank you for contacting us about these listings.

As it may not be entirely clear, I would like to ensure that you are aware of the very limited ways in which the texts of concern are made available at archive.org and openlibrary.org, as well as the nature of our organization and services. Internet Archive is a 501.c3 non-profit online library and does not exploit materials in its collections at archive.org or openlibrary.org for commercial gain. The texts may be made available in two limited ways:

1. to registered blind and print-disabled patrons through a special initiative undertaken by our organization, as an encrypted file in a specialized format (DAISY file) that works with devices designed to read aloud text for the blind and print-disabled. We've designed this option to be accessible to those who meet the criteria of the Library of Congress' National Library Service for the Blind and Physically Handicapped (NLS) program, which provides registered and approved blind and print-disabled citizens with an encryption key that will enable our file to play. We have posted more information about this program at http://blog.archive.org/2010/11/26/3424/ and you can find information about the Library of Congress' own program and requirements for eligibility to receive the encryption key at http://www.loc.gov/nls/eligible.html.
2. via our Library Lending Program, in which physical libraries contribute and participate (you can find a list of participating libraries at https://openlibrary.org/libraries). The program enables an e-copy made from a library's owned physical book to be borrowed for 14 days. When an electronic copy of a book is checked out by a patron, that copy is not available to others. After a two-week period, the borrowed copy expires and throughout that period is protected from copying in a manner similar to how ebooks are protected when distributed by a bookseller.

In short, we have sought to limit the availability of more recent books through our site to ways which are analogous to how physical libraries lend and make available books outside of the scope of licensing. The lending library, for example, grants access to a service comparable to an inter-library loan (but removing the impediment of shipping a physical item).

Again, thank you for contacting us. We appreciate whatever new consideration these explanations might bring to the matter. We know that reasonable people may view these programs differently than we do. Please let me know if you have continuing objections or further questions.

CONFIDENTIAL
INTARC00165719

Best Regards,

Christopher Butler
Office Manager
Internet Archive
www.archive.org
www.openlibrary.org


-------- Original Message --------
**Subject:** Notice of Copyright Infringement
**Date:** Thu, 13 Mar 2014 16:40:57 +0000
**From:** Sheridan, Andrea T. <█████████████
**To:** info@archive.org <info@archive.org>


**BY E-MAIL**

openlibrary.org

**Re:   Notice of Copyright Infringement**

   I, the undersigned, certify under penalty of perjury, that I am an agent authorized to act on behalf of Random House LLC, ("Random House"), the owner of certain intellectual property rights to the literary works referenced in the addendum attached hereto ("the Works"), which are reproduced on and/or distributed from your website ("the Website") at the URLs referenced in the attached addendum.  I have a good faith belief that the infringing material identified on the attached addendum is not authorized by Random House, the authors of the Works, their respective agents or any provision of law, and therefore such material infringes Random House's rights according to state, federal or United States law.  Please act expeditiously to remove or disable access to the material claimed to be infringing.  This letter constitutes notice of infringement pursuant to Section 512(c)(3) of the U.S. Copyright Act, to the extent such notice is required.

I may be contacted at:

A Sheridan
Penguin Random House
1745 Broadway, 14-1
New York, NY  10019
Tel. █████████████
Fax █████████████
█████████@randomhouse.com


Addendum to Notice of Infringement:
Allegedly Infringing Material

CONFIDENTIAL                                                                                                                                      INTARC00165720

Name of Intellectual Property Owner: **Random House LLC**

**Work:**      **Unauthorized ebook editions of Feminism by Miriam Schneir**

Website:      openlibrary.org

Infringing material: https://openlibrary.org/books/OL24737098M/Feminism/borrow
https://openlibrary.org/books/OL5706200M/Feminism/borrow