McNamara Declaration

Exhibit 34

Filed Under Seal