# McNamara Declaration Exhibit 35

**HarperCollins*Publishers*

*News Corp*

195 Broadway
New York, NY
10007

Telephone 212 207-7264
Fax 855 554-9204
www.harpercollins.com
victor.hendrickson@harpercollins.com

Victor Hendrickson
Assistant General Counsel

January 11, 2018

**By UPS and Email (████@archive.org)**
Brewster Kahle
Founder and Digital Librarian
Internet Archive
300 Funston Ave.
San Francisco, CA 94118

Re:   **Open Library's Distribution of Copyrighted Works**

Dear Mr. Kahle:

I am Assistant General Counsel of HarperCollins Publishers, and I write regarding copyright concerns we have in connection with the Internet Archive's Open Library project.

It appears that Open Library is distributing unauthorized digital copies of hundreds of books to which we and our affiliate companies hold the exclusive publication rights. Below are examples:

1. MAP OF BONES by James Rollins
2. THE PURPOSE DRIVEN LIFE by Rick Warren
3. DO NOT DISTURB by Christie Ridgway
4. GOOD TO GREAT AND THE SOCIAL SECTORS by Jim Collins

Screenshots from the books' Open Library pages are annexed hereto as Exhibit A. As far as we can tell, Open Library is making digital copies of the books available to its users without authorization. The digital copies are unauthorized reproductions of our books, and their distribution is unauthorized. Based on the information available to us, we do not see how it is not copyright infringement. And this is but a sample of the HarperCollins books freely available on Open Library's platform.

We are aware of Open Library's Sonny Bono Memorial Collection as described in the November 30, 2017 article in *Slate* titled, "The Copyright Mavericks: The geniuses behind the Wayback Machine have a new way to help libraries bring old books to the public." The Sonny Bono Memorial Collection, available at https://archive.org/details/last20m, purports to fall within the Copyright Act's Section 108(h) exception to infringement for certain activities relating to certain works in their last twenty years of copyright. The works we are concerned about, however, are not among the 61 books that currently make up the Collection.

Nor do we see how the first sale doctrine, 17 U.S.C. § 109, could exempt Open Library's activity from infringement. While Open Library would be free to loan out lawfully made physical copies of copyrighted books, the first sale doctrine does not apply to Open Library's distribution of digital scans or other digital versions of the physical copies.

CONFIDENTIAL

INTARC00462005

We also have confirmed with our authorized library distributors that they are not working with the Internet Archive or the Open Library project, and we note that Open Library's distribution of DAISY-format versions of our books is not a subject of this letter.[1]

Open Library's unauthorized distribution of our books also seems to go beyond the scope of Open Library's stated purpose. Open Library describes itself on its website home page as "an open, editable library catalog, building towards a web page for every book ever published." The FAQ section of the website describes further how Open Library, where possible, provides WorldCat and retailer links to help users legitimately borrow or buy books. But when Open Library is the entity directly providing copies of the books, it is acting as far more than just an online library catalog. We might question whether libraries and other organizations would donate books to the Open Library project if they were aware of the extent of Open Library's active distribution role.

All that said, we welcome an explanation if we are not understanding how Open Library's reproduction and direct distribution of copyright-protected digital copies of books to which we hold exclusive publication rights is not infringement. We otherwise demand that you immediately disable the "Borrow eBook" function for our books still under copyright, and that you provide us with the number of times the digital versions of all such books have been checked out or otherwise accessed by Open Library users, itemized by ISBN.

I can be reached at ▇▇▇▇▇▇▇@harpercollins.com or ▇▇▇▇▇▇▇. Thank you for your attention to this matter, and we look forward to hearing from you.

This letter does not represent a complete statement of HarperCollins' position and is without prejudice to our legal and equitable rights and remedies, all of which are expressly reserved.

