# McNamara Declaration
# Exhibit 36A

| From: | Ingrid Bearpark |
| Sent: | Wednesday, December 11, 2019 9:52 AM EST |
| To: | Internet Archive |
| Subject: | DMCA Notice |
| Attachments: | image001.png |

To whom it may concern,

We are providing you this letter of notification pursuant to the Digital Millennium Copyright Act 17 USC512(c) to make you aware of material on its network or system that infringes the exclusive copyright of Penguin Random House. We hereby affirm that the undersigned is authorized to act on behalf of Penguin Random House whose exclusive intellectual property rights we believe to be infringed as described herein.

Authorized examples of work by Penguin Random house can be viewed in the urls below:
https://www.penguinrandomhouse.com/

Accordingly, we hereby request that you remove or disable access to the infringing Material at:
Dr. Seuss - Dr. Seuss's ABC
https://openlibrary.org/books/OL7462965M/Dr._Seuss's_ABC_(I_Can_Read_It_All_By_Myself_Beginner_Books)

Tom Clancy - Red Storm Rising
https://openlibrary.org/books/OL2716383M/Red_Storm_Rising

DK - Human Body
https://openlibrary.org/books/OL427036M/Human_body

David Graeber - Debt
https://openlibrary.org/books/OL24088724M/Debt

Anthony Burgess - A Clockwork Orange
http://openlibrary.org/books/OL24618946M

Alice Walker - The Color Purple
http://openlibrary.org/books/OL1565403M

Andrea Camilleri - The Dance of the Seagull
https://openlibrary.org/books/OL26480609M/The_dance_of_the_seagull

Bessel van der Kolk - The Body Keeps the Score
https://openlibrary.org/books/OL26631800M/The_Body_Keeps_the_Score

Audrey Niffenegger - The Time Traveler's Wife
https://openlibrary.org/books/OL23271188M/The_Time_Traveler's_Wife

Carly Phillips - Summer Nights
https://openlibrary.org/books/OL26257346M/Hot_summer_nights

Bill Bryson - A Walk in the Woods
https://openlibrary.org/books/OL7816215M/A_Walk_in_the_Woods

Bill Bryson - The Lost Continent
https://openlibrary.org/books/OL10686710M/The_Lost_Continent

Catherine Coulter - Mad Jack
https://openlibrary.org/books/OL46753M/Mad_Jack

CONFIDENTIAL
INTARC00322407

Charles Willeford - Miami Blues
https://openlibrary.org/books/OL3382743M/Miami_blues

Cheryl Strayed - Tiny Beautiful Things
https://openlibrary.org/books/OL25259757M/Tiny_beautiful_things

Cindy Woodsmall - For Every Season
https://openlibrary.org/books/OL26644949M/For_every_season

Cyn Balog - Starstruck
https://openlibrary.org/books/OL25085034M/Starstruck

Dale Brown; Jim Defelice - Dale Brown's Dreamland
https://openlibrary.org/books/OL3386973M/Dale_Brown's_Dreamland

Danielle Steel - Bungalow 2
https://openlibrary.org/books/OL24966862M/Bungalow_2

Dick Francis - High Stakes
https://openlibrary.org/books/OL7505386M/High_Stakes

Donald Kagan - The Peloponnesian War
https://openlibrary.org/books/OL5686248M/The_Outbreak_of_the_Peloponnesian_War

Donna Kauffman - Not So Snow White
https://openlibrary.org/books/OL7826595M/Not_So_Snow_White

Dorothea Benton Frank - Isle of Palms
https://openlibrary.org/books/OL24211099M/Isle_of_Palms

Dorothy Koomson - Marshmallows for Breakfast
https://openlibrary.org/books/OL22515434M/Marshmallows_for_breakfast

Dr. Seuss - Fox in Socks
https://openlibrary.org/books/OL7462969M/Fox_in_Socks

Dr. Seuss - Mr. Brown Can Moo! Can You?
https://openlibrary.org/books/OL5445641M/Mr_Brown_can_moo!_Can_you

Dr. Seuss - My Many Colored Days
https://openlibrary.org/books/OL24214804M/My_many_colored_days

Dr. Seuss - Seuss isms!
https://openlibrary.org/books/OL1016922M/Seuss-isms

Dr. Seuss - The Butter Battle Book
https://openlibrary.org/books/OL23257266M/The_butter_battle_book

Dr. Seuss - There's a Wocket in My Pocket
https://openlibrary.org/books/OL26643539M/There's_a_wocket_in_my_pocket!

