# McNamara Declaration

# Exhibit 36C

| | |
|---|---|
| **From:** | Link-Busters |
| **Sent:** | Monday, January 6, 2020 9:37 AM EST |
| **To:** | info@archive.org |
| **Subject:** | DMCA Removal Request |

Hi this is D.C. de Laat.

I am the Legal Representative of Link-Busters.com.
I am authorized to act on behalf of the below mentioned clients:

Contact Information:

D.C. de Laat/Legal Representative

Link-Busters Operations B.V.
Nachtwachtlaan 20
1058 EA Amsterdam
the Netherlands

███████████

email: abuse@link-busters.com

I have found the following link(s) on your server which contain copies of the following product(s) and are not authorized by our client(s):

---------------------------------------------------
Product: Alan Baddeley, Michael W. Eysenck, Michael C. Anderson - Memory
Company: Taylor & Francis Group
Catalog Nr.:
10.4324/9781315749860,9781317610434,9781317610427,9781317610410,1315749866,9781315749860,131761043 1
---------------------------------------------------
https://openlibrary.org/books/OL8980937M
https://openlibrary.org/books/OL5209344M

---------------------------------------------------
Product: Christopher Ricks - Tennyson
Company: Taylor & Francis Group
Catalog Nr.:
10.4324/9781315834689,1315834685,9781317865605,9781315834689,9781317865599,9781317865612,13178656 0X
---------------------------------------------------
https://openlibrary.org/books/OL18637781M

---------------------------------------------------
Product: Lisa Gardner - Catch Me
Company: PRH US
Catalog Nr.: 9780451413437,9781101559963,1101559969,0451413431
---------------------------------------------------
https://openlibrary.org/books/OL25101769M/Catch_me/edit#about/about

---------------------------------------------------
Product: Clive Cussler; Jack Du Brul - Plague Ship

           **INTARC00323031**

Company: PRH US
Catalog Nr.:
144063419X,9781440634192,0425226697,9780425226698,9780718154158,0718154150,9780143144434,0143144
43X
-----------------------------------------------------
https://openlibrary.org/books/OL10175942M/Plague_ship

-----------------------------------------------------
Product: John Varley - Demon
Company: PRH US
Catalog Nr.:
1101623292,9781101623299,0425085856,9780441142675,0441142672,9780425082713,0425082717,97804250858
51
-----------------------------------------------------
https://openlibrary.org/books/OL7525125M/Demon/edit#about/about

-----------------------------------------------------
Product: Alan Furst - The World at Night
Company: PRH US
Catalog Nr.:
0375758585,9780375758584,0307432777,9780307432773,9780006510970,0297848380,9780679413134,97802978
64653,9781449891596,0679413138,0736660151,0002252295,0753103834,0297864653,9780002252294,05173124
84,1449891594,9780297848387,0708940242,9781436125529,9780753103838,075310704X,9789722045339,97807
08940242,9780517312483,9780679773290,9780753107041,9780753826379,0679773290,0753826372,9722045334
,0006510973,9780753818329,1436125529,9780736660150,0753818329
-----------------------------------------------------
https://openlibrary.org/books/OL3952523M/The_world_at_night/edit#about/about
https://openlibrary.org/books/OL3952523M/The_world_at_night

-----------------------------------------------------
Product: Tess Gerritsen - The Sinner
Company: PRH US
Catalog Nr.:
B0031RSBVO,9780739303382,1409095010,9780345464453,1101887397,0345464451,9781409095019,978110188
7394,9780736698313,0739303384,9780345458926,0593050479,0736693777,9780553824544,0345458923,055381
9542,9780553819540,0739303392,9780345458919,9780593050477,9780736693776,0345458915,9780739303399,
0553824546
-----------------------------------------------------
https://openlibrary.org/books/OL24770585M/The_sinner/edit#about/about
https://openlibrary.org/books/OL24770585M/The_sinner

-----------------------------------------------------
Product: Isabel Allende - Retrato en sepia
Company: PRH US
Catalog Nr.:
9788401019531,9788401352874,9788401342714,9780060936358,9788497592505,0060936355,052543352X,9780
525433521,9788439598459,8401352878
-----------------------------------------------------
https://openlibrary.org/books/OL3659022M/Retrato_en_sepia/edit#about/about

-----------------------------------------------------
Product: Laurell K Hamilton - Swallowing Darkness
Company: PRH UK
Catalog Nr.: 1407040081,9781407040080,9781407040080
-----------------------------------------------------
https://openlibrary.org/books/OL22501557M/Swallowing_darkness

INTARC00323032

--------------------------------------------------------
Product: Herman Koch - Summer House with Swimming Pool
Company: PRH US
Catalog Nr.: 9780804138833,0804138826,9780804138826,0804138834,9780804138819,0804138818
--------------------------------------------------------
https://openlibrary.org/books/OL26180677M/Summer_House_With_Swimming_Pool_A_Novel/edit#about/about
https://openlibrary.org/books/OL26180677M/Summer_House_With_Swimming_Pool_A_Novel

--------------------------------------------------------
Product: Allen Steele - Coyote
Company: PRH US
Catalog Nr.:
9781101208168,0441011160,1101208163,9780441011162,0441009743,1841493678,1101052783,9781522698357,
9781101052785,7536479328,9780441009749,1608476804,9781608476800,9780786537341,9781841493671,15226
98353,0786537345,9787536479326
--------------------------------------------------------
https://openlibrary.org/books/OL22685409M/Coyote_horizon

--------------------------------------------------------
Product: John Saul - Shadows
Company: PRH US
Catalog Nr.: 0307768023,0553560271,9780307768025,9780553560275,9780553470574,0553470574
--------------------------------------------------------
https://openlibrary.org/books/OL24226894M/Shadows/edit#about/about

--------------------------------------------------------
Product: Jeanne Kalogridis - Children of the Vampire
Company: PRH US
Catalog Nr.:
9780307804624,0440222699,0307804623,9780440222699,9866275124,9788854128576,9780385314121,97888818
39001,9782743601737,9781561002764,9789866275128,9780747249252,1561006513,0385314124,156740135X,97
81561004447,8881839008,9781567401356,0747249253,1561004448,8854128570,9788498005769,2743601736,84
98005760,1561002763,9781561006519
--------------------------------------------------------
https://openlibrary.org/books/OL18505611M/Children_of_the_vampire/edit#about/about
https://openlibrary.org/books/OL18505611M/Children_of_the_vampire

--------------------------------------------------------
Product: Michael B. Oren - Six Days of War
Company: PRH US
Catalog Nr.:
0195151747,B003XVYLDK,0345461924,9780345461926,0000195151747,0345464311,B000Q80V6O,978034546
4316,9780195151749
--------------------------------------------------------
https://openlibrary.org/books/OL7390039M/Six_Days_of_War/edit#about/about

--------------------------------------------------------
Product: STAMM, PETER - SEVEN YEARS
Company: PRH Other Press
Catalog Nr.: 9781590513958,1590513959
--------------------------------------------------------
https://openlibrary.org/books/OL19420502M/Seven_years_in_Tibet
https://openlibrary.org/books/OL19420502M

