McNamara Declaration

Exhibit 38

part 1

| | |
|---|---|
| From: | Sherry Argov |
| Sent: | Monday, November 13, 2017 2:40 PM EST |
| To: | ▉@archive.org |
| Subject: | Fw: DMCA TAKEDOWN NOTICE Archive.org |
| Attachments: | pastedImage.png, pastedImage.png, pastedImage.png, pastedImage.png, pastedImage.png, pastedImage.png, pastedImage.png, pastedImage.png, pastedImage.png, pastedImage.png, pastedImage.png |

Chris,
I have sent you three emails to follow up. You have not responded. It does not appear that you are dealing with me in good faith.
Please respond to my emails with a proposal on how your site will assist me with re-mediating the damage your site caused to my bestselling books, that you disseminated in transferable and downloadable formats.
I am contemplating whether to notify publishers and the Authors Guild that your site is taking apart books, scanning them, and uploading them as eBooks. If you ignore me, and my reasonable concerns, you will leave me no choice but to file a lawsuit to recover the damages.
It will be far less costly for you and archive.org to acknowledge the damage you caused, and to deal with me cooperatively and in good faith.
Sherry argov


**From:** Sherry Argov
**Sent:** Thursday, November 9, 2017 11:49 AM
**To:** Chris Butler
**Subject:** Re: DMCA TAKEDOWN NOTICE Archive.org

Chris
I am grateful for your time yesterday and for immediately removing the content. Your kindness is the only reason that I am reaching out to you now, to see if this matter can be resolved.
I sincerely appreciate you removing the content. I also appreciate that you seem like a very nice person. However, the damage to my career is very serious and has not been repaired because you removed the content from your site. When Archive.org made 10-20 files available for free, the sharing extended to many other sites. Your files are now on Facebook, Pinterest, Google, Wordpress, social media, 50+ book pirating sites, Daily Motion, Utube, Google maps, 4shared, 2shared, tradload--the list goes on and on.I am spending every waking hour of my life sending take-down notices. I am spending 50 hours a week to send take-down notices to mitigate the damage this has done to my career. I cannot write books, and I don't get paid for this burdensome task, yet I am sending take-down notices all day, every day, including nights, holidays and weekends. I've also incurred costs to my lawyer, who has helped in this effort. I've had to send 100+ communications to my publisher to notify them of various infringing websites. I feel that my career and my life have been stolen from me and I will never be paid the revenues I should have been paid for my #1 bestselling book.
Archive.org simply had no right to create digital files for my work. They had no right to allow these free files to be downloaded-- without permission from the copyright holder. I am still struggling to understand how Archive.org could be so reckless and destroy my livelihood and not have any system in place to verify which books are in the public domain and which are protected by

copyright. My copyright and trademark logos were displayed on the covers, and inside the book, and there is no excuse for the massive file creation policies, or dissemination of protected works.
I believe that Archive.org needs to do much more to make me whole.
I need to hire a professional company to monitor my copyright 24 hours a day, so that my career is not in ruins. I believe that Archive.org should pay for this cost, and the legal fees. This will not make me whole for all the royalty earnings I lost which are in the millions. I have to live with the fact that I will never be properly compensated or receive fair market value for my bestselling book and that my success was stolen from me. I believe I lost 75% of my income because my work was given away for free on the internet.
Please let me know if Archive.org will pay for a service to block the widespread abuse of my copyright and trademark. I'd also like my legal fees to be paid. If Archive.org agrees to do this in good faith, I will consider settling this matter without asking for reimbursement of my lost income. There is no way that I can accept the massive amount of damage caused to me, and I think its very appropriate for Archive.org to incur these costs to make me whole.
Sherry Argov


**From:** Chris Butler <████@archive.org>
**Sent:** Wednesday, November 8, 2017 4:12 PM
**To:** Sherry Argov
**Subject:** Re: DMCA TAKEDOWN NOTICE Archive.org

Hi Sherry,

Thank you for our conversation and for identifying these items. They have now been disabled.

https://archive.org/details/whymenlovebitche00argo
https://archive.org/details/whymenlovebitche01argo

I am submitting a request to Google to update their search listings for these two URLs and the one reported earlier.

