McNamara Declaration

Exhibit 38

part 2

# Why men love bitches

by Argov, Sherry

Publication date 2002
Topics Mate selection, Single women, Self-esteem in women, Dating (Social customs), Man-woman relationships, Dating (Social customs), Man-woman relationships, Mate selection, Self-esteem in women, Single women
Publisher Avon, Mass. : Adams Media Corp.
Collection printdisabled; inlibrary; browserlending; internetarchivebooks; americana
Digitizing sponsor Internet Archive
Contributor Internet Archive
Language English

Includes index

From doormat to dreamgirl : act like a prize and you'll turn him into a believer -- Why men prefer bitches : cracking the code : what every nice girl needs to know -- The candy store : how to make the most of your feminine and sexual powers -- Dumb like a fox : how to convince him he's in control while you run the show -- Jumping through hoops like a circus poodle : when women give themselves away and become needy -- Nagging no more : what to do when he takes you for granted and nagging doesn't work -- The other team's secret "playbook" : things you suspected but never heard him say -- Keeping your pink slip : the reasons that holding your own financially gives you power -- How to renew the mental challenge : how to regain that "spark" -- The new and improved bitch : the survival guide for women who are too nice

This no-nonsense guide delivers a unique perspective as to why men are attracted to a strong woman who stands up for herself. The author reveals why a strong woman is much more desirable than a "yes woman" who routinely sacrifices herself, providing answers to such questions as: Why are men so romantic in the beginning and why do they change? Why do men take nice girls for granted? Why does a man respect a woman when she stands up for herself? She helps you know who you are, stand your ground, and relate to men on a whole new level. Once you've discovered the feisty attitude men find so magnetic, you'll not only increase the romantic chemistry in the relationship--you'll gain your man's love and respect with far less effort.--From publisher description

Bookplateleaf 0008
Boxid IA1571805
Camera Canon EOS 5D Mark II
Identifier whymenlovebitche01argo
Identifier-ark ark:/13960/t3nw52n54
Invoice 11
Isbn 1580627560









MSN.com - Hotmail, Ou | Delaware County Distric

Secure | https://archive.org/details/delawarecountydistrictlibrary?and[]=WHY%20MEN%20LOVE%20BITCHES

Apps | Amazon.com – Onlin | HP Games | Imported From IE

INTERNET ARCHIVE | SIGN IN | Search

ABOUT | CONTACT | BLOG | PROJECTS | HELP | DONATE | JOBS | VOLUNTEER | PEOPLE

Delaware County District Library

# Delaware County District Library (Ohio)

The Delaware County District Library (DCDL) and its branches are vibrant centers of activity for residents and visitors in Delaware County. DCDL provides an inviting environment that encourages

MORE

Share
Favorite
Play All

ABOUT | COLLECTION

1 RESULTS

SORT BY VIEWS · TITLE · DATE PUBLISHED · CREATOR

WHY MEN LOVE BITCHES

PART OF

American Libraries

Media Type

texts 1

Availability

Waitlist 1

Year

2002 1

Topics & Subjects

Man-woman relationships 1

Collection

American Libraries 1
Borrow in Browser 1
Delaware County District Library (Ohio) 1
meladams2012 Favorites 1
Internet Archive Books 1
Library of Atlantis 1

Join Waitlist

Why men love bitches : from doormat to dreamgirl

by Argov, Sherry

66 1 0

11:17 AM
11/8/2017

MSN.com - Hotmail, Ou | Internet Archive Books

Secure | https://archive.org/details/internetarchivebooks?and[]=WHY%20MEN%20LOVE%20BITCHES

Apps | Amazon.com – Onlin | HP Games | Imported From IE

SIGN IN | Search

ABOUT | CONTACT | BLOG | PROJECTS | HELP | DONATE | JOBS | VOLUNTEER | PEOPLE

# Internet Archive Books

Books contributed by the Internet Archive.

