McNamara Declaration

Exhibit 38

part 3







MSN.com - Hotmail, Ou × American Libraries : Free ×
Secure | https://archive.org/details/americana?and[]=WHY%20MEN%20LOVE%20BITCHES
Apps Amazon.com – Onli HP Games Imported From IE

# American Libraries

The American Libraries collection includes material contributed from across the United States. Institutions range from the Library of Congress to many local public libraries. As a whole, this collection of material brings holdings
MORE

Share
Favorite
Play All

ABOUT COLLECTION

2 RESULTS

SORT BY VIEWS · TITLE · DATE PUBLISHED · CREATOR

WHY MEN LOVE BITCHES

**Media Type**

texts 2

**Availability**

Waitlist 2

**Year**

2002 2

**Topics & Subjects**

Man-woman relationships 2
Dating (Social customs) 1
Mate selection 1
Self-esteem in women 1
Single women 1

**Collection**

American Libraries 2
Borrow in Browser 2
Internet Archive Books 2
Daisy Books for the Print Disabled 2
St. Mary's County Library 2

Join Waitlist

Why men love bitches
by Argov, Sherry
3 0 0

Join Waitlist

Why men love bitches : from doormat to dreamgirl
by Argov, Sherry
88 1 0

11:14 AM 11/8/2017

MSN.com - Hotmail, Ou | Internet Archive Search

Secure | https://archive.org/search.php?query=WHY%20MEN%20LOVE%20BITCHES

Apps | Amazon.com – Onlin | HP Games | Imported From IE

SIGN IN | WHY MEN LOVE BITCHES

ABOUT CONTACT BLOG PROJECTS HELP DONATE JOBS VOLUNTEER PEOPLE

Search WHY MEN LOVE BITCHES GO

- Search metadata
- Search full text of books
- Search TV captions
- Search archived web sites

Advanced Search

Share
Favorite
Play All

16 RESULTS

SORT BY RELEVANCE · VIEWS · TITLE · DATE ARCHIVED · CREATOR

**Media Type**

| | |
|---|---|
| movies | 8 |
| audio | 3 |
| texts | 3 |
| concerts | 2 |

**Availability**

| | |
|---|---|
| Always Available | 14 |
| Waitlist | 2 |

**Topics & Subjects**

| | |
|---|---|
| Man-woman relationships | 2 |
| Albums about life | 1 |
| Audience | 1 |
| BBC | 1 |
| Dating (Social customs) | 1 |
| Dawne Gilmore | 1 |

More

**Collection**

| | |
|---|---|
| American Libraries | 2 |
| Borrow in Browser | 2 |
| Educational Films | 2 |

Join Waitlist

Why men love bitches
by Argov, Sherry
3 · 0 · 0

Join Waitlist

Why men love bitches : from doormat to dreamgirl
by Argov, Sherry
68 · 1 · 0

EP 17 The (Not Always) Love Game
by The Vodka Press (www.thevodkapress.com)
25 · 0 · 0

Journal of regardless
by Regardless Devon Victory
7,921 · 1 · 1

IUMA: SHE MOVES
281 · 0 · 0

2010-03-12: Bill Graham Civic Auditorium
by Furthur
49,852 · 79 · 84

Ushaaq us Shahadah fil Iraq
by Sout ul Jihad (Abu Abdullah al Iraqi)

2007-09-23: Greek Theater
by Phil Lesh and Friends
66,508 · 24 · 34

Gideon Coe : BBC Radio 6 Music : August 11, 2016
21 · 0 · 0

Date With Your Family, A
by Simmel-Meservey
66,484 · 41 · 23

11:41 AM
11/8/2017

MSN.com - Hotmail, Ou | Books to Borrow : Free T

Secure | https://archive.org/details/inlibrary?&sort=-downloads&and[]=WHY%20MEN%20LOVE%20BITCHES

Click to go back, hold to see history | HP Games | Imported From IE

SIGN IN | Search

ABOUT CONTACT BLOG PROJECTS HELP DONATE JOBS VOLUNTEER PEOPLE

# Books to Borrow

Books in this collection may be borrowed by logged in patrons for a period of two weeks. You may read the books online in your browser, or download them into Adobe Digital Editions, a free piece of software used for managing loans. See FAQs about
MORE

Share
Favorite
Play All

ABOUT COLLECTION

2 RESULTS

SORT BY VIEWS · TITLE · DATE PUBLISHED · CREATOR

WHY MEN LOVE BITCHES

Media Type
- texts 2

Availability
- Waitlist 2

Year
- 2002 2

Topics & Subjects
- Man-woman relationships 2
- Dating (Social customs) 1
- Mate selection 1
- Self-esteem in women 1
- Single women 1

Collection
- American Libraries 2
- Borrow in Browser 2
- Internet Archive Books 2
- Daisy Books for the Print Disabled 2
- St. Mary's County Library 2

Join Waitlist

Why men love bitches : from doormat to dreamgirl
by Argov, Sherry

Join Waitlist

Why men love bitches
by Argov, Sherry

11:03 AM
11/8/2017

Browser window showing archive.org details page for "whymenlovebitche01argo".

