# McNamara Declaration
# Exhibit 41

INTERNET ARCHIVE Donate ♥

OPEN LIBRARY Browse ▾ More ▾ All ▾ Search Log In Sign Up

# Ken Kesey

Last edited by Lisa
June 30, 2021 | History
Edit

1935 - 2001

KEN KESEY was born in La Junta, Colorado, but his family later moved to Springfield, Oregon, where he attended public schools, and later the University of Oregon at Eugene. He has received the Woodrow Wilson scholarship to Stanford University and a Saxton Fellowship, and won the Fred Lowe Scholarship awarded to the outstanding wrestler in the Northwest. Mr. Kesey was king of the Merry Pranksters, a group which traveled the West Coast staging happenings; as a leader of this group, Mr. Kesey appeared as subject and star in the bestseller, THE ELECTRIC KOOL-AID ACID TEST, by Tom Wolfe.
At present he is "scratching his athlete's foot on his farm in Oregon, watching his kids and blueberries grow."

Photo: By Source (WP:NFCC#4), Fair use, Link

## 17 works Add another?

Most Editions | First Published | Most Recent | Random

Showing all works by author. Would you like to see only ebooks?

Search Ken Kesey Books Submit

**One Flew Over the Cuckoo's Nest**
by Ken Kesey, Kizi K., and Ken Kesey
First published in 1962
91 editions — 19 previewable
Borrow

**Sometimes a Great Notion**
by Ken Kesey
First published in 1964
35 editions — 4 previewable
Borrow

**Demon Box**
by Ken Kesey
First published in 1986
9 editions — 3 previewable
Borrow

**Sailor Song**
by Ken Kesey
First published in 1992
7 editions — 4 previewable
Borrow

**Last go round: A Real Western**
by Ken Kesey and Ken Babbs
First published in 1994
7 editions — 2 previewable
Borrow

**SUBJECTS**

Accessible book, Fiction, Protected DAISY, American fiction (fictional works by one author), Juvenile fiction, Popular culture, Allegories, American Authors, American literature, American wit and humor, Animals, Archives, Belletristische Darstellung, Classic Literature, Classics, Cowboys, Diaries, Drug abuse, FICTION, Fiction in English, Fiction, family life, Fiction, general, Fiction, psychological, Fiction, short stories (single author), Friendship

**PLACES**

Oregon, United States, Alaska, California, Pacific Northwest, Pendleton, Pendleton (Or.), San Mateo

**PEOPLE**

Big Nurse, Biggie Newton and a crazy Father, Broom Bromden, Ken Kesey, Leland, Nurse Ratched, Randle Patrick McMurphy, hand

**TIME**

1960 psychedelic era, 1960s, 20th century

5 Lists

Add to List

Authors
from Lisa

Resolved Authors
from Lisa

Brilliant Fiction by Those Who Take Themselves* Too Seriously
from Maria Williams

**ID Numbers**

- OLID: OL449110A
- ISNI: 0000000081738365
- VIAF: 108853111
- Wikidata: Q244390

**Links** (outside Open Library)

No links yet. Add one?

**The sea lion**
by Ken Kesey
First published in 1991
3 editions — 1 previewable

Borrow

**Little Tricker the squirrel meets Big Double the bear**
by Ken Kesey
First published in 1990
3 editions — 1 previewable

Preview

**The Realist presents: The last supplement to the Whole Earth Catalog**
by Paul Krassner and Ken Kesey
First published in 1971
2 editions

Not in Library

**Kesey**
by Ken Kesey
First published in 1977
2 editions

Not in Library

**High Times presents Paul Krassner's pot stories for the soul**
by Paul Krassner and Ken Kesey
First published in 1999
2 editions — 1 previewable

Borrow

**The "Idler"**
by Ken Kesey
First published in 1999
1 edition

Not in Library

**The day after Superman died**
by Ken Kesey
First published in 1980
1 edition

Not in Library

**Kesey's jail journal: cut the m************ loose**
by Ken Kesey
First published in 2003
1 edition

Not in Library

**Kesey's garage sale**
by Ken Kesey
First published in 1973
1 edition — 1 previewable

Borrow

**The Merry Pranksters: Acid Test Volume 1 (King Mob Spoken Word CDs)**
by Ken Kesey
First published in 2000
1 edition

Not in Library

**Alternative names**

- Ken Kizi
- Ken KESEY
- Ken Kessey
- K. Kesey
- Kesey K.

**The Further inquiry**
by Ken Kesey
First published in 1990
1 edition — 1 previewable

Borrow

**Sorcerers Edition**
by Ken Kesey
1 edition

Not in Library

## History

Created April 1, 2008 · 13 revisions

Download catalog record: RDF / JSON

| | | |
|---|---|---|
| June 30, 2021 | Edited by Lisa | merge authors |
| June 30, 2021 | Edited by Lisa | merge authors |
| June 30, 2021 | Edited by Lisa | merge authors |
| January 16, 2021 | Edited by Lisa | merge authors |
| April 1, 2008 | Created by an anonymous user | initial import |

Open Library is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include the Wayback Machine, archive.org and archive-it.org

version a3ccdb306





