# McNamara Declaration
# Exhibit 43

INTERNET ARCHIVE Donate ♥

OPEN LIBRARY Browse ▾ More ▾ All ▾ rachael treasure Log In Sign Up

**22 hits** ≡ **Relevance** | Most Editions | First Published | Most Recent | Random

Advanced Search

rachael treasure [Search] ◉ Everything ○ Ebooks ○ Print Disabled

No image available

**Cattleman's Daughter**
by Rachael Treasure
First published in 2010
2 editions in 1 language

Not in Library
Want to Read

**Down the Dirt Roads**
by Rachael Treasure
First published in 2016
2 editions in 1 language

Not in Library
Want to Read

**The rouseabout**
by Rachael Treasure
First published in 2008
1 edition in 1 language — 1 previewable

Preview
Want to Read

**The farmer's wife**
by Rachael Treasure
First published in 2013
1 edition in 1 language — 1 previewable

Preview
Want to Read

**The Rouseabout**
by Rachael Treasure
First published in 2007
1 edition

Not in Library
Want to Read

**Cleanskin Cowgirls**
by Rachael Treasure
First published in 2015
1 edition

Not in Library
Want to Read

**Stockmen**
by Rachael Treasure
First published in 2005
1 edition in 1 language — 1 previewable

Borrow
Want to Read

## Zoom In

Focus your results using these filters

**EBOOK?**
yes 10
no 12

**AUTHOR**
Rachael Treasure 17
Jessica Adams and Maggie Alderson and Nicola Kraus and Emma McLaughlin and Monica McInerney and Rachael Treasure 1
Rachael Radford 1
Ellen Ruth Gordon 1
Treasure Rachael 1

**SUBJECTS**
Fiction 13
Accessible book 10
Protected DAISY 10
Man-woman relationships 4
Country life 3
more

**PLACES**
Australia 6
Dargo (Vic.) 1
Greensville County (Va.) 1
Victoria 1

**TIMES**
1788-1900 1

**FIRST PUBLISHED**
2005 3
2009 3
2007 2
2008 2
2010 2
more

**PUBLISHER**
Penguin Random House 4
Penguin Group (Australia) 3
HarperCollins 2
HarperCollins Publishers Australia 2
Preface 2
more

**LANGUAGE**
English 16

**Through the fire**
by Rachael Treasure
First published in 2010
1 edition in 1 language — 1 previewable

Borrow
Want to Read

**White Horses**
by Rachael Treasure
First published in 2019
1 edition in 1 language

Not in Library
Want to Read

**The girl and the ghost-grey mare**
by Rachael Treasure
First published in 2012
1 edition in 1 language — 1 previewable

Borrow
Want to Read

**Hidden Treasures**
by Rachael Radford
First published in 2002
1 edition

Not in Library
Want to Read

**A Treasured past**
*Unknown author*
First published in 1980
1 edition in 1 language

Not in Library
Want to Read

1 2 Next >

**Open Library**
Vision
Volunteer
Partner With Us
Careers
Blog
Terms of Service
Donate

**Discover**
Home
Books
Authors
Subjects
Collections
Advanced Search
Return to Top

**Develop**
Developer Center
API Documentation
Bulk Data Dumps
Writing Bots
Add a Book

**Help**
Help Center
Report A Problem
Suggesting Edits

**Change Website Language**
Čeština (cs)
Deutsch (de)
English (en)
Español (es)
Français (fr)
Hrvatski (hr)
తెలుగు (te)
Українська (uk)
中文 (zh)

Open Library is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include the Wayback Machine, archive.org and archive-it.org

version a3ccdb306





