# McNamara Declaration
# Exhibit 45

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4

5     HACHETTE BOOK GROUP, INC.,

      HARPERCOLLINS PUBLISHERS LLC,

6     JOHN WILEY & SONS, INC., and

      PENGUIN RANDOM HOUSE LLC,

7

                     Plaintiffs,

8

          vs.                    No. 1:20-cv-04160-JGK

9

      INTERNET ARCHIVE and DOES 1

10    through 5, inclusive,

11                 Defendants.

      _____/

12

13

14

15            VIDEOTAPED RULE 30(b)(6) AND PERSONAL

16             DEPOSITION OF JACQUES CRESSATY

17               Remote Zoom Proceedings

18               San Francisco, California

19               Friday, October 22, 2021

20

21

22

23    REPORTED BY:

24    LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

25    Pages 1 - 276                   Job No. 4857811

Page 37

1    person?

2         A.  I am not.

3         Q.  Are you currently on -- are you currently an

4    officer of any corporation other than Internet Archive?

5         A.  I am not.

6         Q.  Have you been an officer of any corporation

7    other than Internet Archive?

8         A.  Yes.

9         Q.  Which ones?

10        A.  I was the secretary for Television Archive.

11        Q.  And is the Television Archive now known as Open

12   Library of Richmond?

13        A.  That is correct.

14        Q.  Okay.  And we're going to come back to this, but

15   I just want to get a complete list.

16             Are you a -- or were you an officer of any other

17   entities apart from Open Library of Richmond and Internet

18   Archive?

19        A.  Yes, I was.  I wish I had a list.

20        Q.  I might be able to help you out.

21             How about Better World Libraries?

22        A.  Yes, I was.

23        Q.  And you were the secretary of that organization;

24   correct?

25        A.  I was, yes.

1      Q.   And going back to Open Library of Richmond, you

2   were the secretary of that organization; right?

3      A.   That is correct.

4      Q.   How about the Kahle-Austin Foundation?

5      A.   I was acting secretary.

6      Q.   When were you acting secretary?

7      A.   From -- I don't recall when I started, but until

8   the end.  Let me -- let me explain why I'm acting

9   secretary.

10      Q.   Please do.

11      A.   The Kahle-Austin Foundation board is

12   Brewster Kahle and Mary Austin and Jeffrey Ubois, and as

13   a volunteer, because I was not paid, I volunteered my

14   service to take minutes of board meetings.

15      Q.   All right.

16      A.   So I was not the secretary.  I would take the

17   minutes, and then the secretary, who is Mary Austin,

18   would sign -- would review the minutes and sign them.

19      Q.   Understood.

20      A.   So my job was clerical, basically.

21      Q.   Understood.

22           How about the Open Library of Canada?  Are you

23   an officer for that entity?

24      A.   Open Library of Canada?  I'm -- Open Library of

25   Canada?  I am not, no.

1    Q.  How about --

2    A.  I'm -- Open Library of Canada, I'm, again,

3  acting -- acting secretary.

4    Q.  Great.

5        And so you provide clerical services for the

6  company as an acting secretary?

7    A.  Correct.

8    Q.  How about Open Library of Pennsylvania LLC?  Do

9  you have any involvement with that entity?

10   A.  I do.  I was one of the managers.

11   Q.  And -- were you a member or a manager?

12   A.  No, I was a manager.

13   Q.  I'm looking down my list.  Any other entities

14  affiliated with Brewster Kahle or Internet Archive other

15  than the ones we've just discussed?

16   A.  I'm sure there's more.

17   Q.  Okay.  I might revisit this, but I want just to

18  go back through some of these companies.

19   A.  Okay.

20   Q.  You mentioned -- we were talking about the Open

21  Library of Richmond before.  What does the Open Library

22  of Richmond do?

23       MS. LANIER:  Objection.  Scope.

24   Q.  BY MR. BROWNING:  You can answer as a personal

25  witness.

1          A.   What do they do?   They're 501(c)(3), public
2     charity, and they make grants.
3          Q.   What kind of grants?
4          MS. LANIER:   Objection.   Scope.
5          Q.   BY MR. BROWNING:   You can answer.
6          A.   They make grants to other nonprofits.
7          Q.   And would Internet Archive be one of those
8     nonprofits?
9          MS. LANIER:   Objection.   Scope.
10          Q.   BY MR. BROWNING:   You can answer.
11          A.   Yes.
12          Q.   Okay.   How about Better World Libraries?   What
13     does Better World Libraries do?
14          MS. LANIER:   Objection.   Scope.
15          MR. BROWNING:   For the record, you know, he's an
16     officer of this country -- country -- company.
17          Q.   And you can answer in your capacity as such.
18          MS. LANIER:   I'm just trying to make the record
19     clear, Jack, that any answers he gives to your questions
20     here would be in his capacity with respect to his
21     personal knowledge, so --
22          MR. BROWNING:   That's fine, so I'll use that as
23     a shorthand for next time.
24          THE WITNESS:   Better World Libraries, I was --
25     what do they do?

Page 41

1      Q.  BY MR. BROWNING:  What do they do?

2      A.  Better World Library owns stock in Better World

3  Books.

4      Q.  What is Better World Books?

5          MS. LANIER:  Objection.  Scope.

6          THE WITNESS:  Better World Books is a book

7  retailer.

8      Q.  BY MR. BROWNING:  Okay.  And does Better World

9  Libraries own Better World Books?

10         MS. LANIER:  Objection.  Scope.

11         THE WITNESS:  They own the stock.

12     Q.  BY MR. BROWNING:  Do they own all the stock?

13     A.  Yes.

14         MS. LANIER:  Objection.  Scope.

15     Q.  BY MR. BROWNING:  Great.

16         And the Kahle-Austin Foundation, what does that

17  do?

18         MS. LANIER:  Objection.  Scope.

19         THE WITNESS:  Kahle-Austin Foundation is a

20  family foundation, and they make grants.

