McNamara Declaration
Exhibit 46
part 5

**Open Libraries**

a project by the Internet Archive

**Internet Archive** | *100&Change*

## *Open Libraries* **Letters of Support**

### Pamela Samuelson                                                   119

Samuelson is the Richard M. Sherman Distinguished Professor of Law at the
University of California, Berkeley. She is an intellectual property scholar and
co-director of the Berkeley Center for Law and Technology. She was a
MacArthur Fellow in the class of 1997.

### American Library Association                                        123

The ALA is a member organization representing 58,000 member libraries of
all types —academic, public, school, and special— in the U.S. and more than
100 other nations.

### Digital Library Federation                                         125

The Federation represents 162 research and memory institutions housing
significant digital initiatives and works to advance research, learning,
social justice, and the public good through the creative design and use
of digital library technologies.

### National Federation of the Blind                                   127

NFB is the oldest and largest nationwide organization of blind people and
a leading advocate for equal access to information by the blind.

### San Francisco Public Library                                       128

### Coalition for Networked Information                                130

CNI is a non-profit program of the Association of Research Libraries and
EDUCAUSE. With more than 240 institutional members, EDUCAUSE is
dedicated to supporting the transformative promise of digital information
technology for the advancement of scholarly communication. .

### Houghton Mifflin Harcourt                                          132

### Authors Alliance                                                   133

The Authors Alliance represents more than 1,200 authors who want to
take advantage of digital age opportunities to share their creations with
readers, promote the ongoing progress of knowledge, and advance
the public good.

INTARC00151196



**Open Libraries**
a project by the Internet Archive

Internet Archive | *100&Change*

**MIT Press**                                                                                     135

**Wikimedia Foundation**                                                                          136

The Wikimedia Foundation is a non-profit that supports and operates
Wikipedia, Wikimedia Commons, Wikidata, and other free knowledge projects.

**Public Library Association**                                                                     138

PLA works with 9000+ member libraries to enhance their abilities to provide
an array of services to their communities.

**Digital Public Library of America**                                                             139

The DPLA is a network of 2,500 libraries, museums, and archives working
to expand the breadth and depth of digitized materials.

**Califa**                                                                                        140

Califa is a non-profit library consortium representing 230 libraries in California.
It is a recognized leader in e-content advocacy, access, and innovation.

**ReadersFirst**                                                                                  142

ReadersFirst is a open and cost-free organization dedicated to ensuring
access to free and easy-to-use ebook content. They represent 300 library
systems and 200 million readers across the globe.

**American Library Association Office for Intellectual Freedom**                                  143

The Office of Intellectual Freedom implements ALA policies concerning
the concept of intellectual freedom as codified in the Library Bill of Rights.

**Northeastern University Libraries**                                                             144

This library is led by the former director of the Digital Public Library of America.

**Benetech**                                                                                       146

Benetech's Bookshare online library is the largest library for people with
disabilities such as blindness or dyslexia.

INTARC00151197



Internet Archive | 100&Change

## Center for Internet and Society · 147

CIS is a non-profit organization that does policy and academic research on internet and digital technologies. Main areas of focus include digital access for persons with disabilities, access to knowledge, intellectual property rights, openness, and digital privacy.

## Learning Ally · 148

Learning Ally is a national non-profit dedicated to helping students with print disabilities, including blindness, visual impairment, and dyslexia, learn at home and in the classroom.

## LightHouse for the Blind · 149

The LightHouse promotes social equality and independence through providing training, education, advocacy, and community for blind individuals in California and around the world.

## Dr. Sam Pitroda · 150

Pitroda has dedicated his life to broadening access to information and bridging the digital divide in developing countries, in particular in India. He is an advocate in particular for those with print disabilities, including India's 15 million blind.

## Whose Knowledge? · 151

Whose Knowledge? is a global, multi-lingual campaign to make knowledge on the internet more diverse and plural.

## Martha Kanter · 153

Kanter served as the U.S. Under Secretary of Education from 2009-2013 under President Obama and is a founder of the College Promise Campaign at Civic Nation.

## The Institute for the Study of Knowledge Management in Education · 155

ISKME is an independent education non-profit whose mission is to improve the practice of continuous learning, collaboration, and change in the education sector.

## University of Alberta · 156

INTARC00151198

🏛 **Open** Libraries
a project by the Internet Archive

| Internet Archive | *100&Change* |

## New Knowledge Organization, Ltd.     157

New Knowledge is an interdisciplinary social sciences think tank collaborating with changemakers to build a strong, healthy democracy and thriving biosphere. NKO will serve as an independent external evaluator to monitor the Open Libraries initiative.

## University of Washington Information School     159

The ISchool is home to researchers who recognize that access to and effective use of information is key to building a better world. A partner to the Internet Archive, ISchool researchers design solutions to complex information challenges.

## Boston Public Library     161

## Los Angeles Public Library     163

## Sacramento Public Library     165

## Chicago Public Library     167

## New York Public Library     168

## Multnomah County Library (Portland, OR)     169

## Michelle M. Wu     170

Wu is the Associate Dean for Library Services and Professor of Law at Georgetown Law where her research focuses on copyright, intellectual property licensing, and information management.

## Mary Lou Jepson     172

Jepson has served as a top engineering executive at Google and Facebook. She is one of the co-founders of One Laptop per Child and its first CTO.

INTARC00151199



## Abby Smith Rumsey                                                     174

Rumsey is a writer and historian focused on the creation, preservation, and use of the cultural record in all media. She has worked at the Library of Congress, the Council on Library and Information Resources, and the Scholarly Communication Institute at the University of Virginia.

## Electronic Frontier Foundation
                                                                        177

EFF is a non-profit organization defending civil liberties in a digital world. Their work includes policy, litigation, grassroots activism, and technology development in pursuit of use privacy, free expression, and innovation.

## Vint Cerf                                                            179

Cerf is a VP and the Chief Internet Evangelist at Google. Widely known as a "Father of the Internet," Cerf co-designed the TCP/IP protocols and the architecture of the internet.

