McNamara Declaration

Exhibit 46

part 6



## Northeastern University
### University Libraries

than the average public library but less than 1/30th the number at some of the other research libraries in the Boston area, such as Harvard's. And we are a relatively well-resourced university compared to thousands of others nationally and internationally. Being able to join our collection digitally with millions of other volumes from other libraries is an extremely exciting prospect, one that we would relish pursuing.

It is clear from the Internet Archive's long track record of providing digital access that they can bring this project to fruition. The project plan is hugely ambitious but also quite doable with the combination of their infrastructure, staff, and the many partners who have lined up in support of this proposal. I hope that they are successful and that the great riches locked up in millions of books can be made available to all.

*University Libraries*

320 Snell Library
360 Huntington Avenue
Boston, MA 02115

617.373.5001
f 617.373.5409

Sincerely,

Dan Cohen
Vice Provost for Information Collaboration
Dean, University Libraries
Professor of History
Northeastern University

d.cohen@northeastern.edu

INTARC00151227



**benetech**
TECHNOLOGY
SERVING HUMANITY

**benetech.org**

480 S. California Avenue, Suite 201
Palo Alto, CA 94306-1609
t 650.644.3400   f 650.475.1066

June 22, 2017

Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603

Re: Internet Archive Proposal for 100&Change

Dear Board Members,

I am writing to provide my enthusiastic support for the Internet Archive's 100&Change proposal, both as an individual leader in the field and in my capacity as CEO of Benetech and founder of Benetech's largest program, the Bookshare online library for people with disabilities such as blindness or dyslexia. I am personally serving as an advisor to the Open Libraries Project, and Benetech has committed to extensively support the Internet Archive in this project once funded.

The Internet Archive and Benetech share a vision of ensuring that the reinvention of the traditional library fully includes persons with disabilities. The digital book is intrinsically far more usable for readers with disabilities than the traditional printed book, and can reach far more of this community. The combined efforts of the largest digital library for the general public, Internet Archive's Open Library, and Benetech's largest digital library for people with disabilities, Bookshare, will make it possible for many millions of readers to have far greater access to the written word, both in the United States and around the globe. Digital libraries also offer terrific leverage in cost-effectiveness, making it practical to serve millions of people with modest resources compared to traditional print-book libraries.

Both Internet Archive and Benetech are trailblazers in using the public interest aspects of copyright law to maximize access to books for neglected communities. Our joint effort intends to expand that access by fully using the fair use exception and the 1:1 lending model inside the United States to help the Open Library deliver accessible books to American readers with a full range of disabilities (15-20% of all Americans), including the majority who do not meet the narrower disability copyright exception (less than 5% of Americans). At the same time, we'll use the newly in-force Marrakesh Treaty, which replicates the American disability copyright exception, to expand access to the combined collections of our two libraries.

This last point is the most ambitious objective of this partnership from Benetech's standpoint. We want to ensure that everybody in the world with a qualifying disability will have access to both the Open Library and Bookshare collections for free, expanding access to books for education, employment and social inclusion. In short, creating a global free library for people with disabilities!

Sincerely,

*James R. Fruchterman*

James R. Fruchterman
CEO and Founder, Benetech

*Benetech is a nonprofit organization*

INTARC00151228

THE **internet**
CENTRE **& society**
FOR

Centre for Internet and Society
#194, 2nd 'C' Cross, Domlur 2nd Stage,
Bangalore - 560 071
Karnataka, India

Dated: 6/7/2017

Dear Members of the MacArthur Foundation Board,

We write to express our support to the Internet Archive for its proposal to make millions of books available in accessible digital formats for persons with print disabilities around the world.

The Centre for Internet and Society (CIS) is a non-profit organisation that undertakes interdisciplinary research on internet and digital technologies from policy and academic perspectives. The areas of focus include digital accessibility for persons with disabilities, access to knowledge, intellectual property rights, openness (including open data, free and open source software, open standards, open access, open educational resources, and open video), internet governance, telecommunication reform, digital privacy, and cyber-security.

The Accessibility and Inclusion Programme is an integral part of CIS, which envisions a world where all people, including those with disabilities can lead a life of full inclusion, participation, independence and dignity and are enabled to access the Internet using information and communications technologies on an equal basis without discrimination or barriers.

One of the true joys of life is that derived from reading books. It is always a cherished memory of childhood, a building block of one's growing years and a fundamental part of adult life. Unfortunately millions of persons with print disabilities around the world, more especially in developing countries around the APAC and other regions have severely limited access to books. The project proposed by Internet Archive to digitise millions of books in accessible formats is immensely important and timely for us. CIS has always been working towards the cause of opening up books for the print disabled in India, starting with our work to amend the Indian Copyright Act to include an exception on fair dealing for persons with disabilities, nearly a decade ago, conducting right to read campaigns around India, participating actively in the WIPO negotiations on the Marrakesh Treaty to which India was the first ratifying country, to our other work to digitise Educational content in regional languages in Daisy and creating text to speech engines for 10 Indian languages, we have tried to address the problem of non-availability of accessible content in different ways. The last year also witnessed the opening of the accessible digital library of India. Hence we were very excited to learn of this project and the opportunity to be an integral part of it. We hope to support through facilitating addition of regional language books in India and content that will benefit neighbouring countries sharing similar languages, building useful ties and networks to expand the work, provide technical and strategic advice and in any other way which is required of us to make this project successful and make available millions of books in the hands of Indians with print disabilities.

This project will positively impact the lives of millions of people in a wonderful way. We request MF to consider this with favour.

Yours sincerely

Sunil Abraham

+91 80 40926283     +91 80 25350955                    www.cis-india.org

147

INTARC00151229



LearningAlly.org
20 Roszel Road
Princeton, NJ 08540
T 609.452.0606

July 3, 2017

      Re: <u>100&Change - letter of support for Internet Archive</u>

Dear MacArthur Foundation Board Members:

Since 1948, Learning Ally has represented the critical difference between isolation and integration, between frustration and pride, and between struggle and success in the classroom and workplace for millions. Our history can be traced to the top floor of the New York Public Library in 1948, when we were founded as Recording for the Blind (RFB) to fulfill the need for recorded textbooks for soldiers blinded in WWII. Their sudden loss of vision and access to print precluded these capable and motivated young people from completing their educations and accessing knowledge.

Today, Learning Ally continues its heritage of enabling life-changing impact as we focus on the estimated 6 out of 10 students who read below grade level. For many of these young people, their print-based learning disabilities are the root cause of their reading struggles. Without reading, these students are inhibited from instruction, suffer academically, and develop negative attitudes to their abilities and self-worth.

Our solution provides K-12 public school educators with resources to help them better understand how their students learn and our audiobooks enable students to read and demonstrate their academic potential. As a result, they are able to better engage in classroom instruction, take ownership of their learning, and avoid social penalties around dropout, unemployment, and incarceration which research suggests are more likely to occur among students with learning disabilities.

The Internet Archive will expand the ability of libraries to deliver on their role as great equalizers, providing access to books and other resources to those who might not otherwise be able to access them. A new generation of learners will have public access to knowledge as the project curate, digitizes, and make available in digital form four million books to any library that owns the physical book.

As Internet Archive makes these formats digital, new opportunities are created to deliver these into today's classrooms and enable libraries to add their strengths in addressing the needs of struggling readers. Learning Ally is proud to partner with Internet Archive to find ways in making this knowledge both available but also integrated in the instruction of thousands of classrooms that we serve daily.

Our vision is for all people to have equal opportunities to learn. Our organizations share this vision. We are proud to endorse the Internet Archive as they work to unlock a century of knowledge from print and make libraries worldwide both accessible and equitable.

