McNamara Declaration

Exhibit 46

part 7



**Ⅲ Open Libraries**
a project by the Internet Archive

# Evidence of Engagement
## Social Media, Videos & Web



INTARC00151262

 **Open Libraries**
a project by the Internet Archive

**Internet Archive** | **Social Media**

# Social Media @InternetArchive

## #100andChange

### +242k Unique Impressions
35 Posts about Open Libraries
### + 118k Followers
392,854 Total Impressions
7,165 Engaged Users







### 85.3K Followers
59 #100andChange mentions
165 Average Engagements
### 14,194 Average Impressions
92 Tweets about the Open Libraries Project



INTARC00151263

🏛 **Open** Libraries

a project by the Internet Archive

| | Internet Archive | Videos |

# Multimedia and Awards

Brewster Kahle presents "The Library of 2020 — Building a Collaborative Digital Collection of 4 Million Books" during a **Facebook Live event at the 2017 American Library Association** meeting in Chicago in June. The livestreamed session reached over 15k people with 4.2k views.



http://bit.ly/2tmaYWF



http://bit.ly/2suivzK

Wendy Hanamura, Brewster Kahle, and John Gonzalez field 25 questions during an Internet Archive AMA. Over **38 participants commented or asked questions** during the 90-minute conversation in June 2017. The video has over 500 views online.

**"...one of the Internet's highest honors..."**

*-New York Times*

Tracey Jaquith, Brewster Kahle, and Alexis Rossi accept a Lifetime Achievement Award on behalf of the Internet Archive at the 21st Webby Awards in May 2017. The Archive was lauded in by the host for being "the web's most knowledgeable historian."



http://bit.ly/2tmaYWF

INTARC00151264





The Wayback Machine team has curated a collection featuring 1,795 *100&Change* submission videos to host online forever.

Launched in 2001, the Wayback Machine preserves the history of the web.

We all want to see the modern day Library of Alexandria, a digital library where the published works of humankind—all the books, music, video, webpages, and software—are available to anyone curious enough to want to access them. I believe now is the time to build it.

- Brewster Kahle

183

INTARC00151265



# Biographies of Key Staff







INTARC00151266

**Open** Libraries
a project by the Internet Archive



**Brewster Kahle**

Founder &
Digital Librarian

A passionate advocate for public Internet access and a successful entrepreneur, **Brewster Kahle** has spent his career intent on a singular focus: providing Universal Access to All Knowledge. He is the founder and Digital Librarian of the Internet Archive, one of the largest digital libraries in the world, serving over one million patrons each day. With 170 staff members in the United States, Canada, England, and China and digitization centers at the Library of Congress, Princeton University, University of Toronto, and Boston Public Library, the Internet Archive works with more than 500 library and university partners to create a free digital library, accessible to all.

Since founding the Internet Archive in 1996, Kahle continues to guide all aspects of the organization including policy, strategic direction, and the development of new technologies. He is a prolific writer, speaker, and advocate for ways we can create technology that reflects our deepest values: privacy, security, and accessibility. Under Kahle's leadership, the Internet Archive launched the Wayback Machine, the only public archive of the web, and archive.org remains one of the 300 most popular websites in the world.

Soon after graduating from the Massachusetts Institute of Technology where he studied artificial intelligence, Kahle helped found the company Thinking Machines, a parallel supercomputer maker. He is an Internet pioneer, creating the Internet's first publishing system called Wide Area Information Server (WAIS) in 1989. With The Wall Street Journal as its first customer, the company helped revolutionize the electronic publishing market. Kahle eventually sold the company to America Online. In 1996, Kahle co-founded Alexa Internet, with technology that helps catalog the web, selling it to Amazon in 1999.

INTARC00151267

🏛 **Open** Libraries

a project by the Internet Archive

**Brewster Kahle**

Founder & Digital
Librarian

Kahle and his wife, Mary Austin started the Kahle-Austin Foundation, which
supports the Internet Archive along with other non-profit causes. Kahle is a
founder of the Open Content Alliance, a group of organizations contributing
to a permanent, publicly accessible archive of digitized texts. He is a Fellow
of the American Academy of Arts and Sciences, a member of the National
Academy of Engineering, and serves on the boards of the Electronic
Frontier Foundation, Public Knowledge, The European Archive, and the
Television Archive.

