# McNamara Declaration
# Exhibit 52




**View Post** [edit] Reply to this post | Go Back

| | | | |
|---|---|---|---|
| **Poster:** | brewster | **Date:** | February 22, 2011 04:14:06pm |
| **Forum:** | announcements | **Subject:** | In-Library eBook Lending Program Launched |

**Internet Archive and Library Partners Develop Joint Collection of 80,000+ eBooks To Extend Traditional In-Library Lending Model**

San Francisco, CA – Today, a group of libraries led by the Internet Archive announced a new, cooperative 80,000+ eBook lending collection of mostly 20th century books on OpenLibrary.org, a site where it's already possible to read over 1 million eBooks without restriction. During a library visit, patrons with an OpenLibrary.org account can borrow any of these lendable eBooks using laptops, reading devices or library computers. This new twist on the traditional lending model could increase eBook use and revenue for publishers.

"As readers go digital, so are our libraries," said Brewster Kahle, founder and Digital Librarian of the Internet Archive. "It's fabulous to work with such a great group of 150 forward-thinking libraries." (See the list of participating libraries below.)

This new digital lending system will enable patrons of participating libraries to read books in a web browser. "In Silicon Valley, iPads and other reading devices are hugely popular. Our partnership with the Internet Archive and OpenLibrary.org is crucial to achieving our mission – to meet the reading needs of our library visitors and our community," said Linda Crowe, Executive Director of the Peninsula Library System.

A recent survey of libraries across North America was conducted by Unisphere Research and Information Today, Inc. (ITI). It reported that of the 1,201 libraries canvassed, 73% are seeing increased demand for digital resources with 67% reporting increased demand for wireless access and 62% seeing a surge in demand for web access.

Borrow in partner library

American libraries spend $3-4 billion each year on publishers' products. "I'm not suggesting we spend less, I am suggesting we spend smarter by buying and lending more eBooks," asserts Kahle. He is also encouraging libraries worldwide to join in the expansion of this pool of purchased and digitized eBooks so their patrons can borrow from this larger collection.

**How it Works**
Any OpenLibrary.org account holder can borrow up to 5 eBooks at a time, for up to 2 weeks. Books can only be borrowed by one person at a time. People can choose to borrow either an in-browser version (viewed using the Internet Archive's BookReader web application), or a PDF or ePub version, managed by the free Adobe Digital Editions software. This new technology follows the lead of the Google eBookstore, which sells books from many publishers to be read using Google's books-in-browsers technology. Readers can use laptops, library computers and tablet devices including the iPad.




Borrow in partner library

**What Participating Libraries Are Saying**
The reasons for joining the initiative vary from library to library. Judy Russell, Dean of University Libraries at the University of Florida, said, "We have hundreds of books that are too brittle to circulate. This digitize-and-lend system allows us to provide access to these older books without endangering the physical copy."

Digital lending also offers wider access to one-of-a-kind or rare books on specific topics such as family histories – popular with genealogists. This pooled collection will enable libraries like the Boston Public Library and the Allen County Public Library in Indiana to share their materials with genealogists around the state, the country and the world.

> "Libraries are our allies in creating the best range of discovery mechanisms for writers and readers..."
>
> **Richard Nash**
> *Founder of Cursor, Publisher*

"Genealogists are some of our most enthusiastic users, and the Boston Public Library holds some genealogy books that exist nowhere else," said Amy E. Ryan, President of the Boston Public Library. "This lending system allows our users to search for names in these books for the first time, and allows us to efficiently lend some of these books to visitors at distant libraries."

"Reciprocal sharing of genealogy resources is crucial to family history research. The Allen County Public Library owns the largest public genealogy collection in the country, and we want to make our resources available to as many people as possible. Our partnership in this initiative offers us a chance to reach a wider audience," said Jeffrey Krull, director of the Allen County Public Library.

Publishers selling their eBooks to participating libraries include Cursor and OR Books. Books purchased will be lent to readers as well as being digitally preserved for the long-term. This continues the traditional relationship and services offered by publishers and libraries.

"Libraries are our allies in creating the best range of discovery mechanisms for writers and readers—enabling open and browser-based lending through the Internet Archive means more books for more readers, and we're thrilled to do our part in achieving that," said Richard Nash, founder of Cursor.

John Oakes, founder of OR Books said, "We're always on the lookout for innovative solutions to solve the conundrum of contemporary publishing, and we are excited to learn about the Internet Archive's latest project. For us, it's a way to extend our reach to the crucial library market. We look forward to the results. "




Borrow in partner library

**For More Information**
Here are some eBooks that are only available to people in participating libraries.
Libraries interested in partnering in this program should contact: info@archive.org.
To use this service, please visit a participating library:

