# McNamara Declaration Exhibit 53

## Notes about Book Collections and Availability

Alexis Rossi, July 27, 2018

Also useful: metadata schema

**printdisabled**
- Presence of the printdisabled collection indicates that qualified low vision users have special access to this item.
- Any modern book (1925 or later) without some sort of special circumstances should be scanned into printdisabled. (Special circumstances might include government documents, specific partner request, etc.)
- Currently a book that is in printdisabled but is NOT in inlibrary should always be noindex=true.  Check
- printdisabled should always be the first collection in the string, unless it is in inlibrary
- Low vision users can always borrow the book, regardless of whether another user has it checked out - there are no waiting lists for these users.
- An encrypted DAISY will be created, and an NLS key is required for decryption.

**inlibrary**
- Presence of the inlibrary collection indicates that any user with an archive.org account can borrow this book through controlled digital lending. All lending is administered by archive.org (including loans made to people on openlibrary.org - ol is just used as an interface for the lending process that lives on a.o)
- Currently only Alexis Rossi or Jeff Kaplan should manually add the inlibrary collection for a text.
- No books should be scanned with this in their collection string.
- When present, inlibrary is the first collection in the string and printdisabled is second. All other collections follow those.
- There should never be a book in inlibrary that is not ALSO in printdisabled. Check. For books contributed by Internet Archive (which should always have an IA* boxid), we have a set of criteria that we use to determine whether the book qualifies for lending.  A script runs hourly to move books from printdisabled into inlibrary lending.  If a printdisabled book does NOT end up in inlibrary automatically, there is probably a reason for it included in this list - but please feel free to check with Alexis or Jeff if you have questions.
    - At the moment, for an IA contributed book to be moved to inlibrary:
        - Has an IA* boxid
        - Date is between 1925 (inclusive) and ~5 years ago
        - Text is in printdisabled as the first collection
        - Repub state is 4, 19, 20 or 22
        - At least one ACS format has been derived
        - Curatestate is not dark or freeze
        - Source does not include the word "removed"

CONFIDENTIAL                                                                                                                              INTARC00471120

- Neverindex is not set to true
- Some creators, collections, publishers, and specific books are excluded

**Pre-1925 books**
- A [script](script) tries to find printdisabled or inlibrary books that were published prior to 1925 and remove those restricted collections to make them freely available.
- Currently the script uses these criteria to find books to move
    - mediatype:texts
    - date:[* TO 1925]
    - collection:printdisabled OR collection:inlibrary
    - NOT collection:librarygenesis
    - repub_state:(4 OR 19 OR 20 OR 22)
- If the above criteria are met, the following happens
    - printdisabled and/or inlibrary collection(s) is removed
    - noindex is removed if present
    - neverindex is removed if present
    - Item is rederived

**internetarchivebooks**
- Presence of the internetarchivebooks collection indicates that the Internet Archive owns the physical copy of the book that was digitized to create this item
- internetarchivebooks should only (**and always**) be used when there is an IA* boxid on the text item.
- There should never be a texts item that has an IA* boxid and is NOT in internetarchivebooks. [Check](Check).
- There should never be a text item in internetarchivebooks that does NOT have an IA* boxid (there are some historical items that missed this back in the day, but this should be true going forward) [Check](Check).

**stream_only**
- Presence of the stream_only collection restricts downloads of the files in the item, but makes the text freely available for reading via the bookreader.
- This collection should NEVER be included if an item is in printdisabled or inlibrary, or some other restricted collection - it will override the restrictions from those collections.
- This collection should only be used if the contributor wants the content to be freely available for reading to all users - many at once, without being logged in - but does not want the files themselves to be downloadable for some reason.
- We do not encourage the use of this collection, but it can be used as a last resort if it is the only way we can make content available.
- [Example item](Example item).

CONFIDENTIAL                                                                                                                                INTARC00471121

**noindex**

Setting <noindex>true<noindex> in meta.xml does the following:
- Excludes item from the archive.org search engine for **unprivileged** users (general public)
- Record for the item will not be created on Open Library, UNLESS it is also in one of these collections:
    - printdisabled
    - opensource
    - additional_collections
- Noindex does NOT impose any restrictions on accessing the book files or the details page, so it is only useful for preventing people from finding the item.
- NOTE: the desired value for the noindex field is 'true' but the mere presence of the field in meta.xml - even if it is blank or set to 'false' - will cause all of the above to happen. So if you would like to move a book into the search engine, you must REMOVE the entire field from meta.xml.

**Open Libraries membership**

To determine which Open Libraries institutions have copies of a book, you can use the metadata API to access the holdings metadata for an item.

Use a URL like this: https://archive.org/**metadata**/[identifier]/**simplelists**

Example: https://archive.org/metadata/moveablefeast00hemi_mxe/simplelists
In holdings you will see collection identifiers for the institutions that have copies of this (at the moment, phillipsacademy-preview and stmaryscountylibrary")

CONFIDENTIAL                                                                                                                                  INTARC00471122