# McNamara Declaration
# Exhibit 54

# Internet Archive Blogs

*A blog from the team at archive.org*



anniversary.archive.org

Blog    Announcements    25th Anniversary    archive.org    About    Events    Developers    Donate

## Let's Build a Great Digital Library Together…Starting with a Wishlist

Posted on March 14, 2018 by chrisfreeland

We are looking for partners to help us build a great physical collection of books to be preserved, digitized, and made available through our Open Libraries project. Working with more than 500 library partners, the Internet Archive has already helped make more than 3 million public domain books available online for free access through archive.org. We have also brought more than 500,000 in-copyright books online to provide full access to those with print disabilities.

Our goal is to bring 4 million more books online, so that all digital learners have access to a great digital library on par with a major metropolitan public library system. We know we won't be able to make this vision a reality alone, which is why we're working with libraries, authors, and publishers to build a collaborative digital collection accessible to any library in the country.

Building a great library starts with great books. We have already gathered more than 1.5 million books in our physical archive. We aspire to have one copy of every book, but enroute to that dream we have created a "wishlist" to help prioritize preservation and access. This wishlist was compiled using data and assistance from several great projects:

- OCLC's list of one million most widely held books, based on holdings records of libraries worldwide;
- Library Link's holdings records of North American libraries, leveraging the decisions of thousands of librarians in prioritizing collections for patron use;
- Open Syllabus Project, which has collected syllabi from the Internet to compile the most assigned books in classrooms;
- Data about book and scholarly article citations in Wikipedia, published by the Wikimedia Foundation, which is currently being refreshed and extended to more languages.

**Download the wishlist here.**

We are using these datasets to help define a collection of books that has wide appeal and impact for libraries across the US and the patrons they serve. This wishlist is a work-in-progress and will evolve as we incorporate more datasets and review our approach with community input. We've made 3 versions our wishlist available to help facilitate use within the library and publishing communities, featuring ISBN-13, ISBN-10, & OCLC identifiers.

**Here's how you can help!** We are looking for libraries, authors, publishers, and individual book lovers to help us build this collection. You can help in the following ways:

- **Donate books**
  - You can donate books on our wishlist to our physical archive. If you are a library, a publisher, or have a private collection with more than 1,000 books to donate, please contact Chris Freeland, Director of Open Libraries, at chrisfreeland@archive.org. If you have a private collection or small number of volumes to donate, please use this form to begin the donation process. We will add these books to our digitization queue and they will become ebooks available through Open Libraries as funding becomes available.
  - If you already have digital versions of these books, we would love to add them to our print-disabled collection.



Search

### Recent Posts

- Building a Better Internet: Internet Archive Convenes DC Workshop
- July Book Talk: The Library: A Fragile History
- Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- June Book Talk: The Catalogue of Shipwrecked Books
- GITCOIN Grants: Donate a Few Tokens, Defend a Public Treasure

### Recent Comments

- Patrick Winn on Building a Better Internet: Internet Archive Convenes DC Workshop
- Sally G. on Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- Sally G. on Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- Matthew LV on GITCOIN Grants: Donate a Few Tokens, Defend a Public Treasure
- aho on GITCOIN Grants: Donate a Few Tokens, Defend a Public Treasure

### Categories

- 78rpm
- Announcements
- Archive Version 2
- Archive-It
- Audio Archive
- Books Archive
- Cool items
- Education Archive
- Emulation
- Event
- Image Archive
- Jobs
- Lending Books
- Live Music Archive

- **Scan books**
  - If you have books on our wishlist but don't want to donate them to our physical archive, we offer scanning services and can digitize your books in one of our regional scanning centers.
- **Identify books**
  - If you are an author who would like to add your own books to the list, you can donate physical copies, and/or contact us to let us know you'd like us to ensure that your work will be preserved and available to future generations. If you're a librarian, educator, or other book lover and would like to help us continue to curate the wishlist to ensure that it includes the most useful, important and culturally diverse books, please reach out to us.

And of course, if you don't have any books to donate but would like to help offset digitization expenses, please donate today! All monetary donations made by April 30, 2018, will be matched by a Challenge Grant from the Pineapple Fund.

If you are interested in participating, or have questions about our program or plans, please contact **Chris Freeland, Director of Open Libraries**, at chrisfreeland@archive.org.

Posted in Announcements, News, Open Library | Tagged metadata, wishlist | 5 Replies



**About chrisfreeland**

Chris Freeland is the Director of Open Libraries at Internet Archive.

View all posts by chrisfreeland →

---

← TV News Record: Glorious ContextuBot making progress

Some Very Entertaining Plastic, Emulated at the Archive →

### 5 thoughts on "Let's Build a Great Digital Library Together...Starting with a Wishlist"



**Md**

March 17, 2018 at 1:34 pm

Hello,

I have already given books to your physical archive. Will they be scanned too ?

Thanks in advance 😉



**chrisfreeland** Post author

March 20, 2018 at 7:36 pm

Md – Thanks for your donation! To answer your question, yes, donations made to our physical archive will go into our digitization queue and will be scanned as funding is available.



**Md**

March 17, 2018 at 1:43 pm

Hello again,

Why not asking openlibrary.org's users when they search for a book that is not scanned (or an author that they like...) if they would like that such XXX related books be scanned (maybe adding limits like 1 book/author per month) ?

Thanks in advance 😉



**Nemo**

March 18, 2018 at 3:08 pm

Exciting! I wonder if this list could be embedded in the process used by booksellers like BetterWorldBooks, DiscoverBooks or momox to decide which books to acquire or discard. I can imagine that some of the books in the wishlist are offered to them but get rejected as unmar-

**Sidebar:**

- Movie Archive
- Music
- News
- Newsletter
- Open Library
- Past Event
- Software Archive
- Technical
- Television Archive
- Upcoming Event
- Video Archive
- Wayback Machine – Web Archive
- Web & Data Services

**Archives**

Select Month

**Meta**

- Log in
- Entries feed
- Comments feed
- WordPress.org

ketable, so they have no chance to be donated either.

I checked 10 random ISBN on AbeBooks. 3 cost 5 $ or less, 2 were 5-10 $, 2 were 10-30 $ and 2 were missing.

**chrisfreeland** Post author

March 20, 2018 at 7:42 pm

Great suggestion, Nemo. We have active collaborations with booksellers and they are certainly a key part of our strategy.

Comments are closed.

Proudly powered by WordPress