# McNamara Declaration Exhibit 57

Page 1
Table Top Scribe System : Free Download, Borrow, and Streaming : Internet Archive
https://archive.org/details/tabletopscribesystem



 # Table Top Scribe System

Topics        scribe, ttscribe

## Create content locally, share knowledge globally!

Digitize your content using our Table Top Scribe hardware. Share your collections of beautiful images online. Join our global library, and give your content the digital platform and viewing community it deserves.





28,435 Views

13 Favorites

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ITEM TILE | 1 file |
| JPEG | 7 files |
| PNG | 2 files |
| TORRENT | 1 file |
| SHOW ALL | 24 Files |
| | 15 Original |

**IN COLLECTIONS**

Community Images

Community Collections




Uploaded by
admin-gemma-waterston@archive.org
on December 17, 2014

"Digitization through Internet Archive and Open Library has been helping us expand the reach of your collections and make them more accessible to our patrons, particularly to those with print disabilities." **Matt Rummele, American Printing House for the Blind**

## By using the Table Top Scribe System, you will benefit from:

- A long term digitally "future-proofed" safe location for your content on the web.
- Worry-free, safe and non-destructive digitization for both your bound and unbound items. Use the carefully engineered V-shaped cradle for standard shaped items, and the Large Image Capture System for your flat or archival items- including maps, photo diaries, or journals.
- Scholarly search, discovery, and full text search of non-handwritten content.
- Simple and low tech connectivity, with no special interconnection required. Image upload only needs a standard wifi connection.
- Easy-to-assemble and portable equipment.
- Technology blended with the human eye. Our software performs an algorithmic review of each image, while our trained staff checks each item while processing.
- Image processing includes cropping, structural metadata, and quality check of your images.
- No extra cost for color. Full color images are automatically generated.
- The ability to incorporate your collection with other forms of born digital and non-born digital media (CDs, LPs, Video, Moving images, Microfiche and Microfilm, etc.



## Who We Are

Founded in 1996, the Internet Archive is one of the world's largest public digital libraries, with an extensive collection of human culture: 2 million books, 430 billion Web pages, 3 million hours of television and more. Its purposes include offering permanent access for researchers, historians, scholars, people with disabilities, and the general public to historical collections that exist in digital format. By becoming a part of the Internet Archive global community, you will join over 1,250 contributing libraries and institutions (including Library of Congress, Harvard University, University of Toronto, University of California, and the Wellcome Trust) who are uploading content on a massive scale. The Internet Archive consistently ranks within the top 200 websites in the world, generating 30 million downloads per month of public domain items.

## Table Top Scribe Pricing and Specifications

Product Specifications Costing Information Browse the books that have been digitized on the Table Top Scribes around the world For further information, please contact us (digitallibraries@archive.org). Before we close, we want to recognize the early work of Daniel Reetz and the DIY community. They saw a need for a DIY image capture device and developed a working prototype offered under an OpenHardwareDesign license - CC-BY-SA[2]. You may find information about that here - http://www.diybookscanner.org

| | |
|---|---|
| Addeddate | 2014-12-17 19:13:46 |
| Identifier | tabletopscribesystem |
| Scanner | Internet Archive HTML5 Uploader 1.6.0 |

 ## Reviews      Add Review

There are no reviews yet. Be the first one to write a review.

SIMILAR ITEMS (based on metadata)

Table Top Scribe Tutorials
0 ITEMS

Table Top Scribe Flyer
300 | 1 | 0

Table Top Scribe- Manual Metadata
183 | 0 | 0

Internet Archive Table Top Scribe
2 ITEMS

Table Top Scribe- Manual Metadata
80 | 0 | 0

Scribe Education and Prison System
by pstv
111 | 0 | 0

Terms of Service (last updated 12/31/2014)

