# McNamara Declaration

# Exhibit 58

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HACHETTE BOOK GROUP, INC., )
HARPERCOLLINS PUBLISHERS LLC, JOHN )
WILEY & SONS, INC., and PENGUIN )
RANDOM HOUSE LLC )
) Case No.
Plaintiffs, ) 1:20-CV-04160-JGK
)
v. )
)
)
INTERNET ARCHIVE and DOES 1 through
5, inclusive,
Defendants.
___________________________________

Videotaped Rule 30(b)(1) and Rule 30(b)(6)
Deposition OF ANDREA ROGINA MILLS
Held via Veritext Virtual
Thursday, October 14, 2021
10:30 a.m. EST

Reported by:
Carissa Stabbler, Registered Professional Reporter

going to ask that you just please try to focus on my question.

With respect to the universe of in-copyright books that the Internet Archive has digitized, it's a very small percentage of those books that the Internet Archive digitized as new copies; correct? Well, strike that.

A. I would say that's --

Q. Strike that.

A. I would say that's correct, yes.

Q. Let me ask the question a little more cleanly.

With respect to the universe of books that the Internet Archive has digitized, the copies that the Internet Archive was digitizing, it was a very small percentage that were new copies that the Internet Archive purchased as opposed to used copies; correct?

A. Yes, that's correct.

Q. And throughout the time that the Internet Archive has been digitizing books, it does so by creating images of each of the pages in those books using a camera; correct?

A. Yes, that's right. We use a photographic process.

Q. And the photographic process is part of what the Internet Archive refers to as its Scribe machine; correct?

A. Yes. There's Scribe hardware in terms of machine, and the software we use is also called Scribe.

Q. So is it fair for me to refer to the Scribe machine as consisting of both Scribe hardware and Scribe software?

A. I think that's fair. We often say "Scribe system." That helps.

Q. Okay. That's great. Thank you. And the Scribe system of hardware and software consists of hardware and software that the Internet Archive developed itself; correct?

A. Yes. Yes, it has -- it has developed over time. The -- in terms of the hardware, the Internet Archive doesn't build its own computers or cameras, so those are commercial products.

But the hardware of the Scribe machine is developed and has been manufactured by the Internet Archive, and the software is developed and maintained by the Internet Archive.

Q. And when the Internet Archive was

BY MR. ZEBRAK:

Q. So you mentioned that Internet Archive purchases in-copyright books for scanning from its digitization partner in China named Datum Data; correct?

A. Yes, that's right.

Q. And to your knowledge, does Internet Archive know anything about the source or sources from which Datum Data obtains the in-copyright books that it sells to Internet Archive for scanning?

MS. LANIER: Objection. Scope.

THE WITNESS: So not to my knowledge. I'm not aware of where the books come from.

BY MR. ZEBRAK:

Q. When Internet Archive obtains a book for scanning that's in copyright, does Internet Archive do anything to determine whether that physical book is a lawful copy?

MS. LANIER: Objection. Scope. Objection. Calls for a legal conclusion.

THE WITNESS: How would you define a legal copy?

BY MR. ZEBRAK:

Q. Are you familiar with what a

just mentioned of obtaining eBooks from the publishers represents a very small percentage of the in-copyright titles that Internet Archive is delivering through its website?

MS. LANIER: Objection. Scope.

THE WITNESS: It's my understanding that there are not very -- some of the publishers that we have approached or that we have been in conversation with haven't been interested in selling eBooks or physical books to the Internet Archive even though we have this program.

BY MR. ZEBRAK:

Q. So with respect to the physical books that the Internet Archive digitizes, are there any sources from which the Internet Archive obtains those physical books besides library donations and purchases from Better World Books or perhaps other entities?

A. So one that comes to mind is our partners at Datum Data who digitize for the Internet Archive in China. There are some books purchased through them, through their connections in China, so that is a source.

I don't recall off the top of my head the throughput of that center off the top of my

Q. Is it true that in the 2013 to '16 period, Internet Archive was having a difficult time persuading libraries or other donors to donate in-copyright titles?

MS. LANIER: Objection. Scope.

THE WITNESS: I couldn't comment on whether they were having a difficult time, that that was the reason. I just -- I just know that it was a time when we were growing -- attempting to grow the set that was to be digitized. I don't know the exact reason.

BY MR. ZEBRAK:

Q. Okay. But you do know that at least in the 2013 to '16 time period, Internet Archive was not receiving a large number of in-copyright titles to digitize relative to the period of 2016 onward; is that what you're saying? Actually, strike that. Strike that.

What happened in the period of 2016 onward that led to a spike in the number of books that Internet Archive began scanning per day?

MS. LANIER: Objection. Scope. Calls for speculation.

THE WITNESS: It was a period when the site in Hong Kong was established, so there was a

move from Mainland China to Hong Kong. There was a larger footprint given to the project by Datum Data, and there was material prepared and ready to be sent for digitization which represented an uptick in material coming through.

BY MR. ZEBRAK:

Q. How long has Internet Archive worked with Datum Data for digitization of books?

A. I'm not aware of the exact date. I believe it was at or prior to 2009. I'm not -- I don't know exactly.

Q. So working with Datum Data, the digitization happened on Mainland China early on. It then moved to Hong Kong, and now it's moved back to Mainland China; correct?

