McNamara Declaration

Exhibit 59

Filed Under Seal