McNamara Declaration

Exhibit 60

Filed Under Seal