# McNamara Declaration Exhibit 61



# Digitize your Collections
At one of our Regional Digitization centers
or on your Table Top Scribe locally

The Internet Archive is a 501(c)(3) nonprofit founded in 1996 to build a digital library, freely available through the Internet. In partnership with libraries and universities around the world, we are preserving the knowledge of the world, offering free long term online access to historians, scholars, researchers and the general public.

### Internet Archive partners include:
Biodiversity Heritage Library, Boston Library Consortium, Duke University, Library of Congress, Natural History Museum, London, Princeton Theological Seminary, Smithsonian Institution, The Getty Research Institute, University of Toronto, Wellcome Trust, LYRASIS, Allen County Public Library and over 1,400 other library partners.

### Experience:
Over 2,000,000 books online
Over 200 million pages digitized
1,000 digitized books/day
7 regional digitization centers, and 11 satellite locations
Digitized printed materials, microfilm, microfiche, folios, partner supplied images and right-to-left bound items

### Benefits:
**QUALITY ASSURANCE** is performed for accuracy and quality.
**PERSISTENT** unique identifiers are assigned to digital items, and can be used to link to library catalogs.
**METADATA** is attached to each digital item, both structural and bibliographic.
**MULTIPLE FORMATS** are created for each digital item. Both preservation and access file formats are processed, including PDF/A, JP2000, EPUB, DAISY, OCR text file, and several metadata files.
**UNLIMITED DOWNLOADS** of your items, with perpetual access. Keep and distribute copies!
**FUTURE-PROOF** your files. Internet Archive will ensure that your master files are stored and preserved, remaining accessible as technologies develop.
**SCHOLARLY ACCESS** is provided, as you develop your own corner of Internet Archive. Showcase your collection within our global library, and make your content accessible for scholarly research and discovery.

To contact us for more information on our digitization services, email digitallibraries@archive.org or visit us at archive.org/scanning.

INTARC00151080