# McNamara Declaration
# Exhibit 63

The Passmores in America: a Quaker family through six generations : Smith, Robert Houston : Free Download, Borrow, and Str…

**Can You Chip In?**

The Internet Archive is growing faster than ever before, and we need your help. As an independent nonprofit, we build and maintain all our own systems, but we don't charge for access, sell user information, or run ads—instead we're powered by donations averaging $30. Unfortunately, fewer than 1 in 1000 of our patrons donate.

**We don't ask often, but right now, we have a 2-to-1 Matching Gift Campaign, tripling the impact of every donation.** If you find all these bits and bytes useful, please pitch in.

—*Brewster Kahle, Founder, Internet Archive*

**Choose an amount (USD)**

| $3 | $25 |
|---|---|
| $100 | Custom: $ |

☐ I'll generously add $0.37 to cover fees.
☐ Make this monthly

Continue          Maybe later





Renewable every hour, pending availability. ⓘ    Borrow for 1 hour ▾

Get print disability access

**Exhibit
Pls. 0295**

12/17/21, 6:57 PM
The Passmores in America : a Quaker family through six generations : Smith, Robert Houston : Free Download, Borrow, and Str…
Case 1:20-cv-04160-JGK-OTW Document 96-79 Filed 07/07/22 Page 3 of 5

Preview                                                                                                 (1 of 353)

    

# The Passmores in America : a Quaker family through six generations

by Smith, Robert Houston

Publication date         1992

12/17/21, 6:57 PM                    The Passmores in America : a Quaker family through six generations : Smith, Robert Houston : Free Download, Borrow, and Str…

Case 1:20-cv-04160-JGK-OTW Document 96-79 Filed 07/07/22 Page 4 of 5

| | |
|---|---|
| Topics | Passmore family, Passmore, William, ca. 1655-1730, Passmore, John, 1678-1746, Quakers |
| Publisher | Lewiston, N.Y. : E. Mellen Press |
| Collection | inlibrary; printdisabled; bostonpubliclibrary; americana |
| Digitizing sponsor | Boston Public Library |
| Contributor | Boston Public Library |
| Language | English |

Includes bibliographical references (p. [273]-298) and index

| | |
|---|---|
| Access-restricted-item | true |
| Addeddate | 2012-02-02 15:39:06 |
| Bookplateleaf | 0010 |
| Call number | 39999066635986 |
| Camera | Canon 5D |
| City | Lewiston, N.Y. |
| External-identifier | urn:oclc:record:1036765295  |
| Foldoutcount | 0 |
| Identifier | passmoresinameri00smit |
| Identifier-ark | ark:/13960/t24b44m7n |
| Isbn | 0773495657 |
| Lccn | 92018928 |

SHOW MORE

| | |
|---|---|
| Full catalog record | MARCXML |

## Reviews

**Add Review**

There are no reviews yet. Be the first one to write a review.

218 Previews

2 Favorites

**DOWNLOAD OPTIONS**

12/17/21, 6:57 PM
The Passmores in America : a Quaker family through six generations : Smith, Robert Houston : Free Download, Borrow, and Str…
Case 1:20-cv-04160-JGK-OTW Document 96-70 Filed 07/07/22 Page 5 of 5

ENCRYPTED DAISY

For print-disabled users

1 file

14 day loan required to access EPUB and PDF files.

IN COLLECTIONS

Books to Borrow

Books for People with Print Disabilities

Boston Public Library

American Libraries

Uploaded by
Associate-Tim-Bigelow
on February 2, 2012

Terms of Service (last updated 12/31/2014)