# McNamara Declaration Exhibit 65

Page 1
Song of Solomon : Morrison, Toni : Free Download, Borrow, and Streaming : Internet Archive
https://archive.org/details/songsolomon00morr_536



# Song of Solomon

by Morrison, Toni

| | |
|---|---|
| Publication date | 2004 |
| Topics | African American families, African Americans |
| Publisher | New York : Vintage International |
| Collection | litigationworks |
| Contributor | Library Genesis |
| Language | English |

Milkman Dead was born shortly after a neighborhood eccentric hurled himself off a rooftop in a vain attempt at flight. For the rest of his life he, too, will be trying to fly. With this brilliantly imagined novel, Toni Morrison transfigures the coming-of-age story as audaciously as Saul Bellow or Gabriel Garc?a M?rquez. As she follows Milkman from his rustbelt city to the place of his family's origins, Morrison introduces an entire cast of strivers and seeresses, liars and assassins, the inhabitants of a fully realized black world.

Issue: 2011 12 30

Edition: 1st Plume Printing

| | |
|---|---|
| Access-restricted-item | true |
| Addeddate | 2013-07-17 23:21:17 |
| City | New York |
| Edition | 1st Vintage International ed. |
| External-identifier | urn:lcc:PZ4.M883 So FT MEADE<br>urn:googlebookid:RxkWfF2s7EUC<br>urn:libgen:778000/df5492f1897f7801fd5ce4538f838c03 |
| Foldoutcount | 0 |
| Identifier | songsolomon00morr_536 |
| Identifier-ark | ark:/13960/t09w2898h |
| Isbn | 140003342X |
| Lccn | 2004555325<br>77000874<br>77000875 |
| Neverindex | true |
| Noindex | true |

SHOW MORE

| | |
|---|---|
| Full catalog record | MARCXML |

## Reviews

Add Review

There are no reviews yet. Be the first one to write a review.



Uploaded by Aaron Ximm on July 17, 2013

### PURCHASE OPTIONS
Better World Books

### DOWNLOAD OPTIONS
| | |
|---|---|
| DAISY — For print-disabled users | 1 file |
| EPUB | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| SHOW ALL | 14 Files / 13 Original |

14 Views

### IN COLLECTIONS
Litigation Works in Suit. FOR LITIGATION USE ONLY.

Page 2
Song of Solomon : Morrison, Toni : Free Download, Borrow, and Streaming : Internet Archive
https://archive.org/details/songsolomon00morr_536



Page 1
Internet Books : Free Texts : Free Download, Borrow and Streaming : Internet Archive
https://web.archive.org/web/20210623192901/https://archive.org/details/librarygenesis



