# McNamara Declaration
# Exhibit 66

| | |
|---|---|
| **From:** | Brewster Kahle |
| **Sent:** | Sunday, February 12, 2017 5:59 PM EST |
| **To:** | Amy Brand |
| **Subject:** | Re: MIT Press books we have digitized |
| **Attachments:** | signature.asc, .png, .png |

Are you coming out here tomorrow, monday, or a week from tomorrow?

I hope we can get all of this to work.

oh, one last thing-- would you be ok with our opening up the 3k mit press books from libgen for one-at-a-time lending on openlibrary (we do not have the borrow in your local library thing yet)?  that would mean we would have something until we replace them with good scans.

-brewster


On 2/12/17 1:51 PM, Amy Brand wrote:

> Thanks again Brewster. I'll touch base with staff this week. I'm in SF next Monday night and Tuesday day, if we can meet then, or perhaps the morning of the 24th in Cambridge makes more sense. But I'll be in contact before then.
> Amy
>
> **AMY BRAND | DIRECTOR**
> **THE MIT PRESS** | One Rogers Street   Cambridge, MA 02142
> 617 253 4078   (cell ▓▓▓▓▓▓▓▓ )
> mitpress.mit.edu

> **From:** Brewster Kahle <▓▓▓▓▓▓@archive.org>
> **Date:** Thursday, February 9, 2017 at 4:48 PM
> **To:** Kelly McDougall <▓▓▓▓▓@mit.edu>, Amy Brand <▓▓▓▓▓▓@mit.edu>
> **Cc:** Anna Pollock-Nelson <▓▓▓▓@mit.edu>, Caitlin Olson <▓▓▓@archive.org>
> **Subject:** Re: MIT Press books we have digitized
>
> we believe there are a bit over 3,000 MIT press books on library genesis.   Enclosed the list.
>
> -brewster
>
>
> On 2/8/17 9:34 AM, Brewster Kahle wrote:
>
>> looking forward to connecting.  caitlin will juggle times.

CONFIDENTIAL                                                                                                               INTARC00393109

for the bigger picture of what we are trying to do, this is the whitepaper that was discussed at a meeting late last year:

https://ia801204.us.archive.org/26/items/TransformingourLibrariesintoDigitalLibraries102016/TransformingourLibrariesintoDigitalLibraries-10-2016.pdf

-brewster


On 2/8/17 9:28 AM, Kelly McDougall wrote:

> Hi Brewster,
> I think you and I may have crossed paths over email already, but it's nice to finally meet you. To give you some background, I think we're mostly just curious to just get some details about the current MIT Press books on the Open Library and how they were digitized. I think we're also interested to know what your approach is to lending policies going forward and how that fits into this project.
> Tomorrow certainly works for Anna and I. How does your morning look? Anna and I are both free anytime between 2:30EST/11:30PST – 5:30EST/2:30PST. Did you want to carve out some time in there?
> Let me know if tomorrow works and I would be happy to setup a call.
> All the best,
> **Kelly McDougall**
>  Digital Products Coordinator
> The MIT Press
> One Rogers Street
> Cambridge, MA  02142-1209
>
> **From:** Brewster Kahle <​@archive.org>
> **Date:** Tuesday, February 7, 2017 at 9:24 PM
> **To:** Amy Brand <​@mit.edu>
> **Cc:** Kelly McDougall <​@mit.edu>, Anna Pollock-Nelson <​@mit.edu>, Caitlin Olson <​@archive.org>
> **Subject:** Re: MIT Press books we have digitized
>
> Happy to talk.   I am cc'ing caitlin who can help find a time that works.  maybe even tomorrow morning.
>
> -brewster
>
>
> On 2/7/17 4:01 PM, Amy Brand wrote:
>
>> Thanks so much Brewster. My colleagues Anna and Kelly have some questions about this list and so it is probably most efficient if they speak with you directly, if you don't mind? I'm cc-ing them here so that can be coordinated.

CONFIDENTIAL                                                                                               INTARC00393110

Best,
Amy

**AMY BRAND** | DIRECTOR
THE MIT PRESS | One Rogers Street   Cambridge, MA 02142
617 253 4078   (cell █████████)
mitpress.mit.edu

**From:** Brewster Kahle <████████@archive.org>
**Date:** Tuesday, February 7, 2017 at 9:06 AM
**To:** Amy Brand <████████@mit.edu>
**Subject:** Fwd: Re: MIT Press books we have digitized

Alexis Rossi, who runs our collections group, listed these books we have scanned already.

I hope this is helpful.

-brewster


-------- Forwarded Message --------
**Subject:** Re: MIT Press books we have digitized
**Date:** Thu, 2 Feb 2017 13:02:22 -0800
**From:** Alexis Rossi <█████@archive.org>
**To:** Brewster Kahle <███████@archive.org>

```
Hi Brewster,

I've attached two xlsx files.

MITPress.xlsx is items that we scanned ourselves that have MIT
Press in the publisher field.

MassInstTech.xlsx is items that we scanned ourselves that have
Massachusetts Institute of Technology in the publisher field.

In addition to your fields below I included the ISBN, LCCN, and
OCLC ID fields in case they are helpful for deduplication. (There
are a lot in the MIT Press file, not in the MassInstTech file.)

Alexis
```