# McNamara Declaration
# Exhibit 69

INTERNET ARCHIVE    SIGN UP | LOG IN    UPLOAD    Search
ABOUT  BLOG  PROJECTS  HELP  DONATE  CONTACT  JOBS  VOLUNTEER  PEOPLE

# Marygrove College Library

Share
Favorite
RSS
Play All

When Marygrove College closed in 2019, the Board of Trustees donated the library to the Internet Archive for digitization and preservation. With more than 70,000 books and nearly 3,000 journal volumes, the Geschke Library is a well-curated, world class collection with strengths in the humanities, education, and social justice. Video about the reopening online.

More...

ABOUT    COLLECTION

65,254 RESULTS

SORT BY  VIEWS · TITLE · DATE PUBLISHED · CREATOR

Search this Collection
- Metadata
- Text contents

**Part Of**

American Libraries
eBooks and Texts

**Media Type**

| | |
|---|---|
| texts | 65,254 |

**Availability**

| | |
|---|---|
| Lending Library | 42,685 |
| Borrow 14 Days | 24,021 |
| Always Available | 2,866 |

**Year**

| | |
|---|---|
| 2012 | 836 |
| 2011 | 839 |
| 2010 | 898 |
| 2009 | 954 |
| 2008 | 771 |
| 2007 | 765 |

More

**Topics & Subjects**

| | |
|---|---|
| United States | 9,991 |
| USA | 3,506 |

Pictures of the floating world
by Lowell, Amy, 1874-1925
159 · 5 · 0

Diagnostic and statistical manual of mental
12,431 · 203 · 1

The three waves of volunteers and the new
by Cannon, Dolores, 1931- author
3,475 · 81 · 0

Giovanni's room
by Baldwin, James, 1924-1987
2,578 · 45 · 0

The sacred prostitute : eternal aspect of the
by Qualls-Corbett, Nancy
740 · 44 · 0

The Labyrinth of solitude : life and thought in Mexico
by Paz, Octavio, 1914-1998
2,189 · 20 · 0

Dancing through history
by Cass, Joan, 1924-2018
1,156 · 19 · 0

The hero with a thousand faces
by Campbell, Joseph, 1904-1987, author

Memoirs and correspondence of
by Londonderry, Robert Stewart, 2nd marquess of, 1769-1822
74 · 0 · 0

Artistic anatomy
by Richer, Paul, 1849-1933
3,650 · 89 · 0










| | |
|---|---|
| Politics and government | 1,659 |
| Catholic Church | 1,441 |
| Great Britain | 1,100 |
| Aufsatzsammlung | 1,051 |

More

### Collection

| | |
|---|---|
| Internet Archive Books | 65,235 |
| Books for People with Print Disabilities | 60,747 |
| Books to Borrow | 60,725 |
| binghamton-ol | 12,010 |
| University of Arizona Libraries | 11,035 |
| uni-ol | 10,916 |

More

### Creator

| | |
|---|---|
| belloc, hilaire, 1870-1953 | 52 |
| shakespeare, william, 1564-1616 | 49 |
| thomas, aquinas, saint, 1225?-1274 | 40 |
| maritain, jacques, 1882-1973 | 37 |
| augustine, of hippo, saint, 354-430 | 33 |
| rahner, karl, 1904-1984 | 30 |

More

### Language

| | |
|---|---|
| English | 63,173 |
| French | 811 |
| Spanish | 314 |
| German | 301 |
| undetermined | 240 |
| Latin | 103 |

More

Watership Down
by Adams, Richard, 1920-2016
2,091 | 53 | 0

Coming of age in Mississippi
by Moody, Anne, 1940-2015
1,767 | 25 | 0

Dizionario di erudizione storico-ecclesiastica da S.
by Moroni, Gaetano, 1802-1883
3,394 | 0 | 0

A handbook of legendary and mythological art
by Waters, Clara Erskine Clement, 1834-1916
2,995 | 18 | 0

Africa's world war : Congo, the Rwandan
by Prunier, Gérard, author
359 | 17 | 0

Readings for diversity and social justice
2,989 | 56 | 0

Second-class citizen
by Emecheta, Buchi
2,266 | 22 | 0

The god of small things
by Roy, Arundhati, author
1,246 | 15 | 0

1,968 | 119 | 0

Leaders eat last : why some teams pull together
by Sinek, Simon
2,631 | 50 | 0

Miranda's marriage
by Hilton, Margery
855 | 13 | 1

Music theory for dummies
by Pilhofer, Michael
1,527 | 74 | 0

The new Jerome biblical commentary
4,704 | 67 | 0

Motown : music, money, sex, and power
by Posner, Gerald
221 | 3 | 0

A critical history of Western philosophy
by O'Connor, D. J. (Daniel John), 1914-2012, editor
1,008 | 12 | 0

