# McNamara Declaration
# Exhibit 70

Page 1
Calculating the True Value of A Library that is Free - Internet Archive Blogs
http://blog.archive.org/2019/10/22/calculating-the-true-value-of-a-library-that-is-free/

# Internet Archive Blogs

*A blog from the team at archive.org*



Blog   Announcements   25th Anniversary   archive.org   About   Events   Developers   Donate

## Calculating the True Value of A Library that is Free

Posted on October 22, 2019 by Wendy Hanamura

By Omar Rafik El-Sabrout



*A new program at OpenLibrary.org encourages you to "put your money behind something that matters to you:" sponsoring a book so everyone can read and borrow it online for free.*

We live in the era of Venmo and CashApp, when after a nice meal with friends, you no longer have to argue over who will pick up the bill. On the surface, this is an extremely promising way to keep people from accidentally going into debt with each other. But it also reinforces interactions that are extremely transactional. The old idea of "I'll get you back next time" is part of the give and take that members of a close community engage in. In our transactional present, people don't have to rely on the idea of trust–trusting the butcher at the farmer's market won't price gouge me, trusting my friend will pay me back. People aren't learning that you can vote by caring, by putting your money behind something that matters to you. At a moment when "you get what you pay for" is the capitalist norm, enter the Internet Archive, which today is asking you to make an investment in community-wide sharing.

The Internet Archive, which runs the project Open Library, is working to create a vast network of online book lending in order to make all books accessible to all people. Open Library cares about the input of its readers. As Open librarian and Internet Archive Software Engineer Mek Karpeles describes, "Open Library's theory is that readers deserve a say in what's on their bookshelves," which is why he and his team have created a new Book Sponsorship feature.



*A blue box on the book page lets you know that this is a book you can sponsor. With your donation, we will buy the book, digitize it, store it, and make the ebook available for borrowing–first by you.*



**Search**

**Recent Posts**
- Building a Better Internet: Internet Archive Convenes DC Workshop
- July Book Talk: The Library: A Fragile History
- Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- June Book Talk: The Catalogue of Shipwrecked Books
- GITCOIN Grants: Donate a Few Tokens, Defend a Public Treasure

**Recent Comments**
- Superman on Building a Better Internet: Internet Archive Convenes DC Workshop
- Superman on Building a Better Internet: Internet Archive Convenes DC Workshop
- Patrick Winn on Building a Better Internet: Internet Archive Convenes DC Workshop
- Sally G. on Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- Sally G. on Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office

**Categories**
- 78rpm
- Announcements
- Archive Version 2
- Archive-It
- Audio Archive
- Books Archive
- Cool items
- Education Archive
- Emulation
- Event
- Image Archive
- Jobs
- Lending Books

Founded on the idea that a library ought to have books that "reflect [a] community's needs and values," Book Sponsorship allows any of the more than two and a half-million users of Open Library to #saveabook. This is a natural follow-up to the long standing "Want to Read" functionality whereby a reader can indicate a book is missing from the Archive that they wish to read.



With our new book sponsorship program, readers are given the option to put money towards directly sponsoring the acquisition of a particular book, after which the Internet Archive will digitize, store, and make the ebook available for lending–for free. Among other possibilities, this would allow people to combat the lack of representation of young black protagonists that Marley Dias, creator of the #1000BlackGirlBooks, found at her school and local library. We currently feature almost 400 of the #1000BlackGirlBooks on archive.org and with your support, we can buy and digitize all of them.

*You can contribute just $11.32 to make sure this book from Marley Dias' #1000BlackGirlBooks list is available for all.*



*When people are given the opportunity to be generous in an obligation-free way, we find that typically brings out their desire to do good.*

By giving people a say and making them feel represented, they become more invested. The care that comes from the investment of individuals is what eventually creates a community, and our hope is that the Open Library community will use this feature to help disenfranchised patrons gain access to materials that would enrich their education. When people are given the opportunity to be generous in an obligation-free way, we find that typically brings out their desire to do good. It's relatively easy to put a price on a book, to calculate printing costs and publishing costs, but what's harder to determine is the value of giving a gift. If you're interested in sponsoring a book, either for yourself or for someone else, just click on a Sponsor an eBook button or visit https://openlibrary.org/sponsorship to learn more.



