# McNamara Declaration
# Exhibit 71

Page 1
Pineapple Fund Gifts $1M in Bitcoin to the Internet Archive! - Internet Archive Blogs
http://blog.archive.org/2017/12/26/pineapple-fund-pledges-1m-in-bitcoin-to-the-internet-archive/

# Internet Archive Blogs

*A blog from the team at archive.org*



Blog   Announcements   25th Anniversary   archive.org   About   Events   Developers   Donate

## Pineapple Fund Gifts $1M in Bitcoin to the Internet Archive!

Posted on December 26, 2017 by Katie Barrett



This year, Christmas came early to the Internet Archive. On Saturday, the generous philanthropist behind the Pineapple Fund gave $1 million dollars in Bitcoin to the Internet Archive. This anonymous crypto-philanthropist explains, "I saw the promise of decentralized money and decided to mine/buy/trade some magical internet tokens. …Donating most of it to charity is what I'm doing." We so admire this donor using Bitcoin as the currency of giving this season, and are honored to be the recipients of such a gift. Whoever you are, you are doing a world of good. Thank you.

Permanent access to websites, software, books, music…that is our mission. These gifts help make it happen.

It is especially gratifying to see those who dreamed big about Bitcoin using their wealth to support innovation across the world. The Internet Archive has been actively involved in this community since 2011. Encouraged, we are dreaming big and dreaming open.

Thank you to Pineapple Fund and thank you to the thousands that have contributed already.

Please consider donating this year— it really helps. Looking forward to 2018!

More information about the Pineapple Fund:
Original Reddit Post
Reddit Post Update
Pineapple Fund Interview with Hacker Noon
Pineapple Fund Interview with Bitcoin Magazine

Posted in Announcements, News | 20 Replies

 

Search

**Recent Posts**

- Decentralized Apps, the Metaverse, and the "Next Big Thing"
- Building a Better Internet: Internet Archive Convenes DC Workshop
- July Book Talk: The Library: A Fragile History
- Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- June Book Talk: The Catalogue of Shipwrecked Books

**Recent Comments**

- aho on Decentralized Apps, the Metaverse, and the "Next Big Thing"
- Superman on Decentralized Apps, the Metaverse, and the "Next Big Thing"
- Superman on Decentralized Apps, the Metaverse, and the "Next Big Thing"
- Superman on Decentralized Apps, the Metaverse, and the "Next Big Thing"
- Superman on Decentralized Apps, the Metaverse, and the "Next Big Thing"

**Categories**

- 78rpm
- Announcements
- Archive Version 2
- Archive-It
- Audio Archive
- Books Archive
- Cool items

Page 2
Pineapple Fund Gifts $1M in Bitcoin to the Internet Archive! - Internet Archive Blogs
http://blog.archive.org/2017/12/26/pineapple-fund-pledges-1m-in-bitcoin-to-the-internet-archive/

← TV News Record: Face-o-Matic on Trump, McConnell, and Pelosi; PolitiFact picks "2017 Lie of the Year"

TV News Record: The year in TV news visualizations →

## 20 thoughts on "Pineapple Fund Gifts $1M in Bitcoin to the Internet Archive!"



**Noobie**
December 26, 2017 at 8:55 pm

Well, I read in the news that BitCoin is quite a volatile type of currency. At the moment, the rates are soaring high. Then comes the bubble burst, where things can crash fucking hard to eternity. It's like the stock market crash of the Great Depression(s) and asset price bubble burst. I can see that while the generous amount is amusing, it is technically still a stock market fluctuation behavior. Don't get all riled up about about this unstable banking firm!



**Painkiller**
December 27, 2017 at 5:26 pm

You read that in the news, huh?

It's really not like the stock market crash, and has nothing to do with the asset price bubble.

Bitcoin is not a banking firm, it's decentralized. It's not like any sort of thing you've worked with before. It's new.

And none of this has anything to do with the generousness of the donation. The money is transferred, the donation is done. It's not going to go away.



**Jolia**
December 27, 2017 at 1:16 am

I agree with this



**Maurice C.**
December 28, 2017 at 2:06 am

My life wouldn't be the same without archive org. Well done Pine!



**Radar696**
December 28, 2017 at 3:18 am

That is very nice indeed.
I hope you put it to good use!

Well just to be safe I would pull the cash value out and place it into a regular savings account or maybe invest it into a 24 month bond or something.



**Afolabi Sunday Amos**
December 28, 2017 at 3:22 am

NiLL

### Archives

Select Month

### Meta

- Log in
- Entries feed
- Comments feed
- WordPress.org

- Education Archive
- Emulation
- Event
- Image Archive
- Jobs
- Lending Books
- Live Music Archive
- Movie Archive
- Music
- News
- Newsletter
- Open Library
- Past Event
- Software Archive
- Technical
- Television Archive
- Upcoming Event
- Video Archive
- Wayback Machine – Web Archive
- Web & Data Services



**9Apps**

December 28, 2017 at 10:00 am

Registered nonprofits interested in receiving a Bitcoin donation from The Pineapple Fund can apply on its website. The application period lasts until the end of Wednesday.



**Vidmate**

December 28, 2017 at 10:01 am

On Wednesday, Pine also announced a $5 million donation to GiveDirectly, a non-profit that is fighting poverty in Africa. The group itself later confirmed the donation.



**Mobdro**

December 28, 2017 at 10:01 am

So far, the fund has donated $15 million in Bitcoin, with the number of recipients growing to 14.



**Sarah**

December 28, 2017 at 10:37 am

Hi how can i contact with you guys?



**Katie Barrett** 

December 28, 2017 at 3:47 pm

You can email us at info@archive.org



**Instagram Web-Viewer**

December 28, 2017 at 10:43 am

My life wouldn't be the same without archive org. Well done Pine..



**David Mishra**

December 28, 2017 at 10:40 pm

WOW! A million as gift? The bitcoin guy is insanely helpful.



**Jack Flynn**

December 28, 2017 at 10:41 pm

$86 million in charity? What? Man. I am shocked!



**Mrs. Ex-Progressive Sustainability Analyst**

December 31, 2017 at 8:24 pm

Well, I came in here and related IA sites to see how to give a bequest, but a) there are no guidelines for that supplied and b) I see my meager legacy would likely do more elsewhere.

Having said that, I use IA extensively, have for nearly all its existence, consider it a very good project so long as it maintains genuinely free speech and doesn't pander to snowflakes on any part of the political/social spectrum. This results in a knowledge base that has a lot of chaff, and I do wish the search engine capacity were stronger.



**Sebastien Petiquay**

January 1, 2018 at 8:36 am

C'est ce qu'il faut !
Bravo!



[Musicgram](#)

January 3, 2018 at 1:08 am

WOW! A million as gift? The bitcoin guy is insanely helpful.



[2018 calendar](#)

January 3, 2018 at 11:48 pm

On Wednesday, Pine also announced a $5 million donation to GiveDirectly, a non-profit that is fighting poverty in Africa. The group itself later confirmed the donation.



[february 2018 calendar](#)

January 3, 2018 at 11:50 pm

Permanent access to websites, software, books, music…that is our mission. These gifts help make it happen.



[Lekan](#)

January 5, 2018 at 1:46 pm

I so much love the archive's cause.
Great work. I will surely donate to that effect.

Comments are closed.

*Proudly powered by WordPress*