# McNamara Declaration
# Exhibit 72
# part 1



Hi Everyone! My name is Chris Freeland and I'm a librarian at the Internet Archive. As we get started today I'd like to draw your attention to the box at the bottom. This session will not be recorded. I'll send you an email after our session that includes link to the slides I'm using and relevant links from the session.

I want to welcome you to today's webinar on how controlled digital lending works. Over the next 50 minutes or so we'll walk through the Internet Archive's controlled digital lending service, covering how we acquire books, how they are digitized and preserved, and how they're made available to readers and scholars through controlled digital lending.

CONFIDENTIAL
INTARC00142757



A lot has changed with the Open Libraries program in a very short time.

As we get started I wanted to address a question that you might have. On Monday it was announced that there is an active lawsuit against the Internet Archive for controlled digital lending & the National Emergency Library.  I won't be able to answer questions about the litigation. I'll talk about controlled digital lending & how it works and the impact it's making while our libraries and schools are closed, but I won't be able to address anything about the litigation itself.

So with that in mind, here's the game plan for today:

CONFIDENTIAL
INTARC00142758



CONFIDENTIAL

INTARC00142759



So let's dive in...

CONFIDENTIAL                                                                INTARC00142760



The Internet Archive is a non-profit library that provides access to millions of free books, movies, software, music, websites, and more.  This is our headquarters in San Francisco, which, you'll notice, matches our logo (the logo came first).  The Internet Archive was founded by Brewster Kahle in 1996 and started its collection by archiving web sites.  Brewster saw that the early web had almost entirely vanished-been rewritten, taken down, moved to new servers, otherwise inaccessible-and so he began crawling the web and archiving the content.  Those web archives are now available for users to search via the Wayback Machine.

CONFIDENTIAL



This work kicked off our mission of providing "Universal Access to All Knowledge".  After establishing web archiving, in the early 2000s the Internet Archive began scanning books that were in the public domain (books published before 1923 at the time, now 1924, moving annually).  I started working in collaboration with the Internet Archive during their early book scanning operations because I was the technical director of a project called the Biodiversity Heritage Library, which was scanning public domain scientific literature from natural history museum libraries all over the world.

CONFIDENTIAL



The Internet Archive also has a physical library. We have built a lending library of more than 1.4M modern books, growing at 2k / day.  We acquire our books through purchase, from donations from libraries who are weeding their collections or closing, and from booksellers, like Better World Books.  These photos are showing the unloading of portions of a large donation of 250,000 books from Trent University in Ontario.

INTARC00142763



We make that lending library available to the world, meaning that anyone with an internet connection can sign up for a library card and borrow books, providing equal access to library materials.  We lend these books to users one a time through a legal framework known as controlled digital lending.  If the book is checked out, then users join a waitlist.

The ability for anyone to be able to get a library card is important for unaffiliated researchers like myself. When I worked at WashU I had access to every database & journal imaginable.  Now, I struggle to get research materials to continue my own research & writing.

INTARC00142764



I mentioned that we get donations from Better World Books.  IA & BWB have a special relationship, and as part of our partnership we get a copy of any book we don't already have. So for those of you who are library partners with BWB, your discards and weeded materials are flowing into our digitization queue & our digital library shelves.  Today we have _____ on the call from BWB to tell us more.

INTARC00142765



10

INTARC00142766



11

CONFIDENTIAL

INTARC00142767



12

INTARC00142768



I want to walk you through how books come into our library and how they are digitized and displayed through controlled digital lending.  I'm going to use Marygrove College library to illustrate our process.

CONFIDENTIAL



Marygrove College was founded in 1905 by the Sisters, Servants of the Immaculate Heart of Mary (Roman Catholic) & moved to its Detroit campus, shown here, in 1927.  Marygrove was originally a women's college, became coed in the 1970s, and in recent years was known for its graduate programs in human resource management and social justice.

INTARC00142770



Facing financial hardship, in 2017 Marygrove eliminated its undergraduate programs, and then in January of last year, announced that the entire college would close in December 2019.  A central question for Dr. Elizabeth Burns, President of the College, was what would happen to the library and its 70,000 volumes of books and 3,000 journal volumes?

INTARC00142771



That's where we come in

CONFIDENTIAL
INTARC00142772



They spoke with Wayne State, but they weren't in a position to take the materials.  The College had a relationship with BWB & used them for weeded materials, but because the entire institution was closing they wanted the library materials to stay together as an intellectual unit - a complete collection.

CONFIDENTIAL

INTARC00142773



...so after a series of conversations, Dr. Burns and the trustees at Marygrove College decided to donate the contents of the library, an interior shot you're seeing here, to the Internet Archive so that the library would be digitized and preserved, helping the legacy of the college live on for future scholars.

CONFIDENTIAL



We worked with Marygrove staff and a team of workers to box up the entire library and ship it to our physical archive for staging & storage before being sent for digitization. What you're seeing here is some of the results of that labor, with books in boxes, boxes on pallets, shrinkwrapped, and then put into storage containers for transport.

"I feel that, sadly, the College is closing, but the library is not. It is re -emerging in a different form."

*Mary Kickham-Samy*
*Director of Geschke Library, Marygrove College*

From "Preserving the legacy of a library when a college closes"

CONFIDENTIAL

INTARC00142776



CONFIDENTIAL



This is Lan Zhu, who was a scanner in our SF scanning center.  She's using the custom-developed scanning equipment we developed to digitize books. You can see that there are two cameras that take pictures as the operator raises and lowers the glass plate to turn pages.  Our scanning is non-destructive (meaning that the book stays intact) and follows FADGI, the Federal Agencies Digitization Guidelines Initiative.

We have scanning operations embedded in libraries in the US, Canada & the UK, including at the Library of Congress, Boston Public Library, University of Toronto, and Wellcome Trust, to name but a few.  We also operate digitization facilities in the Philippines where we scan the books that we own.



Here are some shots of our scanning operations embedded at the Boston Public Library, with books pulled & queued for digitization. These books were published before the 1920s, so they are in the public domain and their files don't need protections through controlled digital lending.



So for the books that we acquire and own, after a book is digitized it follows a dual path - the book itself is preserved in our physical archive, and the files that result from scanning & post-production are stored and protected on our servers.

CONFIDENTIAL