McNamara Declaration

Exhibit 73



We're going to spend the next 30 minutes talking about the Internet Archive's lending library & digitization programs, and how your museum can participate.

About me

As we get started I wanted to address a question that you might have. In June it was announced that there is an active lawsuit against the Internet Archive for controlled digital lending & the National Emergency Library. I won't be able to answer questions about the litigation. I'll talk about controlled digital lending & how it works and how academic publishers are using controlled digital lending for their operations, but I won't be able to address anything about the litigation itself.

CONFIDENTIAL



So with that in mind, here's the game plan for today:

INTARC00142716



The Internet Archive is a non-profit library that provides access to millions of free books, movies, software, music, websites, and more.  This is our headquarters in San Francisco, although like most if not all of you, our headquarters is here in the zoom box.  The Internet Archive was founded by Brewster Kahle in 1996 and started its collection by archiving web sites.  Brewster saw that the early web had almost entirely vanished-been rewritten, taken down, moved to new servers, otherwise inaccessible-and so he began crawling the web and archiving the content.  Those web archives are now available for users to search via the Wayback Machine.

CONFIDENTIAL



This work kicked off our mission of providing "Universal Access to All Knowledge". After establishing web archiving, in the early 2000s the Internet Archive began partnering with libraries to scan books that were in the public domain (books published before 1923 at the time, now 1924, moving annually). I started working in collaboration with the Internet Archive during their early book scanning operations because I was the technical director of a project called the Biodiversity Heritage Library, which was scanning public domain scientific literature from natural history museum libraries all over the world.

INTARC00142718



The Internet Archive also has a physical library. We have built a lending library of more than 1.5M modern books.  We acquire our books through purchase, from donations from libraries who are weeding their collections or closing, and from booksellers, like Better World Books.  These photos are showing the unloading of portions of a large donation of 250,000 books from Trent University in Ontario.

CONFIDENTIAL



We make that lending library available to the world, meaning that anyone with an internet connection can sign up for a library card and borrow books, providing equal access to library materials.  We lend these books to users one a time through a legal framework known as controlled digital lending.  If the book is checked out, then users join a waitlist.

The ability for anyone to be able to get a library card is important for unaffiliated researchers like myself. When I worked at WashU I had access to every database & journal imaginable.  Now, I struggle to get research materials to continue my own research & writing.

CONFIDENTIAL

INTARC00142720



I want to walk you through how books come into our library and how they are digitized and displayed through controlled digital lending.  I'm going to use Marygrove College library to illustrate our process.

CONFIDENTIAL



Marygrove College was founded in 1905 by the Sisters, Servants of the Immaculate Heart of Mary (Roman Catholic) & moved to its Detroit campus, shown here, in 1927.  Marygrove was originally a women's college, became coed in the 1970s, and in recent years was known for its graduate programs in human resource management and social justice.

INTARC00142722



Marygrove College will shut down at the end of the upcoming fall semester after the small Roman Catholic institution in Detroit was unable to escape from enrollment and financial pressures by

In 2017, facing financial hardship, Marygrove eliminated its undergraduate programs, and then in January of last year, announced that the entire college would close in December 2019.  A central question for Dr. Elizabeth Burns, President of the College, was what would happen to the library and its 70,000 volumes of books and 3,000 journal volumes?

INTARC00142723



That's where we come in

CONFIDENTIAL                                                                                          INTARC00142724



They spoke with Wayne State, but they weren't in a position to take the materials.  The College didn't want the books to be sold off...

CONFIDENTIAL



...so after a series of conversations, Dr. Burns and the trustees at Marygrove College decided to donate the contents of the library, an interior shot you're seeing here, to the Internet Archive so that the library would be digitized and preserved, helping the legacy of the college live on for future scholars.

CONFIDENTIAL



We worked with Marygrove staff and a team of workers to box up the entire library and ship it to our physical archive for staging & storage before being sent for digitization.  What you're seeing here is some of the results of that labor, with books in boxes, boxes on pallets, shrinkwrapped, and then put into storage containers for transport.

CONFIDENTIAL



In addition to acquiring books and digitizing them, we also work directly with publishers who want to add their books to our library.

CONFIDENTIAL

## Internet Archive awarded grant from Arcadia Fund to digitize university press collections

Posted on May 21, 2018 by cfinghesland



Internet Archive has received a $1 million dollar grant from Arcadia – a charitable fund of Lisbet Rausing and Peter Baldwin – to digitize titles from university press collections to make them available via controlled digital lending. The project, *Unlocking University Press Books*, will bring more than 15,000 titles online from university presses. *This project extends the successful* pilot with MIT Press, which has already made more than 400 books available for digital learners around the world.

