# McNamara Declaration Exhibit 76

Page 1
Browse our online store | Better World Books
https://www.betterworldbooks.com/



## Beach Reads

     

| The Judge's List: A Novel | The Thursday Murder Club: A Novel (A Thursday Murder Club Mystery) | The Vanishing Half: A Novel | Little Fires Everywhere: A Novel | Ready Player One | Silverview: A Novel |
|---|---|---|---|---|---|
| John Grisham | Richard Osman | Brit Bennett | Celeste Ng | Ernest Cline | John le Carré |
| Hardcover | Paperback | Hardcover | Paperback | Paperback | Hardcover |
| Used Good Library | Used Good | Used Good Library | Used Good | Used Good | Used Good Library |
| $5.73 USD | $8.22 USD | $5.72 USD | $4.14 USD | $4.14 USD | $5.24 USD |
| Add To Cart | Add To Cart | Add To Cart | Add To Cart | Add To Cart | Add To Cart |





## Out of School Reads

     

| Book Thief | Ghost (Track) | Secret Garden | Monster at the End of This Book | Lightning Thief | Alexander and the Terrible, Horrible, No Good, Very Bad Day |
|---|---|---|---|---|---|
| Markus Zusak | Jason Reynolds | Frances Burnett, Tasha Tudor | Michael Smollin, Jon Stone | Rick Riordan | Ray Cruz, Judith Viorst |
| Paperback | Paperback | Paperback | Hardcover | Perfect | Paperback |
| Used Good | Used Good | Used Good | Used Good | Used Good | Used Good |
| $4.14 USD | $4.14 USD | $3.98 USD | $3.98 USD | $3.98 USD | $4.14 USD |
| Add To Cart | Add To Cart | Add To Cart | Add To Cart | Add To Cart | Add To Cart |

   

## BookTok Favorites


**Verity**
Colleen Hoover
Paperback
New
**$14.31** USD
[Add To Cart]


**Ugly Love**
Colleen Hoover
Paperback
New
**$13.97** USD
[Add To Cart]


**It Ends with Us: A Novel**
Colleen Hoover
Paperback
New
**$13.97** USD
[Add To Cart]


**Cemetery Boys**
Aiden Thomas
Hardcover
New
**$14.95** USD
[Add To Cart]


**The Seven Husbands of Evelyn Hugo: A Novel**
Taylor Jenkins Reid
Paperback
New
**$14.00** USD
[Add To Cart]


**Malibu Rising: A Novel (Random House Large Print)**
Taylor Jenkins Reid
Paperback
New
**$21.87** USD
[Add To Cart]

### What Our Customers Are Saying

We strive to offer book enthusiasts the best possible buying experience - this includes an industry-leading customer service, mobile-friendly layout, free shipping (including international orders!), consistently affordable pricing, and access to the most sought-after books on the market. And each purchased book makes a difference in someone's life through our literacy partner programs. Don't just take our word for it, here are some reviews that our past customers have left!

 

**4.8** Out of 5.0

5 Star (368K)
4 Star (46K)
3 Star (11.2K)
2 Star (2161)
1 Star (1994)

**Overall Rating** 

**96%** of customers that buy from this merchant give them a 4 or 5-Star rating.

 Verified Buyer

July 4, 2022 by Mahesh (KARNATAKA, India)

"I would shop more had the prices been more reasonable."

**Merchant Choice**
The reason is Better World Books ships to India at a reasonable shipping cost.

**Product Choice**
I wanted to read the biography.



Books donated

**32,847,980**

Funds raised for literacy & libraries
**$33,416,377**

Books reused or recycled
**397,033,653**

---

**Support**
Order Status
Shipping
Return Policy
Support Center
Payment Methods
Cookie Settings
Accessibility Menu

**Shop**
Gift Certificate
Wholesale
Affiliates Program
Deals & Discounts
Reviews

**Our Services**
Find a Drop Box
Libraries
Campus
Booksellers
Host a Drop Box
Individuals
Client Portal

**About Us**
History
Impact
Purpose & Values
Better World Books Cares
Blog
Press & Media
Careers

**Get our deals in your inbox**
[email address] [Subscribe]

**Follow us on Social Media**



Terms | Privacy | CCPA | Copyright | Legal | © Better World Books