# McNamara Declaration

# Exhibit 77

# Filed Under Seal