# McNamara Declaration Exhibit 78

Page 1
About The Company - Better World Books Press and Media
https://press.betterworldbooks.com/about/

  

# About Better World Books

Better World Books is a for-profit social enterprise that collects and sells books online to fund literacy initiatives worldwide. With more than eight million new and used titles in stock, Better World Books is a self-sustaining company that balances the social, economic and environmental values of its stakeholders. Since its founding in 2003, the company has raised millions for its nonprofit literacy and library partners; diverted hundreds of thousand tons of books from landfills; achieved tons of carbon offsets through carbon-neutral shipping and created hundreds of full-time jobs with meaningful benefits in multiple locations around the world.

Better World Books diverts books from landfills by collecting material from libraries, bookstores, college campuses through the community and in other areas where surplus materials exist. It then sells those used books and contributes a portion of the revenue on each sale to support literacy, libraries and education. Books that cannot be sold are frequently donated to at risk communities in the U.S.

## Mission

Better World Books is a global bookstore that harnesses the power of capitalism to bring literacy and opportunity to people around the world. Learn more.

## Drop Box Program

Two billion pounds of books each year are sent to landfills. Our Drop Box program addresses the environmental impact while also building advocacy around education and book donations. The free program helps raise funds for libraries and education, supports literacy efforts locally and globally. One parking spot can help change the world. To date we have over 800 Drop Box locations and counting. Learn more.

## Book for Book Program

Every time you buy a book at BetterWorldBooks.com, we donate a book to someone in need. That's it! No qualifications, no exceptions, no fine print. We want to make doing good as easy as possible for our outrageously passionate community. Learn more.

## Better World Books cares

We believe in the power of knowledge. So our goal is to help those who supply it and share it with those who crave it. Which is why every action we take, and every book purchase you make helps fund it. Learn more.

## Better World Books' Impact

Since its founding in 2003, the company has:

- Raised 10 Million for its non-profit literacy partners including
- 9.4 Million for over 80 literacy and education nonprofits
- 12 Million for libraries and thrift stores nationwide
- Donated over 6 million college textbooks, primarily to schools in Africa through Books for Africa.
- Established a relationship with Feed the Children in October 2009 to send them children's books. The first shipment of 31,910 books went out 10/7/2009.
- Diverted more than 171,000 tons of books from landfills.
- Achieved over 87,000 tons of carbon offsets through carbon-neutral shipping.
- Created more than 350 full-time jobs with meaningful benefits.

Our literacy & education nonprofit beneficiaries include:

- 3+ Million for Books for Africa.
- 865,000+ for Room to Read.
- 1.5+ Million for the National Center for Families Learning.
- 525,000+ for Worldfund.
- 215,000+ for the Robinson Community Learning Center.
- 80,000+ for the New Orleans Public Library Foundation.
- 4.3+ Million for additional literacy partners.

See our global impact. Donations and grants made around the world.

# Executive Team

**Dustin J. Holland**
President and CEO

"One person's trash is another person's treasure." This is an idiom that fueled Dustin to launch the Better World Books *Library Discards & Donations* program in 2004. After talking with more than 100 librarians about the challenges of surplus books, Dustin had an epiphany that has translated into the reuse or recycling of more than 350 million books.

Today, Dustin serves as president and CEO of Better World Books, the largest socially responsible bookstore on the planet, which has sold over 100 million books. Since the Company's inception, Dustin has continued to be impressed by the dedication and commitment of his co-workers to the Company's triple-bottom line and to the Company's mission of supporting literacy and libraries across the globe.

Dustin graduated from the Terry College of Business at The University of Georgia in 2001 and earned his M.B.A. with a concentration in international business from Georgia State University in 2004. Dustin is married with two young children, owns one dog—Booker the Irish goldendoodle, serves on the board of *Books for Africa*, lives in northern Indiana, and loves to explore the world outside of books. Some of Dustin's best friends are librarians, and he is laser focused on making knowledge universally accessible to all people around the globe.

---

**ON THIS PAGE**

- Mission
- Literacy Partners
- Drop Box Program
- Book for Book
- Better World Books cares
- Better World Books' Impact
- Executive Team

**SOCIAL MEDIA**



**Jeff Baer**
Vice President, Finance

Jeff joined Better World Books in 2015, bringing 25 years of senior-level finance and accounting experience from leaders in the software, consumer electronics, industrial products, and magnetics industries. He has an extensive background in international business and mergers & acquisitions, helping guide corporate expansions throughout North America, Europe and Asia. Jeff has worked with both publicly and privately held companies and has been involved with the successful execution of multiple private debt and equity placements.

