McNamara Declaration

Exhibit 79

Filed Under Seal