# McNamara Declaration Exhibit 80

| | |
|---|---|
| From: | Brewster Kahle |
| Sent: | Tuesday, April 19, 2016 10:49 AM EDT |
| To: | David Ebrite |
| CC: | Kelly Ransom; Jude Coelho |
| Subject: | Re: Better World Books - Obsolete Titles |
| Attachments: | signature.asc |

David,

We analyzed the list you prepared, and about 13k books that were of "desirable" for us-- meaning we do not have them, and we have an indication that they are desirable books.   There were roughly 200k books that we do not think we have already (counting near-matches).

Therefore, if it makes sense for you guys, if we could start with the 13k books for $1 each, we would be thrilled.
What would we do next?

-brewster


On 4/1/16 12:24 PM, David Ebrite wrote:

> Hello Brewster,
> Last time we talked you had asked for an updated list of obsolete titles on our shelves.  These are books that are still listed for sale but could be pulled.  These would fall under the "$1/book" category.  Let us know if you have any interest or questions.  Have a great weekend.
> David
> --
> **David Ebrite**
> **Director, Strategic Sales & Partnerships**
> BetterWorldBooks
> 55740 Currant Road
> Mishawaka, IN 46545
> O: ▊▊▊▊   C: ▊▊▊▊   F: ▊▊▊▊
> ▊▊▊@betterworldbooks.com
> betterworldbooks.com | facebook.com/betterworldbooks | twitter.com/bwbooks
> *Better World Books is a for-profit social enterprise that collects and sells books online with each sale generating funds for literacy initiatives around the world.*

CONFIDENTIAL

INTARC00391222