# McNamara Declaration
# Exhibit 81

| | |
|---|---|
| **From:** | Chris Freeland |
| **Sent:** | Tuesday, July 24, 2018 12:36 PM EDT |
| **To:** | Mallory Meuninck |
| **CC:** | David Ebrite |
| **Subject:** | Re: [Warning: Potentially dangerous zip file attachment] Revised wish list |

Wonderful, Mallory, thanks! Will dig in now...


```
---
Chris Freeland
Director of Open Libraries
Internet Archive
chrisfreeland@archive.org
@chrisfreeland
```

On 2018-07-24 10:57, Mallory Meuninck wrote:

Hi Chris, I've attached the list of what we have available in our inventory from the list you sent me. Our obsolete books are already included in this list.

This can give you an idea of quantity and pricing. Both of these do change frequently so I will need to rerun the list for updated pricing and availability when you are ready to order.

We are starting our rush period, so it may not be possible to place any large orders until after August.

Once you review this list and know if you'll be planning orders let me know if you have an idea of order frequency and quantity. We'll likely need to plan extra labor and will want to give the team some notice to prep.

Let me know if you have any questions.

Thanks and have a great day!

📎 IA Available 20180723.xlsx

On Mon, Jul 23, 2018 at 4:41 PM, Mallory Meuninck
<██████@betterworldbooks.com> wrote:
Thanks Chris, I will take a look at the list and find out what we have available. I'll let you know what I find out and we can discuss the best way to proceed.

CONFIDENTIAL                                                                                                                                          INTARC00414923

Have a great day!

On Mon, Jul 23, 2018 at 3:45 PM, Chris Freeland
<███████████@archive.org> wrote:

David, Mallory,

I am attaching our revised wish list, which is now pared down to just under 1.5M ISBNs. Mallory, you had offered to run these against your Obsolete list, as well as wholesale prices. I had a good chat with Brewster and I think we might be able to come up with some scenarios by which we would make a significant purchase. We agreed that our best path to millions of books is arm-in-arm with BWB, so now it's a matter of valuing the wish list and taking it from there. Please let me know if you have questions with the list.

David, I'll connect with you & Jeff about your trip through Fort Wayne. I might be able to join you, which could be fun! More soon,

Chris

```
--
Chris Freeland
Director of Open Libraries
Internet Archive
███████████@archive.org
@chrisfreeland
```

--
Regards,

Mallory Meuninck
Project Manager

BetterWorldBooks®
55740 Currant Road
Mishawaka, IN 46545
O: ███████████    F: ███████████
███████████@betterworldbooks.com
betterworldbooks.com | facebook.com/betterworldbooks | twitter.com/bwbooks

CONFIDENTIAL                                                                                       INTARC00414924

*Better World Books is a for-profit social enterprise that collects and sells books online with each sale generating funds for literacy initiatives around the world.*

--
Regards,

Mallory Meuninck
Project Manager

**BetterWorld**Books®
55740 Currant Road
Mishawaka, IN 46545
**O:** [redacted]   **F:** [redacted]
[redacted]@betterworldbooks.com
betterworldbooks.com | facebook.com/betterworldbooks | twitter.com/bwbooks

*Better World Books is a for-profit social enterprise that collects and sells books online with each sale generating funds for literacy initiatives around the world.*

CONFIDENTIAL                                                                                                                  INTARC00414925