McNamara Declaration

Exhibit 82

Filed Under Seal