McNamara Declaration

Exhibit 83

Filed Under Seal