# McNamara Declaration Exhibit 85

| | |
|---|---|
| From: | Brewster Kahle |
| Sent: | Monday, May 6, 2019 11:58 AM EDT |
| To: | Peter Baldwin |
| Subject: | Re: World of Books |
| Attachments: | signature.asc |

not yet on bridges-- I feel that would be disingenuous at this due-diligence phase (should do it before or after our LOI).   I realize this may not be prudent.  Let me think about that offer again and talk it over with David Fox.

-brewster

On 5/6/19 8:29 AM, Peter Baldwin wrote:

> Gotcha.  We are eager to hear of upcoming projects and what you need to do them. I gather you do not want any introduction to the Bridges people.
>
> bEst,
>
> Peter
>
> **From:** Brewster Kahle <██████@archive.org>
> **Sent:** Monday, May 6, 2019 8:21
> **To:** Peter Baldwin <██████@history.ucla.edu>
> **Subject:** Re: World of Books
>
>
> Peter--
>
> Thank you for helping out on this.   Jake is very smart, as you said.  On Better World Books, at this point, I think we will play out the due diligence.  This was not our first thought on this front either, but we have put ourselves on a course-- the good news is that all the reports on the internal health are as expected (no skeletons jumping out of closets yet).
>
> Either way it turns out, it will make sense to find alliances that also make sense.   Bridges is making a play for consolidating used book vendors.
>
> ---
>
> Something that may be more down your alley are the next steps: Gearing up digitization, storing the physical books, and weaving the books into wikipedia and the rest of the net.
>
> On gearing up digitization, for instance, we are working towards 500k books/year, but with this, I hope we can get to 1mm books per year.   That is a $250k capital spend, but then about $5M/year in stripped-down digitizing cost.

CONFIDENTIAL                                                                                                                    INTARC00397183

We can postpone the physical storage for a year or two, but will need to solve that.  That is fun.  I imagine it like the seedvault, but I would be inclined to keep it quiet (not famous, not on anyone's map) as a preservation technique.  Only reason for fame, I would think, is for helping raise funds.

I am feeling urgency to get the digital library built, and texts preserved.  The US is looking less stable all the time.  That is why we are using our principle financial assets at this point.

Anyway, thank you for spending the time on the BWB's thing, I will keep you in touch.  Hopefully we get many great books to work with.

-brewster


On 5/6/19 6:21 AM, Peter Baldwin wrote:

> Dear Brewster
>
> Jake O'Hear has been in touch with some helpful information about BWB and IA's proposed acquisition of it and it leads me to conclude that, while we will continue of course to support IA in its various endeavors over the coming years, as in the past, getting involved in the details of a semi-commercial operation, whose complexities are over our paygrade, is probably not a good idea.
>
> Having said that, it also came up that one of the other bidders for BWB is World of Books, owned I believe by Bridges, where we have some contacts.  I wonder whether there is any value in exploring a common approach with WoB – that for a sharing of the costs you might leave the running of things to WoB while IA creams copies, or something like that?
>
> If this makes any sense, I can put you in contact with the head of Bridges.  But of course I don't want to do anything that might jeopardize your position or violate confidentiality or anything like that, so please advise.
>
> Best,
>
> PEter

CONFIDENTIAL                                                                                                                              INTARC00397184