McNamara Declaration

Exhibit 86

Filed Under Seal