McNamara Declaration

Exhibit 87

Filed Under Seal