McNamara Declaration

Exhibit 90

Filed Under Seal