# McNamara Declaration
# Exhibit 91





See Preview

# Americanah
by Chimamanda Ngozi Adichie

Paperback Book

### Description
One of "The" "New York Times"'sTen Best Books of the Year Winner of the National Book Critics Circle Award for Fiction An NPR "Great Reads" Book, a "Chicago Tribune" Best Book, a "Washington Post "Notable Book, a "Seattle Times "Best Book, an "Entertainment Weekly" Top Fiction Book, a "Newsday "Top 10 Book, and a "Goodreads "Best of the Year pick.A powerful, tender story of race and identity by Chimamanda Ngozi Adichie, the award-winning author of "Half of a Yellow Sun." Ifemelu and Obinze are young and in love when they depart military-ruled Nigeria for the West. Beautiful, self-assured Ifemelu heads for America, where despite her academic success, she is forced to grapple with what it means to be black for the first time. Quiet, thoughtful Obinze had hoped to join her, but with post-9/11 America closed to him, he instead plunges into a dangerous, undocumented life in London. Fifteen years later, they reunite in a newly democratic Nigeria, and reignite their passion for each other and for their homeland."

### Other Available Editions
**Hardcover**
Starting at $6.35 USD

### Buy *Used Good*
**$5.09** USD
FREE SHIPPING!

[Add to Cart]

♡ Add To Wishlist

## All Available Copies

| Condition | Source | Price | Shipping | |
|---|---|---|---|---|
| **Used Good (11 available)** Former library book; used book that is in clean, average condition without any missing pages. | Ships directly from Better World Books  Ships from IN. | $5.09 USD | FREE | [Add To Cart] |
| **Digital** Borrow this item from our friends at Internet Archive | Digital edition from Internet Archive | | | [Borrow] |

## About the Book   Find at your local library

| Format | Paperback Book | Language | |
|---|---|---|---|
| **Publisher** | Knopf Doubleday Publishing Group (Mar. 4th, 2014) | **Edition** | Unknown |


Rewards