McNamara Declaration

Exhibit 92

