Borrow

Preview

Want to Read

Review Notes Share

**Check nearby libraries**

- Library.link
- WorldCat

**Buy this book**

- Better World Books
  $5.85 (used) - includes shipping
- Amazon
  $6.83

▸ More

When you buy books using these links the Internet Archive may earn a small commission.

*An edition of Loose Woman (1994)*

Last edited by ImportBot
October 4, 2021 | History

Edit

# Loose woman

*poems*
*1st ed.*

by Sandra Cisneros

0 Ratings · 4 Want to read · 0 Currently reading · 0 Have read

**Overview** **View 5 Editions** **Details** **Reviews** **Lists** **Related Books**

| Publish Date | Publisher | Language | Pages |
|---|---|---|---|
| 1994 | Knopf, Distributed by Random House | English | 115 |

Previews available in: English

LOOSE WOMAN is by turns bawdy and introspective, flagrantly erotic and unabashedly funny, a work that is both a tour de force and a triumphant outpouring of pure soul.

Read more

▸ SUBJECTS Mexican American women, Poetry, Love poetry, American, American Love poetry, Women, Poetry (poetic...

PLACES United States

Showing 5 featured editions. View all 5 editions?

Show 3 entries Search:

| EDITION | AVAILABILITY ↑ |
|---|---|
|  Loose woman: poems<br>1994, Knopf, Distributed by Random House<br>in English - 1st ed. | Borrow<br>Libraries near you: WorldCat |
|  Loose Woman: Poems<br>March 14, 1995, Vintage<br>Paperback in English | Borrow<br>Libraries near you: WorldCat |
|  Loose Woman<br>December 2005, Books On Tape<br>Audio CD in English | Not in Library<br>Libraries near you: WorldCat |

Showing 1 to 3 of 5 entries

First Previous 1 2 Next Last

Add another edition?



## Book Details

**Published in**
New York

**Classifications**

| | |
|---|---|
| Dewey Decimal Class | 811/.54 |
| Library of Congress | PS3553.I78 L66 1994 |

**The Physical Object**

| | |
|---|---|
| Pagination | xiii, 115 p. ; |
| Number of pages | 115 |

**ID Numbers**

| | |
|---|---|
| Open Library | OL1424983M |
| Internet Archive | loosewomanpoems0000cisn_h2m9 |
| ISBN 10 | 0679416447 |
| LC Control Number | 93035937 |
| Library Thing | 71851 |
| Goodreads | 858400 |

## Community Reviews (0)   Feedback?

No community reviews have been submitted for this work.

+ Log in to add your community review

### Lists containing this Book

International Women's Day: Celebrate Women Authors
from BookLists

poetry list
from Adelmira Garrote

### You might also like



Borrow   Borrow   Borrow

Page 3
Loose woman (1994 edition) | Open Library
https://openlibrary.org/works/OL3243782W/Loose_Woman?edition=ia:loosewomanpoems0000cisn_h2m9

[More by Sandra Cisneros](#)








Borrow   Borrow         Borrow   Borrow   Borrow

## History

Created December 10, 2009 · 8 revisions

Download catalog record: RDF / JSON

| Date | Editor | Action |
|---|---|---|
| October 4, 2021 | Edited by ImportBot | import existing book |
| March 2, 2020 | Edited by MARC Bot | remove fake subjects |
| July 20, 2017 | Edited by lalilster | Added a description |
| July 14, 2017 | Edited by Mek | adding subject: Internet Archive Wishlist |
| December 10, 2009 | Created by WorkBot | add works page |

### Open Library
- Vision
- Volunteer
- Partner With Us
- Careers
- Blog
- Terms of Service
- Donate

### Discover
- Home
- Books
- Authors
- Subjects
- Collections
- Advanced Search
- Return to Top

### Develop
- Developer Center
- API Documentation
- Bulk Data Dumps
- Writing Bots
- Add a Book

### Help
- Help Center
- Report A Problem
- Suggesting Edits

### Change Website Language
- Čeština (cs)
- Deutsch (de)
- English (en)
- Español (es)
- Français (fr)
- Hrvatski (hr)
- తెలుగు (te)
- Українська (uk)
- 中文 (zh)

Open Library is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include the Wayback Machine, archive.org and archive-it.org

version a3ccdb306



Return now

Purchase at
Better World Books

Checked Out

Preview

Want to Read

Review Notes Share

**Check nearby libraries**

- Library.link
- WorldCat

**Buy this book**

- Better World Books
  $4.95 (used) - includes shipping
- Amazon
  $5.94

▸ More

When you buy books using these links the Internet Archive may earn a small commission.

