McNamara Declaration

Exhibit 95

Filed Under Seal