# McNamara Declaration Exhibit 99

| | |
|---|---|
| From: | Chris Butler |
| Sent: | Thursday, October 11, 2012 7:03 PM EDT |
| To: | Robert Miller |
| Subject: | Fwd: Fwd: Is the entire State of Michigan geo-authenticated for Open Library? |

-------- Original Message --------
**Subject:** Fwd: Is the entire State of Michigan geo-authenticated for Open Library?
**Date:** Thu, 11 Oct 2012 12:00:07 -0700
**From:** internet archive <info@archive.org>
**To:** info-reply@archive.org

-------- Original Message --------
**Subject:** Is the entire State of Michigan geo-authenticated for Open Library?
**Date:** Thu, 11 Oct 2012 14:49:06 -0400
**From:** Watters, Tim (MDE) <█████@michigan.gov>
**To:** 'info@archive.org' <info@archive.org>

Dear Collection Team

It seems like anyone in Michigan can access copyrighted material available through your Open Library In-Library Lending program without authentication. They just have to set up a personal account with Open Library. For example it seems like anyone with an Open Library account can "borrow" this e-book for 2 weeks before it melts:

http://openlibrary.org/books/OL7419537M/Reluctant_Witness

Is the whole State of Michigan now geo-authenticated? I thought they'd have to go through EZ proxy first but that does not seem to be the case, people just get right in.

Thank you very much. Any assistance is greatly appreciated.

Tim Watters
Special Materials Cataloger
Library of Michigan
702 West Kalamazoo St
P.O. Box 30007
Lansing, MI 48909-7507
Tel: █████████71
e-mail: █████@michigan.gov

CONFIDENTIAL                                                                                                    INTARC00407188

CONFIDENTIAL

INTARC00407189