# McNamara Declaration Exhibit 102

Page 1
Open Libraries | Join
http://openlibraries.online/join/

# Open Libraries

Join   Learn more   Libraries   Accessibility   Diversity   Preservation   Trust   People

## Join Open Libraries

Libraries that are interested in lending digital books to their patrons should join Open Libraries and contribute to the community of practice we are building together.

By joining Open Libraries, libraries can identify the overlap in their physical holdings with our digital holdings and provide free digital books to patrons where there are matches. Additionally, libraries can add their holdings into Open Libraries to increase lending counts. Leading public, academic, and special libraries have already signed on and are lending copies through Open Libraries today.

To join Open Libraries, please complete our online form.

Technical requirements for contributing & using data.



**Open Libraries**
a project by the Internet Archive

Project Inquiries: Chris Freeland

Photo credit: Mitchell Maher