# McNamara Declaration

# Exhibit 103

CONFIDENTIAL

5/11/2020

# INTERNET ARCHIVE

## Agreement to participate in Open Libraries

*Required

**Email address ***

Your email address

**Your Name ***

Your answer

**Your Title ***

Your answer

CONFIDENTIAL

5/11/2020

Agreement to participate in Open Libraries

## RECITALS

By participating in the Open Libraries project, libraries, together, are building an at-scale controlled digital lending service to provide digital learners and print-disabled patrons access to digital versions of books residing in their stacks.

Internet Archive's Open Libraries project offers the prospect of making every library's collection into a digital collection by allowing a library to lend a digital version of physical volumes they own. Our priority is to provide access to books that are not yet available in digital form.

Leveraging the Internet Archive's controlled digital lending platform we aim to eventually offer access to four million books, through purchase or digitization, while honoring the rights of creators using digital rights management software.

## AGREEMENT

Your Organization's Name ("the Library") *

Your answer

INTARC00439658

CONFIDENTIAL

Agreement to participate in Open Libraries

The Library will share their catalog of books with the number of copies of each book with the Internet Archive. The Library has the option to do this via MARC record exports, OCLC, or through Library Link. This will be updated quarterly.

The Library may set parameters as to which books may be lent digitally ("Books"), and adjust this from time to time. The Internet Archive will make appropriate adjustments to those offered for lending as time permits.

The Library may sign up for the Books for the Print Disabled program via https://docs.google.com/forms/d/e/1FAIpQLSfClhUkTvF5z29hhxoi5UgaB1_50Ir8F7HV5Cq0ABdztX9CkA/viewform and promote it to the appropriate communities they serve.

The Library may integrate links to the borrowable Books in their catalog and other services.

The Internet Archive will add Books to the collections offered on the Internet Archive's sites. The Internet Archive has the option to exclude any Books for any reason.

The Internet Archive will offer online access to statistics as to how many Books were borrowed each month in their state or country.

Termination of participation in Open Libraries can be made by the Library at any time with 7 days notice by emailing info@archive.org.

A copy of your responses will be emailed to the address that you provided.

Submit

Never submit passwords through Google Forms.


reCAPTCHA
Privacy Terms

This content is neither created nor endorsed by Google. Report Abuse - Terms of Service - Privacy Policy

Google Forms

INTARC00439659

CONFIDENTIAL

https://docs.google.com/forms/d/e/1FAIpQLSc_8y_ahE6gtOGVInd5y0R74AnHhz7RsX6cMmwpbjmDxYrOnQ/viewform

5/11/2020

Agreement to participate in Open Libraries

INTARC00439660

4/4