# McNamara Declaration Exhibit 104

| | |
|---|---|
| From: | Chris Freeland |
| Sent: | Monday, October 15, 2018 7:46 PM EDT |
| To: | Jim O'Donnell |
| Subject: | Re: ASU & Open Libraries |

Jim - Our borrowing program is built around Controlled Digital Lending - the idea that if my library has a physical copy of a book, we can choose to lend either the physical copy or a digital copy, as long as only one copy is in circulation at a time.  The Internet Archive has an active book acquisition program, and we currently have more than 1.5M books in our physical archive in Richmond, CA.  Of that 1.5M, more than 750,000 have been digitized in our scanning center in Hong Kong, and we are opening a new scanning center in the Philippines.  Those 750,000 books are now online at https://archive.org/details/inlibrary.

Our proposition to libraries is this: we want to compare our digital holdings with your physical holdings. Where there is a match, we would like to use your physical copy to increase our lending counts by 1, giving us one more copy to lend.  That copy goes into a pool for each book, and we lend from the pool.  The more libraries who sign onto Open Libraries and share their collections, the more copies we have to lend to Internet Archive library cardholders.  We have a code snippet that libraries can integrate into their catalog that shows the availability of a digital book and whether the patron can borrow that book now or join a waitlist.

That's the basics.  Let me know what else you need to make the case.

Chris

```
---
Chris Freeland
Director of Open Libraries
Internet Archive
              @archive.org
@chrisfreeland
```

On 2018-10-12 17:18, Jim O'Donnell wrote:

> Great.  What's your best explicit description of what the borrowing program is and how it works?
>
> jo'd
>
> On Fri, Oct 12, 2018 at 4:59 PM Chris Freeland <               @archive.org> wrote:

CONFIDENTIAL                                                                                                              INTARC00416930

Jim,

Great talking with you just now. Wanted to recap our discussion via e-mail:

I understand that ASU is not deaccessioning materials at this time, following your storage buildout. Should that change, we would love to work with you on getting those materials digitized and housed in our physical archive. We've done this with other universities, including Trent University in Canada, who published the following release about our partnership: Worthington Libraryhttps://www.trentu.ca/news/story/22235

As for our lending collection, we are keen to run an overlap study between the materials you hold in print and those that we have digitized. Where there's a match, we would use your physical inventory to increase our lending counts by 1 for those books. What we would need from ASU is either a MARC dump from your catalog or an ISBN export and then we can run that analysis. As I mentioned there is no cost involved - free ebooks for your patrons. Once that is going we can work with your systems librarians to integrate our code snippet/widget into your catalog, which would link out from an item page to the digitized text at IA and show whether the books is available for loan or waitlisted.

As mentioned, the agreement that you already submitted/signed covers this. All we need to move forward is the data export. Glad to have a major library like ASU taking this step - it's a big statement, and one we're happy to work with you to fulfill.

Let me know where you have questions. My best,

Chris

```
--
Chris Freeland
Director of Open Libraries
Internet Archive
▮▮▮▮▮▮▮▮▮▮▮▮@archive.org
@chrisfreeland
▮▮▮▮▮▮▮▮
```

CONFIDENTIAL                                                                                      INTARC00416931