# McNamara Declaration
# Exhibit 105

| | |
|---|---|
| From: | Reiss, Fredrick A. |
| Sent: | Thursday, October 31, 2019 2:49 PM EDT |
| To: | Chris Freeland |
| CC: | Watson, Jennifer E.; Roberts, Cari L.; Rupp Serrano, Karen J. |
| Subject: | RE: Joining Open Libraries |

Hi, Chris,

I'll be handling the record extract for our site. I have a few clarifying questions for you.

1) Are you looking for just monograph records, or do you want serial records as well?
2) Are there any particular date ranges I need to respect for the extract?
3) For record matching purposes, are you wanting just records with standard identification numbers (like OCLC #, ISSN, ISBN), or do you want all records within the specified categories?
4) For HathiTrust, we relayed records for items that were missing/lost, but were once owned by us. Do you want a similar extract, or do you only want to know about "still held" titles that might be useful for your digitization purposes?
5) Do you need extra information appended via MARC fields in the extracted records, or otherwise need certain fields updated/removed?
6) Are there material types for which you are not interested in receiving records (such as maps, theses/dissertations, government documents, etc.)?
7) Are there other metadata requirements of which you're aware?

Fred Reiss
University of Oklahoma Libraries

**From:** Rupp Serrano, Karen J.
**Sent:** Thursday, October 31, 2019 12:47 PM
**To:** Chris Freeland
**Cc:** Watson, Jennifer E.; Reiss, Fredrick A.; Roberts, Cari L.
**Subject:** Re: Joining Open Libraries

Chris,

That new agreement is lovely, I can't see anything objectionable in it. I have signed us up and some of the folks cc'd on this message will follow up about the records.

Karen

**From:** Chris Freeland <█████████@archive.org>
**Date:** Thursday, October 31, 2019 at 11:11 AM
**To:** Karen Rupp-Serano <███@ou.edu>
**Cc:** "Watson, Jennifer E." <█████████@ou.edu>, "Reiss, Fredrick A." <████@ou.edu>,

"Roberts, Cari L." <███████@ou.edu>
**Subject:** Re: Joining Open Libraries

Karen - We've actually struck the line from our agreement, since it was causing confusion & barriers to adoption. You can review at https://forms.gle/h7myroiZSZfbEjHt9 and hopefully now you'll be able to join in full!

For the catalog export, we'd like your records in MARC or MARCXML format. You can make them available for download via Drive or similar, and our engineers will do the rest. Please let me know as you have questions,

Chris

On 10/28/19 1:52 PM, Rupp Serrano, Karen J. wrote:

> Chris,
>
> Thank you for responding so promptly to my message.
>
> Can we move forward with the overlap report and then sign the revised Open Libraries participation agreement when it becomes available in the spring? If yes, please have someone provide me with details as to how you wish to receive our catalog export.
>
> Best regards,
>
> Karen
>
>> **From:** Chris Freeland <███████@archive.org>
>> **Date:** Monday, October 28, 2019 at 1:36 PM
>> **To:** Karen Rupp-Serano ███@ou.edu>
>> **Cc:** "Watson, Jennifer E." ███████@ou.edu>
>> **Subject:** Re: Joining Open Libraries
>>
>> Hi Karen,
>>
>> Just left you a voicemail. Apologies for the delayed response; last week was our Library Leaders Forum and annual celebration.
>>
>> The bit in the agreement about access to your collection for scanning is one that we're going to revise, because it unfortunately causes more concern (as here) than intended. The idea behind the clause was that if IA set out to create a new collection based on a particular

CONFIDENTIAL                                                                                               INTARC00426085

theme or research topic, and your library had relevant materials that we didn't already have, we could digitize them from your collection. However, we've never taken action on that clause, and because it causes confusion, we are removing it in the next iteration of the agreement (date still TBD in early 2020).

To answer your specific questions below, yes, the intention was to scan something unique in your collection, return the book to you, and then acquire it through other means (donation, purchase). To reiterate, we have never taken action on this.

The main offer we have in hand with Open Libraries today is the ability to match your physical holdings with the 1.1M in-copyright books we have *already* digitized and where there's a match, provide you back a link to the digitized book. If you'd like to move forward, we can run that overlap using a full export of your catalog in MARC format.

If you have additional questions or would like to discuss further, please don't hesitate to call me at ▮▮▮▮▮▮▮▮▮▮ My best,

Chris


```
--
Chris Freeland
Director of Open Libraries
Internet Archive
▮▮▮▮▮▮▮▮▮▮@archive.org
@chrisfreeland
▮▮▮▮▮▮
```

On 10/28/19 1:03 PM, Rupp Serrano, Karen J. wrote:

> Chris,
>
> Since I have not received a response to the questions below, I called IA today and got your direct email. I'm hoping you can respond or can ask a member of your staff to respond.
>
> Many thanks,
>
> **Karen Rupp-Serrano**
> Associate Dean | University of Oklahoma Libraries | ▮▮▮▮▮▮▮▮

CONFIDENTIAL                                                                                                INTARC00426086

**From:** Karen Rupp-Serano <███@ou.edu>
**Date:** Wednesday, October 16, 2019 at 10:55 AM
**To:** "info@archive.org" <info@archive.org>
**Cc:** "Watson, Jennifer E." <███████@ou.edu>
**Subject:** Joining Open Libraries

Colleagues,

I have reviewed the agreement to participate in Open Libraries. It isn't clear to me why a participating library would be required to offer IA access to the books in its collection for digitization at an IA scanning center for a mutually agreed handling fee. Questions:

- What good does it do for IA to scan a book from our collection if IA does not also hold a physical copy of the book in its collection in order to facilitate controlled digital lending? Or is the idea that IA will have the scan in hand, and will then seek to acquire a physical copy of the work that can be added to the IA collection and thus facilitate controlled digital lending at some point in the future?

- My institution has a digitization program in place. If we have the ability to provide scans that meet IA requirements, may we provide the scans to IA rather than ship to a scanning center?

- What is the average cost of the 'mutually agreed handling fee'?

- Would it be possible to agree in advance that only a certain number of volumes be scanned (by us or a scanning center) each year? That would allow us to budget for such costs.

Many thanks for your prompt attention.

**Karen Rupp-Serrano**
Associate Dean | University of Oklahoma Libraries | ███████

CONFIDENTIAL                                                                                                                                  INTARC00426087

--
Chris Freeland
Director of Open Libraries
Internet Archive
███████████@archive.org
@chrisfreeland
████████████

**CONFIDENTIAL**                                                                                                            INTARC00426088