# McNamara Declaration Exhibit 106

| | |
|---|---|
| From: | Chris Freeland |
| Sent: | Friday, June 14, 2019 2:05 PM EDT |
| To: | Karl Stutzman |
| CC: | Jeff Sharpe |
| Subject: | Re: Controlled Digital Lending |

Karl - Apologies for the delayed response. The short answer is yes, you can send in-copyright materials to Jeff for digitization and Jeff can get them into our controlled digital lending service. I think starting small & understanding what that means for your library is an excellent approach! Kudos for launching in,

Chris

On 6/14/19 12:06 PM, Karl Stutzman wrote:

> Jeff and Chris,
> Just following up here. Wondering if I could send some books that are in copyright to have them scanned and end up in the Controlled Digital Lending program. What setup is needed? I'd like to dip my toe in the water. Let me know if I need to wait until a later date for that. :)
> Thanks again!
> Karl
> --
> Karl Stutzman, Director of Library Services
> Anabaptist Mennonite Biblical Seminary
>
>
> On Mon, May 20, 2019 at 1:53 PM Karl Stutzman <███████@ambs.edu> wrote:
>> Just following up on this exchange. I don't know that we need to do the full work up I described in the earlier email, but we would like to experiment with Controlled Digital Lending. If I sent a book in for scanning that's in copyright, could it be entered into the program?
>> Thanks!
>> Karl
>> --
>> Karl Stutzman, Director of Library Services
>> Anabaptist Mennonite Biblical Seminary
>>
>>
>> On Fri, Nov 9, 2018 at 11:13 AM Karl Stutzman <███████@ambs.edu> wrote:
>>> Chris,
>>>
>>> I know that "oh my goodness, it's Friday" feeling - I have it more often than "thank goodness it's Friday." :) I really appreciate hearing this report. No worries on taking the time needed to make sure this all works properly. Early adopters need to have patience (especially when they're adopting a *free* service).

CONFIDENTIAL                                                                                                         INTARC00421687

If there is any way to deliver the **OCLC number** (which should be in our MARC file) and the Internet Archive identifier in the data you return, that would be really helpful. We can definitely work with the ISBN, but having the OCLC number from our database would help facilitate more precise linking on our end. We have a fair bit of our collection that doesn't have ISBNs and the OCLC number is really the key for data matching in our system.

FYI, what I'm basically thinking is that I'll flip the list you give me into a KBART file that can be uploaded to OCLC WorldCat Collection Manager KB. We use OCLC WorldCat Discovery as our catalog, so activating a KB collection would turn on links from our catalog to all the IA items. In OCLC's KB, the OCLC number is a key to getting accurate linking. The other benefit of OCLC numbers is more precise linking to library copies so we can put them on restricted access for the CDL.

One of the questions I realize I don't have clarity on is authentication. Do you do IP authentication? We use EZproxy here. We can explore other ideaas as well, but EZProxy would be... easy.

I'm happy to test whenever you're ready. Thanks for your work making libraries open!
Peace,
Karl
--
Karl Stutzman, Director of Library Services
Anabaptist Mennonite Biblical Seminary


On Fri, Nov 9, 2018 at 10:15 AM Chris Freeland <▆▆▆▆▆@archive.org> wrote:

> Hi Karl,
>
> You've been on my list to reach out to this week, and I can't believe we've gotten to Friday already!
>
> I wanted to give you an update on where we are with processing the AMBS catalog. Last month we finished the engineering required to reflect multiple copies of books, and since then have been steadily working through our backlog of library catalogs to run overlaps against. AMBS is high on that queue and should be completed next week. What we'll be able to return to you is a list of your ISBNs that match our digital holdings and the corresponding Internet Archive identifier/URL to the online book. Is that sufficient for your needs? It's what we've sent other libraries, but since we're in the early stages of the program we're always looking for ways of improving & expanding to make it easy for libraries to consume our data & use them in your local or shared catalog.
>
> We'll also create a collection on archive.org with your overlap titles. You are among a handful of libraries that are both scanning partners as well as Open Libraries partners, and we're still working out the best

CONFIDENTIAL                                                                                                                     INTARC00421688

way to reference & display both your scanned books as well as your overlap books.  Once we get that collection online we'll run it by you for consideration on the best way to make that display - again, good to get feedback from you as early adopters so we can improve the service overall.

