# McNamara Declaration
# Exhibit 107



## Open Libraries Introduction
## &
## Internet Archive programs

Chris Freeland
Director of Open Libraries

Jim Michalko
Open Libraries Service
Internet Archive

chrisfreeland@archive.org

**Zoom Basics:**
1. Hover over the screen to see the Zoom Menu
2. You can Mute/Unmute your audio and Start/Stop your video
   a. To avoid background noise, stay on Mute until you want to talk
3. Click on Chat to view the chat box
4. Click on Participants to see who is attending



# Agenda

- Breadth of Internet Archive programs
- Turning Wikipedia references blue
- About controlled digital lending (CDL)
- CDL in action: Internet Archive's
     Open Libraries program
- Library reformatting
- How your library can participate
- Q&A

CONFIDENTIAL



Internet Archive was founded in 1996 by Brewster Kahle and began archiving the Internet itself, thus the name Internet Archive.

This is our HQ in SF. The mission of Internet Archive has always been: "Universal Access to All Knowledge." Though much has changed since we began in 1996, the web can be the 'highway' for equitable access to cultural heritage for anyone with access to the internet.

CONFIDENTIAL



Today we are a non profit digital library, with a growing amount of material. From software, movies, audio, to 5MM+ hours of television. We've scanned and made available more than 3 million eBooks.  The collection we are often known for: more than 300 billion Web pages which can be accessed via the Wayback Machine.

CONFIDENTIAL

INTARC00141829

# Let's turn all Wikipedia references blue

121. ^ Cohen & Taylor 2000, p. 347.
122. ^ Cohen & Taylor 2000, p. 416.
123. ^ Fairclough, Adam (1987). *To Redeem the Soul of America: The Southern Christian Leadership Conference & Martin Luther King Jr*. University of Georgia Press. p. 299. ISBN 0-8203-2346-2. [Read on Archive.org]

Let's give Wikipedia contributors access to the best library ever.

CONFIDENTIAL

INTARC00141830

# Martin Luther King Jr.

From Wikipedia, the free encyclopedia

*"Martin Luther King" and "MLK" redirect here. For other uses, see Martin Luther King (disambiguation) and MLK (disambiguation).*

## Chicago open housing movement, 1966   [ edit ]

*Main article: Chicago Freedom Movement*

The SCLC formed a coalition with CCCO, Coordinating Council of Community Organizations, an organization founded by Albert Raby, and the combined organizations' efforts were fostered under the aegis of the Chicago Freedom Movement.[120] During that spring, several white couple/black couple tests of real estate offices uncovered racial steering: discriminatory processing of housing requests by couples who were exact matches in income, background, number of children, and other attributes.[121] Several larger marches were planned and executed: in Bogan, Belmont Cragin, Jefferson Park, Evergreen Park (a suburb southwest of Chicago), Gage Park, Marquette Park, and others.[120][122][123]

https://en.wikipedia.org/wiki/Martin_Luther_King_Jr.

INTARC00141831

# Martin Luther King Jr.

From Wikipedia, the free encyclopedia

*"Martin Luther King" and "MLK" redirect here. For other uses, see Martin Luther King (disambiguation) and MLK (disambiguation).*

## Chicago open housing movement, 1966   [ edit ]

*Main article: Chicago Freedom Movement*

The SCLC formed a coalition with CCCO, Coordinating Council of Community Organizations, an organization founded by Albert Raby, and the combined organizations' efforts were fostered under the aegis of the Chicago Freedom Movement.[120] During that spring, several white couple/black couple tests of real estate offices uncovered racial steering: discriminatory processing of housing requests by couples who were exact matches in income, background, number of children, and other attributes.[121] Several larger marches were planned and executed: in Bogan, Belmont Cragin, Jefferson Park, Evergreen Park (a suburb southwest of Chicago), Gage Park, Marquette Park, and others.[120][122][123]

https://en.wikipedia.org/wiki/Martin_Luther_King_Jr.

CONFIDENTIAL                                                                                      INTARC00141832



121. ^ Cohen & Taylor 2000, p. 347.
122. ^ Cohen & Taylor 2000, p. 416.
123. ^ Fairclough, Adam (1987). *To Redeem the Soul of America: The Southern Christian Leadership Conference & Martin Luther King Jr*. University of Georgia Press. p. 299. ISBN 0-8203-2346-2. [Read on Archive.org]

https://en.wikipedia.org/wiki/Martin_Luther_King_Jr.

CONFIDENTIAL                                                                                      INTARC00141833

121. ^ Cohen & Taylor 2000, p. 347.
122. ^ Cohen & Taylor 2000, p. 416.
123. ^ Fairclough, Adam (1987). *To Redeem the Soul of America: The Southern Christian Leadership Conference & Martin Luther King Jr.*. University of Georgia Press. p. 299. ISBN 0-8203-2346-2. [Read on Archive.org]

https://en.wikipedia.org/wiki/Martin_Luther_King_Jr.

