# McNamara Declaration
# Exhibit 108



CONFIDENTIAL

INTARC00141472



CONFIDENTIAL

INTARC00141473



Book scanning projects have a
20th century problem

CONFIDENTIAL

INTARC00141474



INTARC00141475



Data limitations: ⅔ of items in BHL don't have year designation in Item export

CONFIDENTIAL

INTARC00141476



75% of the collection is in the public domain

CONFIDENTIAL

INTARC00141477



Number of new animal names published since 1864

Trends of numbers of new names published each year for animals as a whole, and various taxonomic groups based on data in *Index to organism names* (ION) and BioNames (1923 is the year most published works became out of copyright in the USA). Animal pictures are from http://phylopic.org, and are either in the public domain or available under a Creative Commons CC-BY licence (Hymenoptera by Melissa Broussard; Nematoda by Michelle Site).

Page, R. (2016). DNA barcoding and taxonomy: dark taxa and dark texts. *Philosophical Transactions of the Royal Society B 371*(1702). DOI: 10.1098/rstb.2015.0334 Retrieved from http://rstb.royalsocietypublishing.org/content/371/1702/20150334

CONFIDENTIAL

INTARC00141478



CONFIDENTIAL

INTARC00141479



CONFIDENTIAL

INTARC00141480





We want to make every library in the US a digital library.  If you have the physical book, we will give you access to a digital version.

CONFIDENTIAL



Controlled digital lending offers: temporary digital access to books and circulation control.  This ensures that a library will not have to buy the same content over and over, simply because of a change in format, AND that the author is not hurt by the proliferation of unauthorized copies into the market.

CONFIDENTIAL

INTARC00141483



← Previous Record

Next Record →

Book

**The little prince, written and drawn by Antoine de Saint Exupéry, translated from the French by Katherine Woods.**

| Author | Saint-Exupéry, Antoine de, 1900-1944. |
|---|---|
| Pub Info | New York, Reynal & Hitchcock [1943] |

Check availability on the Internet Archive

| LOCATION | CALL NO. | STATUS |
|---|---|---|
| 2nd Fl. Children's Collection | Child Saint-Exupéry | CHECK SHELVES |
| Basement | Child Saint-Exupéry c.3 | CHECK SHELVES |
| Basement - Child | Child Saint-Exupéry c.2 | CHECK SHELVES |

| Description | 91, [3] pages including color frontispiece, illustrations (some color) 23 x 19 cm |
|---|---|
| Note | Translation of Le petit **prince**. |

CONFIDENTIAL

INTARC00141484



INTARC00141485







CONFIDENTIAL

INTARC00141488

Services for the print disabled

Signup available now

Authorized users who are blind, low vision, or have other print disabilities can get instant loans for our lending collection (no waitlist).  We are piloting a program where libraries can help their users sign up for access. If anyone is interested in the program, please see me after the presentation.

CONFIDENTIAL



We have the capacity for scanning
We have the platform for protecting in-copyright works

CONFIDENTIAL

INTARC00141490



CONFIDENTIAL

INTARC00141491



CONFIDENTIAL