# McNamara Declaration Exhibit 109

# Maximizing institutional investment in print resources through controlled digital lending

Chris Freeland
Director of Open Libraries
Internet Archive
@chrisfreeland



INTERNET ARCHIVE

CONFIDENTIAL

INTARC00142194



CONFIDENTIAL
INTARC00142195

## Overview

- About controlled digital lending (CDL) & Open Libraries
- The offer: 1.3M digitized books...and growing!
- 3 examples of CDL in action
  - Boston Public Library: closed stacks
  - Phillips Academy: scan & return
  - Trent University: donation
- Learn more

CONFIDENTIAL INTARC00142196



-Show of hands
-Developed by copyright community
-

CONFIDENTIAL                                                                                  INTARC00142197



Our physical inventory

CONFIDENTIAL                                                                                         INTARC00142198



This is the basis of our lending collection. This is the collection we offer to our library partners for consideration of how to use in your library.

CONFIDENTIAL                                                                                              INTARC00142199



CONFIDENTIAL                                                                                     INTARC00142200



CONFIDENTIAL INTARC00142201



Turn a private resource into a public good

CONFIDENTIAL
INTARC00142202



CONFIDENTIAL INTARC00142203



CONFIDENTIAL
INTARC00142204



CONFIDENTIAL INTARC00142205



CONFIDENTIAL                                                                                                                   INTARC00142206

# Shared Print/Print Retention

allow your group to shed more of designated titles without jeopardizing last copy and ensure that they have access to those books that they do choose to take off the shelf
Use our collection as a comparitor in OCLC to make decisions about your holdings

CONFIDENTIAL

INTARC00142207

# Recap

- Libraries are actively participating in CDL
- Open Libraries has a growing collection of digitized books that you can offer your patrons & use to make decisions about your physical collections
- Our new partnership with Better World Books is helping build out that collection

CONFIDENTIAL                                                                                                      INTARC00142208

# Learn more...

- OpenLibraries.online
- Talk to me
  - Chris Freeland - chrisfreeland@archive.org
- Next webinar:
  - Tues, Feb 11 @ 11am CST - register

CONFIDENTIAL
INTARC00142209



**CONFIDENTIAL**   INTARC00142210