# McNamara Declaration
# Exhibit 110

| | |
|---|---|
| **From:** | Chris Freeland |
| **Sent:** | Monday, January 7, 2019 11:58 AM EST |
| **To:** | Knapp, Wendy |
| **CC:** | Lauri McIntosh; Clifton, Jennifer |
| **Subject:** | RE: Free eBooks for Indiana Evergreen |

Thanks, Wendy! I've sent out a calendar invite with zoom call-in information for Wednesday at 10am EST.  Talk soon,

Chris

```
---
Chris Freeland
Director of Open Libraries
Internet Archive
███████████@archive.org
@chrisfreeland
```

On 2019-01-07 10:25, Knapp, Wendy wrote:

> And the Zoom meeting. This Wednesday at either 10 Eastern or 3 Eastern would work for me.
>
>
> Wendy Knapp
>
> Deputy Director of Statewide Services
>
> Indiana State Library
>
> 140 N Senate Ave
>
> Indianapolis, IN 46204
>
>
> **From:** Lauri McIntosh [mailto:l███@zepheira.com]
> **Sent:** Monday, January 07, 2019 10:35 AM
> **To:** Chris Freeland <███████████@archive.org>
> **Cc:** Knapp, Wendy <██████@library.IN.gov>; Clifton, Jennifer <██████@library.in.gov>
> **Subject:** Re: Free eBooks for Indiana Evergreen
>
>
> **** This is an EXTERNAL email. Exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ****

CONFIDENTIAL                                                                                                                      INTARC00418710

My Friday is open as well. Wendy can you give us a couple of times and I will get it on our calendars.

Chris, if you'd like I can join for the zoom call as well.

Lauri

On Mon, Jan 7, 2019 at 7:02 AM Chris Freeland
<█████████@archive.org> wrote:

Wendy - Good to make your acquaintance virtually. I also arrive on Thursday, and have good availability on Friday. What time might work for you?

I'd also be interested in talking with you this week or next a little bit more broadly about Open Libraries and some of the discussions we've been having with other state libraries. Any chance you have time this Wednesday (Jan 9) or next Tues (Jan 15) for a 30 min zoom call?

Chris

---
```
Chris Freeland
Director of Open Libraries
Internet Archive
███████████@archive.org
@chrisfreeland
```

On 2019-01-07 06:51, Knapp, Wendy wrote:

Saturday is looking really tight. We get in on Thursday to attend COSLA meetings on Friday, and we fly out on Tuesday. Could we do closer to the beginning or end?

Wendy Knapp

Deputy Director of Statewide Services

Indiana State Library

140 N Senate Ave

Indianapolis, IN 46204

**From:** Lauri McIntosh [mailto:l███@zepheira.com]
**Sent:** Friday, January 04, 2019 7:18 PM
**To:** Knapp, Wendy <███@library.IN.gov>; Goben, Anna <███@library.IN.gov>
**Cc:** Chris Freeland <███████archive.org>; Lauri McIntosh <███@zepheira.com>
**Subject:** Re: Free eBooks for Indiana Evergreen

\*\*\*\* This is an EXTERNAL email. Exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. \*\*\*\*

Wendy - this is not exclusive to Evergreen - any library in Indiana can take part -

The Evergreen libraries have the advantage of us already having the files to determine the overlap - but anyone can participate.

Let's get together in Seattle - Chris and I both have Saturday open what time works for you?

Lauri

On Thu, Jan 3, 2019 at 11:28 AM Lauri McIntosh <███@zepheira.com> wrote:

Wendy and Anna,

CONFIDENTIAL                                                                INTARC00418712

\*\* Even though you are canceling - this opportunity is still available for Indiana Evergreen - If you would like to chat more I would welcome a call, meet up at MidWinter - and can organize a chat with Chris from Open Libraries.  This is a no cost, no risk opportunity for Indiana to provide eBooks for items you hold in print - hands-free to you folks! \*\*\*
  Lauri

As a direct subscriber of the Library.Link Network I'm excited to share with you a new opportunity to bring more value to your annual subscription.  Zephera has been partnering with Internet Archive to help bring visibility to your collection on their Open Library item pages.  When looking for a print copy of a digitized item, folks can now click on library.link and have a list of libraries that hold that item within a 500-mile radius.

In addition, our partnership with Internet Archive now offers FREE eBooks for all Library.Link libraries when you participate in the Open Libraries Controlled Digital Lending (CDL) project.  How do you join and what do you get when you join Open Libraries?

> 1. Join Open Libraries.  Simply sign onto the project, our simple Google Form is available here: https://goo.gl/forms/MS335xRFe3aiQ5Fh2 By joining, your library will get a collection at https://archive.org/details/openlibraries and you will become part of the community of practice we're building to support the responsible lending of in-copyright materials.  By participating, you'll continue to help shape Internet Archive's controlled digital lending service for your patrons and the world.
>
> 2. Share your catalog. After joining Open Libraries, Zepheira will provide an export of your ISBN's that you have in print that match the collection of digitized books at https://archive.org/details/inlibrary.  We will use those matches to increase our lending counts by 1.
>
> 3. The Archive has MARCXML records for all of their digitized books in lending - they include the new OCLC number for the electronic resource, as well as links out in 856. Here's a

sample: https://archive.org/download/plantphysiology00bidw/plantphysiology00bidw_archive_marc.xml

I can provide you a list of the number of overlap for your libraries if interested.

If you would like to get started complete the link to the form above and we will do the rest!  Once the collection is created on the Open Libray site, the Archive will work with you to get the MARC records so that you can then load them into your catalog for easy access to your patrons.

Open Libraries provides a way for you to offer digitized books to your patrons for free.  At the Internet Archive, we've invested a significant amount of energy into making more than 800,000 modern ebooks available and we want to help libraries make use of those books in support of their patrons' reading & research.  Happy to answer other questions or provide other points as needed!

Specific questions can be emailed to Chris Freeland, Director of Open Libraries at the Internet Archive, ▮▮▮▮▮@archive.org.

We look forward to you joining other Library.Link Network libraries to bring this added value to your libraries.

Lauri McIntosh

▮@zepheira.com

▮▮▮▮▮

Here is more information from the Internet Archive on how you can support and participate in the CDL conversation.

> 1. Endorse the Position Statement on Controlled Digital Lending.  You can sign on to the Statement via the online form at https://controlleddigitallending.org/sign Having more organizations endorse the Statement is valuable in building that community of practice.

CONFIDENTIAL                                                                                                                  INTARC00418714

2. Start a discussion about controlled digital lending at your library. As we've talked with the wider library community about controlled digital lending, we've found that holding smaller, local discussions have helped librarians understand how controlled digital lending works and how it benefits the library as well as its patrons. We can provide you with materials to use in those discussions, and would also welcome an opportunity to join your discussion virtually.

--

\*\*\*\*\*\*

Lauri McIntosh

Director, Sales and Channel Management

Zepheira, Library.Link Network

tel:

Cell:

Learn more about Zepheira and the

Library.Link Network on our websites.

Subscribe to the Library.Link Newsletter.

CONFIDENTIAL                                                                                     INTARC00418715

--

\*\*\*\*\*\*

Lauri McIntosh

Director, Sales and Channel Management

Zepheira, Library.Link Network

tel: ██████████

Cell: ██████████

Learn more about Zepheira and the

Library.Link Network on our websites.

Subscribe to the Library.Link Newsletter.

CONFIDENTIAL                                                                                                                                    INTARC00418716