# McNamara Declaration Exhibit 111A

| | |
|---|---|
| From: | Lauri McIntosh |
| Sent: | Friday, November 16, 2018 7:07 PM EST |
| To: | John Goodyear |
| CC: | Lauri McIntosh; Chris Freeland |
| Subject: | BCV - Opportunity for free eBooks |

Hi John,

I was getting ready for our visit next month and wanted to check with you about the participation with the Open Libraries. I know you have heard bits and pieces, but if this is something you would be interested in I would like to have it live before my visit.

The formal "invite" is the info below, but the 1, 2, 3 of it is, once you sign the form we do the rest. A collection of the overlap between your print and Open Libraries is 122,248. The Archive would create a collection on their site as they have done for Delaware County Library (Ohio), SFPL, Worthington, and others.Open Libraries Collections.

You could easily have a link on an item page that would direct users back to the full Open Libraries Collection for CCRLS. We will be looking for folks to take OPAC Integration to the next level, be it importing of MARC records that can be converted to ERC, or a widget - if you would like to be part of that, we would love to have you come on board.

But, regardless, at the very least, would you like to participate and get free eBooks for your end users? The more official invite information is below.

Lauri



i statesman

nternet Archive now offers FREE eBooks for all Library.Link libraries when you participate in the Open Libraries Controlled Digital Lending (CDL) project. How do you join and what do you get when you join Open Libraries?

1. Join Open Libraries. Simply sign onto the project, our simple Google Form is available here: https://goo.gl/forms/MS335xRFe3aiQ5Fh2 By joining, your library will get a collection at https://archive.org/details/openlibraries and you will become part of the community of practice we're building to support the responsible lending of in-copyright materials. By participating, you'll continue to help shape Internet Archive's controlled digital lending service for your patrons and the world.

2. Share your catalog. After joining Open Libraries, Zepheira will provide an export of your ISBN's that you have in print that match the collection of digitized books at https://archive.org/details/inlibrary. We will use those matches to increase our lending counts by 1.

CONFIDENTIAL                                                                                                                                                INTARC00417976

3. The Archive has MARCXML records for all of their digitized books in lending - they include the new OCLC number for the electronic resource, as well as links out in 856. Here's a sample: https://archive.org/download/plantphysiology00bidw/plantphysiology00bidw_archive_marc.xml

I did a quick scan for your library and the overlap is currently   122,248.

If you would like to get started complete the link to the form above and we will do the rest!   Once the collection is created on the Open Libray site, the Archive will work with you to get the MARC records so that you can then load them into your catalog for easy access to your patrons.

Specific questions can be emailed to Chris Freeland, Director of Open Libraries at the Internet Archive, █████@archive.org.

We look forward to you joining other Library.Link Network libraries to bring this added value to your libraries.

Lauri McIntosh
█@zepheira.com
█

CONFIDENTIAL                                                                                                                                                                                    INTARC00417977