# McNamara Declaration Exhibit 111B

| | |
|---|---|
| From: | Lauri McIntosh |
| Sent: | Friday, November 16, 2018 7:15 PM EST |
| To: | Robert Roose |
| CC: | Lauri McIntosh; Chris Freeland |
| Subject: | More Information about Open Libraries CDL and free eBooks |

Robert,

This project is just getting underway and will evolve over time.
For now, you don't have to do a thing. We already have created a file of the overlap ISBN's. It is not made available to the Internet Archieve until after you sign the form agreeing to participate.

The formal "invite" is the info below, but the 1, 2, 3 of it is, once you sign the form we do the rest. A collection of the overlap between your print and Open Libraries is 39197. The Archive would create a collection on their site as they have done for Delaware County Library (Ohio), SFPL, Worthington, and others.Open Libraries Collections.

You could easily have a link on an item page that would direct users back to the full Open Libraries Collection for Spokane Public. We will be looking for folks to take OPAC Integration to the next level, be it importing of MARC records that can be converted to ERC, or a widget - if you would like to be part of that, we would love to have you come on board.

But, regardless, at the very least, would you like to participate and get free eBooks for your end users? The link to sign up is in the information below.

Lauri



Internet Archive now offers FREE eBooks for all Library.Link libraries when you participate in the Open Libraries Controlled Digital Lending (CDL) project. How do you join and what do you get when you join Open Libraries?

1. Join Open Libraries. Simply sign onto the project, our simple Google Form is available here: https://goo.gl/forms/MS335xRFe3aiQ5Fh2 By joining, your library will get a collection at https://archive.org/details/openlibraries and you will become part of the community of practice we're building to support the responsible lending of in-copyright materials. By participating, you'll continue to help shape Internet Archive's controlled digital lending service for your patrons and the world.

2. Share your catalog. After joining Open Libraries, Zepheira will provide an export of your ISBN's that you have in print that match the collection of digitized books at https://archive.org/details/inlibrary. We will use those matches to increase our lending counts by 1.

CONFIDENTIAL                                                                                                      INTARC00417978

3. The Archive has MARCXML records for all of their digitized books in lending - they include the new OCLC number for the electronic resource, as well as links out in 856. Here's a sample: https://archive.org/download/plantphysiology00bidw/plantphysiology00bidw_archive_marc.xml

I did a quick scan for your library and the overlap is currently   39197

If you would like to get started complete the link to the form above and we will do the rest!   Once the collection is created on the Open Libray site, the Archive will work with you to get the MARC records so that you can then load them into your catalog for easy access to your patrons.

Specific questions can be emailed to Chris Freeland, Director of Open Libraries at the Internet Archive, ▓▓▓@archive.org.

We look forward to you joining other Library.Link Network libraries to bring this added value to your libraries.

Lauri McIntosh
▓@zepheira.com

On Tue, Nov 13, 2018 at 3:11 PM Robert Roose <▓@spokanelibrary.org> wrote:

I guess I need more information on this.  What would it mean for us?  Work?  Exposure of our content?



**Robert Roose**
Support Services Director | Spokane Public Library
Office: ▓
spokanelibrary.org

Stream award-winning cinema free with your library card on Kanopy, thanks to the support of the Friends of the Library.

**From:** Lauri McIntosh <▓@zepheira.com>
**Sent:** Tuesday, November 13, 2018 1:37 PM
**To:** Robert Roose <▓@spokanelibrary.org>
**Subject:** Re: Next Testing Opportunity

And ... what about the Open Libraries project ... interested?

CONFIDENTIAL                                                                                                                                                             INTARC00417979

Lauri

On Tue, Nov 13, 2018 at 12:56 PM Robert Roose <▆▆▆@spokanelibrary.org> wrote:

It certainly argues for good authority control on our end.  I look forward to the official preview.



**Robert Roose**
Support Services Director | Spokane Public Library
Office: ▆▆▆
spokanelibrary.org

Stream award-winning cinema free with your library card on Kanopy, thanks to the support of the Friends of the Library.

**From:** Lauri McIntosh <▆▆▆zepheira.com>
**Sent:** Tuesday, November 13, 2018 12:53 PM
**To:** Robert Roose <▆▆▆@spokanelibrary.org>
**Cc:** Lauri McIntosh <▆▆▆@zepheira.com>
**Subject:** Re: Next Testing Opportunity

Good morning...

