# McNamara Declaration Exhibit 113

Page 1
Implementation & Integration: CDL For All Libraries : Free Download, Borrow, and Streaming : Internet Archive
https://archive.org/details/implementation-and-integration-CDL



# Implementation & Integration: CDL For All Libraries

| | |
|---|---|
| Publication date | 2021-07-14 |
| Topics | cdl, controlled digital lending |

Learn about building institutional Controlled Digital Lending policies, user experience for patrons and staff, technological platforms, and how you can get involved with the CDL community.

View slides
Download slides

**Links shared during the webinar:**

- Library Futures: https://libraryfutures.net
- Project ReShare: https://projectreshare.org
- Internet Archive: https://archive.org
- Open Library Foundation: https://openlibraryfoundation.org
- CDL Implementers: https://sites.google.com/view/cdl-implementers
- What is Controlled Digital Lending?: https://www.youtube.com/watch?v=t5eLlv8nuC8&t=1s
- Controlled Digital Lending statement: https://controlleddigitallending.org
- FAQ's about CDL: https://archive.org/details/FAQCDL
- Mythbusting CDL: https://www.libraryfutures.net/post/mythbusting-controlled-digital-lending-watch-the-videos-learn-the-facts
- ASERL CDL Resource Guide: http://www.aserl.org/wp-content/uploads/2021/03/Future_Thinking__ASERL_CDL_Resource_Guide__text-only__March_2021.docx
- CDL white paper: https://controlleddigitallending.org/whitepaper
- Fordham CDL Instance Code: https://github.com/Fordham-University-Libraries/G-CDL
- Fordham CDL Interest Form: http://bit.ly/38I9SZQ
- International Image Interoperability Framework: https://iiif.io/
- Universal Viewer: https://universalviewer.io/
- CIRC/CDL Co-Op statement: https://docs.google.com/document/d/1Sm3QwrzgBmXO_XNiwrxnRhlrkHwTOQNILAM6CrhoqvE/edit?usp=sharing
- Empowering Libraries: http://empoweringlibraries.org
- Apply to join the Library Futures Coalition: https://docs.google.com/forms/d/e/1FAIpQLSc6cdANv2r2Qp7KsFTDz1d7TkhgTr9idF-OOHyWRUEk4rK3Qw/viewform

| | |
|---|---|
| Addeddate | 2021-07-15 04:04:32 |
| Color | color |
| Identifier | implementation-and-integration-CDL |
| Scanner | Internet Archive HTML5 Uploader 1.6.4 |
| Sound | sound |
| Year | 2021 |

**437 Views**

**2 Favorites**

**DOWNLOAD OPTIONS**

| | |
|---|---|
| H.264 720P | 1 file |
| ITEM TILE | 1 file |
| MP3 | 1 file |
| MPEG4 | 1 file |
| TORRENT | 1 file |

SHOW ALL  99 Files  6 Original

**IN COLLECTIONS**


Internet Archive Presents


The Internet Archive

Uploaded by **chrisfreeland27** on July 15, 2021

## Reviews

**+ Add Review**

There are no reviews yet. Be the first one to write a review.

SIMILAR ITEMS (based on metadata) ▶ Play All

Slides from Implementation &

108 | 0 | 0

Why CDL Now? Digital Libraries Past, Present,
by chris freeland

794 | 0 | 0

Teaching During COVID

7,975 | 0 | 0

Frequently Asked Questions About
by chris freeland

430 | 3 | 0

Empowering Libraries Through Controlled Digital

1,071 | 1 | 0

Empowering Libraries
by internet archive

511 | 2 | 0

Terms of Service (last updated 12/31/2014)

