# McNamara Declaration Exhibit 114

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC<br><br>    Plaintiffs,<br><br>    v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive<br><br>    Defendants. | Case No. 1:20-CV-04160-JGK |

**DEFENDANT INTERNET ARCHIVE'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES**

6.  The fact that the Internet Archive has responded to part or all of an Interrogatory is not intended to and shall not be construed as a waiver by the Internet Archive of any objection to such request.

7.  The Internet Archive hereby incorporates by reference each and every objection to instructions and definitions set forth above into each and every specific response set forth below, whether or not separately set forth therein.  A specific response may repeat an objection to an instruction or definition for emphasis or for some other reason.  Failure to include any objection in any specific response is not a waiver of any objection to that response.  In addition, where any Plaintiff has objected to a parallel interrogatory on the ground that a particular inquiry is not the proper subject of interrogatories, the Internet Archive incorporates by reference those parallel objections.

## RESPONSES AND OBJECTIONS

**INTERROGATORY NO. 11:**

State, per year, the number of libraries who asked Internet Archive to digitize physical books not in the public domain and include the resulting digital copies in the Internet Archive's inlibrary collection (https://archive.org/details/inlibrary) for lending.

**RESPONSE TO INTERROGATORY NO. 11:**

In addition to its General Objections, the Internet Archive objects to this Interrogatory as overly broad, unduly burdensome, and disproportionate to the needs of this case, to the extent that the Interrogatory is requiring the Internet Archive particularly to ascertain the copyright status of books, and in responding to this Interrogatory, the Internet Archive will refer to items in the "inlibrary" collection, which relate to books the Internet Archive does not know to be in the public domain.  In responding to this interrogatory, the Internet Archive is not making any representation as to the copyright status of the items in its inlibrary collection.  The Internet

Archive objects to this Interrogatory as overly broad, unduly burdensome, and disproportionate to the needs of this case, particularly to the extent it is not limited to a time relevant to the above-captioned lawsuit.  The Internet Archive objects to this Interrogatory to the extent it is not limited to the Works.  The Internet Archive objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege, work-product doctrine, common-interest privilege, or any other applicable privilege or protection.  The Internet Archive also objects to this Interrogatory as improper under Local Rule 33.3 which permits the service of non-contention Interrogatories, other than with respect to the topics outlined in Local Rule 33.3(a), only where they are a more practical method of obtaining the information sought than a request for production or a deposition, or if ordered by the Court.  This Interrogatory does not meet those requirements.

Further, the phrase "[s]tate, per year, the number of libraries who asked Internet Archive to digitize physical books" is unintelligible, impermissibly vague, and unclear, as well as unduly burdensome as it purports to seek information that Plaintiffs may derive from the Internet Archive's voluminous document production in this case.  Hence, in a good faith effort to respond fully to the Interrogatory as written, the Internet Archive will provide, for the 2017–2021 period, per-year numbers of libraries other than the Internet Archive, based on the earliest scan date of the item associated with that library that has been digitized by the Internet Archive and currently included in the inlibrary collection.  Inclusion of a library in this count does not necessarily indicate that books physically in that library's possession are currently included in the inlibrary collection.

Subject to and without waiving the foregoing General and Specific Objections, the Internet Archive responds as follows:  The number of libraries contributing an item currently in

the "inlibrary" collection, divided by the year of the earliest scan date of such an item contributed by that library (other than Internet Archive), is:

- Year 2017: 5 libraries
- Year 2018: 6 libraries
- Year 2019: 6 libraries
- Year 2020: 1 library
- Year 2021: 3 libraries

The Internet Archive's investigation is ongoing. To the extent necessary, the Internet Archive will amend or supplement this Response as discovery continues.

**INTERROGATORY NO. 12:**

State, per year, the number of libraries who participated in the Open Libraries program (https://openlibraries.online) in a manner that the alleged overlap between the library's physical holdings and the Internet Archive's digital holdings resulted in an increase in the eligible number of concurrent loans from Internet Archive for one or more titles not in the public domain.

