# McNamara Declaration Exhibit 115



CONFIDENTIAL
INTARC00142801



CONFIDENTIAL INTARC00142802



CONFIDENTIAL
INTARC00142803



CONFIDENTIAL                                                                                        INTARC00142804



CONFIDENTIAL
INTARC00142805

# 2.8M copies

added to Open Libraries through your participation

**CONFIDENTIAL**                                                                                                                  INTARC00142806



CONFIDENTIAL   INTARC00142807



The Forum marks the beginning of the #EmpoweringLibraries campaign, which will draw on the themes discussed at the event and turn them into action.

CONFIDENTIAL
INTARC00142808



Libraries rely on controlled digital lending to reach marginalized communities who cannot access physical books.

CONFIDENTIAL                                                                                                    INTARC00142809



The publishers lawsuit threatens these crucial library practices. In attempting to outlaw controlled digital lending, the publishers challenge the right of libraries to own and lend digital books. The impact on our most vulnerable communities, as well as on our cultural heritage, would be severe.

CONFIDENTIAL               INTARC00142810



The #EmpoweringLibraries campaign therefore aims to rally support for controlled digital lending and raise awareness of its key role in a society where knowledge is accessible for all and preserved for future generations.

CONFIDENTIAL
INTARC00142811

## Evangelical Seminary Decides Digital Library is Best for Students

Posted on September 28, 2020 by Caralee Adams



*Evangelical Seminary's Rostad Library, donates 80,000 books to the Internet Archive for digitization and preservation (July 14, 2020). Image courtesy Jason Scott, CC BY 2.0.*

As the global pandemic forced schools to remote instruction earlier this year, the pressure was on to make as many resources as possible available in digital form.

Evangelical Seminary moved its classes entirely online in March, closing most of its campus in Myerstown, Pennsylvania—including access to materials in the library. At the same time, the seminary

CONFIDENTIAL
INTARC00142812

### PM Press Sells Ebooks to Internet Archive: "We want our books to be in every library"

Posted on September 21, 2020 by Caralee Adams



Like any commercial publisher, Ramsey Kanaan wants to make money and have as many people as possible read his books. But he says his company, PM Press, can do both by selling his books to the public and to libraries for lending – either in print or digitally.

While most publishers only license ebooks to libraries, PM Press has donated and sold both print and ebook versions of its titles to the Internet Archive to use in its Controlled Digital Lending (CDL) program. By owning the copies, the Internet Archive ensures that the press's collection of publications is available to the public and preserved.

"We're not above profit making. It's with sales that we pay our salaries. Nevertheless, the reason we are also doing this is we actually believe in the information we are selling and we want to make it ac-

CONFIDENTIAL
INTARC00142813

# Author Shares Mentoring Expertise Through Controlled Digital Lending

Posted on September 17, 2020 by Caralee Adams

Rik Nemanick believes in the power of mentoring in the workplace. As an author, corporate consultant, and university instructor, he explains to business leaders and students how a mentor can bring the best out in others.



"A mentor is different from a teacher who imparts knowledge," Nemanick says. "A good mentor broadens someone's perspective and opens doors. It's about challenging someone's thinking and creating a relationship."

Over the years, the St. Louis businessman was urged to put his leadership development research and expertise into a book. Published in 2016 by Routledge, *The Mentor's Way: Eight Rules for Bringing Out the Best in Others,* is now available for lending through the Internet Archive.

"I want my message out there. I saw the Internet Archive as a way to make it more available to more people," Nemanick says of his recent donation to the Controlled Digital Lending program. "The book sitting on Amazon or a shelf

CONFIDENTIAL
INTARC00142814



CONFIDENTIAL



CONFIDENTIAL INTARC00142816



CONFIDENTIAL
INTARC00142817