# McNamara Declaration
# Exhibit 116



INTARC00141514

Link

SIGN IN

Search

ABOUT CONTACT BLOG PROJECTS HELP DONATE JOBS VOLUNTEER PEOPLE

This book can be borrowed for 14 days. Log In and Borrow

Liquid Assets

# Liquid assets : the critical need to safeguard freshwater ecosystems

by Postel, Sandra; Mastny, Lisa; Worldwatch Institute

Publication date 2005
Topics Wildlife, Life Sciences - Ecology, Science, Nature, Ecosystem management, Freshwater ecology, Watershed management, Science/Mathematics, Water-supply
Publisher Washington, D.C. : Worldwatch Institute
Collection inlibrary; printdisabled; internetarchivebooks; china
Digitizing sponsor Internet Archive

24 Borrows

DOWNLOAD OPTIONS

Link