# McNamara Declaration
# Exhibit 117



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HELP | JOURNAL TITLES | DATABASE TITLES | INTERLIBRARY LOAN | BROWSE BY | | | Login |

Menu ▼



**BOOK**
# The catcher in the rye

Salinger, J. D. (Jerome David), 1919-2010.

Boston : Little, Brown, 2001

📖 Not available - Lost ›

🔗 Available Online ›

**TOP**

**SEND TO**

**VIEW ONLINE**

**GET IT**

**LINKS**

**DETAILS**

**VIRTUAL BROWSE**

## Send to

 EXPORT BIBTEX    🖨 PRINT     ZOTERO/RIS     CITATION     QR

🔗 PERMALINK    ✉ EMAIL

## View Online

**Full text availability**

**Open Libraries** ↗
🛡 Access requires free Internet Archive account. Items are not always available.
📄 Internet Archive identifier: catcherinrye0000sali_u5n7

**Open Libraries** ↗
🛡 Access requires free Internet Archive account. Items are not always available.
📄 Internet Archive identifier: catcherinrye0000sali_n7t7

**DartDoc** ↗
📄 Service for requesting items

**Exhibit OD 17**

## Get It

**REQUEST:**    Borrow Direct ↗  /  DartDoc ↗

Please login to check if there are any request options.     Login

Ask Us Now!

Case 1:20-cv-04160-JGK-OTW   Document 96-134   Filed 07/07/22   Page 3 of 4

< BACK TO LOCATIONS

LOCATION ITEMS

**Baker-Berry Library**
Out of library , Stacks PS3537.A426 C3 2001
(1 copy, 0 available, 2 requests)

Lost since 01/21/2021 11:59 PM
Login to request item(s).

Request a Scan: Book Cha...

Borrow Direct 

## Links

Send Us Feedback ↗ >
Report a problem with this page.

Display Source Record ↗ >

## Details

| | |
|---|---|
| Title | The catcher in the rye |
| Creator | Salinger, J. D. (Jerome David), 1919-2010. > |
| Publisher | Boston : Little, Brown |
| Creation Date | 2001 |
| Edition | 1st Back Bay paperback ed. |
| Format | 277 pages ; 21 cm. |
| Identifier | LC : 00108915<br>ISBN : 0316769177<br>ISBN : 9780316769174<br>OCLC : (OCoLC)ocm45798952 |
| Language | English |
| Record Source | Library Catalog |
| MMS ID | 991023021459705706 |
| Local ID | b28717338 |

## Virtual Browse



Salinger, a biography  ©1999

The catcher in the rye  2001

Critical essays on Salinger's The catcher in the rye

J.D. Salinger's The catcher in the rye  2007

Ask Us Now!

©1990

Ask Us Now!