# McNamara Declaration
# Exhibit 118

MY ACCOUNT    HOURS & LOCATIONS    SERVICES    ABOUT    CITY HOME    Translate      Today 63 ° Haze



eLibrary    Events    Explore    Research

 Search    SEARCH

◉ Our Website    ◯ Our Catalog

Home  >  Explore  >  EBooks

# eBooks and eAudiobooks

## OverDrive eBooks, eAudiobooks, and Digital Magazines

An extensive collection of popular fiction, non-fiction, children's and teen books available in a variety of formats, including Kindle, EPUB, Adobe PDF eBooks and WMA and MP3 eAudiobooks. The Overdrive collection now includes digital versions of popular magazines.

You can browse, select, and download a book and be reading in minutes. OverDrive is our main supplier of eBooks and is compatible with many devices, including Kindles, Nooks, iPads/iPhones, Android, and Windows. You can even read eBooks right in your web browser.

You can access the collection through the OverDrive site or the Libby app.

Download the Libby app

  

CLICK HERE for more information about getting started with Overdrive and the Libby app.



Troubleshooting:
Libby Help

## Tumble Books

Animated books to enhance children's reading.

## Safari Tech Books

A specifically-tailored collection of over 36,000 technology, creative, and business books from leading publishers.

## Open Library

Access to 1.7 million scanned versions of books, and link to external sources like WorldCat and Amazon. Useful when tracking down a book no longer in print or held by a library.

### Explore sidebar

- Art in the Library
- Book Club
- Books and Media
- Burlingame and Hillsborough Newspaper Collection
- Burlingame Reads
- CA State Library Databases
- Census 2020
- Digital Magazines
- eBooks
- First Friday Art Series
- Library Equity Work
- Me, You, We Podcast
- The New York Times
- News Literacy
- Pride
- Streaming Video
- Summer Learning
- United Against Hate
- Winter Reading

 Kids     Teens     Book A Room     Streaming Video     FAQ     Suggest A Purchase    

© 2018 | Burlingame Public Library | 480 Primrose Road, Burlingame, CA 94010 | 650-558-7400

Powered by Revize  •  Login

Contact Us            Library Foundation
Search The Catalog   Careers @ The Library
Site Map             Suggest A Purchase



# READ · PLAY · LEARN

![Photo by Michael Morse from Pexels]

Photo by Michael Morse from Pexels

## Online Resources for Reading at Home With Kids in Kindergarten-2nd Grade

Here are some excellent online resources for reading at home with kids in Kindergarten-2nd grade, featuring children's literature, authors, and eBooks and audiobooks that you can access from your computer or device.

### Books and Authors

100+ Free Video Read Alouds: High quality picture book video read alouds collected by The Indianapolis Public Library.

The Big List of Children's Authors Doing Online Read-Alouds & Activities: Comprehensive and updated list provided by We Are Teachers.

KidLit TV: KidLit TV is the place to discover great children's books and connect with the people who create them. Includes video read alouds, podcasts, book trailers, drawing tutorials, crafts and activities.

Read Wonder and Learn: Authors & Illustrators Share Resources for Learning Anywhere - Spring 2020: A growing collection of resources that include everything from first-chapter and picture book read-alouds (all shared with permission!) to drawing and writing mini-lessons. Be sure to check back often, as new resources will be added every day. Click here for resources for PreK-2nd grade.

Storyline Online: The SAG-AFTRA Foundation's award-winning children's literacy website, Storyline Online, streams videos featuring celebrated actors reading children's books alongside creatively produced illustrations. Readers include Viola Davis, Chris Pine, Lily Tomlin, Kevin Costner, Annette Bening, James Earl Jones, Betty White and dozens more.

### eBooks and Audiobooks

Audible Free Streaming: Great selection of kids audiobooks for instant streaming. All stories are free to stream on your desktop, laptop, phone or tablet.

AudioBookCloud: All-ages audiobook database.

International Children's Digital Library: A digital library of outstanding children's books from around the world, available online free of charge.

Kanopy for Kids Animated Picture Books: Did you know that besides movies, Kanopy for Kids also has more than 200 animated picture books? To access them, sign in to Kanopy and then go to Kids-->Browse-->Story Time to access the collection!

Open Library: The ultimate goal of the Open Library is to make all the published works of humankind available to everyone in the world. They provide access to 1.7 million scanned versions of books. Here are some Children's and Young Adult collections to get you started: Children's Literature, Baby Books, Picture Books, Bedtime Books, Stories in Rhyme, Juvenile Literature, Young Adult Fiction.

Oxford Owl: Free eBook library containing over 100 books for children ages 3–11.

Sora: Sora is Overdrive's app designed for K-12 schools. Denver Public Schools (DPS) and Denver Public Library (DPL) have turned on the Sora Public Library Connect feature that allows students to access the DPL Overdrive collection from their DPS Overdrive account. One login now gives students access to two eBook collections! Our DPS library friends have created this great video about how to link accounts in Sora. Happy eBook reading!

