# McNamara Declaration Exhibit 124

| | |
|---|---|
| From: | Courtney, Kyle K. |
| Sent: | Friday, August 3, 2018 2:44 AM EDT |
| To: | Michelle Wu; Lila Bailey; ▮@librarylaw.com; Schultz, Jason |
| CC: | Michelle Wu; David Hansen, J.D. |
| Subject: | last draft CDL |
| Attachments: | DRAFT White Paper on Controlled Digital Lending of Library Books.edit 6.5.docx |

Good Evening -

Yes, its late, but it worth it! Dave and I had the good fortune to both be in Cambridge for the last 4 days together (on and off) and pushed through this final version.

Attached is the last draft version of the White Paper on Controlled Digital Lending. We addressed nearly all of your comments, edits, suggestions, and grammatical insights - many thanks! And, of course, we welcome any further insights - but all in all, this feels to be 99.9% done (so to speak - a few footnote fixes, phrases, etc.). Let us know what you think!

Starting next week, we will begin to share with our top affiliates/endorsers (Pam, Kevin Smith, Kenny, etc.) and then I will work on booking meeting time with ALA/ARL.

Thanks all!

Best,

Kyle

CONFIDENTIAL                                                                                               INTARC466850