# McNamara Declaration

# Exhibit 127

| | |
|---|---|
| **From:** | Chris Freeland |
| **Sent:** | Monday, August 20, 2018 2:15 PM EDT |
| **To:** | Sebastian Hammer |
| **Subject:** | Re: CDL Whitepaper? |

Hey Sebastian - The white paper & Statement on controlled digital lending is still on track for this fall.  It's a bit out of my hands (IA is officially NOT leading the effort for the sake of being impartial) but I do believe the authors will be making it available before our Oct 18 Open Libraries Forum.

We should chat. The rest of this week is maxed out, but my schedule is pretty loose next week, especially on Tuesday or Thursday - any chance you've got an hour to spare on either day to catch up?

Chris

---
Chris Freeland
Director of Open Libraries
Internet Archive
████████████████@archive.org
@chrisfreeland
████████████████

On 2018-08-20 11:51, Sebastian Hammer wrote:

Hi Chris,

I just wanted to check if there were any news. I'm getting on a call with a few library deans this PM to talk about possible implications, and it'd be nice to know what the latest is.

--Sebastian

CONFIDENTIAL