# McNamara Declaration Exhibit 129

| | |
|---|---|
| From: | Wendy Hanamura |
| Sent: | Monday, April 2, 2018 9:53 PM EDT |
| To: | David Rumsey; Abby Smith Rumsey; Paula MacKinnon; Anasuya Sengupta; Bethany Nowviskie; Carole Palmer; Chris Coward; David Rosenthal; Victoria Reich; Geoff Harder; Gerald R. Beasley; Scates Kettler, Hannah R; Lawrence Wilkinson; Jim Fruchterman; Martha Kanter; Lisa A Petrides, Ph.D.; Michelle M. Wu; Michael Furlough; Nirmita Narasimhan; Marlin, Mike@CSL; Pam Samuelson; Susan Hildreth; Vint Cerf; Peter Jaszi; Kyle Courtney; John Fraser; Cohen, Daniel; Beverly Sheppard; Jeff Ubois; Cecilia Conrad; Molyneaux, Kristen |
| CC: | Chris Freeland; Jim Michalko; Brewster Kahle; John C Gonzalez |
| Subject: | Please Meet Our Director of Open Libraries, Chris Freeland |

Dear Open Libraries Advisors & Supporters,
In the last few months, we have been moving forward with Open Libraries--a vision to bring millions of books to digital learners who have little or no access to them.

One of the most exciting developments for Open Libraries is the addition of a new Director to move the project forward. I'm so pleased to introduce you to **Chris Freeland, Director of Open Libraries**--one of four new leaders who are bringing this vision forward. To read more about Chris, click here.

Chris joins us from Washington University in St. Louis, where he was Associate University Librarian. But he's been a friend and partner of the Internet Archive's for a decade, ever since he helped to found the Biodiversity Heritage Library. Chris will be ably assisted by Sr. Advisor, **Jim Michalko**; **John Gonzalez** continues to work toward bringing books to those with disabilities that impact reading.

Other milestones include:

- **Publishing our "wishlist" of books** to build the 4M book collection: click here to learn more
- Moving forward to **build the 4M book collection** with early adopters in California, including SFPL, LAPL and Sacramento Public Library
- Receiving $1.7 million (thus far) from the mysterious Bitcoin philanthropist behind the Pineapple Fund: read more here
- Drafting agreements to offer books to those with disabilities that impact reading through local libraries

Chris would like to meet and learn from you all. He is based in St. Louis and will be at the ALA convention in New Orleans. I hope you will join us for an Open Libraries-focused dinner at ALA. Onward!

best regards,
Wendy
--
**Wendy Hanamura**
Director of Partnerships
▬▬▬▬▬
▬▬▬▬▬ (mobile)

**Internet Archive**
300 Funston Ave
San Francisco, CA 94118

███████@archive.org
SKYPE: ███████████
@whanamura

CONFIDENTIAL                                                              INTARC00412870