# McNamara Declaration

# Exhibit 130

# Internet Archive Blogs

*A blog from the team at archive.org*



Blog    Announcements    25th Anniversary    archive.org    About    Events    Developers    Donate

## Knocking Down the Barriers to Knowledge: Lila Bailey wins IP3 Award

Posted on August 10, 2020 by Wendy Hanamura





*Lila Bailey, Esq.—Policy Counsel for the Internet Archive*

This week, Public Knowledge, the public interest policy group, announced the winners of its 17th annual IP3 Awards. IP3 awards honor those who have made significant contributions in the three areas of "IP"—intellectual property, information policy, and internet protocol. On September 24, the 2020 Intellectual Property award will be presented to **Lila Bailey,** Policy Counsel at the Internet Archive.

"She has been a tremendous advocate and leader behind the scenes on behalf of libraries and archives, ensuring both can serve the public in the digital era," said Chris Lewis, President and CEO of Public Knowledge. "Working at the intersection between copyright and information access, Lila has been instrumental in promoting equitable access to contemporary research through **Controlled Digital Lending** — the library lending practice currently under threat because of a legal challenge from large commercial publishers."

"My whole career has been leading up to this moment," Bailey mused, speaking about her role defending the Internet Archive against the publishers' copyright lawsuit. "This is what I went to law school to do: to fight for the democratization of knowledge."

### Recent Posts

- Building a Better Internet: Internet Archive Convenes DC Workshop
- July Book Talk: The Library: A Fragile History
- Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- June Book Talk: The Catalogue of Shipwrecked Books
- GITCOIN Grants: Donate a Few Tokens, Defend a Public Treasure

### Recent Comments

- Superman on July Book Talk: The Library: A Fragile History
- aho on Building a Better Internet: Internet Archive Convenes DC Workshop
- Superman on Building a Better Internet: Internet Archive Convenes DC Workshop
- Superman on Building a Better Internet: Internet Archive Convenes DC Workshop
- Patrick Winn on Building a Better Internet: Internet Archive Convenes DC Workshop

### Categories

- 78rpm
- Announcements
- Archive Version 2
- Archive-It
- Audio Archive
- Books Archive
- Cool items
- Education Archive



*Lila Bailey, center, with lawyers and librarians Michelle Wu, Lisa Weaver, Jim Michalko, Michael Blackwell and Tom Blake in 2019, during visits to Capitol Hill where they helped explain Controlled Digital Lending to key legislators.*

As a law school student at Berkeley Law, Bailey was a student attorney at the Samuelson Law, Technology & Public Policy Clinic, where she laid the legal groundwork for the Internet Archive's Television News Archive.

In private practice at Perkins Cole, Bailey won the Pro Bono Leadership award for her tireless work defending the Internet Archive's Wayback Machine against a legal challenge.

Bailey later went on to work for Creative Commons, helping to ensure that everyone everywhere has access to high quality, open educational resources. She served as a fellow at the Electronic Freedom Foundation, and later returned to Berkeley Law as a Teaching Fellow to help train the next generation of public interest technology lawyers.

> *"Now that our lives are largely online, copyright law, which is supposed to promote creativity and learning, sometimes creates barriers to these daily activities. The work I am doing is to try to clear some of those barriers away so we can realize that utopian vision of universal access to knowledge."*
>
> *–Lila Bailey*

Since joining the Internet Archive as Policy Counsel in 2017, Bailey has focused on building a community of practice around Controlled Digital Lending (CDL). Although the library practice has existed for more than a decade, Bailey has been working with Michelle Wu, Kyle K. Courtney, David Hansen, Mary Minow and other legal scholars to help libraries navigate the complex legal framework that allows libraries to bring their traditional lending function online. Today, with hundreds of endorsers, Controlled Digital Lending defines a legal pathway for libraries to digitize the books they already own and lend them online in a secure way.

"As a copyright lawyer, I find her to be an incredibly inspiring colleague, a natural leader, and great person," said Harvard Copyright Advisor, Kyle Courtney, who works with Bailey on the CDL Task Force. "I know that her work creates a multiplier effect that can inspire others, like myself, to advocate for greater access to culture and enhance a library's role in the modern world."

So what drives this intellectual property warrior forward? "Access to knowledge matters to everyone. It's the great equalizer. That is what the internet has given us—this vision of everyone having equal ability to learn and also to teach, to read and also to speak," she explained. "Now that our lives are largely online, copyright law, which is supposed to promote creativity and learning, sometimes creates barriers to these daily activities. The work I am doing is to try to clear some of those barriers away so we can realize that utopian vision of universal access to knowledge."

- Emulation
- Event
- Image Archive
- Jobs
- Lending Books
- Live Music Archive
- Movie Archive
- Music
- News
- Newsletter
- Open Library
- Past Event
- Software Archive
- Technical
- Television Archive
- Upcoming Event
- Video Archive
- Wayback Machine – Web Archive
- Web & Data Services

## Archives

Select Month

## Meta

- Log in
- Entries feed
- Comments feed
- WordPress.org

On September 24, IP3 Awards will also be presented to **Matthew Rantanen** (Canadian Cree), Director of Technology for the Southern California Tribal Chairmen's Association and Director for the Tribal Digital Village Network Initiative,  **Geoffrey C. Blackwell** (Chickasaw, Choctaw, Omaha, Muscogee Creek), Chief Strategy Officer and General Counsel for AMERIND, for their work establishing AMERIND Critical Infrastructure, focused on closing the digital divide in Indian Country. Also being honored is **Stop Hate for Profit**, a campaign that organized a mass boycott of Facebook advertising.

Previous IP3 Award winners include Bailey's mentors Professor Pam Samuelson and Internet Archive founder, Brewster Kahle; along with many of her heroes including professors Peter Jaszi, Lateef Mtima, and Rebecca Tushnet. Be sure to attend the award ceremony on **September 24, 6-8 PM ET**,  by registering here.



Posted in News | Tagged access to knowledge, CDL, controlled digital lending, copyright, intellectual property, internet archive, Public Knowledge | 8 Replies

← Even More Impacts of the National Emergency Library and Controlled Digital Lending

Community Networks Adapt to New Realities Under COVID: A DWeb Meetup Recap →

**8 thoughts on "Knocking Down the Barriers to Knowledge: Lila Bailey wins IP3 Award"**


**Reader**
August 11, 2020 at 4:09 am

Lila Bailey is doing great work. So much a burden of a task! Surely, she might need more help to contend with the four firm prosecution team. It's overwhelming odds in how they will nit-pick and so on.


**Flores**
August 16, 2020 at 2:25 pm

Thank You Lila Bailey!! Being able to access knowledge is a basic human right..


**Capptain Mark**
August 11, 2020 at 6:57 am

Amazing lady!!


**Suzanne Smith Schlabs**
August 11, 2020 at 4:54 pm

Thank You Lila Bailey!! Being able to access knowledge is a basic human right.


**Xourx Web Design**
August 11, 2020 at 4:58 pm

Miss with tireless effort



**เว็บคาสิโนออนไลน์ ฟรีเครดิต**
August 12, 2020 at 3:27 am

You were great and everyone received so much from your experience and knowledge
Absolutely amazing, thank you for sharing your knowledge with me.



**Zilla**
August 15, 2020 at 1:47 pm

it is always great to see people getting the recommendations they deserve especially in a world today where people do not give people their roses when they are alive. Congrats to her. She is a big winner.

**Nancy West**
August 17, 2020 at 1:56 am

Lila Bailey,

You are a roll model to all of us!

Comments are closed.

Proudly powered by WordPress