# McNamara Declaration
# Exhibit 140

# Controlled Digital Lending by Libraries

Position Statement ▾   White Paper ▾   ILL Statement ▾   FAQ   Further Reading

Position Statement / Signatories to the Position Statement on Controlled Digital Lending by Libraries

## Signatories to the Position Statement on Controlled Digital Lending by Libraries

### Institutional

| | | |
|---|---|---|
| Anabaptist Mennonite Biblical Seminary Library | Harvard Graduate School of Education Gutman Library | SCELC |
| Asociación Nacional de Bibliotecarios, Archivistas y Afines de Venezuela (ANBAA) | Institute for the Study of Knowledge Management in Education (ISKME) | South Central Regional Library Council |
| Association of Research Libraries | Internet Archive | SPARC |
| Association of Southeastern Research Libraries (ASERL) | Internet Archive Canada | SportsLibrary.org |
| Authors Alliance | Ithaca College Library | St. Mary's County Library |
| Better World Books | James Madison University | Substance Abuse Librarians & Information Specialists (SALIS) |
| Boston Public Library | James Madison University | Texas A&M University |
| Califa Group | Johns Hopkins University Libraries | The Council of Connecticut Academic Library Directors (CCALD) |
| California Digital Library | Kalamazoo College Library | UC Berkeley Library |
| California State University Libraries | LaGuardia Community College Library Department | UC Davis Library |
| Center for Research Libraries (CRL) | Legal Information Preservation Alliance (LIPA) | UC Riverside Library |
| Chief Officers of State Library Agencies | Lehigh University Library | UC San Francisco Library |
| City University of New York Office of Library Services | Lore Media Inc | UC Santa Barbara |
| Clemson University | Los Angeles Public Library | UConn Library |
| College of Staten Island, CUNY | LSU Libraries | UNC Chapel Hill Libraries |
| Colorado Alliance of Research Libraries | Metropolitan New York Library Council | University of Oklahoma Libraries |
| Cornell University Library | Multnomah County Library | University of Colorado - Boulder |
| Council of Connecticut Academic Library Directors (CCALD) | NCSU Libraries | University of Kansas Libraries |
| Digital Library Federation | New York Theological Seminary | University of Massachusetts, Amherst, University Libraries |
| Digital Public Library of America | Open Humanities Press | Ursula C. Schwerin Library, NYC College of Technology, City University of New York |
| Duke University Libraries | Phillips Academy, Andover, Oliver Wendell Holmes Library | |
| EveryLibrary | Ruth Enlow Library of Garrett County | Vermont Mutual Aid Society |
| Florida Virtual Campus (FLVC) | Sacramento Public Library | |
| Fondazione Casa di Oriani - Ravenna | San Francisco Public Library | |

### Individual

**Beth Adelman**
Director of Charles B. Sears Law Library and Vice Dean for Legal Information Services
University at Buffalo School of Law

**Jonathan Askin**
Professor of Clinical Law
Brooklyn Law School

**Melissa J. Bernstein**
Library Director and Professor of Law
James E. Faust Law Library, S.J. Quinney College of Law
University of Utah

**Chris Bourg**
Director of Libraries
Massachusetts Institute of Technology

**Jessie Wallace Burchfield**
Associate Dean for Information and Technology Services, Law Library Director and Associate Professor of Law
Bowen School of Law Library University of Arkansas at Little Rock

**Robert Darnton**
Carl H. Pforzheimer University Professor, Emeritus and University Librarian, Emeritus
Harvard University

**Elizabeth Townsend Gard**
Jill. H and Avram A. Glazer Professor in Social Entrepreneurship, Co-Director, Tulane Center for IP, Media & Culture
Tulane University Law School

**Peggy Hoon**
Director of Copyright Policy and Education
Louisiana State University

**Faye E. Jones**
Director and Clinical Professor of Law
Albert E. Jenner Memorial Law Library University of Illinois At Urbana-Champaign College of Law

