# McNamara Declaration
# Exhibit 141

| | |
|---|---|
| **From:** | Amy Brand |
| **Sent:** | Monday, September 17, 2018 6:09 PM EDT |
| **To:** | Chris Freeland |
| **Subject:** | Re: Willing to endorse our Position Statement on Controlled Digital Lending? |

Dear Chris,

Many thanks for reaching out. We've given this lots of thought and discussion, and consulted with MIT's attorneys, and decided we're not prepared to sign on as a press. We're at a pivotal time in the momentum towards OA digital monographs, and I'm optimistic we're not far off finding sustainable ways of funding their production. But many of the books we publish are not scholarly monographs, and being able to monetize digital sales of trade books and text books is currently a significant part of what allows us to survive as an OA-friendly mission-driven publisher. If CDL pertained only to monographs published "X" (TBD) or more years ago, that would be a different story entirely. Then there's the question of my personal endorsement. I would need to delve into the legal particulars further in order to feel comfortable. So I'll continue to ponder this question.

All best,
Amy

---

**From:** Chris Freeland <c▬▬▬@archive.org>
**Date:** Monday, September 10, 2018 at 11:31 AM
**To:** "▬▬▬@mit.edu" <▬▬▬@mit.edu>
**Subject:** Willing to endorse our Position Statement on Controlled Digital Lending?

Amy,

We are nearing the final push in releasing our Position Statement on Controlled Digital Lending by Libraries (attached). The authors of the document are releasing it at the end of this month, alongside a more lengthy legal review white paper covering controlled digital lending. We are seeking endorsements at either the institutional or individual level to include, and wondered if you'd be interested and willing to sign on as well; of note, Chris Bourg has signed individually. I'm also sending a similar request to Dean at Cornell UP, as well as Gerald Beasley in Cornell University Library. For your consideration,

Chris

```
--
Chris Freeland
Director of Open Libraries
Internet Archive
▬▬▬@archive.org
@chrisfreeland
▬▬▬
```

**CONFIDENTIAL**

**INTARC00415834**