# McNamara Declaration Exhibit 142

| | |
|---|---|
| **From:** | David Hansen, J.D. |
| **Sent:** | Monday, September 25, 2017 11:54 AM EDT |
| **To:** | Lila Bailey; Michelle Wu |
| **CC:** | Mary Minow; Courtney, Kyle K.; Schultz, Jason |
| **Subject:** | Re: Signatory list - please confirm |

Hi Lila –

1. Given the small size of the list, I'm inclined to request that this not be shared too widely yet. LLF is one thing, but for broader dissemination I think it would be wise to try to develop a larger list of endorsers. Maybe we should do LLF as a sort of soft-release with version 1, but still hold off on making a splash with in sending to open listservs until we have more institutions/people on board?
2. Have you talked with Brandon Butler? It sounded to me like he may want to remove his name…

Thanks,
Dave

**From:** Lila Bailey <▇@archive.org>
**Date:** Friday, September 22, 2017 at 4:59 PM
**To:** Michelle Wu <▇@law.georgetown.edu>
**Cc:** "David Hansen, J.D." <▇@duke.edu>, Mary Minow <▇@librarylaw.com>, "Courtney, Kyle K." <▇@harvard.edu>, Jason Schultz <▇@exchange.law.nyu.edu>
**Subject:** Re: Signatory list - please confirm

Assuming we can get the formatting/design stuff all sorted, then I'd say let's set the date of next **Wednesday, September 27th** as the date it will (1) go up on the LLF website and (2) be circulated beyond our small circles to listservs, etc. Does that work for everyone?

We also really need a way to collect additional signatories. I am ok to be the contact person for this, if that works for all. I'd suggest some language on the endorsements page like " To endorse this document, please email ▇@archive.org" as a temporary measure - ideally I'd like for us to put this up on a website, with a button/form for people to add their names directly. At some point, I think it's OK not to have verification (see e.g., the Capetown Declaration or the Manila Principles) but for the early stages of this , I think we want to maintain some form of vetting to ensure credibility.

I'm thinking we can call this v1, to show that we intend to upgrade to a v2 at some pint - which will be the website + ability to add endorsements, and maybe host the white paper or other documentation.

On 9/22/17 1:21 PM, Michelle Wu wrote:
> I'm for both titles and institutions for the signatories and authors.

CONFIDENTIAL                                                                                                                                                                                                   INTARC465732

And do we have a definite date when this will go live in case any of us want to give a heads up to the people we've contacted?

On Fri, Sep 22, 2017 at 2:29 PM, Lila Bailey <@archive.org> wrote:

All,

I want to clarify how we will be presenting the signatory list (which will go on the last page of the document under a title saying "ENDORSED BY") so can you please confirm that this (Word doc attached) is exactly as we'd want to present it? Am I missing anyone? It seems shorter than I would like it to be...

Also, should we add individual signatory's titles, or just their institution?

Also for us authors do we want titles or just institutional affiliation?

Thanks, and sorry for so much email this week you guys - final push!!!

-Lila

--
Michelle M. Wu  | Associate Dean for Library Services & Professor of Law
111 G Street, N.W. | Washington, D.C. 20001
Office:                    | Email:                @law.georgetown.edu

CONFIDENTIAL                                                                                                   INTARC465733