# McNamara Declaration
# Exhibit 143

| | |
|---|---|
| From: | Chris Freeland |
| Sent: | Wednesday, November 28, 2018 5:18 PM EST |
| To: | Janet Snowhill |
| CC: | ███@zepheira.com; Doug Yancey; Robena Barton; John Goodyear |
| Subject: | Re: BCV - Opportunity for free eBooks |

Janet - I wanted to follow up on this thread from last week regarding the copyright issues. Last October, a group of copyright scholars, including Michelle Wu from Georgetown Law, Kyle Courtney from Harvard Library, Dave Hansen from Duke University Libraries, and Lila Bailey from Internet Archive worked together on two documents meant to help libraries understand the legal framework for our digital lending, described as "controlled digital lending." Those two documents have been released at https://controlleddigitallending.org/:

- The Statement on Controlled Digital Lending is meant to be a high level overview, suitable for conversations among your administrators and other stakeholders. That document is online at: https://controlleddigitallending.org/statement
- To satisfy your legal counsel or similar, the authors developed a more detailed white paper that goes deep into the details of controlled digital lending. That 42 page white paper is available at: https://controlleddigitallending.org/whitepaper

We've been operating our controlled digital lending service with libraries in the Boston area since 2011 without issue. That experience, coupled with the documents that our community of scholars contributed, have helped other libraries like Los Angeles Public Library, San Francisco Public Library, and others sign onto our program. Hopefully you can consider the same. Would be happy to chat more about these issues if you'd like! My best,

Chris

```
---
Chris Freeland
Director of Open Libraries
Internet Archive
████████@archive.org
@chrisfreeland
████████
```

On 2018-11-26 14:20, Janet Snowhill wrote:

> Both of these make it appear that the Oregon State Library has the books, when they do not. Is it the case that it will always display a link to every library in our system, even when they don't actually have the book? I'm guessing this is a Yes, since it's only matching on ISBN, not on actual holdings. I can't decide whether that would be helpful,

CONFIDENTIAL    INTARC00418249

or misleading, from a patron perspective. It bothers me less, that Amity is listed for both titles, but doesn't own either, than that the State Library is listed for both/owns neither, as an Amity patron can simply request it, and pick it up at Amity. The State Library doesn't have the same relationship with CCRLS, though.

**Janet Snowhill**
System Librarian
Chemeketa Cooperative Regional Library Service

Need support from CCRLS? Use the helpdesk portal to open a ticket or email support@ccrls.org

On Tue, Nov 20, 2018 at 12:45 PM Lauri McIntosh <■■■@zepheira.com> wrote:
> A couple of other things to let you know about ..
>
> First - Links to the physical copy of books they have, represented in the Network, are now showing up. Here are a couple of links -
>  https://labs.library.link/services/borrow/?isbn=9781601420619&embed=True&radius=500&refer=https://dev.openlibrary.org/books/OL18285347M/Redeeming_love
>
> or https://labs.library.link/services/borrow/?isbn=9780778326823&embed=True&radius=500&refer=https://openlibrary.org/books/OL24030253M/The_Perfect_Christmas
>
> These are done by ISBN match, so at times you will see multiple additions and need to keep in mind you may have the item but a different edition.  This is the first phase of our making your library present within their web pages.  We started with a single item page and will be expanding to other pages over the next few weeks.
>
> Lauri
>
> On Tue, Nov 20, 2018 at 12:11 PM Lauri McIntosh <■■■@zepheira.com> wrote:
>> No, we do all the work.  On a quarterly basis we will get the ISBN list from the Archive, and then do a match again the most recent refresh of your data.  Right now, we have tentatively scheduled it for Jan/April/July and October.
>>
>> If you are interested I can send you the list of ISBN's we have for the first overlap.
>>
>> Lauri
>>
>> On Tue, Nov 20, 2018 at 10:39 AM Doug Yancey ■■■@ccrls.org> wrote:
>>> Hi Lauri,
>>>
>>> Is your awareness of the overlap between our collection and Open Libraries derived from a list of unique ISBNs which are teased out of our regular/ongoing BC Visibility harvests? If so, does Zepheira commit to routinely sync/compare our holdings with the OL collection? Or, does this task fall to us?
>>>
>>>
>>> ```
>>> Doug Yancey | Web Services & ILL Librarian
>>> ```

CONFIDENTIAL                                                                                    INTARC00418250

```
Chemeketa Cooperative Regional Library Service
```

On Tue, Nov 20, 2018 at 9:36 AM Robena Barton
<███████@ccrls.org> wrote:
This sounds great but are we talking about a batch extract, edit, and load process for our existing records or just the MARCXML files for the electronic copies if we want 856 link fields in our OPAC? I am not crazy about the idea of having a print, large print, audio, and electronic item record for over 120,000 titles potentially in addition to our ERC titles, at least until our system is better at grouping. My preference would be an 856 to the electronic version on IA in the existing print record if this is possible. Thanks,

Robena

On Tue, Nov 20, 2018 at 9:18 AM Lauri McIntosh
<███@zepheira.com> wrote:
Hi Janet,

I'm going to refer you directly to Chris Freeland, Director of Open Libraries at the Archive.
He can give you the full scoop, I just know that they have worked through all the legal issues.

