# McNamara Declaration Exhibit 144

| | |
|---|---|
| From: | Chris Freeland |
| Sent: | Wednesday, March 13, 2019 12:50 PM EDT |
| To: | Draper, Kristy |
| CC: | Abe Hsuan ▮@irwinhsuan.com) |
| Subject: | Re: Security Info for eBook File Storage |

Hi Kristy,

The team of copyright experts that authored the white paper on Controlled Digital Lending have just published a FAQ that addresses file security.ï¿½ I believe your questions might be answered within the following: https://controlleddigitallending.org/faq

Please let me know if you have additional inquiries.

Chris

On 3/8/19 2:39 PM, Draper, Kristy wrote:

> Hi Chris,
> Thank you for meeting with Abe and me earlier this week. I am just following up to see if you were able to find a contact or information regarding the security measures around files storage?
> ï¿½
> Thank you,
> Kristy
> ï¿½
>
> **Kristy Draper**
> Houghton Mifflin Harcourt
> Digital Project Manager
> HMH Trade Publishing
> ï¿½
> www.hmhco.com
> ï¿½

```
--
Chris Freeland
Director of Open Libraries
Internet Archive
▮▮▮▮▮@archive.org
@chrisfreeland
▮▮▮▮▮▮▮
```

CONFIDENTIAL                                                                                                                    INTARC00420223