# McNamara Declaration
# Exhibit 145

# February 21 panel at Boston Public Library

## Event Details

Title: The Future of the Book and Digital Access
Date: Thursday, February 21, 6-7:30 PM
Location: Rabb Hall, Boston Public Library
Panelists: Amy Brand (MIT Press), Brewster Kahle (Internet Archive), Maria McCauley (Cambridge Public Library), and hosted by David Leonard (Boston Public Library) (bios available here)

**Purpose**       : The panel will seek to educate the public on the work of the Internet Archive and Open Libraries with a focus on library strategies for digital lending and managing digital materials in the 21st century.

## Event Description & Bios

**Event description:** The ebook landscape is rapidly changing for both libraries and publishers.  While recently published materials are readily available in ebook form, older books often have no ebook equivalent or digital access.  Book scanning projects have made strides in bringing public domain literature online, but materials published after 1923 are still not widely available due to US copyright restrictions. The Internet Archive has developed a controlled digital lending service that enables libraries to lend a digital version of a non-circulating book stored on their shelves. Through controlled digital lending, libraries can make twentieth century scholarship available that is largely absent from their digital holdings in a way that respects the rights of authors and publishers. Publishers, too, can participate in controlled digital lending; projects between Internet Archive, MIT Press, and other university presses are digitizing backlist and out-of-print books and making them available through controlled digital lending.  Facilitated by Boston Public Library's David Leonard, this panel will bring together leaders from the library and publishing communities to discuss the future of the book and digital access, including Amy Brand from MIT Press, Brewster Kahle from Internet Archive, and Maria McCauley from Cambridge Public Library.

**Panelist bios:** available here

## Draft panel outline (90 mins)

1. Welcome & introductions - David (5)
2. Opening remarks / review of current landscape & issues - David (10)
3. CDL description and demo - Brewster (10)
4. View from public library - Maria (10)

CONFIDENTIAL  INTARC00141736

5. View from publisher - Amy (10)
6. Moderated questions - David (25)
7. Town hall-style Q&A with audience (20)

**Panel ideas/questions**
(put ideas/topics/themes/questions here as brainstorming & we'll work them into the outline & Q&A)
- Sustainability

**Panelists arrival time & location**
Time: 5pm for runthrough
Location: Rabb Hall green room

# Promotion

- BPL web: https://bpl.bibliocommons.com/events/5c51f60f433d822b0068bd1a
- Eventbrite: https://www.eventbrite.com/e/the-future-of-the-book-and-digital-access-tickets-55660310487
- IA tweet: https://twitter.com/internetarchive/status/1095005781554917376
- Standard image:



# Notes & action items

**Group discussion (2/12):**
- Review event logistics
- Discuss format & outline
    - AV
        - Podium

- - - - Brewster: demo
        - Amy: slides
        - Maria: probably not
      - Streaming
        - Facebook Live integrated into AV system
    - Messages hope to deliver
    - Maria:
      - Social justice, equity & inclusion
      - Lean into these themes
      - Who we are, what we're about
      - See it in our service offerings as well as collections
      - Different platforms is part of our embracing access, equity & inclusion
    - Brewster:
      - Help inform digital readers
      - Turn Wikipedia citations blue
      - People want to go further, but content may not be a click away
      - Different than beach reading
      - Lack of availability of 20th century materials
        - As available to the current generation as it was to previous ones
    - Amy:
      - Where vision is aligned in supporting UP initiative to bring titles online
      - Balancing sustainability of publishing house
      - Mission-driven, some parts support other parts
      - What was intent of content creator?
        - Some are not in favor, and that's important as well
      - Showing bigger/complexity of what to monetize with digital books / OA
        - What might stop us from putting something into OL
      - Control is around mission, maximizing publishing process & access
      - Tons of piracy anyway and we're still selling books
  - Discuss promotion and outreach
    - Globe
    - WGBH
    - Each org
      - Newsletters
      - Social

**Discussion with David Leonard (1/16):**
- Format for panel:
  - David will host & moderate
  - Opening remarks: David will set the stage regarding what BPL has experienced over past year or two with ebook consumption, digital content, physical book circulation data
  - Lightly introduce the topic of CDL
    - "Hey Brewster, can you show us what CDL actually is?"

CONFIDENTIAL                                                                                                    INTARC00141738

- - Offer Maria & Amy the opportunity to respond
    - Move into moderated questions from David for panelists
    - Then move to town hall-style Q&A with audience
      - 2 roaming mics in audience
- Open reception following
  - Small dinner after that for select attendees?

**Action Items**
- Host 3 conference calls asap
  - Logistics: IA & BPL to iron out AV & other logistics needs
  - Program: Panelists to discuss talking points, questions
    - Feb 12 @ 1:10pm EST
  - Communications: Communications folks from all institutions to drive attendance


**Discussion with Chris, Emily & Ben (1/9):**
**Action Items:**
- Emily to connect Chris with BPL Communications Department
- Emily to check on possibility of Forum Network taping of program
- Chris to confirm panelists
  - Panelists confirmed: Amy Brand (MIT Press), Maria McCauley (Cambridge Public), Brewster (IA)
- Chris to provide bios and event description to Emily by end of January.
- BPL will create the calendar listing, coordinate with Internet Archive on promotion

CONFIDENTIAL  INTARC00141739