# McNamara Declaration Exhibit 147

| | |
|---|---|
| From: | Chris Freeland |
| Sent: | Thursday, May 14, 2020 4:52 PM EDT |
| To: | David Hansen, J.D. |
| Subject: | Re: CDL / Open Library Sign up |

Sorry, was on a call. BK generally gets allergic to indemnification clauses, but worth a shot in a first draft revision.

On 5/14/20 12:07 PM, David Hansen, J.D. wrote:

> Thanks, Chris. Just tried calling... the main thing I wonder about is an indemnification clause. Would you do one?
>
> **From:** Chris Freeland <███████@archive.org>
> **Date:** Thursday, May 14, 2020 at 11:08 AM
> **To:** "David Hansen, J.D." <███████@duke.edu>
> **Subject:** Re: CDL / Open Library Sign up
>
> Dave - Sure. Some other libraries have taken our agreement and used it as the starting point for a more tailored document. We're receptive to that path. Ring me at ███████ if you want to discuss, or just shoot us an update for review. Currently wading through this with another library, so good timing.
>
> Chris
>
> On 5/13/20 10:13 PM, David Hansen, J.D. wrote:
>
>> Hi Chris –
>>
>> I have restarted folks here at Duke working on doing an extract to do an overlap analysis for being a partner library for CDL. I was going over the form agreement again today and wonder if there is any flexibility on the terms... would make it easier for us to sign. LMK if you have a moment to talk, or if this is a Lila question I'm happy to talk to her too.
>>
>> Dave
>
>
> --
> Chris Freeland
> Director of Open Libraries
> Internet Archive
> ███████@archive.org
> @chrisfreeland
> ███████

CONFIDENTIAL  INTARC00463054

\--  
Chris Freeland  
Director of Open Libraries  
Internet Archive  
██████████@archive.org  
@chrisfreeland  
██████████

CONFIDENTIAL INTARC00463055