# McNamara Declaration Exhibit 148

| | |
|---|---|
| **From:** | Chris Freeland |
| **Sent:** | Monday, August 26, 2019 3:23 PM EDT |
| **To:** | Kevin French |
| **CC:** | Lauri McIntosh |
| **Subject:** | Re: Following up from today's Open Libraries webinar |

Hi Kevin,

How libraries limit circulation for books in controlled digital lending is a local decision made by the library. Some libraries are taking the approach that your librarian suggested, which is to just look at the collections that have inherent limitations, such as non-circulating reference collections or materials in closed stacks or off-site facilities. Other libraries are taking the approach that they don't need to suppress circulation because the likelihood is slim that all our digital copies and all the physical copies across our network of partners are all checked out at the same time. Of note, libraries put one copy in for our matched records (even if you have multiple copies), and those counts are added to a pool for a given book. When a patron checks out a book, they are checking out a copy from the pool, not an individual library; for a variety of reasons, including reader privacy, we don't connect the circulation back to an individual library. We've designed this statistical approach so that libraries don't have to wade through the logistics issues - we determine overlap, put in one copy where there's a match, and give you back links or a MARC record for that book to bring back into your catalog.

Happy to discuss more or help clarify as needed! My best,

Chris

On 8/23/19 9:37 AM, Kevin French wrote:

> Hi Chris and Lauri,
>
> One of my librarians who attended had a take on yesterday's webinar that I hadn't considered in that she's very concerned about being in compliance. I hadn't thought the amount of borrowing would necessitate any amount of staff time so I wondered if you could address what she says below. Do we get any notification that a library's digital copy is checked out?
>
> *I was just writing up my notes from the webinar to submit my report when I got these emails. My overall takeaway was that the project does sound really worthy and like a neat additional resource. I am going to add a link/instructions on our website to access the OpenLibrary even if we do not link our collection, because just the fact of it being out there and accessible is really great.*
> *As far as actually linking our collection, the only way I can think of to manage the logistics behind "own one – loan one" is to only link our reference collection (which is non-circulating). The effort it would take to stay in compliance on circulating items (by removing them from the shelf when the digital copy is checked out) seems like it could be a real issue for libraries with primarily publicly accessible collections. That said, our reference collection is likely to never be available commercially as ebooks, so linking that would be a great improvement of access, if there is enough overlap to be worthwhile. Would it be possible to*

CONFIDENTIAL                                                                                                                                                             INTARC00423818

*see a figure for how many of the titles in our reference collection overlap with the already digitized items at the IA/OL? Reference is a Shelf Location for us here, with non-circulating as a status. Please let me know if there is other information I can provide to narrow the search for our overlap.*

Thank you,
-Kevin

**From:** Chris Freeland <▇▇▇@archive.org>
**Sent:** Thursday, August 22, 2019 16:57
**To:** Kevin French ▇▇▇@gmilcs.org>
**Subject:** Following up from today's Open Libraries webinar

Dear Kevin,

I'd like to thank you for your time today participating in the Open Libraries webinar. Hopefully you learned how the Open Libraries program operates and the benefits it can provide to libraries and patrons in providing free access to digitized books.

**Links**
I wanted to pass you links from the discussion so that you can review and share with your colleagues. Those links are listed here:

- Session Recording: https://drive.google.com/file/d/1-G38S3PefTK_ATwDJhjTp6Zotv2Z5oLa/view?usp=sharing
- Presentation: https://docs.google.com/presentation/d/1RNdRijv4JP4hbIjs1o8er5y-LAi4e0fwIMQjDIbVTw8/edit?usp=sharing
- Open Libraries, including existing partners: http://openlibraries.online
- Open Libraries lending collection: https://archive.org/details/inlibrary
- Controlled Digital Lending, including the Position Statement that you can endorse and white paper: https://controlleddigitallending.org

**Feedback**
We would welcome your feedback on how to improve this webinar for future sessions, and would appreciate 2-3 minutes of your time in completing the following survey: https://goo.gl/forms/bdlczKeCAdK4K4Aj1

**Next webinar**
Our next Open Libraries webinar will be held on **Tuesday, September 24 at 11am CST**.  Please send the following RSVP to your colleagues who might be interested in learning more about Open Libraries: https://www.eventbrite.com/e/open-libraries-webinar-september-24-tickets-69883703037

**Upcoming events**
Our annual Library Leaders Forum will be held on **Wednesday, October 23** at San Francisco Public Library, with our evening celebration at Internet Archive HQ.  You can learn more and register for the free event at: http://libraryleadersforum.org/

CONFIDENTIAL                                                                                                                                                    INTARC00423819

Finally, if your library is ready to participate in Open Libraries, our onboarding process begins by completing our simple online form, available at: http://openlibraries.online/join/

Please don't hesitate to reach out with follow up questions either through this e-mail or via mobile at ▇▇▇▇▇▇▇▇▇▇ Thanks again, and my best,

Chris

--
Chris Freeland
Director of Open Libraries
Internet Archive
▇▇▇▇▇▇▇▇▇@archive.org
@chrisfreeland
▇▇▇▇▇▇▇