# McNamara Declaration
# Exhibit 151

| | |
|---|---|
| From: | Chris Freeland |
| Sent: | Wednesday, July 22, 2020 1:11 PM EDT |
| To: | Michael Wares |
| Subject: | Re: Digitizing books for Controlled Digital Lending, Fordham University Libraries |

Sure, I have time until 1:30pm. Ring me at ███████.

On 7/22/20 12:00 PM, Michael Wares wrote:

> Hi, Chris.
> Sorry, hectic morning! Is this a good time for a call?
> Thanks!
> Michael
> *Michael Wares*
> *Assistant Director for Technical Services*
> *Fordham University Libraries*
> ███@fordham.edu
>
> **See the Fordham University Libraries' COVID-19 page for details of all our 24x7 services**
> **(including live Reference Librarian support) and other useful information, at**
> **https://fordham.libguides.com/coronavirus**
>
> On Tue, Jul 21, 2020 at 5:53 PM Chris Freeland <███@archive.org> wrote:
> Michael - I'm happy to chat with you tomorrow, Wednesday, any time before 1pm CDT. Lots of libraries are asking us about course reserves and controlled digital lending. I noted part of your email mentions that the books would "only be released to our users in proportion to the number of physical copies which we have embargoed." That's not how our implementation of CDL currently works - we lend to anyone with an Internet Archive library card, and there is no way to restrict usage of books put into CDL by particular users, so there's no way for us to limit use to only your patrons. Happy to discuss further on a call.
>
> Chris
>
> ```
> --
> Chris Freeland
> Director of Open Libraries
> Internet Archive
> ███@archive.org
> @chrisfreeland
> ```
>
> On 7/21/20 11:06 AM, Michael Wares wrote:
>
>> Hi, Jeff. Hi Chris.

CONFIDENTIAL                                                              INTARC00445585

Thanks for your extremely quick response!
Would you have some time today or tomorrow for a brief phone call to go over some details?
Thanks!
Regards
Michael

*Michael Wares*

*Assistant Director for Technical Services*

*Fordham University Libraries*

*@fordham.edu*

**See the Fordham University Libraries' COVID-19 page for details of all our 24x7 services
(including live Reference Librarian support) and other useful information, at
https://fordham.libguides.com/coronavirus**


On Tue, Jul 21, 2020 at 11:22 AM Jeff Sharpe <@archive.org> wrote:
> Hi Michael,
> I am copying Chris Freeland @archive.org to this email as he is in charge of CDL. We can digitize the books for you here in Fort Wayne and have them go directly into CDL. I know that he puts on webinars and could include you in that or contact him directly.
> Below are our standard fees. I believe these also apply to CDL material but we should confirm with Chris.
>
> Cost
>
> $3.00 set up fee for each digital item, this covers Quality Assurance, collections setup, cropping, file storage and re-packing of materials, indefinite online presence, etc.
>
> $0.12 per page able to fit on our 'Scribe' machines (Max. size 11w x 15h, in inches)
>
> $2.40 per foldout page which cannot fit our Scribes and requires a separate workflow
>
> $0.30 per folio item an entire bound item that does not fit on the Scribe
>
> $0.30 cents per page for newspapers
>
> Partner pays for shipping to and from partner library with prepaid return labels with each shipment.
>
> I think we could have those done within 30 days from the time we receive them.

CONFIDENTIAL                                                                                                                                INTARC00445586

450 x $3. = $1350.
150,000 x .12 = 1800.
Total=      $3150
I would add a couple hundred just in case some material has foldout maps or something unforeseen.

In order to get going we would have to have an agreement signed with Chris and a spreadsheet with the items you want digitized.

Please let me know if you have any other questions or comments.
Thanks,
Jeff


Jeff Sharpe
Internet Archive
Senior Digitization Manager, Mid-West Region, US
Allen County Public Library
900 Library Plaza
Fort Wayne, IN 46802


"Universal Access To All Knowledge"
WWW.Archive.org
WWW.OpenLibrary.org
> I hope this email finds you well.
> The Fordham University Libraries are looking into digitizing approximately
> 450 volumes, about 150, 000 pages, to support CDL for distance learning. These are largely or entirely in-copyright books, so the scans could not be
> made public, and will only be released to our users in proportion to the number of physical copies which we have embargoed.
> Is this something which the Internet Archive could undertake for us? If so, could you let us have a price quote and proposed turnaround time? I am CCing our Metadata Librarian Mariah Lewis, who can provide more information on our output requirements.
> Thank you!   Be well.
> Sincerely,
> Michael
> *Michael Wares*
> *Assistant Director for Technical Services*
> *Fordham University Libraries*
>          @fordham.edu
> *See the Fordham University Libraries' COVID-19 page for details of all our
> 24x7 services *

CONFIDENTIAL                                                                                                                          INTARC00445587

> *(including live Reference Librarian support) and other useful
> information,
> at*
> *https://urldefense.proofpoint.com/v2/url?u=https-3A__fordham.libguides.com_coronavirus&d=DwIDAw&c=aqMfXOEvEJQh2iQMCb7Wy8l0sPnURkcqADc2guUW8IM&r=eEDODyyVam28baRMOr3flPLNHRUfSNVyCHqbQNiyWDs&m=Ar_Ok8iHSChUlgvKdUb3gK90ECRzCyDaKoLe6fWes6w&s=MudfxV0JctDuJjYCoN5MBliC3MOSsoOCPIxjlZk9ehA&e=
> <https://urldefense.proofpoint.com/v2/url?u=https-3A__fordham.libguides.com_coronavirus&d=DwIDAw&c=aqMfXOEvEJQh2iQMCb7Wy8l0sPnURkcqADc2guUW8IM&r=eEDODyyVam28baRMOr3flPLNHRUfSNVyCHqbQNiyWDs&m=Ar_Ok8iHSChUlgvKdUb3gK90ECRzCyDaKoLe6fWes6w&s=MudfxV0JctDuJjYCoN5MBliC3MOSsoOCPIxjlZk9ehA&e= >*

--
Chris Freeland
Director of Open Libraries
Internet Archive
███████████@archive.org
@chrisfreeland
███████████

CONFIDENTIAL                                                                                                                          INTARC00445588