# McNamara Declaration
# Exhibit 154



≡  OPEN LIBRARY                                                                                             🔍

Browse ▾                                                                                    More ▾

Edit

Last edited by I'm Nick 🐧
February 13, 2021 | History

# Volunteering @ Open Library

## Welcome!

Open Library (openlibrary.org) is a non-profit, open source, digital public library, hosted by the Internet Archive, which lends millions of ebooks to millions of patrons each year. Open Library is made possible by volunteers, like you, from more than 8 different countries (US, NL, NZ, ES, IN, UK, DE, GR, CA). We believe everyone deserves a say in how their library serves our community. A library should be not only for, but of the people. Together, let's build the World's library.

If you're busy but still like to show your generosity and support our cause, consider sponsoring a book or making a tax-deductible donation.

## How it Works:

Open Library hosts an invite-only community chat room on slack where book lovers and contributors can stay updated, ask questions, and collaborate towards improve OpenLibrary.org. Each week, Open Library also hosts an inclusive Community Call where members of the community may learn and participate in discussing the evolution of OpenLibrary.org.

To join our chat or participate in one of our weekly community calls, please "Choose Your Character" and click the relevant link to become involved. We're so excited to welcome you!

## Choose Your Character:

Want to get involved? First, lets choose your character: Which role best describes you?

### Librarian

Open Library's book catalog has millions of books and thousands of data errors. Sometimes author names are misspelled, book covers are missing, or works and authors are duplicated or conflated. Librarians work together and communicate using our Slack chat channel to identify and fix data issues in our catalog. If you've ever been interested in programming scripts, Open Library's engineering team has written guides and created basic tools to empower librarians to start fixing common problems at scale. Your contributions will help patrons find the books they are looking for, ensure patrons receive accurate data, and that our engineering team has the right feedback to build thoughtful tools for librarians and our greater Open Library community. Learn more about librarianship at Open Library or browse our librarian resources.

Contribute as a Librarian!

### Communications & Outreach

As a library, we're excited about how we're making our resources discoverable and accessible to book lovers around the world. Currently, our communications team is in great need of researchers, technical writers and storytellers, editors, video makers and marketers, idea persons, and project contributors. You're invited to join our next communications-community-discovery-call to learn how you can contribute to some really cool projects!

Join Our Communications Team!

### Software Engineer

Want to write code that empowers million of book lovers to discover books they'll love? Each year scores of volunteers help fix bugs on OpenLibrary.org and architect new features and programs that reach thousands of patrons: The Book

INTARC00151748

Sponsorship Program (featured on BoingBoing) has helped dozens of patrons sponsors missing books and the Reading Log has been used more than a million times by readers to track their reading progress!

Follow or Join Us on Github and join our slack; we have a handful of different software engineering roles available:

- Contribute as a Frontend Engineer! (javascript, vue, css/less)
- Contribute as a Backend Engineer! (python, web.py, infogami, solr, postgres)
- Contribute as a Data Engineer! (imports, bots, catalog)

## Designer & User Researcher

Does OpenLibrary.org look like it's from the the 90's? Help us fix that!

Contribute as a Designer!

## Accessibility Champion

We believe Open Library should be accessible to every patron, including those with print disabilities, and we need your help to ensure no one is left behind. Team up with Brian McNeilly, an accessibility expert with more than eight years of digital accessibility consulting experience, to help Open Library meet and exceed accessibility compliance across a variety of tests and considerations.

Why you'll love teaming up with Brian to help patrons access Open Library? Brian has presented at events nationwide including the National Forum on Principles of Accessibility and Inclusion for the Design of Library Systems hosted by MIT, the CSUN Assistive Technology Conference, and the Museums and the Web Conference. He has assisted hundreds of clients & helped develop web accessibility standards with the W3C (World Wide Web Consortium).

Learn how to join the effort:
Contribute as an Accessibility Champion!

## Translator

Help Open Library better serve an international audience and increase availability and accessibility across the globe by contributing as a translator. To learn more, please read our translator's wiki guide and check out this github issue.

Contribute as a Translator!

## Beta Tester's Group

You don't need to be an expert librarian or a professional engineer or designer to have a big impact. Can you help us test features before they go out to the world? Can you help us tweet out the latest news? Are you able to help answer questions for our community? Join our beta program and participate in community discussion:

Contribute as a Beta Tester!

## History　　Created February 20, 2020 · 26 revisions

| February 13, 2021 | Edited by I'm Nick | Edited without comment. |
| February 13, 2021 | Edited by I'm Nick | Edited without comment. |
| February 2, 2021 | Edited by Mek | accessibility |
| February 2, 2021 | Edited by Mek | Edited without comment. |
| February 20, 2020 | Created by Mek | creating a volunteers page |

| **Open Library** | **Discover** | **Develop** | **Help** |
| Vision | Home | | |

INTARC00151749

Vision

Volunteer

Careers

Blog

Terms of Service

Donate

Home

Books

Authors

Subjects

Advanced Search

Return to Top

Development Center

API Documentation

Bulk Data Dumps

Writing Bots

Add a Book

Help Center

Report A Problem

Suggesting Edits

 

 Open Library is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include the Wayback Machine, archive.org and archive-it.org

version 8b81915

INTARC00151750