McNamara Declaration

Exhibit 158

Filed in hard copy