McNamara Declaration

Exhibit 160

Filed Under Seal