# McNamara Declaration
# Exhibit 161

Page 1
Who Is Darin Olien on Netflix's 'Down to Earth' with Zac Efron?
https://www.menshealth.com/entertainment/a33265319/down-to-earth-netflix-darin-olien/



## Darin Olien is More Than Zac Efron's Travel Partner in Netflix's *Down to Earth*

**Among his many accolades? He discovered a super nut.**



BY ADRIANNA FREEDMAN    JUL 10, 2020



If you're one who's nostalgic for traveling the world while stuck at home, then chances are you've discovered *Down to Earth*, the newest docuseries to drop on Netflix. With Zac Efron as the host (someone you probably never thought of as a travel expert), he goes all over the globe to search for healthier and cleaner ways to live—while also taking the time to explore different cultures throughout his various adventures.

As Efron says in the show's trailer, he's "searching for healthy, sustainable living solutions for the planet and all who live on it."

Efron doesn't travel alone, though—he takes Darin Olien with him for the ride, an author and podcast host who is well-versed in the world of sustainability. But there is a lot more to him than being the actor's right-hand man. Get to know a little more about Olien and exactly what makes him the right person to join Efron on his ride.



**WHAT'S MORE IMPORTANT TO YOU?**

| WORKING OUT | EATING WELL |

### He is a wellness expert.



Olien has become widely recognized for being a "superfoods hunter," traveling globally to find foods and plants that will benefit your health without resorting to various medicines. According to his official website, he also worked with the fitness company Beachbody to create some of their most popular food programs, including their "Shakeology" and "Ultimate Reset 21-Day" detoxes.

## He discovered a new super food in Brazil.

While going through remote areas in South America, Olien and his fellow travelers stumbled upon the Barùkas, a nut popular to indigenous tribes, but unheard of throughout the rest of the world. He considers it to be one of the healthiest nuts you can find on the planet, as it contains specific micronutrients and vegan proteins.

## He published a book about his life's work.



MEN'S HEALTH
Subscribe to Men's Health

SHOP NOW

ADVERTISEMENT - CONTINUE READING BELOW



MARIA TASH    Fine Jewelry & Luxury Piercing
Maria Tash

In 2017, Olien published *SuperLife: The 5 Simple Fixes That Will Make You Healthy, Fit and Eternally Awesome* (a book that Efron likes to name drop at the beginning of every episode). The book uses what Olien calls "life forces" (quality nutrition, hydration, detoxification, oxygenation and alkalization) to create a lifestyle that could determine whether a person is healthy and able to fight a sickness. The book also contains recipes, a user's guide for his lifestyle and how to effectively take certain supplements.

As you watch the series, be on the lookout for some of his theories and how many times Efron talks about the book (hint: it's a lot).

## He is a vegan.

Olien chose to cut animal products from his diet as part of an experiment to see if he needed animal protein to maintain a higher level of fitness. It's also something Efron keeps in mind throughout the series, as the duo often go to restaurants in the respective location they're in to taste some local cuisine… and based on some of the dishes we see them order, Olien might be onto something with his vegan diet.

 CLICK TO UNMUTE



MARIA TASH    Fine Jewelry & Luxury…
Maria Tash

### Want six-pack abs? Start here.
Fat-burning workouts and expert weight loss advice, delivered daily.

Enter your email address here.    LET'S DO THIS.

By signing up, I agree to Hearst Magazines' Terms of Use (including the dispute resolution procedures); my information will be used as described in the Privacy Notice.



## MORE FROM ENTERTAINMENT


Drake Performed On-Stage With Backstreet Boys


How Stranger Things Season 4 Mishandles That Death




How Stranger Things Ruined Max's Big Finale Moment


Taron Egerton Had Talks to Play MCU's Wolverine


'Stranger Things' Star Cried When She Saw Vecna


The Boys Season 3 Has a Kink-Shaming Problem


Creepy Burger King Found In Mall


Ms Marvel's Red Dagger Debut Needs Clearing Up


Everything We Know About Stranger Things Season 5


Elizabeth Olsen Wants Marvel to Bring Wanda Back

   



### Men's Health

About Men's Health      Newsletter       Customer Care        E-prints, Reprints
Advertise               Subscribe        Give a Gift          Manage Email Preferences
Other Hearst Subscriptions   Media Kit

**HEARST**
MEN'S & ENTHUSIAST
MEDIA GROUP

A Part of Hearst Digital Media
Men's Health participates in various affiliate marketing programs, which means we may get paid commissions on editorially chosen products purchased through our links to retailer sites.
©2022 Hearst Magazine Media, Inc. All Rights Reserved.

Privacy Notice/Notice at Collection    Your California Privacy Rights    Interest-Based Ads    Terms of Use    Site Map

Do Not Sell My Personal Information