# McNamara Declaration Exhibit 163

# Detroit Library Overdrive



Feedback | Help

Subjects   Collections   Kindle Books   Kids   Teens   Magazines   Search   Sign in

## MI-83 Digital Library Connection

SEE ALL

The MI-83 Digital Library Connection is funded by an ARPA grant, provided in part by the Institute of Museum and Library Services through the Library of Michigan, an agency of the Michigan Department of Education.

| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |
|---|---|---|---|---|---|
| Fun with Addition<br>by Lorenzo McLellan<br>EBOOK<br>BORROW | Master the NCLEX-...<br>by Peterson's<br>EBOOK<br>BORROW | Tiny Creatures<br>by Nicola Davies<br>EBOOK<br>BORROW | Sheep Won't Sleep<br>by Judy Cox<br>EBOOK<br>BORROW | Alexa for Dummies<br>by Paul McFedries<br>EBOOK<br>BORROW | Beginning Handwri...<br>by Brighter Child<br>EBOOK<br>BORROW |

### Meet Libby.
A fresh and easy way to borrow and read from your library.
Learn more at meet.libbyapp.com




## Just added

SEE ALL

| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |
|---|---|---|---|---|---|
| I Guess I Haven't Lea...<br>by Shauna Niequist<br>EBOOK<br>BORROW | Batman: Year One<br>by Frank Miller<br>EBOOK<br>BORROW | Teenage Mutant Ninj...<br>by Kevin Eastman<br>EBOOK<br>BORROW | Star Trek: The Next G...<br>by David Tipton<br>EBOOK<br>BORROW | Game<br>by Grant Hill<br>AUDIOBOOK<br>BORROW | How to Live in Detroi...<br>by Aaron Foley<br>EBOOK<br>BORROW |

Page 2
Detroit Public Library - OverDrive
https://detroitpubliclibrary.overdrive.com/

## Black Joy  SEE ALL

| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |
|---|---|---|---|---|---|
| President of the Whol... | The Wedding Date | While We Were Dating | Take a Hint, Dani Bro... | The Proposal | Year of Yes |
| by Sherri Winston | by Jasmine Guillory | by Jasmine Guillory | by Talia Hibbert | by Jasmine Guillory | by Shonda Rhimes |
| 🎧 AUDIOBOOK | 📖 EBOOK | 🎧 AUDIOBOOK | 📖 EBOOK | 🎧 AUDIOBOOK | 🎧 AUDIOBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

## History By and About Black Women  SEE ALL

| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |
|---|---|---|---|---|---|
| The 1619 Project | Until I Am Free | This Is Your Time | Reclamation | A Taste of Power | Vanguard |
| by Nikole Hannah-Jones | by Keisha N. Blain | by Ruby Bridges | by Gayle Jessup White | by Elaine Brown | by Martha S. Jones |
| 📖 EBOOK | 📖 EBOOK | 🎧 AUDIOBOOK | 🎧 AUDIOBOOK | 📖 EBOOK | 🎧 AUDIOBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

## 2022 Adult African American Booklist  SEE ALL

| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |
|---|---|---|---|---|---|
| The 1619 Project | Harlem Shuffle | The 1619 Project | The Love Songs of W.... | The Sweetness of Wa... | Will |
| by Nikole Hannah-Jones | by Colson Whitehead | by Nikole Hannah-Jones | by Honoree Fanonne Je... | by Nathan Harris | by Will Smith |
| 🎧 AUDIOBOOK | 🎧 AUDIOBOOK | 📖 EBOOK | 📖 EBOOK | 📖 EBOOK | 📖 EBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

## Mocha Girls Read  SEE ALL

| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |
|---|---|---|---|---|---|
|  | | |  |  | |
| Becoming | Educated | Educated | The Hate U Give | Becoming | The Fifth Season |
| by Michelle Obama | by Tara Westover | by Tara Westover | by Angie Thomas | by Michelle Obama | by N. K. Jemisin |
| AUDIOBOOK | AUDIOBOOK | EBOOK | EBOOK | EBOOK | EBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

