# McNamara Declaration Exhibit 164

# Open Library Design Ecosystem

## Typical Users

(Note: We have little hard data on exactly who uses OL, but the following represent our best qualitative guesses. Also, note that the categories can overlap.)

- **Readers**: They use OL like a library, searching for books they want to read, using waitlists, checking out books, saving items on personal lists.
- **Loggers:** They use OL like GoodReads to keep track of what they're reading and are looking to discover new book recommendations
- **Researchers**: They use OL like a book metadata database, using our API's to download and analyze large amounts of book metadata.
- **Librarians & Wiki Contributors**: They use OL like a wiki, using the site's editing features to add new info, correct existing info, and donate their time to improving OL.
- **Moderators & Admin**: They use OL with privileged access to administrative functions, merging and cleaning data, managing users, etc.
- **Developers**: They use OL as a code project, accessing the developer documentation and GitHub account, donating their time and smarts to improving the codebase.

**What channels do patrons come from?**
- Google search
- Twitter
- Facebook
- Wikipedia
- Archive.org

**What features do book lovers want?**
- Offline reading (app)

**When a patron lands on OpenLibrary.org, what are they trying to do?**
1. <u>Find</u> / <u>Discover</u> a book
    a. By [some combination of] (decreasing order?)
        i. Title
        ii. Author
        iii. Subject
        iv. Friends / Lists
        v. Recommendation
        vi. Full-text
        vii. Language
        viii. Identifier

Exhibit Pls. 0127c

      b. To
   i. Read / Borrow
   ii. Preview
   iii. Buy
   iv. Cite
2. See their books (i.e. borrows, waitlists, reading log, lists)
3. <u>Find</u> a Book Club / Reading Group
4. <u>Track</u> book progress
5. <u>Set</u> yearly goals
6. <u>Read</u> a book
7. Do Librarian Tasks
   a. Edit books (works / editions)

**Open Questions**
- How (e.g. # clicks?) does a patron accomplish each of these goals?
- What prevents them from being successful?

## Similar Services

| Service | Home | Book Page | Search |
|---|---|---|---|
| Google Books | Google Books Home | Google Books Book Page | Google Books Search |
| Goodreads | Goodreads Home | Goodreads Work / Edition | Goodreads Search |
| Overdrive | Overdrive Home | Overdrive Book Page | Overdrive Search |
| Librarything | Librarything Home | Librarything Book Page | Librarything Search |
| Amazon | Amazon Home | Amazon Book Page | Amazon Search |
| ShelfJoy | ShelfJoy Home Deprecated | N/A | N/A |
| Better World Books | BWB Home | BWB Book Page | BWB Search |
| Hoopla | Hoopla Home | Hoopla Book Page | Hoopla Search |
| Worldcat | Worldcat | Worldcat Book Page | |
| Bibliogs | Bibliogs Home | Bibliogs Book | |
| Digital Library | https://www.digitallibrary.io/offline | | |

| https://fivebooks.com | | | |
|---|---|---|---|
| The Free Library | https://www.thefreelibrary.com/ | Free Library Article Page | |
| World Library | http://worldlibrary.org/ | | |

Analogous Services (spanning multimedia)
- servicedesignbooks.org/browse/
- netflix.com/
- discogs.com/
- imdb.com
- Rotten tomatoes
- https://9to5mac.com/2016/06/13/new-ios-10-music-app-design

## Considerations

- Incremental surprise: While the final result of this design process may look radically different from the current site, we will need to be able to roll out changes slowly and strategically.
- Accessibility: We aim to serve those who require enabling, such as the dyslexic & visually impaired. This should be reflected in language, markup, and visual components, following modern standards.
    - Mobile responsiveness: a more optimized experience for people on phones and tablets, in addition to desktop.
- Device support: As much as possible and practical, we aim to support people on older devices and connected via lower quality networks. We generally don't offer special support for browsers with <2% general usage.

## What services do we offer?

- **Reading:** Read / Borrow 3.5M books
    - Audio Reading experience
    - In-browser BookReader experience
    - Offline DRM Epub + PDF
    - Sponsorship
- **Editors:**
- **Logging:** Personal book-reading catalog (Want to Read button)
- **Search:**
    - Full-text Search (across books)
    - Search-Inside
- APIs & Data dumps

## Analytics

**Devices & Browsers**
March 27 - April 2 (5 days) ~2017

Desktop: ~292k
- 175,000 Chrome
- 60,000 Safari
- 40,000 Firefox
- 17,000 IE

Mobile: ~106k
- 60,000 android
- 45,000 ios
- 1,500 windows

**Funnel**
direct: 45%, google, 35%, archive.org 7%, wikipedia 2%, bing 2%, referrals

## Page Components & Mocks

- **Global / Header** components and concepts / wireframes
- **Home Page** components and concepts / wireframes
- **Books Page** requirements / components and concepts / wireframes
- **Search Page** requirements / components and concepts / wireframes

## Appendix

Design concept wireframes for new Book (Work+Editions) page from Alex Savakis:
R2: https://www.dropbox.com/sh/aii0z9j8a4505f1/AABFExKzYJn692IDtQKpWD3Ia?dl=0
R3: https://www.dropbox.com/sh/ygos5y3irmqynf5/AABGuhr2HBxP6V2D6PkyS3PEa?dl=0

In particular, I think we should consider these designs in R2 as reasonable starting points:
- Description-ClosedState_Details-Ed_List.png
- Description-OpenState_Details-Ed_List.png
- Alternate edition list: Description-OpenState_Details-Ed_Cards.png

