# McNamara Declaration Exhibit 167

Feedback | Help

# Library2Go
### Digital Media

Subjects | Collections | Kindle Books | Kids | Search | Sign in

We offer eBooks for your Kindle device or reading app. Try one today! ✕

## Color Your World
Colorful covers
SEE ALL

| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |
|---|---|---|---|---|---|
| LaRose | The Silence Betwee... | Summer Green to A... | Drum Dream Girl | When | The Revisioners |
| by Louise Erdrich | by Alison Gervais | by Mia Posada | by Margarita Engle | by Daniel H. Pink | by Margaret Wilkerson ... |
| EBOOK | EBOOK | EBOOK | EBOOK | EBOOK | EBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |



**Meet Libby.**
A fresh and easy way to borrow and read from your library.
Learn more at meet.libbyapp.com

## She Persisted ›
SEE ALL

   

| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |
|---|---|---|---|---|---|
| My Life on the Road | Drum Dream Girl | Hunger | Shark Lady | Broad Band | She Persisted |
| by Gloria Steinem | by Margarita Engle | by Roxane Gay | by Jess Keating | by Claire L. Evans | by Chelsea Clinton |
| AUDIOBOOK | EBOOK | AUDIOBOOK | EBOOK | AUDIOBOOK | EBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

## Just Added! ›
SEE ALL

    

| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |
|---|---|---|---|---|---|
| From Strength to Stre... | Zora and Langston | Let's Get Physical | Black American Refug... | Goodnight Punpun, V... | Goodnight Punpun, V... |
| by Arthur C. Brooks | by Yuval Taylor | by Danielle Friedman | by Tiffanie Drayton | by Inio Asano | by Inio Asano |
| EBOOK | EBOOK | EBOOK | EBOOK | EBOOK | EBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

## Romance, Illustrated ›
SEE ALL

   

| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |
|---|---|---|---|---|---|
| My Not So Perfect Life | The Switch | Puddin' | Serena Singh Flips the... | The Two Lives of Lydia... | The Heir Affair |
| by Sophie Kinsella | by Beth O'Leary | by Julie Murphy | by Sonya Lalli | by Josie Silver | by Heather Cocks |
| EBOOK | EBOOK | AUDIOBOOK | EBOOK | EBOOK | EBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

## Black Voices and Black History  SEE ALL

| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |
|---|---|---|---|---|---|
| The Fire This Time by Jesmyn Ward — EBOOK — BORROW | The Girl Who Smiled B… by Clemantine Wamariya — AUDIOBOOK — BORROW | Gone Crazy in Alabama by Rita Williams-Garcia — AUDIOBOOK — BORROW | Why I'm No Longer Tal… by Reni Eddo-Lodge — EBOOK — BORROW | Follow the Drinking G… by Jeanette Winter — EBOOK — BORROW | Hidden Figures Young… by Margot Lee Shetterly — EBOOK — BORROW |

## Something for EveryBODY  SEE ALL

| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |
|---|---|---|---|---|---|
| Wonder by R. J. Palacio — EBOOK — BORROW | Radical Acceptance by Tara Brach, PhD — AUDIOBOOK — BORROW | Love Is a Revolution by Renée Watson — EBOOK — BORROW | Shapesville by Andy Mills — EBOOK — BORROW | Wintergirls by Laurie Halse Anderson — EBOOK — BORROW | Turtle Boy by M. Evan Wolkenstein — AUDIOBOOK — BORROW |

## Disability Visability  SEE ALL

| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |
|---|---|---|---|---|---|
| On the Edge of Gone by Corinne Duyvis — EBOOK — BORROW | Insignificant Events in … by Dusti Bowling — EBOOK — BORROW | The First Time She Dr… by Kerry Kletter — EBOOK — BORROW | Black Helicopters by Blythe Woolston — EBOOK — BORROW | Darius the Great Is No… by Adib Khorram — AUDIOBOOK — BORROW | Gadget Girl by Suzanne Kamata — EBOOK — BORROW |

## Thank You for Being a Friend  SEE ALL

| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |
|---|---|---|---|---|---|
| Paper Hearts by Ali Novak — EBOOK — BORROW | Wanted by Sara Shepard — AUDIOBOOK — BORROW | The Hate U Give by Angie Thomas — AUDIOBOOK — BORROW | Unlikely Friendships by Jennifer S. Holland — EBOOK — BORROW | Let's Take the Long W… by Gail Caldwell — EBOOK — BORROW | The Serpent King by Jeff Zentner — AUDIOBOOK — BORROW |

