# McNamara Declaration Exhibit 169

2019



2020



2021



2022



Page 2
stats | Open Library
https://web.archive.org/web/20220705141935/https://openlibrary.org/stats

| Partner With Us | Authors | Bulk Data Dumps | Suggesting Edits | English (en) |
| Careers | Subjects | Writing Bots | | Español (es) |
| Blog | Collections | Add a Book | | Français (fr) |
| Terms of Service | Advanced Search | | | Hrvatski (hr) |
| Donate | Return to Top | | | తెలుగు (te) |
| | | | | Українська (uk) |
| | | | | 中文 (zh) |

Open Library is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include the Wayback Machine, archive.org and archive-it.org

version c3560fb