# McNamara Declaration
# Exhibit 170



INTERNET ARCHIVE WaybackMachine
https://openlibrary.org/ Go
10,501 captures
10 Apr 2002 - 4 Jul 2022
FEB MAR APR
04
2019 2020 2021
About this capture
INTERNET ARCHIVE
Donate

OPEN LIBRARY Browse My Books More All Search Log In Sign Up

**Together**, let's build an Open Library for the World. Sponsor a Book

## Browse by Subject

| Art | Fantasy | Biographies | Science | Recipes | Romance |
|---|---|---|---|---|---|
| *45,771 Books* | *11,333 Books* | *8,412 Books* | *49,737 Books* | *6,469 Books* | *16,943 Books* |

## Books to Sponsor

Sponsor Sponsor Sponsor Sponsor Sponsor Sponsor

## Classic Books

Read Read Read Read Read Read

## Books We Love

Borrow Borrow Borrow Borrow Borrow Borrow

Page 2
Welcome to Open Library | Open Library
https://web.archive.org/web/20200304173514/https://openlibrary.org/

## Recently Returned



Borrow   Borrow   Borrow   Borrow   Borrow   Borrow

## Romance



Borrow   Borrow   Borrow   Borrow   Borrow   Borrow

## Kids



Borrow   Borrow   Borrow   Read   Borrow   Borrow

## Thrillers



Borrow   Borrow   Borrow   Borrow   Borrow   Borrow







## Textbooks

Borrow | Borrow | Borrow | Borrow | Borrow | Borrow

## Authors Alliance & MIT Press

← Borrow | Borrow | Borrow | Borrow | Borrow | Borrow →

## Around the Library

Here's what's happened over the last 28 days. More recent changes.

| 6,257,919 | 63,335 | 981,597 | 958 | 41,296 |
|---|---|---|---|---|
| UNIQUE VISITORS | NEW MEMBERS | CATALOG EDITS | LISTS CREATED | EBOOKS BORROWED |

## About the Project

Open Library is an open, editable library catalog, building towards a web page for every book ever published. More

Just like Wikipedia, you can contribute new information or corrections to the catalog. You can browse by subjects, authors or lists members have created. If you love books, why not help build a library?

**Latest Blog Posts**

To the World: Introducing Brad Rubenstein - *November 21, 2019*

Scan On Demand: Building the World's Open Library, Together - *October 23, 2019*

2018 A Year of Victories! - *January 1, 2019*

**Open Library**
- Vision
- Volunteer
- Careers
- Blog
- Terms of Service
- Donate

**Discover**
- Home
- Books
- Authors
- Subjects
- Advanced Search
- Return to Top

**Develop**
- Development Center
- API Documentation
- Bulk Data Dumps
- Writing Bots
- Add a Book

**Help**
- Help Center
- Report A Problem
- Suggesting Edits

Open Library is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include the Wayback Machine, archive.org and archive-it.org

version c5dfe5e



Page 1
Welcome to Open Library | Open Library
https://web.archive.org/web/20220704084341/https:/openlibrary.org/

INTERNET ARCHIVE WaybackMachine https://openlibrary.org/ Go JUN JUL AUG
10,501 captures 04
10 Apr 2002 - 4 Jul 2022 2021 2022 2023 About this capture

INTERNET ARCHIVE Donate

OPEN LIBRARY Browse More All Search Log In Sign Up

## Welcome to Open Library

**Read Free Library Books Online**
Millions of books available through Controlled Digital Lending

**Keep Track of your Favorite Books**
Organize your Books using Lists & the Reading Log

**Try the virtual Library Explorer**
Digital shelves organized like a physical library

## Trending Books

Preview

Checked Out

Join Waitlist

Borrow

Join Waitlist

Not in Library

## Classic Books

Read

Read

Read

Read

Read

Read

## Books We Love

Borrow

Borrow

Borrow

Borrow

Borrow

Borrow

Page 2
Welcome to Open Library | Open Library
https://web.archive.org/web/20220704084341/https://openlibrary.org/

### Recently Returned

     

Borrow — Borrow — Borrow — Borrow — Borrow — Borrow

### Romance

     

Borrow — Borrow — Borrow — Borrow — Borrow — Borrow

### Kids

     

Big Nate blasts off — Lincoln Pierce

Borrow — Borrow — Borrow — Borrow — Borrow

### Thrillers

     

Borrow — Borrow — Borrow — Borrow — Borrow — Borrow

## Textbooks

     

Borrow   Borrow   Borrow   Borrow   Borrow   Borrow

## Authors Alliance & MIT Press

     

Borrow   Borrow         Borrow   Borrow   Borrow

## Browse by Subject

        

Art          Science Fiction     Fantasy        Biographies     Recipes        Romance
71,566 Books  16,703 Books      12,891 Books   14,784 Books    8,628 Books    20,305 Books

## Around the Library
Here's what's happened over the last 28 days. More recent changes.

    

**3,124,813**  **83,849**  **232,033**  **872**  **349,984**
UNIQUE VISITORS  NEW MEMBERS  CATALOG EDITS  LISTS CREATED  EBOOKS BORROWED

## About the Project

Open Library is an open, editable library catalog, building towards a web page for every book ever published. More

Just like Wikipedia, you can contribute new information or corrections to the catalog. You can browse by subjects, authors or lists members have created. If you love books, why not help build a library?

### Latest Blog Posts

It takes a Classroom to build an Open Library - June 30, 2022

A High Schooler's Experience Contributing to the Open Book Genome Project - April 27, 2022

Introducing Trusted Book Providers - December 20, 2021

| Open Library | Discover | Develop | Help | Change Website Language |
|---|---|---|---|---|
| Vision | Home | Developer Center | Help Center | Čeština (cs) |
| Volunteer | Books | API Documentation | Report A Problem | Deutsch (de) |
| Partner With Us | Authors | Bulk Data Dumps | Suggesting Edits | English (en) |
| Careers | Subjects | Writing Bots | | Español (es) |
| Blog | Collections | Add a Book |   | Français (fr) |
| Terms of Service | Advanced Search | | | Hrvatski (hr) |
| Donate | Return to Top | | | తెలుగు (te) |
| | | | | Українська (uk) |
| | | | | 中文 (zh) |

Page 4
Welcome to Open Library | Open Library
https://web.archive.org/web/20220704084341/https:/openlibrary.org/

Open Library is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include the Wayback Machine, archive.org and archive-it.org

version c3560fb