# McNamara Declaration
# Exhibit 171

| | |
|---|---|
| From: | Lila Bailey |
| Sent: | Friday, March 20, 2020 5:27 PM EDT |
| To: | David Hansen, J.D.; Chris Freeland; Courtney, Kyle K. |
| Subject: | Re: FW: Time sensitive support for a National Emergency Library |

Excellent!

Also, I wanted to let you both know that we are planning to allow authors to opt out (or in!) to the National Emergency Library. We hope most won't do so, but given that we don't have the time or staffing to allow us to limit NEL access only to people directly impacted by COVID19 we think it's important to give authors who think their sales will be impacted a way to take their books out. We are going to encourage readers who are in a position to buy books to do so, ideally from their local bookstores or from BWB or Amazon if they have to. We are trying to be empathetic to rightsholders who are also in this crisis along with everyone else.

On 3/20/20 2:02 PM, David Hansen, J.D. wrote:

> fyi
>
> ---
>
> **From:** "Deborah Jakubs, Ph.D." <deborah.jakubs@duke.edu>
> **Date:** Friday, March 20, 2020 at 4:59 PM
> **To:** "ARL Directors Discussion List (ARL-DIRECTORS@arl.org)" <ARL-DIRECTORS@arl.org>
> **Cc:** "aserl-deans@aserl-lists.org" <aserl-deans@aserl-lists.org>, "David Hansen, J.D." <david.hansen@duke.edu>
> **Subject:** Time sensitive support for a National Emergency Library
>
> Dear ARL and ASERL colleagues,
> Please see below, and consider endorsing this endeavor. I have just done so on behalf of the Duke University Libraries. Although it says "confidential and private," Chris is fine with me circulating it to all of you.
>
> Best wishes --
> Deborah
> Deborah Jakubs
> Rita DiGiallonardo Holloway University Librarian
> Vice Provost for Library Affairs
> 259 Rubenstein Library – Box 90193
> Duke University
> Durham, NC  27708
>
> Tel:  919-660-5800
> Fax:  919-660-5923
> Email:  deborah.jakubs@duke.edu

CONFIDENTIAL                                                                                                     INTARC00462951

*Duke University Libraries value diversity of thought, perspective, experience, and background and are actively committed to a culture of inclusion and respect.*

---

**From:** Chris Freeland <chrisfreeland@archive.org>
**Sent:** Friday, March 20, 2020 3:07 PM
**To:** Deborah Jakubs, Ph.D. <deborah.jakubs@duke.edu>
**Subject:** Time sensitive support for a National Emergency Library

\*Apologies if you've received this message in duplicate\*

## CONFIDENTIAL AND PRIVATE

Dear Deborah,

We need your help to help others during this pandemic and national emergency.  We would like to solicit your support for a time-sensitive announcement.

We've received considerable interest in the Open Libraries program since the nation's universities, schools, and libraries started closing in response to COVID-19.  We've also received numerous requests for help from educators, librarians, and individuals in getting access to books while their local libraries are closed.  **To address this unprecedented global and immediate need for access to reading and research materials**, next Tuesday, March 24, the Internet Archive is planning to suspend waitlists for the 1.4 million (and growing) books in our lending library, creating a National Emergency Library.  This suspension will run through the later of June 30, 2020, or the end of the US national emergency.

To be clear, the books are still protected from redistribution; this just means people can borrow books with the same types of controls that publishers place on the books they distribute.

During the suspension, users will be able to borrow books from the National Emergency Library without joining a waitlist, ensuring that students will have access to assigned readings and library materials that we've digitized throughout the remainder of the US academic calendar, and that people who cannot physically access their local libraries because of closure or self-quarantine can continue to read and thrive during this time of crisis, keeping themselves and others safe.

**We need your support in this endeavor.**  We have written a public statement supporting waitlist suspension and are seeking an inaugural round of key individuals and organizations to endorse the statement.  We want to have a strong backing and show of support from the library and educational communities as we make this bold move in creating a National Emergency Library, and your endorsement as a leader in our community will help provide a strong, unified front should we receive pushback on our efforts.

CONFIDENTIAL

INTARC00462952

We're creating a National Emergency Library during this time of crisis because we think it's important, and we think it's a way we can help.  We hope you'll support us in this effort by reading and endorsing the statement.


CONFIDENTIAL AND PRIVATE

Please contact me direct at chrisfreeland@archive.org with questions or comments.  Thank you for your consideration,

Chris
```
--
Chris Freeland
Director of Open Libraries
Internet Archive
chrisfreeland@archive.org
@chrisfreeland
(314) 518-2412
```

CONFIDENTIAL                                                                                                                                   INTARC00462953