# McNamara Declaration
# Exhibit 174

| | |
|---|---|
| From: | Douglas Armato |
| Sent: | Tuesday, March 31, 2020 11:28 AM EDT |
| To: | ▮▮▮▮@archive.org |
| CC: | Peter Berkery |
| Subject: | Zoom Meeting Today |

Hi Chris,

I'm not sure I can attend today's noon CST Zoom meeting on the "National Emergency Library" but could you send me an invite in case I can? If I can make the call, it will be mostly as an observer.

As you know, I'm a longtime fan of the work that the Internet Archive does, but the National Emergency Library goes further than we can legally or ethically allow. I've consulted with the Office of the General Counsel here and our Rights and Contracts Manager, Jeff Moen, has sent a takedown notice and information to the IA yesterday. Anything you can do to expedite the takedown process for all Minnesota content would be much appreciated. I'd be happy to discuss making limited Minnesota content available as part of the National Emergency Library, understanding that we *always* consult authors or rights holders before making such decisions — indeed, we've just done a round of that for course books we've made openly available for emergency course use on our Manifold OA platform. We'd also need some kind of binding legal agreement.

All best wishes // Doug


====

Douglas Armato
Director
The University of Minnesota Press
111 Third Avenue South, Suite 290
Minneapolis, MN 55401
▮▮▮▮▮▮

During the COVID-19 outbreak, University of Minnesota Press is operating remotely and
all departments remain open for business. Books are available for sale online through your local independent bookseller, Barnes & Noble and Amazon, and on our website upress.umn.edu (Please note: Our Press warehouse at Chicago Distribution Center is currently closed and availability is limited). Thank you for your support.

CONFIDENTIAL                                                                                                       INTARC00437003