# McNamara Declaration
# Exhibit 176

| | |
|---|---|
| From: | Dye, Skip on behalf of Dye, Skip <███@penguinrandomhouse.com> |
| To: | Bresson, Hugo |
| CC: | Fleming, Kristen |
| Sent: | 4/9/2020 9:24:46 AM |
| Subject: | RE: School and Library Request Approvals |

No they should not!

Thanks,

Skip

**From:** Bresson, Hugo <███@penguinrandomhouse.com>
**Sent:** Thursday, April 9, 2020 9:04 AM
**To:** Dye, Skip <███@penguinrandomhouse.com>
**Cc:** Fleming, Kristen <███@penguinrandomhouse.com>
**Subject:** RE: School and Library Request Approvals

Hi Skip,

These titles were *Interview with the Vampire* by Anne Rice (ISBN 9780307575852) and *Lolita* by Vladimir Nabokov (ISBN 9780307744029). Should either of these titles be available on IA/DPLA?

https://www.publishersweekly.com/pw/by-topic/digital/copyright/article/82861-authors-guild-aap-outraged-by-ias-national-emergency-library.html

Best,
Hugo

Hugo Bresson
Library Sales
Penguin Random House
1745 Broadway, New York NY 10019
███
███@penguinrandomhouse.com

**From:** Dye, Skip <███@penguinrandomhouse.com>
**Sent:** Thursday, April 9, 2020 6:40 AM
**To:** Bresson, Hugo <███@penguinrandomhouse.com>
**Cc:** Fleming, Kristen <███@penguinrandomhouse.com>
**Subject:** RE: School and Library Request Approvals

What were these titles?

**From:** Alexis Petric-Black <███@rakuten.overdrive.com>
**Sent:** Wednesday, April 8, 2020 6:28 PM
**To:** Bresson, Hugo <███@penguinrandomhouse.com>
**Cc:** Dye, Skip <███penguinrandomhouse.com>; Fleming, Kristen <███penguinrandomhouse.com>
**Subject:** RE: School and Library Request Approvals

Hi Hugo,

Update for you on the two MOBIUS requests – the school will not be moving forward with a purchase.  They

cited that they needed the materials more urgently and the professor was able to find both titles on the Internet Archive / DPLA site with simultaneous checkout so they used those versions.

Best,
Alexis

**Alexis Petric-Black**
*Director, Content Strategy & Publisher Account Services*
Phone: +1 216-573-6886 x 1305
Fax: +1 216-573-6888
▇▇▇▇▇▇@rakuten.overdrive.com

**Rakuten OverDrive**   *The Leading Digital Reading Platform for Libraries & Schools*
World Headquarters | One OverDrive Way | Cleveland, Ohio 44125  USA
www.overdrive.com   Proud to be a Certified B Corp

Confidentiality Notice:  This email and any attachments are OverDrive Confidential for the sole use of the intended recipient.  Any review, copying, or distribution of this email and attachments by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete any copies of this email.

**From:** Bresson, Hugo ▇▇▇▇▇▇@penguinrandomhouse.com>
**Sent:** Tuesday, April 7, 2020 1:27 PM
**To:** Alexis Petric-Black ▇▇▇▇▇▇k@rakuten.overdrive.com>
**Cc:** Dye, Skip ▇▇▇▇@penguinrandomhouse.com>; Fleming, Kristen ▇▇▇▇▇▇@penguinrandomhouse.com>
**Subject:** School and Library Request Approvals

Hi Alexis,

Hope you and yours are doing well! Attached please find approvals on a few recent school requests. This includes MOBIUS, Bainbridge, Wild Rose.

Also included in this file are the requests from Akron Public regarding two titles from our client publishers. At the time these requests were submitted to me, we did not have class set pricing from our client publishers. As these titles are now available for class set pricing, will that cover the needs of the school? I've included the class set price for your reference.

Thank you so much!

Best,
Hugo

Hugo Bresson
Library Sales
Penguin Random House
1745 Broadway, New York NY 10019
P ▇▇▇▇▇▇▇▇
▇▇▇▇▇▇@penguinrandomhouse.com

Highly Confidential - Attorneys' Eyes Only
PRH0029337