# McNamara Declaration Exhibit 177

| | |
|---|---|
| **From:** | Brewster Kahle |
| **Sent:** | Tuesday, April 14, 2020 7:39 PM EDT |
| **To:** | ▮@authorsalliance.org; Pam Samuelson |
| **CC:** | Lila Bailey |
| **Subject:** | National Emergency Library and Congress |
| **Attachments:** | signature.asc |

Brianna and Pam,

Hope all is well.

We hear that the Authors Guild is going to be meeting with some staffers about copyright matters, and possibly about NEL as well. I thought I would alert you to this, as the Authors Alliance, I think, was formed to be at the table when these discussions were happening.

Not sure what can be done from California during a Pandemic, but maybe it is a zoom thing like everything else these days.

-brewster

CONFIDENTIAL INTARC00399901