Case 1:20-cv-04160-JGK-OTW   Document 96-195   Filed 07/07/22   Page 1 of 4

# McNamara Declaration Exhibit 178

Page 1
About Us | Authors Alliance
https://www.authorsalliance.org/about/#advisory

OUR MISSION    OUR DIRECTORS    OUR STAFF    OUR ADVISORY BOARD    OUR FOUNDING MEMBERS



# About Us

## Mission

The mission of Authors Alliance is to advance the interests of authors who want to serve the public good by sharing their creations broadly. We create resources to help authors understand and enjoy their rights and promote policies that make knowledge and culture available and discoverable.

READ MORE ABOUT OUR ISSUES

## Board of Directors

 **Carla Hesse** is a Professor of History at the University of California, Berkeley. A fellow of the American Academy of Arts and Sciences since 2009, she is a specialist in modern European History and the history of communication.

 **Alison Mudditt** is the CEO of the Public Library of Science (PLOS). Her experience includes leadership positions at UC Press, SAGE Publications, Blackwell Publishers, and Taylor & Francis.

 **Thomas Leonard** is University Librarian Emeritus and a Professor of Journalism Emeritus at the University of California, Berkeley. He has served as the President of the Association of Research Libraries and as an Associate Editor of American National Biography.

 **Pamela Samuelson** is a Professor of Law at the University of California, Berkeley and a Co-Director of the Berkeley Center for Law & Technology.

 **Jeffrey MacKie-Mason** is the University Librarian and Chief Digital Scholarship Officer at the University of California, Berkeley. He has joint appointments as a professor in the School of Information and in the Department of Economics.

 **MacKenzie Smith** is the University Librarian and Vice Provost of Digital Scholarship at the University of California, Davis. She is one of the nation's leading experts in digital libraries.

 **Molly Van Houweling** is a Professor of Law and a Co-Director of the Berkeley Center for Law & Technology at the University of California, Berkeley, School of Law. She serves as Chair of the Board of Directors of Creative Commons.

## Staff

 **Dave Hansen** is the Executive Director of Authors Alliance. He holds a JD and an MSLS from UNC Chapel Hill and is a copyright attorney licensed to practice in North Carolina.

 **Rachel Brooke** is a Senior Staff Attorney at Authors Alliance. She holds a JD from NYU School of Law and is a copyright attorney licensed to practice in California.

## Advisors

**Peter Baldwin**
Professor of History at UCLA

**danah boyd**
Principal Researcher at Microsoft Research, Founder of Data & Society, and Visiting Professor at New York University

**Amy Brand**
Director of the MIT Press

**Paul Brest**
Former Hewlett Foundation President; Professor of Law, Emeritus, and former Dean, Stanford Law School

**Michael Eisen**
Professor of Genetics, Genomics, and Development at UC Berkeley and PLOS Cofounder

**Edward Felten**
Robert E. Kahn Professor of Computer Science and Public Affairs and Director of the Center for Information Technology Policy at Princeton University

**Michael Geist**
Professor of Law and the Canada Research Chair in Internet and E-commerce

**Danny Kingsley**
Researcher and administrator in Scholarly Communication

**Donald Lamm**
Former President and Chairman, W.W. Norton Publishing Company

**Lawrence Lessig**
Roy L. Furman Professor of Law and former Director of the Edmond J. Safra Center for Ethics at Harvard University

**Jonathan Lethem**
Novelist, essayist, short story writer, and the Roy

**Randy Schekman**
Howard Hughes Investigator and Professor of Cell and Developmental Biology at UC Berkeley, Nobel Laureate in Physiology or Medicine

**Sidonie Smith**
Lorna G. Goodison Distinguished Professor of English and Women's Studies at the University of Michigan

**Harold Varmus**
Co-founder of Public Library of Science, Nobel Laureate in Physiology or Medicine

**Paul Courant**
Arthur F. Thurnau Professor of Economics and Information, Harold T. Shapiro Collegiate Professor of Public Policy, and former Dean of Libraries at the University of Michigan

**Robert Darnton**
Harvard University Librarian Emeritus, and Carl H. Pforzheimer Professor of History Emeritus

**Cory Doctorow**
Novelist, activist, blogger, and journalist

**Law at the University of Ottawa Faculty of Law**

**Katie Hafner**
Writer and journalist

**Lewis Hyde**
Poet, essayist, translator, cultural critic, and former Professor of Creative Writing at Kenyon College

**Brewster Kahle**
Digital Librarian and Founder of the Internet Archive

**Kevin Kelly**
Senior Maverick Editor and founding Executive Editor at Wired Magazine

**Edward Disney Professor in Creative Writing at Pomona College**

**Robert Pinsky**
39th Poet Laureate of the United States, Founder of the Favorite Poem Project, and Professor of Creative Writing at Boston University

**Margaret Jane Radin**
Henry King Ransom Professor of Law Emerita at University of Michigan

**Eric von Hippel**
T. Wilson (1953) Professor in Management and Professor of Management and Systems Engineering at MIT

**Jonathan Zittrain**
Professor of Law and Computer Science at Harvard University, and Co-Founder and Director of the Berkman Center for Internet and Society

