# McNamara Declaration
# Exhibit 179

| | |
|---|---|
| **From:** | Brianna Schofield |
| **Sent:** | Monday, March 30, 2020 12:06 PM EDT |
| **To:** | Lila Bailey; Pam Samuelson |
| **CC:** | Pam Samuelson; Chris Freeland |
| **Subject:** | Re: Authors Alliance take on NEL? |

Hi Lila,

I haven't heard directly from our members about the National Emergency Library, but I've followed the mixed public reaction of course. As Pam said, Authors Alliance is not planning to endorse the NEL. (I hope you got my email last week on this topic?)

If you'd like to hear a bit more about our decision, I'm happy to find a time to talk by phone. Just let me know.

Hope you're well!

Best,
Brianna

On 3/29/20 8:47 PM, Lila Bailey wrote:

> Thanks for the quick response, Pam. We absolutely do appreciate your personal support on this one!
>
> Brianna, if you have anything further on reactions from your members, we'd be interested in hearing them.
>
> Thanks!
>
> All best,
>
> Lila
>
> On 3/29/20 5:17 PM, Pam Samuelson wrote:
>
>> I will leave it to Brianna to say whether we've heard anything from members about it. The board has discussed the issue and I don't believe we will do a blog on it. I stuck my neck out on this issue, but the organization is focused on other issues.
>>
>> Sent from my iPad
>>
>>> On Mar 29, 2020, at 5:00 PM, Lila Bailey <▮@archive.org> wrote:

CONFIDENTIAL                                                                                              INTARC00462974

Hi Brianna and Pam,

The response to the National Emergency Library has been overwhelmingly positive, though as I'm sure you've seen we're getting pushback from the expected places. I'm curious if you have heard anything from your members, and whether Authors Alliance might be up for supporting us with a blog post?

Thanks for considering it, and happy to hop on the phone if you'd like to discuss.

All best and hope you're both sheltering well.

-Lila

--
Brianna Schofield
Executive Director
Authors Alliance
www.authorsalliance.org

CONFIDENTIAL
INTARC00462975