# McNamara Declaration
# Exhibit 180

# Internet Archive Blogs

*A blog from the team at archive.org*



Blog    Announcements    25th Anniversary    archive.org    About    Events    Developers    Donate

## The National Emergency Library – Who Needs It? Who Reads It? Lessons from the First Two Weeks

Posted on April 7, 2020 by Brewster Kahle



At a time when every day can feel like a month, it's hard to believe that the National Emergency Library has only existed for two weeks. Recognizing the unique challenges of connecting students and readers with books now on shelves they cannot reach, the Internet Archive loosened the restrictions on our controlled digital lending library to allow increased lending of materials. Reactions have been passionate, to say the least—elation by teachers able to access our virtual stacks, concern by authors about the program's impact, and fundamental questions about our role as a library in these dire times when one billion students worldwide are cut off from their classrooms and libraries.

For those of you who are being introduced to us for the first time due to the National Emergency Library: Welcome! The doors of the Internet Archive have been open for nearly 25 years and we've served hundreds of millions of visitors—we've always got room to welcome one more. And for those of you who have tracked our evolution through the years, we know you have questions.

When we turned off waitlists for our lending library on March 24th, it was in response to messages and requests we'd been getting from many sources—librarians who were closing their doors in response to lockdowns, school teachers who were concerned their students could no longer do research and discovery through the primary sources they had on campus, and organizations we respected who knew we had the capability to fill an unexpected gap. A need that we knew we could provide quickly in response.

We moved in "Internet Time" and the speed and swiftness of our solution surprised some and caught others off guard. In our rush to help we didn't engage with the creator community and the ecosystem in which their works are made and published. We hear your concerns and we've taken action: the Internet Archive has added staff to our Patron Services team and we are responding quickly to the incoming requests to take books out of the National Emergency Library. While we can't go back in time, we can move forward with more information and insight based on data the National Emergency Library has generated thus far.

The Internet Archive takes reader privacy seriously, so we don't have specific analytics or logs to



Search

### Recent Posts

- Building a Better Internet: Internet Archive Convenes DC Workshop
- July Book Talk: The Library: A Fragile History
- Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- June Book Talk: The Catalogue of Shipwrecked Books
- GITCOIN Grants: Donate a Few Tokens, Defend a Public Treasure

### Recent Comments

- Superman on July Book Talk: The Library: A Fragile History
- aho on Building a Better Internet: Internet Archive Convenes DC Workshop
- Superman on Building a Better Internet: Internet Archive Convenes DC Workshop
- Superman on Building a Better Internet: Internet Archive Convenes DC Workshop
- Patrick Winn on Building a Better Internet: Internet Archive Convenes DC Workshop

### Categories

- 78rpm
- Announcements
- Archive Version 2
- Archive-It
- Audio Archive
- Books Archive
- Cool items
- Education Archive
- Emulation
- Event
- Image Archive
- Jobs
- Lending Books
- Live Music Archive
- Movie Archive
- Music

share (we took the government to court to assure we didn't have to do that,) but we do have some general information that may be of use to authors, publishers and readers about the ways patrons are using the National Emergency Library. We will be sharing more in the coming weeks of this crisis.

### Majority of books are borrowed for less than 30 minutes

Even with a preview function where readers can see the first few pages of a book, most people who go through the check out process are looking at the book for less than 30 minutes, with no more interactions until it is automatically returned two weeks later. We suspect that fewer than 10% of books borrowed are actually opened again after the first day (but we have more work to do to confirm this). Patrons may be using the checked-out book for fact checking or research, but we suspect a large number of people are browsing the book in a way similar to browsing library shelves.

### The total number of books that are checked out and read is about the number of books borrowed from a town library

Trying to compare a physical check-out of a book with a digital check-out is difficult. Assuming that the number of physical books borrowed from a library corresponds to digitally borrowed books that are read after the first day, then the Internet Archive currently lends about as many as a US library that serves a population of about 30,000.

Our usage pattern may be more like a serendipitous walk through a bookstore or the library stacks. In the real world, a patron takes a book off the shelf, flips through to see if it's of interest, and then either selects the book or puts it back on the shelf. However, in our virtual library, to flip fully through the book you have to borrow it. The large number of books that have no activity beyond the first few minutes of interaction suggest patrons are using our service to browse books.

### 90% of the books borrowed were published more than 10 years ago, two-thirds were published during the 20th century

The books in the National Emergency Library were published between 1925 and 5 years ago, because books older than that are in the public domain—out of copyright and fully downloadable. Books newer than 5 years are not in the National Emergency Library. Unlike the age of most books in bookstores, the books readers are borrowing are older books, with 10% being from the last 10 years. Two-thirds of these books were published during the 20th century.

