# McNamara Declaration Exhibit 184

Page 1
Emergency Temporary Access Service | www.hathitrust.org | HathiTrust Digital Library
https://www.hathitrust.org/ETAS-Description



Home   About   Collections   Help   Feedback

LOG IN

Search words about or within the items    All Fields    Search HathiTrust

◉ Full-text    ○ Catalog    ☑ Full view only

Advanced full-text search    Advanced catalog search    Search tips

Our Membership    Our Digital Library    Our Collaborative Programs    Our Research Center    Help
HathiTrust Digital Library    Welcome to HathiTrust!

Search website    Find

About › Our Digital Library › Emergency Temporary Access Service

# Emergency Temporary Access Service

Overview
Main Features
Library and Patron Eligibility
Item Access
Summary Service Terms
Information for Members
Information for Users
Approved Libraries
ETAS Continuation/Deactivation Information
More information

## Our Digital Library

- Digital Collection Principles
- Emergency Temporary Access Service
  - ETAS Terms of Service
  - ETAS: Information for Members
  - ETAS Approved Libraries
  - ETAS: Information for Users
- Searching, Reading, Building Collections, and Accessibility
- Technology, Standards, and Specifications
- Getting Content Into HathiTrust
- HathiTrust Metadata Management System
- Data Availability and APIs
- Policies
- Statistics and Visualizations
- HathiTrust Personas

## Overview

The Emergency Temporary Access Service permits special access for HathiTrust member libraries that suffer an *unexpected* or *involuntary, temporary disruption* to normal operations, such as closure for a public health emergency, requiring the library to be closed to its patrons, or otherwise restrict print collection access services.

The service makes it possible for member library patrons to obtain lawful access to specific digital materials in HathiTrust that correspond to physical books held by their own library. The Emergency Temporary Access Service will enable many HathiTrust member libraries to continue supporting the teaching, learning, and research mission of their institutions during said disruption in service.

## Main Features

For qualifying libraries that have implemented the service, the Students, Faculty, and Staff at their library may take advantage of the expanded access for a limited time depending on the operational status of their library. They will have:

- **Continued access to the scholarly record of print collections** held by their home institution with a digitized copy in HathiTrust.
- **Reading access to the book online, within a web browser.**
- **Ability to "check out" a copy for a limited period of time** with an auto-renew feature for books still in use. Access to items is 1-1; 1 copy on the member library shelf, 1 individual access to the digital copy; 2 copies, 2 concurrent users of the digital item.
- **Support for using the service** through the HathiTrust User Support Team at feedback@issues.hathitrust.org.

## Library and Patron Eligibility

- The service is currently available by request to all HathiTrust member libraries that have experienced *unexpected* or *involuntary, temporary* disruption to normal operations, requiring it to be closed to the public, or otherwise restrict collection access services.
- Only the Students, Faculty, and Staff as designated by the affected institution are permitted access to eligible items when logged-in to HathiTrust.
- Specific terms apply for multi-branch libraries and state systems. See the complete Terms of Service.

Current list of approved libraries

## Item Access

Through the Emergency Temporary Access Service, users may access a digitized copy in HathiTrust that matches an item held in their institution's library. The data used to determine which items match derives from print holdings data that libraries submit as part of the library's membership process. Updates to this data are submitted periodically. Users will not have access to items that are not held by their member library. Users will continue to have access to the millions of items that are in the public domain or that are open with a Creative Commons license.

## Summary Service Terms

Services will be provided at HathiTrust's sole discretion, based on a fair use analysis and an implementation to ensure lawful access under copyright law.  Before HathiTrust can implement Emergency Temporary Access Services, HathiTrust will evaluate a Library's request to determine whether the situation qualifies. Factors to be taken into account include whether the institution can accurately identify students, faculty and staff during HathiTrust's login process, and whether HathiTrust has sufficient information to identify the Library's collections. HathiTrust and member libraries using this temporary service will abide by guiding principles and agree to Terms of Service, though no formal signature is required.

Read complete Terms of Service.

**For Member Libraries: Get started and find help**

Information for Members: Requesting ETAS & Support Materials

Emergency Temporary Access Services must be requested by the affected member library. Once HathiTrust has evaluated the request and verified that the emergency situation qualifies, then HathiTrust Digital Library systems will be updated to enable the emergency access for your library. ETAS is a temporary service. Emergency access will end when regular access to the library's physical collection is restored.

#### For Library Users: Get started and find help

Information for Users: Accessing Items via ETAS

If your library has enabled the Emergency Temporary Access Service through HathiTrust, click on the link above for instructions on how to discover and read copyrighted books from your library's own collection.

Not sure if your library has enabled it? Check this list of HathiTrust members who currently have access to this service: https://www.hathitrust.org/etas-approved-libraries

#### More information

FAQ— For Member Libraries
FAQ — For Users
Approved Libraries
Terms of Service
HathiTrust Response to COVID-19

Printer-friendly version