# McNamara Declaration
# Exhibit 185



Rating: 4.1 · 10 reviews

## Related searches

| | |
|---|---|
| beloved toni morrison **full text** | toni morrison beloved **sparknotes** |
| beloved **pdf part 1** | **how many pages in** beloved **by** toni morrison |
| beloved **by** toni morrison **summary pdf** | beloved **summary** |
| beloved **pdf part 2** | beloved **(novel)** |

*In response to a complaint we received under the US Digital Millennium Copyright Act, we have removed 1 result(s) from this page. If you wish, you may read the DMCA complaint that caused the removal(s) at LumenDatabase.org.*

1   2   3   4   5   6   7   8   9   10          Next

**Central Park West Historic District, New York, NY** - Based on your places (Home) - Update location

Help        Send feedback        Privacy        Terms

free ebooks [search box] 

About 965,000,000 results (0.42 seconds)

This search may be relevant to recent activity:  Your Search activity | Feedback

free ebooks **library**

https://www.free-ebooks.net
**Free-eBooks.net | Download free Fiction, Health, Romance ...**
Free-eBooks.net is the internet's #1 source for **free eBook** downloads, eBook resources & eBook authors. Read & download eBooks for Free: anytime!
Login · Not a member? Sign up here · Join FREE · Browse all eBooks

https://www.gutenberg.org
**Project Gutenberg: Free eBooks**
Project Gutenberg is a library of over 60,000 **free eBooks**. Choose among free epub and Kindle eBooks, download them or read them online.
Search and Browse · Top 100 · Feeds of new eBooks · About

### People also ask

Where can I get an ebook for free?

What is the best website for free ebooks?

Is there a free ebook library?

Feedback

https://www.bookbub.com › ebook-deals › free-ebooks
**Free Ebooks - BookBub**

| Plucking One String | Club Shadowlands | Sign Off | Vengeance |
| --- | --- | --- | --- |
| The Lost Art of Reverie | Deliver Me | Cliffhanger | Dirty Billionaire |
| Evidence of Trust | Possession | Burned | The Way Home |

https://reedsy.com › discovery › blog › free-ebooks
**The 25 Best Places to Find Free Ebooks in 2022 - Reedsy**
Apr 1, 2021 — The 25 Best Places to Find **Free Ebooks** in 2022 · 1. Amazon Kindle Store · 2. Apple Book Store · 3. Google Play Bookstore · 4. Barnes & Noble Online.

https://www.openculture.com › free_ebooks
**800 Free eBooks for iPad, Kindle & Other Devices - Open ...**
This collection features 800 **free eBooks**, mostly classics, that you can read on your computer, Kindle, iPad or smart phone. It includes great works of ...

https://manybooks.net
**Manybooks: 50000+ Free eBooks in the Genres you Love**
Great selection of modern and classic books waiting to be discovered. All **free** and available in most ereader formats.

https://mashable.com › Life › Digital Culture
**12 places to find the best free e-books for thrifty bookworms**
Jul 14, 2021 — 1. Google eBookstore · 2. Project Gutenberg · 3. Open Library · 4. Internet Archive · 5. BookBoon · 6. ManyBooks.net · 7. **Free eBooks** · 8. LibriVox.

https://www.weareteachers.com › download-free-ebooks

### 25 Ways Kids Can Read Free eBooks - WeAreTeachers

Mar 10, 2021 — Wondering Where to Download **Free eBooks**? This list provides 25 resources that are great for teachers, parents, and distance learning.

https://openlibrary.org

### Welcome to Open Library | Open Library

... editable library catalog, building towards a web page for every book ever published. Read, borrow, and discover more than 3M books for **free**.
You've visited this page many times. Last visit: 10/15/21

https://www.ebooks.com › en-us › free

### Free eBooks

Results 1 - 10 of 397 — **Free ebooks** from eBooks.com. A selection of our top-selling, ageless classics. The wisdom of ages is here.

Ad · https://www.scribd.com/

### The Largest Digital Library - Try Us Free for 14 Days

Access millions of **ebooks**, audiobooks, magazines, and more. Plus **free** premium services. The best books and audiobooks are waiting for you on Scribd. Try it now, **free**.

Scribd's Book List · Fiction Ebooks · Explore Audiobooks · Scribd Originals · About Scribd

## Related searches

**Where to download new books for free**



Project Gutenberg | Open Library | Manybooks | Bookboon | LibriVox

See more

What to read online
Free books app
Book reading services

Feedback

| | |
|---|---|
| free ebooks **pdf** | **where to download** free ebooks **illegal** |
| ebooks free **download** | free ebooks **for kindle** |
| free ebooks **reddit** | **project gutenberg** |
| free ebooks **net** | free ebooks **for students** |

1  2  3  4  5  6  7  8  9  10        Next

**Central Park West Historic District, New York, NY** - Based on your places (Home) - Update location

Help   Send feedback   Privacy   Terms