# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC<br><br>    Plaintiffs,<br><br>    v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive<br><br>    Defendants. | Case No. 1:20-CV-04160-JGK |

**STIPULATION REGARDING UNDISPUTED FACTS**

Plaintiffs Hachette Book Group, Inc. ("Hachette"), HarperCollins Publishers LLC ("HarperCollins"), John Wiley & Sons, Inc. ("Wiley"), and Penguin Random House LLC ("PRH") (together, "Plaintiffs") and Defendant Internet Archive ("Internet Archive") (collectively, "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

The following facts are undisputed for purposes of the Parties' summary judgment motions.

1. The Internet Archive and Open Library of Richmond are both duly organized nonprofit entities that have been designated as 501(c)(3) public charities by the IRS.

2. The Internet Archive or Open Library of Richmond owns at least one lawfully made print copy of each of the 127 Works in Suit.

3. Hachette Book Group, Inc. holds exclusive rights pursuant to 17 U.S.C. § 106, including the right to reproduce (§ 106(1)) and distribute (§ 106(3)), for each of the Works listed on Exhibit A to the Complaint for which Hachette Book Group, Inc. is identified as the publisher.

4. HarperCollins Publishers LLC holds exclusive rights pursuant to 17 U.S.C. § 106, including the right to reproduce (§ 106(1)) and distribute (§ 106(3)), for each of the Works listed on Exhibit A to the Complaint for which HarperCollins Publishers LLC is identified as the publisher.

5. Penguin Random House LLC holds exclusive rights pursuant to 17 U.S.C. § 106, including the right to reproduce (§ 106(1)) and distribute (§ 106(3)), for each of the Works listed on Exhibit A to the Complaint for which Penguin Random House LLC is identified as the publisher.

6. John Wiley & Sons, Inc. holds exclusive rights pursuant to 17 U.S.C. § 106, including the right to reproduce (§ 106(1)) and distribute (§ 106(3)), for each of the Works listed on Exhibit A to the Complaint for which John Wiley & Sons, Inc. is identified as the publisher.

7. Each of the 127 Works in Suit was registered with the United States Copyright Office within the time period required to recover statutory damages and attorneys' fees under 17 U.S.C. § 412 with respect to the allegations set forth in the Complaint.

**IT IS SO STIPULATED.**

Dated: June 10, 2022

DAVIS WRIGHT TREMAINE LLP

By: *Linda Steinman*
ELIZABETH A. MCNAMARA (SBN 1930643)
LINDA STEINMAN (SBN 2137305)
JOHN M. BROWNING (SBN 5213038)
JESSE FEITEL (SBN 5481403)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
(212) 489-8230
lizmcnamara@dwt.com
lindasteinman@dwt.com
jackbrowning@dwt.com
jessefeitel@dwt.com

OPPENHEIM + ZEBRAK, LLP
MATTHEW J. OPPENHEIM (NY SBN 4314605)
SCOTT A. ZEBRAK (NY SBN 5620125)
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
(202) 450-3958
matt@oandzlaw.com
scott@oandzlaw.com

Attorneys for Plaintiffs
HACHETTE BOOK GROUP, INC.,

2

HARPERCOLLINS PUBLISHERS LLC,
JOHN WILEY & SONS, INC., and PENGUIN
RANDOM HOUSE LLC

Dated: June 10, 2022

DURIE TANGRI LLP

By:       */s/ Joseph C. Gratz*
JOSEPH C. GRATZ (*Pro Hac Vice*)
JESSICA E. LANIER (*Pro Hac Vice*)
ADITYA V. KAMDAR (*Pro Hac Vice*)
ANNIE A. LEE (*Pro Hac Vice*)
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666
jgratz@durietangri.com
jlanier@durietangri.com
akamdar@durietangri.com
alee@durietangri.com

ALLYSON R. BENNETT (*Pro Hac Vice*)
953 East 3rd Street
Los Angeles, CA 90013
(213) 992-4499
abennett@durietangri.com

ELECTRONIC FRONTIER FOUNDATION
CORYNNE MCSHERRY (*Pro Hac Vice*)
KIT WALSH (*Pro Hac Vice*)
CARA GAGLIANO (*Pro Hac Vice*)
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
corynne@eff.org
kit@eff.org
cara@eff.org

Attorneys for Defendant
INTERNET ARCHIVE

3

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 10, 2022 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                                          */s/ Joseph C. Gratz*
                                                      JOSEPH C. GRATZ