# EXHIBIT H

7/7/22, 11:06 AM	Public Libraries Respond to COVID-19: Survey of Response & Activities | Public Library Association (PLA)

Case 1:20-cv-04160-JGK-OTW Document 100-8 Filed 07/07/22 Page 2 of 3

# Public Libraries Respond to COVID-19: Survey of Response & Activities

## Public Libraries Respond to COVID-19: Survey of Response & Activities Results (March 2020)

In response to the COVID-19 crisis, PLA surveyed the public library community to understand the immediate impacts the crisis is having on their operations, staffing, programs and services. Over 2,500 unique library systems responded to the survey, representing a nearly 30% response rate.

- Detailed findings from the March 2020 results (/pla/sites/ala.org.pla/files/content/advocacy/covid-19/PLA-Libraries-Respond-Survey_Aggregate-Results_FINAL2.pdf)
- PDF of the final survey (/pla/sites/ala.org.pla/files/content/advocacy/covid-19/Public-Libraries-Respond-to-COVID-19_Survey-of-Response-and-Activities_FINAL.pdf)

### Highlights

- While most libraries (98%) reported building closures to some extent, a substantial majority of respondents reported that, in response to COVID-19, they have continued, expanded, or added services such as:
    - online renewal policies (76%)
    - online services like e-books and streaming media (74%) and,
    - virtual programming (61%).
- Library staff are also taking other innovative steps to adapt and respond to community needs, including:
    - Providing non-COVID online resources (activities to do at home, unemployment resources, etc.): 21%
    - Expanding access to services (e-cards, deaf/blind/disabled expanded options, fine forgiveness, upping checkout limits, providing online assistance, setting up a helpline, etc.) : 21%
    - Materials distribution (free supplies, kits, bookmobile deliveries, mailing items): 17%
    - Providing resources related to COVID (online and physically posted): 17%
    - Technology (laptop and hotspot checkout, expanding wifi, print/scan/copy/fax services): 13%
    - Using makerspace equipment to create medical supplies: 12%
    - Virtual exhibits/programs: 10%
    - Reallocation of staff/resources (staff to other govt entities for support, allowing other entities to use meeting space, sending PPE to other depts.): 10%

For more information of the results, please view detailed findings (/pla/sites/ala.org.pla/files/content/advocacy/covid-19/PLA-Libraries-Respond-Survey_Aggregate-Results_FINAL2.pdf) and read the announcement press release (/news/press-releases/2020/04/public-libraries-launch-expand-services-during-covid-19-pandemic-0).

Also, PLA hosted a webinar to discuss the March 2020 survey findings on Wednesday, April 22. Click to view the webinar recording. (http://www.ala.org/pla/education/onlinelearning/webinars/covid-19/survey-results)

### About the March 2020 Survey

The Public Library Association, a division of the American Library Association, fielded the online survey March 24 through April 1. The online link was shared widely by PLA and other library organizations like the Chief Officers of State Library Agencies, the Urban Libraries Council and the Association for Rural & Small Libraries. Subsequently research staff from PLA, the Colorado State Library's Library Research Service and the Institute of Museum and Library Services, verified respondents were from U.S. libraries and removed duplicates.

Survey responses represented 28% of U.S. public libraries. At least one public library in every state responded to the survey, and 43 states had 10% or more of their libraries represented.

  

**Questions?** Email Emily Plagman, Manager, Impact and Advocacy, at eplagman@ala.org (mailto:eplagman@ala.org) or call 312-380-1344.