# EXHIBIT I



MENU   SEARCH      SIGN IN   SUBSCRIBE

LEADERSHIP   POLICY & POLITICS   TEACHING & LEARNING   TECHNOLOGY   OPINION   JOBS   MARKET BRIEF

SCHOOL & DISTRICT MANAGEMENT   INTERACTIVE

# Map: Coronavirus and School Closures in 2019-2020

March 06, 2020 | Updated: October 13, 2021    2 min read

| | **MOST POPULAR STORIES** |

The coronavirus pandemic forced a near-total shutdown of school buildings in the spring of 2020—an historic upheaval of K-12 schooling in the United States.

Education Week tracked and documented the closures—first at the school or district level and ultimately, state-by-state, from March 6 to May 15, 2020.

At their peak, the closures affected at least 55.1 million students in 124,000 U.S. public and private schools. Nearly every state either ordered or recommended that schools remain closed through the end of the 2019-20 school year.

**TEACHER PREPARATION**

**States Relax Teacher Certification Rules to Combat Shortages**

Madeline Will, June 28, 2022 • 5 min read

**SEE ALSO**

**EQUITY & DIVERSITY**
**EXPLAINER**

**What Is Critical Race Theory, and Why Is It Under Attack?**

Stephen Sawchuk, May 18, 2021 • 10 min read

**SCHOOL & DISTRICT MANAGEMENT**   INTERACTIVE

### The Coronavirus Spring: The Historic Closing of U.S. Schools (A Timeline)

July 1, 2020 • 6 min read



**SCHOOL CLIMATE & SAFETY**   **TRACKER**

**School Shootings This Year: How Many and Where**

January 5, 2022 • 3 min read

**We will no longer update this page.**

- Looking for information about the 2020-21 school year? Education Week tracked where schools were open or closed due to COVID-19 here: Map: Where Has COVID-19 Closed Schools? Where Are They Open?
- You can also see how over 900 school districts provided instruction on their first day of the 2020-21 school year here: School Districts' Reopening Plans: A Snapshot
- For more information, see our detailed coverage of the pandemic and its impact on schools.

**RELATED**

**SCHOOL & DISTRICT MANAGEMENT**

**When Schools Shut Down, We All Lose** 

Stephen Sawchuk, March 20, 2020 • 12 min read

*Update Note: A previous version of this page included an interactive map and a table that showed which states didn't order or recommend school buildings to be closed for the academic year. Both the map and the table have since been removed. The states that didn't close for the academic year were Montana and Wyoming.*

**SCHOOL & DISTRICT MANAGEMENT**
**INTERACTIVE**

**Map: Where Were Schools Required to Be Open for the 2020-21** 

## State Data

*Explore the table below for detailed information about closures at the state level.*

School Year?

July 28, 2020 • 1 min read

SCHOOL & DISTRICT MANAGEMENT
INTERACTIVE



School Districts' Reopening Plans: A Snapshot

July 15, 2020 • 2 min read

| | | | | | | |
|---|---|---|---|---|---|---|
| Alabama | AL | State ordered closure | Ordered closed for the academic year | 3/19/20 | 4/6/20 | 1,513 | 744,930 |
| Alaska | AK | State ordered closure | Ordered closed for the academic year | 3/16/20 | 4/9/20 | 507 | 132,737 |
| American Samoa | AS | State ordered closure | Ordered closed until further notice | 3/23/20 | n/a | 28 | n/a |
| Arizona | AZ | State ordered closure | Ordered closed for the academic year | 3/16/20 | 3/30/20 | 2,308 | 1,123,137 |
| Arkansas | AR | State ordered closure | Ordered closed for the academic year | 3/17/20 | 4/6/20 | 1,089 | 493,447 |
| Bureau of Indian Education | BIE | Closures determined at school/district levels | Varies by school/district | n/a | n/a | 174 | 45,399 |
| California | CA | State recommended closure | Recommended closed for the academic year | 3/19/20 | 4/1/20 | 10,286 | 6,309,138 |
| Colorado | CO | State ordered closure | Ordered closed for the academic year | 3/23/20 | 4/20/20 | 1,888 | 905,019 |
| Connecticut | CT | State ordered closure | Ordered closed for the academic year | 3/17/20 | 5/5/20 | 1,250 | 535,118 |
| Delaware | DE | State ordered closure | Ordered closed for the academic year | 3/16/20 | 4/24/20 | 228 | 136,264 |
| Department of Defense Education Activity | DoD | State recommended closure | Recommended closed for the academic year | 3/25/20 | 5/1/20 | 163 | 70,852 |
| District of Columbia | DC | State ordered closure | Ordered closed for the academic year | 3/16/20 | 4/17/20 | 223 | 85,850 |
| Florida | FL | State recommended closure | Recommended closed for the academic year | 3/16/20 | 4/18/20 | 4,178 | 2,816,791 |
| Georgia | GA | State ordered closure | Ordered closed for the academic year | 3/18/20 | 4/1/20 | 2,300 | 1,764,346 |
| Guam | GU | State ordered closure | Ordered closed for the academic year | 3/16/20 | 4/6/20 | 41 | 30,758 |
| Hawaii | HI | State ordered closure | Ordered closed for the academic year | 3/23/20 | 4/17/20 | 290 | 181,550 |



DOWNLOAD THE DATA ↗

*Sources: Staff reporting; National Center for Education Statistics; government websites and communications*

*Note: Historical data includes school- and district-level data collected from 3/9/2020 to 3/25/2020 and state-level data as of 5/15/2020.*

Education Week would like to know how you are using our data on school building closures and reopening timelines. Please share how this information is helping you by emailing library@educationweek.org.

