# EXHIBIT J

ATTORNEYS EYES ONLY

```
1              IN THE UNITED STATES DISTRICT COURT
2             FOR THE SOUTHERN DISTRICT OF NEW YORK
3
4
5    HACHETTE BOOK GROUP, INC.,
     HARPERCOLLINS PUBLISHERS LLC,
6    JOHN WILEY & SONS, INC., and
     PENGUIN RANDOM HOUSE LLC,
7
                  Plaintiffs,
8
         vs.                       No. 1:20-cv-04160-JGK
9
     INTERNET ARCHIVE and DOES 1
10   through 5, inclusive,
11                Defendants.
     _____/
12
13
14              -- ATTORNEYS' EYES ONLY --
15
16   VIDEOTAPED RULE 30(B)(1) AND 30(B)(6) DEPOSITIONS OF
17      HARPERCOLLINS PUBLISHERS LLC BY ADAM SILVERMAN
18              Remote Zoom Proceedings
19                 New York, New York
20              Monday, December 6, 2021
21
22
23   REPORTED BY:
24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25   Pages 1 - 276                         Job No. 4867842
```

Page 1

ATTORNEYS EYES ONLY

```
1              IN THE UNITED STATES DISTRICT COURT
2              FOR THE SOUTHERN DISTRICT OF NEW YORK
3
4
5    HACHETTE BOOK GROUP, INC.,
     HARPERCOLLINS PUBLISHERS LLC,
6    JOHN WILEY & SONS, INC., and
     PENGUIN RANDOM HOUSE LLC,
7
                Plaintiffs,
8
            vs.                        No. 1:20-cv-04160-JGK
9
     INTERNET ARCHIVE and DOES 1
10   through 5, inclusive,
11              Defendants.
     _____/
12
13
14                -- ATTORNEYS' EYES ONLY --
15
16          Videotaped Rule 30(b)(1) and 30(b)(6)
17   depositions of HarperCollins Publishers LLC by
18   ADAM SILVERMAN, taken on behalf of Defendants, Remote
19   Zoom Proceedings from New York, New York, beginning at
20   10:32 a.m. Eastern Daylight Time and ending at 7:54 p.m.
21   Eastern Daylight Time, on Monday, December 6, 2021,
22   before Leslie Rockwood Rosas, RPR, Certified Shorthand
23   Reporter No. 3462.
24
25
```

Page 2

ATTORNEYS EYES ONLY

```
 1   APPEARANCES:
 2
 3   FOR THE PLAINTIFFS:
 4        DAVIS WRIGHT TREMAINE LLC
 5        BY: LINDA STEINMAN, ESQ.
 6        1251 Avenue of the Americas, 21st Floor
 7        New York, New York 10020
 8        (212) 603-6409
 9        lindasteinman@dwt.com
10
11
12   FOR THE DEFENDANT INTERNET ARCHIVE:
13        DURIE TANGRI LLP
14        BY: JESSICA E. LANIER, ESQ.
15        217 Leidesdorff Street
16        San Francisco, California 94111
17        (415) 362-6666
18        jlanier@durietangri.com
19
20
21   Also Present:
22        Andrew Jacobs, Esq. (HarperCollins Inhouse Counsel)
23        John Macdonell, Videographer
24        Chelsea Gilchrist, Concierge
25
```

Page 3

```
 1   the study, were there any methodological approaches that
 2   you disagreed with in terms of getting to that finding?
 3        A.   I have no expertise in putting together studies
 4   like this, so methodologically, I wouldn't have any
 5   specifics, no.                                           19:48:12
 6        Q.   Okay.  Switching gears a little bit here, were
 7   you involved in negotiating COVID-related special
 8   requests in spring and summer of 2020?
 9        A.   Business development received -- kind of fielded
10   a number of requests from various of our, kind of,       19:48:36
11   aggregators, you know, library channel as well as K-12.
12        Q.   Okay.
13        A.   And I -- yes.
14        Q.   Do you recall negotiating with the Chicago
15   Public School System for access to a couple of titles?   19:48:57
16        A.   I do remember that.  I don't recall the
17   specifics.  I know that it was in the immediate period
18   when COVID had struck and they were looking to be able to
19   provide titles to their students with the school
20   locations closed, and I believe there were three or four 19:49:17
21   books that had been wanted initially.
22             (Exhibit 264, HC0015518 - 36, was marked for
23             identification by the Concierge electronically.)
24        Q.   BY MS. LANIER:  Okay.  Let's take a quick look
25   at Exhibit 264, and this is a long email thread, and I   19:49:25
```

