# EXHIBIT M



Search WorldCat

`Search`
Advanced Search  Find a Library

| | Cite/Export | Print | E-mail | Share | Permalink |
|---|---|---|---|---|---|
| Add to list | Add tags | Write a review | Rate this item: 1 2 3 4 5 | | |

### The lion, the witch, and the wardrobe

| Author: | C S Lewis; Pauline Baynes |
|---|---|
| Publisher: | New York : HarperCollins, 1994. |
| Edition/Format: | 📙 Print book : Fiction : Juvenile audience : English : 1st HarperCollins ed   View all editions and formats |
| Summary: | Four English schoolchildren find their way through the back of a wardrobe into the magic land of Narnia and assist Aslan, the golden lion, to triumph over the White Witch, who has cursed the land with eternal winter. |
| Rating: | based on 3 rating(s)<br>0 with reviews - Be the first. |
| Subjects | Narnia (Imaginary place) -- Juvenile fiction.<br>Fantasy fiction -- Juvenile fiction.<br>Witches -- Juvenile fiction.<br>View all subjects |
| More like this | User tags       User lists       Similar Items |

**Get a Copy**

Find a copy in the library

| AbeBooks | $1.23 |
|---|---|
| Amazon | $12.39 |
| Better World Books | $15.67 |

### Find a copy in the library

**Enter your location:** `94549`  `Find libraries`
Submit a complete postal address for best results.

Displaying libraries 1-6 out of 4307 for all 615 editions (94549)    Show libraries holding just this edition or narrow results by format

« First  ‹ Prev  1  2  3  Next ›  Last »

| | Library | Held formats | Distance | |
|---|---|---|---|---|
| 1. | **Saint Mary's College Library**<br>St. Albert Hall<br>Moraga, CA 94575 United States | 📙 Book | 3 miles<br>MAP IT | Library info<br>Add to favorites |
| 2. | **UC Berkeley Libraries**<br>Berkeley, CA 94720 United States | 📙 Book | 7 miles<br>MAP IT | Library info<br>Add to favorites |
| 3. | **Holy Names University Library**<br>Cushing Library<br>Oakland, CA 94619 United States | 📙 Book | 8 miles<br>MAP IT | Library info<br>Ask a librarian<br>Add to favorites |
| 4. | **Mills College**<br>F. W. Olin Library<br>Oakland, CA 94613 United States | 📙 Book | 9 miles<br>MAP IT | Library info<br>Ask a librarian<br>Add to favorites |
| 5. | **Benicia Public Library**<br>Benicia, CA 94510 United States | 📙 Book | 11 miles<br>MAP IT | Library info<br>Ask a librarian<br>Add to favorites |

7/6/22, 9:28 PM
The Lion, the Witch, and the Wardrobe (Book, 1994) [WorldCat.org]
Case 1:20-cv-04160-JGK-OTW   Document 100-13   Filed 07/07/22   Page 3 of 6

| | | | | |
|---|---|---|---|---|
| 6. | **Mechanics' Institute Library**<br>San Francisco, CA 94104 United States | Book | 17 miles<br>MAP IT | Library info<br>Add to favorites |

« First ‹ Prev **1** **2** **3** Next › Last »

## Details

| | |
|---|---|
| **Genre/Form:** | Fantasy<br>Fantasy fiction<br>Fiction<br>Juvenile works<br>Juvenile fiction<br>Romans, nouvelles, etc. pour la jeunesse<br>Romans, nouvelles, etc |
| **Material Type:** | Fiction, Juvenile audience |
| **Document Type:** | Book |
| **All Authors / Contributors:** | C S Lewis; Pauline Baynes<br><br>Find more information about: [C S Lewis ▾] [Go] |
| **ISBN:** | 9780060234812 0060234814 9780060234829 0060234822 9780064471046 0064471047 9780590254762 0590254766 9780760795811 0760795819 9781413146240 1413146244 9781413146257 1413146252 0060277246 9780060277246 |
| **OCLC Number:** | 28291231 |
| **Target Audience:** | Middle School.; 940 |
| **Description:** | 189 pages : illustrations, map ; 24 cm. |
| **Contents:** | Lucy looks into a wardrobe --<br>What Lucy found there --<br>Edmund and the wardrobe --<br>Turkish delight --<br>Back on this side of the door --<br>Into the forest --<br>A day with the Beavers --<br>What happened after dinner --<br>In the Witch's house --<br>The spell begins to break --<br>Aslan is nearer --<br>Peter's first battle --<br>Deep magic from the dawn of time --<br>The triumph of the Witch --<br>Deeper magic from before the dawn of time --<br>What happened about the statues --<br>The hunting of the White Stag. |
| **Responsibility:** | C.S. Lewis ; illustrated by Pauline Baynes. |
| **More information:** | Contributor biographical information │ Publisher description │ Publisher description |

### Abstract:

Four English schoolchildren find their way through the back of a wardrobe into the magic land of Narnia and assist Aslan, the golden lion, to triumph over the White Witch, who has cursed the land with eternal winter.

