# EXHIBIT N

```
 1           UNITED STATES DISTRICT COURT
 2        FOR THE SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------------x
 4   HACHETTE BOOK GROUP, INC.,
     HARPERCOLLINS PUBLISHERS LLC,
 5   JOHN WILEY & SONS, INC., and
     PENGUIN RANDOM HOUSE LLC,
 6
 7                 Plaintiffs,
 8   vs.                            Case No.
                                    1:20-cv-04160-JGK
 9
     INTERNET ARCHIVE and DOES 1
10   through 5, inclusive,
11                 Defendants.
12   ------------------------------------------x
13
14      VIDEOTAPED RULE 30(B)(1) AND RULE 30(B)(6)
15         DEPOSITION OF HACHETTE BOOK GROUP
16            CORPORATE DESIGNEE: SKIP DYE
17              Remote Zoom Proceedings
18            Thursday, November 18, 2021
19
20
21
22   Job No. 4867650
23   Reported By: Lynne Ledanois, CSR 6811
24   Pages 1 - 390
25
```

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------------x
 4    HACHETTE BOOK GROUP, INC.,
      HARPERCOLLINS PUBLISHERS LLC,
 5    JOHN WILEY & SONS, INC., and
      PENGUIN RANDOM HOUSE LLC,
 6
 7                 Plaintiffs,
 8    vs.                           Case No.
                                    1:20-cv-04160-JGK
 9
      INTERNET ARCHIVE and DOES 1
10    through 5, inclusive,
11                 Defendants.
12    ------------------------------------------x
13
14         Videotaped deposition of SKIP DYE,
15    taken in Lewes, Delaware, commencing at
16    10:35 EST a.m., on Thursday, November 18,
17    2021 before Lynne Ledanois, Certified
18    Shorthand Reporter No. 6811
19
20
21
22
23
24
25

                                          Page 2
```

```
 1                REMOTE APPEARANCES
 2
 3    Counsel for the Plaintiffs:
 4              DAVIS WRIGHT TREMAINE LLP
 5              BY:  LINDA STEINMAN
 6              Attorney at Law
 7              4530 Wisconsin Avenue, NW
 8              5th Floor
 9              Washington, D.C. 20016
10              lindasteinman@dwt.com
11
12    Counsel for the Defendant Internet Archive:
13              DURIE TANGRI LLP
14              BY: JESSICA E. LANIER
15                  CORYNNE McSHERRY
16              Attorneys at Law
17              217 Leidesdorff Street
18              San Francisco, California 94111
19              jlanier@durietangri.com
20    ALSO PRESENT:
21    John MacDonnell, Videographer
22    Chelsea Gilchrist, Veritext Tech
23    Carolyn Foley, In-House Counsel Penguin Random
24    House
25
```

1   website to their, as they call them,          11:08AM
2   patrons?                                       11:08AM
3          Q    Yes.                               11:08AM
4          A    Yes, I'm aware of the             11:08AM
5   lending library.                               11:08AM
6          Q    Okay.  Is PRH aware of any         11:08AM
7   quantifiable effect that the Internet          11:08AM
8   Archive's digital lending library has          11:08AM
9   had on PRH's revenues from books?              11:08AM
10         A    I'm aware of, as I work with       11:09AM
11  my customers, I know that they -- many         11:09AM
12  of my libraries that we work with also         11:09AM
13  offer and reference the Internet               11:09AM
14  Archive, that their books are                  11:09AM
15  available there.                               11:09AM
16              So I'm aware of the lending        11:09AM
17  and it does affect our sales because           11:09AM
18  then the libraries don't purchase              11:09AM
19  those e-Books from us.                         11:09AM
20         Q    Okay.  When you say                11:09AM
21  "customers," what are you referring            11:09AM
22  to?                                            11:09AM
23         A    The aggregators act as our         11:09AM
24  party to sell to libraries.  So the            11:09AM
25  libraries would be the customers to            11:09AM

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | the aggregators. | 11:09AM |
| 2 | Q    Got it.  So when you used | 11:09AM |
| 3 | "customers" in your previous answer, | 11:09AM |
| 4 | were you referring to aggregators or | 11:09AM |
| 5 | libraries? | 11:09AM |
| 6 | A    I'm referring to the | 11:09AM |
| 7 | aggregators working with the | 11:09AM |
| 8 | libraries. | 11:10AM |
| 9 | Q    Got it.  So you said a | 11:10AM |
| 10 | moment ago that you're aware -- I'm | 11:10AM |
| 11 | just reading the transcript here, that | 11:10AM |
| 12 | you're aware of the lending and it | 11:10AM |
| 13 | does affect our sales because the | 11:10AM |
| 14 | libraries don't purchase those e-Books | 11:10AM |
| 15 | from us. | 11:10AM |
| 16 |         Is that documented, that | 11:10AM |
| 17 | effect of sales that you've observed? | 11:10AM |
| 18 | A    Documented -- do you -- I'm | 11:10AM |
| 19 | sorry, what do you mean by | 11:10AM |
| 20 | "documented"? | 11:10AM |
| 21 | Q    I mean, is this -- let me | 11:10AM |
| 22 | back up a little bit. | 11:10AM |
| 23 |         Is this the kind of thing | 11:10AM |
| 24 | that is anecdotally reported to you or | 11:10AM |
| 25 | is there data to support the statement | 11:10AM |

