# EXHIBIT O

SUBSCRIBE: PRINT + DIGITAL | LOGIN | SITE LICENSE ACCESS | FREE NEWSLETTERS

SELF-PUB booklife | JOBZONE | THE MILLIONS | U.S. BOOK SHOW

NEWS | REVIEWS | BESTSELLERS | CHILDREN'S | AUTHORS | ANNOUNCEMENTS | DIGITAL | INTERNATIONAL | OPINION

Obituaries | Book Deals | Financial Reporting | Page to Screen | Bookselling | Awards & Prizes | Publisher News | Comics | Business Deals | Shows & Events | Cooking | People | Religion | Audio Books | Manufacturing | Marketing | PW Tip Sheet | Licensing | U.S. Book Show | News Briefs

Home > News > Publisher News

National Accounts Manager, YUP - Yale University - New Haven, CT.        NEXT JOB ▸

# Ranking America's Largest Publishers

The publisher of Harry Potter was the sixth-largest trade publisher last year based on unit sales through BookScan

By Jim Milliot | Feb 24, 2017

Like 66      Share      Tweet      Comments       SUBSCRIBE by the Month


*Courtesy Penguin Random House*

Anyone even remotely interested in book publishing knows who the Big Five trade publishers are—if not necessarily in what order they rank. For the record, Penguin Random House sold the most units through NPD BookScan outlets last year, followed by HarperCollins. Simon & Schuster was in third place; last week, S&S reported that its worldwide revenue was $767 million in 2016, down 1.8% from 2015. The Hachette Book Group was #4 in units sold in 2016, a total that includes units from the Perseus Books Group, which Hachette bought last March. Macmillan rounded out the top five.

What is more of a mystery is which is the sixth-largest trade house. The company that finished behind the Big Five in 2016, based on unit sales made at retailers that report to BookScan, was Scholastic.

### RELATED STORIES:
- PW issue Contents
- More in News -> Publisher News
- More in articles by Jim Milliot

Request permission to reprint of this article.

### FREE E-NEWSLETTERS
Enter e-mail address
☑ PW Daily  ☑ Tip Sheet

The company had 33 titles hit *PW*'s Children's Frontlist Fiction bestseller list last year, including the top-selling print book of 2016: J.K. Rowling's *Harry Potter and the Cursed Child,* which sold 4.4 million units. And, while a number of books on the list were Potter-related, a host of other books did well in the year, including new books in the company's Baby-Sitters Club Graphix line. In all, Scholastic's trade sales (which excludes book fairs and clubs) were $318 million in the 12-month period ended Nov. 30, 2016.

In seventh place was Disney, another children's publisher that had a good run with bestsellers last year, particularly in the frontlist fiction category It had 25 books reach the Children's Frontlist Fiction bestseller list, led by six Star Wars titles and six books by author Rick Riordan.

## QUICKLINKS

### MORE FROM PW


**Summer Reads 2022**


**PW Picks: Books of the Week**


**New Pub Dates for Forthcoming Books**


**10 Essential Works of Fabulist Fiction**

### FEATURED REVIEWS


**LET NO ONE SLEEP**

*Juan José Millás, trans. from the Spanish by Thomas Bunstead. Bellevue, $16.99 trade paper (208p) ISBN 978-1-942658-94-8*

SUBSCRIBE   More Newsletters                                                                                                   PREVIOUS   NEXT

Houghton Mifflin Harcourt, which last week reported that sales of $165.6 million in its trade division in 2016, was #8 on the units-sold list. Workman was in ninth place. Among its titles that sold more than 100,000 print copies last year were *Atlas Obscura: An Explorer's Guide to the World's Hidden Wonders* (which sold about 172,000 copies through BookScan outlets) and *What to Expect When You're Expecting* (which sold more than 138,000 copies). Claiming the 10th spot on the list was Sterling, the publishing subsidiary of Barnes & Noble.

Publishers in the 11th through 20th places were a mix of independent presses (such as Norton, Kensington, Chronicle, Sourcebooks), divisions of larger companies (Dover, owned by LSC Communications), children's publishers (Candlewick), and religion houses (B&H Publishing, Tyndale). John Wiley's #12 spot on the list reflects sales of its business books and other trade-oriented titles to general retailers, rather than its educational materials.

Both Dover and Sterling continued to do well with adult coloring books in 2016, although sales in the category cooled compared to 2015. B&N said that because of strong adult coloring book demand, sales of Sterling titles to retailers other than B&N were almost 22% higher in fiscal 2016 than in fiscal 2015.

B&H occupied the 19th spot on the ranking due in part to strong sales of *Fervent*, which sold about 306,000 units last year, and *The Battle Plan for Prayer*, which sold approximately 157,000 copies.

