# EXHIBIT W



**Lagardère**

**REFERENCE DOCUMENT**
including the Annual Financial Report

**FISCAL YEAR 2018**

Lagardère  CHAPTER 5 - Net assets, financial position and results

## 5.1 SEGMENT INFORMATION

### 2018 income statement

| | Lagardère Publishing | Lagardère Travel Retail | Lagardère Active | Lagardère Sports and Entertainment | Other Activities | Total |
|---|---|---|---|---|---|---|
| Revenue | 2,263 | 3,673 | 895 | 438 | - | 7,269 |
| Inter-segment revenue | (11) | - | - | - | - | (11) |
| **Consolidated revenue** | **2,252** | **3,673** | **895** | **438** | **-** | **7,258** |
| Other income from ordinary activities | 7 | 25 | 46 | - | 5 | 83 |
| **Total income from ordinary activities** | **2,259** | **3,698** | **941** | **438** | **5** | **7,341** |
| **Recurring operating profit (loss) of fully consolidated companies** | **190** | **119** | **75** | **30** | **(13)** | **401** |
| Income from equity-accounted companies before impairment losses | 1 | 2 | 1 | - | - | 4 |
| **Recurring operating profit (loss)** | **191** | **121** | **76** | **30** | **(13)** | **405** |
| Restructuring costs | (21) | (6) | (44) | (8) | - | (79) |
| Gains (losses) on disposals | - | (3) | 207 | - | 1 | 205 |
| *Disposals of assets* | - | (3) | 207 | - | 1 | 205 |
| *Fair value adjustments due to change in control* | - | - | - | - | - | - |
| Impairment losses⁽*⁾ | - | (4) | (40) | (2) | (1) | (47) |
| *Fully consolidated companies* | - | (4) | (40) | (2) | (1) | (47) |
| *Equity-accounted companies* | - | - | - | - | - | - |
| Amortisation of acquisition-related intangible assets | (5) | (59) | - | (2) | - | (66) |
| Acquisition-related expenses | - | (2) | (3) | - | (2) | (7) |
| Purchase price adjustments | - | 2 | 1 | (5) | - | (2) |
| **Profit (loss) before finance costs and tax** | **165** | **49** | **197** | **13** | **(15)** | **409** |
| **Items included in recurring operating profit (loss)** | | | | | | |
| Depreciation and amortisation of property, plant and equipment and intangible assets | (31) | (111) | (8) | (51) | (1) | (202) |
| Cost of share option plans | (3) | (2) | (5) | (1) | (2) | (13) |

(*) Impairment losses on goodwill, property, plant and equipment and intangible assets.