# EXHIBIT CC

ATTORNEYS EYES ONLY

```
1              IN THE UNITED STATES DISTRICT COURT
2             FOR THE SOUTHERN DISTRICT OF NEW YORK
3
4
5    HACHETTE BOOK GROUP, INC.,
     HARPERCOLLINS PUBLISHERS LLC,
6    JOHN WILEY & SONS, INC., and
     PENGUIN RANDOM HOUSE LLC,
7
                Plaintiffs,
8
          vs.                             No. 1:20-cv-04160-JGK
9
     INTERNET ARCHIVE and DOES 1
10   through 5, inclusive,
11              Defendants.
     _____/
12
13
14               -- ATTORNEYS' EYES ONLY --
15
16   VIDEOTAPED RULE 30(B)(1) AND 30(B)(6) DEPOSITIONS OF
17       HARPERCOLLINS PUBLISHERS LLC BY JOSH MARWELL
18               Remote Zoom Proceedings
19                 New York, New York
20              Friday, December 3, 2021
21
22
23   REPORTED BY:
24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25   Pages 1 - 257                          Job No. 4867775
```

Page 1

ATTORNEYS EYES ONLY

```
1              IN THE UNITED STATES DISTRICT COURT
2             FOR THE SOUTHERN DISTRICT OF NEW YORK
3
4
5    HACHETTE BOOK GROUP, INC.,
     HARPERCOLLINS PUBLISHERS LLC,
6    JOHN WILEY & SONS, INC., and
     PENGUIN RANDOM HOUSE LLC,
7
                Plaintiffs,
8
           vs.                         No. 1:20-cv-04160-JGK
9
     INTERNET ARCHIVE and DOES 1
10   through 5, inclusive,
11              Defendants.
     _____/
12
13
14              -- ATTORNEYS' EYES ONLY --
15
16         Videotaped Rule 30(b)(1) and 30(b)(6)
17   depositions of HarperCollins Publishers LLC by
18   JOSH MARWELL, taken on behalf of Defendants, Remote Zoom
19   Proceedings from New York, New York, beginning at
20   10:58 a.m. Eastern Standard Time and ending at 6:46 p.m.
21   Eastern Standard Time, on Friday, December 3, 2021,
22   before Leslie Rockwood Rosas, RPR, Certified Shorthand
23   Reporter No. 3462.
24
25
```

Page 2

ATTORNEYS EYES ONLY

```
 1    APPEARANCES:
 2
 3    FOR THE PLAINTIFFS:
 4         DAVIS WRIGHT TREMAINE LLC
 5         BY: LINDA STEINMAN, ESQ.
 6         1251 Avenue of the Americas, 21st Floor
 7         New York, New York 10020
 8         (212) 603-6409
 9         lindasteinman@dwt.com
10
11
12    FOR THE DEFENDANT INTERNET ARCHIVE:
13         DURIE TANGRI LLP
14         BY: JESSICA E. LANIER, ESQ.
15         217 Leidesdorff Street
16         San Francisco, California 94111
17         (415) 362-6666
18         jlanier@durietangri.com
19
20
21    Also Present:
22         Andrew Jacobs, Esq. (HarperCollins Inhouse Counsel)
23         John Macdonell, Videographer
24         Chelsea Gilchrist, Concierge
25
```

Page 3

```
 1   commerce part in that sense.
 2       Q.  Got it.  Okay.
 3           Is there a -- a separate sales or commerce
 4   department that contends with physical sales to libraries
 5   as opposed to digital transactions with libraries?        12:04:50
 6       A.  Physical books to library are also sold through
 7   wholesalers, Baker + Taylor being one of the major ones.
 8   Ingram has a piece of it, and there's a lot of other
 9   smaller players that get involved.
10           But the best way, I think, to think of it is      12:05:09
11   that we have a library marketing department when's job it
12   is to drum up buzz about our authors and our books and
13   looking for opportunities.
14           So it's -- you know, they'll -- that's their --
15   that's their focus.                                       12:05:25
16       Q.  Got it.  Okay.
17           And we're almost done with this document, I
18   promise.  Just a couple more questions.
19           The "Academic" heading just below library, do
20   you see that?                                             12:05:41
21       A.  Yes.
22       Q.  What does "Academic" refer to in the context of
23   this email?
24       A.  Again, we -- this is a subset of our department
25   that focuses on marketing to professors to adopt our      12:05:55
```

Page 59

```
 1    STATE OF CALIFORNIA      ) ss:
 2    COUNTY OF MARIN          )
 3
 4           I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do
 5    hereby certify:
 6           That the foregoing deposition testimony was
 7    taken before me at the time and place therein set forth
 8    and at which time the witness was administered the oath;
 9           That testimony of the witness and all objections
10    made by counsel at the time of the examination were
11    recorded stenographically by me, and were thereafter
12    transcribed under my direction and supervision, and that
13    the foregoing pages contain a full, true and accurate
14    record of all proceedings and testimony to the best of my
15    skill and ability.
16           I further certify that I am neither counsel for
17    any party to said action, nor am I related to any party
18    to said action, nor am I in any way interested in the
19    outcome thereof.
20           IN WITNESS WHEREOF, I have subscribed my name
21    this 6th day of December, 2021.
22
23
24
25           LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```