# EXHIBIT FF

ATTORNEYS EYES ONLY

```
1          IN THE UNITED STATES DISTRICT COURT
2         FOR THE SOUTHERN DISTRICT OF NEW YORK
3
4
5   HACHETTE BOOK GROUP, INC.,
    HARPERCOLLINS PUBLISHERS LLC,
6   JOHN WILEY & SONS, INC., and
    PENGUIN RANDOM HOUSE LLC,
7
              Plaintiffs,
8
         vs.                      No. 1:20-cv-04160-JGK
9
    INTERNET ARCHIVE and DOES 1
10  through 5, inclusive,
11            Defendants.
    _____/
12
13
                -- ATTORNEYS' EYES ONLY --
14
15    VIDEOTAPED RULE 30(B)(1) AND 30(B)(6) DEPOSITION
16     OF HACHETTE BOOK GROUP, INC., BY ALISON LAZARUS
17              Remote Zoom Proceeding
18               Rye Brook, New York
19            Friday, November 12, 2021
20
21
22
23  REPORTED BY:
24  LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25  Pages 1 - 254                        Job No. 4867752
```

Page 1

ATTORNEYS EYES ONLY

```
1                IN THE UNITED STATES DISTRICT COURT
2                FOR THE SOUTHERN DISTRICT OF NEW YORK
3
4
5     HACHETTE BOOK GROUP, INC.,
      HARPERCOLLINS PUBLISHERS LLC,
6     JOHN WILEY & SONS, INC., and
      PENGUIN RANDOM HOUSE LLC,
7
                   Plaintiffs,
8
            vs.                        No. 1:20-cv-04160-JGK
9
      INTERNET ARCHIVE and DOES 1
10    through 5, inclusive,
11                 Defendants.
      _____/
12
13
14                -- ATTORNEYS' EYES ONLY --
15
16          Videotaped Rule 30(b)(1) and Rule 30(b)(6)
17    depositions of HACHETTE BOOK GROUP, INC., BY
18    ALISON LAZARUS, taken on behalf of Defendants, Remote
19    Zoom Proceeding from Rye Brook, New York, beginning at
20    10:02 a.m. Eastern Standard Time and ending at 6:18 p.m.
21    Eastern Standard Time, on Friday, November 12, 2021,
22    before Leslie Rockwood Rosas, RPR, Certified Shorthand
23    Reporter No. 3462.
24
25
                                                        Page 2
```

ATTORNEYS EYES ONLY

```
 1   APPEARANCES:
 2
 3   FOR THE PLAINTIFFS:
 4        DAVIS WRIGHT TREMAINE LLP
 5        BY: ELIZABETH A. MCNAMARA, ESQ.
 6             JOHN M. BROWNING, ESQ. (P.M. only)
 7        1251 Avenue of the Americas, 21st Floor
 8        New York, New York 10020
 9        (212) 489-8230
10        lizmcnamara@dwt.com
11        jackbrowning@dwt.com
12
13   FOR THE DEFENDANTS:
14        DURIE TANGRI LLP
15        BY: JESSICA E. LANIER, ESQ.
16        217 Leidesdorff Street
17        San Francisco, California 94111
18        (415) 362-6666
19        jlanier@durietangri.com
20
21   Also Present:
22        Min Lee, Hachette Book Group
23        Corynne McSherry, Internet Archive
24        John Macdonell, Videographer
25        Chelsea Gilchrist, Concierge
```

Page 3

ATTORNEYS EYES ONLY

```
 1   determine whether the Internet Archive's digital lending

 2   program has had any effects on Hachette's revenues from

 3   books?

 4       A.   Can you repeat the question?  I'm sorry.

 5       Q.   Sure.  No problem.                              10:27:11

 6            Has Hachette conducted any analysis to determine

 7   the Internet Archive's digital lending program -- excuse

 8   me -- strike that.

 9            Has Hachette conducted any analysis to determine

10   whether the Internet Archive's digital lending program   10:27:29

11   has had any effect on Hachette's revenue from books?

12       A.   Not that I'm aware of.

13       Q.   Is Hachette aware of any other digital lending

14   program apart from the Internet Archive?

15            MS. MCNAMARA:  Objection.  Vague.               10:27:54

16            THE WITNESS:  Should I -- shall I answer?

17            MS. MCNAMARA:  Yes.

18            THE WITNESS:  Okay.

19            We work with public libraries and academic

20   institutions to enable digital lending.                  10:28:12

21       Q.   BY MS. LANIER:  Is Hachette aware of any

22   libraries or similar institutions that digitize physical

23   books and make those scans available to patrons for

24   borrowing?

25       A.   No.                                             10:28:33
```

Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | that. | |
| 2 | Is Hachette able to use that data to perform any | |
| 3 | analysis about the effect of library eBook lending on | |
| 4 | library retail sales? | |
| 5 | MS. MCNAMARA: Objection. This is very | 10:45:58 |
| 6 | confusing. Do you understand the question, Alison? | |
| 7 | THE WITNESS: No. I was just going to say I'm | |
| 8 | not sure what you mean about library retail sales because | |
| 9 | libraries aren't retailers. | |
| 10 | Q. BY MS. LANIER: That was a verbal error on my | 10:46:12 |
| 11 | part. Thank you for giving me a chance to clarify. | |
| 12 | ==What I was trying to ask, but inartfully, is== | |
| 13 | ==whether Hachette is able to use the types of data we were== | |
| 14 | ==just talking about to analyze the effect of library eBook== | |
| 15 | ==lending on retail sales of eBooks.== | 10:46:29 |
| 16 | ==A. We -- we do try to do that. It's -- it's, you== | |
| 17 | ==know, speculative because you can't truly directly make== | |
| 18 | ==that correlation, meaning, again, I -- we can't tell, you== | |
| 19 | ==know, why somebody borrowed a book versus buying the== | |
| 20 | ==book. So we look at the trends to try to understand== | 10:46:58 |
| 21 | ==what's happening in both markets, and we do use that data== | |
| 22 | ==to inform our decision making.== | |
| 23 | Q. BY MS. LANIER: When you say "to inform our | |
| 24 | decision making," what do you mean by that? | |
| 25 | A. Looking at our approach to the retail eBook | 10:47:21 |

Page 38

ATTORNEYS EYES ONLY

```
1    STATE OF CALIFORNIA    ) ss:
2    COUNTY OF MARIN        )
3
4           I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do
5    hereby certify:
6           That the foregoing deposition testimony was
7    taken before me at the time and place therein set forth
8    and at which time the witness was administered the oath;
9           That testimony of the witness and all objections
10   made by counsel at the time of the examination were
11   recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16          I further certify that I am neither counsel for
17   any party to said action, nor am I related to any party
18   to said action, nor am I in any way interested in the
19   outcome thereof.
20          IN WITNESS WHEREOF, I have subscribed my name
21   this 18th day of November, 2021.
22
23
24
25          LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```

Page 251