# EXHIBIT GG

ATTORNEYS' EYES ONLY

```
1              IN THE UNITED STATES DISTRICT COURT

2               FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4      HACHETTE BOOK GROUP, INC.,

5      HARPERCOLLINS PUBLISHERS LLC,

6      JOHN WILEY & SONS, INC., and

7      PENGUIN RANDOM HOUSE LLC,

8                Plaintiffs,

9           vs.                     Case No.

10     INTERNET ARCHIVE and DOES     1:20-cv-04160-JGK

11     1 through 5, inclusive,

12               Defendants.
       _____/

13

14               -- ATTORNEYS' EYES ONLY --

15

16      VIDEOTAPED RULE 30(B)(1) AND 30(B)(6) DEPOSITIONS OF

17     HARPERCOLLINS PUBLISHERS LLC, BY CHANTAL RESTIVO-ALESSI

18                   Remote Zoom Proceedings

19                     New York, New York

20                 Wednesday, December 1, 2021

21

22     REPORTED BY:

23     LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

24     Job No. 4867798

25     Pages 1 - 283
```

Page 1

ATTORNEYS' EYES ONLY

```
1              IN THE UNITED STATES DISTRICT COURT
2               FOR THE SOUTHERN DISTRICT OF NEW YORK
3
4    HACHETTE BOOK GROUP, INC.,
5    HARPERCOLLINS PUBLISHERS LLC,
6    JOHN WILEY & SONS, INC., and
7    PENGUIN RANDOM HOUSE LLC,
8              Plaintiffs,
9         vs.                    Case No.
10   INTERNET ARCHIVE and DOES    1:20-cv-04160-JGK
11   1 through 5, inclusive,
12             Defendants.
     _____/
13
14              -- ATTORNEYS' EYES ONLY --
15
16        Videotaped Rule 30(b)(1) and 30(b)(6)
17   depositions of HARPERCOLLINS PUBLISHERS LLC, BY CHANTAL
18   RESTIVO-ALESSI, taken on behalf of Defendants, Remote
19   Zoom Proceedings from New York, New York, beginning at
20   10:31 a.m. Eastern Standard Time and ending at 6:58 p.m.
21   Eastern Standard Time, on Wednesday, December 1, 2021,
22   before Leslie Rockwood Rosas, RPR, Certified Shorthand
23   Reporter No. 3462.
24
25
```

Page 2

ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1 | APPEARANCES: |
| 2 | |
| 3 | FOR THE PLAINTIFFS: |
| 4 | DAVIS WRIGHT TREMAINE LLC |
| 5 | BY: LINDA STEINMAN, ESQ. |
| 6 | 1251 Avenue of the Americas, 21st Floor |
| 7 | New York, New York 10020 |
| 8 | (212) 603-6409 |
| 9 | lindasteinman@dwt.com |
| 10 | |
| 11 | FOR THE DEFENDANT INTERNET ARCHIVE: |
| 12 | DURIE TANGRI LLP |
| 13 | BY: JESSICA LANIER, ESQ. |
| 14 | 217 Leidesdorff Street |
| 15 | San Francisco, California 94111 |
| 16 | (415) 362-6666 |
| 17 | jlanier@durietangri.com |
| 18 | |
| 19 | Also Present: |
| 20 | Andrew Jacobs, Esq. (HarperCollins Inhouse Counsel) |
| 21 | Tony Nokes, Videographer |
| 22 | Chelsea Gilchrist, Concierge |
| 23 | |
| 24 | |
| 25 | |

Page 3

ATTORNEYS' EYES ONLY

```
1    be consumers going less to libraries, you know.  It could
2    be so many things.  Because they might go somewhere else,
3    including Internet Archive.  Who knows?  Could be a lot
4    of things.
5            Q.  Okay.  Okay.                                    17:18:50
6            So let's look at -- actually, strike that.
7            Did HarperCollins do any analysis of the growth
8    rates for US library and the growth rates for US retail
9    to determine whether there was a relationship between
10   those two figures?                                          17:19:10
11           A.  Yeah.  I mean, this partly does it.  So this
12   looks at the retail trends on this format.  So it looks
13   at what was happening in eBooks, and then what was at
14   retail and then what was happening in libraries.  And
15   clearly, they might be a piece of, you know, substitution   17:19:32
16   going on here as well.
17           Q.  Okay.  Why do you say "clearly"?
18           A.  Well, there might be.  Not clearly.  There might
19   be there might be a piece of substitution because it's
20   always hard to define specifically cause and effect,        17:19:49
21   but --
22           Q.  Okay.
23           A.  -- it can be a contributor.
24           Q.  Okay.  What suggests to you that substitution is
25   a possibility here?                                         17:19:58
```

Page 224

```
1        A.   Well, if you -- if you have one element going up
2   and another one going down, and you have readers that are
3   a finite number, you might think that they might
4   substitute one with another.  They might go to a library
5   and not, you know, getting their eBook for free versus      17:20:18
6   buying it.
7        Q.   Okay.
8        A.   But there's no -- you know, there's no factual
9   analysis.  It's just one inference one could make.
10       Q.   Got it.  Okay.                                    17:20:31
11            All right.  Let's look at Exhibit 189.
12       A.   189.  Whoops.
13       Q.   So I don't know about you, but mine started
14  scroll over to blank cells?
15       A.   Yeah.  Mine, too.  That's why I was like what is  17:20:59
16  this.
17       Q.   Okay.  Have you seen this document before?
18       A.   Yes.
19       Q.   What is it?
20            MS. STEINMAN:  Could you just give me one         17:21:09
21  second.  I'm downloading.
22            MS. LANIER:  Oh, sure.  No problem.
23            MS. STEINMAN:  Okay.  I'm ready.
24       Q.   BY MS. LANIER:  Okay.  What is this document?
25       A.   This is sales in units again by title, of the     17:21:20
```

ATTORNEYS' EYES ONLY

```
1    STATE OF CALIFORNIA      ) ss:
2    COUNTY OF MARIN          )
3
4          I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do
5    hereby certify:
6          That the foregoing deposition testimony was
7    taken before me at the time and place therein set forth
8    and at which time the witness was administered the oath;
9          That testimony of the witness and all objections
10   made by counsel at the time of the examination were
11   recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16         I further certify that I am neither counsel for
17   any party to said action, nor am I related to any party
18   to said action, nor am I in any way interested in the
19   outcome thereof.
20         IN WITNESS WHEREOF, I have subscribed my name
21   this 3rd day of December, 2021.
22
23
24
25         LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```

Page 283