# EXHIBIT HH

ATTORNEYS EYES ONLY

```
1                IN THE UNITED STATES DISTRICT COURT
2               FOR THE SOUTHERN DISTRICT OF NEW YORK
3
4
5    HACHETTE BOOK GROUP, INC.,
     HARPERCOLLINS PUBLISHERS LLC,
6    JOHN WILEY & SONS, INC., and
     PENGUIN RANDOM HOUSE LLC,
7
                   Plaintiffs,
8
         vs.                          No. 1:20-cv-04160-JGK
9
     INTERNET ARCHIVE and DOES 1
10   through 5, inclusive,
11                 Defendants.
     _____/
12
13
14              -- ATTORNEYS' EYES ONLY --
15
16    VIDEOTAPED RULE 30(B)(1) AND 30(B)(6) DEPOSITIONS OF
17          JOHN WILEY & SONS, INC., BY ALAN PAVESE
18                 Remote Zoom Proceedings
19                  East Durham, New York
20                Friday, December 10, 2021
21
22
23   REPORTED BY:
24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25   Pages 1 - 278                            Job No. 4867787
```

Page 1

ATTORNEYS EYES ONLY

```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE SOUTHERN DISTRICT OF NEW YORK
 3
 4
 5    HACHETTE BOOK GROUP, INC.,
      HARPERCOLLINS PUBLISHERS LLC,
 6    JOHN WILEY & SONS, INC., and
      PENGUIN RANDOM HOUSE LLC,
 7
              Plaintiffs,
 8
         vs.                        No. 1:20-cv-04160-JGK
 9
      INTERNET ARCHIVE and DOES 1
10    through 5, inclusive,
11            Defendants.
      _____/
12
13
14              -- ATTORNEYS' EYES ONLY --
15
16      Videotaped Rule 30(b)(1) and 30(b)(6) depositions of
17   JOHN WILEY & SONS, INC., by ALAN PAVESE, taken on behalf
18   of Defendants, Remote Zoom Proceedings from East Durham,
19   New York, beginning at 10:41 a.m. Eastern Standard Time
20   and ending at 7:14 p.m. Eastern Standard Time, on Friday,
21   December 10, 2021, before Leslie Rockwood Rosas, RPR,
22   Certified Shorthand Reporter No. 3462.
23
24
25
```

Page 2

ATTORNEYS EYES ONLY

```
1    APPEARANCES:

2

3    FOR THE PLAINTIFFS:

4        DAVIS WRIGHT TREMAINE LLC

5        BY: LINDA STEINMAN, ESQ.

6        1251 Avenue of the Americas, 21st Floor

7        New York, New York 10020

8        (212) 603-6409

9        lindasteinman@dwt.com

10

11

12   FOR THE DEFENDANT INTERNET ARCHIVE:

13       DURIE TANGRI LLP

14       BY: JESSICA E. LANIER, ESQ.

15       217 Leidesdorff Street

16       San Francisco, California 94111

17       (415) 362-6666

18       jlanier@durietangri.com

19

20

21   Also Present:

22       Kevin Kim, Esq. (Wiley Inhouse Counsel)

23       John Macdonell, Videographer

24       Chelsea Gilchrist, Concierge

25                                            09:33:03
```

Page 3

ATTORNEYS EYES ONLY

```
 1    that it was difficult to -- given the complexities of the
 2    market, to pinpoint the cause of unexpected revenue,
 3    either higher or lower.  Has Wiley been able to pinpoint
 4    any fluctuations in revenue to the Internet Archive?
 5            MS. STEINMAN:  Objection.                          12:13:17
 6            Go ahead, Alan.
 7            THE WITNESS:  So pinpoint -- the data is not
 8    there.  We do know it's happening, but to precisely
 9    measure it is very complex, so we are estimating, and,
10    you know, we do know that piracy and stealing does hurt   12:13:35
11    the commercial market, so we do know that it's happening,
12    and we do rely on those general estimates of industry
13    impact, you know, when we're trying to quantify things,
14    because, again, you know, people performing illicit
15    activity and unauthorized activity don't report it.  It   12:13:58
16    doesn't lend itself to precision.
17        Q.  BY MS. LANIER:  Have you heard the Internet
18    Archive referred to as a library?
19        A.  I have heard that, yes.  I don't agree with it,
20    but I have heard it.                                      12:14:25
21        Q.  Okay.  Why don't you agree with it?
22        A.  Because it doesn't function the way a library
23    functions in almost any way.  I mean, it functions much
24    more closely to a pirate site.
25        Q.  Okay.  In what way does the Internet Archive      12:14:37
```

Veritext Legal Solutions
866 299-5127

```
 1    STATE OF CALIFORNIA    ) ss:
 2    COUNTY OF MARIN         )
 3
 4           I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do
 5    hereby certify:
 6           That the foregoing deposition testimony was
 7    taken before me at the time and place therein set forth
 8    and at which time the witness was administered the oath;
 9           That testimony of the witness and all objections
10    made by counsel at the time of the examination were
11    recorded stenographically by me, and were thereafter
12    transcribed under my direction and supervision, and that
13    the foregoing pages contain a full, true and accurate
14    record of all proceedings and testimony to the best of my
15    skill and ability.
16           I further certify that I am neither counsel for
17    any party to said action, nor am I related to any party
18    to said action, nor am I in any way interested in the
19    outcome thereof.
20           IN WITNESS WHEREOF, I have subscribed my name
21    this 13th day of December, 2021.
22
23
24
25           LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```

Page 275