# EXHIBIT KK

*Redacted in its entirety*