# EXHIBIT LL
*Redacted in its entirety*