# EXHIBIT MM
## *Redacted in its entirety*