# EXHIBIT NN

*Redacted in its entirety*