# EXHIBIT 2

# Internet Archive

Log Number: **RE-85-17-0060-17**

**Program:** Laura Bush 21st Century Librarian Program

**Fiscal Year:** 2017

**Federal Funds :** $338,940

**City:** San Francisco

**State:** CA

The Internet Archive will train 15 public librarians on using web archives to capture historically valuable web materials documenting their local communities. Participating librarians will receive intensive training in a variety of web archiving topics through in-person and online trainings, professional support from experts on web archiving in public libraries, and cohort-based activities. Training materials will also be made freely available online for reuse by others. participants' institutions will be provided with five-year subscriptions to the Internet Archive's Archive-It service, resulting in the long-term preservation of over 35 terabytes of web-published community history materials. This project will increase the capacity of public libraries nationwide to participate in web archiving and document their community history.

**Project Proposals**

| | |
|---|---|
| re-85-17-0060-17-full-proposal-documents.pdf | 781.66 KB |
| re-85-17-0060-17-preliminary-proposal.pdf | 124.48 KB |



**CONTACT US**

202-653-4657 | imlsinfo@imls.gov

955 L'Enfant Plaza North, SW, Suite 4000, Washington, D.C. 20024-2135

Viewers & Players | FOIA | No FEAR | Privacy & Terms of Use | EEO | Accessibility | Open Government | Office of Special Counsel | USA.gov

1/1