# EXHIBIT 4



**CHIEF OFFICERS OF STATE LIBRARY AGENCIES**
201 East Main Street, Suite 1405 | Lexington, KY 40507 | Phone: 859-514-9151 | www.cosla.org

*President*
**Lamar Veatch**
State Librarian
Georgia Public Library Service

*Vice President/President-Elect*
**Ann Joslin**
State Librarian
Idaho Commission for Libraries

*Secretary*
**Margaret Conroy**
State Librarian
Missouri State Library

*Treasurer*
**David Goble**
Director and State Librarian
South Carolina State Library

*Director*
**Jo Budler**
State Librarian
State Library of Kansas

*Director*
**Michael York**
State Librarian
New Hampshire State Library

*Immediate Past President*
**Susan McVey**
State Librarian
Oklahoma Department of Libraries

November 28, 2011

Brewster Kahle, Digital Librarian
The Internet Archive
Internet Archive
300 Funston Avenue
San Francisco, CA 94118

Dear Brewster:

I am pleased to send you two signed copies of the Cooperative Agreement between the Internet Archive and the Chief Officers of State Library Agencies.

The members of COSLA, meeting in Santa Fe at our Annual Meeting on October 26th, unanimously approved the recommendation of our COSLA E-Book Task Force to enter into an alliance with the Internet Archive by means of this Agreement.

As President of COSLA I am excited about the opportunity for our organization to work more closely with the Internet Archive to make more e-books more widely available to library users throughout the country. I understand that our E-Book Task Force will be scheduling meeting with Robert Miller in the near future to plan our next steps under the terms of the Agreement.

Please sign both copies of the agreement and return one to:

Laura Singler-Adams, Association Director
Chief Officers of State Library Agencies
201 East Main Street, Suite 1405
Lexington, KY 40507

On behalf of COSLA I want to thank you for agreeing to work with us to advance our common goals.

Sincerely,

Lamar Veatch
President

Attachment

INTARC00137190

COOPERATIVE AGREEMENT
BETWEEN
THE CHIEF OFFICERS OF STATE LIBRARY AGENCIES
AND
THE INTERNET ARCHIVE

This agreement is between the Chief Officers of State Library Agencies ("COSLA") and the Internet Archive.

WHEREAS, COSLA is an organization of the chief officers of state and territorial agencies designated as the state library administrative agency and responsible for statewide library development in the 50 states, the District of Columbia, and territories of the United States; and,

WHEREAS, COSLA's purpose is to identify and address issues of common concern and national interest; to further state library agency relationships with the Federal government and national organizations; and to initiate cooperative action for the improvement of library services to the people of the United States; and,

WHEREAS, the Internet Archive is an organization founded to build an Internet library for the purpose of offering permanent access for researchers, scholars, people with disabilities and the general public to historical collections in digital format;

NOW THEREFORE, the parties hereby agree, on a nonexclusive basis, as follows:

COSLA and the Internet Archive affirm the vision statement adopted by COSLA that "through libraries, America seamlessly accesses comprehensive content in any format," and that to this end COSLA and the Internet Archive will form an alliance to bring about a national library system that offers public access to ebooks at no charge from every public library in the U.S.

COSLA and the Internet Archive will work together to develop and promote the Internet Archive's Open Library as a means to provide an existing collection of approximately 100,000 ebooks to all U.S. residents through their public libraries.

COSLA and the Internet Archive will work together toward the goal of adding another 1 million ebooks to the Open Library collection by jointly pursuing all possible funding opportunities to scan or purchase additional books.

COSLA and the Internet Archive will work together to create a physical archive of at least one copy of each published book by encouraging libraries to send books being deaccessioned to the Internet Archive.

COSLA and the Internet Archive will work together to improve the user experience with discovery and use of ebooks from the Open Library, working with providers of integrated library systems in public libraries and by other means.

Accepted and agreed to by the authorized representatives of the parties:

FOR COSLA

Lamar Veatch, President

11/28/2011
Date

FOR THE INTERNET ARCHIVE

Brewster Kahle, Digital Librarian

11/28/2011
Date

11/1/11

INTARC00137191