# EXHIBIT 7

7/6/22, 11:17 AM Signatories to the Position Statement on Controlled Digital Lending by Libraries | Controlled Digital Lending by Libraries

Case 1:20-cv-04160-JGK-OTW Document 105-7 Filed 07/07/22 Page 2 of 7

Position Statement (/statement) / Signatories to the Position Statement on Controlled Digital Lending by Libraries

# Signatories to the Position Statement on Controlled Digital Lending by Libraries

**Institutional**

| | |
|---|---|
| Anabaptist Mennonite Biblical Seminary Library | Ithaca College Library |
| Asociación Nacional de Bibliotecarios, Archivistas y Afines de Venezuela (ANBAA) | James Madison University |
| | James Madison University |
| Association of Research Libraries | Johns Hopkins University Libraries |
| Association of Southeastern Research Libraries (ASERL) | Kalamazoo College Library |
| Authors Alliance | LaGuardia Community College Library Department |
| Better World Books | Legal Information Preservation Alliance (LIPA) |
| Boston Public Library | Lehigh University Library |
| Califa Group | Lore Media Inc |
| California Digital Library | Los Angeles Public Library |
| California State University Libraries | LSU Libraries |
| Center for Research Libraries (CRL) | Metropolitan New York Library Council |
| Chief Officers of State Library Agencies | Multnomah County Library |
| City University of New York Office of Library Services | NCSU Libraries |
| Clemson University | New York Theological Seminary |
| College of Staten Island, CUNY | Open Humanities Press |
| Colorado Alliance of Research Libraries | Phillips Academy, Andover, Oliver Wendell Holmes Library |
| Cornell University Library | Ruth Enlow Library of Garrett County |
| Council of Connecticut Academic Library Directors (CCALD) | Sacramento Public Library |
| Digital Library Federation | San Francisco Public Library |
| Digital Public Library of America | SCELC |
| Duke University Libraries | South Central Regional Library Council |
| EveryLibrary | SPARC |
| Florida Virtual Campus (FLVC) | SportsLibrary.org |
| Fondazione Casa di Oriani - Ravenna | St. Mary's County Library |
| Harvard Graduate School of Education Gutman Library | Substance Abuse Librarians & Information Specialists (SALIS) |
| Institute for the Study of Knowledge Management in Education (ISKME) | Texas A&M University |
| Internet Archive | The Council of Connecticut Academic Library Directors (CCALD) |
| Internet Archive Canada | UC Berkeley Library |

7/6/22, 11:17 AM    Signatories to the Position Statement on Controlled Digital Lending by Libraries | Controlled Digital Lending by Libraries

Case 1:20-cv-04160-JGK-OTW Document 105-7 Filed 07/07/22 Page 3 of 7

UC Davis Library

UC Riverside Library

UC San Francisco Library

UC Santa Barbara

UConn Library

UNC Chapel Hill Libraries

University of Oklahoma Libraries

University of Colorado - Boulder

University of Kansas Libraries

University of Massachusetts, Amherst, University Libraries

Ursula C. Schwerin Library, NYC College of Technology, City University of New York

Vermont Mutual Aid Society

---

Individual

**Beth Adelman**
Director of Charles B. Sears Law Library and Vice Dean for Legal Information Services
University at Buffalo School of Law

**Jonathan Askin**
Professor of Clinical Law
Brooklyn Law School

**Melissa J. Bernstein**
Library Director and Professor of Law
James E. Faust Law Library, S.J. Quinney College of Law University of Utah

**Chris Bourg**
Director of Libraries
Massachusetts Institute of Technology

**Jessie Wallace Burchfield**
Associate Dean for Information and Technology Services, Law Library Director and Associate Professor of Law
Bowen School of Law Library University of Arkansas at Little Rock

**Robert Darnton**
Carl H. Pforzheimer University Professor, Emeritus and University Librarian, Emeritus
Harvard University

**Elizabeth Townsend Gard**
Jill. H and Avram A. Glazer Professor in Social Entrepreneurship, Co-Director, Tulane Center for IP, Media & Culture
Tulane University Law School