Sincerely yours,

Victor Hendrickson

Encls.

cc:
Internet Archive Copyright Agent (info@archive.org)
Internet Archive
300 Funston Ave.
San Francisco, CA 94118

---

[1] HarperCollins is committed to accessibility initiatives. Like Open Library, we partner with Benetech and its well-known accessible online library Bookshare. We are also a signing member of the WIPO-affiliated Accessible Books Consortium Charter for Accessible Publishing, and we participate in the ABC's Global Book Service, which serves the print-disabled through authorized libraries and organizations throughout the world. We still must reserve all rights to the extent Open Library's distribution of DAISY files of our books is unauthorized and is not exempt from infringement under Section 121 of the Copyright Act.

CONFIDENTIAL                                                                                                                         INTARC00462006

# EXHIBIT A

**1. MAP OF BONES by James Rollins**
https://openlibrary.org/works/OL5727600W/Map_of_bones

| | EDITION | READ | BORROW | BUY |
|---|---|---|---|---|
|  | **2006, Avon Books** Map of bones in English | DAISY | This eBook is checked out. You'll be next in line. Join waiting list Physical copy via WorldCat | Amazon Better World Books |
|  | **2004, Morrow** Map of bones in English - 1st ed. | DAISY | This eBook is checked out. Readers waiting for this title: 1 Join waiting list Physical copy via WorldCat | Amazon Better World Books |
|  | **2005, Thorndike Press** Map of bones in English | DAISY | Read in-browser or download the ePub / PDF from Internet Archive Borrow eBook Physical copy via WorldCat | Amazon Better World Books |



2. **THE PURPOSE DRIVEN LIFE by Rick Warren**
https://openlibrary.org/works/OL16335306W/The_Purpose-Driven_Life

| | | | |
|---|---|---|---|
| 2003, Zondervan Publishing House<br>Purpose-driven Life<br>Paperback | DAISY 🔒 | Physical copy<br>via WorldCat | Amazon<br>Better World Books |
| 2002, Zondervan<br>The purpose driven life<br>in English | DAISY 🔒 | Read in-browser or download the ePub / PDF from Internet Archive<br>**Borrow eBook**<br>Physical copy<br>via WorldCat | Amazon<br>Better World Books |
| 2002, Zondervan<br>The purpose-driven life<br>in English | DAISY 🔒 | Read in-browser or download the ePub / PDF from Internet Archive<br>**Borrow eBook**<br>Physical copy<br>via WorldCat | Amazon<br>Better World Books |
| 2004, Inspirio<br>The purpose driven life<br>in English | DAISY 🔒 | Read in-browser or download the ePub / PDF from Internet Archive<br>**Borrow eBook**<br>Physical copy<br>via WorldCat | Amazon<br>Better World Books |
| October 1, 2002, Zondervan<br>The Purpose-Driven Life<br>Hardcover in English - 1st ed edition | DAISY 🔒 | This eBook is checked out.<br>You'll be next in line.<br>**Join waiting list**<br>Physical copy<br>via WorldCat | Amazon<br>Better World Books |

**3. DO NOT DISTURB by Christie Ridgway**
https://openlibrary.org/works/OL554456W/Do_not_disturb

| EDITION | | READ ↑ | BORROW | BUY |
|---|---|---|---|---|
|  | **2004, Avon Books**<br>Do not disturb<br>in English | DAISY | Read in-browser or download the ePub / PDF from Internet Archive<br>Borrow eBook<br>Physical copy via WorldCat | Amazon<br>Better World Books |

**4. GOOD TO GREAT AND THE SOCIAL SECTORS by Jim Collins**
https://openlibrary.org/works/OL3486273W/Good_to_great_and_the_social_sectors

## Good to great and the social sectors

*why business thinking is not the answer : a monograph to accompany Good to great : why some companies make the leap--and others don't*

Jim Collins.

Published **2005** by J. Collins] in [Boulder, Colo.?].
Written in English.

### Edition Notes

Includes bibliographical references (p. [36]).

### Classifications

| | |
|---|---|
| Dewey Decimal Class | 658 |
| Library of Congress | HD57.7 .C6452 2005 |

Add Cover Image

### Read

DAISY

### Borrow

This eBook is checked out.

Readers waiting for this title: 2

Join waiting list

Find a physical copy near you — powered by WorldCat