Dr. Seuss - You're Only Old Once!
https://openlibrary.org/books/OL2539494M/You're_only_old_once!

Edward J. Larson - Evolution

INTARC00322408

https://openlibrary.org/books/OL23272626M/Evolution

Elaine N. Aron, Ph.D. - The Highly Sensitive Person in Love
https://openlibrary.org/books/OL8064267M/The_Highly_Sensitive_Person_in_Love

Ellyn Spragins - What I Know Now
https://openlibrary.org/books/OL8064833M/What_I_Know_Now

Eric Swanson, Yongey Mingyur Rinpoche - The Joy of Living
https://openlibrary.org/books/OL9498934M/The_Joy_of_Living

Felix Francis - Gamble
https://openlibrary.org/books/OL25994270M/Dick_Franciss_Gamble

Fern Michaels - Captive Passions
http://openlibrary.org/books/OL9724740M

Frank J. Tipler - The Physics of Immortality
https://openlibrary.org/books/OL1433445M/The_Physics_of_Immortality

H.W. Brands - American Colossus
https://openlibrary.org/books/OL27726540M/American_Colossus

Helga Schneider - Let Me Go
https://openlibrary.org/books/OL3302729M/Let_me_go

Henrik Ibsen - Hedda Gabler and Other Plays
https://openlibrary.org/books/OL24545358M/Hedda_Gabler_and_other_plays

Henrik Ibsen - Hedda Gabler and Other Plays
https://openlibrary.org/books/OL11558725M/Hedda_Gabler_and_Other_Plays

Henrik Ibsen - Hedda Gabler and Other Plays
https://openlibrary.org/books/OL14420928M/Hedda_Gabler_and_other_plays

Herik Ibsen - Hedda Gabler and Other Plays
https://openlibrary.org/books/OL13538587M/Hedda_Gabler_and_other_plays

Henrik Ibsen - Hedda Gabler and Other Plays
https://openlibrary.org/books/OL7820544M/HEDDA_GABLER_AND_OTHER_PLAYS

Henrik Ibsen - Hedda Gabler and Other Plays
https://openlibrary.org/books/OL7355036M/Hedda_Gabler_and_Other_Plays_(Penguin_Classics)

Howard Schultz, Joanne Gordon - Onward
https://openlibrary.org/books/OL24620511M/Onward

Ishmael Beah - A Long Way Gone
https://openlibrary.org/books/OL22752257M/A_Long_Way_Gone

J. Nelle Patrick - Tsarina
https://openlibrary.org/books/OL26441702M/Tsarina

J.D. Robb - Betrayal in Death
https://openlibrary.org/books/OL3667662M/Betrayal_in_death

J.D. Robb - Naked in Death
https://openlibrary.org/books/OL9401185M/Naked_in_Death

Janet Chapman - Spellbound Falls
https://openlibrary.org/books/OL25967985M/Spellbound_Falls

Jim Butcher - Summer Knight
https://openlibrary.org/books/OL3282451M/Summer_knight

John Flanagan - The Ruins of Gorlan
https://openlibrary.org/books/OL3299602M/The_ruins_of_Gorlan

Jon Lee Anderson - Che
https://openlibrary.org/books/OL7874744M/Che_Guevara

Joseph Bruchac - Code Talker
https://openlibrary.org/books/OL7360826M/Code_Talker

Kay Hooper - Aces High
https://openlibrary.org/books/OL7820850M/Aces_High

Kim Stanley Robinson - Red Mars
https://openlibrary.org/books/OL21441703M/Red_Mars

Laurell K. Hamilton - Blood Noir
https://openlibrary.org/books/OL19930365M/Blood_noir

Laurence Bergreen - Columbus
https://openlibrary.org/books/OL25296919M/Columbus

Liz Murray - Breaking Night
https://openlibrary.org/books/OL24478668M/Breaking_night

Louis L'Amour - The Collected Short Stories of Louis L'Amour
https://openlibrary.org/books/OL3690072M/The_collected_short_stories_of_Louis_L'Amour

LuAnn McLane - Trick My Truck But Don't Mess With My Heart
https://openlibrary.org/books/OL10273524M/Trick_My_Truck_But_Don't_Mess_With_My_Heart

Lurlene McDaniel - Don't Die, My Love
https://openlibrary.org/books/OL7829408M/Don't_Die_My_Love