--------------------------------------------------------

INTARC00323033

Product: Clive Cussler; Dirk Cussler - Crescent Dawn
Company: PRH US
Catalog Nr.:
9780399157141,B006C3Q4KO,0425242390,1101475072,B00457X790,9780241951316,039915714X,9780718157
401,9780425242391,9781101475072,0241951313,0718157400,0142428744,9780142428733,0142428736,9780142
428740,1101461845,0307878201,9781101461846,9780307878205
----------------------------------------------------
https://openlibrary.org/books/OL24385046M/Crescent_dawn/edit#about/about
https://openlibrary.org/books/OL24375075M/Crescent_Dawn/edit#about/about

----------------------------------------------------
Product: Anna Kendall - Crossing Over
Company: PRH US
Catalog Nr.:
1101444339,9781101444337,8377851652,9780575094253,0670012467,1441766510,0142419788,9781441766472,
9781441766496,1441766472,9789024532582,9788377851654,9024532582,9780575094277,1780620578,14417664
64,0575094257,9783442267927,9781441766465,9781780620572,9781441766489,1441766499,9780670012466,97
81441766519,1441766480,0575094265,0575094273,1441766529,236231040X,9780575094260,9780142419786,34
42267927,9782362310409,9781441766526
----------------------------------------------------
https://openlibrary.org/books/OL26497963M/Crossing_over/edit#about/about

----------------------------------------------------
Product: Lauren Willig - The Masque of the Black Tulip
Company: PRH US
Catalog Nr.:
0451220048,9780451220042,9781101210819,1101210818,9780786555758,0786555750,9780143058021,01430580
29,9781415923535,1415923531
----------------------------------------------------
https://openlibrary.org/books/OL7771117M/The_Masque_of_the_Black_Tulip/edit#about/about

----------------------------------------------------
Product: Edvard Radzinsky - Stalin
Company: PRH US
Catalog Nr.:
9780385479547,0385479549,9780307754684,0307754685,0553755218,9780553755213,9780385473972,03854739
74
----------------------------------------------------
https://openlibrary.org/books/OL7440132M/Stalin/edit#about/about

----------------------------------------------------
Product: Elizabeth George - A Great Deliverance
Company: PRH US
Catalog Nr.:
0307755363,9780307755360,9781984882509,0553384791,1984882503,9780553384796,9780553052442,14159581
06,9780553904840,9780553175103,0553052446,9781415958100,0553904841,0553175106
----------------------------------------------------
https://openlibrary.org/books/OL18689652M/A_great_deliverance.

----------------------------------------------------
Product: Philip Roth - The Professor of Desire
Company: PRH US
Catalog Nr.:
9780679749004,1446400662,0679749004,9781446400661,9780099389019,9780140076776,0140076778,00993890
10,9780099599616,0099599619
----------------------------------------------------

INTARC00323034

https://openlibrary.org/books/OL4554344M/The_professor_of_desire/edit#about/about

----------------------------------------------------
Product: Nancy Pickard - The Secret Ingredient Murders
Company: PRH US
Catalog Nr.:
9780307807175,0440217687,9780440217688,0307807177,1299040802,9780385312271,9781299040809,0385312271
7X
----------------------------------------------------
https://openlibrary.org/books/OL6789377M/The_secret_ingredient_murders/edit#about/about

----------------------------------------------------
Product: Michael Pollan - The Botany of Desire
Company: PRH US
Catalog Nr.:
0375501290,1596590939,9781588360083,9781596590939,1588360083,9780375760396,9780375501296,03757603
93,129921956X,9781299219564
----------------------------------------------------
https://openlibrary.org/books/OL7427599M/The_Botany_of_Desire

----------------------------------------------------
Product: Edward Rutherfurd - London
Company: PRH US
Catalog Nr.:
9781409037491,0345455681,9780345455680,1409037495,9780307806024,0307806022,073664069X,9780736640
695,0736640711,9780736640718
----------------------------------------------------
https://openlibrary.org/books/OL664600M/London/edit#about/about
https://openlibrary.org/books/OL664600M/London

----------------------------------------------------
Product: Dean Koontz - Deeply Odd
Company: PRH US
Catalog Nr.:
B009UAO06G,0345535693,0553807730,9780007327065,9780007327034,000732703X,9780007327140,05535930
80,9780553807738,9780007327041,9780344535696,0007327048,9780553593082,B008NZF93M,9781491506981,
9781299611382,1299611389,9780307990860,0307990869
----------------------------------------------------
https://openlibrary.org/books/OL26051454M/Deeply_Odd_A_Novel
https://openlibrary.org/books/OL26051454M/Deeply_Odd_A_Novel/edit#about/about

----------------------------------------------------
Product: Amanda Quick - The Perfect Poison
Company: PRH US
Catalog Nr.:
9780515147773,9780515150230,0749909153,B0020BUWZ0,0515150231,9781405514118,9780749909154,97803
99155802,1101046651,9781101046654,051514777X,0399155805,9781101045336
----------------------------------------------------
https://openlibrary.org/books/OL23058480M/The_perfect_poison

----------------------------------------------------
Product: S.M. Stirling - The Change
Company: PRH US
Catalog Nr.: 9780698141698,9780451467577,0451467574,0698141695,9780451467560,0451467566
----------------------------------------------------
https://openlibrary.org/books/OL26079823M/The_Tears_Of_The_Sun_A_Novel_Of_The_Change/edit#about/about

INTARC00323035

https://openlibrary.org/books/OL26079823M/The_Tears_Of_The_Sun_A_Novel_Of_The_Change

----------------------------------------------------
Product: Chloe Neill - House Rules
Company: PRH US
Catalog Nr.: 1101598646,9780451237101,0451237102,9781101598641,0451473221,9780451473226
----------------------------------------------------
https://openlibrary.org/books/OL26075609M/House_Rules_A_Chicagoland_Vampires_Novel/edit#about/about

----------------------------------------------------
Product: Andy McNab - Liberation Day
Company: PRH US
Catalog Nr.:
0385673892,0770428975,9780770428976,9780385673891,9781407039145,1407039148,0385658796,97803856587
99
----------------------------------------------------
https://openlibrary.org/books/OL24948099M/Liberation_day/edit#about/about

----------------------------------------------------
Product: Amanda Quick - Burning Lamp
Company: PRH US
Catalog Nr.: 9781101186961,1101186968,9780515149258,051514925X,9780399156465,0399156461
----------------------------------------------------
https://openlibrary.org/books/OL24379580M/Burning_lamp

----------------------------------------------------
Product: Anita Desai - Baumgartner's Bombay
Company: PRH UK
Catalog Nr.: 8184000146,9788184000146,1448104521,9781448104529,9788184003475
----------------------------------------------------
https://openlibrary.org/books/OL18201147M/Baumgartner's_Bombay.
https://openlibrary.org/books/OL18201147M/Baumgartner's_Bombay./edit#about/about
https://openlibrary.org/books/OL2048465M/Baumgartner's_Bombay/edit#about/about
https://openlibrary.org/books/OL2048465M/Baumgartner's_Bombay

----------------------------------------------------
Product: Dale Brown - Silver Tower
Company: PRH US
Catalog Nr.: 0425115291,9780425115299
----------------------------------------------------
https://openlibrary.org/books/OL20966448M/Silver_tower/edit#about/about

----------------------------------------------------
Product: Lawrence Goldstone - The Anatomy of Deception
Company: PRH US
Catalog Nr.:
9780440337423,0385341350,9781415946909,1415946906,9780385341356,0440337429,9781415946893,97803856
73808,1299087914,1415946892,0739359169,0385341342,9781299087910,9780739359167,9780385665094,03856
65105,9780385665100,0385673809,0385665091,9780385341349
----------------------------------------------------
https://openlibrary.org/books/OL17932855M/The_anatomy_of_deception