In searching for the title of your book ("Why Men Love Bitches") and name ("Argov") on Google and on our own site, I do not find any further instance of the text.
I don't see any records about these items that indicate that they were selected by an external library. It seems likely they were rather donated to the Internet Archive with a batch of books, possibly as a drop-off from a private individual or bulk donation of books from an institution provided as a general donation.
Again, thank you for the call and information provided.
Sincerely,
Chris Butler
Office Manager
Internet Archive
300 Funston Avenue
San Francisco, CA 94118
████████
archive.org

On 11/8/17 2:48 PM, Sherry Argov wrote:
Chris,

Thank you for your time on the phone. Below please find a formal DMCA take-down notice so we both have a copy for our records that I have formally notified Archive.org to remove my content from its site.

This notice is being sent under penalty of perjury pursuant to 17 U.S. Code § 512 of the Digital Millennium Copyright Act. My name is Sherry Argov. I am the bestselling author, copyright owner and trademark owner of the bestselling books Why Men Love Bitches© (trademark # 3,146,007), and Why Men Marry Bitches© (trademark # 3,413, 164), and I own the copyright for the cover jacket and interior text, and a trademark for the title and the artwork. I declare under penalty of perjury that I am the author, copyright owner in all languages, and the trademark owner, that I am authorized to make this DMCA request.

In our conversation, you stated that although the original PDF may have been uploaded by a user, and that once it was uploaded, Archive.com then created and uploaded 10-20 digital formats including Kindle, Epub and text files which were then downloaded by people visiting your site. You advised me that the "lending" copies were created by manually pulling apart the paperback editions you received from a library. You informed me that Archive.com takes the paperback edition apart, scans each of the pages, then uploads the book to your site allowing users to borrow the book and read it on their Adobe device.

This letter is official notification under Title II of the US Copyright Law, Section 512(c) of the Digital Millennium Copyright Act ("DMCA"). As mandated by DMCA, this notice informs you in good faith that your site continues to display unauthorized copyrighted content owned by myself, Sherry Argov. Your site displays 10-20 different digital formats, and I require that all book files be immediately removed (lending or free downloadable files alike). Please take down and disable all Jpegs of the cover, book detail pages, thumbnails, and infringing copies of my work. Please remove and disable all files in every category (Library, Daisy, etc) so that my books are nowhere on your site. The files on your site infringe on my copyright and trademark and were uploaded, duplicated and disseminated by Archive.org, without ever obtaining authorization from the copyright owner.

Pursuant to Title II of the DMCA the provisions of Section 512(c), I hereby request the immediate removal of the URLs below. This includes all remaining hyperlinks, URLs, Jpeg photographs, thumbnails, captions or titles, and search terms from appearing anywhere on your site (all pages should be disabled, not redirected to your main page). We spoke about the digital files that were created without permission and then formatted for disabled persons. Because of the lack of oversight and the duplication of files into other formats you described, I do not grant permission for any formats to remain on your site including for Daisy or similar editions. Please block any future uploads from re-occurring.

After having received this letter you are obligated under law, as a service provider to remove and to prevent access to the infringing materials, and the infringing URLs are below. I look forward to hearing from you to confirm my intellectual property is removed completely, and I request that you take the aforementioned remedial steps before the close of business.

Thank you in advance for emailing me the name of the library who gave you my paperback book that you scanned and then uploaded to create your digital files. I will contact them with a DMCA notice to advise them that this activity was unauthorized. Thank you for your urgent attention to this matter.