Share
Favorite
Play All

ABOUT | COLLECTION

2 RESULTS

SORT BY VIEWS · TITLE · DATE PUBLISHED · CREATOR

WHY MEN LOVE BITCHES

Media Type
- texts 2

Availability
- Waitlist 2

Year
- 2002 2

Topics & Subjects
- Man-woman relationships 2
- Dating (Social customs) 1
- Mate selection 1
- Self-esteem in women 1
- Single women 1

Collection
- American Libraries 2
- Borrow in Browser 2
- Internet Archive Books 2
- Daisy Books for the Print Disabled 2

Join Waitlist

Why men love bitches

by Argov, Sherry

3 0 0

Join Waitlist

Why men love bitches : from doormat to dreamgirl

by Argov, Sherry

68 1 0

11:09 AM
11/8/2017

MSN.com - Hotmail, Ou × | Daisy Books for the Prin ×

Secure | https://archive.org/details/printdisabled?and[]=WHY%20MEN%20LOVE%20BITCHES

Apps | Amazon.com – Onlin | HP Games | Imported From IE

SIGN IN | Search

ABOUT | CONTACT | BLOG | PROJECTS | HELP | DONATE | JOBS | VOLUNTEER | PEOPLE

# Daisy Books for the Print Disabled

For our patrons that have a difficult time reading text, we are making our publicly accessible books available in a specialized format, DAISY. We are also offering accessible versions of our restricted books. These books are in a protected DAISY format, and can only

MORE

Share
Favorite
Play All

ABOUT | COLLECTION

2 RESULTS

SORT BY VIEWS · TITLE · DATE PUBLISHED · CREATOR

WHY MEN LOVE BITCHES

**Media Type**

- texts 2

**Availability**

- Waitlist 2

**Year**

- 2002 2

**Topics & Subjects**

- Man-woman relationships 2
- Dating (Social customs) 1
- Mate selection 1
- Self-esteem in women 1
- Single women 1

**Collection**

- American Libraries 2
- Borrow in Browser 2
- Internet Archive Books 2
- Daisy Books for the Print Disabled 2
- St. Mary's County Library 2

Join Waitlist

Why men love bitches

by Argov, Sherry

3 | 0 | 0

Join Waitlist

Why men love bitches : from doormat to dreamgirl

by Argov, Sherry

88 | 1 | 0

11:07 AM
11/8/2017

# Why men love bitches : from doormat to dreamgirl : a woman's guide to holding her own in a relationship

by Argov, Sherry

Publication date 2002
Topics Man-woman relationships
Publisher Avon, Mass. : Adams Media ; Northam : Roundhouse
Collection printdisabled; inlibrary; browserlending; internetarchivebooks; americana; delawarecountydistrictlibrary
Digitizing sponsor Internet Archive
Contributor Internet Archive
Language English

Bookplateleaf 0002
Boxid IA110123
Boxid_2 CH105001
Camera Canon 5D
City Avon, Mass.
Donor alibris
Extramarc OhioLINK Library Catalog

68 Borrows
1 Favorite

**DOWNLOAD OPTIONS**

| ACS ENCRYPTED EPUB | 1 file |
| DAISY | 1 file |
| KINDLE | 1 file |
| OCLC XISBN JSON | 1 file |
| PDF | 1 file |
| SHOW ALL | 13 Files |
| | 10 Original |


INTARC00409238

MSN.com - Hotmail, Ou | Borrow in Browser : Free

Secure | https://archive.org/details/browserlending?and[]=WHY%20MEN%20LOVE%20BITCHES

Apps Amazon.com – Onlin HP Games Imported From IE

SIGN IN Search

ABOUT CONTACT BLOG PROJECTS HELP DONATE JOBS VOLUNTEER PEOPLE

# Borrow in Browser

Books in this collection may be borrowed by logged in patrons for a period of two weeks. You may read the books online in your browser, or download them into Adobe Digital Editions, a free piece of software used for managing loans. See FAQs about

MORE

Share
Favorite
Play All

ABOUT COLLECTION

2 RESULTS

SORT BY VIEWS · TITLE · DATE PUBLISHED · CREATOR

WHY MEN LOVE BITCHES

**Media Type**
- texts 2

**Availability**
- Waitlist 2

**Year**
- 2002 2

**Topics & Subjects**
- Man-woman relationships 2
- Dating (Social customs) 1
- Mate selection 1
- Self-esteem in women 1
- Single women 1

**Collection**
- American Libraries 2
- Borrow in Browser 2
- Internet Archive Books 2
- Daisy Books for the Print Disabled 2

Join Waitlist

Why men love bitches
by Argov, Sherry
3 0 0

Join Waitlist

Why men love bitches : from doormat to dreamgirl
by Argov, Sherry
68 1 0

11:11 AM 11/8/2017