Tabs: MSN.com - Hotmail, Ou... | Why men love bitches :
URL: https://archive.org/details/whymenlovebitche01argo

man-woman relationships, Dating (Social customs), Man-woman relationships, Mate selection, Self-esteem in women, Single women
Publisher Avon, Mass. : Adams Media Corp.
Collection printdisabled; inlibrary; browserlending; internetarchivebooks; americana
Digitizing sponsor Internet Archive
Contributor Internet Archive
Language English

Includes index

From doormat to dreamgirl : act like a prize and you'll turn him into a believer -- Why men prefer bitches : cracking the code : what every nice girl needs to know -- The candy store : how to make the most of your feminine and sexual powers -- Dumb like a fox : how to convince him he's in control while you run the show -- Jumping through hoops like a circus poodle : when women give themselves away and become needy -- Nagging no more : what to do when he takes you for granted and nagging doesn't work -- The other team's secret "playbook" : things you suspected but never heard him say -- Keeping your pink slip : the reasons that holding your own financially gives you power -- How to renew the mental challenge : how to regain that "spark" -- The new and improved bitch : the survival guide for women who are too nice

This no-nonsense guide delivers a unique perspective as to why men are attracted to a strong woman who stands up for herself. The author reveals why a strong woman is much more desirable than a "yes woman" who routinely sacrifices herself, providing answers to such questions as: Why are men so romantic in the beginning and why do they change? Why do men take nice girls for granted? Why does a man respect a woman when she stands up for herself? She helps you know who you are, stand your ground, and relate to men on a whole new level. Once you've discovered the feisty attitude men find so magnetic, you'll not only increase the romantic chemistry in the relationship--you'll gain your man's love and respect with far less effort.--From publisher description

Bookplateleaf 0008
Boxid IA1571805
Camera Canon EOS 5D Mark II
Identifier whymenlovebitche01argo
Identifier-ark ark:/13960/t3nw52n54
Invoice 11
Isbn 1580627560
Lccn 2002009981
Ocr ABBYY FineReader 11.0
Page-progression lr
Pages 278
Ppi 500
Republisher_date 20170626193936
Republisher_operator associate-stephanie-kinsey@archive.org
Scandate 20170626131932

SHOW MORE

DOWNLOAD OPTIONS
ACS ENCRYPTED EPUB — 1 file
DAISY — 1 file
KINDLE — 1 file
PDF — 1 file

SHOW ALL — 9 Files / 7 Original

IN COLLECTIONS
Daisy Books for the Print Disabled
Books to Borrow
Borrow in Browser
Internet Archive Books
American Libraries

Uploaded by
chrissy-robinson
on May 3, 2017

MSN.com - Hotmail, Ou | Internet Archive Search

Secure | https://archive.org/search.php?query=WHY%20MEN%20LOVE%20BITCHES

Apps | Amazon.com – Onlin | HP Games | Imported From IE

SIGN IN | WHY MEN LOVE BITCHES

ABOUT CONTACT BLOG PROJECTS HELP DONATE JOBS VOLUNTEER PEOPLE

Search | WHY MEN LOVE BITCHES | GO

- Search metadata
- Search full text of books
- Search TV captions
- Search archived web sites

Advanced Search

Share
Favorite
Play All

16 RESULTS

SORT BY RELEVANCE · VIEWS · TITLE · DATE ARCHIVED · CREATOR

**Media Type**

| | |
|---|---|
| movies | 8 |
| audio | 3 |
| texts | 3 |
| concerts | 2 |

**Availability**

| | |
|---|---|
| Always Available | 14 |
| Waitlist | 2 |

**Topics & Subjects**

| | |
|---|---|
| Man-woman relationships | 2 |
| Albums about life | 1 |
| Audience | 1 |
| BBC | 1 |
| Dating (Social customs) | 1 |
| Dawne Gilmore | 1 |

More

**Collection**

| | |
|---|---|
| American Libraries | 2 |
| Borrow in Browser | 2 |
| Educational Films | 2 |

Join Waitlist

Why men love bitches
by Argov, Sherry
3 · 0 · 0

Join Waitlist

Why men love bitches : from doormat to dreamgirl
by Argov, Sherry
68 · 1 · 0

EP 17 The (Not Always) Love Game
by The Vodka Press (www.thevodkapress.com)
25 · 0 · 0

Journal of regardless
by Regardless Devon Victory
7,921 · 1 · 1

IUMA: SHE MOVES
281 · 0 · 0

2010-03-12: Bill Graham Civic Auditorium
by Furthur
49,852 · 79 · 84

Ushaaq us Shahadah fil Iraq
by Sout ul Jihad (Abu Abdullah al Iraqi)

2007-09-23: Greek Theater
by Phil Lesh and Friends
66,508 · 24 · 34

Gideon Coe : BBC Radio 6 Music : August 11, 2016
21 · 0 · 0

Date With Your Family, A
by Simmel-Meservey
66,484 · 41 · 23

BĀBĀ NĀNAK

11:21 AM
11/8/2017

INTARC00409244