21     Q.  BY MR. BROWNING:  And actually, I'm going to

22  loop in Open Library of Richmond here, and you can tell

23  me if it's different, but where does Open Library of

24  Richmond and the Kahle-Austin Foundation get their money

25  from?

1          MS. LANIER:  Objection.  Scope.

2          THE WITNESS:  Well, the Kahle-Austin Foundation

3     is funded by Brewster Kahle.

4     Q.  BY MR. BROWNING:  From his personal finances?

5     A.  Yes.

6          MS. LANIER:  Objection.  Scope.

7     Q.  BY MR. BROWNING:  I'm sorry.  I believe the

8     answer was "yes"; is that correct?

9     A.  That is correct.

10     Q.  And how about Open Library of Richmond, does

11    Brewster Kahle fund the Open Library of Richmond from his

12    personal finances?

13         MS. LANIER:  Objection.  Scope.

14         THE WITNESS:  I believe he does.

15     Q.  BY MR. BROWNING:  Great.

16         And the Open Library of Canada, what does the

17    Open Library of Canada do?

18         MS. LANIER:  Objection.  Scope.

19         THE WITNESS:  Open Library of Canada makes

20    grants.

21     Q.  BY MR. BROWNING:  All right.  And the Open

22    Library of Pennsylvania, what does it do?

23         MS. LANIER:  Objection.  Scope.

24         THE WITNESS:  Open Library of Pennsylvania is an

25    LLC, and the sole member is Open Library of Richmond, and

Page 43

1    they own an office building in Fort Washington,

2    Pennsylvania.

3        Q.  BY MR. BROWNING:  And I'm asking this to you in

4    your personal capacity as an officer of all -- of these

5    companies.  Why does Internet Archive -- strike that.

6            I am asking you this question in your capacity

7    as an officer of all these companies.  Why is it

8    necessary for all of these entities to exist?

9            MS. LANIER:  Objection.  Vague.

10       Q.  BY MR. BROWNING:  You can answer.

11           MS. LANIER:  Vague as to "necessary."

12           THE WITNESS:  I really don't know.

13       Q.  BY MR. BROWNING:  So all of the companies we

14   have just talked about are related to Internet Archive;

15   is that correct?

16           MS. LANIER:  Objection.  Scope.

17           THE WITNESS:  No, they're not.

18       Q.  BY MR. BROWNING:  But all of the entities we

19   have just discussed have a link to Brewster Kahle and the

20   Internet Archive project, written more broadly; is that

21   correct?

22           MS. LANIER:  Objection.  Scope.

23           THE WITNESS:  They have a link to Brewster

24   Kahle, yes.

25       Q.  BY MR. BROWNING:  So I'm trying to understand

1   why it is necessary for all of these linked companies to

2   exist.  What is the purpose?

3          MS. LANIER:  Objection.  Scope, vague.

4          THE WITNESS:  I cannot tell you.  This is a

5   question for Brewster Kahle.

6      Q.  BY MR. BROWNING:  Do you have -- do you have an

7   opinion?

8      A.  I just follow orders.

9      Q.  So Brewster made the decision to create all of

10  these entities; right?

11     A.  Yes, he did.

12         MS. LANIER:  Objection.  Scope.

13     Q.  BY MR. BROWNING:  Great.

14         And you just do what Brewster tells you with

15  respect to these entities?

16         MS. LANIER:  Objection.  Scope, mischaracterizes

17  previous testimony.

18     Q.  BY MR. BROWNING:  You can answer.

19     A.  Yes, that is correct.

20     Q.  Okay.  And as we go through today, if you

21  remember any other entities that you are an officer of --

22  or I'm sorry.  Strike that.

23         If you recall any other entities related to

24  Brewster Kahle that you were an officer of, please let me

25  know.  I know sometimes things come up, and I'd

Page 45

1    appreciate -- I'll probably ask you at the end.

2         A.   Yeah, I remember a couple of them.

3         Q.   Oh, please tell me.

4         A.   There's the Open Library of San Francisco LLC.

5         Q.   Okay.  Any others?

6         A.   The sole member is the Kahle-Austin Foundation.

7         Q.   And what does that entity do, the Open Library

8    of San Francisco?

9         A.   It owns --

10             MS. LANIER:  Objection.  Scope.

11             THE WITNESS:  It owns the -- our headquarter at

12    300 Funston.

13         Q.  BY MR. BROWNING:  And you are a secretary -- or

14    you were a secretary of that entity; is that correct?

15        A.   I was.

16        Q.   And any other entities?

17        A.   No, I was not a secretary.  It's an LLC.  I was

18    a manager.

19        Q.   Thank you for clarifying.

20             Any other entities?

21        A.   Yes.  I'm trying to think of the name.  The

22    Foundation House.

23        Q.   Foundation House?

24        A.   LLC.

25        Q.   What is that?

1          MS. LANIER:  Objection.  Scope.

2          THE WITNESS:  The LLC owns an apartment building

3    located at 19th Avenue in San Francisco and Clement

4    Street.  It's an apartment building with 11 units and

5    garages.

6          Q.  BY MR. BROWNING:  Okay.  And are you a member of

7    that LLC -- or were you -- sorry.  Go ahead.

8          A.  I was a manager.

9          Q.  All right.  Any other entities?

10         A.  Open Library of Western Pennsylvania LLC.  Sole

11   member is the Kahle-Austin -- sole member is the Open

12   Library of Richmond.

13         Q.  And are you a manager of that -- or were you a

14   manager of that LLC?

15         A.  I was.

16         Q.  And what does the Open Library of Western

17   Pennsylvania do?

18         MS. LANIER:  Objection.  Scope.

19         THE WITNESS:  It -- it holds a warehouse.

20         Q.  BY MR. BROWNING:  What's in that warehouse?

21         MS. LANIER:  Objection.  Scope.

22         THE WITNESS:  Physical collections.

23         Q.  BY MR. BROWNING:  Collections of what?

24         MS. LANIER:  Objection.  Scope.

25         THE WITNESS:  Books, records.  I think mostly

Page 47

1    books.  I am not 100 percent sure.