INTARC00151200



**Pamela Samuelson**
Richard M. Sherman Distinguished
Professor of Law
University of California, Berkeley
School of Law
892 Simon Hall
Berkeley, CA 94720
Tel: 510-642-6775
Fax: 510-643-5814

28 June 2017

John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, Illinois 60603
Attn: Board of Directors

**Re: 100&Change – letter of support for the Internet Archive**

To the MacArthur Foundation Board Members:

I am pleased to offer this letter to support the Internet Archive (IA) in the Foundation's 100&Change competition. IA's Open Libraries initiative to create a free, online collection of four million books presents an at-scale solution to a global problem, namely, that in this digital age we have not yet succeeded in bringing our vast resources of information online for broader public access. At present, only a small percentage of our accumulated heritage is available online than could be or should be. IA and Open Libraries, under the auspices of the 100&Change grant, would make major strides towards addressing this problem by providing far greater public access to the contents of books from library collections in digital form. Many, and perhaps most, of these books are currently underutilized because they exist only in analog form and can only be obtained by physical presence in library facilities. The framework established by Open Libraries will not only promote efficient growth and expansion of a major database containing much of the cultural heritage of the 20th century, but will also serve affiliated libraries around the U.S. and be a model for other digital library initiatives. It will provide long-lasting and far-reaching public welfare benefits for generations to come.

As an intellectual property scholar, I have been greatly influenced by the aspiration the nation's founders built into the Constitution. The founders gave Congress the power "to promote the progress of science and useful arts" by granting exclusive rights for limited times to the original writings of authors. In Thomas Jefferson's day, these rights—collectively called copyright—lasted only fourteen years, and could be renewed for only fourteen additional years. If copyright had the same duration today as back then, all works of authorship created before 1990 would be in the public domain and freely available for reproduction and dissemination. Copyright lasts longer than that nowadays, and makes it more difficult for libraries to carry out their historically important mission to enable public access not only to public domain materials, but also to in-copyright works. A project such as now envisioned by IA's Open Libraries, with its aim to enable free public access to millions of digital books that would serve research, art, culture, and education, would fall squarely within the constitutional objectives that motivated the founders to enable the creation of copyright. Thomas Jefferson would support this initiative, and Benjamin Franklin too.

INTARC00151201

John D. and Catherine T. MacArthur Foundation: 100&Change
June 28, 2017
page 2

I've been working with Brewster Kahle and IA for more than a decade to provide support and guidance for the creative efforts IA has made to respect and work within the rules of copyright while at the same time providing as much access to creative works as fair use and other flexible doctrines of copyright permit. By partnering with other libraries and enabling them to lend digital copies of works in their physical collections, IA's mission "to provide Universal Access to All Knowledge" will be much furthered.

The Open Libraries Project reflects IA's ongoing commitment to ensuring better access to information for all. IA started with archiving the contents of open sites in today's digital networked environment. It went on to make available a wide range of additional information resources such as television news broadcasts and other video and audio recordings, still images, and software programs. This lofty undertaking expanded logically to digitizing books. As I wrote in 2011, "A digital library containing all the world's knowledge is a laudable goal; just ask Brewster Kahle, who established the Internet Archive in 1996, years before Google was founded, and who has worked tirelessly to create it as a non-profit true digital library."[1]

IA's efforts have intersected with my own academic and professional interests. Over the course of my thirty-plus-year-career as a scholar, educator, and advocate, especially at Berkeley Law where I teach courses in intellectual property law and serve as co-director of the Berkeley Center for Law & Technology, my research and writings have explored the boundaries of intellectual property law and the challenges posed by new information technologies.[2] Securing broad public access to our cultural heritage through mass digitization is a particularly compelling issue, one that I have focused on throughout the past decade.

My professional interest in mass digitization was first piqued by the Google Book Search project and then by the lawsuit that the Authors Guild brought against Google. When Google, the Guild, and the Association of American Publishers proposed a settlement that would have created a digital library of millions of books that would be publicly accessible, I was supportive of the overall goal, but not of the means the settling parties planned to use to achieve it. Contrary to Sergey Brin's claim, the Google Book settlement would not have created a library to last forever, but rather a shopping mall whose commercialization of books and destruction of reader privacy would have created a monster. IA and I objected to this settlement, in part because it would have allowed Google—and only Google—to commercialize all out-of-print books in the world. I filed objections to the settlement on behalf of academic authors because the Authors Guild did not adequately represent our interests in the negotiations. After that settlement failed, I supported Google's fair use defense by filing a brief amicus curiae with the courts to explain why Google's fair use defense should succeed, as it ultimately did.

Although I opposed the Google Books settlement, I have been working hard since then to figure out a way to achieve the laudable goal of the proposed settlement—to enable millions of books to be available online to as broad a public as possible—while respecting copyright and enabling nonprofit public libraries to provide greater public access to the accumulated knowledge of humankind. While technological and financial obstacles to creating a comprehensive digital library are not trivial, copyright may be the most confounding hurdle of all, due in part to the complex rights copyright law confers on owners and because copyright terms are so long. Thus the question remained: how to do it?

---

[1] Pamela Samuelson, "Google Books Is Not a Library," *Huffington Post Blog,* Mar. 18, 2010 (updated May 25, 2011), http://www.huffingtonpost.com/pamela-samuelson/google-books-is-not-a-lib_b_317518.html.

[2] My c.v. and list of published works are available on the Berkeley Law website: https://www.law.berkeley.edu/our-faculty/faculty-profiles/pamela-samuelson/.

INTARC00151202

To that end, my work has addressed copyright challenges for digital libraries and mass digitization projects. I have written, for instance, about fair use as an enabler of broad public access to orphan works, digital lending, and greater access for print-disabled persons. My commitment to fostering greater public access to knowledge motivated me to serve, from 2011 to 2014, as a principal investigator of the Berkeley Digital Library Copyright Project, which was funded by a Sloan Foundation grant. This three-year project focused on how to overcome the copyright obstacles faced by libraries in the digital age.[3] Over the course of the Project, we explored the issues and concerns of library communities and other stakeholders about copyright issues, working with librarians at the University of California, University of Michigan, Harvard University, among others, as well as with library associations in the U.S. and beyond in our research initiatives. We also hosted academic symposia and workshops. Brewster Kahle, IA's Founder, was on the Project's advisory board and participated in several Project events. Our outputs included a series of reports, articles, white papers, and written comments to the U.S. Copyright Office and others, communicating views about how copyright obstacles might be overcome and how coalitions of support for the initiatives to overcome the obstacles might be built. The Project also supported several workshops and conferences to bring together the best minds in the U.S. to address copyright issues posed by mass digitization.