Sincerely,

Andrew Friedman
President and CEO
Learning Ally

INTARC00151230



## FOR THE BLIND AND VISUALLY IMPAIRED

June 23, 2017

Dear MacArthur Foundation Board Members:

The LightHouse for the Blind and Visually Impaired is extremely excited by the opportunity to collaborate with the Internet Archive on this innovative proposal for improving access to information for people with visual disabilities. The proposed project to bring 4 million books online and ensure they are available to the print disabled around the world would make a major difference to many blind and visually-impaired people in their ability to access the world's knowledge. Access to information helps provide personal independence, is necessary to succeed in education and employment and essential to participating in society.

Headquartered in San Francisco, California, the LightHouse strives to promote social equality and independence, providing education, training, advocacy, and community for blind individuals in California and around the world. It is the position of the LightHouse that everyone with a visual, physical or learning disability has a right to equal access to all forms of information available to the general public and one of our goals is to provide access to the printed word for individuals who are unable to read conventional print.

Expert in such things as web accessibility and adaptive technology, the LightHouse, through thorough consideration of access to information, can ensure the Internet Archive enhances the experience for blind and visually impaired visitors and does not inadvertently create access barriers for the 285 million people worldwide who are visually impaired.

Greg Kehret will serve as the LightHouse's primary contact for this project, and will coordinate with the Internet Archive and other project partners as needed. His responsibilities will include, but not be limited to:

- Coordination of usability studies and consumer feedback
- Consultation with Internet Archive on the archive.org visitor experience workflow;
- Assist and advise Internet Archive staff and other project partners as needed throughout the project period.

We look forward to beginning this exciting project.

Sincerely,

Greg Kehret

Director, Media and Accessible Design Lab

lighthouse-sf.org  |  Voice: 415.431.1481  |  Fax: 415.863.7568  |  VP: 415.255.5906

INTARC00151231



One Tower Lane, Suite 1825, Oakbrook Terrace, IL – 60181
E-mail : sam@sampitroda.com Phone : +1.630.965.1253

July 7, 2017

To,
The Board of Directors
MacArthur Foundation

Re: Internet Archive's OpenLibraries Initiative for *100&Change*

Dear MacArthur Foundation Board Members,

I am writing to provide my support for the Internet Archive's proposal for the MacArthur Foundation's 100&Change grant.

I have dedicated my life to broadening access to information and bridging digital divide in developing countries. In the mid-1980s, I worked in India to establish the Center for Development of Telematics, commonly (C-DOT), to build human capacity and build Indian telecom & software industry. Then India had 2 million phones and now India is a country of connected billion with 1.2 billion phones. At the same time, India also generates over$140 billion in export for software & related services. The vision was to focus on digital telecom to brings about openness, accessibility, connectivity, networking, democratization and decentralization and as a result social transformation.

Recently I participated in announcing the Internet Archive's hosting of 500,000 digitized books from the Digital Library of India. The Internet Archive is a great partner for India in this. This project can take this another step.

To ensure that access to knowledge is available in India, I'm happy to endorse the Internet Archive as they work to bring four million books online and provide access to materials to those who might not otherwise be able to access them — specifically those with disabilities.

India is home to fifteen million blind people, one of the largest blind populations in the world, so it is crucial that we make information available to these people with print disabilities. Most of these are young with great hope and aspirations. They are also technology friendly and will benefit from digital library. We support Internet Archive's eBook dissemination plan for the print disabled beginning with India and other countries.

I support a wider distribution of digital texts across the world specially in developing countries with focus on inclusion, education, health & environment. Let's bring down the barriers and democratize information to educate and enhance quality of life for the people at the bottom of the economic pyramid in rural areas and in disabled communities.

Sincerely,

Sam Pitroda

INTARC00151232

## Whose Knowledge?

The Board of Directors,                                                    28 June 2017
The MacArthur Foundation.

**Letter of Support for Internet Archive's Open Libraries proposal
for the *100&Change* Competition**

Dear Board of Directors of the MacArthur Foundation,

As the founders of *Whose Knowledge?* — a global, multi-lingual campaign to make knowledge on the internet more diverse and plural — we strongly support the goals of the Internet Archive's Open Libraries initiative, a project that seeks to bring millions of books to billions of marginalised people around the globe.  Our mission is in great alignment with the Internet Archive's.  We seek to infuse the internet with the histories and knowledges of marginalised communities who make up the majority of the world's population, particularly: women, people of colour, LGBTQI communities, indigenous peoples, and others from the global South.  The Open Libraries project will not only give more diverse people access to knowledge, but it seeks to also bring a more diverse and inclusive mix of voices online through the books it digitises.

We founded the *Whose Knowledge?* campaign in 2016 after working at the intersections of social justice, human rights and technology movements for a collective 30 years. Before starting *Whose Knowledge?*, we were both at the Wikimedia Foundation, the non-profit that operates Wikipedia and its sister sites: Anasuya as Chief Grantmaking/Community Engagement Officer and Siko as Director of Community Resources.

We write to you today as proud partners of the Internet Archive, the pre-eminent online library for the world, particularly in its proposal to bring 4 million diverse and inclusive digitised books to those with accessibility and access issues. Anasuya is also honoured to be an advisor for this critical and ambitious vision of Open Libraries. We are helping the team reach beyond the United States and connect directly with populations they seek to serve, including in India.

As feminists from the global South and North and spaces between, we have constantly challenged the structural biases that exist against multiple and intersectional identities, including of gender, sexuality, race, class, geography, language and ability. However, through working in the free and open knowledge movement, we have learnt how significant these biases are when transmitted online, and what they imply.

If we use Wikipedia as a proxy indicator of online public knowledge, only 20% of the world (primarily white male editors from North America and Europe) edits 80% of Wikipedia currently, and only 1 in 10 of the editors is estimated to self-identify as female. Anecdotally, we know very few Wikipedia editors who are visually disabled. And yet, only a fourth of the world's online population

INTARC00151233



## Whose Knowledge?

comes from North America and Europe, and the 285 million people who are <u>visually disabled globally,</u> are nearly the population of the United States.

Why does the majority of the world not have voice and visibility on Wikipedia and the broader internet? One critical reason is that most of the world does not have easy access to knowledge - to the *sources* that are published books, journals and other materials - that constitute the foundation of Wikipedia and other forms of public knowledge. The majority of the world's libraries and their collections are in the global North, in places and spaces that privilege a minority of the world.

Why does this matter? When a young Dalit woman from Daulatabad with no easy access to libraries cannot read her own community's scholarship, she cannot fight back the oppression of centuries of being considered "untouchable," and having her history and knowledge denied. When a Native American scholar from a reservation in Southern California does not have easy access to the history of the Gold Rush as described by his own peoples, he cannot easily establish that the Gold Rush may have been "progress" for the white settlers, but it was genocide for the Native Americans. Without access to the cultures, histories and knowledges that are embodied in books, it is difficult to create reliable public knowledge, on sites such as Wikipedia. And as the internet becomes the default library of the world, and Wikipedia its default encyclopaedia, the reality is that if you're not online, you're not in Wikipedia, you don't exist.

For us, the free and open knowledge movement brings together some of the most critical human rights and social justice issues of our time. The historical oppressions of colonisation and imperialism, of sexism and racism, of power and privilege, have found a new space in which to entrench themselves: the internet. At the same time, the internet offers an unparallelled opportunity to deconstruct these oppressions and reconstruct freedom and dignity for all peoples. And it is only through efforts like that of the Internet Archive that we can begin to offer marginalised communities around the world access to different forms of knowledge, and in turn, celebrate and learn from the uncovering of their own rich and diverse knowledges.