Elected to the Internet Hall of Fame, Kahle is also the recipient of the 2004
IP3 Award from Public Knowledge, the 2009 Free Software Foundation
Award, and the Paul Evan Peters Award, which is bestowed jointly by the
Coalition of Networked Information, the Association of Research Libraries,
and EDUCAUSE. For his innovative use of technology and continuous
efforts to provide universal access to all human knowledge, Simmons
College presented Kahle with the degree Doctor of Computer Science,
honoris causa. In 2009, he was named by Utne Reader as one of the "50
Visionaries Changing Your World."

INTARC00151268

🏛 **Open** Libraries
a project by the Internet Archive

**Internet Archive** | **Team Bios**



**Wendy Hanamura**

Director of
Partnerships

**Wendy Hanamura** is the Director of Partnerships at the Internet Archive, one of the world's largest digital libraries. Passionate about using stories to accelerate social change, Hanamura uses her communication skills to share the remarkable mission of the Internet Archive—providing people everywhere with equal, unfettered access to knowledge. After decades working as a journalist and a leader at a nonprofit national television network, Hanamura has helped guide the strategic direction of the Internet Archive since 2014.

Hanamura manages the Internet Archive's *Open Libraries* project, which seeks to bring millions of digital books to billions of people around the world. As the project lead, Hanamura helps shape both the project's design and the team who is building this new digital infrastructure for US libraries. A master juggler, she is equally at home writing copy, managing teams of hundreds, balancing budgets, and communicating a compelling vision for transformational change to everyone from presidents to public television audiences.

At the Internet Archive, Hanamura helped stage the world's first Decentralized Web Summit in 2016. She built a partnership with the Japanese American historical organization, *Densho*, to preserve thousands of first-person oral history videos about the WWII incarceration of Japanese Americans within archive.org. Nothing is more important to her than preserving the stories of the past for future generations, so they might avoid our mistakes and learn from our triumphs.

Previously, Hanamura served as Chief Digital Officer of KCETLink and Vice President and General Manager of Link TV, a national nonprofit television network dedicated to connecting Americans to the world. There she launched an international film contest highlighting solutions to some of the world's toughest global development problems. She led a campaign sharing

INTARC00151269



Open Libraries

a project by the Internet Archive

Internet Archive | Team Bios

**Wendy Hanamura**

Director of
Partnerships

the diverse stories of Muslims in America. She helped build a global news video app that provided readers with facts, context, and possible actions related to the issues.

Hanamura began her career in journalism as a researcher and photo editor for Time magazine. She's reported and produced television content around the world for CBS, World Monitor Television, NHK (Japanese Broadcasting Corporation), and PBS. Her favorite project remains *Honor Bound: A Personal Journey,* the national documentary she produced about her father and his storied WWII unit, the Japanese American 442nd Regimental Combat Team.

Hanamura serves on the boards of the Ruddie Memorial Youth Foundation, supporting innovative programs for at-risk youth, and Whose Knowledge?, a global campaign to make the information on the internet more diverse. She volunteers her time as a moderator at the Clinton Global Initiative University, an interviewer for Harvard College, and a fundraiser for the Topaz Museum. Hanamura graduated *summa cum laude* and Phi Beta Kappa from Harvard University, and she was a Rotary International Fellow at the University of Tokyo, studying architecture with Fumihiko Maki.

INTARC00151270

# 🏛 Open Libraries
a project by the Internet Archive

**Internet Archive** | **Team Bios**



**John Gonzalez**

Director of
Engineering

**John Gonzalez** has been at the Internet Archive for three years working to support, coach, and lead the technology and operation teams at the heart of the Internet Archive service delivery. His role has allowed him to apply over 30 years of experience in business and technology management to the Internet Archive mission of Universal Access to All Knowledge.

Immediately prior to his position at Internet Archive, Gonzalez directed product strategy and development for multiple content management offerings. From 2005 to 2014 he was Director of Content Management Products at Xerox where he managed a $22 million product line of document management products. From 2001 to 2005 he was VP of Product Management and Strategy for Clearstory Systems (WebWare Digital Asset Management software). In the late 1990's Gonzalez was part of the Getty Images Corporate Business Development team as VP of Business Development where he participated in the acquisition and integration of multiple digital stock photography companies and negotiated business partnerships with Adobe, Lycos, AltaVista, and other iconic early-internet organizations.