###

**List of Participating Libraries**

Aboite Branch Library, Allen County Public Library

Dupont Branch Library, Allen County Public Library

Georgetown Branch Library, Allen County Public Library

Grabill Branch Library, Allen County Public Library

Hessen Cassel Branch Library, Allen County Public Library

Little Turtle Branch Library, Allen County Public Library

Main Library, Allen County Public Library

Monroeville Branch Library, Allen County Public Library

New Haven Branch Library, Allen County Public Library

Pontiac Branch Library, Allen County Public Library

Shawnee Branch Library, Allen County Public Library

Tecumseh Branch Library, Allen County Public Library

Waynedale Branch Library, Allen County Public Library

Woodburn Branch Library, Allen County Public Library

Adams Street Branch Library, Boston Public Library

Brighton Branch Library, Boston Public Library

Charlestown Branch Library, Boston Public Library

Codman Square Branch Library, Boston Public Library

Connolly Branch Library, Boston Public Library

Dudley Branch Library, Boston Public Library

East Boston Branch Library, Boston Public Library

Egleston Square Branch Library, Boston Public Library

Faneuil Branch Library, Boston Public Library

Fields Corner Branch Library, Boston Public Library

Grove Hall Branch Library, Boston Public Library

Honan-Allston Branch Library, Boston Public Library

Hyde Park Branch Library, Boston Public Library

Jamaica Plain Branch Library, Boston Public Library

Lower Mills Branch Library, Boston Public Library

Mattapan Branch Library, Boston Public Library

North End Branch Library, Boston Public Library

Orient Heights Branch Library, Boston Public Library

Parker Hill Branch Library, Boston Public Library

Roslindale Branch Library, Boston Public Library

South Boston Branch Library, Boston Public Library

South End Branch Library, Boston Public Library

Uphams Corner Branch Library, Boston Public Library

Washington Village Branch Library, Boston Public Library

West End Branch Library, Boston Public Library

West Roxbury Branch Library, Boston Public Library

Internet Archive

MBLWHOI Library, Marine Biological Laboratory, Woods Hole Oceanographic Institution

Atherton Library, Atherton, California

Bay Shore Library, Daly City, California

Belmont Library, Belmont, California

Brisbane Library, Brisbane, California

Burlingame Public Library, Burlingame, California

Burlingame Library Easton Branch, Burlingame, California

Cañada College Library, Redwood City, California

College of San Mateo Library, San Mateo, California

East Palo Alto Library, East Palo Alto, California

Fair Oaks Library, Redwood City, California

Foster City Library, Foster City, California

Grand Avenue Branch Library, South San Francisco, California

Half Moon Bay Library, Half Moon Bay, California

Hillsdale Branch Library, San Mateo, California

John Daly Library, Daly City, California

Marina Public Library, San Mateo, California

Menlo Park Library, Menlo Park, California

Menlo Park Library Belle Haven Branch, Menlo Park, California

Millbrae Library, Millbrae, California

Pacifica Sanchez Library, Pacifica, California

Pacifica Sharp Park Library, Pacifica, California

Portola Valley Library, Portola Valley, California

Redwood City Public Library, Redwood City, California

Redwood Shores Branch Library, Redwood City, California

San Bruno Library, San Bruno, California

San Carlos Library, San Carlos, California

San Mateo Public Library, San Mateo, California

Schaberg Library, Redwood City, California

Serramonte Main Library, Daly City, California

Skyline College Library, San Bruno, California

South San Francisco Public Library, South San Francisco, California

Westlake Library, Daly City, California

Woodside Library, Woodside, California

Anza Branch, San Francisco Public Library

Bayview/Anna E. Waden Branch, San Francisco Public Library

Bernal Heights, San Francisco Public Library

Chinatown/Him Mark Lai Branch, San Francisco Public Library

Eureka Valley/Harvey Milk Memorial Branch, San Francisco Public Library

Excelsior, San Francisco Public Library

Glen Park Branch, San Francisco Public Library

Golden Gate Valley Branch, San Francisco Public Library

Ingleside Branch, San Francisco Public Library

San Francisco Public Library, Main

Marina, San Francisco Public Library

Merced Branch Library, San Francisco Public Library

Mission, San Francisco Public Library

Mission Bay, San Francisco Public Library

Noe Valley/Sally Brunn Branch, San Francisco Public Library

North Beach Branch, San Francisco Public Library

Ocean View, San Francisco Public Library

Ortega, San Francisco Public Library

Park Branch, San Francisco Public Library

Parkside, San Francisco Public Library

Portola Branch, San Francisco Public Library

Potrero Branch, San Francisco Public Library

Presidio Branch, San Francisco Public Library

Richmond/Senator Milton Marks Branch, San Francisco Public Library

Sunset, San Francisco Public Library

Visitacion Valley, San Francisco Public Library

West Portal, San Francisco Public Library

Western Addition, San Francisco Public Library

The Urban School of San Francisco

Augustana Campus Library, University of Alberta

Bibliothèque Saint-Jean (BSJ), University of Alberta

Cameron Library, University of Alberta

Herbert T. Coutts (Education & Physical Education) Library, University of Alberta

Rutherford Library, University of Alberta

John A. Weir Memorial Law Library, University of Alberta

John W. Scott Health Sciences Library, University of Alberta

Winspear Business Reference Library, University of Alberta

Architecture and Fine Arts Library, University of Florida

Education Library, University of Florida

Health Science Center Library, University of Florida

Borland Library, University of Florida

Veterinary Medicine Reading Room, University of Florida

Allen H. Neuharth Journalism and Communications Library, University of Florida

Library West, University of Florida

Marston Science Library, University of Florida

Mead Library, University of Florida

Music Library, University of Florida

Smathers Library (East), University of Florida

Robarts Library, University of Toronto

Gerstein Science Information Centre, University of Toronto

Centre for Reformation and Renaissance Studies, Victoria University

E J Pratt Library, Victoria University

Emmanuel College Library, Victoria University

This post was modified by ARossi on 2011-02-22 23:14:06

Terms of Use (10 Mar 2001)