A. Yes, that's right.

Q. Okay. Are there -- are you familiar with the terms within the Internet Archive of scanning supercenter?

A. Yeah, I am familiar with the supercenter term, yes.

Q. What does that mean?

A. So in general practice, that has meant our sites that have, let's say, more than ten Scribe stations.

Q. Are you familiar with how many supercenters Internet Archive has currently?

A. So I think in actuality, our only supercenter is in Cebu, Philippines. A close second would be in Mainland China. There's currently just ten stations there, though. It's reduced from "super" slightly.

Q. And are there other digitization centers that are -- have five or more Scribe machines outside the United States?

A. Outside of the United States, yes.

Q. And could you list for me where those are?

A. So the only site that currently has more -- or ten stations is at our site in London, U.K., and that is what I would call an Internet Archive scanning center in the sense that it's Internet Archive U.K., so it is a separate entity as well but similar to Internet Archive Canada that operates in London.

Q. Regardless -- so you said you -- you're the executive director of Internet Archive Canada; right?

A. Yes, that's right.

Q. And Internet Archive Canada, one

of its activities is to scan in-copyrighted books; correct?

A. We -- Internet Archive Canada has digitized in-copyright material. It is a genuine fraction of the material that we've done in Canada.

Q. So is it fair to say that with respect to the in-copyright modern books that appear on the Books to Borrow collection on Internet Archive, most of those books are books that -- well, strike that.

Internet Archive scans in-copyright titles both in the United States and abroad; correct?

A. Yes, that's correct.

Q. And Internet Archive does that directly by having its employees doing the scanning, and it also does it sometimes by hiring, you know, an entity like Datum Data to do the scanning for it; correct?

A. Yes, that's right, yes. Yes.

Q. Where do Internet Archive employees do the scanning of in-copyright books themselves directly? What locations?

A. So -- and are you refer -- you're interested in any of the locations no matter the

country?

Q. Yes, please.

A. When Internet Archive employees of any of the international entities are working, they are in what we would call an Internet Archive digitization center.

Q. Let me try to ask this more simply. Internet Archive has digitization centers both in the United States and abroad; correct?

A. Yes, that's correct.

Q. Okay. Could you list for me where Internet Archive has digitization centers outside the United States?

A. Sites with Internet Archive employees that are employed by an international Internet Archive entity would be Toronto, Ontario, Edmonton, Alberta, London, U.K., and the other sites that are outside of the United States are not -- they don't include Internet Archive employees.

Q. Internet Archive has what you've been referring to as digitization centers; correct?

A. Yes, that's what we call them.

Q. And at these digitization centers, Internet Archive is either having its employees

processes and workflows with those partners. There is some autonomy in how those procedures are achieved, you know, as long as the policies are followed. They manage their own employees. It isn't an Internet Archive manager telling their employees, you know, day to day what to do.

BY MR. ZEBRAK:

Q. So Internet Archive buys a book that's a modern in-copyright book from Datum Data, and Internet Archive then asks Datum Data to digitize the book for Internet Archive; correct?

A. Yes, I think that's a -- yes, in basic terms, yes.

Q. And when Datum Data buys the -- sells the book to -- strike that.

When Datum Data sells a book to Internet Archive for digitization, does Datum Data deliver that book to Internet Archive for Internet Archive to review and inspect?

A. The Internet Archive does not physically receive that book until it's digitized, after it's digitized.

Q. So is it the case that what happens is Internet Archive buys a modern in-copyrighted book from Datum Data in China, Datum

Data then digitizes the book, and then at some point after digitization, Datum Data ships the book to Internet Archive for storage?

A. Yes, that is the case. We also have a system of storage areas such that in the digitization center, let's say, that Datum Data is working in, when a book is scanned but before it ships, it's in a storage area so we know its location. We fill that storage area until we have enough for a shipping container, and then it gets on the water.

Q. And then when Internet Archive has these modern in-copyrighted books digitized at its request by Datum Data or any other entity in a foreign country, once it's digitized, that digitized copy is then uploaded and sent to Internet Archive's computers in the United States; correct?

A. Yes, that's correct.

Q. When Datum -- strike that.

How does Internet Archive determine what books it wants to digitize? Is it --

A. So in general, it's a -- again, there's a set of criteria, so it's a book that we have not digitized previously. There are some what


physical archive in California.

Q. And that physical archive, that's locked away. The books in that archive, those physical copies aren't being loaned out; correct?

A. For books that Internet Archive owns, they go into a closed pallet in a closed container in the warehouse, and they do not circulate.

Q. Is there a rule of thumb at Internet Archive about Internet Archive's average cost per book to digitize?

MS. LANIER: Objection. Scope.

THE WITNESS: Are you referring to material that we are paid to digitize or that we pay to digitize?

BY MR. ZEBRAK:

Q. How much does it cost Internet Archive on average to digitize a book?

MS. LANIER: Same objection.

THE WITNESS: That's a good question. I don't have an answer. I'm sorry. I can't give you an answer.

MR. ZEBRAK: That's all right.

Ms. Weissman, would you please publish Tab 55, 56, and 59.

REPORTER'S CERTIFICATE

I, CARISSA STABBLER, RPR, Registered Professional Reporter, certify;

The foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

Dated this 20th day of October 2021.

CStabbler

PER: Carissa Stabbler, RPR

Court Reporter