Aristotle and Dante discover the secrets of the
by Sáenz, Benjamin Alire
2,013 | 73 | 2

Material for a history of Pope Alexander VI his
by De Roo, Peter, 1839-1926
130 | 2 | 0

Content-area writing : every teacher's guide
by Daniels, Harvey, 1947-
327 | 8 | 0

Crowded Hours. Reminiscences
by LONGWORTH, Alice Roosevelt
231 | 12 | 0

X-ray equipment for student radiographers
by Chesney, D. Noreen
1,001 | 10 | 0

The courage to heal workbook : for women and
by Davis, Laura, 1956-
407 | 15 | 0

Human development
by Papalia, Diane E
580 5 0

Transpiration and the ascent of sap in plants
by Dixon, Henry Horatio, 1869-1953
88 0 0

The innocence of Father Brown
by Chesterton, G. K. (Gilbert Keith), 1874-1936, author
212 6 0

Arshile Gorky : his life and work
by Herrera, Hayden
93 2 0

Meggs' history of graphic

By the shores of Silver Lake
by Wilder, Laura Ingalls, 1867-1957, author
1,057 9 0

Pattern drafting and dressmaking
by Moore, Dorothy
1,375 172 0

A canticle for Leibowitz : a novel
by Miller, Walter M., Jr., 1923-1996
579 16 0

Microbiology : an introduction
by Tortora, Gerard J
601 7 0

The Norton Shakespeare
by Shakespeare, William, 1564-1616
896 21 0

Understanding by Design : Professional Development
by McTighe, Jay, author
387 10 0

Readings for diversity and social justice
1,677 19 0

Microbiology : a human perspective
56 1 0

The tale of Genji
by Murasaki Shikibu, 978?- author
626 20 0

Tropic of Cancer
by Miller, Henry, 1891-1980, author
337 10 0

Twelve who ruled : the year of the terror in the
by Palmer, R. R. (Robert Roswell), 1909-2002
238 7 0

The diary of Virginia Woolf
by Woolf, Virginia, 1882-1941
543 24 0

A casual view of America : the home letters of
by Rothschild, Salomon de, 1836-1864
179 15 0

One crazy summer
by Williams-Garcia, Rita
883 5 0

The well-crafted sentence : a writer's guide to style
by Bacon, Nora
415 8 0

Black boy : (American hunger) : a record of
by Wright, Richard, 1908-1960
308 3 0

Crazy like us : the globalization of the
by Watters, Ethan, author
694 23 0

Here's to the women : 100 songs for and about
89 1 0

The lessons of history
by Durant, Will, 1885-1981

design
by Meggs, Philip B
1,525 80 0

A primer of visual literacy
by Dondis, Donis A., 1924-1984
959 28 0

The myth of Sisyphus, and other essays
by Camus, Albert, 1913-1960
1,055 39 0

Wanderings : Chaim Potok's history of the Jews
by Potok, Chaim
160 5 0

World mythology : an anthology of the great
by Rosenberg, Donna
1,607 26 0

Imagined communities : reflections on the origin
by Anderson, Benedict R. O'G. (Benedict Richard O'Gorman), 1936-
2,340 23 0

The Chicago manual of style
1,483 40 0

Richard Schmid paints landscapes
by Schmid, Richard, 1934- author
1,548 41 0

The world of late antiquity : AD 150-750
by Brown, Peter, 1935-
1,661 59 0

A skeleton key to Finnegans Wake
by Campbell, Joseph (1904-1987)
535 18 0

Children's literature : a textbook of sources for
by Curry, Charles Madison, 1869-1944, editor
1,720 33 0

Think like a programmer : an introduction to creative
by Spraul, V. Anton
391 22 0

Silent spring
by Carson, Rachel, 1907-1964
268 6 0

The functional art : an introduction to information
by Cairo, Alberto, 1974- author
241 27 0

George Washington's world
by Foster, Genevieve, 1893-1979
924 41 0

Poetics of relation
by Glissant, Édouard, 1928-2011
355 1 0

The African unconscious : roots of ancient mysticism
by Bynum, Edward Bruce, 1948-
259 18 0

The Dalemark quartet : Cart and cwidder ;
by Jones, Diana Wynne
132 2 0

461 9 0

Ginger & Pickles
by Potter, Beatrix, 1866-1943
1,014 6 0

Magical realism : theory, history, community
415 19 0

Leadership and performance beyond
by Bass, Bernard M
1,764 20 0

The Flash. Volume 1, Move forward
by Manapul, Francis
432 8 0

Page 5
Marygrove College Library : Free Texts : Free Download, Borrow and Streaming : Internet Archive
https://archive.org/details/marygrovecollege

Fetching more results