Go to *https://openlibrary.org/sponsorship* to lear more about how to #saveabook

Posted in Announcements, News | 17 Replies

← "History Needs a Soundtrack": Minot State University Donates Large 78rpm Record Archive for Digitization and Preservation

Everyone Deserves to Learn →

- Live Music Archive
- Movie Archive
- Music
- News
- Newsletter
- Open Library
- Past Event
- Software Archive
- Technical
- Television Archive
- Upcoming Event
- Video Archive
- Wayback Machine – Web Archive
- Web & Data Services

**Archives**
Select Month

**Meta**
- Log in
- Entries feed
- Comments feed
- WordPress.org

17 thoughts on "Calculating the True Value of A Library that is Free"



**Naukry**
October 22, 2019 at 2:47 pm

Great and really nicely written post that I've seen in a while. It's great to see people like you continuing to serve the humanity with this sort of amazing content. This content is literally King!



**Nemo**
October 22, 2019 at 5:31 pm

I can't wait to sponsor some Italian-language books! I don't see a filter in the advanced search yet, but DuckDuckGo seems to work fine.
https://duckduckgo.com/?q="sponsor+ebook"+"written+in+french"+site%3Aopenlibrary.org%2Fbooks%2F



**Wendy Hanamura** `Post author`
October 23, 2019 at 6:51 am

We can't wait for you to sponsor Italian language books either!
I've sent your comment to our lead engineer, Mek, who will be happy to help you find some on our wish list!
Grazie!

Pingback: Scan On Demand: Building the World's Open Library, Together



**medesthetica**
October 24, 2019 at 9:21 am

how to make a donation of multiple books?



**mek**
October 24, 2019 at 4:43 pm

Hi mdesthetica,

If you email donation@archive.org, we'd be happy to help you sponsor multiple books.
https://openlibrary.org/sponsorship#bulk-sponsorship

In the future, we may add a mechanism to sponsor multiple books by isbn in a single donation order.



**Tractors**
October 24, 2019 at 11:36 am

Hello,

I totally agree with this blog, library is very much important in todays time
I've going to the library from a very long time.

Great Article man...



**آهنگ جدید**
October 24, 2019 at 5:21 pm

It's great to see people like you continuing to serve the humanity with this sort of amazing content. This content is literally King!



**آهنگ**
October 25, 2019 at 8:47 am

Hope you succeed on this great path

Pingback: Scan On Demand: Building The World's Open Library, Together - RSSFeeds



**xpmir94**
October 26, 2019 at 9:09 pm

It was really interesting to read this...

how can I get in touch with you?



**اهنگ جدید**
October 28, 2019 at 8:24 am

Hello, I totally agree with this blog, library is very much important in todays time
I've going to the library from a very long time.



**شهر موزیک**
October 29, 2019 at 7:58 am

good The larger point, however, is that openness is a potentially robust topic that will influence the ways all of us think about the decentralized Web.



**Jen Ruzich**
November 1, 2019 at 9:27 pm

How is this not illegal? How do authors make any money after every book is available for free both in libraries and online? Will people will want to write books if one person can buy it and make it available to 7 billion people online with instant access?



**Wendy Hanamura**
November 3, 2019 at 8:50 pm

Dear Jen,
Our lending program uses controlled digital lending to make modern books available to one user at a time. You can learn more about CDL at
https://controlleddigitallending.org/



**doug**
November 2, 2019 at 1:35 pm

great work,
im asking if i got a book and it is not on your list of books, what can i do?



**David Rodarm**
November 3, 2019 at 8:03 pm

The last link, below the #saveabook graphic, is incorrect!

Comments are closed.

*Proudly powered by WordPress*