Today, for many learners, if a book isn't digital or discoverable through a web search, it's as if it doesn't exist. Large-scale digitization projects have brought millions of books online, largely from the nineteenth and early twentieth centuries, but almost a century of knowledge still lives only on the printed page, inaccessible to scholars, journalists and online learners.

To bring important twentieth century scholarship online, the Internet Archive seeks partnerships with university presses to digitize their publications. These materials represent the preeminent scholarly output of research universities, presenting research and analysis of use to policymakers and scholars, and providing materials that help shape and inform a literate culture.

"Every online user should have access to a great digital library," said Brewster Kahle, Digital Librarian of the Internet Archive, "We are grateful to Arcadia for their support of this project, which will make the unique research published by university presses available to even wider audiences."

**Recent Posts**

- Things To Do Outdoors With The Internet Archive
- Digital Librarians – Now More Essential Than Ever
- Distance Learning Trends are Here to Stay
- Preparing for Our Digital Fall Semester
- Open Library: A Tool for Student Equity during our Digital Fall Semester

**Recent Comments**

- على اسم on Digital Librarians – Now More Essential Than Ever
- Noah on Open Library: A Tool for Student Equity during our Digital Fall Semester
- Noah on Distance Learning Trends are Here to Stay
- Oliver on Digital Librarians – Now More Essential Than Ever

We're currently funded by Arcadia to digitize academic press content, and are partnering with Cornell University Press, UNC Press, MIT Press, Duke University Press, and others to digitize their backlists.

CONFIDENTIAL

INTARC00142729



As part of the program, presses receive back digital copies of the files that result from scanning. You can do whatever you want with the files - there's no lock in.  And, for books that you choose, we can create high quality EPUB3 accessible files from the digitized books.

Publishers can also select whether to put their books into controlled digital lending or make them openly available, which we'll talk about a little later.

CONFIDENTIAL

INTARC00142730



We've been funded to do similar digitization projects in the past. Back in the late 00s we were part of a project funded by the Sloan Foundation and coordinated by Lyrasis to digitize materials from Lyrasis partners' collections, and that's how these 42 books from PMA were digitized. Note that these books are open, not in CDL, which means that users can redistribute the files.

INTARC00142731



CONFIDENTIAL

INTARC00142732



This is Lan Zhu, who was a scanner in our SF scanning center. She's using the custom-developed scanning equipment we developed to digitize books. You can see that there are two cameras that take pictures as the operator raises and lowers the glass plate to turn pages. Our scanning is non-destructive (meaning that the book stays intact) and follows FADGI, the Federal Agencies Digitization Guidelines Initiative.

We have scanning operations embedded in libraries in the US, Canada & the UK, including at the Boston Public Library, University of Toronto, and Wellcome Trust, to name but a few. We also operate digitization facilities in the Philippines where we scan the books that we own.

INTARC00142733



So for the books that we acquire and own, after a book is digitized it follows a dual path - the book itself is preserved in our physical archive, and the files that result from scanning & post-production are stored and protected on our servers.

INTARC00142734



We'll follow the book first - here's another shot of books prepped for shipping & storage.  Books in boxes, boxes on pallets, pallets in containers.



CONFIDENTIAL



Books are stored in double-stacked shipping containers in our physical archive facilities in Richmond, CA and in Pennsylvania

CONFIDENTIAL



So the physical book is preserved.

CONFIDENTIAL



Then we can follow the path of the digital files.  First and foremost, every book we digitize is made available to the print-disabled community.

"Print disabled" is a term that includes people who are blind, who have low vision, are dyslexic, or have challenges in physically holding a book.

Our books are made available to the print disabled community through our web site, and in collaboration with other accessibility partners. We work with Benetech & are part of a multi-library project to make accessible texts available through student success departments at libraries, schools, and universities.

CONFIDENTIAL



The books are then made available to sighted users through controlled digital lending.

CONFIDENTIAL

INTARC00142740



CDL was described by librarians and copyright scholars like … who were all looking at how libraries can use their physical collections in an online environment.

The way CDL works is this: For a book in a library's collection, the library can decide to lend either the physical book or a scanned version of that book, but not both at the same time.  "Owned to loaned ratio"

For the 1.5M books in our lending collection, we hold a physical copy in our physical archive
Physical copies don't circulate, only digital lending
Because we've scanned the book, no need to scan it again. If you have the book, you can lend it to your patrons.

What are the controls in controlled digital lending?

CONFIDENTIAL
INTARC00142741

# Controls in controlled digital lending

- "Owned to loaned" ratio
  - If no available copies, user joins a waitlist

- Books circulate for a limited time
  - Check it out again or join waitlist to read

- DRM-protected files
  - Prevent copying or redistribution using Adobe Digital Editions

CONFIDENTIAL
INTARC00142742



Most viewed books from PMA that are openly available

INTARC00142743





Controlled digital lending in action

CONFIDENTIAL



CONFIDENTIAL