In his spare time, in addition to being a voracious reader, Jeff has provided many years of volunteer leadership to both conservation and youth organizations, passing along a love of the outdoors to his son and many others, and is devoted to his wife and family dogs. Jeff earned a B.S. in accountancy from University of Illinois and is a CPA and Certified Global Management Accountant.

**Matt Byers**
Vice President, Technology

Matt joined Better World Books in 2014 to build a development team and to help improve the stability of the Company's software. Prior to joining Better World Books, Matt worked on several development teams in the area, learning the agile development process while delivering innovative solutions in incremental releases. Previously, Matt was a high school teacher where he worked to develop a program to challenge students in technology and software development.

Matt has been married to his high school sweetheart for over 20 years, and they have four kids. Outside of technology, Matt enjoys basketball and endurance cycling. Matt has a bachelor's degree in computer science from Indiana University South Bend and a master's in educational leadership from Bob Jones University.

**Frank McGerty**
*Vice President, Global Operations and Logistics*

Frank joined the team at Better World Books in 2016. Frank initially served as a helicopter technician in the Royal Navy before moving into the commercial aerospace sector where he worked on and managed a number of aircraft programs for 17 years.

During his time in aerospace, Frank returned to school and obtained an engineering management diploma from Warwick University and then an M.B.A. from Strathclyde university. Frank has been a keen rugby player and kiteboarder and enjoys keeping fit and hillwalking in the mountains of Scotland.

Frank has been married to Joyce for 24 years, and has four children, and one small dog named Mackie.

**Paul Miller**
Vice President, Business Analytics

Paul leads the analytics efforts for Better World Books. This includes responsibility for all data analysis and reporting as well as the Company's core inventory management and pricing algorithms. He also helps guide the Company's strategy across the online marketplaces and BetterWorldBooks.com. He graduated from the University of Notre Dame with a degree in English. After graduation, he served in Mali with the Peace Corps for two years. Upon his return from Africa, he joined Better World Books in 2004 as a warehouse associate. Over time, he became more involved in the software and technology side of the business and started completing data analysis and reporting for the Company. Eventually, he led a team of analysts and ultimately became responsible for business intelligence and analytics. In 2015, he decided to leave BWB to get additional work experience, and he returned to Notre Dame and its business intelligence team. After returning to Notre Dame, Paul worked on the university's enterprise data warehouse and later managed business intelligence for the development office. At Notre Dame, he honed his business intelligence and analytics skill set and taught some classes in master's degree programs. After three years at Notre Dame, and while missing the exciting challenges of used books and ecommerce, he rejoined Better World Books in December 2018. When he is not working, Paul keeps busy with his five children.

**Ginger Patton-Schmitt, Esq.**
General Counsel

"Definitions belong to the definers, not the defined." Toni Morrison

Ginger has forged her own path as a working mother, serving as an educator, development professional, and attorney. Often working as the only woman at the table, she has pursued career opportunities that encompass her love of reading, writing, and public speaking. Ginger obtained a B.A. in English from Agnes Scott College, and also completed her secondary teaching certification. After working as a high school English teacher and college admission professional, Ginger earned her law degree from the University of Georgia. She worked as both a securities and an employment law litigator in Atlanta before starting her own firm. After building a multi-office business from the ground up, her flourishing practice was acquired by Morris, Manning & Martin, Atlanta, where Ginger then served as a partner in the firm's real estate group. She took a brief sabbatical from the full-time practice of law and served as director of planned giving for her alma mater, and she then worked as director of development for the Truancy Intervention Project, Inc., Georgia. Ginger continued to manage her own corporate practice, and she joined BWB as general counsel and corporate secretary in 2012, eventually assuming full oversight of human resources in 2014. She advises the Company on matters ranging from corporate and business management to employment practices to mergers and acquisitions. Ginger's practice focus includes not only corporate management and employment and labor law, but also litigation, real estate, security and credit matters, banking and financing, and contractual considerations. She is an active volunteer in the Atlanta community, serving on numerous educational and philanthropic boards, including current and past involvement with the Wesleyan School,

**BetterWorldBooks**

Shop

**Learn More**
About Us
Press
Careers

Services
Share Your Books

**Connect**

**Explore**
Find a Drop Box near you.
A Founding B Corporation
Donations made around the world

© 2011-2022 Better World Books (BetterWorldBooks.com) - All Rights Reserved   Deals | Terms of Use | Privacy Policy | CCPA | Copyright | Legal