*An edition of Outliers (2008)*

Last edited by Jenner
September 13, 2021 | History

Edit

# Outliers

*the story of success*

*1st large print ed.*

by Malcolm Gladwell

★★★★ 3.98 · 58 Ratings · 276 Want to read · 9 Currently reading · 74 Have read

**Overview** | **View 19 Editions** | **Details** | **Reviews** | **Lists** | **Related Books**

| Publish Date | Publisher | Language | Pages |
|---|---|---|---|
| 2008 | Little, Brown and Co. Large Print | English | 452 |

Previews available in: English

The best-selling author of Blink identifies the qualities of successful people, posing theories about the cultural, family, and idiosyncratic factors that shape high achievers, in a resource that covers such topics as the secrets of software billionaires, why certain cultures are associated with better academic performance, and why the Beatles

Read more

▸ SUBJECTS Psychology, Business, Successful people, Success, Nonfiction, nyt:paperback_business_books=2012-02-...

Showing 7 featured editions. View all 19 editions?

Show 3 entries Search:

| EDITION | AVAILABILITY ↑ |
|---|---|
|  Outliers: the story of success<br>2008, Little, Brown and Co. Large Print<br>in English - 1st large print ed. | Checked Out<br>Libraries near you: WorldCat |
|  Outliers Fueras De Serie Por Qu Unas Personas Tienen Xito Y Otras No<br>2009, Taurus | Borrow<br>Libraries near you: WorldCat |
|  Outliers<br>2011, Back Bay Books | Preview<br>Libraries near you: WorldCat |

Showing 1 to 3 of 7 entries

First Previous 1 2 3 Next Last

Add another edition?



Case 1:20-cv-04160-JGK-OTW   Document 96-109   Filed 07/07/22   Page 6 of 12

Page 2
Outliers (2008 edition) | Open Library
https://openlibrary.org/works/OL5749847W/Outliers?edition=ia:outliersstoryofs0000glad_e0j9

## Book Details

**Published in**
New York

**Table of Contents**

The Roseto mystery
The Matthew effect (Matthew 25:29)
The 10,000 hour rule (Hamburg)
The trouble with geniuses & IQ
The lessons of Joe Flom
Harlan, Kentucky
The ethnic theory of plane crashes
Rice paddies and math tests
Marita's bargain (KIPP)
A Jamaican story.

**Edition Notes**
Includes bibliographical references (p. [431]-447).

**Classifications**

| | |
|---|---|
| Dewey Decimal Class | 302 |

**The Physical Object**

| | |
|---|---|
| Pagination | x, 452 p. (large print) : |
| Number of pages | 452 |

**ID Numbers**

| | |
|---|---|
| Open Library | OL23106215M |
| Internet Archive | outliersstoryofs0000glad_e0j9 |
| ISBN 10 | 031602497X |
| ISBN 13 | 9780316024976 |
| LC Control Number | 2008934571 |
| Library Thing | 5394345 |
| Goodreads | 3326467 |

**Work Description**

In this stunning new book, Malcolm Gladwell takes us on an intellectual journey through the world of "outliers"-- the best and the brightest, the most famous and the most successful. He asks the question: what makes high-achievers different? His answer is that we pay too much attention to what successful people are like, and too

Read more

**Excerpts**

Those three things—autonomy, complexity, and a connection between effort and reward—are, most people agree, the three qualities that work has to have if it is to be satisfying.
added by George. "*https://kindle.amazon.com/most_popular*"

**Links outside Open Library**

New York Times review
New York Times review

---

### Community Reviews (0)            Feedback?

No community reviews have been submitted for this work.

+ Log in to add your community review

---

### Lists containing this Book

 Nonfiction
from Lara Klein louro

 Wishlist
from clh7cb

 BOOKS I WANT TO READ
from Bookworm0017

 To_read
from Kaba1789

 Suggested for mkh
from hankdog188

 Just because
from margielharris

## You might also like

     

Borrow | Borrow | Borrow | Borrow | Borrow

## More by Malcolm Gladwell

 

Borrow | Borrow

## History Created December 10, 2009 · 114 revisions

Download catalog record: RDF / JSON

| September 13, 2021 | Edited by Jenner | Merge works |
| --- | --- | --- |
| September 13, 2021 | Edited by Jenner | merge authors |
| September 12, 2021 | Edited by New York Times Bestsellers Bot | Add NYT review links |
| August 6, 2021 | Edited by New York Times Bestsellers Bot | Add NYT review links |
| December 10, 2009 | Created by WorkBot | add works page |

| Open Library | Discover | Develop | Help | Change Website Language |
| --- | --- | --- | --- | --- |
| Vision | Home | Developer Center | Help Center | Čeština (cs) |
| Volunteer | Books | API Documentation | Report A Problem | Deutsch (de) |
| Partner With Us | Authors | Bulk Data Dumps | Suggesting Edits | English (en) |
| Careers | Subjects | Writing Bots | | Español (es) |
| Blog | Collections | Add a Book | | Français (fr) |
| Terms of Service | Advanced Search | | | Hrvatski (hr) |
| Donate | Return to Top | | | తెలుగు (te) |
| | | | | Українська (uk) |
| | | | | 中文 (zh) |