Please let me know if you have questions.  I'm happy to chat with you directly if you'd like more info - feel free to ring me at ▮▮▮▮▮▮▮▮▮▮.  Will send you a note as soon as the overlap is done.  Best,

Chris

```
---
Chris Freeland
Director of Open Libraries
Internet Archive
▮▮▮▮▮▮▮▮▮▮@archive.org
@chrisfreeland
▮▮▮▮▮▮▮
```

On 2018-11-07 09:58, Karl Stutzman wrote:

> Jeff,
> Thanks for reaching out. This reminds me of the piles of things I am hoping to send to Internet Archive. :) Things have been a bit busier than I expected this semester. Realistically it's going to be a bit hectic here until classes end on December 14, so I'm not sure if I'll get around to it beofre that time, but I do have at least a small collection of materials in mind to send.
>
> I've followed up on another thread with Chris in which we were doing an analysis of materials in our collection that are already scanned for CDL. Finishing out that data analysis may help us get to the next step of activating CDL. We may do some more scanning depending on how that goes.
>
> I've had a couple opportunities recently to mention your services to other libraries, so I hope that continues to bring resources your direction. I really appreciate your services.
>
> Peace,
> Karl
> --
> Karl Stutzman, Director of Library Services
> Anabaptist Mennonite Biblical Seminary

CONFIDENTIAL                                                                                           INTARC00421689

On Thu, Nov 1, 2018 at 3:07 PM Jeff Sharpe <███@archive.org>
wrote:
Hi Karl,

As we look towards the end of the year, I wanted to reach out and check to
see if you have any other digitization projects we could help you with,
and let you know of some exciting advances the Internet Archive has been
working on. It appears your material is getting a considerable number of
views;
https://archive.org/details/anabaptistmennonitedigitallibrary&tab=about
We still charge incredibly reasonable fees for digitizing and hosting your
material online, providing your collections with local and global
exposure.

Microfilm and sheetfed scanning.
The Midwest Regional Digitization Center in the Allen County Public
Library in Fort Wayne Indiana
now provides microfilm scanning services. We also have a sheetfed scanner
for loose leaf materials.

Controlled digital lending
Of particular interest, the Internet Archive's controlled digital lending
service is up and running, giving libraries and archives a way of scanning
and delivering in-copyright books in a way that is respectful of
copyright.  Leading copyright scholars recently released a white paper and
Position Statement on Controlled Digital Lending, explaining the legal
framework in detail.  With the release of these documents, libraries are
now well-positioned to scan materials published after 1923, the current
cut-off for public domain materials in the U.S.  You can find both of the
documents attached to this message and online at
https://controlleddigitallending.org.

Open Libraries

CONFIDENTIAL                                                                                          INTARC00421690

Beyond digitization, we can also leverage controlled digital lending to
provide your patrons with free ebooks of your physical collections. As an
Open Libraries member, we match your in-copyright holdings with our
digital holdings and serve free ebooks where they overlap. Join Open
Libraries, access free ebooks—so simple, we had to share! Our recent Open
Libraries Forum was a success, and we are already planning Open Libraries
meetups in 2019. Learn more and sign up at
https://archive.org/details/openlibraries.

Our partnership with you in 2019 and beyond
With these two developments, we've heard from many of our library partners
that they are eager to start scanning modern books, and we are actively
working to queue up materials for end of the calendar year and into 2019.
 If you've had in-copyright materials that you've previously withheld from
digitization, we now have the appropriate legal documentation and
technical infrastructure in place to make those books available to your
users in ways that respect copyright.

I'm cc:ing Chris Freeland, Director of Open Libraries, with whom I work
closely on our scanning operations.  We would welcome an opportunity to
talk with you about  Open Libraries.  We can also do a live walkthrough of
Open Libraries for you and your staff, if interested. Please contact me or
reach out to Chris at ▇▇▇▇▇▇▇▇@archive.org to schedule a time to find
out more about this exciting opportunity.

I want to thank you for your partnership in digitization and your
commitment to making your library materials available to local, national,
and international audiences of patrons and researchers.

CONFIDENTIAL  INTARC00421691

Again, I would be happy to hear about any projects you are contemplating,
as well as answer any questions or comments. Please feel free to contact
me via email at ██████@archive.org or give me a call at ██████████

Thank you for your time and consideration!
Sincerely,

Jeff

Internet Archive
Senior Digitization Manager, Mid-West Region, US
Allen County Public Library
900 Library Plaza
Fort Wayne, IN 46802
██████████

"Universal Access To All Knowledge"
WWW.Archive.org
WWW.OpenLibrary.org


```
--
Chris Freeland
Director of Open Libraries
Internet Archive
████████████████@archive.org
@chrisfreeland
████████████
```

CONFIDENTIAL    INTARC00421692