CONFIDENTIAL
INTARC00141834



This book can be borrowed for 14 days.
Limited Book Preview
121. ^ Cohen & Taylor 2000, p. 347.
122. ^ Cohen & Taylor 2000, p. 416.
123. ^ Fairclough, Adam (1987). To Redeem the Soul of America: The Southern Christian Leadership Conference & Martin Luther King Jr. University of Georgia Press. p. 299. ISBN 0-8203-2346-2. [Read on Archive.org]
299 Defeat in Chicago
Preview
Some pages are omitted from this book preview.
https://archive.org/details/toredeemsoulofam00fair/page/299



CONFIDENTIAL

INTARC00141836



INTARC00141837



CONFIDENTIAL

INTARC00141838



INTARC00141839



CONFIDENTIAL                                                                                                INTARC00141840



## Controlled Digital Lending by Libraries

Position Statement ▾    White Paper ▾    Further Reading

Position Statement   Statement on Controlled Digital Lending by Libraries

## Position Statement on Controlled Digital Lending

Last Updated September 2018

**Introduction**

This Position Statement on Controlled Digital Lending by Libraries ("Statement") offers a good faith interpretation of U.S. copyright law for American libraries considering how to perform traditional lending functions using digital technology while preserving an appropriate balance between the public benefit of such lending and the protected interests of private rights holders. This Statement only applies to in-copyright works, as public domain works may be distributed without restriction. This Statement is not intended to describe the upper limits of the fair use or other rights of libraries, bind the signatories to any legal position, or constitute legal advice. **Because the following analysis is general, any library considering implementing controlled digital lending should consult a competent attorney to develop an appropriate program responsive to the specific needs of the institution and community.**

**Controlled Digital Lending ("CDL")**

One of the most fundamental and socially beneficial functions of libraries is providing broad access to information by lending books and other materials to their communities. To lend materials more effectively, libraries can apply CDL to their collections in order to fulfill their missions. CDL techniques like those described in this Statement are designed to mirror traditional library practices permitted by copyright law.

Properly implemented, CDL enables a library to circulate a digitized title in place of a physical one in a controlled manner. Under this approach, a library may only loan simultaneously the number of copies that it has legitimately acquired, usually through purchase or donation. For example, if a library owns three copies of a title and digitizes one copy, it could only circulate one digital copy and two print, or three digital copies, or two digital copies and one print. In all cases, it could only circulate the same number of copies that it owned before digitization. Essentially, CDL

**Co-Authored By:**

**Lila Bailey**
Policy Counsel
Internet Archive

**Kyle K. Courtney**
Copyright Advisor
Harvard University Library

**David Hansen**
Associate University Librarian for Research, Collections & Scholarly Communications
Duke University Libraries

**Mary Minow**
Fellow 2017-18
Berkman Klein Center for Internet and Society, Harvard University

**Jason Schultz**
Professor of Clinical Law
NYU Law

**Michelle Wu**

https://controlleddigitallending.org/

CONFIDENTIAL

INTARC00141841



CONFIDENTIAL

INTARC00141842



Mobile option
SimplyE
The Library eReader App
Internet Archive
Recently Returned
Books We Love
Romance
Kids
Catalog
Encyclopedia of American folklore
Get
This book is available to borrow.
Description
Information
Catalog
Encyclopedia of American folklore
Read
Return
Your book is ready to read!
Description
Information
Encyclopedia of American folklore
1. Encyclopedia of American folklore
2. Table of Contents
3. ACKNOWLEDGMENTS
4. PREFACE
5. INTRODUCTION: WHY STUDY FOLKLORE?
6. American Folklore Society
7. American Folklife Preservation Act The
8. American Indian folklore
9. Anansi
10. Andersen, Hans Christian
11. "Androcles and the Lion" (legendary)



CONFIDENTIAL

INTARC00141844



CONFIDENTIAL

INTARC00141845



CONFIDENTIAL

INTARC00141846



SIGN IN
UPLOAD
Search
ABOUT
CONTACT
BLOG
PROJECTS
HELP
DONATE
JOBS
VOLUNTEER
PEOPLE
INTERNET ARCHIVE
Trent University Library Donation
An initiative undertaken by the Bata Library has seen 250,000 books donated to the Internet Archive to be digitized and preserved for easy access by all students and future generations as part of the transformation of Trent University's iconic library into a true
MORE
Share
Favorite
Play All
ABOUT
COLLECTION
58,438
SORT BY
VIEWS
TITLE
DATE PUBLISHED
CREATOR
Search this Collection
Metadata
Text contents
Media Type
texts 58,438
Availability
Available to Borrow 48,797
Waitlist 7,999
Always Available 1,642
Year
2005 542
2004 543
Manual of mental and physical tests, a book of
Creative and critical thinking
Prehistoric sea monsters
The star diaries
Devi-māhātmya : the crystallization of the
https://archive.org/details/trent_university

## How do you participate?

Join Open Libraries

Share your catalog

Cost: $0

- Overlap study by IA engineers
- Returns matches, used to increase lending counts

Integrate links back into your catalog

CONFIDENTIAL

INTARC00141848

# Upcoming

- **June 20:** Library advocates meet with members of Congress ahead of ALA
  - Interested in participating? Email <u>Chris Freeland</u>

- **June 22:** ALA panel "<u>Empowering libraries to lend digital books via controlled digital lending</u>"

- **October 23:** <u>Library Leaders Forum</u> & Internet Archive's Annual Celebration

CONFIDENTIAL

INTARC00141849

## Takeaway / Appeal

Endorse the Statement on Controlled Digital Lending

Join Open Libraries & lend digital books to your patrons

Donate books to us for reformatting



CONFIDENTIAL

INTARC00141850



INTARC00141851



INTARC00141852