At the moment they are still testing, but I expect any day they will be ready to put into your sandbox.

We do not have every author linked - so they were looking at how they can remove the widget when an author isn't fully vetted.

But you are at the top of the list when it is ready.

Here is a sneak peak -  (shhhh don't let on I showed you )

https://dcpltest.ent.sirsi.net/client/en_US/dcpl/search/detailnonmodal/ent:$002f$002fSD_ILS$002f0$002fSD_ILS:942577/ada?qu=fantastic+beasts#tabs-5

\*\* I just told our DEV team that you were to be next - right now the testing is done from a mockup of DC Public.

Once it is ready for a live 'sandbox' you and DC will happen at the same time.

Another update/opportunity for you to consider ...

First - check this out ..  notice to the right the LIBRARY.LINK - click on that

https://openlibrary.org/books/OL21618175M/If_tomorrow_comes

or

https://openlibrary.org/books/OL24298559M/50_Harbor_Street

And - the opportunity is for free Ebooks from the Internet Archive for items you currently have in print, when you participate in the Open Libraries project.

We are looking for the first SirsiDynix library to come on board?  You interested?  You would be highlighted as such at the online summit being held tomorrow and Thursday.

Here are the particulars:

In addition, our partnership with Internet Archive now offers FREE eBooks for all Library.Link libraries when you participate in the Open Libraries Controlled Digital Lending (CDL)  project.  How do you join and what do you get when you join Open Libraries?

CONFIDENTIAL                                                                                                                    INTARC00417981

1. Join Open Libraries.  Simply sign onto the project, our simple Google Form is available here: https://goo.gl/forms/MS335xRFe3aiQ5Fh2 By joining, your library will get a collection at https://archive.org/details/openlibraries and you will become part of the community of practice we're building to support the responsible lending of in-copyright materials.  By participating, you'll continue to help shape Internet Archive's controlled digital lending service for your patrons and the world.

2. Share your catalog. After joining Open Libraries, Zepheira will provide an export of your ISBN's that you have in print that match the collection of digitized books at https://archive.org/details/inlibrary. We will use those matches to increase our lending counts by 1.

3. The Archive has MARCXML records for all of their digitized books in lending - they include the new OCLC number for the electronic resource, as well as links out in 856. Here's a sample: https://archive.org/download/plantphysiology00bidw/plantphysiology00bidw_archive_marc.xml

I did a quick scan for your library and the overlap is currently 39583.


If you would like to get started complete the link to the form above and we will do the rest!  Once the collection is created on the Open Libray site, the Archive will work with you to get the MARC records so that you can then load them into your catalog for easy access to your patrons.


Specific questions can be emailed to Chris Freeland, Director of Open Libraries at the Internet Archive, ▓▓▓▓▓▓@archive.org or ▓▓@zepheira.com


We look forward to you joining other Library.Link Network libraries to bring this added value to your libraries.


Lauri McIntosh

▓▓@zepheira.com

▆▆▆▆

Here is more information from the Internet Archive on how you can support and participate in the CDL conversation.

1. Endorse the Position Statement on Controlled Digital Lending. You can sign on to the Statement via the online form at https://controlleddigitallending.org/sign Having more organizations endorse the Statement is valuable in building that community of practice.

2. Start a discussion about controlled digital lending at your library. As we've talked with the wider library community about controlled digital lending, we've found that holding smaller, local discussions have helped librarians understand how controlled digital lending works and how it benefits the library as well as its patrons. We can provide you with materials to use in those discussions, and would also welcome an opportunity to join your discussion virtually.

On Tue, Nov 13, 2018 at 11:50 AM Robert Roose <▆▆▆@spokanelibrary.org> wrote:

Lauri,

Any news on testing the graph pages?



Robert Roose
Support Services Dir▆▆▆▆
▆▆ 509.444.5320
spokanelibrary.org

Stream award-winning cinema free with your library card on Kanopy, thanks to the support of the Friends of the Library.

**From:** Lauri McIntosh <‌@zepheira.com>
**Sent:** Tuesday, October 16, 2018 4:00 PM
**To:** Robert Roose <‌@spokanelibrary.org>
**Subject:** Re: Next Testing Opportunity

I feel your pain (on the email pile) ...