**RESPONSE TO INTERROGATORY NO. 12:**

In addition to its General Objections, the Internet Archive also objects to this Interrogatory as overly broad, unduly burdensome, and disproportionate to the needs of this case, to the extent that the Interrogatory is requiring the Internet Archive particularly to ascertain the copyright status of books, and, in responding to this Interrogatory, the Internet Archive will refer to items in the "inlibrary" collection, which relate to books the Internet Archive does not know to be in the public domain. In responding to this Interrogatory, the Internet Archive is not making any representation as to the copyright status of the items in its inlibrary collection. The Internet Archive objects to this Interrogatory as overly broad, unduly burdensome, and disproportionate to the needs of this case, particularly to the extent it is not limited to a time relevant to the above-

5

captioned lawsuit.  The Internet Archive objects to this Interrogatory to the extent it is not limited to the Works.  The Internet Archive objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege, work-product doctrine, common-interest privilege, or any other applicable privilege or protection.  The Internet Archive also objects to this Interrogatory as improper under Local Rule 33.3 which permits the service of non-contention Interrogatories, other than with respect to the topics outlined in Local Rule 33.3(a), only where they are a more practical method of obtaining the information sought than a request for production or a deposition, or if ordered by the Court.  This Interrogatory does not meet those requirements.

Subject to and without waiving the foregoing General and Specific Objections, the Internet Archive responds as follows:

| Partner Library | Date Added | Date Removed |
|---|---|---|
| American University | 2021-01-15 | |
| American University Washington College of Law | 2020-12-11 | |
| Anabaptist Mennonite Biblical Seminary Library | 2018-11-19 | |
| Barry University | 2020-05-08 | |
| Belmont University | 2020-07-28 | |
| Binghamton University | 2020-09-21 | |
| Boston University Libraries | 2019-01-09 | |
| Boston Public Library Jordan Collection | 2019-01-16 | |
| Bowdoin College Library | 2020-04-20 | |
| Bryn Mawr | 2021-01-28 | |
| California Academy of Sciences | 2018-11-19 | |
| California State University Fresno | 2019-07-26 | |
| The Catholic University of America | 2020-11-02 | |
| City University of New York | 2020-07-02 | 2021-07-28 |
| The Claremont Colleges | 2020-03-26 | |
| CMS Business School | 2020-09-21 | |
| Corona-Norco Unified School District | 2020-06-24 | |
| Cowles Library | 2019-12-12 | |
| Denver Public Library | 2019-03-18 | |
| Dartmouth Library | 2020-04-07 | |

| | | |
|---|---|---|
| Framingham State University | 2021-03-07 | |
| George Washington University | 2020-05-11 | |
| Georgetown University Law Library | 2018-11-19 | |
| Hamilton Public Library | 2019-05-01 | |
| Howard University Libraries | 2020-12-17 | |
| Ithaca College | 2020-09-09 | |
| John Stewart Memorial Library at Wilson College | 2020-12-21 | |
| Johns Hopkins | 2020-03-30 | |
| Kalamazoo College Library | 2018-11-14 | |
| Kalamazoo Public Library | 2019-03-18 | |
| Longwood Gardens | 2020-11-02 | |
| Manchester City Library | 2020-05-28 | |
| Marymount University | 2020-12-21 | |
| Occidental College Library | 2020-03-26 | |
| Philadelphia Museum of Art | 2021-01-28 | |
| Randolph-Macon College | 2020-03-24 | |
| Rhodes College | 2020-08-07 | |
| Rice University | 2020-04-02 | |
| Ruth Enlow Library | 2018-08-27 | |
| Salisbury Free Library | 2020-04-20 | |
| San Francisco Public Library | 2018-11-19 | |
| Sonoma County Libraries | 2019-01-09 | |
| South Asia Institute of Advanced Christian Studies (SAIACS) | 2021-04-20 | |
| Spokane Public Library | 2019-01-29 | |
| St. Mary's County Library (MD) | 2018-11-19 | |
| Swarthmore College | 2020-09-13 | |
| Texas A&M University Evans Library | 2020-03-24 | 2021-07-28 |
| Texas A&M University Medical Sciences Library | 2020-03-24 | 2021-07-28 |
| Tulsa Community College | 2020-08-07 | |
| UH Maui College | 2020-09-09 | |
| University of Arizona Libraries | 2020-04-11 | |
| University of Colorado Boulder | 2020-04-17 | |
| University of the District of Columbia | 2020-12-11 | |
| University of New Brunswick | 2021-05-17 | |
| University of Northern Iowa | 2021-04-20 | |
| University of Oklahoma Libraries | 2019-12-02 | |
| University of Rochester River Campus Libraries | 2020-09-21 | |
| University of the West | 2020-06-06 | |

**INTERROGATORY NO. 16:**

State, per year, the number of Internet Archive accounts held by people with print disabilities (https://archive.org/details/printdisabled?tab=about).