Tumblebooks: eBook database for children Kindergarten-6th grade.

Unite for Literacy: Unite online library provides free access to more than 400 original picture books, one fourth of them written in Spanish. The digital books provide audio narrations in more than 40 languages, spoken by native speakers in warm, expressive voices. The languages of narration include indigenous and endangered languages along with languages most widely spoken in the US.

### ASL Storytimes, Books and Resources

ASLized Library: Videos of community-owned literary works that were produced by the authors themselves. Great ASL storytime videos selected for the sake of preservation and promotion.

ASL Literacy Activities by Motion Light Lab: Free ASL Literacy resources for everyone with over 17 weeks worth of content. Sign up for free to access ASL storytelling, ASL lessons, worksheets, and more!

Boston University's Deaf Education Library: Crowdsourced collection of lessons for many academic subjects, all in ASL and English.

Transformed Deaf ASL Booktime: ASL storytimes that offer that representation for Black and Brown Deaf students.

VL2 Storybook Apps: Award-winning VL2 Storybook Apps service is now being offering an app for free each week! These apps are designed based on research on visual learning and bilingualism, and support literacy development in deaf children. Storybook apps are available in ASL/English as well as in other languages.

For more listening fun, here are some great podcasts to share with kids of all ages!

For DPL's Live Storytimes, check out our schedule!

---

Does this page inspire you to Read · Play · Learn with your child?

Yes   No

My Account  |  Hours & Locations

Select Language   

Home | Books + More | eResources | Events | Services | Kids | Teens | About Us

Mesa County Libraries Home / LibGuides / Downloadable and Streaming Media / OverDrive eBooks, eAudio, eVideo

# Downloadable and Streaming Media: OverDrive eBooks, eAudio, eVideo

Download ebooks, audiobooks, video and magazines from your library.

Search this Guide    Search

| Downloadable and Streaming Media Home | Libby - ebooks, audiobooks, magazines | OverDrive eBooks, eAudio, eVideo | Hoopla |
| Lifelong Learning (Universal Class, Mango Languages, Learning Express) | Kanopy Streaming Movies | Library Podcast |
| Help and Troubleshooting | Just for Kids |

**ANNOUCEMENT**

The OverDrive App will be removed from the Apple App Store, Google Play Store, and the Microsoft Store on February 23, 2022 and will not be available for redownload. Users with Apple, Android, and PC devices will need to use the **Libby app** or libbyapp.com instead or access the OverDrive website from a browser at **marmot.overdrive.com**.

## Get Help

- **OverDrive Help** - help for all devices and formats
- **Troubleshooting** - various topics
- Tech Table @ Central 5-6 pm every Monday, drop-in help
- Tech Table @ Central 12-2 every Tuesday, drop-in help
- Call local branch for class availability
- **Book a Librarian**
- **Contact Us**

## OverDrive How-To Handouts

- Audiobooks for PC/Mac/Transfer to Device
- Ebooks for PC/Mac
- Kindle and Kindle App (all models)
- Microsoft Surface Tablet
- Nook GlowLight PLUS
- Nook - SimpleTouch, Glow (old model) and Sony (non-wifi model)
- OverDrive Read & OverDrive Listen (streaming from browser)
- Libby - eBooks, eAudiobooks, eMagazines

## Free eBooks from the web

- **Project Gutenberg**
  Public domain ebooks ready for tons of devices
- **Many Books**
  Easy to use, more than 29,000 free ebooks
- **Open Library**
  Open Library is an open, editable library catalog, building towards a web page for every book ever published
- **Internet Archive**
  Non-profit library of millions of free ebooks, movies, software, music, and more
- **Book Boon**
  Free ebooks and textbooks

## Free eAudio from the web

- **Librivox**
  Public domain audiobooks
- **Free Classic Audiobooks**
  Public domain audiobooks
- **Learn Out Loud**
  Free education audio and video
- **Project Gutenberg**
  More public domain audiobooks

Last Updated: Feb 4, 2022 1:17 PM  |  URL: https://guides.mesacountylibraries.org/downloads  |  Print Page

Login to LibApps
Report a problem.

**Subjects:** Computers and Technology, Reader Resources  **Tags:** audiobooks, books, downloadable media, downloads, ebooks, emedia, emusic, evideo, kindle, nook, overdrive, portable devices, sony, troubleshooting



443 North 6th Street | Grand Junction, CO 81501 | (970) 243-4442





# E-Books And More

All | Audio Books | eBooks | eMagazines | Music | Video

## Family History Books

Family Search

Search and view thousands of books from our collection scanned and digitized by Family Search.