**Ariel Katz**
Associate Professor, Innovation Chair in Electronic Commerce Faculty of Law
University of Toronto

**Jocelyn Kennedy**
Executive Director
Harvard Law School Library

**Yvette Joy Liebesman**
Professor of Law
Saint Louis University School of Law

**Lydia Pallas Loren**
Henry J. Casey Professor of Law
Lewis & Clark Law School

**Michael J. Madison**
Professor of Law
University of Pittsburgh School of Law

**Neal Baker**
Library Director
Earlham College

**Michelle Sprague**
Adult Services & Outreach Library Assistant
Goffstown Public Library

**Stephen Spong**
Copyright Services Librarian
Centennial College

**James O'Donnell**
University Librarian
Arizona State University

**Tinghui Duan**
Research Assistant
Friedrich Schiller University Jena, Germany

**Lisa Radha Weaver**
Director Collections and Program Development
Hamilton Public Library

**Aida Rudnik**
Manager, Technical Services
Hamilton Public Library

**Jaime Anderson**
Collection Services Division Manager
Sonoma County Library

**Karen Milligan**
Manager, Local History & Archives
Hamilton Public Library

**Geoffrey Skinner**
Librarian
Sonoma County Library

**Matt Abbott**
Manager, Collections & Extension Services
Hamilton Public Library

**Monica Socol**
Manager, Digital Technology Services
Hamilton Public Library

**Laurisa Stubblefield**
Circulation and Resource Sharing Librarian
Boley Law Library, Lewis and Clark Law School

**Tony Del Monaco**
Director, Finance & Facilities
Hamilton Public Library

**Robert Roose**
Support Services Director
Spokane Public Library

**Rebecca Meng**
Librarian, Document Delivery Services
Memorial Sloan Kettering Cancer Center

**Raghavendra K R**
Head Resource Centre

**Tinghui Duan**
Mr.
Friedrich Schiller University Jena

**Matt Upson**
Associate Dean, Research & Learning Services
Oklahoma State University Libraries

**Andrew White**
University Librarian
Wesleyan University

**Alex R. Hodges**
HGSE Faculty & Director, Gutman Library
Harvard University

**Laurie Taylor**
Senior Director for Library Technology and Digital Strategies
University of Florida

**NANCY ZANDER**
PROFESSOR EMERITI
ILLINOIS WESLEYAN UNIVERSITY

**Stephanie Gross**
Librarian
Yeshiva University

**Samuel Trosow**
Associate Professor
University of Western Ontario; Faculty of Law and Faculty of Information & Media Studies

**Howard Besser**
Professor of Cinema Studies & Founding Director of Moving Image Archiving & Preservation
New York University

**Simone Schloss**
Assistant Acquisitions Librarian
Teachers College Columbia University

**Rebecca L Nesvet**
Dr
University of Wisconsin

**Stavros Macrakis**
Founder
Travel Guide Systems

**Matthew Kopel**
Copyright Specialist
Cornell University Library

**Amada MARCOS**
Dean of Librarians
IE University

**Adriene Lim**
Dean of University Libraries
University of Maryland, College Park

**Corie Dugas**
Executive Director
NELLCO Law Library Consortium, Inc.

Susan Nevelow Mart
Associate Professor and Director of the Law Library
Colorado Law, University of Colorado - Boulder

Teresa Miguel-Stearns
Law Librarian and Professor of Law
Yale Law School

Lateef Mtima
Professor of Law and Director, Institute for Intellectual Property and Social Justice
Howard University School of Law

Aaron Perzanowski
Professor of Law
Case Western Reserve University School of Law

Blake E. Reid
Assistant Clinical Professor
Colorado Law

Jorge R. Roig
Associate Professor of Law
Charleston School of Law

Pamela Samuelson
Richard M. Sherman Distinguished Professor of Law and Information
University of California - Berkeley

Courtney Selby
Associate Dean for Information Services, Director of the Law Library and Professor of Law
Maurice A. Deane School of Law at Hofstra University Law Library

Chris Shaffer
University Librarian
University of California, San Francisco

Jessica Silbey
Professor of Law
Northeastern University School of Law

Ronald E. Wheeler
Director of Fineman & Pappas Law Libraries, Associate Professor of Law and Legal Research
Boston University Law

Beth Williams
Senior Lecturer in Law, Director Robert Crown Law Library
Stanford Law School

Amanda Watson
Director of the O'Quinn Law Library and Assistant Professor of Law
University of Houston Law Center

Michael Wolfe
Intellectual Property Fellow
Duke Law Center for the Study of the Public Domain

Matthew Sag
Professor of Law
Loyola University Chicago School of Law

Julie E. Cohen
Mark Claster Mamolen Professor of Law and Technology
Georgetown Law

Steven Mandeville-Gamble
University Librarian
University of California, Riverside

Paul Heald
Richard W. and Marie L. Corman Professor of Law
University of Illinois at Urbana-Champaign College of Law

Jeff MacKie-Mason
University Librarian, Chief Digital Scholarship Officer, Professor, School of Information and Professor of Economics
University of California, Berkeley

Lea Shaver
Professor of Law and Dean's Fellow
Indiana University Robert H. McKinney School of Law

Simon Canick
Associate Dean for Law Library and Technology and Law School Professor
University of Maryland, Francis King Carey School of Law

Jennifer M. Urban
Clinical Professor of Law
University of California, Berkeley

Leah Prescott
Associate Law Librarian for Digital Initiatives and Special Collections
Georgetown University Law Library

Jim O'Donnell
University Librarian
Arizona State University

Justin A. Gardner
Special Collections and Cataloging Librarian
APH Migel Collection