Chris - can you give Janet the information on copyright?

Lauri

On Tue, Nov 20, 2018 at 9:15 AM Janet Snowhill <███████@ccrls.org> wrote:

Lauri, can you explain how the copyright works, with this? How does this avoid fair use issues?

It's pretty cool, but we'd need to know what makes it legal, because people are bound to ask!

**Janet Snowhill**
System Librarian
Chemeketa Cooperative Regional Library Service
███████

Need support from CCRLS? Use the helpdesk portal to open a ticket or email support@ccrls.org

On Tue, Nov 20, 2018 at 9:01 AM John Goodyear
<███████@ccrls.org> wrote:

John Goodyear
Executive Director
Chemeketa Cooperative Regional Library Service

CONFIDENTIAL                                                                                                          INTARC00418251

@ccrls.org

---------- Forwarded message ---------
From: **Lauri McIntosh** <​zepheira.com>
Date: Fri, Nov 16, 2018 at 4:08 PM
Subject: BCV - Opportunity for free eBooks
To: John Goodyear <​@ccrls.org>
Cc: Lauri McIntosh <​@zepheira.com>, Chris Freeland <​@archive.org>

Hi John,

I was getting ready for our visit next month and wanted to check with you about the participation with the Open Libraries. I know you have heard bits and pieces, but if this is something you would be interested in I would like to have it live before my visit.

The formal "invite" is the info below, but the 1, 2, 3 of it is, once you sign the form we do the rest. A collection of the overlap between your print and Open Libraries is 122,248. The Archive would create a collection on their site as they have done for Delaware County Library (Ohio), SFPL, Worthington, and others. Open Libraries Collections.

You could easily have a link on an item page that would direct users back to the full Open Libraries Collection for CCRLS. We will be looking for folks to take OPAC Integration to the next level, be it importing of MARC records that can be converted to ERC, or a widget - if you would like to be part of that, we would love to have you come on board.

But, regardless, at the very least, would you like to participate and get free eBooks for your end users? The more official invite information is below.

Lauri



nternet Archive now offers FREE eBooks for all Library.Link libraries when you participate in the Open Libraries Controlled Digital Lending (CDL) project. How do you join and what do you get when you join Open Libraries?

CONFIDENTIAL     INTARC00418252

1. Join Open Libraries.  Simply sign onto the project, our simple Google Form is available here: https://goo.gl/forms/MS335xRFe3aiQ5Fh2 By joining, your library will get a collection at https://archive.org/details/openlibraries and you will become part of the community of practice we're building to support the responsible lending of in-copyright materials.  By participating, you'll continue to help shape Internet Archive's controlled digital lending service for your patrons and the world.

2. Share your catalog. After joining Open Libraries, Zepheira will provide an export of your ISBN's that you have in print that match the collection of digitized books at https://archive.org/details/inlibrary. We will use those matches to increase our lending counts by 1.

3. The Archive has MARCXML records for all of their digitized books in lending - they include the new OCLC number for the electronic resource, as well as links out in 856. Here's a sample: https://archive.org/download/plantphysiology00bidw/plantphysiology00bidw_archive_marc.xml

I did a quick scan for your library and the overlap is currently   122,248.

If you would like to get started complete the link to the form above and we will do the rest!   Once the collection is created on the Open Libray site, the Archive will work with you to get the MARC records so that you can then load them into your catalog for easy access to your patrons.

Specific questions can be emailed to Chris Freeland, Director of Open Libraries at the Internet Archive, ███████@archive.org.

We look forward to you joining other Library.Link Network libraries to bring this added value to your libraries.

Lauri McIntosh
███@zepheira.com
███████

--

CONFIDENTIAL                                                                                                                       INTARC00418253

\*\*\*\*\*\*
Lauri McIntosh
Director, Sales and Channel Management
Zepheira, Library.Link Network
tel:
Cell:

Learn more about Zepheira and the Library.Link Network on our websites.

Subscribe to the Library.Link Newsletter.

--
**Robena Barton**
**Technical Services Coordinator**
**Chemeketa Regional Library Service**

But if this is what a book is... then a library is an extraordinary thing.

--

\*\*\*\*\*\*
Lauri McIntosh
Director, Sales and Channel Management
Zepheira, Library.Link Network
tel:
Cell:

Learn more about Zepheira and the Library.Link Network on our websites.

Subscribe to the Library.Link Newsletter.

CONFIDENTIAL                                                                                                                                INTARC00418254

--

\*\*\*\*\*\*
Lauri McIntosh
Director, Sales and Channel Management
Zepheira, Library.Link Network
tel: █████████
Cell: █████████

Learn more about Zepheira and the Library.Link Network on our websites.

Subscribe to the Library.Link Newsletter.

CONFIDENTIAL
INTARC00418255