## ♥Happy Birthday Detroit♥     SEE ALL

| AVAILABLE | WAIT LIST | WAIT LIST | AVAILABLE | AVAILABLE | WAIT LIST |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| The Story of Motown | Faith in the City | Detroit's Birwood Wall | Diamond In the Rough | The Detroit Public Lib… | Hidden History of De… |
| by Peter Benjaminson | by Angela Denise Dillard | by Gerald Van Dusen | by Sylvia Hubbard | by Barbara Madgy Cohn | by Amy Elliott Bragg |
| EBOOK | EBOOK | EBOOK | EBOOK | EBOOK | EBOOK |
| BORROW | PLACE A HOLD | PLACE A HOLD | BORROW | BORROW | PLACE A HOLD |

## J.D. Robb's In Death Series     SEE ALL

| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| Forgotten in Death | Naked in Death | Faithless in Death | Connections in Death | Golden in Death--An … | Vendetta in Death |
| by J. D. Robb | by J. D. Robb | by J. D. Robb | by J. D. Robb | by J. D. Robb | by J. D. Robb |
| AUDIOBOOK | EBOOK | AUDIOBOOK | AUDIOBOOK | AUDIOBOOK | AUDIOBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

Page 4
Detroit Public Library - OverDrive
https://detroitpubliclibrary.overdrive.com/

## Popular Magazines  SEE ALL


AVAILABLE
The New Yorker
July 11-18, 2022
MAGAZINE
BORROW


AVAILABLE
The Economist
Jul 02 2022
MAGAZINE
BORROW


AVAILABLE
Cook's Illustrated
July/August 2022
MAGAZINE
BORROW


AVAILABLE
Us Weekly
July 11, 2022 / July 18, 2…
MAGAZINE
BORROW

AVAILABLE
Amateur Photographer
Jul 05 2022
MAGAZINE
BORROW


AVAILABLE
HGTV Magazine
July/August 2022
MAGAZINE
BORROW

## Romance by Black Authors  SEE ALL


AVAILABLE
The Wedding Date
by Jasmine Guillory
EBOOK
BORROW


AVAILABLE
While We Were Dating
by Jasmine Guillory
AUDIOBOOK
BORROW


AVAILABLE
Take a Hint, Dani Bro…
by Talia Hibbert
EBOOK
BORROW

AVAILABLE
Ace of Spades
by Faridah Àbíké-Íyímídé
AUDIOBOOK
BORROW


AVAILABLE
The Worst Best Man
by Mia Sosa
AUDIOBOOK
BORROW


AVAILABLE
Ace of Spades
by Faridah Àbíké-Íyímídé
EBOOK
BORROW

LOAD MORE

MY ACCOUNT
Sign in
Need a library card?

SUPPORT
Help
Get support

STAY CONNECTED
Detroit Public Library home
Share feedback

powered by OverDrive
Get the app

kindle
Read anywhere on any device

© 2022 OverDrive, Inc. All Rights Reserved. Privacy Policy · Cookie settings · Accessibility · Important Notice about Copyrighted Materials

Austin Library

Overdrive







     

AUSTIN PUBLIC LIBRARY

Language | Feedback | Help

Subjects | Collections | Kindle Books | Magazines | Teens | Kids | Español | Search | Sign in

OverDrive videos will be removed on September 1, 2022. For more streaming video options, **Ask Us**.

## Lucky Day Collection

Titles shown in this list are available for immediate 7-day checkout. No holds. No renewals. If you already have a hold on this title, it won't be canceled by a Lucky Day check-out.

See all >

## Meet Libby.

A fresh and easy way to borrow and read from your library.

Learn more at meet.libbyapp.com

Download on the App Store

GET IT ON Google Play

## Top Romance >

SEE ALL

AVAILABLE

Pride and Prejudice
by Jane Austen
AUDIOBOOK
BORROW

AVAILABLE

Portrait of a Scotsman
by Evie Dunmore
EBOOK
BORROW

AVAILABLE

Love Lettering
by Kate Clayborn
EBOOK
BORROW

AVAILABLE

A Rogue of One's Own
by Evie Dunmore
EBOOK
BORROW

AVAILABLE

Payback's a Witch
by Lana Harper
EBOOK
BORROW

AVAILABLE

Virgin River
by Robyn Carr
EBOOK
BORROW

## Senior Sleuths >

SEE ALL

| At Bertram's Hotel | The Shadow of Death | Motive v. Opportunity | Come Death and Hig... | The Tale of Castle Co... | Biggie and the Fricas... |
|---|---|---|---|---|---|
| by Agatha Christie | by Jane Willan | by Agatha Christie | by Ann Cleeves | by Susan Wittig Albert | by Nancy Bell |
| AUDIOBOOK | EBOOK | EBOOK | EBOOK | AUDIOBOOK | AUDIOBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