Current homepage:



Concepts:

# Stats from 2020-07-17



| | Browser | Users | New Users | Sessions | Bounce Rate | Pages / Session | Avg. Session Duration |
|---|---|---|---|---|---|---|---|
| | | 417,154 % of Total: 100.00% (417,154) | 416,648 % of Total: 100.00% (416,645) | 498,497 % of Total: 100.00% (498,497) | 38.45% Avg for View: 38.45% (0.00%) | 4.36 Avg for View: 4.36 (0.00%) | 00:02:47 Avg for View: 00:02:47 (0.00%) |
| 1. | Chrome | 259,646 (61.37%) | 256,161 (61.48%) | 304,137 (61.01%) | 37.51% | 4.53 | 00:02:49 |
| 2. | Safari | 84,407 (19.95%) | 83,499 (20.04%) | 101,972 (20.46%) | 40.00% | 3.82 | 00:02:34 |
| 3. | Firefox | 29,738 (7.03%) | 29,175 (7.00%) | 34,305 (6.88%) | 40.51% | 3.96 | 00:02:56 |
| 4. | Edge | 14,330 (3.39%) | 14,019 (3.36%) | 16,991 (3.41%) | 37.72% | 4.89 | 00:03:09 |
| 5. | Samsung Internet | 9,134 (2.16%) | 8,629 (2.07%) | 10,675 (2.14%) | 40.77% | 4.78 | 00:02:45 |
| 6. | Android Webview | 8,428 (1.99%) | 8,189 (1.97%) | 9,740 (1.95%) | 30.75% | 4.91 | 00:02:53 |
| 7. | Opera | 4,717 (1.11%) | 4,625 (1.11%) | 5,609 (1.13%) | 45.21% | 3.72 | 00:02:19 |
| 8. | Internet Explorer | 3,026 (0.72%) | 2,954 (0.71%) | 3,471 (0.70%) | 44.19% | 4.73 | 00:02:33 |
| 9. | Amazon Silk | 2,979 (0.70%) | 2,874 (0.69%) | 4,267 (0.86%) | 25.78% | 7.43 | 00:05:17 |
| 10. | Opera Mini | 1,695 (0.40%) | 1,691 (0.41%) | 1,893 (0.38%) | 50.66% | 3.01 | 00:02:11 |

| Country | Users | New Users | Sessions | Bounce Rate | Pages / Session | Avg. Session Duration |
|---|---|---|---|---|---|---|
| | 417,154 % of Total: 100.00% (417,154) | 416,648 % of Total: 100.00% (416,645) | 498,497 % of Total: 100.00% (498,497) | 38.45% Avg for View: 38.45% (0.00%) | 4.36 Avg for View: 4.36 (0.00%) | 00:02:47 Avg for View: 00:02:47 (0.00%) |
| 1. United States | 96,115 (23.02%) | 95,724 (22.97%) | 119,508 (23.97%) | 36.14% | 4.69 | 00:03:03 |
| 2. (not set) | 73,616 (17.63%) | 73,761 (17.70%) | 89,572 (17.97%) | 37.65% | 4.47 | 00:02:54 |
| 3. India | 49,632 (11.89%) | 49,648 (11.92%) | 56,532 (11.34%) | 40.08% | 4.24 | 00:02:26 |
| 4. United Kingdom | 18,883 (4.52%) | 18,624 (4.47%) | 22,970 (4.61%) | 37.53% | 4.39 | 00:02:55 |
| 5. Brazil | 16,126 (3.86%) | 16,014 (3.84%) | 17,758 (3.56%) | 37.22% | 3.61 | 00:02:00 |
| 6. Canada | 12,968 (3.11%) | 12,979 (3.12%) | 16,401 (3.29%) | 35.02% | 4.66 | 00:02:59 |
| 7. Australia | 10,371 (2.48%) | 10,535 (2.53%) | 13,114 (2.63%) | 35.50% | 4.57 | 00:03:05 |
| 8. Indonesia | 9,338 (2.24%) | 9,280 (2.23%) | 10,436 (2.09%) | 33.34% | 4.44 | 00:02:36 |
| 9. South Africa | 7,905 (1.89%) | 7,870 (1.89%) | 9,597 (1.93%) | 38.11% | 4.20 | 00:03:10 |
| 10. Italy | 7,050 (1.69%) | 6,977 (1.67%) | 7,802 (1.57%) | 47.80% | 3.62 | 00:01:59 |

| Device Category | Users | New Users | Sessions | Bounce Rate | Pages / Session | Avg. Session Duration |
|---|---|---|---|---|---|---|
| | 417,154 % of Total: 100.00% (417,154) | 416,648 % of Total: 100.00% (416,645) | 498,497 % of Total: 100.00% (498,497) | 38.45% Avg for View: 38.45% (0.00%) | 4.36 Avg for View: 4.36 (0.00%) | 00:02:47 Avg for View: 00:02:47 (0.00%) |
| 1. desktop | 223,329 (52.96%) | 219,886 (52.78%) | 264,122 (52.98%) | 36.85% | 4.45 | 00:03:01 |
| 2. mobile | 172,018 (40.79%) | 171,281 (41.11%) | 198,769 (39.87%) | 42.26% | 3.95 | 00:02:12 |
| 3. tablet | 26,382 (6.26%) | 25,481 (6.12%) | 35,606 (7.14%) | 29.04% | 6.03 | 00:04:20 |