## True Crime  SEE ALL

| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |
|---|---|---|---|---|---|
| Foxcatcher by Mark Schultz — EBOOK — BORROW | The Dinosaur Artist by Paige Williams — EBOOK — BORROW | The Snowden Files by Luke Harding — EBOOK — BORROW | American Heiress by Jeffrey Toobin — EBOOK — BORROW | Killers of the Flower M… by David Grann — EBOOK — BORROW | All-American Murder-… by James Patterson — EBOOK — BORROW |

## Project Parenthood

SEE ALL

| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |
|---|---|---|---|---|---|
| Let's Just Say It Wasn't... by Diane Keaton — AUDIOBOOK — BORROW | The Opposite of Spoiled by Ron Lieber — EBOOK — BORROW | The Kindest Lie by Nancy Johnson — AUDIOBOOK — BORROW | Becoming Nicole by Amy Ellis Nutt — AUDIOBOOK — BORROW | Simplicity Parenting by Kim John Payne — EBOOK — BORROW | Traveling with Pomegr... by Sue Monk Kidd — EBOOK — BORROW |

LOAD MORE

**MY ACCOUNT**
Sign in
Need a library card?

**SUPPORT**
Help
Get support

**STAY CONNECTED**
Member libraries
Share feedback

powered by OverDrive
Get the app

kindle
Read anywhere on any device

© 2022 OverDrive, Inc. All Rights Reserved. Privacy Policy · Cookie settings · Accessibility · Important Notice about Copyrighted Materials



Feedback | Help

Subjects | Collections | Kindle Books | Search | Sign in

Try Libby, our new app for enjoying ebooks and audiobooks!

## Top 100 in Mississippi
Mississippi's top 100 faves

SEE ALL



| Five Total Strangers | A Time for Mercy | The Last Thing He T... | The Midnight Library | The Judge's List | The Midnight Library |
|---|---|---|---|---|---|
| by Natalie D. Richards | by John Grisham | by Laura Dave | by Matt Haig | by John Grisham | by Matt Haig |
| EBOOK | EBOOK | EBOOK | EBOOK | EBOOK | AUDIOBOOK |
| PLACE A HOLD | BORROW | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD |

### Meet Libby.
A fresh and easy way to borrow and read from your library.
Learn more at meet.libbyapp.com

Download on the App Store | GET IT ON Google Play

### Listen on the Go
SEE ALL



| Atomic Habits | The Last Thing He Tol... | The Seven Husbands ... | The Midnight Library | The Four Winds | Dune |
|---|---|---|---|---|---|
| by James Clear | by Laura Dave | by Taylor Jenkins Reid | by Matt Haig | by Kristin Hannah | by Frank Herbert |
| AUDIOBOOK | AUDIOBOOK | AUDIOBOOK | AUDIOBOOK | AUDIOBOOK | AUDIOBOOK |
| PLACE A HOLD | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD |

### New Mysteries
SEE ALL

| City of the Dead | Autopsy | False Witness | The Maid | One Step Too Far | The Madness of Crow... |
|---|---|---|---|---|---|
| by Jonathan Kellerman | by Patricia Cornwell | by Karin Slaughter | by Nita Prose | by Lisa Gardner | by Louise Penny |
| EBOOK | EBOOK | EBOOK | EBOOK | EBOOK | EBOOK |
| PLACE A HOLD | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD |

SEE ALL

| The Seven Husbands ... | The Seven Husbands ... | Go Tell the Bees That I... | A Court of Thorns and... | Ugly Love | Beach Read |
|---|---|---|---|---|---|
| by Taylor Jenkins Reid | by Taylor Jenkins Reid | by Diana Gabaldon | by Sarah J. Maas | by Colleen Hoover | by Emily Henry |
| EBOOK | AUDIOBOOK | EBOOK | EBOOK | EBOOK | EBOOK |
| PLACE A HOLD | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD |

### Christian Fiction
SEE ALL

| Redeeming Love | A Stranger's Game | The Masterpiece | When Crickets Cry | Hope Harbor | Lean on Me |
|---|---|---|---|---|---|
| by Francine Rivers | by Colleen Coble | by Francine Rivers | by Charles Martin | by Irene Hannon | by Pat Simmons |
| EBOOK | EBOOK | EBOOK | EBOOK | EBOOK | EBOOK |
| PLACE A HOLD | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD | BORROW | PLACE A HOLD |