## Founding Members

**Jasmine Abdel-khalik**
UMKC School of Law

**Alessandro Acquisti**
Carnegie Mellon University

**Prue Adler**
Association of Research Libraries

**Julie Ahrens**
Stanford Law School, Center for Internet & Society

**Ivy Anderson**
California Digital Library

**Jonas Anderson**
American University Washington College of Law

**Patricia Aufderheide**
American University

**Margo Bagley**
Emory University School of Law

**Eric Bakovic**
UC San Diego

**Jack Balkin**
Yale Law School

**Jonathan Band**

**Ann Bartow**
University of New Hampshire School of Law

**Barton Beebe**
NYU School of Law

**Steven Bellovin**
Columbia University

**Yochai Benkler**

**Bob Berring**
UC Berkeley Law

**Mario Biagioli**
UC Davis

**James Boyle**
Duke University School of Law

**Oren Bracha**
University of Texas School of Law

**Annemarie Bridy**
University of Idaho College of Law

**Tobias Buckell**

**Dan Burk**
UC Irvine

**Brandon Butler**

**L. Jean Camp**
Indiana University

**Michael Carrier**
Rutgers Law School

**A. Michael Froomkin**
University of Miami School of Law

**Laura Gasaway**
University of North Carolina School of Law

**Steve Gass**
MIT

**Andy Gass**

**Paul Geller**

**Ilana Gershon**
Indiana University

**Shubha Ghosh**

**Rebecca Giblin**
Faculty of Law, Monash University, Australia

**James Gibson**
University of Richmond School of Law

**Jen Jack Gieseking**
University of Kentucky

**Dan Gillmor**

**Bobby Glushko**
University of Toronto

**Eric Goldman**
Santa Clara University School of Law

**Jennifer Granick**
Stanford Center for Internet and Society

**James Grimmelmann**
Cornell Law School

**Seda Gürses**
KU Leuven

**Bronwyn Hall**
UC Berkeley, Emerita

**David Hansen**
Duke University

**Paul Heald**
University of Illinois

**Laurence R. Helfer**
Duke University

**Don Herzog**
University of Michigan

**Robert Heverly**
Albany Law School

**Laura A. Heymann**
William & Mary Law School

**Peter Hirtle**
Harvard University

**Adam Hochschild**

**Arlie Hochschild**

**Kinch Hoekstra**
UC Berkeley

**Jack Lerner**

**Karen Levy**
Cornell University

**Roger Levy**
MIT

**Yvette Joy Liebesman**
St. Louis University School of Law

**Jacqueline Lipton**
Authography LLC

**Jessica Litman**
University of Michigan

**Lydia Loren**
Lewis & Clark Law School

**Brian Love**
Santa Clara University School of Law

**Glynn Lunney**
Texas A&M University School of Law

**Michael Madison**
University of Pittsburgh

**Matthew J.X. Malady**

**Lara Markstein**

**Alice Marwick**
UNC Chapel Hill

**Stephen Maurer**
UC Berkeley

**Mark McKenna**
Notre Dame Law School

**Corynne McSherry**

**Hiram Meléndez-Juarbe**

**Kate Miltner**
USC Annenberg School for Communication and Journalism

**Joseph Mornin**
Cooley LLP

**Calvin Morrill**
UC Berkeley

**Lateef Mtima**
Institute for Intellectual Property and Social Justice

**Bryce Newell**
University of Oregon

**Annalee Newitz**
Author and Journalist

**Peter Norvig**
Google

**Paul Ohm**
Georgetown Law School

**Ruth Okediji**
Harvard Law School

**Dotan Oliar**

**Julie Samuels**
Tech:NYC

**Sharon Sandeen**
Mitchell Hamline School of Law

**Joshua Sarnoff**
DePaul University College of Law

**AnnaLee Saxenian**
UC Berkeley

**Rich Schneider**
UC San Francisco

**Jason Schultz**
NYU School of Law

**Michael Scott**
Southwestern Law School

**Jeffrey Selbin**
UC Berkeley Law

**Lea Shaver**
Indiana University

**Jonathan Sheehan**
UC Berkeley

**Stuart Shieber**
Harvard University

**Stephen M. Silberstein**

**Jessica Silbey**
Northeastern University

**Luca Simeone**
Aalborg University

**Aram Sinnreich**
American University

**David Sklansky**
Stanford Law School

**Kevin Smith**
University of Kansas

**Daniel Solove**
George Washington University Law School

**Tricia Soto**
Menlo College

**Christopher Sprigman**
New York University School of Law

**Peter Stansky**
Stanford University

**Philip Stark**
UC Berkeley

**Scott Stern**
MIT Sloan School

**Ali Sternburg**

**Victoria Stodden**

**Mitch Stoltz**
Electronic Frontier Foundation

| | | | |
|---|---|---|---|
| **Michael Carroll**<br>American University Washington College of Law | **Chris Hoofnagle**<br>UC Berkeley Law | **University of Virginia School of Law** | **Katherine Strandburg**<br>New York University School of Law |