And when people find what they need, it solves a problem, such as this subject librarian who found a book published in 1975:



*I just found a book that student was looking, for as an ebook on the National Emergency Library 'Indeginous African Architecture' https://t.co/Hina7QqvuG#architecture @UniLincolnArts pic.twitter.com/qp8KjGB0MK*

— Oonagh🌱 (@GCWOonagh) April 6, 2020

### A bit of Fun: Some of the least common subject catagories of borrowed books

- News
- Newsletter
- Open Library
- Past Event
- Software Archive
- Technical
- Television Archive
- Upcoming Event
- Video Archive
- Wayback Machine – Web Archive
- Web & Data Services

**Archives**

Select Month

**Meta**

- Log in
- Entries feed
- Comments feed
- WordPress.org

These subject tags come from library catalog records and other annotations by organizations such as ISKME has done with the Universal School Library collection, assigned to aid search and discovery of resources for educators.

- Cookery (Oysters)
- Oysters — New York (State) — New York.
- Counterrevolutions — Cuba — History — 20th century
- Biological warfare — United States
- Korean War, 1950-1953 — Biological warfare
- Religion — Controversial literature
- Monotheism
- Mental illness — In adolescence
- Tohono O'Odham Indians — Folklore
- Pima Indians — Folklore
- Saratoga Campaign, N.Y., 1777
- Job analysis
- Bible. English Revised — Texts
- Missing women
- Amnell, Kahlen (Fictitious character)
- Women amnesiacs

We'll continue to glean and share what we can as this project continues and we hope that the needs that gave rise to the National Emergency Library come to an end soon.

Posted in Announcements, News | Tagged NEL | 53 Replies

← Happy 404 Day!                                    Teachers & the National Emergency Library:
                                                    Stories from the Frontlines of Online Schooling →

### 53 thoughts on "The National Emergency Library – Who Needs It? Who Reads It? Lessons from the First Two Weeks"



**ada024744@adams12.org**
April 7, 2020 at 6:18 pm

Is it possible to use a book or primary source for multiple checkouts for example as an educator, can I check out a source and have my entire class access it through my Google Classroom (which is password protected) for educational purposes?
Thank you

Pingback: 1,426,434 Million Books: The Internet Archive Launches the "National Emergency Library to Provide Digitized Books to Students and the Public" | LJ infoDOCKET



آهنگ
April 7, 2020 at 8:58 pm

Hello, thank you for submitting this article



**Chris**
April 7, 2020 at 10:31 pm

I found this wonderful initiative because of the recent furor around closed libraries, so I'm not familiar with the general workings of the lending library. However, if people are borrowing books just to browse and decide if they want to read it, shouldn't this indicate that previews be allowed? Either the first chapter (like Amazon) or select pages (like Google Books).

(Disclaimer: I do not know if a preview function exists on this site already.)



**JeromeM573**
April 8, 2020 at 1:35 am

Why did the number of books will decline in the coming weeks until June 30? And then, is that true that number of borrowed books that previously removed were some of them back to normal for the increasing number of borrowed books?



**Declan Lawton**
April 8, 2020 at 2:20 pm

I really appreciate the collection you have shared. This will be in the interest of most of people.



**The Ocean Man**
April 8, 2020 at 4:14 pm

"Patrons may be using the checked-out book for fact checking or research, but we suspect a large number of people are browsing the book in a way similar to browsing library shelves."

I wouldn't be surprised if they're loading it on to say, a Kindle or similar ebook reader and reading it there. I know plenty of people do that with other library borrowed ebooks. On another note I love the library, it has a lot of interesting technology related books.



**Mushiii hussain**
April 8, 2020 at 7:32 pm

Thanks for great tool & Information



**Mori**
April 9, 2020 at 5:39 pm

Hi
Thanks for this good article
I really love archive.org and come in site everyday 🙂
Good Luck Guys.



**Susanne Besecker**
April 10, 2020 at 2:10 pm

What a gargantuan undertaking! As an educator, I thank you. As a citizen in shelter-in-place, I can see you have provided me with a place I can spend many hours carousing through and this will help ease the stress of this scary time. I came in search of books on my "WANT TO READ" list and found quite a few but had no idea you also collected so many other items and was pleasantly surprised. I thank you for your hard work on this and sincerely appreciate the efforts you have made to save so many artifacts of our current and recently past civilization. Even though this site may cause our current chain bookstores some financial hardship, this resource is nothing short of AMAZING! Benjamin Franklin would be so pleased.



**Naturatensi**
April 11, 2020 at 3:20 am

thank you so much for this informative blog I really appreciate. keep it up.



**Trip Kashmir**
April 11, 2020 at 4:00 am

Thanks for sharing such a valuable post, It is need of hour. as all the world is under lock down.