## Contact Information

For media or research inquiries about this data, contact library@educationweek.org.

## How to Cite This Page

Map: Coronavirus and School Closures (2020, March 6). Education Week. Retrieved Month Day, Year from https://www.edweek.org/leadership/map-coronavirus-and-school-closures-in-2019-2020/2020/03

## Data Note

All numbers for student enrollment and schools are from the National Center for Education Statistics. Total U.S. public and private school enrollments reflect NCES' 2019 projections. Student enrollments in the state-level table and map are NCES' Fall 2016 data for public schools and Fall 2017 data for private schools. Numbers of schools

2016 data for public schools and Fall 2017 data for private schools. Numbers of schools in the state-level table and map are NCES' data for 2016-17 for public schools and Fall 2017 for private schools. In each case, we're using the latest NCES data that's available. School and enrollment numbers for the Department of Defense Education Activity were provided by the agency and are from 2020.

Related Tags:   School Closures    Coronavirus

**Reporting/Analysis:** Holly Peele & Maya Riser-Kositsky, with contributions from Education Week staff
**Design/Visualization:** Hyon-Young Kim, with contributions from Education Week staff

## Sign Up for EdWeek Update

Get the latest education news delivered to your inbox daily.

[ Your email ]   **SIGN UP**

## EVENTS

**JUL 07** — THU., JULY 07, 2022, 2:00 P.M. - 3:00 P.M. ET
SPONSOR  STUDENT WELL-BEING  WEBINAR
**Start Strong With Solid SEL Implementation: Success Strategies for the New School Year**
Join Satchel Pulse to learn why implementing a solid SEL program at the beginning of the year will deliver maximum impact to your students.
REGISTER  Content provided by Satchel Pulse

**JUL 13** — WED., JULY 13, 2022, 2:00 P.M. - 3:00 P.M. ET
TEACHING  LIVE ONLINE DISCUSSION
**Seat at the Table: How Can We Help Students Feel Connected to School?**
Get strategies for your struggles with student engagement. Bring questions for our expert panel. Help students recover the joy of learning.
REGISTER

**JUL 19** — TUE., JULY 19, 2022, 2:00 P.M. - 3:00 P.M. ET
SPONSOR  SCIENCE  WEBINAR
**Real-World Problem Solving: How Invention Education Drives Student Learning**
Hear from student inventors and K-12 teachers about how invention education enhances learning, opens minds, and preps students for the future.
REGISTER  Content provided by The Lemelson Foundation

See More Events

## EDWEEK TOP SCHOOL JOBS

**Teacher Jobs**
Search over ten thousand teaching jobs nationwide — elementary, middle, high

**Principal Jobs**
Find hundreds of jobs for principals, assistant principals, and other school leadership

**Administrator Jobs**
Over a thousand district-level

**Support Staff Jobs**
Search thousands of jobs, from

elementary, middle, high school and more.

and other school leadership roles.

jobs: superintendents, directors, more.

paraprofessionals to counselors and more.

**VIEW JOBS** ↗

**VIEW JOBS** ↗

**VIEW JOBS** ↗

**VIEW JOBS** ↗

Create Your Own Job Search ↗

## READ NEXT









**SCHOOL & DISTRICT MANAGEMENT**

**SCHOOL & DISTRICT MANAGEMENT**

**SCHOOL & DISTRICT MANAGEMENT**

**SCHOOL & DISTRICT MANAGEMENT**
**INTERACTIVE**

### Why Principals Must Focus on SEL, School Climate Right Now

Principals need support in focusing on SEL, academic development, school climate, and community engagement, a new...

Denisa R. Superville • 6 min read

### School Districts Showcase What's Working to Improve Student Learning

School leaders from 13 districts shared strategies at a national summit by AASA, the School Superintendents Association.

Libby Stanford • 3 min read

### Schools Prefer Cheaper Ventilation Options to Curb COVID: Why They Should Consider Upgrading

Most schools are opening windows and hosting class outdoors rather than investing in costlier, more-effective measures.

Apoorvaa Mandar Bichu • 2 min read

### Hour by Busy Hour: What a Principal's Day Actually Looks Like

From the time they wake up until they set the alarm at night, school leaders juggle the routine, the unexpected, and the downright...

Denisa R. Superville, Jaclyn Borowski & Hyon-Young Kim • 2 min read

Load More ▼

## Sign Up & Sign In

Create a free account to save your favorite articles, follow important topics, sign up for email newsletters, and more.

**CREATE ACCOUNT**





| ABOUT US | CONTACT US | GET EDWEEK | DO BUSINESS WITH US |
|---|---|---|---|
| Our Organization | Letters to the Editor | Subscriptions | Advertising & Marketing Solutions ↗ |
| Our History | Help/FAQ | Newsletters & Alerts | |

| Our People | Customer Service ↗ | Group Subscriptions | Recruitment & Job Advertising ↗ |
| Careers at EdWeek | Contact the Newsroom ↗ | Content Licensing & Permissions | K-12 Market Intelligence ↗ |
| | | | Custom Research ↗ |

1 Free Article(s) Left      Create a free account to get more features and free newsletters.
                             SUBSCRIBE FOR UNLIMITED ACCESS                                    expand