ATTORNEYS EYES ONLY

1   promise you we're not going to do a long guided tour of
2   it.  I'm mainly interested in a couple of dates in this
3   email thread, so just let me know when you have it up and
4   we will commence the guided tour.
5       A.  I have it up.                                       19:49:46
6       Q.  Okay.  So let's scroll all the way down to the
7   bottom, and it might take your computer a second to load.
8   Mine's still loading.
9       A.  Yeah, mine is as well.
10      Q.  Okay.  So let's go to page -- excuse me -- 17 of    19:50:04
11  the PDF, near the bottom of page 17, and just let me know
12  when that comes up for you.
13      A.  For clarity, is that the email from Laura Bunn
14  on April 10th at 2:23 p.m.?
15      Q.  It is.                                              19:50:26
16      A.  Yes.
17      Q.  Okay.  So you've anticipated my question, which
18  was -- well, actually, maybe you haven't.
19          Based on your recollection of this negotiation,
20  and if you need a moment, your review of Laura's email,     19:50:44
21  was April 10th the first day where you became aware of
22  this Chicago Public School System request?
23      A.  Yes.  Looking at the email, this appears to be
24  the first time she raised it with me.
25      Q.  Okay.  Now, let's scroll all the way up to the      19:51:09

Page 271

ATTORNEYS EYES ONLY

```
1    top, page 1 of the PDF, and take a moment and review page
2    1 and 2 of the PDF, and just let me know when you're
3    done.
4         A.   Okay.
5         Q.   Okay.  So let's go back to the top of page 1,                19:51:50
6    and can you tell me what date that email is?
7         A.   May 4th.
8         Q.   Of 2020?
9         A.   Sorry, yes.  May 4th of 2020.
10        Q.   That's okay.                                                 19:52:07
11             And do you see that this email is from
12   Candacey Jones?
13        A.   "Candacey."
14        Q.   "Candacey."  Okay.  Great.
15             And the first full sentence of her email is,                 19:52:18
16   "We're happy to handle the paperwork."
17        A.   Correct.
18        Q.   At this point, based on your recollection and
19   your review of the first two pages of this PDF, were the
20   negotiations for this particular project with the Chicago              19:52:37
21   Public School System complete by May 4th?
22             MS. STEINMAN:  Objection.
23             THE WITNESS:  I'm not sure when Candacey
24   completed it.  Candacey works in a different department
25   at HarperCollins that handles bulk sales.                              19:52:57
```

Page 272

1    Q.  BY MS. LANIER:  Okay.
2    A.  So I'm not sure the speed with which they were
3    able to implement.
4    Q.  Okay.  So implementation wouldn't necessarily
5    have happened May 4th.  It might have happened a little                19:53:09
6    bit later?
7    A.  Again, it's possible.  I don't know when the
8    contract was executed or when files were made available.
9    Q.  Got it.  Okay.
10           Was it typical during the pandemic for special                 19:53:24
11   requests from school systems to take nearly a month to
12   negotiate?
13   A.  This one did.  I don't recall any others and
14   their time frame.
15   Q.  Okay.                                                              19:53:53
16           MS. STEINMAN:  Jesse, I'll give you another
17   question or so, but I think we're over.
18           MS. LANIER:  Okay.  Actually, I don't need the
19   extra moment.  I am done with my questioning.
20           Mr. Silverman, I want to thank you so much for                 19:54:12
21   your time today.  I know that getting deposed is not fun
22   or particularly pleasant, but I hope it hasn't been too
23   terrible for you, and really appreciate your time today,
24   sir.
25           THE WITNESS:  Thank you.                                       19:54:29

ATTORNEYS EYES ONLY

```
 1   STATE OF CALIFORNIA    ) ss:
 2   COUNTY OF MARIN        )
 3
 4          I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do
 5   hereby certify:
 6          That the foregoing deposition testimony was
 7   taken before me at the time and place therein set forth
 8   and at which time the witness was administered the oath;
 9          That testimony of the witness and all objections
10   made by counsel at the time of the examination were
11   recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16          I further certify that I am neither counsel for
17   any party to said action, nor am I related to any party
18   to said action, nor am I in any way interested in the
19   outcome thereof.
20          IN WITNESS WHEREOF, I have subscribed my name
21   this 8th day of December, 2021.
22
23
24
25             LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```

Page 276