## Reviews

## User-contributed reviews

**Add a review** and share your thoughts with other readers.  *Be the first.*

**GoodReads Reviews**  (61)

### Review from goodreads.com
by Patrick   (GoodReads user published 2015-12-31 )   ★★★★★

813 of  813 people found this review helpful

This is the first book where I chronicled my thoughts as I read through it with my son. I don't know how easy it is for y'all to access the record of those here on Goodreads, but if you're looking for a detailed account of my thoughts on the book, you can look there.

I'll say this. I've read a lot of<a href="https://www.goodreads.com/review/show/1447783261">more...</a>

### Review from goodreads.com
by Miranda   (GoodReads user published 2020-12-10 )   ★★★★★

450 of  450 people found this review helpful

<blockquote> <img src='https://i.gr-assets.com/images/S/compressed.photo.goodreads.com/hostedimages/1589734946i/29494799._SX540_.jpg' width='400' height='225' alt='description' class='gr-hostedUserImg'/>

If you've ever wondered which literary world would be the best to live in, wonder no longer, cause there's a <b><u><a href='https://youtu.be/SREpUj0py9o' rel='nofollow noopener'>BookTube Video</a></u></b> to answer that! </blockquote><b> <u>The Written Review</u> </b>:<blockquote> <i>One day, you will be old enough to start reading fairytales again.</i> </blockquote>It's like C.S. Lewis was speaking to me. I never read these as a c<a href="https://www.goodreads.com/review/show/2177558627">more...</a>

### Review from goodreads.com
by Sean Barrs   (GoodReads user published 2020-04-11 )   ★★★★★

422 of  422 people found this review helpful

<b> <i>"If ever they remembered their life in this world it was as one remembers a dream." </i> </b>

The real world is boring; it's mundane, unimaginative and dry. So humans create fantasy as a means of escape. We watch movies or go to the theatre to see something more interesting than the standard realities of <a href="https://www.goodreads.com/review/show/854534560">more...</a>

Read more GoodReads user reviews  ››

## Tags

**Add tags** for "The lion, the witch, and the wardrobe".

**All user tags**  (2)

View most popular tags as: tag list | tag cloud

**favorite**   (by 2 people)

**narnia**   (by 1 person)

## Similar Items

**Related Subjects:** (28)

[Narnia (Imaginary place) -- Juvenile fiction.](#)

[Fantasy fiction -- Juvenile fiction.](#)

[Witches -- Juvenile fiction.](#)

[Aslan the Lion (Fictitious character) -- Juvenile fiction.](#)

[Winter -- Juvenile fiction.](#)

[Magic -- Juvenile fiction.](#)

[Good and evil -- Juvenile fiction.](#)

[Magic -- Fiction.](#)

[Animals -- Fiction.](#)

[Fantasy.](#)

[Fantasy -- Juvenile literature.](#)

[Narnia (Lieu imaginaire) -- Romans, nouvelles, etc. pour la jeunesse.](#)

[Sorcières -- Romans, nouvelles, etc. pour la jeunesse.](#)

[Hiver -- Romans, nouvelles, etc. pour la jeunesse.](#)

[Animaux -- Romans, nouvelles, etc.](#)

[JUVENILE FICTION / Action & Adventure.](#)

[JUVENILE FICTION / Classics.](#)

[JUVENILE FICTION / Fantasy & Magic.](#)

[Animals.](#)

[Fantasy fiction.](#)

[Good and evil.](#)

[Magic.](#)

[Narnia (Imaginary place)](#)

[Winter.](#)

[Witches.](#)

[Narnia (Imaginary place) -- Fiction.](#)

[Good and evil -- Fiction.](#)

[Children -- Fiction.](#)

**User lists with this item**   ([31](#))

[Children's & Young Adult Books](#) (226 items)
    by **[BLCLibrary](#)**   updated 2020-03-24

[Read](#) (12 items)
    by **[loerkm](#)**   updated 2019-12-29

[Movies based on books](#) (58 items)
    by **[aheim@shc.edu](#)**   updated 2019-05-21

[Family List](#) (491 items)
    by **[mjycao](#)**   updated 2019-05-13

[2018 Great American Read](#) (83 items)
    by **[MikkLib07](#)**   updated 2018-06-08