```
 1    relationship with Open                        12:15PM
 2    Library/Internet Archive" is the rest         12:15PM
 3    of that sentence.                             12:15PM
 4         Q     Right.  So do you recall           12:15PM
 5    what -- do you recall what their view         12:15PM
 6    of ownership was, DPLA, as you                12:15PM
 7    described in this email?                      12:15PM
 8         A     At the time, I know -- I           12:15PM
 9    don't know how it's described in this         12:15PM
10    email.  I know that their view at this        12:16PM
11    time, they had an ownership view,             12:16PM
12    meaning the library bought the e-Book,        12:16PM
13    not licensed the e-Book.                      12:16PM
14              And we don't sell directly          12:16PM
15    to libraries.  We sell to aggregators,        12:16PM
16    who then license our content to them.         12:16PM
17    So they wanted to bypass that                 12:16PM
18    relationship with stuff.                      12:16PM
19         Q     And PRH's position is that         12:16PM
20    when an e-Book is conveyed to a               12:16PM
21    library, the library does not own that        12:16PM
22    e-Book; is that right?                        12:16PM
23         A     The library has a license          12:16PM
24    relationship between their aggregator         12:16PM
25    and them, not with Penguin Random             12:16PM
```

Veritext Legal Solutions
866 299-5127

```
 1    Internet Archive instead of going          12:38PM
 2    through their legitimate means.            12:38PM
 3        Q      Does PRH have any data to       12:38PM
 4    suggest that fluctuations in               12:38PM
 5    circulation or revenue are tied to         12:38PM
 6    titles being available on the Internet     12:38PM
 7    Archive?                                   12:38PM
 8              MS. STEINMAN:  Objection.        12:38PM
 9        Go ahead.                              12:38PM
10              THE WITNESS:  It's just          12:39PM
11    common knowledge.  If it's                 12:39PM
12    available someplace else -- if             12:39PM
13    somebody is looking for it and             12:39PM
14    it's available someplace else for          12:39PM
15    them to check out, because it's            12:39PM
16    not available from the library, it         12:39PM
17    stands to reason that people who           12:39PM
18    are wanting to read it will                12:39PM
19    download it where they can get it.         12:39PM
20              That patron, if they can't       12:39PM
21    find it on their library's                 12:39PM
22    website, will go to Internet               12:39PM
23    Archive and see it there and               12:39PM
24    download it.                               12:39PM
25
```

```
1    BY MS. LANIER:                                    12:39PM
2         Q    Do you have evidence that               12:39PM
3    that occurred?                                    12:39PM
4         A    I would say it's common                 12:39PM
5    sense that if a reader wants to read,             12:39PM
6    they're going to try to find how to               12:39PM
7    read the book.                                    12:39PM
8         Q    Okay.  So you don't have                12:39PM
9    evidence then apart from common sense?            12:39PM
10             MS. STEINMAN:  Objection.               12:39PM
11        Go ahead, Skip.                              12:39PM
12             THE WITNESS:  I don't                   12:39PM
13        have -- I don't have any evidence.           12:39PM
14   BY MS. LANIER:                                    12:39PM
15        Q    We sort of started talking              12:39PM
16   about this a little bit, but I do want            12:39PM
17   to talk about other factors that might            12:40PM
18   affect how a title would perform both             12:40PM
19   in terms of revenue and circulation.              12:40PM
20             Might the fact that -- I'll             12:40PM
21   list some ideas.  You tell me if that             12:40PM
22   might affect a title or not.                      12:40PM
23             The identity of the author              12:40PM
24   and whether the author has published a            12:40PM
25   book before?                                      12:40PM
```

| | | |
|---|---|---|
| 1 | about the University of Georgia, they | 12:52PM |
| 2 | have academic libraries at the | 12:52PM |
| 3 | University of Georgia. | 12:52PM |
| 4 | So those libraries are | 12:52PM |
| 5 | affiliated with an academic school of | 12:52PM |
| 6 | learning.  Usually they are funded by | 12:52PM |
| 7 | the school and/or state depending upon | 12:52PM |
| 8 | the type of institution they are, the | 12:52PM |
| 9 | type of academic library that they | 12:52PM |
| 10 | are. | 12:53PM |
| 11 | Q    And last but certainly not | 12:53PM |
| 12 | least, what is a school library? | 12:53PM |
| 13 | A    A school library is most | 12:53PM |
| 14 | associated with K through 12.  But it | 12:53PM |
| 15 | could be pre-K as well. | 12:53PM |
| 16 | This is a public school | 12:53PM |
| 17 | scenario where you have children who | 12:53PM |
| 18 | go to school and it's a library that's | 12:53PM |
| 19 | located in that school or libraries. | 12:53PM |
| 20 | The school can have multiple libraries | 12:53PM |
| 21 | that's in their school system. | 12:53PM |
| 22 | Q    Okay.  Are you familiar with | 12:53PM |
| 23 | the term "perpetual access model"? | 12:53PM |
| 24 | A    Yes, I am. | 12:53PM |
| 25 | Q    What is that? | 12:53PM |

Veritext Legal Solutions
866 299-5127