**Largest Trade Publishers By Units Sold, 2016\***

| Rank | Publisher |
| --- | --- |
| 1 | Penguin Random House |
| 2 | HarperCollins |
| 3 | Simon & Schuster |
| 4 | Hachette Book Group |
| 5 | Macmillan |
| 6 | Scholastic |
| 7 | Disney Publishing Worldwide |
| 8 | Houghton Mifflin Harcourt |
| 9 | Workman |
| 10 | Sterling |
| 11 | John Wiley and Sons |
| 12 | Abrams |
| 13 | Dover |
| 14 | Candlewick |
| 15 | W.W. Norton |
| 16 | Kensington |
| 17 | Chronicle |
| 18 | Sourcebooks |
| 19 | B&H Publishing |
| 20 | Tyndale House |

\*Based on purchases made through outlets tracked by NPD BookScan

*\* This ranking and article were updated on July 31 after NPD discovered that it had double-counted unit sales of Sourcebooks's young adult titles. Eliminating the double-counting dropped Sourcebooks from 10th to 18th place on the ranking.*

A version of this article appeared in the 02/27/2017 issue of *Publishers Weekly* under the headline: The Answer is... Scholastic

### ALSO ON PW


**PW's 150th Anniversary Issue**


**Check Out Our Podcasts! more...**


**Meet 'Ava's Demon'**


**This Week's Starred Reviews**

### MOST POPULAR

• **Summer Reads 2022**
• **HarperCollins Union Authorizes Strike**
• **Writers to Watch Fall 2022**
• **The 10 Best Emily Dickinson Poems**
• **The 10 Best Haruki Murakami Books**
• **Book Deals: Week of July 4, 2022**
• **Why Is the Penis Shaped Like That? PW Talks with Jesse Bering**
• **The 10 Best Kurt Vonnegut Books**
• **The 7 Weirdest Sex Stories of the Ancient World**
• **This Week's Bestsellers: July 4, 2022**
• **The ALA Annual Conference Returns with Solid Attendance**

### BESTSELLERS

View by genre:
Top 10 Overall     more

1  **Where the Crawdads Sing**
   Delia Owens, Author

2  **It Ends with Us**
   Colleen Hoover, Author

3  **It's Not Summer Without You (Reprint) (Reprint)**
   Jenny Han, Author

4  **We'll Always Have Summer (Reprint) (Reprint)**
   Jenny Han, Author

5  **Summer I Turned Pretty (Reprint) (Reprint)**
   Jenny Han, Author



About Us | Contact Us | Submission Guidelines | FAQ | Subscriber Services | Advertising Info | Terms of Use | Privacy Policy | Do Not Sell | Calls for Info | Editorial Calendar | Archives | Press |

© PWxyz, LLC. All rights reserved.

| **News** | **Reviews** | **Bestsellers** | **Children's** | **Authors** | **Announcements** | **Digital** | **International** | **Opinion** |
|---|---|---|---|---|---|---|---|---|
| Obituaries | Fiction | Bio & Autobio | Authors | Profiles | Adult Announcements | Devices | Deals | ShelfTalker |
| Book Deals | Mystery/Thriller | Children's Frontlist | Book News | Interviews | Children's | Copyright | News | Soapbox |
| Financial Reporting | Sci-Fi/Fantasy/Horror | Fiction | Industry News | Why I Write | Announcements | Retailing | Trade Shows | Editorials |
| Page to Screen | Romance/Erotica | Children's Picture | | BookLife | Religion Listings | Conferences | Frankfurt Book Fair | Common Core |
| Bookselling | Comics | Books | | | On-Sale Calendar | Content / e-books | London Book Fair | Open Book |
| Awards & Prizes | Poetry | Comics | | | Galley Talk | Apps | Sharjah Book Fair | |
| Publisher News | Inspirational Fiction | Fantasy | | | | Digital Marketplace | China Showcase | |
| Comics | Nonfiction | Food & Drink | | | | | Translation Database | |
| Business Deals | Lifestyle | Hardcover Frontlist | | | | | | |
| Shows & Events | Religion | Fiction | | | | **The Roundup** | | |
| Cooking | Children's | Hardcover Frontlist | | | | | **Job Zone** | |
| People | Web Exclusive | Nonfiction | | | | | **Job Moves** | |
| Religion | BookLife | History & Poli-Sci | | | | | | |
| Audio Books | | Mass Market Frontlist | | | | | | |
| Manufacturing | | Mystery | | | | | | |
| Marketing | | Religion Fiction | | | | | | |
| PW Tip Sheet | | Religion Nonfiction | | | | | | |
| Licensing | | Romance | | | | | | |
| U.S. Book Show | | Science Fiction | | | | | | |
| | | Top 10 Overall | | | | | | |
| | | Trade Paper Frontlist | | | | | | |