**Peggy Hoon**
Director of Copyright Policy and Education
Louisiana State University

**Faye E. Jones**
Director and Clinical Professor of Law
Albert E. Jenner Memorial Law Library University of Illinois At Urbana-Champaign College of Law

**Ariel Katz**
Associate Professor, Innovation Chair in Electronic Commerce Faculty of Law
University of Toronto

**Jocelyn Kennedy**
Executive Director
Harvard Law School Library

**Yvette Joy Liebesman**
Professor of Law
Saint Louis University School of Law

**Lydia Pallas Loren**
Henry J. Casey Professor of Law
Lewis & Clark Law School

**Michael J. Madison**
Professor of Law
University of Pittsburgh School of Law

**Susan Nevelow Mart**
Associate Professor and Director of the Law Library
Colorado Law, University of Colorado - Boulder

**Teresa Miguel-Stearns**
Law Librarian and Professor of Law
Yale Law School

**Lateef Mtima**
Professor of Law and Director, Institute for Intellectual Property and Social Justice
Howard University School of Law

**Aaron Perzanowski**
Professor of Law
Case Western Reserve University School of Law

**Blake E. Reid**
Assistant Clinical Professor
Colorado Law

**Jorge R. Roig**
Associate Professor of Law
Charleston School of Law

**Pamela Samuelson**
Richard M. Sherman Distinguished Professor of Law and Information
University of California - Berkeley

**Courtney Selby**
Associate Dean for Information Services, Director of the Law Library and Professor of Law
Maurice A. Deane School of Law at Hofstra University Law Library

**Chris Shaffer**
University Librarian
University of California, San Francisco

7/6/22, 11:17 AM
Signatories to the Position Statement on Controlled Digital Lending by Libraries | Controlled Digital Lending by Libraries

Case 1:20-cv-04160-JGK-OTW Document 105-7 Filed 07/07/22 Page 4 of 7

**Jessica Silbey**
Professor of Law
Northeastern University School of Law

**Ronald E. Wheeler**
Director of Fineman & Pappas Law Libraries, Associate Professor of Law and Legal Research
Boston University Law

**Beth Williams**
Senior Lecturer in Law, Director Robert Crown Law Library
Stanford Law School

**Amanda Watson**
Director of the O'Quinn Law Library and Assistant Professor of Law
University of Houston Law Center

**Michael Wolfe**
Intellectual Property Fellow
Duke Law Center for the Study of the Public Domain

**Matthew Sag**
Professor of Law
Loyola University Chicago School of Law

**Julie E. Cohen**
Mark Claster Mamolen Professor of Law and Technology
Georgetown Law

**Steven Mandeville-Gamble**
University Librarian
University of California, Riverside

**Paul Heald**
Richard W. and Marie L. Corman Professor of Law
University of Illinois at Urbana-Champaign College of Law

**Jeff MacKie-Mason**
University Librarian, Chief Digital Scholarship Officer, Professor, School of Information and Professor of Economics
University of California, Berkeley

**Lea Shaver**
Professor of Law and Dean's Fellow
Indiana University Robert H. McKinney School of Law

**Simon Canick**
Associate Dean for Law Library and Technology and Law School Professor
University of Maryland, Francis King Carey School of Law

**Jennifer M. Urban**
Clinical Professor of Law
University of California, Berkeley

**Leah Prescott**
Associate Law Librarian for Digital Initiatives and Special Collections
Georgetown University Law Library