Malcolm Gladwell - What the Dog Saw
https://openlibrary.org/books/OL23575297M/What_the_dog_saw_and_other_adventure_stories

Marc Reisner - Cadillac Desert
https://openlibrary.org/books/OL21588494M/Cadillac_desert

Markus Zusak - The Underdog
https://openlibrary.org/books/OL27678744M/The_Underdog

Markus Zusak - The Underdog
http://openlibrary.org/books/OL27678744M

Mercer Mayer - Just Me and My Puppy
https://openlibrary.org/books/OL2877559M/Just_me_and_my_puppy

INTARC00322410

Michael Kaplan - Betty Bunny Wants a Goal
https://openlibrary.org/books/OL25330779M/Betty_Bunny_wants_a_goal

Moira Hodgson - It Seemed Like a Good Idea at the Time
https://openlibrary.org/books/OL16443743M/It_seemed_like_a_good_idea_at_the_time

Neal Stephenson - Snow Crash
https://openlibrary.org/books/OL14813122M/Snow_crash

Nevada Barr - Flashback
https://openlibrary.org/books/OL22124252M/Flashback.

Nora Roberts - Key Of Valor
https://openlibrary.org/books/OL3390986M/Key_of_valor

Nora Roberts - Less of a Stranger
https://openlibrary.org/books/OL7417311M/Less_of_A_Stranger_(Nora_Roberts_Language_of_Love_No._36)

Patricia A. McKillip - Moon Flash
https://openlibrary.org/books/OL2841108M/Moon-flash

Per Petterson - I Curse the River of Time
https://openlibrary.org/books/OL26291351M/I_curse_the_river_of_time

Rebecca Goldstein - The Mind Body Problem
https://openlibrary.org/books/OL14969239M/The_mind-body_problem.

Rebecca Solnit - Wanderlust
https://openlibrary.org/books/OL44921M/Wanderlust

Redmond O'Hanlon - No Mercy
https://openlibrary.org/books/OL7698523M/No_Mercy

Richard K. Morgan - Thirteen
https://openlibrary.org/books/OL17441035M/Thirteen

Robert Greenberg - How to Listen to Great Music
https://openlibrary.org/books/OL25030532M/How_to_listen_to_great_music

Robert Greene; Joost Elffers - The 33 Strategies of War
https://openlibrary.org/books/OL9891207M/The_33_Strategies_of_War

Robert Ludlum - The Matarese Circle
https://openlibrary.org/books/OL4738522M/The_Matarese_circle

Robert Mcnamara - In Retrospect
https://openlibrary.org/books/OL1114144M/In_retrospect

Sarah Dessen - Just Listen
https://openlibrary.org/books/OL24747534M/Just_listen

Sharon Draper - Fire from the Rock
https://openlibrary.org/books/OL9358702M/Fire_From_the_Rock

Stephen Richard Witt - How Music Got Free

CONFIDENTIAL

https://openlibrary.org/books/OL25691862M/How_Music_Got_Free

Steven D. Levitt, Stephen J. Dubner - Freakonomics
http://openlibrary.org/books/OL7289308M

Tom Clancy - Patriot Games
https://openlibrary.org/books/OL24216349M/Patriot_Games

Tom Holland - Persian Fire
https://openlibrary.org/books/OL3429955M/Persian_fire

Victoria Thompson - Murder on Lexington Avenue
https://openlibrary.org/books/OL25886371M/Murder_on_Lexington_Avenue

Virginia Henley - The Decadent Duke
https://openlibrary.org/books/OL22658689M/The_decadent_duke

Wangari Maathai - Unbowed
https://openlibrary.org/books/OL9819535M/Unbowed

William Gibson - Pattern Recognition
http://openlibrary.org/books/OL3568057M

Copyright Holder Info:
Company: Penguin Random House
Address: 1745 Broadway New York, NY 10019
Email: customerservice@penguinrandomhouse.com

I have a good faith belief that the use of the described material in the manner complained of is not authorized by the copyright owner, its agent, or by operation of law.

The information in this notice is accurate, and I am either the copyright owner or I am authorized to act on behalf of the copyright owner.

I declare under the perjury laws of the United States of America that this notification is true and correct.


Best Regards

Ingrid Bearpark
www.link-busters.com <http://www.link-busters.com>™

 <https://link-busters.com/>

INTARC00322412