----------------------------------------------------
Product: Janet Davey - English Correspondence
Company: PRH UK
Catalog Nr.:

   INTARC00323036

1448189632,9781448189632,9781448189632,9780099440796,9780701173647,0701173645,0099440792
-------------------------------------------------------
https://openlibrary.org/books/OL26641275M/English_correspondence

-------------------------------------------------------
Product: Allison Brennan - Sudden Death
Company: PRH US
Catalog Nr.:
0345512847,9780345502742,0345502744,9780345512840,0739382977,0749909552,9781607519454,97807499393
80,1607519453,9781408431283,1410419053,1415962170,9781415962176,0749939389,1408431289,97814159621
83,9780739382974,1299219349,9780749909550,9781299219342,1415962189,9781410419057
-------------------------------------------------------
https://openlibrary.org/books/OL26321357M/Sudden_death
https://openlibrary.org/books/OL24122335M/Sudden_death

-------------------------------------------------------
Product: Nalini Singh - Tangle of Need
Company: PRH US
Catalog Nr.: 0425251098,1101569085,9781101569085,9780425251096,9780425247563,0425247562
-------------------------------------------------------
https://openlibrary.org/books/OL25129091M/Tangle_of_Need

-------------------------------------------------------
Product: Bob Harper, Greg Critser - The Skinny Rules
Company: PRH UK
Catalog Nr.:
0345533135,9780593071618,B005OCYQR2,9780345533135,0307990176,9780345533128,1448154693,03455331
27,0593071611,9780307990174,9781448154692,605881345X,0345533224,9788055136516,9780307990181,97812
99083141,8055136513,030799015X,1299083145,9786058813458,9780345533227,0307990184,9780307990150
-------------------------------------------------------
https://openlibrary.org/books/OL25270272M/The_skinny_rules/edit#about/about
https://openlibrary.org/books/OL25270272M/The_skinny_rules

-------------------------------------------------------
Product: Michael Paterniti - The Telling Room
Company: PRH US
Catalog Nr.: 0385337019,9780812994544,9780385337014,081299454X,0385337000,9780385337007
-------------------------------------------------------
https://openlibrary.org/books/OL26267515M/The_telling_room

-------------------------------------------------------
Product: Josh Berk - The Dark Days of Hamburger Halpin
Company: PRH US
Catalog Nr.:
9780375846250,9780307916976,0375895515,0307916979,0375846255,9780375895517,9780375856990,97812992
35489,0307916987,0307916995,1299235484,0375856994,9780307916983,9780307916990,0375956999,97803759
56997
-------------------------------------------------------
https://openlibrary.org/books/OL24249350M/The_Dark_Days_of_Hamburger_Halpin

-------------------------------------------------------
Product: Iain Lawrence - The Wreckers
Company: PRH US
Catalog Nr.:
9780440415459,0307789012,0440415454,9780307789013,9781439561386,9781299033801,0788740083,97807862
21899,9780788740084,0788746545,8434870533,9780007135547,9780780799875,0606175652,0385325355,06132

INTARC00323037

28073,9780613228077,0786221895,9780788746543,0007135548,1299033806,9788434870536,9780385325356,97
80606175654,1439561389,0780799879
---------------------------------------------------
https://openlibrary.org/books/OL7521514M/The_Wreckers/edit#about/about

---------------------------------------------------
Product: John Mortimer - Forever Rumpole
Company: PRH UK
Catalog Nr.:
0141964979,9780141964973,9780141964973,0670919373,9780670919369,0670919365,067002306X,9781101545
874,1101545879,9780670919376,9781101542996,1101542993,9780670023066,0143122142,9780143122142
---------------------------------------------------
https://openlibrary.org/books/OL25162227M/Forever_Rumpole/edit#about/about

---------------------------------------------------
Product: Anne Fine, Tony Ross - Notso Hotso
Company: PRH UK
Catalog Nr.: 0141939583,9780141939582,9780141939582
---------------------------------------------------
https://openlibrary.org/books/OL7989115M/Notso_Hotso/edit#about/about
https://openlibrary.org/books/OL7989115M
https://openlibrary.org/books/OL7989115M/Notso_Hotso

---------------------------------------------------
Product: Isaiah Berlin, Henry Hardy, Aileen Kelly, Henry Hardy - Russian Thinkers
Company: PRH UK
Catalog Nr.: 0141393173,9780141393179,9780141393179
---------------------------------------------------
https://openlibrary.org/books/OL23101143M/Russian_thinkers/edit#about/about

---------------------------------------------------
Product: Desmond Morris - Catlore
Company: PRH UK
Catalog Nr.:
1473522765,9781473522763,9781473522763,9782702117088,0224101382,9789026962974,9780517127414,97805
17880579,9026962975,9780517569030,2702117082,0517880571,9995782847,0517157179,0517569035,05171274
15,9780517157176,9788804466321,9780224101387,0224025201,9789995782849,8804466324,9780224025201
---------------------------------------------------
https://openlibrary.org/books/OL2397433M/Catlore/edit#about/about

---------------------------------------------------
Product: Marcus Luttrell - Lone Survivor
Company: Verlagsgruppe RH
Catalog Nr.:
9783837126204,9783641141394,9780316067607,9780316044691,B000QRIGLC,0316067601,0316044695,978031
6324069,031632406X,9783453200708
---------------------------------------------------
https://openlibrary.org/books/OL10426356M/Lone_Survivor

---------------------------------------------------
Product: David Wright, David Wright - English Romantic Verse
Company: PRH UK
Catalog Nr.: 0141913045,9780141913049,9780141913049
---------------------------------------------------
https://openlibrary.org/books/OL5652389M/The_Penguin_book_of_English_Romantic_verse/edit#about/about
https://openlibrary.org/books/OL5652389M/The_Penguin_book_of_English_Romantic_verse

INTARC00323038

--------------------------------------------------------
Product: Deepak Chopra - The Ultimate Happiness Prescription
Company: PRH UK
Catalog Nr.: 1409033392,9781409033394,9781409033394
--------------------------------------------------------

https://openlibrary.org/books/OL24434238M/The_ultimate_happiness_prescription/edit#about/about

--------------------------------------------------------
Product: Matthew Hussey - Get the Guy
Company: PRH UK
Catalog Nr.:
9781448152551,0062241745,0062241753,9780062241757,B009A941FC,9780062241764,9780062241740,978059
3070758,B00BW8BE3G,1448152550,B008CGUFB8,9780552170642,1483005313,9786191642694,978837778757
1,9780062263377,9781483005317,8377787571,055217064X,9781483005324,0593070755,0062263374,006224176
1,1483005321,6191642695,9788055161297,8055161291
--------------------------------------------------------

https://openlibrary.org/books/OL26321188M/Get_the_guy

--------------------------------------------------------
Product: Bill Bryson - The Life and Times of the Thunderbolt Kid
Company: PRH US
Catalog Nr.:
9780385608268,9781409095781,9780767919364,9780767919371,0767926315,1409095789,0767919378,97807679
26317,9780552772549,9780739315231,0385608268,9780385611510,0552772542,076791936X,B000MAH5KQ,97
80739346594,9780385661614,9780385661621,0385661614,073947491X,9780739474914,0739346598,038561151
X,0739315234,0385661622
--------------------------------------------------------

https://openlibrary.org/books/OL8064876M/The_Life_and_Times_of_the_Thunderbolt_Kid/edit#about/about
https://openlibrary.org/books/OL8064875M/The_Life_and_Times_of_the_Thunderbolt_Kid/edit#about/about
https://openlibrary.org/books/OL8064875M/The_Life_and_Times_of_the_Thunderbolt_Kid