CONFIDENTIAL                                                                                                                                  INTARC00409225

Electronically Signed:
s/Sherry Argov
Sherry Argov, Author, Owner
PO BOX 91298
LOS ANGELES, CA 90009


**From:** Sherry Argov
**Sent:** Wednesday, November 8, 2017 12:18 PM
**To:** ▇▇▇@archive.org
**Subject:** Fw: Additional URLs that need to be disabled on Archive.org


Chris,
Below are additional pages/URLs that I found on Archive.org that should be removed, because all re-direct users to the list of 13 free full length downloadable editions. The URLs do not include the 13 Free files (PDF, Kindle, Epub, Text) which have their own archive.org URLs (encrypted and un-encrypted)which should also be disabled.
In essence, my work should not appear on your site. In light of the widespread infringement, I would ask that you place a block on the search terms permanently since its likely that one of the users who downloaded the content will upload it again.
Thank you very much for your attention to this matter.
Best,
Sherry Argov



https://archive.org/details/americana?and%5B%5D=WHY+MEN+LOVE+BITCHES&sort=-downloads
American Libraries : Free Books : Free Texts : Download & Streaming : Internet Archive
archive.org

The American Libraries collection includes material contributed from across the United States. Institutions range from the Library of Congress to many local public libraries. As a whole, this collection of material brings holdings that cover many facets of American life and scholarship into the...



https://archive.org/details/delawarecountydistrictlibrary?and[]=WHY%20MEN%20LOVE%20BITCHES

Delaware County District Library (Ohio) : Free Texts : Download & Streaming : Internet Archive
archive.org
The Delaware County District Library (DCDL) and its branches are vibrant centers of activity for residents and visitors in Delaware County. DCDL provides an inviting environment that encourages reading, learning, community discussion, and supports lifelong discovery. We are proud to be recognized...

CONFIDENTIAL                                                                                                                INTARC00409227



https://archive.org/details/inlibrary?&sort=-downloads&and[]=WHY%20MEN%20LOVE%20BITCHES



https://archive.org/details/printdisabled?and[]=WHY%20MEN%20LOVE%20BITCHES

Daisy Books for the Print Disabled : Free Books : Free Texts : Download & Streaming : Internet Archive
archive.org
For our patrons that have a difficult time reading text, we are making our publicly accessible books available in a specialized format, DAISY. We are also offering accessible versions of our restricted books. These books are in a protected DAISY format, and can only be read on compatible reading...



https://archive.org/details/internetarchivebooks?and[]=WHY%20MEN%20LOVE%20BITCHES
Internet Archive Books : Free Texts : Download & Streaming : Internet Archive
archive.org
Books contributed by the Internet Archive.



https://archive.org/details/browserlending?and[]=WHY%20MEN%20LOVE%20BITCHES
Borrow in Browser : Free Texts : Download & Streaming : Internet Archive
archive.org

CONFIDENTIAL                                                                                                    INTARC00409229

Books in this collection may be borrowed by logged in patrons for a period of two weeks.  You may read the books online in your browser, or download them into Adobe Digital Editions, a free piece of software used for managing loans. See FAQs about borrowing books.



https://archive.org/search.php?query=WHY%20MEN%20LOVE%20BITCHES

https://archive.org/details/whymenlovebitche00argo

CONFIDENTIAL                                                                                                                                      INTARC00409230

Why men love bitches : from doormat to dreamgirl : a woman's guide to holding her own in a relationship : Argov, Sherry : Free Download & Streaming : Internet Archive
archive.org
/



https://archive.org/details/whymenlovebitche01argo

CONFIDENTIAL
INTARC00409231



https://archive.org/details/whymenlovebitche01argo

Why men love bitches : Argov, Sherry : Free Download & Streaming : Internet Archive
archive.org
Includes index



CONFIDENTIAL                                                                                                                          INTARC00409232



https://archive.org/search.php?query=WHY%20MEN%20LOVE%20BITCHES

CONFIDENTIAL
INTARC00409233