2         Q.  BY MR. BROWNING:  Understood.

3              Any other entities come to mind?

4         A.  Not that I can think of right now.

5         Q.  So we are going to -- actually, I have one more

6    question on this front.

7              When you retired earlier this year, did you

8    retire from your position as an officer of all of the

9    companies we have just discussed?

10        A.  Yes and no.

11        Q.  So which companies yes, and which companies no?

12        A.  I did -- I did retire from all of the companies,

13   but some of them it was prior to my retirement.

14        Q.  Understood.

15             But you are now currently retired from all of

16   these companies?

17        A.  That is correct.

18        Q.  Great.

19             And for all of these companies, were your duties

20   clerical?

21        A.  Could you define that?

22        Q.  Sure.

23             When we were discussing your role as secretary

24   of Internet Archive previously, you said your duties were

25   clerical in nature.  Were -- did you have similar duties

1      A.  I don't know what the IRS considers a related

2  organization, but I've -- I would think it's money that

3  we receive from other nonprofit that are within the

4  sphere of the -- what I call the Khale-Austin Empire.

5      Q.  That's a helpful definition, Mr. Cressaty.

6          So the Khale-Austin Empire, as you've defined

7  it, are all of the entities related to Internet Archive

8  or Brewster Kahle.  Is that a fair definition?

9          MS. LANIER:  Objection.

10          THE WITNESS:  No, not -- not related to -- could

11  you repeat that?

12      Q.  BY MR. BROWNING:  Sure.

13          I'm just trying -- so you mentioned the

14  Khale-Austin Empire, and I'm just trying to be precise

15  because there are so many entities floating about.

16          Let's try it this way:  Is it fair to say that

17  the Khale-Austin Empire includes all the companies we

18  discussed prior for which you were an officer?

19      A.  Except the Kahle-Austin Foundation.  I'm not an

20  officer of the Kahle-Austin Foundation.

21      Q.  Yes.

22          So those entities plus the Kahle-Austin

23  Foundation would be part of the Khale-Austin Empire; is

24  that correct?

25      A.  Yeah, that's -- the Khale-Austin Empire is my --

Page 61

```
 1    is my definition of it.

 2         Q.  Understood.

 3              And so I think I can help you out with related

 4    entities.  If we scroll down to Schedule R -- and I'll

 5    get you a page number in a second, but it's towards the

 6    back.  It is page 43, Schedule R.

 7              And let me know when you're there.

 8         A.  Forty-three, did you say?

 9         Q.  Yes.  And it's Schedule R in the top left-hand

10    corner.

11         A.  Yep, I'm there.

12         Q.  It says next to that, "Related Organization and

13    Unrelated Partnerships."

14              Do you see that?

15         A.  Yeah.

16         Q.  Okay.  We're going to go down a couple more

17    pages, to page 45, the heading "Transactions With Related

18    Organizations."

19         A.  Yes.

20         Q.  Okay.  And do you see at the bottom there are

21    two related organizations named -- or one related

22    organization named twice, Open Library of Richmond, Inc.?

23              Do you see that?

24         A.  I do.

25         Q.  And on that top entry, it says, "Open Library of
```

1    Richmond, Inc."  Then next to that, it says, "Transaction

2    type C."  And if you look up, transaction type C is

3    defined as, "Gift, grant or capital contribution from

4    related organizations."

5            Do you see that?

6        A.  I do.

7        Q.  And then next to "Transactions type," it says,

8    "Amount involved:  $4,840,000."

9            Do you see that?

10       A.  I do.

11       Q.  Would you agree with me that this document

12   indicates that Open Library of Richmond paid Internet

13   Archive $4,840,000 in 2016?

14       A.  Yeah.  As a grant, yes.

15       Q.  Great.

16           Do you know where that money came from -- or

17   originated?

18           MS. LANIER:  Objection.  Scope.

19           THE WITNESS:  I -- I don't know for sure,

20   because -- well, let me explain something.

21       Q.  BY MR. BROWNING:  Please do.

22       A.  Brewster Kahle would donate funds to support

23   Internet Archive, and he would use various ways of

24   channeling these funds.  And I am not privy to how these

25   were channeled.  I'm not privy to how he channeled -- you

Page 78

```
 1   company for that?
 2       A.   That's correct.
 3       Q.   And miscellaneous $5,000, I'm just curious --
 4   curious to know where that $5,000 came from.
 5       A.   I have no idea.
 6       Q.   It seems like it wasn't a big part of your
 7   revenue, so I'll let you off the hook.
 8            Can we go to the next page, page 10?  And this
 9   is the Statement of Functional Expenses.
10            Let me know when you're there.
11       A.   I'm there.
12       Q.   And correct me if I'm wrong, but this part of
13   the form requires you to list Internet Archive -- list
14   and categorize Internet Archive's expenses; right?
15       A.   That is correct.
16       Q.   Okay.  And the first line on that is, "Grants
17   and assistance to domestic organizations and domestic
18   governments."
19            And the expenses recorded are 65,183; right?
20       A.   Yes.
21       Q.   That is money Internet Archive paid to domestic
22   organizations and domestic governments; right?
23       A.   That is correct.
24       Q.   Two lines down, on number 3, we've got a similar
25   category, but this is, "Grants and assistance to foreign
```

Page 79

```
 1   organizations, foreign governments and foreign

 2   individuals."

 3         And there the expenses are $842,611.  Do you

 4   know which foreign organizations, governments and foreign

 5   individuals received that money?

 6      A.  Yes.  IA Canada -- Internet Archive Canada and

 7   Internet Archive UK, Limited.

 8      Q.  Are you aware of any other grants to foreign

 9   organizations?

10      A.  No.

11      Q.  Do you know what the grants to IA Canada and IA

12   UK were for?

13      A.  Sure.

14      Q.  What were they for?

15      A.  Internet Archive Canada -- and this is 1996?

16      Q.  2000 -- or, sorry.

17      A.  I mean 2016?

18      Q.  Right.

19      A.  The way we -- so Internet Archive Canada is

20   essentially a scanning center in Toronto.  And the reason

21   we set up Internet Archive Canada as a nonprofit in

22   Canada was we were advised by our friends in Canada that

23   if we wanted to get more business from universities and

24   libraries, that it would help to be nonprofits.

25         So we created a nonprofit Internet Archive
```

Page 80

1   Canada.  And it is essentially a scanning center.  And,

2   in fact, it was our first scanning center ever.