One of the objectives of the Digital Library Copyright Project was to facilitate actual, real-world applications. As an advisor to IA's Open Libraries project, I and other intellectual property law scholars, practicing attorneys, and university research and public library professionals have discussed practical strategies for architecting a large-scale digital library system such as that envisioned by IA. There are a series of measures that IA can take to creatively increase public access without breaking copyright rules. This project will be especially useful to promote public access to older works that are no longer commercially available, and to provide access to underserved communities such as blind and print-disabled users, all while observing traditional library principles such as safeguarding reader privacy. As a nonprofit organization, IA could operate with greater transparency and promote the public interest better than commercial platforms such as Google, Amazon, or Facebook could in running a digital book marketplace.

In addition, as a co-founder of Authors Alliance, a 501(c)(3) not-for-profit organization dedicated to promoting authorship for the public good by supporting authors who write to be read, to be seen, and to be heard, I have a direct interest in broadening public access to my own work and the works of our 1200 members. The Alliance's mission is to further the public interest in facilitating widespread access to works of authorship.[4] The organization has developed a guide to rights reversions for authors who want to reclaim copyrights in their works. We plan to work with IA to help it spread the word about the advantages of rights reversions as a tool to enable broader public access to older but still culturally valuable works. We are working on resources and tools designed to help authors better understand and manage key legal, technological, and institutional aspects of authorship in the digital age.

---

[3] The Project is digitally archived on the Berkeley Law website:
https://www.law.berkeley.edu/experiential/clinics/samuelson-law-technology-public-policy-clinic/digital-library-copyright-project/ (research and project outputs can be accessed by clicking on the link in the menu bar on the right side of the page).
[4] More information from and about Authors Alliance can be found on its website:
http://www.authorsalliance.org/.

INTARC00151203

John D. and Catherine T. MacArthur Foundation: 100&Change
June 28, 2017
page 4

I hope this letter has conveyed the steady development of interest and support for projects such as IA's Open Libraries. Throughout the United States and abroad there are authors, scholars, educators, students, readers and other individuals, libraries and other institutions, all who share with IA a unified vision of a modern library system providing broad public access to knowledge. The 100&Change grant can make possible a marshalling of such communal commitment that just a few years ago might have seemed impossible. The more books that can be brought online, the closer the goal of democratized access to knowledge and culture for all communities can be attained.

We are at a historic moment: Brewster Kahle and the Internet Archive are attempting to do something profoundly important. Let us all work together to move this worthy project further forward and help this and coming generations connect to the world's knowledge.

Thank you for your time and attention. I am happy to provide further information if necessary.

Sincerely,

Pamela Samuelson
Richard M. Sherman Distinguished Professor of Law & Information

122

INTARC00151204

50 East Huron Street
Chicago, Illinois 60611-2795
USA

Telephone: 312-944-6780
Fax: 312-280-5014
Toll Free: 800-545-2433
E-mail: ala@ala.org
http://www.ala.org

**James G. (Jim) Neal**
ALA President-elect

University Librarian Emeritus
Columbia University
420 W. 118th Street
New York, NY 10027
212-854-2423
E-mail: jneal0@columbia.edu

# ALAAmericanLibraryAssociation

July 11, 2017

John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, Illinois 60603
Attn: Board of Directors

To the MacArthur Foundation Board Members:

On behalf of the American Library Association, I am pleased to offer this letter of support for the Internet Archive's 100&Change Open Libraries proposal to the MacArthur Foundation to create a free, online collection of four million books.

Despite technological advances in information delivery, the vast majority of digital resources are not currently available to the public in this country and across the world.  This is particularly true of printed book materials, the majority of which are housed in libraries where these materials are only available to those who can physically access them.  This lack of access negatively impacts research, education and economic development both here in the US and abroad.

The Internet Archive and Open Libraries project would address this problem by providing digital access to the contents of books from library collections.  The more books that can be brought online, the more we can meet the goal of democratized access to knowledge and culture for all individuals and all communities. As individual libraries transform individual communities and individual lives, an online library containing much of the cultural heritage of the Twentieth Century can help transform the world.

The 58,000 members of the American Library Association represent tens of thousands of libraries of all types – academic, public, school and special – here in the United States and in over 100 countries around the world. Working together over the last 140 years, ALA has led the way in providing "leadership for the development, promotion, and improvement of library and information services… in order to enhance learning and ensure access to information for all."

This work has included the introduction of many advances in library and information services over the years, and has increasingly focused on increasing access to information and learning through use of digital technologies. With the advent of the Internet, we have led efforts to make print materials available online. This has included working with publishers to increase public access to published books.

On a personal note, I have focused throughout my forty-two years of professional work on expanding the accessibility and usability of information through technology.  This has included numerous initiatives in mass digitization, delivering and preserving critical resources for a global audience.  The Internet Archive,



INTARC00151205

John D. and Catherine T. MacArthur Foundation          -2-                          July 11, 2017

throughout its distinguished history, has always been a leader in this arena, setting the standards for access to digitized materials and to born digital resources.

Thank you for your time and attention. I would be happy to provide further information if necessary.

Sincerely,

James G. Neal
President
American Library Association



INTARC00151206



**COUNCIL ON LIBRARY AND INFORMATION RESOURCES**
1707 STREET NW, SUITE 650, WASHINGTON DC 20036-4201
Telephone: 202.939.4750  •  CLIR: www.clir.org  •  DLF: www.diglib.org
———————— *The Digital Library Federation is a program of CLIR* ————————

29 June 2017

Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603

*Re: Internet Archive Proposal, 100&Change*

Dear MacArthur Foundation Board Members,

I write on behalf of the **Digital Library Federation** (DLF) to express our professional community's enthusiastic support for the Internet Archive's *Open Libraries* 100&Change proposal—but more than that, to offer the complete commitment of DLF's leadership and active working groups to helping the project succeed, through an innovative partnership we're calling "Inclusive Curation."

The Digital Library Federation was founded in 1995 and currently represents 162 institutions—colleges and universities housing research libraries and significant digital initiatives; public libraries, museums, and other cultural heritage organizations using technology to reach new audiences; and government agencies, archives, research labs, and nonprofits with holdings to share and ambitious information access goals. DLF member organizations and the engaged faculty, staff, and students within them come together with a broad, international digital library practitioner community extending well beyond our institutional membership to develop new systems and best practices in support of a common DLF mission. Together, we *advance research, learning, social justice, and the public good through the creative design and wise application of digital library technologies.*

We do this because digital libraries are the essential intellectual infrastructure of the 21st century.