As partners of the Internet Archive, we are committed to working with our global networks across the Wikimedia, feminist, indigenous, disability and human rights movements, to ensure that the 4 million books that are digitised reflect the needs and aspirations of these communities. We will work towards ensuring that the young Dalit woman can read her own community's scholarship online and feel empowered, and that the Native American scholar can use it to change the historical perspective on the Gold Rush. Free and open knowledge is not just free as in beer, it is truly free as in *libre*.

*Anasuya Sengupta*

Anasuya Sengupta and Siko Bouterse
Co-founders and Coordinators, ***Whose Knowledge?***

Whose Knowledge?
http://whoseknowledge.org/
*117 Wilkes Circle, Santa Cruz, CA 95060*
*We are an unincorporated nonprofit association with 501(c)3 fiscal sponsorship from Peace Development Fund.*     2

INTARC00151234



**College Promise Campaign**

727 16th Street, NW, Suite 300,
Washington, DC, 20005

martha@civicnation.org
408-497-5939
collegepromise.org

Dear MacArthur Foundation Board Members,

I am writing on behalf of the College Promise Campaign and Civic Nation, to extend our wholehearted support of the Internet Archive (IA)'s submission to MacArthur's100&Change competition. I also write from my perspective in my former capacities as President Obama's U.S. Under Secretary of Education (2009-2013), NYU professor, and a decades-long community college faculty member, president and chancellor.

The College Promise Campaign is a major initiative of Civic Nation, a nonprofit, nonpartisan corporation in Washington, D.C. that works with public and private U.S. partners to create and leverage tools and campaigns to build public awareness, organize and engage local communities, states and our nation to address America's most pressing problems in education, equity, violence, and citizenship. Home to seven national initiatives, Civic Nation houses the College Promise Campaign (CPC) dedicated to helping communities and states build the *"free college movement"* to make the first two years, at a minimum, universal and freely available to youth and adults seeking an education beyond high school.

Announced by President Obama in September 2015, the CPC has worked to triple the now more than 200 local communities and 8 states supporting College Promise programs. The CPC is focused on identifying and promoting evidence-based research, policy, communications, advocacy and leadership development to support cross-sector leaders from business, philanthropy, education and government committed to working together to make and keep some or all of a college education affordable for our nation's students, starting in but not limited to our nation's community colleges. IA's proposal would enable our nation's 7,000+ colleges and universities, and the 25 million undergraduate and graduate students to utilize the anticipated collection of 4 million digitized open books from diverse audiences and locations to serve youth and adults here and across the world. Of these institutions of higher education, half of U.S. students attend one of the 1200 community colleges in every state. The majority of college students who are low-income, first generation, disabled, and/or from minority communities attend an American community college. Further, a select number of leading community colleges are now making open, freely available textbooks available for entire departments, majors and disciplines to eliminate rising textbook costs that increase college costs and fall harshly on low-income students to cover. These institutions and community college students would reap enormous academic and financial benefits from their enabled access to a wealth of public domain books and materials generated from IA's proposal.

On a personal note, having worked with my Foothill-De Anza Community College District governing board in 2000 to pass the first Open Educational Resources policy for community colleges, I can think of no better investment in the world's future that the MacArthur Foundation can make than to enable 4 million more PD books to be put into our nation's classrooms and libraries. In doing so, the College

INTARC00151235



**College Promise Campaign**

727 15th Street, NW, Suite 300.
Washington, DC, 20005

martha@civicnation.org
408-497-5933
collegepromise.org

Promise Campaign would build on the work now underway to reduce or eliminate textbook costs in college courses across the country. Publishing companies are scrambling to identify alternate revenue streams to recover lost profits as the OER movement expands. This 20-year OER challenge would receive an enormous boost if the MacArthur Board were to select IA's ambitious proposal. Annually, millions of undergraduate and graduate students would benefit from this dramatic investment, replacing costly college textbooks with OER, on average saving students an estimated $1000 or more per year. If funded, IA would make PD resources available for use by more than 4 million U.S. professors and academic staff. Beyond the U.S., professors, K-12 teachers from around the world would avail themselves of these unparalleled PD resources. Further, prior major U.S. investments, including the Arab Open Book project, could leverage the IA repository and resources to advance new methods and connected networks for preserving and disseminating at-risk knowledge compilations and repositories as well as open repositories that exist today via OER Commons and other open collections at major universities.

IA is uniquely suited to take on this challenge. It has already built the largest, most diverse open collection of books and citations in the world. Its leaders and staff have the composite knowledge and expertise to engage the widest possible communities and, in turn, their leaders to ensure the proposal's success. And IA is unafraid to take risks and build the trusted networks beyond those it has already secured to advance momentum, engagement and deliverables outlined in its proposal.

Today, our nation and the world are at risk. We face an enormous national and international leadership predicament wrought by violence and discrimination challenging every civil and human right on earth. This conundrum exacerbated by the largely undereducated haves and have-nots will only subside in the long-term by growing a more highly educated population – people in local communities who gain knowledge and expertise to increase their social and economic mobility while garnering a deeper appreciation of differences, diversities, and communities. Access to knowledge that the IA would make available will provide a long-term, invaluable resource in curbing marginalization, fear, and ignorance across our world. I hope you will select IA's proposal to win MacArthur's100&Change competition.

Best regards,

Martha Kanter, Ed.D., Executive Director
College Promise Campaign @Civic Nation
U.S. Under Secretary of Education (2009-2013)
Senior Fellow, New York University

154

INTARC00151236



**ISKME**

June 13, 2017

**Internet Archive's Library of 2020**
*Providing Libraries & Learners with Free Digital Access to 4 Million Books*

Dear MacArthur Foundation Board Members:

The Institute for the Study of Knowledge Management in Education (ISKME) is pleased to offer its committed support for the Internet Archive Library of 2020 project proposal for the *100&Change* competition. The project has the potential to uniquely transform access to books and knowledge globally, to impact millions of readers with print disabilities, and to advance a culture around the continuous improvement of teaching and learning generally. The project is well-aligned to ISKME's mission, and to our substantial body of research on accessing, using, co-creating, and sharing knowledge and digital resources, and the impact of those behaviors on teaching and learning.

ISKME is an independent education nonprofit whose mission is to improve the practice of continuous learning, collaboration, and change in the education sector. Founded in 2002, ISKME is well known for its pioneering open education initiatives and thought leadership. Launched in 2007, ISKME's OER Commons is a public digital library and collaboration platform built to ensure the adoption and continuous improvement of open educational resources (OER).

Defined as no-cost, openly licensed, and freely adaptable curricula, OER is seen as a legal, economic, technical, and pedagogical solution to the demand for access to high-quality teaching and learning materials. A survey of more than 22,000 higher education students in Florida – spanning all 11 state universities and 22 of its 28 colleges, community colleges and state colleges – found that 64 percent of students reported having not purchased a required textbook because of its high cost.

To meet an urgent need for equitable access to quality content for all, ISKME has been working with K-12 and higher education partners since 2004 to identify effective OER adoption and engagement strategies, formulate OER policy agendas for stakeholders at all levels, as well as to increase access to and improvement of the growing body of OER. ISKME works directly with teachers, administrators, librarians, technology specialists, learners, and others to better integrate OER across digital learning platforms and to support the effective use of digital resources by all.

As a committed partner of the proposed project, ISKME strongly supports the Internet Archive's vision to enable millions with print disabilities, and, educators and learners everywhere, to access and make the best use of the digitized content. As a project adviser around the interoperability of and engagement with the digitized book content, and through integrated use of the OER Commons platform with the Internet Archive, ISKME sees the project as advancing an unprecedented opportunity to advance open and freely available curriculum around digitized book content, as a primary outcome of this supported access.

The project offers an innovative and viable plan for libraries to expand their abilities to impact lives, and for readers and learners everywhere to take advantage of important books as digital technologies and support systems continue to evolve into the future.