Gonzalez has consistently demonstrated passion for improving access and opportunity for youth in underserved populations. Throughout his professional career, he has volunteered time tutoring and mentoring students from families of color and contributing skills and resources to organizations focused on advancing the availability and quality of education for underserved youth. This commitment was redoubled when Gonzalez's oldest child, Raphael, was diagnosed with dyslexia.

Starting in 2009, Gonzalez served on the Board of Directors for the San Francisco Children's Creativity Museum, including two years as Chairman and two years as Treasurer. The Children's Creativity Museum provides

INTARC00151271



**Open** Libraries

a project by the Internet Archive

Internet Archive | Team Bios

**John Gonzalez**

Director of
Engineering

youth (ages 2-12) with experiences and programs designed to expand creative literacy and design thinking. During his six-year tenure, Gonzalez worked with and then led the CCM board to expand patron demographics and to stabilize financial and organizational scaffolding. Located in the heart of low-income neighborhoods of San Francisco, CCM continues to provide highly engaging and educational experiences for youth of all backgrounds and demographics.

In May 2017, Gonzalez joined the board of the Buck Institute for Education (BIE), an organization whose highest priority is to help teachers prepare K-12 students for successful lives. The strategic focus of BIE is to enhance educational outcomes for all students, but especially for those in the US who are furthest from opportunity and resources.

He earned a BS in Computer Science with honors from MIT and a MBA from Stanford Graduate School of Business.

190

INTARC00151272

🏛 **Open** Libraries

a project by the Internet Archive

**Internet Archive**    **Team Bios**



**Jim Michalko**

Senior Strategist

**Jim Michalko** became the Sr. Strategist for the Internet Archive's *Open Libraries* after retiring from his position as VP, Research Libraries at Online Computer Library Center (OCLC) in March 2016. Known for his success coordinating large-scale, national, collaborative multi-stakeholder library projects, Michalko leads the outreach efforts for the Internet Archive's ambitious project to digitize and lend millions of books.

At OCLC, a nonprofit global library cooperative with more than 16,000 member libraries in 100 countries, Michalko had primary responsibility for research library relations and the OCLC Research Library Partnership. The transformative impact of technology on the delivery of library and informa-tion services has been the primary thread through Michalko's long career. He was the CEO of the Research Libraries Group (RLG), a US-based international consortium of research libraries, archives, law and museum libraries that operated collaborative library programs and technical systems.

During his career at RLG, it grew from a small operation funded by the four founding institutions and operated out of a trailer on the Stanford campus to a global library cooperative sustained and governed by 165 of the world's great libraries. These member libraries built and operated the RLG Union Catalog which supported cataloging and discovery services for more than 1200 major libraries across the US, Europe and Asia.

In addition to the technical infrastructure and services that RLG delivered to the library community, it mobilized its members to address shared problems that required collaborative solutions.  A generation of current senior library leaders launched their careers and grew their expertise and networks in the dozens of working groups that RLG created and coordinated over the decades.

INTARC00151273

Open Libraries
a project by the Internet Archive

Internet Archive | Team Bios

**Jim Michalko**

Senior Strategist

Similar to many in the library community, the work runs in the family. His mother worked as a librarian in his neighborhood Carnegie library near the steel mills in Cleveland, Ohio where he grew up. He has fond memories of freely roaming the library while his mother gave English classes to the Czech and Slovak residents of the neighborhood.

Since then Jim has been privileged to have many of the great research librarians as mentors and has paid it forward by mentoring many of the next generation who are now senior managers running great libraries in the US, UK and Australia.

Michalko holds graduate degrees from the University of Chicago (MBA and MLS) and was an undergraduate at Georgetown University (BA). He's a dedicated reader and a supporter of various women's shelters and restorative justice groups on the San Francisco Peninsula.

INTARC00151274

📖 **Open** Libraries

a project by the Internet Archive



**Lila Bailey**

Policy Counsel and Lecturer at Berkeley Law, University of California

**Lila Bailey** is Policy Counsel for the Internet Archive where she advises on the complex legal and policy issues associated with democratizing access to knowledge. She is also a lecturer at Berkeley Law, most recently teaching a course in the Fundamentals of Internet Law.