Open Library is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include the Wayback Machine, archive.org and archive-it.org

version a3ccdb306



Return now
Purchase at
Better World Books
MULTNOMAH COUNTY LIBRARY PORTLAND, OR
3 1168 09684 8906
LARGE PRINT
Outliers
The Story of Success
Malcolm
Gladwell

INTERNET ARCHIVE Donate ♥

OPEN LIBRARY Browse ▾ More ▾ All ▾ Search Log In Sign Up

Borrow

Preview

Want to Read

Review Notes Share

**Check nearby libraries**

- Library.link
- WorldCat

**Buy this book**

- Better World Books
  $3.98 (used) - includes shipping
- Amazon
  $4.99

▸ More

When you buy books using these links the Internet Archive may earn a small commission.

*An edition of The lost continent: travels in small-town America (1989)*

Last edited by AgentSapphire
June 3, 2022 | History

Edit

# The Lost Continent

*Travels in Small-Town America*

by Bill Bryson

0 Ratings · 4 Want to read · 0 Currently reading · 0 Have read

**Overview** | View 33 Editions | Details | Reviews | Lists | Related Books

| Publish Date | Publisher | Language | Pages |
|---|---|---|---|
| September 12, 1990 | Harper Perennial | English | 320 |

Previews available in: Korean English

The Lost Continent: Travels in Small-Town America is a book by travel writer Bill Bryson, chronicling his 13,978 mile trip around the United States in the autumn of 1987 and spring 1988. It was Bryson's first travel book.

▸ SUBJECTS Cities and towns, Social life and customs, Description and travel, Travel, Journeys, Cities and towns, unite...

PEOPLE Bill Bryson

PLACES United States, United States of America, Iowa, Europe

TIMES 1971-, 1987, 1988, 1981-

Showing 7 featured editions. View all 33 editions?

Show 3 entries Search:

| | EDITION | AVAILABILITY ↑ |
|---|---|---|
|  | The Lost Continent: Travels in Small-Town America<br>September 12, 1990, Harper Perennial<br>in English | Borrow<br>Libraries near you: WorldCat |
|  | The Lost Continent: Travels in Small-Town America<br>September 12, 1990, Harper Perennial<br>Paperback in English | Borrow<br>Libraries near you: WorldCat |
|  | The Lost Continent: Travels in Small Town America<br>1991, Abacus<br>Paperback | Borrow<br>Libraries near you: WorldCat |

Showing 1 to 3 of 7 entries

First Previous 1 2 3 Next Last

Add another edition?



## Book Details

**First Sentence**

"I come from Des Moines."

**Classifications**

| | |
|---|---|
| Library of Congress | E169.04.B78 1989 |

**ID Numbers**

| | |
|---|---|
| Open Library | OL7284433M |
| Internet Archive | lostcontinenttra0000brys |
| ISBN 10 | 0060920084 |
| ISBN 13 | 9780060920081 |
| Library Thing | 4662 |
| Goodreads | 26 |

## Community Reviews (0)

Feedback?

No community reviews have been submitted for this work.

+ Log in to add your community review

**Lists containing this Book**

 Non-fiction
from VicksActoPlus

### You might also like

      

| Borrow | Borrow | Borrow | Borrow | Borrow | Borrow |

### More by Bill Bryson

     



| Borrow | Borrow | Borrow | Borrow | Borrow | Borrow |

## History Created October 16, 2009 · 8 revisions

Download catalog record: RDF / JSON

| | | |
|---|---|---|
| June 3, 2022 | Edited by AgentSapphire | merge authors |
| April 20, 2022 | Edited by Lisa | Merge works |
| April 20, 2022 | Edited by Lisa | Merge works |
| April 19, 2022 | Edited by Lisa | Merge works |

Borrow Borrow Borrow Borrow Borrow Borrow

## History Created October 16, 2009 · 8 revisions

Download catalog record: RDF / JSON

| | | |
|---|---|---|
| June 3, 2022 | Edited by AgentSapphire | merge authors |
| April 20, 2022 | Edited by Lisa | Merge works |
| April 20, 2022 | Edited by Lisa | Merge works |
| April 19, 2022 | Edited by Lisa | Merge works |
| October 16, 2009 | Created by WorkBot | add works page |

Return now
Purchase at
Better World Books
"The kind of book Steinbeck might have written if he'd traveled with David Letterman instead of Charlie the poodle." —New York magazine
bill bryson
The New York Times–bestselling author of
A WALK IN THE WOODS
the lost continent
TRAVELS IN SMALL-TOWN AMERICA