I will, we are starting with a small group of authors and will be adding more over time.

Stay tuned.  Most likely early preview will be the end of next week.

I'll keep you posted.

Lauri

Thanks again!   I do love bragging rights for Washington libraries!  :)

On Tue, Oct 16, 2018 at 3:54 PM Robert Roose <‌@spokanelibrary.org> wrote:

> Sorry, my email pile got away from me.
>
> Yes, I am interested in testing the person/author knowledge graphs.  Please let me know when we can look at a test site.



**Robert Roose**
Support Services Director | Spokane Public Library
Office:
spokanelibrary.org

Save the Date for the Friends of the Library Fall Book Sale October 17–20.



**From:** Lauri McIntosh [mailto:███@zepheira.com]
**Sent:** Tuesday, October 16, 2018 3:50 PM
**To:** Robert Roose <███@spokanelibrary.org>
**Cc:** Lauri McIntosh <███@zepheira.com>
**Subject:** Next Testing Opportunity

Hi Robert,

I was wondering if you had given any more thought to the next item we are looking to test.

This would be primarily in your sandbox, we are not scheduled to put into production at this time.

Please let me know if you have any issue with our using Spokane for testing the Person/Author page local graph pages.

Best,

Lauri

On Thu, Oct 11, 2018 at 7:02 PM Lauri McIntosh <███@zepheira.com> wrote:

> I don't know if you have had an opportunity to review the stats for this past month. You might have noticed

CONFIDENTIAL                                                                                         INTARC00417985

I also noticed the bot traffic has been over 300,000 for the last couple of months. I pulled the data detail and there is no direct increase after the Related Resources tab went into effect. But found the data interesting. You can also see the number of impressions viewed since the widget went live in your catalog. Here is a quick screenshot:

We are ready to start work on the next integration of BCV data into your discovery platform. With your permission, we would like to embed the Author Local Knowledge graph widget into your sandbox. Would you be willing to continue being one of our first libraries to test this out?

There is more discussion taking place at SirsiDynix on how this will be put into production, for the time being, we are starting out small and making sure things work as expected.

To give you a bit of a preview of the work we are doing, we are connecting both catalog and web data about authors/persons so that when an end user is on an item page they could see a widget representing a knowledge panel of the Author for the item. Here is a look at the work we are doing so far.

I look forward to hearing back from you.

Lauri

******

Lauri McIntosh

Director, Sales and Channel Management

Zepheira,  Library.Link Network

tel: 

Cell: 

CONFIDENTIAL

\--

\*\*\*\*\*\*

Lauri McIntosh

Director, Sales and Channel Management

Zepheira, Library.Link Network

tel: ▮▮▮▮

Cell: 3▮▮▮▮

Learn more about Zepheira and the

Library.Link Network on our websites.

Subscribe to the Library.Link Newsletter.

\--

CONFIDENTIAL                                                         INTARC00417987

\*\*\*\*\*\*

Lauri McIntosh

Director, Sales and Channel Management

Zepheira, Library.Link Network

tel: [redacted]

Cell: [redacted]

Learn more about Zepheira and the Library.Link Network on our websites.

Subscribe to the Library.Link Newsletter.

--

\*\*\*\*\*\*

Lauri McIntosh

Director, Sales and Channel Management

Zepheira, Library.Link Network

tel: [redacted]

Cell: [redacted]

CONFIDENTIAL                                                                                                     INTARC00417988

Learn more about Zepheira and the

Library.Link Network on our websites.

Subscribe to the Library.Link Newsletter.

--

\*\*\*\*\*\*

Lauri McIntosh

Director, Sales and Channel Management

Zepheira,  Library.Link Network

tel: ▮▮▮▮▮▮▮▮▮

Cell: ▮▮▮▮▮▮▮▮▮

Learn more about Zepheira and the

Library.Link Network on our websites.

Subscribe to the Library.Link Newsletter.

CONFIDENTIAL                                                                                                                    INTARC00417989

--

\*\*\*\*\*\*
Lauri McIntosh
Director, Sales and Channel Management
Zepheira,  Library.Link Network
tel: ███████
Cell: ███████

Learn more about Zepheira and the
Library.Link Network on our websites.

Subscribe to the Library.Link Newsletter.

**CONFIDENTIAL**                                                                                                                       INTARC00417990