**RESPONSE TO INTERROGATORY NO. 16:**

In addition to its General Objections, the Internet Archive objects to this Interrogatory as vague and ambiguous, specifically with regard to the terms "accounts held by people with print disabilities." The Internet Archive maintains records of how many users with print disabilities have accounts that have been given access to materials limited to those with print disabilities, and provides this Response based on those records. The Internet Archive objects to this Interrogatory as overly broad, unduly burdensome, and disproportionate to the needs of this case, particularly to the extent it is not limited to a time relevant to the above-captioned lawsuit. The Internet Archive objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege, work-product doctrine, common-interest privilege, or any other applicable privilege or protection.

Subject to and without waiving the foregoing General and Specific Objections, the Internet Archive responds as follows:

| Year | Print Disability Access Eligible Users Added | Total Print Disability Access Eligible Users |
|---|---|---|
| 2017 | 2 | 2 |
| 2018 | 282 | 284 |
| 2019 | 2257 | 2541 |
| 2020 | 4116 | 6657 |
| 2021 | 4234 | 10891 |

The Internet Archive's investigation is ongoing. To the extent necessary, the Internet Archive will amend or supplement this Response as discovery continues.

13

**INTERROGATORY NO. 17:**

State, per year, the number of loans by Internet Archive of digitized copies of books not in the public domain in the Internet Archive's inlibrary collection (https://archive.org/details/inlibrary) to accounts held by people with print disabilities (https://archive.org/details/printdisabled?tab=about).

**RESPONSE TO INTERROGATORY NO. 17:**

In addition to its General Objections, the Internet Archive objects to this Interrogatory as vague and ambiguous, specifically with regard to the terms "accounts held by people with print disabilities." The Internet Archive maintains records of how many users with print disabilities have accounts that have been given access to materials limited to those with print disabilities, and provides this Response based on those records. The Internet Archive objects to this Interrogatory as overly broad, unduly burdensome, and disproportionate to the needs of this case, to the extent that the Interrogatory is requiring the Internet Archive particularly to ascertain the copyright status of books, and, in responding to this Interrogatory, the Internet Archive will refer to items in the "inlibrary" collection, which relate to books the Internet Archive does not know to be in the public domain. In responding to this Interrogatory, the Internet Archive is not making any representation as to the copyright status of the items in its inlibrary collection. The Internet Archive further objects to this Interrogatory to the extent it is not limited to a time relevant to the above-captioned lawsuit. The Internet Archive objects to this Interrogatory to the extent it is not limited to the Works. The Internet Archive objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege, work-product doctrine, common-interest privilege, or any other applicable privilege or protection.

Further, the term "loans" is unintelligible, impermissibly vague, and unclear. In responding to this Interrogatory, the Internet Archive provides the number of loans, but

14

represents that it is not synonymous with the number of downloads, which is a number that is not reasonably accessible to the Internet Archive. Indeed, the number of "loans" does not include the number of DAISY downloads.

Subject to and without waiving the foregoing General and Specific Objections, the Internet Archive responds as follows: The following are the number of loans to print disabled users, by month, starting with April 2019, which is the earliest full month in which such data exists:

| Month and Year | Print Disabled Loans |
| --- | --- |
| April 2019 | 1076 |
| May 2019 | 1841 |
| June 2019 | 1660 |
| July 2019 | 1784 |
| August 2019 | 1466 |
| September 2019 | 2091 |
| October 2019 | 1761 |
| November 2019 | 1624 |
| December 2019 | 1549 |
| January 2020 | 2485 |
| February 2020 | 2307 |
| March 2020 | 2643 |
| April 2020 | 3492 |
| May 2020 | 3892 |
| June 2020 | 3660 |
| July 2020 | 7309 |
| August 2020 | 7134 |
| September 2020 | 6653 |
| October 2020 | 8580 |
| November 2020 | 10045 |
| December 2020 | 9547 |
| January 2021 | 10576 |
| February 2021 | 13382 |
| March 2021 | 10540 |
| April 2021 | 10332 |
| May 2021 | 11499 |
| June 2021 | 10241 |
| July 2021 | 14061 |

| | |
|---|---|
| August 2021 | 13363 |
| September 2021 | 14535 |
| October 2021 | 14915 |
| November 2021 | 14180 |
| December 2021[1] | 16844 |
| TOTAL to Date (as of December 21, 2021) | **237067** |

The Internet Archive's investigation is ongoing. To the extent necessary, the Internet Archive will amend or supplement this Response as discovery continues.

**INTERROGATORY NO. 18:**

**RESPONSE TO INTERROGATORY NO. 18:**



---

[1] This is the total number of loans for December 1–21, 2021. Additional loans may have been made during the remainder of the month.

matt@oandzlaw.com
scott@oandzlaw.com

Attorneys for Plaintiffs
HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC,
JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 24, 2021, at Los Angeles, California.

_____

Moon Hee Lee