## Freegal

Download songs from the Sony Music Entertainment catalog as well as thousands of other labels, and keep them for free. Library users have a weekly download limit and the library may have an overall weekly limit, too.

Click here for more information

## Gale eBooks

Gale Virtual Reference Library

Access to OCPL's collection of Gale/Cengage reference ebooks, which can be searched simultaneously or individually.

Topics include biography, business, fashion, history, law, literature, medicine, religion, science, and social science.

Tutorial Video

## Hoopla

Hoopla

Please Note: Access to Hoopla is determined by your 'home' library. [See which libraries have access to Hoopla]
http://www.onlib.org/find/e-books-and-more/hoopla

Patrons can stream movies, TV shows, audiobooks and music when they have a connection OR download movies, TV shows, audiobooks and music to their device and enjoy them offline. The download button appears when the item is checked out. Please note that this service has a daily checkout limit that resets at midnight. Borrowing halts for the day when the limit is reached, and re-starts at midnight.

PLEASE NOTE: Central and City of Syracuse branch patrons can have up to six (6) checkouts per month per patron.

Click here for more information

## Overdrive

OverDrive Digital collection

The OverDrive Digital collection includes currently popular e-books in epub, Kindle, and pdf formats, as well as downloadable audiobooks, and music.

You can download the items and check them out on your library card just like a regular book.

Titles can be read or played on tablets, e-readers, computers and more.

Meet LIBBY, the new eBook / Audiobook app by Overdrive.

Click here for more information

## Salem Press Online

Salem Press Online

Individual ebook titles covering topics in history, biography, health, science and careers. Unlimited simultaneous use means these titles are always available. Search one title or across all Salem content.

## The Following are Free Services - No Library Card Needed

## Audible

Audible.com

For as long as schools are closed, we're open. Starting today, kids everywhere can instantly stream an incredible collection of stories, including titles across six different languages, that will help them continue dreaming, learning, and just being kids.

All stories are free to stream on your desktop, laptop, phone or tablet.

Explore the collection, select a title and start listening.

## Google Books

Google Books

Google Books is a great way to find millions of great books you can preview or read for free.

## Internet Archive

The Internet Archive

The Internet Archive provides access to ebooks, music, audiobooks, and a lot more, and is a 501(c)(3) non-profit. Its purpose includes offering permanent access to historical

Find
Ask
E-Books And More
New to eContent? Start Here
eBook FAQs
Using The Library
Available Technology

collections that exist in digital format to researchers, historians, scholars, people with disabilities, and to the general public. The Internet Archive includes texts, audio, moving images, and software as well as archived web pages.

### Jamendo



Jamendo hosts over 7,000 albums for you to download for free and then review or share.

### LibriVox



LibriVox provides free audiobooks from the public domain. There are several options for listening. They are powered by volunteers, and are a non-commercial, non-profit, and ad-free project, donating their recordings to the public domain.

### New York State Talking Book & Braille Library



The New York State Talking Book and Braille Library (TBBL) lends audio and braille books and magazines, and the necessary playback equipment, to residents of the 55 upstate counties of New York State who are unable to use standard printed materials because of a visual or physical disability.

### NFB-NEWSLINE - Breaking News



NFB-NEWSLINE is a free audio news service for anyone who is blind, low-vision, deafblind, or otherwise print-disabled that offers access to Breaking News.

### Open Library



Open Library is an ever growing virtual catalog with individual webpages for millions of books. Contains a collection of over 1,000,000 free eBooks as well as an eBook lending program for registered users. [Project of the Internet Archive.]

### Project Gutenberg



Largest collection of free eBooks on the internet. This collection is mainly focused on many classic works and other titles in the public domain. Available in a wide variety of formats to use on different devices.

### PureVolume



PureVolume is a website for the discovery and promotion of new music and emerging artists. Each artist has a profile that typically contains basic info, updates, photos, shows and music for streaming. Artists have the option of making each of their songs available for free download. Listeners and fans can also create profiles to interact with artists and each other, as well as track and share music they like.

### The Internet Archive Music Collection



The Internet Archive music collection provides access to nearly 600 virtual record labels found in the Netlabels collection, the unique contemporary compositions and performances found in the Other Minds collection, and the hundreds of popular songs from the early 20th Century found in the 78 RPM collection.

**Onondaga County Public Libraries**
Central Library & Administrative Offices
447 S. Salina St.
Syracuse, NY 13202
Phone: 315.435.1900
Email: reference@onlib.org

Privacy Policy

**About OCPL**
Administration
Board Of Trustees
Employment at OCPL
Mission & History
OCPL System Information

Language or Disability
Access Assistance

**Using The Library**
How To Get a Card
Using Your Library Card
Library Takeout
Librarian Specials
Fines & Fees

Onondaga County does not discriminate on the basis of race, color, national origin, gender or gender identity, sexual orientation, or disability in employment or the provision of services..