Rebekah Kim
Head Librarian
California Academy of Sciences

Bethany Nowviskie
Director, Digital Library Federation
Digital Library Federation

National Institute Of Fashion Technology, Bengaluru

Austin Schertz
Director of Development
Better World Books

Kenn Rabin
Owner
Fulcrum Media Services

Wilhelmina Randtke
Digital Library Services and Open Educational Resources Coordinator
Florida Academic Library Services Cooperative

Jeff Sharpe
Senior Digitization Manager
Internet Archive

Ulysses Jaen
Director & Associate professor
Ave Maria Law

Michael Rodriguez
Collections Strategist
University of Connecticut Library

Lawrence Lessig
Roy L. Furman Professor of Law and Leadership
Harvard Law School

Allison R Lightfoot
Public Services Librarian
Story Library at Central Baptist College

Peter Mahler
Curator
The Mahler-Vidal Archives

Melinda Dolan
Systems Coordinator Librarian
Phillips Exeter Academy Library

Rebecca Richardson
Assistant Dean for Collections and Access
Purdue University Libraries

Cindy Kristof
Head, Copyright & Scholarly Communication
Kent State University

Victoria Murgante
Public Service Representative
Essa Public Library

David B. Malone
Dean of the Library
Calvin University

Cheryl Gowing
Assoc.,Dean, Library Information Systems & Facilities
University of Miami

Daria Masia
Ms
Brent Libraries

Meghan Kwast
Head of Collection Management Services
California Lutheran University

Rebecca Richie
Director of Student Resources
Eternity Bible College

Robin N Sinn
Coordinator, Office of Scholarly Communication
Johns Hopkins University

Karen Rupp-Serrano
Associate Dean, Scholarly Communication and Resources
University of Oklahoma Libraries

Maria Aghazarian
Scholarly Communications Librarian
Swarthmore College Libraries

Renee Kuhles
Faculty Librarian
Austin Community College

Robert Heyer-Gray
Head of Collection Strategies
University of California, Davis

Adrian Ho
Director of Digital Scholarship
University of Kentucky Libraries

Kristen Heldmann
graduate student
Emporia State University

Romy Otayek
Libraire
Coop HEC

Brian McMillan
Director, Music Library
University of Western Ontario

Perry Collins
Scholarly Communications Librarian
University of Florida

Barbara J Ramsay
Evening / Weekend Supervisor
University of WI Law Library

Joe Lucia
Dean of Librariws
Temple University

Stephen Marsh
Associate Professor of Trust Systems
Ontario Tech University

Arturo E. García Niño
Doctor en Historia y estudios Regionales, Profesor Investigador
Universidad Veracruzana, México

James Anthony Carneiro
Digital Lending Advocate
Self

Lindsay Cronk
Head of Collection Strategies and Scholarly Communications
University Of Rochester

Michelle M. Trumbo
Executive Director
Legal Information Preservation Alliance

Howard C Marks
Director, Learning Resource Center
Midland College

Robert Heyer-Gray
Head of Collection Strategies
University of California, Davis

Yasmine Abou-El-Kheir
Director, Lapp Learning Commons
Chicago Theological Seminary

Sue Kunda
Scholarly Communication and Social Science Librarian
Western Oregon University

Michelle Tian
Ms
Princeton University

Laureano Gomez
Librarian
Metabiblioteca

Laura McShane
Librarian
Cleveland Public Library

Peter Suber
Director, Office for Scholarly Communication
Harvard University

Shruti Kulkarni
Ms.
Evangelical Lutheran Church in America

Aly Wepplo
Media and Digital Librarian
The Community Library, Ketchum

Daniel Clarkson Fisher
MLIS student
Western University

Ellen Dubinsky
Scholarly Communication Librarian
University of Arizona

Joshua Finnell
Interim Associate University Librarian
Colgate University

Alexis Beaman
Interlibrary Loan Manager
University of Oklahoma Libraries

Nancy Falciani-White
Library Director
McGraw-Page Library, Randolph-Macon College

Heather Edmonds
Director of Library Services
New England College of Optometry Library

Dr. Akash Singh
Assistant Librarian
National Law University Delhi

Dr. Priya Rai
Head, Justice T.P.S. Cahwla Law Library
National Law University Delhi, India

Patrick R. Wallace
Digital Projects & Archives Librarian
Middlebury College

Mothupi Kgatshe
Editor-at-Large
Guluva - Online

Maurine McCourry
Library Director
Hillsdale College

Breac Krash
Associate Dean, Content & Discovery, Univesity Libraries
University of Massachusetts Amherst

Silvio Muñoz
International Business Director
Vicens Vives

Nicholas Gardner
Library Director
Potomac State College

Brian Kaggwa
Founder
Bromley&co

Creative Commons Attribution (CC-BY)
creativecommons.org/licenses/by/4.0