## A Shore Thing  SEE ALL

     

| Same Beach, Next Year | Summer Breeze | Drawing Home | Beyond the Break | A Lowcountry Wedding | Summer Hours |
|---|---|---|---|---|---|
| by Dorothea Benton Fra... | by Nancy Thayer | by Jamie Brenner | by Heather Buchta | by Mary Alice Monroe | by Amy Mason Doan |
| EBOOK | EBOOK | EBOOK | EBOOK | AUDIOBOOK | EBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

## Disability Visibility  SEE ALL

     

| Just Breathe | The Survival List | The Reason I Jump | Whirligig | The World in Flames | Aspergirls |
|---|---|---|---|---|---|
| by Cammie McGovern | by Courtney Sheinmel | by Naoki Higashida | by Paul Fleischman | by Jerald Walker | by Rudy Simone |
| EBOOK | AUDIOBOOK | AUDIOBOOK | AUDIOBOOK | EBOOK | EBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

## American History  SEE ALL







| | | | | | |
|---|---|---|---|---|---|
| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |
| Buses Are a Comin' by Charles Person  AUDIOBOOK  BORROW | Killers of the Flower ... by David Grann  EBOOK  BORROW | Reclamation by Gayle Jessup White  EBOOK  BORROW | Theodore Roosevelt f... by David Fisher  EBOOK  BORROW | Killing Crazy Horse by Bill O'Reilly  AUDIOBOOK  BORROW | First Friends by Gary Ginsberg  AUDIOBOOK  BORROW |

## Just added  SEE ALL








| | | | | | |
|---|---|---|---|---|---|
| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |
| Conhecendo Crenças... Jul 03 2022  MAGAZINE  BORROW | El impostor by Javier Cercas  AUDIOBOOK  BORROW | Tokyo Revengers, Vol... by Ken Wakui  EBOOK  BORROW | Where Cowards Go t... by Benjamin Sledge  AUDIOBOOK  BORROW | El vientre de la ballena by Javier Cercas  AUDIOBOOK  BORROW | Relatos reales by Javier Cercas  AUDIOBOOK  BORROW |

## OverDrive Magazines  SEE ALL







| | | | | | |
|---|---|---|---|---|---|
| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |
| The Economist Jul 02 2022  MAGAZINE  BORROW | The New Yorker July 11-18, 2022  MAGAZINE  BORROW | Us Weekly July 11, 2022 / July 18, 2...  MAGAZINE  BORROW | HGTV Magazine July/August 2022  MAGAZINE  BORROW | Cook's Illustrated July/August 2022  MAGAZINE  BORROW | Good Housekeeping July/August 2022  MAGAZINE  BORROW |

Page 4
Austin Public Library - OverDrive
https://austinlibrary.overdrive.com/

## Dig in the Dirt  SEE ALL

     

| Now Is the Time for T... | The Edible Ecosyste... | Introduction to Bonsai | Grow Now | Container and Raised... | Creative Garden Desi... |
| by Arbor Day Foundation | by Zach Loeks | by Bonsai Sekai Magazi... | by Emily Murphy | by Jill Edward Wylie | by Jack Wallington |
| EBOOK | EBOOK | EBOOK | EBOOK | EBOOK | EBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

## Literature in Translation  SEE ALL

     

| Simple Passion | Happening | The Hitchhiker | Life Ceremony | Brisbane | The Brothers Karama... |
| by Annie Ernaux | by Annie Ernaux | by Gerwin van der Werf | by Sayaka Murata | by Eugene Vodolazkin | by Fyodor Mikhail Dosto... |
| EBOOK | EBOOK | EBOOK | EBOOK | EBOOK | AUDIOBOOK |
| PLACE A HOLD | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD |

LOAD MORE

| MY ACCOUNT | SUPPORT | STAY CONNECTED | LANGUAGE | powered by OverDrive |
|---|---|---|---|---|
| Sign in | Help | Austin Public Library home | English | Get the app |
| Need a library card? | Get support | Share feedback | Español | |
| | | | 中文(简体) | |
| | | | 中文(繁體) | kindle |
| | | | 日本語 | Read anywhere on any device |

© 2022 OverDrive, Inc. All Rights Reserved.  Privacy Policy · Cookie settings · Accessibility · Important Notice about Copyrighted Materials