### African American Fiction
SEE ALL

| The Personal Librarian | The Personal Librarian | Harlem Shuffle | The Other Black Girl | The Hate U Give | The Other Black Girl |
|---|---|---|---|---|---|
| by Marie Benedict | by Marie Benedict | by Colson Whitehead | by Zakiya Dalila Harris | by Angie Thomas | by Zakiya Dalila Harris |
| EBOOK | EBOOK | EBOOK | EBOOK | EBOOK | AUDIOBOOK |
| PLACE A HOLD | PLACE A HOLD | BORROW | BORROW | BORROW | PLACE A HOLD |

### Science Fiction
SEE ALL

| The Midnight Library | Project Hail Mary | The Midnight Library | Dune | Dune | Klara and the Sun |
|---|---|---|---|---|---|
| by Matt Haig | by Andy Weir | by Matt Haig | by Frank Herbert | by Frank Herbert | by Kazuo Ishiguro |
| EBOOK | EBOOK | AUDIOBOOK | EBOOK | EBOOK | EBOOK |
| PLACE A HOLD | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD |

### Fantasy
SEE ALL

| The Invisible Life of A... | Harry Potter and the ... | The Invisible Life of A... | Go Tell the Bees That I... | A Court of Thorns and... | Dune |
|---|---|---|---|---|---|
| by V. E. Schwab | by J. K. Rowling | by V. E. Schwab | by Diana Gabaldon | by Sarah J. Maas | by Frank Herbert |
| EBOOK | AUDIOBOOK | AUDIOBOOK | EBOOK | EBOOK | EBOOK |
| PLACE A HOLD | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD |

---

**MY ACCOUNT**
Sign in
Need a library card?

**SUPPORT**
Help
Get support

**STAY CONNECTED**
Member libraries
Share feedback

powered by **OverDrive**
Get the app

kindle
Read anywhere on any device

© 2022 OverDrive, Inc. All Rights Reserved. Privacy Policy · Cookie settings · Accessibility · Important Notice about Copyrighted Materials



OK Virtual Library

Language · Feedback · Help

Subjects · Collections · Kindle Books · Kids · Teens · Magazines · Search · Sign in

## Just Added!

SEE ALL

AVAILABLE — LATINA Attitude Ma... — Feb 01 2022 — MAGAZINE — BORROW

AVAILABLE — EW The Ultimate Gu... — EW The Ultimate Guid... — MAGAZINE — BORROW

AVAILABLE — Booklist Reader — Mar 01 2022 — MAGAZINE — BORROW

AVAILABLE — LA Rams Superbowl... — LA Rams Superbowl C... — MAGAZINE — BORROW

AVAILABLE — Digital Camera User — Issue 1 — MAGAZINE — BORROW

AVAILABLE — Photoshop User — Issue 1 — MAGAZINE — BORROW

### Meet Libby.

A fresh and easy way to borrow and read from your library.

Learn more at meet.libbyapp.com

A fresh and easy way to borrow and read from your library.

Learn more at meet.libbyapp.com

Download on the App Store · GET IT ON Google Play · GET IT ON Google Play

## A Bouquet of Books

SEE ALL

- New Moon — by Stephenie Meyer — EBOOK — BORROW
- See Me — by Nicholas Sparks — EBOOK — BORROW
- How to Do Nothing — by Jenny Odell — AUDIOBOOK — BORROW
- The Gilded Wolves — by Roshani Chokshi — EBOOK — BORROW
- The Immortalists — by Chloe Benjamin — EBOOK — BORROW
- With the Fire on High — by Elizabeth Acevedo — EBOOK — BORROW

## For Fans of Sherlock Holmes

SEE ALL

- The Hollow of Fear — by Sherry Thomas — EBOOK — BORROW
- A Lady's Guide to Etiq... — by Dianne Freeman — EBOOK — BORROW
- The Last of August — by Brittany Cavallaro — EBOOK — BORROW
- A Question of Holmes — by Brittany Cavallaro — EBOOK — BORROW
- The Case for Jamie — by Brittany Cavallaro — AUDIOBOOK — BORROW
- Mycroft and Sherlock — by Kareem Abdul-Jabbar — EBOOK — BORROW

## Classics

SEE ALL

- My Antonia — by Willa Cather — EBOOK — BORROW
- The Story of My Boyh... — by John Muir — EBOOK — BORROW
- Bleak House — by Charles Dickens — EBOOK — BORROW
- Main Street — by Sinclair Lewis — EBOOK — BORROW
- The Woman in White — by Wilkie Collins — EBOOK — BORROW
- Wuthering Heights — by Emily Bronte — EBOOK — BORROW