| **Cathryn Carson**<br>UC Berkeley | **Martin Husovec** | **Harlan Onsrud**<br>University of Maine School of Computing and Information Science | **Peter Suber**<br>Harvard University |
| **Alissa Centivany**<br>Western University, Ontario | **Tim Hwang** | | **Stephen Sugarman**<br>UC Berkeley Law |
| **Margaret Chon**<br>Seattle University School of Law | **Steven Jamar**<br>Professor of Law and Associate Director, Howard Intellectual Property Program | **Kurt Opsahl**<br>Electronic Frontier Foundation | **Nicolas Suzor**<br>Queensland University of Technology |
| **Dan Cohen**<br>Digital Public Library of America | **Peter Jaszi**<br>American University Washington College of Law | **Nina Paley** | **Alexander Tabarrok**<br>George Mason University |
| | | **John Palfrey**<br>Phillips Academy, Andover | **Stefan Tanaka**<br>UC San Diego |
| **Julie Cohen**<br>Georgetown Law | **Jennifer Jenkins** | **Aaron Perzanowski**<br>Case Western Reserve University School of Law | **Audrey Thorne** |
| **Cindy Cohn** | **Michael Jordan**<br>UC Berkeley | **Jim Pitman**<br>UC Berkeley | **Denise Troll Covey**<br>Carnegie Mellon University |
| **Michele Collu** | **Eran Kahana**<br>Stanford Law School; Maslon LLP | **Ethan Pollock**<br>Brown University | **Samuel Trosow**<br>University of Western Ontario |
| **Robert Cooter**<br>UC Berkeley Law | **Brian Kahin**<br>MIT | **Jedediah Purdy**<br>Columbia Law School | **Lokman Tsui** |
| **Ray Corrigan**<br>The Open University, UK | **Amy Kapczynski** | **Laura Quilter**<br>University of Massachusetts Amherst | **Rebecca Tushnet** |
| **Carys Craig**<br>Osgoode Hall Law School, York University | **Ethan Katsh**<br>National Center for Technology and Dispute Resolution | **Kevin Quinn**<br>University of Michigan | **Paul Uhlir** |
| **Jessie Daniels**<br>City University of New York | | **Justin Reich**<br>MIT | **Jennifer M. Urban** |
| **Primavera De Filippi**<br>Berkman Center for Internet & Society | **Ariel Katz**<br>University of Toronto Faculty of Law | **Jerome Reichman**<br>Duke Law School | **Siva Vaidhyanathan** |
| **Stacey Dogan**<br>Boston University School of Law | **Christopher Kelty**<br>UCLA | **Blake Reid**<br>Samuelson-Glushko Technology Law and Policy Clinic, Colorado Law | **Barbara van Schewick**<br>Stanford Law School |
| **Paul Duguid**<br>UC Berkeley School of Information | **John Leslie King** | | **Robert Walker** |
| | **John Kingdon**<br>University of Michigan | **Chris Ridder**<br>Ridder, Costa & Johnstone LLP | **Kimberlee Weatherall**<br>University of Sydney |
| **Niva Elkin-Koren**<br>Haifa Center for Law and Technology, University of Haifa Faculty of Law | **Kirsten Kingdon** | **Jorge Roig**<br>Touro Law Center | **Jonathan Weiler**<br>UNC Chapel Hill |
| | **Pushpa Kumar Lakshmanan**<br>Faculty of Law, University of Delhi, India | | **Phil Weiser**<br>University of Colorado Law School |
| **Cynthia Fuchs Epstein**<br>Graduate Center, City University of New York | | **Daniel Rosenberg**<br>University of Oregon | |
| | **Airi Lampinen**<br>Stockholm University | **Betsy Rosenblatt**<br>Whittier Law School | **Steven Weissman**<br>UC Berkeley Law |
| **Sharon E. Farb**<br>UCLA | **Michael Landau**<br>Georgia State University College of Law | **Jennifer E. Rothman**<br>Loyola Law School, Loyola Marymount University | **Yana Welinder**<br>IFTTT |
| **Kathleen Fitzpatrick**<br>Michigan State University | **Susan Landau**<br>Tufts University | **Brian Rowe**<br>Seattle University Law & University of Washington Information School | **Heather Whitney**<br>NYU |
| **Karl Fogel**<br>QuestionCopyright.org | **Amy Landers**<br>Drexel University School of Law | | **John Willinsky**<br>Stanford University |
| **Roger Ford**<br>University of New Hampshire School of Law | **Alex Leavitt**<br>Facebook Research | **Matthew Sag**<br>Loyola University of Chicago School of Law | **Esther Wojcicki**<br>Palo Alto Schools |
| **Sarah Warshauer Freedman**<br>UC Berkeley | **Edward Lee**<br>IIT Chicago-Kent College of Law | | **Martha Woodmansee**<br>Case Western Reserve University |
| | | | **Christina Xu** |
| **Brett Frischmann**<br>Villanova University | **Mark Lemley**<br>Stanford Law School | | **Peter Zhou**<br>UC Berkeley |
| | | | **Diane Zimmerman**<br>New York University School of Law |