**gold**
April 11, 2020 at 6:18 am

thank you for the emergency library and everything you guys do



**vigraviton**
April 11, 2020 at 3:12 pm

hey Team Thanks For this, you guys are awesome



**Samuel Akanido**
April 11, 2020 at 6:42 pm

I wouldn't be surprised if they're loading it on to say, a Kindle or similar ebook reader and reading it there. I know plenty of people do that with other library borrowed ebooks. On another note I love the library, it has a lot of interesting technology related books.



**thanks**
April 11, 2020 at 10:24 pm

borrowed and returned in 5mins coz need to wanna check the contents, which is inaccessible.



**ایران نوا**
April 12, 2020 at 5:14 am

I really appreciate the collection you have shared. This will be in the interest of most of people.



**Jay**
April 12, 2020 at 7:04 am

For newcomers, be aware that the Internet Archive is not above censorship on their own site (which is weird for a company that is so big about transparency and information availability). They are also weirdly comfortable developing relationships with amoral, dishonest companies like the people behind Brave (founded by the guy ousted from Mozilla for wanting to violate users privacy, and because of his contributions to bigoted organizations). When considering donations, please consider that you may be supporting a group of people who you may consider bigoted and dishonest — they are certainly willing to develop software with such people, which to me undermines their organizations claim to integrity and dedication to the public good. FYI.



**imran**
April 12, 2020 at 1:49 pm

Special tahnks for the emergency library and everything you guys do



**digitaliveworld**
April 12, 2020 at 1:51 pm

its really amazing thank you for the emergency library



**Dareel Willi**
April 12, 2020 at 1:53 pm

Appricationg on this level of post about National Emergency Library we realy need this kind of info



**digitaliveworld**
April 12, 2020 at 1:59 pm

I really amazing info regarding National Emergency you have shared



**Prostamid**
April 12, 2020 at 4:46 pm

Hey, thanks for submitting this article. really



**Ryan**
April 12, 2020 at 6:58 pm

Is there any way for kids to use it without having to register, or to register using their school provided Google accounts? I have a fourth grade teacher who wants to use a book that's in the Emergency Library, but I'm hoping there's a way to get it to them without registering.



**Topmusics**
April 18, 2020 at 8:12 pm

there any way for kids to use it without having to register, or to register using their school provided Google accounts? I have a fourth grade teacher who wants to use a



**köpek maması**
April 12, 2020 at 11:30 pm

Thank you so much



**jojo**
April 13, 2020 at 4:44 am

It was very useful information. Thanks for sharing it.



**Aman**
April 13, 2020 at 9:08 am

Hey, It was amazing to go through your post, that was really so useful and informative!



**Tractor Guru**
April 13, 2020 at 10:52 am

Your content is very good and the posts that you share are also very good. Thank you!



**Amapiano**
April 13, 2020 at 11:01 am

Thanks for this. The world needs help..



**Studydriller**
April 13, 2020 at 4:12 pm

Nice one. Very informative article.



**wptarahcom**
April 13, 2020 at 5:43 pm

I really appreciate the collection you have shared. This will be in the interest of most of people.I really appreciate the collection you have shared. This will be in the interest of most of people.



**wptarahcom**
April 13, 2020 at 5:44 pm

I really appreciate the collection you have shared. This will be in the interest of most of people.



**wptarah**
April 13, 2020 at 5:47 pm

Internet Archive responds: Why we released the National Emergency



**boss**
April 13, 2020 at 7:04 pm

really great article happy to read this.

**Carol Simon Levin**
April 13, 2020 at 8:13 pm

"Who needs it?" Everyone! The teacher, whose classroom set of a title is locked up in her classroom… The scholar whose academic library is closed and needs to research a subject that isn't well covered on the web…. The reader who longs to read/re-read an old favorite in this challenging time…. The grandparent who would like to connect with their grandchild by reading a title together… The virtual bookgroup whose members can't each request a copy of the book from a branch of their local library but still want to read and discuss and escape/relate to literature….

I am an author, storyteller, historical researcher and children's librarian and want to say how thrilled I am to see this resource available. As an author, I can understand the concern of authors and publishers that they might be losing revenue but I hope most will look at the big picture. The majority of the books in this collection are out-of-print so they are not actually losing sales (and they have the option of removing their books from this site). What this site is actually doing is virtually opening the doors to many of the titles currently locked down in inaccessible libraries, classrooms, university offices and the like.

In a time of (inter)national emergency when literally billions of students around the world lack access to libraries and many families are losing loved ones or jobs and are worried about rent & food money, this library is a ray of hope making everyone's lives just a little bit easier. And, who knows, it could even expose kids, teens, and adults to authors they might get excited about — making them want to purchase (or ask their library to purchase) a title they love or the next title an author releases!