```
 1        A     Perpetual access model is              12:53PM
 2   where the library in our case, the                12:53PM
 3   institution would actually work with              12:53PM
 4   an aggregator and then they would                 12:53PM
 5   purchase the license right to have                12:53PM
 6   that in perpetuity to use and to                  12:53PM
 7   license one book at a time.                       12:53PM
 8        Q     And it is a license, it is             12:54PM
 9   not a sale in that the library does               12:54PM
10   not own the e-Book copy?                          12:54PM
11        A     Again, the relationship is             12:54PM
12   not between me and that library, it's             12:54PM
13   between the aggregator and that                   12:54PM
14   library, so the aggregator's                      12:54PM
15   relationship is what they have.                   12:54PM
16              And most often, as I                   12:54PM
17   understand it, it is a license                    12:54PM
18   relationship that's made up of many               12:54PM
19   responsibilities related to that, not             12:54PM
20   only the rendering of the book.                   12:54PM
21        Q     Under the perpetual access             12:54PM
22   model, does the aggregator own the                12:54PM
23   copy of the e-Book?                               12:54PM
24              MS. STEINMAN:  Objection.              12:54PM
25              THE WITNESS:  So the                   12:54PM
```

Page 121

```
 1      left?                                        7:19PM
 2           MS. LANIER:  I'm trying to              7:19PM
 3      get through my questions.  But               7:19PM
 4      it's difficult with the repeated             7:19PM
 5      standing objections, so --                   7:19PM
 6           MS. STEINMAN:  In terms of              7:19PM
 7      the official count here, how much            7:19PM
 8      time do we have left?  I'm very              7:19PM
 9      hungry.                                      7:19PM
10           VIDEOGRAPHER:  The time on              7:19PM
11      the record as of now is six hours,           7:19PM
12      45 minutes.                                  7:19PM
13           MS. LANIER:  Excellent.                 7:19PM
14      Q    Okay.  Are you familiar with            7:19PM
15      the term "big five" in publishing?           7:19PM
16      A    I'm sorry, Jesse, you broke             7:19PM
17      up at the end of that phrase.  Did you       7:19PM
18      say -- what did you say?  Repeat,            7:19PM
19      please.                                      7:19PM
20      Q    No problem.  Are you                    7:19PM
21      familiar with the term "big five" in         7:19PM
22      publishing?                                  7:19PM
23      A    I'm familiar with that term.            7:20PM
24      Q    What does that term mean?               7:20PM
25      A    The term means the big five             7:20PM
```

Page 369

```
 1      largest publishers in the United                7:20PM
 2      States.                                          7:20PM
 3          Q    Do you know who are the big             7:20PM
 4      five?                                            7:20PM
 5          A    It would be Penguin Random              7:20PM
 6      House, Hachette, Macmillan,                      7:20PM
 7      HarperCollins and Simon & Schuster.              7:20PM
 8          Q    Have you heard publishers               7:20PM
 9      who are not part of that group                   7:20PM
10      referred to as a farm team?                      7:20PM
11          A    Excuse me?                              7:20PM
12          Q    Have you heard from the                 7:20PM
13      publishers who are not part of the big           7:20PM
14      five referred to as a farm team?                 7:20PM
15          A    No, I have not heard that.              7:20PM
16          Q    Okay.  Do you have any -- do            7:20PM
17      you have any concerns about this                 7:21PM
18      merger if it goes through?                       7:21PM
19               MS. STEINMAN:  Objection.               7:21PM
20          Mr. Dye, have you had                        7:21PM
21          communications with counsel on               7:21PM
22          this subject?                                7:21PM
23               THE WITNESS:  I had                     7:21PM
24          communications with counsel --               7:21PM
25          with counsel on this subject.                7:21PM
```

Page 370

```
 1              I, LYNNE M. LEDANOIS, a Certified
 2    Shorthand Reporter of the State of
 3    California, do hereby certify:
 4              That the foregoing proceedings were
 5    taken before me at the time and place herein
 6    set forth; that a record of the proceedings
 7    was made by me using machine shorthand which
 8    was thereafter transcribed under my
 9    direction; that the foregoing transcript is a
10    true record of the testimony given.
11              Further, that if the foregoing
12    pertains to the original transcript of a
13    deposition in a Federal Case, before
14    completion of the proceedings, review of the
15    transcript [X] was [] wasn't requested.
16              I further certify I am neither
17    financially interested in the action nor a
18    relative or employee of any attorney or party
19    to this action.
20              IN WITNESS WHEREOF, I have this
21    date subscribed my name.
22  Dated: 11/22/2021
23
24              *Lynne Marie Ledanois*
                        LYNNE MARIE LEDANOIS
25                      CSR No. 6811
```

Page 387