**Jim O'Donnell**
University Librarian
Arizona State University

**Justin A. Gardner**
Special Collections and Cataloging Librarian
APH Migel Collection

**Rebekah Kim**
Head Librarian
California Academy of Sciences

**Bethany Nowviskie**
Director, Digital Library Federation
Digital Library Federation

**Neal Baker**
Library Director
Earlham College

**Michelle Sprague**
Adult Services & Outreach Library Assistant
Goffstown Public Library

**Stephen Spong**
Copyright Services Librarian
Centennial College

**James O'Donnell**
University Librarian
Arizona State University

**Tinghui Duan**
Research Assistant
Friedrich Schiller University Jena, Germany

**Lisa Radha Weaver**
Director Collections and Program Development
Hamilton Public Library

**Aida Rudnik**
Manager, Technical Services
Hamilton Public Library

**Jaime Anderson**
Collection Services Division Manager
Sonoma County Library

**Karen Milligan**
Manager, Local History & Archives
Hamilton Public Library

**Geoffrey Skinner**
Librarian
Sonoma County Library

**Matt Abbott**
Manager, Collections & Extension Services
Hamilton Public Library

**Monica Socol**
Manager, Digital Technology Services
Hamilton Public Library

**Laurisa Stubblefield**
Circulation and Resource Sharing Librarian
Boley Law Library, Lewis and Clark Law School

**Tony Del Monaco**
Director, Finance & Facilities
Hamilton Public Library

7/6/22, 11:17 AM  Signatories to the Position Statement on Controlled Digital Lending by Libraries | Controlled Digital Lending by Libraries

Case 1:20-cv-04160-JGK-OTW Document 105-7 Filed 07/07/22 Page 5 of 7

Robert Roose
Support Services Director
Spokane Public Library

Rebecca Meng
Librarian, Document Delivery Services
Memorial Sloan Kettering Cancer Center

Raghavendra K R
Head Resource Centre
National Institute Of Fashion Technology, Bengaluru

Austin Schertz
Director of Development
Better World Books

Kenn Rabin
Owner
Fulcrum Media Services

Wilhelmina Randtke
Digital Library Services and Open Educational Resources Coordinator
Florida Academic Library Services Cooperative

Jeff Sharpe
Senior Digitization Manager
Internet Archive

Ulysses Jaen
Director & Associate professor
Ave Maria Law

Michael Rodriguez
Collections Strategist
University of Connecticut Library

Lawrence Lessig
Roy L. Furman Professor of Law and Leadership
Harvard Law School

Allison R Lightfoot
Public Services Librarian
Story Library at Central Baptist College

Peter Mahler
Curator
The Mahler-Vidal Archives

Melinda Dolan
Systems Coordinator Librarian
Phillips Exeter Academy Library

Rebecca Richardson
Assistant Dean for Collections and Access
Purdue University Libraries

Cindy Kristof
Head, Copyright & Scholarly Communication
Kent State University

Victoria Murgante
Public Service Representative
Essa Public Library

David B. Malone
Dean of the Library
Calvin University

Cheryl Gowing
Assoc.,Dean, Library Information Systems & Facilities
University of Miami

Daria Masia
Ms
Brent Libraries

Meghan Kwast
Head of Collection Management Services
California Lutheran University

Rebecca Richie
Director of Student Resources
Eternity Bible College

Robin N Sinn
Coordinator, Office of Scholarly Communication
Johns Hopkins University

Karen Rupp-Serrano
Associate Dean, Scholarly Communication and Resources
University of Oklahoma Libraries

Maria Aghazarian
Scholarly Communications Librarian
Swarthmore College Libraries

Renee Kuhles
Faculty Librarian
Austin Community College

Robert Heyer-Gray
Head of Collection Strategies
University of California, Davis

Adrian Ho
Director of Digital Scholarship
University of Kentucky Libraries

Kristen Heldmann
graduate student
Emporia State University

Romy Otayek
Libraire
Coop HEC

Brian McMillan
Director, Music Library
University of Western Ontario

Perry Collins
Scholarly Communications Librarian
University of Florida

Barbara J Ramsay
Evening / Weekend Supervisor
University of WI Law Library

7/6/22, 11:17 AM  Signatories to the Position Statement on Controlled Digital Lending by Libraries | Controlled Digital Lending by Libraries

Case 1:20-cv-04160-JGK-OTW Document 105-7 Filed 07/07/22 Page 6 of 7

Joe Lucia
Dean of Librariws
Temple University

Tinghui Duan
Mr.
Friedrich Schiller University Jena

Matt Upson
Associate Dean, Research & Learning Services
Oklahoma State University Libraries