--------------------------------------------------------
Product: Lee Lipsenthal, MD - Enjoy Every Sandwich
Company: PRH UK
Catalog Nr.:
1448126614,9781448126613,9781448126613,9781299077270,9896683239,0593069633,9789896683238,03079551
5X,9896681503,0307955168,1299077277,9781616570507,9780593069639,0307969916,1616570504,0307969908,
9789896681500,9780307955166,0307969924,9780307969910,9780307969927,9780307955159,9780307969934,03
07969932,9780307969903
--------------------------------------------------------

https://openlibrary.org/books/OL25249916M/Enjoy_every_sandwich/edit#about/about

--------------------------------------------------------
Product: Robert Pirsig - Zen And The Art Of Motorcycle Maintenance
Company: PRH UK
Catalog Nr.: 0061673730,9781448114146,9780061673733,1448114144
--------------------------------------------------------

https://openlibrary.org/books/OL9240366M/Zen_and_the_Art_of_Motorcycle_Maintenance

--------------------------------------------------------
Product: Sue Townsend - Ghost Children
Company: PRH UK
Catalog Nr.:
0141962453,9780141962450,9780141962450,0241958407,9780749319298,9780241958407,0141010827,97890680
15836,0413689107,9068015834,0141910712,1569471177,9781569471173,9780141010823,9780413689108,15694

INTARC00323039

71517,9781569471517,9780141910710,0749319291,972290440X,9789722904407
-------------------------------------------------
https://openlibrary.org/books/OL701000M/Ghost_children

-------------------------------------------------
Product: Clive Cussler, Justin Scott - The Striker
Company: PRH UK
Catalog Nr.:
0718177436,9780718177430,9780718177430,1405911417,9781405911399,1405911395,9780718176754,97814059
11412,0718176758
-------------------------------------------------
https://openlibrary.org/books/OL26168237M/The_Striker_Isaac_Bell_Adventure
https://openlibrary.org/books/OL26168237M/The_Striker_Isaac_Bell_Adventure/edit#about/about

-------------------------------------------------
Product: Clive Cussler, Grant Blackwood - The Kingdom
Company: PRH UK
Catalog Nr.: 071815794X,9780718157944,9780718157944,1405929596,9781405929592
-------------------------------------------------
https://openlibrary.org/books/OL24827789M/The_kingdom

-------------------------------------------------
Product: Cathy Marie Buchanan - The Painted Girls
Company: PRH US
Catalog Nr.: 1594632294,1101603798,9781594632297,9781101603796
-------------------------------------------------
https://openlibrary.org/books/OL26647759M/The_painted_girls

-------------------------------------------------
Product: Andy McNab - Remote Control
Company: PRH UK
Catalog Nr.: 1407039172,9781407039176,9781407039176
-------------------------------------------------
https://openlibrary.org/books/OL24218237M/Remote_control/edit#about/about

-------------------------------------------------
Product: John Mortimer - Titmuss Regained
Company: PRH UK
Catalog Nr.: 0141959851,9780141959856,9780141959856
-------------------------------------------------
https://openlibrary.org/books/OL2217286M/Titmuss_regained/edit#about/about
https://openlibrary.org/books/OL9303941M/Titmuss_Regained/edit#about/about
https://openlibrary.org/books/OL9303941M/Titmuss_Regained

-------------------------------------------------
Product: Dale Carnegie - How To Develop Self Confidence
Company: PRH UK
Catalog Nr.: 1446490793,9781446490792,B005I4DA2S
-------------------------------------------------
https://openlibrary.org/books/OL22938654M/How_to_develop_self-
confidence_and_influence_people_by_public_speaking/edit#about/about

-------------------------------------------------
Product: Cathy Johnson - Creating Textures in Watercolor
Company: PRH US
Catalog Nr.: 1440319960,9781440319969

INTARC00323040

--------------------------------------------------------
https://openlibrary.org/books/OL1543604M/Creating_textures_in_watercolor/edit#about/about

--------------------------------------------------------
Product: Aleksandr Solzhenitsyn - Cancer Ward
Company: PRH UK
Catalog Nr.: 1448114462,9781448114467,9781448114467
--------------------------------------------------------
https://openlibrary.org/books/OL24202671M/Cancer_ward

--------------------------------------------------------
Product: Michael Lewis - Flash Boys
Company: PRH UK
Catalog Nr.:
B00I9PVKKC,0393244660,9780393244663,0393351599,B00HVJB4VM,9780241003633,0241003636,978014197
8154,9780393351590,0141978155
--------------------------------------------------------
https://openlibrary.org/books/OL25443201M/Flash_Boys/edit#about/about

--------------------------------------------------------
Product: Caro - Working
Company: PRH US
Catalog Nr.: 0593081919,9780593081914
--------------------------------------------------------
https://openlibrary.org/books/OL21494940M/Working_daughters_of_HongKong
https://openlibrary.org/books/OL21494940M/Working_daughters_of_HongKong/edit#about/about

--------------------------------------------------------
Product: Pam Allen, Ann Budd - Bag Style
Company: PRH US
Catalog Nr.: 1620332213,9781620332214
--------------------------------------------------------
https://openlibrary.org/books/OL17914746M/Bag_style/edit#about/about

--------------------------------------------------------
Product: Stephen Jay Gould - The Lying Stones Of Marrakech
Company: PRH UK
Catalog Nr.:
1409000346,9781409000341,9781409000341,9780787125189,3100278135,9780674061675,9788498922240,00992
85835,0674061675,9780224050449,8842809365,9783100278135,9780609601426,9780099285830,8498922240,07
87125172,9788020419675,9788842809364,9780674063372,9780095031417,0095031413,0787125180,8020419675
,0674063376,0609807552,140288009X,9780609807552,9781402880094,0224050443,9780787125172,0609601423
--------------------------------------------------------
https://openlibrary.org/books/OL42812M/The_lying_stones_of_Marrakech/edit#about/about

--------------------------------------------------------
Product: Federico Garcia Lorca - Romancero Gitano
Company: PRH US
Catalog Nr.: 9789871165292,9871165293,9780140255836,0140255834
--------------------------------------------------------
https://openlibrary.org/books/OL16830641M/Romancero_gitano/edit#about/about
https://openlibrary.org/books/OL16830641M/Romancero_gitano

--------------------------------------------------------
Product: Paul Theroux - Sir Vidia's Shadow
Company: PRH UK

INTARC00323041

Catalog Nr.:
0141971606,9780141971605,9780141971605,9780241140468,0241140463,9780395907283,9789045003634,02411
40471,0771085079,9780140281101,9781306452199,0618001999,0787118141,9780241950548,0241950546,84666
08265,0140282955,9780241140475,9780787118143,0395907284,9780547526195,9788466608268,9780771085079
,9780771085062,9780618001996,014028110X,1306452198,9780140282955,9045003635,0771085060,0547526199
------------------------------------------------------
https://openlibrary.org/books/OL349563M/Sir_Vidia's_shadow/edit#about/about