3          All the contracts were written between Canadian

4   customers and Internet Archive.

5      Q.  Internet Archive US, the 501 --

6      A.  Internet Archive, yeah.

7      Q.  Okay.

8      A.  We -- so we would get all the revenues, but they

9   would incur expenses in Canada.  Like, payroll and office

10  supplies and so on.

11         So what they would do is we would send them on a

12  regular basis, funds through the -- to the payroll

13  company so they could meet the payroll.

14     Q.  And was Internet Archive Canada collecting

15  revenue on its own books?

16     A.  In 1996, no.

17     Q.  Or 2016, rather; right?

18     A.  I mean, 2016, no.

19     Q.  Does it currently receive revenue on its own

20  books?

21     A.  Yes.  A couple of years ago we decided that we

22  would switch that.  And now the majority of the contracts

23  are in Canadian dollars, payable in Canada.

24     Q.  Got it.

25         But for 2016, any revenue that was garnered by

```
1    the IA Canada scanning center is on Internet Archive's
2    books; right?
3         A.  That is correct.
4         Q.  And is it the same deal with Internet Archive
5    UK, that Interne Archive US, for want of a better term,
6    is forwarding them money to operate?
7         A.  That is correct.
8         Q.  Got it.
9             I'm going to go through --
10        A.  And it's still the case nowadays for UK.
11        Q.  Got it.
12            I'm going to go through this quick, because I
13   think it's all standard and pretty self-explanatory.
14            But compensation of current officers, directors,
15   trustees and key employees, $141,545.  That is for
16   payments to board members like yourself; right?  Or
17   not -- strike that.
18            Not board members, but officers like yourself;
19   right?
20        A.  Officers and employees, yes.
21        Q.  Okay.  I guess my question is:  How is that
22   different from line 7, "Other salaries and wages"?  I'm
23   just trying to understand the distinction.
24        A.  I -- I think what they -- the way it was done,
25   and my recollection is kind of fuzzy on this, but that
```

Page 96

1    it's much more complicated than that, but that's kind of

2    a gross explanation of it.

3        Q.  So if I understand you correctly, a 501(c)(3)

4    corporation needs to pass a test or meet certain

5    criteria?

6        A.  Yes.

7        Q.  And this document is recording which of those

8    tests Internet Archive meets; right?

9        A.  Yes.

10       Q.  Okay.  So if you go to line 10 -- I think this

11   is what you're mentioning -- there's a checkmark there;

12   right?

13       A.  That is correct.

14       Q.  So -- and that category says, "The organization

15   normally receives more than 33-1/3 percent of its support

16   from contributions" -- and I'm omitting some language.

17   And then, two, "No more than 33.3 percent of its support

18   from gross investment."  I'm going to omit the rest of

19   that.

20           Do you see that?

21       A.  Yes.

22       Q.  So in plain English, this means that the

23   Internet Archive is a 501(c)(3) because it receives

24   33-1/3 percent of its support from contributions,

25   membership fees and gross receipts from activities

Page 97

```
 1   related to its functions, and no more of 33-1/3 percent
 2   of its support from gross investment income, unrelated
 3   business taxable income, from business acquired by the
 4   organization after June 30th, 1975.  And I apologize.
 5   That's a mouthful.
 6           But this records the basis on which Internet
 7   Archive is a 501(c)(3) corporation; correct?
 8       A.  That is correct.  And that test is a five-year
 9   test.
10       Q.  So over the last five years, the proportion of
11   contributions needs to balance out in the ways stated by
12   this rule; right?
13       A.  That is correct.
14       Q.  Okay.  So going to -- I'm looking up this list
15   of ways you can be a 501(c)(3).  Number 5 says, "An
16   organization operated for the benefit of a college or
17   university owned or operated by a governmental unit,"
18   described in an institute that I won't quote.
19           Do you see that?
20       A.  Yes, I do.
21       Q.  And Internet Archive does not qualify as a
22   501(c)(3) under that basis; right?
23       A.  It does not, no.
24           MS. LANIER:  Sorry.
25           Objection.  Calls for a legal conclusion.
```

Page 114

1      Q.  I think we can slide through some of this to

2   page -- page 8 of the physical document, but it's page 10

3   of the PDF.

4      A.  Okay.

5      Q.  Okay.  Do you see the line beginning with the

6   heading "Donated Assets and Services?

7      A.  No.  I'm on page 10 of the PDF.

8      Q.  Oh, does it say, "Note A, Nature of Activities

9   and Significant Accounting Policies"?

10     A.  Let me change here.  What page of the document

11  do you want me to be on?

12     Q.  Sure.  Yeah, it's page -- if you're looking at

13  the page numbers on the -- what would be paper document,

14  it's page 8.

15     A.  Okay.  "Note A, Nature of Activities"?

16     Q.  Exactly right.  And I'm interested in the

17  paragraph beginning, "Donated Assets and Services."

18          Do you see that?

19     A.  Yes.

20     Q.  Okay.  So it says, "Donated non-cash assets are

21  recorded as contributions at their estimated fair values

22  at the date of donation"; right?

23     A.  Yes.

24     Q.  Correct me if I'm wrong, but the way I read this

25  is that Internet Archive needs to record any non-cash

Page 115

1    assets that it receives from donations and estimate their

2    fair value; right?

3        A.  That's correct.

4        Q.  Okay.  And then if you go to the next page,

5    "Note B, Fair Value Estimates."  This explains how the

6    assets are valued; right?  Take your time to read it.  I

7    don't -- I don't want to put words in your mouth.

8        A.  Okay.

9        Q.  So was I correct when I said that Note D starts

10   by telling you how these assets are fairly valued?