And, just like the brick-and-mortar libraries whose collections feed them, digital libraries are only as rich, expansive, and generative as the content they house. The Internet Archive's proposal to remediate four million minimally-accessible print-bound volumes into digital form, freely placing them in the hands of readers, teachers, seekers, and learners, will not only help realize the potential of libraries to transfer knowledge across generations and to audiences barely anticipated at the moment of a book's production—it will open up a world of learning to members of communities who have been unjustly shut out of information access, because of quirks of geography, economic and social inequities, or physical/cognitive disability, including those for whom print will never be an accessible medium. What will these individuals and

home office • 2400 Monroe Street • Waynesboro, VA 22980 • nowviskie.org • 540.241.5341 • bnowviskie@clir.org

INTARC00151207

communities do with greater access to information? What discoveries and breakthroughs will they achieve? What new art and literature will they be inspired to create? What changes will they make in the world? We're excited to find out.

But this project is not just an opportunity to make 4 million books widely accessible in new forms. It is also a chance to be radically more thoughtful about matters of diversity, equity, and inclusion in the digital collections we create—an issue that has never been more pressing on the American scene and which we see as fundamental to MacArthur's global vision to create a more just, verdant, and peaceful world. DLF's contribution to the *Open Libraries* project will be to design model digitization selection processes and workflows in alignment with our deep commitment to social justice and the common good, developing shared practices and understandings that will serve diverse information communities better, now and into the future. We are eager to integrate an IA/100&Change "Inclusive Curation" platform and toolkit into the dashboard of related digital library design and assessment tools our DLF working groups are currently developing to make freely available to the worldwide digital library community.

"Inclusive Curation" will be guided by our energetic DLF Cultural Assessment working group, chaired by Hannah Scates Kettler, who joins me on the advisory board for IA's proposal. It will serve to coordinate the efforts of various Internet Archive curatorial partners, helping to make their book selection decisions transparent and open to a user-friendly mechanism for public feedback on matters of diversity and representation. DLF's goal is to establish and promote a welcoming, community-responsive form of book selection for the Internet Archive project that ultimately results in fewer homogenous collections—and in digital libraries that better represent and share the lived experiences of readers and writers with differing cultures, lifestyles, orientations, interests, and local or indigenous knowledge. Because of the prominence and reach of our two organizations in the global digital library community, DLF and IA are confident our toolkits, resources, and collaboration on "Inclusive Curation" within *Open Libraries* can serve as a model for the creation of more diverse and democratized digital collections everywhere.

Of all the incredibly worthy proposals you are considering as part of the 100&Change program, only the Internet Archive's—because of its focus on broad and socially just access to information, which is the chief driver of human creativity, liberty, and potential worldwide— promises to solve *multiple problems* and be generative of *an endless number of solutions.*

The Digital Library Federation is proud to support this project, and I urge you to do the same.

Sincerely,

Bethany Nowviskie, MA Ed., Ph.D.
Executive Director of the Digital Library Federation,
Council on Library and Information Resources;
and Research Associate Professor of Digital Humanities, University of Virginia

INTARC00151208



NATIONAL FEDERATION
OF THE BLIND
*Live the life you want.*

July 7, 2017

John D. and Catherine T. MacArthur Foundation
140 S Dearborn Street
Chicago, IL 60603-5285

Dear MacArthur Foundation Board Members:

The National Federation of the Blind urges The MacArthur Foundation to award the 100&Change grant to the Internet Archive in order to provide libraries and learners free digital access to over four million books. The National Federation of the Blind is the oldest and largest nationwide organization of blind people and the leading advocate for equal access to information by the blind. Every day we raise the expectations of blind people, because low expectations create obstacles between blind people and our dreams.

Despite the technological feasibility of converting print books into accessible formats like Braille, audio, and digital copies, which is easier to do now than it has ever been, over 95 percent of published works are unavailable to people with print disabilities. Even though the National Library Service for the Blind and Physically Handicapped of the Library of Congress (NLS) makes accessible books available to blind people on a national scale and some electronic booksellers, like Apple and Amazon, are producing accessible ebooks, too many publishers remain technically unable or simply unwilling to make their materials accessible.

Literacy and knowledge are critical to equal participation in society and to a productive and fulfilling life. The scarcity of accessible books means that print-disabled people have been unable to learn, work, and enjoy life to as great an extent as their non-disabled counterparts. They may be unable to complete research for school, progress in their career, or fully participate in cultural life.

For these reasons, the National Federation of the Blind urges The MacArthur Foundation to award this grant to the Internet Archive. The Internet Archive 's proposal to digitize four million books would constitute the greatest single increase in accessible materials for the blind since the passage of the Pratt-Smoot Act, which created what is now the NLS, in 1931. It would benefit millions of blind people, both in the United States and around the world.

Sincerely,

Mark A. Riccobono, President
National Federation of the Blind

Mark Riccobono, *President* | 200 East Wells Street *at Jernigan Place* Baltimore, MD 21230 | 410 659 9314 | www.nfb.org

127

INTARC00151209



## San Francisco Public Library

City Librarian's Office
100 Larkin Street, San Francisco, CA   Phone: (415) 557-4236

June 27, 2017

Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603

SUBJECT: Internet Archive Proposal for 100&Change

Dear MacArthur Foundation Board Members,

I am writing to express San Francisco Public Library's strong endorsement of the Internet Archive's Open Libraries Project, and to convey our intent to support, advise and fully participate in this initiative. Our mission of access to information will be significantly furthered by this model, allowing us to share our collections beyond regional boundaries more broadly than has ever been possible, while at the same time giving our local communities greater access to desired knowledge held far away. Equity is one of our primary values and this project addresses critical issues of access for people who do not share the benefits of a well-funded urban library system such as ours.

San Francisco Public Library was one of 100 partners that participated in the Internet Archive's Open Libraries prototype and for us, this project represents a logical and dramatic scaling of that work.

Collections we particularly want to share include:

- Extensive San Francisco, Bay Area, California and the West collections: Our Daniel E. Koshland San Francisco History Center is the official archive of the City and County of San Francisco and documents all aspects of San Francisco life and history and to a lesser extent, the San Francisco Bay Area, California and the West, from its earliest days to the present. These collections cover important subject areas for the K-12 state curriculum, such as books about the California Missions. SFPL holdings also include City and County of San Francisco government document monographs that have yet to be digitized.
- Effie Lee Morris Historic and Research Collection of Children's Literature: This collection of over 15,000 books emphasizes outdated or out-of-print books considered important to children's literature and books containing ethnic stereotypes. It includes the Changing Portrayals Collection of Ethnic and Social Groups with an Emphasis on Pacific Rim Peoples as well as complete collections of Newbery and Caldecott Award winners.