Sincerely,

*Lisa Petrides*

Lisa Petrides, Ph.D.
ISKME CEO and Founder

**About ISKME**

The Institute for the Study of Knowledge Management in Education (iskme.org) is a pioneer in knowledge sharing and educational innovation.

ISKME is best-known for its award-winning OER Commons initiative as well as its international research agenda on information and knowledge use in the education sector.

An independent, education nonprofit established in 2002, ISKME's research and development efforts enable schools, colleges, universities, and the organizations that support them to expand their capacity to collect and share information, and create knowledge-driven environments focused on learning and success.

323 Harvard Ave. ▪ Half Moon Bay ▪ CA ▪ 94019 ▪ (650) 728-3322 voice ▪ (650) 728-3344 fax

INTARC00151237


## UNIVERSITY OF
# ALBERTA

**OFFICE OF THE VICE-PROVOST AND CHIEF LIBRARIAN**

5-07 Cameron Library
Edmonton, Alberta, Canada  T6G 2J8
Tel: 780.492.5170
Fax: 780.492.7925
www.ls.ualberta.ca

July 4, 2017

Dear MacArthur Foundation Board Members,

The University of Alberta, with a student population of over 37,000, is a public university regularly named among the top five research-intensive universities in Canada, dedicated to the promise made by Founding President Henry Marshall Tory that "knowledge shall not be the concern of scholars alone. The uplifting of the whole people shall be its final goal."

As Vice-Provost and Chief Librarian, I have overall responsibility for the University of Alberta's library, the second-largest academic library in Canada, as well as the university's bookstores, Museums and Collections Services, Technology Training Centre and Copyright Office.  I am proud to be writing this letter of support for our partner, the Internet Archive.

Over the last hundred years or so, the University of Alberta Libraries has collected more than seven million library items in all languages from all over the world. We are currently constructing a building to preserve and make accessible these physical collections on our South Campus. It will be completed this September.

Like other libraries, we have also been steadily digitizing materials with the assistance of the Internet Archive. After nearly a decade, we are up to about 90,000 items. More importantly, we now have total confidence in our partner that it is uniquely positioned to deliver high quality digitized materials through an openly accessible platform to all readers – including those with visual impairments - while respecting the library's stringent copyright and privacy requirements. By enabling the University of Alberta to return digitized versions of its books to the world, MacArthur Foundation support for the Internet Archive will help us realize a critical component of the promise President Tory made over a century ago.

During the next five years, we will grow our contribution to IA's goal by routing 500,000 additional items through the IA's super scanning center.  We would not be able to achieve this without our partner.  We are so proud to be part of a project that will provide public access to the authentic foundations for knowledge creation in this way.

Thank you for giving me an opportunity to provide this enthusiastic letter of support for the Internet Archive's "100&Change" proposal.

Sincerely,

Gerald Beasley
Vice-Provost & Chief Librarian

cc      Geoff Harder, AUL Digital Initiatives

INTARC00151238



**John D. & Catherine T. MacArthur Foundation**                                      July 10, 2017
140 s. Dearborn St.
Chicago, IL 60603

Attn:  **Board of Directors**

Re:  **Internet Archive Proposal for 100&Change**

Dear MacArthur Foundation Board Members:

I am writing to confirm New Knowledge Organization Ltd.'s commitment to the Internet Archive's Open Libraries Project, and to convey our intent to serve as independent external evaluators to monitor the evolving nature of the initiative, provide the team with timely information on the context in which it is working, and to identify paths for them to achieve maximum impact with the MacArthur Foundation's investment.

New Knowledge Organization Ltd. (NewKnowledge) is an interdisciplinary charitable 501(c)(3) social science think tank collaborating with change-makers to build a strong, healthy democracy and thriving biosphere. We are committed to helping organizations increase access to and promote effective use of information to build stronger social capacity. Core to our mission is providing critical thinking and empirical data to build our partners' effectiveness and efficiency. We are committed to principles of pluralism and believe that everyone benefits from effective partnerships. We look forward to a close working relationship with the UW's Information School to understand the lived experience of users and the cultural groups who rely on their libraries as a critical path to knowledge development.

We feel this project is aligned to our expertise as researchers who are deeply engaged with social change initiatives. With support from the Bill & Melinda Gates Foundation and the Institute of Museum and Library Services, we have helped develop national impact measurement programs to fully assess how libraries are serving more important social functions than ever before. For US residents living at the lower end of the socio-economic strata, and those challenged to overcome physical barriers, the digital divide has abandoned them to minimal to no service from the commercial enterprises that dominate the Web. Low-income status and lack of learning resource accessibility has made libraries the sole lifeline to knowledge work and personal advancement for many members of our society. Our own reanalysis of data developed by UW's TASCHA found a nearly 1:1 correlation between those using libraries to develop new small businesses and the total number of entrepreneurs building the United States' new economy on which GDP growth depends. Despite political statements that seem to imply that everything is online and free, the Open Libraries project offers the first opportunity to help the digital universe live up to the promise and fulfill the needs of those people left behind in the rapid commercialization, monetizing, and paywall protections that perpetuate the cycle of poverty in our country.

tel: (347) 766-3399         tel: (442) 222-8814
13 East 37th St., 7th FL     3630 Ocean Ranch Blvd.
New York, NY 10016          Oceanside, CA 92056

New Knowledge Organization Ltd.
*Facing Society's Grand Challenges Head On*

INTARC00151239

The collaboration with Internet Archive affords unique opportunities to leverage our work with cultural institutions and human rights education. The large-scale effort and strategic partnerships are structured to ensure we can collaborate with a growing community of communities who seek to see their cultures represented in their public libraries and academic collections. As the US becomes a majority minority country, too often the dominant cultural narrative present in library collections and now more tellingly in digital collections, has been the story of an oversimplified western paradigm. To meet this need, our team of human rights workers have developed strategies for helping communities raise their voices and share their priorities as central to any success measure. By applying these strategies to the Open Libraries Project, we are confident we can help ensure the collections acquisition priorities are articulated, vetted within service communities, and that value is placed on diversity of content with utility to all people, including underserved communities. Our overall evaluation goal is to use best practices in social science to ensure the Open Libraries project advances good for those left behind in the digital revolution.

We were pleased to collaborate with the Internet Archive team, our colleagues at the UW Information School, and the Digital Library Foundation to create a culturally responsive monitoring and evaluation plan that is now embedded in this submission to the 100&Change initiative. We believe this plan is culturally responsive and has the flexibility to adapt to change as the program grows.

As outlined in the submission, NewKnowledge is committed to implementing the work through a series of specific activities that build understanding of the evolving nature of impact and to stress-test assumptions or project strategies. We will: (1) Oversee the integrated overall evaluation program and provide reporting to the field and back to Internet Archive to ensure data is representative of the lived experience of users; (2) Lead community responsive evaluation and benchmarking to ensure all voices are providing input to the program; (3) Coordinate the project leadership and M&E team on development of annual evaluation priorities and undertake or commission expert evaluation to assess these issues; (4) Coordinate risk assessment and monitoring of the changing contexts that shape the cultural engagement with digital content; and (5) Assess legacy plans and anticipated impacts at the conclusion of the funded effort.

We look forward to supporting this initiative as it finally helps the Information Age evolve to a place where digital assets serve all people. Thank you for opportunity to help you build and realize this vision.

Sincerely,

John Fraser, PhD AIA
President & CEO

INTARC00151240



# UNIVERSITY OF WASHINGTON

THE INFORMATION SCHOOL

July 5, 2017

Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago IL 60603

SUBJECT: Internet Archive Proposal for 100&Change

Dear MacArthur Foundation Board Members:

I am writing to express the University of Washington Information School's commitment to the Internet Archive's Open Libraries Project, and to convey our intent to support, advise, and fully participate in this initiative.