Prior to becoming the Internet Archive's in-house counsel, Bailey was the founder and principal attorney at The Law Office of Lila Bailey, specializing in digital copyright and privacy issues for individual entrepreneurs and creators, early stage startups, Internet platforms, and libraries. From 2011-2013, Bailey was a Clinical Teaching Fellow at Berkeley's Samuelson Law, Technology & Public Policy Clinic, where she managed and mentored student attorneys as they tackled cutting edge work in public interest technology law and policy. Bailey's work there included advising a Civil Rights group on the copyright issues involved in making historical materials available in digital form, working on privacy issues associated with California's "smart" electricity grid, and drafted a white paper on the benefits of flexible copyright exceptions and limitations for libraries outside the U.S.

Prior to this, Bailey was counsel for Creative Commons, a nonprofit organization offering open copyright licenses that allow the sharing of creative works under flexible licensing terms. In this capacity, Bailey worked with the Open Educational Resources community, to make high-quality educational materials freely available under terms that allow anyone, anywhere, to access, customize, and share those resources via the Internet. Bailey held an Intellectual Property Fellowship with the Electronic Frontier Foundation in 2007, helping Internet users push back against abusive DMCA takedown notices and supporting EFF staff on the early stages of the *Lenz v. Universal Music Group* case (a.k.a. "the Dancing Baby case"). Bailey served as an associate at Perkins Coie, where she worked on copyright, patent, and

INTARC00151275



**Open** Libraries
a project by the Internet Archive

**Lila Bailey**

Policy Counsel and Lecturer at Berkeley Law, University of California

trademark litigation. In 2006, she won the firm-wide Pro Bono Leadership Award for billing over 600 pro bono hours for the Internet Archive.

Bailey is a frequent speaker on digital copyright issues nationwide. She received her JD from Berkeley Law and her bachelor's degree in Philosophy from Brown University.

INTARC00151276

🏛 **Open** Libraries

*a project by the Internet Archive*

**Internet Archive**     **Team Bios**



**Brenton Cheng**

Senior Engineer,
Books Presentation

**Brenton Cheng** spearheads the technical and product development of Open Library, a user-curated catalog of over 16 million books, as well as book presentation and services on Archive.org. He combines deep technical experience with decades of project leadership.

Open Library's mission is to provide "One web page for every book." In addition to displaying complete metadata listings used by book aficionados, librarians, researchers, and casual browsers, Open Library links to a storehouse of book information:  2.5 million books readable on Internet Archive, WorldCat's holdings information, and listings from online bookstores such as Better World Books and Amazon.com. Open Library relies on the strength of its volunteer community members, from editors to software developers who contribute to the site's evolving codebase.

Cheng is also responsible for the book-related services and front-end user experience on the Archive.org website. He has made numerous improvements to the book ingestion pipeline, from scanning and optical character recognition (OCR), to the design and functionality of the Internet Archive BookReader, a custom-built open source in-browser ebook reader.

Previously, Brenton was Senior Director of Product and Technologies at Stringwire, a live streaming video platform for citizen journalists. There he led a team of six developers across five countries in website development for mobile apps.

Brenton received a BSE Magna Cum Laude in Mechanical Engineering from Princeton University and an MSME in Biomechanical Engineering from Stanford University. He is also an adjunct professor in the Performing Arts and Social Justice program at University of San Francisco, specializing in movement awareness and training for actors and dancers.

INTARC00151277

🏛 **Open** Libraries

a project by the Internet Archive

**Internet Archive** | **Team Bios**



**Tracey Jaquith**

Senior Engineer &
Architect

**Tracey Jaquith** is a founding engineer and system architect for Internet Archive since 1996, writing multi-threaded servers, crawlers, and more. She wrote the "what's related" services that ultimately led to Alexa Internet's acquisition by Amazon. An inventor with two patents, she is the Archive's longest tenured employee after founder, Brewster Kahle.

In 2000, Jaquith left for four years to be the technical lead and founding engineer at a financial startup focusing on more efficiently trading convertible bonds.

Recently, Jaquith rewrote Internet Archive's TV recording system as an open source single server system, capable of preserving 75 simultaneous 24x7 channels, and developed the Television Archive's "full stack" first and second versions. For more than a decade, Jaquith held primary responsibility for archive.org and its full stack infrastructure, later launching a fully responsive "Version 2" of the archive.org website—migrating to jQuery, bootstrap, LESS, modern faceting, ElasticSearch, postgreSQL and more. She is leading the core infrastructure migration to Docker for archive.org's in-house AWS and S3-like system. *Open Libraries* services will rest upon the infrastructure Jaquith is designing.