## Up Close and Personal: Biographies and Autobiographies

SEE ALL

- Maybe You Should Tal... — by Lori Gottlieb — EBOOK — BORROW
- Becoming — by Michelle Obama — AUDIOBOOK — BORROW
- When Breath Become... — by Paul Kalanithi — EBOOK — BORROW
- Know My Name — by Chanel Miller — AUDIOBOOK — BORROW
- The Year of Less — by Cait Flanders — AUDIOBOOK — BORROW
- The Glass Castle — by Jeannette Walls — AUDIOBOOK — BORROW

## Most popular eBooks

SEE ALL

- Sooley — by John Grisham — EBOOK — BORROW
- White Fragility — by Dr. Robin DiAngelo — EBOOK — BORROW
- 28 Summers — by Elin Hilderbrand — EBOOK — BORROW
- Fortune and Glory — by Janet Evanovich — EBOOK — BORROW
- The Return — by Nicholas Sparks — EBOOK — BORROW
- Ocean Prey — by John Sandford — EBOOK — BORROW

## Most popular audiobooks

SEE ALL

- Where the Crawdads ... — by Delia Owens — AUDIOBOOK — BORROW
- Girl, Wash Your Face — by Rachel Hollis — AUDIOBOOK — BORROW
- Girl, Stop Apologizing — by Rachel Hollis — AUDIOBOOK — BORROW
- Look Alive Twenty-Five — by Janet Evanovich — AUDIOBOOK — BORROW
- The President Is Missi... — by Bill Clinton — AUDIOBOOK — BORROW
- The Rooster Bar — by John Grisham — AUDIOBOOK — BORROW

## Guides to Antiracism

SEE ALL

- AVAILABLE — The Warmth of Other ... — by Isabel Wilkerson — EBOOK — BORROW
- WAIT LIST — I Know Why the Cage... — by Maya Angelou — AUDIOBOOK — PLACE A HOLD
- WAIT LIST — Just Mercy — by Bryan Stevenson — EBOOK — PLACE A HOLD
- WAIT LIST — Between the World an... — by Ta-Nehisi Coates — AUDIOBOOK — PLACE A HOLD
- WAIT LIST — White Fragility — by Dr. Robin DiAngelo — AUDIOBOOK — PLACE A HOLD
- WAIT LIST — The Bluest Eye — by Toni Morrison — EBOOK — PLACE A HOLD

MY ACCOUNT
Sign in
Need a library card?

SUPPORT
Help
Get support

STAY CONNECTED
Member libraries
Share feedback

LANGUAGE
English
Español
Français (Canada)

powered by OverDrive
Get the app

kindle
Read anywhere on any device

© 2022 OverDrive, Inc. All Rights Reserved. Privacy Policy · Cookie settings · Accessibility · Important Notice about Copyrighted Materials

# Idaho Digital Consortium

Partner libraries NEW! | Feedback | Help

Subjects | Collections | Kindle Books | Magazines | Search | Sign in

We offer eBooks for your Kindle device or reading app. Try one today!

## Just added — SEE ALL

 LATINA Attitude Ma... Feb 01 2022 MAGAZINE — BORROW
 Ebby Magazine Issue 3 MAGAZINE — BORROW
 EW The Ultimate Gu... EW The Ultimate Guid... MAGAZINE — BORROW
 Complete Guide to Ca... Complete Guide to Ca... MAGAZINE — BORROW
 Windows User Vol 1 2022 MAGAZINE — BORROW
 Celtic Life Internatio... January/February 202... MAGAZINE — BORROW



Meet Libby.
A fresh and easy way to borrow and read from your library.
Learn more at meet.libbyapp.com

## Music in My Bones — SEE ALL

 The Song of the Lerk by Willa Cather EBOOK — BORROW
 Drum Dream Girl by Margarita Engle EBOOK — BORROW
 She Come by It Natural by Sarah Smarsh EBOOK — BORROW
 The Phantom of the O... by Gaston Leroux EBOOK — BORROW
 How to Kill a Rock Star by Tiffanie DeBartolo EBOOK — BORROW
 Solo by Kwame Alexander EBOOK — BORROW