I have recommended this library to teachers, librarians, families and friends…and I have put my money where my mouth is, uploading my book "Remembering the Ladies: From Patriots in Petticoats to Presidential Candidates" to the library to make it more accessible during this time. If so inclined, people can buy a paper copy (or donate to a voting-rights organization) but the important thing is that people have access.

Thank you National Emergency Library!
Carol Simon Levin http://www.tellingherstories.com


**Pinta A.**
April 13, 2020 at 8:31 pm

Can the IA please clarify a point?

[quote]
then the Internet Archive currently lends about as many as a US library that serves a population of about 30,000.
[/quote]

Sorry, does this mean that the IA lends out books to 30,000 *different* users? Or rather, does it mean that the IA lends out books *proportionate* to a library serving a population of 30,000. What I mean is: a library serving 30,000 people isn't likely to lend books to all of them (I would be surprised to learn that more than 2/3 of the population actually borrowed books).

I apologise if I am being obtuse, but it seems to me that a reader could potentially interpret it either way.


**Brewster Kahle** Post author
April 14, 2020 at 3:08 am

We mean that the IA lends out books *proportionate* to a library serving a population of 30,000. There is an attempt at an equivalence to how people read online to checking out books from a library, so it is a guess, but it is an honest attempt.


**Pinta A.**
April 14, 2020 at 5:48 am

[quote]
We mean that the IA lends out books *proportionate* to a library serving a population of 30,000.
[/quote]

Ah, right. Thank you for the clarification.

[quote]
There is an attempt at an equivalence to how people read online to checking out books from a library, so it is a guess, but it is an honest attempt.
[/quote]

And a much appreciated one. I would like to think that I am not the only IA patron who finds these "big picture" blog posts valuable, both for the glimpse behind the scenes they offer and, especially, the opportunity they afford readers to see how they, too, are a part of all this.

Perhaps, with so many people currently isolated, such blog posts might help them to feel a bit less alone. No small thing at a time like this.

There is an attempt at an equivalence to how people read online to checking out books from a library, so it is a guess, but it is an honest attempt.

Pingback: Teachers & the National Emergency Library: Stories from the Frontlines of Online Schooling | Internet Archive Blogs


ایران نوا
April 14, 2020 at 6:53 am

This will be in the interest of most of people


الکترونیک
April 19, 2020 at 6:43 am

God willing, we will all get rid of covid 19 sooner


QUADRI SULAIMON
April 15, 2020 at 12:40 pm

I found this wonderful initiative because of the recent furor around closed libraries, so I'm not familiar with the general workings of the lending library. However, if people are borrowing books just to browse and decide if they want to read it, shouldn't this indicate that previews be allowed? Either the first chapter (like Amazon) or select pages (like Google Books).


Brewster Kahle  Post author
April 19, 2020 at 1:02 am

We hoped the preview would slow down borrowing to just peek at the book, and maybe we should change the parameters. you are right.


QUADRI SULAIMON
April 16, 2020 at 8:09 pm

very nice post i love it
https://beatspice.co


SJ Dhyani
April 18, 2020 at 3:44 pm

Thanks for the initiative. i think it will help most of the students in this critical time.


Ahangtop
April 18, 2020 at 8:13 pm

there any way for kids to use it without having to register,


Brewster Kahle  Post author
April 19, 2020 at 1:00 am

Yes, we are working with school districtions now on how to pre-register easily and in bulk. Maybe this would be helpful for you. Please write to info@archive.org



ایران نوا
April 19, 2020 at 4:16 am

is that true that number of borrowed books that previously removed were some of them back to normal for the increasing number of borrowed books?



**SJ Dhyani**
April 19, 2020 at 7:49 am

While other critical needs such as health, water and sanitation are being responded to, educational needs cannot be forgotten and these have an equally detrimental impact if left unaddressed. Thanks for the information



دانلود آهنگ اسماعیل ستوده
April 20, 2020 at 2:33 pm

to a library serving a population of 30,000. What I mean is: a library serving 30,000 people isn't likely to lend books to all of them (I would be surprised to learn that more than



دانلود آهنگ اسماعیل ستوده
April 20, 2020 at 2:35 pm

water and sanitation are being responded to, educational needs cannot be forgotten and these have an equally detrimental impact if left unaddressed. Thanks for the information



Douglas Keen
April 20, 2020 at 10:22 pm

We have been using archive.org since 2014 for our son's home-education . In six years we have built a massive electronic library of more than 2,000 of the best books in the English language plus a plethora of educational videos. The archive has played a very, very,very important role in our son's education and we never cease to thank God for Mr. Khale and his excellent library.

Comments are closed.

Proudly powered by WordPress