Andrew White
University Librarian
Wesleyan University

Alex R. Hodges
HGSE Faculty & Director, Gutman Library
Harvard University

Laurie Taylor
Senior Director for Library Technology and Digital Strategies
University of Florida

NANCY ZANDER
PROFESSOR EMERITI
ILLINOIS WESLEYAN UNIVERSITY

Stephanie Gross
Librarian
Yeshiva University

Samuel Trosow
Associate Professor
University of Western Ontario; Faculty of Law and Faculty of Information & Media Studies

Howard Besser
Professor of Cinema Studies & Founding Director of Moving Image Archiving & Preservation
New York University

Simone Schloss
Assistant Acquisitions Librarian
Teachers College Columbia University

Rebecca L Nesvet
Dr
University of Wisconsin

Stavros Macrakis
Founder
Travel Guide Systems

Matthew Kopel
Copyright Specialist
Cornell University Library

Amada MARCOS
Dean of Librarians
IE University

Adriene Lim
Dean of University Libraries
University of Maryland, College Park

Corie Dugas
Executive Director
NELLCO Law Library Consortium, Inc.

Stephen Marsh
Associate Professor of Trust Systems
Ontario Tech University

Arturo E. García Niño
Doctor en Historia y estudios Regionales, Profesor Investigador
Universidad Veracruzana, México

James Anthony Carneiro
Digital Lending Advocate
Self

Lindsay Cronk
Head of Collection Strategies and Scholarly Communications
University Of Rochester

Michelle M. Trumbo
Executive Director
Legal Information Preservation Alliance

Howard C Marks
Director, Learning Resource Center
Midland College

Robert Heyer-Gray
Head of Collection Strategies
University of California, Davis

Yasmine Abou-El-Kheir
Director, Lapp Learning Commons
Chicago Theological Seminary

Sue Kunda
Scholarly Communication and Social Science Librarian
Western Oregon University

Michelle Tian
Ms
Princeton University

Laureano Gomez
Librarian
Metabiblioteca

Laura McShane
Librarian
Cleveland Public Library

Peter Suber
Director, Office for Scholarly Communication
Harvard University

Shruti Kulkarni
Ms.
Evangelical Lutheran Church in America

Aly Wepplo
Media and Digital Librarian
The Community Library, Ketchum

7/6/22, 11:17 AM  Signatories to the Position Statement on Controlled Digital Lending by Libraries | Controlled Digital Lending by Libraries

Case 1:20-cv-04160-JGK-OTW Document 105-7 Filed 07/07/22 Page 7 of 7

**Daniel Clarkson Fisher**
MLIS student
Western University

**Ellen Dubinsky**
Scholarly Communication Librarian
University of Arizona

**Joshua Finnell**
Interim Associate University Librarian
Colgate University

**Alexis Beaman**
Interlibrary Loan Manager
University of Oklahoma Libraries

**Nancy Falciani-White**
Library Director
McGraw-Page Library, Randolph-Macon College

**Heather Edmonds**
Director of Library Services
New England College of Optometry Library

**Dr. Akash Singh**
Assistant Librarian
National Law University Delhi

**Dr. Priya Rai**
Head, Justice T.P.S. Cahwla Law Library
National Law University Delhi, India

**Patrick R. Wallace**
Digital Projects & Archives Librarian
Middlebury College

**Mothupi Kgatshe**
Editor-at-Large
Guluva - Online

**Maurine McCourry**
Library Director
Hillsdale College

**Breac Krash**
Associate Dean, Content & Discovery, Univesity Libraries
University of Massachusetts Amherst

**Silvio Muñoz**
International Business Director
Vicens Vives

**Nicholas Gardner**
Library Director
Potomac State College

**Brian Kaggwa**
Founder
Bromley&co

 (https://creativecommons.org/licenses/by/4.0) Creative Commons Attribution (CC-BY) creativecommons.org/licenses/by/4.0 (https://creativecommons.org/licenses/by/4.0)