------------------------------------------------------
Product: Ken Follett - Doble juego
Company: PRH Grupo Editorial
Catalog Nr.: 9788490329511,9788497593953,8497593952
------------------------------------------------------
https://openlibrary.org/books/OL9130955M/Doble_Juego/edit#about/about

------------------------------------------------------
Product: William Faulkner - The Unvanquished
Company: PRH UK
Catalog Nr.: 1448190916,9781448190911,9781448190911,0140010580,9780140010589
------------------------------------------------------
https://openlibrary.org/books/OL26553407M/The_unvanquished
https://openlibrary.org/books/OL26553407M
https://openlibrary.org/books/OL26553407M/The_unvanquished/edit#about/about

------------------------------------------------------
Product: Henry Miller - Sexus
Company: PRH UK
Catalog Nr.: 014139921X,9780141399218,9780141399218
------------------------------------------------------
https://openlibrary.org/books/OL18349810M/Sexus
https://openlibrary.org/books/OL18349810M/Sexus/edit#about/about

------------------------------------------------------
Product: Gabriel Garcia Marquez - The Autumn of the Patriarch
Company: PRH UK
Catalog Nr.:
9780060114190,0060882867,0141032472,9780140157536,9780380017744,9780060932671,0141917253,97801419
17252,9780141032474,9780060882860,0060114193
------------------------------------------------------
https://openlibrary.org/books/OL18192677M/The_autumn_of_the_patriarch/edit#about/about

------------------------------------------------------
Product: John Farman - The Short And Bloody History Of Knights
Company: PRH UK
Catalog Nr.:
1448121140,9781448121144,9781448121144,1849418330,0099407124,0613524977,9780613524971,0822508427,
9780822508427,9780822508410,9781849418331,9780099407126,0822508419
------------------------------------------------------
https://openlibrary.org/books/OL8013525M/The_short_and_bloody_history_of_knights_spies_and_pirates/edit#about/about

------------------------------------------------------
Product: Mark Victor Hansen, Robert Allen - The One Minute Millionaire
Company: PRH UK
Catalog Nr.: 9781407024875,0307452654,9780307451569,0307451569,1407024876,9780307452658,B002JCJ724
------------------------------------------------------

https://openlibrary.org/books/OL24215833M/The_one_minute_millionaire

-------------------------------------------------------
Product: Jonathan Stroud - The Ring of Solomon
Company: PRH UK
Catalog Nr.: 1407076892,9781407076898,9781407076898
-------------------------------------------------------
https://openlibrary.org/books/OL24538213M/The_ring_of_Solomon

-------------------------------------------------------
Product: Joan Aiken - The Cuckoo Tree
Company: PRH UK
Catalog Nr.:
1409024598,9781409024590,9781409024590,129989321X,0618070249,9780385030717,0613311000,9780099456
650,1439578206,9780618070244,009988870X,9783570206812,9780606217217,0440400465,0547529902,0606217
215,0385030711,9780844663807,9781439578209,0140306161,0224005146,0099456656,9780099888703,9780618
070237,0618070230,9780613311007,9780440400462,9780224005142,9780140306163,9780547529905,084466380
8,9781299893214,3570206815
-------------------------------------------------------
https://openlibrary.org/books/OL4917511M/The_cuckoo_tree.

-------------------------------------------------------
Product: Andre Dubus III - The Garden of Last Days
Company: PRH UK
Catalog Nr.: 1409035271,9781409035275,9781409035275
-------------------------------------------------------
https://openlibrary.org/books/OL24958079M/The_garden_of_last_days/edit#/about

-------------------------------------------------------
Product: Mark Kurlansky - The White Man In The Tree
Company: PRH UK
Catalog Nr.:
144813076X,9781448130764,9781448130764,0099286742,9780224061469,9789029525442,0671036068,9780671
036058,1615607145,9780099286745,067103605X,9781615607143,9029525444,0224061461,9780671036065
-------------------------------------------------------
https://openlibrary.org/books/OL3968331M/The_white_man_in_the_tree_and_other_stories/edit#/about

-------------------------------------------------------
Product: Christopher Isherwood - The World in the Evening
Company: PRH UK
Catalog Nr.:
1446468984,9781446468982,9781446468982,0413561003,0374520887,0413563200,2213667683,085617484X,978
0374520885,9780856174841,009956114X,0374533814,9780816633708,9782213666679,9780413561008,2213666
679,0374711062,9780374711061,9780099561149,9780413563200,9780374533816,0380018578,9780380018574,9
782213667683,0816633703
-------------------------------------------------------
https://openlibrary.org/books/OL6153020M/The_world_in_the_evening.
https://openlibrary.org/books/OL6153020M/The_world_in_the_evening./edit#/about

-------------------------------------------------------
Product: Deborah Moggach - The Ex Wives
Company: PRH UK
Catalog Nr.:
1446496066,9781446496060,9781446496060,9780786231997,9780749315184,9780434473526,9789985305225,18
56865118,0786231998,0434473529,0099479699,9781841971612,074932483X,9780749324834,1841971618,07493
15180,0749319313,9780099479697,9780434473519,9780749319311,0434473510,9985305221,9781856865111

INTARC00323043

--------------------------------------------------------
https://openlibrary.org/books/OL6795937M/The_ex-wives/edit#about/about
https://openlibrary.org/books/OL6795937M/The_ex-wives

--------------------------------------------------------
Product: John Fowles - Daniel Martin
Company: PRH UK
Catalog Nr.: 1409059499,9781409059493,9781409059493
--------------------------------------------------------
https://openlibrary.org/books/OL4553768M/Daniel_Martin/edit#about/about
https://openlibrary.org/books/OL19694697M/Daniel_Martin/edit#about/about

--------------------------------------------------------
Product: James Ellroy - The Best American Noir of the Century
Company: PRH UK
Catalog Nr.:
1446492567,9781446492567,9781446492567,1299900097,0547719302,9780547719306,0547577443,8492840994,
9781299900097,0099538253,9780547330778,9780547577449,9788492840991,9780099538257,0547330774
--------------------------------------------------------
https://openlibrary.org/books/OL24362543M/The_Best_American_Noir_of_the_Century/edit#about/about

--------------------------------------------------------
Product: Margery Allingham - The China Governess
Company: PRH UK
Catalog Nr.: 1448138051,9781448138050,9781448138050
--------------------------------------------------------
https://openlibrary.org/books/OL24203260M/The_china_governess/edit#about/about
https://openlibrary.org/books/OL24203260M/The_china_governess

--------------------------------------------------------
Product: Leonard Mlodinow, Stephen Hawking - A Briefer History of Time
Company: PRH UK
Catalog Nr.: 9781407066790,B000SEIKIW,B00351YEZS,140706679X
--------------------------------------------------------
https://openlibrary.org/books/OL7850566M/A_Briefer_History_of_Time
https://openlibrary.org/books/OL7850566M/A_Briefer_History_of_Time/edit#about/about

--------------------------------------------------------
Product: Isaiah Berlin - Concepts and Categories
Company: PRH UK
Catalog Nr.:
1448155460,9781448155460,9781448155460,1400848105,0670235520,0701204400,9789681613600,97814008481
02,0192830279,0712665528,1299874177,9780712665520,0140058052,9780192830272,9781299874176,97801400
58055,9780691157498,9780670235520,8437503221,9780701204402,9780691002347,9681613600,9780712663373
,0691157499,0712663371,9788437503226,0691002347
--------------------------------------------------------
https://openlibrary.org/books/OL4734352M/Concepts_and_categories/edit#about/about