11       A.  That is correct.

12       Q.  Okay.  And then at the bottom, we have a couple

13   of assets that were valued, Bitcoins and common stock.

14           Do you see that?

15       A.  I see it.

16       Q.  And my first question is:  Do you know where the

17   Bitcoins came from, who donated them?

18       A.  We get Bitcoin donations, and we don't know who

19   gave it to us because it's Bitcoin.

20       Q.  Oh, okay.  So --

21       A.  But it's on the donation page.

22       Q.  So somebody -- do you know if it's a single

23   donation?

24       A.  Oh, no.  It's, like, many, many donations.

25       Q.  So each year --

 1       A.  But usually very small.

 2       Q.  But you don't know who's making those donations;

 3  right?

 4       A.  No, there's no way you can tell.

 5       Q.  It could be ISIS, for all you know?

 6       A.  For all I know.

 7           MS. LANIER:  Objection.  Calls for speculation.

 8           Come on.

 9       Q.  BY MR. BROWNING:  It underlines the point.

10           But these are small donations of Bitcoin that

11  are made every review; right?

12       A.  Yes.

13       Q.  And they are valued as an asset?

14       A.  Yes.

15       Q.  Okay.  Because they are donated?

16       A.  (Nods head.)

17       Q.  And they have a value as an asset?

18       A.  (Nods head.)

19       Q.  Okay.  Common stock.  What stock are we talking

20  about?

21       A.  So we have some donors that say, "I want to make

22  a donation, and I want to donate stocks."  And we give

23  them information to transfer the stock from their account

24  to our account at Morgan Stanley.  And once we receive

25  the stock, then Brewster authorizes the sale of the stock

1      Q.  And so I'm going to read a bunch of categories

2   that are blank.  But there's:  "Art - works of art,"

3   "Art - historical treasures," "Art - fractional

4   interests," and "Books and publications."  And there's a

5   bunch of other stuff that -- that they are not checked.

6          Does this mean that Internet Archive did not

7   receive non-cash contributions of this nature?

8      A.  I'm not quite sure I understand your question.

9      Q.  Sure.

10          Let's put it another way:  According to this

11   form, did Internet Archive receive contribution of art -

12   works of arts, art - historical treasures, art -

13   fractional interest, books and other publications, or any

14   other category listed before line 25, "Other"?

15      A.  No, we did not.

16      Q.  And then on line 25, "Other," there's an X mark

17   indicate- -- strike that.

18          On line 25, "Other," next to the parenthesis, it

19   says, "Bitcoin"; right?

20      A.  Yes, it does.

21      Q.  So this was a -- is it correct to say this was a

22   Bitcoin donation?

23      A.  That is correct.

24      Q.  And it says there was one item contributed.

25          Do you see that?  And I assume that's one

1    Bitcoin or chunk of Bitcoins; right?

2         A.  No.  That was -- that was $1 million worth of

3    Bitcoin.

4         Q.  Right.

5             But what I'm trying to figure out is:  Was that

6    donated by one person?  Because previously you testified

7    you got Biocin from a whole bunch of different people.

8         A.  No, this --

9         Q.  Was this one person?

10        A.  This donation was -- is an anonymous donation

11   from the Pineapple Fund.  We don't know who's behind the

12   Pineapple Fund.

13            But the Pineapple Fund at some point donated to

14   several charities a big chunk of Bitcoin.

15        Q.  And do you know -- what do you know about the

16   Pineapple Fund?

17        A.  Nothing.  We tried to figure out who it was, but

18   we never could figure it out.

19        Q.  Do you have any -- who's your best guess?

20        A.  Oh, I don't know.

21            MS. LANIER:  Objection.  Calls for speculation.

22        Q.  BY MR. BROWNING:  Fair enough.

23            I wish someone -- some random organization would

24   give me a million dollars worth of Bitcoin.  That's a

25   nice windfall.

1  similar to Schwab or what you call investment banks or,

2  you know --

3      Q.  Okay.  The money came --

4      A.  Morgan Stanley or, you know.  So it came from --

5  from a DAF, which is a D-A-F, which is donor advised

6  fund.

7      Q.  And who is the donor?

8      A.  The donor is -- I don't know who the donor is,

9  but it's coming from Brewster.

10      Q.  So this is Brewster's personal wealth coming

11  through a mechanism you don't quite understand into

12  Fidelity Charitable.  And that was paid to Internet

13  Archive, who then paid Open Library of Richmond, who then

14  purchased Better World Books?

15      A.  That is correct.

16          MS. LANIER:  Objection.  Mischaracterizes

17  previous testimony.

18      Q.  BY MR. BROWNING:  I heard -- you answered

19  correct.

20          MR. BROWNING:  But objection noted.

21      Q.  Do you know where Brewster got $16,750,000 from?

22          MS. LANIER:  Objection.  Calls for speculation,

23  outside the scope.

24      Q.  BY MR. BROWNING:  You can answer.

25      A.  I do not.

Page 167

1      A.  From prior year smaller amounts?

2      Q.  Yes.

3      A.  It's typically individual donations that are

4  earmarked for books.

5      Q.  For the purchase of books?

6      A.  For the scanning of books.

7      Q.  For the scanning of books.

8          So individual donors give you money and say,

9  "Contribute this to scanning.  Pay someone to scan

10  books"?

11      A.  Well, I would say -- I could give $100 to

12  Internet Archive and say, "I want that money to go to the

13  Books Group."

14      Q.  Got it.

15          And to your knowledge, does this line include

16  income from Internet Archive's book sponsorship program?

17  Actually, let me back up a step.

18          Are you aware that Internet Archive offers a

19  book sponsorship program?

20      A.  I am.

21      Q.  And what is your knowledge about what that

22  program entails?

23      A.  It's fairly general.  If you have a book that

24  you are interested in and interested in having a digital

25  copy of it, you can send us money or you can send us a

Page 168

1    book plus a donation to cover the cost of -- to cover the

2    cost of the digitization of that book.

3         Q.  Got it.

4              And so if I understand correctly, the deal is

5    essentially you -- the donor gives Internet Archive money

6    in excess of the price of the book, and that money covers

7    the purchase of the book and its scanning?