INTARC00151210

- American and European history: An extensive collection on American and European history with books published starting in 1900. The European history collection focuses on World War II, current conflicts and social conditions affected by historical movements.
- Literature: A broad collection that is international in scope, including an in-depth poetry collection that serves our local poetry community. The collection includes translations of plays, speeches, drama, essays and humor from all over the world and includes books from 1900 to current. One likely candidate for digitization would be the J. Francis McComas science fiction collection which contains more than 3,000 books and series dating from the 1920s to the 1970s.
- International language collections, especially strong in Chinese and Russian language materials.
- Books – many rare - from our James Hormel LGBTQIA collections: This resource collection is national and international in scope with a primary focus on Northern California. It pays particular attention to the experience of people of color, the disabled, youth, the elderly, and other groups which are often marginalized within this community. As we know from the requests that we receive, there is voracious interest in these collections in locations far and wide.

We are keenly excited about the potential of this project to make new strides in the inter-library loan conundrum, by creating instantaneous interlibrary loan access respectful of copyright. This would allow us to share our collections and participate in an ILL model that would be nothing short of revolutionary in its ability to meet the information needs of our communities and other communities. It also has the potential to realize enormous cost savings to libraries, savings that can go into building collections instead of slowly and laboriously moving physical materials. It will help libraries with their ongoing on-site space management needs, another way that that costs can be contained and services expanded at the same time.

As a major urban library with extensive research collections that serve both San Franciscans and many residents of surrounding counties, we look forward to collaborating closely with the leadership of the Internet Archive and its many partners who have also agreed to share collections, resources and expertise in this unique and exciting venture.

Sincerely,

Luis Herrera
City Librarian

INTARC00151211



Coalition for Networked Information

21 Dupont Circle • Suite 800
Washington, D.C. 20036
Phone 202-296-5098
Fax 202-872-0884
http://www.cni.org

June 28, 2017

MacArthur Foundation Board
**Via E-mail**

Dear Members of the MacArthur Foundation Board:

We are writing to support the Internet Archive's application to be considered for the MacArthur's 100&Change. Our organization, the Coalition for Networked Information (CNI), has had a close relationship with the Internet Archive since its inception, and we have given our highest award to Brewster Kahle, the IA's founder. CNI (see www.cni.org) is a non-profit program of the Association of Research Libraries and EDUCAUSE, a higher education information technology association, which promotes the transformative promise of networked information technology for the advancement of scholarly communication and the enrichment of intellectual productivity. Our members, which include most major US higher education institutions, libraries such as the Library of Congress and National Library of Medicine, publishers and scholarly societies, foundations such as the Andrew W. Mellon foundation, and technology service providers, have been at the forefront of developing, disseminating, and preserving digital content for the research and education community.

In its application for the MacArthur 100&Change competition, the Internet Archive highlights some of the significant roadblocks to broad access to published content in the digital environment, particularly copyright restrictions and accessibility. Many individuals assume that libraries can scan any book they please and make it available in digital form; they are unaware of the copyright restrictions that make that difficult if not impossible for most uses. However, there are exceptions to copyright for materials that will be used by the blind and handicapped, and this is where the Internet Archive, with its deep expertise in large-scale digitization, could make a great difference. Importantly, these digital books would be globally available under conditions that comply with US law, and the IA will also safeguard the privacy of its users. For the CNI community, we believe that this initiative would be very useful to print-disabled students who need access to a wide range of texts in their college or university program. Universities are under increasing pressure to provide accessible resources to their students, and this large-scale program by IA would do much to assist their efforts. The IA's goal to provide more equitable public access to knowledge is consistent with the goals of our own organization. An additional benefit of this project would be the large corpus of digital texts created, which IA could make available for scholars studying big data or using techniques such as text mining to study linguistic or historical trends. This project will have a long-lasting payoff for education around the globe. We strongly support the Internet Archive's application for this award.

INTARC00151212

Brewster Kahle and the Internet Archive have already changed the world for good by ensuring that our society has access to the history of the WorldWide Web. Many said this could not be done, and they have done it. With the MacArthur Foundation's support, they can seize the chance to change the world again, and to set right some shameful failures to take advantage of the opportunities of the digital age.

We of course would be delighted to provide any further information or clarifications

Sincerely,

Clifford A Lynch, Ph.D.
Executive Director, Coalition for Networked Information

And

Joan Lippincott, Ph.D.
Associate Executive Director, Coalition for Networked Information

INTARC00151213



**Houghton
Mifflin
Harcourt**

July 13, 2017

To the MacArthur Foundation Board Members:

Houghton Mifflin Harcourt supports the Internet Archive's application for the MacArthur Foundation's 100&Change grant.

Houghton Mifflin Harcourt is a global learning company dedicated to changing people's lives by fostering passionate, curious learners. Since 1832 we have been bringing to bookshelves works by some of the world greatest authors and most iconic literary characters, such as Nathaniel Hawthorne, Willa Cather, Virginia Woolf, Curious George, Mike Mulligan and his Steam Shovel, and Alice Walker. We have been serving the K-12 market with outstanding products since the founding of our education department in 1882; today, we service over 150 million students and 3 million educators globally.

Given HMH's long history, we are acutely aware that there are books and other historic materials that are no longer available for readers who may want to access them. Furthermore, there are readers today who do not even know that this important legacy of American literary history exists. We do not want this legacy to get lost and we are committed to preserving and making it accessible to all.

The Internet Archive's *Open Libraries* will make HMH's books accessible to *everyone*, regardless of a reader's location, physical ability, or economic status. We are eager to work with the Internet Archive to make our archive of published works available through *Open Libraries*. One of our legacy founding companies, The Riverside Press, was at the forefront of printing technology from its founding in 1852. We are thrilled to ally ourselves with a project that will make our 19th and 20th century history available through 21st century technology. This project aligns perfectly with our mission to improve educational outcomes in underserved communities, foster curiosity, and provide materials easily and at no cost to learners of all ages. We whole heartedly support it.