The Information School believes that access to and effective use of information is key to making a better world. Core to our mission is researching the problems and opportunities of information and designing solutions to information challenges. As a partner in supporting the Internet Archive's efforts, we can play a role in answering important questions that arise at the outset and throughout the implementation of the proposed program, developing and testing information solutions to meet specific needs and opportunities, and leveraging our standing in the library community to support the transformation of libraries worldwide. We believe that the Information School is strategically positioned to address questions surrounding the future of libraries through collaboration with our peers in the academy and the profession, and to direct and influence the practice of librarianship and the role that libraries must play in the lives of people and communities in the 21st century. The Information School's participation in this project will provide benefits through applying our strengths as a multi-disciplinary, research focused institution that addresses important questions about how information can improve lives.

In addition to the general support of the Information School, this project will draw upon specialized expertise that resides in two research groups within the School. The Technology & Social Change Group (TASCHA) is a globally recognized center for the study of information and communication technologies, public libraries, and international development. TASCHA, along with the International Federation of Library Associations and Institutions (IFLA), and the United States Public Library Association (PLA), have received major, long-term support from the Bill & Melinda Gates Foundation to accelerate the transformation of public libraries as critical centers of learning, creativity, and community development. TASCHA's role is to drive research and innovation, engaging thought leaders from within and outside the library sector to incubate new ideas and solutions in partnership with organizations at the forefront of fostering societal change. The Open Libraries work will build upon TASCHA's track record of research around the impact of technologies in more than 50 countries over 10 years, including research on public libraries as venues for access to information.

The DataLab is a research community at the Information School focused on developing and applying data science methods to projects that involve data, people and decisions. The DataLab has received numerous awards from the National Science Foundation, Sloan Foundation, Knight Foundation, Microsoft Research, Intel Research, and USAID, among many others. The Lab consists of six core faculty, 12 PhD students, and

INTARC00151241

John D. and Catherine T. MacArthur Foundation, re Internet Archive Proposal for 100&Change
July 5, 2017
Page 2

2 postdocs with specialties in data curation, information visualization, computational social science, database engineering, scientometrics and machine learning. The Internet Archive collaboration is a sweet spot for the Lab's skillset and research interests. It involves a large-scale, heterogeneous dataset within the library community that requires more than just skills in designing APIs, computational infrastructure, visual analytics platforms and statistical inference but also careful consideration of ethical practices in delivering these data and results to the broader community. Our overall research goal is to leverage data for the social good, in an ethical manner that can inform policy and impact lives for the better. The Internet Archive project helps the Lab meet these goals and the faculty are excited to engage with the work proposed.

We believe that the Internet Archive's proposed project is a unique one that addresses the immediate challenge of expanding access to the world's knowledge through a digitize-and-lend model while collaborating with the research and practice communities to develop a sustainable model that will result in a systemic shift in how information is provided at scale. The careful attention to existing practices within the publishing and distribution industry will provide a solid substrate to build upon, and engage key partners in a way that meets their diverse needs, while reaching a wide audience that currently does not have access to digital materials.

We will work to implement this vision through a set of three inter-related activities centered on the aggregation of project-generated data along with data already available from others to provide a resource designed to answer questions related to key challenges around access to and use of digital knowledge. This project offers a unique, large-scale opportunity to provide access to this data through a systematic approach that the research and practice communities can use to investigate and improve the delivery and use of digital knowledge.

The first activity will involve working in partnership with Internet Archive and others to create the Impact Data Trust, a transparent, public repository for the impact data generated from the project. This work stream will focus on designing a conceptual model of the policies and processes necessary to foster successful access to and use of the data for researchers, library practitioners, and the IA. This repository and access model will serve as the basis for the second activity, which focuses on developing analytic tools to query and use the aggregated data to answer basic research questions and more advanced inquiries regarding the impact of the project, as well as providing support for the ongoing project evaluation. The third activity will ensure that the repository becomes a resource for the broader community; we will undertake a variety of activities designed to mobilize the research and practice communities to use the repository to analyze and share their data-driven insights with each other and the broader community. All of these activities will focus on understanding and answering questions related to the impact of expanded access to the resources provided through the IA project.

The Information School looks forward to bringing its expertise and resources to this multi-partner collaboration to bring the unique vision of the Internet Archive to reality. We embrace the opportunity for transforming the digital knowledge landscape and look forward to participating over the project's lifespan.

Sincerely,

Harry Bruce
Dean and Professor

160

INTARC00151242



PRESIDENT'S OFFICE
THE CENTRAL LIBRARY AT COPLEY SQUARE | BOSTON PUBLIC LIBRARY
700 BOYLSTON STREET | BOSTON | MA 02116 | 617.536.5400 | WWW.BPL.ORG

John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603-5285

7/10/17

Dear MacArthur Foundation Board Members,

Please accept this letter in support of the Internet Archive's application to the MacArthur 100&Change Competition. This effort and project by the Internet Archive, with its direct and supporting partners, has the potential to truly democratize access to information and knowledge on a global scale. It is particularly opportune - now is the moment for such a project due to the following: we continue to approach global ubiquity of internet access and internet-enabled devices; the universe of published works is in fact still a finite number and thus addressable at scale; there is a strong desire for globalization to deliver on its promises of greater benefit to humanity, and this project promises a baseline and model for continued global access to information and standards of knowledge sharing.

The Boston Public library was a bold and transformative idea in 1848, when its charter was formalized, combining visionary leadership, private resources and an understanding of the public good, all to deliver unprecedented access to printed materials for the education and cultural enrichment of the general population.

We live in times that are both very different, yet filled with many challenges which resonate with that founding time. The Internet Archive's program, funded by the MacArthur Challenge, could be that new bold idea, one with global reach in our ever more connected society, one focused on ensuring no one is left behind in the race for greater access to knowledge, information access and technological enablement.

The Boston Public Library is committed to contributing to this initiative and to continue its long standing partnership with the Internet Archive, making our resources available to the greatest number of users possible.

In this respect, the phrase 'free to all' captures the essence of our mission and partnering with the Internet Archive scales that mission.

Our recent pilot program of lending digital copies of specific in-copyright Houghton Mifflin books provides a model of "one-to-one" lending that allows us to unlock previously unavailable out of print

INTARC00151243

materials for general public lending. This is a big step forward in crafting productive partnerships with publishers for in-copyright lending of previously non-digital titles, which the MacArthur grant could further leverage.

We have also identified special collections materials from the golden ages of English and Spanish literature, for example, of staggering rarity and which are not currently available in one place. While subsets are available behind paywalls, this is not material that should in any way be a revenue generator in its own right. Materials that seem obscure or interesting only from a historian's point of view, when considered in aggregate and in context (which online cross-linking makes possible), turn into a rich educational and cultural opportunity for learning.

The Boston Public Library fully endorses this application and stands ready to engage with this initiative.

Sincerely,

David Leonard

President, Boston Public Library

INTARC00151244

LOS ANGELES PUBLIC LIBRARY

July 11, 2017

Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603

Re: Letter of Support for Internet Archive's proposal for 100&Change

Dear MacArthur Foundation Board Members,

I am pleased to offer the enthusiastic support of the Los Angeles Public Library to the Internet Archive's Open Library Project and declare our intent to advise and fully participate in the project. The proposal's objectives of increasing digital access to critical learning and research missing from the online environment matches up with the mission of the Los Angeles Public Library to provide free and easy access to information to enrich, educate, and empower every individual in our city's diverse communities. Librarians throughout the world are often asked about the relevance of libraries, since "everything is online now." The misperception that all information is available for free on the internet illustrates the need for libraries to develop partnerships to make available the breadth of human knowledge in a digital format.