Jaquith's first job was at Xerox PARC, writing core low-level C-language image processing and comparison algorithms using novel computational geometry based on research from her Master's degree.

Jaquith holds a Master's and Bachelor's in Computer Science from Cornell University where she focused on machine vision, robotics and mathematics. Jaquith presents at conferences (Demuxed 2016, MozFest) and is a regular guest lecturer at colleges about news and broadcast technologies.

INTARC00151278

🏛 **Open** Libraries

a project by the Internet Archive

**Internet Archive** | **Team Bios**



**Micah May**

Ebook Strategist

**Micah May** is a global industry thought leader in e-content service and digital platform building for nonprofit communities. May is currently helping the Internet Archive and Digital Public Library of America to develop ebook strategies for libraries. He is also guiding operations for Library for All, an NYC-based nonprofit dedicated to delivering reading to the developing world. May recently helped five large publishers identify ways to leverage data across their core businesses and develop new data-driven publishing business models.

From 2009-2016, May was a Senior Director at the New York Public Library, where he led innovation and partnerships, business development, and strategy. While at NYPL, May worked closely with the White House to secure more than $250M in ebook donations from publishers for *Open Ebooks,* an app-based library for children in low-income communities. He conceived and directed the development of *SimplyE,* an open source platform that delivers ebooks from diverse sources to users in three clicks or less. May also led the founding of NYPL Labs, an award-winning experimental design group that launched the first library crowdsourcing project in the US.

Before joining NYPL, May worked at McKinsey & Company where, in addition to serving clients in banking, insurance and pharma, he helped spearhead and manage a new research and development group for advanced problem-solving techniques being used by the firm for the first time.

May received his Juris Doctorate from Harvard Law School in 2005 and his B.A. in Philosophy and Political Science, magna cum laude, from the University of Colorado at Boulder in 2001.

INTARC00151279



**Open** Libraries

a project by the Internet Archive

**John Fraser**

President & CEO,
New Knowledge
Organization Ltd.

**John Fraser** is President & CEO of New Knowledge Organization Ltd., an interdisciplinary social science think tank collaborating with change-makers to build a strong, healthy democracy and thriving biosphere. He is a conservation psychologist, architect, and educator whose research focuses on how our experience with cultural institutions influences learning, attitudes, and motivations for engagement with solving the problems that face society.

Over the past 15 years, he has worked with libraries on public programming impacts, and co-edited of The Language of Conservation, a book summarizing research on the role of libraries, museums, and poetry as cultural change agents. He has studied and published on the convergence of library and museum practice. Fraser was a key partner in the development of the National Impact of Library Public Programs Assessment strategy, which was implemented by the American Library Association's Public Programs office and was an advisor to the Public Library Association as they developed their Measuring Impact program.

 He is Adjunct Professor at the Center for Public Health at Indiana University Purdue University Indianapolis (IUPUI) and a Media Impact Fellow at the USC Annenberg School for Communication and Journalism. He is the Editor-in-Chief of *Curator: The Museum Journal* and President-Elect of the American Psychological Association's Division 34, Society for Environment, Population and Conservation Psychology.

INTARC00151280



**Open** Libraries
a project by the Internet Archive

**Beverly Sheppard**

Research Fellow,
New Knowledge
Organization Ltd.

**Beverly Sheppard** is a Research Fellow at New Knowledge Organization Ltd. and has deep expertise in strategic and interpretive analysis and planning for non-profit institutions. She has led numerous projects developing and exploring the learning intersections between museums, libraries, and other community-based institutions. She was President and CEO of the Institute for Learning Innovation, a center for learning research and evaluation in informal settings.

Ms. Sheppard's museum experience spans nearly thirty years and includes positions such as former Acting Director of the federal agency Institute of Museum and Library Services and President and CEO of Old Sturbridge Village in Massachusetts. She has long been engaged in leadership activities within the museum field, serving on both the Board of Directors of the American Association of Museums and the Council of the American Association for State and Local History.

Ms. Sheppard is a frequent speaker and writer in the informal learning field, with publications including *An Alliance of Spirit, Museum and School Partnerships,* and *Thriving in a Knowledge Age* with co-author John H. Falk. Sheppard was a key member of the team developing the National Impact of Library Public Programs Assessment.