## Draw Up Some Romance — SEE ALL

 An Unexpected Peril by Deanna Raybourn EBOOK — BORROW
 Missing Christmas by Kate Clayborn EBOOK — BORROW
The Two Lives of Lydia... by Josie Silver EBOOK — BORROW
 My Not So Perfect Life by Sophie Kinsella EBOOK — BORROW
 Passion on Park Avenue by Lauren Layne EBOOK — BORROW
 The Shaadi Set-Up by Lillie Vale EBOOK — BORROW

## Being Young and In Love — SEE ALL

 The Sky Is Everywhere by Jandy Nelson EBOOK — BORROW
 Yolk by Mary H. K. Choi EBOOK — BORROW
 The Color of Lies by CJ Lyons EBOOK — BORROW
 Tweet Cute by Emma Lord EBOOK — BORROW
 Anatomy of a Misfit by Andrea Portes EBOOK — BORROW
 Love and Other Perish... by Laura Buzo EBOOK — BORROW

## Best Books of 2021 — SEE ALL

 Any Way the Wind Blo... by Rainbow Rowell AUDIOBOOK — BORROW
 Act Your Age, Eve Bro... by Talia Hibbert EBOOK — BORROW
 Sunny Song Will Neve... by Suzanne Park EBOOK — BORROW
 Dream Girl by Laura Lippman EBOOK — BORROW
 Good Company by Cynthia D'Aprix Sweeн... EBOOK — BORROW
 The Bomber Mafia by Malcolm Gladwell EBOOK — BORROW

## Something for EveryBODY: Body Positivity — SEE ALL

 Smile by Raina Telgemeier EBOOK — BORROW
 The Ugly Truth by Jeff Kinney EBOOK — BORROW
 Act Your Age, Eve Bro... by Talia Hibbert EBOOK — BORROW
 El Deafo by Cece Bell EBOOK — BORROW
 Act Your Age, Eve Bro... by Talia Hibbert EBOOK — BORROW
 Starfish by Lisa Fipps EBOOK — BORROW

## It's a First! — SEE ALL

 Seconds to Live by Kiley Reid EBOOK — BORROW
 The Reasons for Marri... by Stephanie Laurens EBOOK — BORROW
 The Girl and the Stars by Mark Lawrence EBOOK — BORROW
 The Perfect Husband by Lisa Gardner EBOOK — BORROW
 Mr. Mercedes by Stephen King EBOOK — BORROW
 The Next Always by Nora Roberts EBOOK — BORROW

## Thank You for Being a Friend — SEE ALL

 Giant Days (2015), Vol... by John Allison EBOOK — BORROW
 The Kitchen Front by Jennifer Ryan EBOOK — BORROW
Red Queen by Victoria Aveyard EBOOK — BORROW
 Ruthless by Sara Shepard EBOOK — BORROW
 A Question of Holmes by Brittany Cavallaro EBOOK — BORROW
 Girl, Woman, Other by Bernardine Evaristo EBOOK — BORROW

## Trending on BookTok — SEE ALL

Such a Fun Age by Kiley Reid EBOOK — BORROW
The Priory of the Oran... by Samantha Shannon EBOOK — BORROW
The Sun Is Also a Star by Nicola Yoon EBOOK — BORROW
Circe by Madeline Miller EBOOK — BORROW
Legend by Marie Lu EBOOK — BORROW
When the Stars Go Dark by Paula McLain EBOOK — BORROW

## Killer Thrillers — SEE ALL

 The Snowman by Jo Nesbo AUDIOBOOK — BORROW
 The Perfect Husband by Lisa Gardner EBOOK — BORROW
 Walk the Wire by David Baldacci EBOOK — BORROW
 21st Birthday by James Patterson EBOOK — BORROW
 Paradise Valley by C.J. Box AUDIOBOOK — BORROW
 Blindside by James O. Born AUDIOBOOK — BORROW

LOAD MORE

You can use your Idaho Digital Consortium card to borrow titles from these partner libraries:
- Blackfoot Public Library
- IDEA by ICfL
- LYNX Library Consortium
- Cooperative Information Network
- Kuna District Library
- Meridian Library District
- East Bonner County Library District
- LiLI System, Inc.
- Valnet

powered by OverDrive
Get the app

MY ACCOUNT — Sign in — Need a library card?
SUPPORT — Help — Get support
STAY CONNECTED — Member libraries — Share feedback

Kindle
Read anywhere on any device

© 2022 OverDrive, Inc. All Rights Reserved. Privacy Policy · Cookie settings · Accessibility · Important Notice about Copyrighted Materials