--------------------------------------------------------
Product: Richard Dawkins - The Greatest Show on Earth
Company: PRH UK
Catalog Nr.: 1409085872,9781409085874,9781409085874
--------------------------------------------------------
https://openlibrary.org/books/OL24391629M/The_Greatest_Show_on_Earth

--------------------------------------------------------

INTARC00323044

Product: Randall Hansen - Fire and Fury
Company: PRH US
Catalog Nr.: 9780307372383,9780385664042,0307372383,0385664044
----------------------------------------------------
https://openlibrary.org/books/OL24904949M/Fire_and_fury/edit#about/about
https://openlibrary.org/books/OL26638953M/Fire_and_fury

----------------------------------------------------
Product: Prakash Iyer - Habit of Winning
Company: PRH India
Catalog Nr.: 9780143420866,9780143420866,0143420860
----------------------------------------------------
https://openlibrary.org/books/OL25006768M/The_habit_of_winning
https://openlibrary.org/books/OL25006768M/The_habit_of_winning/edit#about/about

----------------------------------------------------
Product: Prakash Iyer - The Habit of Winning
Company: PRH India
Catalog Nr.: 9788184753660,8184753667
----------------------------------------------------
https://openlibrary.org/books/OL25006768M/The_habit_of_winning
https://openlibrary.org/books/OL25006768M/The_habit_of_winning/edit#about/about

----------------------------------------------------
Product: Thomas A. Harris - I'm Ok, You're Ok
Company: PRH UK
Catalog Nr.: 1448108071,9781448108077,9781448108077
----------------------------------------------------
https://openlibrary.org/books/OL3301341M/I'm_OK_you're_OK/edit#about/about

----------------------------------------------------
Product: M.L. Stedman - The Light Between Oceans
Company: PRH Australia
Catalog Nr.:
1742755712,9780143790952,9781742755717,0143790951,9781742755724,085798988X,1742755720,9780857989
888
----------------------------------------------------
https://openlibrary.org/books/OL26309916M/The_light_between_oceans

----------------------------------------------------
Product: Donna Leon - Fatal Remedies
Company: PRH UK
Catalog Nr.: 1407070517,9781407070513,9781407070513
----------------------------------------------------
https://openlibrary.org/books/OL7362031M/Fatal_Remedies/edit#about/about

----------------------------------------------------
Product: Christopher Isherwood - A Meeting by the River
Company: PRH UK
Catalog Nr.: 1446468925,9781446468920,9781446468920
----------------------------------------------------
https://openlibrary.org/books/OL39445M/A_meeting_by_the_river
https://openlibrary.org/books/OL24948712M/A_meeting_by_the_river/edit#about/about
https://openlibrary.org/books/OL39445M/A_meeting_by_the_river/edit#about/about

----------------------------------------------------

INTARC00323045

Product: Jennifer Bosworth - Struck
Company: PRH UK
Catalog Nr.: 1446453480,9781446453483,9781446453483
----------------------------------------------------
https://openlibrary.org/books/OL24906280M/Struck


----------------------------------------------------
Product: Barry Unsworth - Stone Virgin
Company: PRH UK
Catalog Nr.:
1448136865,9781448136865,9781448136865,9780140088243,0140088245,0393313093,0395354129,97897310205
49,9731020543,0099558548,9780395354124,9780099558545,9780393313093
----------------------------------------------------
https://openlibrary.org/books/OL7456732M/Stone_Virgin
https://openlibrary.org/books/OL7456732M/Stone_Virgin/edit#about/about


----------------------------------------------------
Product: Jacqueline Wilson, Nick Sharratt - Girls Under Pressure
Company: PRH UK
Catalog Nr.: 1407043129,9781407043128,9781407043128
----------------------------------------------------
https://openlibrary.org/books/OL3951964M/Girls_under_pressure


----------------------------------------------------
Product: Lori Foster - Unexpected
Company: Kensington Publishing Corp.
Catalog Nr.: 1420149474,9781420149470,9781420149470,09781420149470
----------------------------------------------------
https://openlibrary.org/books/OL3323175M/Unexpected/edit#about/about


----------------------------------------------------
Product: Lia Habel - Dearly Departed
Company: PRH UK
Catalog Nr.:
9780345523310,0345523318,9780345523334,B004J4XA2I,0345523326,9780345523327,0345523334,9780857530
004,1409014452,9781409014454
----------------------------------------------------
https://openlibrary.org/books/OL25046149M/Dearly_departed


----------------------------------------------------
Product: Umberto Eco - Turning Back The Clock
Company: PRH UK
Catalog Nr.: 1407018744,9781407018744,9781407018744
----------------------------------------------------
https://openlibrary.org/books/OL17973245M/Turning_back_the_clock/edit#about/about


----------------------------------------------------
Product: Albert Jack - Shaggy Dogs and Black Sheep
Company: PRH UK
Catalog Nr.: 0141912227,9780141912226,9780141912226
----------------------------------------------------
https://openlibrary.org/books/OL7356198M/Shaggy_Dogs_and_Black_Sheep/edit#about/about


----------------------------------------------------
Product: Stephen King - Im Kabinett des Todes
Company: Verlagsgruppe RH

INTARC00323046

Catalog Nr.: 9783837126402,9783453437340,9783641124496

------------------------------------------------------
https://openlibrary.org/books/OL9064501M/Im_Kabinett_des_Todes.
https://openlibrary.org/books/OL9064501M

------------------------------------------------------
Product: Diana Preston - Cleopatra and Antony
Company: PRH UK
Catalog Nr.:
9780802710598,0802719597,9780385612456,9780802717382,0802717381,1407033905,080271059X,9780802719
591,9781407033907,B0031Y9DTG,B002WU7TGY,9780552155687,9781615236923,0552155683,1615236929,03
85612451,9786068623481,6068623483,9780753195314,9780753195307,0753195305,0753195313

------------------------------------------------------
https://openlibrary.org/books/OL23164902M/Cleopatra_and_Antony/edit#about/about

------------------------------------------------------
Product: Tim Parks - Dreams Of Rivers And Seas
Company: PRH UK
Catalog Nr.:
1407014528,9781407014524,9781407014524,9788804597940,0099513358,3888975794,8804597941,97838889757
90,9783442472413,9789029566568,0099513366,1846551145,9029566566,3888976081,1846551137,97838889760
87,9788420405315,9780099513353,2742785442,9782742785445,3442472415,8420405310,9781846551147,97818
46551130,9780099513360

------------------------------------------------------
https://openlibrary.org/books/OL22674039M/Dreams_of_rivers_and_seas

------------------------------------------------------
Product: George Orwell - The Road to Wigan Pier
Company: PRH UK
Catalog Nr.:
0141913886,9780141913889,9780141913889,0141395451,9780141395456,0141185295,9780141185293

------------------------------------------------------
https://openlibrary.org/books/OL24369058M/The_road_to_Wigan_Pier/edit#about/about

------------------------------------------------------
Product: Chris Ryan - Firefight
Company: PRH UK
Catalog Nr.:
1407005375,9781407005379,9781407005379,0099550946,1846571421,9781846053290,0099556669,97800995566
64,1409064328,9781461814412,1461814413,9781846053306,9022552101,9781846571428,9781409064329,97890
22552100,9780099519256,1846053293,9780099550945,1846053307,0099519259

------------------------------------------------------
https://openlibrary.org/books/OL24089969M/Firefight