8         A.  That is correct.

9         Q.  And potentially other expenses, you know,

10   related to the -- funding the organization?

11        A.  (Nods head.)

12        Q.  Is -- sorry.  You're nodding "yes"; right?

13        A.  Yes, I am.

14        Q.  Is that income reported as part of contributed

15   income on this P&L?

16        A.  It should be, yes.

17        Q.  Let's keep going down now through the

18   expenses -- or actually, let me take a step back.

19             At the bottom line -- at the bottom of the

20   income section, I guess, there's a line that's gross

21   profit, and at the end there's a -- far right-hand end of

22   the column it says, "Total," and it looks like the

23   Internet Archive made $36,491,732 of gross profit from

24   its commercial digitization -- book digitization

25   activities; is that correct?  Sorry, between 2011 and

1    2020; is that correct?

2         A.   Yes.   That's the gross profit, yes.   Before

3    expenses.

4         Q.   Right.   And we'll get to expenses now.

5              What -- just going through each of these, what

6    is entailed by administrative expenses?

7         A.   It's the portion of administrative expenses that

8    relates to the Books Group.

9         Q.   So that's sort of office management for the

10   Books Groups, essentially; right?

11        A.   That is correct.

12        Q.   And what is community outreach?

13        A.   Community outreach is the amount of money that

14   was spent to go visit libraries and obtain contracts to

15   have them give us their books to digitize.

16        Q.   Okay.   And that's money you paid employees to do

17   this, or what was that money for specifically?

18        A.   That is money that is -- covers travel expenses,

19   trade shows, hotels, you know, restaurants, you know,

20   transportation in general.

21        Q.   Got it.

22        A.   It's basically a selling expense.

23        Q.   Got it.

24             And how about contractors, what's in there?

25        A.   Contractors are basically contractors that we

Page 174

1      Q.  And then it had a loss each year from 2017 to

2   2020; right?

3      A.  That is correct.

4      Q.  And ultimately, over the ten-year period there

5   was a $2,279,859 loss; right?

6      A.  That is correct.

7      Q.  Do you know why book scanning was no longer

8   profitable after 2016?

9      A.  I do.

10      Q.  Why?

11      A.  In 2016, the director of books, a gentleman by

12   the name of Robert Miller, left the organization to take

13   the CEO post at the concession of library called Lyraris.

14   It's L-Y-R-A-R-I-S.

15          And Robert Miller was a super salesman.  He had

16   more energy than the Eveready Bunny, and he brought in a

17   lot of business.  When Robert left, Brewster decided that

18   he will not replace him and he would put the burden of

19   getting the work to us on the scanning coordinators.

20   Unfortunately, the scanning coordinators are not equipped

21   to do that.  They're equipped to manage a team of

22   scanners, and that's about it.  That's the number one

23   factor.

24          The number two factor is our library partners

25   ran out of books that were out of copyright, so pre-1923,

1   and they're reluctant to give us books that were in

2   copyright.

3        Q.   And are you aware of communications from

4   libraries telling you that they are wary of scanning

5   copyrighted books?

6        A.   I am not.

7        Q.   Well, who told you that then?

8        A.   I heard it through the organization.

9        Q.   But you can't remember a specific person?

10       A.   No.

11       Q.   And is it your opinion that book scanning could

12   be profitable again if Internet Archive had someone like

13   Robert Miller to bring in more business from libraries?

14       A.   Probably not.

15       Q.   And that's because why?

16       A.   Because libraries are not -- are reluctant to

17   give us books past 1923 or 1925 now, I think.

18       Q.   It is 1925.  Understood.

19            MR. BROWNING:  Carl, could you queue up the

20   other profit and loss document, please?

21            MR. MAZUREK:  Will do.

22            MS. LANIER:  Excuse me.  We've been going for

23   about an hour 20.  It may be time for another ten-minute

24   break, and maybe that will afford your colleagues a

25   little more time to respond to your email if they have

Page 179

1   paid royalty payments.  What are those for?

2        A.  I'm not sure.  I don't want to guess what it's

3   for.

4        Q.  Okay.  Well, put a pin in it.

5            Then I'm jumping down half a page to line 41,

6   "Contributed Income."  These definitions of corporate --

7   these appear to be line items for corporate donations,

8   foundation donations, government donations and individual

9   donations; is that correct?

10       A.  That's correct, yes.

11       Q.  And the definitions of those terms we previously

12  discussed.

13           I'd like to direct your attention to the

14  government donations, and I'm going to ask you to do a

15  bit more math for me.  So I can represent to you the

16  percentages, if you'd like to do it yourself.  I would

17  like to know the -- or I know, but I would like to put on

18  the record the percentage of government funding that

19  Internet Archive has received as a fraction of its

20  income.

21       A.  1.8 percent.

22       Q.  That's what I got, too.  Thanks.

23           So the government funding for Internet Archive

24  between January 2011 and December 2020 is 1.8 percent of

25  its total income; right?

Page 180

1      A.   That is correct.

2      Q.   Great.

3           And these figures are accurate, to the best of

4    your knowledge, based on Internet Archive's books?

5      A.   They are.

6      Q.   Okay.  And can we roll down to page 3 and

7    technology expenses.  Oh, sorry.  There's no pages on

8    this.  Can we roll down to technology expense?  I think

9    it's line 167 of the spreadsheet.

10     A.   Yep.

11     Q.   And you'll see there's expenses for bandwidth.

12   Am I correct to assume that that is the money Internet

13   Archive pays for the bandwidth required to transmit its

14   services or website?

15     A.   That is correct.

16     Q.   And driver storage hardware, less than $5,000,

17   so this is expenses for drives and storage hardware that

18   costs less than $5,000; right?

19     A.   That is correct.

20     Q.   And then servers and hardware more than $5,000

21   is the price -- or any expenses for servers and hardware

22   above that price; right?

23     A.   Correct.

24     Q.   And then there's miscellaneous hardware.  Do you

25   know what goes into the miscellaneous hardware category?