Sincerely,

John J. Lynch, Jr.
President & CEO
Houghton Mifflin Harcourt

132

INTARC00151214



AUTHORS ALLIANCE  |  authorsalliance.org 510.480.8302  |  2705 Webster St. #5805 Berkeley, CA 94705

June 30, 2017

**Re: 100&Change Semi-Finalist Support - Internet Archive's Open Libraries**

Dear MacArthur Foundation Board Members,

We write on behalf of Authors Alliance to express our support for the Internet Archive's Open Libraries proposal for the MacArthur Foundation's 100&Change grant. Authors Alliance is a nonprofit organization representing the interests of authors who want to take advantage of opportunities of the digital age to share their creations with readers, promote the ongoing progress of knowledge, and advance the public good. Our more than 1,200 members—including academics, novelists, nonfiction authors, and librarians—share the goal of making works of authorship broadly available in order to keep books in the hands of readers.

The Internet has made information and creative works available on an unprecedented scale, but its potential in this regard is still largely unrealized. Authors face a host of technical, legal, and financial barriers that prevent them from sharing their works that are out of print, un-digitized, and/or subject to copyrights signed away long before the digital age. Their books are effectively locked away, creating a gap in the public availability of important works. Keeping valuable knowledge and creativity out of the reach of readers benefits no one. For authors, the lack of an online version of their books can be tantamount to oblivion. For readers, it restricts the universe of available knowledge and culture.

We at Authors Alliance have firsthand knowledge of this problem. Many of our members want to give a second life to their books that have fallen out of print, but they signed over the copyrights in their works to publishers years ago. Fortunately, the educational materials we have developed on rights reversion have helped our members work with their publishers to regain rights to their out-of-print books and make them newly available in the ways that they want. Our partnership with the Internet Archive, and in particular its assistance with scanning reverted books, has allowed some of our members to make their works newly available to the public, for the first time in decades, on our Internet Archive collection page—and that's just a tiny fraction of what Open Libraries could accomplish at scale.

Our successful partnership is just one of many reasons why we wholeheartedly endorse the Internet Archive's vision for Open Libraries and its ambitious goal to digitize 4 million books and put them in the hands of readers. But reviving out-of-print works is not the only way authors hope that digitization will ensure that their works reach readers. For many readers around the world, digitized books are not merely a more convenient means to access works—they may be the only way to do so. Even if a book happens to be available in a local library, there are many readers who are nonetheless unable to access it due to infirmity or a print disability. Moreover, readers in the developing world are hungry for knowledge, but their access to it is often severely

INTARC00151215

limited. Online books may well be their only route to an education and its lifelong benefits. Many authors care deeply about making sure their works are available to these readers and worry that gaps in digital availability prevent these readers from accessing their books.

Digital libraries also create new opportunities for authors from under-represented communities to reach readers. Communities of color, the disabled, students, seniors, the incarcerated, LGBTQI people, and religious minorities are just some of the voices that have historically been at the margins of mainstream publishing. By working with partner organizations to proactively identify and include works that may be largely unavailable via traditional channels, Open Libraries will dramatically increase the diversity of knowledge available online and put it in the hands of readers and scholars who would otherwise have limited or no access to these works.

The Open Libraries project will not only make the pool of available knowledge and creativity broader and deeper, but it will also make it accessible to the print disabled, the elderly, and those in under-served communities around the world on an unprecedented scale. In doing so, we believe that the project is an ambitious vision honoring the spirit of 100&Change and also an undertaking that benefits authors—such as our members—whose goal is to share their works as widely as possible. We support the Internet Archive in this ambitious vision, and urge you to consider the Open Libraries proposal as a worthy recipient of the 100&Change award from the MacArthur Foundation.

Sincerely,

Brianna Schofield
*Executive Director, Authors Alliance*

Pamela Samuelson
*President, Authors Alliance*

Carla Hesse
*Board of Directors, Authors Alliance*

Jeffrey MacKie-Mason
*Board of Directors, Authors Alliance*

Thomas Leonard
*Board of Directors, Authors Alliance*

Molly Shaffer Van Houweling
*Board of Directors, Authors Alliance*

INTARC00151216

**The MIT Press**   One Rogers Street   Cambridge, Massachusetts 02142-1209

617 253 4078
617 258 6779 fax
http://mitpress.mit.edu

Massachusetts
Institute of
Technology

June 30, 2017

To: MacArthur Foundation Board Members

I'm Amy Brand, Director of the MIT Press. Known for digital innovation and excellence in content and design, the MIT Press advances knowledge by publishing significant works from leading thinkers around the globe for the broadest possible access, impact, and audience.

I'm extremely delighted to be partnering with the Internet Archive in its ambitious and important digitization efforts, and I fully endorse IA's application to the exciting 100&*Change* opportunity. We've already committed to digitize hundreds of backlist MIT Press books where we have the relevant rights, and to enable open access where legal and practical as well. At a minimum, the digitized books will be available for free one-at-a-time lending through openlibrary.org and through libraries that participate in the proposed OpenLibraries project, which is intended to enable libraries that own the physical books to lend digital copies to their patrons. This effort breathes new life into older books, benefitting authors as well as readers around the globe.

When I started as Director of the MIT Press a couple of years ago, one of my top ambitions was to make sure that everything we've published and have the rights to digitize be made accessible, searchable, discoverable, mineable, now and in perpetuity. When I connected with Brewster Kahle at the Internet Archive, we realized that partnering to achieve this made great sense for both parties. IA is looking to bring as many print-only books online as possible, and working directly with publishers is a key part of his strategy. For the MIT Press, the relationship means we also get back digital files for our own use. In addition to making older works newly available and significantly growing our open access program, I see this effort as a proactive alternative to widespread circulation of unauthorized digital files for these works.

In short, this is an incredibly important effort of vast proportions and world-changing potential, and I urge the Board to fund the Internet Archive's application.

Sincerely,



Amy Brand, PhD
Director, The MIT Press

135

INTARC00151217



**WIKIMEDIA**
F O U N D A T I O N

July 10, 2017

To: MacArthur Foundation Board of Directors

Via The Internet Archive

Re: Internet Archive's OpenLibraries Initiative for 100&Change

Dear Board of the MacArthur Foundation,

The Internet Archive is a trusted partner of the Wikimedia Foundation in our shared objective of helping to make the global web, and vast collections of human knowledge, more reliable and accessible. The Wikimedia Foundation is the non-profit organization that supports and operates Wikipedia, Wikimedia Commons, Wikidata, and other free knowledge projects. The Wikimedia sites are viewed more than 15 billion times every month by people from every corner of the globe. All of our work is guided by our mission to enable every person on the planet to share in the sum of all knowledge. As such, we welcome and appreciate the opportunity to support the Internet Archive's OpenLibraries Initiative as part of the MacArthur Foundation's 100&Change competition.