The Los Angeles Public Library has deep collections in several subject areas that we are interested in sharing with the larger research community. We have an extensive collection of plays and screenplays and one of the largest drama collections in the country, which is heavily used by both the entertainment industry and local theater groups. The Social Sciences collection has a focus on books related to the history of social and civil unrest, which mirrors the social and political history of Los Angeles and the nation.

Our extensive international language collection could greatly expand the opportunity to make works available from under-represented communities. Spanish language is our largest collection, followed by Chinese, Korean, Russian, Armenian, Japanese, Vietnamese, and many other languages that reflect the rich history of the diverse urban population in Los Angeles. Several other collections at the Los Angeles Public Library are candidates for digitization including an extensive history of culinary arts, computer manuals from the inception of the PC to present, tracking the historical development of our contended world, and a rich collection of fiction set in Los Angeles dating back to the founding of the city.

**John F. Szabo,** City Librarian

Los Angeles Public Library ▪ 630 W. Fifth St. ▪ Los Angeles CA 90071 ▪ 213-228-7515 ▪ Fax: 213-228-7519 ▪ **www.lapl.org**

163

INTARC00151245

Board of Directors
John D. and Catherine T. MacArthur Foundation
July 11, 2017 – Page 2 of 2

We are thrilled to be a part of the initiative, and hope that it will bring some much-needed innovative thinking to inter-library loan systems, streamlining the process and making digital editions available while respecting the rights of authors. Currently, this process is slow and expensive – because of potential loss of items, some of the most valuable works are often unavailable for researchers.

The Internet Archive Open Library's digitize-and-lend model has the potential of freeing information from closed stacks, allowing the Library to move materials to offsite storage without compromising accessibility. Library spaces are evolving, and a greater variety of activities are happening in libraries, including providing spaces for active learning, co-working, and community gathering.

We are looking forward to collaborating with the Internet Archive and other partners in this venture and participate in unlocking analog collections and expanding access to information and knowledge.

Sincerely,

John F. Szabo
City Librarian

INTARC00151246

 **SACRAMENTO PUBLIC LIBRARY**

July 10, 2017

Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603

**SUBJECT: Internet Archive Proposal for 100&Change**

Dear MacArthur Foundation Board Members:

I am writing to express Sacramento Public Library's strong endorsement of the Internet Archive's Open Libraries Project, and to convey our intent to support and fully participate in this initiative. Our mission of providing access to information so that our communities will discover, learn and grow will be significantly furthered by this exciting project. As a library system that covers California's capital region, and serves urban, suburban and rural communities, we are excited by the idea of sharing our rich history and collections beyond our boundaries. This project addresses critical issues of access. That access benefits the community served by the most fundamental of democratic institutions, the public library.

Sacramento Public Library witnessed the impact of the Internet Archive's prototype Open Libraries prototype, and this project represents a logical next step for that important work and we want to be part of it.

Sacramento Public Library would be pleased to share the following:

- **Hmong-language materials** Sacramento's Hmong population is estimated to be the third largest in the United States, and while Sacramento Public Library's collection of Hmong-language materials is small, we purchase materials as they become available. In addition to classic Hmong materials, we avidly collect children's materials to help Hmong children discover classic picture books such as *Leo the Late Bloomer* and *It Looked Like Spilt Milk.*

- **Sacramento Room Special Collections** This resource collection is national and international in scope with a primary focus on Northern California. It includes books, pamphlets, photographs, scrapbooks, yearbooks, maps, videos, audio recordings, ephemera and other printed material. The collection pays particular attention to the experience of people of color, the disabled, youth, the elderly, and other groups which are often marginalized. As we know from the requests that we receive, there is voracious interest in these collections in locations far and wide.

Sacramento Public Library
828 I Street, Sacramento CA 95814 | saclibrary.org

INTARC00151247

Sacramento Public Library – Letter of Support
Internet Archive Proposal for 100&Change
Page 2

- **California State Fair** Sacramento Public Library has had an annual presence at the California State Fair since 2014, providing programming as well as a glimpse of library services and innovations such as 3D printing, ebooks and electronic resources. We would like to expand people's awareness of digitized collections and can imagine our booth featuring real-time digitization of historic materials. Imagine the excitement on the part of the general public as they make the connection between those family photographs and preserving them for future generations.

Sacramento Public Library is busy inventing the future of public libraries. We know that our communities need to have access and opportunity and to experience the known and unknown. We are keenly excited about the potential of this project to make new strides in how the general population may find access to our shared history.   This projects allows the sharing of collections and creates a new model that recognizes the importance of both copyright and provenance. Just as importantly, this project has the potential to realize enormous cost savings to libraries, savings that can go into building collections instead of slowly and laboriously moving physical materials. It will help libraries with their ongoing on-site space management needs, another way that that costs can be contained and services expanded at the same time.

As California's fourth largest public library and has a history of innovation including our I Street Press, a Library of Things and a fully-formed program to enable adults to receive accredited high school diplomas. We are excited about the opportunity to share our collections, resources and enthusiasm in this unique and exciting venture.

Sincerely,

Rivkah K. Sass | Executive Director

INTARC00151248



### CHICAGO PUBLIC LIBRARY
#### CITY OF CHICAGO

July 10, 2017

Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn St.
Chicago, IL 60603

SUBJECT: Internet Archive Proposal for 100&Change

Dear MacArthur Foundation Board Members,

I am writing to express Chicago Public Library's endorsement of the Internet Archive's Open Libraries Project.

Libraries have always been, and continue to be, in the knowledge business. This does not mean however that that we are static and unchanging institutions. Instead libraries have evolved to support knowledge creation and dissemination in ways that are relevant to our communities' changing needs. Chicago Public Library started as a small library with a few thousand books in 1873 and has expanded to 80 locations throughout the City. How our users access and interact with information over that time has changed and thus we provide a plethora of library materials both print and digital, as well as multimedia and collaboration spaces like YOUmedia and the Maker Lab where patrons become content creators.

Chicago Public Library's strategic vision is to create and implement innovative solutions that meet our patrons' changing needs as we provide access to all in order to nurture learning, support economic advancement and strengthen communities. The 100&Change project specifically aligns with the Library's strategy of delivering services not only within our walls, but also in patrons' homes, schools and workplaces through an online presence as well as by promoting fully inclusive policies that support a principle of free and open access. As we look to Internet Archive as a leader in our digital world, specifically when it comes to increasing the number of published materials available online, we believe their proposal holds immense possibility for enabling and empowering this work. The incredible possibility that the 100&Change opportunity would provide Internet Archive to move the digital library world boldly forward is one that holds great promise for Chicago and far beyond.

Thank you for your consideration of Internet Archive's innovative proposal. We look forward to the impact it can have on us all.

Sincerely,

Brian Bannon
Commissioner

400 SOUTH STATE STREET, CHICAGO, ILLINOIS 60605

INTARC00151249



New York
Public
**Library**

June 29, 2017

Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603

Dear MacArthur Foundation Board Members,

I am writing in support for the Internet Archive's grant proposal for the 100&Change program.

The Internet Archive has long been a leader and champion of efforts to build universal access to knowledge, a goal the New York Public Library also shares. As a public library -- in particular, with both research and circulating functions -- we are committed to the free availability of information for everyone across the world, especially those who face the greatest challenges. To this end, we support Internet Archive's effort to expand access to e-books and applaud their focus on individuals with print disabilities.

Over the past several years, the NYPL has been involved in an effort to improve the e-reading experience by creating an open library e-reader called SimplyE. This service is designed to allow libraries to provide e-books to their patrons for free, regardless of whether the content originates from commercial or non-commercial sources. Internet Archive is precisely the type of resource that SimplyE is designed to serve -- interested libraries and readers -- and we hope that other libraries will join us in such a partnership as we look to greatly expand upon the collections available to all.