INTARC00151281



a project by the Internet Archive



**Chris Coward**

Director of the
Technology &
Social Change
Group (TASCHA),
University of
Washington

**Chris Coward** is the co-founder, Principal Research Scientist, and Director of the Technology & Social Change Group (TASCHA) at the University of Washington Information School. Under his leadership, TASCHA has grown in size and scope, encompassing research in over 50 countries, exploring opportunities for information and communication technologies to foster equitable social change. As an applied research center, TASCHA devotes particular energy to designing projects in collaboration with partners to advance insights and innovations for practitioner and policy communities.

Over his career, Coward's research interests have focused around impact evaluation, digital inclusion, digital skills, employability and entrepreneurship, and innovation spaces. For the past decade, he has devoted his energy to advancing the role of public libraries around the world as centers of learning, creativity, and community development. Much of this work explores ways for libraries to develop innovative programs and services that combine the library's core assets—social space, trained professionals, digital infrastructure, and community standing, among others—with ongoing advances in information and communication technologies. As one of three Legacy Grant recipients from the Bill and Melinda Gates Foundation's *Global Libraries,* TASCHA is exploring public libraries as platforms for civic engagement, an effort that seeks to create novel approaches for libraries to engage their communities on issues of common importance.

Coward serves on a number of professional committees and grant review panels and is a frequent contributor at conferences and other convenings as a proponent of a globally inclusive internet. He holds a Master of Public Administration and a Master of Arts in International Studies, both from the University of Washington.

INTARC00151282



**Carole Palmer**

Professor, Associate Dean for Research, University of Washington Information School

**Carole Palmer** is a Professor and the Associate Dean for Research at the Information School at the University of Washington. She holds a Ph.D. in Library and Information Science from the University of Illinois at Urbana-Champaign. Her research investigates information work in the digital age, with a focus on data curation and digital research collections for interdisciplinary inquiry. Her current work examines the reuse value of data, the access and use of data and information across disciplines, and emerging best practices in data services. Currently, Palmer leads the IMLS funded Open Data Literacy project aimed at preparing information professionals to curate collections of open data of value to local communities and to build the infrastructure and preservation environments needed to sustain open data collections. She is also co-PI on the NSF-funded Qualitative Data Repository project.

As an educator, Palmer has been a leader in data curation workforce development for more than a decade, recognized in 2013 with the Information Science Teacher of the Year Award from the Association for Information Science & Technology.

She has served on two National Academy of Sciences study committees — Preparing the Workforce for Digital Curation and Building Cyberinfrastructure for Combustion Research. She is currently an elected member of the technical advisory board for the Research Data Alliance, she sits on the steering committee for the National Data Service, and she serves on the external advisory board for the National Socio-Environmental Synthesis Center (SESYNC). From 2007-2014, before joining the Information School at the University of Washington, she was Director of the Center for Informatics Research in Science & Scholarship at the School of Information Sciences at the University of Illinois.

INTARC00151283



**Nic Weber**

Assistant Professor,
University of
Washington
Information School

**Nic Weber** is an Assistant Professor at the Information School and a member of the Technology & Social Change Group (TASCHA) and the Data Lab at the University of Washington. He received his PhD in Information Science from the University of Illinois in 2015.  His dissertation—which received the Beta Phi Mu Eugene Garfield Doctoral Dissertation award—looked at the sustainability of eScience infrastructures in the field of Climate Science.

While conducting this work, Weber was named a visiting researcher at the National Center for Atmospheric Research and an early–career scholar with the Research Data Alliance (RDA).

Weber's current research focuses broadly on the design and implementation of information systems, and in particular the development of tools that enable transparency for public sector information. He is currently the technical director of the NSF-funded Qualitative Data Repository and a co–PI on the Open Data Literacy project funded by IMLS.

With TASCHA, Weber will be creating the Impact Data Trust, housing the impact data from the Internet Archive's *Open Libraries* project and that of its partners.  As a trusted repository for aggregating library data while preserving the privacy of all patrons, the Impact Data Trust will allow researchers such as Weber to search for the deeper lessons that can serve the entire library ecosystem.

INTARC00151284

🏛 **Open** Libraries

a project by the Internet Archive



**Abby Smith
Rumsey**

Writer and Historian

**Abby Smith Rumsey** is a writer and historian focusing on the creation, preservation, and use of the cultural record in all media. She has written and lectured widely on digital preservation, online scholarship, the nature of evidence, the changing roles of libraries and archives, intellectual property policies in the digital age, and the impact of new information technologies on perceptions of history and time.