------------------------------------------------------
Product: Martin Campbell-Kelly - Computer
Company: Taylor & Francis Group
Catalog Nr.: 0429963920,0429975007,9780429963926,10.4324/9780429495373,9780429975004

------------------------------------------------------
https://openlibrary.org/books/OL7593504M/Computer
https://openlibrary.org/books/OL7593504M

------------------------------------------------------
Product: Anthony Elliott - Contemporary Social Theory
Company: Taylor & Francis Group
Catalog Nr.: 10.4324/9780203519929,9781134083305,9781134083237,9781134083374,1134083300

--------------------------------------------------------
https://openlibrary.org/books/OL10204559M

--------------------------------------------------------
Product: Golden Books - A Colorful Easter
Company: PRH US
Catalog Nr.: 0307092259,9780307092250
--------------------------------------------------------
https://openlibrary.org/books/OL25290152M/Chester's_colorful_Easter_eggs
https://openlibrary.org/books/OL25290152M

--------------------------------------------------------
Product: Frank McCourt - 'Tis
Company: HarperCollins UK
Catalog Nr.: 9780007159833,9780007218721,9780007296354
--------------------------------------------------------
https://openlibrary.org/books/OL40531M/'Tis

--------------------------------------------------------
Product: Alvarez, Julia - How the Garcia Girls Lost Their Accents
Company: Workman
Catalog Nr.: 1616200987,156512975X,9781616200985,9781565129757
--------------------------------------------------------
https://openlibrary.org/books/OL1564224M/How_the_Garci%CC%81a_girls_lost_their_accents
https://openlibrary.org/books/OL1564224M

--------------------------------------------------------
Product: Brenda Jackson - Bachelor Undone
Company: HarperCollins US
Catalog Nr.:
1459282094,9781459282094,9781459282094,1408937026,9781408977873,9781408937020,1408977877
--------------------------------------------------------
https://openlibrary.org/books/OL26069807M/Bachelor_Undone

--------------------------------------------------------
Product: Forman - Si decido quedarme
Company: Ediciones Salamandra
Catalog Nr.: 9788415629450,8415629451
--------------------------------------------------------
https://openlibrary.org/books/OL25662584M
https://openlibrary.org/books/OL25662584M/Si_decido_quedarme

--------------------------------------------------------
Product: Denise Peck - Wire Style
Company: PRH US
Catalog Nr.: 1620331926,9781620331927
--------------------------------------------------------
https://openlibrary.org/books/OL16474873M/Wire_style
https://openlibrary.org/books/OL16474873M

--------------------------------------------------------
Product: Malcolm Gladwell - Blink
Company: PRH UK
Catalog Nr.:
9780141930183,9780316010665,0141014598,B000PAAH3K,B002VISNAS,0316172324,9781586217198,0141930
187,9780316172325,9780316057905,0316010669,9780141014593,9780141022048,9780141035284,0141035285,0

INTARC00323048

141022043
-------------------------------------------------------
https://openlibrary.org/books/OL23273215M/Blink

-------------------------------------------------------
Product: Carole Stott - Space
Company: DK US, DK UK
Catalog Nr.: 0756667380,1405353767,075667512X,9780756667382
-------------------------------------------------------
https://openlibrary.org/books/OL3965160M/Fly_the_space_shuttle

-------------------------------------------------------
Product: Adam Kuper - The Social Science Encyclopedia
Company: Taylor & Francis Group
Catalog Nr.:
10.4324/9780203496169,9781134359677,9781134359707,9781134359653,9781134359691,1134359705
-------------------------------------------------------
https://openlibrary.org/books/OL22115004M

-------------------------------------------------------
Product: SCHAFER, ROY - BAD FEELINGS
Company: PRH Other Press
Catalog Nr.:
9781590512203,1590512200,9780429925412,1283125978,9781590514283,1590514289,9781299574120,97817804
96726,1855759195,1590510461,0429925417,9781590510469,1299574122,9781849404075,1780496729,18494040
70,0429896956,9780429896958,9781855759190,9781283125970
-------------------------------------------------------
https://openlibrary.org/books/OL8847348M/Bad_Feelings
https://openlibrary.org/books/OL8847348M

-------------------------------------------------------
Product: Jeff Kinney - The Last Straw
Company: Abrams Publishing
-------------------------------------------------------
https://openlibrary.org/books/OL17011081M/The_Last_Straw
https://dev.openlibrary.org/books/OL17011081M/The_Last_Straw

-------------------------------------------------------
Product: Alvarez, Julia - Wedding in Haiti
Company: Workman
Catalog Nr.: 9781616202743,1616202742
-------------------------------------------------------
https://openlibrary.org/books/OL25197672M/A_wedding_in_Haiti?v=5

-------------------------------------------------------
Product: Kay Hooper - Golden Threads
Company: PRH US
Catalog Nr.:
1101969229,9781101969229,0739341111,1616850167,1415934444,9780739341124,9781427971609,97814159344
49,9780553220223,4594053777,9780553903188,0553220225,9780739341117,1427971609,073934112X,97805538
05017,0553903187,8660120108,0786288515,9781616850166,0553805010,9780786288519,9788660120108,97845
94053772
-------------------------------------------------------
https://openlibrary.org/books/OL24710307M/Golden_threads

-------------------------------------------------------

INTARC00323049

Product: John Hersey - The War Lover
Company: PRH US
Catalog Nr.: 0593080882,9780593080887
----------------------------------------------------
https://openlibrary.org/books/OL5775091M
https://openlibrary.org/books/OL5775091M/The_war_lover.

----------------------------------------------------
Product: John Steinbeck - Steinbeck
Company: PRH US
Catalog Nr.:
0140042881,B001QWFYDY,9781440673870,9780140042887,067066961X,144067387X,9780670669615,1440668
23X,9780434739905,0141186291,0670669628,9781440668234,9780141186290,0749397772,9780330257848,9755
709576,9780749397777,9789755709574,9780670669622,0434739901,0330257846
----------------------------------------------------
https://openlibrary.org/books/OL6453280M/Steinbeck
https://openlibrary.org/books/OL7642373M
https://openlibrary.org/books/OL10767284M
https://openlibrary.org/books/OL7359149M
https://openlibrary.org/books/OL24279118M/Steinbeck
https://openlibrary.org/books/OL11068480M
https://openlibrary.org/books/OL6453280M
https://openlibrary.org/books/OL11068480M/Steinbeck
https://openlibrary.org/books/OL23767778M/Steinbeck
https://openlibrary.org/books/OL21498451M/Steinbeck
https://openlibrary.org/books/OL7346437M
https://openlibrary.org/books/OL19296511M/Steinbeck
https://openlibrary.org/books/OL23767778M
https://openlibrary.org/books/OL24279118M
https://openlibrary.org/books/OL9301089M/Steinbeck
https://openlibrary.org/books/OL19296511M
https://openlibrary.org/books/OL10767284M/Steinbeck
https://openlibrary.org/books/OL7359149M/Steinbeck_(Penguin_Modern_Classics)
https://openlibrary.org/books/OL4887923M/Steinbeck
https://openlibrary.org/books/OL21498451M
https://openlibrary.org/books/OL4887923M
https://openlibrary.org/books/OL7346437M/Steinbeck
https://openlibrary.org/books/OL7642373M/Steinbeck
https://openlibrary.org/books/OL5194229M/Steinbeck
https://openlibrary.org/books/OL9301089M
https://openlibrary.org/books/OL16087174M
https://openlibrary.org/books/OL16087174M/Steinbeck