Page 202

1        Q.  And that sentence -- correct me if you disagree,

2   but the plain meaning of that sentence:  That the

3   2.5 million ebooks in IA's collection is relevant to the

4   credibility of the proposed solution in this application

5   for a $100 million grant?

6            MS. LANIER:  Objection.  Scope, calls for

7   speculation.

8            THE WITNESS:  Okay.

9        Q.  BY MR. BROWNING:  Do you agree?

10           MS. LANIER:  Same objections.

11           THE WITNESS:  I do.

12       Q.  BY MR. BROWNING:  Okay.  Great.  I think we can

13   move on.

14           I'm going to ask you a general question,

15   Jacques.  Does Internet Archive monetize its website?

16           MS. LANIER:  Objection.  Scope --

17           THE WITNESS:  What do you mean by "monetize"?

18           MS. LANIER:  -- vague.

19       Q.  BY MR. BROWNING:  Monetize, as in collect

20   revenue from.

21       A.  From the website?

22       Q.  Yes.  Well, let's be specific.  Let's talk about

23   the OpenLibrary.org lending library.  Is that monetized

24   under the definition I just gave you?

25       A.  I don't --

Page 203

1          MS. LANIER:  Same objection.

2          THE WITNESS:  I don't believe it does.

3          MR. BROWNING:  Okay.  Carl, can you pull up Tab

4    14, please.

5          (Exhibit 87, Screenshot, Open Library, marked

6          for identification electronically by counsel.)

7          MR. MAZUREK:  Okay.  It should be in the shared

8    folder, Exhibit 87.

9          THE WITNESS:  Is that Exhibit 0087?

10     Q.  BY MR. BROWNING:  Yes.  Sorry.  It's slow on my

11   end, so pull that up.

12          Okay.  Jacques, is it up in front of you --

13     A.  Yes.

14     Q.  -- Exhibit 87?

15          I am going to represent to you that this is the

16   page for a book being distributed through the lending

17   library book.  The book is called Wolf Hall.  This is a

18   printout of a web page on OpenLibrary.org.

19          Do you see towards the bottom of that front page

20   where it says, "Buy this book"?

21     A.  Where do you see that?

22     Q.  Under "Check nearby libraries."

23     A.  Oh, yeah.  Okay.

24     Q.  "Buy this book."  And then it says, "Better

25   World Books," and a price, Amazon, and if you follow it

Page 204

1    through to the next page, Bookshop.org.

2          Do you see that?

3      A.  I do.

4      Q.  Okay.  Under that it says, "When you buy books

5    using these links, the Internet Archive may earn a small

6    commission."

7          Do you see that?

8      A.  I do.

9      Q.  Is that not an example of Internet Archive

10   monetizing this web page?

11         MS. LANIER:  Objection.  Scope.

12         THE WITNESS:  Well, I mean, I didn't think of

13   that.

14     Q.  BY MR. BROWNING:  That's not an answer to my

15   question, so let's take a half step back.

16         This -- we discussed earlier Internet Archive's

17   affiliate program.  This is, as I understand it, part of

18   Internet Archive's affiliate program, and the way that

19   works is every time someone clicks through to one of

20   those buy this book links, Internet Archive gets money.

21   Is that your understanding of how that works?

22     A.  Yes.

23     Q.  So my question is:  Do you now agree with me

24   that Internet Archive monetizes the web pages on its

25   lending library?

Page 205

1              MS. LANIER:  Objection.  Scope, vague.

2              THE WITNESS:  Just for the books, yes.

3         Q.  BY MR. BROWNING:  Great.

4              MR. BROWNING:  Carl, could you pull up Tab 13,

5    please?

6              MR. MAZUREK:  Yes.

7              Sorry.  One more minute.  I'm having some

8    technical difficulties.

9              MR. BROWNING:  Sure.  I'm frankly surprised it

10   took this long for us to have technical difficulties, so

11   it's completely understandable.

12             (Exhibit 88, Screenshot, Open Library, marked

13             for identification electronically by counsel.)

14             MR. MAZUREK:  Okay.  I think the exhibit should

15   be in the shared folder as Exhibit 88.

16             MR. BROWNING:  Thank you, Carl.

17        Q.  Jacques, after you've refreshed your browser,

18   please pull up Exhibit 88 and let me know when you see

19   it.

20             Do you have it up?

21        A.  Yes.

22        Q.  Does -- this Exhibit 88 is a copy of a web page

23   on OpenLibrary.org, and the result of a search for Wolf

24   Hall, which is a copyrighted book distributed through the

25   lending library.

1          Jacques, do you see at the top right-hand corner

2     there's a button that says, "Donate"?

3          A.   Yes.

4          Q.   And what happens if you click on that button, to

5     the best of your knowledge?

6               MS. LANIER:  Objection.  Scope.

7               THE WITNESS:  It takes you to the donate page.

8          Q.   BY MR. BROWNING:  And what can you do on the

9     donate page?

10         A.   You can donate --

11              MS. LANIER:  Objection.  Scope.  Pardon me.

12              Objection.  Scope.

13              THE WITNESS:  You can -- you can donate to the

14    Internet Archive.

15         Q.   BY MR. BROWNING:  Great.

16              So people who are using the lending library are

17    given the option via the website to donate money to the

18    Internet Archive; right?

19              MS. LANIER:  Objection.  Scope, mischaracterizes

20    previous testimony.

21              THE WITNESS:  I believe every single page of the

22    website that you're looking at, Open Library or other,

23    has a donate button on it.

24         Q.   BY MR. BROWNING:  Got it.

25              But someone who is looking to use the lending

Page 207

1    library, specifically looking for this Wolf Hall book,

2    would be presented with the donate button.  We can agree

3    on that; right?

4         A.  Yes.

5         Q.  And would you agree with me that this is another

6    way in which Internet Archive monetizes its lending

7    library web pages?

8              MS. LANIER:  Objection.  Scope, vague.

9              THE WITNESS:  That is a very broad

10   interpretation.