At Wikimedia, we know that knowledge is constantly in flux. Our understanding of the world changes as new information becomes available, giving us new opportunities to build on what we once knew to be true. Services that the Internet Archive offer are critical to supporting this system -- tying us to published records and source material so that we may continue to learn, understand, and build for the future.

One issue that Wikimedia and the Internet Archive can solve together is the critical issue of "link rot". Link rot is what happens as material on the web disappears, and its associated links -- often critical citations -- are broken forever. For the past several years the Wikimedia Foundation, and volunteers from the Wikipedia community, have partnered with the Internet Archive to make near real-time backups of web-based resources which Wikipedia editors reference in their articles. This helps make Wikipedia more reliable and useful after web links used in Wikipedia articles have changed, moved, or otherwise become inaccessible in their original form. More than two million of those "broken links" on English Wikipedia have been repaired thanks to archived copies on the Wayback Machine.

The trust users have in the credibility of Wikipedia articles, built up by volunteers over more than 15 years, is key to its success -- and the reason why users read around 15 billion pages every month. A key element of trust is the requirement that information is backed up with published sources, referenced on Wikipedia. Even as information is digitized to the web, books remain a critical source of our shared knowledge - and a foundation for Wikipedia articles.

Imagine a world in which every single human being can freely share in the sum of all knowledge.

wikimediafoundation.org · 149 New Montgomery St, 6th Floor, San Francisco CA 94105 · 1-415-839-6885 · 1-415-882-0495 fax

INTARC00151218



Substantial support from the MacArthur Foundation to help advance the Internet Archive's effort to accelerate and expand their book digitization, transformation, and dissemination efforts would be a gift not only to knowledge and open culture organizations, but to humanity at large. Hundreds of thousands of volunteer Wikipedia editors would be able to include citations from 4 million additional eBooks, with live links that take readers directly into the books themselves, grounding them in the published record. This project will weave a rich and reliable explanation of our world into Wikipedia and the web for generations to come.

 We applaud what the Internet Archive has accomplished, we rely on and appreciate our ongoing work together, and we look forward to collaborating with them in the years ahead.

Good luck!

Sincerely,

Katherine Maher

Executive Director, Wikimedia Foundation

Imagine a world in which every single human being can freely share in the sum of all knowledge.

wikimediafoundation.org · 149 New Montgomery St, 6th Floor, San Francisco CA 94105 · 1-415-839-6885 · 1-415-882-0495 fax

INTARC00151219



50 East Huron Street, Chicago, IL 60611

July 7, 2017

Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603

SUBJECT:  Internet Archive Proposal for 100&Change

Dear MacArthur Foundation Board Members,

On behalf of the Public Library Association (PLA) Board of Directors, I am writing to express support of the Internet Archive's Open Libraries Project, and to share our intent to advise and disseminate information to the public library field about the project. PLA works in partnership with public libraries to enhance their abilities to provide an array of services to their communities. The proposed project is in strong alignment with our goals as it seeks to help librarians become digital leaders, sharing their collections both locally and well beyond traditional boundaries and at the same time, increasing their own community's access to even richer collections.

The Public Library Association exists to strengthen public libraries and their contribution to the communities they serve. PLA provides a diverse program of communication, publication, advocacy, continuing education, and programming for its 9,000+ members and others interested in the advancement of public library service. PLA is eager to team with Internet Archive on this project as the resources to be developed support the goals of our strategic plan, helping libraries transform and supporting literacy and the information needs of our communities.

Public libraries have vital roles to play in ensuring our communities have the access to information they need for success in the 21st century. PLA is delighted to collaborate with the Internet Archive on this important work. Please do not hesitate to contact me if you have any questions.


Sincerely,

Pam Sandlian Smith
PLA President 2017-2018
Director, Anythink Libraries
Thornton, Colorado


p (800) 545-2433 ext. 5PLA
f (312) 280-5029
www.pla.org

INTARC00151220

 DIGITAL PUBLIC LIBRARY
OF AMERICA

June 30, 2017

Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603

SUBJECT: Internet Archive Proposal for 100&Change

Dear MacArthur Foundation Board Members,

DPLA (Digital Public Library of America) is a strong supporter and partner with Internet Archive, as we share a common mission, providing free and open access to digital materials.  In particular, we look forward to be a strategic curation partner with Internet Archive if their proposal for digitizing and providing access to four million books is funded.

We are acutely aware at DPLA there is a large inequities in the distribution and access of digitized books, and the project, as proposed by Internet Archive, can significantly reduce the gap and digital divide that exists between those that have access to published curated content and those that do not.

As a partner DPLA brings a rich network of 2,500 libraries, museums and archives that are passionate about expanding the breadth and depth of digitized materials to their patrons, and would welcome the opportunity to participate in a national initiative focused on expanding access to a broader audience of patrons.

We look forward in working with Internet Archive to enable access to an additional four million digital books, many unavailable anywhere in digital form, and  partnering with libraries providing free open access to  knowledge.

Sincerely,

Michele Kimpton
Acting Executive Director
DPLA

139

INTARC00151221



July 6, 2017

John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603-5285
Attn: Board of Directors

RE: 100&Change – letter of support for Internet Archive

Dear MacArthur Foundation Board Members:

The **Califa Group** strongly supports the **Internet Archive's Open Libraries** project, a finalist in the **MacArthur Foundation** *100 & Change* grant competition.

The **Califa Group** is a non-profit library consortium representing 230 libraries in California and is a recognized leader in e-content advocacy, access and innovation. All public libraries in California are Califa members, benefiting from the resource sharing, procurement, grant projects, continuing education and e-content services we provide.  And all of these libraries and their 23 million California cardholders will benefit from digital access to 4 million books!

Specifically, the Internet Archive Open Libraries project is good for libraries and good for the public we serve because it will:

- provide individuals with access to materials that would otherwise be inaccessible because of local availability, cost to purchase, or vision impairment;
- provide libraries the ability to loan a digital OR a print version of a book without having to purchase a single title in multiple formats; making it possible for library budgets to purchase more new titles rather than digital copies of the same titles they already have;
- provide libraries the ability to offer more materials without the need for physical space to store them;

2471 Flores Street, San Mateo, California 94403-2273
Toll Free-CA 866 209 5439   T 650 356 2131   F 650 349 5089   E califa@califa.org   |   www.califa.org

140

INTARC00151222



- provide the world with access to rare and out-of-print and local and international language materials where no digital version exists.