Again, we fully support the Internet Archive's proposal and look forward to partnering with them in this latest endeavor.

Sincerely,

Anthony W. Marx

**Office of the President**
Stephen A. Schwarzman Building | Fifth Avenue and 42nd Street, New York, NY 10018
Phone: 212.930.0736 | Fax: 212.930.9299 | president@nypl.org

INTARC00151250



919 NE 19th Avenue | Suite 250 • Portland OR 97232 • 503.988.7870
Vailey Oehlke | Director of Libraries

July 5, 2017

Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603

Dear Board of Directors:

I am very pleased to offer this letter of support on behalf of Multnomah County Library for the Internet Archive's proposal to provide libraries and learners free digital access to four million books. We applaud the Internet Archive for being selected as a semi-finalist for 100&Change, the competition for a $100 million grant from the John D. and Catherine T. MacArthur Foundation.

Providing access to learning and the knowledge found in books, has long been a priority for Multnomah County Library and it is still one of our key priorities. "We champion reading" and our mission is "Empowering our community to learn and create." The library circulates over 19 million items annually (the fourth highest in the nation), but we realize that the use of physical books is declining while the demand for ebooks continues to climb.

In addition to the changing nature of the expectations of readers, Multnomah County Library has serious space constraints and new demands on our locations which limit the number of physical books that can be displayed in our libraries. We place a high priority on offering a rich and relevant collection, but libraries are for people and should not be warehouses for books in the modern age. As as library with increasing demands on our spaces for community connections, group learning opportunities and more, Libraries should not be book warehouses, but community forums. We can store the physical books we own offsite and make them available digitally through this model, freeing up spaces in libraries for people.

Partners like the Internet Archive are critical to helping libraries achieve a new vision for patrons. With $100 million they could make 4 million books available anywhere, forever. In addition they will digitize many books published after 1923 that are just not available in ebook format yet, and for current and future generations this will be essential for their discoverability and to prevent their impending obscurity. Internet Archive has the capacity and technology to do this cost effectively, efficiently, and legally. Libraries should be able to lend the physical books we own in digital formats, based on the current and sound interpretation of copyright laws.

We value the work of the Internet Archive and look forward to seeing this proposal selected as the winner of 100&Change and for our participation to lead to more positive outcomes for Multnomah County residents in the coming years.

Sincerely,

Vailey Oehlke
Director of Libraries

INTARC00151251



# GEORGETOWN LAW

**Michelle M. Wu**
Associate Dean for Library Services
Professor of Law

June 30, 2017

Dear MacArthur Foundation Board Members,

I am writing today to express my strong support for the Internet Archive's (IA) vision to democratize access to information in its proposal to the MacArthur Foundation's 100&Change competition.

As the largest law school and second largest law school library in the nation, the Georgetown University Law Center and its library are committed to social justice, as reflected in our motto, "Law is but the means, justice is the end." Through the efforts of our faculty, centers, institutes, student groups, and alumni, we seek to make the law accessible, understandable, and effective in representing the many different interests worldwide. Past examples of our library's efforts include our hosting of federal circuit court opinions on our website before the courts themselves had the ability to provide access, partnering with the District of Columbia to post opinions from their historic preservation offices, and serving as the home for the National Equal Justice Library. Currently, we have been seeking collaborative partners to digitize and make publicly available public documents (e.g., circuit record and briefs) generally found only in microformat. We are also partnering with the Internet Archive to lend our digital collections.

The project outlined by the IA in their 100&Change proposal holds the promise of bridging one of the most dangerous divides of our time: an informational divide caused by the growing economic inequality in the United States. Poorer regions suffer from a variety of deficiencies, including lack of adequate funding for schools, public services, and libraries. This project would make possible the maximization of public investment in informational resources, not just for the benefit of the wealthy but also the neighborhoods that would otherwise never have access to rich information stores. Books purchased by wealthier neighborhoods could be made available for lower-resourced communities through interlibrary loan as they are now, but without incurring the shipping costs associated with ILL. Without the reduction in transaction costs made possible by digital delivery, these poorer communities may never have the opportunity to hear from diverse voices on issues stretching across the globe. Granted, even if this project succeeds, it is only one step. There are other barriers, like the digital divide, that will influence how impactful this would be, but the potential benefits themselves are staggering even should other divides persist.

111 G Street, NW, Washington, DC  20001-2075
PHONE 202-662-6191
michelle.wu@law.georgetown.edu

INTARC00151252

Page 2

IA's vision echoes back to the Founders' vision for copyright in the United States. Article I, Section 8, Clause 8, of the United States Constitution grants Congress the power "**To promote the progress of science and useful arts**, by securing for limited times to authors and inventors the exclusive right to their respective writings and discoveries." (emphasis added)  The end purpose of copyright was always for the public benefit, as knowledge was seen as being essential to an informed democracy.  In crafting the nation's copyright framework, therefore, Congress enacted laws to maintain a balance between copyright holders and the public interest and has reiterated that necessary balance in every subsequent major piece of copyright legislation.

Copyright owners have already taken advantage of technology to expand their reach; where works used to be sold only by itinerant booksellers, they can now be distributed to millions instantaneously through the use of technology. Through technology, they have cut printing and shipping costs dramatically and reduced the necessity for overruns. Copyright owners have also developed new formats and new streams of commerce, some of which artificially limit the usefulness of works through the adoption of technology that has a limited lifespan. It is past time that technology is added to the other side of the scale, the side that speaks for the public interest. The concepts of collaboration, shared online collections, and controlled digital lending contained in IA's proposal restore copyright's balance, by allowing libraries to achieve the full value for the works they have purchased throughout the lifetime of the work. Libraries will continue to purchase works, ensuring that authors continue to receive remuneration for their creations, but they will also exercise the right to use what they have purchased even as technology changes.

Words cannot express how enthusiastic I am about IA's proposal, the promise it holds, and the necessity for it in a world where the divide between the haves and have nots only grows. This project contemplates a world in which resources can be used for the good of the whole of the nation, not just for the few.

Sincerely,

Michelle M. Wu
Associate Dean for Library Services

171

INTARC00151253



Openwater
- Wearable MRI -

733 Front Street, Suite C1A
San Francisco, CA 94111
USA
www.openwater.io

Dear MacArthur Foundation and Board Members,

It was in 1999 when I first started to say "If you want to figure out what Google is going to do look at what Brewster Kahle and the Internet Archive did 5 years ago". It was true then and remains true today - archiving the web, scanning books, scaling it globally, the WayBack Machine. And on and on.

There is no organization on Earth more committed to creating, preserving and distributing our digital heritage.

I say this as a former top engineering executive at Google and Facebook. As a co-founder of One Laptop per Child and its first CTO, and as a lauded technology innovator. When I die my estate is going to the Internet Archive.

The Internet Archive, and the world of information users (that's all of us) would benefit greatly from some small fraction of the muscle that the Archive's powerful for-profit peers have, for it to effect the enormous positive change that it has in its mission.

There is a lost century of books from when copyright laws changed in the 1920s. Changes in law and policy have blocked the digitization and the dissemination of books since then. We lose our very history as it gets blocked and re-written - the books that formed many of us are not - and can not be - digitized and thus part of our history becomes inaccessible to future generations.

Luckily the town libraries have copies of these books.

The partnership of the Internet Archive with the country's town libraries can enable modern digital access for the libraries. Perhaps more important is that working with these libraries' archives can vastly extend the digitized lending library for the lost century of books. For each copy of Rachel Carson's Silent Spring on the shelves of local libraries - another copy can be put into perpetual worldwide digital lending. And so it is for each book on the shelves of these libraries.