Rumsey served as director of the Scholarly Communication Institute at the University of Virginia, and has advised universities and their research libraries on strategies to integrate digital information resources into existing collections and services.

For over a decade, Rumsey worked with the Library of Congress's National Digital Information Infrastructure and Preservation Program (NDIIPP) to develop of a national strategy to identify, collect, and preserve digital content of long-term value.

Rumsey served as director of programs at the Council on Library and Information Resources and was responsible for projects that addressed the use and preservation of historical and cultural materials in all genres, formats, and media. She wrote, edited, and commissioned numerous reports on the challenges of migrating our shared intellectual and cultural heritage from paper, film, and audio formats to digital media. Her work also examines the consequences of organizational disruptions, threats of infor- mation loss, and changing conceptions about intellectual property and the value inherent in information.

Abby Smith Rumsey holds a BA from Radcliffe College and MA and PhD degrees in history from Harvard University, where she specialized in Early Modern Russia and intellectual history. She has been a Fulbright Fellow and taught at Harvard and Johns Hopkins Universities.

INTARC00151285





**Anasuya Sengupta**

Co-Founder and
Coordinator, Whose
Knowledge?

**Anasuya Sengupta** is co-founder and coordinator of the global campaign Whose Knowledge?, work supported by a 2017 Shuttleworth Fellowship. She has worked in India, across the Global South, and internationally for more than 20 years, leading initiatives to amplify voices from the margins in virtual and real worlds.

Her work has supported free knowledge, feminist and social justice movements, and communities of practice. Most recently, as chief grantmaking officer of the Wikimedia Foundation, she created and headed the grantmaking department (now community engagement), supporting Wikimedia communities worldwide in their efforts to create and enable free and open knowledge.

Before that, Sengupta was the regional program director for Asia and the Pacific Islands at the Global Fund for Women, one of the world's largest grant-making organizations focused exclusively on women's human rights. She has led initiatives challenging violence against women and children, combating religious and cultural fundamentalism, and supporting sexual and reproductive rights and women's health.

Sengupta is the author of *Defending Our Dreams: global feminist voices for a new generation* (Association of Women's Rights in Development and Zed Books, 2006), arguably the first international anthology of young feminist analyses and experience. She is currently on the board of the *Nonprofit Quarterly* and /The Rules.

Sengupta holds an M.Phil. in Development Studies from the University of Oxford, where she studied as a Rhodes Scholar. She also has an undergraduate degree in Economics (Honours) from Lady Shri Ram College, Delhi University.

INTARC00151286



Internet Archive | Advisor Bios



**Bethany Nowviskie**

Director, Digital
Library Federation

**Bethany Nowviskie** is director of the Digital Library Federation (DLF) at the Council on Library and Information Resources (CLIR). She also serves as research associate professor of Digital Humanities in the Department of English at the University of Virginia (U.Va.).

From 2007-2015, Nowviskie directed the Scholars' Lab and Digital Research & Scholarship Department at the University of Virginia Library. While there, she also served as special advisor to the university's provost for the advancement of digital humanities research, and as chair of the General Faculty Council. Nowviskie's past roles include serving as distinguished presidential fellow at CLIR, president of the Association for Computers and the Humanities, chair of the Modern Language Association's Committee on Information Technology, and associate director of the Scholarly Communication Institute. Her projects include:

- Neatline, toolset for geotemporal interpretation of archival collections unded by the National Endowment for Humanities (NEH) and the Library of Congress;

- the UVa Praxis Program, international Praxis Network, and #Alt-Academy collection, which address graduate education reform and alternative academic careers;

- the open-source library discovery platform, Project Blacklight;

- two NEH-funded programs: the Institute for Enabling Geospatial Scholarship and Speaking in Code, a summit on tacit knowledge exchange in software development.

Nowviskie holds a bachelor's degree in English and Archaeology (summa cum laude) from the University of Virginia, a master's in Education from Wake Forest University, and a PhD in English from U.Va., with a dissertation entitled Speculative Computing. *The Chronicle of Higher Education* pretty much summed her up in a "Ten Tech Innovators" profile: "Bethany Nowviskie likes to build things."

INTARC00151287