----------------------------------------------------
Product: Corsini, Wedding - Current Psychotherapies
Company: Cengage Learning
Catalog Nr.: 0495903361,9780495903369,0495903361
----------------------------------------------------
https://openlibrary.org/books/OL2064252M/Current_psychotherapies
https://openlibrary.org/books/OL2064252M

----------------------------------------------------
Product: Andy McNab - Dark Winter
Company: PRH UK
Catalog Nr.:
1407039083,9781407039084,9781407039084,1856865673,9781856865678,1856868486,0593050266,97890443113

CONFIDENTIAL                                                                                      INTARC00323050

89,9781910167458,802421847X,9780552150187,9044311387,0754087042,9788830422278,9783442361922,19101
67452,3442361923,9788846208323,9780593050255,9780552163583,0552163589,0593050258,9780593050262,88
30422274,0552150185,9781856868488,9788024218472,8846208323,9780754087045

--------------------------------------------------------

https://openlibrary.org/books/OL7815406M/Dark_Winter

--------------------------------------------------------

Product: Pasler - Radiology
Company: Thieme Publishers Stuttgart
Catalog Nr.: 9783137819011,3137819016

--------------------------------------------------------

https://openlibrary.org/books/OL21816670M/Radiology

--------------------------------------------------------

Product: Martha Rose Shulman - Mediterranean Harvest
Company: PRH US
Catalog Nr.:
B000SI7GKG,1605296198,1605294284,9781605296197,9781605294285,9781594862342,1594862346

--------------------------------------------------------

https://openlibrary.org/books/OL12437108M/Mediterranean_Harvest

--------------------------------------------------------

Product: Weinstein - Geriatric Audiology
Company: Thieme Publishers Stuttgart
Catalog Nr.: 9781604061741,160406174X

--------------------------------------------------------

https://openlibrary.org/books/OL8327089M/Geriatric_Audiology

--------------------------------------------------------

Product: Jayne Ann Krentz - Dawn in Eclipse Bay
Company: PRH US
Catalog Nr.: 9780515130928,1101214392,9781101214398,0515130923,9781415946060,141594606X

--------------------------------------------------------

https://openlibrary.org/books/OL3302697M/Dawn_in_Eclipse_Bay

--------------------------------------------------------

Product: James Patterson - NYPD Red
Company: PRH UK
Catalog Nr.:
B0089EHO7Q,B007WS3LA4,9780316199865,1448135966,1455521531,9780316199896,0316224138,9780099576
433,9780316224130,0316199869,9781448135967,9781780890685,9781455521531,9789898491299

--------------------------------------------------------

https://openlibrary.org/books/OL25324059M
https://openlibrary.org/books/OL25324059M/NYPD_red

--------------------------------------------------------

Product: Amor Towles - Rules of Civility
Company: PRH US
Catalog Nr.:
1101517069,9780143121169,B0056A4Z3W,9781444708875,9781101526361,B004IYJDVG,0670022691,0143121
162,9781101517062,0307934527,9780670022694,1444708872,9780307934529,9780307934536,9780143121855,0
307934535,9780142429273,110152636X,0142429279,0143121855

--------------------------------------------------------

https://openlibrary.org/books/OL26303067M/Rules_of_civility
https://openlibrary.org/books/OL25066474M/Rules_of_civility

CONFIDENTIAL

INTARC00323051

--------------------------------------------------------
Product: Lee Child - Running Blind
Company: PRH US
Catalog Nr.:
1440634785,9781423338307,9781440634789,9780425264409,0425264408,9780857500076,9781611761948,08575
00074,1611761948,9780553811889,0553811886
--------------------------------------------------------
https://openlibrary.org/books/OL11843179M/Running_Blind_(Jack_Reacher)/edit#about/about
https://openlibrary.org/books/OL11843179M/Running_Blind_(Jack_Reacher)
https://openlibrary.org/books/OL11843179M


--------------------------------------------------------
Product: Lee Child - Persuader
Company: PRH US
Catalog Nr.:
B000FBJDF2,9780385336666,9781407070315,0440333865,9780440333869,9780553813449,9780593046890,044
0241006,9780440245988,0553813447,9780857500106,0440245982,B0031RS32G,9781593351168,1407070312,97
80440241003,0385336667,0440422981,9780440422983,0857500104
--------------------------------------------------------
https://openlibrary.org/books/OL3564476M
https://openlibrary.org/books/OL7544042M
https://openlibrary.org/books/OL24248884M
https://openlibrary.org/books/OL24261221M
https://openlibrary.org/books/OL23247566M
https://openlibrary.org/books/OL7544043M
https://openlibrary.org/books/OL7262880M
https://openlibrary.org/books/OL9217595M
https://openlibrary.org/books/OL22154400M
https://openlibrary.org/books/OL7850691M
https://openlibrary.org/books/OL3688114M


--------------------------------------------------------
Product: Erin Hunter - Warriors: Power of Three #2: Dark River
Company: HarperCollins US
Catalog Nr.: 0062976176,9780062976178,9780062976178
--------------------------------------------------------
https://dev.openlibrary.org/books/OL9684526M/Warriors_Power_of_Three_2_Dark_River_(Warriors_Power_of_T
hree)


--------------------------------------------------------
Product: Adam Rubin - Dragons Love Tacos
Company: PRH US
Catalog Nr.:
059315360X,0545604265,0593153618,9780698143784,9780545604260,9780593153611,9780803736801,0803736
800,9780593153604,9782896574438,0606367934,0698143787,9780735230170,9780147515595,1101642408,2896
574433,9780735228238,9722129295,9780147515599,9780606367936,0147515599,073523017X,073522823X,162
9238384,9781101642405,9780545630955,9781629238388,0545630959,9789722129299,9788283740776,82837407
76
--------------------------------------------------------
https://openlibrary.org/books/OL25094234M/Dragons_love_tacos


--------------------------------------------------------
Product: Michael McCarthy, Felicity O'Dell - Academic Vocabulary in Use
Company: Cambridge University Press
Catalog Nr.: 9780521689397,9780521732178,9781107591660,0521689392
--------------------------------------------------------

INTARC00323052

https://openlibrary.org/books/OL25536470M
https://openlibrary.org/books/OL25536470M/Academic_vocabulary_in_use

-------------------------------------------------------
Product: Budd Schulberg - Ringside
Company: PRH UK
Catalog Nr.:
1780577281,9781780577289,9781780577289,1845964659,9781845963620,9781566637077,1566637074,15666374
9X,9781910948231,1910948233,1845963628,9781845964658,9781566637497
-------------------------------------------------------
https://openlibrary.org/books/OL8670328M/Ringside

-------------------------------------------------------
Product: Gabriel Garcia Marquez - Collected Stories
Company: PRH UK
Catalog Nr.:
9780060932688,9780140157567,9780060153649,0060932686,9780060913069,0141917458,9780141917450,97801
41032559,0060913061,9780241968758,0241968755
-------------------------------------------------------
https://openlibrary.org/books/OL22476193M/Collected_stories

I have good faith belief that use of the aforementioned material is not authorized by the copyright owner, its agents, or the law.

The information in this notification is accurate, and under penalty of perjury, that Link-Busters Operations B.V. is authorized to act on behalf of the above mentioned owners of an exclusive right that is allegedly infringed..

Please take down these links as soon as possible,

Regards,
D.C. de Laat

INTARC00323053