11        Q.  BY MR. BROWNING:  Of monetizing?  You know, if

12   you want to define it, but I mean, as I understand

13   monetize is makes money from, and what -- you know, do

14   you disagree with me that the donate button is not a way

15   to make money from the lending library?

16             MS. LANIER:  Same objection.

17             THE WITNESS:  It's -- the donate button takes

18   you to the general page of the Internet Archive, and it

19   doesn't mean that the money that's being given would

20   specifically go to the Open Library.

21        Q.  BY MR. BROWNING:  I understand that, but it will

22   go to Internet Archive.

23        A.  It will go to Internet Archive.

24        Q.  Okay.  So I'm going to have one more try at

25   this.  So would you agree with me that this web page is

1   monetized?

2          MS. LANIER:  Objection.  Scope, vague.

3          THE WITNESS:  I mean, every single page of the

4   Archive is monetized.

5      Q.  BY MR. BROWNING:  Okay.  Mr. Cressaty, let's

6   move on.

7          MR. BROWNING:  Carl, there's going to be a jump

8   here.  Can we go to Tab 28, please?

9          MR. MAZUREK:  Yes.

10          (Exhibit 89, INTARC00138102, marked for

11          identification electronically by counsel.)

12          MR. MAZUREK:  It should be in the shared folder.

13      Q.  BY MR. BROWNING:  And before I pull -- or we

14   pull this up, Jacques, I have a question for you.  Do you

15   believe that Internet Archive is a public library?

16      A.  I do.

17      Q.  What is the basis for that belief?

18      A.  We make the books available to patrons for free.

19      Q.  Are you aware of Internet Archive being

20   accredited as a library by any governmental institution?

21      A.  Yes, I am.

22          MS. LANIER:  Objection.  Scope.

23      Q.  BY MR. BROWNING:  Who -- what -- tell me what

24   you know about that.

25          MS. LANIER:  Same objection.

Page 241

```
 1   Income Tax for Better World Libraries for 2019, also
 2   known as Form 990.
 3        Q.  Do you see this?  Pardon me, Jacques?
 4        A.  I'm sorry, what is the exhibit number?
 5        Q.  Ninety-seven.
 6        A.  Okay.
 7        Q.  Sir, previously, Mr. Cressaty, we discussed
 8   Better World Libraries, and you testified that Better
 9   World Libraries is a company within the Austin Kahle
10   Empire that purchased Better World Books; is that right?
11        MS. LANIER:  Objection.  Mischaracterizes
12   previous testimony.
13        Q.  BY MR. BROWNING:  I think that's a perfectly
14   fair characterization, but you can answer, Mr. Cressaty.
15   And tell me if it's not.
16        A.  Yes.  It got the stock from the --
17        Q.  Got it.
18            And Better World Books, is that a not-for-profit
19   corporation or a for-profit corporation?
20        MS. LANIER:  Objection.  Scope.
21        THE WITNESS:  It's a corporate -- it's an S
22   corp.
23        Q.  BY MR. BROWNING:  What is an S corp?
24        A.  An S corp is a corporation that has a public
25   benefit scope.  Or whatever you want to call it.
```

Page 248

1          And so here I'm going to read some more, and

2      we'll read slowly.  ████████████████████████████

3      ██████████████████████████████████████████████████

4      ████████████████████████████████████████████████

5      █████████████████████████

6          ████████████████████████████████████████

7      ██████████████████████████████████████████████

8      ██████████████████████████████████

9          ████████████████████████████████████████

10     ███████████████

11       █████████████████████████████████████████████

12     ███████████████████████████████

13       █████████████

14          Q.  Okay.  "As the only shareholder in Better World

15     Books, Better World Libraries established a new and

16     physically responsible board of directors and officers

17     for Better World Books to safeguard their important

18     Mission as a B corporation."

19          Who is on the new and fiscally responsible board

20     of directors and officers for Better World Books?

21          MS. LANIER:  Objection.  Scope.

22          THE WITNESS:  I think the old board had

23     something, like, 12 people.  The new board has Brewster,

24     Kahle, Dustin -- I can't think of his last name.

25     Hoffman, I think.

1     Q.  BY MR. BROWNING:  Holland?

2     A.  I'm sorry?  Holland?  Yeah, Dustin Holland,

3  who's the CEO.  And Jim Michalko, I think, is on the

4  board.

5     Q.  Okay.  So by my count, people affiliated with

6  the Austin Kahle Empire have a controlling interest on

7  the Better World Books' board; is that right?

8          MS. LANIER:  Objection.  Misstates previous

9  testimony.  Objection.  Scope.

10         THE WITNESS:  Yes.

11    Q.  BY MR. BROWNING:  You can answer.  Yes.

12    A.  Well, Dustin Holland doesn't, and I think

13 Jim Michalko is the other director, but I can't -- my

14 memory is failing me there.

15    Q.  Sorry.  Jim Michalko is or was a -- I don't know

16 if he's a director or officer of Internet Archive; right?

17    A.  No.

18    Q.  Jim Michalko is affiliated with Internet

19 Archive; right?

20    A.  He was -- I believe he was a contractor for us

21 at some point.

22    Q.  Okay.  But he had no connection with Better

23 World Books before he was on the board for it; correct?

24    A.  Say that again.

25    Q.  Sure.

Page 276

1   STATE OF CALIFORNIA    ) ss:

2   COUNTY OF MARIN        )

3

4          I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do

5   hereby certify:

6          That the foregoing deposition testimony was

7   taken before me at the time and place therein set forth

8   and at which time the witness was administered the oath;

9          That testimony of the witness and all objections

10  made by counsel at the time of the examination were

11  recorded stenographically by me, and were thereafter

12  transcribed under my direction and supervision, and that

13  the foregoing pages contain a full, true and accurate

14  record of all proceedings and testimony to the best of my

15  skill and ability.

16         I further certify that I am neither counsel for

17  any party to said action, nor am I related to any party

18  to said action, nor am I in any way interested in the

19  outcome thereof.

20         IN WITNESS WHEREOF, I have subscribed my name

21  this 28th day of October, 2021.

22

23

24

25         LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462