Throughout the history of the United States, and even long prior to 1776, American libraries have served as stewards of the public good, providing the public with access to a wealth of resources well beyond what any one person would otherwise be able to access, and preserving our cultural heritage by protecting the records of our history. Current digital licensing models threaten the expansion of knowledge for the public good and undermine the public's rights under the law to use copyright protected works.  The Internet Archive's Open Libraries project aims to surge forward the ability for libraries to continue this important public service.

On behalf of the Califa Group, I encourage the MacArthur Foundation to fund the Internet Archive's proposal. We are eager to see this explosion of access to digitized materials which will benefit readers and learners and knowledge explorers everywhere. And forever.

Sincerely,

Paula MacKinnon
Director, Califa Group

2471 Flores Street, San Mateo, California 94403-2273
Toll Free-CA 866 209 5439   T 650 356 2131   F 650 349 5089   E califa@califa.org  |  www.califa.org

141

INTARC00151223





June 28, 2017

To: The MacArthur Foundation Board of Directors

Subject: The Internet Archive's Grant Application for 100&Change

Dear Directors,

I am writing to support the Internet Archive's application for the 100&Change Grant. Their Open Libraries initiative is a bold proposal that would increase access to and preservation of important information, solving problems with which libraries struggle in our efforts to share and maintain access to our intellectual heritage.

I write on behalf not only of my own library but also of ReadersFirst. We are an open and cost-free organization of some three hundred library systems representing 200 million readers across the globe. We are dedicated to ensuring access to free and easy-to-use eBook content. To learn more about us, please visit http://www.readersfirst.org/.

Open Libraries, if funded, would allow libraries to overcome many obstacles they face in sharing their collections digitally. The cost of digitizing, restrictions on the use of eBooks through licensing and other legal issues, and lack of interoperability of different library systems all stymie access to readers and threaten the very survival of millions of works published since 1923. By digitizing millions of works in a content exchange operating across many platforms, thus realizing the promise of technology to improve the eBook experience, the project will allow libraries to share content while respecting the rights of authors and publishers, mirroring borrowing of physical items. Content will be simple to get. Books that will otherwise be lost will remain in the human record. Readers will benefit from access to free, valid, and quality information, better able to explore, learn, and develop intellectually and emotionally. In a time when funding cuts threaten our ability to fulfil our vital mission and when access to information is becoming increasingly commercialized and unavailable to many who most need it, this project will assist libraries in extending their reach and fulfilling their vital mission as an essential and necessary element of the democratic experiment. Libraries will extend this initiative's reach to millions upon millions of readers. The project is meaningful, verifiable implementation, durable in impact, and eminently feasible. Please give it favorable consideration.

Sincerely,

Michael Blackwell
Director, St Mary's County Library; ReadersFirst Communication and Advocacy Project Leader
23250 Hollywood Rd
Leonardtown, MD 20650
614-707-3865
mblackwell@stmalib.org

INTARC00151224

50 East Huron Street
Chicago, Illinois 60611-2795
USA

Telephone 312 280 4222
Fax 312 280 4227
Toll Free 800 545 2433
E-mail: oif@ala.org
www.ala.org/oif

# ALAAmericanLibraryAssociation

## Office for Intellectual Freedom

June 9, 2017

MacArthur Foundation Board
140 S. Dearborn Street
Chicago, IL 60603

Dear MacArthur Foundation Board,

I am writing in support of the Internet Archive's proposal to the John D. and Catherine T. MacArthur Foundation. As a father, I know the vital importance of libraries in the promotion of literacy – a skill that has profound, positive and lifelong effects on childhood health, longevity, the likelihood of avoiding incarceration, educational attainment, and income. As a longtime public library director involved in the promotion of ebooks, I understand the urgency of bridging the digital divide, and getting to people the content not currently available to them. As the director of the American Library Association's Office for Intellectual Freedom, I have learned that shared, open, digital platforms may provide the best single strategy to get the emerging voices of literature – diverse authors now shut out of traditional distribution systems of content – to the eager and increasingly diverse communities libraries serve.

Over the years, the Internet Archive has demonstrated that it is not only capable of dreaming big, but also of delivering big. The Internet Archive's proposal addresses an almost existential problem: how can libraries remain players in an increasingly digital age? How can we connect emerging content to emerging library users? How can we leverage the extraordinary presence of almost 120,000 libraries in the United States to build literate and knowledgeable communities – the surest, and most cost-effective path to a self-sustaining society? The Internet Archive's very innovative approach, using existing technologies, and respecting author's rights, is among the most promising directions I have seen. It solves an important problem and holds great promise for all the people libraries serve.

The Office for Intellectual Freedom strongly endorses the Internet Archive's proposal, and wishes them good fortune.

Sincerely,

James LaRue, Director
Office for Intellectual Freedom &
Freedom to Read Foundation

INTARC00151225



# Northeastern University
## University Libraries

June 30, 2017

Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603

*Re: Internet Archive Proposal, 100&Change*

Dear MacArthur Foundation Board Members,

I am writing with my strong support for the Internet Archive's exciting and transformative proposal to the 100&Change grant program. As the current Dean of the Libraries at Northeastern University, and having led a national nonprofit to provide access to ebooks and other digital library materials, the Digital Public Library of America, I believe that I am in a very good position to evaluate the substantive impact of the Internet Archive's planned work and its important connections to libraries across the country and the world.

The Internet Archive is entirely correct that the state of access to ebooks in the United States and elsewhere is surprisingly and distressingly poor. As I learned at DPLA, among the nearly 17,000 branch libraries in the United States, most of them have the resources and capacity to provide access to only a very limited set of ebooks—often well under a thousand. Given the centrality of books in our culture, providing a much larger array of them to all libraries is of utmost importance. The Internet Archive's proposal maps out extraordinarily well a mechanism and process for all libraries to participate in a network that will support a vastly increased common collection—literally increasing that collection by several orders of magnitude for the average library.

Moreover, as the proposal highlights, there are populations that are especially disadvantaged in their access to ebooks. Those with vision disabilities are only one segment of a very large portion of the global public that currently has a set of hurdles to reading the full range of human expression held within the book collections of our libraries. The Internet Archive's proposed project would knock down these hurdles in relatively short order.

Moving from the public library world to the world of academic libraries that I now inhabit, I can see similar, quite major inequalities. Here at Northeastern, we have roughly a half-million book titles in our library, significantly more

INTARC00151226