INTARC00151254

The Internet Archive embodies the best spirit of our time - to make information available to all - without profit motive, without discrimination or censorship on what the information is to be. Today, as the idea of knowledge as core to our culture is itself under attack, the Archive is our Library of Alexandria. Let's defend and propagate it!


Sincerely,

Dr, Mary Lou Jepsen
Founder and CEO, Openwater (www.opnwatr.io)

173

INTARC00151255

Abby Smith Rumsey

24 Beulah Street

San Francisco CA 94117

███████████.com

rumseywrites.com

June 30, 2017

Dear MacArthur Foundation Board Members:

I write to offer strong support for the Internet Archive's proposal for the 100 &
Change competition. Bringing 4 million books online through purchase and
digitization represents a breakthrough model for libraries to continue their vital
work of providing access to knowledge in the digital age.

My three decades of professional experience working at the Library of Congress,
the Council on Library Information Resources, the Scholarly Communication
Institute at the University of Virginia, and service on the National Science
Foundation's Blue Ribbon Task Force on the Economics of Digital Preservation
and Access has given me front-line exposure to the promise and turmoil of
digital delivery of information. For digital natives, online access—be it on the
web, through apps, or via cloud services—is the default mode of reading. If a
book is not accessible online, it will not be found and used. The knowledge held
within it will be as good as lost. That is why libraries and archives are
dedicating what resources they have to put the pre-1923 heritage of public
domain knowledge online.

Paradoxically, it is the 90 years of recent publications, from 1923 to the
present, that libraries cannot deliver to their readers online. The Internet
Archive is assembling a network of libraries to provide at-scale circulation of 4
million books from this period. This will enable libraries that own a physical
book to provide their patrons with temporary access to that book in digital

INTARC00151256

form, under the same restrictions libraries currently impose—one eBook to one reader at a time.

The founders of the American republic believed that a self-governing people have the right to unfettered access to information in order to fulfill their responsibility to be informed citizens. That is why libraries have long been pillars of democratic practice, supported by both public and private funding and undergirded by a copyright regime that enables libraries to lend books, moving images, and recorded sound while protecting the privacy of each reader and the rights of creators. This critical linchpin of democracy is imperiled by a copyright regime that has yet to catch up with the realities of digital access. The Internet Archive is offering a secure, scalable solution to this challenge while the sociopolitical system normalizes the access our democracy demands.

The Internet Archive is uniquely positioned to move this vital project forward. Libraries are committed to continue their core mission in the midst of powerful technological and format changes. Yet they cannot operate at the scale that is required for providing new service models without collaboration with the Internet Archive. The Archive's modeling and testing of new digital services is uniquely influential, as the adoption of their web crawling tools attests. Pioneered by the Internet Archive, these tools are now commonly used by research institutions and libraries to collect, preserve, and make accessible web-based content for the communities that they serve.

What is at risk if we do not act now is not just the content of these books. At this juncture in time, democratic practices are threatened by floods of unvetted, unverified media feeds about current and past events. We need more, not less access to information that has been vetted for quality, the very definition of what a published book is. Writers, editors, proofreaders, publishers, reviewers, and the librarians who make informed decisions about what to acquire are all vital links in the chain of quality intrinsic to published books.

INTARC00151257

The Internet Archive is keenly aware of what is at risk in this time of transition from hard copy to digital. To ensure access, they have dedicated decades of hard work, informed by innovative thinking and powered by a zeal to serve the public good that is widely recognized and honored in the United States and abroad. I respectfully urge the members of the board to fund this project. It will greatly enhance the ability of individuals to seek knowledge today and for generations to come.

Sincerely yours,

Abby Smith Rumsey

INTARC00151258



**ELECTRONIC FRONTIER FOUNDATION**
Protecting Rights and Promoting Freedom on the Electronic Frontier

July 7, 2017

MacArthur Foundation Board Members
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603

Re: Internet Archive's *OpenLibraries* Initiative

Dear MacArthur Foundation Board Members,

I am writing to express the Electronic Frontier Foundation's strong support for the Internet Archive's proposal to the MacArthur Foundation's *100&Change* competition. EFF supports this proposal because we know that the Internet Archive's work will help fulfill the promise of the Internet—truly universal access to knowledge. We are particularly excited by the Archive's vision to maximize access to knowledge for traditionally disadvantaged communities, including those constricted by distance, time, income and disabilities. With support from the MacArthur Foundation, the Archive can make that dream a reality.

I've known and worked with Brewster Kahle for more than ten years, as an EFF client, as a fellow advocate on a range of issues and as a member of EFF's board of directors. The Archive's mission aligns easily with EFF's: we share a fundamental commitment to ensuring that new technologies serve, rather than inhibit, the public interest. In line with that goal, we have worked closely with the Internet Archive to find ways to expand their collections and to defend a library's right to protect the privacy of its readers, including from improper government demands for information. We know that libraries have a special dedication not just to access, but also to preservation. We also know that, unlike some commercial entities, libraries like the Archive protect reader privacy by never unnecessarily harvesting, or selling, the personal information of patrons. The Archive's leadership in upholding that tradition in the 21st century has been vital to protecting open knowledge and Internet freedom.

I also know that Brewster leads a dedicated, hard-working team that has accomplished extraordinary things on a shoestring budget. Many organizations set ambitious goals. The Archive fulfills them. As a result, the Archive has become an invaluable resource for people all over the world.

EFF and the Archive have worked together many times on briefs and public advocacy concerning the careful balance between the incentives copyright law offers to authors and publishers with the broad public interest goals of digital libraries. We believe the Internet Archive's plan to expand the collection of digital books and make them available to the print disabled, journalists, scholars and the public will serve the purposes of copyright by fostering new creativity and innovation, encouraging new transformative uses, and promoting access to

815 Eddy Street • San Francisco, CA 94109 USA
voice +1 415 436 9333    fax +1 415 436 9993    web www.eff.org    email information@eff.org

INTARC00151259

July 7, 2017
Page 2 of 2

works that are now hidden away in the dusty archives of small and large libraries around the United States.

We join the Internet Archive in believing that access to knowledge is an inalienable right —and a pillar of our democratic system. When some of our citizens face towering barriers to knowledge, democracy suffers. Now more than ever we need to put the best information in front of our citizens, while at the same time protecting their right to access that information without sacrificing their privacy. We know the Archive is committed to doing both.

We wholeheartedly support the Internet Archive's proposal and look forward to working with them to make this program a success.

Sincerely,

Corynne McSherry
Legal Director
Electronic Frontier Foundation

INTARC00151260



1875 Explorer Street, 10th Floor
Reston, VA 20190

The President and the Board of the John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603-5285

Dear Board Members,

I am writing in support of the proposal from the Internet Archive to expand its efforts to preserve modern digital artifacts (among other media) in response to the call for proposal from the MacArthur Foundation. I have known and worked with the Internet Archive's founder, Brewster Kahle, for many years and have found his leadership and his team's dedication to be refreshing and vital to the effort to preserve our digital heritage. I am sure that the Archive team has documented its work to date so I will not reiterate that here.

They have been extraordinarily clever in their implementation of a Web archive and recently added a browser plug-in so that a "404 page not found" message from the browser automatically invokes a search of the Internet Archive in case that page sought was captured in their "crawl" of the WWW. The WWW can barely contain itself let alone archive itself, so efforts to explicitly capture our increasingly digital history require extraordinary measures and it is gratifying to know that the MacArthur Foundation recognizes that need.

Brewster and his team understand big visions - something the MacArthur Foundation has demonstrated a remarkable ability to discover and support. The 100&Change effort is a good example of that.

I am strongly persuaded that the selection of the Internet Archive for digital preservation will be an investment well made and endorse without reservation their proposal.


Sincerely,

Vint Cerf
VP and Chief Internet Evangelist
Google

INTARC00151261