# EXHIBIT 9

# Wikipedia Citations to Books Available to Borrow from the Internet Archive via CDL

There are 202,026 links in Wikipedia articles in English to books available to borrow from the Internet Archive via CDL. Those links lead to 88,284 different books available to borrow from the Internet Archive via CDL.

Below is a list of Wikipedia articles in English that link to 10 or more books available to borrow from the Internet Archive via CDL. The list is sorted by number of such books cited.

## James Joyce

- Atherton, James S. (James Stephen), 1910-1985. *The books at the wake; a study of literary allusions in James Joyce's Finnegans wake*. New York, Viking Press, 1960.
- Attridge, Derek. *How to read Joyce*. London: Granta Books, 2007.
- Beach, Sylvia. *Shakespeare and Company*. New York, Harcourt, Brace, 1959.
- Beja, Morris. *James Joyce: a literary life*. Columbus: Ohio State University Press, 1992.
- Birmingham, Kevin, author. *The most dangerous book: the battle for James Joyce's Ulysses*. London: Head of Zeus, 2014.
- Bowker, Gordon, 1934-. *James Joyce: a new biography*. New York: Farrar, Straus and Giroux, 2012.
- Boyle, Robert, 1915-. *James Joyce's Pauline vision: a Catholic exposition*. Carbondale: Southern Illinois University Press, 1978.
- Budgen, Frank, 1882-1971. *James Joyce and the making of Ulysses*. Bloomington, Indiana University Press, 1960.
- Bulson, Eric. *The Cambridge introduction to James Joyce*. Cambridge; New York: Cambridge University Press, 2006.
- Cheng, Vincent John, 1951-. *Joyce, race, and empire*. Cambridge; New York: Cambridge University Press, 1995.
- Cope, Jackson I. *Joyce's cities: archaeologies of the soul*. Baltimore: Johns Hopkins University Press, 1981.
- Costello, Peter. *James Joyce: the years of growth, 1882-1915*. West Cork, Ireland: Roberts Rinehart, 1992.
- Davies, Stan Gébler. *James Joyce: a portrait of the artist*. London; New York: Granada, 1982.
- Dettmar, Kevin J. H., 1958-. *Rereading the new: a backward glance at modernism*. Ann Arbor: University of Michigan Press, 1992.
- Eco, Umberto. *The aesthetics of Chaosmos: the Middle Ages of James Joyce*. Tulsa, Okla.: University of Tulsa, 1982.
- Ellmann, Richard, 1918-. *The consciousness of Joyce*. Toronto; New York: Oxford University Press, 1977.
- Ellmann, Richard, 1918-1987. *James Joyce*. Oxford: Oxford University Press, 1983.
- Ellmann, Richard, 1918-1987. *Yeats and Joyce*. Dublin, Dolmen p.; London, Oxford U.P., 1967.
- Fairhall, James. *James Joyce and the question of history*. Cambridge; New York, NY, USA: Cambridge University Press, 1993.
- Fargnoli, A. Nicholas. *James Joyce A to Z: the essential reference to the life and work*. New York: Oxford University Press, 1996.
- Gell-Mann, Murray. *The quark and the jaguar: adventures in the simple and the complex*. New York:, 1994.
- Gibson, Andrew. *James Joyce (Reaktion Books - Critical Lives)*. Reaktion Books, 2006.
- Gibson, Andrew, 1949-. *Joyce's revenge: history, politics, and aesthetics in Ulysses*. Oxford; New York: Oxford University Press, 2002.
- Gorman, Herbert Sherman, 1893-1954. *James Joyce*. [New York]: Rinehart, 1948.
- Hayden, Deborah. *Pox: genius, madness, and the mysteries of syphilis*. New York: Basic Books, 2003.
- Hodgart, Matthew John Caldwell. *Joyce's grand operoar: opera in Finnegans wake*. Urbana: University of Illinois Press, 1997.
- Hutchins, Patricia. *James Joyce's Dublin*. [London] Grey Walls Press, 1950.

- Jackson, John Wyse, et al. *John Stanislaus Joyce: the voluminous life and genius of James Joyce's father*. New York: St. Martin's Press, 1998.
- Joyce, James, 1882-1941. *Letter of James Joyce volumes II and III*. New York, Viking, 1966.
- Joyce, James, 1882-1941. *Letters of James Joyce*. London: Faber and Faber, 1966.
- Joyce, James, 1882-1941, et al. *Letters;*. New York, Viking Press, 1957.
- Joyce, James, 1882-1941, et al. *The critical writings of James Joyce*. Ithaca, N.Y.: Cornell University Press, 1989.
- Joyce, Stanislaus. *My brother's keeper; James Joyce's early years*. New York, Viking Press, 1958.
- Lernout, Geert, 1954-. *The French Joyce*. Ann Arbor: University of Michigan Press, 1992.
- Litz, A. Walton. *The art of James Joyce, method and design in Ulysses and Finnegans wake*. New York, Oxford University Press, 1964.
- Luening, Otto, 1900-1996. *Odyssey of an American composer: the autobiography of Otto Luening*. New York: C. Scribner's Sons, 1980.
- Lyons, J. B. (John Benignus). *James Joyce & medicine*. [Dublin] Dolmen Press, 1973.
- MacCabe, Colin. *James Joyce and the revolution of the word*. New York: Palgrave, 2003.
- Maddox, Brenda. *Nora: a biography of Nora Joyce*. New York: Fawcett Columbine, 1988.
- Manganiello, Dominic. *Joyce's politics*. London; Boston: Routledge & Kegan Paul, 1980.
- Mc Court, John, 1965-. *The years of Bloom: James Joyce in Trieste, 1904-1920*. Dublin: Lilliput Press, 2000.
- McCaffrey, Carmel. *In search of Ireland's heroes: the story of the Irish from the English invasion to the present day*. Chicago: Ivan R. Dee, 2006.
- McCourt, John, 1965-. *James Joyce: a passionate exile*. New York: Thomas Dunne Books, 1999.
- Morse, J. Mitchell (Josiah Mitchell), 1912-. *The sympathetic alien; James Joyce and Catholicism*. [New York] New York University Press, 1959.
- Noon, William T. *Joyce and Aquinas. --*. New Haven: Yale University Press, 1963.
- O'Brien, Edna, (1932- ...). *James Joyce*. London: Phoenix, 2000.
- Osteen, Mark. *The economy of Ulysses: making both ends meet*. Syracuse, N.Y.: Syracuse University Press, 1995.
- Pound, Ezra, 1885-1972, et al. *Pound/Joyce; the letters of Ezra Pound to James Joyce, with Pound's essays on Joyce*. [New York, New Directions Pub. Corp.], 1967.
- Ryan, John, 1925- compiler. *A bash in the tunnel: James Joyce by the Irish;*. Brighton, Clifton Books, 1970.
- Scholes, Robert E. *In search of James Joyce*. Urbana: University of Illinois Press, 1992.
- Segall, Jeffrey. *Joyce in America*. University of California Press, 1993.
- Seidel, Michael. *James Joyce: a Short Introduction*. Chichester: John Wiley & Sons, 2008.
- Sherry, Vincent B. *James Joyce Ulysses*. Cambridge, U.K.; New York: Cambridge University Press, 2004.
- Shloss, Carol, author. *Lucia Joyce: to dance in the wake*. New York: Picador, 2005.
- Strong, L. A. G. (Leonard Alfred George), 1896-1958. *The sacred river; an approach to James Joyce*. London, Methuen, 1949.
- Sullivan, Kevin. *Joyce among the Jesuits*. New York, Columbia University Press, 1958.
- Sultan, Stanley. *Eliot, Joyce, and company*. New York: Oxford University Press, 1987.
- Svevo, Italo, 1861-1928. *James Joyce*. [San Francisco]: City Lights Books, 1950.
- Vanderham, Paul. *James Joyce and censorship: the trials of Ulysses*. New York: New York University Press, 1997.
- Zweig, Stefan, 1881-1942. *The world of yesterday: an autobiography*. Lincoln [Neb.]; London: University of Nebraska Press, 1964.

## World War II

- Adamthwaite, Anthony P.. *The making of the Second World War*. Allen & Unwin, 1979.
- Balabkins, Nicholas. *Germany under direct controls: economic aspects of industrial disarmament, 1945-1948. --*. New Brunswick, N.J.: Rutgers University Press, 1964.
- Bilhartz, Terry D. *Currents in American history: a brief history of the United States*. Armonk, N.Y.: M.E. Sharpe, 2007.

- Brody, J. Kenneth. *The avoidable war*. New Brunswick, N.J.: Transaction Publishers, 1999.
- Chang, Iris. *The rape of Nanking: the forgotten holocaust of World War II*. New York, NY: BasicBooks, 1997.
- Chubarov, Alexander. *Russia's bitter path to modernity: a history of the Soviet and post-Soviet eras*. New York: Continuum, 2001.
- Clogg, Richard. *A concise history of Greece*. Cambridge University Press, 2002.
- Collier, Martin. *Germany 1919-45*. Oxford: Heinemann, 2000.
- Deighton, Len, 1929-. *Blood, tears and folly: an objective look at World War II*. London: Pimlico, 1995.
- Dower, John W. *War without mercy: race and power in the Pacific war*. New York: Pantheon Books, 1986.
- Ferguson, Niall. *The war of the world: twentieth-century conflict and the descent of the West*. New York: Penguin Press, 2006.
- Frei, Norbert. *Adenauer's Germany and the Nazi Past*. Columbia University Press, 2002.
- Gilbert, Martin. *Second World War*. Weidenfeld and Nicolson, 1989.
- Glantz, David M.. *The battle for Leningrad*. University Press of Kansas, 2002.
- Glantz, David M.. *When Titans clashed*. University of Kansas, 1998.
- Goldstein, Margaret J. *World War II. Europe*. Minneapolis: Lerner Publications, 2004.
- Hane, Mikiso. *Modern Japan*. Westview Press, 2001.
- Hearn, Chester G. *Carriers in combat: the air war at sea*. Mechanicsburg, PA: Stackpole Books, 2007.
- Hosking, Geoffrey A. *Rulers and victims: the Russians in the Soviet Union*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2006.
- Iriye, Akira. *Power and culture: the Japanese-American war, 1941-1945*. Cambridge, Mass.: Harvard University Press, 1981.
- Kantowicz, Edward R. *Coming apart, coming together*. Grand Rapids, Mich.: W.B. Eerdmans, 2000.
- Kershaw, Ian. *Fateful choices: ten decisions that changed the world, 1940-1941*. London; New York: Allen Lane, 2007.
- Kershaw, Ian. *Hitler, 1936-45: nemesis*. New York: W. W. Norton, 2000.
- Kitson, Alison. *Germany, 1858-1990: hope, terror, and revival*. Oxford: Oxford University Press, 2001.
- Kolko, Gabriel. *The politics of war: the world and United States foreign policy, 1943-1945*. New York: Pantheon Books, 1990.
- Liddell Hart, Basil Henry, Sir, 1895-1970. *History of the Second World War*. London: Pan Books, 1973.
- Maddox, Robert James. *The United States and World War II*. Boulder: Westview Press, 1992.
- Mazower, Mark. *Hitler's empire: how the Nazis ruled Europe*. New York: Penguin Press, 2008.
- Mingst, Karen A., 1947-, et al. *The United Nations in the 21st century*. Boulder, Colo.: Westview Press, 2007.
- Neillands, Robin, 1935-2006. *The Dieppe Raid: the story of the disastrous 1942 expedition*. Bloomington: Indiana University Press, 2005.
- Overy, R. J. *The dictators: Hitler's Germany and Stalin's Russia*. New York: W.W. Norton & Co., 2004.
- Overy, R. J. *Why the Allies won*. London: Pimlico, 1996.
- Overy, R. J, et al. *The road to war*. London, England; New York, N.Y.: Penguin, 1999.
- Overy, Richard. *War and economy in the Third Reich*. Clarendon Press, 1994.
- Padfield, Peter. *War beneath the sea: submarine conflict during World War II*. New York: John Wiley, 1996.
- Perez, Louis G.. *The history of Japan*. Greenwood Press, 1998.
- Ratcliff, R. A. (Rebecca Ann), 1963-. *Delusions of intelligence: Enigma, Ultra and the end of secure ciphers*. Cambridge; New York: Cambridge University Press, 2006.
- Read, Anthony. *The devil's disciples: Hitler's inner circle*. New York: W.W. Norton, 2004.
- Regan, Geoffrey. *The Brassey's book of military blunders*. Washington, DC: Brassey's, 2000.
- Rich, Norman. *Hitler's War Aims*. W.W. Norton & Co, 1973.
- Roberts, J. M.. *The Penguin history of Europe*. Penguin Books, 1997.
- Schmitz, David F. *Henry L. Stimson: the first wise man*. Wilmington, Del.: SR Books, 2001.
- Schoppa, R. Keith, 1943-. *In a sea of bitterness: refugees during the Sino-Japanese War*. Cambridge, Mass.: Harvard University Press, 2011.
- Shore, Zachary. *What Hitler knew*. Oxford University Press, 2003.

- Smith, Alan. *Russia and the world economy*. Routledge, 1993.
- Taylor, Jay. *The generalissimo*. Belknap Press of Harvard University Press, 2009.
- Thompson, John Herd, 1946-, et al. *Canada and the United States: ambivalent allies*. Athens: University of Georgia Press, 2008.
- Wohlstetter, Roberta. *Pearl Harbor; warning and decision*. Stanford, Calif., Stanford University Press, 1962.

## My Weird School

- Gutman, Dan. *Bunny double, we're in trouble!*. New York, NY: Harper, an imprint of HarperCollinsPublishers, 2014.
- Gutman, Dan. *Coach Hyatt Is a Riot!*. HarperCollins, 2009.
- Gutman, Dan. *Dr. Brad Has Gone Mad!*. HarperCollins, 2009.
- Gutman, Dan. *Dr. Carbles is losing his marbles!*. New York: HarperCollins, 2007.
- Gutman, Dan. *It's Halloween, I'm turning green!*. New York, NY: Scholastic Inc., 2013.
- Gutman, Dan. *Mayor Hubble is in trouble!*. New York: Harper, 2012.
- Gutman, Dan. *Miss Daisy is crazy!*. HarperTrophy, 2004.
- Gutman, Dan. *Miss Kraft is daft!*. New York, NY: Harper, an imprint of HarperCollinsPublishers, 2013.
- Gutman, Dan. *Miss Lazar is bizarre!*. HarperTrophy, 2005.
- Gutman, Dan. *Mr. Burke is berserk!*. New York: Harper, 2012.
- Gutman, Dan. *Mr. Docker is off his rocker!*. HarperCollinsPublishers, 2006.
- Gutman, Dan. *Mr. Granite Is from Another Planet!*. HarperCollins, 2008.
- Gutman, Dan. *Mr. Hynde is out of his mind!*. HarperTrophy, 2005.
- Gutman, Dan. *Mr. Jack is a maniac!*. New York, NY: Harper, an imprint of HarperCollinsPublishers, 2014.
- Gutman, Dan. *Mr. Macky is wacky!*. HarperTrophy, 2007.
- Gutman, Dan. *Mrs. Jafee Is Daffy!*. HarperCollins, 2009.
- Gutman, Dan. *Mrs. Kormel is not normal!*. New York: HarperTrophy, 2006.
- Gutman, Dan. *Mrs. Lane is a pain!*. New York, NY: Harper, an imprint of HarperCollinsPublishers, 2014.
- Gutman, Dan. *Mrs. Yonkers is bonkers!*. HarperTrophy, 2007.
- Gutman, Dan. *Ms. Beard is weird!*. New York: Harper, 2012.
- Gutman, Dan. *Ms. Coco is loco!*. New York: HarperTrophy, 2007.
- Gutman, Dan. *Ms. Cuddy is nutty!*. New York, NY: HarperCollins Publishers, 2015.
- Gutman, Dan. *Ms. LaGrange is strange!*. New York: HarperTrophy, 2005.
- Gutman, Dan. *Ms. Leakey is freaky!*. New York: Harper, 2011.
- Gutman, Dan. *My weird writing tips*. New York: HarperCollins Publishers, 2013.
- Gutman, Dan, author. *Back to school, weird kids rule!*. New York, NY: Harper, an imprint of HarperCollinsPublishers, 2014.
- Gutman, Dan, author. *Deck the halls, we're off the walls!*. New York, NY: Scholastic, Inc., 2013.
- Gutman, Dan, author. *Miss Brown is upside down!*. New York, NY: Harper, an imprint of HarperCollinsPublishers, 2015.
- Gutman, Dan, author. *Miss Klute is a hoot!*. New York, NY: Harper, an imprint of HarperCollinsPublishers, 2014.
- Gutman, Dan, author. *Mrs. Cooney is loony!*. New York: HarperTrophy, 2005.
- Gutman, Dan, author, et al. *Miss Holly is too jolly!*. New York: HarperTrophy, 2006.
- Gutman, Dan, author, et al. *Mrs. Patty is batty!*. New York: HarperTrophy, 2006.
- Gutman, Dan, author, et al. *Ms. Sue has no clue!*. New York: HarperTrophy, 2007.
- Gutman, Dan, author, et al. *Ms. Todd is odd!*. New York: HarperTrophy, 2006.
- Gutman, Dan, et al. *Miss Laney is zany!*. New York: Harper, 2010.
- Gutman, Dan, et al. *Miss Mary is scary!*. New York: Harper, 2010.
- Gutman, Dan, et al. *Miss Suki is kooky!*. New York: HarperTrophy, 2007.
- Gutman, Dan, et al. *Mr. Harrison is embarrassin'!*. New York: Harper, 2011.
- Gutman, Dan, et al. *Mr. Klutz is nuts!*. New York: HarperCollins, 2004.
- Gutman, Dan, et al. *Mr. Louie is screwy!*. New York: HarperCollins, 2007.

- Gutman, Dan, et al. *Mr. Sunny is funny!*. New York: HarperTrophy, 2008.
- Gutman, Dan, et al. *Mr. Tony is full of baloney!*. New York: Harper, 2010.
- Gutman, Dan, et al. *Mrs. Dole is out of control!*. New York: HarperTrophy, 2008.
- Gutman, Dan, et al. *Mrs. Lilly is silly!*. New York: Harper, 2011.
- Gutman, Dan, et al. *Mrs. Lizzy is dizzy!*. New York: Harper, 2010.
- Gutman, Dan, et al. *Mrs. Roopy is loopy!*. New York: Scholastic, 2005.
- Gutman, Dan, et al. *Ms. Krup cracks me up!*. New York: HarperTrophy, 2008.
- Gutman, Dan, et al. *Officer Spence makes no sense!*. New York: HarperTrophy, 2009.
- Gutman, Dan, Paillot, Jim, illustrator. *Dr. Nicholas is ridiculous!*. New York: Harper, 2013.
- Gutman, Dan; Paillot, Jim, illustrator. *Miss Child has gone wild!*. New York: Harper, 2011.

## Anchor Bible Series

- Barth, Markus. *Anchor Bible*. Garden City, N.Y.: Doubleday & Company, 1974.
- Boling, Robert G. *Joshua: a new translation with notes and commentary*. Garden City, N.Y.: Doubleday, 1982.
- Boling, Robert G. *Judges: introduction, translation, and commentary by*. Garden City, N.Y.: Doubleday, 1975.
- Bright, John, 1908 Sept. 25-. *Jeremiah: a new translation with introduction and commentary*. Garden City, N.Y.: Doubleday, 1965.
- Brown, Raymond Edward. *An introduction to the Gospel of John*. Doubleday, 2003.
- Brown, Raymond Edward. *An introduction to the New Testament*. Doubleday, 1997.
- Brown, Raymond Edward. *The Epistles of John*. Garden City, N.Y.: Doubleday, 1982.
- Buchanan, George Wesley. *To the Hebrews: translation, comment, and conclusions*. Garden City, N.Y.: Doubleday, 1976.
- Charlesworth, James H. *Jesus within Judaism: new light from exciting archaeological discoveries*. New York: Doubleday, 1988.
- Charlesworth, James H.. *Jesus and theDead Sea Scrolls*. Doubleday, 1992.
- Fitzmyer, Joseph A. *The Acts of the Apostles a new translation with introduction and commentary*. New York: Doubleday, 1998.
- Fitzmyer, Joseph A. *The Gospel according to Luke: introduction, translation, and notes*. Garden City, N.Y.: Doubleday, 1981.
- Freedman, David Noel, 1922-, et al. *The nine commandments: uncovering a hidden pattern of crime and punishment in the Hebrew Bible*. New York: Doubleday, 2000.
- Garrett, Susan R., 1958-. *No ordinary angel: celestial spirits and Christian claims about Jesus*. New Haven: Yale University Press, 2008.
- Gibson, Shimon. *The cave of John the Baptist: the stunning archaeological discovery that has redefined Christian history*. New York: Doubleday, 2004.
- Goldstein, Jonathan A., 1929-. *I Maccabees: a new translation, with introduction and commentary*. Garden City, N.Y.: Doubleday, 1976.
- Goldstein, Jonathan A., 1929-. *II Maccabees: a new translation with introduction and commentary*. Garden City, NY: Doubleday, 1983.
- Goldstein, Jonathan A., 1929-. *Peoples of an almighty god: competing religions in the ancient world*. New York: Doubleday, 2001.
- Hubbard, Steve (Steve A.). *Faith in sports: athletes and their religion on and off the field*. New York: Doubleday, 1998.
- Mann, C. S. *Anchor Bible*. Garden City, N.Y.: Doubleday, 1986.
- McCarter, P. Kyle (Peter Kyle), 1945-. *II Samuel: a new translation with introduction, notes, and commentary*. Garden City, N.Y.: Doubleday, 1984.
- Meyers, Carol L, et al. *Haggai, Zechariah 1-8: a new translation with introduction and commentary*. Garden City, N.Y.: Doubleday, 1987.
- Mobley, Gregory, 1957-. *The empty men: the heroic tradition of ancient Israel*. New York: Doubleday:, 2005.

- Moore, Carey A., 1930-. *Daniel, Esther, and Jeremiah: the additions*. Garden City, N.Y.: Doubleday, 1977.
- Moore, Carey A., 1930-. *Judith: a new translation with introduction and commentary*. Garden City, N.Y.: Doubleday, 1985.
- Myers, Jacob Martin, 1904- , edt. *I and II Esdras*. Garden City, N.Y., Doubleday, 1974.
- None,. *Lamentations*. Garden City, N.Y., Doubleday, 1972.
- Peckham, Brian. *History and prophecy*. Doubleday, 1993.
- Pope, Marvin H. *Song of songs*. Garden City, N.Y.: Doubleday, 1977.
- Reumann., John. *Philippians*. Yale University Press, 2008.
- Sasson, Jack M. *Jonah: a new translation with introduction, commentary, and interpretation*. New York: Doubleday, 1990.
- Schiffman, Lawrence H. *Reclaiming the Dead Sea scrolls: the history of Judaism, the background of Christianity, the lost library of Qumran*. Philadelphia:, 1994.
- Segal, Alan F., 1945-. *Life after death: a history of the afterlife in the religions of the West*. New York: Doubleday, 2004.
- Skehan, Patrick W. (Patrick William), -1980, et al. *The Wisdom of Ben Sira: a new translation with notes*. Garden City, N.Y.: Doubleday, 1987.
- Weinfeld, Moshe. *Deuteronomy 1-11: a new translation with introduction and commentary*. New York: Doubleday, 1991.
- ntaries,, et al. *The Book of Daniel*. Anchor Bible; 1st edition, 1978.

## Social democracy

- Adams, Ian, 1943-. *Political ideology today*. Manchester; New York: Manchester University Press; New York, NY, USA: Distributed exclusively in the USA by Palgrave, 2001.
- Alpert, Michael, 1936-. *A New international history of the Spanish Civil War*. New York: St. Martin's Press, 1994.
- Anderson, Jervis. *Bayard Rustin*. HarperCollinsPublishers, 1997.
- Archer, Robin. *Economic democracy: the politics of feasible socialism*. Oxford: Clarendon Press; New York: Oxford University Press, 1995.
- Berman, Sheri. *The social democratic moment*. Harvard University Press, 1998.
- Best, Gary Dean. *Pride, prejudice, and politics: Roosevelt versus recovery, 1933-1938*. New York: Praeger, 1991.
- Bronner, Stephen Eric, 1949-. *Ideas in action: political tradition in the twentieth century*. Lanham: Rowman & Littlefield Publishers, 1999.
- Burns, James MacGregor. *Roosevelt, the lion and the fox*. San Diego, Ca.: Harcourt, Brace, Jovanovich, 1984.
- Chace, James. *1912: Wilson, Roosevelt, Taft & Debs-- the election that changed the country*. New York: Simon & Schuster, 2004.
- Chickering, Roger, 1942-. *Imperial Germany and the Great War, 1914-1918*. Cambridge, U.K.; New York, NY: Cambridge University Press, 1998.
- Chua, Beng Huat. *Communitarian ideology and democracy in Singapore*. London; New York: Routledge, 1995.
- Crosland, Anthony, 1918-. *Socialism now and other essays*. London, Cape, 1974.
- D'Emilio, John. *Lost prophet*. Free Press, 2003.
- Donovan, Robert J. *Tumultuous years: the presidency of Harry S. Truman, 1949-1953*. Columbia: University of Missouri Press, 1996.
- Edinger, Lewis J. (Lewis Joachim), 1922-2008. *German exile politics; the Social Democratic Executive Committee in the Nazi era*. Berkeley, University of California Press, 1956.
- Esping-Andersen, G©ısta, 1947-. *Politics against markets: the social democratic road to power*. Princeton, N.J.: Princeton University Press, 1985.
- Freeden, Michael. *Liberal languages: ideological imaginations and twentieth-century progressive thought*. Princeton, N.J.: Princeton University Press, 2005.

- Giddens, Anthony. *Beyond left and right: the future of radical politics*. Cambridge, UK: Polity Press, 1994.
- Giddens, Anthony. *The third way: the renewal of social democracy*. Malden, Mass.: Polity Press, 1998.
- Hain, Peter, 1950-. *Ayes to the left: a future for socialism*. London: Lawrence & Wishart, 1995.
- Harrington, Michael, 1928-1989. *Socialism: past and future*. New York: Arcade, 2011.
- Hastings, Adrian, et al. *The Oxford companion to Christian thought*. Oxford; New York: Oxford University Press, 2000.
- Kynaston, David. *Family Britain, 1951-57*. London; New York: Bloomsbury, 2009.
- Levy, David W., 1937-. *Herbert Croly of the New republic: the life and thought of an American progressive*. Princeton, N.J.: Princeton University Press, 1985.
- Mander, Jerry. *The capitalism papers: fatal flaws of an obsolete system*. Berkeley, CA: Counterpoint: Distributed by Publishers Group West, 2012.
- Megill, Kenneth A., 1939-. *The new democratic theory*. New York, Free Press, 1970.
- Morley, James William, 1921-, et al. *Driven by growth: political change in the Asia-Pacific region*. Armonk, N.Y.: M.E. Sharpe, 1993.
- None,. *Crisis and reform in socialist economies*. Boulder: Westview Press, 1987.
- O'Hara, Philip Anthony. *Encyclopedia of political economy*. London: Routledge, 1999.
- Pierson, Christopher. *Socialism after communism: the new market socialism*. University Park, Pa.: Pennsylvania State University Press, 1995.
- Roosevelt, Franklin D. (Franklin Delano), 1882-1945. *Great speeches*. Mineola, N.Y.: Dover Publications, 1999.
- Ryan, Alan. *John Dewey and the high tide of American liberalism*. New York: W.W. Norton, 1995.
- Sargent, Lyman Tower. *Contemporary political ideologies*. Wadsworth, 2009.
- Schorske, Carl E. *German social democracy, 1905-1917: the development of the great schism*. Cambridge, Mass.: Harvard University Press, 1983.
- Teeple, Gary. *Globalization and the decline of social reform: into the twenty-first century*. Aurora, Ontario: Garamond Press; Amherst, N.Y.: Humanity Books, 2000.
- Tomlinson, Jim. *Democratic socialism and economic policy: the Attlee years, 1945-1951*. Cambridge [England]; New York: Cambridge University Press, 1997.
- Van Oudenaren, John. *Détente in Europe: the Soviet Union and the West since 1953*. Durham: Duke University Press, 1991.
- Waldman, Louis, b. 1892. *Labor lawyer*. New York: E.P. Dutton, 1944.

## Joan of Arc

- Aberth, John, 1963-. *From the brink of the apocalypse: confronting famine, war, plague, and death in the later Middle Ages*. New York: Routledge, 2000.
- Allmand, C. T. *The hundred years war: England and France at war, c. 1300-c. 1450*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1988.
- Barker, Juliet R. V. *Conquest: the English kingdom of France, 1417-1450*. London: Little, Brown, 2009.
- Barstow, Anne Llewellyn. *Joan of Arc: heretic, mystic, shaman*. Lewiston: E. Mellen Press, 1986.
- Burne, Alfred Higgins, 1886-1959. *The Agincourt War: a military history of the latter part of the Hundred Years War from 1369 to 1453*. Ware, Hertfordshire: Wordsworth Editions, 1999.
- Castor, Helen. *Joan of Arc: a history*. New York, NY: Harper, 2015.
- Chenu, Bruno, 1942-. *The book of Christian martyrs*. New York: Crossroad, 1990.
- Conner, Susan P. (Susan Punzel), 1947-. *The age of Napoleon*. Westport, Conn.: Greenwood Press, 2004.
- Crane, Susan. *The performance of self: ritual, clothing, and identity during the Hundred Years War*. Philadelphia: University of Pennsylvania Press, 2002.
- Curry, Anne. *The Agincourt companion: a guide to the legendary battle and warfare in the medieval world*. London: Andre Deutsch, 2015.
- DeVries, Kelly, 1956-. *Joan of Arc: a military leader*. Stroud: Sutton, 1999.
- Donald, Graeme. *Lies, damned lies, and history: a catalogue of historical errors and misunderstandings*. Stroud: History Press, 2009.
- Dworkin, Andrea. *Intercourse*. New York: BasicBooks, 2007.

- Fraioli, Deborah A., 1942-. *Joan of Arc: the early debate*. Woodbridge, Suffolk, UK; Rochester, NY: Boydell Press, 2000.
- Fuller, J. F. C. (John Frederick Charles), 1878-1966. *A military history of the Western World*. New York, Funk & Wagnalls, 1954.
- Garber, Marjorie B.. *Vested interests*. HarperPerennial, 1993.
- Gies, Frances. *Joan of Arc: the legend and the reality*. New York: Harper & Row, 1981.
- Goldstone, Nancy Bazelon. *The maid and the queen: the secret history of Joan of Arc*. New York: Viking, 2012.
- Guillemin, Henri, 1903-1992. *Joan, Maid of Orleans*. New York: Saturday Review Press, 1973.
- Hobbins, Daniel, 1966-. *The trial of Joan of Arc*. Cambridge, Mass.: Harvard University Press, 2005.
- Huizinga, Johan, 1872-1945. *Men and ideas: history, the Middle Ages, the Renaissance; essays*. New York, Meridian Books, 1959.
- Lace, William W. *Hundred Years' War*. San Diego, Calif.: Lucent Books, 1994.
- Lightbody, Charles Wayland. *The judgements of Joan; Joan of Arc, a study in cultural history*. Cambridge, Harvard University Press, 1961.
- Lucie-Smith, Edward. *Joan of Arc*. London: Allen Lane, 1976.
- Megivern, James J. *The death penalty: an historical and theological survey*. New York: Paulist Press, 1997.
- Mock, Steven J., 1972. *Symbols of defeat in the construction of national identity*. Cambridge; New York: Cambridge University Press, 2011.
- Pernoud, Régine, 1909-1998. *The retrial of Joan of Arc: the evidence for her vindication*. San Francisco: Ignatius Press, 2007.
- Pernoud, Régine, 1909-1998. *Joan of Arc by herself and her witnesses*. New York, Stein and Day, 1966.
- Pernoud, Régine, 1909-1998, et al. *Joan of Arc: her story*. New York: St. Martin's Press, 1999.
- Rankin, Daniel. *The first biography of Joan of Arc, with the chronicle record of a contemporary account;*. Pittsburgh, Pittsburgh U.P., 1964.
- Richey, Stephen W. (Stephen Wesley), 1957-. *Joan of Arc: the warrior saint*. Westport, Conn.: Praeger, 2003.
- Russell, Jeffrey Burton. *Witchcraft in the Middle Ages. -*. Ithaca, N.Y.: Cornell University Press, 1972.
- Sackville-West, V. (Victoria), 1892-1962. *Saint Joan of Arc: born January 6th, 1412, burned as a heretic May 30th, 1431, canonised as a saint, May 16th, 1920. --*. London: Cobden-Sanderson, 1936.
- Seward, Desmond, 1935-. *The Hundred Years War: the English in France*. New York: Atheneum, 1982.
- Shaw, Bernard, 1856-1950. *Saint Joan*. Harlow: Longman, 1991.
- Sullivan, Karen. *The interrogation of Joan of Arc*. University of Minnesota Press, 1999.
- Tuchman, Barbara Wertheim. *A distant mirror: the calamitous 14th century*. New York: Knopf, 1978.
- Vale, M. G. A. (Malcolm Graham Allan). *Charles VII*. London: Eyre Methuen, 1974.
- Warner, Marina, 1946-. *Joan of Arc: the image of female heroism*. New York: Knopf, 1981.

## History of the United States

- Ahlstrom, Sydney E. *A religious history of the American people*. New Haven: Yale University Press, 1972.
- Alterman, Eric. *The cause*. Viking, 2012.
- Ambrose, Stephen E. *Undaunted courage: Meriwether Lewis, Thomas Jefferson, and the opening of the American West*. New York: Simon & Schuster, 1996.
- Andersen, Kristi. *After suffrage*. University of Chicago, 1996.
- Ayers, Edward L., 1953-. *The promise of the New South: life after Reconstruction*. New York: Oxford University Press, 1992.
- Banner, James M., 1935-. *To the Hartford Convention: the Federalists and the origins of party politics in Massachusetts, 1789-1815*. New York: Knopf, 1970.
- Black, Conrad. *Franklin Delano Roosevelt*. Public Affairs, 2003.
- Catton, Bruce, 1899-1978. *Army of the Potomac and Mr. Lincoln's army*. Garden City, NY: Doubleday, 1962.
- Coffman, Edward M. *The war to end all wars: the American military experience in World War I*. Lexington, Ky.: University Press of Kentucky, 1998.

- Cooper, John Milton. *Breaking the heart of the world*. Cambridge University Press, 2001.
- Derthick, Martha, et al. *The politics of deregulation*. Washington, D.C.: Brookings Institution, 1985.
- Dierenfield, Bruce J., 1951-. *The civil rights movement*. Harlow, England; New York: Pearson Longman, 2004.
- Dumenil, Lynn, 1950-. *The modern temper: American culture and society in the 1920s*. New York: Hill and Wang, 1995.
- Ferling, John E. *Independence: the struggle to set America free*. New York: Bloomsbury Press, 2011.
- Foner, Eric. *A short history of Reconstruction, 1863-1877*. Harper & Row, 1990.
- Gaddis, John Lewis. *The United States and the origins of the cold war, 1941-1947*. New York: Columbia University Press, 1972.
- Gates, Paul W. (Paul Wallace), 1901-1999. *Agriculture and the Civil War*. New York, Knopf, 1965.
- Hine, Robert V., 1921-, et al. *The American West: a new interpretive history*. New Haven, Conn.: Yale University Press, 2000.
- Huddleston, John, 1952-. *Killing ground: photographs of the Civil War and the changing American landscape*. Baltimore: Johns Hopkins University Press, 2002.
- Josephson, Matthew, 1899-1978. *The robber barons; the great American capitalists, 1861-1901*. New York, Harcourt, Brace and company, 1934.
- Kennedy, David M, et al. *The American pageant: a history of the Republic*. Boston: Houghton Mifflin Company, 2002.
- Kidd, Thomas S. *The great awakening: a brief history with documents*. Boston: Bedford/St. Martin's, 2008.
- Kolchin, Peter. *American slavery, 1619-1877*. New York: Hill and Wang, 1993.
- Langguth, A. J., 1933-2014. *Union 1812: the Americans who fought the Second War of Independence*. New York: Simon & Schuster, 2006.
- Lipset, Seymour Martin. *The first new nation: the United States in historical and comparative perspective*. New York: Norton, 1979.
- Mansbridge, Jane J. *Why we lost the ERA*. Chicago: University of Chicago Press, 1986.
- McDonald, Forrest. *The Presidency of George Washington*. Lawrence, University Press of Kansas, 1974.
- Prange, Gordon William, 1910-, et al. *At dawn we slept: the untold story of Pearl Harbor*. New York: McGraw-Hill, 1981.
- Rattner, Steven. *Overhaul: an insider's account of the Obama administration's emergency rescue of the auto industry*. Boston: Houghton Mifflin Harcourt, 2010.
- Riley, Glenda, 1938-. *Inventing the American woman: an inclusive history*. Wheeling, Ill.: Harlan Davidson, 2001.
- Rossiter, Clinton Lawrence, 1917-1970. *Seedtime of the Republic: the origin of the American tradition of political liberty. --*. New York: Harcourt, Brace, 1953.
- Sanger, David E.. *Confront and conceal*. Crown Publishers, 2012.
- Schneider, Gregory L., 1965-. *The conservative century: from reaction to revolution*. Lanham, Md.: Rowman & Littlefield Publishers, 2009.
- Smith, Jean Edward. *John Marshall: definer of a nation*. New York: H. Holt & Co., 1998.
- Spector, Ronald H., 1943-. *Eagle against the sun: the American war with Japan*. New York: Vintage Books, 1985.
- Stagg, J. C. A. (John Charles Anderson), 1945-. *Mr. Madison's war: politics, diplomacy, and warfare in the early American republic, 1783-1830*. Princeton, N.J.: Princeton University Press, 1983.
- Wilentz, Sean. *The age of Reagan*. Harper, 2008.
- Zophy, Angela Marie Howard, 1945-, et al. *Handbook of American women's history*. New York: Garland Pub., 1990.

## Clarissa Eden

- Aitken, Jonathan, 1942- author. *Margaret Thatcher: power and personality*. New York: Bloomsbury, 2013.
- Augarde, Tony. *The Oxford dictionary of modern quotations*. Oxford [England]; New York: Oxford University Press, 1991.

- BOOTH, CHERIE. *GOLDFISH BOWL: MARRIED TO THE PRIME MINISTER, 1955-1997.*. CHATTO & WINDUS, 2004.
- Baston, Lewis. *Reggie: the life of Reginald Maudling*. Thrupp: Sutton, 2004.
- Benn, Tony, 1925-2014. *Years of hope: diaries, papers and letters 1940-62*. London: Arrow, 1995.
- Bennett, Daphne. *Margot: a life of the Countess of Oxford and Asquith*. New York: F. Watts, 1985.
- Campbell, Alastair. *The Blair years: extracts from the Alastair Campbell diaries*. London: Hutchinson, 2007.
- Campbell, John. *F.E. Smith, First Earl of Birkenhead*. London: J. Cape, 1983.
- Cannadine, David. *Aspects of aristocracy*. Yale University Press, 1994.
- Cannadine, David, 1950-. *In Churchill's shadow: confronting the past in modern Britain*. New York: Oxford University Press, 2003.
- Colville, John Rupert, Sir. *The fringes of power: 10 Downing Street diaries, 1939-1955*. New York: Norton, 1985.
- Cooper, Diana, 1892-1986. *Darling Monster: the letters of Lady Diana Cooper to son John Julius Norwich, 1939-1952*. New York, NY: The Overlook Press, 2014.
- Davenport-Hines, R. P. T. (Richard Peter Treadwell), 1953- author. *An English affair: sex, class and power in the age of Profumo*. London: HarperPress, 2013.
- Devonshire, Deborah Vivien Freeman-Mitford Cavendish, Duchess of, 1920-. *Wait for me!: memoirs*. New York: Farrar, Straus and Giroux, 2010.
- Eden, Anthony, Earl of Avon, 1897-1977. *Full circle: the memoirs of the Rt. Hon. Sir Anthony Eden*. London: Cassell, 1960.
- Eden, Clarissa. *Clarissa Eden: a memoir: from Churchill to Eden*. London: Weidenfeld & Nicolson, 2007.
- Gilbert, Martin, 1936-2015. *Finest hour: Winston S. Churchill, 1939-1941*. London: Heinemann, 1984.
- Heath, Edward, author. *The course of my life: my autobiography*. London: Hodder & Stoughton, 1998.
- Horne, Alistair. *Harold Macmillan*. New York, N.Y., U.S.A.: Viking, 1989.
- Horne, Alistair. *Harold Macmillan*. New York, N.Y., U.S.A.: Viking, 1989.
- Hurd, Douglas, 1930-. *Choose your weapons: the British Foreign Secretary: 200 years of argument, success and failure*. London: Weidenfeld & Nicolson, 2010.
- James, Robert Rhodes, 1933-. *Anthony Eden*. London: Weidenfeld and Nicolson, 1986.
- Khrushchev, Nikita Sergeevich, 1894-1971, et al. *Khrushchev remembers*. New York, Bantam Books, 1971.
- Nutting, Anthony. *No end of a lesson: the story of Suez*. New York, C. N. Potter, 1967.
- Parker, Matthew, author. *Goldeneye: where Bond was born: Ian Fleming's Jamaica*. London: Hutchinson, 2014.
- Pearson, John, 1930-. *The life of Ian Fleming*. New York, McGraw-Hill, 1966.
- Rankin, Nicholas, 1950-. *Ian Fleming's commandos: the story of 30 Assault Unit in WWII*. London: Faber, 2011.
- Roberts, Andrew. *Eminent Churchillians*. Phoenix, 1995.
- Roberts, Andrew, 1963-. *Masters and commanders: how four titans won the war in the west, 1941-1945*. New York: Harper, 2009.
- Seldon, Anthony. *Brown at 10*. London: Biteback, 2010.
- Thompson, Laura, 1964-. *Life in a cold climate: Nancy Mitford: a portrait of a contradictory woman*. London: Review, 2003.
- Thorpe, D. R., 1943-. *Eden: the life and times of Anthony Eden, first Earl of Avon, 1897-1977*. London: Pimlico, 2004.
- Townsend, Peter, 1914-. *Time and chance: an autobiography*. London: Collins, 1978.
- Tynan, Kenneth, 1927-1980. *The diaries of Kenneth Tynan*. New York: Bloomsbury, 2001.
- Von Tunzelmann, Alex, 1977-. *Red heat: conspiracy, murder, and the Cold War in the Caribbean*. New York: Henry Holt and Co., 2011.
- Wilson, A. N., 1950-. *Betjeman*. London: Arrow, 2007.
- Wyatt, Woodrow, 1918-1997. *The journals of Woodrow Wyatt*. London: Macmillan, 1998.
- Ziegler, Philip.. *King Edward VIII*. Knopf, 1991.

**Islam**

- Ahmed, Akbar S. *Islam today: a short introduction to the muslim world*. London; New York: I.B. Tauris Publishers, 2008.
- Akyol, Mustafa, 1972-. *Islam without extremes: a Muslim case for liberty*. New York, NY: W.W. Norton, 2011.
- Arberry, A. J. (Arthur John), 1905-1969. *The Koran interpreted: a translation*. New York, N.Y.: Simon & Schuster, 1996.
- Books, Bantam. *The Guinness book of world records, 1998*. New York: Bantam Books, 1998.
- Bowker, John, 1935-. *The concise Oxford dictionary of world religions [electronic resource]*. [Oxford]: Oxford University Press, 2000.
- Curtis, Patricia A. *Guide to food laws and regulations*. Ames, Iowa: Blackwell Pub., 2005.
- Eaton, Gai, 1921-2010. *Remembering God: reflections on Islam*. Cambridge: Islamic Texts Society, 2000.
- Esposito, John L. *Islam: the straight path*. New York; Oxford: Oxford University Press, 1998.
- Esposito, John L. *Islam: the straight path*. New York: Oxford University Press, 2005.
- Esposito, John L. *The Oxford history of Islam*. Oxford; New York: Oxford University Press, 1999.
- Farah, Caesar E. *Islam*. Barron's, 2003.
- Glassé, Cyril. *The new encyclopedia of Islam*. Walnut Creek, CA: AltaMira Press, 2001.
- Goldschmidt, Arthur, 1938-. *A concise history of the Middle East*. Boulder, Colo.: Westview Press, 2006.
- Haddad, Yvonne Yazbeck, 1935-, et al. *Muslims on the Americanization path? [electronic resource]*. New York: Oxford University Press, 2000.
- Hourani, Albert, 1915-1993. *A history of the Arab peoples*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2002.
- Lewis, Bernard. *Islam*. Wharton School Pub., 2009.
- Lewis, Bernard. *Islam and the West*. Oxford University Press, 1993.
- Lewis, Bernard, 1916-. *Cultures in conflict: Christians, Muslims, and Jews in the age of discovery*. New York: Oxford University Press, 1995.
- Lewis, Bernard, 1916-. *Islam in history: ideas, people, and events in the Middle East*. Chicago: Open Court, 1993.
- Lewis, Bernard, 1916-. *The crisis of Islam: holy war and unholy terror*. New York: Random House Trade Paperbacks, 2004.
- Lewis, Bernard, 1916-. *What went wrong?: the clash between Islam and modernity in the Middle East*. New York: Perennial, 2003.
- Lewis, Bernard, 1916-2018. *The Middle East: a brief history of the last 2,000 years*. New York, NY: Simon & Schuster, 1997.
- NEWBY, GORDON DARNELL. *CONCISE ENCYCLOPEDIA OF ISLAM*. OXFORD ONEWORLD, 2002.
- Nasr, Seyyed Hossein. *An introduction to Islamic cosmological doctrines: conceptions of nature and methods used for its study by the Ikhwān al-Ṣafāʾ, al-Bīrūnī, and Ibn Sīnā*. Albany: State University of New York Press, 1993.
- None,. *The Political role of minority groups in the Middle East*. New York: Praeger, 1979.
- Peters, F. E. (Francis E.). *Islam, a guide for Jews and Christians*. Princeton, NJ: Princeton University Press, 2004.
- Rippin, Andrew, 1950-2016. *Muslims: their religious beliefs and practices*. London; New York: Routledge, 2001.
- Salamone, Frank A. *Encyclopedia of religious rites, rituals, and festivals*. New York: Routledge, 2004.
- Sharma, Arvind. *Our religions*. San Francisco, CA: Harper Collins, 1995.
- Stefon, Matt. *Islamic beliefs and practices*. New York, NY: Britannica Educational Pub. in association with Rosen Educational Services, 2010.
- Teece, Geoff. *Islam*. London: Franklin Watts, 2003.
- Watt, W. Montgomery. *Muhammad: prophet and statesman*. Oxford University Press, 1977.
- name, Bad author - no. *The Oxford dictionary of Islam*. Oxford University Press, 2003.

## Peter Chrisp

- Balkwill, Richard. *Exploring ancient civilizations*. New York: Marshall Cavendish, 2004.

- Chrisp, Peter. *A Greek theatre*. Hove: Wayland, 2000.
- Chrisp, Peter. *A Victorian kitchen*. Oxford: Heinemann, 1997.
- Chrisp, Peter. *A Victorian school*. Oxford: Heinemann, 1997.
- Chrisp, Peter. *Ancient Greece*. London; New York: DK, 2006.
- Chrisp, Peter. *Ancient Greece: revealed*. London; New York: DK Pub., 2003.
- Chrisp, Peter. *Ancient Rome*. Chicago, Ill.: Raintree, 2005.
- Chrisp, Peter. *Clothes*. Hove: Wayland, 1994.
- Chrisp, Peter. *History makers of the Middle Ages*. Hove: Wayland, 1994.
- Chrisp, Peter. *History of toys and games*. Hove: Wayland, 1996.
- Chrisp, Peter. *Invaders*. London: BBC Educational, 1997.
- Chrisp, Peter. *Kennedy*. London: Hodder Wayland, 2002.
- Chrisp, Peter. *Mesopotamia*. London: Franklin Watts, 2004.
- Chrisp, Peter. *On the trail of the Victorians in Britain*. New York; London: Watts, 1999.
- Chrisp, Peter. *On the trail of the Vikings in Britain*. New York; London: Watts, 1999.
- Chrisp, Peter. *Pirates*. London: Kingfisher, 2011.
- Chrisp, Peter. *Prehistory*. New York, N.Y.: DK Pub., 2008.
- Chrisp, Peter. *Pyramid*. New York: DK Pub., 2006.
- Chrisp, Peter. *Stalin*. London: Hodder Wayland, 2002.
- Chrisp, Peter. *The Maya*. Hove: Wayland, 1994.
- Chrisp, Peter. *The Norman conquest*. Hove: Wayland, 1996.
- Chrisp, Peter. *The Parthenon*. Hove: Wayland, 1997.
- Chrisp, Peter. *The Romans*. London: Two-Can, 1993.
- Chrisp, Peter. *The Vikings*. London: Belitha, 2003.
- Chrisp, Peter. *The crusades*. Wayland, 1992.
- Chrisp, Peter. *The illustrated world of the Tudors*. London: Hodder Wayland, 2001.
- Chrisp, Peter. *The most brilliant boldly going book of exploration ever by the Brainwaves*. London; New York, N.Y.: DK Publishing, 2010.
- Chrisp, Peter. *The search for the East*. Wayland, 1993.
- Chrisp, Peter. *Victorian crime*. London: Hodder Wayland, 2002.
- Chrisp, Peter. *Vikings*. London: Two-Can, 1998.
- Chrisp, Peter. *Warfare*. London: Hodder Wayland, 2004.
- Chrisp, Peter. *Welcome to the Globe: the story of Shakespeare's theater*. New York: Dorling Kindersley Pub., 2000.
- Chrisp, Peter, et al. *Christopher Columbus: explorer of the new world*. New York: Dorling Kindersley Pub., 2001.
- Mack, Lorrie. *Ancient Rome*. New York, N.Y.: DK, 2009.
- None,. *Explorers and exploration*. New York: Marshall Cavendish, 2005.

## Martin Luther King Jr.

- Abernathy, Ralph, 1926-. *And the walls came tumbling down: an autobiography*. New York: Harper & Row, 1989.
- Ansbro, John J. *Martin Luther King, Jr.: the making of a mind*. Maryknoll, N.Y.: Orbis Books, 1982.
- Arsenault, Raymond. *Freedom riders: 1961 and the struggle for racial justice*. Oxford; New York: Oxford University Press, 2006.
- Baldwin, Lewis V., 1949-. *The voice of conscience: the church in the mind of Martin Luther King, Jr.*. Oxford; New York: Oxford University Press, 2010.
- Branch, Taylor. *At Canaan's edge: America in the King years, 1965-68*. New York: Simon & Schuster, 2006.
- Branch, Taylor. *Pillar of fire: America in the King years, 1963-65*. New York, NY: Simon & Schuster, 1998.
- Cashman, Sean Dennis. *African-Americans and the quest for civil rights, 1900-1990*. New York: New York University Press, 1991.
- Dyson, Michael Eric. *April 4, 1968*. Basic Civitas Books, 2008.

- Fleming, Alice, 1928-. *Martin Luther King, Jr.: a dream of hope*. New York: Sterling, 2008.
- Frank, Gerold, 1907-. *An American death; the true story of the assassination of Dr. Martin Luther King, Jr. and the greatest manhunt of our time*. Garden City, N.Y., Doubleday, 1972.
- Garner, Joe. *We Interrupt This Broadcast*. Sourcebooks Mediafusion, 2002.
- Garrow, David J., 1953-. *Bearing the cross: Martin Luther King, Jr., and the Southern Christian Leadership Conference*. New York: W. Morrow, 1986.
- Garrow, David J., 1953- author. *The FBI and Martin Luther King, Jr.*. New York: Penguin Books, 1983.
- Hatch, Jane M, et al. *The American book of days*. New York: Wilson, 1978.
- Hersh, Burton. *Bobby and J. Edgar*. Carroll & Graf, 2007.
- Honey, Michael K.. *Going down Jericho Road*. W.W. Norton & Co., 2007.
- Isserman, Maurice. *The other American: the life of Michael Harrington*. New York: PublicAffairs, 2000.
- King, Coretta Scott. *My life with Martin Luther King, Jr.*. H. Holt, 1993.
- King, Martin Luther, Jr., 1929-1968, et al. *The autobiography of Martin Luther King, Jr.*. New York: Intellectual Properties Management in association with Warner Books, 1998.
- Kotz, Nick. *Judgment days: Lyndon Baines Johnson, Martin Luther King, Jr., and the laws that changed America*. Boston: Houghton Mifflin, 2005.
- Ling, Peter J.. *Martin Luther King, Jr.*. Routledge, 2002.
- Manheimer, Ann S. *Martin Luther King Jr.: dreaming of equality*. Minneapolis: Carolrhoda Books, 2005.
- Marable, Manning, 1950-2011, et al. *Let nobody turn us around: voices of resistance, reform, and renewal: an African American anthology*. Lanham [Md.]: Rowman & Littlefield, 2000.
- Martin Luther King, Jr.. *A testament of hope*. HarperSanFrancisco, 1994.
- McKnight, Gerald. *The last crusade: Martin Luther King, Jr., the FBI, and the Poor People's Campaign*. Boulder, Colo.: Westview Press, 1998.
- McWhorter, Diane. *Carry me home: Birmingham, Alabama, the climactic battle of the civil rights revolution*. New York: Simon & Schuster, 2001.
- Oates, Stephen B. *Let the trumpet sound: the life of Martin Luther King, Jr.*. New York: New American Library, 1983.
- Pierce, Alan, 1966-. *The assassination of Martin Luther King, Jr.*. Edina, Minn.: Abdo Daughters, 2005.
- Risen, Clay. *A nation on fire*. John Wiley & Sons, 2009.
- Smith, Robert C. (Robert Charles), 1947-. *Contemporary controversies and the American racial divide*. Lanham, Md.: Rowman & Littlefield, 2000.
- Wannall, Ray. *The real J. Edgar Hoover: for the record*. Paducah, Ky.: Turner Pub., 2000.

**Grant MacEwan**

- MacEwan, Grant, 1902-. *And mighty women too: stories of notable western Canadian women*. Saskatoon, Sask.: Western Producer Prairie Books, 1975.
- MacEwan, Grant, 1902-. *Between the Red and the Rockies*. [Toronto] University of Toronto Press, 1952.
- MacEwan, Grant, 1902-. *Grant MacEwan's Illustrated history of western Canadian agriculture*. Saskatoon, Sask.: Western Producer Prairie Books, 1980.
- MacEwan, Grant, 1902-. *Marie Anne: the frontier adventures of Marie Anne Lagimodière*. Saskatoon, Sask.: Western Producer Prairie Books, 1984.
- MacEwan, Grant, 1902-, et al. *Grant MacEwan's journals*. Edmonton, Alta.: Lone Pine Pub., 1986.
- MacEwan, Grant, 1902-2000. *100 years of smoke, sweat and tears*. Calgary, Alta.: Calgary Fire Dept., 1984.
- MacEwan, Grant, 1902-2000. *A century of Grant MacEwan: selected writings*. Calgary: Brindle & Glass Pub., 2002.
- MacEwan, Grant, 1902-2000. *Agriculture on parade: the story of the fairs and exhibitions of western Canada*. Toronto: T. Nelson, 1950.
- MacEwan, Grant, 1902-2000. *Alberta landscapes*. Saskatoon, Sask.: Western Producer Prairie Books, 1982.
- MacEwan, Grant, 1902-2000. *Between the Red and the Rockies*. [Toronto] University of Toronto Press, 1952.

- MacEwan, Grant, 1902-2000. *Blazing the old cattle trail*. Saskatoon: Western Producer Prairie Books,$[1969,c1962], 1969.
- MacEwan, Grant, 1902-2000. *Calgary cavalcade; from fort to fortune*. Edmonton, Institute of Applied Art, 1958.
- MacEwan, Grant, 1902-2000. *Charles Noble, guardian of the soil*. Saskatoon, Saskatchewan: Western Producer Prairie Books, 1983.
- MacEwan, Grant, 1902-2000. *Colonel James Walker: man of the western frontier*. Saskatoon: Western Producer Prairie Books, 1989.
- MacEwan, Grant, 1902-2000. *Coyote music and other humorous tales of the early West*. Calgary: Rocky Mountain Books, 1993.
- MacEwan, Grant, 1902-2000. *Eye Opener Bob: the story of Bob Edwards*. [Calgary, Alta.]: Brindle & Glass, 2004.
- MacEwan, Grant, 1902-2000. *Eye opener Bob: the story of Bob Edwards*. Edmonton, Alta.: Institute of Applied Art, 1957.
- MacEwan, Grant, 1902-2000. *Fifty mighty men*. Saskatoon: Western Producer Prairie Books, 1975.
- MacEwan, Grant, 1902-2000. *Fifty mighty men*. Saskatoon, Saskatchewan: Western Producer Prairie Books, 1982.
- MacEwan, Grant, 1902-2000. *Fifty mighty men*. Vancouver [B.C.]: Greystone Books, 1995.
- MacEwan, Grant, 1902-2000. *French in the West = Les Franco-Canadiens dans l'Ouest*. Saint-Boniface, Man.: Éditions des Plaines, 1984.
- MacEwan, Grant, 1902-2000. *Grant MacEwan's West: sketches from the past*. Saskatoon: Western Producer Prairie Books, 1990.
- MacEwan, Grant, 1902-2000. *John Ware's cow country*. Saskatoon: Western Producer Prairie Books, 1976.
- MacEwan, Grant, 1902-2000. *Pat Burns, cattle king*. Saskatoon: Western Producer Prairie Books, 1979.
- MacEwan, Grant, 1902-2000. *Poking into politics. --*. Edmonton: Institute of Applied Art, 1966.
- MacEwan, Grant, 1902-2000. *Portraits from the plains*. Toronto, New York, McGraw-Hill Co. of Canada, 1971.
- MacEwan, Grant, 1902-2000. *Sitting Bull; the years in Canada*. Edmonton [Alta.] Hurtig Publishers, 1973.
- MacEwan, Grant, 1902-2000. *Tatanga Mani: Walking Buffalo of the Stonies*. Edmonton, Alta., M. G. Hurtig, 1969.
- MacEwan, Grant, 1902-2000. *The battle for the bay*. Saskatoon, Sask.: Western Producer Book Service, 1975.
- MacEwan, Grant, 1902-2000. *The best of Grant MacEwan*. Saskatoon: Western Producer Prairie Books, 1982.
- MacEwan, Grant, 1902-2000. *The science and practice of Canadian animal husbandry*. Toronto, T. Nelson, 1945.
- MacEwan, Grant, 1902-2000. *The sodbusters*. Toronto: Nelson, 1948.
- MacEwan, Grant, 1902-2000. *Watershed: reflections on water*. Edmonton: NeWest Press, 2000.
- MacEwan, Grant, 1902-2000. *Wildhorse Jack: the legend of Jack Morton*. Saskatoon: Western Producer Prairie Books, 1983.
- Macdonald, R. H., 1915-. *Grant MacEwan: no ordinary man*. Saskatoon: Western Producer Prairie Books, 1979.

## Democratic socialism

- Berman, Sheri. *The social democratic moment*. Harvard University Press, 1998.
- Carr, Edward Hallett, 1892-. *The Bolshevik Revolution, 1917-1923*. New York: W.W. Norton, 1985.
- Coker, Jeffrey W. *Confronting American labor: the New Left dilemma*. Columbia: University of Missouri Press, 2002.
- Cole, Margaret, 1893-1980, author,Rogers D. Spotswood Collection. TxSaTAM. *The story of Fabian socialism*. Stanford, Calif.: Stanford University Press, 1961.
- Crick, Michael. *The march of Militant*. London; Boston: Faber and Faber, 1986.

- Dearlove, John. *Introduction to British politics*. Malden, MA: Blackwell Publishers, 2000.
- Esping-Andersen, Gøsta, 1947-. *Politics against markets: the social democratic road to power*. Princeton, N.J.: Princeton University Press, 1985.
- Goodin, Robert E, et al. *A Companion to contemporary political philosophy*. Oxford, UK; Cambridge, Mass.: Blackwell, 1993.
- Hain, Peter, 1950-. *Ayes to the left: a future for socialism*. London: Lawrence & Wishart, 1995.
- Harrington, Michael, 1928-1989. *Socialism: past and future*. New York: Arcade, 2011.
- Harrington, Michael, 1928-1989. *Socialism: past and future*. New York: Arcade, 1989.
- Hastings, Adrian, et al. *The Oxford companion to Christian thought*. Oxford; New York: Oxford University Press, 2000.
- Healey, Dorothy, et al. *Dorothy Healey remembers: a life in the American communist party*. New York: Oxford University Press, 1990.
- Isserman, Maurice. *The other American: the life of Michael Harrington*. New York: PublicAffairs, 2000.
- Kindersley, Richard. *In search of Eurocommunism*. New York: St. Martin's Press, 1981.
- Klein, Naomi, 1970-. *The shock doctrine: the rise of disaster capitalism*. New York: Picador, 2008.
- Laclau, Ernesto, 1935-2014. *Hegemony and socialist strategy: towards a radical democratic politics*. London: Verso, 1985.
- McBrien, Richard P. *Catholicism*. [San Francisco, Calif.]: HarperSanFrancisco, 1994.
- Megill, Kenneth A., 1939-. *The new democratic theory*. New York, Free Press, 1970.
- Morley, James William, 1921-, et al. *Driven by growth: political change in the Asia-Pacific region*. Armonk, N.Y.: M.E. Sharpe, 1993.
- O'Rourke, William. *Signs of the literary times: essays, reviews, profiles, 1970-1992*. Albany: State University of New York Press, 1993.
- Peterson, D. J. *Troubled lands: the legacy of Soviet environmental destruction*. Boulder: Westview Press, 1993.
- Pierson, Christopher. *Socialism after communism: the new market socialism*. University Park, Pa.: Pennsylvania State University Press, 1995.
- Sargent, Lyman Tower. *Contemporary political ideologies*. Wadsworth, 2009.
- Schumpeter, Joseph A., 1883-1950. *Capitalism, socialism, and democracy*. New York, Harper, 1950.
- Shafer, Byron E. *Present discontents: American politics in the very late twentieth century*. Chatham, N.J.: Chatham House Publishers, 1997.
- Teeple, Gary. *Globalization and the decline of social reform: into the twenty-first century*. Aurora, Ontario: Garamond Press; Amherst, N.Y.: Humanity Books, 2000.
- Thompson, E. P. (Edward Palmer), 1924-. *The making of the English working class. --*. London: Gollancz, 1963.
- Webb, Sidney, 1859-1947. *Soviet communism: a new civilization?*. London: Longmans, 1935.

## History of democratic socialism

- Berman, Sheri. *The social democratic moment*. Harvard University Press, 1998.
- Carr, Edward Hallett, 1892-. *The Bolshevik Revolution, 1917-1923*. New York: W.W. Norton, 1985.
- Coker, Jeffrey W. *Confronting American labor: the New Left dilemma*. Columbia: University of Missouri Press, 2002.
- Cole, Margaret, 1893-1980, author,Rogers D. Spotswood Collection. TxSaTAM. *The story of Fabian socialism*. Stanford, Calif.: Stanford University Press, 1961.
- Crick, Michael. *The march of Militant*. London; Boston: Faber and Faber, 1986.
- Dearlove, John. *Introduction to British politics*. Malden, MA: Blackwell Publishers, 2000.
- Esping-Andersen, Gøsta, 1947-. *Politics against markets: the social democratic road to power*. Princeton, N.J.: Princeton University Press, 1985.
- Goodin, Robert E, et al. *A Companion to contemporary political philosophy*. Oxford, UK; Cambridge, Mass.: Blackwell, 1993.
- Hain, Peter, 1950-. *Ayes to the left: a future for socialism*. London: Lawrence & Wishart, 1995.
- Harrington, Michael, 1928-1989. *Socialism: past and future*. New York: Arcade, 2011.
- Harrington, Michael, 1928-1989. *Socialism: past and future*. New York: Arcade, 1989.

- Hastings, Adrian, et al. *The Oxford companion to Christian thought*. Oxford; New York: Oxford University Press, 2000.
- Healey, Dorothy, et al. *Dorothy Healey remembers: a life in the American communist party*. New York: Oxford University Press, 1990.
- Isserman, Maurice. *The other American: the life of Michael Harrington*. New York: PublicAffairs, 2000.
- Kindersley, Richard. *In search of Eurocommunism*. New York: St. Martin's Press, 1981.
- Klein, Naomi, 1970-. *The shock doctrine: the rise of disaster capitalism*. New York: Picador, 2008.
- Laclau, Ernesto, 1935-2014. *Hegemony and socialist strategy: towards a radical democratic politics*. London: Verso, 1985.
- McBrien, Richard P. *Catholicism*. [San Francisco, Calif.]: HarperSanFrancisco, 1994.
- Megill, Kenneth A., 1939-. *The new democratic theory*. New York, Free Press, 1970.
- Morley, James William, 1921-, et al. *Driven by growth: political change in the Asia-Pacific region*. Armonk, N.Y.: M.E. Sharpe, 1993.
- O'Rourke, William. *Signs of the literary times: essays, reviews, profiles, 1970-1992*. Albany: State University of New York Press, 1993.
- Peterson, D. J. *Troubled lands: the legacy of Soviet environmental destruction*. Boulder: Westview Press, 1993.
- Pierson, Christopher. *Socialism after communism: the new market socialism*. University Park, Pa.: Pennsylvania State University Press, 1995.
- Sargent, Lyman Tower. *Contemporary political ideologies*. Wadsworth, 2009.
- Schumpeter, Joseph A., 1883-1950. *Capitalism, socialism, and democracy*. New York, Harper, 1950.
- Shafer, Byron E. *Present discontents: American politics in the very late twentieth century*. Chatham, N.J.: Chatham House Publishers, 1997.
- Teeple, Gary. *Globalization and the decline of social reform: into the twenty-first century*. Aurora, Ontario: Garamond Press; Amherst, N.Y.: Humanity Books, 2000.
- Thompson, E. P. (Edward Palmer), 1924-. *The making of the English working class. --*. London: Gollancz, 1963.
- Webb, Sidney, 1859-1947. *Soviet communism: a new civilization?*. London: Longmans, 1935.

## Responsibility for the Holocaust

- Alexy, Trudi. *The mezuzah in the Madonna's foot: oral histories exploring five hundred years in the paradoxical relationship of Spain and the Jews*. New York: Simon & Schuster, 1993.
- Altshuler, David A, et al. *Hitler's war against the Jews: a young reader's version of The war against the Jews, 1933-1945, by Lucy S. Dawidowicz*. New York: Behrman House, 1978.
- Arendt, Hannah, 1906-1975. *The origins of totalitarianism*. San Diego: Harcourt Brace Jovanovich, 1979.
- Bauer, Yehuda, et al. *A history of the holocaust*. New York: F. Watts, 1982.
- Browning, Christopher R, et al. *The path to genocide: essays on launching the final solution*. Cambridge; New York, NY, USA: Cambridge University Press, 1992.
- Browning, Christopher R.. *The origins of the Final Solution*. University of Nebraska Press, 2004.
- Burleigh, Michael, 1955-. *The Third Reich: a new history*. London: Macmillan; New York: Hill and Wang, 2000.
- Burleigh, Michael, et al. *The racial state: Germany 1933-1945*. Cambridge [England]; New York: Cambridge University Press, 1991.
- Cockburn, Alexander, et al. *Whiteout: the CIA, drugs, and the press*. London; New York: Verso, 1998.
- Confino, Alon. *Foundational pasts: the Holocaust and historical understanding*. Cambridge; New York: Cambridge University Press, 2012.
- Dawidowicz, Lucy S. *The war against the Jews, 1933-1945*. New York: Holt, Rinehart and Winston, 1975.
- Dwork, Deborah, et al. *Holocaust: a history*. New York: Norton, 2002.
- Feig, Konnilyn G. *Hitler's death camps: the sanity of madness*. New York; London: Holmes & Meier, 1979.
- Fritzsche, Peter, 1959-. *Life and death in the Third Reich*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2008.

- Gilbert, Martin, 1936-2015. *The Holocaust: a history of the Jews of Europe during the Second World War*. New York: Holt, Rinehart, and Winston, 1986.
- Gordon, Sarah Ann. *Hitler, Germans, and the "Jewish question"*. Princeton, N.J.: Princeton University Press, 1984.
- Hilberg, Raul, 1926-. *The destruction of the European Jews*. New York: Holmes & Meier, 1985.
- Hildebrand, Klaus. *The Third Reich*. London; Boston: Allen & Unwin, 1984.
- Hoffmann, Peter, 1930-. *The history of the German resistance, 1933-1945*. Cambridge, Mass.: MIT Press, 1977.
- Johnson, Eric A.. *What we knew*. Basic Books, 2005.
- Johnson, Paul, 1928-. *A history of the Jews*. New York: Perennial Library, 1988.
- Judt, Tony. *Postwar*. Penguin Press, 2005.
- Lifton, Robert Jay, 1926-. *The Nazi doctors: medical killing and the psychology of genocide*. New York: Basic Books, 1986.
- Mazower, Mark. *Inside Hitler's Greece: the experience of occupation, 1941-44*. New Haven [Conn.]: Yale University Press, 2001.
- Museum, United States Holocaust Memorial. *Historical atlas of the Holocaust*. New York: MacMillan Pub., 1996.
- Piotrowski, Tadeusz. *Poland's holocaust*. McFarland, 1998.
- Proctor, Robert, 1954-, et al. *Racial hygiene: medicine under the Nazis*. Cambridge, Mass.: Harvard University Press, 1988.
- Spector, Shmuel, et al. *Encyclopedia of the Holocaust*. New York: Facts on File, 2000.
- Stein, George H., 1934-. *The Waffen SS: Hitler's elite guard at war, 1939-1945*. Ithaca, N.Y.: Cornell University Press, 1984.
- Tec, Nechama. *When light pierced the darkness: Christian rescue of Jews in Nazi-occupied Poland*. New York: Oxford University Press, 1986.
- Waite, Robert G. L.. *The psychopathic god*. Da Capo Press, 1993.
- Wistrich, Robert S., 1945-2015. *Hitler and the Holocaust*. New York: Modern Library, 2001.
- Yahil, Leni. *The Holocaust: the fate of European Jewry, 1932-1945*. New York: Oxford University Press, 1990.
- Zolling, Hermann, 1924-, et al. *The general was a spy; the truth about General Gehlen and his spy ring*. New York, Coward, McCann & Geoghegan, 1972.

## Vietnam War

- Anderson, David L., 1946-. *The Columbia guide to the Vietnam War*. New York: Columbia University Press, 2002.
- Barry, Kathleen. *The prostitution of sexuality*. New York: New York University Press, 1995.
- Berman, Larry. *Lyndon Johnson's war: the road to stalemate in Vietnam*. New York; London: Norton, 1989.
- Cooper, Chester L. *The lost crusade; America in Vietnam*. New York, Dodd, Mead, 1970.
- Doyle, Edward, 1949-, et al. *A collision of cultures*. Boston, MA: Boston Pub. Co., 1984.
- Eisenhower, Dwight D. (Dwight David), 1890-1969. *Mandate for change, 1953-1956; The White House years*. Garden City, N.Y., Doubleday, 1963.
- Gibson, James William. *The perfect war: technowar in Vietnam*. Boston: Atlantic Monthly Press, 1986.
- Holm, Jeanne, 1921-2010. *Women in the military: an unfinished revolution*. Novato, CA: Presidio Press, 1992.
- Karnow, Stanley. *In our image: America's empire in the Philippines*. New York: Ballantine Books, 1990.
- Keyes, Ralph. *The quote verifier*. St. Martin's Press, 2006.
- Khong, Yuen Foong. *Analogies at war*. Princeton University Press, 1992.
- Kiernan, Ben. *Genocide and democracy in Cambodia: the Khmer Rouge, the United Nations, and the international community*. New Haven, Conn.: Yale University Southeast Asia Studies, 1993.
- Kiernan, Ben. *How Pol Pot came to power*. Yale University Press, 2004.
- Kolko, Gabriel. *Anatomy of a war: Vietnam, the United States, and the modern historical experience*. New York: Pantheon Books, 1985.

- Lewy, Guenter, 1923-. *America in Vietnam*. Oxford; Toronto: Oxford University Press, 1980.
- Maraniss, David. *They marched into sunlight: war and peace, Vietnam and America, October 1967*. New York: Simon & Schuster, 2003.
- McNamara, Robert S., 1916-2009, et al. *Argument without end: in search of answers to the Vietnam tragedy*. New York: Public Affairs, 1999.
- Moise, Edwin E., 1946-. *Tonkin Gulf and the escalation of the Vietnam War*. Chapel Hill: University of North Carolina Press, 1996.
- Moïse, Edwin E., 1946-. *Historical dictionary of the Vietnam War*. Lanham, Md.: Scarecrow Press, 2001.
- Murti, Bhaskarla Surya Narayana. *Vietnam divided; the unfinished struggle*. New York, Asia Pub. House, 1964.
- Nelson, Deborah. *The war behind me*. Basic Books, 2008.
- Palmer, Dave Richard, 1934-. *Summons of the trumpet: U.S.-Vietnam in perspective*. San Rafael, Calif.: Presidio Press, 1978.
- Pike, Douglas, 1924-2002. *PAVN: People's Army of Vietnam*. Novato, CA: Presidio Press, 1986.
- Sallah, Michael, et al. *Tiger Force: a true story of men and war*. New York, NY: Little, Brown, 2006.
- Sarin, O. L. (Oleg Leonidovich), et al. *Alien wars: the Soviet Union's aggressions against the world, 1919 to 1989*. Novato, CA: Presidio, 1996.
- Schandler, Herbert Y., 1928-2015. *America in Vietnam: the war that couldn't be won*. Lanham [Md.]: Rowman & Littlefield Publishers, 2009.
- Southworth, Samuel A., 1960-. *U.S. special forces: a guide to America's special operations units: the world's most elite fighting force*. [Cambridge, Mass.]: Da Capo Press, 2002.
- Stein, Jeff. *A murder in wartime: the untold spy story that changed the course of the Vietnam War*. New York: St. Martin's Press, 1992.
- Terry, Wallace. *Bloods, an oral history of the Vietnam War*. New York: Random House, 1984.
- Trương, Như Tảng, et al. *A Vietcong memoir*. San Diego: Harcourt Brace Jovanovich, 1985.
- Utts, Thomas C. *GI Joe doesn't live here anymore: a history of Clark Air Base, America's mighty Air Force bastion in the Philippines*. Baltimore, Md.: PublishAmerica, 2006.
- Võ, Linda Trinh, 1964-, et al. *Asian American women: the Frontiers reader*. Lincoln: University of Nebraska, 2004.
- Wiest, Andrew. *Rolling Thunder in a Gentle Land*. Osprey Publishing, 2006.
- Young, Marilyn Blatt. *The Vietnam wars, 1945-1990*. New York: HarperCollins, 1991.

## Linda Goodnight

- Comeaux, Kimberley. Matchmakers, et al. *Love afloat: drifting hearts find safe harbor in four romantic novellas*. Uhrichsville, Ohio: Barbour, 2001.
- Ford, Linda, et al. *Prairie brides: four new inspirational love stories from the North American prairie*. Uhrichsville, Ohio: Barbour Pub., 2000.
- Goodnight, Linda. *A Very Special Delivery*. Steeple Hill, 2006.
- Goodnight, Linda. *A heart of Grace*. New York: Steeple Hill Books, 2007.
- Goodnight, Linda. *A place to belong*. New York: Steeple Hill, 2011.
- Goodnight, Linda. *A season for Grace*. New York: Steeple Hill Books, 2006.
- Goodnight, Linda. *A time to heal*. Steeple Hill Books, 2008.
- Goodnight, Linda. *A touch of grace*. New York: Steeple Hill Books, 2007.
- Goodnight, Linda. *Baby in his arms*. New York: Love Inspired Books, 2013.
- Goodnight, Linda. *Finding her way home*. New York, NY: Steeple Hill Books, 2010.
- Goodnight, Linda. *For her child--*. New York: Silhouette Books, 2002.
- Goodnight, Linda. *Her prince's secret son*. Toronto; New York: Harlequin, 2010.
- Goodnight, Linda. *Home to Crossroads Ranch*. New York: Steeple Hill, 2009.
- Goodnight, Linda. *Married in a month*. New York: Silhouette Books, 2003.
- Goodnight, Linda. *Married under the mistletoe*. New York: Harlequin, 2006.
- Goodnight, Linda. *Missionary daddy*. New York: Steeple Hill Books, 2007.
- Goodnight, Linda. *Rancher's refuge*. New York: Love Inspired Books, 2013.
- Goodnight, Linda. *Rich man, poor bride*. New York, NY: Silhouette Books, 2004.

- Goodnight, Linda. *Sometimes when we kiss*. New York: Silhouette Books, 2006.
- Goodnight, Linda. *Sugarplum homecoming*. New York: Love Inspired Books, 2013.
- Goodnight, Linda. *The Christmas child*. New York, N.Y.: Love Inspired, 2011.
- Goodnight, Linda. *The baby bond*. New York, NY: Steeple Hill Books, 2009.
- Goodnight, Linda. *The last bridge home*. New York: Love Inspired, 2012.
- Goodnight, Linda. *The lawman's Christmas wish*. New York, N.Y.: Steeple Hill Books, 2010.
- Goodnight, Linda. *The lawman's honor*. Harlequin Love Inspired, 2014.
- Goodnight, Linda. *The least likely groom*. Silhouette Books, 2004.
- Goodnight, Linda. *The nanny's homecoming*. New York, NY: Love Inspired, 2011.
- Goodnight, Linda. *The snow-kissed bride*. Toronto; New York: Harlequin, 2009.
- Goodnight, Linda. *Winning the single mom's heart*. Harlequin, 2008.
- Goodnight, Linda, et al. *The wedding garden*. New York: Steeple Hill Books, 2010.
- McDonough, Vickie. *A bride by Christmas: four stories of expedient marriage on the Great Plains*. Uhrichsville, OH: Barbour Publishing, 2008.
- Palmer, Catherine. *Cowboy Christmas*. Tyndale House Publishers, 2004.

## Franz Kafka

- Bathrick, David. *The powers of speech: the politics of culture in the GDR*. Lincoln: University of Nebraska Press, 1995.
- Begley, Louis. *The tremendous world I have inside my head: Franz Kafka, a biographical essay*. New York: Atlas & Co.: Distributed to the trade by W.W. Norton & Co., 2008.
- Bloom, Harold.. *Genius*. Warner Books, 2002.
- Bloom, Harold.. *The Western canon*. Riverhead Books, 1995.
- Brod, Max, 1884-1968. *Franz Kafka, a biography*. New York, Schocken Books, 1960.
- Bryfonski, Dedria. *Twentieth-Century literary criticism. [electronic resource]*. Detroit, Mich.: Gale Research, 1979.
- Calasso, Roberto. *K.*. Knopf, 2005.
- Citati, Pietro. *Kafka*. New York: Knopf: Distributed by Random House, 1990.
- Corngold, Stanley. *The commentators' despair: the interpretation of Kafka's Metamorphosis*. Port Washington, N.Y.: Kennikat Press, 1973.
- Corngold, Stanley, et al. *Lambent traces [electronic resource] Franz Kafka*. Princeton, NJ: Princeton University Press, 2004.
- Gilman, Sander Lawrence. *Franz Kafka: the Jewish patient*. London: Routledge, 1996.
- Glatzer, Nahum Norbert, 1903-. *The loves of Franz Kafka*. New York: Schocken Books, 1986.
- Gray, Ronald D. *Franz Kafka*. Cambridge [England] University Press, 1973.
- Gray, Ronald D. ed. *Kafka; a collection of critical essays*. Englewood Cliffs, N.J., Prentice-Hall, 1962.
- Hamalian, Leo., comp. *Franz Kafka: a collection of criticism*. New York, McGraw-Hill, 1974.
- Hawes, J. M. (James M.), author. *Why you should read Kafka before you waste your life*. New York: St. Martin's Press;, 2008.
- Janouch, Gustav. *Conversations with Kafka*. [New York] New Directions, 1971.
- Kafka, Franz. *The Trial*. Random House Publishing Group, 2010.
- Kafka, Franz. *The castle*. Schocken Books, 1988.
- Kafka, Franz. *The metamorphosis*. Bantam Books, 2004.
- Kafka, Franz, 1883-1924. *Dearest Father; stories and other writings*. New York, Schocken Books, 1954.
- Kafka, Franz, 1883-1924. *The Metamorphosis and other stories*. New York: Barnes & Noble Books, 1996.
- Kahn, Lothar. *Between two worlds*. Iowa State University Press, 1993.
- Karl, Frederick Robert. *Franz Kafka, representative man*. Ticknor & Fields, 1991.
- Miller, Alice. *Thou shalt not be aware: society's betrayal of the child*. New York: Farrar, Straus, Giroux, 1984.
- Miralles Contijoch, Francesc. *El lector de-- Franz Kafka*. Barcelona: Oceano, 2000.
- Murray, Nicholas. *Kafka*. New Haven, CT: Yale University Press, 2004.
- Pawel, Ernst. *The nightmare of reason: a life of Franz Kafka*. New York: Vintage Books, 1985.
- Silverman, Al. *The Book of the month: sixty years of books in American life*. Boston: Little, Brown, 1986.

- Singer, Isaac Bashevis, 1904-1991. *A friend of Kafka and other stories*. New York, Farrar, Straus & Giroux, 1970.
- Stach, Reiner. *Kafka, the decisive years*. Orlando: Harcourt, 2005.
- Sussman, Henry. *Franz Kafka: geometrician of metaphor*. Madison, Wis.: Coda Press, 1979.

## History of social democracy

- Adams, Ian, 1943-. *Political ideology today*. Manchester; New York: Manchester University Press; New York, NY, USA: Distributed exclusively in the USA by Palgrave, 2001.
- Alpert, Michael, 1936-. *A New international history of the Spanish Civil War*. New York: St. Martin's Press, 1994.
- Anderson, Jervis. *Bayard Rustin*. HarperCollinsPublishers, 1997.
- Berman, Sheri. *The social democratic moment*. Harvard University Press, 1998.
- Best, Gary Dean. *Pride, prejudice, and politics: Roosevelt versus recovery, 1933-1938*. New York: Praeger, 1991.
- Bronner, Stephen Eric, 1949-. *Ideas in action: political tradition in the twentieth century*. Lanham: Rowman & Littlefield Publishers, 1999.
- Burns, James MacGregor. *Roosevelt, the lion and the fox*. San Diego, Ca.: Harcourt, Brace, Jovanovich, 1984.
- Chace, James. *1912: Wilson, Roosevelt, Taft & Debs-- the election that changed the country*. New York: Simon & Schuster, 2004.
- Chickering, Roger, 1942-. *Imperial Germany and the Great War, 1914-1918*. Cambridge, U.K.; New York, NY: Cambridge University Press, 1998.
- Chua, Beng Huat. *Communitarian ideology and democracy in Singapore*. London; New York: Routledge, 1995.
- D'Emilio, John. *Lost prophet*. Free Press, 2003.
- Donovan, Robert J. *Tumultuous years: the presidency of Harry S. Truman, 1949-1953*. Columbia: University of Missouri Press, 1996.
- Edinger, Lewis J. (Lewis Joachim), 1922-2008. *German exile politics; the Social Democratic Executive Committee in the Nazi era*. Berkeley, University of California Press, 1956.
- Freeden, Michael. *Liberal languages: ideological imaginations and twentieth-century progressive thought*. Princeton, N.J.: Princeton University Press, 2005.
- Giddens, Anthony. *Beyond left and right: the future of radical politics*. Cambridge, UK: Polity Press, 1994.
- Giddens, Anthony. *The third way: the renewal of social democracy*. Malden, Mass.: Polity Press, 1998.
- Harrington, Michael, 1928-1989. *Socialism: past and future*. New York: Arcade, 2011.
- Hastings, Adrian, et al. *The Oxford companion to Christian thought*. Oxford; New York: Oxford University Press, 2000.
- Levy, David W., 1937-. *Herbert Croly of the New republic: the life and thought of an American progressive*. Princeton, N.J.: Princeton University Press, 1985.
- Mander, Jerry. *The capitalism papers: fatal flaws of an obsolete system*. Berkeley, CA: Counterpoint: Distributed by Publishers Group West, 2012.
- Morley, James William, 1921-, et al. *Driven by growth: political change in the Asia-Pacific region*. Armonk, N.Y.: M.E. Sharpe, 1993.
- O'Hara, Philip Anthony. *Encyclopedia of political economy*. London: Routledge, 1999.
- Pierson, Christopher. *Socialism after communism: the new market socialism*. University Park, Pa.: Pennsylvania State University Press, 1995.
- Roosevelt, Franklin D. (Franklin Delano), 1882-1945. *Great speeches*. Mineola, N.Y.: Dover Publications, 1999.
- Ryan, Alan. *John Dewey and the high tide of American liberalism*. New York: W.W. Norton, 1995.
- Schorske, Carl E. *German social democracy, 1905-1917: the development of the great schism*. Cambridge, Mass.: Harvard University Press, 1983.
- Teeple, Gary. *Globalization and the decline of social reform: into the twenty-first century*. Aurora, Ontario: Garamond Press; Amherst, N.Y.: Humanity Books, 2000.

- Van Oudenaren, John. *Détente in Europe: the Soviet Union and the West since 1953*. Durham: Duke University Press, 1991.
- Waldman, Louis, b. 1892. *Labor lawyer*. New York: E.P. Dutton, 1944.

## History of Germany

- Ardagh, John. *Germany and the Germans*. Harper & Row, 1987.
- Balfour, Michael, 1908-1995. *The Kaiser and his times*. New York: Norton, 1972.
- Bessel, Richard. *Germany 1945: from war to peace*. New York: HarperCollins, 2009.
- Bruford, Walter Horace, 1894-1988. *Germany in the eighteenth century: the social background of the literary revival*. Cambridge [Eng.] University Press, 1971.
- Bullock, Alan, 1914-2004. *Hitler: a study in tyranny*. New York, N.Y.: Konecky & Konecky, 1962.
- Child, John, 1951-. *Edexcel GCSE History A: the making of the modern world: Unit 2A, Germany 1918-39: student book*. Harlow: Edexcel/Pearson Education, 2009.
- Connelly, Owen, 1924-2011. *Napoleon's satellite kingdoms*. New York, Free Press, 1966.
- Craig, Gordon Alexander, 1913-2005. *Germany, 1866-1945*. New York: Oxford University Press, 1978.
- Evans, Richard J.. *The Third Reich in power, 1933-1939*. Penguin Press, 2005.
- Fulbrook, Mary, 1951-. *A concise history of Germany*. Cambridge [England]; New York: Cambridge University Press, 1990.
- Fulbrook, Mary, 1951-. *History of Germany, 1918-2000: the divided nation*. Oxford, England: Blackwell, 2002.
- Holborn, Hajo, 1902-1969. *A history of modern Germany, 1648-1840*. New York: Knopf, 1964.
- Holborn, Hajo, 1902-1969. *A history of modern Germany, 1648-1840*. New York: Knopf, 1964.
- Hooper, Nicholas, 1956-, et al. *Cambridge illustrated atlas, warfare: the Middle Ages, 768-1487*. New York: Cambridge University Press, 1996.
- Kennedy, Paul M., 1945-. *The rise of the Anglo-German antagonism, 1860-1914*. London; Boston: Allen & Unwin, 1980.
- Kitchen, Martin. *A history of modern Germany, 1800-2000*. Malden, MA: Blackwell Pub., 2006.
- Koonz, Claudia. *Mothers in the fatherland*. St. Martins Press, 1987.
- Large, David Clay. *Berlin*. Basic Books, 2000.
- Milward, Alan S. *The reconstruction of western Europe, 1945-51*. Berkeley: University of California Press, 1984.
- Orlow, Dietrich. *A history of modern Germany: 1871 to present*. Upper Saddle River, N.J.: Prentice Hall, 2002.
- Paschall, Rod, 1935-. *The defeat of imperial Germany, 1917-1918*. New York: Da Capo Press, 1994.
- Ramm, Agatha. *Germany, 1789-1919: a political history*. London, Methuen; New York, distributed by Barnes & Noble, 1967.
- Ritter, Gerhard, 1888-1967, author. *Frederick the Great: a historical profile*. Berkeley; Los Angeles: University of California Press, 1968.
- Sagarra, Eda. *A social history of Germany, 1648-1914*. New York: Holmes & Meier, 1977.
- Sheehan, James J.. *German history, 1770-1866*. Clarendon Press, 1989.
- Sinn, Hans-Werner. *Can Germany be saved?: the malaise of the world's first welfare state*. Cambridge, Mass.: MIT Press, 2007.
- Strait, Paul, 1940-. *Cologne in the twelfth century*. Gainesville, University Presses of Florida, 1974.
- Tipton, Frank B., 1943-. *A history of modern Germany since 1815*. Berkeley: University of California Press, 2003.
- Turner, Henry Ashby, 1932-. *The two Germanies since 1945*. New Haven: Yale University Press, 1987.
- Wittke, Carl Frederick, 1892-1971. *Refugees of revolution; the German Forty-eighters in America*. Philadelphia, University of Pennsylvania Press, 1952.

## Undergraduate Texts in Mathematics

- Apostol, Tom M. *Introduction to analytic number theory*. New York: Springer-Verlag, 1986.
- Armstrong, M. A. (Mark Anthony). *Groups and symmetry*. New York: Springer-Verlag, 1988.

- Bressoud, David M., 1950-. *Factorization and primality testing*. New York: Springer-Verlag, 1989.
- Brickman, Louis. *Mathematical introduction to linear programming and game theory*. New York: Springer-Verlag, 1989.
- Dixmier, Jacques. *General topology*. New York: Springer-Verlag, 1984.
- Driver, Rodney D. (Rodney David), 1932-. *Why math?*. New York: Springer-Verlag, 1984.
- Ebbinghaus, Heinz-Dieter, 1939-. *Mathematical logic*. New York: Springer, 1996.
- Flanigan, Francis J, et al. *Calculus two: linear and nonlinear functions*. New York: Springer-Verlag, 1990.
- Franklin, Joel N. *Methods of mathematical economics: linear and nonlinear programming; fixed-point theorems*. New York: Springer-Verlag, 1980.
- Hairer, E. (Ernst). *Analysis by its history*. New York: Springer-Verlag, 1996.
- Hilton, Peter John. *Mathematical reflections: in a room with many mirrors*. New York: Springer, 1997.
- Hilton, Peter, 1923-. *Mathematical vistas: from a room with many windows*. New York: Springer, 2002.
- Iooss, Gérard. *Elementary stability and bifurcation theory*. New York: Springer-Verlag, 1990.
- James, I. M. (Ioan Mackenzie), 1928-. *Topological and uniform spaces*. New York: Springer-Verlag, 1987.
- Jänich, Klaus. *Linear algebra*. New York: Springer-Verlag, 1994.
- Kinsey, L. Christine. *Topology of surfaces*. New York: Springer-Verlag, 1993.
- Klambauer, Gabriel. *Aspects of calculus*. New York: Springer-Verlag, 1986.
- Lang, Serge, 1927-2005. *Calculus of several variables*. New York: Springer-Verlag, 1987.
- LeCuyer, Edward J. *Introduction to college mathematics with A Programming Language*. New York: Springer-Verlag, 1978.
- Martin, George Edward, 1932-. *The foundations of geometry and the non-Euclidean plane*. New York: Springer-Verlag, 1982.
- Martin, George Edward, 1932-. *Transformation geometry: an introduction to symmetry*. New York: Springer-Verlag, 1982.
- Millman, Richard S., 1945-. *Geometry, a metric approach with models*. New York: Springer-Verlag, 1991.
- Pedrick, George. *A first course in analysis*. New York: Springer-Verlag, 1994.
- Peressini, Anthony L, et al. *The mathematics of nonlinear programming*. New York: Springer-Verlag, 1988.
- Prenowitz, Walter, 1906-. *Join geometries: a theory of convex sets and linear geometry*. New York: Springer-Verlag, 1979.
- Priestley, William McGowen, 1940-. *Calculus: a liberal art*. New York: Springer, 1998.
- Samuel, Pierre, 1921-. *Projective geometry*. New York: Springer-Verlag, 1988.
- Sethuraman, B. A. *Rings, fields, and vector spaces: an introduction to abstract algebra via geometric constructability*. New York: Springer, 1997.
- Stanton, Dennis. *Constructive combinatorics*. New York: Springer-Verlag, 1986.
- Tóth, Gábor, Ph. D. *Glimpses of algebra and geometry*. New York: Springer, 2002.
- Wilson, Robert Lee, 1917-. *Much ado about calculus: a modern treatment with applications prepared for use with the computer*. New York: Springer-Verlag, 1979.

## Cold War

- Andrew, Christopher M, et al. *KGB: the inside story of its foreign operations from Lenin to Gorbachev*. New York, NY: HarperCollinsPublishers, 1990.
- Blum, William. *Rogue state: a guide to the world's only superpower*. Monroe, Me.: Common Courage Press, 2005.
- Brownell, Will, et al. *So close to greatness: a biography of William C. Bullitt*. New York: Macmillan; London: Collier Macmillan, 1987.
- Dallek, Robert. *Nixon and Kissinger: partners in power*. New York: HarperCollins Pub., 2007.
- Diggins, John P. *Ronald Reagan: fate, freedom, and the making of history*. New York: W.W. Norton & Co., 2007.
- Erlich, Reese W., 1947-. *Dateline Havana: the real story of U.S. policy and the future of Cuba*. Sausalito, CA: PoliPoint Press, 2009.
- Feis, Herbert, 1893-1972. *From trust to terror; the onset of the cold war, 1945-1950*. New York, Norton, 1970.

- Foner, Eric, et al. *The Reader's companion to American history*. Boston: Houghton-Mifflin, 1991.
- Fritsch-Bournazel, Renata. *Confronting the German question: Germans on the East-West divide*. Oxford; New York: Berg; New York: Distributed exclusively in the US and Canada by St. Martin's Press, 1988.
- Gaddis, John Lewis. *Russia, the Soviet Union, and the United States*. McGraw-Hill Pub. Co, 1990.
- Gaddis, John Lewis. *The Cold War: a new history*. New York: Penguin Press, 2005.
- Gellately, Robert, 1943-, et al. *The specter of genocide: mass murder in historical perspective*. New York: Cambridge University Press, 2003.
- Herring, George C., Jr., 1936-. *Aid to Russia, 1941-1946. --*. New York, 1973.
- Kempe, Frederick. *Berlin 1961: Kennedy, Khrushchev, and the most dangerous place on earth*. New York: G.P. Putnam's Sons, 2011.
- Kinsella, Warren, 1960-. *Unholy alliances: terrorists, extremists, front companies and the Libyan connection in Canada*. Toronto: Lester Publishing, 1992.
- Kinzer, Stephen. *All the Shah's Men*. Wiley, 2003.
- Lechuga Hevia, Carlos. *Cuba and the missile crisis*. Melbourne; New York: Ocean Press, 2001.
- Lee, Stephen J.. *Stalin and the Soviet Union*. Routledge, 1999.
- Lundestad, Geir, 1945-. *East, west, north, south: major developments in international relations since 1945*. London; Thousand Oaks, Calif.: Sage Publications, 2005.
- Moss, George. *America in the twentieth century*. Prentice Hall, 1993.
- Moynihan, Daniel P. (Daniel Patrick), 1927-2003. *Secrecy: the American experience*. New Haven: Yale University Press, 1998.
- Perlmutter, Amos. *Making the world safe for democracy: a century of Wilsonianism and its totalitarian challengers*. Chapel Hill, N.C.: University of North Carolina Press, 1997.
- Puddington, Arch. *Broadcasting freedom: the Cold War triumph of Radio Free Europe and Radio Liberty*. Lexington: University Press of Kentucky, 2000.
- Smith, Jean Edward. *FDR*. Random House, 2007.
- Tompson, William J. *Khrushchev--a political life*. New York: St. Martin's Press, 1995.
- Tucker, Robert C. *Stalin in power: the revolution from above, 1928-1941*. New York: Norton, 1990.
- Turner, Henry Ashby, 1932-. *The two Germanies since 1945*. New Haven: Yale University Press, 1987.
- Vanneman, Peter. *Soviet strategy in Southern Africa: Gorbachev's pragmatic approach*. Stanford, Calif.: Hoover Institution Press, Stanford University, 1990.
- Westad, Odd Arne. *Restless empire: China and the world since 1750*. New York: Basic Books, 2012.
- Zubok, V. M.. *Inside the Kremlin's cold war*. Harvard University Press, 1996.

## Foreign policy of the Franklin D. Roosevelt administration

- Bennett, Edward M. (Edward Moore), 1927-2013. *Franklin D. Roosevelt and the search for victory: American-Soviet relations, 1939-1945*. Wilmington, Del.: SR Books, 1990.
- Berthon, Simon. *Allies at war: the bitter rivalry among Churchill, Roosevelt, and de Gaulle*. New York: Carroll & Graf, 2001.
- Berthon, Simon, et al. *Warlords: an extraordinary re-creation of World War II through the eyes and minds of Hitler, Churchill, Roosevelt, and Stalin*. Cambridge, MA: Da Capo Press, 2006.
- Beschloss, Michael R. *The conquerors: Roosevelt, Truman, and the destruction of Hitler's Germany, 1941-1945*. New York: Simon & Schuster Paperbacks, 2007.
- Black, Conrad. *Franklin Delano Roosevelt*. Public Affairs, 2003.
- Burns, James MacGregor. *Roosevelt: the soldier of freedom*. New York: Harcourt Brace Jovanovich, 1970.
- Clarke, Richard, 1910-1975. *Anglo-American economic collaboration in war and peace, 1942-1949*. Oxford: Clarendon Press; New York: Oxford University Press, 1982.
- Collier, Basil. *The lion and the eagle; British and Anglo-American strategy, 1900-1950*. New York, Putnam, 1972.
- Dallek, Robert. *Franklin D. Roosevelt and American foreign policy, 1932-1945*. New York: Oxford University Press, 1979.
- Divine, Robert A. *Foreign policy and U.S. presidential elections, 1940-1948*. New York, New Viewpoints, 1974.

- Divine, Robert A. *Second chance; the triumph of internationalism in America during World War II*. New York, Atheneum, 1967.
- Divine, Robert A. *The reluctant belligerent: American entry into World War II*. New York (etc): Wiley, 1965.
- Feis, Herbert, 1893-1972. *Churchill, Roosevelt, Stalin; the war they waged and the peace they sought*. Princeton, N.J., Princeton University Press, 1957.
- Feis, Herbert, 1893-1972. *The China tangle; the American effort in China from Pearl Harbor to the Marshall mission*. New York, Atheneum, 1966.
- Feis, Herbert, 1893-1972. *The road to Pearl Harbor: the coming of the war between the United States and Japan*. New York: Atheneum, 1964.
- Freidel, Frank Burt. *Franklin D. Roosevelt: a rendezvous with destiny*. Boston: Little, Brown, 1990.
- Hamby, Alonzo L. *For the survival of democracy: Franklin Roosevelt and the world crisis of the 1930s*. New York: Free Press, 2004.
- Heinrichs, Waldo H, et al. *Threshold of war [electronic resource] Franklin D. Roosevelt and American entry into World War II*. New York: Oxford University Press, 1989.
- Kimball, Warren F. *Forged in war: Roosevelt, Churchill, and the Second World War*. New York: W. Morrow, 1997.
- Kimball, Warren F. *The most unsordid act; lend-lease, 1939-1941*. Baltimore, Johns Hopkins Press, 1969.
- Langer, William L. (William Leonard), 1896-1977, et al. *The challenge to isolation, 1937-1940*. New York, Published for the Council on Foreign Relations by Harper, 1952.
- Leuchtenburg, William Edward, 1922-. *Franklin D. Roosevelt and the New Deal, 1932-1940*. New York: Harper & Row, 1963.
- Marks, Frederick W. *Wind over sand: the diplomacy of Franklin Roosevelt*. Athens: University of Georgia Press, 1988.
- Nisbet, Robert A. *Roosevelt and Stalin: the failed courtship*. Washington, D.C.: Regnery Gateway; New York, NY: Distributed to the trade by Kampmann, 1988.
- Sainsbury, Keith. *Churchill and Roosevelt at war: the war they fought and the peace they hoped to make*. Washington Square, N.Y.: New York University Press, 1994.
- Sainsbury, Keith. *The turning point: Roosevelt, Stalin, Churchill, and Chiang-Kai-Shek, 1943: the Moscow, Cairo, and Teheran conferences*. Oxford; New York: Oxford University Press, 1986.
- Sherwood, Robert E. (Robert Emmet), 1896-1955. *Roosevelt and Hopkins, an intimate history*. New York, Harper, 1948.
- Smith, Jean Edward. *FDR*. Random House, 2007.
- Wilson, Theodore A., 1940-. *The first summit: Roosevelt and Churchill at Placentia Bay, 1941*. Lawrence, Kan.: University Press of Kansas, 1991.
- Woods, Randall Bennett, 1944-. *A changing of the guard: Anglo-American relations, 1941-1946*. Chapel Hill: University of North Carolina Press, 1990.

## Irving Howe

- Coser, Lewis A., 1913-, et al. *The new conservatives: a critique from the left*. New York: Quadrangle/The New York Times Book Co., 1974.
- Dreiser, Theodore, 1871-1945, author, et al. *An American tragedy*. Signet Classics, 1981.
- Howe, Irving. *A margin of hope: an intellectual autobiography*. San Diego: Harcourt, Brace, Jovanovich, 1984.
- Howe, Irving. *Beyond the welfare state*. New York: Schocken Books, 1982.
- Howe, Irving. *Celebrations and attacks: thirty years of literary and cultural commentary*. New York: Horizon Press, 1979.
- Howe, Irving. *Decline of the new*. New York: Horizon Press, 1970.
- Howe, Irving. *Leon Trotsky*. New York: Viking Press, 1978.
- Howe, Irving. *Politics and the novel*. New York: Meridian Books, 1958.
- Howe, Irving. *Sherwood Anderson*. [New York] Sloane, 1951.
- Howe, Irving. *Socialism and America*. San Diego: Harcourt Brace Jovanovich, 1986.

- Howe, Irving. *The American newness: culture and politics in the age of Emerson*. Cambridge, Mass.: Harvard University Press, 1986.
- Howe, Irving. *The critical point, on literature and culture*. New York, Horizon Press, 1973.
- Howe, Irving. *Thomas Hardy*. New York, Macmillan, 1967.
- Howe, Irving. *William Faulkner: a critical study*. New York: Random House, 1952.
- Howe, Irving (1920-1993),Greenberg, Eliezer (1896-1977). *Yiddish stories old and new*. New York: Avon Books, 1977.
- Howe, Irving, 1920-1993. edt, et al. *Short shorts: an anthology of the shortest stories*. Toronto [etc.]: Bantam, 1983.
- Howe, Irving, comp, et al. *The literature of America*. New York, McGraw-Hill, 1971.
- Howe, Irving, compiler. *Beyond the new left;*. New York, Horizons Press, 1970.
- Howe, Irving, ed. *Edith Wharton, a collection of critical essays*. Englewood Cliffs, N.J., Prentice-Hall, 1962.
- Howe, Irving, et al. *1984 revisited: totalitarianism in our century*. New York: Harper & Row, 1983.
- Howe, Irving, et al. *A critic's notebook*. New York: Harcourt Brace, 1994.
- Howe, Irving, et al. *How we lived: a documentary history of immigrant Jews in America, 1880-1930*. New York: New American Library, 1981.
- Howe, Irving, et al. *The UAW and Walter Reuther*. New York, Da Capo Press, 1973.
- Howe, Irving, et al. *World of our fathers*. New York: Harcourt Brace Jovanovich, 1976.
- Howe, Irving. cn. *Steady work; essays in the politics of democratic radicalism, 1953-1966*. New York, Harcourt, Brace & World, 1966.
- Kipling, Rudyard, 1865-1936, et al. *The portable Kipling*. New York: Viking Press, 1982.
- Larner, Jeremy. *Poverty: views from the left*. New York: Morrow, 1968.
- Sholem Aleichem, 1859-1916, et al. *The best of Sholem Aleichem*. Washington: New Republic Books, 1979.
- Sorin, Gerald. *Irving Howe*. New York University Press, 2002.
- Trotsky, Leon, 1879-1940. *Basic writings*. New York, Random House, 1963.

## History of the Southern United States

- Abernethy, Thomas Perkins, 1890-1975. *The South in the new nation, 1789-1819*. [Baton Rouge]: Louisiana State University Press / Littlefield Fund for Southern History of the University of Texas, 1989.
- Alden, John Richard, 1908-. *The South in the Revolution, 1763-1789*. [Baton Rouge] Louisiana State University Press, 1957.
- Ayers, Edward L., 1953-. *The promise of the New South: life after Reconstruction*. New York: Oxford University Press, 1992.
- Bartley, Numan V. *The new South, 1945-1980*. Baton Rouge: Louisiana State University Press, 1995.
- Black, Earl, 1942-, et al. *The rise of Southern Republicans [electronic resource]*. Cambridge, MA: Belknap Press of Harvard University Press, 2002.
- Cooper, William J. (William James), 1940-. *Jefferson Davis, American*. New York: Alfred A. Knopf, 2000.
- Cooper, William J., Jr. (William James), 1940-, et al. *The American South: a history*. New York: Knopf: Distributed by Random House, 1991.
- Craven, Avery Odelle, 1886-. *The growth of Southern nationalism, 1848-1861*. [Baton Rouge] Louisiana State University Press [and] the Little Fund for Southern History of the University of Texas [Austin], 1953.
- Craven, Wesley Frank, 1905-1981, et al. *The southern colonies in the seventeenth century, 1607-1689 [electronic resource]*. [Baton Rouge]: Louisiana State University Press, 1970.
- Davis, William C., 1946-. *Look away!: a history of the Confederate States of America*. New York: Free Press, 2002.
- Ezell, John Samuel. *The South since 1865*. New York, Macmillan, 1963.
- Foner, Eric. *Reconstruction: America's unfinished revolution, 1863-1877*. New York: Harper & Row, 1988.

- Goodwin, Doris Kearns. *Team of rivals: the political genius of Abraham Lincoln*. New York: Simon & Schuster, 2005.
- Hahn, Steven, 1951-. *A nation under our feet: Black political struggles in the rural South, from slavery to the great migration*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2003.
- Hesseltine, William B. (William Best), 1902-1963. *The South in American history*. Englewood Cliffs, N.J.: Prentice-Hall, Inc., 1960.
- Hubbell, Jay B. (Jay Broadus), 1885-1979, author. *The South in American literature, 1607-1900*. [Durham, N.C.]: Duke University Press, 1954.
- Hudson, Charles M. *Knights of Spain, warriors of the sun: Hernando De Soto and the South's ancient chiefdoms*. Athens: University of Georgia Press, 1997.
- Kirby, Jack Temple. *Rural worlds lost: the American South, 1920-1960*. Baton Rouge: Louisiana State University Press, 1987.
- Logan, Rayford Whittingham, 1897-1982. *The betrayal of the Negro, from Rutherford B. Hayes to Woodrow Wilson*. New York, Collier Books, 1965.
- Morison, Samuel Eliot, 1887-1976. *The European discovery of America: the southern voyages, A.D. 1492-1616*. New York: Oxford University Press, 1974.
- Odum, Howard Washington, 1884-1954. *Southern regions of the United States*. Chapel Hill, The University of North Carolina press, 1936.
- Potter, David Morris, et al. *The impending crisis, 1848-1861*. New York: Harper & Row, 1976.
- Sydnor, Charles S. (Charles Sackett), 1898-1954. *The development of Southern sectionalism, 1819-1848*. [Baton Rouge]: Louisiana State University Press, 1968.
- Tindall, George Brown. *The emergence of the new South, 1913-1945*. [Baton Rouge] Louisiana State University Press, 1967.
- Trudeau, Noah Andre. *Southern Storm*. Harper, 2008.
- Turner, George Edgar. *Victory rode the rails; the strategic place of the railroads in the Civil War*. Indianapolis, Bobbs-Merril, 1953.
- Woodward, C. Vann (Comer Vann), 1908-1999. *Origins of the new South, 1877-1913*. [Baton Rouge] Louisiana State University Press, 1971.
- Wright, Richard, 1908-1960, author. *Black boy: (American hunger): a record of childhood and youth*. New York: Perennial Classics, 1998.

## Foreign policy of the Harry S. Truman administration

- Acheson, Dean, 1893-1971. *Present at the creation: my years in the State Department*. New York: Norton, 1987.
- Beisner, Robert L. *Dean Acheson: a life in the Cold War*. Oxford; New York: Oxford University Press, 2006.
- Campbell, John C. *The United States in world affairs, 1947-1948*. New York; London: Published for the Council on Foreign Relations by Harper, 1948.
- Chace, James, et al. *Acheson: the Secretary of State who created the American world*. Cambridge, Mass.; London: Harvard University Press, 1999.
- Chambers, John Whiteclay, et al. *The Oxford companion to American military history*. New York: Oxford University Press, 1999.
- Dallek, Robert. *Harry S. Truman*. Times Books, 2008.
- Donovan, Robert J. *Tumultuous years: the presidency of Harry S. Truman, 1949-1953*. New York: Norton, 1982.
- Feis, Herbert, 1893-1972. *Contest over Japan*. New York W. W. Norton, 1967.
- Feis, Herbert, 1893-1972. *From trust to terror; the onset of the cold war, 1945-1950*. New York, Norton, 1970.
- Feis, Herbert, 1893-1972. *Japan subdued; the atomic bomb and the end of the war in the Pacific*. Princeton, N.J., Princeton University Press, 1961.
- Feis, Herbert, 1893-1972. *The China tangle; the American effort in China from Pearl Harbor to the Marshall mission*. New York, Atheneum, 1965.
- Feis, Herbert, 1893-1972. *The birth of Israel: the tousled diplomatic bed*. New York, Norton, 1969.

- Fussell, Paul. *Thank God for the atom bomb, and other essays*. Summit Books, 1988.
- Gaddis, John Lewis. *George F. Kennan: an American life*. New York: Penguin Press, 2011.
- Gaddis, John Lewis. *Strategies of containment: a critical appraisal of postwar American national security policy*. New York: Oxford University Press, 1982.
- Hamby, Alonzo L. *Beyond the New Deal: Harry S. Truman and American liberalism*. New York, Columbia University Press, 1973.
- Hamby, Alonzo L. *Man of the people: a life of Harry S. Truman*. New York: Oxford University Press, 1995.
- Harper, John Lamberton. *American visions of Europe*. Cambridge University Press, 1994.
- Hasegawa, Tsuyoshi, 1941-. *Racing the enemy: Stalin, Truman, and the surrender of Japan*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2005.
- Herken, Gregg, 1947- author. *The winning weapon: the atomic bomb in the Cold War, 1945-1950: with a new preface*. Princeton, New Jersey: Princeton University Press, 1988.
- May, Ernest R. *The Truman administration and China, 1945-1949*. Philadelphia: Lippincott, 1975.
- McCoy, Donald R. *The presidency of Harry S. Truman*. Lawrence, Kan.: University Press of Kansas, 1984.
- McLellan, David S. *Dean Acheson: the State Department years*. New York: Dodd, Mead & Co., 1976.
- Mower, A. Glenn (Alfred Glenn). *The United States, the United Nations, and human rights: the Eleanor Roosevelt and Jimmy Carter eras*. Westport, Conn.: Greenwood Press, 1979.
- Offner, Arnold A. *Another such victory: President Truman and the Cold War, 1945-1953*. Stanford, Calif.: Stanford University Press, 2002.
- Pogue, Forrest C, et al. *George C. Marshall: statesman, 1945-1959*. New York: Viking, 1987.
- Stoler, Mark A. *George C. Marshall: soldier-statesman of the American century*. Boston: Twayne Publishers, 1989.
- Thornton, Richard C. *Odd man out: Truman, Stalin, Mao, and the origins of the Korean War*. Washington, D.C.: Brassey's, 2001.

## Soviet dissidents

- Azbel£, M. IĭAĭL. (Mark IĭAĭLkovlevich). *Refusenik, trapped in the Soviet Union*. Boston: Houghton Mifflin, 1981.
- Barghoorn, Frederick Charles, 1911-. *Détente and the democratic movement in the USSR*. New York: Free Press, 1976.
- Bloch, Sidney, et al. *Psychiatric terror: how Soviet psychiatry is used to suppress dissent*. New York: Basic Books, 1977.
- Brown, Archie, 1938-;Kaser, Michael Charles. *The Soviet Union since the fall of Khrushchev*. London: Macmillan, 1978.
- Brumberg, Abraham. comp. *In quest of justice; protest and dissent in the Soviet Union today*. New York, Praeger, 1970.
- Chomsky, Noam, 1928-, et al. *Chronicles of dissent: interviews with David Barsamian*. Monroe, Me.: Common Courage Press; Stirling, Scotland: AK Press, 1992.
- Derbyshire, Ian. *Politics in China*. Chambers, 1987.
- Edwards, Lee, 1932-. *The essential Ronald Reagan: a profile in courage, justice, and wisdom*. Lanham, Md.: Rowman & Littlefield Publishers, 2005.
- Ėtkind, Efim Grigorʹevich. *Notes of a non-conspirator*. Oxford [Eng.]; New York: Oxford University Press, 1978.
- Haynes, Viktor, et al. *Workers against the gulag: the new opposition in the Soviet Union*. London: Pluto Press, 1979.
- Kaminskaya, Dina. *Final judgment: my life as a Soviet defense attorney*. New York: Simon and Schuster, 1982.
- Medvedev, Roy Aleksandrovich, 1925-. *On Soviet dissent*. New York: Columbia University Press, 1980.
- Plyushch, Leonid, 1939-, et al. *History's carnival: a dissident's autobiography*. New York: Harcourt Brace Jovanovich, 1979.

- Reddaway, Peter, compiler. *Uncensored Russia: protest and dissent in the Soviet Union; the unofficial Moscow journal, a Chronicle of current events*. New York, American Heritage Press, 1972.
- Rothberg, Abraham. *The heirs of Stalin: dissidence and the Soviet regime, 1953-1970*. Ithaca, N.Y.: Cornell University Press, 1972.
- Rubenstein, Joshua. *Soviet dissidents: their struggle for human rights*. Boston: Beacon Press, 1985.
- Saunders, George, 1936- comp. *Samizdat: voices of the Soviet opposition*. New York, Monad Press; distributed by Pathfinder Press, 1974.
- Shatz, Marshall. *Soviet dissent in historical perspective*. Cambridge; New York: Cambridge University Press, 1980.
- Spechler, Dina. *Permitted dissent in the USSR: Novy mir and the Soviet regime*. New York, N.Y.: Praeger, 1982.
- Stone, Alan A. *Law, psychiatry, and morality: essays and analysis*. Washington, D.C.: American Psychiatric Press, 1984.
- Stover, Eric, et al. *The Breaking of bodies and minds: torture, psychiatric abuse, and the health professions*. New York: Freeman, 1985.
- Ulam, Adam B., 1922-2000. *Russia's failed revolutions: from the Decembrists to the dissidents*. London: Weidenfeld and Nicolson, 1981.
- Woll, Josephine. *Soviet dissident literature, a critical guide*. Boston, Mass.: G.K. Hall, 1983.
- Wynn, Allan. *Notes of a non-conspirator: working with Russian dissidents*. London: A. Deutsch, 1987.

## Chronology of Shakespeare's plays

- Barroll, J. Leeds (John Leeds), 1928-. *Politics, plague, and Shakespeare's theater: the Stuart years*. Ithaca: Cornell University Press, 1991.
- Brownlow, F. W. (Frank Walsh), 1934-. *Two Shakespearean sequences: Henry VI to Richard II and Pericles to Timon of Athens*. Pittsburgh: University of Pittsburgh Press, 1977.
- Fletcher, John, 1579-1625. *The two noble kinsmen*. London: Arden Shakespeare, 1997.
- Halliday, F. E. (Frank Ernest), 1903-. *A Shakespeare companion, 1564-1964*. New York, Schocken Books, 1964.
- Honigmann, E. A. J. *Shakespeare's impact on his contemporaries*. Totowa, NJ: Barnes & Noble Books, 1982.
- Sams, Eric. *Shakespeare's Edward III*. New Haven, Conn.: Yale University Press, 1996.
- Shakespeare, William (1564-1616). *All's Well that Ends Well*. Cambridge [etc.]: Cambridge University Press, 2012.
- Shakespeare, William, 1564-1616. *Antony and Cleopatra*. London: Arden Shakespeare/Thomson Learning, 2006.
- Shakespeare, William, 1564-1616. *Antony and Cleopatra*. Cambridge, UK; New York: Cambridge University Press, 2005.
- Shakespeare, William, 1564-1616. *Cymbeline*. Cambridge, England: New York: Cambridge University Press, 2005.
- Shakespeare, William, 1564-1616. *Hamlet*. Oxford: Clarendon Press; New York: Oxford University Press, 1987.
- Shakespeare, William, 1564-1616. *Hamlet: the texts of 1603 and 1623*. London: Arden Shakespeare, 2006.
- Shakespeare, William, 1564-1616. *Henry IV, part I*. Oxford [England]; New York: Oxford University Press, 2008.
- Shakespeare, William, 1564-1616. *Henry VI. Part two*. Oxford: Oxford University Press, 2008.
- Shakespeare, William, 1564-1616. *Pericles, Prince of Tyre*. Cambridge; New York: Cambridge University Press, 1998.
- Shakespeare, William, 1564-1616. *Richard II*. Oxford; New York: Oxford University Press, 2011.
- Shakespeare, William, 1564-1616. *The comedy of errors*. Cambridge; New York: Cambridge University Press, 2004.
- Shakespeare, William, 1564-1616. *The comedy of errors*. Oxford; New York: Oxford University Press, 2008.

- Shakespeare, William, 1564-1616. *The merry wives of Windsor*. London: Methuen, 1971.
- Shakespeare, William, 1564-1616. *The taming of the shrew*. London: Arden Shakespeare, 2010.
- Shakespeare, William, 1564-1616. *The tempest*. London: Arden Shakespeare, 2011.
- Shakespeare, William, 1564-1616, author. *All's well that ends well*. London: Arden Shakespeare, 2000.
- Shakespeare, William, 1564-1616, et al. *A midsummer night's dream*. Oxford: Clarendon Press; Oxford; New York: Oxford University Press, 1994.
- Shakespeare, William, 1564-1616, et al. *A midsummer night's dream*. [London]: Methuen, 1979.
- Shakespeare, William, 1564-1616, et al. *The comedy of errors*. London, Methuen; Cambridge, Mass., Harvard University Press, 1962.
- Shakespeare, William, 1564-1616, et al. *The tempest*. Oxford: New York: Oxford University Press, 1987.
- Smith, Gordon Ross. *Essays on Shakespeare. --*. University Park: Pennsylvania State University Press, 1965.

## Foreign policy of the Woodrow Wilson administration

- Ambrosius, Lloyd E. *Woodrow Wilson and the American diplomatic tradition: the treaty fight in perspective*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1987.
- Bacino, Leo J., 1959-. *Reconstructing Russia: U.S. policy in revolutionary Russia, 1917-1922*. Kent, Ohio: Kent State University Press, 1999.
- Bailey, Thomas Andrew, 1902-1983. *Woodrow Wilson and the great betrayal*. New York, Macmillan Co., 1945.
- Bailey, Thomas Andrew, 1902-1983. *Woodrow Wilson and the lost peace*. Chicago: Quadrangle Books, 1963.
- Canfield, Leon Hardy, 1886-. *The Presidency of Woodrow Wilson; prelude to a world in crisis*. Rutherford, N.J., Fairleigh Dickinson University Press, 1966.
- Clements, Kendrick A., 1939-. *The presidency of Woodrow Wilson*. Lawrence, Kan.: University Press of Kansas, 1992.
- Clements, Kendrick A., 1939-. *William Jennings Bryan, missionary isolationist*. Knoxville: University of Tennessee Press, 1982.
- Cooper, John Milton. *Breaking the heart of the world*. Cambridge University Press, 2001.
- Cooper, John Milton. *The vanity of power; American isolationism and the First World War, 1914-1917*. Westport, Conn.: Greenwood Pub. Corp., 1969.
- Cooper, John Milton. *Woodrow Wilson: a biography*. New York: Alfred A. Knopf, 2009.
- Gilbert, Charles, 1913-. *American financing of World War I*. Westport, Connecticutt: Greenwood Publishing, 1970.
- Gilderhus, Mark T. *Diplomacy and revolution: U.S.-Mexican relations under Wilson and Carranza*. Tucson: University of Arizona Press, 1977.
- Heckscher, August. *Woodrow Wilson*. Scribner, 1991.
- Hodgson, Godfrey. *Woodrow Wilson's Right Hand*. Yale University Press, 2006.
- Katz, Friedrich. *The secret war in Mexico: Europe, the United States, and the Mexican Revolution*. Chicago: University of Chicago Press, 1981.
- Knock, Thomas J. *To end all wars: Woodrow Wilson and the quest for a new world order*. Princeton, N.J.: Princeton University Press, 1995.
- Link, Arthur Stanley. *Woodrow Wilson and the progressive era, 1910-1917*. New York, Harper, 1954.
- Macmillan, Margaret Olwen. *Paris 1919: six months that changed the world*. New York: Random House, 2002.
- May, Ernest R. *The World War and American isolation: 1914-1917*. Cambridge [Mass.]: Harvard University Press, 1966.
- Perkins, Bradford, 1925-. *The great rapprochement; England and the United States, 1895-1914*. New York, Atheneum, 1968.
- Perlmutter, Amos. *Making the world safe for democracy: a century of Wilsonianism and its totalitarian challengers*. Chapel Hill, N.C.: University of North Carolina Press, 1997.
- Quirk, Robert E. *An affair of honor: Woodrow Wilson and the occupation of Veracruz*. New York: Norton, 1967.

- Stone, Ralph A. *The irreconcilables; the fight against the League of Nations*. [Lexington] University Press of Kentucky, 1970.
- Tillman, Seth P., author. *Anglo-American relations at the Paris Peace Conference of 1919*. Princeton, N.J.: Princeton University Press, 1961.
- Tuchman, Barbara W. (Barbara Wertheim), 1912-1989. *The Zimmermann telegram*. New York: Ballantine Books, 1985.
- Walworth, Arthur, 1903-. *America's moment, 1918: American diplomacy at the end of World War I*. New York: Norton, 1977.
- Walworth, Arthur, 1903-. *Wilson and his peacemakers: American diplomacy at the Paris Peace Conference, 1919*. New York: Norton, 1986.
- Walworth, Arthur, 1903-. *Woodrow Wilson*. Boston, Houghton Mifflin Co., 1965.

**France–United States relations**

- Bailey, Thomas Andrew, 1902-. *A diplomatic history of the American people*. Englewood Cliffs, N.J.: Prentice-Hall, 1980.
- Berthon, Simon. *Allies at war: the bitter rivalry among Churchill, Roosevelt, and de Gaulle*. New York: Carroll & Graf, 2001.
- Billings-Yun, Melanie. *Decision against war: Eisenhower and Dien Bien Phu, 1954*. New York: Columbia University Press, 1988.
- Blumenthal, Henry. *American and French culture, 1800-1900: interchanges in art, science, literature, and society*. Baton Rouge: Louisiana State University Press, 1975.
- Blumenthal, Henry. *France and the United States; their diplomatic relations, 1789-1914*. Chapel Hill, University of North Carolina Press, 1970.
- Bozo, Frédéric. *Two strategies for Europe: De Gaulle, the United States, and the Atlantic Alliance*. Lanham, Md.: Rowman & Littlefield, 2001.
- Chesnoff, Richard Z., 1937-. *The arrogance of the French: why they can't stand us, and why the feeling is mutual*. New York: Sentinel, 2005.
- Duroselle, Jean-Baptiste, 1917-1994. *France and the United States from the beginnings to the present*. Chicago: University of Chicago Press, 1978.
- Eccles, W. J. (William John). *The Canadian frontier, 1534-1760*. New York, Holt, Rinehart and Winston, 1969.
- Echeverria, Durand. cn. *Mirage in the West; a history of the French image of American society to 1815*. New York, Octagon Books, 1966.
- Feigenbaum, Gail. *Jefferson's America & Napoleon's France: an exhibition for the Louisiana Purchase Bicentennial*. New Orleans: New Orleans Museum of Art; Seattle: In Association with University of Washington Press, 2003.
- Hill, Peter P., 1926-. *Napoleon's troublesome Americans: Franco-American relations, 1804-1815*. Washington, D.C.: Potomac Books, 2006.
- Jones, Howard Mumford, 1892-. *America and French culture, 1750-1848*. Chapel Hill [N.C.] University of North Carolina Press, 1927.
- Levenstein, Harvey A., 1938-. *Seductive journey: American tourists in France from Jefferson to the Jazz Age*. Chicago: University of Chicago Press, 1998.
- Low, Betty-Bright P. (Betty-Bright Page), 1929-1988. *France views America, 1765-1815: an exhibition to commemorate the bicentenary of French assistance in the American War of Independence*. Wilmington, Del.: The Library, 1978.
- McCullough, David G. *The Greater Journey: Americans in Paris*. New York: Simon & Schuster, 2011.
- Miller, John J., 1970-, et al. *Our oldest enemy: a history of America's disastrous relationship with France*. New York: Doubleday, 2004.
- Morris, Richard B. (Richard Brandon), 1904-1989. *The peacemakers: the great powers and American independence*. New York: Harper & Row, 1965.
- Pells, Richard H.. *Not like us*. Basic Books, 1997.
- Savelle, Max, 1896-, et al. *The origins of American diplomacy: the international history of Angloamerica, 1492-1763*. New York, Macmillan, 1967.

- Stinchcombe, William C. cn. *The American Revolution and the French alliance*. Syracuse, N.Y.] Syracuse University Press, 1969.
- Strauss, David, 1937-. *Menace in the West: the rise of French anti-Americanism in modern times*. Westport, Conn.: Greenwood Press, 1978.
- Timmerman, Kenneth R. *The French betrayal of America*. New York: Crown Forum, 2004.
- Willson, Beckles, 1869-1942. *America's ambassadors to France (1777-1927). A narrative of Franco-American diplomatic relations*. New York, Frederick A. Stokes Co., 1928.
- Young, Robert J., 1942-. *Marketing Marianne: French propaganda in America, 1900-1940*. New Brunswick, N.J.: Rutgers University Press, 2004.
- Zahniser, Marvin R. *Then came disaster: France and the United States, 1918-1940*. Westport, Conn.: Praeger, 2002.
- Zahniser, Marvin R. *Uncertain friendship: American-French diplomatic relations through the Cold War*. New York: Wiley, 1975.
- Ziesche, Philipp. *Cosmopolitan patriots: Americans in Paris in the age of revolution*. Charlottesville: University of Virginia Press, 2010.

## French Revolution

- Andress, David, 1969-. *The Terror*. New York: Farrar, Straus, and Giroux, 2006.
- Blanning, T. C. W. *The French Revolution: class war or culture clash?*. New York, N.Y.: St. Martin's Press, 1998.
- Censer, Jack Richard. *Liberty, equality, fraternity: exploring the French Revolution*. University Park, Pa.: Pennsylvania State University Press, 2001.
- Clark, J. C. D. *English society, 1660-1832: religion, ideology, and politics during the ancien regime*. Cambridge; New York: Cambridge University Press, 2000.
- Cobban, Alfred. *The social interpretation of the French Revolution*. Cambridge, University Press, 1964.
- Dwyer, Philip G. *Napoleon: the path to power*. New Haven [Conn.]: Yale University Press, 2008.
- Frey, Linda. *The French Revolution*. Westport, Conn.: Greenwood Press, 2004.
- Goldhammer, Jesse. *The headless republic*. Cornell University Press, 2004.
- Hampson, Norman. *A social history of the French Revolution*. London, Routledge and K. Paul, 1963.
- Hibbert, Christopher, 1924-2008. *The days of the French Revolution*. New York: Morrow Quill Paperbacks, 1981.
- Hufton, Olwen H. *Women and the limits of citizenship in the French Revolution*. Toronto; Buffalo: University of Toronto Press, 1992.
- Hunt, Lynn, 1945-. *Politics, culture, and class in the French Revolution*. Berkeley: University of California Press, 1984.
- Jones, Peter, 1949-. *The peasantry in the French Revolution*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1988.
- Kennedy, Emmet. *A cultural history of the French Revolution*. New Haven: Yale University Press, 1989.
- Lefebvre, Georges, 1874-1959. *The Thermidorians & the Directory; two phases of the French Revolution*. New York, Random House, 1964.
- Lefebvre, Georges, 1874-1959. *The coming of the French Revolution*. Princeton, N.J.: Princeton University Press, 2005.
- Lefebvre, Georges, 1874-1959, author. *The French Revolution*. London: Routledge & Kegan Paul; New York: Columbia University Press, 1962.
- Lyons, Martyn. *France under the directory*. Cambridge [England]; New York: Cambridge University Press, 1975.
- Marx, Karl, 1818-1883. *The portable Karl Marx*. Harmondsworth, Middlesex, England; New York, N.Y.: Penguin Books, 1983.
- McMillan, James F., 1948-. *France and women 1789-1914: gender, society and politics*. London; New York: Routledge, 2002.
- Neely, Sylvia. *A Concise History of the French Revolution*. Rowman & Littlefield Publishers, Inc., 2008.
- Palmer, R. R. (Robert Roswell), 1909-2002, et al. *A history of the modern world*. New York: Alfred A. Knopf, 1995.

- Price, Munro. *The road from Versailles*. St. Martin's Press, 2003.
- Soboul, Albert. *A short history of the French revolution, 1789-1799*. Berkeley; London: University of California Press, 1977.
- Soboul, Albert. *The French Revolution, 1787-1799: from the storming of the Bastille to Napoleon; translated from the French by Alan Forrest and Colin Jones*. New York, 1975.
- Stewart, John Hall, 1904- author. *A documentary survey of the French Revolution*. New York, Macmillan, 1951.
- Thompson, J. M. (James Matthew), 1878-1956. *Robespierre and the French Revolution*. London, English Universities Press, 1952.

## Feminism

- Biehl, Janet, 1953-. *Rethinking ecofeminist politics*. Boston: South End Press, 1991.
- Butler, Judith P.. *Gender trouble*. Routledge, 1999.
- Chodorow, Nancy J.. *Feminism and psychoanalytic theory*. Yale, 1992.
- Collins, Patricia Hill, 1948-. *Black feminist thought: knowledge, consciousness, and the politics of empowerment*. New York: Routledge, 2000.
- Echols, Alice. *"Daring to be bad": radical feminism in America, 1967-1975*. Minneapolis: University of Minnesota Press, 1989.
- Garofalo, Reebee. *Rockin' the boat: mass music and mass movements*. Boston, MA: South End Press, 1992.
- Gilligan, Carol, 1936-. *In a different voice: psychological theory and women's development*. Cambridge, Mass.: Harvard University Press, 1993.
- Gross, Rita M.. *Buddhism after patriarchy*. State University of New York Press, 1993.
- Hochschild, Arlie Russell, 1940-. *The time bind: when work becomes home and home becomes work*. New York: H. Holt, 2001.
- Hooks, Bell. *Feminism is for everybody: passionate politics*. Cambridge, MA: South End Press, 2000.
- Kimmel, Michael S.. *Against the Tide*. Beacon Pr, 1992.
- Kuhn, Annette, et al. *The Women's companion to international film*. London: Virago, 1990.
- Levy, Peter B.. *The civil rights movement*. Greenwood Press, 1998.
- Lindlof, Thomas R, et al. *Qualitative communication research methods*. Thousand Oaks, Calif.: Sage Publications, 2002.
- Miller, Casey, et al. *The handbook of nonsexist writing*. New York: Harper & Row, 1988.
- None,. *Third wave agenda: being feminist, doing feminism*. Minneapolis: University of Minnesota Press, 1997.
- ROTH, BENITA. *SEPARATE ROADS TO FEMINISM: BLACK, CHICANA, AND WHITE FEMINIST MOVEMENTS IN AMERICA'S SECOND WAVE.*. CAMBRIDGE UNIV PRESS, 2004.
- Rowe-Finkbeiner, Kristin. *The F-word*. Seal Press, 2004.
- Schlafly, Phyllis. *The power of the positive woman*. New Rochelle, N.Y.: Arlington House, 1977.
- Spender, Dale. *There's always been a women's movement this century*. London; Boston: Pandora Press, 1983.
- Stevens, Doris. *Jailed for freedom*. NewSage Press, 1995.
- Whelehan, Imelda, 1960-. *Modern feminist thought: from the second wave to "post-feminism"*. New York: New York University Press, 1995.
- Wroath, John. *Until they are seven: the origins of women's legal rights*. Winchester [England]: Waterside Press, 1998.

## Charlotte Desmares

- Brockett, Oscar G. (Oscar Gross), 1923-2010. *History of the theatre*. Boston: Allyn and Bacon, 1982.
- Bryson, Norman, 1949-. *Word and image: French painting of the ancien régime*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1981.
- Carlson, Marvin A., 1935-. *Voltaire and the theatre of the eighteenth century*. Westport, Conn.: Greenwood Press, 1998.

- Chicago, Art Institute of. *French and British paintings from 1600 to 1800 in the Art Institute of Chicago: a catalogue of the collection*. Chicago: Art Institute of Chicago in association with Princeton University Press, 1996.
- DeJean, Joan E. *The age of comfort: when Paris discovered casual--and the modern home began*. New York: Bloomsbury, 2009.
- Diderot, Denis, 1713-1784. *The paradox of acting*. New York: Hill and Wang, 1963.
- Duerr, Edwin, 1906-. *The length and depth of acting*. New York, Holt, Rinehart and Winston, 1962.
- Dux, Pierre, 1908-. *La Comédie Française: trois siècles de gloire*. Paris: Denoël, 1980.
- Gillespie, Patti P. *Western theatre: revolution and revival*. New York: Macmillan; London: Collier Macmillan, 1984.
- Hagen, Rainer, 1928-. *What great paintings say*. Köln; New York: Taschen, 2003.
- Kalnein, Wend von, 1914-. *Architecture in France in the eighteenth century*. New Haven: Yale University Press, 1995.
- Lancaster, Henry Carrington, 1882-1954. *A history of French dramatic literature in the seventeenth century. --*. New York: Gordian Press, 1966.
- Lancaster, Henry Carrington, 1882-1954. *French tragedy in the time of Louis XV and Voltaire, 1715-1774*. Baltimore, Johns Hopkins Press, 1950.
- Lancaster, Henry Carrington, 1882-1954. *Sunset, a history of Parisian drama in the last years of Louis XIV, 1701-1715*. Baltimore, Md., The Johns Hopkins press; London, H. Milford, Oxford university press; [etc., etc.], 1945.
- Lauterbach, Iris. *Antoine Watteau, 1684-1721*. Köln; Los Angeles: Taschen, 2008.
- Lesné, Claude. *Jean-Baptiste Santerre: 1651-1717*. [Saint-Ouen-l'Aumône]: Éditions du Valhermeil; [Magny-en-Vexin]: Ville de Magny-en-Vexin; [Cergy-Pontoise]: Conseil général du Val-d'Oise, 2011.
- Levey, Michael. *Rococo to Revolution; major trends in eighteenth-century painting*. New York, Praeger, 1966.
- Mazenod, Lucienne. *Dictionnaire des femmes célèbres, de tous les temps et de tous les pays*. Paris: R. Laffont, 1992.
- Mongrédien, Georges, 1901-. *Dictionnaire biographique des comédiens français du XVIIe siècle; suivi d'un inventaire des troupes (1590-1710) d'après des documents inédits*. Paris, Centre national de la recherche scientifique, 1961.
- Museum of Fine Arts, Boston. *European paintings in the Museum of Fine Arts, Boston: an illustrated summary catalogue*. Boston, Mass.: The Museum, 1985.
- Orléans, Charlotte-Elisabeth, duchesse d', 1652-1722. *Letters from Liselotte*. New York: McCall Pub. Co., 1971.
- Pearson, Roger. *Voltaire almighty: a life in pursuit of freedom*. New York: Bloomsbury: Distributed to the trade by Holtzbrinck, 2005.
- Pevitt, Christine. *Philippe, duc d'Orleans*. Atlantic Monthly Press, 1997.
- Rougemont, Martine de. *La vie théâtrale en France au XVIIIe siècle*. Paris: Champion-Slatkine, 1988.

## Donough MacCarty, 1st Earl of Clancarty

- Ashley, Maurice, 1907-. *Cromwell's generals. --*. London: Cape, 1954.
- Ashley, Maurice, 1907-. *General Monck*. Totowa, N.J.: Rowman and Littlefield, 1977.
- Ball, F. Elrington (Francis Elrington), -1928, author. *The judges in Ireland, 1221-1921*. New York: E.P. Dutton and Company, 1927.
- Belloc, Hilaire, 1870-1953. *Cromwell*. Philadelphia; London: J.B. Lippincott Co., 1934.
- Boyce, David George. *Nationalism in Ireland*. Routledge, 1995.
- Budgell, Eustace, 1686-1737. *Memoirs of the lives and characters of the illustrious family of the Boyles: particularly, of the late eminently learned, Charles, Earl of Orrery*. Waterford: Waterford Co. Council Co. Library, Lismore, 2003.
- Clark, Ruth, 1886?- author. *Strangers & sojourners at Port Royal: being an account of the connections between the British Isles and the Jansenists of France and Holland*. New York, Octagon Books, 1972.
- Coonan, Thomas L., 1907-. *The Irish Catholic Confederacy and the Puritan revolution*. Dublin, Clonmore & Reynolds; New York, Columbia University Press, 1954.

- Duffy, Seán, 1962-. *The illustrated history of Ireland*. Chicago, Ill.: Contemporary Books, 2002.
- Foster, R. F. (Robert Fitzroy), 1949-. *The Oxford history of Ireland*. Oxford; New York: Oxford University Press, 2001.
- Gillespie, Raymond. *Seventeenth-century Ireland: making Ireland modern*. Dublin: Gill & Macmillan, 2006.
- Hanks, Patrick. *A dictionary of first names*. Oxford; New York: Oxford University Press, 2003.
- Hayes-McCoy, Gerard Anthony. *Irish battles: a military history of Ireland*. Belfast: Appletree, 1990.
- Kearney, Hugh F. *Strafford in Ireland, 1633-41; a study in absolutism*. [Manchester] Manchester University Press, 1960.
- Pemsel, Helmut, 1928-. *A history of war at sea: an atlas and chronology of conflict at sea from earliest times to the present*. Annapolis: Naval Institute Press, 1977.
- Sanford, George. *Historical dictionary of Poland*. Lanham, Md.: Scarecrow Press, 2003.
- Simms, J. G. (John Gerald), 1904-1979. *War and politics in Ireland, 1649-1730*. London; Ronceverte: Hambledon Press, 1986.
- Street, Lucie. *An uncommon sailor: a portrait of Admiral Sir William Penn: English naval supremacy*. New York: St. Martin's Press, 1988.
- Wedgwood, C. V. (Cicely Veronica), 1910-. *Thomas Wentworth, first earl of Strafford, 1593-1641, a revaluation*. London, J. Cape, 1961.
- Wedgwood, C. V. (Cicely Veronica), 1910-1997. *The King's war, 1641-1647*. London, Collins, 1958.
- Woolrych, Austin. *Britain in revolution, 1625-1660*. Oxford University Press, 2002.

## Jackie Robinson

- Abdul-Jabbar, Kareem, 1947-, et al. *Brothers in arms: the epic story of the 761st Tank Battalion, WWII's forgotten heroes*. New York: Broadway Books, 2004.
- Bogle, Donald. *Toms, coons, mulattoes, mammies, and bucks: an interpretive history of Blacks in American films*. New York: Continuum, 2001.
- Dorinson, Joseph, 1936-, et al. *Jackie Robinson: race, sports, and the American dream*. Armonk, N.Y.: M.E. Sharpe, 1998.
- Duberman, Martin B. *Paul Robeson*. New York: Knopf, 1988.
- Erskine, Carl, et al. *What I learned from Jackie Robinson: a teammate's reflections on and off the field*. New York: McGraw-Hill, 2005.
- Falkner, David. *Great time coming: the life of Jackie Robinson, from baseball to Birmingham*. New York: Simon & Schuster, 1995.
- Giglio, James N., 1939-. *Musial: from Stash to Stan the Man*. Columbia, Mo.: University of Missouri Press, 2001.
- Gutman, Dan. *Jackie & me: a baseball card adventure*. New York, N.Y.: Avon Books, 2000.
- James, Bill. *The Bill James historical baseball abstract*. Villard Books, 1988.
- Kahn, Roger. *Rickey & Robinson: the true, untold story of the integration of baseball*. New York, NY: Rodale, 2014.
- Kahn, Roger. *The boys of summer.*. Perennial Library, 2000.
- Kirwin, Bill, 1937-. *Out of the shadows: African American baseball from the Cuban Giants to Jackie Robinson: the best of NINE*. Lincoln: University of Nebraska Press, 2005.
- Loewen, James W. *Lies my teacher told me: everything your American history textbook got wrong*. New York: New Press: Distributed by Norton, 1995.
- Nemec, David, et al. *Great baseball feats, facts & firsts (2008)*. New York: Signet, 2008.
- Nogowski, John, 1953-. *Last time out: big-league farewells of baseball's greats*. Lanham, Md.: Taylor Trade Pub.: Distributed by National Book Network, 2005.
- Rampersad, Arnold. *Jackie Robinson: a biography*. New York: Knopf, 1997.
- Robinson, Jackie. *First class citizenship*. Times Books, 2007.
- Robinson, Jackie, 1919-1972, et al. *The Jackie Robinson reader: perspectives on an American hero*. New York, N.Y., U.S.A.: Dutton, 1997.
- Robinson, Sharon. *Promises to keep*. Scholastic, 2004.

- Robinson, Sharon, 1950-. *Jackie's nine: Jackie Robinson's values to live by: courage, determination, teamwork, persistence, integrity, persistence [sic], commitment, excellence*. New York: Scholastic, 2001.
- Santella, Andrew. *Jackie Robinson breaks the color line*. New York: Children's Press, 1996.
- Simon, Scott. *Jackie Robinson and the integration of baseball*. Hoboken, N.J: J. Wiley & Sons, 2002.
- Stout, Glenn, 1958-. *The Dodgers: 120 years of Dodgers baseball*. Boston: Houghton Mifflin, 2004.
- Tygiel, Jules. *Baseball's great experiment: Jackie Robinson and his legacy*. New York: Oxford University Press, 1983.
- Williams, Pat, 1940-;Sielski, Mike, 1975-. *How to be like Jackie Robinson: life lessons from baseball's greatest hero*. Deerfield Beach, Fla.: Health Communications, 2004.

## William Shakespeare

- Ackroyd, Peter, 1949-. *Shakespeare: the biography*. London: Vintage, 2006.
- Barroll, J. Leeds (John Leeds), 1928-. *Politics, plague, and Shakespeare's theater: the Stuart years*. Ithaca: Cornell University Press, 1991.
- Bentley, Gerald Eades, 1901-. *Shakespeare; a biographical handbook*. New Haven, Yale University Press, 1961.
- Bevington, David M. *Shakespeare*. Malden, MA; Oxford, UK: Blackwell Pub., 2002.
- Bloom, Harold.. *The Western canon*. Riverhead Books, 1995.
- Bowers, Fredson, 1905-. *On editing Shakespeare and the Elizabethan dramatists. --*. [Philadelphia]: Published for the Philip H. and A.S.W. Rosenbach Foundation by the University of Pennsylvania Library, 1955.
- Chambers, E. K. (Edmund Kerchever), 1866-1954. *Shakespearean gleanings*. [London] Oxford, university press, 1944.
- Crystal, David, 1941-. *The Cambridge encyclopedia of the English language*. Cambridge [England]; New York: Cambridge University Press, 1995.
- Gibbons, Brian, 1938-. *Shakespeare and multiplicity*. Cambridge [Eng.]; New York, NY: Cambridge University Press, 1993.
- Greer, Germaine, 1939-. *Shakespeare*. Oxford [Oxfordshire]; New York: Oxford University Press, 1986.
- Honan, Park. *Shakespeare*. Oxford University Press, 1998.
- Maguire, Laurie E. *Shakespearean suspect texts: the "bad" quartos and their contexts*. New York: Cambridge University Press, 1996.
- McDonald, Russ, 1949-. *Shakespeare's late style*. Cambridge; New York: Cambridge University Press, 2006.
- Nagler, A. M. (Alois Maria), 1907-. *Shakespeare's stage*. New Haven, Yale University Press, 1958.
- Pritchard, Arnold, 1949-. *Catholic loyalism in Elizabethan England*. Chapel Hill: University of North Carolina Press, 1979.
- Rowse, A. L. (Alfred Leslie), 1903-1997, et al. *William Shakespeare, a biography*. New York, Harper & Row, 1963.
- Schanzer, Ernest. *The problem plays of Shakespeare: a study of Julius Caesar, Measure for measure, Antony and Cleopatra*. London: Routledge & K. Paul, 1963.
- Schoenbaum, S.. *Shakespeare's lives*. Clarendon Press, 1991.
- Shakespeare, William, 1564-1616. *The sonnets*. Cambridge; New York: Cambridge University Press, 1996.
- Smith, Irwin, 1892-. *Shakespeare's Blackfriars Playhouse: its history and its design*. [New York]: New York University Press, 1964.
- Wain, John. *Samuel Johnson*. New York: Viking Press, 1975.
- Wells, Stanley. *The Cambridge companion to Shakespeare studies*. Cambridge University Press, 1991.
- Wells, Stanley W., 1930-. *William Shakespeare, a textual companion*. Oxford [Oxfordshire]: Clarendon Press; New York: Oxford University Press, 1987.
- Wilson, Richard, 1950-. *Secret Shakespeare: studies in theatre, religion and resistance*. Manchester; New York: Manchester University Press; New York: Distributed exclusively in the USA by Palgrave, 2004.
- Wood, Michael, 1948-. *Shakespeare*. New York: Basic Books, 2003.

## Hans Holzer

- Holzer, Hans. *Great American ghost stories*. Dorset Press, 1990.
- Holzer, Hans. *In quest of ghosts*. New York, N.Y.: Scholastic Inc., 1993.
- Holzer, Hans, 1920-2009. *America's haunted houses: public and private*. Stamford, CT: Longmeadow Press, 1991.
- Holzer, Hans, 1920-2009. *America's mysterious places*. Stamford, CT: Longmeadow Press, 1992.
- Holzer, Hans, 1920-2009. *Born again*. Garden City, N.Y., Doubleday, 1970.
- Holzer, Hans, 1920-2009. *Charismatics; how to make things happen*. New York, Coward-McCann, 1971.
- Holzer, Hans, 1920-2009. *Ghosts: true encounters with the world beyond*. New York: Black Dog & Leventhal, 1997.
- Holzer, Hans, 1920-2009. *Ghosts of old Europe*. London: Dorset Press, 1992.
- Holzer, Hans, 1920-2009. *Gothic ghosts*. New York: Pocket Books, 1972.
- Holzer, Hans, 1920-2009. *Psychic: true paranormal experiences*. New York: Smithmark Publishers, 1999.
- Holzer, Hans, 1920-2009. *Psychic investigator*. New York, Hawthorn Books, 1968.
- Holzer, Hans, 1920-2009. *Real hauntings: true American ghost stories*. [Place of publication not identified]: MetroBooks, 2002.
- Holzer, Hans, 1920-2009. *Star in the east*. New York, Harper & Row, 1968.
- Holzer, Hans, 1920-2009. *Tales at midnight: true stories from parapsychology casebooks and journals*. Philadelphia, Penn.: Courage Books, 1994.
- Holzer, Hans, 1920-2009. *The Amityville curse*. New York: Tower Books, 1981.
- Holzer, Hans, 1920-2009. *The ghost hunter's strangest cases*. New York: Fall River Press, 2006.
- Holzer, Hans, 1920-2009. *The phantoms of Dixie*. Indianapolis, Bobbs-Merrill, 1972.
- Holzer, Hans, 1920-2009. *The prophets speak; what the leading psychics say about the world of tomorrow*. Indianapolis, Bobbs-Merrill, 1971.
- Holzer, Hans, 1920-2009. *The psychic world of Bishop Pike*. New York, Crown Publishers, 1970.
- Holzer, Hans, 1920-2009. *The spirits of '76: a psychic inquiry into the American Revolution*. Indianapolis: Bobbs-Merrill, 1976.
- Holzer, Hans, 1920-2009. *The truth about ESP; what it is, how it works, and how you develop it*. Garden City, N.Y., Doubleday, 1974.
- Holzer, Hans, 1920-2009. *Vegetarian way of life*. [Place of publication not identified]: Pyramid, 1973.
- Holzer, Hans, 1920-2009. *Window to the past; exploring history through ESP*. Garden City, N.Y., Doubleday, 1969.
- Holzer, Hans, 1920-2009. *Yankee ghosts*. New York: Ace Books, 1966.
- Holzer, Hans, 1920-2009, author. *The lively ghosts of Ireland*. New York: Bell Publishing Company, 1967.
- Solomon, Philip, et al. *Beyond Death*. Hampton Roads Publishing Company, 2001.

## Alexander Hamilton

- Brant, Irving, 1885- . cn. *The fourth President; a life of James Madison*. Indianapolis, Bobbs-Merrill, 1970.
- Burns, Eric. *Infamous scribblers: the Founding Fathers and the rowdy beginnings of American journalism*. New York: Public Affairs, 2006.
- Cooke, Jacob Ernest, 1924-. *Alexander Hamilton*. New York: Scribner's, 1982.
- Elkins, Stanley M.. *The age of federalism*. Oxford University Press, 1993.
- Emery, Noemie, 1938-. *Alexander Hamilton: an intimate portrait*. New York: Putnam, 1982.
- Fleming, Thomas J. *Duel: Alexander Hamilton, Aaron Burr, and the future of America*. New York, NY: Basic Books, 1999.
- Fleming, Thomas J. *The intimate lives of the Founding Fathers*. New York, N.Y.: Harper, 2010.
- Hendrickson, Robert A., 1923-. *Hamilton*. New York: Mason/Charter, 1976.
- Kennedy, Roger G.. *Burr, Hamilton, and Jefferson*. Oxford University Press, 2000.
- Lomask, Milton. *Aaron Burr*. New York: Farrar, Straus & Giroux, 1979.
- McDonald, Forrest. *Alexander Hamilton: a biography*. New York: Norton, 1982.

- McManus, Edgar J. *A history of Negro slavery in New York*. Syracuse, N.Y.]: Syracuse University Press, 1966.
- Miller, John Chester, 1907-. *Alexander Hamilton: portrait in paradox*. New York, Harper, 1959.
- Mitchell, Broadus, 1892-. *Alexander Hamilton. --*. New York: Macmillan, 1957.
- Morris, Richard Brandon, 1904-. *The forging of the Union, 1781-1789*. New York: Harper & Row, 1987.
- Nettels, Curtis P. (Curtis Putnam). *The emergence of a national economy, 1775-1815. --*. New York: Holt, Rinehart and Winston, 1962.
- Rakove, Jack N.. *The beginnings of national politics*. Random House USA Inc; 1st edition, 1979.
- Rossiter, Clinton Lawrence, 1917-1970. dn. *Alexander Hamilton and the Constitution*. New York, Harcourt, Brace & World, 1964.
- Schachner, Nathan, 1895-1955. *Alexander Hamilton*. New York, D. Appleton-Century Co, 1946.
- Sharp, James Roger, 1936-. *American politics in the early republic: the new nation in crisis*. New Haven: Yale University Press, 1993.
- Staloff, Darren. *Hamilton, Adams, Jefferson*. Hill and Wang, 2005.
- Stourzh, Gerald. *Alexander Hamilton and the idea of republican government. --*. Stanford: Stanford University Press, 1970.
- Tulis, Jeffrey. *The rhetorical presidency*. Princeton, N.J.: Princeton University Press, 1987.
- Vidal, Gore, 1925-. *Burr: a novel*. New York, Random House, 1973.
- Wright, Robert E. (Robert Eric), 1969-. *One nation under debt: Hamilton, Jefferson, and the history of what we owe*. New York: McGraw-Hill, 2008.

## Mother's Little Helper

- Aeppli, Felix, 1949-. *Heart of stone: the definitive Rolling Stones discography, 1962-1983*. Ann Arbor, MI: Pierian Press, 1985.
- Appleford, Steve. *The Rolling Stones: it's only rock and roll: song by song*. New York: Schirmer Books, 1997.
- Bockris, Victor, 1949-. *Keith Richards: the unauthorised biography*. London: Omnibus, 2002.
- Bonanno, Massimo. *The Rolling Stones chronicle: the first thirty years*. New York: Holt, 1990.
- Charone, Barbara, et al. *Keith Richards: life as a Rolling Stone*. Garden City, N.Y.: Doubleday, 1982.
- Clayson, Alan. *Legendary Sessions: The Rolling Stones*. Billboard Books, 2008.
- Clayson, Alan. *The Rolling Stones complete discography*. New York, NY: Universe, 2006.
- Dalton, David, 1945-. *The Rolling Stones: the first twenty years*. New York: A.A. Knopf, 1981.
- Davis, Stephen, 1947-. *Old gods almost dead: the 40-year odyssey of the Rolling Stones*. New York: Broadway Books, 2001.
- Egan, Sean. *The rough guide to the Rolling Stones*. London; New York: Rough Guides, 2006.
- Hector, James. *The complete guide to the music of the Rolling Stones*. London: Omnibus, 1995.
- Jackson, Andrew Grant, 1969- author. *1965: the most revolutionary year in music*. New York: Thomas Dunne Books/St. Martin's Press, 2015.
- Janovitz, Bill. *Rocks off: 50 tracks that tell the story of The Rolling Stones*. New York: St. Martin's Press, 2013.
- McMillian, John Campbell, author. *Beatles vs. Stones*. New York: Simon & Schuster, 2013.
- Miles, Barry, 1943-. *The Rolling Stones: an illustrated discography*. London; New York: Omnibus Press, 1980.
- Moore, Allan F. *The Beatles, Sgt. Pepper's Lonely Hearts Club Band*. Cambridge; New York: Cambridge University Press, 1997.
- Norman, Philip, 1943-. *Mick Jagger*. New York: Ecco, 2012.
- Oldham, Andrew Loog. *Stoned*. London: Vintage, 2001.
- Rodriguez, Robert, 1961-. *Revolver: how the Beatles re-imagined rock 'n' roll*. Montclair, NJ: Backbeat Books, 2012.
- Salewicz, Chris. *Mick & Keith*. London: Orion, 2001.
- Sandford, Christopher, 1956-. *The Rolling Stones: fifty years*. London; New York: Simon & Schuster, 2012.
- Savage, Jon. *1966: the year the decade exploded*. London: Faber & Faber, 2015.

- Simonelli, David. *Working class heroes: rock music and British society in the 1960s and 1970s*. Lanham: Lexington Books, 2013.
- Trynka, Paul, author. *Brian Jones: the making of the Rolling Stones*. New York: Viking, 2014.
- Wyman, Bill, et al. *Stone alone*. New York, NY: Viking, 1990.

## Franklin D. Roosevelt

- Alter, Jonathan. *The defining moment: FDR's hundred days and the triumph of hope*. New York: Simon & Schuster, 2006.
- Badger, Anthony J. *FDR: the first hundred days*. New York: Hill and Wang, 2008.
- Beschloss, Michael R. *The conquerors: Roosevelt, Truman, and the destruction of Hitler's Germany, 1941-1945*. New York: Simon & Schuster, 2002.
- Burns, James MacGregor. *Roosevelt, the lion and the fox*. San Diego, Ca.: Harcourt, Brace, Jovanovich, 1984.
- Dallek, Robert. *Franklin D. Roosevelt and American foreign policy, 1932-1945*. New York: Oxford University Press, 1979.
- Freidel, Frank Burt. *Franklin D. Roosevelt: a rendezvous with destiny*. Boston: Little, Brown, 1990.
- Goodwin, Doris Kearns. *No ordinary time: Franklin and Eleanor Roosevelt: the home front in World War II*. New York: Simon & Schuster, 1994.
- Gunther, John, 1901-1970. *Roosevelt in retrospect, a profile in history*. New York, Harper, 1950.
- Jenkins, Roy. *Franklin Delano Roosevelt*. Times Books, 2003.
- Jordan, David M., 1935-. *FDR, Dewey, and the election of 1944*. Bloomington: Indiana University Press, 2011.
- Larrabee, Eric. *Commander in chief: Franklin Delano Roosevelt, his lieutenants, and their war*. New York: Harper & Row, 1987.
- Leuchtenburg, William Edward. *In the shadow of FDR: from Harry Truman to George W. Bush*. Ithaca, NY: Cornell University Press, 2001.
- Leuchtenburg, William Edward, 1922-. *Franklin D. Roosevelt and the New Deal, 1932-1940*. New York: Harper & Row, 1963.
- McJimsey, George T.. *The presidency of Franklin Delano Roosevelt*. University Press of Kansas, 2000.
- Morgan, Ted, 1932-. *FDR: a biography*. New York: Simon and Schuster, 1985.
- Powell, Jim, 1944-. *FDR's folly: how Roosevelt and his New Deal prolonged the Great Depression*. New York: Crown Forum, 2003.
- Rauchway, Eric. *The Great Depression and New Deal*. Oxford University Press, USA, 2008.
- Rowley, Hazel. *Franklin and Eleanor: an extraordinary marriage*. New York: Farrar, Straus and Giroux, 2010.
- Sainsbury, Keith. *Churchill and Roosevelt at war: the war they fought and the peace they hoped to make*. Washington Square, N.Y.: New York University Press, 1994.
- Smith, Jean Edward. *FDR*. Random House, 2007.
- Tobin, James, 1956-. *The man he became: how FDR defied polio to win the presidency*. New York: Simon & Schuster, 2013.
- Ward, Geoffrey C. *Before the trumpet: young Franklin Roosevelt, 1882-1905*. New York: Harper & Row, 1985.
- Ward, Geoffrey C.. *A first-class temperament*. Harper & Row, 1989.
- Weinberg, Gerhard L. *A world at arms: a global history of World War II*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.

## Theodore Roosevelt

- Ali, Omar H. (Omar Hamid). *In the balance of power: independent Black politics and third-party movements in the United States*. Athens, Ohio: Ohio University Press, 2008.
- Beale, Howard K. (Howard Kennedy), 1899-1959. *Theodore Roosevelt and the rise of America to world power*. Baltimore, Johns Hopkins Press, 1956.
- Brands, H. W.. *T. R.*. Basic Books, 1997.

- Brinkley, Douglas. _The wilderness warrior_. HarperCollins, 2009.
- Chace, James. _1912: Wilson, Roosevelt, Taft & Debs-- the election that changed the country_. New York: Simon & Schuster, 2004.
- Cooper, John Milton. _The warrior and the priest: Woodrow Wilson and Theodore Roosevelt_. Cambridge, Mass.: Belknap Press of Harvard University Press, 1983.
- Dalton, Kathleen. _Theodore Roosevelt_. Alfred A. Knopf, 2002.
- Goodwin, Doris Kearns, author. _The bully pulpit: Theodore Roosevelt, William Howard Taft, and the Golden Age of journalism_. Simon & Schuster, 2013.
- Gould, Lewis L. _Theodore Roosevelt_. New York: Oxford University Press, 2012.
- Harbaugh, William Henry, 1920-. _Power and responsibility; the life and times of Theodore Roosevelt_. New York, Farrar, Straus and Cudahy, 1961.
- Lorant, Stefan, 1901-. _The glorious burden: the American Presidency_. New York, Harper & Row, 1968.
- Matuz, Roger. _The handy presidents answer book_. Detroit: Visible Ink, 2004.
- Miller, Nathan. _Theodore Roosevelt_. Morrow, 1992.
- Morris, Edmund, et al. _The rise of Theodore Roosevelt_. New York: Coward, McCann & Geoghegan, 1979.
- Morris, Edmund, et al. _Theodore Rex_. New York: Random House, 2001.
- Mowry, George E. (George Edwin), 1909-1984. _Theodore Roosevelt and the progressive movement_. New York, Hill and Wang, 1960.
- None,. _Myth America_. St. James. N.Y.: Brandywine Press, 1997.
- O'Gara, Gordon Carpenter, 1920-. _Theodore Roosevelt and the rise of the modern Navy_. New York, Greenwood Press, 1969.
- O'Toole, Patricia. _When trumpets call_. Simon & Schuster, 2005.
- Pringle, Henry F. (Henry Fowles), 1897-1958. _Theodore Roosevelt: a biography_. San Diego: Harcourt Brace Jovanovich, 1984.
- Pringle, Henry F. (Henry Fowles), 1897-1958. _Theodore Roosevelt, a biography_. New York, Harcourt, Brace, 1956.
- Putnam, Carleton, 1901-. _Theodore Roosevelt: a biography_. New York: Scribner's, 1958.
- Roosevelt, Theodore. _Letters and speeches_. Library of America, 2004.
- Roosevelt, Theodore. _The selected letters of Theodore Roosevelt_. Cooper Square Press, 2001.
- Roosevelt, Theodore, 1858-1919, et al. _The writings of Theodore Roosevelt_. Indianapolis: Bobbs-Merrill, 1967.

## The Holocaust

- Arad, Yitzhak, 1926-. _Belzec, Sobibor, Treblinka [electronic resource]: the Operation Reinhard death camps_. Bloomington, Ind.: Indiana University Press, 1999.
- Bauer, Yehuda. _Jews for sale?_. Yale University Press, 1994.
- Bauer, Yehuda, et al. _A history of the Holocaust_. New York: Franklin Watts, 2001.
- Browning, Christopher R.. _The origins of the Final Solution_. University of Nebraska Press, 2004.
- Burleigh, Michael, 1955-. _The Third Reich: a new history_. London: Macmillan; New York: Hill and Wang, 2000.
- Burleigh, Michael, et al. _The racial state: Germany 1933-1945_. Cambridge [England]; New York: Cambridge University Press, 1991.
- Conot, Robert E. _Justice at Nuremberg_. New York: Carroll & Graf, 1984.
- Dwork, Deborah, et al. _Holocaust: a history_. New York: Norton, 2002.
- Evans, Richard J. _The coming of the Third Reich_. New York: The Penguin Press, 2004.
- Evans, Richard J.. _The Third Reich in power, 1933-1939_. Penguin Press, 2005.
- Fischel, Jack. _The Holocaust_. Westport, Conn.: Greenwood Press, 1998.
- Friedländer, Saul, 1932-. _Nazi Germany and the Jews_. New York, NY: HarperCollins, 1997.
- Gilbert, Martin, 1936-2015. _The Holocaust: a history of the Jews of Europe during the Second World War_. New York: Holt, Rinehart, and Winston, 1986.
- Gutman, Israel. _Resistance_. Houghton Mifflin, 1994.
- Gutman, Israel, et al. _Anatomy of the Auschwitz death camp_. Bloomington: Published in association with the United States Holocaust Memorial Museum, Washington, D.C. by Indiana University Press, 1994.

- Kershaw, Ian. *Hitler,: hubris*. New York: Norton, 1999.
- Kershaw, Ian.. *Hitler, the Germans, and the final solution*. International Institute for Holocaust Research, Yad Vashem, 2008.
- Lifton, Robert Jay, 1926-. *The Nazi doctors: medical killing and the psychology of genocide*. New York: Basic Books, 1986.
- Lusane, Clarence, 1953-. *Hitler's black victims: the historical experiences of Afro-Germans, European Blacks, Africans, and African Americans in the Nazi era*. New York: Routledge, 2003.
- McKale, Donald M., 1943-. *Hitler's shadow war: the Holocaust and World War II*. New York, NY: Cooper Square Press: Distributed by National Book Network, 2002.
- Müller, Filip, et al. *Eyewitness Auschwitz: three years in the gas chambers*. Chicago: Ivan R. Dee, 1999.
- Piotrowski, Tadeusz. *Poland's holocaust*. McFarland, 1998.
- Proctor, Robert, 1954-, et al. *Racial hygiene: medicine under the Nazis*. Cambridge, Mass.: Harvard University Press, 1988.
- Wagner, Margaret E,Kennedy, David M,Osborne, Linda Barrett, 1949-,Reyburn, Susan,Library of Congress. *The Library of Congress World War II companion*. New York: Simon & Schuster, 2007.
- Yahil, Leni. *The Holocaust: the fate of European Jewry, 1932-1945*. New York: Oxford University Press, 1990.

## Robert Sobel

- None,. *Biographical directory of the United States executive branch, 1774-1971*. Westport, Conn.: Greenwood Pub. Co, 1971.
- O'glove, Thornton L, et al. *Quality of earnings: the investor's guide to how much money a company is really making*. New York: Free Press, 1987.
- Sobel, Robert. *Dangerous dreamers*. Wiley, 1993.
- Sobel, Robert, 1931 Feb. 19-. *Biographical directory of the United States executive branch, 1774-1989*. New York: Greenwood Press, 1990.
- Sobel, Robert, 1931 Feb. 19-. *Car wars: the untold story*. New York: Dutton, 1984.
- Sobel, Robert, 1931 Feb. 19-. *IBM vs. Japan: the struggle for the future*. New York: Stein and Day, 1986.
- Sobel, Robert, 1931 Feb. 19-. *Inside Wall Street: continuity and change in the financial district*. New York: Norton, 1977.
- Sobel, Robert, 1931 Feb. 19-. *N.Y.S.E.: a history of the New York Stock Exchange, 1935-1975*. New York: Weybright and Talley, 1975.
- Sobel, Robert, 1931 Feb. 19-. *RCA*. New York: Stein and Day/Publishers, 1986.
- Sobel, Robert, 1931 Feb. 19-. *The Big Board; a history of the New York stock market*. New York, Free Press, 1965.
- Sobel, Robert, 1931 Feb. 19-. *The age of giant corporations; a microeconomic history of American business, 1914-1970*. Westport, Conn., Greenwood Press, 1972.
- Sobel, Robert, 1931 Feb. 19-. *The curbstone brokers; the origins of the American Stock Exchange*. [New York] Macmillan, 1970.
- Sobel, Robert, 1931 Feb. 19-. *The great bull market; Wall Street in the 1920s*. New York, Norton, 1968.
- Sobel, Robert, 1931 Feb. 19-. *The last bull market: Wall Street in the 1960's*. New York: Norton, 1980.
- Sobel, Robert, 1931 Feb. 19-. *The manipulators: America in the media age*. Garden City, N.Y.: Anchor Press, 1976.
- Sobel, Robert, 1931 Feb. 19-. *The new game on Wall Street*. New York: Wiley, 1987.
- Sobel, Robert, 1931 Feb. 19-. *The rise and fall of the conglomerate kings*. New York: Stein and Day, 1984.
- Sobel, Robert, 1931 Feb. 19-. *Trammell Crow, master builder: the story of America's largest real estate empire*. New York: Wiley, 1989.
- Sobel, Robert, 1931 Feb. 19- . cn. *The entrepreneurs: explorations within the American business tradition*. New York: Weybright and Talley, 1974.
- Sobel, Robert, 1931 Feb. 19-, et al. *The entrepreneurs: an American adventure*. Boston: Houghton Mifflin, 1986.
- Sobel, Robert, 1931 February 19-1999. *The great boom, 1950-2000: how a generation of Americans created the world's most prosperous society*. New York: St. Martin's Press, 2000.

- Sobel, Robert, 1931 February 19-1999. *The pursuit of wealth: the incredible story of money throughout the ages*. New York: McGraw-Hill, 2000.
- Sobel, Robert, 1931 February 19-1999. *They satisfy: the cigarette in American life*. New York: Anchor Press/Doubleday, 1978.
- Sobel, Robert, 1931 February 19-1999. *When giants stumble*. Paramus, NJ: Prentice Hall, 1999.
- Straub, Peter, 1943-. *Mister X: a novel*. New York: Random House, 1999.

## Economic history of the United States

- Atack, Jeremy, et al. *A new economic view of American history: from colonial times to 1940*. New York: Norton, 1994.
- Chandler, Alfred D. *The Visible hand: the managerial revolution in American business*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1977.
- Cochran, Thomas C. (Thomas Childs), 1902-1999. *200 years of American business*. New York: Basic Books, 1977.
- Dulles, Foster Rhea, 1900-1970. *Labor in America; a history*. New York, Crowell, 1966.
- Engerman, Stanley L, et al. *The Cambridge economic history of the United States*. Cambridge; New York, NY: Cambridge University Press, 1996.
- Faulkner, Harold Underwood, 1890-1968. *Economic history of the United States*. New York city, Macmillan Co., 1937.
- Faulkner, Harold Underwood, 1890-1968. *The decline of laissez faire, 1897-1917*. White Plains, N.Y.: M. E. Sharpe, 1977.
- Habakkuk, H. J. *American and British technology in the nineteenth century; the search for labour-saving inventions*. Cambridge [England] University Press, 1962.
- Hunter, Louis C. *A history of industrial power in the United States, 1780-1930*. Charlottesville: Published for the Eleutherian Mills-Hagley Foundation by the University Press of Virginia, 1979.
- Kennedy, Susan Estabrook. *The banking crisis of 1933*. [Lexington]: University Press of Kentucky, 1973.
- Klebaner, Benjamin Joseph, 1926-. *American commercial banking: a history*. Boston: Twayne Publishers, 1990.
- Lee, Susan, 1943-, et al. *A new economic view of American history*. New York: Norton, 1979.
- Lind, Michael, 1962-. *Hamilton's republic: readings in the American democratic nationalist tradition*. New York: Free Press, 1997.
- Mitchell, Broadus, 1892-1988. *Depression decade: from New Era through New Deal, 1929-1941*. White Plains, N.Y.: M.E. Sharpe, 1975.
- Moggridge, D. E. (Donald Edward), 1943-. *Maynard Keynes: an economist's biography*. London; New York: Routledge, 1992.
- Myers, Margaret G. (Margaret Good), 1899-. *A financial history of the United States*. New York, Columbia University Press, 1970.
- North, Douglass C. (Douglass Cecil). *The economic growth of the United States, 1790-1860*. New York: Norton, 1966.
- Rasmussen, Wayne D. (Wayne David), 1915-2004, compiler. *Agriculture in the United States: a documentary history*. New York, Random House, 1975.
- Rifkin, Jeremy. *The end of work: the decline of the global labor force and the dawn of the post-market era*. New York: G.P. Putnam's Sons, 1995.
- Schweikart, Larry, et al. *A patriot's history of the United States*. New York: Sentinel, 2004.
- Stark, Rodney. *The victory of reason: how Christianity led to freedom, capitalism, and Western success*. New York: Random House, 2005.
- Taylor, George Rogers, 1895-1983. *The transportation revolution, 1815-1860*. New York: Rinehart, 1951.
- Thomson, Ross. *Structures of change in the mechanical age: technological innovation in the United States, 1790-1865*. Baltimore: Johns Hopkins University Press, 2009.
- Thomson, Ross. *The path to mechanized shoe production in the United States*. Chapel Hill: University of North Carolina Press, 1989.
- Woytinsky, Wladimir S., 1885-1960. *World population and production: trends and outlook*. New York, Twentieth Century Fund, 1953.

## F. Scott Fitzgerald

- Berg, A. Scott (Andrew Scott), et al. *Max Perkins, editor of genius*. New York: Dutton, 1978.
- Bruccoli, Matthew J. (Matthew Joseph), 1931-2008. *Reader's companion to F. Scott Fitzgerald's Tender is the night*. Columbia: University of South Carolina Press, 1996.
- Donaldson, Scott, 1928-. *Fool for love: F. Scott Fitzgerald*. New York: Congdon & Weed: Distributed by St. Martin's Press, 1983.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940. *The short stories of F. Scott Fitzgerald*. New York: Scribner, 1998.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940, author. *The crack-up*. New York: James Laughlin, 1945.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940, et al. *Dear Scott, dearest Zelda: the love letters of F. Scott and Zelda Fitzgerald*. New York: St. Martin's Press, 2002.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940, et al. *The letters of F. Scott Fitzgerald*. New York: Scribner, 1963.
- Fitzgerald, Zelda. *The collected writings*. Scribner, 1991.
- Hemingway, Ernest, 1899-1961. *A moveable feast*. New York, Scribner, 1964.
- Jackson, Charles. *The lost weekend*. Syracuse University Press, 1996.
- Jenkins, Alan, 1914-1993. *The twenties*. London: Peerage Books, 1974.
- Kazin, Alfred, 1915-1998, ed. *F. Scott Fitzgerald: the man and his work*. Cleveland, World Pub. Co, 1951.
- Mencken, H. L.. *The diary of H.L. Mencken*. Knopf, 1989.
- Milford, Nancy. *Zelda; a biography*. New York, Harper & Row, 1970.
- Mizener, Arthur. *Scott Fitzgerald and his world*. New York, Putnam, 1972.
- Mizener, Arthur. *The far side of paradise: a biography of F. Scott Fitzgerald*. Boston (Mass.]: Mifflin Company, 1951.
- Perret, Geoffrey. *America in the twenties: a history*. New York: Simon and Schuster, 1982.
- Ring, Frances Kroll. *Against the current: as I remember F. Scott Fitzgerald*. San Francisco: D.S. Ellis; Berkeley, Calif.: Distributed by Creative Arts Book Co., 1985.
- Savage, Jon. *Teenage: the creation of youth culture*. New York: Viking, 2007.
- Stern, Milton R. *The golden moment: the novels of F. Scott Fitzgerald*. Urbana: University of Illinois Press, 1970.
- Tate, Mary Jo. *F. Scott Fitzgerald A to Z: the essential reference to his life and work*. New York: Facts on File, 1998.
- Tredell, Nicolas. *Fitzgerald's The Great Gatsby: a reader's guide*. London; New York: Continuum, 2007.
- Turnbull, Andrew. *Scott Fitzgerald: [a biography]*. New York, NY Scribner, 1962.
- West, James L. W. *The perfect hour: the romance of F. Scott Fitzgerald and Ginevra King, his first love*. New York: Random House, 2005.
- Wilson, Edmund, 1895-1972. *The bit between my teeth; a literary chronicle of 1950-1965*. New York, Farrar, Straus and Giroux, 1965.

## Hinduism

- Adcock, C. S., author. *The limits of tolerance: Indian secularism and the politics of religious freedom*. Oxford; New York: Oxford University Press, 2014.
- Bhaskarananda, Swami. *The essentials of Hinduism: a comprehensive overview of the world's oldest religion*. Seattle, WA: Viveka Press, 1994.
- Blofeld, John Eaton Calthorpe. *The Illustrated World's Religions*. HarperOne, 1995.
- Bowker, John, 1935-. *The concise Oxford dictionary of world religions [electronic resource]*. [Oxford]: Oxford University Press, 2000.
- Doniger, Wendy, et al. *Merriam-Webster's encyclopedia of world religions; Wendy Doniger, consulting editor*. Springfield, Mass.: Merriam-Webster, 1999.
- Foulston, Lynn. *Hindu goddesses: beliefs and practices*. Brighton [England]; Portland, Or.: Sussex Academic Press, 2009.
- Gombrich, Richard Francis. *Theravāda Buddhism: a social history from ancient Benares to modern Colombo*. London; New York: Routledge & Kegan Paul, 1988.

- Henderson, John B., 1948-. *Scripture, canon, and commentary: a comparison of Confucian and western exegesis*. Princeton, N.J.: Princeton University Press, 1991.
- Jhingran, Saral, 1939-. *Aspects of Hindu morality*. Delhi: Motilal Banarsidass Publishers, 1989.
- Kramer, Kenneth, 1941-. *World scriptures: an introduction to comparative religions*. New York: Paulist Press, 1986.
- Lagassé, Paul, 1956-, et al. *The Columbia encyclopedia*. New York: Columbia University Press; [Detroit]: Sold and distributed by Gale Group, 2000.
- Lochtefeld, James G., 1957-. *The illustrated encyclopedia of Hinduism*. New York: Rosen, 2002.
- Muesse, Mark W.. *The Hindu traditions*. Fortress Press, 2011.
- None,. *Encyclopedia of religion*. Detroit: Macmillan Reference USA, 2005.
- Oxtoby, Willard Gurdon, et al. *A concise introduction to world religions*. Don Mills, Ont.; New York: Oxford University Press, 2007.
- Radhakrishnan, S. (Sarvepalli), 1888-1975, et al. *A source book in Indian philosophy*. Princeton, N.J., Princeton University Press, 1989.
- Sharma, Arvind. *Hinduism as a missionary religion*. Albany: State University of New York Press, 2011.
- Smith, David (David James), 1944-. *The dance of Siva: religion, art and poetry in South Indai*. Cambridge; New York, NY.: Cambridge University Press, 1996.
- Smith, Huston, et al. *The world's religions: our great wisdom traditions*. [San Francisco]: HarperSanFrancisco, 1991.
- Thapar, Romila. *Book ISBN 9780520242258*. University of California Press; 1st edition, 2004.
- Vroom, H. M., 1945-. *No other gods: Christian belief in dialogue with Buddhism, Hinduism, and Islam*. Grand Rapids, Mich.: William B. Eerdmans Pub. Co., 1996.
- Young, Serinity. *Hinduism*. New York: Marshall Cavendish Benchmark, 2007.
- Zelliot, Eleanor, 1926-, et al. *The Experience of Hinduism: essays on religion in Maharashtra*. Albany, N.Y.: State University of New York Press, 1988.

## Frederick the Great

- Asprey, Robert B. *Frederick the Great: the magnificent enigma*. New York: Ticknor & Fields, 1986.
- Blackbourn, David, 1949-. *The conquest of nature: water, landscape, and the making of modern Germany*. New York: Norton, 2006.
- Clark, Christopher M. *Iron kingdom: the rise and downfall of Prussia, 1600-1947*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2006.
- Connelly, Owen, 1929-. *On war and leadership: the words of combat commanders from Frederick the Great to Norman Schwarzkopf*. Princeton, N.J.: Princeton University Press, 2002.
- Craig, Gordon Alexander, 1913-. *Germany, 1866-1945*. New York: Oxford University Press, 1978.
- Crankshaw, Edward. *Maria Theresa*. New York, Viking Press, 1970.
- Fraser, David, 1920-. *Frederick the Great: King of Prussia*. New York, N.Y.: Fromm International, 2001.
- Frederick II, King of Prussia, 1712-1786, et al. *Frederick the Great on the art of war*. New York: Da Capo Press, 1999.
- Gaines, James R. *Evening in the palace of reason: Bach meets Frederick the Great in the Age of Enlightenment*. New York, NY: Fourth Estate, 2005.
- Gooch, G. P. (George Peabody), 1873-1968. *Frederick the Great, the ruler, the writer, the man*. New York: Dorset Press, 1990.
- Görlitz, Walter, 1913-. *History of the German General Staff, 1657-1945*. New York, Praeger, 1953.
- Henderson, W. O. (William Otto), 1904-. *Studies in the economic policy of Frederick the Great*. [London] F. Cass, 1963.
- Kaplan, Herbert H. *The first partition of Poland. --*. New York: Columbia University Press, 1962.
- Kershaw, Ian. *Hitler, 1936-45: nemesis*. New York: W. W. Norton, 2000.
- Koch, H. W. (Hannsjoachim Wolfgang), 1933-. *A history of Prussia*. London; New York: Longman, 1978.
- MacDonogh, Giles, 1955-. *Frederick the Great: a life in deed and letters*. New York: St. Martin's Press, 2000.
- Mitford, Nancy, 1904-1973. *Frederick the Great*. New York, N.Y.: E. P. Dutton, 1984.
- Ozment, Steven E.. *A mighty fortress*. HarperCollins, 2004.

- Quantz, Johann Joachim, 1697-1773, et al. *On playing the flute*. New York: Schirmer Books, 1975.
- Reiners, Ludwig, 1896-1957. *Frederick the Great, a biography*. New York, Putnam, 1960.
- Schieder, Theodor. *Frederick the Great*. London; New York: Longman, 2000.
- Simon, Edith, 1917-. *The making of Frederick the Great*. Boston, Little, Brown, 1963.
- Snyder, Louis L. (Louis Leo), 1907-1993, comp. *Frederick the Great*. Englewood Cliffs, N.J., Prentice-Hall, 1971.
- Stone, David (David J. A.). *Fighting for the fatherland: the story of the German soldier from 1648 to the present day*. Washington, D.C.: Potomac Books, 2006.
- Waite, Arthur Edward, 1857-1942. *A new encyclopaedia of Freemasonry (Ars magna latomorum) and of cognate instituted mysteries: their rites, literature, and history*. New York: Wings Books; Avenel, N.J.: Distributed by Random House Value Pub. Inc., 1994.

## Ted Kennedy

- Alexander, Herbert E. *Financing the 1980 election*. Lexington, Mass.: Lexington Books, 1983.
- Burns, James MacGregor. *Edward Kennedy and the Camelot legacy*. New York: Norton, 1976.
- Canellos, Peter, et al. *Last lion: the fall and rise of Ted Kennedy*. New York: Simon & Schuster, 2009.
- Carter, Jimmy, 1924-. *Keeping faith: memoirs of a president*. Toronto; New York: Bantam Books, 1982.
- Clymer, Adam. *Edward M. Kennedy*. Morrow, 1999.
- Damore, Leo. *Senatorial privilege: the Chappaquiddick cover-up*. Washington, D.C.: Regnery Gateway; New York, NY: Distributed by Kampmann, 1988.
- David, Lester. *Good Ted, bad Ted: the two faces of Edward M. Kennedy*. Secaucus, N.J.: Carol Pub. Group, 1993.
- Hachey, Thomas E, et al. *The Irish experience: a concise history*. Armonk, N.Y.: M.E. Sharpe, 1996.
- Hersh, Burton. *Edward Kennedy*. Counterpoint, 2010.
- Hersh, Burton. *The shadow president*. Steerforth Press, 1997.
- Kennedy, Edward M. (Edward Moore), 1932-2009. *America back on track*. New York: Viking, 2006.
- Kennedy, Edward M. (Edward Moore), 1932-2009. *In critical condition; the crisis in America's health care*. New York, Simon and Schuster, 1972.
- Kennedy, Edward M. (Edward Moore), 1932-2009, et al. *Our day and generation: the words of Edward M. Kennedy*. New York: Simon & Schuster, 1979.
- Kennedy, Ted, 1932-2009, et al. *The wit and wisdom of Ted Kennedy: a treasury of reflections, statements of belief, and calls to action*. New York: Pegasus Books: Distributed by W.W. Norton, 2009.
- Kessler, Ronald. *The sins of the father*. Warner Books, 1996.
- Klein, Edward. *Ted Kennedy*. Crown Publishers, 2009.
- Leamer, Laurence. *Sons of Camelot: the fate of an American dynasty*. New York: William Morrow, 2004.
- Leamer, Laurence. *The Kennedy men: 1901-1963: the laws of the father*. New York: Wm. Morrow, 2001.
- Lerner, Max, 1902-1992. *Ted and the Kennedy legend: a study in character and destiny*. New York: St. Martin's Press, 1980.
- McGinniss, Joe. *The last brother*. New York: Simon & Schuster, 1993.
- None,. *Ted Kennedy: an American icon*. Chicago, Ill.: Triumph Books, 2009.
- Rust, Zad. *Teddy bare, the last of the Kennedy clan*. Boston, Western Islands, 1971.
- Tager, Jack. *Boston riots: three centuries of social violence*. Boston: Northeastern University Press, 2001.
- globe., by photographers and writers of The Boston. *Ted Kennedy: scenes from an epic life*. New York: Simon & Schuster, 2009.

## Gilded Age

- Calhoun, Charles W. (Charles William), 1948-. *From bloody shirt to full dinner pail: the transformation of politics and governance in the Gilded Age*. New York: Hill and Wang, 2010.
- Cherny, Robert W. *A righteous cause: the life of William Jennings Bryan*. Norman: University of Oklahoma Press, 1994.
- Dobson, John M. *Politics in the gilded age; a new perspective on reform*. New York, Praeger Publishers, 1972.

- Gamber, Wendy, 1958-. *The boardinghouse in nineteenth-century America*. Baltimore: Johns Hopkins University Press, 2007.
- Garraty, John A. (John Arthur), 1920-2007. *The new commonwealth, 1877-1890*. New York, Harper & Row, 1968.
- Hahn, Steven, 1951-. *A nation under our feet: Black political struggles in the rural South, from slavery to the great migration*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2003.
- Higham, John. *Strangers in the land*. Rutgers University Press, 2002.
- Hunter, Louis C. *A history of industrial power in the United States, 1780-1930*. Charlottesville: Published for the Eleutherian Mills-Hagley Foundation by the University Press of Virginia, 1979.
- Kennedy, Paul M., 1945-. *The rise and fall of the great powers: economic change and military conflict from 1500 to 2000*. New York, NY: Random House, 1987.
- Kirkland, Edward C. (Edward Chase), 1894-1975. *Industry comes of age: business, labor, and public policy, 1860-1897*. New York: Holt, Rinehart and Winston, 1961.
- Kleppner, Paul. *The third electoral system 1853-1892: parties, voters, and political cultures*. Chapel Hill: University of North Carolina Press, 1979.
- Licht, Walter, 1946-. *Working for the railroad: the organization of work in the nineteenth century*. Princeton, N.J.: Princeton University Press, 1983.
- Marcus, Robert D., 1936-. *Grand Old Party; political structure in the gilded age, 1880-1896*. New York, Oxford University Press, 1971.
- Nevins, Allan, 1890-1971. *The emergence, of modern America, 1865-1878*. New York: The Macmillan company, 1927.
- Painter, Nell Irvin. *Standing at Armageddon: the United States, 1877-1919*. New York: W.W. Norton, 1989.
- Schlesinger, Arthur M. (Arthur Meier), 1917-2007. *History of U.S. political parties*. New York: Chelsea House Publishers, 1980.
- Schlesinger, Arthur Meier, 1888-. *The rise of the city, 1878-1898*. New York, The Macmillan company, 1933.
- Shannon, Fred A. (Fred Albert), 1893-1963. *The farmer's last frontier, agriculture, 1860-1897*. New York, Toronto, Farrar & Rinehart, Inc, 1945.
- Shergold, Peter R., 1946-. *Working-class life: the "American standard" in comparative perspective, 1899-1913*. Pittsburgh, Pa.: University of Pittsburgh Press, 1982.
- Summers, Mark W. (Mark Wahlgren), 1951-. *The era of good stealings*. New York: Oxford University Press, 1993.
- Summers, Mark W. (Mark Wahlgren), 1951-. *The press gang: newspapers and politics, 1865-1878*. Chapel Hill: University of North Carolina Press, 1994.
- Ward, Geoffrey C. *A disposition to be rich: how a small-town pastor's son ruined an American president, brought on a Wall Street crash, and made himself the best-hated man in the United States*. New York: Alfred A. Knopf, 2012.
- Woodward, C. Vann (Comer Vann), 1908-1999. *Origins of the new South, 1877-1913*. [Baton Rouge] Louisiana State University Press, 1971.

## Pierre Trudeau

- Axworthy, Tom, 1947-, et al. *Towards a just society: the Trudeau years*. Toronto; New York: Penguin, 1992.
- Bliss, Michael. *Right honourable men: the descent of Canadian politics from Macdonald to Mulroney*. Toronto: HarperPerennial, 1995.
- Bowering, George, 1935-. *Egotists and autocrats: the prime ministers of Canada*. Toronto: Viking, 1999.
- Butler, Rick, 1946-, et al. *The Trudeau decade*. Toronto: Doubleday Canada; New York: Doubleday & Co., 1979.
- Clarkson, Stephen, 1937-. *Trudeau and our times. Volume 1, The magnificent obsession*. Toronto: McClelland & Stewart, 1990.
- Couture, Claude, 1955-. *Paddling with the current: Pierre Elliott Trudeau, Étienne Parent, liberalism, and nationalism in Canada*. Edmonton: University of Alberta Press, 1998.

- English, John, 1945-. *Citizen of the world: the life of Pierre Elliott Trudeau* Toronto: Vintage Canada, 2007.
- Ferguson, Will. *Bastards and boneheads: Canada's glorious leaders, past and present*. Vancouver: Douglas & McIntyre, 1999.
- Gotlieb, Allan. *Human rights, federalism and minorities. Les droits de l'homme, le fédéralisme et les minorités*. [Toronto] Canadian Institute of International Affairs, 1970.
- Gwyn, Richard J., 1934-, et al. *The northern magus: Pierre Trudeau and Canadians*. Toronto: McClelland and Stewart, 1980.
- Head, Ivan L. *The Canadian way: shaping Canada's foreign policy, 1968-1984*. Toronto, Ont.: M & S, 1995.
- Hébert, Jacques. *Two innocents in Red China*. Toronto, New York Oxford University Press, 1968.
- Laxer, James. *The Liberal idea of Canada: Pierre Trudeau and the question of Canada's survival*. Toronto: J. Lorimer, 1977.
- Lotz, Jim, 1929-2015. *Prime ministers of Canada*. London: Bison Books, 1987.
- McCall-Newman, Christina. *Grits: an intimate portrait of the Liberal Party*. Toronto, 1982.
- None,. *Pierre: colleagues and friends talk about the Trudeau they knew*. Toronto, Ont.: McCelland & Stewart, 2005.
- None,. *The hidden Pierre Elliott Trudeau: the faith behind the politics*. Toronto: Novalis, 2004.
- None,. *Trudeau's shadow: the life and legacy of Pierre Elliott Trudeau*. Toronto: Random House Canada, 1998.
- Trudeau, Pierre Elliott. *Conversation with Canadians*. [Toronto, Buffalo] University of Toronto Press, 1972.
- Trudeau, Pierre Elliott. *Memoirs*. Toronto: McClelland & Stewart, 1993.
- Trudeau, Pierre Elliott. *The essential Trudeau*. Toronto: M&S, 1998.
- Trudeau, Pierre Elliott, 1919-2000. *Against the current: selected writings 1939-1996*. Toronto: McClelland & Stewart, 1996.
- Trudeau, Pierre Elliott, 1919-2000. *Federalism and the French Canadians*. Toronto: Macmillan of Canada, 1968.

## International relations (1814–1919)

- Albrecht-Carrié, René, 1904-. *A diplomatic history of Europe since the Congress of Vienna*. New York: Harper, 1958.
- Bemis, Samuel Flagg, 1891-1973. *A short history of American foreign policy and diplomacy*. New York, Holt, 1959.
- Bridge, F. R, et al. *The great powers and the European states system 1814-1914*. Harlow, England; New York: Pearson Longman, 2005.
- Clark, Christopher M. *The sleepwalkers: how Europe went to war in 1914*. New York: Harper, 2013.
- Company, Rand McNally and. *Atlas of world history*. Chicago: Rand McNally, 1993.
- Cooke, William Henry, 1892-, et al. *Readings in European international relations since 1879*. New York: Harper & Bros., 1931.
- DeConde, Alexander. *A history of American foreign policy*. New York: Scribner, 1978.
- Dupuy, R. Ernest (Richard Ernest), 1887-1975. *The Harper encyclopedia of military history: from 3500 BC to the present*. New York, NY: HarperCollins, 1993.
- Gooch, G. P. (George Peabody), 1873-1968. *Franco-German relations, 1871-1914*. New York: Russell & Russell, 1967.
- Jelavich, Charles, et al. *The establishment of the Balkan national states, 1804-1920*. Seattle: University of Washington Press, 1977.
- Joll, James. *The origins of the First World War*. Harlow, England; New York: Longman, 2000.
- Jones, Howard. *Crucible of power*. SR Books, 2001.
- Jones, Howard, 1940-. *Blue & gray diplomacy: a history of Union and Confederate foreign relations*. Chapel Hill: University of North Carolina Press, 2010.
- Kennedy, Paul M., 1945-. *The rise of the Anglo-German antagonism, 1860-1914*. London; Boston: Allen & Unwin, 1980.

- Kissinger, Henry, 1923-. *Diplomacy*. New York: Simon & Schuster, 1994.
- Langer, William L. (William Leonard), 1896-1977. *Political and social upheaval, 1832-1852*. New York, Harper & Row, 1969.
- Langer, William L. (William Leonard), 1896-1977, et al. *An encyclopedia of world history, ancient, medieval and modern, chronologically arranged. A revised and modernized version of Ploetz's "Epitome"*. Boston, Houghton Mifflin company, 1940.
- Lewis, Daniel K., 1959-. *The history of Argentina*. Santa Barbara, California: Greenwood, an imprint of ABC-CLIO, LLC, 2015.
- Manning, Patrick, 1941-. *Francophone sub-Saharan Africa, 1880-1985*. Cambridge [England]; New York: Cambridge University Press, 1988.
- Meade, Teresa A., 1948-. *A brief history of Brazil*. New York: Facts On File, 2010.
- Medlicott, W. N. (William Norton), 1900-1987, compiler. *Bismarck and Europe;*. London, Edward Arnold, 1971.
- Morris, Richard Brandon, 1904- ed, et al. *Harper encyclopedia of the modern world; a concise reference history from 1760 to the present*. New York, Harper & Row, 1970.
- Pribram, Alfred Francis, 1859-1941. *England and the international policy of the European great powers, 1871-1914: being the Ford lectures delivered to the University of Oxford in Michaelmas Term, 1929. --*. London: Cass, 1966.
- Stavrianos, Leften Stavros. *The Balkans since 1453*. New York: New York University Press, 2000.

## McCarthyism

- Bosworth, Patricia. *Anything your little heart desires: an American family story*. New York: Simon & Schuster, 1998.
- Buckley, William F. (William Frank), 1925-2008. *A hymnal: the controversial arts*. New York: Putnam, 1978.
- Buckley, William F. (William Frank), 1925-2008, et al. *McCarthy and his enemies: the record and its meaning*. Chicago: H. Regnery Co., 1954.
- Buhle, Paul. *Hide in plain sight*. Palgrave Macmillan, 2003.
- Coulter, Ann H. *Treason: liberal treachery from the cold war to the war on terrorism*. New York: Crown Forum, 2003.
- Doherty, Thomas Patrick. *Cold War, cool medium: television, McCarthyism, and American culture*. New York: Columbia University Press, 2003.
- Du Bois, W. E. B. (William Edward Burghardt), 1868-1963. *The autobiography of W.E.B. DuBois: a soliloquy on viewing my life from the last decade of its first century*. New York: International Publishers, 1991.
- Evans, M. Stanton (Medford Stanton), 1934-. *Blacklisted by history: the untold story of Senator Joe McCarthy and his fight against America's enemies*. New York: Crown Forum, 2007.
- Faulk, John Henry. *Fear on trial*. Austin, Tex.: University of Texas Press, 1983.
- Fried, Albert. *McCarthyism: the great American Red scare: a documentary history*. New York: Oxford University Press, 1997.
- Griffith, Robert, 1940-. *The politics of fear: Joseph R. McCarthy and the Senate*. Amherst: University of Massachusetts Press, 1987.
- Haynes, John Earl. *Red scare or red menace?: American communism and anticommunism in the cold war era*. Chicago: Ivan R. Dee, 1996.
- Haynes, John Earl, et al. *In denial: historians, Communism, & espionage*. San Francisco: Encounter Books, 2003.
- Herman, Arthur, 1956-. *Joseph McCarthy: reexamining the life and legacy of America's most hated senator*. New York: Free Press, 2000.
- Heyworth, Peter. *Otto Klemperer, his life and times*. Cambridge University Press, 1996.
- Jerome, Fred. *The Einstein file: J. Edgar Hoover's secret war against the world's most famous scientist*. New York: St. Martin's Press, 2002.
- Johnson, Haynes, 1931-. *The age of anxiety: McCarthyism to terrorism*. Orlando: Harcourt, Inc., 2005.
- Schrecker, Ellen. *Many are the crimes: McCarthyism in America*. Boston: Little, Brown, 1998.

- Schrecker, Ellen. *The age of McCarthyism: a brief history with documents*. Boston: Bedford Books of St. Martin's Press, 1994.
- Stone, Geoffrey R.. *Perilous times*. W.W. Norton & Co., 2004.
- Streitmatter, Rodger. *Mightier than the sword: how the news media have shaped American history*. Boulder, Colo.: Westview Press, 1997.
- Theoharis, Athan G. *Chasing spies: how the FBI failed in counterintelligence but promoted the politics of McCarthyism in the Cold War years*. Chicago: Ivan R. Dee, 2002.
- Theoharis, Athan G, et al. *The boss: J. Edgar Hoover and the Great American Inquisition*. Philadelphia: Temple University Press, 1988.
- Trotter, William R.. *Priest of music*. Amadeus Press, 1995.

## Timeline of music in the United States (1920–1949)

- Abel, E. Lawrence. *Singing the new nation*. Stackpole Books, 2000.
- Baraka, Amiri, 1934-. *Blues people: Negro music in white America*. New York: W. Morrow, 1968.
- Bird, Christiane. *Da Capo jazz and blues lover's guide to the U.S.: with more than 900 hot clubs, cool joints, landmarks, and legends, from boogie-woogie to bop and beyond*. Cambridge, MA: Da Capo Press, 2001.
- Cassidy, Donna M. *Painting the musical city: jazz and cultural identity in American art, 1910-1940*. Washington; London: Smithsonian Institution Press, 1997.
- Chase, Gilbert, 1906-. *America's music: from the pilgrims to the present*. Urbana: University of Illinois Press, 1987.
- Cusic, Don. *The sound of light: a history of gospel music*. Bowling Green, Ohio: Bowling Green State University Popular Press, 1990.
- Darden, Bob, 1954-. *People get ready!: a new history of Black gospel music*. New York: Continuum, 2004.
- DeVeaux, Scott Knowles. *The birth of bebop: a social and musical history*. Berkeley: University of California Press, 1997.
- Glasser, Ruth. *My music is my flag: Puerto Rican musicians and their New York communities, 1917-1940*. Berkeley: University of California Press, 1995.
- Kingman, Daniel. *American music: a panorama*. New York: Schirmer Books; London: Collier Macmillan Publishers, 1990.
- Kirk, Elise K. (Elise Kuhl), 1932-. *American opera*. Urbana: University of Illinois Press, 2001.
- Lankford, Ronald D., 1962-. *Folk music USA: the changing voice of protest*. New York: Schirmer Trade Books, 2005.
- Lewis, George H. *All that glitters: country music in America*. Bowling Green, Ohio: Bowling Green State University Popular Press, 1993.
- Lindsay, Susan Gedutis, 1969-. *See you at the hall: Boston's golden era of Irish music and dance*. Boston: Northeastern University Press, 2004.
- Malone, Bill C, et al. *Southern music/American music*. Lexington, Ky.: University Press of Kentucky, 2003.
- Miller, Jim, 1947-. *Flowers in the dustbin: the rise of rock and roll, 1947-1977*. New York: Simon & Schuster, 1999.
- Moore, Allan F. *The Cambridge companion to blues and gospel music*. Cambridge: Cambridge University Press, 2002.
- Nettl, Bruno, 1930-. *North American Indian musical styles*. Philadelphia: American Folklore Society, 1954.
- Peretti, Burton W.. *Lift every voice*. Rowman & Littlefield Publishers, 2008.
- Ramsey, Frederic, Jr., 1915-1995, editor, et al. *Jazzmen*. New York, Harcourt, Brace and Company, 1939.
- Schuller, Gunther. *The swing era: the development of jazz, 1930-1945*. New York: Oxford University Press, 1989.
- Stowe, David W.. *Swing changes*. Harvard University Press, 1994.
- Tribe, Ivan M.. *Country*. Greenwood Press, 2006.
- Vallely, Fintan. *The companion to Irish traditional music*. Cork, Ireland: Cork University Press, 1999.

## Harry S. Truman

- Ambrose, Stephen E. *Eisenhower*. New York: Simon and Schuster, 1983.
- Binning, William C;Esterly, Larry E. (Larry Eugene), 1938-;Sracic, Paul A. *Encyclopedia of American parties, campaigns, and elections*. Westport, Conn.: Greenwood Press, 1999.
- Chambers, John Whiteclay, et al. *The Oxford companion to American military history*. New York: Oxford University Press, 1999.
- Co, Scott Publishing. *Scott 2012 standard postage stamp catalogue*. Sidney, OH: Scott Pub. Co., 2011.
- Dallek, Robert. *Harry S. Truman*. Times Books, 2008.
- Donovan, Robert J. *Tumultuous years: the presidency of Harry S. Truman, 1949-1953*. New York: Norton, 1982.
- Eisler, Kim Isaac. *A justice for all: William J. Brennan, Jr., and the decisions that transformed America*. New York: Simon & Schuster, 1993.
- Gaddis, John Lewis. *Russia, the Soviet Union, and the United States*. McGraw-Hill Pub. Co, 1990.
- Goodwin, Doris Kearns. *No ordinary time: Franklin and Eleanor Roosevelt: the home front in World War II*. New York: Simon & Schuster, 1994.
- Hamby, Alonzo L. *Man of the people: a life of Harry S. Truman*. New York: Oxford University Press, 1995.
- Hamby, Alonzo L., cn. *Harry S. Truman and the Fair Deal*. Lexington, Mass.: D. C. Heath, 1974.
- Levering, Ralph B, et al. *The cold war, 1945-1987*. Arlington Heights, Ill.: H. Davidson, 1988.
- McCauley, Martin. *Russia, America, and the Cold War, 1949-1991*. London; New York: Longman, 1998.
- McCoy, Donald R. *The presidency of Harry S. Truman*. Lawrence, Kan.: University Press of Kansas, 1984.
- Miller, Merle, 1919-1986. *Plain speaking; an oral biography of Harry S. Truman*. New York, Berkley Pub. Corp.; distributed by Putnam, 1974.
- Mitchell, Franklin D.. *Harry S. Truman and the news media*. University of Missouri Press, 1998.
- Moynihan, Daniel P. (Daniel Patrick), 1927-2003. *Secrecy: the American experience*. New Haven: Yale University Press, 1998.
- Offner, Arnold A. *Another such victory: President Truman and the Cold War, 1945-1953*. Stanford, Calif.: Stanford University Press, 2002.
- Skidmore, Max J., 1933-. *After the White House: former presidents as private citizens*. New York: Palgrave Macmillan, 2004.
- Sobel, Robert, 1931 Feb. 19-. *Biographical directory of the United States executive branch, 1774-1989*. New York: Greenwood Press, 1990.
- Troy, Gil. *Leading from the center: why moderates make the best presidents*. New York: Basic Books, 2008.
- Truman, Margaret, 1924-. *Harry S. Truman*. New York, Morrow, 1973.
- Weinstein, Allen. *Perjury: the Hiss-Chambers case*. New York: Random House, 1997.

## Sociology of sport

- Adler, Patricia A. *Backboards & blackboards: college athletes and role engulfment*. New York: Columbia University Press, 1991.
- Cashmore, Ellis. *Sports culture: an A-Z guide*. London; New York: Routledge, 2000.
- Eitzen, D. Stanley. *Sociology of North American sport*. Boston: McGraw-Hill, 2003.
- Giulianotti, Richard, 1966-. *Sport: a critical sociology*. Oxford: Malden, MA: Polity, 2005.
- Gruneau, Richard S., 1948-. *Class, sports, and social development*. Amherst: University of Massachusetts Press, 1983.
- Hargreaves, Jennifer, 1937-. *Sporting females: critical issues in the history and sociology of women's sports*. London; New York: Routledge, 1994.
- Heywood, Leslie. *Built to win: the female athlete as cultural icon*. Minneapolis: University of Minnesota Press, 2003.
- Lapchick, Richard Edward. *Five minutes to midnight: race and sport in the 1990s*. Lanham: Madison Books, 1991.

- Lenskyj, Helen. *Out on the field: gender, sport, and sexualities*. Toronto, ON: Women's Press, 2003.
- Merton, Robert King, 1910-2003, author. *Social theory and social structure*. New York: Free Press, 1968.
- Messner, Michael A. *Power at play: sports and the problem of masculinity*. Boston: Beacon Press, 1992.
- Nixon, Howard L., 1944-. *Sport in a changing world*. Boulder: Paradigm Publishers, 2008.
- North American Society for the Sociology of Sport. Conference (2nd: 1981: Fort Worth, Tex.), et al. *Studies in the sociology of sport: refereed proceedings of the 2nd Annual Conference of the North American Society for the Sociology of Sport, Fort Worth, Texas, November 1981*. Fort Worth, Tex.: Texas Christian University Press, 1982.
- Roberts, Randy, 1951-. *Winning is the only thing: sports in America since 1945*. Baltimore: Johns Hopkins University Press, 1989.
- Scambler, Graham. *Sport and society: history, power and culture*. Maidenhead, England: Open University Press, 2005.
- Tomlinson, Alan. *Sport and leisure cultures*. Minneapolis: University of Minnesota Press, 2005.
- Tranter, N. L. *Sport, economy, and society in Britain, 1750-1914*. Cambridge, England; New York, NY, USA: Cambridge University Press, 1998.
- Waddington, Ivan. *Sport, health and drugs: a critical sociological perspective*. London; New York: E & FN Spon, 2000.
- Woods, Ron, 1943 Nov. 6-. *Social issues in sport*. Champaign, IL: Human Kinetics, 2007.

## Private Eye books

- Hislop, Ian. *The Private Eye annual 1996*. London: Corgi, 1996.
- None,. *Private eye Colemanballs 11*. London: Private Eye, 2002.
- al.]., compiled for Private Eye by Ian Hislop ... [et. *St. Albion Parish news*. London: Private Eye, 2001.

## Hamlet

- Banham, Martin. edt. *The Cambridge Guide to Theatre*. Cambridge; New York: Cambridge University Press, 1995.
- Barratt, Mark. *Ian McKellen: an unauthorised biography*. London: Virgin, 2005.
- Bloom, Harold.. *The Western canon*. Riverhead Books, 1995.
- Blum, Daniel C, et al. *A pictorial history of the American theatre, 1860-1980*. New York: Crown Publishers, 1981.
- Braun, Edward. *The director and the stage: from naturalism to Grotowski*. London: Methuen, 1982.
- Charleson, Ian. *For Ian Charleson: a tribute*. London: Constable, 1990.
- Crystal, David, 1941-. *The Shakespeare miscellany*. London; New York: Penguin, 2005.
- Duncan-Jones, Katherine. *Ungentle Shakespeare: scenes from his life*. London: AS [Arden Shakespeare], 2001.
- Freud, Sigmund, 1856-1939, et al. *The basic writings of Sigmund Freud [electronic resource]*. New York: Modern Library, 1995.
- Greenblatt, Stephen, 1943-. *Will in the world: how Shakespeare became Shakespeare*. New York: W.W. Norton, 2004.
- Hattaway, Michael. *Hamlet*. Basingstoke, Hampshire: Macmillan, 1987.
- Innes, Christopher, 1941-. *Edward Gordon Craig*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1983.
- Kermode, Frank, 1919-2010. *Shakespeare's language*. London: Penguin, 2001.
- MacCary, W. Thomas. *Hamlet: a guide to the play*. Westport, Conn.: Greenwood Press, 1998.
- Morrison, Michael A., 1953-. *John Barrymore, Shakespearean actor*. Cambridge [England]; New York, NY, USA: Cambridge University Press, 1997.
- Novy, Marianne, 1945-. *Engaging with Shakespeare: responses of George Eliot and other women novelists*. Athens, Ga.: University of Georgia Press, 1994.
- Shakespeare, William, 1564-1616. *Hamlet, Prince of Denmark*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1985.
- Shakespeare, William, 1564-1616, et al. *Hamlet*. Oxford; New York: Oxford University Press, 1998.

- Shakespeare, William, 1564-1616, et al. *The Riverside Shakespeare*. Boston: Houghton Mifflin, 1974.
- Tanitch, Robert. *Olivier: the complete career*. New York: Abbeville Press, 1985.
- Thompson, Ann, 1947-. *William Shakespeare, Hamlet*. Plymouth, UK: Northcote House in Association with the British Council, 1996.
- Thomson, Peter, 1938-. *Shakespeare's theatre*. London; Boston: Routledge & Kegan Paul, 1983.
- Welsh, Alexander. *Hamlet in his modern guises*. Princeton: Princeton University Press, 2001.
- Wilson, J. D.. *Essential Shakespeare*. Cambridge University Press, 1932.

## Alice's Adventures in Wonderland

- Amor, Anne Clark, 1933-. *Lewis Carroll, a biography*. New York: Schocken Books, 1979.
- Beer, Gillian, author. *Alice in space: the sideways Victorian world of Lewis Carroll*. Chicago: The University of Chicago Press, 2016.
- Books, Osborne Collection of Early Children's. *The Osborne Collection of early children's books, 1566-1910: a catalogue*. Toronto: Toronto Public Library, 1975.
- Brown, Sally, 1950 May 14-. *The original Alice: from manuscript to Wonderland*. London: British Library, 1997.
- Carpenter, Humphrey. *Secret gardens: a study of the golden age of children's literature*. Boston: Houghton Mifflin, 1985.
- Carroll, Lewis, 1832-1898. *Alice in Wonderland*. New York: W.W. Norton & Co., 1992.
- Carroll, Lewis, 1832-1898. *Alice's adventures in Wonderland; and, Through the looking-glass and what Alice found there*. Oxford; New York: Oxford University Press, 1998.
- Carroll, Lewis, 1832-1898. *More annotated Alice: Alice's adventures in wonderland and Through the looking-glass and what Alice found there*. New York: Random House, 1990.
- Carroll, Lewis, 1832-1898. *The annotated Alice: Alice's adventures in Wonderland & Through the looking glass*. New York: Bramhall House, 1970.
- Cohen, Morton N. (Morton Norton), 1921-. *Lewis Carroll: a biography*. New York: Vintage Books, 1996.
- Gordon, Colin, 1944-. *Beyond the looking glass: reflections of Alice and her family*. San Diego: Harcourt Brace Jovanovich, 1982.
- Guiliano, Edward. *Lewis Carroll: an annotated international bibliography, 1960-77*. Charlottesville: Published for the Bibliographical Society of the University of Virginia and the Lewis Carroll Society of North America by the University Press of Virginia, 1980.
- Hahn, Daniel, author. *Oxford Companion to Children's Literature*. New York, NY: Oxford University Press, 2015.
- Jones, Jo Elwyn. *The Alice companion: a guide to Lewis Carroll's Alice books*. Basingstoke: Macmillan, 1998.
- Kelly, Richard Michael, 1937-. *Lewis Carroll*. Boston: Twayne Publishers, 1990.
- Marill, Alvin H. *More theatre: stage to screen to television*. Metuchen, N.J.: Scarecrow Press, 1993.
- Muir, Percy H. (Percy Horace). *English children's books: 1600-1900*. London: Batsford, 1954.
- Pudney, John, 1909-. *Lewis Carroll and his world*. New York: Scribner, 1976.
- Ray, Gordon Norton, 1915-. *The illustrator and the book in England from 1790 to 1914*. New York: Pierpont Morgan Library, 1976.
- Schwab, Gabriele. *The mirror and the killer-queen: otherness in literary language*. Bloomington, Ind.: Indiana University Press, 1996.
- Sheehy, Helen, 1948-. *Eva Le Gallienne: a biography*. New York: Knopf, 1996.
- Stan, Susan. *The world through children's books*. Lanham, Md.: Scarecrow Press, 2002.
- Turner, Paul. *Victorian poetry, drama and miscellaneous prose, 1832-1890*. Clarendon Press, 1997.
- Weaver, Warren, 1894-1978. *Alice in many tongues: the translations of Alice in wonderland*. Madison: University of Wisconsin Press, 1964.

## Ridley Pearson

- McCall, Wendell. *Aim for the heart*. Thorndike, Me.: Center Point Pub.; Malbourne, Australia: Bolinda Pub., 2002.

- McCall, Wendell. *Dead aim: a Chris Klick mystery*. New York: St. Martin's Press, 1988.
- Pearson, Ridley. *Beyond recognition*. Hyperion, 1997.
- Pearson, Ridley. *Blood of the albatross: a thriller*. New York: St. Martin's Press, 1986.
- Pearson, Ridley. *Chain of evidence*. Hyperion, 1995.
- Pearson, Ridley. *Choke point*. Penguin Group (USA) Incorporated, 2013.
- Pearson, Ridley. *Hard fall*. Delacorte Press, 1992.
- Pearson, Ridley. *Killer summer*. Thorndike Press, 2009.
- Pearson, Ridley. *Killer view*. New York: Gale, 2008.
- Pearson, Ridley. *Killer weekend*. New York: G.P. Putnam's Sons, 2007.
- Pearson, Ridley. *Middle of nowhere: a novel*. New York: Hyperion, 2000.
- Pearson, Ridley. *No witnesses: a novel*. New York: Hyperion, 1994.
- Pearson, Ridley. *Parallel lies*. New York: Hyperion, 2001.
- Pearson, Ridley. *Probable cause*. St. Martin's Press, 1990.
- Pearson, Ridley. *The Red Room*. New York: G.P. Putnam's Sons, 2014.
- Pearson, Ridley. *The art of deception*. Hyperion, 2002.
- Pearson, Ridley. *The body of David Hayes*. Hyperion, 2004.
- Pearson, Ridley. *The first victim*. Hyperion, 1999.
- Pearson, Ridley. *The pied piper*. Hyperion, 1998.
- Pearson, Ridley. *The risk agent*. G.P. Putnam's Sons, 2012.
- Pearson, Ridley. *The seizing of Yankee Green Mall: a novel*. New York: St. Martin's Press, 1987.
- Pearson, Ridley. *Undercurrents*. G.K. Hall, 1988.
- Reardon, Joyce. *The diary of Ellen Rimbauer: my life at Rose Red*. New York: Hyperion, 2001.

## Jane Porter (romance author)

- Porter, Jane. *Easy on the eyes*. 5 Spot, 2009.
- Porter, Jane. *Hollywood Husband, Contract Wife (Harlequin Romance)*. Harlequin, 2006.
- Porter, Jane. *She's gone country*. 5 Spot, 2010.
- Porter, Jane. *The Italian groom*. Toronto, Ont.; New York: Harlequin Books, 2001.
- Porter, Jane. *The Spaniard's passion*. Harlequin, 2003.
- Porter, Jane. *The frog prince*. Warner Books, 2005.
- Porter, Jane. *The good woman*. Berkley Books, 2012.
- Porter, Jane. *The secretary's seduction*. Toronto, Ont.; New York: Harlequin Books, 2005.
- Porter, Jane, 1964-. *A dark Sicilian secret*. Toronto; New York: Harlequin, 2011.
- Porter, Jane, 1964-. *At the Greek boss's bidding*. Toronto; New York: Harlequin, 2007.
- Porter, Jane, 1964-. *Christos's promise*. Toronto: Harlequin Books, 2001.
- Porter, Jane, 1964-. *Duty, desire and the desert king*. Toronto; New York: Harlequin, 2009.
- Porter, Jane, 1964-. *In Dante's debt*. Toronto, Ont.; New York: Harlequin Books, 2003.
- Porter, Jane, 1964-. *King of the desert, captive bride*. Toronto; New York: Harlequin, 2008.
- Porter, Jane, 1964-. *Taken by the highest bidder*. Toronto; New York: Harlequin, 2005.
- Porter, Jane, 1964-. *The Sicilian's defiant mistress*. Toronto; New York: Harlequin, 2006.
- Porter, Jane, 1964-. *The good daughter*. New York: Berkley Books, 2013.
- Porter, Jane, 1964-. *The secret*. Toronto: Harlequin, 2002.
- Porter, Jane, 1964-. *The sheikh's chosen queen*. Toronto; New York: Harlequin, 2008.
- Porter, Jane, 1964-. *The sheikh's virgin*. Toronto: Harlequin; New York, 2005.
- Porter, Jane, 1964- author. *The good wife*. New York: Berkley Books, 2013.
- Porter, Jane, 1964-, et al. *My cowboy valentine*. Harlequin American Romance, 2013.
- Porter, Jane, 1964-, et al. *The fallen Greek bride*. Don Mills, Ont., Canada: Harlequin, 2013.

## Political career of Abraham Lincoln (1849–1861)

- Belz, Herman. *Abraham Lincoln, constitutionalism, and equal rights in the Civil War era*. New York: Fordham University Press, 1998.
- Blue, Frederick J. *Salmon P. Chase: a life in politics*. Kent, Ohio: Kent State University Press, 1987.

- Chesebrough, David B., 1932-. *No sorrow like our sorrow: northern Protestant ministers and the assassination of Lincoln*. Kent, Ohio: Kent State University Press, 1994.
- Dennis, Matthew, 1955-. *Red, white, and blue letter days: an American calendar*. Ithaca, N.Y.; London: Cornell University Press, 2002.
- Donald, David Herbert. *Lincoln reconsidered*. Vintage Books, 2001.
- Donald, David Herbert, 1920-2009. *Lincoln's Herndon*. New York: A.A. Knopf, 1948.
- Donald, David Herbert, 1920-2009, author. *Lincoln*. Touchstone, 1995.
- Goodwin, Doris Kearns. *Team of rivals: the political genius of Abraham Lincoln*. New York: Simon & Schuster, 2005.
- Havers, Grant N., 1965-. *Lincoln and the politics of Christian love*. Columbia: University of Missouri Press, 2009.
- Jaffa, Harry V. *A new birth of freedom: Abraham Lincoln and the coming of the Civil War*. Lanham, Md.: Rowman & Littlefield Publishers, 2000.
- McGovern, George S.. *Abraham Lincoln*. Times Books/Henry Holt and Co., 2009.
- Miller, William Lee. *Lincoln's virtues*. Alfred A. Knopf, 2002.
- Nevins, Allan, 1890-1971. *The emergence of Lincoln*. New York: Scribner's, 1950.
- Oates, Stephen B. *With malice toward none: a life of Abraham Lincoln*. New York: HarperPerennial, 1994.
- Paludan, Phillip S.. *The presidency of Abraham Lincoln*. University Press of Kansas, 1994.
- Potter, David Morris, et al. *The impending crisis, 1848-1861*. New York: Harper & Row, 1976.
- Schwartz, Barry. *Abraham Lincoln and the forge of national memory*. University of Chicago Press, 2000.
- Simon, Paul, 1928-2003. *Lincoln's preparation for greatness: the Illinois legislative years*. Urbana, University of Illinois Press, 1971.
- Striner, Richard, 1950-. *Father Abraham: Lincoln's relentless struggle to end slavery*. Oxford; New York: Oxford University Press, 2006.
- Taranto, James, et al. *Presidential leadership: rating the best and the worst in the White House*. New York: Wall Street Journal Books, 2004.
- Thomas, Benjamin P. *Abraham Lincoln a biography*. New York: Random House., 1968.
- White, Ronald C. (Ronald Cedric), 1939-. *A. Lincoln: a biography*. New York: Random House, 2009.
- Wilson, Douglas L. (Douglas Lawson), 1935-. *Honor's voice: the transformation of Abraham Lincoln*. New York: Vintage Books, 1999.

## War of 1812

- Adams, Donald R. *Finance and enterprise in early America: a study of Stephen Girard's bank, 1812-1831*. Philadelphia: University of Pennsylvania Press, 1978.
- Banner, James M., 1935-. *To the Hartford Convention: the Federalists and the origins of party politics in Massachusetts, 1789-1815*. New York: Knopf, 1970.
- Brown, Roger Hamilton. *The Republic in peril: 1812*. New York, Norton, 1971.
- Caffrey, Kate. *The Twilight's last gleaming: Britain vs. America 1812-1815*. New York: Stein and Day, 1977.
- Carroll, Francis M. (Professor), author. *A good and wise measure: the search for the Canadian-American boundary, 1783-1842*. Toronto, Ont.: University of Toronto Press, 2001.
- Cave, Alfred A.. *Prophets of the great spirit*. University of Nebraska Press, 2005.
- Elting, John Robert. *Amateurs, to arms!*. Da Capo Press, 1995.
- Heidler, David Stephen, 1955-. *The War of 1812*. Westport, Conn.: Greenwood Press, 2002.
- Hickey, Donald R.. *Don't Give Up the Ship!*. University of Illinois Press, 2006.
- Hickey, Donald R., 1944-. *The War of 1812: a forgotten conflict*. Urbana: University of Illinois Press, 1989.
- Horsman, Reginald. *The causes of the War of 1812*. Philadelphia: University of Pennsylvania Press, 1962.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- Langguth, A. J., 1933-2014. *Union 1812: the Americans who fought the Second War of Independence*. New York: Simon & Schuster, 2006.
- Leckie, Robert, 1920-2001. *The wars of America*. New York: Harper & Row, Publishers, 1981.

- Malcomson, Robert, 1949-. *Lords of the lake: the naval war on Lake Ontario, 1812-1814*. Toronto: R. Brass Studio, 1998.
- Reilly, Robin. *The British at the gates; the New Orleans campaign in the War of 1812*. New York, Putnam, 1974.
- Remini, Robert Vincent, 1921-. *Andrew Jackson and the course of American empire, 1767-1821*. New York: Harper & Row, 1977.
- Simmons, Edwin H., 1921-2007. *The United States Marines: a history*. Annapolis, Md.: Naval Institute Press, 2003.
- Stagg, J. C. A. (John Charles Anderson), 1945-. *Mr. Madison's war: politics, diplomacy, and warfare in the early American republic, 1783-1830*. Princeton, N.J.: Princeton University Press, 1983.
- Stanley, George F. G., 1907-. *The War of 1812: land operations*. [Toronto, Canada]: Macmillan of Canada in collaboration with the National Museum of Man, National Museums of Canada, 1983.
- Stuart, Reginald C. *United States expansionism and British North America, 1775-1871*. Chapel Hill: University of North Carolina Press, 1988.
- White, Leonard Dupee, 1891-1958. *The Jeffersonians: a study in administrative history, 1801-1829*. New York: Macmillan, 1951.

## Timeline of music in the United States (1950–1969)

- Abel, E. Lawrence. *Singing the new nation*. Stackpole Books, 2000.
- Appiah, Anthony, et al. *Africana: the encyclopedia of the African and African American experience*. New York: Basic Civitas Books, 1999.
- Becker, Howard Saul, 1928-. *Outsiders; studies in the sociology of deviance*. London, Free Press of Glencoe, 1963.
- Bird, Christiane. *Da Capo jazz and blues lover's guide to the U.S.: with more than 900 hot clubs, cool joints, landmarks, and legends, from boogie-woogie to bop and beyond*. Cambridge, MA: Da Capo Press, 2001.
- Chase, Gilbert, 1906-. *America's music: from the pilgrims to the present*. Urbana: University of Illinois Press, 1987.
- Cooper, David Edwin, 1944-. *International bibliography of discographies: classical music and jazz & blues, 1962-1972: a reference book for record collectors, dealers, and libraries*. Littleton, Colo.: Libraries Unlimited, 1975.
- Cusic, Don. *The sound of light: a history of gospel music*. Bowling Green, Ohio: Bowling Green State University Popular Press, 1990.
- Darden, Bob, 1954-. *People get ready!: a new history of Black gospel music*. New York: Continuum, 2004.
- Early, Gerald Lyn. *One nation under a groove: Motown and American culture*. Hopewell, N.J.: Ecco Press, 1995.
- Garland, Phyl. *The sound of soul*. Chicago, H. Regnery, 1969.
- Kirk, Elise K. (Elise Kuhl), 1932-. *American opera*. Urbana: University of Illinois Press, 2001.
- Lankford, Ronald D., 1962-. *Folk music USA: the changing voice of protest*. New York: Schirmer Trade Books, 2005.
- Leadbitter, Mike, et al. *Blues records, 1943-1970: a selective discography*. London, England: Record Information Services, 1987.
- Lindsay, Susan Gedutis, 1969-. *See you at the hall: Boston's golden era of Irish music and dance*. Boston: Northeastern University Press, 2004.
- Malone, Bill C, et al. *Southern music/American music*. Lexington, Ky.: University Press of Kentucky, 2003.
- Malone, Bill C. cn. *Country music U.S.A.; a fifty-year history*. Austin, published for the American Folklore Society by the University of Texas Press, 1968.
- Merriam, Alan P., 1923-1980. cmp (FrPBN)12572394, et al. *A Bibliography of jazz [Musique imprimâee]*. Philadelphia: the American folklore society, 1954.
- Miller, Jim, 1947-. *Flowers in the dustbin: the rise of rock and roll, 1947-1977*. New York: Simon & Schuster, 1999.

- Moore, Allan F. *The Cambridge companion to blues and gospel music*. Cambridge: Cambridge University Press, 2002.
- Nettl, Bruno, 1930-. *North American Indian musical styles*. Philadelphia: American Folklore Society, 1954.
- Peretti, Burton W.. *Lift every voice*. Rowman & Littlefield Publishers, 2008.
- Smith, Suzanne E., 1964-. *Dancing in the street: Motown and the cultural politics of Detroit*. Cambridge, Mass.: Harvard University Press, 1999.
- Tribe, Ivan M.. *Country*. Greenwood Press, 2006.

## Ezra Pound

- Aldington, Richard, 1892-1962. *Life for life's sake: a book of reminiscences*. New York: Viking Press, 1941.
- Bigsby, C. W. E.. *Arthur Miller, 1915-1962*. Harvard University Press, 2009.
- Bishop, Elizabeth, 1911-1979. 1n. *Questions of travel: [poems]*. New York, Farrar, Straus and Giroux, 1965.
- Bush, Ronald. *The genesis of Ezra Pound's Cantos*. Princeton, N.J.: Princeton University Press, 1976.
- Carpenter, Humphrey. *A serious character: the life of Ezra Pound*. Boston: Houghton Mifflin, 1988.
- Desai, Meghnad. *The route of all evil: the political economy of Ezra Pound*. London: Faber and Faber, 2006.
- Julius, Anthony. *T.S. Eliot, anti-semitism, and literary form*. Cambridge; New York, NY: Cambridge University Press, 1995.
- Kenner, Hugh. *The poetry of Ezra Pound*. London, Faber and Faber, 1951.
- Knapp, James F. *Ezra Pound*. Boston: Twayne Publishers, 1979.
- Kutler, Stanley I. *The American inquisition: justice and injustice in the Cold War*. New York: Hill and Wang, 1982.
- Leavis, F. R. (Frank Raymond), 1895-1978. *New bearings in English poetry; a study of the contemporary situation*. London, Chatto & Windus, 1932.
- Lowell, Amy, 1874-1925. *The complete poetical works of Amy Lowell*. Boston, Houghton Mifflin, 1955.
- Nadel, Ira Bruce. *The Cambridge introduction to Ezra Pound*. Cambridge; New York: Cambridge University Press, 2007.
- Orwell, George, 1903-1950. *The collected essays, journalism and letters of George Orwell / 4, In Front of your nose: 1945-1950*. New York: Harcourt, Brace and World, 1968.
- Ricks, Christopher, 1933-. *T.S. Eliot and prejudice*. Berkeley: University of California Press, 1988.
- Schulman, Grace, comp. *Ezra Pound: a collection of criticism*. New York, McGraw-Hill, 1974.
- Stock, Noel. *The life of Ezra Pound*. New York, Pantheon Books, 1970.
- Stoicheff, Peter, 1956-. *The hall of mirrors: Drafts & Fragments and the end of Ezra Pound's Cantos*. Ann Arbor: University of Michigan Press, 1995.
- Torrey, E. Fuller (Edwin Fuller), 1937-. *The roots of treason: Ezra Pound and the secret of St. Elizabeths*. San Diego: Harcourt Brace Jovanovich, 1984.
- Tytell, John. *Ezra Pound*. Anchor Press, 1987.
- Wilhelm, James J. *The American roots of Ezra Pound*. New York: Garland Pub., 1985.
- Witemeyer, Hugh. *The poetry of Ezra Pound: forms and renewal, 1908-1920*. Berkeley: University of California Press, 1969.

## I've Just Seen a Face

- Carlin, Peter Ames. *Paul McCartney: a life*. New York: Simon & Schuster, 2009.
- Castleman, Harry. *All together now: the first complete Beatles discography; 1961-1975*. New York Ballantine Books, 1977.
- Doggett, Peter. *Are you ready for the country*. New York: Penguin Books, 2001.
- Doggett, Peter. *The art & music of John Lennon*. London; New York: Omnibus Press, 2005.
- Einarson, John, 1952-. *Desperados: the roots of country rock*. New York: Cooper Square Press, 2000.
- Gould, Jonathan. *Can't buy me love*. Harmony Books, 2007.

- Hertsgaard, Mark, 1956-. *A day in the life: the music and artistry of the Beatles*. New York: Delacorte Press, 1995.
- Jackson, Andrew Grant, 1969- author. *1965: the most revolutionary year in music*. New York: Thomas Dunne Books/St. Martin's Press, 2015.
- Kozinn, Allan. *The Beatles*. London: Phaidon, 1996.
- Lennon, John. *All we are saying*. St. Martin's Griffin, 2000.
- MacDonald, Ian, 1948-2003. *Revolution in the head: the Beatles' records and the sixties*. Chicago, Ill: Chicago Review Press, 2007.
- Miles, Barry, 1943-. *Paul McCartney: many years from now*. New York: H. Holt, 1997.
- Norman, Philip, 1943- author. *Paul McCartney: the life*. New York: Little, Brown and Company, 2016.
- O'Grady, Terence J. *The Beatles, a musical evolution*. Boston: Twayne, 1983.
- Riley, Tim. *Tell me why*. Da Capo Press, 2002.
- Rodriguez, Robert, 1961-. *Revolver: how the Beatles re-imagined rock 'n' roll*. Montclair, NJ: Backbeat Books, 2012.
- Schaffner, Nicholas, 1953-. *The Beatles forever*. New York: McGraw-Hill, 1978.
- Shea, Stuart. *Fab Four FAQ: everything left to know about the Beatles-- and more!*. New York: Hal Leonard, 2007.
- Sounes, Howard, 1965-. *Fab: an intimate life of Paul McCartney*. Cambridge, MA: Da Capo Press, 2010.
- Trager, Oliver. *The American book of the Dead: the definitive Grateful Dead encyclopedia*. New York: Simon & Schuster, 1997.
- Turner, Steve, 1949-. *A hard day's write: the stories behind every Beatles song*. New York: Harper, 2005.
- Unterberger, Richie, 1962-. *Turn! turn! turn!: the '60s folk-rock revolution*. San Francisco: Backbeat Books, 2002.
- Unterberger., by Richie. *Eight miles high: folk-rock's flight from Haight-Ashbury to Woodstock*. San Francisco, CA: BackBeat Books, 2003.

## History of Canadian foreign policy

- Black, J. L. (Joseph Laurence), 1937-. *Canada in the Soviet mirror: ideology and perception in Soviet foreign affairs, 1917-1991*. [Ottawa]: Carleton University Press, 1998.
- Bothwell, Robert. *Alliance and illusion: Canada and the world, 1945-1984*. Vancouver, BC: UBC Press, 2007.
- Bothwell, Robert. *Canada and the United States: the politics of partnership*. New York: Twayne Publishers; New York: Maxwell Macmillan International, 1992.
- Bothwell, Robert. *The big chill: Canada and the Cold War*. Toronto: Canadian Institute of International Affairs = Institut canadien des affaires internationales, 1998.
- Brown, Robert Craig. *Canada's national policy, 1883-1900: a study in Canadian-American relations*. Princeton, N.J.: Princeton University Press, 1964.
- Brown, Robert Craig. *Canada, 1896-1921: a nation transformed*. [Toronto]: McClelland and Stewart, 1974.
- Callahan, James Morton, 1864-1956. *American foreign policy in Canadian relations. --*. New York: Macmillan, 1937.
- Cohen, Andrew, 1955-. *Lester B. Pearson*. Toronto: Penguin, 2008.
- Cook, Tim, 1971-. *Warlords: Borden, Mackenzie King, and Canada's world wars*. Toronto: Allen Lane, 2012.
- Dawson, Robert MacGregor, 1895-1958. *The development of dominion status, 1900-1936*. [Hamden, Conn.]: Archon Books, 1965.
- Dewitt, David B. (David Brian), 1948-. *Canada as a principal power: a study in foreign policy and international relations*. Toronto; New York: Wiley, 1983.
- Eayrs, James George, 1926-. *In defence of Canada*. [Toronto]: University of Toronto Press, 1965.
- Glazebrook, George Parkin de T. *A history of canadian external relations*. London: Oxford University Press, 1950.
- Granatstein, J. L. *A man of influence: Norman A. Robertson and Canadian statecraft, 1929-68*. [Ottawa]: Deneau Publishers, 1981.

- Granatstein, J. L. *Canada's war: the politics of the Mackenzie King government, 1939-1945*. Toronto: Oxford University Press, 1975.
- Keating, Thomas F. *Canada and world order: the multilateralist tradition in Canadian foreign policy*. Don Mills, Ont.: Oxford University Press, 2002.
- Mahant, Edelgard E. (Edelgard Elsbeth). *An introduction to Canadian-American relations*. Scarborough, Ont.: Nelson Canada, 1989.
- Prang, Margaret, 1921-. *N.W. Rowell: Ontario nationalist*. Toronto; Buffalo: University of Toronto Press, 1975.
- Reid, Escott. *Time of fear and hope: the making of the North Atlantic Treaty, 1947-1949*. Toronto: McClelland and Stewart, 1977.
- Rempel, Roy Anthony, 1962-. *Counterweights: the failure of Canada's German and European policy, 1955-1995*. Montreal; Buffalo: McGill-Queen's University Press, 1996.
- Stacey, C. P. (Charles Perry), 1906-1989. *Canada and the age of conflict: a history of Canadian external policies*. Toronto: Macmillan of Canada, 1977.
- Stevenson, Brian J. R. *Canada, Latin America, and the new internationalism: a foreign policy analysis, 1968-1990*. Montreal; Ithaca [New York]: McGill-Queen's University Press, 2000.

## History of United States foreign policy

- Bailey, Thomas Andrew, 1902-. *A diplomatic history of the American people*. Englewood Cliffs, N.J.: Prentice-Hall, 1980.
- Blumenthal, Henry. *France and the United States; their diplomatic relations, 1789-1914*. Chapel Hill, University of North Carolina Press, 1970.
- Brodsky, Alyn. *Grover Cleveland*. St. Martin's Press, 2000.
- Buckley, Thomas H., 1932-. *The United States and the Washington Conference, 1921-1922*. Knoxville, University of Tennessee, 1970.
- Cooper, John Milton. *Breaking the heart of the world*. Cambridge University Press, 2001.
- Dallek, Robert. *Franklin D. Roosevelt and American foreign policy, 1932-1945*. New York: Oxford University Press, 1979.
- DeConde, Alexander. *A history of American foreign policy*. New York: Scribner, 1978.
- Dulles, Foster Rhea, 1900-1970. 1n. *Prelude to world power: American diplomatic history, 1860-1900*. New York, Macmillan, 1965.
- Dwyer, John Joseph, 1965-. *The agrarian dispute: the expropriation of American-owned rural land in postrevolutionary Mexico*. Durham: Duke University Press, 2008.
- Findling, John E. *Dictionary of American diplomatic history*. Westport, Conn.: Greenwood Press, 1980.
- Glad, Betty. *An outsider in the White House: Jimmy Carter, his advisors, and the making of American foreign policy*. Ithaca: Cornell University Press, 2009.
- Jonas, Manfred. *The United States and Germany: a diplomatic history*. Ithaca, N.Y.: Cornell University Press, 1984.
- Jones, Kenneth Paul. *U.S. diplomats in Europe, 1919-1941*. Santa Barbara, CA: ABC-Clio; Oxford, England: Clio Press, 1981.
- Leopold, Richard William. *The growth of American foreign policy: a history*. New York: Knopf, 1962.
- Levering, Ralph B, et al. *The cold war, 1945-1987*. Arlington Heights, Ill.: H. Davidson, 1988.
- McCauley, Martin. *Russia, America, and the Cold War, 1949-1991*. London; New York: Longman, 1998.
- Nixon, Richard M. (Richard Milhous), 1913-1994. *RN: the memoirs of Richard Nixon*. New York: Grosset & Dunlap, 1978.
- Paterson, Thomas G., 1941-. *Major problems in American foreign policy: documents and essays*. Lexington, Mass.: D.C. Heath, 1989.
- Paterson, Thomas G., 1941-, et al. *American foreign policy: a history*. Lexington, Mass.: D.C. Heath, 1988.
- Perkins, Bradford, 1925-. *Castlereagh and Adams: England and the United States, 1812-1823. --*. Berkeley: University of California Press, 1964.
- Savelle, Max, 1896-, et al. *The origins of American diplomacy: the international history of Angloamerica, 1492-1763*. New York, Macmillan, 1967.

- Stuart, Reginald C. *United States expansionism and British North America, 1775-1871*. Chapel Hill: University of North Carolina Press, 1988.

## John F. Kennedy

- Ballard, Robert D. *Collision with history: the search for John F. Kennedy's PT 109*. Washington, D.C.: National Geographic Society, 2002.
- Barnes, John A., 1960-. *John F. Kennedy on leadership: the lessons and legacy of a president*. New York: AMACOM, 2007.
- Donovan, Robert J.. *PT 109*. McGraw-Hill, 2001.
- Douglass, James W. *JFK and the unspeakable: why he died and why it matters*. Maryknoll, N.Y.: Orbis Books, 2008.
- Dudley, Robert L. *Counting every vote: the most contentious elections in American history*. Washington, D.C.: Potomac Books, 2008.
- Hersh, Burton. *Bobby and J. Edgar*. Carroll & Graf, 2007.
- Jewell, Elizabeth. *U.S. presidents factbook*. New York: Random House Reference, 2005.
- Karnow, Stanley. *Vietnam, a history*. New York: Viking Press, 1983.
- Kempe, Frederick. *Berlin 1961: Kennedy, Khrushchev, and the most dangerous place on earth*. New York: G.P. Putnam's Sons, 2011.
- Kenney, Charles, et al. *John F. Kennedy: the presidential portfolio: history as told through the collection of the John F. Kennedy Library and Museum*. New York: PublicAffairs, 2000.
- Kulski, Władysław Wszebór, 1903-. *De Gaulle and the world: the foreign policy of the Fifth French Republic*. Syracuse, N.Y.] Syracuse University Press, 1966.
- Leaming, Barbara. *Jack Kennedy: the education of a statesman*. New York: W.W. Norton, 2006.
- Maier, Thomas. *The Kennedys: America's emerald kings*. New York: BasicBooks, 2004.
- Manchester, William, 1922-2004. *Portrait of a President; John F. Kennedy in profile*. Boston, Little, Brown, 1967.
- Matthews, Christopher. *Jack Kennedy*. Simon & Schuster, 2011.
- Meisler, Stanley, et al. *When the world calls: the inside story of the Peace Corps and its first fifty years*. Boston: Beacon Press, 2011.
- Nelson, Craig, 1955-. *Rocket men: the epic story of the first men on the moon*. New York: Viking, 2009.
- O'Brien, Michael, 1943-. *John F. Kennedy: a biography*. New York: Thomas Dunne Books/St. Martin's Press, 2005.
- Reeves, Richard. *President Kennedy*. Simon & Schuster, 1993.
- Sorensen, Theodore C. *Kennedy*. New York, Harper & Row, 1965.
- Sorensen, Theodore C. *Kennedy*. New York: Bantam, 1966.
- Wetterau, Bruce. *The Presidential Medal of Freedom: winners and their achievements*. Washington, D.C.: Congressional Quarterly, 1996.

## Pat Mora

- Mora, Pat. *A birthday basket for Tía*. Macmillan, 1992.
- Mora, Pat. *Aunt Carmen's book of practical saints*. Beacon Press, 1997.
- Mora, Pat. *Book fiesta!: celebrate Children's Day/Book Day = celebremos El día de los niños/El día de los libros: a bilingual picture book*. New York, NY: Rayo, 2009.
- Mora, Pat. *Borders*. Houston: Arte Público Press, 1986.
- Mora, Pat. *Chants*. Houston, Tex.: Arte Público Press, 1994.
- Mora, Pat. *Dizzy in your eyes*. Alfred A. Knopf, 2010.
- Mora, Pat. *Doña Flor*. A.A. Knopf, 2005.
- Mora, Pat. *Join hands !: the ways we celebrate life*. Watertown, MA: Charlesbridge, 2008.
- Mora, Pat. *Let's eat! = ¡A comer!*. New York: HarperCollins, 2008.
- Mora, Pat. *Maria paints the hills*. Museum of New Mexico Press, 2002.
- Mora, Pat. *My own true name: new and selected poems for young adults, 1984-1999*. Houston, Tex.: Piñata Books, 2000.

- Mora, Pat. *Nepantla: essays from the land in the middle*. Albuquerque: University of New Mexico Press, 1993.
- Mora, Pat. *Sweet dreams = Dulces suenos*. New York: Rayo, 2008.
- Mora, Pat. *The beautiful lady: Our Lady of Guadalupe*. New York: Alfred A. Knopf, 2012.
- Mora, Pat. *Wiggling pockets = Los bolsillos saltarines*. New York, NY: Rayo, 2009.
- Mora, Pat, author. *Marimba!: animales from A to Z*. New York: Clarion Books, 2006.
- Mora, Pat, et al. *Agua agua agua: fabula de Esopo*. Glenview, IL: GoodYearBooks, 1994.
- Mora, Pat, et al. *Love to mamá: a tribute to mothers*. New York: Lee & Low Books, 2001.
- Mora, Pat, et al. *The gift of the poinsettia = El regalo de la flor de nochebuena*. Houston, Tex.: Piñata Books, 1995.
- Mora, Pat, et al. *The race of toad and deer*. New York: Orchard Books, 1995.
- Mora, Pat, et al. *This big sky*. New York: Scholastic, 1998.
- Mora, Pat, et al. *Uno, dos, tres = One, two, three*. New York: Clarion Books, 1996.

## Meaning of life

- Ackerman, Jennifer. *Chance in the house of fate: a natural history of heredity*. Boston: Houghton Mifflin, 2001.
- Badke, William B., 1949-. *The hitchhiker's guide to the meaning of everything*. Grand Rapids, MI: Kregel Publications, 2005.
- Baggini, Julian. *What's it all about?: philosophy and the meaning of life*. London: Granta, 2004.
- Bhaskarananda, Swami. *The essentials of Hinduism: a comprehensive overview of the world's oldest religion*. Seattle, WA: Viveka Press, 1994.
- Bruce, Alexandra. *Beyond the bleep: the definitive unathorized guide to What the bleep do we know!?*. New York: Disinformation, 2005.
- Churchland, Paul M., 1942-. *A neurocomputational perspective: the nature of mind and the structure of science*. Cambridge, MA: MIT Press, 1992.
- Cook, John, 1939-, et al. *The book of positive quotations*. Minneapolis: Fairview Press, 2007.
- Gibbs, John C. *Moral maturity: measuring the development of sociomoral reflection*. Hillsdale, N.J.: L. Erlbaum Associates, 1992.
- Hinnells, John R. *A new handbook of living religions*. London; New York: Penguin Books, 1998.
- Hsu   Hua, 1918-1995. *Words of wisdom. v. 1. Beginning Buddhism*. Burlingame, CA: Buddhist Text Translation Society, 2003.
- Kelly, Matthew. *The rhythm of life: living every day with passion and purpose*. New York: Fireside Books, 2004.
- Kragh, Helge, 1944-. *Cosmology and controversy: the historical development of two theories of the universe*. Princeton, NJ: Princeton University Press, 1999.
- Kultgen, John H. *Autonomy and intervention: parentalism in the caring life*. New York: Oxford University Press, 1995.
- Muller, Jerry Z., 1954-. *Conservatism: an anthology of social and political thought from David Hume to the present*. Princeton, N.J.: Princeton University Press, 1997.
- Plato,, et al. *Complete works*. Indianapolis, Ind.: Hackett Pub., 1997.
- Rensberger, Boyce. *Life itself: exploring the realm of the living cell*. New York: Oxford University Press, 1996.
- Simmons, Ernest J. (Ernest Joseph), 1903-1972. *Tolstoy*. London, Boston, Routledge and K. Paul, 1973.
- Steinberg, Dominique Moyse. *The mutual-aid approach to working with groups: helping people help one another*. New York: Haworth Press, 2004.
- Turner, Bryan S. *Society and culture: principles of scarcity and solidarity*. London; Thousand Oaks, Calif.: SAGE, 2001.
- Werner, Karel. *A popular dictionary of Hinduism*. Richmond, Surrey: Curzon, 1994.

## Presidency of Harry S. Truman

- Acheson, Dean, 1893-1971. *Present at the creation; my years in the State Department*. New York, Norton, 1969.
- Beisner, Robert L. *Dean Acheson: a life in the Cold War*. Oxford; New York: Oxford University Press, 2006.
- Chambers, John Whiteclay, et al. *The Oxford companion to American military history*. New York: Oxford University Press, 1999.
- Culver, John C., 1932-, et al. *American dreamer: the life and times of Henry A. Wallace*. New York: Norton, 2000.
- Dallek, Robert. *Harry S. Truman*. Times Books, 2008.
- Donovan, Robert J. *Tumultuous years: the presidency of Harry S. Truman, 1949-1953*. New York: Norton, 1982.
- Fussell, Paul. *Thank God for the atom bomb, and other essays*. Summit Books, 1988.
- Gaddis, John Lewis. *George F. Kennan: an American life*. New York: Penguin Press, 2011.
- Gaddis, John Lewis. *Strategies of containment: a critical appraisal of postwar American national security policy*. New York: Oxford University Press, 1982.
- Giglio, James N., 1939-, et al. *Truman in cartoon and caricature*. Ames: Iowa State University Press, 1984.
- Griffith, Barbara S., author. *The crisis of American labor: Operation Dixie and the defeat of the CIO*. Philadelphia: Temple University Press, 1988.
- Hamby, Alonzo L. *Man of the people: a life of Harry S. Truman*. New York: Oxford University Press, 1995.
- Herken, Gregg, 1947- author. *The winning weapon: the atomic bomb in the Cold War, 1945-1950: with a new preface*. Princeton, New Jersey: Princeton University Press, 1988.
- Hogan, Michael J., 1943-. *America in the world: the historiography of American foreign relations since 1941*. Cambridge; New York: Cambridge University Press, 1995.
- McCoy, Donald R. *The presidency of Harry S. Truman*. Lawrence, Kan.: University Press of Kansas, 1984.
- Miller, Merle, 1919-1986. *Plain speaking; an oral biography of Harry S. Truman*. New York, Berkley Pub. Corp.; distributed by Putnam, 1974.
- Morison, Samuel Eliot, 1887-1976. *The Oxford history of the American people*. New York, Oxford University Press, 1965.
- Offner, Arnold A. *Another such victory: President Truman and the Cold War, 1945-1953*. Stanford, Calif.: Stanford University Press, 2002.
- Pogue, Forrest C, et al. *George C. Marshall: statesman, 1945-1959*. New York: Viking, 1987.
- Truman, Margaret, 1924-. *Harry S. Truman*. New York, Morrow, 1973.
- Weinstein, Allen. *Perjury: the Hiss-Chambers case*. New York: Random House, 1997.

## History of U.S. foreign policy, 1776–1801

- Brown, Ralph A. *The Presidency of John Adams*. Lawrence: University Press of Kansas, 1975.
- Chernow, Ron. *Alexander Hamilton*. New York: Penguin Press, 2004.
- Chernow, Ron. *Washington: A Life*. The Penguin Press, 2010.
- Combs, Jerald A. *The Jay treaty; political battleground of the Founding Fathers*. Berkeley: University of California Press, 1970.
- Daughan, George C. *If by sea: the forging of the American Navy-- from the American Revolution to the War of 1812*. New York: Basic Books, 2008.
- Diggins, John P. *John Adams*. New York: Times Books, 2003.
- Dull, Jonathan R., 1942-. *A diplomatic history of the American Revolution*. New Haven: Yale University Press, 1985.
- Dull, Jonathan R., 1942-. *Benjamin Franklin and the American Revolution*. Lincoln: University of Nebraska Press, 2010.
- Ferling, John E. *A leap in the dark: the struggle to create the American republic*. Oxford; New York: Oxford University Press, 2003.

- Giunta, Mary A;Hartgrove, J. Dane;Dowd, Mary-Jane M. *The emerging nation: a documentary history of the foreign relations of the United States under the Articles of Confederation, 1780-1789*. Washington, DC: National Historical Publications and Records Commission, 1996.
- Jensen, Merrill. *The New Nation: a history of the United States during the Confederation, 1781-1789*. New York: Knopf, 1962.
- Kaplan, Lawrence S. cn. *Colonies into nation: American diplomacy, 1763-1801*. New York, Macmillan, 1972.
- Kurtz, Stephen G. *The Presidency of John Adams; the collapse of Federalism, 1795-1800*. Philadelphia, University of Pennsylvania Press, 1957.
- McCullough, David G. *John Adams*. New York: Simon & Schuster, 2001.
- Miller, Nathan, 1927-. *The U.S. Navy: a history*. Annapolis, Md.: Naval Institute Press, 1997.
- Morison, Samuel Eliot, 1887-1976. *The Oxford history of the American people*. New York, Oxford University Press, 1965.
- Morris, Richard B. (Richard Brandon), 1904-1989. *The forging of the Union, 1781-1789*. New York: Harper & Row, 1987.
- Morris, Richard Brandon, 1904- . dn. *The peacemakers; the great powers and American independence*. New York, Harper & Row, 1965.
- Nettels, Curtis P. (Curtis Putnam). *The emergence of a national economy, 1775-1815. --*. New York: Holt, Rinehart and Winston, 1962.
- Nugent, Walter T. K. *Habits of empire: a history of American expansion*. New York: Alfred A. Knopf, 2008.
- Sharp, James Roger, 1936-. *American politics in the early republic: the new nation in crisis*. New Haven: Yale University Press, 1993.

## Political views of Adolf Hitler

- Browning, Christopher R, et al. *The path to genocide: essays on launching the final solution*. Cambridge; New York, NY, USA: Cambridge University Press, 1992.
- Confino, Alon, author. *A world without Jews: the Nazi imagination from persecution to genocide*. New Haven: Yale University Press, 2014.
- Evans, Richard J.. *The Third Reich in power, 1933-1939*. Penguin Press, 2005.
- Fest, Joachim C., 1926-2006. *Hitler*. New York, Harcourt Brace Jovanovich, 1974.
- Grunsberger, Richard. *The 12-year Reich: a social history of Nazi Germany, 1933-1945. --*. New York, 1971.
- Heiden, Konrad, 1901-1966, et al. *The Führer*. Edison, N.J.: Castle Books, 2002.
- Hildebrand, Klaus. *The Third Reich*. London; Boston: Allen & Unwin, 1984.
- Hildebrand, Klaus, author. *The foreign policy of the Third Reich*. Berkeley: University of California Press, 1973.
- Hillgruber, Andreas, author. *Germany and the two World Wars*. Cambridge, Mass.: Harvard University Press, 1981.
- Kershaw, Ian. *Hitler,: hubris*. New York: Norton, 1999.
- Kershaw, Ian. *The "Hitler myth": image and reality in the Third Reich*. Oxford [Oxfordshire]; New York: Oxford University Press, 1989.
- Kershaw, Ian. *The Nazi dictatorship: problems and perspectives of interpretation*. London; New York: E. Arnold; New York, NY: Distributed in the USA by Routledge, Chapman, and Hall, 1993.
- Koonz, Claudia. *The Nazi Conscience*. Belknap Press, 2003.
- McDonough, Frank. *Opposition and resistance in Nazi Germany*. Cambridge University Press, 2001.
- Mosse, George L. (George Lachmann), 1918-1999. *Toward the final solution: a history of European racism*. New York: Harper & Row, 1980.
- Shirer, William L. (William Lawrence), 1904-1993. *The rise and fall of the Third Reich; a history of Nazi Germany*. New York, Simon and Schuster, 1960.
- Spielvogel, Jackson J., 1939-. *Hitler and Nazi Germany: a history*. Englewood Cliffs, N.J.: Prentice Hall, 1992.

- Stackelberg, Roderick. *Hitler's Germany: origins, interpretations, legacies*. London; New York: Routledge, 1999.
- Stern, Fritz Richard, 1926-. *The politics of cultural despair: a study in the rise of the Germanic ideology*. Berkeley: University of California Press, 1974.
- Toland, John. *Adolf Hitler*. Garden City, N.Y.: Doubleday, 1976.
- Turner, Henry Ashby. *German big business and the rise of Hitler*. New York: Oxford University Press, 1985.
- Williamson, D. G. *The Third Reich*. London; New York: Longman, 2002.

## Angolan Civil War

- Alao, Abiodun. *Brothers at war*. British Academic Press, 1994.
- Andrew, Christopher M. *For the president's eyes only: secret intelligence and the American presidency from Washington to Bush*. New York: HarperCollinsPublishers, 1995.
- Arnson, Cynthia, et al. *Rethinking the economics of war: the intersection of need, creed, and greed*. Washington, D.C.: Woodrow Wilson Center Press; Baltimore: Johns Hopkins University Press, 2005.
- Bellant, Russ, 1949-, et al. *The Coors connection: how Coors family philanthropy undermines democratic pluralism*. Boston, MA: South End Press, 1991.
- Danopoulos, Constantine P. (Constantine Panos), et al. *The political role of the military: an international handbook*. Westport, Conn.: Greenwood Press, 1996.
- Dubose, Lou, et al. *The hammer: Tom Delay, God, money, and the rise of the Republican Congress*. New York: Public Affairs, 2004.
- Dunn, Kevin C., 1967-. *Imagining the Congo: the international relations of identity*. New York, N.Y.: Palgrave Macmillan, 2003.
- Easton, Nina. *Gang of five: leaders at the center of the conservative crusade*. New York: Simon & Schuster, 2000.
- Franklin, Jane, 1934-. *Cuba and the United States: a chronological history*. Melbourne; New York: Ocean Press, 1997.
- Garthoff, Raymond L. *Détente and confrontation: American-Soviet relations from Nixon to Reagan*. Washington, D.C.: Brookings Institution, 1985.
- Huband, Mark. *The skull beneath the skin: Africa after the Cold War*. Boulder, Colo.: Westview Press, 2001.
- Koh, Harold Hongju, 1954-. *The national security constitution: sharing power after the Iran-Contra Affair*. New Haven: Yale University Press, 1990.
- Meredith, Martin. *The fate of Africa: from the hopes of freedom to the heart of despair: a history of fifty years of independence*. New York: Public Affairs, 2005.
- Mukenge, Tshilemalema. *Culture and customs of the Congo*. Greenwood Press, 2002.
- Prince, Stephen, 1955-. *Visions of empire: political imagery in contemporary American film*. New York: Praeger, 1992.
- Theoharis, Athan G, et al. *The Central Intelligence Agency: security under scrutiny*. Westport, Conn.: Greenwood Press, 2006.
- Tvedten, Inge. *Angola: struggle for peace and reconstruction*. Boulder, Colo.: Westview Press, 1997.
- Vanneman, Peter. *Soviet strategy in Southern Africa: Gorbachev's pragmatic approach*. Stanford, Calif.: Hoover Institution Press, Stanford University, 1990.
- Walker, John Frederick. *A certain curve of horn: the hundred-year quest for the giant sable antelope of Angola*. New York: Grove Press, 2004.
- Wright, George, 1944-. *The destruction of a nation: United States' policy towards Angola since 1945*. London; Chicago, Ill.: Pluto Press, 1997.
- Young, Crawford, 1931-. *The rise and decline of the Zairian state*. Madison, Wis.: University of Wisconsin Press, 1985.
- Zemtsov, Ilya, et al. *Gorbachev: the man and the system*. New Brunswick, N.J., U.S.A.: Transaction, 1989.

## Richard Nixon

- Aitken, Jonathan, 1942-. *Nixon: a life*. Washington, DC: Regnery History, 2015.
- Ambrose, Stephen E. *Nixon*. New York: Simon and Schuster, 1987.
- Andrew, Christopher M. *For the president's eyes only: secret intelligence and the American presidency from Washington to Bush*. New York: HarperCollinsPublishers, 1995.
- Black, Conrad. *Richard M. Nixon: a life in full*. New York: PublicAffairs, 2007.
- Blythe, Will. *To hate like this is to be happy forever: a thoroughly obsessive, intermittently uplifting and occasionally unbiased account of the Duke-North Carolina basketball rivalry*. New York, NY: HarperCollins, 2006.
- Dallek, Robert. *Nixon and Kissinger: partners in power*. New York: HarperCollins Pub., 2007.
- Drew, Elizabeth. *Richard M. Nixon*. New York: Times Books, 2007.
- Evans, Rowland, 1921-, et al. *Nixon in the White House: the frustration of power*. New York, Random House, 1971.
- Ferris, Gary W. *Presidential places: a guide to the historic sites of U.S. presidents*. Winston-Salem, N.C.: J.F. Blair, 1999.
- Frick, Daniel E. *Reinventing Richard Nixon: a cultural history of an American obsession*. Lawrence: University Press of Kansas, 2008.
- Gaddis, John Lewis. *Strategies of containment: a critical appraisal of postwar American national security policy*. New York: Oxford University Press, 1982.
- Gellman, Irwin F. *The contender, Richard Nixon: the Congress years, 1946-1952*. New York: Free Press, 1999.
- Gitlin, Todd. *The sixties: years of hope, days of rage*. Toronto; New York: Bantam Books, 1987.
- Ingle, H. Larry (Homer Larry), 1936-. *Nixon's first cover-up: the religious life of a Quaker president*. Columbia: University of Missouri Press, 2015.
- Langguth, A. J., 1933-2014. *Our Vietnam: the war, 1954-1975*. New York: Simon & Schuster, 2000.
- Nixon, Richard M. (Richard Milhous), 1913-1994. *No more Vietnams*. New York: Arbor House, 1985.
- Nixon, Richard M. (Richard Milhous), 1913-1994. *RN: the memoirs of Richard Nixon*. New York: Grosset & Dunlap, 1978.
- Nixon, Richard M. (Richard Milhous), 1913-1994. *The memoirs of Richard Nixon*. New York: Warner, 1979.
- Parmet, Herbert S.. *Richard Nixon and his America*. Little, Brown, 1990.
- Reeves, Richard. *President Nixon*. Simon & Schuster, 2001.
- Wailoo, Keith. *Dying in the city of the blues: sickle cell anemia and the politics of race and health*. Chapel Hill: University of North Carolina Press, 2001.
- White, Theodore H. (Theodore Harold), 1915-1986. *The making of the President, 1972*. New York, Atheneum Publishers, 1973.

## New Testament

- Brown, Raymond Edward. *An introduction to the New Testament*. Doubleday, 1997.
- Bruce, F. F. (Frederick Fyvie), 1910-1990. *The acts of the apostles*. London: Tyndale Pr., 1952.
- Buttrick, George Arthur, 1892-1980, editor. *The Interpreter's dictionary of the Bible: an illustrated encyclopedia identifying and explaining all proper names and significant terms and subjects in the Holy Scriptures, including the Apocrypha, with attention to archaeological discoveries and researches into the life and faith of ancient times*. Nashville: Abingdon, 1976.
- Ehrman, Bart D. *The New Testament: a historical introduction to the early Christian writings*. New York: Oxford University Press, 2004.
- Ehrman, Bart D. *Truth and fiction in The Da Vinci code: a historian reveals what we really know about Jesus, Mary Magdalene, and Constantine*. Oxford; New York: Oxford University Press, 2004.
- Ehrman, Bart D.. *Jesus, interrupted*. HarperOne, 2009.
- Ehrman, Bart D.. *The Lost Gospel of Judas Iscariot*. Oxford University Press, USA, 2006.
- Fornberg, Tord, 1943-. *An early church in a pluralistic society: a study of 2 Peter*. Lund: LiberLäromedel/Gleerup, 1977.
- Gamble, Harry Y., 1941-. *The New Testament canon: its making and meaning*. Philadelphia: Fortress Press, 1985.

- Guthrie, Donald, 1916-1992. _New Testament introduction_. Downers Grove, Ill.: Inter-Varsity Press, 1990.
- Helms, Randel. _Who wrote the Gospels?_. Millenium Press, 1996.
- Knox, Wilfred L. (Wilfred Lawrence), 1886-1950, author. _The Acts of the apostles_. Cambridge [England]: University Press, 1948.
- Kümmel, Werner Georg, 1905-1995, et al. _Introduction to the New Testament_. Nashville, Tenn.: Abingdon Press, 1975.
- Ludlow, Daniel H. _Encyclopedia of Mormonism_. New York: Macmillan, 1992.
- Meier, John P. _A marginal Jew: rethinking the historical Jesus_. New York: Doubleday, 1991.
- Metzger, Bruce M. (Bruce Manning), 1914-2007. _The canon of the New Testament: its origin, development, and significance_. Oxford [Oxfordshire]: Clarendon Press; New York: Oxford University Press, 1987.
- Metzger, Bruce M. (Bruce Manning), 1914-2007. _The text of the New Testament: its transmission, corruption, and restoration_. New York: Oxford University Press, 2005.
- Paulsen, David L. (David Lamont), 1936-, et al. _Mormonism in dialogue with contemporary Christian theologies_. Macon, GA: Mercer University Press, 2007.
- Vööbus, Arthur. _Early versions of the New Testament: manuscript studies_. Stockholm: [Estonian Theological Society in Exile], 1954.
- Witherington, Ben, 1951-. _The Gospel code: novel claims about Jesus, Mary Magdalene, and Da Vinci_. Downers Grove, Ill.: InterVarsity Press, 2004.

## Douglas MacArthur

- Barbey, Daniel E., 1889-1969. _MacArthur's amphibious Navy; Seventh Amphibious Force operations, 1943-1945_. Annapolis, United States Naval Institute, 1969.
- Bix, Herbert P. _Hirohito and the making of modern Japan_. New York, NY: Perennial, 2001.
- Drea, Edward J., 1944-. _MacArthur's ULTRA: codebreaking and the war against Japan, 1942-1945_. Lawrence, Kan.: University Press of Kansas, 1991.
- Eichelberger, Robert L, et al. _Dear Miss Em: General Eichelberger's war in the Pacific, 1942-1945_. Westport, Conn.: Greenwood Press, 1972.
- FRANK, RICHARD B.. _MACARTHUR._. PALGRAVE MACMILLAN, 2007.
- Farwell, Byron. _Over there_. Norton, 1999.
- Ferrell, Robert H. _The question of MacArthur's reputation: Côte de Châtillon, October 14-16, 1918_. Columbia: University of Missouri Press, 2008.
- Gailey, Harry A. _MacArthur's victory: the war in New Guinea, 1943-1944_. New York: Presidio Press, 2004.
- Keats, John, 1920-2000. _They fought alone_. Philadelphia, Lippincott, 1963.
- MacArthur, Douglas, 1880-1964. _Courage was the rule: General Douglas MacArthur's own story_. New York: McGraw-Hill, 1965.
- MacArthur, Douglas, 1880-1964. _Reminiscences_. New York, McGraw-Hill, 1964.
- MacArthur, Douglas, 1880-1964, et al. _A soldier speaks; public papers and speeches of General of the Army, Douglas MacArthur_. New York, Praeger, 1965.
- Masuda, Hiroshi, 1947-. _MacArthur in Asia: the general and his staff in the Philippines, Japan, and Korea_. Ithaca: Cornell University Press, 2012.
- Meilinger, Phillip S., 1948-, et al. _Hoyt S. Vandenberg, the life of a general_. [United States?]: Air Force History and Museums Program, 2000.
- Nitze, Paul H.. _From Hiroshima to glasnost_. G. Weidenfeld, 1989.
- Perret, Geoffrey. _Old soldiers never die: the life of Douglas MacArthur_. New York: Random House, 1996.
- Rhoades, Weldon E., 1906-. _Flying MacArthur to victory_. College Station: Texas A&M University Press, 1987.
- Schaller, Michael. _Douglas MacArthur: the Far Eastern general_. New York; Oxford: Oxford University Press, 1989.
- Schaller, Michael, 1947-. _The American occupation of Japan: the origins of the Cold War in Asia_. New York: Oxford University Press, 1985.

- Torricelli, Robert G, et al. *In our own words: extraordinary speeches of the American century*. New York: Washington Square, 2000.
- Valley, David J., 1931- author. *Gaijin Shogun: General Douglas A. MacArthur, stepfather of postwar Japan, 1945-1951*. San Diego, California: Sektor Company, 2000.

## Creation science

- (U.S.), National Academy of Sciences, et al. *Science, evolution, and creationism*. Washington, D.C.: National Academies Press, 2008.
- Blackmore, Vernon. *Evolution, the great debate*. Lion Pub., 1989.
- Derry, Gregory Neil, 1952-. *What science is and how it works*. Princeton, N.J.: Princeton University Press, 1999.
- Frye, Roland Mushat. *Is God a creationist?: the religious case against creation-science*. New York: Scribner's, 1983.
- Ham, Ken. *The new answers book*. Green Forest, AR: Master Books, 2008.
- Humphreys, D. Russell. *Starlight and time: solving the puzzle of distant starlight in a young universe*. Green Forest, AR: Master Books, 1994.
- Kitcher, Philip, 1947-. *Abusing science: the case against creationism*. Cambridge, Mass.: MIT Press, 1982.
- Larson, Edward J. (Edward John). *Evolution: the remarkable history of a scientific theory*. New York: Modern Library, 2004.
- Larson, Edward J. (Edward John). *Trial and error: the American controversy over creation and evolution*. New York: Oxford University Press, 2003.
- McKown, Delos Banning. *The mythmaker's magic: behind the illusion of "creation science"*. Buffalo, N.Y.: Prometheus Books, 1993.
- Montagu, Ashley, 1905-1999, et al. *Science and creationism*. Oxford [Oxfordshire]; New York: Oxford University Press, 1984.
- Morris, Henry Madison. *What is creation science?*. Creation-Life Publishers, 1982.
- Pennock, Robert T. *Tower of Babel: the evidence against the new creationism*. Cambridge, Mass.: MIT Press, 1999.
- Poling, Judson. *Do science and the Bible conflict?*. Grand Rapids, Mich.: Zondervan, 2003.
- Research, Institute for Creation, et al. *Scientific creationism*. San Diego, Calif.: Creation-Life Publishers, 1981.
- Sarfati, Jonathan D. *Refuting evolution: a handbook for students, parents, and teachers countering the latest arguments for evolution*. Green Forest, AR: Master Books, 1999.
- Sarfati, Jonathan D., 1964-. *Refuting compromise: a biblical and scientific refutation of progressive creationism (billions of years) as popularized by astronomer Hugh Ross*. Green Forest, AR: Master Books, 2004.
- Sarfati, Jonathan D., 1964-. *Refuting evolution. 2*. Green Forest, AR: Master Books, 2002.
- Scott, Eugenie Carol. *Evolution vs. creationism*. University of California Press, 2005.
- Toumey, Christopher P. *God's own scientists*. Rutgers University Press, 1994.
- Wilder-Smith, A. E. *Man's origin, man's destiny: a critical survey of the principles of evolution and Christianity*. Minneapolis: Bethany Fellowship, 1975.

## History of U.S. foreign policy, 1861–1897

- Brodsky, Alyn. *Grover Cleveland*. St. Martin's Press, 2000.
- Castel, Albert E. *The Presidency of Andrew Johnson*. Lawrence: Regents Press of Kansas, 1979.
- Doenecke, Justus D. *The Presidencies of James A. Garfield & Chester A. Arthur*. Lawrence: Regents Press of Kansas, 1988.
- Duberman, Martin B. *Charles Francis Adams, 1807-1886*. Stanford, Calif., Stanford University Press, 1968.
- Dulles, Foster Rhea, 1900-1970. 1n. *Prelude to world power: American diplomatic history, 1860-1900*. New York, Macmillan, 1965.

- Feldman, Ruth Tenzer. *Chester A. Arthur*. Minneapolis, MN: Twenty-First Century Books, 2007.
- Graff, Henry F. (Henry Franklin), 1921-. *Grover Cleveland*. New York: Times Books, 2002.
- Grant, Ulysses S. (Ulysses Simpson), 1822-1885. *Memoirs and selected letters: personal memoirs of U.S. Grant, selected letters 1839-1865*. New York, N.Y.: Library of America: Distributed to the trade in the U.S. and Canada by Viking Press, 1990.
- Kremer, Gary R. *James Milton Turner and the promise of America: the public life of a post-Civil War Black leader*. Columbia: University of Missouri Press, 1991.
- McFeely, William S. *Grant: a biography*. New York: Norton, 1981.
- Miller, Nathan, 1927-. *The U.S. Navy: a history*. Annapolis, Md.: Naval Institute Press, 1997.
- Nevins, Allan, 1890-1971. *Grover Cleveland; a study in courage*. New York Dodd, Mead, 1964.
- Paludan, Phillip S.. *The presidency of Abraham Lincoln*. University Press of Kansas, 1994.
- Peskin, Allan. *Garfield: a biography*. Kent, Ohio: Kent State University Press, 1978.
- Pletcher, David M. *The diplomacy of trade and investment: American economic expansion in the Hemisphere, 1865-1900*. Columbia: University of Missouri Press, 1998.
- Pletcher, David M., author. *The awkward years: American foreign relations under Garfield and Arthur*. Columbia: University of Missouri Press, 1962.
- Reeves, Thomas C., 1936-. *Gentleman boss: the life of Chester Alan Arthur*. New York, Knopf; [distributed by Random House], 1975.
- Smith, Jean Edward. *Grant*. New York: Simon & Schuster, 2001.
- Thomas, Benjamin Platt, 1902-1956, et al. *Stanton; the life and times of Lincoln's Secretary of War*. New York, Knopf, 1962.
- Trefousse, Hans L. (Hans Louis), 1921-2010. *Andrew Johnson: a biography*. New York, N.Y.: W.W. Norton & Co., 1997.
- Wicker, Tom. *Dwight D. Eisenhower*. New York: Times Books, 2002.

## World War I

- Balakian, Peter, 1951-. *The burning Tigris: the Armenian genocide and America's response*. New York: HarperCollins, 2003.
- Barry, John M., 1947-. *The great influenza: the epic story of the deadliest plague in history*. New York: Viking, 2004.
- Brands, H. W.. *T. R.*. Basic Books, 1997.
- Chambers, John Whiteclay. *To raise an army: the draft comes to modern America*. New York: Free Press; London: Collier Macmillan, 1987.
- Clark, Christopher M. *The sleepwalkers: how Europe went to war in 1914*. New York: Harper, 2013.
- Devlin, Patrick, Baron, 1905-. *Too proud to fight: Woodrow Wilson's neutrality*. New York: Oxford University Press, 1975.
- Dupuy, R. Ernest (Richard Ernest), 1887-1975. *The Harper encyclopedia of military history: from 3500 BC to the present*. New York, NY: HarperCollins, 1993.
- Grant, R. G. *Battle: a visual journey through 5,000 years of combat*. New York: DK Pub., 2009.
- Hardach, Gerd, 1941-. *The First World War, 1914-1918*. Berkeley: University of California Press, 1977.
- Heyman, Neil M. *World War I*. Westport, Conn.: Greenwood Press, 1997.
- Hovannisian, Richard G. cn. *Armenia on the road to independence, 1918*. Berkeley, University of California Press, 1967.
- Marshall, S. L. A. (Samuel Lyman Atwood), 1900-1977, et al. *The American heritage history of World War I*. New York: American Heritage Pub. Co.: Bonanza Books: Distributed by Crown Publishers, 1982.
- Mawdsley, Evan, 1945-. *The Russian Civil War*. New York, N.Y.: Pegasus Books, 2007.
- Meyer, G. J., 1940-. *A world undone: the story of the Great War, 1914-1918*. New York: Delacorte Press, 2006.
- Sachar, Howard Morley, 1928-2018. *The emergence of the Middle East, 1914-1924*. London: Allen Lane The Penguin Press, 1970.
- Shanafelt, Gary W. *The secret enemy: Austria-Hungary and the German alliance, 1914-1918*. Boulder [Colo.]: East European Monographs; New York: Distributed by Columbia University Press, 1985.
- Shapiro, Fred R, et al. *The Yale book of quotations*. New Haven: Yale University Press, 2006.

- Taylor, A. J. P. (Alan John Percivale), 1906-. *The First World War: an illustrated history*. New York: G.P. Putnam's Sons, 1972.
- Terraine, John. *Ordeal of victory*. Philadelphia, Lippincott, 1963.
- Von der Porten, Edward P. *The German Navy in World War II*. New York, T. Y. Crowell, 1969.
- Zeman, Z. A. B. (Zbyněk A. B.), 1928-. *A diplomatic history of the First World War*. London: Weidenfeld and Nicolson, 1971.

## Schutzstaffel

- Allen, Michael Thad. *The business of genocide*. University of North Carolina Press, 2002.
- Arendt, Hannah. *Eichmann in Jerusalem*. Penguin Books, 2006.
- Browder, George C.. *Foundations of the Nazi police state*. University Press of Kentucky; First edition, 1990.
- Browning, Christopher R.. *The origins of the Final Solution*. University of Nebraska Press, 2004.
- Burleigh, Michael, 1955-. *The Third Reich: a new history*. London: Macmillan; New York: Hill and Wang, 2000.
- Burleigh, Michael, et al. *The racial state: Germany 1933-1945*. Cambridge [England]; New York: Cambridge University Press, 1991.
- Hilberg, Raul, 1926-. *The destruction of the European Jews*. New York: Holmes & Meier, 1985.
- Hildebrand, Klaus. *The Third Reich*. London; Boston: Allen & Unwin, 1984.
- Kershaw, Ian. *The end*. Penguin Press, 2011.
- Lichtblau, Eric. *The Nazis next door: how America became a safe haven for Hitler's men*. Boston: Houghton Mifflin Harcourt, 2014.
- Lifton, Robert Jay, 1926-. *The Nazi doctors: medical killing and the psychology of genocide*. New York: Basic Books, 1986.
- MacDonogh, Giles. *After the Reich*. Basic Books, 2007.
- Parker, Danny S. *Fatal crossroads: the untold story of the Malmédy Massacre at the Battle of the Bulge*. Cambridge, MA: Da Capo Press, 2012.
- Posner, Gerald L. cn, et al. *Mengele: the complete story*. New York: McGraw-Hill, 1986.
- Proctor, Robert, 1954-, et al. *Racial hygiene: medicine under the Nazis*. Cambridge, Mass.: Harvard University Press, 1988.
- Rempel, Gerhard. *Hitler's children: the Hitler Youth and the SS*. Chapel Hill: University of North Carolina Press, 1989.
- Rossino, Alexander B., 1966-. *Hitler strikes Poland: Blitzkrieg, ideology, and atrocity*. Lawrence, Kan.: University Press of Kansas, 2003.
- Segev, Tom, 1945-. *Simon Wiesenthal: the life and legends*. New York: Doubleday, 2010.
- Spielvogel, Jackson J., 1939-. *Hitler and Nazi Germany: a history*. Englewood Cliffs, N.J.: Prentice Hall, 1992.
- Steinbacher, Sybille, 1966-. *Auschwitz: a history*. New York: ECCO, 2005.
- Weinberg, Gerhard L. *A world at arms: a global history of World War II*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.

## The Collected Works of Jeremy Bentham

- Bentham, Jeremy, 1748-1832. *"Legislator of the world": writings on codification, law, and education*. Oxford: Clarendon Press, 1998.
- Bentham, Jeremy, 1748-1832. *A comment on the Commentaries; and, A fragment on government*. Oxford: Clarendon; New York: Oxford, 2008.
- Bentham, Jeremy, 1748-1832. *A comment on the Commentaries and A fragment on government*. London: University of London Athlone Press; [Atlantic Highlands], N.J.: Humanities Press, 1977.
- Bentham, Jeremy, 1748-1832. *Colonies, commerce, and constitutional law: Rid yourselves of Ultramaria and other writings on Spain and Spanish America*. Oxford: Clarendon Press; New York: Oxford University Press, 1995.

- Bentham, Jeremy, 1748-1832. *Constitutional code: vol. I*. Oxford [Oxfordshire]: Clarendon Press; New York: Oxford University Press, 1983.
- Bentham, Jeremy, 1748-1832. *Of laws in general*. [London]: University of London, Athlone Press, 1970.
- Bentham, Jeremy, 1748-1832. *Official aptitude maximized; expense minimized*. Oxford: Clarendon Press; New York: Oxford University Press, 1993.
- Bentham, Jeremy, 1748-1832. *Political tactics*. Oxford [Oxfordshire]: Clarendon Press; New York: Oxford University Press, 1999.
- Bentham, Jeremy, 1748-1832. *Securities against misrule and other constitutional writings for Tripoli and Greece*. Oxford: Clarendon Press; New York: Oxford University Press, 1990.
- Bentham, Jeremy, 1748-1832. *The correspondence of Jeremy Bentham*. London: Athlone P., 1968.
- Bentham, Jeremy, 1748-1832. *The correspondence of Jeremy Bentham*. London: Athlone P., 1968.
- Bentham, Jeremy, 1748-1832. *The correspondence of Jeremy Bentham*. London: Athlone P., 1968.
- Bentham, Jeremy, 1748-1832. *The correspondence of Jeremy Bentham*. London: Athlone P., 1968.
- Bentham, Jeremy, 1748-1832. *The correspondence of Jeremy Bentham*. London: Athlone P., 1968.
- Bentham, Jeremy, 1748-1832. *The correspondence of Jeremy Bentham*. London: Athlone P., 1968.
- Bentham, Jeremy, 1748-1832. *The correspondence of Jeremy Bentham*. London: Athlone P., 1968.
- Bentham, Jeremy, 1748-1832. *The correspondence of Jeremy Bentham*. London: Athlone P., 1968.
- Bentham, Jeremy, 1748-1832. *The correspondence of Jeremy Bentham*. London: Athlone P., 1968.
- Bentham, Jeremy, 1748-1832. *The correspondence of Jeremy Bentham*. London: Athlone P., 1968.
- Bentham, Jeremy, 1748-1832. *The correspondence of Jeremy Bentham*. London: Athlone P., 1968.

## Louis Darling

- Beim, Jerrold, 1910-1957, et al. *Shoeshine boy*. New York, Morrow, 1954.
- Beim, Jerrold, 1910-1957, et al. *Swimming hole*. New York, Morrow, 1950.
- Beim, Jerrold, 1910-1957, et al. *Thin ice*. New York, Morrow, 1956.
- Butterworth, Oliver. *The enormous egg*. Little, Brown, 1984.
- Cleary, Beverly. *Henry and the clubhouse*. New York, Morrow, 1962.
- Cleary, Beverly, et al. *Henry and Beezus;*. New York, Morrow, 1952.
- Cook, Marion Belden, et al. *Waggles and the dog catcher*. New York: Morrow, 1951.
- Darling, Lois, et al. *Before and after dinosaurs*. [New York] Morrow, 1959.
- Darling, Lois, et al. *Coral reefs*. Cleveland, World Pub. Co, 1963.
- Darling, Lois, et al. *Sixty million years of horses*. New York, Morrow, 1960.
- Darling, Lois, et al. *The science of life*. Cleveland: World Pub. Co., 1961.
- Darling, Lois, et al. *Turtles*. New York: W. Morrow, 1962.
- Darling, Lois, et al. *Worms*. New York, Morrow, 1972.
- Darling, Louis. *Penguins*. New York: Morrow, 1956.
- Darling, Louis. *Seals and walruses*. New York: Morrow, 1955.
- Darling, Louis. *The gull's way*. New York: Morrow, 1965.
- Goetz, Delia, et al. *Grasslands*. [New York] Morrow, 1959.
- Goetz, Delia, et al. *Mountains*. New York, Morrow, 1962.
- Goetz, Delia, et al. *The Arctic tundra*. NY: William Morrow and Company, 1958.
- Lear, Linda J.. *Rachel Carson*. H. Holt, 1997.
- McClung, Robert M, et al. *Shag*. New York, Morrow, 1960.

## Whig Party (United States)

- Bergeron, Paul H., 1938-. *The presidency of James K. Polk*. Lawrence, Kan.: University Press of Kansas, 1987.
- Cole, Donald B. *The presidency of Andrew Jackson*. Lawrence, Kan.: University Press of Kansas, 1993.
- Egerton, Douglas R. *Year of meteors: Stephen Douglas, Abraham Lincoln, and the election that brought on the Civil War*. New York: Bloomsbury Press, 2010.
- Finkelman, Paul, 1949-. *Millard Fillmore*. New York: Times Books/Henry Holt, 2011.

- Foner, Eric. *Free soil, free labor, free men: the ideology of the Republican Party before the Civil War*. London; New York: Oxford University Press, 1979.
- Formisano, Ronald P., 1939-. *The transformation of political culture: Massachusetts parties, 1790s-1840s*. New York: Oxford University Press, 1983.
- Gara, Larry. *The presidency of Franklin Pierce*. Lawrence, Kan.: University Press of Kansas, 1991.
- Hargreaves, Mary W. M., 1914-. *The presidency of John Quincy Adams*. Lawrence, Kan.: University Press of Kansas, 1985.
- Howe, Daniel Walker. *The American Whigs: an anthology*. New York: Wiley, 1973.
- Howe, Daniel Walker. *The political culture of the American Whigs*. Chicago: University of Chicago Press, 1979.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- May, Gary. *John Tyler*. Times Books/Henry Holt and Co., 2008.
- Parsons, Lynn H. *The birth of modern politics: Andrew Jackson, John Quincy Adams, and the election of 1828*. Oxford; New York: Oxford University Press, 2009.
- Peterson, Norma Lois. *The presidencies of William Henry Harrison & John Tyler*. Lawrence, Kan.: University Press of Kansas, 1989.
- Remini, Robert V. (Robert Vincent), 1921-2013. *Henry Clay: statesman for the Union*. New York: W.W. Norton, 1991.
- Remini, Robert Vincent, 1921-. *Daniel Webster: the man and his time*. New York: W.W. Norton & Co., 1997.
- Schlesinger, Arthur Meier, 1917-. *History of U.S. political parties*. New York: Chelsea House Publishers, 1973.
- Silbey, Joel H. *The American political nation, 1838-1893*. Stanford, Calif.: Stanford University Press, 1991.
- Smith, Elbert B. *The presidencies of Zachary Taylor & Millard Fillmore*. Lawrence, Kan.: University Press of Kansas, 1988.
- Van Deusen, Glyndon G. (Glyndon Garlock), 1897-. *The life of Henry Clay*. Westport, Conn.: Greenwood Press, 1979.
- Van Deusen, Glyndon G. (Glyndon Garlock), 1897-. *Thurlow Weed, wizard of the lobby*. Boston, Little, Brown and Co., 1947.

## Textile

- Abisch, Roz, et al. *Textiles*. New York, Watts, 1975.
- Bernstein, David J. *The mystery of the Bayeux tapestry*. London: Weidenfeld and Nicolson, 1986.
- Birrell, Verla Leone, 1903-2001, author. *The textile arts: a handbook of weaving, braiding, printing, and other textile techniques*. New York: Schocken Books, 1973.
- Collier, Billie J. *Understanding textiles*. Upper Saddle River, N.J.: Pearson Prentice Hall, 2009.
- Corbman, Bernard P. *Textiles: fiber to fabric*. New York: Gregg Division, McGraw-Hill, 1983.
- Elsasser, Virginia Hencken. *Textiles: concepts and principles*. New York, NY: Fairchild Publications, 2005.
- Hammerskog, Paula. *Swedish knits: classic and modern designs in the Scandinavian tradition*. New York: Skyhorse Pub., 2009.
- Hollen, Norma R, et al. *Textiles*. New York: Macmillan, 1988.
- Humphries, Mary, 1925-. *Fabric reference*. Upper Saddle River, N.J.: Prentice Hall, 1996.
- Joseph, Marjory L. *Introductory textile science*. New York: Holt, Rinehart and Winston, 1977.
- Joseph, Marjory L. *Joseph's introductory textile science*. Fort Worth: Harcourt Brace Jovanovich College Publishers, 1992.
- Kadolph, Sara J. *Textiles*. Upper Saddle River, N.J.: Merrill, 1998.
- Kadolph, Sara J. *Textiles*. Upper Saddle River, N.J.: Pearson Prentice Hall, 2007.
- Lyle, Dorothy Siegert. *Modern textiles*. New York: Wiley, 1982.
- Montgomery, Florence M. *Textiles in America 1650-1870: a dictionary based on original documents, prints and paintings, commercial records, American merchants' papers, shopkeepers' advertisements, and pattern books with original swatches of cloth*. New York; London: Norton, 1984.

- Smith, Betty F. *Textiles in perspective*. Englewood Cliffs, N.J.: Prentice-Hall, 1982.
- Warming, Wanda, 1947-. *The world of Indonesian textiles*. Tokyo; New York: Kodansha International, 1981.
- Weibel, Adèle Coulin. *Two thousand years of textiles; the figured textiles of Europe and the Near East*. New York, Published for the Detroit Institute of Arts [by] Pantheon Books, 1952.
- Wingate, Isabel Barnum. *Fairchild's dictionary of textiles*. New York: Fairchild Publications, 1979.

## Internment of Japanese Americans

- Connell, Thomas. *America's Japanese hostages: the World War II plan for a Japanese free Latin America*. Westport, Conn.: Praeger, 2002.
- Conrat, Maisie, compiler. *Executive order 9066: the internment of 110,000 Japanese Americans*. Cambridge, Mass., MIT Press for the California Historical Society, 1972.
- De Nevers, Klancy Clark. *The colonel and the pacifist: Karl Bendetsen, Perry Saito, and the incarceration of Japanese Americans during World War II*. Salt Lake City: University of Utah Press, 2004.
- Elleman, Bruce A., 1959-. *Japanese-American civilian prisoner exchanges and detention camps, 1941-45*. New York: Routledge, 2006.
- Ford, Jamie. *Hotel on the corner of bitter and sweet: a novel*. New York: Ballantine Books, 2009.
- Gardiner, C. Harvey (Clinton Harvey). *Pawns in a triangle of hate: the Peruvian Japanese and the United States*. Seattle: University of Washington Press, 1981.
- Garfield, Brian, 1939- . cn. *The thousand-mile war; World War II in Alaska and the Aleutians*. Garden City, N.Y., Doubleday, 1969.
- Harth, Erica. *Last witnesses: reflections on the wartime internment of Japanese Americans*. New York: Palgrave, 2001.
- Inouye, Karen M., 1964- author. *The long afterlife of Nikkei wartime incarceration*. Stanford, California: Stanford University Press, 2016.
- Irons, Peter H. *Justice at war: [the story of the Japanese American internment cases]*. Berkeley < >: Univ. of California Press, 1983.
- James, Thomas, 1948-. *Exile within: the schooling of Japanese Americans, 1942-1945*. Cambridge, Mass.: Harvard University Press, 1987.
- Lange, Dorothea. *Impounded: Dorothea Lange and the censored images of Japanese American internment*. New York: W.W. Norton, 2006.
- Lyon, Cherstin M., 1971-. *Prisons and patriots: Japanese American wartime citizenship, civil disobedience, and historical memory*. Philadelphia: Temple University Press, 2012.
- Mackey, Mike. *Remembering Heart Mountain: essays on Japanese American internment in Wyoming*. [Powell, Wyo.: Western History Publications], 1998.
- Moore, Brenda L., 1950-. *Serving our country: Japanese American women in the military during World War II*. New Brunswick, N.J.: Rutgers University Press, 2003.
- Ng, Wendy L.. *Japanese American internment during World War II*. Greenwood Press, 2002.
- Niiya, Brian, et al. *Japanese American history: an A-to-Z reference from 1868 to the present*. New York: Facts on File, 1993.
- Robinson, Greg, 1966-. *By order of the president: FDR and the internment of Japanese Americans*. Cambridge, Mass.: Harvard University Press, 2001.
- Soga, Keiho, 1873-1957. *Life behind barbed wire: the World War II internment memoirs of a Hawaiʻi Issei*. Honolulu: University of Hawaiʻi Press, 2008.
- Weglyn, Michi, 1926-. *Years of infamy: the untold story of America's concentration camps*. New York: Morrow, 1976.

## United States

- Bowman, Shearer Davis. *Masters & lords: mid-19th-Century U.S. planters and Prussian junkers*. New York: Oxford University Press, 1993.
- Brokenshire, Doug. *Washington State place names*. Caxton Printers, 1993.
- Brown, Milton Wolf, 1911-. *The story of the Armory show*. New York: Abbeville Press, 1988.

- Collins, Michael, 1930-. *Liftoff: the story of America's adventure in space*. New York: Grove Press, 1988.
- Daynes, Byron W. *White House politics and the environment: Franklin D. Roosevelt to George W. Bush*. College Station: Texas A&M University Press, 2010.
- Foner, Eric. *The story of American freedom*. W.W. Norton, 1998.
- Gordon, John Steele. *An empire of wealth: the epic history of American economic power*. New York: HarperCollins, 2004.
- Hoopes, Townsend. *FDR and the creation of the U.N.*. Yale University Press, 1997.
- Huntington, Samuel P.. *Who are we?*. Simon & Schuster, 2004.
- Mintz, Sidney Wilfred. *Tasting food, tasting freedom*. Beacon Press, 1996.
- O'Keefe, Kevin. *The average American: the extraordinary search for the nation's most ordinary citizen*. New York: Public Affairs, 2005.
- Pillar, Paul R., 1947-. *Terrorism and U.S. foreign policy*. Washington, D.C.: Brookings Institution Press, 2001.
- Safire, William, 1929-2009. *No uncertain terms: more writing from the popular "On language" column in The New York times magazine*. New York: Simon & Schuster, 2003.
- Schlosser, Eric. *Fast food nation: the dark side of the all-American meal*. New York: Perennial, 2002.
- Stannard, David E. *American holocaust: the conquest of the New World*. New York: Oxford University Press, 1993.
- Taylor, Alan. *American colonies*. Viking, 2001.
- Wilson, Kenneth G.. *The Columbia guide to standard American English*. Columbia University Press, 1993.
- Winchester, Simon, author. *The men who united the States: America's explorers, inventors, eccentrics, and mavericks, and the creation of one nation, indivisible*. Harpercollins, 2013.
- Zelden, Charles L., 1963-. *The judicial branch of federal government: people, process, and politics*. Santa Barbara, Calif.: ABC-CLIO, 2007.

## DyAnne DiSalvo

- Cleary, Beverly. *The growing-up feet*. New York: Mulberry Paperback Book, 1997.
- Curry, Jane Louise, et al. *The Christmas knight*. New York: M.K. McElderry Books; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1993.
- DiSalvo, DyAnne. *A castle on Viola Street*. [New York]: HarperCollins Publishers, 2001.
- DiSalvo, DyAnne. *City green*. New York: Morrow Junior Books, 1994.
- DiSalvo, DyAnne. *Grandpa's corner store*. New York: HarperCollins Pub., 2000.
- DiSalvo, DyAnne. *Spaghetti park*. Holiday House, 2003.
- DiSalvo, DyAnne, et al. *A dog like Jack [sound recording]*. [Pine Plains, N.Y.?]: Live Oak Media, 2001.
- Driscoll, Laura. *The bravest cat!*. Grosset & Dunlap, 1997.
- Fritz, Jean, et al. *You want women to vote, Lizzie Stanton?*. New York, NY: Penguin Putnam Books for Young Readers, 1999.
- Graeber, Charlotte Towner. *Olivia and the real live pet*. New York: Macmillan Books for Young Readers, 1995.
- Hest, Amy. *The go-between*. New York: Four Winds Press; Toronto: Maxwell Macmillan Canada New York: Maxwell Macmillan International, 1992.
- Hest, Amy, et al. *The best-ever good-bye party*. New York: Morrow Junior Books, 1989.
- Johnson, Ryerson, 1901-1995, et al. *Why is baby crying?*. Niles, Ill.: A. Whitman, 1989.
- Kenworthy, Catherine, et al. *Best friends*. New York: Golden Press; Racine, Wis.: Western Pub. Co., 1983.
- McDonough, Yona Zeldis. *A doll named Dora Anne*. New York: Grosset & Dunlap, 2002.
- Pomeranc, Marion Hess, et al. *The American Wei*. Morton Grove, Ill.: A. Whitman, 1998.
- Rosen, Michael J., 1954-. *Our eight nights of Hanukkah*. New York: Holiday House, 2000.
- Siegel, Beatrice, et al. *Sam Ellis's Island*. New York: Four Winds Press; London: Collier Macmillan, 1985.
- Siegel, Randy. *Grandma's smile*. New York: Roaring Brook Press, 2010.
- Stier, Catherine. *If I were president*. Morton Grove, Ill.: Albert Whitman, 1999.
- Warren, Cathy. *Saturday belongs to Sara*. New York: Bradbury Press, 1988.

## History of Europe

- Albrecht-Carrié, René, 1904-1978. *A diplomatic history of Europe since the Congress of Vienna*. New York: Harper & Row, 1958.
- Blum, Jerome, 1913-. *The European world: a history*. Boston: Little, Brown, 1970.
- Brinton, Crane, 1898-1968. *A decade of revolution, 1789-1799*. New York: Harper & Row, 1963.
- Cameron, Rondo E. *France and the economic development of Europe, 1800-1914: conquests of peace and seeds of war. --*. Princeton, N.J.: Princeton University Press, 1961.
- Company, Rand McNally and. *Atlas of world history*. Chicago: Rand McNally, 1993.
- Davies, Norman. *Europe: a history*. Oxford; New York: Oxford University Press, 1996.
- Ferguson, Wallace K. (Wallace Klippert), 1902-1983. *Europe in transition, 1300-1520*. Boston, Houghton Mifflin, 1962.
- Friedrich, Carl J. (Carl Joachim), 1901-. *The age of the baroque, 1610-1660*. New York, Harper, 1958.
- Gay, Peter, 1923-, et al. *Modern Europe*. New York, Harper & Row, 1972.
- Gooch, Brison Dowling, 1925-. *Europe in the nineteenth century; a history*. [New York] MacMillan, 1970.
- Grenville, J. A. S. (John Ashley Soames), 1928-. *A history of the world in the twentieth century*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1994.
- Keegan, John, 1934-. *A history of warfare*. New York: Alfred A. Knopf: Distributed by Random House, Inc., 1993.
- Kennedy, Paul M., 1945-. *Grand strategies in war and peace*. New Haven: Yale University Press, 1991.
- Kennedy, Paul M., 1945-. *The rise and fall of the great powers: economic change and military conflict from 1500 to 2000*. New York, NY: Random House, 1987.
- Mundy, John Hine, 1917-2004. *Europe in the high Middle Ages, 1150-1309*. New York, Basic Books, 1973.
- Pollard, Sidney. *Wealth & poverty: an economic history of the twentieth century*. Oxford; New York: Oxford University Press, 1990.
- Pounds, Norman John Greville. *An historical geography of Europe*. Cambridge University Press, 1990.
- Pounds, Norman John Greville. *An historical geography of Europe, 1500-1840*. Cambridge [Eng.]; New York: Cambridge University Press, 1979.
- Sontag, Raymond James, 1897-1972. *A broken world, 1919-1939*. New York: Harper and Row, 1972.
- Wasserstein, Bernard. *Barbarism and civilization: a history of Europe in our time*. Oxford; New York: Oxford University Press, 2007.

## Presidency of Woodrow Wilson

- Bagby, Wesley Marvin, 1922-. *The road to normalcy: the presidential campaign and election of 1920. --*. Baltimore: Johns Hopkins Press, 1962.
- Bailey, Thomas Andrew, 1902-1983. *Woodrow Wilson and the great betrayal*. New York, Macmillan Co., 1945.
- Bailey, Thomas Andrew, 1902-1983. *Woodrow Wilson and the lost peace*. Chicago: Quadrangle Books, 1963.
- Blum, John Morton, 1921-2011. *Woodrow Wilson and the politics of morality*. Boston [Massachusetts]: Little, Brown, & Co., 1956.
- Clark, Truman R., 1935-. *Puerto Rico and the United States, 1917-1933*. [Pittsburgh, Pa.]: University of Pittsburgh Press, 1975.
- Clements, Kendrick A., 1939-. *The presidency of Woodrow Wilson*. Lawrence, Kan.: University Press of Kansas, 1992.
- Cooper, John Milton. *Pivotal decades: the United States, 1900-1920*. New York: W. W. Norton, 1990.
- Cooper, John Milton. *Woodrow Wilson: a biography*. New York: Alfred A. Knopf, 2009.
- Cuff, Robert D., 1941-. *The War Industries Board; business-government relations during World War I*. Baltimore: Johns Hopkins University Press, 1973.
- Gage, Beverly. *The day Wall Street exploded: a story of America in its first age of terror*. Oxford; New York: Oxford University Press, 2009.

- Gilbert, Charles, 1913-. *American financing of World War I*. Westport, Connecticutt: Greenwood Publishing, 1970.
- Kennedy, David M. *Over here: the First World War and American society*. New York: Oxford University Press, 1980.
- Link, Arthur Stanley. *Woodrow Wilson and the progressive era, 1910-1917*. New York, Harper, 1954.
- Livermore, Seward W. *Politics is adjourned: Woodrow Wilson and the War Congress, 1916-1918*. Middletown, Conn.: Wesleyan University Press, 1966.
- May, Ernest R. *The World War and American isolation: 1914-1917*. Cambridge [Mass.]: Harvard University Press, 1966.
- Schaffer, Ronald. *America in the Great War: the rise of the war welfare state*. New York: Oxford University Press, 1991.
- Soule, George Henry, 1887-1970. *Prosperity decade; from war to depression: 1917-1929*. New York, Harper & Row, 1968.
- Urofsky, Melvin I. *Big steel and the Wilson administration; a study in business-government relations*. Columbus, Ohio State University Press, 1969.
- Walworth, Arthur, 1903-. *Woodrow Wilson*. Boston, Houghton Mifflin Co., 1965.
- Weisman, Steven R.. *The great tax wars*. Simon & Schuster, 2002.

## Spanish Empire

- Archer, Christon I., et al. *World History of Warfare (Tactics & Strategies)*. University of Nebraska Press, 2002.
- Bedini, Silvio A, et al. *The Christopher Columbus encyclopedia*. New York: Simon & Schuster, 1992.
- Brading, D. A. *Miners and merchants in Bourbon Mexico, 1763-1810*. Cambridge [Eng.]: University Press, 1971.
- Braudel, Fernand. *The Mediterranean and the Mediterranean world in the age of Philip II*. Berkeley, Calif.: University of California Press, 1995.
- Brown, Jonathan, 1939-. *A palace for a king: the Buen Retiro and the court of Philip IV*. New Haven: Yale University Press, 1980.
- Elliott, J. H. (John Huxtable). *Empires of the Atlantic world: Britain and Spain in America, 1492-1830*. New Haven: Yale University Press, 2006.
- Elliott, J. H. (John Huxtable). *The old world and the new 1492-1650*. Cambridge [Eng.] University Press, 1970.
- Elliott, John Huxtable. *Imperial Spain: 1469-1716*. New York: New American Library, 1977.
- Gibson, Charles, 1920-. *Spain in America*. New York: Harper & Row, 1966.
- Gibson, Charles, 1920-. *The Aztecs under Spanish rule; a history of the Indians of the Valley of Mexico, 1519-1810*. Stanford, Calif., Stanford University Press, 1964.
- Herr, Richard. *The eighteenth-century revolution in Spain*. Princeton, N.J.: Princeton University Press, 1958.
- Kamen, Henry. *Empire: how Spain became a world power, 1492-1763*. New York: HarperCollins, 2003.
- Kamen, Henry. *SPAIN, 1469-1714: A SOCIETY OF CONFLICT*. LONGMAN, 2005.
- Kennedy, Paul M., 1945-. *The rise and fall of the great powers: economic change and military conflict from 1500-2000*. London: Fontana, 1989.
- Lockhart, James, et al. *Early Latin America: a history of colonial Spanish America and Brazil*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1983.
- MacLachlan, Colin M. *Spain's empire in the New World: the role of ideas in institutional and social change*. Berkeley: University of California Press, 1988.
- McAlister, Lyle N. *Spain and Portugal in the New World, 1492-1700*. Minneapolis: University of Minnesota Press, 1984.
- Parker, Geoffrey, 1943-. *Philip II*. Boston: Little, Brown, 1978.
- Ramsey, John Fraser, 1907-. *Spain: the rise of the first world power*. University: Published for the Office for International Studies and Programs by the University of Alabama Press, 1973.
- Tracy, James D, et al. *The Rise of merchant empires: long-distance trade in the early modern world, 1350-1750*. Cambridge [England]; New York: Cambridge University Press, 1990.

## History of Russia

- Alexander, John T. *Catherine the Great: life and legend*. New York: Oxford University Press, 1989.
- Bartlett, Roger P., 1939-. *A history of Russia*. Houndmills, Basingstoke, Hampshire; New York: Palgrave Macmillan, 2005.
- Billington, James H. *The icon and the axe; an interpretive history of Russian culture*. New York, Knopf, 1966.
- Brown, Archie, 1938-. *The Cambridge encyclopedia of Russia and the Soviet Union*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1982.
- Figes, Orlando. *A people's tragedy: a history of the Russian Revolution*. New York, NY: Viking, 1997.
- Gilbert, Martin, 1936-2015, et al. *Atlas of Russian history*. New York: Oxford University Press, 1993.
- Harcave, Sidney, 1916- ed. *Readings in Russian history*. New York, Crowell, 1962.
- Hosking, Geoffrey A. *Russia and the Russians: a history*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2011.
- Hughes, Lindsey. *Russia in the age of Peter the Great*. Yale University Press, 1998.
- Kennan, George F. (George Frost), 1904-2005. *Russia and the West under Lenin and Stalin: [a vital history of the diplomatic relations between the U.S.S.R. and the Western powers; 3 decades of violence and change; from the Russian Revolution to the end of World War II]*. New York [u.a.]: New American Library, 1961.
- Kort, Michael. *A brief history of Russia*. New York, NY: Checkmark Books, 2008.
- Lincoln, W. Bruce. *The Romanovs: autocrats of all the Russias*. New York: Dial Press, 1981.
- Lincoln, W. Bruce. *The great reforms: autocracy, bureaucracy, and the politics of change in Imperial Russia*. DeKalb, Ill.: Northern Illinois University Press, 1990.
- None,. *Encyclopedia of Russian history*. New York: Macmillan Reference USA, 2004.
- Oliva, Lawrence Jay, 1933-. *Russia in the era of Peter the Great*. Englewood Cliffs, N.J., Prentice-Hall, 1969.
- Paxton, John. *Companion to Russian history*. New York, N.Y.: Facts on File Publications, 1983.
- Paxton, John. *Encyclopedia of Russian history: from the Christianization of Kiev to the break-up of the U.S.S.R.* Santa Barbara, Calif.: ABC-CLIO, 1993.
- Pipes, Richard, et al. *A concise history of the Russian Revolution*. New York: Knopf, 1995.
- Riasanovsky, Nicholas Valentine, 1923-. *A history of Russia*. New York: Oxford University Press, 1993.
- Whitelaw, Nancy. *Catherine the Great and the Enlightenment in Russia*. Greensboro, N.C.: Morgan Reynolds Pub., 2005.

## Frank Sinatra

- Dunning, John, 1942-, et al. *On the air: the encyclopedia of old-time radio*. New York: Oxford University Press, 1998.
- Evanier, David. *All the things you are*. John Wiley & Sons, 2011.
- Farris, Scott. *Kennedy and Reagan: why their legacies endure*. Guilford, Connecticut: Lyons Press, an imprint of Globe Pequot Press, 2013.
- Gavin, James, 1964-. *Stormy weather: the life of Lena Horne*. London: Simon & Schuster, 2009.
- Goldstein, Norm. *Frank Sinatra, ol' blue eyes*. New York: Holt, Rinehart, and Winston, 1982.
- Hodge, Jessica. *Frank Sinatra*. New York: Crescent Books; distr. by Outlet Book Co., 1992.
- Howlett, John, 1940-. *Frank Sinatra*. New York: Simon & Schuster, 1979.
- Knight, Tim, 1963-. *Sinatra: Hollywood his way*. Philadelphia: Running Press, 2010.
- Kuntz, Tom, et al. *The Sinatra files: the secret FBI dossier*. New York: Three Rivers Press, 2000.
- Levinson, Peter. *September in the Rain*. Billboard Books, 2001.
- Petkov, Steven, 1940-, et al. *The Frank Sinatra reader*. New York: Oxford University Press, 1995.
- Pugliese, Stanislao G., 1965-. *Frank Sinatra: history, identity, and Italian American culture*. New York: Palgrave Macmillan, 2004.
- Rees, Dafydd. *Rock stars encyclopedia*. DK Pub., 1999.
- Roby, Steven, et al. *Becoming Jimi Hendrix: from Southern crossroads to psychedelic London, the untold story of a musical genius*. Philadelphia: Da Capo Press, 2010.

- Santopietro, Tom. _Sinatra in Hollywood_. Thomas Dunne Books, 2008.
- Sinatra, Nancy. _Frank Sinatra: an American legend_. Santa Monica, CA: General Pub. Group, 1995.
- Sirvaitis, Karen, 1961-. _The European American experience_. Minneapolis: Twenty-First Century Books, 2011.
- Whitburn, Joel. _Joel Whitburn's Pop memories, 1890-1954: the history of American popular music: compiled from America's popular music charts 1890-1954_. Menomonee Falls, Wis.: Record Research, 1986.
- Whitburn, Joel. _Joel Whitburn's Top Pop Albums, 1955-2001_. Menomonee Falls, Wis.: Record Research, 2001.
- Wood, Ean. _Born to swing_. London: Sanctuary, 1996.

## Rejection of evolution by religious groups

- (U.S.), National Academy of Sciences, et al. _Science, evolution, and creationism_. Washington, D.C.: National Academies Press, 2008.
- Burns, Edward McNall, 1897-, et al. _World civilizations, their history and their culture_. New York, N.Y.: Norton, 1982.
- Ham, Ken. _The lie: evolution_. Colorado Springs: Master Books, 1987.
- Henig, Robin Marantz. _The monk in the garden: the lost and found genius of Gregor Mendel, the father of genetics_. Boston: Houghton Mifflin, 2000.
- Isaak, Mark, 1959-. _The counter-creationism handbook_. Berkeley: University of California Press, 2007.
- Larson, Edward J. (Edward John). _Evolution: the remarkable history of a scientific theory_. New York: Modern Library, 2004.
- Larson, Edward J. (Edward John). _Trial and error: the American controversy over creation and evolution_. New York: Oxford University Press, 2003.
- Miller, James B. (James Bradley), 1942-. _An evolving dialogue: theological and scientific perspectives on evolution_. Harrisburg, Pa.: Trinity Press International, 2001.
- Morris, Henry M. (Henry Madison), 1918-2006. _Twilight of Evolution_. USA: Baker B K, 1963.
- Morris, Henry Madison, 1918-. _The Genesis record: a scientific and devotional commentary on the book of beginnings_. Grand Rapids: Baker Book House, 1976.
- None,. _Encyclopedia of religious freedom_. New York, NY: Routledge, 2003.
- Numbers, Ronald L. _Darwinism comes to America_. Cambridge, Mass.: Harvard University Press, 1998.
- Numbers, Ronald L. _The creationists: from scientific creationism to intelligent design_. Cambridge, Mass.: Harvard University Press, 2006.
- Relethford, John. _Reflections of our past: how human history is revealed in our genes_. Boulder, Colo.: Westview Press, 2003.
- Research, Institute for Creation, et al. _Scientific creationism_. San Diego, Calif.: Creation-Life Publishers, 1981.
- Ruse, Michael. _Mystery of mysteries: is evolution a social construction?_. Cambridge, MA.: Harvard University Press, 1999.
- Salhany, Roger E. _The origin of rights_. Toronto: Carswell, 1986.
- Scott, Eugenie Carol. _Evolution vs. creationism_. University of California Press, 2005.
- Witham, Larry A.. _Where Darwin Meets the Bible_. Oxford University Press, USA, 2002.

## Operation Barbarossa

- Beevor, Antony. _The Second World War_. Little, Brown and Co., 2012.
- Bellamy, Chris. _Absolute war: Soviet Russia in the Second World War: a modern history_. London: Pan Books, 2007.
- Blumentritt, Günther. _Von Rundstedt, the soldier and the man_. London, Odhams Press, 1952.
- Burleigh, Michael, et al. _The racial state: Germany 1933-1945_. Cambridge [England]; New York: Cambridge University Press, 1991.
- Commager, Henry Steele, 1902-1998. _Henry Steele Commager's the story of the Second World War_. Washington: Brassey's (US), Inc., 1991.

- Cooper, Matthew, 1952- author;Rogers D. Spotswood Collection. *The German Army, 1933-1945: its political and military failure*. New York: Bonanza Books: Distributed by Crown Publishers;, 1984.
- Evans, Richard J, et al. *In Hitler's shadow: West German historians and the attempt to escape from the Nazi past*. Pantheon, 1989.
- Gilbert, Martin, 1936-. *The Second World War: a complete history*. New York: H. Holt, 1989.
- Hilberg, Raul, 1926-. *The destruction of the European Jews*. New York: Holmes & Meier, 1985.
- Hildebrand, Klaus, author,Mazal Holocaust Collection. TxSaTAM. *The foreign policy of the Third Reich*. Berkeley: University of California Press, 1973.
- Keegan, John, 1934-. *The Second World War*. New York: Viking, 1990.
- Murray, Williamson. *A war to be won*. Belknap Press of Harvard University Press, 2000.
- Museum, United States Holocaust Memorial. *Historical atlas of the Holocaust*. New York: MacMillan Pub., 1996.
- Overy, R. J. *The Penguin historical atlas of the Third Reich*. London: Penguin Books Ltd.; New York: Penguin Books USA Inc., 1996.
- Rich, Norman. *Hitler's War Aims*. W.W. Norton & Co, 1973.
- Roberts, Andrew. *The storm of war*. Harper, 2011.
- Seaton, Albert, 1921-. *The German Army, 1933-45*. New York: New American Library, 1985.
- Service, Robert, 1947-. *A history of modern Russia from Nicholas II to Vladimir Putin*. Cambridge, Mass.: Harvard University Press, 2005.
- Taylor, A. J. P. (Alan John Percivale), 1906-, et al. *History of World War II*. London: Octopus Books, 1974.
- Wright, Gordon, 1912-2000. *The ordeal of total war, 1939-1945*. New York, Harper & Row, 1968.

## England in the Late Middle Ages

- Aberth, John, 1963-. *From the brink of the apocalypse: confronting famine, war, plague, and death in the later Middle Ages*. New York: Routledge, 2000.
- Ashley, Michael. *A brief history of British kings & queens: [British royal history from Alfred the Great to the present]*. New York: Carroll & Graf Publishers, 2002.
- Bartlett, Robert. *England under the Norman and Angevin kings, 1075-1225*. Clarendon Press, 2000.
- Beadle, Richard. *The Cambridge companion to medieval English theatre*. Cambridge [England]; New York, NY, USA: Cambridge University Press, 1994.
- Burton, Janet E.. *Monastic and religious orders in Britain, 1000-1300*. Cambridge University Press, 1994.
- Carpenter, D. A. *The struggle for mastery: Britain 1066-1284*. London: Penguin, 2004.
- Cobban, Alan B. *The medieval universities: their development and organization*. London: Methuen; [New York]: distributed by Harper & Row, Barnes & Noble Import Division, 1975.
- Given-Wilson, Chris. *An illustrated history of late medieval England*. Manchester; New York: Manchester University Press; New York: Distributed exclusively in the USA and Canada by St. Martin's Press, 1996.
- Hooper, Nicholas, 1956-, et al. *Cambridge illustrated atlas, warfare: the Middle Ages, 768-1487*. New York: Cambridge University Press, 1996.
- Maddicott, John Robert. *Thomas of Lancaster, 1307-1322: a study in the reign of Edward II*. London: Oxford U.P., 1970.
- Mortimer, Ian. *The greatest traitor*. Thomas Dunne Books, 2006.
- Myers, A. R. (Alec Reginald), 1912-1980. *England in the late Middle Ages*. Harmondsworth, Middlesex, Eng.: Penguin Books, 1976.
- O'Brien, Jay, et al. *Golden ages, dark ages: imagining the past in anthropology and history*. Berkeley: University of California Press, 1991.
- Prestwich, Michael. *Plantagenet England, 1225-1360*. Clarendon Press, 2005.
- Rubin, Miri, 1956-. *The hollow crown: a history of Britain in the late Middle Ages*. London: Penguin, 2006.
- Saul, Nigel. *Richard II*. Yale University Press, 1997.
- Stenton, Doris Mary Parsons, Lady. *English society in the early middle ages, (1066-1307)*. Harmondsworth: Penguin, 1965.

- Stringer, K. J. (Keith John). *The reign of Stephen: kingship, warfare, and government in twelfth-century England*. London; New York: Routledge, 1993.
- Warren, W. L. (Wilfred Lewis), 1929-. *King John*. Berkeley: University of California Press, 1978.
- Waugh, Scott L., 1948-. *England in the reign of Edward III*. Cambridge; New York: Cambridge University Press, 1991.

## George F. Kennan

- Gaddis, John Lewis. *Russia, the Soviet Union, and the United States*. McGraw-Hill Pub. Co, 1990.
- Gaddis, John Lewis. *Strategies of containment: a critical appraisal of postwar American national security policy*. New York: Oxford University Press, 1982.
- Hixson, Walter L. *George F. Kennan: Cold War iconoclast*. New York: Columbia University Press, 1989.
- Karnow, Stanley. *Vietnam, a history*. New York: Viking Press, 1983.
- Kennan, George F. (George Frost), 1904-. *The decline of Bismarck's European order: Franco-Russian relations, 1875-1890*. Princeton, N.J.: Princeton University Press, 1979.
- Kennan, George F. (George Frost), 1904-2005. *Around the cragged hill: a personal and political philosophy*. New York: W.W. Norton, 1994.
- Kennan, George F. (George Frost), 1904-2005. *At a century's ending: reflections, 1982-1995*. New York: W.W. Norton, 1997.
- Kennan, George F. (George Frost), 1904-2005. *Democracy and the student left*. New York, Bantam Books, 1968.
- Kennan, George F. (George Frost), 1904-2005. *Sketches from a life*. New York: Pantheon Books, 1989.
- Kennan, George F. (George Frost), 1904-2005. *The Kennan diaries*. New York, NY: W.W. Norton & Company, 2014.
- Kennan, George F. (George Frost), 1904-2005. *The Marquis de Custine and his Russia in 1839*. Princeton, N.J., Princeton University Press, 1971.
- Kennan, George F. (George Frost), 1904-2005. *The cloud of danger: current realities of American foreign policy*. Boston: Little, Brown, 1977.
- Kennan, George F. (George Frost), 1904-2005. *The fateful alliance: France, Russia, and the coming of the First World War*. New York: Pantheon Books, 1984.
- Kennan, George F. (George Frost), 1904-2005. *The nuclear delusion: Soviet-American relations in the atomic age*. New York: Pantheon Books, 1982.
- Kennan, George Frost, 1904-. *An American family: the Kennans--the first three generations*. New York: W.W. Norton, 2000.
- LaFeber, Walter, et al. *America, Russia, and the Cold War, 1945-1996*. New York: McGraw-Hill, 1997.
- Lukacs, John. *George Kennan*. Yale University Press, 2007.
- Mayers, David Allan, 1951-. *George Kennan and the dilemmas of US foreign policy*. New York: Oxford University Press, 1988.
- Stephanson., Anders. *Kennan and the art of foreign policy*. Harvard University Press, 1989.
- Talbott, Strobe. *The Russia hand: a memoir of presidential diplomacy*. New York: Random House, 2002.

## Human history

- Camp, John McK. *Ancient Athenian building methods*. American School of Classical Studies at Athens, 1984.
- Ebrey, Patricia Buckley, 1947-, et al. *East Asia: a cultural, social, and political history*. Boston: Houghton Mifflin, 2006.
- Friedman, Thomas L. *The world is flat: a brief history of the twenty-first century*. New York: Picador/Farrar, Straus and Giroux: Distributed by Holtzbrinck Publishers, 2007.
- Gascoigne, Bamber. *The Dynasties of China*. Carroll & Graf, 2003.
- Gernet, Jacques. *A history of Chinese civilization*. Cambridge University Press, 1996.
- Hourani, Albert, 1915-1993. *A history of the Arab peoples*. New York, NY: MJF Books, 1991.
- ILIFFE, JOHN. *AFRICANS: THE HISTORY OF A CONTINENT.*. CAMBRIDGE UNIV PRESS, 2008.

- Johnson, Lonnie, 1952-. *Central Europe: enemies, neighbors, friends*. New York: Oxford University Press, 1996.
- Landes, David S. *The unbound Prometheus: technological change and industrial development in Western Europe from 1750 to the present*. London: Cambridge U.P., 1969.
- Martin, Thomas R.. *Ancient Greece*. Yale University Press, 2000.
- McNeill, William Hardy, 1917-. *The pursuit of power: technology, armed force, and society since A.D. 1000*. Chicago: University of Chicago Press, 1982.
- McNeill, William Hardy, 1917-, et al. *The rise of the West: a history of the human community*. Chicago: University of Chicago Press, 1963.
- Pomeranz, Kenneth. *The great divergence: China, Europe, and the making of the modern world economy*. Princeton, N.J.: Princeton University Press, 2000.
- Pounds, Norman John Greville. *An historical geography of Europe, 1500-1840*. Cambridge [Eng.]; New York: Cambridge University Press, 1979.
- Rifkin, Jeremy. *The European dream: how Europe's vision of the future is quietly eclipsing the American dream*. New York: Jeremy P. Tarcher/Penguin, 2004.
- Roesdahl, Else. *The Vikings*. London; New York: Penguin Books, 1998.
- Shaw, Stanford J. (Stanford Jay), 1930-2006, et al. *History of the Ottoman Empire and modern Turkey*. Cambridge; New York: Cambridge University Press, 1976.
- Whitfield, Susan, 1960-. *Aurel Stein on the Silk Road*. Chicago: Serindia Publications, 2004.
- Zinn, Howard. *A People's History of the United States*. HarperCollins, 2003.

## California Gold Rush

- Boyd, Nan Alamilla. *Wide-open town*. University of California Press, 2003.
- Brands, H. W. *The age of gold: the California Gold Rush and the new American dream*. New York: Doubleday, 2002.
- Caughey, John Walton, 1902-1995. *The California gold rush*. Berkeley: University of California Press, 1975.
- Dillon, Richard H. *Siskiyou Trail: the Hudson's Bay Company route to California*. New York: McGraw-Hill, 1975.
- Heizer, Robert F. (Robert Fleming), 1915-1979. *The Destruction of California Indians: a collection of documents from the period 1847 to 1865 in which are described some of the things that happened to some of the Indians of California*. Lincoln: University of Nebraska Press, 1993.
- Holliday, J. S. *Rush for riches: gold fever and the making of California*. [Oakland, Calif.]: Oakland Museum of California; Berkeley: University of California Press, 1999.
- Holliday, J. S, et al. *The world rushed in: the California gold rush experience*. New York: Simon and Schuster, 1981.
- Hurtado, Albert L.. *John Sutter*. University of Oklahoma Press, 2006.
- Johnson, Susan Lee. *Roaring camp: the social world of the California Gold Rush*. New York: W.W. Norton, 2000.
- Levy, Jo Ann, 1941-. *They saw the elephant: women in the California gold rush*. Hamden, Ct.: Archon Books, 1990.
- Lindsay, Brendan C. *Murder state: California's native American genocide, 1846-1873*. Lincoln: University of Nebraska Press, 2012.
- Moynihan, Ruth Barnes, et al. *So much to be done: women settlers on the mining and ranching frontier*. Lincoln: University of Nebraska Press, 1998.
- Norton, Jack, 1933-. *Genocide in northwestern California: when our worlds cried*. San Francisco: Indian Historian Press, 1979.
- Rodman, W. Paul. *CALIFORNIA GOLD: The Beginning of Mining in the Far West*. University of Nebraska Press/ Bison, 1969.
- Starr, Kevin. *Americans and the California dream, 1850-1915*. New York, Oxford University Press, 1973.
- Starr, Kevin. *California*. Modern Library, 2005.
- Thornton, Russell, 1942-. *American Indian holocaust and survival: a population history since 1492*. Norman: University of Oklahoma Press, 1987.

- Witschi, Nicolas S., 1966-. *Traces of gold: California's natural resources and the claim to realism in western American literature*. Tuscaloosa: University of Alabama Press, 2002.
- Young, Otis E., 1925-. *Western mining: an informal account of precious-metals prospecting, placering, lode mining, and milling on the American frontier from Spanish times to 1893*. Norman, University of Oklahoma Press, 1970.

## Attack on Pearl Harbor

- Barnhart, Michael A., 1951-. *Japan prepares for total war: the search for economic security, 1919-1941*. Ithaca: Cornell University Press, 1987.
- Blair, Clay, 1925-. *Silent victory: the U.S. submarine war against Japan*. Philadelphia, Lippincott, 1975.
- Budiansky, Stephen. *Battle of wits: the complete story of codebreaking in World War II*. New York: Simon & Schuster, 2002.
- Ellsberg, Edward, 1891-. *Under the Red sea sun*. New York, Dodd, Mead & Company, 1946.
- Gailey, Harry A. *The war in the Pacific: from Pearl Harbor to Tokyo Bay*. Novato, CA: Presidio, 1997.
- Gilbert, Martin. *The Second World War*. Henry Holt, 2004.
- Hoyt, Edwin P. (Edwin Palmer), 1923-2005. *Pearl Harbor*. Thorndike, Me.: G.K. Hall, 2000.
- Keegan, John. *The Second World War*. Penguin Books, 1990.
- Liddell Hart, Basil Henry, Sir, 1895-1970. *History of the Second World War*. New York, Putnam, 1971.
- Lord, Walter, 1917-2002. *Day of infamy*. New York, Holt, 1957.
- Prados, John. *Combined fleet decoded*. Naval Institute Press, 2001.
- Prange, Gordon W. (Gordon William), 1910-1980. *December 7, 1941: the day the Japanese attacked Pearl Harbor*. New York: McGraw-Hill, 1988.
- Prange, Gordon W. (Gordon William), 1910-1980, author. *At dawn we slept: the untold story of Pearl Harbor*. New York: Penguin Books, 1991.
- Prange, Gordon W. (Gordon William), 1910-1980, et al. *Pearl Harbor: the verdict of history*. New York: McGraw-Hill Book Co., 1986.
- Prange, Gordon William, 1910-, et al. *At dawn we slept: the untold story of Pearl Harbor*. New York: McGraw-Hill, 1981.
- Rhodes, Anthony, 1916-2004. *Propaganda: the art of persuasion, World War II*. Secaucus, NJ: Wellfleet Press, 1987.
- Shirer, William L.. *The Rise and Fall of the Third Reich: A History of Nazi Germany*. Simon and Schuster, 1960.
- Stephen, Martin, 1949-, et al. *Sea battles in close-up: World War 2*. Annapolis, MD: Naval Institute Press, 1988.
- Toland, John. *The rising sun: the decline and fall of the Japanese Empire, 1936-1945*. New York, Random House, 1970.
- Willmott, H. P. *The barrier and the javelin: Japanese and Allied Pacific strategies, February to June 1942*. Annapolis, Md.: Naval Institute Press, 1983.

## Biblical criticism

- Adam, A. K. M. (Andrew Keith Malcolm), 1957-. *What is postmodern biblical criticism?*. Minneapolis: Fortress Press, 1995.
- Brown, Michael Joseph. *Blackening of the Bible: the aims of African American biblical scholarship*. Harrisburg, Pa.: Trinity Press International, 2004.
- Campbell, Antony F. *Sources of the Pentateuch: texts, introductions, annotations*. Minneapolis: Fortress Press, 1993.
- Elliott, John Hall. *What is social-scientific criticism?*. Minneapolis: Fortress Press, 1993.
- Guthrie, Donald, 1916-1992. *New Testament introduction*. Downers Grove, Ill.: Inter-Varsity Press, 1990.
- Hastings, Adrian, et al. *The Oxford companion to Christian thought*. Oxford; New York: Oxford University Press, 2000.
- Hayes, John H. (John Haralson), 1934-2013. *Biblical exegesis: a beginner's handbook*. Louisville, Ky.: Westminster John Knox Press, 2007.

- Kim, Wonil. *Reading the Hebrew Bible for a new millennium: form, concept, and theological perspective*. Harrisburg, PA: Trinity Press International, 2000.
- Powell, Mark Allan, 1953-. *What is narrative criticism?*. Minneapolis: Fortress Press, 1990.
- Soulen, Richard N., 1933- *Handbook of biblical criticism*. Louisville: Westminster John Knox Press, 2001.
- Soulen, Richard N., 1933- author. *Handbook of biblical criticism*. Louisville, KY: Westminster John Knox Press, 2011.
- Stout, Jeffrey. *The flight from authority: religion, morality, and the quest for autonomy*. Notre Dame: University of Notre Dame Press, 1981.
- Tyson, Lois, 1950-. *Critical theory today: a user-friendly guide*. New York: Garland Pub., 1999.
- VanderKam, James C. *The meaning of the Dead Sea scrolls: their significance for understanding the Bible, Judaism, Jesus, and Christianity*. San Francisco, CA: HarperSanFrancisco, 2004.

## Nazi Germany

- Books, Time-Life. *Fists of steel*. Alexandria, Va.: Time-Life Books, 1988.
- Davies, Norman, 1939-, et al. *Rising '44: the battle for Warsaw*. New York: Viking, 2004.
- Ericksen, Robert P, et al. *Betrayal: German churches and the Holocaust*. Minneapolis: Fortress Press, 1999.
- Evans, Richard J.. *The Third Reich at war*. Penguin, 2008.
- Evans, Richard J.. *The Third Reich in power, 1933-1939*. Penguin Press, 2005.
- Fest, Joachim C., 1926-2006. *Speer: the final verdict*. New York: Harcourt, 2001.
- Glantz, David M.. *When Titans clashed*. University of Kansas, 1998.
- Grunsberger, Richard. *The 12-year Reich: a social history of Nazi Germany, 1933-1945. --*. New York, 1971.
- Hildebrand, Klaus. *The Third Reich*. London; Boston: Allen & Unwin, 1984.
- Hoffmann, Peter, 1930-. *German resistance to Hitler*. Cambridge, Mass.: Harvard University Press, 1988.
- Hosking, Geoffrey A. *Rulers and victims: the Russians in the Soviet Union*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2006.
- Kershaw, Ian. *The end*. Penguin Press, 2011.
- Kershaw, Ian.. *The Nazi dictatorship*. Arnold, 2000.
- Kirschbaum, Stanislav J.. *A history of Slovakia*. Palgrave Macmillan, 2005.
- Koonz, Claudia. *The Nazi Conscience*. Belknap Press, 2003.
- Lukas, Richard C., 1937-. *Did the children cry?: Hitler's war against Jewish and Polish children, 1939-1945*. New York: Hippocrene Books, 1994.
- Overy, R. J. *The dictators: Hitler's Germany and Stalin's Russia*. New York: W.W. Norton & Co., 2004.
- Proctor, Robert. *The Nazi war on cancer*. Princeton University Press, 1999.
- Rees, Laurence, 1957-. *Auschwitz: a new history*. New York: Public Affairs, 2005.
- Rupp, Leila J., 1950-. *Mobilizing women for war: German and American propaganda, 1939-1945*. Princeton, N.J.: Princeton University Press, 1978.

## Fêtes Vénitiennes

- Brookner, Anita. *Soundings*. London: Harvill Press, 1997.
- Brookner, Anita. *Watteau*. Twickenham: Hamlyn, 1985.
- Bryson, Norman, 1949-. *Word and image: French painting of the ancien régime*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1981.
- Clark, Kenneth. *Civilisation*. Harper and Row, 1969.
- Elkins, James, 1955-. *Why are our pictures puzzles?: on the modern origins of pictorial complexity*. New York: Routledge, 1999.
- Hollier, Denis, et al. *A New history of French literature*. Cambridge, Mass.: Harvard University Press, 1989.
- Huyghe, René. *Watteau*. London: Pall Mall Press, 1970.
- Lauterbach, Iris. *Antoine Watteau, 1684-1721*. Köln; Los Angeles: Taschen, 2008.

- Levey, Michael. *Rococo to Revolution; major trends in eighteenth-century painting*. New York, Praeger, 1966.
- Minor, Vernon Hyde. *Baroque & Rococo: art & culture*. Upper Saddle River, N.J.: Prentice-Hall, 1999.
- Newton, Eric, 1893-1965. *The arts of man; an anthology and interpretation of great works of art*. Greenwich, Conn., New York Graphic Society, 1960.
- Posner, Donald. *Antoine Watteau*. London: Weidenfeld & Nicolson, 1984.
- Room, Adrian. *A Dictionary of Art Titles*. McFarland & Company, 2000.
- Schneider, Pierre, 1925-, et al. *The world of Watteau, 1684-1721*. New York, Time, inc, 1967.
- Watteau, Antoine, 1684-1721. *Watteau*. Paris: Larousse, 1959.
- Watteau, Antoine, 1684-1721. *Watteau, the embarkment for Cythera*. Richmond Hill, Ont.: NDE Pub., 2000.

## Foreign relations of the Soviet Union

- Axelrod, Alan. *The Real History of World War II*. Sterling, 2008.
- Dallin, David J., 1889-1962. *Soviet foreign policy after Stalin*. Philadelphia, Lippincott, 1961.
- Eudin, Xenia Joukoff, et al. *Soviet Russia and the East, 1920-1927; a documentary survey*. Stanford, Stanford University Press, 1957.
- Feis, Herbert, 1893-1972. *Churchill, Roosevelt, Stalin; the war they waged and the peace they sought*. Princeton, N.J., Princeton University Press, 1957.
- Fischer, Louis, 1896-1970. *Russia's road from peace to war: Soviet foreign relations, 1917-1941*. New York, Harper & Row, 1969.
- Garthoff, Raymond L. *Détente and confrontation: American-Soviet relations from Nixon to Reagan*. Washington, D.C.: Brookings Institution, 1985.
- Goldgeier, James M. *Leadership style and Soviet foreign policy: Stalin, Khrushchev, Brezhnev, Gorbachev*. Baltimore: Johns Hopkins University Press, 1994.
- Jelavich, Barbara. *St. Petersburg and Moscow: tsarist and Soviet foreign policy, 1814-1974*. Indiana University Press, 1974.
- Librach, Jan. *The rise of the Soviet empire; a study of Soviet foreign policy*. New York, Praeger, 1964.
- Rubinstein, Alvin Z. *Soviet foreign policy since World War II*. Scott, Foresman, 1989.
- Service, Robert. *A history of twentieth-century Russia*. Cambridge, Mass.: Harvard University Press, 1998.
- Service, Robert. *Lenin--a biography*. Cambridge, MA: Harvard University Press, 2000.
- Service, Robert.. *Stalin*. Belknap Press of Harvard University Press, 2005.
- Taubman, William. *Khrushchev: the man and his era*. New York: Norton, 2003.
- Ulam, Adam B., 1922-2000. *Expansion and coexistence: Soviet foreign policy, 1917-73*. New York, Praeger, 1974.
- Ulam, Adam B., 1922-2000. *The communists: the story of power and lost illusions, 1948-1991*. New York: Scribner's; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1992.
- Ulam, Adam Bruno, 1922-. *Dangerous relations: the Soviet Union in world politics, 1970-1982*. New York: Oxford University Press, 1983.
- Ulam, Adam Bruno, 1922-. *Stalin; the man and his era*. New York, Viking Press, 1973.
- Ulam, Adam Bruno, 1922-. *The rivals: America and Russia since World War II*. Harmondsworth, Eng.; New York: Penguin Books, 1976.

## George Washington in the American Revolution

- Buchanan, John. *The road to Valley Forge: how Washington built the army that won the Revolution*. Hoboken, N.J.: John Wiley & Sons, 2004.
- Ferling, John E. *The first of men: a life of George Washington*. Knoxville: University of Tennessee Press, 1988.
- Fleming, Thomas J. *Washington's secret war: the hidden history of Valley Forge*. New York: Smithsonian Books/Collins, 2005.
- Flexner, James Thomas, 1908-2003. *Washington: the indispensable man*. Boston: Little, Brown, 1974.

- Flexner, James Thomas, 1908-2003, et al. *George Washington in the American Revolution, 1775-1783*. Boston, Little, Brown, 1968.
- Freeman, Douglas Southall, 1886-1953. *George Washington, a biography*. New York, Scribner, 1948.
- Freeman, Douglas Southall, 1886-1953, et al. *Washington*. New York, Scribner, 1968.
- Higginbotham, Don. *George Washington and the American military tradition*. Athens: University of Georgia Press, 1985.
- Ketchum, Richard M., 1922-2012. *The winter soldiers*. Garden City, N.Y., Doubleday, 1973.
- Lengel, Edward G. *General George Washington: a military life*. New York: Random House, 2005.
- Martin, James Kirby, 1943-. *Benedict Arnold, revolutionary hero: an American warrior reconsidered*. New York: New York University Press, 1997.
- Nelson, James L. *George Washington's secret navy: how the American revolution went to sea*. New York: McGraw-Hill, 2008.
- O'Meara, Walter. *Guns at the forks*. Englewood Cliffs, N.J., Prentice-Hall, 1965.
- Randall, Willard Sterne. *Benedict Arnold*. Morrow, 1990.
- Randall, Willard Sterne. *George Washington: a life*. New York: Henry Holt & Co., 1998.
- Schecter, Barnet. aut. *The battle for New York: the city at the heart of the American Revolution*. New York: Walker &Company, 2002.
- Van Doren, Carl, 1885-1950, et al. *Secret history of the American Revolution: an account of the conspiracies of Benedict Arnold and numerous others, drawn from the Secret Service papers of the British headquarters in North America, now for the first time examined and made public*. Garden City, N.Y.: Garden City Pub. Co., 1941.
- Ward, Christopher, 1868-1943. *The War of the Revolution;*. New York, Macmillan, 1952.
- Wickwire, Franklin B, et al. *Cornwallis: the American adventure*. Boston, Houghton Mifflin, 1970.

## Malcolm X

- Breitman, George. *The last year of Malcolm X: the evolution of a revolutionary*. New York: Pathfinder Press, 1992.
- Clarke, John Henrik, 1915-1998, editor, et al. *Malcolm X: the man and his times*. Africa World Press, 1990.
- Clegg, Claude Andrew. *An original man: the life and times of Elijah Muhammad*. New York: St. Martins Griffin, 1998.
- Collins, Rodnell P.. *Seventh child*. Carol Pub. Group, 1998.
- Cone, James H. *Martin & Malcolm & America: a dream or a nightmare*. Maryknoll, N.Y.: Orbis Books, 1991.
- Gallen, David. *Malcolm X: as they knew him*. New York:, 1992.
- Karim, Benjamin, et al. *Remembering Malcolm*. New York: Carroll & Graf; [Emeryville, CA]: Distributed by Publishers Group West, 1992.
- Kly, Yussuf Naim, 1935-, et al. *The black book: the true political philosophy of Malcolm X (El Hajj Malik El Shabazz)*. Atlanta: Clarity Press, 1986.
- Lee, Spike, et al. *By any means necessary: the trials and tribulations of the making of Malcolm X--*. New York: Hyperion, 1992.
- Marsh, Clifton E.. *The lost-found Nation of Islam in America*. Scarecrow Press, 2000.
- Natambu, Kofi, 1950-. *The life and work of Malcolm X*. Indianapolis, IN: Alpha, 2002.
- Perry, Bruce. *Malcolm*. Station Hill, 1991.
- Rickford, Russell J.. *Betty Shabazz*. Sourcebooks, 2003.
- Sales, William W. *From civil rights to Black liberation: Malcolm X and the Organization of Afro-American Unity*. Boston, MA: South End Press, 1994.
- Wood, Joe, 1964-. *Malcolm X: in our own image*. New York: St. Martin's Press, 1992.
- X, Malcolm. *Malcolm X speaks*. Grove Weidenfeld, 1990.
- X, Malcolm, 1925-1965, et al. *Malcolm X: speeches at Harvard*. New York: Paragon House, 1991.
- X, Malcolm, 1925-1965, et al. *Malcolm X: the last speeches*. New York: Pathfinder, 1989.

## Stephen Birmingham

- Birmingham, Stephen. *"The rest of us": the rise of America's eastern European Jews*. Boston: Little, Brown, 1984.
- Birmingham, Stephen. *America's secret aristocracy*. Boston: Little, Brown, 1987.
- Birmingham, Stephen. *California rich*. New York: Simon and Schuster, 1980.
- Birmingham, Stephen. *Certain people: America's Black elite*. Boston: Little, Brown, 1977.
- Birmingham, Stephen. *Duchess: the story of Wallis Warfield Windsor*. Boston: Little, Brown, 1981.
- Birmingham, Stephen. *Jacqueline Bouvier Kennedy Onassis*. New York: Grossett & Dunlap, 1978.
- Birmingham, Stephen. *Life at the Dakota: New York's most unusual address*. New York: Random House, 1979.
- Birmingham, Stephen. *Real lace: America's Irish rich*. New York, Harper & Row, 1973.
- Birmingham, Stephen. *Shades of fortune*. New York: Jove Books, 1992.
- Birmingham, Stephen. *The LeBaron secret*. New York: Berkley Pub. Group, 1987.
- Birmingham, Stephen. *The Rothman scandal: a novel*. Boston: Little, Brown, 1991.
- Birmingham, Stephen. *The auerbach will*. New York: Berkley Books, 1984.
- Birmingham, Stephen. *The golden dream: suburbia in the seventies*. New York: Harper & Row, 1978.
- Birmingham, Stephen. *The grandees; America's Sephardic elite*. New York, Harper & Row, 1971.
- Birmingham, Stephen. *The grandes dames*. New York: Simon and Schuster, 1982.
- Birmingham, Stephen. *The late John Marquand; a biography*. Philadelphia, Lippincott, 1972.
- Birmingham, Stephen. *The right people: a portrait of the American social establishment*. Boston: Little, Brown, 1968.
- Birmingham, Stephen. *The right places*. Boston, Little, Brown, 1973.
- Birmingham, Stephen. *The wrong kind of money*. New York: Penguin, 1998.

## History of U.S. foreign policy, 1897–1913

- Anderson, Donald F. *William Howard Taft: a conservative's conception of the Presidency*. Ithaca [N.Y.] Cornell University Press, 1973.
- Brodsky, Alyn. *Grover Cleveland*. St. Martin's Press, 2000.
- Coletta, Paolo Enrico, 1916-. *The Presidency of William Howard Taft*. Lawrence, University Press of Kansas, 1973.
- Dulles, Foster Rhea. *America's rise to world power, 1898-1954*. New York, NY: Harper & Row [u.a.], 1963.
- Dulles, Foster Rhea, 1900-1970. 1n. *Prelude to world power: American diplomatic history, 1860-1900*. New York, Macmillan, 1965.
- Faulkner, Harold Underwood, 1890-1968. *The decline of laissez faire, 1897-1917*. White Plains, N.Y.: M. E. Sharpe, 1977.
- Gould, Lewis L. *The Presidency of William McKinley*. Lawrence: Regents Press of Kansas, 1980.
- Gould, Lewis L. *The presidency of Theodore Roosevelt*. Lawrence, Kansas: University Press of Kansas, 2011.
- Griswold, Alfred Whitney, 1906-1963. *The Far Eastern policy of the United States. --*. New Haven, Yale University Press, 1962.
- Kazin, Michael, 1948-. *A godly hero: the life of William Jennings Bryan*. New York: Knopf, 2006.
- Kirkland, Edward Chase, 1894-. *Industry comes of age: business, labor, and public policy, 1860-1897. --*. New York: Holt, Rinehart and Winston, 1961.
- McCullough, David G. *The path between the seas: the creation of the Panama Canal, 1870-1914*. New York: Simon and Schuster, 1977.
- Morris, Edmund, et al. *Theodore Rex*. New York: Random House, 2001.
- Pratt, Julius W. (Julius William), 1888-1983. *Expansionists of 1898: the acquisition of Hawaii and the Spanish islands*. Baltimore: Johns Hopkins Press, 1936.
- Pratt, Julius William, 1888-. *Challenge and rejection: the United States and world leadership, 1900-1921*. New York: Macmillan, 1967.
- Pringle, Henry F. (Henry Fowles), 1897-1958. *Theodore Roosevelt: a biography*. San Diego: Harcourt Brace Jovanovich, 1984.

- Pringle, Henry F. (Henry Fowles), 1897-1958. *Theodore Roosevelt, a biography*. New York, Harcourt, Brace, 1956.
- Scholes, Walter Vinton, 1916-. *The foreign policies of the Taft administration*. Columbia University of Missouri Press, 1970.
- Varg, Paul A. *Missionaries, Chinese, and diplomats; the American Protestant missionary movement in China, 1890-1952*. Princeton, N.J., Princeton University Press, 1958.

## Lucy Cousins

- Cousins, Lucy. *Create with Maisy*. Somerville, Mass.: Candlewick Press, 2012.
- Cousins, Lucy. *Doctor Maisy*. Cambridge, MA: Candlewick Press, 2001.
- Cousins, Lucy. *Hooray for fish!*. Candlewick Press, 2005.
- Cousins, Lucy. *Maisy Big, Maisy Small (Maisy)*. Candlewick, 2007.
- Cousins, Lucy. *Maisy cleans up*. Candlewick Press, 2003.
- Cousins, Lucy. *Maisy drives the bus*. Candlewick Press, 2000.
- Cousins, Lucy. *Maisy goes to preschool*. Somerville, Mass.: Candlewick Press, 2009.
- Cousins, Lucy. *Maisy goes to the city*. London: Walker Books, 2011.
- Cousins, Lucy. *Maisy goes to the library*. Candlewick Press, 2005.
- Cousins, Lucy. *Maisy goes to the museum*. Cambridge, Mass.: Candlewick Press, 2008.
- Cousins, Lucy. *Maisy learns to swim*. Somerville, Mass.: Candlewick Press, 2013.
- Cousins, Lucy. *Maisy makes lemonade*. Cambridge, MA: Candlewick Press, 2002.
- Cousins, Lucy. *Maisy takes a bath*. Cambridge, Mass.: Candlewick Press, 2002.
- Cousins, Lucy. *Maisy's clothes = La ropa de Maisy*. Somerville, Mass.: Candlewick Press, 2009.
- Cousins, Lucy. *Maisy's first numbers*. Somerville, Mass.: Candlewick Press, 2013.
- Cousins, Lucy. *Maisy, Charley, and the wobbly tooth*. Cambridge, Mass.: Candlewick Press, 2006.
- Cousins, Lucy. *Yummy: eight favorite fairy tales*. Somerville, Mass.: Candlewick Press, 2009.
- Cousins, Lucy. *Za-Za's baby brother*. Cambridge, MA: Candlewick Press, 1995.
- Cousins, Lucy, ill. *The little dog laughed*. New York, N.Y., U.S.A.: Dutton Children's Books, 1995.

## Amelia Earhart

- Bryan, Courtlandt Dixon Barnes. aut, et al. *The international air and space museum*. New York: Harry N. Abrams, 1979.
- Cochran, Jacqueline, et al. *The stars at noon*. Boston, Little, Brown, 1954.
- Corn, Joseph J. *The winged gospel: America's romance with aviation, 1900-1950*. New York: Oxford University Press, 1983.
- Earhart, Amelia, 1897-1937, et al. *Letters from Amelia, 1901-1937*. Boston, Mass.: Beacon Press, 1982.
- Fleming, Candace. *Amelia lost: the life and disappearance of amelia earhart*. New York: Schwartz & Wade Books, 2011.
- Goerner, Fred G. *The search for Amelia Earhart*. Garden City, N.Y., Doubleday, 1966.
- Jessen, Gene Nora. *The Powder Puff Derby of 1929: the first all women's transcontinental air race*. Naperville, Ill.: Sourcebooks, 2002.
- Keyzer-André, Henri. *Age of heroes*. Hastings House, 1993.
- King, Thomas F. *Amelia Earhart's shoes: is the mystery solved?*. Walnut Creek, CA: AltaMira Press, 2001.
- Leder, Jane Mersky, author. *Amelia Earhart: opposing viewpoints*. San Diego, Calif.: Greenhaven Press, 1989.
- Long, Elgen M, et al. *Amelia Earhart: the mystery solved*. New York, NY: Simon & Schuster, 1999.
- Lovell, Mary S., author. *The sound of wings: the life of Amelia Earhart*. St. Martin's Griffin; Reprint edition, 1989.
- Morey, Eileen, 1923-. *Amelia Earhart*. San Diego, CA: Lucent Books, 1995.
- Pearce, Carol A. *Amelia Earhart*. New York, N.Y.: Facts on File, 1988.
- Randolph, Blythe. *Amelia Earhart*. New York: F. Watts, 1987.
- Rich, Doris L. *Amelia Earhart: a biography*. Washington: Smithsonian Institution Press, 1989.

- Sloate, Susan. *Amelia Earhart: challenging the skies*. New York: Fawcett Columbine, 1990.
- Tames, Richard. *Amelia Earhart*. New York: F. Watts, 1989.
- Van Pelt, Lori, 1961-. *Amelia Earhart: the sky's no limit*. New York: Forge, 2005.

## Byzantine Empire

- Ash, John, 1948-. *A Byzantine journey*. New York: Random House, 1995.
- Browning, Robert, 1914-1997. *The Byzantine Empire*. Washington, D.C.: Catholic University of America Press, 1992.
- Campbell, George L. *Compendium of the world's languages*. London; New York: Routledge, 2000.
- Clark, Victoria, 1961-. *Why angels fall: a portrait of Orthodox Europe from Byzantium to Kosovo*. New York: St. Martin's Press: Macmillan, 2000.
- Cohen, H. F.. *The scientific revolution*. University Of Chicago Press; 1 edition, 2011.
- Davies, Norman. *Europe: a history*. Oxford; New York: Oxford University Press, 1996.
- Evans, Helen C, et al. *The glory of Byzantium: art and culture of the Middle Byzantine era, A.D. 843-1261*. New York: Metropolitan Museum of Art: Distributed by H.N. Abrams, 1997.
- Fossier, Robert. *The Cambridge illustrated history of the Middle Ages*. Cambridge; New York: Cambridge University Press, 1986.
- Freeman, Charles, 1947-. *The Greek achievement: the foundation of the Western world*. New York: Viking, 1999.
- Hindley, Geoffrey, author. *A brief history of the crusades*. London: Robinson, 2004.
- Hooper, Nicholas, 1956-, et al. *Cambridge illustrated atlas, warfare: the Middle Ages, 768-1487*. New York: Cambridge University Press, 1996.
- Jones, A. H. M. (Arnold Hugh Martin), 1904-1970. *The later Roman Empire, 284-602: a social economic and administrative survey*. Baltimore, Md.: Johns Hopkins University Press, 1986.
- Millar, Fergus. *A Greek Roman Empire: power and belief under Theodosius II (408/450)*. Berkeley: University of California Press, 2006.
- Ostrogorski, Georgije. *History of the Byzantine state*. New Brunswick, N.J., Rutgers University Press, 1969.
- Pounds, Norman John Greville. *An historical geography of Europe, 1500-1840*. Cambridge [Eng.]; New York: Cambridge University Press, 1979.
- Shaw, Margaret Renée Bryers, ed. and tr, et al. *Chronicles of the Crusades*. Harmondsworth; Baltimore [etc.]: Penguin, 1977.
- Vasil′ev, A. A. (Aleksandr Aleksandrovich), 1867-1953. *History of the Byzantine Empire, 324-1453*. Madison, Wis.: University of Wisconsin Press, 1958.
- Wickham, Chris, 1950-. *The inheritance of Rome: a history of Europe from 400 to 1000*. New York: Viking, 2009.

## Timeline of 1960s counterculture

- (Organization), Human Rights Watch. *Cuba's repressive machinery: human rights forty years after the revolution*. New York: Human Rights Watch, 1999.
- Alinsky, Saul David, 1909-1972. *Rules for radicals; a practical primer for realistic radicals*. New York, Vintage Books, 1972.
- Allon, Yoram, et al. *Contemporary North American film directors: a Wallflower critical guide*. London; New York: Wallflower, 2002.
- Chang, Kevin O'Brien, et al. *Reggae routes: the story of Jamaican music*. Philadelphia: Temple University Press, 1998.
- Cohen, Robert, 1955 May. 21-, et al. *The Free Speech Movement: reflections on Berkeley in the 1960s*. Berkeley: University of California Press, 2002.
- Currie, Tony. *The Radio Times story*. Tiverton: Kelly, 2001.
- Dallek, Robert. *Flawed giant: Lyndon Johnson and his times, 1961-1973*. New York: Oxford University Press, 1998.
- Goldberg, Philip. *American Veda*. Harmony Books, 2010.

- Inciardi, James A. *Handbook of drug control in the United States*. New York: Greenwood Press, 1990.
- Kissinger, Henry, 1923-. *Ending the Vietnam War: a history of America's involvement in and extrication from the Vietnam War*. New York: Simon & Schuster, 2003.
- Krock, Arthur, 1886-1974. *Memoirs; sixty years on the firing line*. New York, Funk & Wagnalls, 1968.
- Leech, Jeanette. *Seasons they change: the story of acid, psychedelic and experimental folk*. London: Jawbone, 2010.
- Marrs, Jim. *Crossfire: the plot that killed Kennedy*. New York: Carroll & Graf Publishers, 1990.
- Marsh, Dave, et al. *The new book of rock lists*. New York: Simon & Schuster, 1994.
- McKeen, William, 1954-. *Rock and roll is here to stay: an anthology*. New York: Norton, 2000.
- Muir, John Kenneth, 1969-. *The rock & roll film encyclopedia*. New York: Applause Theatre & Cinema Books; Milwaukee, WI: Hal Leonard, [distributor], 2007.
- Shapiro, Fred R, et al. *The Yale book of quotations*. New Haven: Yale University Press, 2006.
- Unterberger., by Richie. *Eight miles high: folk-rock's flight from Haight-Ashbury to Woodstock*. San Francisco, CA: BackBeat Books, 2003.
- Wiener, Jon. *Gimme some truth: John Lennon and the FBI*. Berkeley, Calif.; London: University of California Press, 1999.

## Civil rights movement

- Arsenault, Raymond. *Freedom riders: 1961 and the struggle for racial justice*. Oxford; New York: Oxford University Press, 2006.
- Carson, Clayborne. *In struggle*. Harvard University Press, 1981.
- Chafe, William H., 1942-. *Civilities and civil rights: Greensboro, North Carolina, and the Black struggle for freedom*. Oxford; New York: Oxford University Press, 1981.
- Chafe, William H., 1942-. *The unfinished journey: America since World War II*. New York: Oxford University Press, 2003.
- Chafe, William Henry. *Civilities and civil rights: Greensboro, North Carolina, and the Black struggle for freedom*. New York: Oxford University Press, 1980.
- Davis, Townsend. *Weary feet, rested souls: a guided history of the Civil Rights Movement*. New York: W.W. Norton, 1998.
- Erikson, Erik H. (Erik Homburger), 1902-1994, author. *Gandhi's truth: on the origins of militant nonviolence*. Norton & Co., 1993.
- Fine, Sidney, 1920-2009. *Expanding the frontiers of civil rights: Michigan, 1948-1968*. Detroit: Wayne State University Press, 2000.
- Forman, James, 1928- . cn. *The making of Black revolutionaries; a personal account*. New York, Macmillan, 1972.
- Hoose, Phillip M., 1947-. *Claudette Colvin: twice toward justice*. New York: Melanie Kroupa Books/Farrar Straus Giroux, 2009.
- Lawson, Steven F., 1945-. *Civil rights crossroads: nation, community, and the Black freedom struggle*. Lexington: University Press of Kentucky, 2003.
- Lewis, John. *Walking with the wind*. Simon & Schuster, 1998.
- McAdam, Doug. *Freedom Summer*. New York: Oxford University Press, 1988.
- Ogletree, Charles J. *All deliberate speed: reflections on the first half century of Brown v. Board of Education*. New York: W.W. Norton & Co., 2004.
- Patterson, James T. *Brown v. Board of Education: a civil rights milestone and its troubled legacy*. Oxford; New York: Oxford University Press, 2001.
- Reeves, Richard. *President Kennedy*. Simon & Schuster, 1993.
- Rosenberg, Jonathan, 1958-, et al. *Kennedy, Johnson, and the quest for justice: the civil rights tapes*. New York: W.W. Norton, 2003.
- Schlesinger, Arthur M. (Arthur Meier), 1917-2007. *Robert Kennedy and his times*. Boston: Houghton Mifflin, 1978.
- Smith, Jean Edward. *Grant*. New York: Simon & Schuster, 2001.

## Historiography of the Cold War

- Alperovitz, Gar. *Atomic diplomacy: Hiroshima and Potsdam; the use of the atomic bomb and the American confrontation with Soviet power*. New York, Vintage Books, 1965.
- Ambrose, Stephen E. *Rise to globalism; American foreign policy since 1938*. Baltimore, Penguin Books, 1971.
- Chambers, John Whiteclay, et al. *The Oxford companion to American military history*. New York: Oxford University Press, 1999.
- Clemens, Diane Shaver. *Yalta*. New York, Oxford University Press, 1970.
- Gardner, Lloyd C., 1934-. *Architects of illusion; men and ideas in American foreign policy, 1941-1949*. Chicago: Quadrangle Books, 1970.
- Kolko, Joyce. *The limits of power: the world and United States foreign policy, 1945-1954*. New York, Harper & Row, 1972.
- Kuklick, Bruce, 1941-. *American policy and the division of Germany: the clash with Russia over reparations*. Ithaca, N.Y.: Cornell University Press, 1972.
- LaFeber, Walter. *America, Russia, and the Cold War, 1945-1966*. New York, Wiley, 1967.
- Laqueur, Walter, 1921-. *The fate of the Revolution: interpretations of Soviet history from 1917 to the present*. New York: Scribner, 1987.
- Martel, Gordon. *American foreign relations reconsidered, 1890-1993*. London; New York: Routledge, 1994.
- McCormick, Thomas J. *America's half-century: United States foreign policy in the Cold War*. Baltimore: Johns Hopkins University Press, 1989.
- McLean, Iain, et al. *The concise Oxford dictionary of politics*. Oxford; New York: Oxford University Press, 2003.
- Melanson, Richard A. *Writing history and making policy: the Cold War, Vietnam, and revisionism*. Lanham [MD]: University Press of America, 1983.
- Offner, Arnold A. *Another such victory: President Truman and the Cold War, 1945-1953*. Stanford, Calif.: Stanford University Press, 2002.
- Roberts, Geoffrey, 1952-. *Stalin's wars: from World War to Cold War, 1939-1953*. New Haven [Conn.]; London: Yale University Press, 2006.
- Schurmann, Franz, 1926-2010. *The logic of world power; an inquiry into the origins, currents, and contradictions of world politics*. New York, Pantheon Books, 1974.
- Williams, William Appleman. *The tragedy of American diplomacy*. Cleveland: World Pub. Co., 1959.
- Wittner, Lawrence S. *Cold war America; from Hiroshima to Watergate*. New York, Praeger, 1974.
- Yergin, Daniel. *Shattered peace: the origins ofthe cold war and the national security state*. Boston: Houghton Mifflin, 1977.

**United States involvement in regime change**

- Atkins, G. Pope, 1934-. *The Dominican Republic and the United States: from imperialism to transnationalism*. Athens: University of Georgia Press, 1998.
- Bergen, Peter L.. *The Osama Bin Laden I know*. Simon & Schuster, 2006.
- Easton, Nina. *Gang of five: leaders at the center of the conservative crusade*. New York: Simon & Schuster, 2000.
- Franklin, Jane, 1934-. *Cuba and the United States: a chronological history*. Melbourne; New York: Ocean Press, 1997.
- Gendzier, Irene L.. *Notes from the minefield*. Columbia University Press, 2006.
- Hart, John M. (John Mason), 1935-. *Empire and revolution: the Americans in Mexico since the Civil War*. Berkeley: University of California Press, 2002.
- Jones, Howard. *Crucible of power*. SR Books, 2001.
- Kinzer, Stephen. *Overthrow: America's century of regime change from Hawaii to Iraq*. New York: Times Books/Henry Holt, 2007.
- Koh, Harold Hongju, 1954-. *The national security constitution: sharing power after the Iran-Contra Affair*. New Haven: Yale University Press, 1990.
- Makiya, Kanan. *Republic of fear*. University of California Press, 1998.
- McCullough, David G. *Truman*. New York: Simon & Schuster, 1992.

- Musicant, Ivan. *The banana wars*. Macmillan, 1990.
- Schoonover, Thomas David, 1936- author. *Uncle Sam's War of 1898 and the origins of globalization*. Lexington: University Press of Kentucky, 2003.
- Simons, G. L.. *Indonesia, the long oppression*. St. Martin's Press, 1999.
- Tvedten, Inge. *Angola: struggle for peace and reconstruction*. Boulder, Colo.: Westview Press, 1997.
- Walker, John Frederick. *A certain curve of horn: the hundred-year quest for the giant sable antelope of Angola*. New York: Grove Press, 2004.
- Wilford, Hugh. *The Mighty Wurlitzer*. Harvard University Press, 2008.
- Wilford, Hugh, 1965- author. *America's great game: the CIA's secret Arabists and the shaping of the modern Middle East*. New York: Basic Books, a member of the Perseus Books Group, 2013.
- Woodward, Bob, 1943-. *Plan of attack*. New York: Simon & Schuster, 2004.

## Timeline of European exploration

- Ambrose, Stephen E. *Undaunted courage: Meriwether Lewis, Thomas Jefferson, and the opening of the American West*. New York: Simon & Schuster, 1997.
- Bergreen, Laurence. *Over the edge of the world: Magellan's terrifying circumnavigation of the globe*. New York: William Morrow, 2003.
- Crane, David. *Scott of the Antarctic*. Knopf, 2005.
- Fleming, Fergus. *Ninety degrees North*. Grove Press, 2001.
- Fleming, Fergus, 1959-. *Off the map: tales of endurance and exploration*. New York: Atlantic Monthly Press, 2005.
- Hayes, Derek, 1947-. *Historical atlas of California: with original maps*. Berkeley, Calif.: University of California Press, 2007.
- Jeal, Tim. *Livingstone*. New York, Putnam, 1973.
- Mawer, G. A. (G. Allen), 1943-. *Ahab's trade: the saga of south seas whaling*. New York: St. Martin's Press, 1999.
- McGoogan, Kenneth, 1947-. *Fatal passage: the true story of John Rae, the Arctic hero time forgot*. New York: Carroll & Graf Publishers, 2002.
- Mirsky, Jeannette, 1903-1987. *To the Arctic: The story of northern exploration from earliest times to the present*. Chicago, University of Chicago Press, 1970.
- Morison, Samuel Eliot, 1887-1976. *The European discovery of America: the northern voyages, A.D. 500-1600*. New York: Oxford University Press, 1971.
- Morison, Samuel Eliot, 1887-1976. *The European discovery of America: the southern voyages, A.D. 1492-1616*. New York: Oxford University Press, 1974.
- Morris, Richard Brandon, 1904- ed, et al. *Harper encyclopedia of the modern world; a concise reference history from 1760 to the present*. New York, Harper & Row, 1970.
- Philbrick, Nathaniel. *Sea of glory: America's voyage of discovery: the U.S. Exploring Expedition, 1838-1842*. New York: Viking, 2003.
- Pohl, Frederick Julius, 1889-. *Amerigo Vespucci: pilot major*. New York: Octagon Books, 1966.
- Reséndez, Andrés, et al. *A land so strange [electronic resource]: the epic journey of Cabeza de Vaca: the extraordinary tale of a shipwrecked Spaniard who walked across America in the sixteenth century*. New York: Basic Books, 2007.
- Smith, Anthony, 1926-. *Explorers of the Amazon / Anthony Smith*. Chicago: University of Chicago Press, 1994.
- Whitfield, Peter, 1947-. *New found lands: maps in the history of exploration*. New York: Routledge, 1998.
- Williams, Glyndwr. *Voyages of delusion: the quest for the Northwest Passage*. New Haven: Yale University Press, 2003.

## Christian Science

- Beasley, Norman. *The continuing spirit*. New York: Duell, Sloan and Pearce, 1956.
- Beasley, Norman. *The cross and the crown; the history of Christian Science*. New York, Duell, Sloan and Pearce, 1952.

- Bridge, Susan, 1939-. *Monitoring the news: the brilliant launch and sudden collapse of the Monitor Channel*. Armonk, N.Y.: M.E. Sharpe, 1998.
- Canham, Erwin D. (Erwin Dain), 1904-1982. *Commitment to freedom; the story of the Christian Science Monitor*. Boston, Houghton Mifflin, 1958.
- Ferguson, Isabel. *A world more bright: the life of Mary Baker Eddy*. Boston, Mass.: Christian Science Pub. Society, 2013.
- Gill, Gillian. *Mary Baker Eddy*. Reading, Mass.: Perseus Books, 1998.
- Knee, Stuart E., author. *Christian Science in the age of Mary Baker Eddy*. Westport, Conn.: Greenwood Press, 1994.
- Koestler-Grack, Rachel A., 1973-. *Mary Baker Eddy*. Philadelphia: Chelsea House Publishers, 2004.
- Melton, J. Gordon. *Encyclopedic handbook of cults in America*. New York: Garland Pub., 1992.
- Nenneman, Richard A. *Persistent pilgrim: the life of Mary Baker Eddy*. Etna, N.H.: Nebbadoon Press, 1997.
- Peel, Robert, 1909-. *Mary Baker Eddy; the years of discovery*. New York: Holt, Rinehart and Winston, 1966.
- Peel, Robert, 1909-1992. *Mary Baker Eddy: the years of authority*. New York: Holt, Rinehart and Winston, 1977.
- Peel, Robert, 1909-1992. *Mary Baker Eddy; the years of trial*. New York, Holt, Rinehart and Winston, 1971.
- Piepmeier, Alison. *Out in public: configurations of women's bodies in nineteenth-century America*. Chapel Hill: University of North Carolina Press, 2004.
- Silberger, Julius. *Mary Baker Eddy, an interpretive biography of the founder of Christian Science*. Boston: Little, Brown, 1980.
- Smith, Clifford P. *Historical and biographical sketches from the life of Mary Baker Eddy and the history of Christian Science*. Boston, Massachussets: Christian Science Publishing Society, 1969.
- Tomlinson, Irving Clinton, 1860-. *Twelve years with Mary Baker Eddy; recollections and experiences*. Boston, Mass., Christian Science Pub. Society, 1945.
- Von Fettweis, Yvonne Cache. *Mary Baker Eddy: Christian healer*. Boston, Mass.: Christian Science Pub. Society, 1998.
- Williams, Jean Kinney. *The Christian Scientists*. New York: Franklin Watts, 1997.

## Elvis Presley

- Adelman, Kim, 1964-. *The girls' guide to Elvis: the clothes, the hair, the women, and more!*. New York: Broadway Books, 2002.
- Brackett, Nathan, 1968-, et al. *The new Rolling Stone album guide*. New York: Simon & Schuster, 2004.
- Burke, Ken (Ken K.), et al. *The Blue Moon Boys: the story of Elvis Presley's band*. Chicago, Ill.: Chicago Review Press, 2006.
- Davies, Hunter. *The Beatles*. W.W. Norton, 1996.
- Doss, Erika Lee. *Elvis culture: fans, faith, & image*. Lawrence, Kan.: University Press of Kansas, 1999.
- Guralnick, Peter, et al. *Careless love: the unmaking of Elvis Presley*. Boston: Back Bay Books, 2000.
- Harrison, Ted. *Elvis people: the cult of the king*. London: Fount, 1992.
- Jezer, Marty. *The dark ages, life in the United States, 1945-1960*. Boston: South End Press, 1982.
- Kirchberg, Connie. *Elvis Presley, Richard Nixon, and the American dream*. McFarland, 1999.
- Marcus, Greil. *Mystery train: images of America in rock 'n' roll music*. New York: Dutton, 1982.
- Moyer, Sandra M. *Elvis: the king remembered*. [Champaign, Ill.]: SP L.L.C., 2002.
- Myrie, Russell. *Don't rhyme for the sake of riddlin'*. Canongate Books, 2008.
- Nash, Alanna. *The Colonel: the extraordinary story of Colonel Tom Parker and Elvis Presley*. New York: Simon & Schuster, 2003.
- Osborne, Jerry. *Elvis: word by word*. New York: Random House International; London: Hi Marketing, 2001.
- Rodman, Gilbert B., 1965-. *Elvis after Elvis: the posthumous career of a living legend*. London; New York: Routledge, 1996.

- Sadie, Stanley,Latham, Alison. *The Norton/Grove concise encyclopedia of music, revised and enlarged*. New York: W.W. Norton & Company, 1994.
- Szatmary, David P.. *A time to rock*. Schirmer Books, 1996.
- Turner, John Frayn. *Frank Sinatra*. Dallas: Taylor Trade Pub., 2004.

## Rubber Soul

- Brackett, Nathan, 1968-, et al. *The new Rolling Stone album guide*. New York: Simon & Schuster, 2004.
- Castleman, Harry. *All together now: the first complete Beatles discography; 1961-1975*. New York Ballantine Books, 1977.
- Doggett, Peter, author. *Electric shock: from the gramophone to the iPhone: 125 years of pop music*. London: The Bodley Head, 2015.
- Fine, Jason. *Harrison*. New York: Simon & Schuster, 2002.
- Gould, Jonathan. *Can't buy me love*. Harmony Books, 2007.
- Graff, Gary, et al. *MusicHound rock: the essential album guide*. Detroit: Visible Ink Press, 1999.
- Harrington, Joe S. *Sonic cool: the life & death of rock 'n' roll*. Milwaukee, WI: Hal Leonard Corp., 2002.
- Hertsgaard, Mark, 1956-. *A day in the life: the music and artistry of the Beatles*. New York: Delacorte Press, 1995.
- Heylin, Clinton. *The act you've known for all these years: a year in the life of Sgt. Pepper & friends*. New York: Canongate: Distributed by Publishers Group West, 2007.
- Ingham, Chris, 1962-. *The rough guide to the Beatles*. London: Rough Guides, 2006.
- Jackson, Andrew Grant, 1969- author. *1965: the most revolutionary year in music*. New York: Thomas Dunne Books/St. Martin's Press, 2015.
- Leonard, Candy. *Beatleness: how the Beatles and their fans remade the world*. New York: Arcade Publishing, 2014.
- Norman, Philip, 1943-. *John Lennon: the life*. New York: Ecco, 2009.
- Prendergast, Mark J. *The ambient century: from Mahler to Moby: the evolution of sound in the electronic age*. New York: Bloomsbury, 2003.
- Riley, Tim. *Tell me why*. Da Capo Press, 2002.
- Rodriguez, Robert, 1961-. *Revolver: how the Beatles re-imagined rock 'n' roll*. Montclair, NJ: Backbeat Books, 2012.
- Schaffner, Nicholas, 1953-. *The Beatles forever*. New York: McGraw-Hill, 1978.
- Spitz, Bob. *The Beatles: the biography*. New York: Little, Brown, 2005.

## History of Canada

- Berger, Carl, 1939-. *The writing of Canadian history: aspects of English-Canadian historical writing since 1900*. Toronto: University of Toronto Press, 1986.
- Bliss, John William Michael, 1941- comp. *Canadian history in documents, 1763-1966*. Toronto, Ryerson Press, 1966.
- Brown, Robert Craig. *Canada, 1896-1921: a nation transformed*. [Toronto]: McClelland and Stewart, 1974.
- Bumsted, J. M. *Canada's diverse peoples: a reference sourcebook*. Santa Barbara, Calif.: ABC-CLIO, 2003.
- Bumsted, J. M. *The peoples of Canada: a pre-Confederation history*. Toronto: Oxford University Press Canada, 1992.
- Cleverdon, Catherine Lyle. *The woman suffrage movement in Canada*. Toronto, Buffalo] University of Toronto Press, 1974.
- Douglas, W. A. B. (William Alexander Binney), 1929-. *Out of the shadows: Canada in the Second World War*. Toronto: Dundurn Press, 1995.
- Fagan, Brian M. *People of the earth: an introduction to world prehistory*. New York: Longman, 1998.
- Fryer, Mary Beacock. *More battlefields of Canada*. Toronto; Niagara Falls, N.Y.: Dundurn Press, 1993.
- Gillis, R. Peter. *Lost initiatives: Canada's forest industries, forest policy, and forest conservation*. New York: Greenwood Press, 1986.

- Granatstein, J. L. *Canada's war: the politics of the Mackenzie King government, 1939-1945*. Toronto: Oxford University Press, 1975.
- Greer, Allan. *The patriots and the people: the rebellion of 1837 in rural Lower Canada*. Toronto: University of Toronto Press, 1993.
- Havard, Gilles. *The Great Peace of Montreal of 1701: French-Native diplomacy in the seventeenth century*. Montreal: McGill-Queen's University Press, 2001.
- Hilliker, John, 1935-. *Canada's Department of External Affairs*. [Toronto]: Institute of Public Administration of Canada; Montreal; Buffalo: McGill-Queen's University Press, 1990.
- Irvin, Benjamin H. *Samuel Adams: son of liberty, father of revolution*. New York: Oxford University Press, 2002.
- Thompson, John Herd. *Canada and the United States*. University of Georgia Press, 2002.
- Whitty, Julia. *Deep blue home: an intimate ecology of our wild ocean*. Boston: Houghton Mifflin Harcourt, 2010.
- Wilson, Ian, 1941-. *John Cabot and the Matthew*. St. John's, Nfld.: Breakwater, 1996.

## Frederick Crews

- Carroll, Joseph, 1949-. *Evolution and literary theory*. Columbia, MO: University of Missouri Press, 1995.
- Crews, Frederick C. *Out of my system: psychoanalysis, ideology, and critical method*. New York: Oxford University Press, 1975.
- Crews, Frederick C. *Postmodern Pooh*. New York: North Point Press, 2001.
- Crews, Frederick C. *The Patch Commission*. New York, Dutton, 1968.
- Crews, Frederick C. *The Random House handbook*. New York: McGraw-Hill, 1992.
- Crews, Frederick C. *The critics bear it away: American fiction and the academy*. New York: Random House, 1992.
- Crews, Frederick C. *The memory wars: Freud's legacy in dispute*. New York: New York Review of Books, 1995.
- Crews, Frederick C. *The sins of the fathers: Hawthorne's psychological themes*. New York: Oxford University Press, 1989.
- Crews, Frederick C. *The tragedy of manners: moral drama in the later novels of Henry James*. New Haven: Yale University Press, 1957.
- Crews, Frederick C. *Unauthorized Freud: doubters confront a legend*. New York, N.Y., U.S.A.: Viking, 1998.
- Crews, Frederick C. dn. *E.M. Forster: the perils of humanism*. Princeton, N.J., Princeton University Press, 1962.
- Crews, Frederick C. dn. *Skeptical engagements*. New York: Oxford University Press, 1986.
- Crews, Frederick C., ed. *Psychoanalysis and literary process*. Cambridge, Mass., Winthrop Publishers, 1970.
- Grünbaum, Adolf. *The foundations of psychoanalysis: a philosophical critique*. Berkeley: University of California Press, 1984.
- Hawthorne, Nathaniel, 1804-1864, et al. *Great short works of Nathaniel Hawthorne*. New York: Perennial Library, 1967.
- McMichael, George L., 1927-, et al. *Concise anthology of American literature*. Upper Saddle River, N.J.: Prentice Hall, 1998.
- Tompkins, Jane P. *Reader-response criticism: from formalism to post-structuralism*. Baltimore: Johns Hopkins University Press, 1981.

## Julie Kenner

- Kenner, Julie. *Aphrodite's flame*. New York City: Love Spell, 2004.
- Kenner, Julie. *Hell on heels*. New York: Berkley Sensation, 2007.
- Kenner, Julie. *Hell with the ladies*. New York: Berkley Sensation, 2006.
- Kenner, Julie. *Intimate fantasy*. Toronto; New York: Harlequin, 2001.
- Kenner, Julie. *Nobody but you*. New York: Pocket Books, 2003.

- Kenner, Julie. *Reckless*. Toronto; New York: Harlequin, 2000.
- Kenner, Julie. *Silent desires*. Toronto; New York: Harlequin, 2003.
- Kenner, Julie. *Stolen kisses*. Toronto; New York: Harlequin, 2004.
- Kenner, Julie. *The Givenchy code*. New York: Downtown Press, 2005.
- Kenner, Julie. *The Manolo matrix*. New York: Downtown Press, 2006.
- Kenner, Julie. *The prada paradox*. New York: Downtown Press, 2007.
- Kenner, Julie. *The spy who loves me*. Pocket Books, 2004.
- Kenner, Julie. *Torn*. Ace Books, 2009.
- Kenner, Julie. *Turned*. Ace Books, 2010.
- Kenner, Julie. *Undercover lovers*. Toronto; New York: Harlequin, 2002.
- Kenner, Julie, et al. *Aphrodite's kiss*. New York: Dorchester Pub. Co., 2001.
- Kenner, Julie, et al. *Essence of midnight*. Toronto: Harlequin, 2004.

## Al-Qaeda

- Atkins, Stephen E. *Encyclopedia of modern worldwide extremists and extremist groups*. Westport, Conn.: Greenwood Press, 2004.
- Atwan, Abdel Bari. *After Bin Laden: Al-Qa'ida, the next generation*. London: Saqi, 2012.
- Atwan, Abdel Bari. *The secret history of al Qaeda*. Berkeley: University of California Press, 2006.
- Benjamin, Daniel, 1961-, et al. *The age of sacred terror*. New York: Random House, 2002.
- Bergen, Peter L.. *Holy war, Inc.*. Simon & Schuster, 2002.
- Coll, Steve. *Ghost wars: the secret history of the CIA, Afghanistan, and bin Laden, from the Soviet invasion to September 10, 2001*. New York, NY: Penguin Books, 2005.
- Gerges, Fawaz A., 1958-. *The far enemy: why Jihad went global*. New York, NY: Cambridge University Press, 2005.
- Gunaratna, Rohan. *Inside Al Qaeda*. Columbia University Press, 2002.
- Jansen, Johannes J. G. *The dual nature of Islamic fundamentalism*. Ithaca, NY: Cornell University Press, 1997.
- Kepel, Gilles. *Jihad: the trail of political Islam*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2002.
- Laden, Osama Bin. *Messages to the world*. Verso, 2005.
- Napoleoni, Loretta. *Modern jihad: tracing the dollars behind the terror networks*. London; Sterling, Va.: Pluto Press, 2003.
- Reeve, Simon. *The new jackals: Ramzi Yousef, Osama Bin Laden and the future of terrorism*. Boston: Northeastern University Press, 1999.
- Riedel, Bruce O.. *The search for al Qaeda*. Brookings Institution Press, 2008.
- Sageman, Marc. *Understanding terror networks*. Philadelphia: University of Pennsylvania Press, 2004.
- States, National Commission on Terrorist Attacks upon the United. *The 9/11 Commission report: final report of the National Commission on Terrorist Attacks upon the United States*. New York: Norton, 2004.
- Trofimov, Yaroslav. *Faith at war: a journey on the frontlines of Islam, from Baghdad to Timbuktu*. New York: Henry Holt, 2005.
- Wright, Lawrence, 1947-. *The looming tower: Al-Qaeda and the road to 9/11*. New York: Knopf, 2006.

## Eileen Dreyer

- Broadrick, Annette. *Christmas magic*. New York, N.Y.: Silhouette Books, 1988.
- Dreyer, Eileen. *A man to die for*. New York: HarperPaperbacks, 1991.
- Dreyer, Eileen. *Always a temptress*. Forever, 2011.
- Dreyer, Eileen. *Bad medicine*. New York: HarperPaperbacks, 1995.
- Dreyer, Eileen. *Barely a lady*. New York: Forever, 2010.
- Dreyer, Eileen. *Brain dead*. New York: HarperCollins, 1997.
- Dreyer, Eileen. *Nothing personal*. New York, N.Y.: HarperPaperbacks, 1994.
- Dreyer, Eileen. *Sinners and saints*. St. Martin's Press, 2005.
- Dreyer, Eileen. *With a vengeance*. New York: St. Martin's Press, 2003.

- Dreyer, Eileen, author. *Twice tempted*. New York: Forever, 2014.
- Korbel, Kathleen. *A prince of a guy*. New York, N.Y.: Silhouette Books, 1987.
- Korbel, Kathleen. *Dangerous temptation*. NY: Silhouette, 2006.
- Korbel, Kathleen. *Deadly redemption*. Silhouette Books, 2008.
- Korbel, Kathleen. *Hotshot*. New York: Silhouette Books, 1990.
- Korbel, Kathleen. *Jake's way*. New York: Silhouette Books, 1992.
- Korbel, Kathleen. *Some men's dreams*. Silhouette, 2003.
- Korbel, Kathleen, et al. *Dark seduction*. New York: Silhouette Books, 2007.
- Korbel, Kathleen, et al. *Shadows '93: a romantic collection from the dark side of love*. New York, NY: Silhouette Books, 1993.

## Molly O'Keefe

- O'Keefe, Molly. *A man worth keeping*. Toronto; New York: Harlequin, 2008.
- O'Keefe, Molly. *Baby Makes Three (The Mitchells of Riverview Inn, Book 1) (Harlequin Superromance, No 1460)*. Harlequin, 2007.
- O'Keefe, Molly. *Cooking up trouble: Kiss the cook*. Toronto; New York: Harlequin, 2003.
- O'Keefe, Molly. *His best friend's baby*. Toronto, Ont.; New York: Harlequin, 2006.
- O'Keefe, Molly. *His wife for one night*. Harlequin, 2011.
- O'Keefe, Molly. *Indecent proposal*. Bantam, 2014.
- O'Keefe, Molly. *Pencil him in*. Toronto: Harlequin Books, 2004.
- O'Keefe, Molly. *The son between them*. Toronto; New York: Harlequin, 2008.
- O'Keefe, Molly. *The story between them*. Harlequin, 2009.
- O'Keefe, Molly. *The temptation of Savannah O'Neill*. Toronto; New York: Harlequin, 2010.
- O'Keefe, Molly. *Tyler O'Neill's redemption*. Toronto; New York: Harlequin, 2010.
- O'Keefe, Molly. *Undercover protector*. Toronto: Harlequin Books, 2007.
- O'Keefe, Molly. *Worth fighting for*. Toronto; New York: Harlequin, 2008.
- O'Keefe, Molly, author. *Can't buy me love*. Bantam, 2012.
- O'Keefe, Molly, author. *Can't hurry love*. Bantam Books, 2012.
- O'Keefe, Molly, author. *Crazy thing called love*. New York: Bantam Books, 2013.
- O'Keefe, Molly, author. *Never been kissed*. New York: Bantam Books, 2014.
- O'Keefe, Molly, et al. *The scandal and Carter O'Neill*. Toronto; New York: Harlequin, 2010.

## James Dobson

- Alexander-Moegerle, Gil. *James Dobson's war on America*. Prometheus Books, 1997.
- Dobson, James C. *Dare to discipline*. Kingway, 1975.
- Dobson, James C.. *Fatherless*. FaithWords, 2013.
- Dobson, James C.. *The new hide or seek*. F.H. Revell, 2001.
- Dobson, James C., 1936-. *Bringing up boys*. Wheaton, Ill.: Tyndale House Publishers, 2001.
- Dobson, James C., 1936-. *Childless: a novel*. New York: FaithWords, 2013.
- Dobson, James C., 1936-. *Dare to discipline*. New York: Bantam, 1977.
- Dobson, James C., 1936-. *Dare to discipline*. Wheaton, Ill., Tyndale House Publishers, 1970.
- Dobson, James C., 1936-. *Dr. Dobson answers your questions about confident healthy families*. Wheaton, Ill.: Tyndale House Pub., 1986.
- Dobson, James C., 1936-. *Dr. Dobson answers your questions about raising children*. Wheaton, Ill.: Tyndale House Pub., 1986.
- Dobson, James C., 1936-. *Parenting isn't for cowards: dealing confidently with the frustrations of child-rearing*. Waco, Tex.: Word Books, 1987.
- Dobson, James C., 1936-. *Preparing for adolescence*. Santa Ana, Calif.: Vision House, 1980.
- Dobson, James C., 1936-. *Solid answers: America's foremost family counselor responds to tough questions facing today's families*. Wheaton, Ill.: Tyndale House Publishers, 1997.
- Dobson, James C., 1936-. *Straight talk*. Dallas: Word Pub., 1995.
- Dobson, James C., 1936-. *Temper your child's tantrums*. Wheaton, IL: Tyndale House Publishers, 1986.

- Dobson, James C., 1936-. *What wives wish their husbands knew about women*. Wheaton, Ill.: Tyndale House, 1975.
- Dobson, James C., 1936-, et al. *On parenting: two bestselling works complete in one volume*. New York: Inspirational Press, 1997.
- Dobson, James Dr. *Emotions*. Bantam, 1984.

## Divine Light Mission

- ..., ed. by Julie Anne Sadie. *The Norton/Grove dictionary of women composers*. W.W. Norton, 1994.
- Abgrall, Jean-Marie. *Soul snatchers: the mechanics of cults*. New York: Algora Pub., 2000.
- Bancroft, Anne, 1923-. *Twentieth century mystics and sages*. Chicago: Regnery, 1976.
- Barrett, David V. *Sects, cults, and alternative religions: a world survey and sourcebook*. London: Blandford; New York: Distributed in the United States by Sterling Pub., 1996.
- Beckford, James A, et al. *New religious movements and rapid social change*. London; Beverly Hills, Calif.: Sage Publications; Paris, France: Unesco, 1986.
- Beit-Hallahmi, Benjamin. *The illustrated encyclopedia of active new religions, sects, and cults*. New York: Rosen Pub. Group, 1993.
- Bromley, David G, et al. *Strange gods: the great American cult scare*. Boston: Beacon Press, 1981.
- Brown, Mick, 1950-. *The spiritual tourist: a personal odyssey through the outer reaches of belief*. London: Bloomsbury, 1999.
- Chryssides, George D., 1945-. *Historical dictionary of new religious movements*. Lanham, Md.: Scarecrow Press, 2001.
- Edwards, Linda, 1951-. *A brief guide to beliefs: ideas, theologies, mysteries, and movements*. Louisville: Westminster John Knox Press, 2001.
- Guiley, Rosemary. *Harper's encyclopedia of mystical & paranormal experience*. [San Francisco]: HarperSanFrancisco, 1991.
- Lewis, James R. *Cults in America: a reference handbook*. Santa Barbara, Calif.: ABC-CLIO, 1998.
- Melton, J. Gordon. *Encyclopedic handbook of cults in America*. New York: Garland Pub., 1992.
- Melton, J. Gordon. cn. *The encyclopedic handbook of cults in America*. New York: Garland Pub., 1986.
- Miller, Timothy, 1944-. *America's alternative religions*. Albany: State University of New York Press, 1995.
- Rudin, A. James (Arnold James), 1934-, et al. *Prison or paradise?: The new religious cults*. Philadelphia: Fortress Press, 1980.
- Sutton, Robert P. *Modern American communes: a dictionary*. Westport, Conn.: Greenwood Press, 2005.

## Iranian Revolution

- Bakhash, Shaul. *The reign of the ayatollahs: Iran and the Islamic revolution*. New York: Basic Books, 1986.
- Daniel, Elton L. *The history of Iran*. Westport, Conn.: Greenwood Press, 2001.
- Farah Consort of Mohammed Reza Pahlavi, Shah of Iran, et al. *An enduring love*. Miramax, 2004.
- Graham, Robert, 1942 Aug. 21-. *Iran: the illusion of power*. New York: St. Martin's Press, 1980.
- Hiro, Dilip. *Holy wars: the rise of Islamic fundamentalism*. New York: Routledge, 1989.
- Hiro, Dilip. *The longest war: the Iran-Iraq military conflict*. New York: Routledge, 1991.
- Huyser, Robert E., 1924-. *Mission to Tehran*. New York: Harper & Row, 1986.
- Isfandiyārī, Hālāh. *Reconstructed lives: women and Iran's Islamic revolution*. Washington, D.C.: Woodrow Wilson Center Press; Baltimore: Johns Hopkins University Press, 1997.
- Kahlili, Reza. *A time to betray: the astonishing double life of a CIA agent inside the Revolutionary Guards of Iran*. New York: Threshold Editions, 2010.
- Keddie, Nikki R. *Modern Iran: roots and results of revolution*. New Haven, Conn.: Yale University Press, 2003.
- Kepel, Gilles. *Jihad: the trail of political Islam*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2002.
- Mackey, Sandra. *The Iranians*. Plume Book, 1998.

- Moin, Baqer. *Khomeini*. Thomas Dunne Books, 2000.
- Roy, Olivier. *The failure of political Islam*. Harvard University Press, 1994.

## Jacqueline Kennedy Onassis

- Andersen, Christopher P. *Sweet Caroline: last child of Camelot*. New York: W. Morrow, 2003.
- Becker, Jasper. *Dragon rising: an inside look at China today*. Washington, D.C.: National Geographic Society, 2006.
- Cassini, Oleg, 1913-2006. *A thousand days of magic: dressing Jacqueline Kennedy for the White House*. New York: Rizzoli International, 1995.
- Clinton, Hillary Rodham. *Living history*. New York: Scribner, 2004.
- Flynt, Larry. *One nation under sex: how the private lives of presidents, first ladies and their lovers changed the course of American history*. New York: Palgrave Macmillan, 2011.
- Harris, Bill, 1933-. *The first ladies fact book: the childhoods, courtships, marriages, campaigns, accomplishments, and legacies of every first lady from Martha Washington to Michelle Obama*. New York: Black Dog & Leventhal; Poole: Chris Lloyd [distributor], 2011.
- Hersh, Burton. *Edward Kennedy*. Counterpoint, 2010.
- Heymann, C. David (Clemens David), 1945-. *American legacy: the story of John and Caroline Kennedy*. New York: Atria Books, 2007.
- Heymann, C. David (Clemens David), 1945-. *Bobby and Jackie: a love story*. New York: Atria Books, 2009.
- Lawrence, Greg. *Jackie as editor: the literary life of Jacqueline Kennedy Onassis*. New York: Thomas Dunne Books/St. Martin's Press, 2011.
- Manchester, William Raymond, 1922-. *The death of a President, November 20-November 25, 1963*. New York, Harper & Row, 1967.
- Mills, Judie. *Robert Kennedy*. Millbrook Press, 1998.
- None,. *Encyclopedia of women and American politics*. New York: Facts On File, 2008.
- Onassis, Jacqueline Kennedy, 1929-1994, et al. *Jacqueline Kennedy: historic conversations on life with John F. Kennedy, interviews with Arthur M. Schlesinger, Jr., 1964*. New York: Hyperion, 2011.
- Perry, Barbara A.. *Jacqueline Kennedy*. University Press of Kansas, 2004.
- Reeves, Richard, 1936-. *Convention*. New York: Harcourt Brace Jovanovich, 1977.
- Schlesinger, Arthur M. (Arthur Meier), 1917-2007. *Robert Kennedy and his times*. Boston: Houghton Mifflin, 1978.
- Smith, Sally Bedell, 1948-. *Grace and power: the private world of the Kennedy White House*. New York: Random House Large Print: Distributed by Random House, 2004.

## England

- Ackroyd, Peter, 1949-. *London: the biography*. London: Chatto & Windus, 2000.
- Colley, Linda. *Britons: forging the nation, 1707-1837*. New Haven: Yale University Press, 1992.
- Cox, Peter R. *Demography*. Cambridge [England] Published for the Institute of Actuaries and the Faculty of Actuaries at the University Press, 1970.
- Crouch, David. *The Normans [electronic resource]: the history of a dynasty*. London: Continuum, 2007.
- Crystal, David, 1941-. *The stories of English*. Woodstock: Overlook Press, 2004.
- Fowler, Kenneth, 1933-. *The age of Plantagenet and Valois: the struggle for supremacy, 1328-1498*. New York: Putnam, 1967.
- Lax, Roger, et al. *The great song thesaurus*. New York: Oxford University Press, 1989.
- Levine, Israel E. *Conqueror of smallpox: Dr. Edward Jenner*. New York, Messner, 1960.
- Oakes, Elizabeth H., 1964-. *A to Z of STS scientists*. New York: Facts On File, 2002.
- Oppenheimer, Stephen. *The origins of the British: a genetic detective story: the surprising roots of the English, Irish, Scottish and Welsh*. New York: Carroll & Graf, 2006.
- Pollard, A. J. *Imagining Robin Hood: the late-medieval stories in historical context*. London; New York: Routledge, 2004.

- Redcliffe-Maud, John Primatt Redcliffe Maud, Baron, 1906-. *English local government reformed*. London; New York [etc.]: Oxford University Press, 1974.
- Rowse, A. L. (Alfred Leslie), 1903-1997, et al. *The Elizabethan Renaissance*. New York, Scribner, 1972.
- Saunders, Paul, 1908-. *Edward Jenner, the Cheltenham years, 1795-1823: being a chronicle of the vaccination campaign*. Hanover, N.H.: University Press of New England, 1982.
- Watson, J. R. (John Richard), 1934-. *English poetry of the Romantic period, 1789-1830*. London; New York: Longman, 1985.
- Wright, Kevin J., 1972-. *The Christian travel planner*. Nashville, Tenn.: T. Nelson, 2008.
- Young, Robert, 1950-. *The idea of English ethnicity*. Malden, MA: Blackwell Pub., 2008.

## Alexander the Great

- Bosworth, A. B. *Conquest and empire: the reign of Alexander the Great*. Cambridge [England]; New York: Cambridge University Press, 1988.
- Cartledge, Paul. *Alexander the Great: the hunt for a new past*. Woodstock: Overlook Press, 2004.
- Doherty, P. C. *The death of Alexander the Great: what--or who--really killed the young conqueror of the known world?*. New York: Carroll & Graf Publishers, 2004.
- Durant, Will. *The Life of Greece*. New York, N.Y.: Simon and Schuster, 1963.
- Fine, John V. A. (John Van Antwerp), 1903-1987, et al. *The ancient Greeks: a critical history*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1983.
- Fletcher, Joann. *Cleopatra the Great*. Harper, 2011.
- Gergel, Tania, 1972-, et al. *Alexander the Great: selected texts from Arrian, Curtius and Plutarch*. New York: Penguin, 2004.
- Green, Peter, 1924-. *Alexander of Macedon, 356-323 B.C: a historical biography*. Berkeley: University of California Press, 1991.
- Greene, Robert, et al. *The 48 laws of power*. New York: Penguin Books, 2000.
- Hammond, N. G. L. (Nicholas Geoffrey Lemprière), 1907-2001. *The genius of Alexander the Great*. Chapel Hill: University of North Carolina Press, 1997.
- Lane Fox, Robin, 1946-. *The search for Alexander*. Boston: Little, Brown, 1980.
- Pomeroy, Sarah B. *Ancient Greece: a political, social, and cultural history*. New York: Oxford University Press, 1999.
- Prevas, John. *Envy of the gods: Alexander the Great's ill-fated journey across Asia*. Cambridge, Mass.: Da Capo, 2004.
- Savill, Agnes (Agnes Forbes), 1876-1964. *Alexander the Great and his time*. London: Barrie and Rockliff, 1959.
- Stoneman, Richard. *Alexander the Great*. London; New York: Routledge, 2004.
- Stoneman, Richard.. *Alexander the Great*. Yale University Press, 2008.
- Toynbee, Arnold Joseph, 1889-1975. *The Greeks and their heritages*. Oxford; New York: Oxford University Press, 1981.
- Wilcken, Ulrich, 1862-1944, et al. *Alexander the Great*. New York: Norton, 1967.

## Squanto

- Bulla, Clyde Robert, et al. *Weekly Reader Childrens Book Club presents John Billington, friend of Squanto*. New York: Crowell, 1956.
- Dockstader, Frederick J. *Great North American Indians: profiles in life and leadership*. New York: Van Nostrand Reinhold, 1977.
- Graff, Stewart, et al. *Squanto: Indian adventurer*. Champaign, Ill., Garrard Pub. Co, 1965.
- Jassem, Kate. *Squanto: the pilgrim adventure*. Mahwah, N.J.: Troll associates, 1979.
- Jennings, Francis, 1918-2000. *The invasion of America: Indians, colonialism, and the cant of conquest*. New York: Norton, 1976.
- Kessel, Joyce K, et al. *Squanto and the first Thanksgiving*. Minneapolis [Minn.]: Carolrhoda Books, 1983.
- Martin, Calvin. *Keepers of the game: Indian-animal relationships and the fur trade*. Berkeley: University of California Press, 1978.

- Morison, Samuel Eliot, 1887-1976. *The story of the "Old Colony" of New Plymouth, 1620-1692*. New York, Knopf, 1956.
- Nickerson, Warren Sears. *Early encounters--Native Americans and Europeans in New England*. Michigan State University Press, 1994.
- Philbrick, Nathaniel. *Mayflower: a story of courage, community, and war*. New York: Viking, 2006.
- Philbrick, Nathaniel, et al. *The Mayflower and the pilgrims' new world*. New York, NY: G.P. Putnam's Sons, 2008.
- Russell, Howard S. *Indian New England before the Mayflower*. Hanover, N.H.; London: University Press of New England, 1980.
- Salisbury, Neal. *Manitou and providence: Indians, Europeans, and the making of New England, 1500-1643*. New York: Oxford University Press, 1982.
- Stevenson, Augusta. *Squanto, young Indian hunter*. Indianapolis, Bobbs-Merrill, 1962.
- Vaughan, Alden T.. *New England frontier*. University of Oklahoma Press, 1995.
- Whitehurst, Susan. *A Plymouth partnership*. PowerKids Press, 2002.
- Willison, George F. (George Findlay), 1896-1972. *Saints and strangers, being the lives of the Pilgrim fathers & their families, with their friends & foes; & an account of their posthumous wanderings in limbo, their final resurrection & rise to glory, & the strange pilgrimages of Plymouth rock*. New York, Reynal & Hitchcock, 1945.

## Co-operative Commonwealth Federation

- Avakumović, Ivan. *Socialism in Canada: a study of the CCF-NDP in federal and provincial politics*. Toronto: McClelland and Stewart, 1978.
- Boyko, John, 1957-. *Into the hurricane: attacking socialism and the CCF*. Winnipeg: J. Gordon Shillingford Pub., 2006.
- Caplan, Gerald L. *The dilemma of Canadian socialism; the CCF in Ontario*. [Toronto] McClelland and Stewart, 1973.
- Crowley, Terence Allan, 1946-, et al. *The essentials of Canadian history: pre-colonization to 1867--the beginning of a nation*. Piscataway, N.J.: Research and Education Association, 1993.
- Douglas, T. C. (Thomas Clement), 1904-, et al. *The making of a Socialist: the recollections of T.C. Douglas*. Edmonton, Alta.: University of Alberta Press, 1982.
- Finkel, Alvin, 1949-. *Business and social reform in the Thirties*. Toronto: J. Lorimer, 1979.
- Finkel, Alvin, 1949-. *Our lives: Canada after 1945*. Toronto: J. Lorimer, 1997.
- Horowitz, Gad. *Canadian labour in politics*. [Toronto] University of Toronto Press, 1968.
- Mardiros, Anthony, 1912-. *William Irvine: life of a prairie radical*. Toronto: J. Lorimer, 1979.
- McHenry, Dean Eugene, 1910-. *The third force in Canada: the Cooperative Commonwealth Federation, 1932-1948*. Berkeley: University of California Press, 1950.
- Mills, Allen George, 1945-. *Fool for Christ: the political thought of J.S. Woodsworth*. Toronto: University of Toronto Press, 1991.
- Shackleton, Doris French, 1918-2002. *Tommy Douglas*. Toronto: McClelland and Stewart, 1975.
- Smith, Cameron, 1935-. *Love & solidarity: a pictorial history of the NDP*. Toronto: McClelland & Stewart, 1992.
- Smith, Cameron, 1935-. *Unfinished journey: the Lewis family*. Toronto: Summerhill Press; Downsview, Ont.: Distributed by University of Toronto Press, 1989.
- Stewart, Margaret. *Ask no quarter: a biography of Agnes Macphail*. Toronto: Longmans, Green and Co., 1959.
- Stewart, Walter. *M.J.: the life and times of M.J. Coldwell*. Toronto; New York: Stoddart, 2000.
- Trofimenkoff, Susan Mann, 1941-. *Stanley Knowles: the man from Winnipeg North Centre*. Saskatoon, Sask.: Western Producer Prairie Books, 1982.
- Young, Walter D. *The anatomy of a party: the national CCF, 1932-1961*. [Toronto] University of Toronto Press, 1969.

## James Stewart

- Basinger, Jeanine. *Anthony Mann*. Wesleyan University Press, 2007.
- Belton, John. *American cinema/American culture*. New York: McGraw-Hill, 1994.
- Bingham, Dennis, 1954-. *Acting male: masculinities in the films of James Stewart, Jack Nicholson, and Clint Eastwood*. New Brunswick, N.J.: Rutgers University Press, 1994.
- Coe, Jonathan. *Jimmy Stewart*. Arcade Pub., 1994.
- Dunning, John, 1942-, et al. *On the air: the encyclopedia of old-time radio*. New York: Oxford University Press, 1998.
- Fishgall, Gary. *Pieces of time*. Scribner, 1997.
- Fonda, Henry, 1905-1982, et al. *Fonda: my life*. New York: New American Library, 1982.
- Mann, Denise. *Hollywood independents: the postwar talent takeover*. Minneapolis: University of Minnesota Press, 2008.
- Pickard, Roy. *Jimmy Stewart: a life in film*. New York: St. Martin's Press, 1993.
- Quirk, Lawrence J. *Margaret Sullavan: child of fate*. New York: St. Martin's Press, 1986.
- Robbins, Jhan. *Everybody's man: a biography of Jimmy Stewart*. New York: Putnam, 1985.
- Sarris, Andrew. *You ain't heard nothin' yet: the American talking film: history & memory, 1927-1949*. New York: Oxford University Press, 1998.
- Shepherd, Donald, et al. *Duke, the life and times of John Wayne*. Garden City, N.Y.: Doubleday, 1985.
- Smith, Starr. *Jimmy Stewart: bomber pilot*. St. Paul, MN: Zenith Press, 2005.
- Stewart, James, 1908-1997. *Jimmy Stewart and his poems*. New York: Crown Publishers, 1989.
- Turk, Edward Baron. *Hollywood diva: a biography of Jeanette MacDonald*. Berkeley, Calif.: University of California Press, 1998.
- Wilmeth, Don B, et al. *Cambridge guide to American theatre*. Cambridge; New York: Cambridge University Press, 1996.

## Automotive industry in the United States

- Burgess Wise, David, et al. *Classic American automobiles*. New York: Galahad Books, 1980.
- Chandler, Alfred D. (Alfred Dupont), 1918-2007, comp. and ed. *Giant enterprise: Ford, General Motors, and the automobile industry; sources and readings*. New York, Harcourt Brace & World, 1964.
- Coffey, Frank. *America on wheels: the first 100 years: 1896-1996*. Los Angeles: General Pub. Group, 1996.
- Collier, James Lincoln, 1928-. *The automobile*. New York: Marshall Cavendish/Benchmark, 2006.
- Crabb, A. Richard (Alexander Richard), 1911-. *Birth of a giant; the men and incidents that gave America the motorcar*. Philadelphia, Chilton Book Co, 1969.
- Cray, Ed. *Chrome colossus: General Motors and its times*. New York: McGraw-Hill, 1980.
- Drucker, Peter F. (Peter Ferdinand), 1909-2005. *Concept of the corporation*. New York, New American Library, 1964.
- Halberstam, David. *The reckoning*. New York: Morrow, 1986.
- Ingrassia, Paul, et al. *Comeback: the fall and rise of the American automobile industry*. Simon & Schuster, 1995.
- Katz, Harry Charles, 1951-. *Shifting gears: changing labor relations in the U.S. automobile industry*. Cambridge, Mass.: MIT Press, 1985.
- Langworth, Richard M. *The complete history of General Motors, 1908-1986*. New York: Beekman House: Distributed by Crown, 1986.
- Nevins, Allan. *Ford: expansion and challenge, 1915-1933*. Scribner, 1957.
- Nevins, Allan, 1890-1971, et al. *Ford: decline and rebirth, 1933-1962*. New York: Scribner, 1963.
- Rae, John Bell, 1911-. *The American automobile industry*. Boston, Mass.: Twayne Publishers, 1984.
- Rae, John Bell, 1911-. *The road and the car in American life*. Cambridge, Mass., MIT Press, 1971.
- Seltzer, Lawrence H. (Lawrence Howard), 1897-1993. *A financial history of the American automobile industry; a study of the ways in which the leading American producers of automobiles have met their capital requirements*. Clifton [N.J.] A.M. Kelley, 1973.
- Sloan, Alfred P. (Alfred Pritchard), 1875-1966. *My years with General Motors*. Garden City, N.Y., Doubleday, 1964.

- White, Lawrence J. *The automobile industry since 1945*. Cambridge, Mass., Harvard University Press, 1971.

## Labor history of the United States

- Dubofsky, Melvyn, 1934-. *Industrialism and the American worker, 1865-1920*. Arlington Heights, Ill.: AHM Pub. Corp., 1975.
- Dubofsky, Melvyn, 1934- comp. *American labor since the New Deal*. Chicago, Quadrangle Books, 1971.
- Dubofsky, Melvyn, 1934-, et al. *John L. Lewis: a biography*. Urbana: University of Illinois Press, 1986.
- Ferriss, Susan, et al. *The fight in the fields: Cesar Chavez and the farmworkers movement*. San Diego, CA: Harcourt Brace, 1998.
- Foner, Philip Sheldon, 1910-. *Women and the American labor movement: from World War I to the present*. New York: Free Press, 1980.
- Galenson, Walter, 1914-. *The CIO challenge to the AFL: a history of the American labor movement, 1935-1941. --*. Cambridge: Harvard University Press, 1960.
- Greene, Julie, 1956-. *Pure and simple politics: the American Federation of Labor and political activism, 1881 to 1917*. Cambridge; New York: Cambridge University Press, 1998.
- Griffith, Barbara S., author. *The crisis of American labor: Operation Dixie and the defeat of the CIO*. Philadelphia: Temple University Press, 1988.
- Kessler-Harris, Alice. *Out to work*. Oxford University Press, 2003.
- Levy, Frank. *Running in place: recent trends in u.s. living standards*. [S.l.]: Diane Publishing Co, 1996.
- Mink, Gwendolyn, 1952-. *Old labor and new immigrants in American political development: union, party, and state, 1875-1920*. Ithaca: Cornell University Press, 1986.
- Ogul, Morris S., 1931-. *Congress oversees the bureaucracy: studies in legislative supervision*. Pittsburgh: University of Pittsburgh Press, 1976.
- Papke, David Ray, 1947-. *The Pullman case: the clash of labor and capital in industrial America*. Lawrence: University Press of Kansas, 1999.
- Perlman, Selig, 1888-1959. *A theory of the labor movement*. Philadelphia: Porcupine Press, 1979.
- Rupp, Leila J., 1950-. *Mobilizing women for war: German and American propaganda, 1939-1945*. Princeton, N.J.: Princeton University Press, 1978.
- Shergold, Peter R., 1946-. *Working-class life: the "American standard" in comparative perspective, 1899-1913* Pittsburgh, Pa.: University of Pittsburgh Press, 1982.
- Tomlins, Christopher L., 1951- author. *The state and the unions: labor relations, law, and the organized labor movement in America, 1880-1960*. Cambridge; New York: Cambridge University Press, 1985.
- Zieger, Robert H. *The CIO, 1935-1955*. Chapel Hill: University of North Carolina Press, 1995.

## Jazz Age

- Allen, Frederick Lewis, 1890-1954. *Only yesterday, an informal history of the nineteen-twenties*. New York and London, Harper & brothers, 1931.
- Berg, A. Scott (Andrew Scott), et al. *Max Perkins, editor of genius*. New York: Dutton, 1978.
- Crow, Bill. *Jazz anecdotes*. New York: Oxford University Press, 1990.
- Dumenil, Lynn, 1950-. *The modern temper: American culture and society in the 1920s*. New York: Hill and Wang, 1995.
- Fass, Paula S. *The damned and the beautiful: American youth in the 1920's*. New York: Oxford University Press, 1977.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940, author. *The crack-up*. New York: James Laughlin, 1945.
- Godbolt, Jim, 1922-2013. *A history of jazz in Britain 1919-50*. London: Northway, 2005.
- Hennessey, Thomas J., 1945-. *From jazz to swing [microform]: black jazz musicians and their music, 1917-1935*. Evanston, Ill., 1973.
- Hill, Jeff, 1962-. *Prohibition*. Detroit: Omnigraphics, 2004.
- Kyvig, David E. *Daily life in the United States, 1920-1939: decades of promise and pain*. Westport, Conn.: Greenwood Press, 2002.

- Leuchtenburg, William Edward, 1922-. *The perils of prosperity, 1914-32*. [Chicago] University of Chicago Press, 1958.
- Mowry, George Edwin, 1909- ed. *The twenties: Fords, flappers, & fanatics*. Englewood Cliffs, N.J., Prentice-Hall, 1963.
- Parrish, Michael E. *Anxious decades: America in prosperity and depression, 1920-1941*. New York: W.W. Norton, 1992.
- Peretti, Burton W. (Burton William), 1961-. *The creation of jazz: music, race, and culture in urban America*. Urbana: University of Illinois Press, 1992.
- Santelli, Robert. *The big book of blues: a biographical encyclopedia*. New York: Penguin Books, 2001.
- Schuller, Gunther. *Early jazz: its roots and musical development*. New York: Oxford University Press, 1968.
- Sullivan, Mark, 1874-1952. *Our times, 1900-1925*. New York, [New York]: Scribner, 1936.
- Ward, Geoffrey C. *Jazz: a history of America's music*. London: Pimlico, 2001.

## Role of Christianity in civilization

- Ambrose, Saint, Bishop of Milan, d. 397. *Political letters and speeches*. Liverpool [England]: Liverpool University Press, 2005.
- Baltzell, E. Digby (Edward Digby), 1915-. *The Protestant establishment: aristocracy & caste in America*. New York, Random House, 1964.
- Brockhampton,. *Dictionary of the arts*. London: Brockhampton Press, 1997.
- Brown, Peter Robert Lamont. *Authority and the sacred: aspects of the Christianisation of the Roman world*. Cambridge [England]; New York: Cambridge University Press, 1997.
- Casanova, José. *Public religions in the modern world*. Chicago: University of Chicago Press, 1994.
- Chadwick, Owen. *A history of Christianity*. New York: St. Martin's Press, 1996.
- Duffy, Eamon. *Saints & sinners*. Yale University Press, in association with S4C, 1997.
- Gariepy, Henry. *Christianity in action: the international history of the Salvation Army*. Grand Rapids, Mich.: William B. Eerdmans Pub. Co., 2009.
- Hastings, Adrian. *The Church in Africa: 1450-1950*. Oxford: Clarendon Press; Oxford; New York: Oxford University Press, 1994.
- Johanson, Bruce E. (Bruce Elliott), 1950-. *The Native peoples of North America: a history*. Westport, Conn.: Praeger, 2005.
- Le Goff, Jacques, 1924-2014. *Medieval civilization, 400-1500*. New York: Barnes & Noble, 2000.
- Matthews, Roy T, et al. *The western humanities*. Mountain View, Calif.: Mayfield Pub., 1992.
- McGrath, Alister E., 1953-. *Christianity: an introduction*. Malden, MA: Blackwell Pub., 2006.
- Olson, Roger E. *The story of Christian theology: twenty centuries of tradition & reform*. Downers Grove, Ill.: InterVarsity Press, 1999.
- Stearns, Peter N. *Gender in world history*. New York: Routledge, 2000.
- Taiz, Lillian. *Hallelujah lads & lasses*. University of North Carolina Press, 2001.
- Witte, John, 1959-. *From sacrament to contract: marriage, religion, and law in the Western tradition*. Louisville, Ky.: Westminster John Knox Press, 1997.

## George Washington

- Boller, Paul F. cn. *George Washington & religion*. Dallas, Southern Methodist University Press, 1963.
- Chernow, Ron. *Washington: A Life*. The Penguin Press, 2010.
- Cunliffe, Marcus. *George Washington: man and monument*. Boston: Little, Brown, 1958.
- Dalzell, Robert F.. *George Washington's Mount Vernon*. Oxford University Press, 1998.
- Ellis, Joseph J., author. *His Excellency: George Washington*. New York: Alfred A. Knopf, 2004.
- Ferling, John E. *The ascent of George Washington: the hidden political genius of an American icon*. New York: Bloomsbury Press, 2009.
- Flexner, James Thomas, 1908-2003. *George Washington: the forge of experience, 1732-1775*. Boston: Little, Brown, 1965.
- Freeman, Douglas Southall, 1886-1953, et al. *Washington*. New York, Scribner, 1968.

- Hirschfeld, Fritz, 1924-. *George Washington and slavery: a documentary portrayal*. Columbia: University of Missouri Press, 1997.
- Kohn, Richard H. *Eagle and sword: the Federalists and the creation of the military establishment in America, 1783-1802*. New York: Free Press, 1975.
- Lengel, Edward G. *General George Washington: a military life*. New York: Random House, 2005.
- Randall, Willard Sterne. *George Washington: a life*. New York: Henry Holt & Co., 1997.
- Rasmussen, William M. S. (William Meade Stith), 1946-, et al. *George Washington--the man behind the myths*. Charlottesville: University Press of Virginia, 1999.
- Spalding, Matthew. *A sacred union of citizens*. Rowman & Littlefield, 1996.
- Unger, Harlow G., 1931-. *"Mr. President": George Washington and the making of the nation's highest office*. Boston, Massachusetts: Da Capo Press, a member of the Perseus Books Group, 2013.
- Van Doren, Carl, 1885-1950, et al. *Secret history of the American Revolution: an account of the conspiracies of Benedict Arnold and numerous others, drawn from the Secret Service papers of the British headquarters in North America, now for the first time examined and made public*. Garden City, N.Y.: Garden City Pub. Co., 1941.
- Waldman, Carl, 1947-. *Atlas of the North American Indian*. New York: Facts on File, 2009.
- Woodward, C. Vann (Comer Vann), 1908-1999, et al. *Responses of the Presidents to charges of misconduct*. New York: Dell Pub. Co., 1974.

## History of the Catholic Church

- Bokenkotter, Thomas S. *A concise history of the Catholic Church*. New York: Doubleday, 2004.
- Colinge, William J., 1947-. *Historical dictionary of Catholicism*. Lanham, Md.: Scarecrow Press, 1997.
- Duffy, Eamon. *Saints & sinners*. Yale University Press, in association with S4C, 1997.
- Haigh, Christopher. *The English Reformation revised*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1987.
- Hitchcock, Susan Tyler. *Geography of religion: where God lives, where pilgrims walk*. Washington, D.C.: National Geographic, 2004.
- John Paul II, Pope, 1920-2005, et al. *John Paul II: a light for the world: essays and reflections on the papacy of John Paul II*. Lanham, MD: Sheed & Ward; [Place of publication not identified]: Distributed by National Book Network, 2003.
- MacMullen, Ramsay, 1928-. *Christianizing the Roman Empire: (A.D. 100-400)*. New Haven: Yale University Press, 1984.
- McManners, John. *The Oxford illustrated history of Christianity*. Oxford; New York: Oxford University Press, 1990.
- McManners, John, editor, et al. *The Oxford illustrated history of Christianity*. Oxford University Press, USA, 1990.
- Norman, Edward R. *The Roman Catholic Church: an illustrated history*. Berkeley: University of California Press, 2007.
- Pham, John-Peter. *Heirs of the Fisherman: behind the scenes of papal death and succession*. Oxford; New York: Oxford University Press, 2004.
- Placher, William C. (William Carl), 1948-2008. *Readings in the history of Christian theology*. Philadelphia, Pa.: Westminster Press, 1988.
- Riley-Smith, Jonathan Simon Christopher, 1938-. *The first crusaders, 1095-1131 [electronic resource]*. Cambridge, U.K.; New York, N.Y.: Cambridge University Press, 1997.
- Samora, Julian. *A history of the Mexican-American people*. University of Notre Dame Press, 1993.
- Sobrino, Jon. *Archbishop Romero: memories and reflections*. Maryknoll, N.Y.: Orbis Books, 1990.
- Steinfels, Peter. *A people adrift: the crisis of the Roman Catholic Church in America*. New York: Simon & Schuster, 2003.
- Stoll, David, 1952-. *Is Latin America turning Protestant?: the politics of Evangelical growth*. Berkeley: University of California Press, 1990.
- Tyerman, Christopher. *God's war*. Belknap Press of Harvard University Press, 2006.

## Mary Lee Settle

- Settle, Mary Lee. _All the brave promises: memories of Aircraft Woman 2nd Class 2146391_. London: Pandora, 1984.
- Settle, Mary Lee. _Blood tie_. New York: Scribner's, 1986.
- Settle, Mary Lee. _Charley Bland_. New York: Farrar Straus Giroux, 1989.
- Settle, Mary Lee. _Fight night on a sweet Saturday, a novel_. New York, Viking Press, 1964.
- Settle, Mary Lee. _Know nothing_. New York: Scribner, 1988.
- Settle, Mary Lee. _O Beulah Land_. New York: Pinnacle Books, 1974.
- Settle, Mary Lee. _Prisons_. New York, Putnam, 1973.
- Settle, Mary Lee. _Spanish recognitions: the roads to the present_. New York: W.W. Norton & Co., 2004.
- Settle, Mary Lee. _The clam shell: a novel_. New York: Scribner, 1987.
- Settle, Mary Lee. _The love eaters_. New York: C. Scribners, 1986.
- Settle, Mary Lee. _The scapegoat_. New York: Random House, 1980.
- Settle, Mary Lee. _The story of flight_. New York, Random House, 1967.
- Settle, Mary Lee. _Turkish reflections: a biography of a place_. New York: Simon & Schuster, 1992.
- Settle, Mary Lee. _Water world_. New York: Dutton, 1984.
- Settle, Mary Lee.. _Celebration_. Perennial Library, 1987.
- Settle, Mary Lee.. _Choices_. Wheeler Pub., 1995.
- Settle, Mary Lee.. _I, Roger Williams_. W.W. Norton & Co., 2001.
- Settle, Mary Lee., et al. _Addie_. University of South Carolina Press, 1998.

## Mary Baker Eddy

- Beasley, Norman. _The cross and the crown; the history of Christian Science_. New York, Duell, Sloan and Pearce, 1952.
- Buckmaster, Henrietta. _Women who shaped history_. New York, Collier Books, 1966.
- Ferguson, Isabel. _A world more bright: the life of Mary Baker Eddy_. Boston, Mass.: Christian Science Pub. Society, 2013.
- Gill, Gillian. _Mary Baker Eddy_. Reading, Mass.: Perseus Books, 1998.
- Gottschalk, Stephen. _Rolling away the stone: Mary Baker Eddy's challenge to materialism_. Bloomington: Indiana University Press, 2006.
- Koestler-Grack, Rachel A., 1973-. _Mary Baker Eddy_. Philadelphia: Chelsea House Publishers, 2004.
- Mead, Frank S. (Frank Spencer), 1898-1982. _Handbook of denominations in the United States_. Nashville, Tenn.: Abingdon Press, 1995.
- Nenneman, Richard A. _Persistent pilgrim: the life of Mary Baker Eddy_. Etna, N.H.: Nebbadoon Press, 1997.
- Peel, Robert, 1909-. _Mary Baker Eddy; the years of discovery_. New York: Holt, Rinehart and Winston, 1966.
- Peel, Robert, 1909-1992. _Mary Baker Eddy: the years of authority_. New York: Holt, Rinehart and Winston, 1977.
- Peel, Robert, 1909-1992. _Mary Baker Eddy; the years of trial_. New York, Holt, Rinehart and Winston, 1971.
- Powell, Lyman P. _Mary Baker Eddy: a life size portrait_. Boston: Christian Science Pub. Society, 1950.
- Smith, Clifford P. _Historical and biographical sketches from the life of Mary Baker Eddy and the history of Christian Science_. Boston, Massachussets: Christian Science Publishing Society, 1969.
- Society, Christian Science Publishing. _Christian Science: a sourcebook of contemporary materials_. Boston, Mass.: Christian Science Pub. Society, 1990.
- Tomlinson, Irving Clinton, 1860-, et al. _Twelve years with Mary Baker Eddy; recollections and experiences_. Boston, Mass., Christian Science Pub. Society, 1945.
- Von Fettweis, Yvonne Cache. _Mary Baker Eddy: Christian healer_. Boston, Mass.: Christian Science Pub. Society, 1998.
- Williams, Jean Kinney. _The Christian Scientists_. New York: Franklin Watts, 1997.

## Woodrow Wilson

- Auchincloss, Louis.. *Woodrow Wilson*. Viking, 2000.
- Avrich, Paul. *Sacco and Vanzetti: the anarchist background*. Princeton, N.J.: Princeton University Press, 1991.
- Bailey, Thomas Andrew, 1902-1983. *Woodrow Wilson and the great betrayal*. New York, Macmillan Co., 1945.
- Blum, John Morton, 1921-2011. *Woodrow Wilson and the politics of morality*. Boston [Massachusetts]: Little, Brown, & Co., 1956.
- Bragdon, Henry Wilkinson. *Woodrow Wilson: the academic years*. Cambridge, Mass., Belknap Press of Harvard University Press, 1967.
- Brands, H. W.. *Woodrow Wilson*. Times Books, 2003.
- Clements, Kendrick A., 1939-. *The presidency of Woodrow Wilson*. Lawrence, Kan.: University Press of Kansas, 1992.
- Coben, Stanley. *A. Mitchell Palmer: politician*. New York, Columbia University Press, 1963.
- Cooper, John Milton. *The warrior and the priest: Woodrow Wilson and Theodore Roosevelt*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1983.
- Frith, Margaret, author. *Who was Woodrow Wilson?*. New York, NY: Grosset & Dunlap, an imprint of Penguin Random House, 2015.
- Gould, Lewis L. *Grand Old Party: a history of the Republicans*. New York: Random House, 2003.
- Graff, Henry F. (Henry Franklin), 1921-. *The presidents: a reference history*. New York: Charles Scribner's Sons: Thomson/Gale, 2002.
- Heckscher, August. *Woodrow Wilson*. Scribner, 1991.
- Levin, Phyllis Lee. *Edith and Woodrow: the Wilson White House*. New York: Scribner, 2001.
- Link, Arthur Stanley. *Wilson, the road to the White House*. Princeton, N.J., Princeton university press, 1947.
- Walworth, Arthur, 1903-. *Woodrow Wilson*. Boston, Houghton Mifflin Co., 1965.
- Weisman, Steven R.. *The great tax wars*. Simon & Schuster, 2002.

## Thomas Jefferson

- Ambrose, Stephen E. *Undaunted courage: Meriwether Lewis, Thomas Jefferson, and the opening of the American West*. New York: Simon & Schuster, 1996.
- Banning, Lance, 1942-. *The Jeffersonian persuasion: evolution of a party ideology*. Ithaca, N.Y.: Cornell University Press, 1978.
- Bear, James Adam, et al. *Jefferson at Monticello*. Charlottesville: University Press of Virginia, 1967.
- Chernow, Ron. *Alexander Hamilton*. New York: Penguin Press, 2004.
- Crawford, Alan Pell. *Twilight at Monticello*. Random House, 2008.
- Dahl, Robert Alan. *On democracy*. Yale University Press, 1998.
- Elkins, Stanley M.. *The age of federalism*. Oxford University Press, 1993.
- Ellis, Joseph J, et al. *American sphinx: the character of Thomas Jefferson*. New York: Vintage Books, 1998.
- Ferling, John E. *Setting the world ablaze: Washington, Adams, Jefferson, and the American Revolution*. Oxford; New York: Oxford University Press, 2000.
- Halliday, E. M.. *Understanding Thomas Jefferson*. HarperCollins Publishers, 2001.
- Hogan, Pendleton, 1907-. *The lawn: a guide to Jefferson's university*. Charlottesville: University Press of Virginia, 1987.
- Jefferson, Thomas, 1743-1826, et al. *Notes on the State of Virginia*. New York, N.Y.: Penguin Books, 1999.
- Maier, Pauline, 1938-. *American scripture: making the Declaration of Independence*. New York: Knopf: Distributed by Random House, Inc., 1997.
- Malone, Dumas. *The Sage of Monticello*. Boston: Little, Brown and Company, 1992.
- Randall, Willard Sterne. *Thomas Jefferson*. HarperPerennial, 1994.
- Wood, Gordon S. *Revolutionary characters: what made the founders different*. New York: Penguin Press, 2006.
- Wood, Gordon S.. *The idea of America*. Penguin Press, 2011.

## Presidency of John F. Kennedy

- Bernstein, Irving. *Promises kept*. Oxford University Press, 1991.
- Brauer, Carl M., 1946-. *John F. Kennedy and the second reconstruction*. New York: Columbia University Press, 1977.
- Dudley, Robert L. *Counting every vote: the most contentious elections in American history*. Washington, D.C.: Potomac Books, 2008.
- Hersh, Burton. *Bobby and J. Edgar*. Carroll & Graf, 2007.
- Karnow, Stanley. *Vietnam, a history*. Viking, 1991.
- Kempe, Frederick. *Berlin 1961: Kennedy, Khrushchev, and the most dangerous place on earth*. New York: G.P. Putnam's Sons, 2011.
- Kenney, Charles, et al. *John F. Kennedy: the presidential portfolio: history as told through the collection of the John F. Kennedy Library and Museum*. New York: PublicAffairs, 2000.
- Matthews, Christopher. *Jack Kennedy*. Simon & Schuster, 2011.
- McNamara, Robert S., 1916-2009, et al. *Argument without end: in search of answers to the Vietnam tragedy*. New York: Public Affairs, 1999.
- Nelson, Craig, 1955-. *Rocket men: the epic story of the first men on the moon*. New York: Viking, 2009.
- O'Brien, Michael, 1943-. *John F. Kennedy: a biography*. New York: Thomas Dunne Books/St. Martin's Press, 2005.
- Ogden, Frederic D. *The poll tax in the South*. [University, Ala.] University of Alabama Press, 1958.
- Parmet, Herbert S. *JFK, the presidency of John F. Kennedy*. Harmondsworth, Middlesex, England; New York, N.Y., U.S.A.: Penguin Books, 1984.
- Reeves, Richard. *President Kennedy*. Simon & Schuster, 1993.
- Sorensen, Theodore C. *Kennedy*. New York: Bantam, 1966.
- Stein, Herbert. *The fiscal revolution in America*. Chicago, Ill.: University of Chicago Press, 1969.
- Sundquist, James L. *Politics and policy: the Eisenhower, Kennedy, and Johnson years*. Washington, Dc: Brookings Institution, 1968.

## Muhammad

- Asani, Ali Sultaan Ali. *Celebrating Muhammad*. University of South Carolina Press, 1995.
- Bogle, Emory C., 1937-. *Islam: origin and belief*. Austin: University of Texas Press, 1998.
- Brown, Jonathan. *Muhammad*. Oxford University Press, 2011.
- Brown, Jonathan (Jonathan A. C.), author. *Misquoting Muhammad: the challenge and choices of interpreting the Prophet's legacy*. London: Oneworld, 2014.
- Elverskog, Johan, author. *Buddhism and Islam on the Silk Road*. Philadelphia: University of Pennsylvania Press, 2010.
- Esposito, John L. *The Islamic threat: myth or reality?*. New York: Oxford University Press, 1999.
- Esposito, John L.. *Islam*. Oxford University Press, 1998.
- Goldman, Elizabeth. *Believers*. Oxford University Press, 1995.
- Haaren, John H. (John Henry), 1855-1916, et al. *Famous men of the middle ages: [history for the thoughtful child]*. Lebanon, Tenn.: Greenleaf Press, 1992.
- Peters, F. E.. *The monotheists*. Princeton University Press, 2003.
- Peters, F. E. (Francis E.). *Islam, a guide for Jews and Christians*. Princeton, NJ: Princeton University Press, 2003.
- Peters, F. E. (Francis E.). *Muhammad and the origins of Islam*. Albany: State University of New York Press, 1994.
- Quinn, Frederick. *The sum of all heresies: the image of Islam in Western thought*. Oxford; New York: Oxford University Press, 2008.
- Rue, Loyal. *Religion is not about God: how spiritual traditions nurture our biological nature and what to expect when they fail*. New Brunswick, N.J.: Rutgers University Press, 2005.
- Schimmel, Annemarie. *And Muhammad is his messenger*. University of North Carolina Press, 1985.
- Teed, Peter. *A dictionary of twentieth century history: 1914-1990*. Oxford; New York: Oxford University Press, 1992.

- Watt, W. Montgomery. *Muhammad: prophet and statesman*. Oxford University Press, 1977.

## Adolf Hitler

- Haffner, Sebastian. *The meaning of Hitler*. Cambridge, Mass.: Harvard University Press, 1983.
- Halperin, Samuel William. *Germany tried democracy; a political history of the Reich from 1918 to 1933*. New York, W.W. Norton, 1965.
- Heston, Leonard L. *The medical casebook of Adolf Hitler: his illnesses, doctors, and drugs*. New York: Stein and Day, 1980.
- Kershaw, Ian. *Hitler, 1936-45: nemesis*. New York: W. W. Norton, 2000.
- Kershaw, Ian. *Hitler,: hubris*. New York: Norton, 1999.
- Koch, H. W. (Hannsjoachim Wolfgang), 1933-. *Aspects of the Third Reich*. New York: St. Martin's Press, 1985.
- Linge, Heinz. *With Hitler to the end*. Skyhorse Pub., 2009.
- Lukes, Igor, et al. *The Munich crisis, 1938: prelude to World War II*. London; Portland, OR: Frank Cass, 1999.
- Martel, Gordon. *The origins of the Second World War reconsidered: A.J.P. Taylor and the historians*. London; New York: Routledge, 1999.
- Murray, Williamson. *The change in the European balance of power, 1938-1939: the path to ruin*. Princeton, N.J.: Princeton University Press, 1984.
- Naimark, Norman M. aut, et al. *Fires of hatred [electronic resource]: ethnic cleansing in twentieth-century Europe*. Cambridge, MA: Harvard University Press, 2001.
- Overy, R. J. *The dictators: Hitler's Germany and Stalin's Russia*. New York: W.W. Norton & Co., 2004.
- Overy, R. J, et al. *The road to war*. London, England; New York, N.Y.: Penguin, 1999.
- Proctor, Robert. *The Nazi war on cancer*. Princeton University Press, 1999.
- Vinogradov, V. K. *Hitler's death: Russia's last great secret from the files of the KGB*. London: Chaucer, 2005.
- Waite, Robert G. L. *The psychopathic god*. Da Capo Press, 1993.
- Weinberg, Gerhard L. *Germany, Hitler, and World War II: essays in modern German and world history*. Cambridge [England]; New York: Cambridge University Press, 1995.

## Sentence spacing

- Adams, J. Michael, 1947-2012. *Printing technology*. Albany, N.Y.: Delmar Publishers, 1996.
- Association, American Sociological. *ASA style guide*. Washington, D.C.: American Sociological Association, 1997.
- Craig, James, 1930-. *Designing with type: the essential guide to typography*. New York: Watson-Guptill Publications, 2006.
- Garner, Bryan A. *Garner's modern American usage*. New York: Oxford University Press, 2009.
- Jr., William Strunk. *The elements of style*. Pearson Longman, 2009.
- Lupton, Ellen. *Thinking with type: a critical guide for designers, writers, editors, & students*. New York: Princeton Architectural Press, 2004.
- Press, University of Chicago. *The Chicago manual of style*. University of Chicago Press, 2003.
- Press, University of Chicago.. *A manual of style: for authors, editors and copywriters*. Chicago: University of Chicago Press, 1969.
- Sabin, William A. *The Gregg reference manual*. New York: Gregg Division/McGraw-Hill, 1985.
- Sambuchino, Chuck. *Formatting & submitting your manuscript*. Writer's Digest Books, 2009.
- Strumpf, Michael. *The grammar bible: everything you always wanted to know about grammar but didn't know whom to ask*. New York: Holt, 2004.
- Trottier, David. *The screenwriter's bible*. Silman-James Press, 2005.
- Turabian, Kate L. *A manual for writers of research papers, theses, and dissertations: Chicago style for students and researchers*. Chicago: University of Chicago Press, 2007.
- Wershler-Henry, Darren S.. *The iron whim*. Cornell University Press, 2007.

- Williams, Robin, 1953-. *The PC is not a typewriter: a style manual for creating professional-level type on your personal computer*. Berkeley, Calif.: Peachpit Press, 1992.

## Jim Lehrer

- Lehrer, James. *A bus of my own*. New York: G.P. Putnam's Sons, 1992.
- Lehrer, James. *Blue hearts: a novel*. New York: Random House, 1993.
- Lehrer, James. *Crown Oklahoma*. New York: Putnam, 1989.
- Lehrer, James. *Eureka: a novel*. New York: Random House, 2007.
- Lehrer, James. *Flying crows: a novel*. New York: Random House, 2004.
- Lehrer, James. *Kick the can*. New York: Putnam, 1988.
- Lehrer, James. *Lost and found*. New York: G. P. Putnam's Sons, 1991.
- Lehrer, James. *No certain rest: a novel*. New York: Random House, 2002.
- Lehrer, James. *Purple dots*. Random House, 1998.
- Lehrer, James. *Short list*. Putnam's Sons, 1992.
- Lehrer, James. *Super*. Random House, 2010.
- Lehrer, James. *Tension city*. Random House, 2011.
- Lehrer, James. *The phony marine: a novel*. New York: Random House, 2006.
- Lehrer, James. *The sooner spy*. New York: Putnam's Sons, 1990.
- Lehrer, James. *The special prisoner: a novel*. New York: Random House, 2000.
- Lehrer, James. *We were dreamers*. New York: Atheneum, 1975.
- Lehrer, James. *White widow*. Random House, 1996.

## History of the Catholic Church (1962–present)

- Bokenkotter, Thomas S. *A concise history of the Catholic Church*. New York: Doubleday, 2004.
- Bruni, Frank, et al. *A gospel of shame: children, sexual abuse and the Catholic Church*. New York: Perennial, 2002.
- Casey, James, 1944-. *Early modern Spain: a social history*. London; New York: Routledge, 1999.
- Duffy, Eamon. *Saints & sinners*. Yale University Press, in association with S4C, 1997.
- Hitchcock, Susan Tyler. *Geography of religion: where God lives, where pilgrims walk*. Washington, D.C.: National Geographic, 2004.
- John Paul II, Pope, 1920-2005, et al. *John Paul II: a light for the world: essays and reflections on the papacy of John Paul II*. Lanham, MD: Sheed & Ward; [Place of publication not identified]: Distributed by National Book Network, 2003.
- Langan, Thomas. *The Catholic tradition*. Columbia, Mo.: University of Missouri Press, 1998.
- McManners, John, editor, et al. *The Oxford illustrated history of Christianity*. Oxford University Press, USA, 1990.
- Norman, Edward R. *The Roman Catholic Church: an illustrated history*. Berkeley: University of California Press, 2007.
- Pham, John-Peter. *Heirs of the Fisherman: behind the scenes of papal death and succession*. Oxford; New York: Oxford University Press, 2004.
- Placher, William C. (William Carl), 1948-2008. *Readings in the history of Christian theology*. Philadelphia, Pa.: Westminster Press, 1988.
- Riley-Smith, Jonathan Simon Christopher, 1938-. *The first crusaders, 1095-1131 [electronic resource]*. Cambridge, U.K.; New York, N.Y.: Cambridge University Press, 1997.
- Samora, Julian. *A history of the Mexican-American people*. University of Notre Dame Press, 1993.
- Sobrino, Jon. *Archbishop Romero: memories and reflections*. Maryknoll, N.Y.: Orbis Books, 1990.
- Steinfels, Peter. *A people adrift: the crisis of the Roman Catholic Church in America*. New York: Simon & Schuster, 2003.
- Stoll, David, 1952-. *Is Latin America turning Protestant?: the politics of Evangelical growth*. Berkeley: University of California Press, 1990.
- Tyerman, Christopher. *God's war*. Belknap Press of Harvard University Press, 2006.

## Battle of the Little Bighorn

- Brininstool, E. A. (Earl Alonzo), 1870-1957. *Troopers with Custer: historic incidents of the Battle of the Little Big Horn*. Mechanicsburg, PA: Stackpole Books, 1994.
- Brown, Dee Alexander, et al. *The Wild west*. New York: Warner Books, 1993.
- Chiaventone, Frederick J.. *A road we do not know*. Simon & Schuster, 1996.
- Elliott, Michael A.. *Custerology*. University Of Chicago Press, 2007.
- Fox, Richard A., 1943-. *Archaeology, history, and Custer's last battle [electronic resource]: the Little Big Horn reexamined*. Norman: University of Oklahoma Press, 1993.
- Goodrich, Th. *Scalp dance: Indian warfare on the high plains, 1865-1879*. Mechanicsburg, PA: Stackpole Books, 1997.
- Keegan, John, 1934-2012. *Warpaths: travels of a military historian in North America*. Toronto: Key Porter Books, 1995.
- Nevin, David, 1927-, et al. *The Soldiers*. New York: Time-Life Books, 1974.
- Philbrick, Nathaniel. *The last stand: Custer, Sitting Bull, and the Battle of the Little Bighorn*. New York: Viking, 2010.
- Robinson, Charles M., 1949-. *A good year to die: the story of the great Sioux War*. New York: Random House, 1995.
- Sandoz, Mari, 1896-1966. *The Battle of the Little Bighorn*. Philadelphia: J.B. Lippincott, 1978.
- Sarf, Wayne Michael, 1957-. *The Little Bighorn campaign, March-September 1876*. Conshohocken, PA: Combined Books, 1993.
- Utley, Robert Marshall, 1929-. *The lance and the shield: the life and times of Sitting Bull*. New York: Henry Holt, 1993.
- Vestal, Stanley, 1887-1957. *Warpath: the true story of the fighting Sioux told in a biography of Chief White Bull*. Lincoln: University of Nebraska Press, 1984.
- Viola, Herman J. *Little Bighorn remembered: the untold story of Custer's last stand*. New York: Times Books, 1999.
- Welch, James, 1940-2003, et al. *Killing Custer: the Battle of the Little Bighorn and the fate of the Plains Indians*. New York: W.W. Norton, 1994.

## Jorge Luis Borges

- Agheana, Ion T. (Ion Tudor). *The prose of Jorge Luis Borges: existentialism and the dynamics of surprise*. New York: P. Lang, 1984.
- Aizenberg, Edna. *The Aleph weaver: biblical, kabbalistic and judaic elements in Borges*. Potomac, Md.: Scripta Humanistica, 1984.
- Alazraki, Jaime. *Borges and the Kaballah: and other essays on his fiction and poetry*. Cambridge; New York: Cambridge University Press, 1988.
- Alazraki, Jaime. cn. *Critical essays on Jorge Luis Borges*. Boston: G.K. Hall, 1987.
- Bloom, Harold. *Jorge Luis Borges*. New York: Chelsea House Publishers, 1986.
- Delany, Paul;Landow, George P. *Hypermedia and literary studies*. Cambridge, Mass.: MIT Press, 1991.
- Lindstrom, Naomi, 1950-. *Jorge Luis Borges: a study of the short fiction*. Boston: Twayne Publishers, 1990.
- McMurray, George R., 1925-. *Jorge Luis Borges*. New York: Ungar, 1980.
- Molloy, Sylvia, 1938-, et al. *Signs of Borges*. Durham: Duke University Press, 1994.
- None,. *The Cardinal points of Borges*. Norman, University of Oklahoma Press, 1971.
- Rodriguez-Luis, Julio. *The contemporary praxis of the fantastic: Borges and Cortazar*. New York: Garland, 1991.
- Rodríguez Monegal, Emir. *Jorge Luis Borges: a literary biography*. New York: Dutton, 1978.
- Stabb, Martin S. *Borges revisited*. Boston: Twayne Publishers, 1991.
- Sturrock, John. *Paper tigers: the ideal fictions of Jorge Luis Borges*. Oxford [England]: Clarendon Press, 1977.
- Williamson, Edwin. *Borges, a life*. New York: Viking, 2004.

## American popular music

- Baraka, Amiri, 1934-. *Blues people: Negro music in white America*. New York: W. Morrow, 1968.
- Bayles, Martha. *Hole in our soul: the loss of beauty and meaning in American popular music*. New York: Free Press; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1994.
- Booth, Mark W., 1943-. *American popular music: a reference guide*. Westport, Conn.: Greenwood Press, 1983.
- Clarke, Donald. *The rise and fall of popular music*. St. Martin's Press, 1995.
- Ewen, David, 1907-1985. *Panorama of American popular music; the story of our national ballads and folk songs, the songs of Tin Pan Alley, Broadway and Hollywood, New Orleans jazz, swing, and symphonic jazz*. Englewood Cliffs, N.J., Prentice-Hall, 1957.
- Garofalo, Reebee. *Rockin' out*. Allyn and Bacon, 1997.
- Hamm, Charles. *Yesterdays: popular song in America*. New York: Norton, 1979.
- Mahar, William J. (William John), 1938-. *Behind the burnt cork mask: early blackface minstrelsy and Antebellum American popular culture*. Urbana: University of Illinois Press, 1999.
- Morales, Ed. *The Latin beat*. Da Capo, 2003.
- Pratt, Ray. *Rhythm and resistance: the political uses of American popular music*. Washington: Smithsonian Institution Press, 1994.
- Rubin, Rachel, 1964-, et al. *American popular music: new approaches to the twentieth century*. Amherst [MA]: University of Massachusetts Press, 2001.
- Sawyers, June Skinner, 1957-. *Celtic music: a complete guide*. [United States]: Da Capo Press, 2001.
- Schuller, Gunther. *Early jazz: its roots and musical development*. New York: Oxford University Press, 1968.
- Sudhalter, Richard M. *Lost chords: white musicians and their contribution to jazz, 1915-1945*. New York: Oxford University Press, 1999.
- Szatmary, David P., 1951-. *Rockin' in time: a social history of rock-and-roll*. Upper Saddle River, N.J.: Prentice Hall, 2000.
- Werner, Craig Hansen. *A change is gonna come*. Plume, 1999.
- Wilder, Alec. *American popular song; the great innovators, 1900-1950*. New York, Oxford University Press, 1972.

## Gamal Abdel Nasser

- Aburish, Saïd K., 1935-2012. *Nasser: the last Arab*. New York: St. Martin's Press/Thomas Dunne Books, 2004.
- Arthur, Jr. Goldschmidt. *A Brief History of Egypt (Brief History)*. Facts on File, 2007.
- Bird, Kai. *Crossing Mandelbaum Gate*. Scribner, 2010.
- Brightman, Carol. *Total insecurity: the myth of American omnipotence*. London; New York: Verso, 2004.
- Kimmerling, Baruch, et al. *The Palestinian people: a history*. Cambridge, Mass.: Harvard University Press, 2003.
- Makdisi, Ussama Samir. *Faith misplaced*. PublicAffairs, 2010.
- Nutting, Anthony. *Nasser*. New York: E. P. Dutton, 1972.
- Osman, Tarek. *Egypt on the brink: from Nasser to Mubarak*. New Haven: Yale University Press, 2010.
- Parker, Richard Bordeaux. *The politics of miscalculation in the Middle East*. Indiana University Press, 1993.
- Seale, Patrick, et al. *Asad of Syria: the struggle for the Middle East*. Berkeley: University of California Press, 1990.
- Sullivan, Earl L. *Women in Egyptian public life*. Syracuse, N.Y.: Syracuse University Press, 1986.
- Vatikiotis, P. J. (Panayiotis J.), 1928-. *Nasser and his generation*. London: Croom Helm, 1978.
- Wilford, Hugh, 1965- author. *America's great game: the CIA's secret Arabists and the shaping of the modern Middle East*. New York: Basic Books, a member of the Perseus Books Group, 2013.
- Woodward, Peter, 1944-. *Nasser*. London; New York: Longman, 1992.

## Charles, Prince of Wales

- Benson, Ross. *Charles: the untold story*. New York: St. Martin's Press, 1994.

- Brandreth, Gyles Daubeney, 1948-. *Charles & Camilla: portrait of a love affair*. London: Arrow Books, 2006.
- Brown, Tina. *The Diana chronicles*. London: Century, 2007.
- Campbell, Judith. *Charles: a prince of our time*. London: Octopus, 1981.
- Cathcart., by Helen. *Prince Charles: the biography*. New York: Taplinger Pub. Co., 1977.
- Dimbleby, Jonathan. *The Prince of Wales: a biography*. New York: W. Morrow, 1994.
- Fisher, Graham, et al. *Charles: the man and the prince*. London: Hale, 1977.
- Holden, Anthony, 1947-. *Charles at fifty*. New York: Random House, 1998.
- Holden, Anthony, 1947-. *King Charles III: a biography*. New York: Weidenfeld & Nicolson, 1988.
- Holden, Anthony, 1947-. *Prince Charles*. New York: Atheneum, 1979.
- Jencks, Charles. *The Prince, the architects and new wave monarchy*. New York: Rizzoli, 1988.
- Junor, Penny. *Charles: victim or villain?*. London: HarperCollins, 1998.
- Junor, Penny. *The Firm: the troubled life of the House of Windsor*. New York: Thomas Dunne Books, 2005.
- Liversidge, Douglas, 1913-. *Prince Charles: monarch in the making*. London: A. Barker, 1975.
- Mayer, Catherine, author. *Born to be king: Prince Charles on planet Windsor*. New York: Henry Holt and Company, 2015.
- Mayer, Catherine, author. *Charles: the heart of a king*. London: WH Allen, an imprint of Ebury Publishing;, 2015.
- Smith, Sally Bedell, 1948-. *Diana in search of herself: portrait of a troubled princess*. New York: New American Library, 2000.

## **Timeline of music in the United States (1880–1919)**

- Abel, E. Lawrence. *Singing the new nation*. Stackpole Books, 2000.
- Baraka, Amiri, 1934-. *Blues people: Negro music in white America*. New York: W. Morrow, 1968.
- Berry, Jason, et al. *Up from the cradle of jazz: New Orleans music since World War II*. Athens: University of Georgia Press, 1986.
- Bird, Christiane. *Da Capo jazz and blues lover's guide to the U.S.: with more than 900 hot clubs, cool joints, landmarks, and legends, from boogie-woogie to bop and beyond*. Cambridge, MA: Da Capo Press, 2001.
- Chase, Gilbert, 1906-. *America's music: from the pilgrims to the present*. Urbana: University of Illinois Press, 1987.
- Cusic, Don. *The sound of light: a history of gospel music*. Bowling Green, Ohio: Bowling Green State University Popular Press, 1990.
- Darden, Bob, 1954-. *People get ready!: a new history of Black gospel music*. New York: Continuum, 2004.
- Jasen, David A, et al. *Rags and ragtime: a musical history*. New York: Seabury Press, 1978.
- Kirk, Elise K. (Elise Kuhl), 1932-. *American opera*. Urbana: University of Illinois Press, 2001.
- Lankford, Ronald D., 1962-. *Folk music USA: the changing voice of protest*. New York: Schirmer Trade Books, 2005.
- Lindsay, Susan Gedutis, 1969-. *See you at the hall: Boston's golden era of Irish music and dance*. Boston: Northeastern University Press, 2004.
- Malone, Bill C, et al. *Southern music/American music*. Lexington, Ky.: University Press of Kentucky, 2003.
- Miller, Jim, 1947-. *Flowers in the dustbin: the rise of rock and roll, 1947-1977*. New York: Simon & Schuster, 1999.
- Moore, Allan F. *The Cambridge companion to blues and gospel music*. Cambridge: Cambridge University Press, 2002.
- Peretti, Burton W.. *Lift every voice*. Rowman & Littlefield Publishers, 2008.
- Schuller, Gunther. *Early jazz: its roots and musical development*. New York: Oxford University Press, 1968.
- Tribe, Ivan M.. *Country*. Greenwood Press, 2006.

## Industrial Revolution

- Chandler, Alfred D. *The Visible hand: the managerial revolution in American business*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1977.
- Chernow, Ron. *Alexander Hamilton*. New York: Penguin Press, 2004.
- Clark, Gregory. *A farewell to alms*. Princeton University Press, 2007.
- Hunter, Louis C. *A history of industrial power in the United States, 1780-1930*. Charlottesville: Published for the Eleutherian Mills-Hagley Foundation by the University Press of Virginia, 1979.
- Landes, David S. *The unbound Prometheus: technological change and industrial development in Western Europe from 1750 to the present*. London, Cambridge U.P., 1969.
- Landes, David S.. *The wealth and poverty of nations*. W.W. Norton, 1999.
- Lucas, Robert E. *Lectures on economic growth*. Cambridge, Mass.: Harvard University Press, 2002.
- McNeil, Ian, et al. *An Encyclopaedia of the history of technology [electronic resource]*. London: Routledge, 1990.
- Merson, John. *The genius that was China: East and West in the making of the modern world*. New York, N.Y.: Overlook Press, 1990.
- Misa, Thomas J.. *A nation of steel*. Johns Hopkins University Press, 1995.
- Morison, Elting Elmore. *Men, machines, and modern times*. Cambridge, Mass.: M.I.T. Press, 1966.
- Musson, A. E. (Albert Edward), 1920-, et al. *Science and technology in the Industrial Revolution*. Toronto: University of Toronto Press, 1969.
- Overton, Mark, 1950-. *Agricultural revolution in England: the transformation of the agrarian economy 1500-1850*. Cambridge, England; New York: Cambridge University Press, 1996.
- Stark, Rodney. *The victory of reason: how Christianity led to freedom, capitalism, and Western success*. New York: Random House, 2005.
- Thomson, Ross. *The path to mechanized shoe production in the United States*. Chapel Hill: University of North Carolina Press, 1989.

## Timeline of music in the United States (1970–present)

- Abel, E. Lawrence. *Singing the new nation*. Stackpole Books, 2000.
- Bird, Christiane. *Da Capo jazz and blues lover's guide to the U.S.: with more than 900 hot clubs, cool joints, landmarks, and legends, from boogie-woogie to bop and beyond*. Cambridge, MA: Da Capo Press, 2001.
- Chase, Gilbert, 1906-. *America's music: from the pilgrims to the present*. Urbana: University of Illinois Press, 1987.
- Cusic, Don. *The sound of light: a history of gospel music*. Bowling Green, Ohio: Bowling Green State University Popular Press, 1990.
- Darden, Bob, 1954-. *People get ready!: a new history of Black gospel music*. New York: Continuum, 2004.
- Frith, Simon, et al. *On record: rock, pop, and the written word*. New York: Pantheon Books, 1990.
- Gates, Henry Louis. *The signifying monkey*. Oxford University Press, 1988.
- Kirk, Elise K. (Elise Kuhl), 1932-. *American opera*. Urbana: University of Illinois Press, 2001.
- Lankford, Ronald D., 1962-. *Folk music USA: the changing voice of protest*. New York: Schirmer Trade Books, 2005.
- Lewis, George H. *All that glitters: country music in America*. Bowling Green, Ohio: Bowling Green State University Popular Press, 1993.
- Malone, Bill C, et al. *Southern music/American music*. Lexington, Ky.: University Press of Kentucky, 2003.
- Miller, Jim, 1947-. *Flowers in the dustbin: the rise of rock and roll, 1947-1977*. New York: Simon & Schuster, 1999.
- Moore, Allan F. *The Cambridge companion to blues and gospel music*. Cambridge: Cambridge University Press, 2002.
- Sanjek, Russell. *American popular music and its business: the first four hundred years*. New York: Oxford University Press, 1988.

- Southern, Eileen. *The music of black Americans: a history*. New York, W. W. Norton, 1971.
- Vallely, Fintan. *The companion to Irish traditional music*. Cork, Ireland: Cork University Press, 1999.
- Walser, Robert. *Running with the Devil: power, gender, and madness in heavy metal music*. Hanover, NH: University Press of New England, 1993.

## Attachment theory

- Aichhorn, August, 1878-1949. *Wayward youth*. New York: Viking Press, 1935.
- Bowlby, John. *A secure base: parent-child attachment and healthy human development*. New York: Basic Books, 1988.
- Bowlby, John. *Attachment and loss*. [New York]: Basic Books, 1999.
- Bowlby, John. *The making & breaking of affectional bonds*. London: Tavistock Publications, 1979.
- Dollard, John, 1900-, et al. *Frustration and aggression*. New Haven, Pub. for the Institute of human relations by Yale University Press; London, H. Milford, Oxford University Press, 1939.
- Hrdy, Sarah Blaffer, 1946-. *Mothers and others: the evolutionary origins of mutual understanding*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2009.
- Hyman Blumberg Symposium on Research in Early Childhood Education, 4th, Johns Hopkins University, 1974, et al. *Social development in childhood: day-care programs and research*. Baltimore: Johns Hopkins University Press, 1977.
- Johnson-Laird, P. N. (Philip Nicholas), 1936-. *Mental models: towards a cognitive science of language, inference, and consciousness*. Cambridge, Mass.: Harvard University Press, 1983.
- Karen, Robert. *Becoming attached*. Oxford University Press, 1998.
- Mayseless, Ofra, 1953-. *Parenting representations: theory, research and clinical implications*. Cambridge; New York: Cambridge University Press, 2006.
- Mercer, Jean. *Understanding attachment: parenting, child care, and emotional development*. Westport, Conn.: Praeger Publishers, 2006.
- Rutter, Michael, 1933-. *The qualities of mothering: maternal deprivation reassessed*. New York: J. Aronson, 1974.
- Schore, Allan N., 1943-. *Affect regulation and the origin of the self: the neurobiology of emotional development*. Hillsdale, N.J.: L. Erlbaum Associates, 1994.
- Schwartz, Joseph. *Cassandra's daughter: a history of psychoanalysis*. New York: Viking, 1999.

## Chalmers Johnson

- Azrael, Jeremy R., 1935-, et al. *Change in Communist systems*. Stanford, Stanford University Press, 1970.
- Johnson, Chalmers A. *An instance of treason: Ozaki Hotsumi and the Sorge spy ring*. Stanford, Calif.: Stanford University Press, 1990.
- Johnson, Chalmers A. *Autopsy on people's war*. Berkeley, University of California Press, 1973.
- Johnson, Chalmers A. *Conspiracy at Matsukawa*. Berkeley: University of California Press, 1972.
- Johnson, Chalmers A. *Nemesis: the last days of the American Republic*. New York: Metropolitan Books, 2006.
- Johnson, Chalmers A. *The Industrial policy debate*. San Francisco, Calif.: ICS Press, 1984.
- Johnson, Chalmers A. dn. *Japan's public policy companies*. Washington: American Enterprise Institute for Public Policy Research, 1978.
- Johnson, Chalmers A. dn. *Revolutionary change*. Boston, Little, Brown, 1966.
- Johnson, Chalmers, 1931-2010. *Blowback: the costs and consequences of American empire*. New York: Metropolitan Books, 2000.
- Johnson, Chalmers, 1931-2010. *Dismantling the empire: America's last best hope*. New York: Metropolitan Books, 2010.
- Johnson, Chalmers, 1931-2010. *Japan, who governs?: the rise of the developmental state*. New York: Norton, 1995.
- Johnson, Chalmers, 1931-2010. *Peasant nationalism and communist power; the emergence of revolutionary China*. Stanford, Calif., Stanford University Press, 1962.

- Johnson, Chalmers, 1931-2010. *The sorrows of empire: militarism, secrecy, and the end of the Republic*. New York: Metropolitan Books, 2004.
- Johnson, Chalmers, 1931-2010, et al. *MITI and the Japanese miracle: the growth of industrial policy, 1925-1975*. Stanford, Calif.: Stanford University Press, 1982.
- None,. *Ideology and politics in contemporary China*. Seattle, University of Washington Press, 1973.

## Virginia Woolf

- Bell, Quentin. *Virginia Woolf; a biography*. New York, Harcourt Brace Jovanovich, 1972.
- Booth, Alison. *Greatness engendered: George Eliot and Virginia Woolf*. Ithaca, N.Y.: Cornell University Press, 1992.
- Eagle, Dorothy. *The Oxford illustrated literary guide to Great Britain and Ireland*. Oxford; New York: Oxford University Press, 1981.
- Froula, Christine, 1950- author. *Virginia Woolf and the Bloomsbury avant-garde: war, civilization, modernity*. New York: Columbia University Press, 2005.
- King, James, 1942-. *Virginia Woolf*. New York: Norton, 1995.
- Lee, Hermione. *The novels of Virginia Woolf*. New York: Holmes & Meier, 1977.
- Meyer, Robert G, et al. *Case studies in abnormal behavior*. Boston: Allyn and Bacon, 1982.
- Oliver, Vanessa, 1980-. *Healing home: health and homelessness in the life stories of young women*. Toronto: University of Toronto Press, 2013.
- Rosenman, Ellen Bayuk. *The invisible presence: Virginia Woolf and the mother-daughter relationship*. Baton Rouge: Louisiana State University Press, 1986.
- Sellers, Susan. *Vanessa and Virginia*. Houghton Mifflin Harcourt, 2009.
- Trombley, Stephen. *All that summer she was mad: Virginia Woolf and her doctors*. London: Junction Books, 1981.
- Woolf, Leonard, 1880-1969. *Growing: an autobiography of the years 1904 to 1911*. New York: Harcourt Brace Jovanovich, 1975.
- Woolf, Virginia. *Orlando*. Harcourt, 2006.
- Woolf, Virginia, 1882-1941. *Carlyle's House and other sketches*. London: Hesperus, 2003.
- Woolf, Virginia, 1882-1941. *The captain's death bed and other essays*. London: Hogarth Press, 1950.
- Woolf, Virginia, et al. *The letters of Virginia Woolf: volume III, 1923-1928*. New York: Harcourt Brace Jovanovich, 1975.
- Zwerdling, Alex. *Virginia Woolf and the real world*. Berkeley: University of California Press, 1986.

## Jack Anderson (columnist)

- Anderson, Jack. *Zero time*. Kensington Pub. Corp., 1990.
- Anderson, Jack, 1922-. *Inside the NRA: armed and dangerous: an exposé*. Beverly Hills, CA: Dove Books; [New York]: Distributed by Penguin USA, 1996.
- Anderson, Jack, 1922-. *Millennium*. New York: Forge, 1994.
- Anderson, Jack, 1922-. *The Japan conspiracy: a novel*. New York: Kensington Pub., 1993.
- Anderson, Jack, 1922-, et al. *American Government ... like it is*. [Morristown, N.J.] General Learning Press, 1972.
- Anderson, Jack, 1922-, et al. *Confessions of a muckraker: the inside story of life in Washington during the Truman, Eisenhower, Kennedy and Johnson years*. New York: Random House, 1979.
- Anderson, Jack, 1922-, et al. *Fiasco*. New York, N.Y.: Times Books, 1983.
- Anderson, Jack, 1922-2005. *Control*. New York: Windsor Pub. Corp., 1990.
- Anderson, Jack, 1922-2005. *The Cambodia file*. Garden City, N.Y.: Doubleday & Company, Inc., 1981.
- Anderson, Jack, 1922-2005, author. *Washington money-go-round*. Seattle, Washington: Elliott & James, 1997.
- Anderson, Jack, 1922-2005, et al. *Alice in blunderland*. Washington, D.C.: Acropolis Books, 1983.
- Anderson, Jack, 1922-2005, et al. *McCarthy: the man, the Senator, the "ism,"*. Boston, Beacon Press, 1952.

- Anderson, Jack, 1922-2005, et al. *Peace, war, and politics: an eyewitness account*. New York: Forge, 1999.
- Anderson, Jack, 1922-2005, et al. *The Anderson papers*. New York: Ballantine Books, 1974.
- Anderson, Jack, 1922-2005, et al. *The Saudi connection: a novel*. New York: Tor Books, 2007.
- Feldstein, Mark Avrom. *Poisoning the press: Richard Nixon, Jack Anderson, and the rise of Washington's scandal culture*. New York: Farrar, Straus and Giroux, 2010.
- Pearson, Drew, 1897-1969, et al. *The case against Congress; a compelling indictment of corruption on Capitol Hill*. New York, Simon and Schuster, 1968.

## Harold Coyle

- Coyle, Harold. *Dead hand*. Forge, 2001.
- Coyle, Harold. *God's children*. Forge, 2000.
- Coyle, Harold, 1952-. *Against all enemies*. New York: Forge, 2002.
- Coyle, Harold, 1952-. *Bright star: a novel*. New York: Simon and Schuster, 1990.
- Coyle, Harold, 1952-. *Cat and mouse*. New York: Forge, 2007.
- Coyle, Harold, 1952-. *Code of honor*. New York: Simon & Schuster, 1994.
- Coyle, Harold, 1952-. *Look away: a novel*. New York: Simon & Schuster, 1995.
- Coyle, Harold, 1952-. *More than courage*. New York: Forge, 2003.
- Coyle, Harold, 1952-. *No warriors, no glory*. New York: Forge, 2009.
- Coyle, Harold, 1952-. *Savage wilderness*. New York: Simon & Schuster, 1997.
- Coyle, Harold, 1952-. *Sword Point: a novel*. New York: Simon and Schuster, 1988.
- Coyle, Harold, 1952-. *The ten thousand: a novel*. New York: Simon & Schuster, 1993.
- Coyle, Harold, 1952-. *They are soldiers*. New York: Forge, 2004.
- Coyle, Harold, 1952-. *Trial by fire: a novel*. New York: Simon & Schuster, 1992.
- Coyle, Harold, 1952-, et al. *Pandora's legion: Harold Coyle's Strategic Solutions, Inc.*. New York: Forge, 2007.
- Coyle, Harold, 1952-, et al. *Prometheus's child: Harold Coyle's Strategic Solutions, Inc.*. New York: Forge, 2007.
- Coyle, Harold, 1952-, et al. *Vulcan's fire: Harold Coyle's Strategic Solutions, Inc.*. New York: Forge, 2008.

## Left Book Club

- Addison, Christopher Addison, 1st Viscount, 1869-1951. *A policy for British agriculture*. London, V. Gollancz, 1939.
- Attlee, C. R. (Clement Richard), 1883-1967. *The Labour party in perspective*. London: V. Gollancz, 1937.
- Campbell, J. R. *Soviet policy and its critics*. London, V. Gollancz, ltd., 1939.
- Cole, G. D. H. (George Douglas Howard), 1889-1959. *The meaning of Marxism*. London, V. Gollancz, 1948.
- Cole, G. D. H. (George Douglas Howard), 1889-1959. *The means to full employment*. London: V. Gollancz ltd.,, 1943.
- Cole, George Douglas Howard, 1889-1939. *War aims*. London, New Statesman and nation, 1939.
- Collard, Dudley, 1907-. *Soviet justice and the Trial of Radek and others*. London: V. Gollancz, 1937.
- Kuczynski, Jürgen. *The condition of the workers in Great Britain, Germany and the Soviet union, 1932-1938*. London, V. Gollancz, 1939.
- Mosley, Leonard, 1913-. *Report from Germany*. London, V. Gollancz, 1945.
- O'Sullivan, Dan. *Wikipedia: a new community of practice?*. Farnham, England; Burlington, VT: Ashgate, 2009.
- Schlotterbeck, Friedrich, 1909-. *The darker the night, the brighter the stars*. London, V. Gollancz ltd., 1947.
- Strachey, John, 1901-1963. *A programme for progress*. London: V. Gollancz Ltd., 1940.
- Sturmthal, Adolf Fox. *The tragedy of European labour, 1918-1939*. London, V. Gollancz ltd, 1944.
- Tawney, R. H. (Richard Henry), 1880-1962. *The acquisitive society*. London, V. Gollancz, 1937.

- Webb, Sidney, 1859-1947, et al. *Soviet communism: a new civilization?*. New York, C. Scribner's Sons, 1936.
- Wilkinson, Ellen Cicely, 1891-1947. *The town that was murdered: the life-story of Jarrow*. London: V. Gollacz Ltd., 1939.
- Zilliacus, K. (Konni), 1894-. *The mirror of the past, lest it reflect the future*. London, V. Gollancz ltd, 1944.

## Citizen Kane

- Brady, Frank, 1934-. *Citizen Welles: a biography of Orson Welles*. New York: Anchor Books, 1990.
- Callow, Simon, 1949- author. *Orson Welles*. New York: Viking, 1996.
- Carringer, Robert L. *The making of Citizen Kane*. Berkeley: University of California Press, 1985.
- Cook, David A. *A history of narrative film*. New York: Norton, 1981.
- Davies, Marion, et al. *The times we had: live with William Randolph Hearst*. Indianapolis, Ind. [u.a.]: Bobbs-Merrill Comp., 1975.
- Fabe, Marilyn. *Closely watched films: an introduction to the art of narrative film technique*. Berkeley: University of California Press, 2004.
- Heylin, Clinton. *Despite the system: Orson Welles versus the Hollywood studios*. Chicago: Chicago Review Press, 2005.
- Higham, Charles, 1931-2012. *Orson Welles, the rise and fall of an American genius*. New York: St. Martin's Press, 1985.
- Houseman, John. *Run-through: a memoir*. New York: Simon and Schuster, 1980.
- Leaming, Barbara. *Orson Welles, a biography*. New York, N.Y.: Viking, 1985.
- McBride, Joseph, 1947-. *What ever happened to Orson Welles?: a portrait of an independent career*. Lexington, Ky.: University Press of Kentucky, 2006.
- Meryman, Richard, 1926-. *Mank: the wit, world, and life of Herman Mankiewicz*. New York: Morrow, 1978.
- Mulvey, Laura. *Citizen Kane*. BFI Publishing, 1992.
- Naremore, James. *The magic world of Orson Welles*. Dallas: Southern Methodist University Press, 1989.
- Rosenbaum, Jonathan. *Movies as politics*. University of California Press, 1997.
- Thompson, Kristin. *Film history*. McGraw-Hill, 1994.

## Norman Mailer

- Adams, Laura (Literary critic). *Existential battles: the growth of Norman Mailer*. Athens: Ohio University Press, 1976.
- Adams, Laura, 1807-1873. *Norman Mailer: a comprehensive bibliography*. Metuchen, N.J.: Scarecrow Press, 1974.
- Begiebing, Robert J., 1946-. *Acts of regeneration: allegory and archetype in the works of Norman Mailer*. Columbia: University of Missouri Press, 1980.
- Bloom, Harold, et al. *Kate Chopin (Bloom's Modern Critical Views)*. Chelsea House Publications, 2003.
- Braudy, Leo. *Norman Mailer*. Prentice-Hall, 1972.
- Dearborn, Mary V. *Mailer: a biography*. Boston: Houghton Mifflin, 1999.
- Leeds, Barry H. *The enduring vision of Norman Mailer*. Bainbridge Island, WA: Pleasure Boat Studio, 2002.
- Lucid, Robert F. (Robert Francis), 1930- comp. *Norman Mailer; the man and his work*. Boston, Little, Brown, 1971.
- Mailer, Norman. *Advertisements for myself*. Harvard University Press, 1992.
- Mailer, Norman. *Of a fire on the moon*. New York: New American Library, 1971.
- Mailer, Norman. *The spooky art*. Random House, 2003.
- Mailer, Norman. *The time of our time*. New York: Random House, 1998.
- Mailer, Norman, et al. *The naked and the dead*. New York, Rinehart, 1948.
- Manso, Peter. *Mailer: his life and times*. New York: Washington Square Press, 2008.
- Merrill, Robert, 1944-. *Norman Mailer*. Boston: Twayne Publishers, 1978.

- Morris, Willie. *New York days*. Boston: Little, Brown and Co., 1993.
- Poirier, Richard. *Norman Mailer*. New York: Viking Press, 1972.

## Jean-Baptiste Santerre

- Blunt, Anthony, 1907-1983. *Art and architecture in France, 1500 to 1700*. Harmondsworth; New York: Penguin Books, 1973.
- Brookner, Anita. *Greuze: the rise and fall of an eighteenth-century phenomenon*. Greenwich, Conn., New York, Graphic Society, 1972.
- Chicago, Art Institute of. *French and British paintings from 1600 to 1800 in the Art Institute of Chicago: a catalogue of the collection*. Chicago: Art Institute of Chicago in association with Princeton University Press, 1996.
- Gay, Claire. *Eighteenth century painting*. New York, Funk & Wagnalls, 1972.
- Gould, Cecil Hilton Monk, 1918-1994. *Bernini in France: an episode in seventeenth-century history*. London: Weidenfeld and Nicolson, 1981.
- Hourticq, Louis, 1875-1944. Bibliothèque omnium, et al. *The new standard encyclopedia of art; architecture, sculpture, painting, decorative arts*. New York, Garden City Pub. Co, 1939.
- Huyghe, René. *La peinture francaise des XVIIe et XVIIIe siecles. --*. [Paris]: Flammarion, 1965.
- Lesné, Claude. *Jean-Baptiste Santerre: 1651-1717*. [Saint-Ouen-l'Aumône]: Éditions du Valhermeil; [Magny-en-Vexin]: Ville de Magny-en-Vexin; [Cergy-Pontoise]: Conseil général du Val-d'Oise, 2011.
- Levey, Michael. *Rococo to Revolution; major trends in eighteenth-century painting*. New York, Praeger, 1966.
- Leymarie, Jean. *The spirit of the letter in painting*. [Kansas City? Mo.] Hallmark Cards, 1961.
- Mérot, Alain. *French painting in the seventeenth century*. New Haven: Yale University Press, 1995.
- Osborne, Harold, 1905-. *The Oxford companion to art*. Oxford, Clarendon Press, 1970.
- Thuillier, Jacques. *French painting*. Geneva]: Skira [distributed in the U.S. by World Pub. Co.,: Cleveland, 1964.
- Wakefield, David (David F.). *French eighteenth-century painting*. New York: Alpine Fine Arts Collection, 1984.
- Wolf, John Baptist, 1907-. *The emergence of the great powers, 1685-1715*. New York: Harper & Row, 1962.

## International relations (1648–1814)

- Asprey, Robert B. (Robert Brown). *The rise and fall of Napoleon Bonaparte*. Basic Books, 2000.
- Beloff, Max Beloff, Baron, 1913-. *The age of absolutism, 1660-1815*. New York, Harper, 1962.
- Bemis, Samuel Flagg, 1891-1973. *A short history of American foreign policy and diplomacy*. New York, Holt, 1959.
- Company, Rand McNally and. *Atlas of world history*. Chicago: Rand McNally, 1993.
- Dorn, Walter Louis. *Competition for empire, 1740-1763*. New York: Harper & Row, 1963.
- Englund, Steven. *Napoleon*. Scribner, 2003.
- Fairbank, John King. *China*. Belknap Press of Harvard University Press, 1992.
- Markham, Felix Maurice Hippisley. *Napoleon and the awakening of Europe*. [New York] Collier Books, 1969.
- McKay, Derek, et al. *The rise of the great powers, 1648-1815*. London; New York: Longman, 1983.
- Neely, Sylvia. *A Concise History of the French Revolution*. Rowman & Littlefield Publishers, Inc., 2008.
- Nussbaum, Frederick Louis, 1885-. *The triumph of science and reason, 1660-1685*. New York, Harper, 1953.
- Pennington, D. H. (Donald H.). *Seventeenth-century Europe*. New York, Holt, Rinehart and Winston, 1970.
- Roberts, Penfield. *The quest for security, 1715-1740*. New York: Harper Torchbooks, 1963.
- Roosen, William James. *The age of Louis XIV: the rise of modern diplomacy*. Cambridge, Mass.: Schenkman Pub. Co., 1976.
- Spence, Jonathan D. *The search for modern China*. New York: Norton, 1990.

## Late Middle Ages

- Abulafia, David. *The western Mediterranean kingdoms, 1200-1500: the struggle for dominion*. London; New York: Longman, 1997.
- Cantor, Norman F, et al. *The civilization of the Middle Ages: a completely revised and expanded edition of Medieval history, the life and death of a civilization*. New York: HarperCollins, 1993.
- Duby, Georges. *France in the Middle Ages 987-1460: from Hugh Capet to Joan of Arc*. Oxford, UK; Cambridge, USA: B. Blackwell, 1991.
- Ferguson, Wallace K. (Wallace Klippert), 1902-1983. *Europe in transition, 1300-1520*. Boston, Houghton Mifflin, 1962.
- Goff, Jacques Le. *The birth of Europe*. Blackwell, 2005.
- Haskins, Charles Homer, 1870-1937. *The renaissance of the twelfth century*. Cambridge: Harvard University Press, 1927.
- Herlihy, David. *Medieval culture and society*. Prospect Heights, Ill.; Waveland Press, 1993.
- Herlihy, David. *Medieval households*. Cambridge, Mass.: Harvard University Press, 1985.
- Horrox, Rosemary. *The Black death*. Manchester; New York: Manchester University Press; New York, NY: Distributed exclusively in the USA and Canada by St. Martin's Press, 1994.
- Huizinga, Johan, 1872-1945. *The waning of the Middle Ages: a study of the forms of life, thought, and art in France and the Netherlands in the XIVth and XVth centuries*. New York: St. Martin's Press, 1985.
- Keen, Maurice Hugh. *Chivalry*. New Haven: Yale University Press, 1984.
- MacCulloch, Diarmaid. *The Reformation*. New York, N.Y.: Penguin Books, 2005.
- Ozment, Steven E,Rogers D. Spotswood Collection. TxSaTAM. *The age of reform (1250-1550): an intellectual and religious history of late medieval and Reformation Europe*. New Haven: Yale University Press, 1980.
- Southern, R. W. (Richard William), 1912-. *Western society and the Church in the Middle Ages*. [Harmondsworth, Eng.] Penguin Books, 1970.
- Welch, Evelyn S., 1959-, et al. *Art in Renaissance Italy, 1350-1500*. Oxford; New York: Oxford University Press, 2000.
- Wilson, David Fenwick, author. *Music of the Middle Ages: style and structure*. New York: Schirmer Books; London: Collier Macmillan, 1990.

## Jimmy Carter

- Biven, W. Carl. *Jimmy Carter's economy*. University of North Carolina Press, 2002.
- Carter, Jimmy, 1924-. *Beyond the White House: waging peace, fighting disease, building hope*. New York: Simon & Schuster Paperbacks, 2008.
- Carter, Jimmy, 1924-. *Our endangered values: America's moral crisis*. New York: Simon & Schuster, 2005.
- Carter, Jimmy, 1924-. *Our endangered values: America's moral crisis*. New York: Simon & Schuster, 2005.
- Coll, Steve. *Ghost wars: the secret history of the CIA, Afghanistan, and bin Laden, from the Soviet invasion to September 10, 2001*. New York: Penguin Press, 2004.
- Fink, Gary M, et al. *The Carter presidency: policy choices in the post-New Deal era*. Lawrence: University Press of Kansas, 1998.
- Glad, Betty. *Jimmy Carter, in search of the great White House*. New York: W.W. Norton, 1980.
- Godbold, E. Stanly. *Jimmy and Rosalynn Carter: the Georgia years, 1924-1974*. Oxford, [U.K.]; New York: Oxford University Press, 2010.
- Hargrove, Erwin C. *Jimmy Carter as president: leadership and the politics of the public good*. Baton Rouge: Louisiana State University Press, 1988.
- Harris, David. *The crisis*. Little, Brown and Co., 2004.
- Jones, Charles O. *The trusteeship presidency: Jimmy Carter and the United States Congress*. Baton Rouge: Louisiana State University Press, 1988.
- Jorden, William J. (William John), 1923-2009. *Panama odyssey*. Austin: University of Texas Press, 1984.

- Kucharsky, David. *The man from Plains: the mind and spirit of Jimmy Carter*. New York: Harper & Row, 1976.
- Lance, Bert, 1931-2013, author. *The truth of the matter: my life in and out of politics*. New York: Summit Books, 1991.
- Schram, Martin. *Running for President, 1976: the Carter campaign*. New York: Stein and Day, 1977.
- Witcover, Jules. *Marathon: the pursuit of the Presidency, 1972-1976*. New York: Viking Press, 1977.

## Sharyn McCrumb

- McCrumb, Sharyn. *Faster pastor*. Ingalls Pub. Group, 2010.
- McCrumb, Sharyn. *Missing Susan*. Ballantine Books, 1991.
- McCrumb, Sharyn. *The Windsor Knot*. Binghamton, N.Y: Maple-Vail, 1990.
- McCrumb, Sharyn. *The songcatcher*. Dutton, 2001.
- McCrumb, Sharyn, 1948-. *Ghost riders: a novel*. New York: Dutton, 2003.
- McCrumb, Sharyn, 1948-. *If I'd killed him when I met him --: an Elizabeth MacPherson novel*. New York: Ballantine Books, 1995.
- McCrumb, Sharyn, 1948-. *MacPherson's lament: an Elizabeth MacPherson mystery*. New York: Ballantine Books, 1992.
- McCrumb, Sharyn, 1948-. *Once around the track*. New York: Kensington Books, 2007.
- McCrumb, Sharyn, 1948-. *Paying the piper*. New York: Ballantine Books, 1988.
- McCrumb, Sharyn, 1948-. *She walks these hills*. New York: Scribner's, 1994.
- McCrumb, Sharyn, 1948-. *St. Dale*. New York: Kensington Books, 2005.
- McCrumb, Sharyn, 1948-. *The ballad of Frankie Silver*. New York: Dutton, 1998.
- McCrumb, Sharyn, 1948-. *The devil amongst the lawyers: a ballad novel*. New York: Thomas Dunne Books, 2010.
- McCrumb, Sharyn, 1948-. *Zombies of the gene pool*. New York: Simon & Schuster, 1992.
- McCrumb, Sharyn, 1948-, et al. *Lovely in her bones*. New York: Avon Books, 1985.
- McCrumb., Sharyn. *The Ballad of Tom Dooley*. St. Martin's Press, 2011.

## American imperialism

- Bacevich, Andrew J, et al. *American empire [electronic resource]: the realities and consequences of U.S. diplomacy*. Cambridge, MA: Harvard University Press, 2002.
- Card, Orson Scott. *Empire*. New York: Tor, 2006.
- Daalder, Ivo H, et al. *America unbound: the Bush revolution in foreign policy*. Washington, D.C.: Brookings Institution, 2003.
- Fulbright, J. William (James William), 1905-1995, et al. *The price of empire*. New York: Pantheon Books, 1989.
- Hardt, Michael, 1960-. *Empire*. Cambridge, Mass.: Harvard University Press, 2000.
- Johnson, Chalmers A. *Nemesis: the last days of the American Republic*. New York: Metropolitan Books, 2006.
- Johnson, Chalmers A.. *The sorrows of empire*. Metropolitan Books, 2005.
- Johnson, Chalmers, 1931-2010. *Blowback: the costs and consequences of American empire*. New York: Henry Holt, 2001.
- Kagan, Robert. *Of paradise and power: America and Europe in the new world order*. New York: Knopf, 2003.
- LaFeber, Walter. *The new empire: an interpretation of American expansion, 1860-1898*. Ithaca, N.Y., Cornell University Press, 1967.
- Odom, William E, et al. *America's inadvertent empire*. New Haven & London: Yale University Press, 2004.
- Patrick, Stewart, et al. *Multilateralism and U.S. foreign policy: ambivalent engagement*. Boulder, Colo.: Lynne Rienner Publishers, 2002.
- Smith, Neil. *American empire: Roosevelt's geographer and the prelude to globalization*. Berkeley: University of California Press, 2003.

- Smith, Tony. *America's mission*. Princeton University Press, 1994.
- Tomlinson, John, 1949-. *Cultural imperialism: a critical introduction*. Baltimore, Md.: Johns Hopkins University Press, 1991.
- Zepezauer, Mark. *Boomerang!: how our covert wars have created enemies across the Middle East and brought terror to America*. Monroe, Me.: Common Courage Press, 2003.

## Ruth Westheimer

- Westheimer, Ruth K.. *Power*. Madison Books, 2001.
- Westheimer, Ruth K.. *Sex for dummies*. IDG Books Worldwide, 1995.
- Westheimer, Ruth K. (Ruth Karola), 1928-. *52 lessons on communicating love: tips, anecdotes, and advice for connecting with the one you love from America's leading relationship therapist*. Boulder, Colo.: Blue Mountain Press, 2004.
- Westheimer, Ruth K. (Ruth Karola), 1928-. *Dr. Ruth's encyclopedia of sex*. New York: Continuum, 1994.
- Westheimer, Ruth K. (Ruth Karola), 1928-. *Dr. Ruth's guide for married lovers*. New York, N.Y.: Warner Books, 1986.
- Westheimer, Ruth K. (Ruth Karola), 1928-. *Dr. Ruth's guide to good sex*. New York, NY: Warner Books, 1983.
- Westheimer, Ruth K. (Ruth Karola), 1928-. *Sexually speaking: what every woman needs to know about sexual health*. Hoboken, N.J.: John Wiley & Sons, 2012.
- Westheimer, Ruth K. (Ruth Karola), 1928- author. *The doctor is in: Dr. Ruth on love, life, and joie de vivre*. New York: Amazon Publishing, 2015.
- Westheimer, Ruth K. (Ruth Karola), 1928-, et al. *Dr. Ruth talks about grandparents: advice for kids on making the most of a special relationship*. Lanham, Md.: Madison Books, 2001.
- Westheimer, Ruth K. (Ruth Karola), 1928-, et al. *Dr. Ruth talks to kids: where you came from, how your body changes, and what sex is all about*. New York: Macmillan Pub. Co.;: Toronto: Maxwell Macmillan Canada; New York: Maxwelll Macmillan International, 1993.
- Westheimer, Ruth K. (Ruth Karola), 1928-, et al. *Dr. Ruth's guide to erotic and sensuous pleasures*. New York: S.P.I. Books, 1992.
- Westheimer, Ruth K. (Ruth Karola), 1928-, et al. *Dr. Ruth's guide to talking about herpes*. New York: Grove Press, 2004.
- Westheimer, Ruth K. (Ruth Karola), 1928-, et al. *Dr. Ruth's sex after 50: revving up the romance, passion & excitement!*. Sanger, Calif.: Quill Driver Books/Word Dancer Press, 2005.
- Westheimer, Ruth K. (Ruth Karola), 1928-, et al. *Dr. Ruth, Grandma on wheels!*. New York: Golden Books, 2001.
- Westheimer, Ruth K. (Ruth Karola), 1928-, et al. *Grandparenthood*. New York: Routledge, 1998.
- Westheimer, Ruth K. (Ruth Karola), 1928-, et al. *Sex and morality: who is teaching our sex standards?*. Boston: Harcourt Brace Jovanovich, 1988.

## Gerald Ford

- Brinkley, Douglas. *Gerald R. Ford*. New York: Times Books, 2007.
- Casserly, Jack. *The Ford White House: the diary of a speechwriter*. Boulder: Colorado Associated University Press, 1977.
- DeFrank, Thomas M, et al. *Write it when I'm gone: remarkable off-the-record conversations with Gerald R. Ford*. New York: G.P. Putnam's Sons, 2007.
- Facts on File, Inc, et al. *The Nixon/Ford years*. New York: Facts on File, 1979.
- Ford, Gerald R., 1913-. *Humor and the Presidency*. New York: Arbor House, 1987.
- Ford, Gerald R., 1913-. *Selected speeches*. Arlington, Va., R. W. Beatty, 1973.
- Ford, Gerald R., 1913-2006, et al. *A presidential legacy and the Warren Commission*. Nashville, Tenn.: Flatsigned Press, 2007.
- Ford, Gerald R., 1913-2006, et al. *Portrait of the assassin*. New York, Simon and Schuster, 1965.
- Greene, John Robert, 1955-. *The limits of power: the Nixon and Ford administrations*. Bloomington: Indiana University Press, 1992.

- Greene, John Robert, 1955- author. *The Presidency of Gerald R. Ford*. Lawrence, Kansas: University Press of Kansas, 1995.
- Gross, Michael. *Model*. W. Morrow, 1995.
- Hartman, Robert Trowbridge, 1917-2008. *Palace politics: an inside account of the Ford years*. New York: McGraw-Hill, 1980.
- Hersey, John, 1914-, et al. *Aspects of the presidency*. New Haven: Ticknor & Fields, 1980.
- Hove, Duane T., 1945-. *American warriors: five presidents in the Pacific theater of World War II*. Shippensburg, PA: Burd Street Press, 2003.
- Karnow, Stanley. *Vietnam, a history*. Viking, 1991.
- Young, Jeff C., 1948-. *The fathers of American presidents: from Augustine Washington to William Blythe and Roger Clinton*. Jefferson, N.C.: McFarland & Co., 1997.

## Music of the United States

- Baraka, Amiri, 1934-. *Blues people: Negro music in white America*. New York: W. Morrow, 1968.
- Chase, Gilbert, 1906-. *America's music: from the pilgrims to the present*. Urbana: University of Illinois Press, 1987.
- Claghorn, Charles Eugene, 1911-. *Biographical dictionary of American music*. West Nyack, N.Y., Parker Pub. Co, 1973.
- Clarke, Donald. *The rise and fall of popular music*. St. Martin's Press, 1995.
- Ewen, David, 1907-1985. *Panorama of American popular music; the story of our national ballads and folk songs, the songs of Tin Pan Alley, Broadway and Hollywood, New Orleans jazz, swing, and symphonic jazz*. Englewood Cliffs, N.J., Prentice-Hall, 1957.
- Fischer, David Hackett, 1935-. *Liberty and freedom*. Oxford; New York: Oxford University Press, 2005.
- Garofalo, Reebee. *Rockin' out*. Allyn and Bacon, 1997.
- George, Nelson. *Where did our love go?: the rise and fall of the Motown sound*. Urbana: University of Illinois Press, 2007.
- Hitchcock, H. Wiley (Hugh Wiley), 1923-2007, et al. *Music in the United States: a historical introduction*. Upper Saddle River, N.J.: Prentice Hall, 2000.
- Kennedy, Randall, 1954-. *Nigger: the strange career of a troublesome word*. New York: Pantheon Books, 2002.
- Nettl, Bruno, 1930-. *Folk and traditional music of the western continents*. Englewood Cliffs, N.J., Prentice-Hall, 1965.
- Sawyers, June Skinner, 1957-. *Celtic music: a complete guide*. [United States]: Da Capo Press, 2001.
- Schuller, Gunther. *Early jazz: its roots and musical development*. New York: Oxford University Press, 1968.
- Struble, John Warthen. *The history of American classical music: MacDowell through minimalism*. New York: Facts On File, 1995.
- Szatmary, David P., 1951-. *Rockin' in time: a social history of rock-and-roll*. Upper Saddle River, N.J.: Prentice Hall, 2000.
- Werner, Craig Hansen. *A change is gonna come*. Plume, 1999.

## Buddhist Peace Fellowship

- Backhurst, Paul, 1951-. *Alternatives to the Peace Corps: a guide to global volunteer opportunities*. Oakland, Calif.: Food First Books; New York, NY: Distributed by Client Distribution Services, 2005.
- Badiner, Allan Hunt. *Dharma Gaia: a harvest of essays in Buddhism and ecology*. Berkeley, Calif.: Parallax Press, 1990.
- Diamond, Louise, 1944-. *The courage for peace: creating harmony in ourselves and the world*. Berkeley, Calif.: Conari Press: Distributed by Publishers Group West, 2000.
- Eppsteiner, Fred. *The Path of compassion: writing on socially engaged Buddhism*. Berkeley, Calif.: Parallax Press, 1988.
- Ford, James Ishmael. *Zen master who?: a guide to the people and stories of Zen*. Boston: Wisdom Publications, 2006.

- Gregory, Peter N., 1945-, et al. *Women practicing Buddhism: American experiences*. Boston: Wisdom Publications, 2008.
- Griffin, Kevin Edward, 1950-. *One breath at a time: Buddhism and the twelve steps*. [Emmaus, Pa.]: Rodale; [New York]: Distributed in the book trade by St. Martin's Press, 2004.
- Harvey, Peter (Brian Peter). *An introduction to Buddhism: teachings, history, and practices*. Cambridge [England]; New York: Cambridge University Press, 1990.
- Irwin, Alexander C., 1960-, et al. *Global AIDS: myths and facts: tools for fighting the AIDS pandemic*. Cambridge, MA: South End Press, 2003.
- Kaufman, Donald G. *Biosphere 2000: protecting our global environment*. Dubuque, Iowa: Kendall/Hunt Pub. Co., 2000.
- None,. *Religion and public life in the Pacific region: fluid identities*. Lanham, MD: Altamira Press, 2005.
- Prebish, Charles S. *Luminous passage: the practice and study of Buddhism in America*. Berkeley: University of California Press, 1999.
- Smith, Huston. *Buddhism*. HarperSanFrancisco, 2004.
- Winston, Diana. *Wide awake: a Buddhist guide for teens*. New York: Perigee Book, 2003.

## Geraldine Ferraro

- Chavkin, Wendy;Chesler, Ellen. *Where human rights begin: health, sexuality, and women in the new millennium*. New Brunswick, N.J.: Rutgers University Press, 2005.
- Clift, Eleanor. *Madam President: shattering the last glass ceiling*. New York: Scribner, 2000.
- Congressional Quarterly, inc. *Congress and the Nation; a review of government and politics in the postwar years*. Washington, 1965.
- Ferraro, Geraldine. *Changing history: women, power, and politics*. Wakefield, R.I.: Moyer Bell: Distributed by Publishers Group West, 1993.
- Ferraro, Geraldine, et al. *Ferraro, my story*. Toronto; New York: Bantam Books, 1985.
- Ferraro, Geraldine, et al. *Framing a life: a family memoir*. New York, NY: Scribner, 1998.
- Germond, Jack, et al. *Wake us when it's over; presidential politics of 1984*. New York: Macmillan, 1985.
- Goldman, Peter Louis, 1933-, et al. *The quest for the presidency 1984*. Toronto; New York: Bantam Books, 1985.
- Jamieson, Kathleen Hall. *Beyond the double bind*. Oxford University Press, 1995.
- Kornblut, Anne E.. *Notes from the cracked ceiling*. Crown Publishers, 2009.
- Lurie, Leonard. *Senator Pothole: the unauthorized biography of Al D'Amato*. Secaucus, N.J.: Carol Pub. Group, 1994.
- Nelson, Michael. *The Elections of 1984*. Washington, D.C.: CQ Press, 1985.
- O'Neill, Tip, et al. *Man of the House: the life and political memoirs of Speaker Tip O'Neill*. New York: Random House, 1987.
- Schumer, Charles E, et al. *Positively American: winning back the middle-class majority one family at a time*. [Emmaus, PA]: Rodale Books; [New York]: Distributed to the trade by Holtzbrinck Publishers, 2007.

## Coretta Scott King

- Bagley, Edythe Scott. *Desert rose: the life and legacy of Coretta Scott King*. Tuscaloosa: University of Alabama Press, 2012.
- Black, Conrad. *Richard M. Nixon: a life in full*. New York: PublicAffairs, 2007.
- Bruns, Roger A., 1941-. *Martin Luther King, Jr.: a biography*. Westport, Conn.: Greenwood Press, 2006.
- Burns, Stewart. *Daybreak of freedom*. University of North Carolina Press, 1997.
- Clarke, Thurston. *The last campaign: Robert F. Kennedy and 82 days that inspired America*. New York: Henry Holt, 2008.
- Dyson, Michael Eric. *I may not get there with you: the true Martin Luther King, Jr.*. New York: Touchstone, 2001.
- Fairclough, Adam. *Martin Luther King, Jr.*. University of Georgia Press, 1995.
- Mahoney, Richard D. *Sons & brothers: the days of Jack and Bobby Kennedy*. New York: Arcade Pub., 1999.

- McCarty, Laura T. *Coretta Scott King: a biography*. Westport, Conn.: Greenwood Press, 2009.
- McPherson, Stephanie Sammartino. *Coretta Scott King*. Minneapolis: Twenty-First Century Books, 2008.
- Nazel, Joseph. *Martin Luther King, Jr.*. Los Angeles, Calif.: Melrose Square Pub. Co., 1991.
- Rickford, Russell J., *Betty Shabazz*. Sourcebooks, 2003.
- Robinson, Jo Ann Gibson, 1912-, et al. *The Montgomery bus boycott and the women who started it: the memoir of Jo Ann Gibson Robinson*. Knoxville: University of Tennessee Press, 1987.
- Robinson, Tom, 1964- author. *Malcolm X: rights activist and Nation of Islam leader*. Minneapolis, MN: ABDO Publishing Company, 2014.
- Schlesinger, Arthur M., Jr. (Arthur Meier), 1917-2007. *Robert Kennedy and his times*. New York: Ballantine Books, 1979.
- Vivian, Octavia B. *Coretta: the story of Coretta Scott King*. Minneapolis: Fortress Press, 2006.

## Creationism

- Barbour, Ian G. *When science meets religion*. HarperSan Francisco, 2000.
- Bowler, Peter J. *Evolution: the history of an idea*. Berkeley: University of California Press, 2003.
- Desmond, Adrian J., 1947-. *The politics of evolution [electronic resource]: morphology, medicine, and reform in radical London*. Chicago: University of Chicago Press, 1989.
- Doniger, Wendy, et al. *Merriam-Webster's encyclopedia of world religions; Wendy Doniger, consulting editor*. Springfield, Mass.: Merriam-Webster, 1999.
- Dundes, Alan. *Sacred narrative, readings in the theory of myth*. Berkeley: University of California Press, 1984.
- Futuyma, Douglas J., 1942-. *Evolution*. Sunderland, Mass.: Sinauer Associates, 2005.
- Gunn, Angus M. (Angus Macleod), 1920-. *Evolution and creationism in the public schools: a handbook for educators, parents, and community leaders*. Jefferson, N.C.: McFarland & Co., 2004.
- Kauffman, Stuart A. *Reinventing the sacred*. Basic Books, 2008.
- Leeming, David Adams. *A dictionary of creation myths*. Oxford University Press, 1995.
- Numbers, Ronald L. *Darwinism comes to America*. Cambridge, Mass.: Harvard University Press, 1998.
- Pennock, Robert T. *Intelligent design creationism and its critics: philosophical, theological, and scientific perspectives*. Cambridge, Mass.: MIT Press, 2001.
- Pennock, Robert T. *Tower of Babel: the evidence against the new creationism*. Cambridge, Mass.: MIT Press, 1999.
- Quammen, David, 1948-. *The reluctant Mr. Darwin: an intimate portrait of Charles Darwin and the making of his theory of evolution*. New York: Atlas Books/Norton, 2006.
- Rainey, David. *Faith reads: a selective guide to Christian nonfiction*. Westport, Conn.: Libraries Unlimited, 2008.
- Scott, Eugenie Carol. *Evolution vs. creationism*. University of California Press, 2005.

## Alma Luz Villanueva

- Blair, J. H. *Caliente!: the best erotic writing in Latin American fiction*. New York: Berkley Books, 2002.
- Castillo-Speed, Lillian. *Latina: women's voices from the borderlands*. New York: Simon & Schuster, 1995.
- Fernández, Roberta, et al. *In other words: literature by Latinas of the United States*. Houston, Tex.: Arte Público Press, 1994.
- Gillan, Maria M, et al. *Unsettling America: an anthology of contemporary multicultural poetry*. New York: Penguin Books, 1994.
- Gonzalez, Ray, et al. *Mirrors Beneath the Earth*. Curbstone Press, 1992.
- Heide, Rick, 1943-. *Under the fifth sun: Latino literature from California*. Santa Clara, Calif.: Santa Clara University; Berkeley, Calif.: Heyday Books, 2002.
- Howe, Florence, comp, et al. *No more masks! An anthology of poems by women*. Garden City, N.Y., Anchor Press, 1973.
- Lehman, David, (Ed.). *The Best american poetry*. New York: Scribner's, 1996.

- Philip, Neil. *It's a woman's world: a century of women's voices in poetry*. New York: Dutton Children's Books, 2000.
- Roberts, Elizabeth J., 1944-, et al. *Prayers for a thousand years: blessings and expressions of hope for the new millennium*. [San Francisco]: HarperSanFrancisco, 1999.
- Villanueva, Alma. *Desire*. Bilingual Press/Editorial Bilingüe, 1998.
- Villanueva, Alma. *Luna's California poppies*. Bilingual Press/Editorial Bilingüe, 2002.
- Villanueva, Alma, 1944-. *Naked ladies*. Tempe, Ariz.: Bilingual Press/Editorial Bilingüe, 1994.
- Villanueva, Alma, 1944-. *The ultraviolet sky*. Tempe, Ariz.: Bilingual Press/Editorial Bilingüe, 1988.
- Villanueva, Alma, 1944-. *Weeping woman: La llorona and other stories*. Tempe, Ariz.: Bilingual Press, 1994.
- Warloe, Constance. *I've always meant to tell you: letters to our mothers: an anthology of contemporary women writers*. New York: Pocket Books, 1997.

## Debate over the atomic bombings of Hiroshima and Nagasaki

- Allen, Thomas B.. *Code-name downfall*. Simon & Schuster, 1995.
- Alperovitz, Gar, et al. *The decision to use the atomic bomb and the architecture of an American myth*. New York: Knopf, 1995.
- Burroughs, John, et al. *The legality of threat or use of nuclear weapons: a guide to the historic opinion of the International Court of Justice*. Münster: LIT, 1997.
- Carroll, James (1943-). *House of war [Texte imprimé]: the Pentagon and the disastrous rise of American power*. Boston: Houghton Mifflin Co., 2006.
- Cousins, Norman. *The pathology of power*. New York: Norton, 1987.
- Feis, Herbert, 1893-1972. *Japan subdued; the atomic bomb and the end of the war in the Pacific*. Princeton, N.J., Princeton University Press, 1961.
- Fussell, Paul. *Thank God for the atom bomb, and other essays*. Summit Books, 1988.
- Gentile, Gian P. *How effective is strategic bombing?: lessons learned from World War II to Kosovo*. New York: New York University Press, 2001.
- Grayling, A. C.. *Among the dead cities*. Walker & Co., 2006.
- Harbour, Frances Vryling. *Thinking about international ethics: moral theory and cases from American foreign policy*. Boulder, Colo.: Westview Press, 1999.
- Hasegawa, Tsuyoshi, 1941-. *Racing the enemy: Stalin, Truman, and the surrender of Japan*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2005.
- Kolko, Gabriel. *The politics of war: the world and United States foreign policy, 1943-1945*. New York: Pantheon Books, 1990.
- Nobile, Philip, et al. *Judgment at the Smithsonian*. New York: Marlowe & Co., 1995.
- Selden, Kyoko Iriye, 1936-, et al. *The Atomic bomb: voices from Hiroshima and Nagasaki*. Armonk, N.Y.: M.E. Sharpe, 1989.
- Takaki, Ronald T., 1939-2009. *Hiroshima: why America dropped the atomic bomb*. Boston: Little, Brown, and Co., 1995.

## Women in Latin music

- Aparicio, Frances R.. *Listening to salsa*. University Press of New England, 1998.
- Broughton, Simon. *World music: the rough guide*. London: Rough Guides, 1999.
- Candelaria, Cordelia. *Encyclopedia of Latino popular culture*. Westport, Conn.: Greenwood Press, 2004.
- Cleary, David, et al. *The rough guide to Brazil*. London: Rough Guides, 2009.
- Miller, Michael, 1958-. *The complete idiot's guide to music history*. Indianapolis, IN: Alpha, 2008.
- Morales, Ed. *The Latin beat*. Da Capo, 2003.
- Márquez, Herón. *Latin sensations*. Minneapolis: Lerner Publications Co., 2001.
- Navarro, Marysa. *Women in Latin America and the Caribbean: restoring women to history*. Bloomington: Indiana University Press, 1999.
- Patoski, Joe Nick. *Selena*. Little Brown & Co (T), 1996.

- Richmond, Clint. *Selena!: the phenomenal life and tragic death of the Tejano music queen*. New York, N.Y.: Pocket Books, 1995.
- Roberts, John Storm. *The Latin tinge: the impact of Latin American music on the United States*. New York: Oxford University Press, 1999.
- San Miguel, Guadalupe, 1950-. *Tejano proud: Tex-Mex music in the twentieth century*. College Station: Texas A & M University Press, 2002.
- Simonis, Damien. *Spain*. Footscray, Vic.; London: Lonely Planet, 2007.
- Socolow, Susan Migden, 1941-. *The women of colonial Latin America*. Cambridge, UK: New York, NY, USA: Cambridge University Press, 2000.
- Stavans, Ilan, et al. *Encyclopedia Latina: history, culture, and society in the United States*. Danbury, Conn.: Grolier Academic Reference, 2005.
- Steingress, Gerhard, 1947-. *Songs of the Minotaur - hybridity and popular music in the era of globalization: a comparative analysis of Rebetika, Tango, Rai, Flamenco, Sardana, and English urban folk*. Münster: London: Lit, 2003.

## Timeline of music in the United States (1850–1879)

- Abel, E. Lawrence. *Singing the new nation*. Stackpole Books, 2000.
- Bernard, Kenneth A., 1906-. *Lincoln and the music of the Civil War*. Caldwell, Idaho, Caxton Printers, 1966.
- Bird, Christiane. *Da Capo jazz and blues lover's guide to the U.S.: with more than 900 hot clubs, cool joints, landmarks, and legends, from boogie-woogie to bop and beyond*. Cambridge, MA: Da Capo Press, 2001.
- Chase, Gilbert, 1906-. *America's music: from the pilgrims to the present*. Urbana: University of Illinois Press, 1987.
- Cusic, Don. *The sound of light: a history of gospel music*. Bowling Green, Ohio: Bowling Green State University Popular Press, 1990.
- Darden, Bob, 1954-. *People get ready!: a new history of Black gospel music*. New York: Continuum, 2004.
- Horowitz, Joseph, 1948-. *Classical music in America: a history of its rise and fall*. New York: W. W. Norton & Company, 2005.
- Kirk, Elise K. (Elise Kuhl), 1932-. *American opera*. Urbana: University of Illinois Press, 2001.
- Lankford, Ronald D., 1962-. *Folk music USA: the changing voice of protest*. New York: Schirmer Trade Books, 2005.
- Lewis, George H. *All that glitters: country music in America*. Bowling Green, Ohio: Bowling Green State University Popular Press, 1993.
- Malone, Bill C, et al. *Southern music/American music*. Lexington, Ky.: University Press of Kentucky, 2003.
- Miller, Jim, 1947-. *Flowers in the dustbin: the rise of rock and roll, 1947-1977*. New York: Simon & Schuster, 1999.
- Nettl, Bruno, 1930-. *North American Indian musical styles*. Philadelphia: American Folklore Society, 1954.
- Peretti, Burton W.. *Lift every voice*. Rowman & Littlefield Publishers, 2008.
- Wondrich, David. *Stomp and swerve: American music gets hot, 1843-1924*. Chicago, Ill.: Chicago Review Press, 2003.

## Evolution

- (U.S.), National Academy of Sciences, et al. *Science, evolution, and creationism*. Washington, D.C.: National Academies Press, 2008.
- Bowler, Peter J. *Evolution: the history of an idea*. Berkeley: University of California Press, 2003.
- Coyne, Jerry A., 1949-. *Why evolution is true*. New York: Viking, 2009.
- Eldredge, Niles. *Time frames: the rethinking of Darwinian evolution and the theory of punctuated equilibria*. New York: Simon and Schuster, 1985.

- Futuyma, Douglas J., 1942-. *Evolution*. Sunderland, Mass.: Sinauer Associates, 2005.
- Gray, Peter (Peter O.). *Psychology*. New York: Worth Publishers, 2007.
- Hall, Brian K. (Brian Keith), 1941-. *Strickberger's evolution: the integration of genes, organisms and populations*. Sudbury, Mass.: Jones and Bartlett, 2008.
- Holland, John H. (John Henry), 1929-. *Adaptation in natural and artificial systems: an introductory analysis with applications to biology, control, and artificial intelligence*. Ann Arbor: University of Michigan Press, 1975.
- Mason, Stephen Finney, 1923-. *A history of the sciences*. New York, Collier Books, 1962.
- Maynard Smith, John, 1920-. *The evolution of sex*. Cambridge [Eng.]; New York: Cambridge University Press, 1978.
- Odum, Eugene Pleasants, 1913-. *Fundamentals of ecology*. Philadelphia: Saunders, 1971.
- Pallen, Mark J. *The rough guide to evolution*. London; New York: Rough Guides; London; New York: Distributed by the Penguin Group, 2009.
- Provine, William B., comp. *The origins of theoretical population genetics*. Chicago, University of Chicago Press, 1971.
- Stearns, Beverly Peterson, 1946-, et al. *Watching, from the edge of extinction [electronic resource]*. New Haven, CT: Yale University Press, 1999.
- Wright, Sewall, 1889-1988. *Evolution and the genetics of populations*. Chicago: University of Chicago Press, 1984.

## History of the United States Marine Corps

- Alexander, Joseph H., 1938-2014, et al. *A fellowship of valor: the battle history of the United States Marines*. New York, NY: HarperCollins, 1997.
- Astor, Gerald. *Semper Fi in the sky*. Presidio Press, 2005.
- Billias, George Athan, 1919-. *General John Glover and his Marblehead mariners*. New York, Holt, 1960.
- Books, Time-Life, et al. *The Mexican war*. Alexandria, Va.: Time-Life Books, 1978.
- Bowden, Mark, 1951-. *Guests of the Ayatollah: the first battle in America's war with militant Islam*. New York: Atlantic Monthly Press, 2006.
- Daughan, George C. *If by sea: the forging of the American Navy-- from the American Revolution to the War of 1812*. New York: Basic Books, 2008.
- Elting, John Robert. *Amateurs, to arms!*. Da Capo Press, 1995.
- Jackson, John W. *The Pennsylvania Navy, 1775-1781; the defense of the Delaware*. New Brunswick, N.J.: Rutgers University Press, 1974.
- Krulak, Victor H. *First to fight: an inside view of the U.S. Marine Corps*. New York: Pocket Books, 1991.
- McFarland, Keith D.. *Louis Johnson and the arming of America*. Indiana University Press, 2005.
- Morgan, William James. *Captains to the northward: the New England captains in the Continental Navy*. Barre, MA.: Barre Gazette, 1959.
- Simmons, Edwin H., 1921-2007. *The United States Marines: a history*. Annapolis, Md.: Naval Institute Press, 2003.
- Smith, Ray L., et al. *The March Up*. Bantam, 2003.
- Sullivan, David M., 1942-. *The United States Marine Corps in the Civil War*. Shippensburg, PA: White Mane Pub. Co., 1997.
- Unterberger, Betty Miller, author. *America's Siberian expedition, 1918-1920: a study of national policy*. New York: Greenwood Press, 1969.
- West, Bing. *No True Glory*. Bantam, 2005.

## Ben-Hur (1959 film)

- Brownlow, Kevin. *The parade's gone by*. Berkeley, Calif.: University of California Press, 1968.
- Buford, Kate. *Burt Lancaster: an American life*. New York: Knopf: Distributed by Random House, 2000.
- Doherty, Thomas Patrick. *Teenagers and teenpics: the juvenilization of American movies in the 1950s*. Philadelphia: Temple University Press, 2002.

- Eagan, Daniel. *America's film legacy: the authoritative guide to the landmark movies in the National Film Registry*. New York: Continuum, 2010.
- Eyman, Scott, 1951-. *The speed of sound: Hollywood and the talkie revolution, 1926-1930*. New York, NY: Simon & Schuster, 1997.
- Giddins, Gary. *Warning shadows: home alone with classic cinema*. New York: W.W. Norton & Co., 2010.
- Hofler, Robert. *The man who invented Rock Hudson: the pretty boys and dirty deals of Henry Willson*. New York: Carroll & Graf, 2005.
- Kaplan, Fred. *Gore Vidal*. Doubleday, 1999.
- Krämer, Peter, 1961-. *The new Hollywood: from Bonnie and Clyde to Star Wars*. London; New York: Wallflower, 2005.
- Madsen, Axel. cn. *William Wyler: the authorized biography*. New York, Crowell, 1973.
- Magill, Frank Northen, 1907-, et al. *Magill's survey of cinema--English language films, second series*. Englewood Cliffs, N.J.: Salem Press, 1981.
- Pym, John, et al. *Time Out film guide*. London: Penguin, 2001.
- Raymond, Emilie, 1973-. *From my cold, dead hands: Charlton Heston and American politics*. Lexington, Ky.: University Press of Kentucky, 2006.
- Sennett, Ted. *Great movie directors*. New York: Abrams, 1986.
- Solomon, Jon, 1950-. *The ancient world in the cinema*. New Haven [Conn.]: Yale University Press, 2001.
- Steinberg, Cobbett. *Film facts*. New York: Facts on File, 1980.

## Mahatma Gandhi

- Bigg, Margot. *Moon handbooks, Taj Mahal, Delhi & Jaipur*. Berkeley, CA: Avalon Travel Pub, 2012.
- Borman, William, 1948-. *Gandhi and non-violence*. Albany, N.Y.: State University of New York Press, 1986.
- Chadha, Yogesh. *Gandhi: a life*. New York: John Wiley, 1997.
- Cone, James H. *Martin & Malcolm & America: a dream or a nightmare*. Maryknoll, N.Y.: Orbis Books, 1991.
- Gandhi, Mahatma, 1869-1948, et al. *Mahatma Gandhi: selected political writings*. Indianapolis: Hackett Pub. Co., 1996.
- Gandhi, Mahatma, 1869-1948, et al. *The Gandhi reader: a sourcebook of his life and writings*. New York: Grove Press, 1994.
- Guha, Ramachandra. *India after Gandhi: the history of the world's largest democracy*. New York: Ecco, 2007.
- Khan, Yasmin. *The great Partition*. Yale University Press, 2007.
- McAllister, Pam. *Reweaving the web of life: feminism and nonviolence*. Philadelphia, PA: New Society Publishers, 1982.
- McGregor, R. S.. *The Oxford Hindi-English dictionary*. Oxford University Press, 1993.
- Miller, Jake C. *Prophets of a just society*. Huntington, N.Y.: Nova Science Publishers, 2002.
- Sarkar, Sumit, 1939-. *Modern India, 1885-1947*. Basingstoke: Macmillan Press, 1989.
- Sharp, Gene. *Gandhi as a political strategist: with essays on ethics and politics*. Boston: P. Sargent Publishers, 1979.
- Todd, Anne M,Marty, Martin E., 1928-. *Mohandas Gandhi*. Philadelphia: Chelsea House, 2004.
- Weber, Thomas, 1950-. *Gandhi as disciple and mentor*. Cambridge; New York: Cambridge University Press, 2004.
- Wolpert, Stanley. *Gandhi's passion: the life and legacy of Mahatma Gandhi*. Oxford; New York: Oxford University Press, 2001.

## Middle Ages

- Albrow, Martin. *The global age: state and society beyond modernity*. Stanford, Calif.: Stanford University Press, 1997.
- Barber, Malcolm. *The two cities: medieval Europe, 1050-1320*. London; New York: Routledge, 1992.

- Barber, Richard W. *Edward, Prince of Wales and Aquitaine: a biography of the Black Prince*. New York: Scribner, 1978.
- Brown, Peter, 1935-. *The world of late antiquity: AD 150-750*. New York: Norton, 1989.
- Bruni, Leonardo. *History of the Florentine people*. Harvard University Press, 2001.
- Davies, Norman. *Europe: a history*. Oxford; New York: Oxford University Press, 1996.
- Dodwell, C. R.. *The pictorial arts of the West, 800-1200*. Yale University Press, 1993.
- Epstein, Steven, 1952-. *An economic and social history of later medieval Europe, 1000-1500*. Cambridge, England; New York: Cambridge University Press, 2009.
- Gardner, Helen, d. 1946, et al. *Gardner's art through the ages*. San Diego: Harcourt Brace Jovanovich, 1986.
- Geary, Patrick J., 1948-. *Before France and Germany: the creation and transformation of the Merovingian world*. New York: Oxford University Press, 1988.
- Griffiths, Antony. *Prints and printmaking: an introduction to the history and techniques*. Berkeley: Los Angeles: University of California Press, 1996.
- Jordan, William C.. *Europe in the high Middle Ages*. Viking, 2003.
- Keen, Maurice Hugh. *The Pelican history of medieval Europe*. Harmondsworth, Penguin, 1969.
- Thomson, John A. F. *The Western church in the Middle Ages*. London; New York: Arnold; New York: Oxford University Press, 1998.

## French Resistance

- Bardakjian, Kevork B.. *A reference guide to modern Armenian literature, 1500-1920*. Wayne State University Press, 2000.
- Epstein, Eric Joseph. *Dictionary of the Holocaust*. Greenwood Press, 1997.
- Fournier-Lanzoni, Remi. *French cinema: from its beginnings to the present*. New York: Continuum, 2002.
- Hayward, Susan, 1945-. *French national cinema*. London; New York: Routledge, 1993.
- Humbert, Agnès. *Resistance: memoirs of occupied France*. London: Bloomsbury, 2008.
- Jackson, Julian, 1954-. *France: the dark years, 1940-1944*. Oxford; New York: Oxford University Press, 2003.
- Kedward, H. R. (Harry Roderick). *Occupied France: collaboration and resistance, 1940-1944*. Oxford [Oxfordshire]; New York, NY, USA: B. Blackwell, 1985.
- Knapp, Andrew. *The government and politics of France*. London; New York, NY: Routledge, 2006.
- Marston, Daniel, et al. *Counterinsurgency in modern warfare*. Oxford; New York: Osprey, 2008.
- McMillan, James F.. *Twentieth-century France*. E. Arnold, 1992.
- Mendras, Henri. *Social change in modern France: towards a cultural anthropology of the Fifth Republic*. Cambridge [England]; New York: Cambridge University Press; Paris: Editions de la maison des sciences de l'homme, 1991.
- Suleiman, Susan Rubin. *Crises of memory and the Second World War*. Harvard University Press, 2006.
- Sweets, John F., 1945-. *The politics of resistance in France, 1940-1944: a history of the Mouvements unis de la Résistance*. Dekalb: Northern Illinois University Press, 1976.
- Van der Vat, Dan. *D-Day: the greatest invasion-- a people's history*. New York, NY: Bloomsbury, 2003.
- Weiss, Jonathan M.. *Irène Némirovsky*. Stanford University Press, 2007.

## Early American publishers and printers

- Berthold, Arthur Benedict, 1905-. *American colonial printing as determined by contemporary cultural forces, 1639-1763*. New York: B. Franklin, 1970.
- Burgan, Michael. *The Stamp Act of 1765*. Minneapolis, Minn.: Compass Point Books, 2005.
- Burns, Eric. *Infamous scribblers: the Founding Fathers and the rowdy beginnings of American journalism*. New York: Public Affairs, 2006.
- Eldridge, Larry D. *A distant heritage: the growth of free speech in early America*. New York: New York University Press, 1994.
- Frasca, Ralph, 1962-. *Benjamin Franklin's printing network: disseminating virtue in early America*. Columbia, Mo.: University of Missouri Press, 2006.

- Isaacson, Walter. *Benjamin Franklin: an American life*. New York: Simon & Schuster, 2004.
- Maier, Pauline, 1938-2013. *From resistance to revolution: colonial radicals and the development of American opposition to Britain, 1765-1776*. New York: W.W. Norton, 1991.
- Maier, Pauline, 1938-2013. *Ratification: the people debate the Constitution, 1787-1788*. New York: Simon & Schuster, 2010.
- Maier, Pauline, 1938-2013. *The old revolutionaries: political lives in the age of Samuel Adams*. New York: Vintage Books, 1982.
- Malone, Dumas, 1892-1986. *Jefferson and his time, volume 3: jefferson and the ordeal of liberty*. Boston: Little, Brown, 1962.
- Miner, Ward L. [from old catalog]. *William Goddard, newspaperman*. Durham, N.C., Duke University Press, 1962.
- Morgan, Edmund S. (Edmund Sears), 1916-2013. *The Stamp act crisis; prologue to revolution*. Chapel Hill, Published for the Institute of Early American History and Culture at Williamsburg, Va. by the University of North Carolina Press, 1953.

## Personality and reputation of Paul I of Russia

- Alexander, John T. *Catherine the Great: life and legend*. New York: Oxford University Press, 1989.
- Bartlett, Roger P., 1939-. *A history of Russia*. Houndmills, Basingstoke, Hampshire; New York: Palgrave Macmillan, 2005.
- Dmytryshyn, Basil, 1925-. *A history of Russia*. Englewood Cliffs, N.J.: Prentice-Hall, 1977.
- Dmytryshyn, Basil, 1925- compiler. *Modernization of Russia under Peter I and Catherine II*. New York, Wiley, 1974.
- Dukes, Paul. *A history of Russia*. Duke University Press, 1998.
- Dukes, Paul, 1934-. *The making of Russian absolutism, 1613-1801*. London; New York: Longman, 1982.
- Forster, Robert, 1926-, et al. *Preconditions of revolution in early modern Europe*. Baltimore: Johns Hopkins Press, 1970.
- Hughes, Lindsey, 1949-2007. *The Romanovs: ruling Russia, 1613-1917*. London; New York: Hambledon Continuum, 2008.
- Hunt, Lynn Avery. *Politics, culture, and class in the French Revolution*. Berkeley: University of California Press, 1984.
- MacKenzie, David, 1927-2008. *A history of Russia, the Soviet Union, and beyond*. Belmont, Calif.: Wadsworth Pub. Co., 1993.
- Mandelbaum, Michael. *The fate of nations: the search for national security in the nineteenth and twentieth centuries*. Cambridge; New York: Cambridge University Press, 1988.
- None,. *An introduction to Russian language and literature*. Cambridge; New York: Cambridge University Press, 1980.
- None,. *Encyclopedia of Russian history*. New York: Macmillan Reference USA, 2004.
- Ragsdale, Hugh. *Tsar Paul and the question of madness: an essay in history and psychology*. New York: Greenwood Press, 1988.
- Troyat, Henri, 1911-2007. *Alexander of Russia: Napoleon's conqueror*. New York: Fromm International Pub. Corp.: Distributed to the trade by Kampmann, 1986.
- Volkov, Solomon. *St. Petersburg--a cultural history*. New York: Free Press, 1995.

## Diplomatic history of World War II

- Beitzell, Robert. *The uneasy alliance; America, Britain, and Russia, 1941-1943*. New York, Knopf, 1972.
- Beschloss, Michael R. *The conquerors: Roosevelt, Truman, and the destruction of Hitler's Germany, 1941-1945*. New York: Simon & Schuster Paperbacks, 2007.
- Butler, James Ramsay Montagu, 1889-, et al. *Grand strategy*. London: H. M. Stationery Off., 1976.
- Carlton, David, 1938-. *Anthony Eden: a biography*. London: Allen & Unwin, 1986.
- Feis, Herbert, 1893-1972. *Churchill, Roosevelt, Stalin; the war they waged and the peace they sought*. Princeton, N.J., Princeton University Press, 1957.
- Fenby, Jonathan. *Chiang Kai-shek*. Carroll & Graf, 2004.

- Gilbert, Martin, 1936-2015. *Atlas of the Holocaust*. New York: William Morrow and Company, 1993.
- Gilbert, Martin, 1936-2015. *The Holocaust: a history of the Jews of Europe during the Second World War*. New York: Holt, Rinehart, and Winston, 1986.
- Knox, MacGregor. *Hitler's Italian allies: Royal Armed Forces, Fascist regime, and the war of 1940-43*. Cambridge; New York: Cambridge University Press, 2000.
- Langer, William L. (William Leonard), 1896-1977, et al. *The challenge to isolation, 1937-1940*. New York, Published for the Council on Foreign Relations by Harper, 1952.
- May, Ernest R. *Strange victory: Hitler's conquest of France*. London; New York: I.B. Tauris, 2000.
- Sainsbury, Keith. *The turning point*. Oxford University Press, 1985.
- Smith, Bradley F. *The war's long shadow: the Second World War and its aftermath: China, Russia, Britain, America*. New York: Simon and Schuster, 1986.
- Watt, Donald Cameron, et al. *How war came: the immediate origins of the Second World War, 1938-1939*. New York: Pantheon Books, 1989.
- Weinberg, Gerhard L. *A world at arms: a global history of World War II*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.

## Presidency of Franklin D. Roosevelt, first and second terms

- Alter, Jonathan. *The defining moment: FDR's hundred days and the triumph of hope*. New York: Simon & Schuster, 2006.
- Black, Conrad. *Franklin Delano Roosevelt*. Public Affairs, 2003.
- Brands, H. W., author. *Traitor to his class: the privileged life and radical Presidency of Franklin Delano Roosevelt*. New York: Doubleday Publishing Group, 2008.
- Burns, James MacGregor. *Roosevelt: the soldier of freedom*. New York: Harcourt Brace Jovanovich, 1970.
- Dallek, Robert. *Franklin D. Roosevelt and American foreign policy, 1932-1945*. New York: Oxford University Press, 1979.
- Freidel, Frank Burt. *Franklin D. Roosevelt: a rendezvous with destiny*. Boston: Little, Brown, 1990.
- Freidel, Frank Burt. *Franklin D. Roosevelt: launching the New Deal*. Boston: Little, Brown, 1973.
- Hamby, Alonzo L. *For the survival of democracy: Franklin Roosevelt and the world crisis of the 1930s*. New York: Free Press, 2004.
- Larrabee, Eric. *Commander in chief: Franklin Delano Roosevelt, his lieutenants, and their war*. New York: Harper & Row, 1987.
- Leuchtenburg, William Edward, 1922-. *Franklin D. Roosevelt and the New Deal, 1932-1940*. New York: Harper & Row, 1963.
- Marks, Frederick W. *Wind over sand: the diplomacy of Franklin Roosevelt*. Athens: University of Georgia Press, 1988.
- McElvaine, Robert S., 1947-. *The Depression and New Deal: a history in documents*. New York: Oxford University Press, 2000.
- McJimsey, George T.. *The presidency of Franklin Delano Roosevelt*. University Press of Kansas, 2000.
- Sainsbury, Keith. *Churchill and Roosevelt at war: the war they fought and the peace they hoped to make*. Washington Square, N.Y.: New York University Press, 1994.
- Smith, Jean Edward. *FDR*. Random House, 2007.

## Presidency of Franklin D. Roosevelt, third and fourth terms

- Alter, Jonathan. *The defining moment: FDR's hundred days and the triumph of hope*. New York: Simon & Schuster, 2006.
- Black, Conrad. *Franklin Delano Roosevelt*. Public Affairs, 2003.
- Burns, James MacGregor. *Roosevelt: the soldier of freedom*. New York: Harcourt Brace Jovanovich, 1970.
- Dallek, Robert. *Franklin D. Roosevelt and American foreign policy, 1932-1945*. New York: Oxford University Press, 1979.
- Divine, Robert A. *Foreign policy and U.S. presidential elections, 1940-1948*. New York, New Viewpoints, 1974.
- Freidel, Frank Burt. *Franklin D. Roosevelt: a rendezvous with destiny*. Boston: Little, Brown, 1990.

- Hamby, Alonzo L. *For the survival of democracy: Franklin Roosevelt and the world crisis of the 1930s*. New York: Free Press, 2004.
- Heinrichs, Waldo H, et al. *Threshold of war [electronic resource] Franklin D. Roosevelt and American entry into World War II*. New York: Oxford University Press, 1989.
- Jordan, David M., 1935-. *FDR, Dewey, and the election of 1944*. Bloomington: Indiana University Press, 2011.
- Larrabee, Eric. *Commander in chief: Franklin Delano Roosevelt, his lieutenants, and their war*. New York: Harper & Row, 1987.
- Leuchtenburg, William Edward, 1922-. *Franklin D. Roosevelt and the New Deal, 1932-1940*. New York: Harper & Row, 1963.
- Marks, Frederick W. *Wind over sand: the diplomacy of Franklin Roosevelt*. Athens: University of Georgia Press, 1988.
- McJimsey, George T.. *The presidency of Franklin Delano Roosevelt*. University Press of Kansas, 2000.
- Sainsbury, Keith. *Churchill and Roosevelt at war: the war they fought and the peace they hoped to make*. Washington Square, N.Y.: New York University Press, 1994.
- Smith, Jean Edward. *FDR*. Random House, 2007.

## History of espionage

- Ambrose, Stephen E. *Ike's Spies: Eisenhower and the Espionage Establishment*. New York: Doubleday & Co., 1981.
- Andrew, Christopher M. *Her Majesty's Secret Service: the making of the British intelligence community*. New York, N.Y., U.S.A.: Viking, 1986.
- Budiansky, Stephen. *Her Majesty's spymaster: Elizabeth I, Sir Francis Walsingham, and the birth of modern espionage*. New York: Viking, 2005.
- Deacon, Richard, 1911-1998. *Kempei tai: the Japanese secret service, then and now*. Tokyo, Japan; Rutland, Vt.: C.E. Tuttle Co., 1990.
- Fergusson, Thomas G. *British military intelligence, 1870-1914: the development of a modern intelligence organization*. Frederick, Md.: University Publications of America, 1984.
- Fishel, Edwin C. *The secret war for the Union: the untold story of military intelligence in the Civil War*. Boston: Houghton Mifflin Co., 1996.
- Foot, M. R. D. (Michael Richard Daniel), 1919-. *SOE: the Special Operations Executive 1940-46*. London: Mandarin, 1990.
- Jeffreys-Jones, Rhodri. *American espionage: from Secret Service to CIA*. New York: Free Press, 1977.
- Knightley, Phillip. *The second oldest profession: spies and spying in the twentieth century*. New York: Norton, 1987.
- O'Toole, G. J. A. (George J. A.), 1936-. *Honorable treachery: a history of U.S. intelligence, espionage, and covert action from the American Revolution to the CIA*. New York, NY: Atlantic Monthly Press, 1991.
- Polmar, Norman. *The encyclopedia of espionage*. Gramercy Books, 1998.
- Thomas, Gordon, 1933-. *Gideon's spies: the secret history of the Mossad*. New York: Thomas Dunne, 2007.
- Thomas, Gordon, 1933-. *Secret wars: one hundred years of British intelligence inside MI5 and MI6*. New York: Thomas Dunne Books, 2009.
- Tuchman, Barbara W. (Barbara Wertheim), 1912-1989. *The Zimmermann telegram*. New York: Ballantine Books, 1985.
- Van Doren, Carl, 1885-1950, et al. *Secret history of the American Revolution: an account of the conspiracies of Benedict Arnold and numerous others, drawn from the Secret Service papers of the British headquarters in North America, now for the first time examined and made public*. Garden City, N.Y.: Garden City Pub. Co., 1941.

## Weimar Republic

- Allen, William Sheridan. *The Nazi seizure of power: the experience of a single German town, 1922-1945*. New York: F. Watts, 1984.

- Bennett, Edward W. *Germany and the diplomacy of the financial crisis, 1931. --*. Cambridge: Harvard University Press, 1962.
- Berghahn, Volker R. (Volker Rolf), 1938-. *Modern Germany: society, economy, and politics in the twentieth century*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1987.
- Childers, Thomas, 1946-. *The Nazi voter: the social foundations of fascism in Germany, 1919-1933*. Chapel Hill: University of North Carolina Press, 1983.
- Dorpalen, Andreas. *Hindenburg and the Weimar Republic*. Princeton, N.J., Princeton University Press, 1964.
- Eyck, Erich, 1878-1964. *A history of the Weimar Republic*. Cambridge, Harvard University Press, 1962.
- Halperin, Samuel William. *Germany tried democracy; a political history of the Reich from 1918 to 1933*. New York, W.W. Norton, 1965.
- Harman, Chris. *The lost revolution: Germany, 1918 to 1923*. London: Bookmarks, 1982.
- James, Harold, 1956-. *The German slump: politics and economics, 1924-1936*. Oxford [Oxfordshire]: Clarendon Press; New York: Oxford University Press, 1986.
- Kershaw, Ian. *Hitler,: hubris*. New York: Norton, 1999.
- Mowrer, Edgar Ansel, 1892-. *Triumph and turmoil: a personal history of our time. --*. London: Allen & Unwin, 1970.
- Peukert, Detlev. *The Weimar Republic: the crisis of classical modernity*. New York: Hill and Wang, 1992.
- Turner, Henry Ashby. *German big business and the rise of Hitler*. New York: Oxford University Press, 1985.
- Turner, Henry Ashby. *Hitler's thirty days to power*. Addison-Wesley, 1996.
- Weitz, Eric D.. *Weimar Germany*. Princeton University Press, 2007.

## Foreign policy of the Dwight D. Eisenhower administration

- Andrew, Christopher M. *For the president's eyes only: secret intelligence and the American presidency from Washington to Bush*. New York: HarperCollinsPublishers, 1995.
- Bowie, Robert R. (Robert Richardson), 1909-2013, et al. *Waging peace: how Eisenhower shaped an enduring cold war strategy*. New York: Oxford University Press, 1998.
- Divine, Robert A. *American foreign policy since 1945*. Chicago: Quadrangle Books, 1969.
- Divine, Robert A. *Foreign policy and U.S. presidential elections, 1952-1960*. New York, New Viewpoints, 1974.
- Divine, Robert A. *The Sputnik challenge*. New York: Oxford University Press, 1993.
- Holbo, Paul Sothe, et al. *The Eisenhower era: the age of consensus*. Hinsdale, Ill.: Dryden Press, 1974.
- Kaufman, Burton Ira. *Trade and aid: Eisenhower's foreign economic policy, 1953-1961*. Baltimore: Johns Hopkins University Press, 1982.
- Lyon, Peter, 1915-. *Eisenhower: portrait of the hero*. Boston, Little, Brown, 1974.
- Melanson, Richard A, et al. *Reevaluating Eisenhower: American foreign policy in the 1950s*. Urbana: University of Illinois Press, 1989.
- Morison, Samuel Eliot, 1887-1976. *The Oxford history of the American people*. New York, Oxford University Press, 1965.
- Newton, Jim. *Eisenhower*. Doubleday, 2011.
- Pach, Chester J. *The presidency of Dwight D. Eisenhower*. Lawrence, Kan.: University Press of Kansas, 1991.
- Roman, Peter J. *Eisenhower and the missile gap*. Ithaca, N.Y.: Cornell University Press, 1995.
- Schefter, James L. *The race: the uncensored story of how America beat Russia to the moon*. New York: Doubleday, 1999.
- Wicker, Tom. *Dwight D. Eisenhower*. New York: Times Books, 2002.

## History of U.S. foreign policy, 1913–1933

- Adler, Selig, 1909-1984. *The isolationist impulse: its twentieth-century reaction*. Westport, Conn.: Greenwood Press, 1974.

- Clements, Kendrick A., 1939-. *The presidency of Woodrow Wilson*. Lawrence, Kan.: University Press of Kansas, 1992.
- Ellis, Lewis Ethan, 1898-. *Republican foreign policy, 1921-1933*. New Brunswick, N.J.: Rutgers University Press, 1968.
- Fausold, Martin L., 1921-. *The presidency of Herbert C. Hoover*. Lawrence, Kan.: University Press of Kansas, 1988.
- Feis, Herbert, 1893-1972. *The diplomacy of the dollar: first era, 1919-1932. --*. Hamden, Connecticut: Archon Books, 1965.
- Ferrell, Robert H. *The presidency of Calvin Coolidge*. Lawrence: University Press of Kansas, 1998.
- Greenberg, David. *Calvin Coolidge*. Times Books, 2007.
- Leuchtenburg, William E., et al. *Herbert Hoover (The American Presidents)*. Henry Holt & Co, 2008.
- Link, Arthur S. (Arthur Stanley), 1920-1998, compiler. *The progressive era and the Great War, 1896-1920*. Arlington Heights, Ill.: AHM Publishing Corp., 1978.
- Link, Arthur Stanley. *Woodrow Wilson and the progressive era, 1910-1917*. New York, Harper, 1954.
- McCoy, Donald R. cn. *Calvin Coolidge; the quiet President*. New York, Macmillan, 1967.
- Miller, Nathan. *New world coming*. Scribner, 2003.
- Smith, Jean Edward. *FDR*. Random House, 2007.
- Trani, Eugene P, et al. *The Presidency of Warren G. Harding*. Lawrence: Regents Press of Kansas, 1989.
- Tuchman, Barbara W. (Barbara Wertheim), 1912-1989. *The Zimmermann telegram*. New York: Ballantine Books, 1985.

## Presidency of George Washington

- Chernow, Ron. *Alexander Hamilton*. New York: Penguin Press, 2004.
- Chernow, Ron. *Washington: A Life*. The Penguin Press, 2010.
- Combs, Jerald A. *The Jay treaty; political battleground of the Founding Fathers*. Berkeley: University of California Press, 1970.
- Cronin, Thomas E. *Inventing the American presidency*. Lawrence, Kan.: University Press of Kansas, 1989.
- Daughan, George C. *If by sea: the forging of the American Navy-- from the American Revolution to the War of 1812*. New York: Basic Books, 2008.
- Ferling, John E. *A leap in the dark: the struggle to create the American republic*. Oxford; New York: Oxford University Press, 2003.
- Ferling, John E. *The ascent of George Washington: the hidden political genius of an American icon*. New York: Bloomsbury Press, 2009.
- Fowler, William M., 1944-. *Jack tars and commodores: the American Navy, 1783-1815*. Boston: Houghton Mifflin, 1984.
- Gregg, Gary L., 1967-, et al. *Patriot sage: George Washington and the American political tradition*. Wilmington, Del.: ISI Books, 1999.
- Hogeland, William. *The Whiskey Rebellion*. Scribner, 2006.
- Howarth, Stephen. *To shining sea*. University of Oklahoma Press, 1999.
- Meacham, Jon. *Thomas Jefferson*. Random House, 2012.
- Miller, Nathan, 1927-. *The U.S. Navy: a history*. Annapolis, Md.: Naval Institute Press, 1997.
- Sharp, James Roger, 1936-. *American politics in the early republic: the new nation in crisis*. New Haven: Yale University Press, 1993.
- Wood, Gordon S. *Revolutionary characters: what made the founders different*. New York: Penguin Press, 2006.

## Joseph McCarthy

- Adams, John G. (John Gibbons), 1912-2003. *Without precedent: the story of the death of McCarthyism*. New York: W.W. Norton, 1983.
- Belfrage, Cedric, 1904-1990. *The American Inquisition, 1945-1960: a profile of the "McCarthy era"*. New York, N.Y.: Thunder's Mouth Press; St. Paul, Minn.: Distributed by Consortium Book Sales and Distribution, 1989.

- Buckley, William F. (William Frank), 1925-. *The Redhunter: a novel based on the life and times of Senator Joe McCarthy*. Boston: Little, Brown, 1999.
- Crosby, Donald F., 1933-. *God, church, and flag: Senator Joseph R. McCarthy and the Catholic Church, 1950-1957*. Chapel Hill: University of North Carolina Press, 1978.
- Doherty, Thomas Patrick. *Cold War, cool medium: television, McCarthyism, and American culture*. New York: Columbia University Press, 2003.
- Fried, Albert. *McCarthyism: the great American Red scare: a documentary history*. New York: Oxford University Press, 1997.
- Griffith, Robert, 1940-. *The politics of fear: Joseph R. McCarthy and the Senate*. Amherst: University of Massachusetts Press, 1987.
- Johnson, Haynes, 1931-. *The age of anxiety: McCarthyism to terrorism*. Orlando: Harcourt, Inc., 2005.
- Luthin, Reinhard Henry, 1905-. *American demagogues:*. Boston: Beacon Press, 1954.
- O'Brien, Michael, 1943-. *McCarthy and McCarthyism in Wisconsin*. Columbia, MO: University of Missouri Press, 1980.
- Reeves, Thomas C., 1936-. *The life and times of Joe McCarthy: a biography*. New York: Stein and Day, 1982.
- Rosteck, Thomas, 1951-. *See it now confronts McCarthyism: television documentary and the politics of representation*. Tucaloosa: University of Alabama Press, 1994.
- Schrecker, Ellen. *Many are the crimes: McCarthyism in America*. Boston: Little, Brown, 1998.
- Stone, Geoffrey R.. *Perilous times*. W.W. Norton & Co., 2004.
- Wicker, Tom. *Shooting star: the brief arc of Joseph McCarthy*. Orlando: Harcourt, 2006.

## Wonder Pets!

- Brown, Laura. *Let's play outside!*. New York: Simon Spotlight/Nickelodeon, 2010.
- Kim, Susan, 1958-. *Baby beaver rescue*. New York: Simon Spotlight/Nickelodeon, 2009.
- Lopez, Billy. *Save the egg!*. New York: Simon Spotlight/Nickelodeon, 2009.
- Lopez, Billy, et al. *Save the Bengal tiger!*. New York: Simon Spotlight/Nick Jr., 2008.
- Lopez, Billy, et al. *This is serious! Recycling to the rescue!*. New York: Simon Spotlight/Nickelodeon, 2010.
- Oxley, Jennifer, et al. *Let's find colors!*. New York: Simon Spotlight/Nick Jr., 2008.
- Paladino, Sascha. *Off to school!*. Simon Spotlight/Nickelodeon, 2009.
- Richards, Melinda. *Flyboat to the rescue!*. Simon Spotlight, 2010.
- Richards, Melinda. *Save Little Red Riding Hood!*. New York: Simon Spotlight, 2009.
- Richards, Melinda. *Save the three little pigs!*. New York: Simon Spotlight/Nickelodeon, 2009.
- Selig, Josh. *Go, Wonder Pets!*. Simon Spotlight/Nickelodeon, 2008.
- Selig, Josh. *Join the circus*. New York: Simon Spotlight, 2008.
- Selig, Josh. *My family loves me!*. New York: Simon Spotlight/Nickelodeon, 2009.
- Selig, Josh. *The Wonder Pets save the dinosaur!*. New York: Simon Spotlight/Nick Jr., 2008.
- Selig, Josh, et al. *The Wonder Pets love you!*. New York: Simon Spotlight/Nick Jr., 2008.

## Eric Foner

- Foner, Eric. *A short history of Reconstruction, 1863-1877*. Harper & Row, 1990.
- Foner, Eric. *Our Lincoln: new perspectives on Lincoln and his world*. New York: W.W. Norton & Co., 2008.
- Foner, Eric. *Politics and ideology in the age of the Civil War*. New York: Oxford University Press, 1980.
- Foner, Eric. *Reconstruction: America's unfinished revolution, 1863-1877*. New York: Harper & Row, 1988.
- Foner, Eric. *The story of American freedom*. W.W. Norton, 1998.
- Foner, Eric. *Tom Paine and Revolutionary America*. New York: Oxford University Press, 1976.
- Foner, Eric. *Who owns history?*. Hill and Wang, 2002.
- Foner, Eric, 1943-. *A house divided: America in the age of Lincoln*. [Chicago?]: Chicago Historical Society; New York: Norton, 1990.

- Foner, Eric, 1943-. _Nothing but freedom: emancipation and its legacy_. Baton Rouge: Louisiana State University Press, 1983.
- Foner, Eric, 1943- author. _Gateway to freedom: the hidden history of the underground railroad_. New York: W.W. Norton & Company, 2015.
- Foner, Eric, 1943- compiler;Frank and Virginia Williams Collection of Lincolniana (Mississippi State University. Libraries). _Nat Turner_. Englewood Cliffs, N.J., Prentice-Hall, 1971.
- Foner, Eric, comp. _America's black past; a reader in Afro-American history_. New York, Harper & Row, 1970.
- Foner, Eric, et al. _America's Reconstruction: people and politics after the Civil War_. New York: HarperPerennial, 1995.
- Foner, Eric, et al. _Forever free: the story of emancipation and Reconstruction_. New York: Knopf, 2005.
- Foner, Eric, et al. _The Reader's companion to American history_. Boston: Houghton-Mifflin, 1991.

## Spanish missions in California

- Beebe, Rose Marie, et al. _Lands of promise and despair: chronicles of early California, 1535-1846_. Santa Clara, CA: Santa Clara University; Berkeley, CA: Heyday Books, 2001.
- Cook, Sherburne Friend, 1896-1974. _The population of the California Indians, 1769-1970_. Berkeley: University of California Press, 1976.
- Crump, Spencer. _California's Spanish missions: their yesterdays and todays_. Corona del Mar, Calif.: Trans-Anglo Books, 1975.
- Frost, O. W. (Orcutt William), 1926-. _Bering: the Russian discovery of America_. New Haven: Yale University Press, 2003.
- Kroeber, A. L. (Alfred Louis), 1876-1960. _Handbook of the Indians of California_. New York: Dover Publications, 1976.
- Levick, Melba. _The missions of California_. San Francisco: Chronicle Books, 1998.
- Lippy, Charles H. _Bibliography of religion in the South_. Macon, GA: Mercer, 1985.
- Margolin, Malcolm. _The Way we lived: California Indian stories, songs & reminiscences_. Berkeley, Ca.: Heyday Books; San Francisco, Ca.: California Historical Society, 1993.
- Newcomb, Rexford, 1886-1968. _The Franciscan mission architecture of Alta California_. New York: Dover Publications, 1973.
- Paddison, Joshua, 1974-. _A world transformed: firsthand accounts of California before the Gold Rush_. Berkeley, Calif.: Heyday Books, 1998.
- Rawls, James J. _Indians of California: the changing image_. Norman; London: University of Oklahoma Press, 1986.
- Rawls, James J, et al. _California: an interpretive history_. New York: McGraw-Hill, 1998.
- Robinson, W. W. (William Wilcox), 1891-. _Land in California: the story of mission lands, ranchos, squatters, mining claims, railroad grants, land scrip [and] homesteads_. Berkeley: Univ. of California Press, 1979.
- Thompson, Mark. _American character_. Arcade Pub., 2001.
- Wax, Marvin, et al. _Mystique of the missions;_. Palo Alto, Calif., American West Pub. Co, 1974.

## Presidency of Ronald Reagan

- Beschloss, Michael R. _Presidential courage: brave leaders and how they changed America, 1789-1989_. New York: Simon & Schuster, 2007.
- Brandt, Karl Gerard. _Ronald Reagan and the House Democrats: gridlock, partisanship, and the fiscal crisis_. Columbia: University of Missouri Press, 2009.
- Cannon, Lou. _President Reagan: the role of a lifetime_. New York: PublicAffairs, 2000.
- Cannon, Lou. _Ronald Reagan_. PublicAffairs, 2001.
- Crile, George. _Charlie Wilson's war: the extraordinary story of the largest covert operation in history_. New York: Atlantic Monthly Press, 2003.
- Diggins, John P. _Ronald Reagan: fate, freedom, and the making of history_. New York: W.W. Norton & Co., 2007.

- Kernek, Sterling J, et al. *Foreign policy in the Reagan presidency: nine intimate perspectives*. Lanham, Md.: University Press of America; [Charlottesville]: Miller Center, University of Virginia, 1993.
- Leffler, Melvyn P.. *For the soul of mankind*. Hill and Wang, 2007.
- Levy, Peter B.. *Encyclopedia of the Reagan-Bush years*. Greenwood Press, 1996.
- Matlock, Jack F. *Reagan and Gorbachev: how the Cold War ended*. New York: Random House, 2004.
- Reagan, Ronald. *An American life*. Pocket Books, 1990.
- Reeves, Richard, 1936-. *President Reagan: the triumph of imagination*. New York: Simon & Schuster, 2005.
- Shultz, George Pratt, 1920-. *Turmoil and triumph: my years as Secretary of State*. New York: Scribner's; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1993.
- Walsh, Kenneth T.. *Ronald Reagan*. Park Lane Press, 1997.
- Wilentz, Sean. *The age of Reagan*. Harper, 2008.

## Amor Prohibido

- Arrarás, María Celeste. *Selena's secret*. Simon & Schuster, 1997.
- Blumenthal, Howard J. *The world music CD listener's guide*. New York: Billboard Books, 1998.
- Bogdanov, Vladimir, 1965-, et al. *All music guide: the definitive guide to popular music*. San Francisco: Backbeat Books/All Media Guide, 2001.
- Bruns, Roger A., 1941-. *Icons of Latino America: Latino contributions to American culture*. Westport, Conn.: Greenwood Press, 2008.
- Clarke, Donald, 1940-, et al. *The Penguin encyclopedia of popular music*. London, England; New York, N.Y., USA: Penguin Books, 1990.
- Moon, Tom. *1,000 recordings to hear before you die*. Workman Pub., 2008.
- Morales, Ed. *The Latin beat*. Da Capo, 2003.
- Márquez, Herón. *Latin sensations*. Minneapolis: Lerner Publications Co., 2001.
- Patoski, Joe Nick. *Selena*. Little Brown & Co (T), 1996.
- Richmond, Clint. *Selena!: the phenomenal life and tragic death of the Tejano music queen*. New York, N.Y.: Pocket Books, 1995.
- Robb, Jacqueline, 1964-. *Go, girl!: young women superstars of pop music*. Greensboro, N.C.: Avisson Press, 2000.
- San Miguel, Guadalupe, 1950-. *Tejano proud: Tex-Mex music in the twentieth century*. College Station: Texas A & M University Press, 2002.
- Shaw, Tucker. *The hookup artist*. New York: HarperCollins, 2005.
- Stavans, Ilan, et al. *Encyclopedia Latina: history, culture, and society in the United States*. Danbury, Conn.: Grolier Academic Reference, 2005.

## Social history of viruses

- Baker, R. (Robert). *Epidemic: the past, present and future of the diseases that made us*. London: Vision Paperbacks, 2007.
- Barry, John M.. *The Great Influenza*. Penguin Books, 2005.
- Crawford, Dorothy. *The Invisible Enemy*. Oxford University Press, USA, 2000.
- Dick, George, 1914-1997. *Immunisation*. London; Fort Lee, N.J.: Update Books, 1978.
- Glynn, Ian. *The life and death of smallpox*. Cambridge Univ. Press, 2004.
- Karlen, Arno. *Man and microbes: disease and plagues in history and modern times*. New York: Simon & Schuster, 1996.
- Kohn, George C. *Encyclopedia of plague and pestilence*. New York, N.Y.: Facts on File, 1995.
- Scott, Robert A.. *Miracle cures*. University of California Press, 2010.
- Stanford, Craig B. (Craig Britton), 1956-. *Planet without apes*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2012.
- Tucker, Jonathan B. *Scourge: the once and future threat of smallpox*. New York: Grove, 2001.
- Villarreal, Luis P. *Viruses and the evolution of life*. Washington, D.C.: ASM Press, 2005.
- Weeks, Benjamin S. *AIDS: the biological basis*. Sudbury, Mass.: Jones and Bartlett Publishers, 2010.

- Zimmer, Carl, 1966-. *A planet of viruses*. Chicago; London: University of Chicago Press, 2011.
- Zuckerman, Arie J. *Hepatitis viruses of man*. London; New York: Academic Press, 1979.
- Zuckerman, Arie J, et al. *Principles and practice of clinical virology*. Chichester; New York: Wiley, 1987.

## Presidency of George H. W. Bush

- Baker, James Addison, 1930-, et al. *The politics of diplomacy: revolution, war, and peace, 1989-1992*. New York: Putnam, 1995.
- Barilleaux, Ryan J. *Power and prudence: the presidency of George H.W. Bush*. College Station: Texas A & M University Press, 2004.
- Bush, George, 1924-, et al. *A world transformed*. New York: Knopf; Distributed by Random House, 1998.
- Congressional Quarterly, inc. *Congress and the Nation: a review of government and politics in the postwar years*. Washington, D.C: CQ Press, 1965.
- Duffy, Michael, 1958-, et al. *Marching in place: the status quo presidency of George Bush*. New York: Simon & Schuster, 1992.
- Gates, Robert Michael, 1943-. *From the shadows: the ultimate insider's story of five presidents and how they won the Cold War*. New York, NY: Simon & Schuster, 1996.
- Greene, John Robert. *The presidency of George Bush*. University Press of Kansas, 2000.
- Mann, Jim. *Rise of the Vulcans*. Viking, 2004.
- Mervin, David. *George Bush and the guardianship presidency*. St. Martin's Press, 1996.
- Naftali, Timothy J. *George H.W. Bush*. New York: Times Books, 2007.
- Podhoretz, John. *Hell of a ride: backstage at the White House follies, 1989-1993*. New York: Simon & Schuster, 1993.
- Powell, Colin L. *My American journey*. New York: Random House, 1995.
- Smith, Jean Edward. *George Bush's war*. New York: H. Holt, 1992.
- Wicker, Tom. *George Herbert Walker Bush*. New York: Lipper/Viking, 2004.
- Wilentz, Sean. *The age of Reagan*. Harper, 2008.

## Seth Godin

- Godin, Seth. *Free prize inside: the next big marketing idea*. New York: Portfolio, 2004.
- Godin, Seth. *If you're clueless about financial planning and want to know more*. Chicago: Dearborn Financial publishing, 1998.
- Godin, Seth. *If you're clueless about insurance and want to know more*. Chicago, IL: Dearborn Financial Pub., 1998.
- Godin, Seth. *If you're clueless about mutual funds and want to know more*. Chicago, IL: Dearborn Financial Pub., Inc., 1997.
- Godin, Seth. *If you're clueless about saving money and want to know more*. Chicago, Ill.: Dearborn Financial Pub., 1997.
- Godin, Seth. *Meatball sundae: is your marketing out of sync?*. New York: Portfolio, 2007.
- Godin, Seth. *Permission marketing: turning strangers into friends, and friends into customers*. New York: Simon & Schuster, 1999.
- Godin, Seth. *Point & click investor*. Chicago, Ill.: Dearborn Financial Pub., 1996.
- Godin, Seth. *Small is the new big*. Portfolio, 2006.
- Godin, Seth. *Survival is not enough*. Free Press, 2002.
- Godin, Seth. *The Smiley dictionary*. Berkeley, Calif.: Peachpit Press, 1993.
- Godin, Seth. *The Video renter's Bible*. New York: W.W. Norton, 1993.
- Godin, Seth. *You've got pictures!: AOL's guide to digital imaging*. Dulles, VA: AOL Press, 1998.
- Godin, Seth, et al. *Quick lit: plots, themes, characters, and sample essays for the most assigned books in English and literature courses--written by students for students*. New York: HarperCollins Publishers, 1992.
- Sparks, Bonnie. *If you're clueless about selling your house and want to know more*. Chicago: Dearborn, 1999.

## Something (Beatles song)

- Allison, Dale C., Jr., 1955-. *The love there that's sleeping: the art and spirituality of George Harrison*. New York: Continuum, 2006.
- Castleman, Harry. *All together now: the first complete Beatles discography; 1961-1975*. New York Ballantine Books, 1977.
- Clayson, Alan. *The little box of Beatles*. London: Sanctuary, 2003.
- Fine, Jason. *Harrison*. New York: Simon & Schuster, 2002.
- Hertsgaard, Mark, 1956-. *A day in the life: the music and artistry of the Beatles*. New York: Delacorte Press, 1995.
- Ingham, Chris, 1962-. *The rough guide to the Beatles*. London: Rough Guides, 2006.
- Lennon, John. *All we are saying*. St. Martin's Griffin, 2000.
- MacDonald, Ian, 1948-2003. *Revolution in the head: the beatles' records and the sixties*. New York: H. Holt, 1994.
- Romanowski, Patricia, et al. *The New Rolling Stone encyclopedia of rock & roll*. New York: Fireside, 1995.
- Sawyers, June Skinner, 1957-. *Read the Beatles: classic and new writings on the Beatles, their legacy, and why they still matter*. New York: Penguin Books, 2006.
- Schaffner, Nicholas, 1953-. *The Beatles forever*. New York: McGraw-Hill, 1978.
- Simpson, Paul, 1961-. *The rough guide to Elvis*. London: Rough Guides; New York: Distributed by the Penguin Group, 2004.
- Sounes, Howard, 1965-. *Fab: an intimate life of Paul McCartney*. Cambridge, MA: Da Capo Press, 2010.
- Sullivan, Steve, 1954-. *Encyclopedia of great popular song recordings*. Lanham, Md.: Scarecrow Press, 2013.
- Tillery, Gary. *Working class mystic: a spiritual biography of George Harrison*. Wheaton, Ill.: Quest Books/Theosophical Pub. House, 2011.

## Richard Feynman

- Bashe, Charles J. *IBM's early computers*. Cambridge, Mass.: MIT Press, 1986.
- Bethe, Hans A. (Hans Albrecht), 1906-2005. *The road from Los Alamos*. New York, NY: American Institute of Physics, 1991.
- Dirac]., edited by Laurie M. Brown; [textes de R. P. Feynman et P. A. M.. *Feynman's thesis*. World Scientific, 2005.
- Feynman, Richard P. (Richard Phillips), 1918-1988. *Quantum mechanics and path integrals*. New York: McGraw-Hill, 1965.
- Feynman, Richard P. (Richard Phillips), 1918-1988. *The meaning of it all: thoughts of a citizen scientist*. Reading, Mass.: Perseus Books, 1998.
- Feynman, Richard Phillips. *Elementary particles and the laws of physics: the 1986 Dirac memorial lectures*. Cambridge; New York: Cambridge University Press, 1987.
- Feynman, Richard Phillips. *Feynman lectures on gravitation*. Reading, MA.: Addison-Wesley, 1995.
- Feynman, Richard Phillips. *Selected papers of Richard Feynman: with commentary*. River Edge, NJ: World Scientific, 2000.
- Feynman, Richard Phillips. *Statistical mechanics; a set of lectures*. Reading, Mass., W. A. Benjamin, 1972.
- Gribbin, John R.. *Richard Feynman*. Dutton, 1997.
- Milburn, G. J. (Gerard J.). *The Feynman processor: quantum entanglement and the computing revolution*. Reading, Mass.: Perseus Books, 1998.
- Peat, F. David, 1938-. *Infinite potential: the life and times of David Bohm*. Reading, Mass.: Addison Wesley, 1997.
- Schweber, S. S. (Silvan S.). *QED and the men who made it: Dyson, Feynman, Schwinger, and Tomonaga*. Princeton, N.J.: Princeton University Press, 1994.
- feynman, richard phillips. *No ordinary genius*. Norton, 1994.
- feynman, richard phillips. *The pleasure of finding things out*. Perseus Books, 1999.

## Albert Einstein

- Boyer, Paul S, et al. *The Oxford companion to United States history*. Oxford; New York: Oxford University Press, 2001.
- Brian, Denis, author. *Einstein: a life*. Wiley, 1996.
- Clark, Ronald William. *Einstein: the life and times*. New York: Avon Books, 1984.
- Einstein, Albert, 1879-1955. *Autobiographical notes*. La Salle; Chicago: Open Court Pub. Co., 1979.
- Einstein, Albert, 1879-1955, et al. *Ideas and opinions*. New York: Bonanza Books, 1954.
- Fölsing, Albrecht. *Albert Einstein*. Viking, 1997.
- Galison, Peter. *Einstein's clocks and Poincaré's maps*. W.W. Norton, 2003.
- Highfield, J. R. L.. *The private lives of Albert Einstein*. Faber, 1994.
- Hoffmann, Banesh, 1906-1986. *Albert Einstein, creator and rebel*. New York, Viking Press, 1972.
- Moore, Walter John. *Schrödinger, life and thought*. Cambridge University Press, 1989.
- Moring, Gary. *The complete idiot's guide to understanding Einstein*. Alpha Books, 2004.
- Pais, Abraham, 1918-. *Einstein lived here: essays for the layman*. Oxford: Clarendon Press; New York: Oxford University Press, 1994.
- Parker, Barry R. *Einstein's brainchild: relativity made relatively easy!*. Amherst, N.Y.: Prometheus Books, 2000.
- Schweber, Silvan S.. *Einstein and Oppenheimer*. Harvard University Press, 2008.
- Stone, A. Douglas, 1954-. *Einstein and the quantum: the quest of the valiant Swabian*. Princeton: Princeton University Press, 2013.

## James Laxer

- Evans, Gary, 1944-. *In the national interest: a chronicle of the National Film Board of Canada from 1949 to 1989*. Toronto; Buffalo: University of Toronto Press, 1991.
- Laxer, James. *Canada's energy crisis*. [Toronto]: J. Lorimer, 1975.
- Laxer, James. *Leap of faith: free trade and the future of Canada*. Edmonton: Hurtig, 1986.
- Laxer, James. *Oil and gas: Ottawa, the provinces, and the petroleum industry*. Toronto: J. Lorimer, 1983.
- Laxer, James. *The Liberal idea of Canada: Pierre Trudeau and the question of Canada's survival*. Toronto: J. Lorimer, 1977.
- Laxer, James. *The Perils of empire: America and its imperial predecessors*. Toronto: Viking Canada, 2008.
- Laxer, James. *The energy poker game; the politics of the continental resources deal*. Toronto, Chicago, New Press, 1970.
- Laxer, James, 1941-. *Canada's economic strategy*. Toronto, Ont.: McClelland and Stewart, 1981.
- Laxer, James, 1941-. *The border: Canada, the U.S. and dispatches from the 49th parallel*. Toronto: Doubleday Canada, 2003.
- Laxer, James, 1941-. *The undeclared war: class conflict in the age of cyber capitalism*. Toronto: Viking, 1998.
- MacDonald, Scott B, et al. *A history of credit & power in the western world*. New Brunswick, N.J.: Transaction Publishers, 2001.
- McAllister, James Alexander. *The government of Edward Schreyer: democratic socialism in Manitoba*. Kingston [Ont.]: McGill-Queen's University Press, 1984.
- None,. *The Big tough expensive job: Imperial Oil and the Canadian economy*. [Erin, Ont.]: Press Porcépic; Don Mills, Ont.: Distribution, Musson Book Co., 1976.
- Pitsula, James M., 1950-. *New world dawning: the sixties at Regina Campus*. Regina: University of Regina, Canadian Plains Research Center, 2008.
- Warnock, John W., 1933-. *Free trade and the new right agenda*. Vancouver: New Star Books, 1988.

## Adrienne Rich

- Rich, Adrienne. *Darkfields of the republic*. W. W. Norton & Company, 1995.
- Rich, Adrienne. *Tonight no poetry will serve*. W.W. Norton & Co., 2011.
- Rich, Adrienne. *Your Native Land, Your Life, Poems.*. W.W.Norton, 1986.
- Rich, Adrienne Cecile. *Collected early poems, 1950-1970*. W.W. Norton & Co., 1993.

- Rich, Adrienne Cecile. *Poems: selected and new, 1950-1974*. New York, Norton, 1974.
- Rich, Adrienne Cecile. *The fact of a doorframe: poems selected and new, 1950-1984*. New York: W.W. Norton, 1984.
- Rich, Adrienne Cecile. *The school among the ruins: poems, 2000-2004*. New York: W.W. Norton, 2004.
- Rich, Adrienne Cecile. *Time's power: poems 1985-1988*. New York: Norton, 1989.
- Rich, Adrienne, 1929-2012. *A wild patience has taken me this far: poems, 1978-1981*. New York: Norton, 1981.
- Rich, Adrienne, 1929-2012. *An atlas of the difficult world: poems, 1988-1991*. New York: W.W. Norton, 1991.
- Rich, Adrienne, 1929-2012. *Blood, bread, and poetry: selected prose, 1979-1985*. New York: Norton, 1986.
- Rich, Adrienne, 1929-2012. *Diving into the wreck; poems, 1971-1972*. New York, Norton, 1973.
- Rich, Adrienne, 1929-2012. *Midnight salvage: poems, 1995-1998*. New York: W.W. Norton, 1999.
- Rich, Adrienne, 1929-2012. *Telephone ringing in the labyrinth: poems, 2004-2006*. New York: W.W. Norton, 2007.
- Rich, Adrienne, 1929-2012. *The will to change; poems 1968-1970*. New York, Norton, 1971.

## Fidel Castro

- (Organization), Human Rights Watch. *Cuba's repressive machinery: human rights forty years after the revolution*. New York: Human Rights Watch, 1999.
- Balfour, Sebastian. *Castro*. Harlow, England; New York: Longman, 1995.
- Bohning, Don, 1933-. *The Castro obsession: U.S. covert operations against Cuba, 1959-1965*. Washington, D.C.: Potomac Books, 2005.
- Bourne, Peter G., 1939-. *Fidel: a biography of Fidel Castro*. New York: Dodd, Mead, 1986.
- Coltman, Leycester, et al. *The real Fidel Castro*. New Haven: Yale University Press, 2003.
- Draper, Theodore, 1912-2006. *Castroism, theory and practice*. New York, F.A. Praeger, 1965.
- Franqui, Carlos, 1921-2010. *Family portrait with Fidel: a memoir*. New York: Random House, 1984.
- Geyer, Georgie Anne, 1935-. *Guerrilla prince: the untold story of Fidel Castro*. Boston: Little, Brown, 1991.
- Gott, Richard, 1938-. *Cuba: a new history*. New Haven: Yale University Press, 2004.
- Mankiewicz, Frank, 1924-2014, et al. *With Fidel: a portrait of Castro and Cuba*. New York: Ballantine Books, 1976.
- Marcano, Cristina, 1960-. *Hugo Chávez: [the definitive biography of Venezuela's controversial president]*. New York: Random House, 2007.
- Quirk, Robert E. *Fidel Castro*. New York: Norton, 1993.
- Roman, Peter, 1941-. *People's power: Cuba's experience with representative government*. Lanham: Roman & Littlefield, 2003.
- Von Tunzelmann, Alex, 1977-. *Red heat: conspiracy, murder, and the Cold War in the Caribbean*. New York: Henry Holt and Co., 2011.
- Wilpert, Gregory. *Changing Venezuela by taking power: the history and policies of the Chavez government*. London; New York: Verso, 2007.

## Henry VIII

- Ashley, Michael. *A brief history of British kings & queens: [British royal history from Alfred the Great to the present]*. New York: Carroll & Graf Publishers, 2002.
- Bernard, G. W.. *Anne Boleyn*. Yale University Press, 2010.
- Farquhar, Michael. *A treasury of royal scandals: the shocking true stories of history's wickedest, weirdest, most wanton kings, queens, tsars, popes, and emperors*. New York, N.Y.: Penguin Books, 2001.
- Graves, Michael A. R.. *Henry VIII*. Pearson Longman, 2003.
- Hart, Kelly (Kelly Ann). *The mistresses of Henry VIII*. Stroud: History Press, 2009.
- Lehmberg, Stanford E. *The Reformation parliament 1529-1536*. Cambridge [Eng.]: University Press, 1970.

- Loades, D. M. *Henry VIII: court, church and conflict*. Kew: National Archives, 2009.
- Meyer, G. J. *The Tudors*. Delacorte Press, 2010.
- Morris, T. A. (Terence Alan), 1949-. *Tudor government*. London; New York: Routledge, 1999.
- Ridley, Jasper Godwin. *Henry VIII*. New York, N.Y.: Viking, 1985.
- Scarisbrick, J. J. *Henry VIII*. Berkeley; Los Angeles: University of California Press, 1968.
- Smith, Lacey Baldwin, 1922-. *Henry VIII, the mask of royalty*. Chicago: Academy Chicago, 1982.
- Weir, Alison. *The Six Wives of Henry VIII*. Grove Press, 2000.
- Weir, Alison, 1951-. *The children of Henry VIII*. New York: Ballantine Books, 1996.
- Williams, Neville, 1924-. *Henry VIII and his court*. New York, Macmillan, 1971.

## Cultural impact of the Beatles

- Friede, Goldie, et al. *The Beatles A to Z*. New York: Methuen, 1980.
- George-Warren, Holly, et al. *The Rolling stone encyclopedia of rock & roll*. New York: Fireside, 2001.
- Goldberg, Philip. *American Veda*. Harmony Books, 2010.
- Harrington, Joe S. *Sonic cool: the life & death of rock 'n' roll*. Milwaukee, WI: Hal Leonard Corp., 2002.
- Holmes, Thom, et al. *Electronic and experimental music: technology, music, and culture*. New York: Routledge, 2012.
- MacDonald, Ian, 1948-2003. *Revolution in the head: the Beatles' records and the sixties*. Chicago, Ill: Chicago Review Press, 2007.
- Macan, Edward, 1961-. *Rocking the classics: English progressive rock and the counterculture*. New York: Oxford University Press, 1997.
- Miles, Barry. *Paul McCartney*. H. Holt, 1998.
- Norman, Philip, 1943-. *John Lennon: the life*. New York: Ecco, 2009.
- Prendergast, Mark J. *The ambient century: from Mahler to Moby: the evolution of sound in the electronic age*. New York: Bloomsbury, 2003.
- Schaffner, Nicholas, 1953-. *The Beatles forever*. New York: McGraw-Hill, 1978.
- Schinder, Scott. *Icons of rock: an encyclopedia of the legends who changed music forever*. Westport, Conn.: Greenwood Press, 2008.
- Spitz, Bob. *The Beatles: the biography*. New York: Little, Brown, 2005.
- Wiener, Jon. *Come together: John Lennon in his time*. Urbana: University of Illinois Press, 1991.

## United States House of Representatives

- Barone, Michael, et al. *The almanac of American politics, 2006: the senators, the representatives, and the governors: their records and election results, their states and districts*. Washington, D.C.: National Journal, 2005.
- Barry, John M.. *The ambition and the power*. Viking, 1989.
- Dierenfield, Bruce J., 1951-. *Keeper of the rules: Congressman Howard W. Smith of Virginia*. Charlottesville: University Press of Virginia, 1987.
- Farrell, John A. (John Aloysius). *Tip O'Neill and the Democratic century*. Boston: Little, Brown, 2001.
- Jacobs, John, 1950-2000. *A rage for justice: the passion and politics of Phillip Burton*. Berkeley: University of California Press, 1995.
- Jacobson, Gary C. *The electoral origins of divided government: competition in U.S. House elections, 1946-1988*. Boulder: Westview Press, 1990.
- MacNeil, Neil, 1923-2008. *Forge of democracy: the House of Representatives*. New York, D. McKay, 1963.
- Peters, Ronald M. *The American speakership: the office in historical perspective*. Baltimore: Johns Hopkins University Press, 1997.
- Polsby, Nelson W.. *How Congress evolves*. Oxford University Press, 2004.
- Price, David Eugene. *The congressional experience: a view from the hill*. Boulder: Westview Press, 1992.
- Remini, Robert Vincent, 1921-, et al. *The House: the history of the House of Representatives*. New York: Smithsonian Books in association with HarperCollins, 2006.

- Sinclair, Barbara, 1940-. *Legislators, leaders, and lawmaking: the U.S. House of Representatives in the postreform era*. Baltimore: Johns Hopkins University Press, 1995.
- Sinclair, Barbara, 1940- cn. *Majority leadership in the U.S. House*. Baltimore: Johns Hopkins University Press, 1983.
- Steinberg, Alfred, 1917- . cn. *Sam Rayburn: a biography*. New York: Hawthorn Books, 1975.
- Zelizer, Julian E. *The American Congress: the building of democracy*. Boston: Houghton Mifflin Company, 2004.

## D. James Kennedy

- Chandler, E. Russell. *The Kennedy explosion; the story of Dr. D. James Kennedy ...*. Elgin, Ill., D. C. Cook Pub. Co, 1972.
- Kennedy, D. James (Dennis James), 1930-, et al. *Evangelism explosion: equipping churches for friendship, evangelism, discipleship, and healthy growth*. Wheaton, Ill.: Tyndale House Publishers, 1996.
- Kennedy, D. James (Dennis James), 1930-2007. *How would Jesus vote?: a Christian perspective on the issues*. Colorado Springs, Colo.: WaterBrook Press, 2008.
- Kennedy, D. James (Dennis James), 1930-2007. *Knowing the whole truth: basic christianity and what it means in your life*. Old Tappan, N.J.: F.H. Revell Co., 1985.
- Kennedy, D. James (Dennis James), 1930-2007. *Learning to live with the people you love*. Springdale, PA: Whitaker House, 1987.
- Kennedy, D. James (Dennis James), 1930-2007. *Lord of all: developing a Christian world-and-life view*. Wheaton, Ill.: Crossway Books, 2005.
- Kennedy, D. James (Dennis James), 1930-2007. *Solving Bible mysteries: unraveling the perplexing and troubling passages of scripture*. Nashville: T. Nelson, 2000.
- Kennedy, D. James (Dennis James), 1930-2007. *The presence of a hidden God: evidence for the God of the Bible*. Colorado Springs, Colo.: Multnomah Books, 2008.
- Kennedy, D. James (Dennis James), 1930-2007. *What's wrong with same-sex marriage?*. Wheaton, Ill.: Crossway Books, 2004.
- Kennedy, D. James (Dennis James), 1930-2007. *Why the Ten commandments matter*. New York: Warner Faith, 2005.
- Kennedy, D. James (Dennis James), 1930-2007. *Your prodigal child*. Nashville: T. Nelson, 1988.
- Kennedy, D. James (Dennis James), 1930-2007, et al. *Character & destiny: a nation in search of its soul*. Grand Rapids, Mich.: Zondervan, 1994.
- Kennedy, D. James (Dennis James), 1930-2007, et al. *Turn it to gold*. Ann Arbor, Mich.: Vine Books, 1991.
- Kennedy, D. James (Dennis James), 1930-2007, et al. *What if the Bible had never been written?*. Nashville: T. Nelson, 1998.
- Kennedy, D. James (Dennis James), 1930-2007, et al. *Who is this Jesus, is he risen?*. Fort Lauderdale, FL: Coral Ridge Ministries, 2002.

## Napoleon

- Alder, Ken. *The measure of all things: the seven-year odyssey and hidden error that transformed the world*. New York: Free Press, 2002.
- Archer, Christon I., et al. *World History of Warfare (Tactics & Strategies)*. University of Nebraska Press, 2002.
- Astarita, Tommaso. *Between salt water and holy water: a history of Southern Italy*. New York: W.W. Norton & Company, 2005.
- Bell, David A.. *The First Total War*. Houghton Mifflin, 2007.
- Bordes, Philippe, 1949-. *Jacques-Louis David: empire to exile*. New Haven, Connecticut: Yale University Press; Williamstown, Mass.: Sterling and Francine Clark Art Institute, 2005.
- Chandler, David G. *Napoleon*. New York: Saturday Review Press, 1973.
- Chandler, David G.. *The Campaigns of Napoleon*. Weidenfeld and Nicolson, 1966.
- Connelly, Owen. *Blundering to glory*. Rowman & Littlefield, 2006.

- Cordingly, David. *The Billy Ruffian: the Bellerophon and the downfall of Napoleon: the biography of a ship of the line, 1782-1836*. New York: Bloomsbury, 2003.
- Dwyer, Philip G. *Napoleon: the path to power*. New Haven [Conn.]: Yale University Press, 2008.
- Esdaile, Charles J.. *The Peninsular War*. Palgrave MacMillan, 2003.
- Hall, Stephen S.. *Size Matters*. Houghton Mifflin, 2006.
- Lefebvre, Georges, 1874-1959. *Napoleon, from 18 Brumaire to Tilsit, 1799-1807*. New York, Columbia University Press, 1969.
- Nicholls, David, 1949-. *Napoleon: a biographical companion*. Santa Barbara, CA: ABC-CLIO, 1999.
- Schom, Alan. *Napoleon Bonaparte*. HarperCollins, 1997.

## Diana, Princess of Wales

- Bradford, Sarah, 1938-. *Diana*. New York: Viking, 2006.
- Brandreth, Gyles Daubeney, 1948-. *Charles & Camilla: portrait of a love affair*. London: Arrow Books, 2006.
- Brown, Tina. *The Diana chronicles*. Doubleday, 2007.
- Burrell, Paul, 1958-. *The way we were: remembering Diana*. New York: William Morrow, 2006.
- Dimbleby, Jonathan. *The Prince of Wales: a biography*. New York: W. Morrow, 1994.
- Gage, Simon. *Queer*. Thunder's Mouth Press, 2002.
- Graham, Tim, 1948-, et al. *Diana, Princess of Wales: a tribute*. New York, N.Y.: Welcome Rain; Princeton, N.J.: Distributed in the United States by Benford Books, 1997.
- Jephson, P. D. *Shadows of a princess: Diana, Princess of Wales: an intimate account by her private secretary*. New York: HarperCollins Publishers, 2000.
- Kear, Adrian, 1970-, et al. *Mourning Diana: nation, culture, and the performance of grief*. London; New York: Routledge, 1999.
- Mattern, Joanne, 1963-. *Princess Diana*. New York: DK Pub., 2006.
- Morton, Andrew, 1953-. *Diana: her true story-- in her own words*. New York: Simon & Schuster, 1997.
- Morton, Andrew, 1953-. *Diana, in pursuit of love*. London: Michael O'Mara Books, 2004.
- Smith, Sally Bedell, 1948-. *Diana in search of herself: portrait of a troubled princess*. New York: New American Library, 2000.
- Smith, Sally Bedell, 1948-. *Diana in search of herself: portrait of a troubled princess*. New York: Times Books, 1999.
- Turnock, Robert. *Interpreting Diana: television audiences and the death of a princess*. London: British Film Institute, 2000.

## 1992 United States presidential election

- Alexander, Herbert E. *Financing the 1992 election*. Armonk, N.Y.: M.E. Sharpe, 1995.
- Barlett, Donald L, et al. *America: what went wrong?*. Kansas City: Andrews and McMeel, 1992.
- Cramer, Richard Ben. *What it takes: the way to the White House*. New York: Random House, 1992.
- Dionne, E. J. *Why Americans hate politics*. New York: Simon & Schuster, 1991.
- Duffy, Michael, 1958-, et al. *Marching in place: the status quo presidency of George Bush*. New York: Simon & Schuster, 1992.
- Edsall, Thomas Byrne. *Chain reaction*. W.W.Norton, 1992.
- Ehrenhalt, Alan, 1947-. *The United States of ambition: politicians, power, and the pursuit of office*. New York: Times Books, 1992.
- Germond, Jack, et al. *Mad as hell: revolt at the ballot box, 1992*. New York, NY: Warner Books, 1993.
- Jamieson, Kathleen Hall, 1946-.... aut. *Dirty politics: deception, distraction and democracy*. New York; Oxford: Oxford University press, 1992.
- Perot, H. Ross, 1930-. *United we stand: how we can take back our country*. New York: Hyperion, 1992.
- Phillips, Kevin P. *The politics of rich and poor: wealth and the American electorate in the Reagan aftermath*. New York, N.Y.: HarperPerennial, 1991.
- Rosenstiel, Tom. *Strange bedfellows*. Hyperion, 1993.
- Sabato, Larry J.. *Feeding frenzy*. Free Press, 1991.

- Will, George F. *Restoration: Congress, term limits and the recovery of deliberative democracy*. New York, NY: Free Press [u.a.], 1993.

## History of California before 1900

- Anderson, Kat, 1955-. *Tending the wild: Native American knowledge and the management of California's natural resources*. Berkeley: University of California Press, 2005.
- Brands, H. W. *The age of gold: the California Gold Rush and the new American dream*. New York: Doubleday, 2002.
- Chartkoff, Joseph L, et al. *The archaeology of California*. Stanford, Calif.: Stanford University Press, 1984.
- Dillon, Richard H. *Siskiyou Trail: the Hudson's Bay Company route to California*. New York: McGraw-Hill, 1975.
- Fagan, Brian M. *Before California: an archaeologist looks at our earliest inhabitants*. Lanham, MD: Rowman & Littlefield, 2003.
- Levick, Melba. *The missions of California*. San Francisco: Chronicle Books, 1998.
- Moratto, Michael J. *California archaeology*. Orlando; London: Academic, 1984.
- Pitt, Leonard. *The decline of the Californios; a social history of the Spanish-speaking Californians, 1846-1890*. Berkeley, University of California Press, 1966.
- Rawls, James J, et al. *California: an interpretive history*. New York: McGraw-Hill, 1998.
- Rolle, Andrew F. *California: a history*. Wheeling, Ill.: Harlan Davidson, 1998.
- Starr, Kevin. *Americans and the California dream, 1850-1915*. New York: Oxford University Press, 1986.
- Starr, Kevin. *California: a history*. New York: Modern Library, 2005.
- Utley, Robert Marshall. *A life wild and perilous*. Henry Holt and Co., 1997.
- Williams, R. Hal (Richard Hal). *The Democratic Party and California politics, 1880-1896*. Stanford, Calif.: Stanford University Press, 1973.

## Naval battles of the American Revolutionary War

- Davis, Burke, 1913-2006. *The campaign that won America; the story of Yorktown*. New York, Dial Press, 1970.
- Duncan, Roger F.. *Coastal Maine*. W. W. Norton, 1992.
- Howarth, Stephen. *To shining sea*. University of Oklahoma Press, 1999.
- Ketchum, Richard M., 1922-. *Decisive day: the Battle for Bunker Hill*. New York: Henry Holt and Co., 1999.
- Larrabee, Harold A. (Harold Atkins), 1894-1979. *Decision at the Chesapeake*. New York, C.N. Potter, 1964.
- Leamon, James S. *Revolution downeast: the war for American independence in Maine*. Amherst: University of Massachusetts Press, 1993.
- Lockhart, Paul Douglas, 1963-. *The drillmaster of Valley Forge: the Baron de Steuben and the making of the American Army*. [Washington, D.C.]: Smithsonian Books; New York, NY: Collins, 2008.
- Miller, Nathan, 1927-. *The U.S. Navy: a history*. Annapolis, Md.: Naval Institute Press, 1997.
- Miller, Nathan, 1927-2004. *Sea of glory; the Continental Navy fights for independence, 1775-1783*. New York, D. McKay Co, 1974.
- Morrill, Dan L. *Southern campaigns of the American Revolution*. Baltimore, Md: Nautical & Aviation Pub. Co. of America, 1993.
- Nelson, James L. *George Washington's secret navy: how the American revolution went to sea*. New York: McGraw-Hill, 2008.
- Nelson, Paul David, 1941-. *Anthony Wayne, soldier of the early republic*. Bloomington: Indiana University Press, 1985.
- Schaeper, Thomas J. *Edward Bancroft: scientist, author, spy*. New Haven: Yale University Press, 2011.
- Sweetman, Jack, 1940-. *American naval history: an illustrated chronology of the U.S. Navy and Marine Corps, 1775-present*. Annapolis, Md.: Naval Institute Press, 2002.
- Ward, Christopher, 1868-1943. *The War of the Revolution;.* New York, Macmillan, 1952.

## Military history of Canada

- Bourne, Kenneth. cn. *Britain and the balance of power in North America, 1815-1908*. Berkeley, University of California Press, 1967.
- Cohen, Andrew, 1955-. *Lester B. Pearson*. Toronto: Penguin, 2008.
- Cook, Tim, 1971-. *Warlords: Borden, Mackenzie King, and Canada's world wars*. Toronto: Allen Lane, 2012.
- Crump, Jennifer. *Canada Under Attack*. Toronto: Dundurn Press, 2010.
- Douglas, W. A. B. (William Alexander Binney), 1929-. *Out of the shadows: Canada in the Second World War*. Toronto: Dundurn Press, 1995.
- Filey, Mike. *More Toronto sketches: "the way we were"*. Toronto: Dundurn Press, 1993.
- Josephy, Alvin M., 1915-. *The Indian heritage of America*. Boston: Houghton Mifflin, 1991.
- Laxer, James. *The Liberal idea of Canada: Pierre Trudeau and the question of Canada's survival*. Toronto: J. Lorimer, 1977.
- Morin, Jean (Jean H.) *Operation Friction, 1990-1991*. Toronto: Dundurn Press, 1997.
- Morton, Desmond. *Canada and war: a military and political history*. Toronto: Butterworths, 1981.
- Murray, Douglas J, et al. *The defense policies of nations: a comparative study*. Baltimore: Johns Hopkins University Press, 1994.
- Petrou, Michael, 1974-. *Renegades: Canadians in the Spanish Civil War*. Vancouver [B.C.]: UBC Press, 2008.
- Peyser, Joseph L., 1925-. *Jacques Legardeur de Saint-Pierre: officer, gentleman, entrepreneur*. East Lansing: Michigan State University Press, 1996.
- Riordon, Michael, 1944-. *An unauthorized biography of the world: oral history on the front lines*. Toronto: Between the Lines, 2004.
- Starkey, Armstrong. *European and Native American warfare, 1675-1815*. Norman: University of Oklahoma Press, 1998.

## China–United States relations

- Chang, Gordon H. *Friends and enemies: the United States, China, and the Soviet Union, 1948-1972*. Stanford, Calif.: Stanford University Press, 1990.
- Cohen, Warren I. *America's response to China: a history of Sino-American relations*. New York: Columbia University Press, 2010.
- Dulles, Foster Rhea, 1900-1970. *China and America; the story of their relations since 1784*. Princeton, N.J., Princeton University Press, 1946.
- Dulles, Foster Rhea, 1900-1970. cn. *American policy toward Communist China, 1949-1969*. New York, Crowell, 1972.
- Fairbank, John King, 1907-1991. *The United States and China (Fourth Edition)*. Cambridge, Mass.: Harvard University Press, 1979.
- Foot, Rosemary. *The practice of power*. Clarendon Press, 1995.
- Garver, John W. *Foreign relations of the People's Republic of China*. Englewood Cliffs, N.J.: Prentice Hall, 1992.
- Hilsman, Roger. cn. *To move a nation; the politics of foreign policy in the administration of John F. Kennedy*. Garden City, N.Y., Doubleday, 1967.
- MacMillan, Margaret, 1943-. *Nixon and Mao: the week that changed the world*. New York: Random House, 2007.
- May, Ernest R. *The Truman administration and China, 1945-1949*. Philadelphia: Lippincott, 1975.
- Ropp, Paul S., 1944-, et al. *Heritage of China: contemporary perspectives on Chinese civilization*. Berkeley: University of California Press, 1990.
- Suettinger, Robert. *Beyond Tiananmen: the politics of U.S.-China relations, 1989-2000*. Washington, D.C.: Brookings Institution Press, 2003.
- Vance, Cyrus R. (Cyrus Roberts), 1917-2002. *Hard choices: critical years in America's foreign policy*. New York: Simon and Schuster, 1983.
- Yim, Kwan Ha. *China & the U.S., 1955-63*. New York, Facts on File, 1973.

- Yim, Kwan Ha. *China & the U.S., 1964-72*. New York: Facts on File, 1975.

## Greeks

- Bryce, Trevor, 1940-. *The Trojans and their neighbours*. Milton Park, Abingdon; New York, NY: Routledge, 2006.
- Budin, Stephanie Lynn. *The ancient Greeks: an introduction*. Oxford; New York: Oxford University Press, 2009.
- Chadwick, John. *The Mycenaean world*. Cambridge University Press, 1976.
- Hall, Jonathan M. *Ethnic identity in Greek antiquity*. Cambridge; New York: Cambridge University Press, 2000.
- Holden, David. *Greece without columns; the making of the modern Greeks*. London, Faber and Faber, 1972.
- Koliopoulos, Giannēs. *Greece: the modern sequel: from 1831 to the present*. New York: New York University Press, 2002.
- MacKendrick, Paul Lachlan, 1914-1998. *The Greek stones speak: the story of archaeology in Greek lands*. New York: Norton, 1981.
- Mango, Cyril A. *The Art of the Byzantine Empire 312-1453: sources and documents*. Toronto; London: University of Toronto Press in association with the Medieval Academy of America, 1986.
- Mazower, Mark. *The Balkans: a short history*. New York: Modern Library, 2000.
- Mylonas, George E. (George Emmanuel), 1898-1988. *Mycenae and the Mycenaean Age*. Princeton, N.J.: Princeton University Press, 1966.
- Pollitt, J. J. (Jerome Jordan), 1934-. *Art and experience in classical Greece*. Cambridge [Eng.] Cambridge University Press, 1972.
- Runciman, Steven, Sir, 1903-. *The last Byzantine renaissance. --*. Cambridge [Eng.]: University Press, 1970.
- Toynbee, Arnold Joseph, 1889-1975. *The Greeks and their heritages*. Oxford; New York: Oxford University Press, 1981.
- Vryonis, Speros, 1928-. *The mechanism of catastrophe: the Turkish pogrom of September 6-7, 1955, and the destruction of the Greek community of Istanbul*. New York, N.Y.: greekworks.com, 2005.
- Wood, Michael, 1948-. *In the footsteps of Alexander the Great: a journey from Greece to Asia*. Berkeley: University of California Press, 2001.

## History of India

- Art, Los Angeles County Museum of, et al. *Indian sculpture: a catalogue of the Los Angeles County Museum of Art collection*. Los Angeles, Calif.: Los Angeles County Museum of Art in association with University of California Press, Berkeley, 1986.
- Collingham, E. M. (Elizabeth M.). *Curry: a tale of cooks and conquerors*. Oxford; New York: Oxford University Press, 2006.
- Daniélou, Alain. *A brief history of India*. Inner Traditions, 2003.
- Devi, Ragini. *Dance dialects of India*. Delhi: Motilal Banarsidass, 1990.
- Frumkin, Grégoire. *Archaeology in Soviet Central Asia. --*. Leiden: Brill, 1970.
- Groslier, Bernard Philippe. 2n. *The art of Indochina, including Thailand, Vietnam, Laos and Cambodia*. New York, Crown Publishers, 1962.
- Heitzman, James, 1950-2008. *The city in South Asia*. London; New York: Routledge, 2008.
- James, Lawrence, 1943-. *Raj: the making and unmaking of British India*. New York: St. Martin's Press, 1998.
- Keay, John. *India: a history*. New York: Atlantic Monthly Press, 2000.
- Mackenzie, Lynn. *Non-Western art: a brief guide*. Englewood Cliffs, N.J.: Prentice Hall, 1995.
- Mascaró, Juan. *The Upanishads*. Baltimore, Penguin Books, 1965.
- Rothermund, Dietmar. *An economic history of India*. Routledge, 1993.
- Sen, Amartya, 1933-. *Poverty and famines: an essay on entitlement and deprivation*. Oxford: Clarendon Press; New York: Oxford University Press, 1981.

- Tomlinson, B. R. *The political economy of the Raj, 1914-1947: the economics of decolonization in India*. London: Macmillan Press, 1979.
- Wolpert, Stanley A., 1927-. *A new history of India*. New York; Oxford: Oxford University Press, 2004.

## Ideology of the SS

- Allen, Michael Thad. *The business of genocide*. University of North Carolina Press, 2002.
- Bracher, Karl Dietrich, 1922-. *The German dictatorship: the origins, structure, and effects of national socialism*. New York, Praeger Publishers, 1970.
- Breitman, Richard. *The architect of genocide*. Knopf; 1st edition, 1991.
- Burleigh, Michael, 1955-. *The Third Reich: a new history*. London: Macmillan; New York: Hill and Wang, 2000.
- Burleigh, Michael, et al. *The racial state: Germany 1933-1945*. Cambridge [England]; New York: Cambridge University Press, 1991.
- Ehrenreich, Eric. *The Nazi ancestral proof*. Indiana University Press, 2007.
- Gilbert, Martin, 1936-2015. *The Holocaust: a history of the Jews of Europe during the Second World War*. New York: Holt, Rinehart, and Winston, 1986.
- Hilberg, Raul, 1926-. *The destruction of the European Jews*. New York: Holmes & Meier, 1985.
- Kitchen, Martin, author. *Nazi Germany at War*. London; New York: Longman, 1995.
- Lifton, Robert Jay, 1926-. *The Nazi doctors: medical killing and the psychology of genocide*. New York: Basic Books, 1986.
- MacDonogh, Giles. *After the Reich*. Basic Books, 2007.
- Proctor, Robert, 1954-, et al. *Racial hygiene: medicine under the Nazis*. Cambridge, Mass.: Harvard University Press, 1988.
- Rempel, Gerhard. *Hitler's children: the Hitler Youth and the SS*. Chapel Hill: University of North Carolina Press, 1989.
- Sofsky, Wolfgang. *The order of terror: the concentration camp*. Princeton, N.J.: Princeton University Press, 1997.
- Stein, George H., 1934-. *The Waffen SS: Hitler's elite guard at war, 1939-1945*. Ithaca, N.Y.: Cornell University Press, 1984.

## All Summer Long (album)

- Badman, Keith. *The Beach Boys: the definitive diary of America's greatest band, on stage and in the studio*. San Francisco, Calif.: Backbeat Books, 2004.
- Carlin, Peter Ames. *Catch a wave: the rise, fall & redemption of the Beach Boys' Brian Wilson*. [Emmaus, Pa.]: Rodale: Distributed to the trade by Holtzbrinck Publishers, 2006.
- Covach, John Rudolph. *What's that sound?: an introduction to rock and its history*. New York: W. W. Norton & Company, 2015.
- Dillon, Mark, 1969-. *Fifty sides of the Beach Boys: the songs that tell their story*. Toronto, Ont.: ECW Press, 2012.
- Gaines, Steven S. *Heroes and villains: the true story of the Beach Boys*. New York, N.Y.: New American Library, 1986.
- Leaf, David. *The Beach Boys and the California myth*. New York: Grosset & Dunlap, 1978.
- Love, Mike, 1941- author. *Good vibrations: my life as a Beach Boy*. Farmington Hills, Mich: Thorndike Press, a part of Gale, Cengage Learning, 2016.
- Sanchez, Luis A. *Smile*. New York: Bloomsbury Academic, 2014.
- Starr, Larry. *American popular music: from minstrelsy to MP3*. New York: Oxford University Press, 2007.
- Stebbins, Jon. *Dennis Wilson: the real Beach Boy*. Toronto, Ont.: ECW Press, 2000.
- Tobler, John. *100 great albums of the sixties*. Woodstock, N.Y.: Overlook Press, 1994.
- White, Timothy, 1952-2002. *The nearest faraway place: Brian Wilson, the Beach Boys, and the Southern Californian experience*. London: Macmillan, 1996.
- Wilson, Brian, 1942- author. *I am Brian Wilson: a memoir*. Boston, MA: Da Capo Press, 2016.
- Wilson, Brian, 1942-, et al. *Wouldn't it be nice: my own story*. New York, NY: HarperCollins, 1991.

### Burning the Books

- Bryce, Trevor, 1940-. *Life and society in the Hittite world*. Oxford; New York: Oxford University Press, 2004.
- Carpenter, Humphrey. *The seven lives of John Murray: the story of a publishing dynasty, 1768-2002*. London: John Murray, 2008.
- Casson, Lionel. *Libraries in the Ancient World*. Yale University Press, 2002.
- Conaway, James, et al. *America's library: the story of the Library of Congress, 1800-2000*. New Haven [Conn.]: Yale University Press in association with the Library of Congress, 2000.
- Duffy, Eamon. *The stripping of the altars*. Yale University Press, 1992.
- Harris, P. R.. *A history of the British Museum library, 1753-1973*. British Library, 1998.
- Knuth, Rebecca, 1949-. *Libricide: the regime-sponsored destruction of books and libraries in the twentieth century*. Westport, Conn.: Praeger, 2003.
- Lipstadt, Deborah E.. *Denying the Holocaust*. Free Press, 1993.
- Makiya, Kanan. *Republic of fear*. University of California Press, 1998.
- Meehan, Aidan. *The Book of Kells painting book*. New York, N.Y.: Thames & Hudson, 1999.
- Motion, Andrew, 1952-. *Philip Larkin: a writer's life*. London: Faber and Faber, 1993.
- Orwell, George, 1903-1950, author. *Nineteen eighty-four*. London: Penguin, 2003.
- Peterson, William S. *The Kelmscott Press: a history of William Morris's typographical adventure*. Oxford [Eng.]: Clarendon Press; New York: Oxford University Press, 1991.
- Plath, Sylvia. *The journals of Sylvia Plath*. Ballantine Books, 1983.
- Tripp, Charles. *A history of Iraq*. Cambridge: Cambridge University Press, 2000.

### Jacques Villeneuve

- Camus, Martine. *La saga Villeneuve: une dynastie québécoise en F1*. [Saint-Laurent, Québec]: Édition du Club Québec loisir, 2007.
- Collings, Timothy, 1952-. *The Daily Telegraph Formula One years: the ultimate season-by-season celebration of Grand Prix racing*. London: Carlton, 2011.
- Collings, Timothy, 1952-. *The new Villeneuve: a life of Jacques Villeneuve*. Osceola, WI: Motorbooks International Publishers & Wholesalers, 1997.
- DK Publishing, Inc, et al. *1998 Formula One yearbook: chronicle of the Grand Prix year*. New York: DK Pub., 1998.
- Lecours, Pierre. *Gilles et Jacques: les Villeneuve et moi*. Montréal: Stanké, 1998.
- Sparling, Ken, 1959-. *Jacques Villeneuve*. Toronto; Los Angeles: Warwick Pub., 1999.
- Villeneuve, Jacques. *Villeneuve: my first season in Formula 1*. London: CollinsWillow, 1996.

### Representations of Gullah culture in art and media

- Branch, Muriel Miller. *The water brought us: the story of the Gullah-speaking people*. New York: Cobblehill Books/Dutton, 1995.
- Carney, Judith Ann. *Black rice: the African origins of rice cultivation in the Americas*. Cambridge, Mass.: Harvard University Press, 2001.
- Conroy, Pat. *The water is wide*. Boston, Houghton Mifflin Co, 1972.
- Graham, Lorenz B. *How God fix Jonah*. Honesdale, Pa.: Boyds Mills Press, 2000.
- Jones-Jackson, Patricia. *When roots die: endangered traditions on the Sea Islands*. Athens: University of Georgia Press, 1987.
- Joyner, Charles W. *Down by the riverside: a South Carolina slave community*. Urbana: University of Illinois Press, 1984.
- Kiser, Clyde Vernon, 1904-. *Sea island to city; a study of St. Helena Islanders in Harlem and other urban centers*. New York, Atheneum, 1969.
- Krull, Kathleen, et al. *Bridges to change: how kids live on a South Carolina Sea Island*. New York: Lodestar Books, 1995.
- McFeely, William S. *Sapelo's people: a long walk into freedom*. New York: W.W. Norton, 1994.
- Raven, Margot Theis. *Circle unbroken*. Farrar, Straus and Giroux, 2004.

- Robinson, Sallie Ann, et al. *Cooking the Gullah way, morning, noon, and night*. Chapel Hill: University of North Carolina Press, 2007.
- Siddons, Anne Rivers. *Low country: a novel*. New York: HarperCollinsPublishers, 1998.
- Siegelson, Kim L, et al. *The terrible, wonderful tellin' at Hog Hammock*. New York: HarperCollins, 1996.
- Siegelson, Kim L.. *Dancing the ring shout!*. Jump at the Sun, Hyperion Books for Children, 2003.
- Smith, Julia Floyd, 1914-. *Slavery and rice culture in low country Georgia, 1750-1860*. Knoxville: University of Tennessee Press, 1985.

**Foreign policy of the Theodore Roosevelt administration**

- Beale, Howard K. (Howard Kennedy), 1899-1959. *Theodore Roosevelt and the rise of America to world power*. Baltimore, Johns Hopkins Press, 1956.
- Brands, H. W.. *T. R.*. Basic Books, 1997.
- Cheng, Lucie. cn, et al. *Labor immigration under capitalism: Asian workers in the United States before World War II*. Berkeley: University of California Press, 1984.
- Dennett, Tyler, 1883-1949. *Roosevelt and the Russo-Japanese War: a critical study of American policy in Eastern Asia in 1902-5, based primarily upon the private papers of Theodore Roosevelt*. Gloucester, Mass., P. Smith, 1959.
- Gould, Lewis L. *The presidency of Theodore Roosevelt*. Lawrence, Kansas: University Press of Kansas, 2011.
- Marks, Frederick W. *Velvet on iron: the diplomacy of Theodore Roosevelt*. Lincoln: University of Nebraska Press, 1979.
- McCullough, David G. *The path between the seas: the creation of the Panama Canal, 1870-1914*. New York: Simon and Schuster, 1977.
- Morris, Edmund, et al. *Theodore Rex*. New York: Random House, 2001.
- Neu, Charles E. cn. *An uncertain friendship: Theodore Roosevelt and Japan, 1906-1909*. Cambridge, Mass., Harvard University Press, 1967.
- O'Gara, Gordon Carpenter, 1920-. *Theodore Roosevelt and the rise of the modern Navy*. New York, Greenwood Press, 1969.
- Platt, Suzy, et al. *Respectfully quoted: a dictionary of quotations*. New York: Barnes & Noble Books, 1993.
- Pringle, Henry F. (Henry Fowles), 1897-1958. *Theodore Roosevelt: a biography*. San Diego: Harcourt Brace Jovanovich, 1984.
- Pringle, Henry F. (Henry Fowles), 1897-1958. *Theodore Roosevelt, a biography*. New York, Harcourt, Brace, 1956.
- Turk, Richard W. *The ambiguous relationship: Theodore Roosevelt and Alfred Thayer Mahan*. New York: Greenwood Press, 1987.
- Zimmermann, Warren. *First great triumph*. Farrar, Straus and Giroux, 2002.

**Cultural impact of Madonna**

- Benstock, Shari, 1944-, et al. *On fashion*. New Brunswick, N.J.: Rutgers University Press, 1994.
- Cross, Mary, 1934-. *Madonna: a biography*. Westport, Conn.: Greenwood Press, 2007.
- Cullen, Jim, 1962-. *Restless in the promised land: Catholics and the American dream: portraits of a spiritual quest from the time of the Puritans to the present*. Franklin, Wis.: Sheed & Ward, 2001.
- Faith, Karlene, author. *Madonna, bawdy & soul*. Toronto; Buffalo; London: University of Toronto Press, 1997.
- Ferraro, Thomas J. *Feeling Italian: the art of ethnicity in America*. New York: New York University Press, 2005.
- Friskics-Warren, Bill. *I'll take you there: pop music and the urge for transcendence*. New York: Continuum, 2005.
- Jeansonne, Glen. *A Time of Paradox: America Since 1890*. Lanham: Rowman & Littlefield Publishers, 2006.
- Marcovitz, Hal. *madonnaentertain0000marc*. New York: Chelsea House, 2010.

- May, John R. *New image of religious film*. Kansas City, MO: Sheed & Ward, 1997.
- None,. *Girlhood in America: an encyclopedia*. Santa Barbara, Calif.: ABC-CLIO, 2001.
- Smith, Courtney E. *Record collecting for girls: unleashing your inner music nerd, one album at a time*. Boston: Houghton Mifflin Harcourt, 2011.
- Smith-Shomade, Beretta E., 1965-. *Shaded lives: African-American women and television*. New Brunswick, N.J.: Rutgers University Press, 2002.

## Wars of the Roses

- Farquhar, Michael. *A treasury of royal scandals: the shocking true stories of history's wickedest, weirdest, most wanton kings, queens, tsars, popes, and emperors*. New York, N.Y.: Penguin Books, 2001.
- Gillingham, John. *The Wars of the Roses: peace and conflict in fifteenth-century England*. Baton Rouge: Louisiana State University Press, 1981.
- Goodman, Anthony, 1936-. *The Wars of the Roses: military activity and English society, 1452-97*. London; Boston: Routledge & Kegan Paul, 1981.
- Griffiths, Ralph Alan, et al. *The making of the Tudor dynasty*. New York: St. Martin's Press, 1985.
- Guy, J. A. (John Alexander). *Tudor England*. Oxford [Oxfordshire]; New York: Oxford University Press, 1988.
- Haigh, Christopher. *English reformations: religion, politics, and society under the Tudors*. Oxford: Clarendon Press; New York: Oxford University Press, 1993.
- Ingram, Mike. *Bosworth 1485*. Stroud, Gloucestershire: Spellmount, 2012.
- Lander, J. R. (Jack Robert), 1921-. *Government and community, England, 1450-1509*. Cambridge, Mass.: Harvard University Press, 1980.
- Morris, T. A. (Terence Alan), 1949-. *Tudor government*. London; New York: Routledge, 1999.
- Rowse, A. L. (Alfred Leslie), 1903-1997. *Bosworth Field and the Wars of the Roses*. Ware, Hertfordshire: Wordsworth Editions, 1998.
- Sellar, W. C. *1066 and all that: a memorable history of England, comprising all the parts you can remember, including 103 good things, 5 bad kings and 2 genuine dates*. London: Methuen, 1930.
- Seward, Desmond, 1935-. *A brief history of the Wars of the Roses*. London: Robinson, 2007.
- Slavin, Arthur Joseph. *The new monarchies and representative assemblies; medieval constitutionalism or modern absolutism?*. Boston: Heath, 1964.
- Weir, Alison. *The Wars of the Roses*. Ballantine Books, 1996.
- Weir, Alison. *The princes in the Tower*. London: Vintage, 2008.

## Presidency of Dwight D. Eisenhower

- Alexander, Charles C. *Holding the line: the Eisenhower era, 1952-1961*. Bloomington: Indiana University Press, 1975.
- Bowie, Robert R. (Robert Richardson), 1909-2013, et al. *Waging peace: how Eisenhower shaped an enduring cold war strategy*. New York: Oxford University Press, 1998.
- Frank, Jeffrey, 1942-. *Ike and Dick: portrait of a strange political marriage*. New York: Simon & Schuster, 2013.
- Greenstein, Fred I. *The hidden-hand presidency: Eisenhower as leader*. New York: Basic Books, 1982.
- Holbo, Paul Sothe, et al. *The Eisenhower era: the age of consensus*. Hinsdale, Ill.: Dryden Press, 1974.
- Kaufman, Burton Ira. *The A to Z of the Eisenhower era*. Lanham, Md.: Scarecrow Press, 2009.
- Lightbody, Bradley. *The Cold War*. London: Routledge, 1999.
- Lyon, Peter, 1915-. *Eisenhower: portrait of the hero*. Boston: Little, Brown, 1974.
- Melanson, Richard A, et al. *Reevaluating Eisenhower: American foreign policy in the 1950s*. Urbana: University of Illinois Press, 1989.
- Newton, Jim. *Eisenhower*. Doubleday, 2011.
- Pach, Chester J. *The presidency of Dwight D. Eisenhower*. Lawrence, Kan.: University Press of Kansas, 1991.
- Roman, Peter J. *Eisenhower and the missile gap*. Ithaca, N.Y.: Cornell University Press, 1995.

- Schefter, James L. *The race: the uncensored story of how America beat Russia to the moon*. New York: Doubleday, 1999.
- Wicker, Tom. *Dwight D. Eisenhower*. New York: Times Books, 2002.

## Presidency of Lyndon B. Johnson

- Andrew, John A. *Lyndon Johnson and the Great Society*. Chicago: I.R. Dee, 1998.
- Bernstein, Irving. *Guns or butter*. Oxford University Press, 1996.
- Bornet, Vaughn Davis, 1917-. *The presidency of Lyndon B. Johnson*. Lawrence, Kan.: University Press of Kansas, 1983.
- Brands, H. W. *The foreign policies of Lyndon Johnson: beyond Vietnam*. College Station, Tex.: Texas A&M University Press, 1999.
- Brands, H. W. *The wages of globalism: Lyndon Johnson and the limits of American power*. New York: Oxford University Press, 1995.
- Dallek, Robert. *Flawed giant: Lyndon Johnson and his times, 1961-1973*. New York: Oxford University Press, 1998.
- Dallek, Robert, et al. *Lyndon B. Johnson: portrait of a president*. Oxford, England; New York: Oxford University Press, 2004.
- Morison, Samuel Eliot, 1887-1976. *The Oxford history of the American people*. New York, Oxford University Press, 1965.
- Schandler, Herbert Y. *Lyndon Johnson and Vietnam: the unmaking of a president*. Princeton, N. J.: Princeton University Press, 1977.
- Schulman, Bruce J.. *Lyndon B. Johnson and American liberalism*. St. Martin's Press, 1995.
- Schwartz, Thomas Alan. *Lyndon Johnson and Europe*. Harvard University Press, 2003.
- Shesol, Jeff. *Mutual contempt: Lyndon Johnson, Robert Kennedy, and the feud that defined a decade*. New York: W.W. Norton, 1997.
- Walch, Timothy, 1947-. *At the President's side: the vice presidency in the twentieth century*. Columbia, Mo.: University of Missouri Press, 1997.
- Woods, Randall Bennett, 1944-. *LBJ: architect of American ambition*. New York: Free Press, 2006.

## Israel

- Bregman, Ahron. *A history of Israel*. New York: Palgrave Macmillan, 2003.
- Broughuys, Simon. *World music: the rough guide*. London: Rough Guides, 1999.
- Geldenhuys, Deon. *Isolated states: a comparative analysis*. Cambridge; New York: Cambridge University Press, 1990.
- Ismael, Tareq Y. *International relations of the contemporary Middle East: a study in world politics*. Syracuse, N.Y.: Syracuse University Press, 1986.
- Jacobs, Daniel, et al. *Israel and the Palestinian Territories: the rough guide*. London: Rough Guides; New York: Distributed by Penguin Books, 1998.
- Kellerman, Aharon. *Society and settlement: Jewish land of Israel in the twentieth century*. Albany: State University of New York Press, 1993.
- Kreiger, Barbara. *Living waters: myth, history, and politics of the Dead Sea*. New York: Continuum, 1988.
- Lustick, Ian, 1949-. *For the land and the Lord: Jewish fundamentalism in Israel*. New York, N.Y.: Council on Foreign Relations, 1988.
- Miller, J. Maxwell (James Maxwell), 1937-, et al. *A history of ancient Israel and Judah*. Philadelphia: Westminster Press, 1986.
- Romano, Amy. *A historical atlas of Israel*. New York: Rosen Pub. Group, 2004.
- Smith, Derek Delbert, author. *Deterring America: rogue states and the proliferation of weapons of mass destruction*. Cambridge; New York: Cambridge University Press, 2006.
- Stein, Leslie. *The hope fulfilled: the rise of modern Israel*. Westport, Conn.: Praeger, 2003.
- Stendel, Ori. *Arabs in Israel*. SussexAcademic Press, 1995.

## Astounding Award for Best New Writer

- Armstrong, Jon. *Grey*. San Francisco: Night Shade Books, 2007.
- Friedman, C. S. *In conquest born*. New York: Donald A. Wollheim, Pub., 1986.
- Gilman, Felix. *Thunderer*. Bantam Books, 2008.
- Gilman, Greer Ilene. *Moonwise*. Penguin, 1991.
- Harlan, Thomas. *The shadow of Ararat*. New York: Tom Doherty Associates, 1999.
- Lisle, Holly, author;Hickman, Stephen, 1949- illustrator. *Fire in the mist*. Riverdale, NY: Baen Pub.; New York: Distributed by Simon & Schuster, 1992.
- Sanders, William. *Journey to Fusang*. Warner Books, 1988.
- Smith, Kristine. *Code of conduct*. Avon Eos Books, 1999.
- Spencer, Wen. *Alien taste*. ROC, 2001.
- Sullivan, Tricia. *Lethe*. New York: Bantam, 1995.
- Swainston, Steph. *The year of our war*. London: Gollancz, 2004.
- Walton, Jo. *The king's peace*. New York: Tor, 2000.
- Wells, Dan, 1977-. *I am not a serial killer*. New York: Tor, 2010.
- Wharton, Ken. *Divine intervention*. New York: Ace Books, 2001.

## J. Edgar Hoover

- Ackerman, Kenneth D. *Young J. Edgar: Hoover, the Red Scare, and the assault on civil liberties*. New York: Carroll & Graf Publishers; [Berkeley, Calif.]: Distributed by Publishers Group West, 2007.
- Anderson, Jack, 1922-2005, et al. *Peace, war, and politics: an eyewitness account*. New York: Forge, 1999.
- Breuer, William B., 1923-. *Hitler's undercover war: the Nazi espionage invasion of the U.S.A.*. New York: St. Martin's Press, 1989.
- Cohn, Roy M, et al. *The autobiography of Roy Cohn*. Secaucus, N.J.: Lyle Stuart, 1988.
- Denenberg, Barry. *The true story of J. Edgar Hoover and the FBI*. Scholastic Inc., 1993.
- Garrow, David J., 1953-. *The FBI and Martin Luther King, Jr.: from "Solo" to Memphis*. New York: W.W. Norton, 1981.
- Gentry, Curt, 1931-. *J. Edgar Hoover: the man and the secrets*. New York: Plume, 1992.
- Johansson, Warren, et al. *Outing: shattering the conspiracy of silence*. New York: Haworth Press, 1994.
- Kessler, Ronald, 1943-. *The bureau: the secret history of the FBI*. New York: St. Martin's Press, 2002.
- Murray, Robert K. *Red scare; a study in national hysteria, 1919-1920*. Minneapolis, University of Minnesota Press, 1955.
- Schott, Joseph L. *No left turns*. New York: Praeger, 1975.
- Summers, Anthony, 1942-. *Official and confidential: the secret life of J. Edgar Hoover*. New York: Pocket Star Books, 1994.
- Theoharis, Athan G. *The FBI: a comprehensive reference guide*. Phoenix, Ariz.: Oryx Press, 1999.
- Theoharis, Athan G, et al. *The boss: J. Edgar Hoover and the Great American Inquisition*. Philadelphia: Temple University Press, 1988.

## Presidency of Theodore Roosevelt

- Beale, Howard K. (Howard Kennedy), 1899-1959. *Theodore Roosevelt and the rise of America to world power*. Baltimore, Johns Hopkins Press, 1956.
- Brinkley, Douglas. *The wilderness warrior*. HarperCollins, 2009.
- Cheng, Lucie. cn, et al. *Labor immigration under capitalism: Asian workers in the United States before World War II*. Berkeley: University of California Press, 1984.
- Gould, Lewis L. *Grand Old Party: a history of the Republicans*. New York: Random House, 2003.
- Gould, Lewis L. *The presidency of Theodore Roosevelt*. Lawrence, Kansas: University Press of Kansas, 2011.
- McCullough, David G. *The path between the seas: the creation of the Panama Canal, 1870-1914*. New York: Simon and Schuster, 1977.
- McGerr, Michael E.. *A fierce discontent*. Free Press, 2003.
- Morris, Edmund, et al. *Theodore Rex*. New York: Random House, 2001.

- Neu, Charles E. cn. *An uncertain friendship: Theodore Roosevelt and Japan, 1906-1909*. Cambridge, Mass., Harvard University Press, 1967.
- None,. *Myth America*. St. James. N.Y.: Brandywine Press, 1997.
- Perkins, Bradford, 1925-. *The great rapprochement; England and the United States, 1895-1914*. New York, Atheneum, 1968.
- Platt, Suzy, et al. *Respectfully quoted: a dictionary of quotations*. New York: Barnes & Noble Books, 1993.
- Pringle, Henry F. (Henry Fowles), 1897-1958. *Theodore Roosevelt: a biography*. San Diego: Harcourt Brace Jovanovich, 1984.
- Pringle, Henry F. (Henry Fowles), 1897-1958. *Theodore Roosevelt, a biography*. New York, Harcourt, Brace, 1956.

## Walmarting

- Bergdahl, Michael. *What I learned from Sam Walton: how to compete and thrive in a Wal-Mart world*. Hoboken, NJ: John Wiley & Sons, 2005.
- Bianco, Anthony. *The bully of Bentonville: how the high cost of Wal-Mart's everyday low prices is hurting America*. New York: Currency/Doubleday:, 2006.
- Dicker, John, 1973-, et al. *The United States of Wal-Mart*. New York: Jeremy P. Tarcher/Penguin, 2005.
- Featherstone, Liza. *Selling women short: the landmark battle for workers' rights at Wal-Mart*. New York: Basic Books, 2004.
- Fishman, Charles, 1961-. *The Wal-Mart effect: how the world's most powerful company really works-- and how it's transforming the American economy*. New York: Penguin Books, 2007.
- Lichtenstein, Nelson. *Wal-Mart: the face of twenty-first-century capitalism*. New York: New Press, 2006.
- Norman, Al. *The case against Wal-Mart*. Atlantic City, NJ: Raphel Marketing, 2004.
- Ortega, Bob. *In Sam we trust: the untold story of Sam Walton and how Wal-Mart is devouring America*. New York, NY: Times Business, 1998.
- Quinn, Bill, 1912 May 15-. *How Wal-Mart is destroying America (and the world) and what you can do about it*. Berkeley: Ten Speed Press, 2005.
- Slater, Robert, 1943-2014. *The Wal-Mart decade: how a generation of leaders turned Sam Walton's legacy into the world's #1 company*. New York: Portfolio, 2003.
- Slater, Robert, 1943-2014. *The Wal-Mart triumph: inside the world's #1 company*. New York: Portfolio, 2004.
- Soderquist, Don. *The Wal-Mart way: the inside story of the success of the world's largest company*. Nashville: T. Nelson, 2005.
- Spotts, Greg. *Wal-mart*. Disinformation Company, 2005.
- Westerman, Paul. *Data warehousing: using the Wal-Mart model*. San Francisco, CA: Morgan Kaufmann, 2001.

## History of American football

- Bissinger, H. G. *Friday night lights: a town, a team, and a dream*. Cambridge, MA: Da Capo Press, 2004.
- Fleming, David. *Breaker Boys*. ESPN, 2007.
- Fox, Stephen R. *Big leagues::professional baseball, football, and basketball in national memory*. New York: Morrow, 1994.
- Gardner, Paul, 1930-. *The simplest game: the intelligent fan's guide to the world of soccer*. New York: Collier Books, 1994.
- Greenberg, Murray. *Passing game: Benny Friedman and the transformation of football*. New York: PublicAffairs, 2008.
- MacCambridge, Michael, 1963-, et al. *ESPN sports century*. New York: Hyperion, 1999.
- McDonough, Will. *75 seasons: the complete story of the National Football League, 1920-1995*. Atlanta, Ga.: Turner Pub., 1994.
- Nelson, David M., 1920-1991. *The anatomy of a game: football, the rules, and the men who made the game*. Newark: University of Delaware Press; London; Cranbury, NJ: Associated University Presses,

1994.
- Perkins, Brett. *Frantic Francis*. University of Nebraska Press, 2009.
- Perrin, Tom, 1928-. *Football: a college history*. Jefferson, N.C.: McFarland, 1987.
- Perry, Will, 1933-. *The Wolverines, a story of Michigan football*. Huntsville, Ala.: Strode Publishers, 1974.
- Quirk, James P. *Pay dirt*. Princeton University Press, 1997.
- Umphlett, Wiley Lee, 1931-. *Creating the big game: John W. Heisman and the invention of American football*. Westport, Conn.: Greenwood Press, 1992.
- Whittingham, Richard, 1939-2005. *Sunday's heroes: NFL legends talk about the times of their lives*. Chicago: Triumph Books, 2003.

## San Francisco Zen Center

- Anderson, Reb. *Being upright*. Rodmell Press, 2001.
- Chadwick, David, 1945-. *Crooked cucumber: the life and Zen teaching of Shunryu Suzuki*. New York: Broadway Books, 1999.
- Dimidjian, Victoria Jean. *Journeying East: conversations on aging and dying*. Berkeley, CA: Parallax Press, 2004.
- Downing, Michael, 1958-. *Shoes outside the door: desire, devotion, and excess at San Francisco Zen Center*. Washington, D.C.: Counterpoint, 2001.
- Ford, James Ishmael. *Zen master who?: a guide to the people and stories of Zen*. Boston: Wisdom Publications, 2006.
- Graham, Jerry, 1934-, et al. *Jerry Graham's more Bay Area backroads*. New York: Perennial Library, 1990.
- Oda, Mayumi. *I Opened the Gate, Laughing*. Chronicle Books, 2002.
- Peirce, Pam. *Golden Gate gardening: the complete guide to year-round food gardening in the San Francisco Bay area & coastal California*. Seattle, WA: Sasquatch Books, 1998.
- Prebish, Charles S. *Luminous passage: the practice and study of Buddhism in America*. Berkeley: University of California Press, 1999.
- Rawlinson, Andrew. *The book of enlightened masters*. Open Court, 1997.
- Richmond, Ivan. *Silence and noise*. Atria Books, 2003.
- Schneider, David, 1951-. *Street Zen: the life and work of Issan Dorsey*. Boston; London: Shambhala, 1993.
- Van der Ryn, Sim. *Design for life: the architecture of Sim Van der Ryn*. Salt Lake City: G. Smith, 2005.
- Wenger, Michael, 1947-. *Wind bell: teachings from the San Francisco Zen Center 1968-2001*. Berkeley, Calif.: North Atlantic Books, 2002.

## Yolanda King

- Bagley, Edythe Scott. *Desert rose: the life and legacy of Coretta Scott King*. Tuscaloosa: University of Alabama Press, 2012.
- Bruns, Roger A., 1941-. *Martin Luther King, Jr.: a biography*. Westport, Conn.: Greenwood Press, 2006.
- Burns, Rebecca, 1966-. *Burial for a King: Martin Luther King Jr.'s funeral and the week that transformed Atlanta and rocked the nation*. New York: Scribner, 2011.
- Dyson, Michael Eric. *I may not get there with you: the true Martin Luther King, Jr.*. New York: Touchstone, 2001.
- Farris, Christine King. *Through it all: reflections on my life, my family, and my faith*. New York: Atria Books, 2009.
- King, Coretta Scott. *My life with Martin Luther King, Jr.*. H. Holt, 1993.
- King, Dexter, 1961-, et al. *Growing up King: an intimate memoir*. New York: IPM, 2003.
- Martin Luther King, Jr.. *The autobiography of Martin Luther King, Jr.*. Intellectual Properties Management in association with Warner Books, 2001.
- McCarty, Laura T. *Coretta Scott King: a biography*. Westport, Conn.: Greenwood Press, 2009.
- Medearis, Angela Shelf, 1956-, et al. *Dare to dream: Coretta Scott King and the civil rights movement*. New York: Puffin Books, 1999.

- Pierce, Alan, 1966-. *The assassination of Martin Luther King, Jr.* Edina, Minn.: Abdo Daughters, 2005.
- Rickford, Russell J.. *Betty Shabazz*. Sourcebooks, 2003.
- Smith, Jessie Carney, 1930-. *Notable Black American women*. New York: Gale Research, 1996.
- Vivian, Octavia B. *Coretta: the story of Coretta Scott King*. Minneapolis: Fortress Press, 2006.

## William Rehnquist

- Hall, Kermit. *The Oxford companion to the Supreme Court of the United States*. New York: Oxford University Press, 1992.
- Kluger, Richard. *Simple justice: the history of Brown v. Board of Education and Black America's struggle for equality*. New York: Knopf, 1976.
- Martin, Fenton S. *The U.S. Supreme Court: a bibliography*. Washington, D.C.: Congressional Quarterly, 1990.
- None,. *The justices of the United States Supreme Court: their lives and major opinions*. New York: Chelsea House Publishers, 1997.
- Obermayer, Herman J. *Rehnquist: a personal portrait of the distinguished Chief Justice of the U.S.*. New York, NY: Threshold Editions, 2009.
- Rehnquist, William H.. *The Supreme Court*. Knopf, 2001.
- Rehnquist, William H., 1924-. *The Supreme Court: how it was, how it is*. New York: Quill, 1987.
- Rehnquist, William H., 1924-2005. *All the laws but one: civil liberties in wartime*. New York: Knopf, 1998.
- Rehnquist, William H., 1924-2005. *Centennial crisis: the disputed election of 1876*. New York: Alfred A. Knopf: Distributed by Random House, 2004.
- Schwartz, Herman, 1931-. *The Rehnquist court: judicial activism on the right*. New York: Hill and Wang, 2003.
- Silva, Mark. *McCain: the essential guide to the Republican nominee, his character, his career and where he stands*. Chicago, IL: Triumph Books, 2008.
- Tomlins, Christopher L., 1951-, et al. *The United States Supreme Court: the pursuit of justice*. Boston: Houghton Mifflin, 2005.
- Tushnet, Mark V., 1945-. *A Court divided: the Rehnquist court and the future of constitutional law*. New York: W.W. Norton Co., 2005.
- Woodward, Bob, 1943-, et al. *The Brethren: inside the Supreme Court*. New York: Simon and Schuster, 1979.

## Timeline of music in the United States to 1819

- Abel, E. Lawrence. *Singing the new nation*. Stackpole Books, 2000.
- Bird, Christiane. *Da Capo jazz and blues lover's guide to the U.S.: with more than 900 hot clubs, cool joints, landmarks, and legends, from boogie-woogie to bop and beyond*. Cambridge, MA: Da Capo Press, 2001.
- Chase, Gilbert, 1906-. *America's music: from the pilgrims to the present*. Urbana: University of Illinois Press, 1987.
- Cusic, Don. *The sound of light: a history of gospel music*. Bowling Green, Ohio: Bowling Green State University Popular Press, 1990.
- Darden, Bob, 1954-. *People get ready!: a new history of Black gospel music*. New York: Continuum, 2004.
- Horowitz, Joseph, 1948-. *Classical music in America: a history of its rise and fall*. New York: W. W. Norton & Company, 2005.
- Kirk, Elise K. (Elise Kuhl), 1932-. *American opera*. Urbana: University of Illinois Press, 2001.
- Lankford, Ronald D., 1962-. *Folk music USA: the changing voice of protest*. New York: Schirmer Trade Books, 2005.
- Lowens, Irving, 1916-. *A bibliography of songsters printed in America before 1821*. Worcester, Mass.: American Antiquarian Society, 1976.

- Malone, Bill C, et al. *Southern music/American music*. Lexington, Ky.: University Press of Kentucky, 2003.
- Miller, Jim, 1947-. *Flowers in the dustbin: the rise of rock and roll, 1947-1977*. New York: Simon & Schuster, 1999.
- Nettl, Bruno, 1930-. *North American Indian musical styles*. Philadelphia: American Folklore Society, 1954.
- Peretti, Burton W.. *Lift every voice*. Rowman & Littlefield Publishers, 2008.
- Stowe., David W.. *Book ISBN 9780674012905*. Harvard University Press; First Edition edition, 2004.

## George H. W. Bush

- Bush, George. *Looking forward*. New York Doubleday, 1987.
- Bush, George, 1924-. *All the best, George Bush: my life in letters and other writings*. New York, NY: Scribner, 1999.
- Dinges, John, 1941-. *Our man in Panama: how general Noriega used the United States and made millions in drugs and arms*. New York: Random House, 1990.
- Ducat, Stephen. *The wimp factor: gender gaps, holy wars, and the politics of anxious masculinity*. Boston: Beacon Press, 2004.
- Duffy, Michael, 1958-, et al. *Marching in place: the status quo presidency of George Bush*. New York: Simon & Schuster, 1992.
- Kelley, Kitty. *The family: the real story of the Bush dynasty*. New York: Doubleday, 2004.
- Koch, Doro Bush, 1959-. *My father, my president: a personal account of the life of George H.W. Bush*. New York: Warner Books, 2006.
- Naftali, Timothy J. *George H.W. Bush*. New York: Times Books, 2007.
- Podhoretz, John. *Hell of a ride: backstage at the White House follies, 1989-1993*. New York: Simon & Schuster, 1993.
- Smith, Jean Edward. *George Bush's war*. New York: H. Holt, 1992.
- Wicker, Tom. *George Herbert Walker Bush*. New York: Lipper/Viking, 2004.
- Wilentz, Sean. *The age of Reagan*. Harper, 2008.

## David Elliot Cohen

- Cohen, David, 1955-. *Nelson Mandela: a life in photographs*. New York: Sterling, 2009.
- Cohen, David, 1955-. *One year off: leaving it all behind for a round-the-world journey with our children*. New York: Simon & Schuster, 1999.
- Cohen, David, 1955-, et al. *A day in the life of Israel*. [San Francisco]: Collins Publishers San Francisco, 1994.
- Cohen, David, 1955-, et al. *A day in the life of Thailand*. San Francisco: Collins Publishers, 1995.
- Cohen, David, 1955-, et al. *Christmas in America: images of the holiday season by 100 of America's leading photographers*. San Francisco: Collins, 1988.
- Collins, Charles M. (Charles Miller). *The African Americans*. New York: Viking Studio Books, 1993.
- Foundation, Tides. *:15: fifteen seconds: the great California earthquake of 1989: a book to benefit earthquake victims*. San Francisco, CA: Tides Foundation; Covelo, CA: Island Press, 1989.
- None,. *A Day in the life of Canada*. Toronto: Collins, 1984.
- None,. *A Day in the life of China*. San Francisco: Collins, 1989.
- None,. *What matters: the world's preeminent photojournalists and thinkers depict essential issues of our time*. New York: Sterling, 2008.
- Publishers, Collins. *Requiem for the heartland: the Oklahoma City bombing*. San Francisco: Collins Publishers, 1995.
- Smolan, Rick. *A Day in the life of the Soviet Union*. New York: Collins Publishers in association with I. Shapiro, 1987.

## Larry Crabb

- Crabb, Larry, 1944-. *Basic principles of Biblical counseling*. Grand Rapids: Zondervan Pub. House, 1975.

- Crabb, Larry, 1944-. *Shattered dreams: God's unexpected pathway to joy*. Colorado Springs, Colo.: WaterBrook Press, 2001.
- Crabb, Larry, 1944-. *The pressure's off: there's a new way to live*. Colorado Springs, Colo.: WaterBrook Press, 2002.
- Crabb, Larry, 1944-, et al. *God calls men to move beyond- the silence [of] Adam: becoming men of courage in a world of chaos*. Grand Rapids, Mich.: Zondervan Pub. House, 1995.
- Crabb, Larry, et al. *Encouragement: the key to caring*. Grand Rapids, Michigan. Zondervan Publishing., 1984.
- Crabb, Lawrence J. *Connecting: healing for ourselves and our relationships: a radical new vision*. Nashville, Tenn.: Word Pub., 1997.
- Crabb, Lawrence J. *Inside out*. Colorado Springs, Colo.: NavPress, 1989.
- Crabb, Lawrence J. *Men & women: enjoying the difference*. Grand Rapids, Mich.: Zondervan, 1991.
- Crabb, Lawrence J. *Soultalk: the language God longs for us to speak*. Nashville: Integrity Publishers, 2003.
- Crabb, Lawrence J. *The marriage builder: a blueprint for couples and counselors*. Grand Rapids, Mich.: Zondervan Pub. House, 1982.
- Crabb, Lawrence J. *The safest place on earth: where people connect and are forever changed*. Nashville, Tenn.: Word Pub., 1999.
- Crabb, Lawrence J. *Understanding people: deep longings for relationship*. Grand Rapids, MI: Ministry Resources Library, 1987.
- Crabb, Lawrence J.. *Finding God*. Zondervan Pub. House, 1993.
- Crabb, Lawrence J.. *The Papa prayer*. Integrity Publishers, 2006.

## Hand knitting

- Bartlett, Anne. *Knitting*. Boston: Houghton Mifflin, 2005.
- Colton, Virginia, et al. *Reader's Digest Complete guide to needlework*. Pleasantville, N.Y.: Reader's Digest Association, 1979.
- Donath, Uta, et al. *Paper yarn: 24 creative projects to make using a variety of techniques*. New York: St. Martin's Griffin, 2009.
- Hood, Ann, 1956-. *The knitting circle*. New York: W.W. Norton, 2007.
- Jacobs, Kate, 1973-. *The Friday night knitting club*. New York: G.P. Putnam's Sons, 2007.
- Macomber, Debbie. *A good yarn*. Don Mills, Ont.: MIRA Books, 2005.
- Manning, Tara Jon, 1968-. *Men in knits: sweaters to knit that he will wear*. Loveland, Colo.: Interweave Press, 2003.
- Manning, Tara Jon, 1968-. *Mindful knitting: inviting contemplative practice to the craft*. Boston, Mass.: Tuttle Pub., 2004.
- Murphy, Bernadette M. (Bernadette Mary), 1963-. *Zen and the art of knitting: exploring the links between knitting, spirituality, and creativity*. Avon, Mass.: Adams Media Corp., 2002.
- Roghaar, Linda, et al. *KnitLit: sweaters and their stories and other writing about knitting*. New York: Three Rivers Press, 2002.
- Sefton, Maggie. *A deadly yarn*. New York: Berkley Prime Crime, 2006.
- Stanley, Montse. *Reader's Digest knitter's handbook*. Pleasantville, N.Y.: Reader's Digest Association, 1993.
- Thomas, Mary, 1889-1948. *Mary Thomas's knitting book*. New York, Dover Publications, 1972.

## W. H. Auden

- Auden, W. H.. *Juvenilia*. Princeton University Press, 1994.
- Auden, W. H.. *Libretti and other dramatic writings by W.H. Auden, 1939-1973*. Princeton University Press, 1993.
- Auden, W. H. (Wystan Hugh), 1907-1973. *Plays and other dramatic writings by W.H. Auden, 1928-1938*. Princeton, N.J.: Princeton University Press, 1988.

- Auden, W. H. (Wystan Hugh), 1907-1973. *Prose. V. 3, 1949-1955*. Princeton, N.J.; Chichester: Princeton University Press, 2008.
- Auden, W. H. (Wystan Hugh), 1907-1973, et al. *Selected poems*. New York: Vintage Books, 1979.
- Beach, Joseph Warren, 1880-1957. *The making of the Auden canon*. [Minneapolis] University of Minnesota Press, 1957.
- Farnan, Dorothy J. (Dorothy Jeanne). *Auden in love*. New York: Simon and Schuster, 1984.
- Hoggart, Richard, 1918-. *Auden: an introductory essay*. London: Chatto & Windus, 1951.
- Hynes, Samuel. *The Auden generation*. Pimlico, 1992.
- Jarrell, Randall. *Randall Jarrell on W.H. Auden*. Columbia University Press, 2005.
- Mendelson, Edward. *Early Auden*. New York: Viking Press, 1981.
- Mendelson, Edward. *Later Auden*. New York: Farrar, Strauss and Giroux, 1999.
- Pike, James A. (James Albert), 1913-1969, et al. *Modern Canterbury pilgrims and why they chose the Episcopal church: by John H. Hallowell [and others]*. New York, Morehouse-Gorham, 1956.
- Tippins, Sherill. *February house*. Boston: Houghton Mifflin, 2006.

## J. Robert Oppenheimer

- Bethe, Hans A. (Hans Albrecht), 1906-2005. *The road from Los Alamos*. New York, NY: American Institute of Physics, 1991.
- Cassidy, David C.. *J. Robert Oppenheimer and the American century*. Pi Press, 2005.
- Conant, Jennet. *109 East Palace: Robert Oppenheimer and the secret city of Los Alamos*. New York: Simon & Schuster, 2005.
- Feldman, Burton. *The Nobel prize*. Arcade Pub., 2000.
- Groves, Leslie R., 1896-1970. cn. *Now it can be told; the story of the Manhattan project*. New York, Harper, 1962.
- Oppenheimer, J. Robert, 1904-1967. *Atom and void: essays on science and community*. Princeton, N.J.: Princeton University Press, 1989.
- Oppenheimer, J. Robert, 1904-1967, et al. *Robert Oppenheimer, letters and recollections*. Cambridge, Mass.: Harvard University Press, 1980.
- Oppenheimer, J. Robert, 1904-1967, et al. *Uncommon sense*. Cambridge, Mass.: Birkhäuser Boston, 1984.
- Pais, Abraham. *J. Robert Oppenheimer*. Oxford University Press, 2005.
- Rabi, Isidor Isaac, 1898- (et al.). *Oppenheimer*. New York: Scribner's, 1969.
- Schweber, Silvan S.. *Einstein and Oppenheimer*. Harvard University Press, 2008.
- Spangenburg, Ray. *Science frontiers, 1946 to the present*. Facts On File, 2004.
- Szasz, Ferenc Morton, 1940-2010. *The day the sun rose twice: the story of the Trinity Site nuclear explosion, July 16, 1945*. Albuquerque: University of New Mexico Press, 1984.
- Wolverton, Mark. *A life in twilight*. St. Martin's Press, 2008.

## Presidency of Abraham Lincoln

- Cox, LaWanda C. Fenlason. *Lincoln and Black freedom: a study in presidential leadership*. Columbia, S.C.: University of South Carolina Press, 1981.
- Donald, David Herbert. *Lincoln reconsidered*. Vintage Books, 2001.
- Foner, Eric. *Reconstruction: America's unfinished revolution, 1863-1877*. New York: Harper & Row, 1988.
- Goodwin, Doris Kearns. *Team of rivals: the political genius of Abraham Lincoln*. New York: Simon & Schuster, 2005.
- Jaffa, Harry V. *A new birth of freedom: Abraham Lincoln and the coming of the Civil War*. Lanham, Md.: Rowman & Littlefield Publishers, 2000.
- Klein, Maury, 1939-. *Days of defiance: Sumter, secession, and the coming of the Civil War*. New York: Knopf: Distributed by Random House, 1997.
- Miller, William Lee. *Lincoln's virtues*. Alfred A. Knopf, 2002.
- Morison, Samuel Eliot, 1887-1976. *The Oxford history of the American people*. New York, Oxford University Press, 1965.

- Paludan, Phillip S.. *The presidency of Abraham Lincoln*. University Press of Kansas, 1994.
- Potter, David Morris, et al. *The impending crisis, 1848-1861*. New York: Harper & Row, 1976.
- Randall, J. G. (James Garfield), 1881-1953. *Lincoln the president*. New York: Da Capo Press, 1997.
- Weisman, Steven R.. *The great tax wars*. Simon & Schuster, 2002.
- White, Ronald C. (Ronald Cedric), 1939-. *A. Lincoln: a biography*. New York: Random House, 2009.
- White, Ronald C. (Ronald Cedric), 1939-. *The eloquent president: a portrait of Lincoln through his words*. New York: Random House, 2005.

## Poetry

- Ahl, Frederick, 1941-. *The Odyssey re-formed*. Ithaca, N.Y.: Cornell University Press, 1996.
- Brooks, Cleanth, 1906-1994. *The well wrought urn: studies in the structure of poetry*. New York: Harcourt, Brace & World, 1947.
- Corn, Alfred, 1943-. *The poem's heartbeat: a manual of prosody*. Brownsville, OR: Story Line Press, 1997.
- Dante Alighieri, 1265-1321, et al. *The Inferno of Dante: a new verse translation*. New York: Farrar, Straus and Giroux, 1994.
- Fussell, Paul, 1924-. *Poetic meter and poetic form*. New York, Random House, 1965.
- Goody, Jack. *The interface between the written and the oral*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1987.
- Hollander, John. *Rhyme's reason: a guide to English verse*. New Haven: Yale University Press, 1981.
- Longenbach, James. *Modern poetry after modernism*. New York: Oxford University Press, 1997.
- Mackerras, Colin. *Chinese theater [electronic resource]: from its origins to the present day*. Honolulu: University of Hawaii Press, 1983.
- Pigman, G. W. *Grief and English Renaissance elegy*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1985.
- Pinsky, Robert, et al. *The sounds of poetry: a brief guide*. New York: Farrar, Straus and Giroux, 1998.
- Preminger, Alex, et al. *The New Princeton encyclopedia of poetry and poetics*. Princeton, N.J.: Princeton University Press, 1993.
- Russom, Geoffrey. *Beowulf and old Germanic metre*. Cambridge; New York: Cambridge University Press, 1998.
- Wesling, Donald. *The chances of rhyme: device and modernity*. Berkeley: University of California Press, 1980.

## Presidency of Richard Nixon

- Ambrose, Stephen E. *Nixon*. New York: Simon and Schuster, 1987.
- Bernstein, Carl, 1944-, et al. *All the President's men*. New York: Simon & Schuster, 1994.
- Black, Conrad. *Richard M. Nixon: a life in full*. New York: PublicAffairs, 2007.
- Dallek, Robert. *Nixon and Kissinger: partners in power*. New York: HarperCollins Pub., 2007.
- Drew, Elizabeth. *Richard M. Nixon*. New York: Times Books, 2007.
- Evans, Rowland, 1921-, et al. *Nixon in the White House: the frustration of power*. New York, Random House, 1971.
- Facts on File, Inc, et al. *The Nixon/Ford years*. New York: Facts on File, 1979.
- Gaddis, John Lewis. *Strategies of containment: a critical appraisal of postwar American national security policy*. New York: Oxford University Press, 1982.
- Kinzer, Stephen. *Overthrow: America's century of regime change from Hawaii to Iraq*. New York: Times Books/Henry Holt, 2007.
- Mayes, Rick, 1969-. *Universal coverage: the elusive quest for national health insurance*. Ann Arbor: University of Michigan Press, 2004.
- Nixon, Richard M. (Richard Milhous), 1913-1994. *RN: the memoirs of Richard Nixon*. New York: Grosset & Dunlap, 1978.
- Parmet, Herbert S.. *Richard Nixon and his America*. Little, Brown, 1990.
- Reeves, Richard. *President Nixon*. Simon & Schuster, 2001.

- Small, Melvin. *The presidency of Richard Nixon*. Lawrence: University Press of Kansas, 1999.

## Battle of the Coral Sea

- Blair, Clay, 1925-. *Silent victory: the U.S. submarine war against Japan*. Philadelphia, Lippincott, 1975.
- Drea, Edward J., 1944-. *MacArthur's ULTRA: codebreaking and the war against Japan, 1942-1945*. Lawrence, Kan.: University Press of Kansas, 1991.
- Dull, Paul S. *A battle history of the Imperial Japanese Navy, 1941-1945*. Annapolis: Naval Institute Press, 1978.
- Frank, Richard B.. *Guadalcanal*. Random House, 1990.
- Hata, Ikuhiko, 1932-, et al. *Japanese naval aces and fighter units in World War II*. Annapolis, Md.: Naval Institute Press, 1989.
- Hoehling, A. A. (Adolph A.). *The Lexington goes down*. Englewood Cliffs, N.J.: Prentice-Hall, 1971.
- Hoyt, Edwin Palmer. *Japan's war: the great Pacific conflict, 1853 to 1952*. New York: McGraw-Hill, 1986.
- Lundstrom, John B. *The first South Pacific campaign: Pacific Fleet strategy, December 1941-June 1942*. Annapolis: Naval Institute Press, 1976.
- O'Neill, William L. *A democracy at war: America's fight at home and abroad in World War II*. New York: Free Press; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1993.
- Parshall, Jonathan B., 1962-;Tully, Anthony P., 1961-. *Shattered sword: the untold story of the Battle of Midway*. Washington, D.C.: Potomac Books, 2005.
- Ugaki, Matome. *Fading victory: the diary of Admiral Matome Ugaki, 1941-1945*. Pittsburgh: University of Pittsburgh Press, 1991.
- Willmott, H. P. *Empires in the balance: Japanese and Allied Pacific strategies to April 1942*. Annapolis, Md.: Naval Institute Press, 1982.
- Wooldridge, E. T. *Carrier warfare in the Pacific: an oral history collection*. Washington: Smithsonian Institution Press, 1993.

## Soviet–Afghan War

- Andrew, Christopher M, et al. *The sword and the shield: the Mitrokhin archive and the secret history of the KGB*. New York: Basic Books, 1999.
- Arnold, Anthony. *Afghanistan's two-party communism: Parcham and Khalq*. Stanford, Calif.: Hoover Institution Press, Stanford University, 1983.
- Carew, Tom. *Jihad!: the secret war in Afghanistan*. Edinburgh: Mainstream, 2001.
- Coll, Steve. *Ghost wars: the secret history of the CIA, Afghanistan, and bin Laden, from the Soviet invasion to September 10, 2001*. New York: Penguin Press, 2004.
- Crews, Robert D., 1970-, et al. *The Taliban and the crisis of Afghanistan*. Cambridge, Mass.: Harvard University Press, 2008.
- Dorril, Stephen. *MI6: inside the covert world of Her Majesty's secret intelligence service*. New York: Simon & Schuster, 2002.
- Feifer, Gregory. *The great gamble: the Soviet war in Afghanistan*. New York: Harper, 2009.
- Fisk, Robert. *The Great War for Civilisation*. Knopf, 2005.
- Goodson, Larry P. *Afghanistan's endless war: state failure, regional politics, and the rise of the Taliban*. Seattle: University of Washington Press, 2001.
- Jackson, Jon A. *Badger games*. New York: Atlantic Monthly Press, 2002.
- Kepel, Gilles. *Jihad: the trail of political Islam*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2002.
- Lohbeck, Kurt. *Holy war, unholy victory: eyewitness to the CIA's secret war in Afghanistan*. Washington, D.C.: Regnery Gateway, 1993.
- Mann, Jim, 1946-. *Rise of the Vulcans: the history of Bush's war cabinet*. New York, N.Y.: Penguin Books, 2004.
- Scheuer, Michael. *Through our enemies' eyes: Osama bin Laden, radical Islam, and the future of America*. Washington, D.C.: Potomac Books, Inc., 2006.

## Addition

- Begle, Edward G. (Edward Griffith), 1914-1978. *The mathematics of the elementary school*. New York, McGraw-Hill, 1975.
- Devine, Donald F. *Elementary mathematics for teachers*. New York: Wiley, 1991.
- Dunham, William, 1947-. *The mathematical universe: an alphabetical journey through the great proofs, problems, and personalities*. New York: Wiley & Sons, 1994.
- Ferreirós Domínguez, José. *Labyrinth of thought: a history of set theory and its role in modern mathematics*. Basel; Boston, MA.: BirkhäuserVerlag, 1999.
- Ifrah, Georges. *The universal history of computing: from the abacus to the quantum computer*. New York: John Wiley, 2001.
- Riley, K. F. *Mathematical methods for physics and engineering*. Cambridge University Press, 2006.
- Rudin, Walter, 1921-. *Principles of mathematical analysis*. Auckland; London: McGraw-Hill, 1976.
- Schmid, Hermann, 1925-. *Decimal computation*. New York, Wiley, 1974.
- Schwartzman, Steven. *The words of mathematics: an etymological dictionary of mathematical terms used in English*. Washington, DC: Mathematical Association of America, 1994.
- Smith, Frank, 1928-. *The glass wall: why mathematics can seem difficult*. New York: Teachers College Press, 2002.
- Stewart, James. *Calculus*. Brooks/Cole, 1999.
- Walle, John A. Van de. *Elementary and middle school mathematics*. Allyn and Bacon, 2004.
- Williams, Michael R. (Michael Roy), 1942-. *A history of computing technology*. Englewood Cliffs, N.J.: Prentice-Hall, 1985.

## Battle of Iwo Jima

- Bradley, James, 1954-. *Flyboys: a true story of courage*. Boston: Little, Brown, 2003.
- Bradley, James, 1954-, et al. *Flags of our fathers*. New York: Bantam Books, 2001.
- Buell, Hal. *Uncommon valor, common virtue: Iwo Jima and the photograph that captured America*. New York: Berkley Pub. Group/Penguin Group, 2006.
- Kakehashi, Kumiko. *So sad to fall in battle*. Presidio Press/Ballantine Books, 2007.
- Keegan, John, 1934-. *The Second World War*. New York: Viking, 1990.
- Leckie, Robert. *Delivered from evil*. Harper & Row, 1988.
- Leckie, Robert, et al. *The battle for Iwo Jima*. New York, Random House, 1967.
- Lucas, Jack, et al. *Indestructible: the unforgettable story of a marine hero at Iwo Jima*. Cambridge, MA: Da Capo Press, 2006.
- Morison, Samuel Eliot, 1887-1976. *Victory in the Pacific: 1945*. Boston: Little, Brown, 1960.
- Moskin, J. Robert. *The U.S. Marine Corps story*. Boston: Little, Brown and Co., 1992.
- Newcomb, Richard F. *Iwo Jima*. Toronto; New York: Bantam Books, 1982.
- Overton, Richard E. *God isn't here: a young American's entry into World War II and his participation in the battle for Iwo Jima*. Clearfield, Utah: American Legacy Media, 2004.
- Ross, Bill D.. *Iwo Jima*. Vintage Books, 1986.
- Toland, John, author. *The rising sun: the decline and fall of the Japanese empire, 1936-1945*. New York: Modern Library, 2003.

## The Evolution of Human Sexuality

- Buss, David M.. *The Evolution of Desire*. Basic Books, 2003.
- Carroll, Joseph, 1949-. *Evolution and literary theory*. Columbia, MO: University of Missouri Press, 1995.
- Ehrlich, Paul R. *Human natures: genes, cultures, and the human prospect*. Washington, D.C.: Island Press [for] Shearwater Books, 2000.
- Eibl-Eibesfeldt, Irenäus. *Human ethology*. New York: Aldine De Gruyter, 1989.
- Fausto-Sterling, Anne, 1944-. *Myths of gender: biological theories about women and men*. New York: Basic Books, 1985.
- Fisher, Helen E. *Anatomy of love: the natural history of monogamy, adultery, and divorce*. New York: Norton, 1992.

- Gould, Stephen Jay. *The Structure of Evolutionary Theory*. Belknap Press, 2002.
- Griffin, Susan. *Pornography and silence: culture's revenge against nature*. New York: Harper & Row, 1981.
- Hrdy, Sarah Blaffer, 1946-. *The woman that never evolved*. Cambridge, Mass.: Harvard University Press, 1981.
- Lloyd, Elisabeth Anne. *The case of the female orgasm: bias in the science of evolution*. Cambridge, Mass.: Harvard University Press, 2005.
- Megarry, Tim, 1941-. *Society in prehistory: the origins of human culture*. New York: New York University Press, 1995.
- Small, Meredith F. *Female choices: sexual behavior of female primates*. Ithaca: Cornell University Press, 1993.
- Thornhill, Randy. *A natural history of rape*. MIT Press, 2000.
- Williams, George C.. *The pony fish's glow*. BasicBooks, 1997.

## Operation Rolling Thunder

- Clodfelter, Mark. *The limits of air power: the American bombing of North Vietnam*. New York: Free Press; London: Collier Macmillan, 1989.
- Dougan, Clark, et al. *Nineteen sixty-eight*. Boston, MA: Boston Pub. Co., 1983.
- Goodman, Allan E., 1944-. *The search for a negotiated settlement of the Vietnam War*. Berkeley: Institute of East Asian Studies, University of California, 1986.
- Johnson, Lyndon B. (Lyndon Baines), 1908-1973. *The vantage point; perspectives of the Presidency, 1963-1969*. New York, Holt, Rinehart and Winston, 1971.
- Kahin, George McTurnan. *Intervention: how America became involved in Vietnam*. New York: Knopf, 1986.
- Karnow, Stanley. *Vietnam, a history*. New York: Viking Press, 1983.
- McNamara, Robert S., 1916-2009, et al. *In retrospect: the tragedy and lessons of Vietnam*. New York: Times Books, 1995.
- Moise, Edwin E., 1946-. *Tonkin Gulf and the escalation of the Vietnam War*. Chapel Hill: University of North Carolina Press, 1996.
- Morrocco, John, et al. *Thunder from above: air war, 1941-1968*. Boston, MA: Boston Pub. Co., 1984.
- Rendall, Ivan. *Rolling thunder*. Free Press, 1999.
- Smith, John, 1943 October 2-. *Rolling thunder*. New York: Kensington Pub. Corp., 1987.
- Tucker, Spencer. *Encyclopedia of the Vietnam War*. ABC-CLIO, 1998.
- VanDeMark, Brian, 1960-. *Into the quagmire: Lyndon Johnson and the escalation of the Vietnam War*. New York: Oxford University Press, 1991.
- Wiest, Andrew. *Rolling Thunder in a Gentle Land*. Osprey Publishing, 2006.

## Ted Kennedy (ice hockey)

- Batten, Jack, 1932-. *The Leafs: an anecdotal history of the Toronto Maple Leafs*. Toronto: Key Porter Books, 1994.
- Bidini, Dave. *Tropic of hockey: my search for the game in unlikely places*. Toronto, Ont.: McClelland & Stewart, 2000.
- Coleman, Jim. *Legends of hockey: the official book of the Hockey Hall of Fame*. Chicago: Triumph Books, 1996.
- Diamond, Dan. *Hockey's glory days: the 1950s and '60s*. Kansas City, Mo.: Andrews McMeel Pub., 2003.
- Diamond, Dan. *The ultimate prize: the Stanley Cup*. Kansas City, Mo.: Andrews McMeel Pub., 2003.
- Filey, Mike. *Toronto sketches 9*. Toronto: Dundurn, 2006.
- Goyens, Chrys, 1949-, et al. *Lions in winter*. Toronto: McGraw-Hill Ryerson, 1994.
- MacSkimming, Roy, 1944-. *Gordie a hockey legend: an unauthorized biography of Gordie Howe*. Vancouver, B.C.; Berkeley: Greystone Books; [Place of publication not identified]: Distributed in the U.S. by Publishers Group West, 2003.
- McDonell, Chris. *Hockey's greatest stars: legends and young lions*. Toronto: Firefly Books, 1999.

- Pitman, Walter.. *Elmer Iseler: choral visionary*. Toronto; Tonawana, NY: Dundurn Press, 2008.
- Ulmer, Michael, 1959-. *Captains*. Toronto: Macmillan Canada, 1995.
- Weekes, Don. *The big book of hockey trivia*. Vancouver; Berkeley: Greystone Books, 2005.
- White, Paul, 1950-. *Great centremen: stars of hockey's golden agde*. Canmore, Alta.: Altitude Pub. Canada, 2006.

## Lana Turner

- Brown, Peter H.. *Howard Hughes*. Da Capo Press, 2005.
- Crane, Cheryl,De La Hoz, Cindy. *Lana: the memories, the myths, the movies*. Philadelphia: Running Press, 2008.
- Dargis, Manohla. *L.A. confidential*. BFI Pub., 2003.
- Davis, Ronald L.. *Just making movies*. University Press of Mississippi, 2005.
- Farr, Finis. *FDR*. New Rochelle, N.Y., Arlington House, 1972.
- Jordan, David M., 1935-. *FDR, Dewey, and the election of 1944*. Bloomington: Indiana University Press, 2011.
- Kashner, Sam, et al. *The bad & the beautiful: Hollywood in the fifties*. New York: W.W. Norton, 2002.
- Lawson, Kristan, et al. *California Babylon: a guide to sites of scandal, mayhem, and celluloid in the Golden State*. New York: St. Martin's Griffin, 2000.
- Morella, Joe, et al. *Lana: the public and private lives of Miss Turner*. New York, Citadel Press, 1971.
- Parish, James Robert. *The Hollywood beauties*. New Rochelle, N.Y.: Arlington House, 1978.
- Robbins, Jann. *Harold and me: my life, love, and hard times with Harold Robbins*. New York: Forge, 2008.
- Shipman, David. cn. *The great movie stars; the golden years*. New York, Crown, 1970.
- Thomas, Tony, 1927-1997. *A wonderful life: the films and career of James Stewart*. Secaucus, N.J.: Citadel Press, 1988.
- Wayne, Jane Ellen. *The golden girls of MGM*. Carroll & Graf, 2003.

## John Lennon

- Anderson, Jennifer Joline. *John Lennon: legendary musician & Beatle*. Edina, Minn.: ABDO Pub. Co., 2010.
- Brown, Peter, 1937-, et al. *The love you make: an insider's story of the Beatles*. New York: McGraw-Hill, 1983.
- Fine, Jason. *Harrison*. New York: Simon & Schuster, 2002.
- Kane, Larry, 1942-. *Lennon revealed*. Philadelphia, Pa.; London: Running, 2007.
- Lennon, Cynthia. *John*. New York: Crown, 2005.
- Lennon, John. *All we are saying*. St. Martin's Griffin, 2000.
- Miles, Barry. *Paul McCartney*. H. Holt, 1997.
- Norman, Philip. *John Lennon*. Ecco, 2008.
- O'Dell, Chris. *Miss O'Dell*. Touchstone, 2009.
- Pang, May. *Instamatic karma: photographs of John Lennon*. New York: St. Martin's Press, 2008.
- Schaffner, Nicholas, 1953-. *The Beatles forever*. New York: McGraw-Hill, 1978.
- Spitz, Bob. *The Beatles: the biography*. New York: Little, Brown, 2005.
- Wiener, Jon. *Come together: John Lennon in his time*. Urbana: University of Illinois Press, 1991.
- Wiener, Jon. *Gimme some truth: John Lennon and the FBI*. Berkeley, Calif.; London: University of California Press, 1999.

## Smile (The Beach Boys album)

- Badman, Keith. *The Beach Boys: the definitive diary of America's greatest band, on stage and in the studio*. San Francisco, Calif.: Backbeat Books, 2004.
- Coleman, Ray. *Today's sound*. London: Hamlyn, 1974.
- Gaines, Steven S. *Heroes and villains: the true story of the Beach Boys*. New York, N.Y.: New American Library, 1986.

- Hajdu, David. *Heroes and villains: essays on music, movies, comics, and culture*. Cambridge, MA: Da Capo Press, 2009.
- Heylin, Clinton. *The act you've known for all these years: a year in the life of Sgt. Pepper & friends*. New York: Canongate: Distributed by Publishers Group West, 2007.
- Howard, David N., 1969-. *Sonic alchemy: visionary music producers and their maverick recordings*. Milwaukee, WI: Hal Leonard Corp., 2004.
- Leaf, David. *The Beach Boys and the California myth*. New York: Grosset & Dunlap, 1978.
- Marsh, Dave, et al. *The new Rolling stone record guide*. New York: Random House/Rolling Stone Press, 1983.
- Prendergast, Mark J. *The ambient century: from Mahler to Moby: the evolution of sound in the electronic age*. New York: Bloomsbury, 2003.
- Stebbins, Jon. *Dennis Wilson: the real Beach Boy*. Toronto, Ont.: ECW Press, 2000.
- Tobler, John, et al. *The Beach Boys*. Secaucus, N.J.: Chartwell Books, 1978.
- Toop, David. *Ocean of sound: aether talk, ambient sound and imaginary worlds*. London; New York: Serpent's Tail, 1995.
- White, Timothy, 1952-2002. *The nearest faraway place: Brian Wilson, the Beach Boys, and the Southern Californian experience*. London: Macmillan, 1996.

## League of Nations

- Bendiner, Elmer. *A time for angels: the tragicomic history of the League of Nations*. New York: Knopf: distributed by Random House, 1975.
- Bouchet-Saulnier, Françoise. *The practical guide to humanitarian law*. Lanham, Md.: Rowman & Littlefield, 2007.
- Churchill, Winston. *The gathering storm*. Houghton Mifflin, 1985.
- Gill, George, 1927-1995. *The League of Nations: from 1929 to 1946*. Garden City Park, N.Y.: Avery Pub. Group, 1996.
- Housden, Martyn, 1962-. *The League of Nations and the organisation of peace*. New York: Pearson Longman, 2012.
- Joyce, James Avery. *Broken star: the story of the League of Nations (1919-1939)*. Swansea: C. Davies, 1978.
- Lannon, Frances. *The Spanish Civil War*. Osprey Publishing, 2002.
- Miller, David Hunter, 1875-. *The drafting of the covenant*. New York: Johnson Reprint, 1969.
- Myers, Denys P. (Denys Peter), b. 1884, et al. *Handbook of the League of Nations: a comprehensive account of its structure, operation and activities*. Boston; New York: World Peace Foundation, 1935.
- Ostrower, Gary B.. *The League of Nations*. Avery Pub. Group, 1996.
- Pedersen, Susan, 1959-. *The guardians: the League of Nations and the crisis of empire*. Oxford: Oxford University Press, 2015.
- Scott, George, 1925-. *The rise and fall of the League of Nations*. London, Hutchinson, 1973.
- Thorne, Christopher G. *The limits of foreign policy; the West, the League, and the Far Eastern crisis of 1931-1933*. New York, Putnam, 1973.
- Winkler, Henry R. (Henry Ralph), 1916-2012. *Paths not taken: British labour and international policy in the 1920s*. Chapel Hill: University of North Carolina Press, 1994.

## Paul von Hindenburg

- Asprey, Robert B. *The German high command at war: Hindenburg and Ludendorff conduct World War I*. New York: W. Morrow, 1991.
- Berman, Russell A., 1950-. *Paul von Hindenburg*. New York: Chelsea House, 1987.
- Chickering, Roger, 1942-. *Imperial Germany and the Great War, 1914-1918*. Cambridge, U.K.; New York, NY: Cambridge University Press, 1998.
- Craig, Gordon Alexander. *The Germans*. Meridian, 1991.
- Dorpalen, Andreas. *Hindenburg and the Weimar Republic*. Princeton, N.J., Princeton University Press, 1964.

- Eyck, Erich, 1878-1964. *A history of the Weimar Republic*. Cambridge, Harvard University Press, 1962.
- Gaulle, Charles de. *The enemy's house divided*. University of North Carolina Press, 2002.
- Lincoln, W. Bruce. *Passage through Armageddon: the Russians in war and revolution, 1914-1918*. New York: Simon and Schuster, 1986.
- Overy, R. J. *The dictators: Hitler's Germany and Stalin's Russia*. New York: W.W. Norton & Co., 2004.
- Papen, Franz von, 1879-1969. *Memoirs*. London: E. Deutsche, 1952.
- Parkinson, Roger. *Tormented warrior: Ludendorff and the Supreme Command*. London: Hodder and Stoughton, 1978.
- Shirer, William L.. *The Rise and Fall of the Third Reich: A History of Nazi Germany*. Simon and Schuster, 1960.
- Sixsmith, E. K. G. (Eric Keir Gilborne). *British generalship in the twentieth century*. London, Arms & Armour P., 1970.
- Turner, Henry Ashby. *Hitler's thirty days to power*. Addison-Wesley, 1996.

## History of U.S. foreign policy, 1829–1861

- Baker, Jean H. *James Buchanan*. New York: Times Books, 2004.
- Bauer, K. Jack (Karl Jack), 1926-. *Zachary Taylor: soldier, planter, statesman of the old Southwest*. Baton Rouge: Louisiana State University Press, 1985.
- Borneman, Walter R.. *Polk*. Random House, 2008.
- Cole, Donald B. *The presidency of Andrew Jackson*. Lawrence, Kan.: University Press of Kansas, 1993.
- Dusinberre, William. *Slavemaster president*. Oxford University Press, 2003.
- Eisenhower, John S. D.. *Zachary Taylor*. Times Books, 2008.
- Graff, Henry F. (Henry Franklin), 1921-. *The presidents: a reference history*. New York: Charles Scribner's Sons: Thomson/Gale, 2002.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- May, Gary. *John Tyler*. Times Books/Henry Holt and Co., 2008.
- Pletcher, David M.. *The diplomacy of annexation*. Univ of Missouri Pr; 1St Edition edition, 1973.
- Seigenthaler, John, 1927-2014. *James K. Polk*. New York: Times Books, 2004.
- Silbey, Joel H.. *Martin Van Buren and the emergence of American popular politics*. Rowman & Littlefield, 2002.
- Smith, Elbert B. *The Presidency of James Buchanan*. Lawrence: University Press of Kansas, 1975.
- Smith, Elbert B. *The presidencies of Zachary Taylor & Millard Fillmore*. Lawrence, Kan.: University Press of Kansas, 1988.

## Abwehr

- Archer, Christon I., et al. *World History of Warfare (Tactics & Strategies)*. University of Nebraska Press, 2002.
- Blandford, Edmund L. *SS intelligence: the Nazi Secret Service*. Edison, NJ: Castle Books, 2000.
- Cooper, Matthew, 1952- author;Rogers D. Spotswood Collection. *The German Army, 1933-1945: its political and military failure*. New York: Bonanza Books: Distributed by Crown Publishers;, 1984.
- Davies, Norman, 1939-. *No simple victory: World War II in Europe 1939-1945*. New York: Viking, 2007.
- Hildebrand, Klaus, author;Mazal Holocaust Collection. TxSaTAM. *The foreign policy of the Third Reich*. Berkeley: University of California Press, 1973.
- Holt, Thaddeus. *The deceivers*. Scribner, 2004.
- Kahn, David, 1930-. *Hitler's spies: German military intelligence in World War II*. New York: Macmillan, 1978.
- McDonough, Frank. *Opposition and resistance in Nazi Germany*. Cambridge University Press, 2001.
- Richelson, Jeffrey. *A century of spies*. Oxford University Press, 1995.
- Roseman, Mark. *A past in hiding: memory and survival in Nazi Germany*. New York: Metropolitan Books, 2001.
- Seaton, Albert, 1921-. *The German Army, 1933-45*. New York: New American Library, 1985.

- Waller, John H. *The unseen war in Europe: espionage and conspiracy in the Second World War*. New York: Random House, 1996.
- Weinberg, Gerhard L. *A world at arms: a global history of World War II*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.
- Weinberg, Gerhard L. *Germany, Hitler, and World War II: essays in modern German and world history*. Cambridge [England]; New York: Cambridge University Press, 1995.

## Artificial intelligence

- Berlinski, David, 1942-. *The advent of the algorithm: the 300-year journey from an idea to the computer*. San Diego: Harcourt, 2001.
- Dreyfus, Hubert L, et al. *Mind over machine: the power of human intuition and expertise in the era of the computer*. New York: Free Press, 1986.
- Dyson, George, 1953-. *Darwin among the machines: the evolution of global intelligence*. Reading, MA: Perseus Books, 1998.
- Edelson, Edward, 1932-. *The nervous system*. New York: Chelsea House Publishers, 1991.
- Foss, Brian M. *New horizons in psychology*. Baltimore, Penguin Books, 1966.
- Luger, George F. *Artificial intelligence: structures and strategies for complex problem solving*. Redwood City, CA.: Benjamin/Cummings Pub. Co., 1993.
- Minsky, Marvin Lee, 1927-. *Computation: finite and infinite machines*. Englewood Cliffs, N.J.: Prentice-Hall, 1967.
- Moravec, Hans P. *Mind children: the future of robot and human intelligence*. Cambridge, Mass.: Harvard University Press, 1988.
- Nilsson, Nils J., 1933-. *Artificial Intelligence: a new synthesis*. San Francisco, CA.: Morgan Kaufmann Publishers, 1998.
- Poole, David L.. *Computational intelligence*. Oxford University Press, 1998.
- Raphael, Bertram. *The thinking computer: mind inside matter*. San Francisco: W. H. Freeman, 1976.
- Searle, John R.. *Mind, Language, and Society*. Basic Books, 2000.
- Simon, Herbert A. (Herbert Alexander), 1916-2001. *The shape of automation for men and management*. New York, Harper & Row, 1965.
- Thro, Ellen. *Robotics: the marriage of computers and machines*. New York: Facts on File, 1993.

## Revolutionary Armed Forces of Colombia

- Braun, Herbert, 1948-. *Our guerrillas, our sidewalks: a journey into the violence of Colombia*. Lanham, Md.: Rowman & Littlefield, 2003.
- Bushnell, David. *The making of modern Colombia*. University of California Press, 1993.
- Chomsky, Noam. *Rogue states*. South End Press, 2000.
- Dudley, Steven S. *Walking ghosts: murder and guerrilla politics in Colombia*. New York: Routledge, 2004.
- Gott, Richard, 1938-. *Guerrilla movements in Latin America*. London, Nelson, 1970.
- Guevara, Che, 1928-1967, et al. *The motorcycle diaries: notes on a Latin American journey*. Melbourne, Australia; New York: Ocean Press, 2004.
- HYLTON, FORREST. *EVIL HOUR IN COLOMBIA.*. VERSO, 2006.
- Leech, Garry M. *Beyond Bogotá: diary of a drug war journalist in Colombia*. Boston: Beacon Press, 2009.
- MacEoin, Gary, 1909-2003. *Revolution next door; Latin America in the 1970's*. New York, Holt, Rinehart and Winston, 1971.
- Murillo, Mario. *Columbia and the United States*. Seven Stories, 2004.
- Pearce, Jenny. *Colombia, inside the labyrinth*. Latin America Bureau (Research and Action), 1990.
- Rabasa, Angel, et al. *Colombian labyrinth: the synergy of drugs and insurgency and its implications for regional stability*. Santa Monica, CA: Rand, 2001.
- Safford, Frank, 1935-, et al. *Colombia: fragmented land, divided society*. New York: Oxford University Press, 2002.

- Toledo, Rebeca, et al. *War in Colombia: made in U.S.A.*. New York: International Action Center, 2003.

## History of the Republican Party (United States)

- Bell, Jeffrey, 1943-. *The case for polarized politics: why America needs social conservatism*. New York: Encounter Books, 2012.
- Black, Earl, 1942-, et al. *The rise of Southern Republicans [electronic resource]*. Cambridge, MA: Belknap Press of Harvard University Press, 2002.
- Deckman, Melissa M. (Melissa Marie), 1971-. *School board battles: the Christian right in local politics*. Washington, D.C.: Georgetown University Press, 2004.
- Foner, Eric. *Free soil, free labor, free men: the ideology of the Republican Party before the Civil War*. London; New York: Oxford University Press, 1979.
- Foner, Eric. *Reconstruction: America's unfinished revolution, 1863-1877*. New York: Harper & Row, 1988.
- Goodwin, Doris Kearns. *Team of rivals: the political genius of Abraham Lincoln*. New York: Simon & Schuster, 2005.
- Gould, Lewis L. *Four hats in the ring: the 1912 election and the birth of modern American politics*. Lawrence, Kan.: University Press of Kansas, 2008.
- Gould, Lewis L. *Grand Old Party: a history of the Republicans*. New York: Random House, 2003.
- Gould, Lewis L. *The Presidency of William McKinley*. Lawrence: Regents Press of Kansas, 1980.
- Gould, Lewis L. *The presidency of Theodore Roosevelt*. Lawrence, Kansas: University Press of Kansas, 2011.
- Micklethwait, John, et al. *The right nation: conservative power in America*. New York: Penguin Press, 2004.
- Muzzey, David Saville, 1870-1965 1965. *James G. Blaine, a political idol of other days*. New York, Dodd, Mead & company, 1934.
- Perlstein, Rick, 1969-. *Before the storm: Barry Goldwater and the unmaking of the American consensus*. New York: Hill and Wang, 2001.
- Randall, J. G. (James Garfield), 1881-1953. *Lincoln the president*. New York: Da Capo Press, 1997.

## Entropy

- Baeyer, Hans Christian Von. *Information*. Harvard University Press, 2003.
- Baierlein, Ralph. *Thermal physics*. Cambridge, U.K.; New York: Cambridge University Press, 1999.
- Ben-Naim, Arieh, 1934-. *Entropy demystified: the second law reduced to plain common sense with seven simulated games: S=klogW*. New Jersey: World Scientific, 2008.
- Carnot, Sadi, 1796-1832. *Reflexions on the motive power of fire: a critical edition with the surviving scientific manuscripts*. [Manchester]: Manchester University Press; New York: Lilian Barber Press, 1986.
- Chaisson, Eric J.. *Cosmic Evolution*. Harvard University Press, 2001.
- Cutnell, John D, et al. *Physics*. New York: Wiley, 1998.
- Georgescu-Roegen, Nicholas. *The entropy law and the economic process*. Cambridge, Mass., Harvard University Press, 1971.
- Gillispie, Charles Coulston. *The edge of objectivity; an essay in the history of scientific ideas. --*. Princeton, N.J.: Princeton University Press, 1960.
- Gribbin, John R.. *Q is for quantum*. Free Press, 1998.
- Levine, Ira N. (Ira Noel), 1937-. *Physical chemistry*. Boston: McGraw Hill, 2002.
- Moore, John W. *Chemistry: the molecular science*. Belmont, CA: Thompson Brooks/Cole, 2005.
- Penrose, Roger. *The Road to Reality*. Knopf, 2005.
- Reif, F. (Frederick), 1927-. *Fundamentals of statistical and thermal physics*. New York, McGraw-Hill, 1965.
- Serway, Raymond A. *Physics for scientists & engineers*. Philadelphia: Saunders College Pub., 1992.

## Age of Discovery

- Boxer, C. R. (Charles Ralph), 1904-. *The Portuguese seaborne empire: 1415-1825*. London: Hutchinson, 1969.
- Crow, John Armstrong. *The epic of Latin America*. Berkeley: University of California Press, 1992.
- Díaz del Castillo, Bernal, 1496-1584, et al. *The conquest of New Spain*. London; New York: Penguin, 1963.
- Fernández-Armesto, Felipe. *Pathfinders*. W. W. Norton, 2006.
- Gernet, Jacques. *Daily life in China: on the eve of the Mongol invasion, 1250-1276*. Stanford, Calif.: Stanford University Press, 1970.
- Gough, Barry M. *Distant dominion: Britain and the northwest coast of North America, 1579-1809*. Vancouver: University of British Columbia Press, 1980.
- Jensen, De Lamar, 1925-. *Renaissance Europe: age of recovery and reconciliation*. Lexington, Mass.: D.C. Heath, 1992.
- Merson, John. *The genius that was China: East and West in the making of the modern world*. New York, N.Y.: Overlook Press, 1990.
- Morison, Samuel Eliot, 1887-1976. *The European discovery of America: the southern voyages, A.D. 1492-1616*. New York: Oxford University Press, 1974.
- Overton, Mark, 1950-. *Agricultural revolution in England: the transformation of the agrarian economy 1500-1850*. Cambridge, England; New York: Cambridge University Press, 1996.
- Pohl, Frederick Julius, 1889-. *Amerigo Vespucci: pilot major*. New York: Octagon Books, 1966.
- Rice, Eugene F.. *The foundations of early modern Europe, 1460-1559*. W.W. Norton, 1994.
- Stark, Rodney. *The victory of reason: how Christianity led to freedom, capitalism, and Western success*. New York: Random House, 2005.
- Viola, Herman J, et al. *Seeds of change: a quincentennial commemoration*. Washington: Smithsonian Institution Press, 1991.

## Peter Heck

- Doyle, Arthur Conan, Sir, 1859-1930. *Lost world*. New York: Tor, 1993.
- Heck, Peter J. *A Connecticut Yankee in criminal court: a Mark Twain mystery*. New York: Berkeley Prime Crime, 1996.
- Heck, Peter J. *The guilty abroad: a Mark Twain mystery*. New York: Berkeley Prime Crime, 1999.
- Heck, Peter J. *The prince and the prosecutor: a Mark Twain mystery*. New York: Berkley Prime Crime, 1997.
- Heck, Peter J, et al. *Tom's lawyer: a Mark Twain mystery*. New York: Berkley Prime Crime, 2001.
- Heck, Peter J.. *The mysterious stranger*. Berkley Prime Crime, 2000.
- Kosmatka, Ted, 1973-. *The games*. New York: Del Rey/Ballantine Books, 2012.
- Lemonick, Michael D., 1953-. *Mirror Earth: the search for our planet's twin*. New York: Walker, 2012.
- Mann, Charles C. *1491: new revelations of the Americas before Columbus*. Vintage, 2006.
- Payton, T. Aaron. *The Constantine Affliction: a Pimm and Skye adventure*. San Francisco, Calif.: Night Shade Books, 2012.
- Reid, Robert, 1965-. *Year zero: a novel*. New York: Del Rey Ballantine Books, 2012.
- Stross, Charles. *Neptune's brood*. NEW YORK: ACE Books, 2013.
- Teppo, Mark. *Earth thirst*. San Francisco, CA: Night Shade Books, 2013.
- Walton, Jo. *Among others*. New York: Tor, 2012.

## Nelson C. Nye

- Nye, Nelson. *Not grass alone*. New York: Ace Books, 1961.
- Nye, Nelson C.. *The white chip*. Thorndike Press, 1997.
- Nye, Nelson C. (Nelson Coral), 1907-. *... Blood of kings*. New York, The Macmillan company, 1946.
- Nye, Nelson C. (Nelson Coral), 1907-. *Bandido*. New York: The New American Library, 1957.
- Nye, Nelson C. (Nelson Coral), 1907-. *Come a-smokin'*. Bath, England: Chivers Press; South Yarmouth, Ma.: J. Curley, 1983.
- Nye, Nelson C. (Nelson Coral), 1907-. *Deadly companions*. New York: Walker, 1987.

- Nye, Nelson C. (Nelson Coral), 1907-. *Horse thieves*. New York: M. Evans, 1987.
- Nye, Nelson C. (Nelson Coral), 1907-. *Mule man*. New York: Doubleday, 1988.
- Nye, Nelson C. (Nelson Coral), 1907-. *Riders by night*. Boston, Mass.: G.K. Hall, 1950.
- Nye, Nelson C. (Nelson Coral), 1907-. *The wolf that rode*. New York, Macmillan, 1960.
- Nye, Nelson C. (Nelson Coral), 1907-. *Trail of lost skulls*. New York: Ace Books, 1967.
- Nye, Nelson C. (Nelson Coral), 1907-1997. *Gun-hunt for the Sundance Kid*. Bath, England: Chivers Press; Thorndike, Me.: G.K. Hall, 2001.
- Nye, Nelson C. (Nelson Coral), 1907-1997. *Ranger's revenge*. Bath, England: Chivers Press; Waterville, Me.: G.K. Hall, 2002.
- Nye, Nelson C. (Nelson Coral), 1907-1997. *Renegade cowboy*. Bath, Avon, England: Chivers Press; Thorndike, Me.: G.K. Hall, 1996.

## Clive James

- James, Clive. *Opal sunset*. W.W. Norton & Co., 2008.
- James, Clive, 1939-. *As of this writing: the essential essays, 1968-2002*. New York: W.W. Norton, 2003.
- James, Clive, 1939-. *Brilliant creatures*. London: Picador, 1984.
- James, Clive, 1939-. *Britannia Bright's bewilderment in the wilderness of Westminster: a political poem in rhyming couplets*. London: J. Cape, 1976.
- James, Clive, 1939-. *Falling towards England: reliable memoirs continued*. New York: W.W. Norton, 1986.
- James, Clive, 1939-. *First reactions: critical essays 1968-1979*. New York: Knopf, 1980.
- James, Clive, 1939-. *Flying visits: postcards from the Observer 1976-83*. London: Picador, 1985.
- James, Clive, 1939-. *Glued to the box: television criticism from the Observer, 1979-82*. London: J. Cape, 1983.
- James, Clive, 1939-. *May Week was in June: Unreliable memoirs continued*. London: J. Cape, 1990.
- James, Clive, 1939-. *North face of Soho: unreliable memoirs. Vol. IV*. London: Picador, 2006.
- James, Clive, 1939-. *The dreaming swimmer: non-fiction 1987-1992*. London: Picador in association with Jonathan Cape, 1993.
- James, Clive, 1939-. *The remake: a novel*. London: Pan Books, 1988.
- James, Clive, 1939-. *The silver castle: a novel*. London: J. Cape, 1996.
- James, Clive, 1939-. *Unreliable memoirs*. New York: Knopf: distributed by Random House, 1981.

## Che Guevara

- Anderson, Jon Lee, author. *Che Guevara: a revolutionary life*. Grove Press, 1997.
- Bamford, James. *Body of secrets: anatomy of the ultra-secret National Security Agency*. New York: Anchor Books, 2002.
- Crompton, Samuel. *Che Guevara: the making of a revolutionary*. Pleasantville, NY: Gareth Stevens Pub., 2009.
- Cullather, Nick. *Secret History*. Stanford University Press, 2006.
- DePalma, Anthony. *The man who invented Fidel: Cuba, Castro, and Herbert L. Matthews of The New York times*. New York: Public Affairs, 2006.
- Gott, Richard, 1938-. *Cuba: a new history*. New Haven: Yale University Press, 2004.
- Guevara Lynch, Ernesto, 1900-, et al. *Young Che: memories of Che Guevara by his father*. New York: Vintage Books, 2008.
- Guevara, Ernesto. *Che*. Ocean Press, 2009.
- Immerman, Richard H. *The CIA in Guatemala: the foreign policy of intervention*. Austin: University of Texas Press, 1982.
- Löwy, Michael, 1938-. *The Marxism of Che Guevara; philosophy, economics, and revolutionary warfare*. New York, Monthly Review Press, 1973.
- None,. *Viva Che!: the strange death and life of Che Guevara*. Stroud: Sutton Publishing, 2006.
- Ratner, Michael, 1943-2016,Smith, Michael Steven, 1942-. *Che Guevara and the FBI: the U.S. political police dossier on the Latin American revolutionary*. Melbourne; New York: Ocean Press; Chicago, IL,

USA: Distributor, United States, LPC/InBook, 1997.
- Sinclair, Andrew, 1935-. *Che Guevara*. New York, Viking Press, 1970.
- Skidmore, Thomas E, et al. *Modern Latin America*. New York: Oxford University Press, 1989.

## Battle of the Bulge

- Astor, Gerald, 1926-2007. *A blood-dimmed tide: the Battle of the Bulge by the men who fought it*. New York: Donald I. Fine, 1992.
- Bradley, Omar Nelson, 1893-1981, et al. *A general's life: an autobiography*. New York: Simon and Schuster, 1983.
- Calvocoressi, Peter. *Top secret ultra*. New York: Pantheon Books, 1980.
- Churchill, Winston, 1874-1965. *Triumph and tragedy*. Boston, Mass.: Houghton Mifflin, 1953.
- Eggenberger, David, et al. *An encyclopedia of battles: accounts of over 1,560 battles from 1479 B.C. to the present*. New York: Dover, 1985.
- Hinsley, F. H. (Francis Harry), 1918-, et al. *Codebreakers: the inside story of Bletchley Park*. Oxford; New York: Oxford University Press, 1993.
- Jordan, Jonathan W., 1967-. *Brothers, rivals, victors: Eisenhower, Patton, Bradley, and the partnership that drove the Allied conquest in Europe*. New York: New American Library, 2011.
- Kershaw, Alex. *The longest winter*. Da Capo Press, 2004.
- King, Benjamin. *Impact: the history of Germany's V-weapons in World War II*. Rockville Centre, NY: Sarpedon, 1998.
- MacDonald, Charles Brown, 1922-. *A time for trumpets: the untold story of the Battle of the Bulge*. New York: Bantam Books, 1984.
- Riley, J. P. (Jonathon P.). *Decisive battles: from Yorktown to Operation Desert Storm*. London; New York: Continuum, 2010.
- Ryan, Cornelius. *The last battle*. Simon and Schuster, 1995.
- Urban, Mark, 1961-. *Generals: ten British commanders who shaped the world*. London: Faber and Faber, 2005.
- Wilmot, Chester. *The struggle for Europe*. Westport, Conn., Greenwood Press, 1972.

## The Kinks Are the Village Green Preservation Society

- Davies, Dave, 1947-. *Kink: an autobiography*. New York: Hyperion, 1997.
- Davies, Ray. *X-ray*. Overlook Press, 1995.
- Hasted, Nick. *The story of the Kinks: you really got me*. London; New York: Omnibus Press, 2011.
- Heylin, Clinton, author. *All the Madmen: Barrett, Bowie, Drake, Pink Floyd, the Kinks, the Who & a Journey to the Dark Side of English Rock*. London: Constable, 2012.
- Irvin, Jim, et al. *The Mojo collection: the ultimate music companion*. Edinburgh: Canongate, 2003.
- Jovanovic, Rob. *God save the Kinks: a biography*. London: Aurum Press, 2013.
- Kitts, Thomas M., 1955-. *Ray Davies: not like everybody else*. New York: Routledge, 2008.
- MacDonald, Ian, 1948-2003. *Revolution in the head: the Beatles' records and the sixties*. Chicago, Ill: Chicago Review Press, 2007.
- Marten, Neville. *The Kinks: a very English band*. [London, UK]: Bobcat Books, 2007.
- Mendelssohn, John. *The Kinks kronikles*. New York: Quill, 1985.
- Miles, Barry, 1943-. *The Rolling Stones: an illustrated discography*. London; New York: Omnibus Press, 1980.
- Moore, Allan F. *Rock, the primary text: developing a musicology of rock*. Aldershot, Hants, England; Brookfield, Vt.: Ashgate, 2001.
- Rogan, Johnny, author. *Ray Davies: a complicated life*. London: The Bodley Head, 2015.
- Savage, Jon. *The Kinks: the official biography*. London; Boston: Faber and Faber, 1984.

## Prometheus Books

- Allen, Steve, 1921-2000. *Dumbth: the lost art of thinking: with 101 ways to reason better & improve your mind*. Amherst, N.Y.: Prometheus Books, 1998.

- Asimov, Isaac, 1920-, et al. *Election day 2084: a science fiction anthology on the politics of the future*. Buffalo, N.Y.: Prometheus Books, 1984.
- Asimov, Isaac, 1920-1992. *Past, present, and future*. Buffalo, N.Y.: Prometheus Books, 1987.
- Asimov, Isaac, 1920-1992. *The roving mind*. Amherst, New York: Prometheus Books, 1997.
- Gardner, Martin, 1914-. *The new age: notes of a fringe watcher*. New York: Prometheus Books, 1988.
- Harrison, Guy P., author. *50 simple questions for every Christian*. Amherst, New York: Prometheus Books, 2013.
- Harwood, William. *Mythology's last gods*. Prometheus Books, 1992.
- Hook, Sidney, 1902-1989, et al. *Sidney Hook on pragmatism, democracy, and freedom: the essential essays*. Amherst, NY: Prometheus Books, 2002.
- Kevorkian, Jack. *Prescription--medicide: the goodness of planned death*. Buffalo, N.Y.: Prometheus Books, 1991.
- Kurtz, Paul, 1925-. *Exuberant skepticism*. Amherst, N.Y.: Prometheus Books, 2010.
- Nickell, Joe. *The science of ghosts: searching for spirits of the dead*. Amherst, N.Y.: Prometheus Books, 2012.
- Price, Robert M.. *Deconstructing Jesus*. Prometheus Books, 2000.
- Price, Robert M., 1954-. *The Da Vinci fraud: why the truth is stranger than fiction*. Amherst, N.Y.: Prometheus Books, 2005.
- Price, Robert M., 1954-, et al. *The empty tomb: Jesus beyond the grave*. Amherst, N.Y.: Prometheus Books, 2005.

## Central Intelligence Agency

- Adams, Sam. *War of numbers*. Steerforth Press, 1994.
- Bardach, Ann Louise. *Cuba confidential: love and vengeance in Miami and Havana*. New York: Random House, 2002.
- Bearden, Milt, et al. *The main enemy: the inside story of the CIA's final showdown with the KGB*. New York: Random House, 2003.
- Johnson, Loch K., 1942-. *America's secret power: the CIA in a democratic society*. New York: Oxford University Press, 1989.
- Jones, Ishmael. *The human factor: inside the CIA's dysfunctional intelligence culture*. New York: Encounter Books, 2008.
- Kessler, Ronald, 1943-. *The CIA at war: inside the secret campaign against terror*. New York: St. Martin's Press, 2003.
- Mahle, Melissa Boyle. *Denial and deception: an insider's view of the CIA from Iran-contra to 9/11*. New York: Nation Books, 2004.
- Rich, Ben R, et al. *Skunk Works: a personal memoir of my years at Lockheed*. Boston: Little, Brown, 1994.
- Schecter, Jerrold L. *The spy who saved the world: how a Soviet colonel changed the course of the Cold War*. New York: C. Scribner's Sons; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1992.
- Sheymov, Victor, 1946-. *Tower of secrets: a real life spy thriller*. Annapolis, Md.: Naval Institute Press, 1993.
- Tucker, Mike correspondent.. *Operation hotel California*. Lyons Press, 2009.
- Wallace, Robert. *Spycraft*. Dutton, 2008.
- Wise, David, 1930-, et al. *The invisible government*. New York, Random House, 1964.
- Woodward, Bob, 1943-. *Plan of attack*. New York: Simon & Schuster, 2004.

## January 6

- (U.S.), Asia Watch Committee, et al. *The Human rights crisis in Kashmir: a pattern of impunity*. New York: Human Rights Watch, 1993.
- Commire, Anne, et al. *Women in world history: a biographical encyclopedia*. Waterford, CT: Yorkin Publications, 1999.

- Company, American Historical, et al. *Johnson, Stedman and allied families; a genealogical study with biographical notes*. New York: American Historical Co., 1962.
- Frankel, Benjamin, 1949-. *The Cold War, 1945-1991*. Detroit: Gale Research, 1992.
- Gregory, Hugh. *Soul music A-Z*. New York: Da Capo Press, 1995.
- Levy, Peter B.. *Encyclopedia of the Clinton presidency*. Greenwood Press, 2002.
- Lilly, John Cunningham, 1915-. *Man and dolphin*. Garden City, N.Y., Doubleday, 1961.
- McCaffrey, Donald W, et al. *Guide to the silent years of American cinema*. Westport, Conn.: Greenwood Press, 1999.
- Monaco, James, et al. *The encyclopedia of film*. New York, NY: Perigee Books, 1991.
- Moritz, Charles. *Current biography yearbook, 1962*. New York: H.W. Wilson, 1963.
- Murrells, Joseph. *The book of golden discs*. London: Barrie & Jenkins, 1978.
- Nite, Norm N, et al. *Rock On Volume 3: the illustrated encyclopedia of rock n' roll*. New York: Harper and Row, 1985.
- Santelli, Robert. *The big book of blues: a biographical encyclopedia*. New York: Penguin Books, 2001.
- Vitkus, Daniel J, et al. *Three Turk plays from early modern England: Selimus, A Christian turned Turk, and The renegado*. New York: Columbia University Press, 2000.

## January 5

- Astro, Alan. *Understanding Samuel Beckett*. Columbia, S.C.: University of South Carolina Press, 1990.
- Baggelaar, Kristin, et al. *Folk music: more than a song*. New York: Crowell, 1976.
- Bret, David. *Maurice Chevalier: up on top of a rainbow*. London: Robson, 1992.
- Brinnin, John Malcolm, 1916- comp, et al. *Twentieth century poetry: American and British (1900-1970): an American-British anthology*. New York, McGraw-Hill, 1970.
- Chase's, Editors of. *Chase's calendar of events 2007*. New York: McGraw-Hill, 2007.
- Foster, Charles, 1923-2017. *Stardust and shadows: Canadians in early Hollywood*. Toronto: Dundurn Press, 2000.
- Gishford, Anthony. *Grand opera; the story of the world's leading opera houses and personalities*. New York, Viking Press, 1972.
- Jones, Daniel, et al. *Contemporary authors: new revision series*. Detroit: Gale, 1997.
- Laurence, Margaret. *Selected letters of Margaret Laurence and Adele Wiseman*. Toronto, Ontario: University of Toronto Press, 1997.
- Macken, Bob, et al. *The rock music source book*. Garden City, N.Y.: Anchor Books, 1980.
- Salzman, Jack, et al. *Encyclopedia of African-American culture and history*. New York: Macmillan Library Reference, 1996.
- Sinha, Shri Murari, 1915-. *Nobel laureates of literature, 1901-1973 (with a note on the laureates of 1974)*. New Delhi: S. Chand, 1975.
- Stewart, Anita. *The Gray Rocks story*. New York: Wieser & Wieser, 1988.
- Van Nostrand, Jeanne Skinner, 1902-. *The first hundred years of painting in California, 1775-1875: with biographical information and references relating to the artists*. San Francisco, Calif.: J. Howell-Books, 1980.

## Pope Pius XII and the Holocaust

- Bokenkotter, Thomas S. *A concise history of the Catholic Church*. New York: Doubleday, 2004.
- Burleigh, Michael. *Sacred Causes*. HarperCollins, 2007.
- Carroll, James, 1943-. *Constantine's sword: the church and the Jews: a history*. Boston: Houghton Mifflin, 2001.
- Cornwell, John, 1940-. *The Pontiff in winter: triumph and conflict in the reign of John Paul II*. New York: Doubleday, 2004.
- Falconi, Carlo. *The silence of Pius XII*. Boston, Little, Brown, 1970.
- Hebblethwaite, Peter. *Paul VI: the first modern Pope*. New York: Paulist Press, 1993.
- Johnson, Paul, 1928- author. *A history of Christianity*. New York: Atheneum, 1976.

- Lewy, Guenter, 1923-. *The Catholic Church and Nazi Germany*. New York: McGraw-Hill Book Co., 1964.
- Marchione, Margherita. *Pope Pius XII: architect for peace*. New York: Paulist Press, 2000.
- McInerny, Ralph, 1929-2010. *The defamation of Pius XII*. South Bend, Ind.: St. Augustine's Press, 2001.
- Morley, John F., 1936-. *Vatican diplomacy and the Jews during the Holocaust, 1939-1943*. New York: Ktav Pub. House, 1980.
- Pham, John-Peter. *Heirs of the Fisherman: behind the scenes of papal death and succession*. Oxford; New York: Oxford University Press, 2004.
- Phayer, Michael. *The Catholic Church and the Holocaust, 1930-1965*. Indiana University Press, 2000.
- Zuccotti, Susan. *Under His Very Windows*. Yale University Press, 2000.

## The Great Gatsby

- Fitzgerald, F. Scott (Francis Scott), 1896-1940. *The great Gatsby*. Cambridge; New York: Cambridge University Press, 1991.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940, author. *The crack-up*. New York: James Laughlin, 1945.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940, et al. *Dear Scott, dearest Zelda: the love letters of F. Scott and Zelda Fitzgerald*. New York: St. Martin's Press, 2002.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940, et al. *Dear Scott/Dear Max; the Fitzgerald-Perkins correspondence*. New York, Scribner, 1971.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940, et al. *The letters of F. Scott Fitzgerald*. New York: Scribner, 1963.
- Hemingway, Ernest, 1899-1961. *A moveable feast*. New York, Scribner, 1964.
- Kazin, Alfred, 1915-1998, ed. *F. Scott Fitzgerald: the man and his work*. Cleveland, World Pub. Co, 1951.
- Marx, Leo, 1919-. *The machine in the garden: technology and the pastoral ideal in America*. New York: Oxford University Press, 1964.
- Milford, Nancy. *Zelda; a biography*. New York, Harper & Row, 1970.
- Mizener, Arthur. *The far side of paradise; a biography of F. Scott Fitzgerald*. Boston, Houghton Mifflin, 1965.
- Pitts, Michael R. *Radio soundtracks: a reference guide*. Metuchen, N.J.: Scarecrow Press, 1986.
- Tredell, Nicolas. *Fitzgerald's The Great Gatsby: a reader's guide*. London; New York: Continuum, 2007.
- Turnbull, Andrew. *Scott Fitzgerald: [a biography]*. New York, NY Scribner, 1962.
- West, James L. W. *The perfect hour: the romance of F. Scott Fitzgerald and Ginevra King, his first love*. New York: Random House, 2005.

## Jesus

- Brown, Raymond Edward. *An introduction to the New Testament*. Doubleday, 1997.
- Brown, Raymond Edward. *The Gospel and Epistles of John: a concise commentary*. Collegeville, Minn.: Liturgical Press, 1988.
- Crossan, John Dominic. *Who is Jesus?*. Westminster John Knox Press, 1999.
- Doniger, Wendy, et al. *Merriam-Webster's encyclopedia of world religions; Wendy Doniger, consulting editor*. Springfield, Mass.: Merriam-Webster, 1999.
- Ehrman, Bart D.. *Jesus, apocalyptic prophet of the new millennium*. Oxford University Press, 1999.
- Ehrman, Bart D.. *Jesus, interrupted*. HarperOne, 2009.
- Evans, Craig A. *The Bible knowledge background commentary: Matthew-Luke*. Colorado Springs, Colo.: Victor, 2003.
- Grudem, Wayne A. *Systematic theology: an introduction to biblical doctrine*. Leicester, England: Inter-Varsity Press; Grand Rapids, Mich.: Zondervan Pub. House, 1994.
- Morgan, Diane, 1947-. *Essential Islam: a comprehensive guide to belief and practice*. Santa Barbara, Calif.: Praeger/ABC-CLIO, 2010.
- Nickell, Joe. *Relics of the Christ*. Lexington: University Press of Kentucky, 2007.
- Powell, Mark Allan, 1953-. *Jesus as a figure in history: how modern historians view the man from Galilee*. Louisville, Ky.: Westminster John Knox Press, 1998.

- Schweitzer, Albert, 1875-1965, et al. *The psychiatric study of Jesus, exposition and criticism;*. Boston, Beacon Press, 1948.
- Vermès, Géza. *The authentic gospel of Jesus*. Penguin Books, 2004.
- Wilson, Barrie A. *How Jesus became Christian*. New York: St. Martin's Press, 2008.

## Slavery in the United States

- Appiah, Anthony, et al. *Africana: the encyclopedia of the African and African American experience*. New York: Basic Civitas Books, 1999.
- Brandt, Nat. *The town that started the Civil War*. Syracuse, N.Y.: Syracuse University Press, 1990.
- Doyle, Robert C., author. *The enemy in our hands: America's treatment of enemy prisoners of war, from the Revolution to the War on Terror*. Lexington, Ky.: University Press of Kentucky, 2010.
- Foner, Eric, 1943- compiler;Frank and Virginia Williams Collection of Lincolniana (Mississippi State University. Libraries): *Nat Turner*. Englewood Cliffs, N.J., Prentice-Hall, 1971.
- Foner, Eric, et al. *Forever free: the story of emancipation and Reconstruction*. New York: Knopf, 2005.
- Hurmence, Belinda. *Slavery time when I was chillun*. New York: Putnam, 1997.
- Katz, William Loren. *Black Indians: a hidden heritage*. New York, NY: Atheneum Books for Young Readers/Simon & Schuster, 2012.
- Kulikoff, Allan. *The agrarian origins of American capitalism*. Charlottsville: University Press of Virginia, 1992.
- Mulroy, Kevin. *The Seminole freedmen: a history*. Norman: University of Oklahoma Press, 2007.
- Perdue, Theda, 1949-. *Slavery and the evolution of Cherokee society, 1540-1866*. Knoxville: University of Tennessee Press, 1979.
- Rasmussen, Daniel, 1987-. *American uprising: the untold story of America's largest slave revolt*. New York: Harper, 2011.
- Thomas, Hugh, 1931-. *The slave trade: the story of the Atlantic slave trade, 1440-1870*. New York, NY: Simon & Schuster, 1997.
- Wright, Gavin, 1943-. *The political economy of the cotton South: households, markets, and wealth in the nineteenth century*. New York: Norton, 1978.

## Searches for Noah's Ark

- Abrahamian, Levon, et al. *Armenian folk arts, culture, and identity*. Bloomington: Indiana University Press, 2001.
- Bailey, Lloyd R., 1936-. *Noah: the person and the story in history and tradition*. Columbia, S.C.: University of South Carolina Press, 1989.
- Bailey, Lloyd R., 1936-. *Where is Noah's Ark?*. Nashville: Abingdon, 1978.
- Bailey, Lloyd R., 1936-. *Where is Noah's Ark?*. Nashville: Abingdon, 1978.
- Bright, Richard Carl. *Quest for discovery: the remarkable search for Noah's ark*. Green Forest, AR: New Leaf Press, 2000.
- Cornuke, Robert, 1951-. *In search of the lost mountains of Noah: the discovery of the real Mts. of Ararat*. Nashville, TN: Broadman & Holman, 2001.
- Cummings, Violet M.. *Noah's Ark: Fable or Fact?*. Creation-Science Research Center, 1973.
- Fasold, David. *The ark of Noah*. Wynwood Press, 1988.
- Irwin, James B. (James Benson). *More than an ark on Ararat: spiritual lessons learned while searching for Noah's ark*. Nashville, Tenn.: Broadman Press, 1985.
- LaHaye, Tim F. *The ark on Ararat*. Nashville: T. Nelson, 1976.
- Navarra, Fernand, 1915-. *Noah's ark: I touched it*. Plainfield, N.J., Logos International, 1974.
- Noorbergen, Rene. *The ark file*. Mountain View, Calif.: Pacific Press Pub. Association, 1974.
- Sellier, Charles E. *The incredible discovery of Noah's Ark*. New York, New York: Dell Pub., 1995.

## Claude Du Bosc

- Antal, Frederick. *Hogarth and his place in European art*. New York: Basic Books, 1962.

- Atherton, Herbert M. *Political prints in the age of Hogarth; a study of the ideographic representation of politics*. Oxford, Clarendon Press, 1974.
- Blunt, Anthony, 1907-1983. *The paintings of Nicolas Poussin. Critical catalogue*. London, Phaidon, 1966.
- Foote, Henry Wilder. *John Smibert, Painter With a Descriptive Catalogue of Portraits, and Notes on the Work of Nathaniel Smibert*. [Erscheinungsort nicht ermittelbar] Harvard University Press, 1950.
- Gatrell, Vic, 1941- author. *The first Bohemians: life and art in London's golden age*. London: Penguin Books, 2014.
- Godfrey, Richard T. *Printmaking in Britain: a general history from its beginnings to the present day*. New York: New York University Press, 1978.
- Mackenzie, Ian. *British prints: dictionary and price guide*. Woodbridge, Suffolk: Antique Collectors' Club, 1987.
- Paulson, Ronald. *Hogarth: his life, art, and times*. New Haven: Yale University Press, 1974.
- Rosenberg, Pierre. *Nicolas Poussin: 1594-1665: Galeries nationales du Grand Palais, 27 septembre 1994-2 janvier 1995*. Paris: Réunion des musées nationaux, 1994.
- Strong, Roy C. *The artist & the garden*. New Haven: Published for the Paul Mellon Centre for Studies in British Art by Yale University Press, 2000.
- Uglow, Jennifer S. *Hogarth: a life and a world*. London: Faber and Faber, 1997.
- Waterhouse, Ellis Kirkham, 1905-1985. *Painting in Britain, 1530 to 1790*. Harmondsworth, Eng.; New York: Penguin Books, 1978.

## J. K. Rowling

- Anatol, Giselle Liza, 1970-. *Reading Harry Potter: critical essays*. Westport, Conn.: Praeger, 2003.
- Anelli, Melissa. *Harry, a history: the true story of a boy wizard, his fans, and life inside the Harry Potter phenomenon*. New York: Pocket Books, 2008.
- Blake, Andrew, 1955-. *The irresistible rise of Harry Potter*. London; New York: Verso, 2002.
- Eccleshare, Julia. *A guide to the Harry Potter novels*. London; New York: Continuum, 2002.
- Foerstel, Herbert N.. *Banned in the U.S.A.*. Greenwood Press, 2002.
- Gibson, Marion, 1970-. *Witchcraft myths in American culture*. New York: Routledge, 2007.
- Jenkins, Henry, 1958-. *Convergence culture: where old and new media collide*. New York: New York University Press, 2006.
- Kirk, Connie Ann. *J.K. Rowling: a biography*. Westport, Conn.: Greenwood Press, 2003.
- Nel, Philip, 1969-. *J.K. Rowling's Harry Potter novels: a reader's guide*. London: Continuum, 2001.
- Pember, Don R., 1939-. *Mass media law*. Boston: McGraw-Hill Higher Education, 2007.
- Posner, Richard A. *The little book of plagiarism*. New York: Pantheon Books, 2007.
- Smith, Sean, 1955-. *J.K. Rowling: a biography*. London: Arrow, 2002.
- Zipes, Jack, 1937-. *Sticks and stones: the troublesome success of children's literature from Slovenly Peter to Harry Potter*. New York: Routledge, 2002.

## Vergilius Ferm

- Ferm, Vergilius Ture Anselm, 1896-. *Pictorial history of Protestantism: a panoramic view of western Europe and the United States*. New York: Philosophical Library, 1957.
- Ferm, Vergilius Ture Anselm, 1896-1974. *Philosophy beyond the classroom*. North Quincy, Mass.: Christopher Pub. House, 1974.
- Ferm, Vergilius Ture Anselm, 1896-1974. *Religion in the twentieth century*. New York, Philosophical Library, 1948.
- Ferm, Vergilius Ture Anselm, 1896-1974. *The Protestant credo*. New York, Philosophical Library, 1953.
- Ferm, Vergilius Ture Anselm, 1896-1974, ed. *An encyclopedia of religion*. New York, The Philosophical library, 1945.
- Ferm, Vergilius Ture Anselm, 1896-1974, ed. *Classics of Protestantism*. New York, Philosophical Library, 1959.
- Ferm, Vergilius Ture Anselm, 1896-1974, et al. *Lightning never strikes twice (if you own a feather bed): and 1904 other American superstitions from the ordinary to the eccentric*. New York: Gramercy Pub.,

1989.

- Ferm, Vergilius Ture Anselm, 1896-ed. *Living schools of religion; religion in the twentieth century*. Paterson, N.J., Littlefield, Adams, 1965, 1965.
- Ferm, Vergilius, 1896-1974. *A Protestant dictionary*. New York, Philosophical Library, 1951.
- Ferm, Vergilius, 1896-1974. *A dictionary of pastoral psychology*. New York, Philosophical Library, 1955.
- Ferm, Vergilius, 1896-1974. *Contemporary American theology*. New York, Round Table Press, 1932.
- Ferm, Vergilius, 1896-1974. *Cross-currents in the personality of Martin Luther; a study in the psychology of religious genius*. North Quincy, Mass., Christopher Pub. House, 1972.
- Ferm, Vergilius, 1896-1974. *Toward an expansive Christian theology*. New York, Philosophical Library, 1964.
- Ferm, Vergilius, 1896-1974, editor. *Encyclopedia of morals*. New York, Greenwood Press, 1969.

## Garage rock

- Abbey, Eric James, 1976-. *Garage rock and its roots: musical rebels and the drive for individuality*. Jefferson, N.C.: McFarland & Company, 2006.
- Blake, Mark, 1965-. *Punk: The Whole Story*. London; New York: DK Pub., 2006.
- Davidson, Eric, singer. *We never learn: the gunk punk undergut, 1988-2001*. New York: Backbeat Books, 2010.
- Else, David. *Great Britain*. Footscray, Vic.; London: Lonely Planet, 2007.
- Hall, Ron, 1950-. *Playing for a piece of the door: a history of garage & frat bands in Memphis, 1960-1975*. Memphis: Shangri-La Projects, 2001.
- Kitts, Thomas M., 1955-. *Ray Davies: not like everybody else*. New York: Routledge, 2008.
- Markesich, Mike. *TeenBeat mayhem!: commemorating America's forgotten musical heritage: those teenage rock & roll combos of the swingin' 1960s*. Branford, Conn.: Priceless Info Press, 2012.
- Murrells, Joseph. *The book of golden discs*. London: Barrie & Jenkins, 1978.
- Rowthorn, Chris. *Japan*. Melbourne, Vic.; Oakland, CA: Lonely Planet, 2003.
- Shapiro, Fred R, et al. *The Yale book of quotations*. New Haven: Yale University Press, 2006.
- Smitz, Paul. *Australia*. Footscray, Vic: Lonely Planet, 2005.
- Unterberger, Richie, 1962-. *Urban spacemen and wayfaring strangers: overlooked innovators and eccentric visionaries of '60s rock*. San Francisco: Miller Freeman Books; Berkeley, CA: Distributed to the book trade in the U.S. by Publisher's Group West; Milwaukee, WI: Distributed to the music trade in the U.S. by Hal Leonard Pub., 2000.
- Waksman, Steve. *This ain't the summer of love: conflict and crossover in heavy metal and punk*. Berkeley: University of California Press, 2009.

## Rail transport

- Day, Lance, et al. *Biographical dictionary of the history of technology*. London; New York: Routledge, 1996.
- Fogel, Robert William. *Railroads and American economic growth: essays in econometric history*. Baltimore, Johns Hopkins Press, 1970.
- Licht, Walter, 1946-. *Working for the railroad: the organization of work in the nineteenth century*. Princeton, N.J.: Princeton University Press, 1983.
- Nock, O. S. (Oswald Stevens), 1905-. *Railways in the transition from steam, 1940-1965*. New York, Macmillan, 1974.
- Nock, O. S. (Oswald Stevens), 1905-. *Railways then and now: a world history*. London: Elek, 1975.
- Nock, O. S. (Oswald Stevens), 1905-1994. *150 years of main line railways*. London: David & Charles, 1980.
- Nock, O. S. (Oswald Stevens), 1905-1994. *Railways at the zenith of steam, 1920-40*. London, Blandford, 1970.
- Nock, O. S. (Oswald Stevens), 1905-1994. *Railways in the formative years, 1851-1895*. London, Blandford Press, 1973.

- Nock, O. S. (Oswald Stevens), 1905-1994. *Railways in the years of preeminence 1905-1919*. London, Blandford Press, 1971.
- Nock, O. S. (Oswald Stevens), 1905-1994. *Railways of Western Europe*. London: A. & C. Black, 1977.
- Nock, O. S. (Oswald Stevens), 1905-1994. *Railways of the USA*. London Black, 1979.
- Nock, O. S. (Oswald Stevens), 1905-1994. *Steam railways in retrospect*. London: A. & C. Black, 1966.
- Nock, O. S. (Oswald Stevens), 1905-1994. *World atlas of railways*. New York: Mayflower Books, 1978.
- Simon, Andrew L. *Made in Hungary: Hungarian contributions to universal culture*. Safety Harbor, FL: Simon Publications, 1998.

## American Civil War

- Catton, Bruce. *The Civil War*. Houghton Mifflin, 1987.
- Davis, William C., 1946-. *Stand in the day of battle*. Garden City, N.Y.: Doubleday, 1983.
- Huddleston, John, 1952-. *Killing ground: photographs of the Civil War and the changing American landscape*. Baltimore: Johns Hopkins University Press, 2002.
- Keegan, John. *The American Civil War*. Alfred A. Knopf, 2009.
- Krannawitter, Thomas L., 1969-. *Vindicating Lincoln: defending the politics of our greatest president*. Lanham, Md.: Rowman & Littlefield Publishers: Distributed by National Book Network, 2008.
- Lipset, Seymour Martin. *Political man; the social bases of politics*. Garden City, N.Y., Doubleday, 1960.
- McPherson, James M. *Ordeal by fire: the Civil War and Reconstruction*. New York: McGraw-Hill, 1992.
- Nevins, Allan, 1890-1971. *Ordeal of the Union*. New York; London: Scribner, 1947.
- Nevins, Allan, 1890-1971, et al. *The War for the Union*. New York: Scribner, 1959.
- Potter, David Morris, et al. *The impending crisis, 1848-1861*. New York: Harper & Row, 1976.
- Stampp, Kenneth M. (Kenneth Milton). *America in 1857: a nation on the brink*. New York: Oxford University Press, 1990.
- Weigley, Russell Frank. *A great Civil War: a military and political history, 1861-1865*. Bloomington: Indiana University Press, 2000.
- Wise, Stephen R., 1952-. *Lifeline of the Confederacy: blockade running during the Civil War*. [Columbia]: University of South Carolina Press, 1988.

## Robert F. Kennedy

- Brown, Stuart Gerry, 1912- . cn. *The presidency on trial; Robert Kennedy's 1968 campaign and afterwards*. Honolulu, University Press of Hawaii, 1972.
- Burner, David, 1937-, et al. *The torch is passed: the Kennedy brothers & American liberalism*. New York: Atheneum, 1984.
- Goldfarb, Ronald L. *Perfect villains, imperfect heroes: Robert F. Kennedy's war against organized crime*. New York: Random House, 1995.
- Hersh, Burton. *Bobby and J. Edgar*. Carroll & Graf, 2007.
- Heymann, C. David (Clemens David), 1945-. *RFK: a candid biography of Robert F. Kennedy*. New York, N.Y., U.S.A.: Dutton, 1998.
- Kennedy, Robert F., 1925-1968, et al. *RFK: collected speeches*. New York: Viking, 1993.
- Mills, Judie. *Robert Kennedy*. Millbrook Press, 1998.
- O'Brien, Michael, 1943-. *John F. Kennedy: a biography*. New York: Thomas Dunne Books/St. Martin's Press, 2005.
- Palermo, Joseph A.. *In his own right*. Columbia University Press, 2001.
- Schlesinger, Arthur M. (Arthur Meier), 1917-2007. *Robert Kennedy and his times*. Boston: Houghton Mifflin, 1978.
- Shesol, Jeff. *Mutual contempt: Lyndon Johnson, Robert Kennedy, and the feud that defined a decade*. New York: W.W. Norton, 1997.
- Thomas, Evan, 1951-. *Robert Kennedy: his life*. New York, NY: Touchstone, 2002.
- Wilson, Harry L., 1957-. *Guns, gun control, and elections: the politics and policy of firearms*. Lanham, Md.: Rowman & Littlefield, 2007.

## H. H. Asquith

- Adams, R. J. Q. (Ralph James Q.), 1943-. *Bonar Law*. Stanford, Calif.: Stanford University Press, 1999.
- Cowling, Maurice. *The impact of labour 1920-1924; the beginning of modern British politics*. Cambridge [Eng.] University Press, 1971.
- Ensor, R. C. K. (Robert Charles Kirkwood), 1877-1958. *England: 1870-1914*. Oxford: Clarendon, 1985.
- Hattersley, Roy. *The Edwardians*. St. Martin's Press, 2005.
- Jenkins, Roy, 1920-2003. *Asquith; portrait of a man and an era*. New York, Chilmark Press, 1964.
- Levine, Naomi B., 1923-. *Politics, religion, and love: the story of H.H. Asquith, Venetia Stanley, and Edwin Montagu, based on the life and letters of Edwin Samuel Montagu*. New York: New York University Press, 1991.
- Middlemas, Keith, 1935-. *Baldwin: a biography*. London, Weidenfeld and Nicolson, 1969.
- Oxford and Asquith, Margot (Tennant) Asquith, countess of. *The autobiography of Margot Asquith*. London: Eyre & Spottiswoode, 1962.
- Pope-Hennessy, James. *Lord Crewe, 1858: 1945; the likeness of a liberal*. London, Constable, 1955.
- Pound, Reginald. *Northcliffe*. London, Cassell, 1959.
- Trevelyan, George Macaulay, 1876-1962. *Grey of Fallodon: being the life of Sir Edward Grey afterwards Viscount Grey of Fallodon*. London: Longmans, Green, 1940.
- Wilson, John, 1924-. *CB: a life of Sir Henry Campbell-Bannerman. -*. London: Constable, 1973.
- Young, Kenneth, 1916-. *Arthur James Balfour; the happy life of the politician, prime minister, statesman, and philosopher, 1848-1930*. London G. Bell, 1963.

## Third Great Awakening

- Bordin, Ruth Birgitta Anderson, 1917-. *Woman and temperance: the quest for power and liberty, 1873-1900*. Philadelphia: Temple University Press, 1981.
- Finke, Roger, 1954-, et al. *The churching of America, 1776-1990: winners and losers in our religious economy*. New Brunswick, N.J.: Rutgers University Press, 1992.
- Fishwick, Marshall William. *Great awakenings: popular religion and popular culture*. New York: Haworth Press, 1995.
- Fogel, Robert William. *The fourth great awakening & the future of egalitarianism*. Chicago: University of Chicago Press, 2000.
- Frankiel, Tamar, 1946-. *Gospel hymns and social religion: the rhetoric of nineteenth-century revivalism*. Philadelphia: Temple University Press, 1978.
- Gottschalk, Stephen. *The emergence of Christian Science in American religious life.*. Univ of California Pr, 1973.
- Jensen, Richard J. *The winning of the Midwest: social and political conflict, 1888-1896*. Chicago: University of Chicago Press, 1971.
- Jones, Charles Edwin, 1932-. *Perfectionist persuasion: the holiness movement and American Methodism, 1867-1936*. Metuchen, N.J.: Scarecrow Press, 1974.
- Marty, Martin E.. *Modern American religion*. University of Chicago Press, 1991.
- Marty, Martin E., 1928-. *Modern American religion*. Chicago: University of Chicago Press, 1986.
- McLoughlin, William Gerald. *Modern revivalism: Charles Grandison Finney to Billy Graham*. New York, Ronald Press Co, 1959.
- Orr, J. Edwin (James Edwin), 1912-. *The second evangelical awakening in America*. London: Marshall, Morgan & Scott, 1952.
- Ward, W. Reginald (William Reginald). *The Protestant evangelical awakening*. Cambridge [Eng.]; New York, NY: Cambridge University Press, 1992.

## Treaty of Versailles

- Bailey, Thomas Andrew, 1902-1983. *Woodrow Wilson and the great betrayal*. New York, Macmillan Co., 1945.
- Baker, Anni P. *American soldiers overseas: the global military presence*. Westport, Conn.: Praeger, 2004.
- Bell, Philip Michael Hett, 1930-. *The origins of the Second World War in Europe*. London [u.a.]: Longman, 1999.

- Beller, Steven, 1958-. *A concise history of Austria*. Cambridge, UK; New York: Cambridge University Press, 2006.
- Brezina, Corona. *The Treaty of Versailles, 1919: a primary source examination of the treaty that ended World War I*. New York: Rosen Pub. Group, 2006.
- Corrigan, Gordon. *The Second World War: a military history*. New York: Thomas Dunne Books/St. Martin's Press, 2011.
- Evans, Richard J, et al. *In Hitler's shadow: West German historians and the attempt to escape from the Nazi past*. Pantheon, 1989.
- Macmillan, Margaret Olwen. *Paris 1919: six months that changed the world*. New York: Random House, 2002.
- Martel, Gordon. *The origins of the Second World War reconsidered: A.J.P. Taylor and the historians*. London; New York: Routledge, 1999.
- None,. *Eastern Europe: an introduction to the people, lands, and culture*. Santa Barbara, Calif.: ABC-CLIO, 2005.
- Sontag, Raymond James, 1897-1972. *A broken world, 1919-1939*. New York: Harper and Row, 1972.
- Weinberg, Gerhard L. *A world at arms: a global history of World War II*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.

## History of French foreign relations

- Albrecht-Carrié, René, 1904-1978. *A diplomatic history of Europe since the Congress of Vienna*. New York: Harper & Row, 1958.
- Bailey, Thomas Andrew, 1902-. *A diplomatic history of the American people*. Englewood Cliffs, N.J.: Prentice-Hall, 1980.
- Blumenthal, Henry. cn. *France and the United States; their diplomatic relation, 1789-1914*. Chapel Hill, University of North Carolina Press, 1970.
- Duroselle, Jean-Baptiste, 1917-1994. *France and the United States from the beginnings to the present*. Chicago: University of Chicago Press, 1978.
- Fischer, David Hackett, 1935-. *Liberty and freedom*. Oxford; New York: Oxford University Press, 2005.
- Hill, Peter P., 1926-. *Napoleon's troublesome Americans: Franco-American relations, 1804-1815*. Washington, D.C.: Potomac Books, 2006.
- Kulski, Władysław Wszebór, 1903-. *De Gaulle and the world; the foreign policy of the Fifth French Republic*. Syracuse, N.Y.] Syracuse University Press, 1966.
- Langer, William L. (William Leonard), 1896-1977. *European alliances and alignments, 1871-1890*. New York: A.A. Knopf, 1931.
- MacMillan, Margaret, 1943-. *The war that ended peace: the road to 1914*. New York: Random House, 2013.
- Mowat, R. B. (Robert Balmain), 1883-1941. *A history of European diplomacy, 1451-1789*. New York, Longmans, Green & co.; London, E. Arnold & co., 1928.
- Overy, R. J, et al. *The road to war*. London, England; New York, N.Y.: Penguin, 1999.
- Roosen, William James. *The age of Louis XIV: the rise of modern diplomacy*. Cambridge, Mass.: Schenkman Pub. Co., 1976.
- Weinberg, Gerhard L. *A world at arms: a global history of World War II*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.

## United Kingdom–United States relations

- Bailey, Thomas Andrew, 1902-. *A diplomatic history of the American people*. Englewood Cliffs, N.J.: Prentice-Hall, 1980.
- Bullock, Alan, 1914-2004. *Ernest Bevin, foreign secretary, 1945-1951*. Oxford [Oxfordshire]; New York: Oxford University Press, 1985.
- Carroll, Francis M. (Professor), author. *A good and wise measure: the search for the Canadian-American boundary, 1783-1842*. Toronto, Ont.: University of Toronto Press, 2001.

- Ciment, James. *Colonial America: an encyclopedia of social, political, cultural, and economic history*. Armonk, NY: Sharpe Reference, 2006.
- Collier, Basil. *The lion and the eagle; British and Anglo-American strategy, 1900-1950*. New York, Putnam, 1972.
- Masterson, William H. (William Henry), 1914-1983. *Tories and Democrats: British diplomats in pre-Jacksonian America*. College Station: Texas A&M University Press, 1985.
- Pells, Richard H.. *Not like us*. Basic Books, 1997.
- Perkins, Bradford, 1925-. *Castlereagh and Adams: England and the United States, 1812-1823*. Berkeley: University of California Press, 1964.
- Perkins, Bradford, 1925-. *The great rapprochement; England and the United States, 1895-1914*. New York, Atheneum, 1968.
- Pletcher, David M.. *The diplomacy of annexation*. Univ of Missouri Pr; 1St Edition edition, 1973.
- Putnam, Robert D. *American grace: how religion divides and unites us*. New York: Simon & Schuster, 2010.
- Reynolds, David, 1952-. *Rich relations: the American occupation of Britain, 1942-1945*. London: Phoenix, 2000.
- Watt, Donald Cameron. *Succeeding John Bull: America in Britain's place, 1900-1975: a study of the Anglo-American relationship and world politics in the context of British and American foreign-policy-making in the twentieth century*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1984.

## Foreign policy of the Richard Nixon administration

- Ambrose, Stephen E. *Nixon*. New York: Simon and Schuster, 1987.
- Bell, Coral. *The diplomacy of detente: the Kissinger era*. New York: St. Martin's Press, 1977.
- Black, Conrad. *Richard M. Nixon: a life in full*. New York: PublicAffairs, 2007.
- Dallek, Robert. *Nixon and Kissinger: partners in power*. New York: HarperCollins Pub., 2007.
- Drew, Elizabeth. *Richard M. Nixon*. New York: Times Books, 2007.
- Gaddis, John Lewis. *Strategies of containment: a critical appraisal of postwar American national security policy*. New York: Oxford University Press, 1982.
- Garthoff, Raymond L. *Détente and confrontation: American-Soviet relations from Nixon to Reagan*. Washington, D.C.: Brookings Institution, 1985.
- Hanhimäki, Jussi M., 1965-. *The flawed architect: Henry Kissinger and American foreign policy*. New York: Oxford University Press, 2004.
- Kissinger, Henry, 1923-. *Ending the Vietnam War: a history of America's involvement in and extrication from the Vietnam War*. New York: Simon & Schuster, 2003.
- Kissinger, Henry, 1923-, et al. *White House years*. Boston: Little, Brown, 1979.
- Nixon, Richard M. (Richard Milhous), 1913-1994. *RN: the memoirs of Richard Nixon*. New York: Grosset & Dunlap, 1978.
- Small, Melvin. *The presidency of Richard Nixon*. Lawrence: University Press of Kansas, 1999.
- Thornton, Richard C.. *The Nixon-Kissinger years*. Paragon House, 2001.

## Buddhism

- Gethin, Rupert. *The foundations of Buddhism*. Oxford; New York: Oxford University Press, 1998.
- Gross, Rita M.. *Buddhism after patriarchy*. State University of New York Press, 1993.
- Harvey, Peter (Brian Peter). *An introduction to Buddhism: teachings, history, and practices*. Cambridge [England]; New York: Cambridge University Press, 1990.
- Lopez, Donald S., 1952-. *Buddhism in practice*. Princeton, N.J.: Princeton University Press, 1995.
- Mizuno, Kōgen. *Essentials of Buddhism*. Kosei Pub., 1996.
- Pawar, Urmila. *The weave of my life: a Dalit woman's memoirs*. New York: Columbia University Press, 2009.
- Powell, Andrew, et al. *Living Buddhism*. Berkeley: University of California Press, 1995.
- Prebish, Charles S. *Historical dictionary of Buddhism*. Metuchen, N.J.: Scarecrow Press, 1993.

- Reat, N. Ross, 1951-. *Buddhism: a history*. Berkeley, Calif.: Asian Humanities Press, 1994.
- Robinson, Richard H., 1926-. *The Buddhist religion: a historical introduction*. Belmont, Calif.: Wadsworth Pub. Co., 1982.
- Thera, Nyanaponika. *Great disciples of the Buddha*. Wisdom Publications, 1997.
- Weddle, David L. (David Leroy), 1942-. *Miracles: wonder and meaning in world religions*. New York: New York University Press, 2010.
- Yinshun,. *The way to Buddhahood*. Boston: Wisdom Publications, 1998.

## Sentence spacing in language and style guides

- Association, American Sociological. *ASA style guide*. Washington, D.C.: American Sociological Association, 1997.
- Association, Research and Education. *REA's Handbook of English grammar, style, and writing*. Piscataway, N.J.: The Association, 1995.
- Jr., William Strunk. *The elements of style*. Pearson Longman, 2009.
- Press, University of Chicago. *The Chicago manual of style*. University of Chicago Press, 2003.
- Sabin, William A. *The Gregg reference manual*. New York: Gregg Division/McGraw-Hill, 1985.
- Sambuchino, Chuck. *Formatting & submitting your manuscript*. Writer's Digest Books, 2009.
- Siegal, Allan M.. *The New York times manual of style and usage*. Times Books, 1999.
- Strunk, William, 1869-1946, et al. *The elements of style*. Boston: Allyn and Bacon, 1999.
- Trottier, David. *The screenwriter's bible*. Silman-James Press, 2005.
- Turabian, Kate L. *A manual for writers of research papers, theses, and dissertations: Chicago style for students and researchers*. Chicago: University of Chicago Press, 2007.

## Dean Acheson

- Acheson, Dean, 1893-1971. *Fragments of my fleece*. New York, Norton, 1971.
- Acheson, Dean, 1893-1971. *Morning and noon*. Boston, Houghton Mifflin, 1965.
- Acheson, Dean, 1893-1971. *Present at the creation; my years in the State Department*. New York, Norton, 1969.
- Beisner, Robert L. *Dean Acheson: a life in the Cold War*. Oxford; New York: Oxford University Press, 2006.
- Brinkley, Douglas. *Dean Acheson: the Cold War years, 1953-71*. New Haven: Yale University Press, 1992.
- Chace, James, et al. *Acheson: the Secretary of State who created the American world*. Cambridge, Mass.; London: Harvard University Press, 1999.
- Isaacson, Walter. *The wise men*. Faber and Faber, 1986.
- McGlothlen, Ronald L. *Controlling the waves: Dean Acheson and U.S. foreign policy in Asia*. New York: Norton, 1993.
- McLellan, David S. *Dean Acheson: the State Department years*. New York: Dodd, Mead & Co., 1976.
- McMahon, Robert J., 1949-. *Dean Acheson and the creation of an American world order*. Washington, D.C.: Potomac Books, 2009.
- Offner, Arnold A. *Another such victory: President Truman and the Cold War, 1945-1953*. Stanford, Calif.: Stanford University Press, 2002.
- Stupak, Ronald J. *The shaping of foreign policy; the role of the Secretary of State as seen by Dean Acheson*. [New York] Odyssey Press, 1969.
- Truman, Harry S., 1884-1972. *Affection and trust: the personal correspondence of Harry S. Truman and Dean Acheson, 1953-1971*. New York: Alfred A. Knopf, 2010.

## Lyndon B. Johnson

- Andrew, John A. *Lyndon Johnson and the Great Society*. Chicago: I.R. Dee, 1998.
- Bernstein, Irving. *Guns or butter*. Oxford University Press, 1996.
- Bornet, Vaughn Davis, 1917-. *The presidency of Lyndon B. Johnson*. Lawrence, Kan.: University Press of Kansas, 1983.

- Dallek, Robert. *An unfinished life*. Little, Brown, and Co., 2003.
- Dallek, Robert. *Flawed giant: Lyndon Johnson and his times, 1961-1973*. New York: Oxford University Press, 1998.
- Evans, Rowland, 1921-, et al. *Lyndon B. Johnson; the exercise of power; a political biography*. [New York] New American Library, 1966.
- Farrell, John A. (John Aloysius). *Tip O'Neill and the Democratic century*. Boston: Little, Brown, 2001.
- Lewis, John, 1940 Feb. 21-, et al. *Walking with the wind: a memoir of the movement*. San Diego: Harcourt Brace, 1999.
- Reeves, Richard. *President Kennedy*. Simon & Schuster, 1993.
- Schulman, Bruce J.. *Lyndon B. Johnson and American liberalism*. St. Martin's Press, 1995.
- TerHorst, Jerald F, et al. *The flying White House: the story of Air Force One*. New York: Coward, McCann & Geoghegan, 1979.
- Walsh, Kenneth T.. *Air Force One*. Hyperion, 2003.
- Woods, Randall Bennett, 1944-. *LBJ: architect of American ambition*. New York: Free Press, 2006.

## Howard Goldblatt

- Ai, Bei, et al. *Red ivy, green earth mother*. New York: ToExcel, 2000.
- Alai, 1959-, et al. *Red poppies: [a novel of Tibet]*. Boston: Mariner Books/Houghton Mifflin, 2003.
- Bi, Feiyu. *The moon opera*. Houghton Mifflin Harcourt, 2009.
- Chunshu,. *Beijing doll*. Riverhead Books, 2004.
- Goldblatt, Howard, 1939-. *Chairman Mao would not be amused: fiction from today's China*. New York: Grove Press, 1995.
- Huang, Chunming, 1939-, et al. *The taste of apples*. New York: Columbia University Press, 2001.
- Li, Ang, 1952-, et al. *The butcher's wife and other stories*. Boston, MA: Cheng & Tsui Co., 1995.
- Li, Rui, 1950-, et al. *Silver City: a novel*. New York: Metropolitan Books, 1997.
- Mu, Alili, et al. *Loud sparrows: contemporary Chinese short-shorts*. New York: Columbia University Press, 2006.
- Su, Tong, 1963-, et al. *My life as emperor*. New York: Hyperion East, 2005.
- Wang, Shuo, 1958-, et al. *Please don't call me human*. New York: Hyperion, 2000.
- Wang, Zhenhe, 1940-, et al. *Rose, Rose, I love you*. New York: Columbia University Press, 1998.
- Zhu, Tianxin, et al. *Notes of a desolate man*. New York: Columbia University Press, 1999.

## Henry Louis Gates Jr.

- Appiah, Anthony, et al. *Africana: the encyclopedia of the African and African American experience*. New York: Basic Civitas Books, 1999.
- Gates, Henry Louis. *Colored people*. New York: Knopf: Distributed by Random House, 1993.
- Gates, Henry Louis. *Faces of America: how 12 extraordinary people discovered their pasts*. New York: New York University Press, 2010.
- Gates, Henry Louis. *Figures in Black: words, signs, and the "racial" self*. New York: Oxford University Press, 1987.
- Gates, Henry Louis. *In search of our roots*. Crown Publishers, 2008.
- Gates, Henry Louis. *Life upon these shores*. Knopf, 2011.
- Gates, Henry Louis. *Loose canons: notes on the culture wars*. New York: Oxford University Press, 1992.
- Gates, Henry Louis. *The African-American century*. Free Press, 2000.
- Gates, Henry Louis. *The signifying monkey*. Oxford University Press, 1988.
- Gates, Henry Louis. *The trials of Phillis Wheatley*. New York: BasicCivitas Books, 2003.
- Gates, Henry Louis. *Thirteen ways of looking at a Black man*. Random House, 1997.
- Gates, Henry Louis. *Wonders of the African world*. New York: Knopf: Distributed by Random House, 1999.
- Gates, Henry Louis, et al. *The African American national biography*. New York: Oxford University Press, 2008.

## W. Edwards Deming

- Aguayo, Rafael. *Dr. Deming: the American who taught the Japanese about quality*. New York: Simon & Schuster, 1991.
- Deming, W. Edwards (William Edwards), 1900-. *Out of the crisis: quality, productivity and competitive position*. Cambridge: Cambridge University Press, 1986.
- Deming, W. Edwards (William Edwards), 1900-. *Statistical adjustment of data*. New York, Dover Publications, 1964.
- Deming, W. Edwards (William Edwards), 1900-, et al. *The world of W. Edwards Deming*. Knoxville, Tenn.: SPC Press, 1992.
- Deming, W. Edwards (William Edwards), 1900-1993. *Some theory of sampling*. New York, Dover Publications, 1966.
- Gabor, Andrea. *The man who discovered quality: how W. Edwards Deming brought the quality revolution to America: the stories of Ford, Xerox, and GM*. New York, N.Y.: Penguin Books, 1992.
- Joiner, Brian L, et al. *Fourth generation management: the new business consciousness*. New York: McGraw-Hill, 1994.
- Kohn, Alfie. *Punished by rewards*. Houghton Mifflin Co., 1999.
- Mann, Nancy R. *The keys to excellence: the story of the Deming philosophy*. Los Angeles: Prestwick Books, 1989.
- Rodin, Robert, et al. *Free, perfect, and now: connecting to the three insatiable customer demands: a CEO's true story*. New York: Simon & Schuster, 1999.
- Scherkenbach, William W. *Deming's road to continual improvement*. Knoxville, Tenn.: SPC Press, 1991.
- Wheeler, Donald J. *Understanding variation: the key to managing chaos*. Knoxville, Tenn.: SPC Press, 2000.

## David Berlinski

- Berlinski, David. *The body shop*. St. Martin's Press, 1996.
- Berlinski, David, 1942-. *A clean sweep*. New York: St. Martin's Press, 1993.
- Berlinski, David, 1942-. *A tour of the calculus*. New York: Pantheon Books, 1995.
- Berlinski, David, 1942-. *Infinite ascent: a short history of mathematics*. New York: Modern Library, 2005.
- Berlinski, David, 1942-. *Less than meets the eye: an Aaron Asherfeld mystery*. New York: St. Martin's Press, 1994.
- Berlinski, David, 1942-. *Newton's gift: how Sir Isaac Newton unlocked the system of the world*. New York: Free Press, 2000.
- Berlinski, David, 1942-. *On systems analysis: an essay concerning the limitations of some mathematical methods in the social, political, and biological sciences*. Cambridge, Mass.: MIT Press, 1976.
- Berlinski, David, 1942-. *The advent of the algorithm: the 300-year journey from an idea to the computer*. San Diego: Harcourt, 2001.
- Berlinski, David, 1942-. *The advent of the algorithm: the idea that rules the world*. New York: Harcourt, 2000.
- Berlinski, David, 1942-. *The king of infinite space: Euclid and his elements*. Basic Books; First Edition edition, 2013.
- Berlinski, David, 1942-. *The secrets of the vaulted sky: astrology and the art of prediction*. Orlando, Fla.: Harcourt, 2003.
- Numbers, Ronald L. *Darwinism comes to America*. Cambridge, Mass.: Harvard University Press, 1998.
- O'Reilly, Sean, 1952-, et al. *Travelers' tales The road within: true stories of transformation*. San Francisco, Calif.: Travelers' Tales; Sebastopol, Calif.: Distributed by O'Reilly and Associates, 1997.

## Richard Rhodes

- Rhodes, Ginger. *Trying to get some dignity: stories of triumph over childhood abuse*. New York: W. Morrow, 1996.
- Rhodes, Richard. *Deadly feasts: tracking the secrets of a terrifying new plague*. New York: Simon & Schuster, 1997.
- Rhodes, Richard. *Farm: a year in the life of an American farmer*. New York: Simon and Schuster, 1989.

- Rhodes, Richard. *Holy secrets*. Garden City, N.Y.: Doubleday, 1978.
- Rhodes, Richard. *How to write: advice and reflections*. New York: William Morrow and Co., 1995.
- Rhodes, Richard. *Nuclear renewal*. Whittle Books in association with Viking, 1993.
- Rhodes, Richard. *The inland ground; an evocation of the American Middle West*. New York, Atheneum, 1970.
- Rhodes, Richard. *Visions of technology: a century of vital debate about machines, systems, and the human world*. New York, NY: Simon & Schuster, 1999.
- Rhodes, Richard, 1937-. *A hole in the world: an American boyhood*. New York: Simon and Schuster, 1990.
- Rhodes, Richard, 1937-. *Arsenals of folly: the making of the nuclear arms race*. New York: Alfred A. Knopf, 2007.
- Rhodes, Richard, 1937-. *Hedy's folly: the life and breakthrough inventions of Hedy Lamarr, the most beautiful woman in the world*. New York: Doubleday, 2011.
- Rhodes, Richard, 1937-. *John James Audubon: the making of an American*. New York: Alfred A. Knopf, 2004.
- Rhodes, Richard, 1937-. *Looking for America: a writer's odyssey*. Garden City, N.Y.: Doubleday, 1979.

## Gulf War

- Blum, William. *Killing hope*. Common Courage Press, 2004.
- Clancy, Tom, 1947-, et al. *Every man a tiger*. New York: Putnam, 1999.
- Finlan, Alastair. *The Gulf War 1991*. Osprey Pub., 2003.
- Hawley, T. M. *Against the fires of hell: the environmental disaster of the Gulf War*. New York: Harcourt Brace Jovanovich Publishers, 1992.
- Hiro, Dilip. *Desert Shield to Desert Storm*. Routledge, 1992.
- Leckie, Robert, 1920-2001. *The wars of America*. New York: Castle Books, 1998.
- Makiya, Kanan. *Cruelty and silence: war, tyranny, uprising, and the Arab World*. New York: W.W. Norton, 1993.
- Morin, Jean (Jean H.) *Operation Friction, 1990-1991*. Toronto: Dundurn Press, 1997.
- Riley, J. P. (Jonathon P.). *Decisive battles: from Yorktown to Operation Desert Storm*. London; New York: Continuum, 2010.
- Roberts, Paul William. *The demonic comedy*. Farrar, Straus and Giroux, 1998.
- Sifry, Micah L, et al. *The Gulf War reader: history, documents, opinions*. New York, NY: Times Books, 1991.
- Smith, Jean Edward. *George Bush's war*. New York: H. Holt, 1992.

## Dinosaur

- Alvarez, Walter, 1940-. *T. rex and the crater of doom*. Princeton, N.J.: Princeton University Press, 1997.
- Bakker, Robert T. *The dinosaur heresies: new theories unlocking the mystery of the dinosaurs and their extinction*. New York: Morrow, 1986.
- Brett-Surman, M. K., 1950-, et al. *The complete dinosaur*. Bloomington, Ind.: Indiana University Press, 2011.
- Colbert, Edwin H. (Edwin Harris), 1905-2001. *Men and dinosaurs: the search in field and laboratory*. New York: Dutton, 1968.
- Desmond, Adrian J., 1947-. *The hot-blooded dinosaurs: a revolution in palaeontology*. New York: Dial Press, 1976.
- Holmes, Thom, author. *Fossil feud: the rivalry of the first American dinosaur hunters*. Parsippany, New Jersey: Julian Messner, 1998.
- Holtz, Thomas R., 1965-, et al. *Dinosaurs: the most complete, up-to-date encyclopedia for dinosaur lovers of all ages*. New York: Random House, 2007.
- Lambert, David, 1932-, et al. *The dinosaur data book: the definitive, fully illustrated encyclopedia of dinosaurs*. New York: Avon Books, 1990.
- Lessem, Don, et al. *The Dinosaur Society's dinosaur encyclopedia*. New York: Random House, 1993.

- Norell, Mark. *Discovering dinosaurs*. University of California Press, 1995.
- Parsons, Keith M. *Drawing out Leviathan: dinosaurs and the science wars*. Bloomington: Indiana University Press, 2001.
- Paul, Gregory S. *Dinosaurs of the air: the evolution and loss of flight in dinosaurs and birds*. Baltimore: Johns Hopkins University Press, 2002.
- Rupke, Nicolaas A.. *Richard Owen*. Yale University Press, 1994.

## Hoochie Coochie Man

- Blecha, Peter. *Taboo tunes: a history of banned bands & censored songs*. San Francisco: Backbeat Books, 2004.
- Dixon, Willie. *I am the blues*. Da Capo Press, 1989.
- Erlewine, Michael. *All music guide to the blues: the experts' guide to the best blues recordings*. San Francisco: Miller Freeman Books; Emeryville, CA: Distributed to the book trade in the U.S. and Canada by Publishers Group West; Milwaukee, WI: Distributed to the music trade in the U.S. and Canada by Hal Leonard Pub., 1996.
- Filene, Benjamin. *Romancing the folk: public memory & American roots music*. Chapel Hill: University of North Carolina Press, 2000.
- Gillett, Charlie. *The sound of the city: the rise of rock'n'roll*. New York: Dell Publ., 1972.
- Gioia, Ted. *Delta blues: the life and times of the Mississippi Masters who revolutionized American music*. New York: W.W. Norton, 2009.
- Gordon, Robert, 1961-. *Can't be satisfied: the life and times of Muddy Waters*. Boston: Little, Brown, 2002.
- Herzhaft, Gérard. *Encyclopedia of the blues*. Fayetteville: University of Arkansas Press, 1992.
- Moore, Allan F. *The Cambridge companion to blues and gospel music*. Cambridge: Cambridge University Press, 2002.
- Murray, Charles Shaar. *Crosstown traffic: Jimi Hendrix and the post-war rock'n'roll revolution*. New York: St. Martin's Press, 1991.
- Myers, Paul, 1960-. *It ain't easy: Long John Baldry and the birth of the British blues*. Vancouver: Greystone Books, 2007.
- Palmer, Robert, 1945-1997. *Deep blues*. Harmondsworth, Middlesex, England; New York, N.Y.: Penguin Books, 1982.
- Whitburn, Joel. *Joel Whitburn's top R & B singles, 1942-1988*. Menomonee Falls, Wis.: Record Research Inc., 1988.

## Introduction to evolution

- (U.S.), National Academy of Sciences, et al. *Science, evolution, and creationism*. Washington, D.C.: National Academies Press, 2008.
- Bowler, Peter J. *Evolution: the history of an idea*. Berkeley: University of California Press, 2003.
- Coyne, Jerry A., 1949-. *Why evolution is true*. New York: Viking, 2009.
- Darwin, Charles. *The indelible stamp*. Running Press, 2005.
- Farber, Paul Lawrence, 1944-. *Finding order in nature: the naturalist tradition from Linnaeus to E.O. Wilson*. Baltimore, Md.: Johns Hopkins University Press, 2000.
- Futuyma, Douglas J., 1942-. *Evolution*. Sunderland, Mass.: Sinauer Associates, 2005.
- Larson, Edward J. (Edward John). *Evolution: the remarkable history of a scientific theory*. New York: Modern Library, 2004.
- Mayr, Ernst, 1904-. *Populations, species, and evolution; an abridgment of Animal species and evolution*. Cambridge, Mass., Belknap Press of Harvard University Press, 1970.
- None,. *Genetics*. New York: Macmillan Reference USA: Thomson/Gale, 2003.
- Raup, David M., author, et al. *Extinction: bad genes or bad luck?*. W. W. Norton & Company, 1991.
- Sis, Peter. *The tree of life*. Farrar Straus Giroux, 2003.
- Tattersall, Ian. *The fossil trail: how we know what we think we know about human evolution*. New York: Oxford University Press, 1995.

- Weichert, Charles K. (Charles Kipp), 1902-. *Elements of chordate anatomy*. New York, McGraw-Hill, 1975.

## Matriarchy

- Castro, Ginette. *American feminism: a contemporary history*. New York: New York University Press, 1990.
- Daly, Mary, 1928-2010. *Gyn/ecology: the metaethics of radical feminism*. Boston: Beacon Press, 1990.
- Echols, Alice. *"Daring to be bad": radical feminism in America, 1967-1975*. Minneapolis: University of Minnesota Press, 1989.
- Epstein, Barbara Leslie, 1944-. *Political protest and cultural revolution: nonviolent direct action in the 1970s and 1980s*. Berkeley: University of California Press, 1991.
- Estes, Richard. *The behavior guide to African mammals: including hoofed mammals, carnivores, primates*. Berkeley: University of California Press, 1991.
- Gabriel, Mary, 1955-. *Notorious Victoria: the life of Victoria Woodhull, uncensored*. Chapel Hill, N.C.: Algonquin Books of Chapel Hill, 1998.
- Mansfield, Harvey Claflin. *Manliness*. Yale University Press, 2006.
- Phan, Peter C., 1943-. *Vietnamese-American Catholics*. New York: Paulist Press, 2005.
- Spender, Dale. *For the record the making and meaning of feminist knowledge*. London Women's Press, 1985.
- Sukumar, Raman. *The Living Elephants*. Oxford University Press, USA, 2003.
- Wittig, Monique. *Les guérillères*. Boston: Beacon Press, 1985.

## Colorado River

- Armstead, Lloyd Dean, 1943-. *Whitewater rafting in North America: more than 100 river adventures in the United States and Canada*. Old Saybrook, Conn.: Globe Pequot Press, 1997.
- Barnes, Will C. (Will Croft), 1858-1936, et al. *Arizona place names*. Tucson, University of Arizona Press, 1960.
- Blond, Becca, et al. *Southwest USA*. Footscray, Vic.; Oakland, CA: Lonely Planet, 2008.
- Casey, Robert L. *Journey to the high southwest: a traveler's guide to Santa Fe and the four corners of Arizona, Colorado, New Mexico, and Utah*. Guilford, Conn.: Globe Pequot Press, 2007.
- Glass, Mary Ellen, 1927-, et al. *Touring Nevada: a historic and scenic guide*. Reno, Nev.: University of Nevada Press, 1983.
- Lankford, Andrea. *Ranger confidential: living, working, and dying in the national parks*. Guilford, Conn.: FalconGuides, 2010.
- Lindberg, Eric (Eric G.). *Colorado: off the beaten path: a guide to unique places*. Guilford, Conn.: GPP Travel, 2009.
- Martin, Russell, 1952-. *A story that stands like a dam: Glen Canyon and the struggle for the soul of the West*. New York: Holt, 1989.
- Meyer, Sheldon, et al. *American places: encounters with history: a celebration of Sheldon Meyer*. Oxford; New York: Oxford University Press, 2000.
- Pritzker, Barry. *Native Americans: an encyclopedia of history, culture, and peoples*. Santa Barbara, Calif.: ABC-CLIO, 1998.
- Reisner, Marc. *Cadillac desert: the American West and its disappearing water*. New York, N.Y., U.S.A.: Penguin Books, 1993.
- Schmidt, Jeremy. *The Grand Canyon National Park*. Houghton Mifflin, 1993.

## Presidency of Warren G. Harding

- Adams, Samuel Hopkins, 1871-1958. *Incredible era: the life and times of Warren Gamaliel Harding*. New York: Octagon Books, 1979.
- Dary, David. aut. *The Oregon trail: an American saga*. New York: A. A. Knopf, 2004.
- Downes, Randolph C. (Randolph Chandler), 1901-. *The rise of Warren Gamaliel Harding, 1865-1920*. [Columbus] Ohio State University Press, 1970.

- Ferrell, Robert H.. *Ill-advised*. University of Missouri Press, 1992.
- Graff, Henry F. (Henry Franklin), 1921-. *The presidents: a reference history*. New York: Charles Scribner's Sons: Thomson/Gale, 2002.
- Metcalf, Allan A. *Presidential voices: speaking styles from George Washington to George W. Bush*. Boston: Houghton Mifflin, 2004.
- Murray, Robert K. *The politics of normalcy: governmental theory and practice in the Harding-Coolidge era*. New York, Norton, 1973.
- Pietrusza, David, 1949-. *1920: the year of the six presidents*. New York: Carroll & Graf, 2007.
- Shogan, Robert. *The battle of Blair Mountain: the story of America's largest labor uprising*. Boulder, Colo.: Westview Press, 2004.
- Thelen, David P. (David Paul). *Robert M. La Follette and the insurgent spirit*. Boston: Little, Brown, 1976.
- Trani, Eugene P, et al. *The Presidency of Warren G. Harding*. Lawrence: Regents Press of Kansas, 1989.
- Wilson, Kevin G., 1952-. *Deregulating telecommunications: U.S. and Canadian telecommunications, 1840-1997*. Lanham, Md.: Rowman & Littlefield Publishers, 2000.

## 1968 United States presidential election

- Ambrose, Stephen E. *Nixon*. New York: Simon and Schuster, 1987.
- Chester, Edward W. *A guide to political platforms*. Hamden, Conn.: Archon Books, 1977.
- Chester, Lewis, et al. *An American melodrama; the presidential campaign of 1968*. New York, Viking Press, 1969.
- Farber, David R. *Chicago '68*. Chicago: University of Chicago Press, 1988.
- Gould, Lewis L. *1968: the election that changed America*. Chicago: Ivan R. Dee, 1993.
- Humphrey, Hubert H. (Hubert Horatio), 1911-1978. *The education of a public man: my life and politics*. Garden City, N.Y.: Doubleday, 1976.
- Kalman, Laura, 1955-. *Abe Fortas: a biography*. New Haven: Yale University Press, 1990.
- McGinniss, Joe. *The selling of the President, 1968*. New York, Trident Press, 1969.
- Nixon, Richard M. (Richard Milhous), 1913-1994. *RN: the memoirs of Richard Nixon*. New York: Grosset & Dunlap, 1978.
- Savage, Sean J.. *JFK, LBJ, and the Democratic Party*. State University of New York Press, 2004.
- Schlesinger, Arthur M. (Arthur Meier), 1917-2007. *Robert Kennedy and his times*. Boston: Houghton Mifflin, 1978.
- Unger, Irwin. *Turning point, 1968*. Scribner, 1988.
- White, Theodore H. (Theodore Harold), 1915-1986. *The making of the President, 1968*. London, J. Cape, 1969.

## Civilization

- Beck, Roger B. *McDougal Littell world history: patterns of interaction*. Evanston, Ill.: McDougal Littell, 1999.
- Collcutt, Martin, 1939-, et al. *Cultural atlas of Japan*. New York: Facts on File, 1988.
- Edey, Maitland A. (Maitland Armstrong), 1910-1992, et al. *The sea traders*. New York, Time-Life Books, 1974.
- Fairservis, Walter Ashlin, 1921-. *The threshold of civilization; an experiment in prehistory*. New York, Scribner, 1975.
- Fitzgerald, C. P. (Charles Patrick), 1902-1992, et al. *The Horizon history of China*. New York, American Heritage Pub. Co, 1969.
- Fuller, J. F. C. (John Frederick Charles), 1878-1966. *A military history of the Western World*. New York, Funk & Wagnalls, 1954.
- Garland, Brock. *War movies*. New York, N.Y.: Facts on File Publications, 1987.
- Hicks, Jim, et al. *The empire builders*. New York, Time-Life Books, 1974.
- Lansing, E. H. (Elisabeth Hubbard), 1911-. *The Sumerians; inventors and builders*. New York, McGraw-Hill, 1971.

- Lee, Ki-baik. *A new history of Korea*. Seoul Korea: Ilchokak, Publishers, 1984.
- Sandall, Roger. *The culture cult*. Westview Press, 2001.
- Sansom, George Bailey, Sir, 1883-1965. *A history of Japan, to 1334*. Stanford, Calif.: Stanford University Press, 1958.
- Ward-Perkins., Bryan. *FALL OF ROME: AND THE END OF CIVILIZATION.*. OXFORD UNIVERSITY PRESS, 2005.

## The X-Files

- Duncan, Jody, et al. *The making of the X-files fight the future*. New York, NY: HarperPrism, 1998.
- Edwards, Ted. *X-files confidential*. Little, Brown, 1997.
- Gradnitzer, Louisa, et al. *X marks the spot: on location with the X-files*. Vancouver: Arsenal Pulp Press, 1999.
- Kessenich, Tom. *EXaminations: an unauthorized look at seasons 6-9 of The X-files: featuring the reviews of Unbound I*. Victoria, B.C.: Trafford, 2002.
- Lavery, David, 1949-;Hague, Angela;Cartwright, Marla. *Deny all knowledge: reading The X files*. Syracuse, N.Y.: Syracuse University Press, 1996.
- Lovece, Frank. *The X-files declassified*. Carol Pub., 1996.
- Lowry, Brian, et al. *The truth is out there*. New York: HarperPrism, 1995.
- Lowry, Brian, et al. *Trust no one: the official third season guide to the X files*. New York: HarperPrism, 1996.
- Meisler, Andy. *The end and the beginning*. HarperEntertainment, 2000.
- Meisler, Andy, et al. *I want to believe*. New York: HarperPrism, 1998.
- Meisler, Andy, et al. *Resist or serve*. New York, N.Y.: HarperEntertainment, 1999.
- Niles, Steve. *The X files. 30 days of night*. New York: DC Comics, 2011.
- Shapiro, Marc. *All things*. HarperEntertainment, 2001.

## Adaptation

- Bowler, Peter J. *Evolution: the history of an idea*. Berkeley: University of California Press, 2003.
- Cronin, Helena. *The ant and the peacock*. Press Syndicate of the University of Cambridge, 1991.
- Desmond, Adrian J., 1947-. *The politics of evolution [electronic resource]: morphology, medicine, and reform in radical London*. Chicago: University of Chicago Press, 1989.
- Eldredge, Niles. *Reinventing Darwin*. Wiley, 1995.
- Futuyma, Douglas J., 1942-. *Evolutionary biology*. Sunderland, Mass.: Sinauer Associates, 1986.
- Hutchinson, G. Evelyn (George Evelyn), 1903-1991. *The ecological theater and the evolutionary play*. New Haven: Yale University Press, 1965.
- Lerner, Daniel, ed. *Cause and effect*. New York, Free Press, 1965.
- Mayr, Ernst, 1904-. *Animal species and evolution*. Cambridge, Belknap Press of Harvard University Press, 1963.
- Monod, Jacques. *Chance and necessity; an essay on the natural philosophy of modern biology*. New York, Knopf, 1971.
- Provine, William B. *Sewall Wright and evolutionary biology*. Chicago [Ill.]: University of Chicago Press, 1989.
- Roe, Anne, 1904-1991, ed, et al. *Behavior and evolution*. New Haven, Yale University Press, 1958.
- Smith, John Maynard. *The theory of evolution*. Cambridge University Press, 1993.
- Wickler, Wolfgang. *Mimicry in plants and animals*. New York: McGraw-Hill, 1968.

## Clitoris

- Angier, Natalie. *Woman: an intimate geography*. Boston, Mass: Houghton Mifflin Co., 1999.
- Archer, John, 1944-. *Sex and gender*. Cambridge, UK; New York: Cambridge University Press, 2002.
- Berger, Milton M. (Milton Miles), 1918-. *Women beyond Freud: new concepts of feminine psychology*. New York: Brunner/Mazel Publishers, 1994.

- Blackledge, Catherine, 1968-. *The story of V: a natural history of female sexuality*. New Brunswick, N.J.: Rutgers University Press, 2004.
- Collective, Boston Women's Health Book. *Our bodies, ourselves: a book by and for women*. New York: Simon and Schuster, 1979.
- Flaherty, Joseph A, et al. *Psychiatry: diagnosis & therapy*. Norwalk, Conn.: Appleton & Lange, 1993.
- Halberstam, Judith, 1961-. *Female masculinity*. Durham [N.C.]: Duke University Press, 1998.
- Heffner, Linda J. *Human reproduction at a glance*. Osney Mead, Oxford; Malden, MA: Blackwell Science, 2001.
- Komisaruk, Barry R. *The orgasm answer guide*. Baltimore: The Johns Hopkins University Press, 2009.
- Roughgarden, Joan. *Evolution's rainbow: diversity, gender, and sexuality in nature and people*. Berkeley: University of California Press, 2004.
- Saladin, Kenneth S. *Human anatomy*. Boston: McGraw-Hill Higher Education, 2005.
- Tavris, Carol, et al. *The longest war: sex differences in perspective*. San Diego: Harcourt Brace Jovanovich, 1984.

## Presidency of Jimmy Carter

- Bickerton, Ian J. *A history of the Arab-Israeli conflict*. Pearson Prentice Hall, 2007.
- Bourne, Peter G.. *Jimmy Carter*. Scribner, 1997.
- Califano, Joseph A., 1931-. *Governing America: an insider's report from the White House and the Cabinet*. New York: Simon and Schuster, 1981.
- Carter, Jimmy, 1924-. *Keeping faith: memoirs of a president*. Toronto; New York: Bantam Books, 1982.
- Carter, Jimmy, 1924-. *White House diary*. New York: Picador USA, 2011.
- Fink, Gary M, et al. *The Carter presidency: policy choices in the post-New Deal era*. Lawrence: University Press of Kansas, 1998.
- Jordan, Hamilton. *Crisis: the last year of the Carter presidency*. New York, N.Y.: Berkley Books, 1983.
- Lance, Bert, 1931-2013, author. *The truth of the matter: my life in and out of politics*. New York: Summit Books, 1991.
- Mondale, Walter F., 1928-, et al. *The good fight: a life in liberal politics*. New York: Scribner, 2010.
- O'Neill, Tip, et al. *Man of the House: the life and political memoirs of Speaker Tip O'Neill*. New York: Random House, 1987.
- Powell, Jody, 1943-. *The other side of the story*. New York: Morrow, 1984.
- Vance, Cyrus R. (Cyrus Roberts), 1917-. *Hard choices: critical years in America's foreign policy*. New York: Simon and Schuster, 1983.
- Zelizer, Julian E.. *Jimmy Carter*. Times Books/Henry Holt and Co., 2010.

## Executive Residence

- Aitken, Jonathan, 1942- author. *Margaret Thatcher: power and personality*. New York: Bloomsbury, 2013.
- Garrett, Wendell D. *Our changing White House*. Boston: Northeastern University Press, 1995.
- Genovese, Michael A. *Encyclopedia of the American presidency*. New York: Facts on File, 2010.
- Klara, Robert. *The hidden White House: Harry Truman and the reconstruction of America's most famous residence*. Thomas Dunne Books/St. Martin's Press, 2013.
- Patrick, John J., 1935-, et al. *The Oxford guide to the United States government*. Oxford; New York: Oxford University Press, 2001.
- Smith, Jean Edward. *FDR*. Random House, 2007.
- Sullivan, George, 1927-. *How the White House really works*. New York: Dutton, 1989.
- Taylor, Elizabeth Dowling. *A slave in the White House: Paul Jennings and the Madisons*. New York: Palgrave Macmillan, 2012.
- Truman, Margaret, 1924-2008. *The president's house: a first daughter shares the history and secrets of the world's most famous home*. New York: Ballantine Books, 2003.
- Walsh, Mike. *Bowling across America: 50 states in rented shoes*. New York: St. Martin's Press, 2008.

- West, J. B, et al. *Upstairs at the White House; my life with the First Ladies*. New York, Coward, McCann & Geoghegan, 1973.
- Wolff, Perry, et al. *A tour of the White House with Mrs. John F. Kennedy*. Garden City, N.Y.: Doubleday, 1962.

## Christ myth theory

- Boyd, Gregory A.. *Lord or legend?*. Baker Books, 2007.
- Dawkins, Richard, 1941-. *The God delusion*. Boston: Houghton Mifflin Co., 2006.
- Ehrman, Bart D. *Lost Christianities: the battle for Scripture and the faiths we never knew*. New York: Oxford University Press, 2003.
- Ehrman, Bart D. *Misquoting Jesus: the story behind who changed the Bible and why*. New York: HarperSanFrancisco, 2007.
- Fox, Robin Lane. *The Classical World*. Basic Books, 2006.
- Garrett, Susan R., 1958-. *No ordinary angel: celestial spirits and Christian claims about Jesus*. New Haven: Yale University Press, 2008.
- Sandeen, Ernest Robert, 1931-. *The roots of fundamentalism: British and American millenarianism, 1800-1930*. Chicago: University of Chicago Press, 1970.
- Sheehan, Thomas. *The first coming: how the kingdom of God became Christianity*. New York: Random House, 1986.
- Stanton, Graham. *The Gospels and Jesus*. Oxford University Press, 1989.
- Stark, Rodney. *The rise of Christianity: how the obscure, marginal Jesus movement became the dominant religious force in the Western world in a few centuries*. [San Francisco, Calif.]: HarperSanFrancisco, 1997.
- Stuart, Tristram. *The Bloodless Revolution*. W. W. Norton, 2007.
- Wells, George Albert. *The Jesus myth*. Open Court, 1999.
- Wells, George Albert, 1926-. *The Jesus of the early Christians: a study in Christian origins*. London, Pemberton, 1971.

## George Bernard Shaw

- Adams, Elsie Bonita, 1932-. *Bernard Shaw and the aesthetes*. [Columbus]: Ohio State University Press, 1971.
- Cole, Margaret, 1893-1980. *Growing up into revolution*. London, New York, Longmans, Green, 1949.
- Dervin, Daniel, 1935-. *Bernard Shaw: a psychological study*. Lewisburg: Bucknell University Press, 1975.
- Evans, Judith, 1916-. *The politics and plays of Bernard Shaw*. Jefferson, N.C.: McFarland & Co., 2003.
- Holden, Anthony, 1947-. *Behind the Oscar: the secret history of the Academy Awards*. New York: Simon & Schuster, 1993.
- Holroyd, Michael, et al. *Bernard Shaw*. London: Chatto & Windus, 1991.
- Kevles, Daniel J. *In the name of eugenics: genetics and the uses of human heredity*. Cambridge, Mass.: Harvard University Press, 1995.
- O'Donovan, John, 1921-. *Shaw and the Charlatan genius: a memoir*. Dublin: Dolmen Press, 1965.
- Pascal, Valerie. *The disciple and his devil*. London, Joseph, 1971.
- Peters, Sally. *Bernard Shaw*. Yale University Press, 1996.
- Rosset, B. C. *Shaw of Dublin: the formative years*. University Park: Pennsylvania State University press, 1964.
- Valency, Maurice Jacques, 1903-. *The cart and the trumpet; the plays of George Bernard Shaw*. New York, Oxford University Press, 1973.

## Samuel Johnson

- Bate, Walter Jackson, 1918-1999. *Samuel Johnson*. New York: Harcourt Brace Jovanovich, 1977.
- Clarke, Norma, 1948-. *Dr Johnson's women*. London; New York: Hambledon and London, 2000.
- DeMaria, Robert, Jr., 1948-. *The life of Samuel Johnson: a critical biography*. Oxford, UK; Cambridge, Mass.: Blackwell, 1993.
- Greene, Donald Johnson. *Samuel Johnson*. MacMillan Publishing Company; Upd Sub edition, 1989.

- Hibbert, Christopher, 1924-2008. *The personal history of Samuel Johnson*. New York, Harper & Row, 1971.
- Hitchings, Henry, 1974-. *Defining the world: the extraordinary story of Dr. Johnson's Dictionary*. New York: Picador: Distributed by Holtzbrinck, 2006.
- Lane, Margaret, 1907-1994. *Samuel Johnson & his world*. New York: Harper & Row, 1975.
- Needham, John. *The compleatest mode: I.A. Richards and the continuity of English literary criticism*. Edinburgh: J. Needham for the University Press, 1982.
- Rogers, Pat, 1938-. *Johnson and Boswell: the transit of Caledonia*. Oxford; New York: Clarendon Press; New York: Oxford University Press, 1995.
- Yung, Kai Kin. *Samuel Johnson, 1709-84*. London: Herbert Press, 1984.

## Fantasia (1940 film)

- Barrier, J. Michael. *Hollywood cartoons: American animation in its golden age*. New York: Oxford University Press, 1999.
- Barrier, Michael. *The Animated Man*. University of California Press, 2007.
- Birlew, Dan. *Kingdom hearts: official strategy guide*. Indianapolis, Ind.: BradyGames, 2003.
- Culhane, John, et al. *Walt Disney's Fantasia*. New York: H.N. Abrams, 1983.
- Eagan, Daniel. *America's film legacy: the authoritative guide to the landmark movies in the National Film Registry*. New York: Continuum, 2010.
- Ebert, Roger. *Questions for the movie answer man*. Kansas City: Andrews McMeel Pub., 1997.
- Holden, Anthony, 1947-. *Behind the Oscar: the secret history of the Academy Awards*. New York: Simon & Schuster, 1993.
- Mosley, Leonard, 1913-1992. *Disney's world: a biography*. New York: Stein and Day, 1985.
- Pinsky, Mark I., 1947-. *The Gospel according to Disney: faith, trust, and pixie dust*. Louisville, Ky.: Westminster John Knox Press, 2004.
- Telotte, J. P., 1949-. *The mouse machine: Disney and technology*. Urbana: University of Illinois Press, 2008.
- Thomas, Bob, 1922-2014. *Walt Disney: an American original*. New York, N.Y.: Hyperion, 1994.
- Van Gelder, Peter, 1953-. *That's Hollywood: a behind-the-scenes look at 60 of the greatest films ever made*. New York, NY: HarperPerennial, 1990.
- Williams, Pat, 1940-. *How to be like Walt*. Deerfield Beach, Fla.: Health Communications, 2004.

## Herman Melville

- Arvin, Newton, 1900-1963. *Herman Melville*. [New York]: Sloane, 1950.
- Berthoff, Warner. *The example of Melville*. New York, Norton, 1972.
- Bowen, Merlin (Merlin Shelley), 1910-1999. *The long encounter: self and experience in the writings of Herman Melville*. [Chicago] University of Chicago Press, 1960.
- Delbanco, Andrew. *Melville*. Knopf, 2005.
- Edwards, Mary K. Bercaw. *Melville's sources*. Evanston, Ill.: Northwestern University Press, 1987.
- Garner, Stanton. *The Civil War world of Herman Melville*. Lawrence, Kan.: University Press of Kansas, 1993.
- Hillway, Tyrus. *Herman Melville*. Boston: Twayne Publishers, 1979.
- Leyda, Jay, 1910-. *The Melville log: a documentary life of Herman Melville, 1819-1891, with a new supplementary chapter*. New York: Gordian Press, 1969.
- Melville, Herman, 1819-1891. *Pierre; or, The ambiguities*. New York: Grove Press, 1957.
- Robertson-Lorant, Laurie, 1940-. *Melville: a biography*. New York: Clarkson Potter/Publishers, 1996.
- Sealts, Merton M. *Melville's reading*. [Columbia, S.C.]: University of South Carolina Press, 1988.
- Sullivan, Wilson. *New england men of letters*. [Place of publication not identified]: Atheneum Children'S Books, 1972.
- Talley, Sharon, 1952-. *Student companion to Herman Melville*. Westport, Conn.: Greenwood Press, 2007.

## Pet Sounds

- Badman, Keith. *The Beach Boys: the definitive diary of America's greatest band, on stage and in the studio*. San Francisco, Calif.: Backbeat Books, 2004.
- Brackett, Nathan, 1968-, et al. *The new Rolling Stone album guide*. New York: Simon & Schuster, 2004.
- Dillon, Mark, 1969-. *Fifty sides of the Beach Boys: the songs that tell their story*. Toronto, Ont.: ECW Press, 2012.
- Gaines, Steven S. *Heroes and villains: the true story of the Beach Boys*. New York, N.Y.: New American Library, 1986.
- Leaf, David. *The Beach Boys and the California myth*. New York: Grosset & Dunlap, 1978.
- Marsh, Dave. *Fortunate son: criticism and journalism by America's best-known rock writer*. New York: Random House, 1985.
- Marsh, Dave, et al. *The new Rolling stone record guide*. New York: Random House/Rolling Stone Press, 1983.
- Tobler, John, et al. *The Beach Boys*. Secaucus, N.J.: Chartwell Books, 1978.
- Unterberger, Richie, 1962-. *Music USA: the rough guide*. London: Rough Guides, 1999.
- White, Timothy, 1952-2002. *The nearest faraway place: Brian Wilson, the Beach Boys, and the Southern Californian experience*. London: Macmillan, 1996.
- Zager, Michael. *Music production: for producers, composers, arrangers, and students*. Lanham, Md.: Scarecrow Press, 2012.

## Ansel Adams

- Adams, Ansel, 1902-, et al. *The portfolios of Ansel Adams*. Boston: New York Graphic Society, 1981.
- Adams, Ansel, 1902-1984. *Ansel Adams: letters and images, 1916-1984*. Boston: Little, Brown, 1988.
- Adams, Ansel, 1902-1984. *Our national parks*. Boston: Little, Brown, 1992.
- Adams, Ansel, 1902-1984. *The Mural Project*. Santa Barbara: Reverie Press, 1989.
- Adams, Ansel, 1902-1984. *The print: contact printing and enlarging*. Boston: New York Graphic Society, 1950.
- Adams, Ansel, 1902-1984, et al. *Ansel Adams*. New York: Crescent Books, 1991.
- Alinder, Mary Street. *Ansel Adams*. H. Holt, 1996.
- Armor, John. *Manzanar =*. Times Books, 1988.
- Briggs, Asa. *Who's who in the twentieth century*. Oxford University Press, 2003.
- Castleberry, May. *Perpetual mirage: photographic narratives of the desert West*. New York: Whitney Museum of American Art: Distributed by Harry N. Abrams, Inc., 1996.
- Dunlap, Julie. *Eye on the wild: a story about Ansel Adams*. Minneapolis: Carolrhoda Books, 1995.
- Press, Oxford University. *The world encyclopedia*. New York, N.Y.: Oxford University Press, 2001.

## Marshall Court

- Goldstone, Lawrence. *The activist*. Walker & Co, 2008.
- Hobson, Charles F. *The great chief justice: John Marshall and the rule of law*. Lawrence: University Press of Kansas, 1996.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- Irons, Peter H.. *A people's history of the Supreme Court*. Penguin Books, 2006.
- Martin, Fenton S. *The U.S. Supreme Court: a bibliography*. Washington, D.C.: Congressional Quarterly, 1990.
- Newmyer, R. Kent. *Supreme Court Justice Joseph Story: statesman of the Old Republic*. Chapel Hill: University of North Carolina Press, 1985.
- None,. *The justices of the United States Supreme Court: their lives and major opinions*. New York: Chelsea House Publishers, 1997.
- Rehnquist, William H., 1924-. *Grand inquests: the historic impeachments of Justice Samuel Chase and President Andrew Johnson*. New York: Quill/Morrow, 1999.
- Robarge, David Scott. *A chief justice's progress: John Marshall from revolutionary Virginia to the Supreme Court*. Westport, Conn.: Greenwood Press, 2000.

- Simon, James F. *What kind of nation: Thomas Jefferson, John Marshall, and the epic struggle to create a United States*. New York: Simon & Schuster, 2002.
- Sloan, Cliff, et al. *The great decision: Jefferson, Adams, Marshall, and the battle for the Supreme Court*. New York: PublicAffairs, 2009.
- Tomlins, Christopher L., 1951-, et al. *The United States Supreme Court: the pursuit of justice*. Boston: Houghton Mifflin, 2005.
- Urofsky, Melvin I. *The Supreme Court justices: a biographical dictionary*. New York: Garland Pub., 1994.

## Hearst Castle

- Aslet, Clive, 1955-. *The American country house*. New Haven: Yale University Press, 1990.
- Burt, Nathaniel, 1913-. *Palaces for the people: a social history of the American art museum*. Boston: Little, Brown, 1977.
- Everingham, Carol J. *The art of San Simeon: introduction to the collection*. [S.l.: s.n.], 1981.
- Kastner, Victoria. *Hearst's San Simeon: the gardens and the land*. New York: Abrams, 2009.
- Loe, Nancy E., 1954-. *Hearst Castle: the official pictorial guide*. Santa Barbara, Calif.: Companion Press, 1991.
- Murray, Ken, 1903-1988. *The golden days of San Simeon*. Los Angeles, Calif.: MurMar Pub. Co., 1995.
- None,, *Fodor's Northern California 2011*. New York: Fodors Travel Publications, 2011.
- Pizzitola, Louis. *Hearst over Hollywood*. Columbia University Press, 2002.
- Procter, Ben H. *William Randolph Hearst: final edition, 1911-1951*. Oxford [England]; New York: Oxford University Press, 2007.
- Rybczynski, Witold. *The most beautiful house in the world*. New York, N.Y., U.S.A.: Viking, 1989.
- Thorndike, Joseph Jacobs, 1913-. *The magnificent builders and their dream houses*. New York: American Heritage Pub. Co.: book trade distribution by Simon and Schuster, 1978.
- Wadsworth, Ginger. *Julia Morgan, architect of dreams*. Lerner, 1990.
- Wodehouse, P. G. (Pelham Grenville), 1881-1975. *P.G. Wodehouse: five complete novels*. New York: Avenel Books: Distributed by Crown Publishers by arrangement with Scott Meredith Literary Agency, 1983.

## 1960 United States presidential election

- Casey, Shaun. *The making of a Catholic president*. Oxford University Press, 2009.
- Chester, Edward W. *A guide to political platforms*. Hamden, Conn.: Archon Books, 1977.
- Dallek, Robert. *Lone star rising*. Oxford University Press; 1st edition, 1991.
- Divine, Robert A. *Foreign policy and U.S. presidential elections, 1952-1960*. New York, New Viewpoints, 1974.
- Dudley, Robert L. *Counting every vote: the most contentious elections in American history*. Washington, D.C.: Potomac Books, 2008.
- Harper, Paul, 1944-, et al. *John F. Kennedy, the promise revisited*. New York: Greenwood Press, 1988.
- Matthews, Christopher. *Kennedy & Nixon*. Simon & Schuster, 1996.
- Nixon, Richard M. (Richard Milhous), 1913-1994. *RN: the memoirs of Richard Nixon*. New York: Grosset & Dunlap, 1978.
- O'Brien, Michael, 1943-. *John F. Kennedy: a biography*. New York: Thomas Dunne Books/St. Martin's Press, 2005.
- Pietrusza, David, 1949-. *1960: LBJ vs. JFK vs. Nixon: the epic campaign that forged three presidencies*. New York: Union Square Press, 2008.
- Rorabaugh, W. J. *The real making of the president: Kennedy, Nixon, and the 1960 election*. Lawrence, Kan.: University Press of Kansas, 2009.
- White, Theodore H. (Theodore Harold), 1915-1986. *The making of the President, 1960*. New York, Atheneum Publishers, 1961.

## Aleksandr Solzhenitsyn

- Berman, Ronald, et al. *Solzhenitsyn at Harvard: the address, twelve early responses, and six later reflections*. Washington: Ethics and Public Policy Center, 1980.
- Dunlop, John B, et al. *Solzhenitsyn in exile: critical essays and documentary materials*. Stanford, Calif.: Hoover Institution, 1985.
- Ericson, Edward E. *Solzhenitsyn, the moral vision*. Grand Rapids, Mich.: Eerdmans, 1980.
- Feuer, Kathryn. *Solzhenitsyn: a collection of critical essays*. Englewood Cliffs, N.J.: Prentice-Hall, 1976.
- Kodjak, Andrej, 1926-. *Alexander Solzhenitsyn*. Boston: Twayne Publishers, 1978.
- Kopelev, Lev, 1912-. *Ease my sorrows: a memoir*. New York: Random House, 1983.
- Krasnov, Vladislav. *Solzhenitsyn and Dostoevsky: a study in the polyphonic novel*. Athens: University of Georgia Press, 1980.
- Labedz, Leopold, comp. *Solzhenitsyn; a documentary record*. Bloomington, Indiana University Press, 1973.
- Mann, Jim, 1946-. *Rise of the Vulcans: the history of Bush's war cabinet*. New York, N.Y.: Penguin Books, 2004.
- Panin, Dimitrii Mikhailovich, 1911-. *The notebooks of Sologdin*. New York: Harcourt Brace Jovanovich, 1976.
- Rothberg, Abraham. *Aleksandr Solzhenitsyn; the major novels. -*. Ithaca, N.Y.: Cornell University Press, 1971.
- Solzhenitsyn, Aleksandr Isaevich, 1918-2008. *Letter to the Soviet leaders*. New York: Harper & Row, 1974.
- Thomas, D. M. *Alexander Solzhenitsyn: a century in his life*. New York: St. Martin's Press, 1998.

## Henry L. Stimson

- Art, Robert J, et al. *The use of force: military power and international politics*. Lanham, Md.: Rowman & Littlefield, 2004.
- Conant, Jennet. *Tuxedo Park: a Wall Street tycoon and the secret palace of science that changed the course of World War II*. New York: Simon & Schuster, 2002.
- Dallek, Robert. *Franklin D. Roosevelt and American foreign policy, 1932-1945*. New York: Oxford University Press, 1979.
- Ferrell, Robert H. *Frank B. Kellogg; Henry L. Stimson*. New York: Cooper Square Publishers, 1963.
- Gerber, Larry G., 1947-. *The limits of liberalism: Josephus Daniels, Henry Stimson, Bernard Baruch, Donald Richberg, Felix Frankfurter, and the development of the modern American political economy*. New York: New York University Press, 1983.
- Hodgson, Godfrey. *The colonel: the life and wars of Henry Stimson, 1867-1950*. New York: Knopf: Distributed by Random House, 1990.
- Malloy, Sean L. (Sean Langdon), 1972-. *Atomic tragedy: Henry L. Stimson and the decision to use the bomb against Japan*. Ithaca, N.Y.: Cornell University Press, 2008.
- Malloy, Sean L. (Sean Langdon), 1972-. *Atomic tragedy: Henry L. Stimson and the decision to use the bomb against Japan*. Ithaca: Cornell University Press, 2008.
- Morison, Elting E. (Elting Elmore). *Turmoil and tradition: a study of the life and times of Henry L. Stimson*. Boston: Houghton Mifflin Co., 1960.
- Rappaport, Armin. *Henry L. Stimson and Japan, 1931-33*. Chicago, University of Chicago Press, 1963.
- Schmitz, David F. *Henry L. Stimson: the first wise man*. Wilmington, Del.: SR Books, 2001.
- Walker, J. Samuel. *Prompt and utter destruction*. University of North Carolina Press, 1997.
- White, Theodore H. (Theodore Harold), 1915-1986. *The making of the president, 1960*. New York: HarperPerennial Political Classics, 2009.

## British colonization of the Americas

- Berlin, Ira, 1941-. *Many thousands gone: the first two centuries of slavery in North America*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1998.
- Burk, Kathleen. *Old world, new world: Great Britain and America from the beginning*. New York: Atlantic Monthly Press, 2008.

- Elliott, J. H. (John Huxtable). *Empires of the Atlantic world: Britain and Spain in America, 1492-1830*. New Haven: Yale University Press, 2006.
- Ferguson, Niall. *Empire: the rise and demise of the British world order and the lessons for global power*. New York: Basic Books, 2004.
- Ferling, John E. *A leap in the dark: the struggle to create the American republic*. Oxford; New York: Oxford University Press, 2003.
- Horn, James P. P. *A kingdom strange: the brief and tragic history of the lost colony of Roanoke*. New York: Basic Books, 2010.
- Horn, James P. P. *A land as God made it: Jamestown and the birth of America*. New York: Basic Books, 2005.
- Lepore, Jill, 1966-. *The name of war: King Philip's War and the origins of American identity*. New York: Vintage Books, 1999.
- Meinig, D. W. (Donald William), 1924-. *The shaping of America: a geographical perspective on 500 years of history*. New Haven: Yale University Press, 1986.
- Pethick, Derek, 1920-. *The Nootka connection: Europe and the Northwest coast, 1790-1795*. Seattle: University of Washington Press; Vancouver: Douglas & McIntyre, 1980.
- Shorto, Russell. *The island at the center of the world: the epic story of Dutch Manhattan and the forgotten colony that shaped America*. New York: Doubleday, 2004.
- Smith, Simon C. *British imperialism, 1750-1970*. Cambridge University Press, 1998.
- Springhall, John. *Decolonization since 1945: the collapse of European overseas empires*. New York: Palgrave, 2001.

## Democratic-Republican Party

- Ammon, Harry, 1917-. *James Monroe: the quest for national identity*. New York, McGraw-Hill, 1971.
- Banning, Lance, 1942-2006, author. *The Jeffersonian persuasion: evolution of a party ideology*. Ithaca, N.Y.: Cornell University Press, 1978.
- Brown, Ralph A. *The Presidency of John Adams*. Lawrence: University Press of Kansas, 1975.
- Chernow, Ron. *Alexander Hamilton*. New York: Penguin Press, 2004.
- Cunningham, Noble E., 1926-. *The Jeffersonian Republicans: the formation of party organization, 1789-1801*. Chapel Hill: Published for the Institute of Early American History and Culture at Williamsburg by the University of North Carolina Press, 1957.
- Ferling, John E. *A leap in the dark: the struggle to create the American republic*. Oxford; New York: Oxford University Press, 2003.
- Ferling, John E. *The ascent of George Washington: the hidden political genius of an American icon*. New York: Bloomsbury Press, 2009.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- McDonald, Forrest. *The Presidency of Thomas Jefferson*. Lawrence: University Press of Kansas, 1976.
- Meacham, Jon. *Thomas Jefferson*. Random House, 2012.
- Morison, Samuel Eliot, 1887-1976. *The Oxford history of the American people*. New York, Oxford University Press, 1965.
- Nugent, Walter T. K. *Habits of empire: a history of American expansion*. New York: Alfred A. Knopf, 2008.
- Parsons, Lynn H. *The birth of modern politics: Andrew Jackson, John Quincy Adams, and the election of 1828*. Oxford; New York: Oxford University Press, 2009.

## Reading

- Adams, Marilyn Jager. *Beginning to read [electronic resource]: thinking and learning about print*. Cambridge, Mass.: MIT Press, 1994.
- Adler, Mortimer Jerome, 1902-2001, et al. *How to read a book*. New York: MJF Books, 1972.
- Bainbridge, Joyce, 1944-. *Constructing meaning: balancing elementary language arts*. Toronto: Harcourt Canada, 2000.

- Briggs, Asa, 1921-. *A social history of the media: from Gutenberg to the Internet*. Cambridge, UK: Polity; Malden, MA: Blackwell, 2002.
- Dehaene, Stanislas. *Reading in the brain: the new science of how we read*. New York: Penguin Books, 2010.
- Gipe, Joan P. *Multiple paths to literacy: corrective reading techniques for classroom teachers*. Upper Saddle River, NJ: Merrill, 1998.
- Moats, Louisa Cook. *Speech to print: language essentials for teachers*. Baltimore: Paul H. Brookes Pub., 2000.
- Moidel, Steve, et al. *Speed reading for business*. Hauppauge, N.Y.: Barron's, 1998.
- Orr, David W., 1944-. *Ecological literacy: education and the transition to a postmodern world*. Albany: State University of New York Press, 1992.
- Rayner, Keith. *The psychology of reading*. Hillsdale, N.J.: Lawrence Erlbaum Associates, 1995.
- Weaver, Constance. *Understanding whole language: from principles to practice*. Portsmouth, NH: Heinemann, 1990.
- Wolf, Maryanne. *Proust and the squid*. Harper, 2007.

## Gregory Bateson

- Bateson, Gregory, 1904-1980. *A sacred unity: further steps to an ecology of mind*. New York: Cornelia & Michael Bessie Book, 1991.
- Bateson, Gregory, 1904-1980. *Mind and nature: a necessary unity*. New York: Dutton, 1979.
- Bateson, Gregory, 1904-1980. *Naven, a survey of the problems suggested by a composite picture of the culture of a New Guinea tribe drawn from three points of view*. Stanford, Calif., Stanford University Press, 1958.
- Bateson, Gregory, et al. *About Bateson: essays on Gregory Bateson*. New York: Dutton, 1977.
- Bateson, Gregory, et al. *Angels fear: towards an epistemology of the sacred*. Toronto; New York: Bantam, 1988.
- Bateson, Mary Catherine, et al. *Our own metaphor; a personal account of a conference on the effects of conscious purpose on human adaptation*. New York, Knopf; [distributed by Random House], 1972.
- Berger, Milton M. (Milton Miles), 1918-. *Beyond the double bind: communication and family systems, theories, and techniques with schizophrenics*. New York: Brunner/Mazel, 1978.
- Conant, Jennet. *A Covert Affair: Julia Child and Paul Child in the OSS*. Simon & Schuster, 2011.
- Evans, Terry, 1944-. *Prairie: images of ground and sky*. Lawrence, Kan.: University Press of Kansas, 1986.
- Grinder, John, et al. *The structure of magic*. Palo Alto, Ca.: Science and Behavior Books, 1976.
- Lipset, David, 1951-. *Gregory Bateson: the legacy of a scientist*. Englewood Cliffs, N.J.: Prentice-Hall, 1980.
- Rogers, Carl R. (Carl Ransom), 1902-1987. *The Carl Rogers reader*. Boston: Houghton Mifflin, 1989.

## Portuguese Empire

- Boxer, C. R. (Charles Ralph), 1904-. *The Portuguese seaborne empire: 1415-1825*. London: Hutchinson, 1969.
- Crow, John Armstrong. *The epic of Latin America*. Berkeley: University of California Press, 1992.
- Davies, K. G. (Kenneth Gordon). *The North Atlantic world in the seventeenth century*. Minneapolis: University of Minnesota Press, 1974.
- Dodge, Ernest S. (Ernest Stanley), 1913-1980. *Islands and empires: Western impact on the Pacific and east Asia*. Minneapolis: University of Minnesota Press, 1976.
- Herring, Hubert Clinton, 1889-, et al. *A history of Latin America, from the beginnings to the present*. New York, Knopf, 1968.
- Lockhart, James, et al. *Early Latin America: a history of colonial Spanish America and Brazil*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1983.
- McAlister, Lyle N. *Spain and Portugal in the New World, 1492-1700*. Minneapolis: University of Minnesota Press, 1984.

- Newitt, M. D. D.. *A history of Mozambique*. Indiana University Press, 1995.
- Pacey, Arnold. *Technology in world civilization: a thousand-year history*. Cambridge, Mass.: MIT Press, 1990.
- Pearson, M. N. (Michael Naylor), 1941-. *Merchants and rulers in Gujarat: the response to the Portuguese in the sixteenth century*. Berkeley: University of California Press, 1976.
- Schwartz, Stuart B. *Sovereignty and society in colonial Brazil; the High Court of Bahia and its judges, 1609-1751*. Berkeley, University of California Press, 1973.
- Thomas, Hugh, 1931-. *The slave trade: the story of the Atlantic slave trade, 1440-1870*. New York, NY: Simon & Schuster, 1997.
- White, Pamela. *Exploration in the world of the Middle Ages, 500-1500*. New York: Facts on File, 2005.

## Cary Grant

- Botto, Louis, et al. *At this theatre: 100 years of Broadway shows, stories and stars*. New York: Applause Theatre & Cinema Books/Playbill; Milwaukee, WI: [Distributed by] Hal Leonard Corp., 2002.
- Crouse, Richard, 1963-. *Reel winners: movie award trivia*. Toronto [Ont.]: Dundurn Group, 2005.
- Donaldson, Maureen, 1946-, et al. *An affair to remember: my life with Cary Grant*. New York: Putnam, 1989.
- Grant, Jennifer. *Good Stuff: A Reminiscence of My Father, Cary Grant*. Knopf, 2011.
- Gressor, Megan, et al. *An affair to remember: the greatest love stories of all times*. Gloucester, MA: Fair Winds Press, 2005.
- Higham, Charles, 1931-, et al. *Cary Grant: the lonely heart*. New York: Avon Books, 1990.
- Houseman, Victoria. *Made in heaven: the marriages and children of Hollywood stars*. Chicago, Ill.: Bonus Books, 1991.
- Mann, William J. *Behind the screen: how gays and lesbians shaped Hollywood, 1910-1969*. New York: Viking, 2001.
- Morecambe, Gary, 1956-. *Cary Grant: in name only*. London: Robson, 2001.
- Rood, Karen Lane. *American culture after World War II*. Detroit: Gale Research, 1994.
- Turk, Edward Baron. *Hollywood diva: a biography of Jeanette MacDonald*. Berkeley, Calif.: University of California Press, 1998.
- Wansell, Geoffrey, 1945-. *Cary Grant, dark angel*. New York: Arcade Pub., 1996.
- Wansell, Geoffrey, 1945-. *Cary Grant, haunted idol*. London: Collins, 1983.

## History of the Democratic Party (United States)

- Baker, Jean H. *Affairs of party: the political culture of Northern Democrats in the mid-nineteenth century*. Ithaca: Cornell University Press, 1983.
- Cole, Donald B. *Martin Van Buren and the American political system*. Princeton, N.J.: Princeton University Press, 1984.
- Gamm, Gerald H. *The making of new deal Democrats: voting behavior and realignment in Boston, 1920-1940*. Chicago: University of Chicago Press, 1989.
- Keller, Morton. *Affairs of State: public life in late nineteenth century America*. Cambridge: Belknap Press of Harvard University Press, 1977.
- Kleppner, Paul. *The third electoral system 1853-1892: parties, voters, and political cultures*. Chapel Hill: University of North Carolina Press, 1979.
- McCormick, Richard Patrick, 1916-. *The second American party system: party formation in the Jacksonian era*. Chapel Hill, University of North Carolina Press, 1966.
- Micklethwait, John, et al. *The right nation: conservative power in America*. New York: Penguin Press, 2004.
- Nevins, Allan, 1890-1971. *Grover Cleveland; a study in courage*. New York Dodd, Mead, 1964.
- Remini, Robert Vincent, 1921-. *Martin Van Buren and the making of the Democratic Party*. New York, Columbia University Press, 1959.
- Remini, Robert Vincent, 1921-, et al. *The House: the history of the House of Representatives*. New York: Smithsonian Books in association with HarperCollins, 2006.

- Sabato, Larry. *Encyclopedia of American political parties and elections*. Facts On File, 2006.
- Sundquist, James L. *Dynamics of the party system: alignment and realignment of political parties in the United States*. Washington, D.C.: Brookings Institution, 1983.

## O. J. Simpson murder case

- Bailey, F. Lee (Francis Lee), 1933-, et al. *When the husband is the suspect*. New York: Forge, 2009.
- Clarke, George, 1951- author. *Justice and science: trials and triumphs of DNA evidence*. New Brunswick, NJ: Rutgers University Press, 2007.
- Cooley, Armanda, et al. *Madam foreman: a rush to judgment?*. Beverly Hills, Calif.: Dove Books, 1995.
- Darden, Christopher A, et al. *In contempt*. New York, NY: ReganBooks, 1996.
- Dershowitz, Alan M. *America on trial: inside the legal battles that transformed our nation*. New York, NY: Warner Books, Inc., 2004.
- Dershowitz, Alan M. *Reasonable doubts: the O.J. Simpson case and the criminal justice system*. New York: Simon & Schuster, 1996.
- Freed, Donald, 1932-, et al. *Killing time: the first full investigation into the unsolved murders of Nicole Brown Simpson and Ronald Goldman*. New York: Macmillan, USA, 1996.
- Garner, Joe, et al. *Stay tuned: television's unforgettable moments*. Kansas City, Mo.: Andrews McMeel Pub., 2002.
- Gibbs, Jewelle Taylor. *Race and justice*. Jossey-Bass, 1996.
- Goldberg, Hank M. *The prosecution responds: an O.J. Simpson trial prosecutor reveals what really happened*. Secaucus, N.J.: Carol Pub. Group, 1996.
- Lange, Tom. *Evidence dismissed*. Pocket Books, 1997.
- Schiller, Lawrence, et al. *American tragedy: the uncensored story of the Simpson defense*. New York: Random House, 1996.
- Shapiro, Robert L, et al. *The search for justice: a defense attorney's brief on the O.J. Simpson case*. New York, N.Y.: Warner Books, 1996.

## Metro-Goldwyn-Mayer

- Bart, Peter. *Fade out*. Morrow, 1990.
- Berliner, Barbara, et al. *The book of answers: the New York Public Library Telephone Reference Service's most unusual and entertaining questions*. New York: Simon & Schuster, 1992.
- Carey, Gary. *All the stars in heaven: Louis B. Mayer's MGM*. New York: Dutton, 1981.
- Crabb, Kelly Charles, 1946-. *The movie business: the definitive guide to the legal and financial secrets of getting your movie made*. New York: Simon & Schuster, 2005.
- Dietz, Howard, 1896-1983. *Dancing in the dark*. [New York] Quadrangle, 1974.
- Doherty, Thomas Patrick. *Pre-code Hollywood: sex, immorality, and insurrection in American cinema, 1930-1934*. New York: Columbia University Press, 1999.
- Eyman, Scott. *Lion of Hollywood*. Simon & Schuster, 2005.
- Flexner, Stuart Berg. *Listening to America: an illustrated history of words and phrases from our lively and splendid past*. New York: Simon and Schuster, 1982.
- Newman, Peter Charles. *King of the castle: the making of a dynasty: Seagram's and the Bronfman empire*. New York: Atheneum, 1979.
- Parker, Dorothy, 1893-1967. *Not much fun: the lost poems of Dorothy Parker*. New York: Scribner Poetry, 2001.
- Prince, Stephen, 1955-. *A new pot of gold: Hollywood under the electronic rainbow, 1980-1989*. Berkeley: University of California Press, 2002.
- Walker, Alexander. *Elizabeth*. New York: Grove Press; [Emeryville, CA: Distributed by Publishers Group West], 2001.

## Erwin Rommel

- Atkinson, Rick. *The guns at last light: the war in Western Europe, 1944-1945*. New York: Henry Holt and Co., 2013.

- Beevor, Antony. *D-day*. Viking, 2009.
- Bierman, John. *The Battle of Alamein*. Viking, 2002.
- Blumentritt, Günther. *Von Rundstedt, the soldier and the man*. London, Odhams Press, 1952.
- Brighton, Terry. *Patton, Montgomery, Rommel: masters of war*. New York: Crown, 2009.
- Coggins, Jack. *The campaign for North Africa*. Garden City, N.Y.: Doubleday, 1980.
- KIMMERLING, BARUCH. *POLITICIDE: ARIEL SHARON'S WAR AGAINST THE PALESTINIANS.*. VERSO, 2003.
- Kane, Robert B.. *Disobedience and Conspiracy in the German Army 1918-1945*. McFarland & Company, 2002.
- Kelly, Orr. *Meeting the Fox: the Allied invasion of Africa, from Operation Torch to Kasserine Pass to victory in Tunisia*. New York: J. Wiley, 2002.
- Knox, MacGregor. *Hitler's Italian allies: Royal Armed Forces, Fascist regime, and the war of 1940-43*. Cambridge; New York: Cambridge University Press, 2000.
- Latimer, Jon. *Alamein*. Cambridge, Mass.: Harvard University Press, 2002.
- Lewin, Ronald. *Rommel as military commander*. New York: Barnes & Noble, 1998.
- Willmott, H. P. *June 1944*. Poole, Dorset: Blandford Press; New York, N.Y.: Distributed in the U.S. by Sterling Pub. Co., 1984.

## New Deal

- Friedman, Milton, 1912-2006, et al. *Two lucky people: memoirs*. Chicago: The University of Chicago Press, 1998.
- Herman, Arthur, 1956-. *Joseph McCarthy: reexamining the life and legacy of America's most hated senator*. New York: Free Press, 2000.
- Ingalls, Robert P., 1941-. *Herbert H. Lehman and New York's Little New Deal*. New York: New York University Press, 1975.
- Klinkner, Philip A, et al. *The unsteady march: the rise and decline of racial equality in America*. Chicago, Ill.; London: University of Chicago Press, 2002.
- McElvaine, Robert S., 1947-. *The Depression and New Deal: a history in documents*. New York: Oxford University Press, 2000.
- McElvaine, Robert S., 1947-. *The Great Depression: America, 1929-1941*. [New York, N.Y.]: Times Books, 1984.
- McJimsey, George T. *Harry Hopkins: ally of the poor and defender of Democracy*. Cambridge, Mass.: Harvard University Press, 1987.
- McJimsey, George T.. *The presidency of Franklin Delano Roosevelt*. University Press of Kansas, 2000.
- Myers, Margaret G. (Margaret Good), 1899-. *A financial history of the United States*. New York, Columbia University Press, 1970.
- Patterson, James T. *The New Deal and the States; federalism in transition*. Princeton, N.J., Princeton University Press, 1969.
- Roosevelt, Franklin D. (Franklin Delano), 1882-1945. *FDR's fireside chats*. Norman: University of Oklahoma Press, 1992.
- Sternsher, Bernard, 1925-. *Rexford Tugwell and the New Deal*. New Brunswick, N.J., Rutgers University Press, 1964.

## Bell hooks

- Hooks, Bell. *Feminism is for everybody: passionate politics*. Cambridge, MA: South End Press, 2000.
- Hooks, Bell. *Killing rage: ending racism*. New York: H. Holt and Co., 1995.
- Hooks, Bell. *Rock my soul: Black people and self-esteem*. New York, NY: Atria Books, 2003.
- Hooks, Bell. *Teaching to transgress: education as the practice of freedom*. New York: Routledge, 1994.
- Hooks, Bell, et al. *Be boy buzz*. New York: Hyperion Books for Children, 2002.
- Hooks, Bell, et al. *Breaking bread: insurgent Black intellectual life*. Boston, MA: South End Press, 1991.
- Whitson, Kathy J. *Encyclopedia of feminist literature*. Westport, Conn.: Greenwood Press, 2004.
- hooks, bell. *Grump Groan Growl*. Hyperion, 2008.

- hooks, bell, 1952-. *All about love: new visions*. New York: William Morrow, 2000.
- hooks, bell, 1952-. *Communion: the female search for love*. New York, NY: Perennial, 2003.
- hooks, bell, 1952-. *Salvation: Black people and love*. New York: Perennial, 2001.
- hooks, bell, 1952-. *Teaching community: a pedagogy of hope*. New York: Routledge, 2003.
- hooks, bell, 1952-. *Wounds of passion: a writing life*. New York: H. Holt, 1999.

### William Jennings Bryan

- Ashby, LeRoy. *William Jennings Bryan: champion of democracy*. Boston: Twayne Publishers, 1987.
- Bensel, Richard Franklin, 1949-. *Passion and preferences: William Jennings Bryan and the 1896 Democratic National Convention*. Cambridge; New York: Cambridge University Press, 2008.
- Cherny, Robert W. *A righteous cause: the life of William Jennings Bryan*. Norman: University of Oklahoma Press, 1994.
- Clements, Kendrick A., 1939-. *The presidency of Woodrow Wilson*. Lawrence, Kan.: University Press of Kansas, 1992.
- Clements, Kendrick A., 1939-. *William Jennings Bryan, missionary isolationist*. Knoxville: University of Tennessee Press, 1982.
- Glad, Paul W. *McKinley, Bryan and the people*. Philadelphia: Lippincott, 1964.
- Glad, Paul W. *The trumpet soundeth: William Jennings Bryan and his democracy, 1896-1912*. University of Nebraska Press, 1960.
- Hibben, Paxton, 1880-1928. *The peerless leader*. New York, Farrar and Rinehart, incorporated, 1929.
- Kazin, Michael, 1948-. *A godly hero: the life of William Jennings Bryan*. New York: Knopf, 2006.
- Koenig, Louis William, 1916-. *Bryan; a political biography of William Jennings Bryan*. New York, Putnam, 1971.
- Levine, Lawrence W. *Defender of the faith: William Jennings Bryan, the last decade, 1915-1925*. Cambridge, Mass.: Harvard University Press, 1987.
- Levine, Lawrence W. *Defender of the faith: William Jennings Bryan; the last decade, 1915-1925*. New York: Oxford University Press, 1965.
- Taylor, Jeff, 1961-. *Where did the party go?: William Jennings Bryan, Hubert Humphrey, and the Jeffersonian legacy*. Columbia: University of Missouri Press, 2006.

### Józef Piłsudski

- Blobaum, Robert. *Feliks Dzierżyński and the SDKPiL: a study of the origins of Polish communism*. Boulder: East European Monographs; New York: Distributed by Columbia University Press, 1984.
- Cohen, Yohanan. *Small nations in times of crisis and confrontation*. Albany: State University of New York Press, 1989.
- Davies, Norman, 1939-. *Heart of Europe: a short history of Poland*. Oxford [Oxfordshire]; New York: Oxford University Press, 1986.
- Hildebrand, Klaus, author,Mazal Holocaust Collection. TxSaTAM. *The foreign policy of the Third Reich*. Berkeley: University of California Press, 1973.
- Kenez, Peter. *A History of the Soviet Union from the Beginning to the End*. Cambridge University Press, 2002.
- Lukacs, John, 1924-. *The last European war: September 1939/December 1941*. New Haven [Conn.]: Yale University Press, 2001.
- Paulsson, Gunnar S. *Secret city: the hidden Jews of Warsaw, 1940-1945*. New Haven: Yale University Press, 2002.
- Payne, Stanley G, et al. *A history of fascism, 1914-1945 [electronic resource]*. Madison: University of Wisconsin Press, 1995.
- Pipes, Richard. *Russia under the Bolshevik regime*. A.A. Knopf, 1993.
- Roos, Hans, 1919-1984. *A history of modern Poland, from the foundation of the State in the First World War to the present day*. New York, Knopf, 1966.
- Rothschild, Joseph. *East Central Europe between the two World Wars*. Seattle, University of Washington Press, 1992.

- Vital, David.. *A people apart*. Oxford University Press, 1999.
- Zamoyski, Adam. *The Polish way: a thousand-year history of the Poles and their culture*. New York: F. Watts, 1988.

## Jaws (film)

- Biskind, Peter. *Easy riders, raging bulls: how the sex-drugs-and-rock-'n'-roll generation saved Hollywood*. New York, NY: Simon & Schuster, 1999.
- Blake, Edith. *On location on Martha's Vineyard (the making of the movie "Jaws")*. New York: Ballantine Books, 1975.
- Burr, Ty. *The 100 greatest movies of all time*. [New York: Entertainment Weekly Books], 1999.
- Cancellaro, Joseph. *Exploring sound design for interactive media*. Clifton Park, NY: Delmar Learning, 2006.
- Freer, Ian. *The complete Spielberg*. London: Virgin, 2001.
- Friedman, Lester D.. *Citizen Spielberg*. University of Illinois Press, 2007.
- Lewis, Jon, 1955-. *The new American cinema*. Durham: Duke University Press, 1998.
- Nadler, Holly Mascott. *Vineyard confidential*. Down East Books, 2006.
- Ryfle, Steve. *Japan's favorite mon-star: the unauthorized biography of "The Big G"*. Toronto: ECW Press, 1998.
- Shone, Tom, 1967-. *Blockbuster: how Hollywood learned to stop worrying and love the summer*. New York: Free Press, 2004.
- Spielberg, Steven, 1946-, et al. *Steven Spielberg: interviews*. Jackson: University Press of Mississippi, 2000.
- Stanley, John, 1940-. *Revenge of the creature features movie guide: an A to Z encyclopedia to the cinema of the fantastic, or, Is there a mad doctor in the house?*. Pacifica, CA: Creatures at Large Press, 1988.
- Wyatt, Justin, 1963-. *High concept: movies and marketing in Hollywood*. Austin: University of Texas Press, 1994.

## Early life and academic career of Woodrow Wilson

- Auchincloss, Louis.. *Woodrow Wilson*. Viking, 2000.
- Blum, John Morton, 1921-2011. *Woodrow Wilson and the politics of morality*. Boston [Massachusetts]: Little, Brown, & Co., 1956.
- Bragdon, Henry Wilkinson. *Woodrow Wilson: the academic years*. Cambridge, Mass., Belknap Press of Harvard University Press, 1967.
- Brands, H. W.. *Woodrow Wilson*. Times Books, 2003.
- Clements, Kendrick A., 1939-. *The presidency of Woodrow Wilson*. Lawrence, Kan.: University Press of Kansas, 1992.
- Cook, Raymond Allen. dn. *Thomas Dixon*. New York, Twayne Publishers, 1974.
- Cooper, John Milton. *The warrior and the priest: Woodrow Wilson and Theodore Roosevelt*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1983.
- Graff, Henry F. (Henry Franklin), 1921-. *The presidents: a reference history*. New York: Charles Scribner's Sons: Thomson/Gale, 2002.
- Heckscher, August. *Woodrow Wilson*. Scribner, 1991.
- Levin, Phyllis Lee. *Edith and Woodrow: the Wilson White House*. New York: Scribner, 2001.
- Link, Arthur Stanley. *Wilson, the road to the White House*. Princeton, N.J., Princeton university press, 1947.
- Walworth, Arthur, 1903-. *Woodrow Wilson*. Boston, Houghton Mifflin Co., 1965.
- Weisman, Steven R.. *The great tax wars*. Simon & Schuster, 2002.

## Jan de Hartog

- De Hartog, Jan, 1914-. *The captain*. New York, Atheneum, 1966.
- De Hartog, Jan, 1914-. *Waters of the New World Houston to Nantucket*. New York, Atheneum, 1961.
- De Hartog, Jan, 1914-2002. *A sailor's life*. New York: Harper, 1956.

- De Hartog, Jan, 1914-2002. *A view of the ocean*. New York: Pantheon Books, 2007.
- De Hartog, Jan, 1914-2002. *The Commodore: a novel of the sea*. New York: Harper & Row, 1986.
- De Hartog, Jan, 1914-2002. *The distant shore, a story of the sea*. New York, Harper, 1952.
- De Hartog, Jan, 1914-2002. *The lamb's war: a novel*. New York: Harper & Row, 1979.
- De Hartog, Jan, 1914-2002. *The little ark*. New York, Harper, 1953.
- De Hartog, Jan, 1914-2002. *The outer buoy: a story of the ultimate voyage*. New York: Pantheon Books, 1994.
- De Hartog, Jan, 1914-2002. Artist, et al. *Reader's digest condensed books: vol. 3, 1963*. Pleasantville, N.Y.: Reader's Digest Association, 1963.
- Hartog, Jan de. *Captain Jan: a story of ocean tugboats*. London: The Companion Book Club, 1954.
- Young, Agatha, 1898-1974. Town and Dr. Moore, et al. *Reader's digest condensed books: volume 1, 1967, winter selections*. Pleasantville, N.Y.: Reader's Digest Association, 1967.

## Foreign policy of Herbert Hoover

- Brandes, Joseph. *Herbert Hoover and economic diplomacy: Department of Commerce policy 1921-1928*. Pittsburgh, University of Pittsburgh Press, 1962.
- DeConde, Alexander. *Herbert Hoover's Latin-American policy*. New York, Octagon Books, 1970.
- Ellis, Lewis Ethan, 1898-. *Republican foreign policy, 1921-1933*. New Brunswick, N.J.: Rutgers University Press, 1968.
- Fausold, Martin L., 1921-. *The presidency of Herbert C. Hoover*. Lawrence, Kan.: University Press of Kansas, 1988.
- Hoover, Herbert, 1874-1964. *The memoirs of Herbert Hoover*. New York: Macmillan, 1951.
- Hoover, Herbert, 1874-1964, author. *The memoirs of Herbert Hoover*. New York: Macmillan, 1951.
- Leuchtenburg, William E., et al. *Herbert Hoover (The American Presidents)*. Henry Holt & Co, 2008.
- Lochner, Louis Paul, 1887-1975. *Herbert Hoover and Germany*. New York, Macmillan, 1960.
- Morison, Elting E. (Elting Elmore). *Turmoil and tradition: a study of the life and times of Henry L. Stimson*. Boston: Houghton Mifflin Co., 1960.
- Myers, William Starr, 1877-1956. *The Hoover administration; a documented narrative*. New York, C. Scribner's sons; London, C. Scribner's sons, ltd., 1936.
- Parrini, Carl P. *Heir to empire: United States economic diplomacy, 1916-1923*. [Pittsburgh] University of Pittsburg Press, 1969.
- Wynn, Neil A. *Historical dictionary from the Great War to the Great Depression*. Lanham: The Scarecrow Press, Inc., 2014.

## Aesthetics (textile)

- DeLong, Marilyn Revell, 1939-. *The way we look: dress and aesthetics*. New York: Fairchild Publications, 1998.
- Gioello, Debbie Ann. *Understanding fabrics: from fiber to finished cloth*. New York: Fairchild Publications, 1982.
- Gostelow, Mary. *Embroidery: traditional designs, techniques and patterns from all over the world*. London: Marshall Cavendish, 1977.
- Hollen, Norma R, et al. *Textiles*. New York: Macmillan, 1988.
- Hollen, Norma R, et al. *Textiles*. New York, Macmillan, 1968.
- Hollen, Norma Rosamond, author. *Textiles*. New York: Macmillan, 1979.
- Horn, Marilyn J. *The second skin: an interdisciplinary study of clothing*. Boston, Houghton Mifflin, 1968.
- Joseph, Marjory L. *Joseph's introductory textile science*. Fort Worth: Harcourt Brace Jovanovich College Publishers, 1992.
- Kadolph, Sara J. *Textiles*. Upper Saddle River, N.J.: Pearson Prentice Hall, 2007.
- Kadolph, Sara J. *Textiles*. Upper Saddle River, N.J.: Merrill, 1998.
- Potter, Maurice David, 1899-, et al. *Fiber to fabric*. New York, Gregg Pub. Division., McGraw-Hill, 1959.
- Sproles, George B, et al. *Changing appearances: understanding dress in contemporary society*. New York: Fairchild Publications, 1994.

- Tortora, Phyllis G. *Survey of historic costume: a history of Western dress*. New York: Fairchild Publications, 1998.

## Martin Van Buren

- Brooke, John L.. *Columbia rising*. Published for the Omohundro Institute of Early American History and Culture, Williamsburg, Virginia, by the University of North Carolina Press, 2010.
- Cole, Donald B. *Martin Van Buren and the American political system*. Princeton, N.J.: Princeton University Press, 1984.
- Dunlap, Leslie W. (Leslie Whittaker), 1911-. *Our vice-presidents and second ladies*. Metuchen, N.J.: Scarecrow Press, 1988.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- Kane, Joseph Nathan, 1899-2002. *Presidential fact book*. New York, N.Y.: Random House, 1998.
- Koenig, Louis William, 1916-. *The invisible presidency. --*. New York: Rinehart, 1960.
- Lamb, Brian, 1941-, et al. *Who's buried in Grant's tomb?: a tour of presidential gravesites*. Washington, DC: National Cable Satellite Corp., 1999.
- Morison, Samuel Eliot, 1887-1976. *The Oxford history of the American people*. New York, Oxford University Press, 1965.
- Mushkat, Jerome. *Martin Van Buren: law, politics, and the shaping of Republican ideology*. DeKalb, Ill.: Northern Illinois University Press, 1997.
- Niven, John, 1921-. *Martin Van Buren: the romantic age of American politics*. New York; Oxford: Oxford University Press, 1983.
- Remini, Robert Vincent, 1921-. *Martin Van Buren and the making of the Democratic Party*. New York, Columbia University Press, 1959.
- Silbey, Joel H.. *Martin Van Buren and the emergence of American popular politics*. Rowman & Littlefield, 2002.
- Wise, W. Harvey. *A bibliography of Andrew Jackson and Martin Van Buren*. New York: B. Franklin, 1970.

## Sergei Rachmaninoff

- Bertensson, Sergei, 1885-1962. *Sergei Rachmaninoff: a lifetime in music*. New York: New York University Press, 1956.
- Harrison, Max. *Rachmaninoff: life, works, recordings*. London; New York: Continuum, 2006.
- Lyle, Watson, et al. *Rachmaninoff, a biography*. London, W. Reeves, 1939.
- Maes, Francis, 1963-. *A history of Russian music: from Kamarinskaya to Babi Yar*. Berkeley: University of California Press, 2002.
- Norris, Geoffrey. *Rachmaninoff*. New York: Oxford University Press, 2000.
- Piggott, Patrick, 1915-1990. *Rachmaninov orchestral music*. Seattle: University of Washington Press, 1974.
- Plaskin, Glenn. *Horowitz: a biography of Vladimir Horowitz*. New York: W. Morrow, 1983.
- Schonberg, Harold C. *The great pianists*. New York: Simon & Schuster, 1987.
- Schonberg, Harold C. *The virtuosi: classical music's legendary performers from Paganini to Pavarotti*. New York: Vintage Books, 1988.
- Schonberg, Harold C.. *The lives of the great composers*. W.W. Norton, 1997.
- Scott, Michael. *Rachmaninoff*. Stroud, Gloucestershire [England]: History Press, 2007.
- Seroff, Victor, 1902-1979. *Rachmaninoff*. New York, Simon and Schuster, 1950.

## United States home front during World War I

- Chambers, John Whiteclay. *To raise an army: the draft comes to modern America*. New York: Free Press; London: Collier Macmillan, 1987.
- Clements, Kendrick A., 1939-. *The presidency of Woodrow Wilson*. Lawrence, Kan.: University Press of Kansas, 1992.
- Cooper, John Milton. *Woodrow Wilson: a biography*. New York: Alfred A. Knopf, 2009.

- Gilbert, Charles, 1913-. *American financing of World War I*. Westport, Connecticutt: Greenwood Publishing, 1970.
- Greenwald, Maurine Weiner, 1944-. *Women, war, and work: the impact of World War I on women workers in the United States*. Westport, Conn.: Greenwood Press, 1980.
- Karolevitz, Robert F. *This was trucking; a pictorial history of the first quarter century of commercial motor vehicles*. Seattle, Superior Pub. Co, 1966.
- Kennedy, David M. *Over here: the First World War and American society*. New York: Oxford University Press, 1980.
- Link, Arthur Stanley. *Woodrow Wilson and the progressive era, 1910-1917*. New York, Harper, 1954.
- McClymer, John F. *War and welfare: social engineering in America, 1890-1925*. Westport, Conn.: Greenwood Press, 1980.
- Myers, Margaret G. (Margaret Good), 1899-. *A financial history of the United States*. New York, Columbia University Press, 1970.
- Steel, Ronald. *Walter Lippmann and the American century*. Boston: Little, Brown, 1980.
- Vaughn, Stephen, 1947-. *Holding fast the inner lines: democracy, nationalism, and the Committee on Public Information*. Chapel Hill: University of North Carolina Press, 1980.

## Tudor period

- Black, J. B. (John Bennett), 1883-1964. *The reign of Elizabeth, 1558-1603*. Oxford, Clarendon Press, 1952.
- Dickens, A. G. (Arthur Geoffrey), 1910-. *The English Reformation*. New York, Schocken Books, 1965.
- Elton, G. R.. *England under the Tudors*. Methuen, 1978.
- Elton, G. R.. *The Parliament of England, 1559-1581*. Cambridge University Press, 1986.
- Elton, G. R. (Geoffrey Rudolph), 1921-. *Studies in Tudor and Stuart politics and government: papers and reviews 1946-1972*. London: Cambridge University Press, 1974.
- Elton, G. R. (Geoffrey Rudolph), et al. *The Tudor constitution: documents and commentary*. Cambridge: Cambridge University Press, 1960.
- Fussner, F. Smith. *Tudor history and the historians*. New York: Basic Books, 1970.
- Hoak, D. E., 1941-. *The King's Council in the reign of Edward VI*. Cambridge [England]; New York: Cambridge University Press, 1976.
- Morrill, J. S. (John Stephen). *The Oxford illustrated history of Tudor & Stuart Britain*. Oxford; New York: Oxford University Press, 1996.
- Neale, J. E. (John Ernest), 1890-1975. *Queen Elizabeth I: a biography*. New York: Doubleday & Co., Inc., 1957.
- Notestein, Wallace, 1878-1969. *The English people on the eve of colonization, 1603-1630*. New York: Harper and Row, 1962.
- Scarisbrick, J. J. (John Joseph), 1928-. *Henry VIII*. Berkeley: University of California Press, 1968.

## William Lyon Mackenzie King

- Berton, Pierre, 1920-. *The Great Depression, 1929-1939*. Toronto, Ont.: McClelland & Stewart, 1990.
- Black, Conrad. *Duplessis*. Toronto: McClelland and Stewart, 1977.
- Bowman, Charles Arthur, 1883-. *Ottawa editor: the memoirs of Charles A. Bowman*. Sidney, B.C.: Gray, 1966.
- Dawson, Robert MacGregor, 1895-1958, et al. *William Lyon Mackenzie King*. Toronto: University of Toronto Press, 1958.
- Emmerson, James Thomas. *The Rhineland crisis, 7 March 1936: a study in multilateral diplomacy*. Ames, Iowa: Iowa State University Press, in association with the London School of Economics and Political Science, 1977.
- Esberey, Joy E., 1934-. *Knight of the Holy Spirit: a study of William Lyon Mackenzie King*. Toronto; Buffalo: University of Toronto Press, 1980.
- Granatstein, J. L. *Prime ministers: ranking Canada's leaders*. Toronto: HarperCollins, 1999.

- Granatstein, J. L., 1939-. *Mackenzie King: his life and world*. Toronto; New York: McGraw-Hill Ryerson, 1977.
- Hilliker, John, 1935-. *Canada's Department of External Affairs*. [Toronto]: Institute of Public Administration of Canada; Montreal; Buffalo: McGill-Queen's University Press, 1990.
- Hutchison, Bruce, 1901-. *The incredible Canadian; a candid portrait of Mackenzie King: his works, his times, and his nation*. New York, Longmans, Green, 1953.
- Hutchison, Bruce, 1901-1992. *Mr. Prime Minister, 1867-1964*. Don Mills, Ont.: Longmans Canada, 1964.
- Hutchison, Bruce, 1901-1992. *The incredible Canadian: a candid portrait of Mackenzie King: his works, his times, and his nation*. Toronto: Longmans, Green, 1952.

## Owen Lattimore

- Evans, M. Stanton (Medford Stanton), 1934-. *Blacklisted by history: the untold story of Senator Joe McCarthy and his fight against America's enemies*. New York: Crown Forum, 2007.
- Klingaman, William K. *Encyclopedia of the McCarthy era*. New York: Facts on File, 1996.
- Lattimore, Owen, 1900-. *Pivot of Asia; Sinkiang and the inner Asian frontiers of China and Russia*. Boston, Little, Brown, 1950.
- Lattimore, Owen, 1900-. *The desert road to Turkestan*. Boston, Little, Brown, and company, 1929.
- Lattimore, Owen, 1900- comp, et al. *Silks, spices, and empire; Asia seen through the eyes of its discoverers*. [New York] Delacorte Press, 1968.
- Lattimore, Owen, 1900-1989. *Inner Asian frontiers of China*. New York, American Geographical Society, 1940.
- Lattimore, Owen, 1900-1989. *The situation in Asia*. Boston, Little, Brown, 1949.
- Lattimore, Owen, 1900-1989, et al. *Jiang Jieshi di Meiguo gu wen: Ouwen Latiemo'er hui yi lu*. Shanghai: Fu dan da xue chu ban she, 1996.
- Newman, Robert P. *Owen Lattimore and the "loss" of China*. Berkeley: University of California Press, 1992.
- Schrecker, Ellen. *Many are the crimes: McCarthyism in America*. Boston: Little, Brown, 1998.
- Schrecker, Ellen. *No ivory tower: McCarthyism and the universities*. New York: Oxford University Press, 1986.
- Sullivan, William C, et al. *The Bureau: my thirty years in Hoover's FBI*. New York: Norton, 1979.

## Whoopi Goldberg

- Adams, Mary Agnes. *Whoopi Goldberg: from street to stardom*. New York: Dillon Press; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1993.
- Caper, William. *Whoopi Goldberg: comedian and movie star*. Springfield, NJ: Enslow Publishers, 1999.
- DeBoer, Judy. *Whoopi Goldberg*. Mankato, Minn.: Creative Education, 1999.
- Gaines, Ann. *Whoopi Goldberg*. Philadelphia: Chelsea House, 1999.
- Goldberg, Whoopi, 1950-. *Book*. New York: R. Weisbach Books, 1997.
- Goldberg, Whoopi, 1950-, et al. *Alice*. New York: Bantam Books, 1992.
- Goldberg, Whoopi, 1950-, et al. *Whoopi's big book of manners*. New York: Hyperion Books for Children, 2006.
- Goldberg, Whoopi, 1955-. *Dancing diva*. New York: Disney/Jump at the Sun Books, 2012.
- Goldberg, Whoopi, 1955-. *Perfectly prima*. New York: Disney/Jump at the Sun Books, 2010.
- Goldberg, Whoopi, 1955-. *Sugar Plums to the rescue!*. New York: Disney/Jump at the Sun Books, 2011.
- Goldberg, Whoopi, 1955-. *Whoopi Nation.; A Practical Guide to the Joys of Total Honesty*. Hyperion Press, 2010.
- Parish, James Robert. *Whoopi Goldberg: her journey from poverty to megastardom*. Secaucus, NJ: Carol Pub. Group, 1997.

## Janet Jackson

- Appiah, Anthony, et al. *Africana: the encyclopedia of the African and African American experience*. New York: Basic Civitas Books, 1999.

- Brackett, Nathan, 1968-, et al. *The new Rolling Stone album guide*. New York: Simon & Schuster, 2004.
- Cutcher, Jenai. *Feel the beat!: dancing in music videos*. New York: Rosen Pub. Group, 2004.
- Dominguez, Pier. *Christina Aguilera: a star is made: the unauthorized biography*. Phoenix: Colossus Books, 2003.
- Miller, Michael, 1958-. *The complete idiot's guide to music history*. Indianapolis, IN: Alpha, 2008.
- Nickson, Chris. *Usher: the godson of soul*. New York: Simon Spotlight, 2005.
- Reynolds, Simon, 1963-. *Bring the noise: 20 years of writing about hip rock and hip hop*. Berkeley, CA: Soft Skull Press, 2011.
- Reynolds, Simon, 1963-, et al. *The sex revolts: gender, rebellion, and rock 'n' roll*. Cambridge, Mass.: Harvard University Press, 1995.
- Smith, Jessie Carney, 1930-. *Notable Black American women*. New York: Gale Research, 1996.
- Smith-Shomade, Beretta E., 1965-. *Shaded lives: African-American women and television*. New Brunswick, N.J.: Rutgers University Press, 2002.
- Vincent, Rickey. *Funk: the music, the people, and the rhythm of the one*. New York: St. Martin's Griffin, 1996.
- Warner, Jay. *On this day in black music history*. Hal Leonard, 2006.

## Attachment parenting

- Granju, Katie Allison. *Attachment parenting*. Pocket Books, 1999.
- Hays, Sharon. *The cultural contradictions of motherhood*. Yale University Press, 1996.
- Heller, Sharon. *The vital touch*. Henry Holt, 1997.
- Hrdy, Sarah Blaffer, 1946-. *Mother nature: a history of mothers, infants, and natural selection*. New York: Pantheon Books, 1999.
- Klaus, Marshall H., 1927-, et al. *Maternal-infant bonding: the impact of early separation or loss on family development*. Saint Louis: Mosby, 1976.
- Sears, Robert. *The Vaccine Book*. Little, Brown and Company, 2007.
- Sears, William, 1939-, et al. *Growing together: a parent's guide to baby's first year*. Franklin Park, Ill.: La Leche League International, 1987.
- Sears, William, M.D, et al. *The baby book: everything you need to know about your baby--from birth to age two*. Boston: Little, Brown, 1993.
- Sears, William, M.D, et al. *The discipline book: everything you need to know to have a better-behaved child--from birth to age ten*. Boston: Little, Brown and Co., 1995.
- Sears, William, et al. *The Attachment Parenting Book:*. Little, Brown and Company, 2001.
- Small, Meredith F. *Our babies, ourselves: how biology and culture shape the way we parent*. Anchor, 1999.
- Thevenin, Tine. *The family bed*. Wayne, N.J.: Avery Pub. Group, 1987.

## Glass–Steagall legislation

- Benston, George J,American Assembly. *Financial services: the changing institutions and government policy*. Englewood Cliffs, N.J.: Prentice-Hall, 1983.
- Burns, Arthur F. (Arthur Frank), 1904-1987, et al. *The ongoing revolution in American banking*. Washington, D.C.: American Enterprise Institute for Public Policy Research, 1988.
- Canals, Jordi. *Universal banking: international comparisons and theoretical perspectives*. Oxford [England]; New York: Clarendon Press, 1997.
- Cleveland, Harold van B. *Citibank, 1812-1970;*. Cambridge, Mass.: Harvard University Press, 1985.
- Kennedy, Susan Estabrook. *The banking crisis of 1933*. [Lexington]: University Press of Kentucky, 1973.
- Kotlikoff, Laurence J.. *Jimmy Stewart is dead*. Wiely, 2010.
- Litan, Robert E., 1950-. *American finance for the 21st century*. Washington, D.C.: Brookings Institution Press, 1998.
- Litan, Robert E., 1950-. *What should banks do?*. Washington, D.C.: Brookings Institution, 1987.
- Mayer, Martin, 1928-. *The bankers*. New York: Weybright and Talley, 1974.
- Mayer, Martin, 1928-. *The bankers: the next generation*. New York: Truman Talley Books, 1997.

- Mayer, Martin, 1928-. *The money bazaars: understanding the banking revolution around us*. New York: Dutton, 1984.
- Saunders, Anthony, 1949-. *Universal banking in the United States: what could we gain? what could we lose?*. New York: Oxford University Press, 1994.

## Star Trek

- Alexander, David, 1943-. *Star trek creator: The Authorized Biography of Gene Roddenberry*. New York: Roc, 1994.
- Barad, Judith A., 1949-, et al. *The ethics of Star trek*. New York: HarperCollins Publishers, 2000.
- Commire, Anne. *Something about the author. [electronic resource]*. Detroit, Mich.: Gale Research, 1986.
- Greenwald, Jeff. *Future perfect*. Viking, 1998.
- Harrison, Taylor. *Enterprise zones: critical positions on Star trek*. Boulder, Colo.: Westview Press, 1996.
- Krauss, Lawrence Maxwell. *The physics of Star Trek*. New York: Basic Books, 1995.
- Nichols, Nichelle. *Beyond Uhura*. G.P. Putnam's, 1994.
- Shatner, William, author. *Star trek. I'm working on that: a trek from science fiction to science fact*. New York: Pocket Books, 2002.
- Shatner, William, et al. *Get a life*. New York: Pocket, 1999.
- Shatner, William, et al. *Star trek memories*. New York, NY: HarperCollinsPublishers, 1993.
- Solow, Herbert F, et al. *Inside Star Trek: The Real Story*. New York: Pocket Books, 1996.
- Turnbull, Gerry. *A Star Trek catalog*. New York: Grosset & Dunlap, 1979.

## Early history of American football

- Bissinger, H. G. *Friday night lights: a town, a team, and a dream*. Cambridge, MA: Da Capo Press, 2004.
- Danzig, Allison. *The history of American football: its great teams, players, and coaches*. Englewood Cliffs, N.J., Prentice-Hall, 1956.
- Fleming, David. *Breaker Boys*. ESPN, 2007.
- Fox, Stephen R. *Big leagues::professional baseball, football, and basketball in national memory*. New York: Morrow, 1994.
- Gardner, Paul, 1930-. *The simplest game: the intelligent fan's guide to the world of soccer*. New York: Collier Books, 1994.
- MacCambridge, Michael, 1963-, et al. *ESPN sports century*. New York: Hyperion, 1999.
- McDonough, Will. *75 seasons: the complete story of the National Football League, 1920-1995*. Atlanta, Ga.: Turner Pub., 1994.
- Nelson, David M., 1920-1991. *The anatomy of a game: football, the rules, and the men who made the game*. Newark: University of Delaware Press; London; Cranbury, NJ: Associated University Presses, 1994.
- Perrin, Tom, 1928-. *Football: a college history*. Jefferson, N.C.: McFarland, 1987.
- Perry, Will, 1933-. *The Wolverines, a story of Michigan football*. Huntsville, Ala.: Strode Publishers, 1974.
- Rielly, Edward J. *Football: an encyclopedia of popular culture*. Lincoln: University of Nebraska Press, 2009.
- Whittingham, Richard, 1939-2005. *Sunday's heroes: NFL legends talk about the times of their lives*. Chicago: Triumph Books, 2003.

## History of abortion

- Baulieu, Etienne-Emile, et al. *The "abortion pill": RU-486, a woman's choice*. New York: Simon & Schuster, 1991.
- Critchlow, Donald T., 1948-. *Intended consequences: birth control, abortion, and the federal government in modern America*. New York: Oxford University Press, 1999.
- Devereux, George, 1908-1985. *A study of abortion in primitive societies: a typological, distributional, and dynamic analysis of the prevention of birth in 400 preindustrial societies*. New York: International Universities Press, 1976.

- Garrow, David J., 1953-. *Liberty and sexuality: the right to privacy and the making of Roe v. Wade*. New York: Macmillan Pub. Co.; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1994.
- Hull, N. E. H., 1949-, et al. *Roe v. Wade: the abortion rights controversy in American history*. Lawrence, Kan.: University Press of Kansas, 2001.
- Lader, Lawrence. *RU 486: the pill that could end the abortion wars and why American women don't have it*. Reading, Mass.: Addison-Wesley Pub. Co., 1991.
- McLaren, Angus. *The bedroom and the state: the changing practices and politics of contraception and abortion in Canada, 1880-1980*. Toronto: McClelland & Stewart, 1986.
- Mohr, James C. *Abortion in America: the origins and evolution of national policy, 1800-1900*. New York: Oxford University Press, 1978.
- Olasky, Marvin N. *Prodigal press: the anti-Christian bias of the American news media*. Westchester, Ill.: Crossway Books, 1988.
- Reagan, Leslie J.. *When abortion was a crime*. University of California Press, 1997.
- Rubin, Eva R. *The Abortion controversy: a documentary history*. Westport, Conn.: Greenwood, 1994.
- Staggenborg, Suzanne. *The Pro-choice movement: organization and activism in the abortion conflict*. New York: Oxford University Press, 1991.

## Gloria Vanderbilt

- Goldsmith, Barbara. *Little Gloria ... happy at last*. New York, N.Y.: Dell, 1981.
- Goodman, Wendy. *The world of Gloria Vanderbilt*. New York: Abrams, 2010.
- Saroyan, Aram. *Trio: Oona Chaplin, Carol Matthau, Gloria Vanderbilt: portrait of an intimate friendship*. New York: Linden Press/Simon & Schuster, 1985.
- Vanderbilt, Gloria, 1924-. *A mother's story*. New York: A.A. Knopf, 1996.
- Vanderbilt, Gloria, 1924-. *Black knight, white knight*. New York: Knopf: Distributed by Random House, 1987.
- Vanderbilt, Gloria, 1924-. *Gloria Vanderbilt book of collage*. New York, Galahad Books, 1970.
- Vanderbilt, Gloria, 1924-. *It seemed important at the time: a romance memoir*. New York: Simon & Schuster, 2004.
- Vanderbilt, Gloria, 1924-. *Never say good-bye: a novel*. New York: Knopf: Distributed by Random House, 1989.
- Vanderbilt, Gloria, 1924-. *Obsession: an erotic tale*. New York: Ecco, 2009.
- Vanderbilt, Gloria, 1924-. *Once upon a time: a true story*. New York: Knopf, 1985.
- Vanderbilt, Gloria, 1924-. *The memory book of Starr Faithfull: a novel*. New York: Knopf: Distributed by Random House, 1994.
- Vanderbilt, Gloria, 1924-. *Woman to woman*. Garden City, N.Y.: Doubleday, 1979.

## Little Red Rooster

- Dixon, Willie. *I am the blues*. Da Capo Press, 1989.
- Egan, Sean. *The rough guide to the Rolling Stones*. London; New York: Rough Guides, 2006.
- Erlewine, Michael. *All music guide to the blues: the experts' guide to the best blues recordings*. San Francisco: Miller Freeman Books; Emeryville, CA: Distributed to the book trade in the U.S. and Canada by Publishers Group West; Milwaukee, WI: Distributed to the music trade in the U.S. and Canada by Hal Leonard Pub., 1996.
- Fornatale, Pete, 1945-2012, et al. *50 licks: myths and stories from half a century of the Rolling Stones*. New York: Bloomsbury, 2013.
- Gioia, Ted. *Delta blues: the life and times of the Mississippi Masters who revolutionized American music*. New York: W.W. Norton, 2009.
- Guralnick, Peter. *Dream boogie*. Little, Brown, 2005.
- Herzhaft, Gérard. *Encyclopedia of the blues*. Fayetteville: University of Arkansas Press, 1992.
- Jagger, Mick, et al. *According to the Rolling Stones*. San Francisco: Chronicle Books, 2003.
- Keil, Charles. *Urban blues*. Chicago: University of Chicago Press, 1991.

- Palmer, Robert, 1945-1997. *Deep blues*. Harmondsworth, Middlesex, England; New York, N.Y.: Penguin Books, 1982.
- Segrest, James, 1961-, et al. *Moanin' at midnight: the life and times of Howlin' Wolf*. New York: Pantheon Books, 2004.
- Whitburn, Joel. *Joel Whitburn's top R & B singles, 1942-1988*. Menomonee Falls, Wis.: Record Research Inc., 1988.

## Yasser Arafat

- Aburish, Said K. *Arafat: from defender to dictator*. New York: Bloomsbury, 1998.
- Aburish, Saïd K., 1935-2012. *Arafat: from defender to dictator*. New York: Bloomsbury, 2004.
- Aburish, Saïd K., 1935-2012. *Nasser: the last Arab*. New York: St. Martin's Press/Thomas Dunne Books, 2004.
- Carter, Jimmy, 1924-. *Palestine peace not apartheid*. New York: Simon & Schuster, 2006.
- Chomsky, Noam. *Fateful triangle: the United States, Israel, and the Palestinians*. Cambridge, Mass.: South End Press, 1999.
- Cobban, Helena. *The Palestinian Liberation Organisation: people, power, and politics*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1984.
- Hart, Alan, 1942-, et al. *Arafat, a political biography*. Bloomington: Indiana University Press, 1989.
- Karsh, Efraim. *Arafat's war: the man and his struggle for Israeli conquest*. New York: Grove Press, 2003.
- Klein, Aaron J. *Striking back: the 1972 Munich Olympics Massacre and Israel's deadly response*. New York: Random House, 2005.
- Mattar, Philip, 1944-, et al. *Encyclopedia of the modern Middle East & North Africa*. Detroit, Mich.: Macmillan Reference USA, 2004.
- Rubin, Barry M, et al. *Yasir Arafat: a political biography*. New York: Oxford University Press, 2003.
- Rubinstein, Danny. *The mystery of Arafat*. South Royalton, Vt.: Steerforth Press, 1995.

## Rick DeMarinis

- De Marinis, Rick. *A clod of wayward Marl*. Tucson, Ariz.: Dennis McMillan Publications, 2001.
- DeMarinis, Rick, 1934-. *A lovely monster: the adventures of Claude Rains and Dr. Tellenbeck: a novel*. New York: Simon and Schuster, 1975.
- DeMarinis, Rick, 1934-. *Apocalypse then: stories*. New York: Seven Stories Press, 2004.
- DeMarinis, Rick, 1934-. *Jack & Jill: two novellas and a story*. New York: Dutton, 1979.
- DeMarinis, Rick, 1934-. *Mama's boy: a novel*. New York: Seven Stories, 2010.
- DeMarinis, Rick, 1934-. *Scimitar*. New York: Avon, 1978.
- DeMarinis, Rick, 1934-. *The burning women of Far Cry: a novel*. New York: Arbor House, 1986.
- DeMarinis, Rick, 1934-. *The coming triumph of the free world: stories*. New York: W.W. Norton, 1991.
- DeMarinis, Rick, 1934-. *The mortician's apprentice*. New York: Norton, 1994.
- DeMarinis, Rick, 1934-. *The voice of America: stories*. New York: W.W. Norton, 1991.
- DeMarinis, Rick, 1934-. *Under the wheat*. Pittsburgh, PA: University of Pittsburgh Press, 1986.
- Ravenel, Shannon. *New stories from the South: the year's best, 1999*. Chapel Hill, N.C.: Algonquin Books of Chapel Hill, 1999.

## Blues

- Clarke, Donald. *The rise and fall of popular music*. St. Martin's Press, 1995.
- Cohn, Lawrence, 1932-. *Nothing but the blues: the music and the musicians*. New York: Abbeville Press, 1993.
- Dicaire, David, 1963-. *Blues singers: biographies of 50 legendary artists of the early 20th century*. Jefferson, N.C.: McFarland, 1999.
- Ewen, David, 1907-1985. *Panorama of American popular music; the story of our national ballads and folk songs, the songs of Tin Pan Alley, Broadway and Hollywood, New Orleans jazz, swing, and symphonic jazz*. Englewood Cliffs, N.J., Prentice-Hall, 1957.
- Garofalo, Reebee. *Rockin' out*. Allyn and Bacon, 1997.

- Herzhaft, Gérard, et al. *Encyclopedia of the blues*. Fayetteville, AR: University of Arkansas Press, 1997.
- Keil, Charles. *Urban blues*. Chicago: University of Chicago Press, 1991.
- Moore, Allan F. *The Cambridge companion to blues and gospel music*. Cambridge: Cambridge University Press, 2002.
- Morales, Ed. *The Latin beat*. Da Capo, 2003.
- Oliver, Paul, 1927-. *The story of the blues*. Boston, Mass.: Northeastern University Press, 1998.
- Palmer, Robert. *Deep blues*. New York: Viking Press, 1981.
- Schuller, Gunther. *Early jazz: its roots and musical development*. New York: Oxford University Press, 1968.

## Deepak Chopra

- Chopra, Deepak. *Ageless body, timeless mind: the quantum alternative to growing old*. New York: Harmony Books, 1993.
- Chopra, Deepak. *Creating health: beyond prevention, toward perfection*. Boston: Houghton Mifflin, 1987.
- Chopra, Deepak. *Quantum healing*. Bantam Books, 1989.
- Chopra, Deepak. *Reinventing the body, resurrecting the soul: how to create a new you*. New York: Harmony Books, 2009.
- Chopra, Deepak. *Return of the rishi: a doctor's story of spiritual transformation and ayurvedic healing*. Boston: Houghton Mifflin, 1991.
- Chopra, Deepak. *The book of secrets: unlocking the hidden dimensions of your life*. New York: Harmony Books, 2004.
- Chopra, Deepak. *The path to love: renewing the power of spirit in your life*. New York: Harmony Books, 1997.
- Chopra, Deepak. *The soul of leadership: unlocking your potential for greatness*. New York: Harmony Books, 2010.
- Chopra, Deepak, author. *Ageless body, timeless mind: the quantum alternative to growing old*. New York: Random House Large Print, in association with Harmony Books, 1997.
- Chopra, Deepak, author. *Brotherhood: dharma, destiny, and the American dream*. Boston: New Harvest/Houghton Mifflin Harcourt, 2013.
- Chopra, Deepak, et al. *The Chopra Center herbal handbook: natural prescriptions for perfect health*. New York: Three Rivers Press, 2000.
- Chopra, Deepak, et al. *The seven spiritual laws of success: a practical guide to the fulfillment of your dreams*. San Rafael, Calif.: Amber-Allen Pub.: New World Library, 1994.

## Suzanne Somers

- Somers, Suzanne. *Ageless*. Crown, 2006.
- Somers, Suzanne. *Wednesday's children*. Putnam/HealingVision Pub., 1992.
- Somers, Suzanne, 1946-. *After the fall: how I picked myself up, dusted myself off, and started all over again*. New York: Crown, 1998.
- Somers, Suzanne, 1946-. *Keeping secrets*. New York, N.Y.: Warner Books, 1988.
- Somers, Suzanne, 1946-. *Somersize chocolate: 30 delicious, guilt-free desserts for the carb-conscious chocolate-lover*. New York: Crown Publishers, 2004.
- Somers, Suzanne, 1946-. *Somersize cocktails: 30 sexy libations from cool classics to unique concoctions*. New York: Crown, 2005.
- Somers, Suzanne, 1946-. *Somersize desserts*. New York: Crown Publishers, 2001.
- Somers, Suzanne, 1946-. *Suzanne Somers' 365 ways to change your life*. New York: Crown Publishers, 1999.
- Somers, Suzanne, 1946-. *Suzanne Somers' fast and easy: lose weight the Somersize way with quick, delicious meals for the entire family!*. New York: Crown Publishers, 2002.
- Somers, Suzanne, 1946-. *Suzanne Somers' get skinny on fabulous food*. New York: Crown Publishers, 1999.

- Somers, Suzanne, 1946-. *Suzanne Somers' slim and sexy forever: the hormone solution for permanent weight loss and optimal living*. New York: Crown Publishers, 2005.
- Somers, Suzanne, 1946-. *The sexy years: discover the hormone connection: the secret to fabulous sex, great health, and vitality for women and men*. New York: Crown Publishers, 2004.

## History of women in the United Kingdom

- Cooksley, Peter G. *The home front: civilian life in World War Two*. Stroud, Gloucestershire: Tempus, 2007.
- Gillis, John R. *For better, for worse: British marriages, 1600 to the present*. New York: Oxford University Press, 1985.
- Holcombe, Lee. *Victorian ladies at work: middle-class working women in England and Wales, 1850-1914*. [Hamden, Conn.] Archon Books, 1973.
- Macfarlane, Alan. *Witchcraft in Tudor and Stuart England*. Harper & Row, 1970.
- None,. *Women in English society, 1500-1800*. London; New York: Methuen, 1985.
- Roberts, Elizabeth, 1936-, et al. *Women's work, 1840-1940*. Cambridge; New York: Cambridge University Press, 1995.
- Singman, Jeffrey L.. *Daily life in Elizabethan England*. Greenwood Press, 1995.
- Smith, Bonnie G.. *Changing lives*. D.C. Heath and Co., 1989.
- Vicinus, Martha. *Suffer and be still: women in the Victorian age*. Bloomington: Indiana University Press, 1972.
- Walton, John K. *The English seaside resort: a social history, 1750-1914*. Leicester: Leicester University Press, 1983.
- Wiesner, Merry E., 1952-. *Women and gender in early modern Europe*. Cambridge; New York: Cambridge University Press, 2008.
- Wroath, John. *Until they are seven: the origins of women's legal rights*. Winchester [England]: Waterside Press, 1998.

## Phil McGraw

- McGraw, Phil, et al. *The Ultimate Weight Solution*. Free Press, 2003.
- McGraw, Phillip C., 1950-. *Family first: specific tools, strategies and skills for creating a phenomenal family*. New York: Free Press, 2005.
- McGraw, Phillip C., 1950-. *Family first: your step-by-step plan for creating a phenomenal family*. New York: Free Press, 2004.
- McGraw, Phillip C., 1950-. *Life strategies [braille]: doing what works, doing what matters*. New York: Hyperion Books, 1999.
- McGraw, Phillip C., 1950-. *Love smart: find the one you want, fix the one you got*. New York: Free Press, 2005.
- McGraw, Phillip C., 1950-. *Relationship rescue: a seven step strategy for reconnecting with your partner*. New York: Hyperion, 2000.
- McGraw, Phillip C., 1950-. *Self matters: creating your life from the inside out*. New York: Simon & Schuster Source, 2001.
- McGraw, Phillip C., 1950-. *The life strategies self-discovery journal: finding what matters most for you*. New York: Hyperion Books, 2001.
- McGraw, Phillip C., 1950-. *The relationship rescue workbook: exercises and self-tests to help you reconnect with your partner*. New York: Hyperion, 2000.
- McGraw, Phillip C., 1950-. *The ultimate weight solution food guide*. New York: Pocket Books, 2004.
- McGraw, Phillip C., 1950-, et al. *The self matters companion: helping you create your life from the inside out*. New York: Free Press, 2002.
- Salerno, Steve. *Sham*. Crown, 2005.

## James Clark McReynolds

- Atkinson, David N. (David Neal), 1940-. *Leaving the bench: Supreme Court justices at the end*. Lawrence: University Press of Kansas, 1999.
- Baker, Leonard. *Brandeis and Frankfurter: a dual biography*. New York: Harper & Row, 1984.
- Baker, Liva. *The justice from Beacon Hill / the life and times of Oliver Wendell Holmes*. New York, NY: HarperCollins, 1991.
- Ball, Howard, 1937-. *Hugo L. Black: cold steel warrior*. New York: Oxford University Press, 1996.
- Douglas, William O. (William Orville), 1898-1980. *The Court years, 1939-1975: the autobiography of William O. Douglas*. New York: Random House, 1980.
- Friedman, Leon, comp, et al. *The justices of the United States Supreme Court, 1789-1969, their lives and major opinions*. New York, Chelsea House in association with Bowker, 1969.
- Hall, Kermit. *The Oxford companion to the Supreme Court of the United States*. New York: Oxford University Press, 1992.
- Kaufman, Andrew L.. *Cardozo*. Harvard University Press, 1998.
- Martin, Fenton S. *The U.S. Supreme Court: a bibliography*. Washington, D.C.: Congressional Quarterly, 1990.
- Mason, Alpheus Thomas, 1899-. *William Howard Taft, Chief Justice. --*. London: Oldbourne, 1965.
- None,. *The justices of the United States Supreme Court: their lives and major opinions*. New York: Chelsea House Publishers, 1997.
- Urofsky, Melvin I. *The Supreme Court justices: a biographical dictionary*. New York: Garland Pub., 1994.

## Mutual Broadcasting System

- Alexander, Charles C. *Breaking the slump: baseball in the Depression era*. New York: Columbia University Press, 2002.
- Bliss, Edward, 1912-2002. *Now the news: the story of broadcast journalism*. New York: Columbia University Press, 1991.
- Brady, Frank, 1934-. *Citizen Welles: a biography of Orson Welles*. New York: Anchor Books, 1990.
- Brown, Robert J. (Robert John), 1969-. *Manipulating the ether: the power of broadcast radio in thirties America*. Jefferson, N.C.: McFarland & Co., 1998.
- Clarke, Donald. *The rise and fall of popular music*. St. Martin's Press, 1995.
- Doherty, Thomas Patrick. *Cold War, cool medium: television, McCarthyism, and American culture*. New York: Columbia University Press, 2003.
- Dunning, John, 1942-, et al. *On the air: the encyclopedia of old-time radio*. New York: Oxford University Press, 1998.
- Gorman, Jerry, et al. *The name of the game: the business of sports*. New York: John Wiley & Sons, 1994.
- Head, Sydney W. *Broadcasting in America: a survey of television and radio*. Boston: Houghton Mifflin, 1976.
- Hilmes, Michele, 1953-. *Radio voices: American broadcasting, 1922-1952*. Minneapolis, MN: University of Minnesota Press, 1997.
- Marshall, William Leonard, 1944-. *Baseball's pivotal era, 1945-1951*. Lexington, Ky.: University Press of Kentucky, 1999.
- Smith, F. Leslie, 1939-. *Perspectives on radio and television: telecommunication in the United States*. Mahwah, N.J.: L. Erlbaum Associates, 1998.

## Martha Shelley

- D'Emilio, John. *Sexual politics, sexual communities: the making of a homosexual minority in the United States, 1940-1970*. Chicago: University of Chicago Press, 1983.
- Duberman, Martin B. *Stonewall*. New York, N.Y., U.S.A.: Dutton, 1993.
- Gallo, Marcia M. *Different daughters: a history of the Daughters of Bilitis and the rise of the lesbian rights movement*. New York, NY: Carroll & Graf Publishers, 2007.
- Iverson, Lucille, et al. *We become new: poems by contemporary American women*. New York: Bantam Books, 1975.
- Jay, Karla. *Out of the closets; voices of gay liberation*. [New York: Douglas Book Corp.], 1972.

- Love, Barbara J., 1937-. *Feminists who changed America, 1963-1975*. Urbana: University of Illinois Press, 2006.
- Marcus, Eric. *Making history: the struggle for gay and lesbian equal rights, 1945-1990: an oral history*. New York, NY: HarperCollins Publishers, 1992.
- Morgan, Robin, 1941-. *Sisterhood is powerful: an anthology of writings from the women's liberation movement*. New York, N.Y.: Vintage Books a division of Random House, 1970.
- Teal, Donn. *The gay militants*. New York, Stein and Day, 1971.
- Zahava, Irene. *Finding courage: writings by women*. Freedom, Calif.: Crossing Press, 1989.
- Zahava, Irene. *Speaking for ourselves: short stories by Jewish lesbians*. Freedom, Calif.: Crossing Press, 1990.

## Lizzie Borden

- Brown, Arnold R., 1925-. *Lizzie Borden: the legend, the truth, the final chapter*. Nashville, Tenn.: Rutledge Hill Press, 1991.
- Green, Stanley, et al. *Broadway musicals, show by show*. Milwaukee, WI: Hal Leonard Pub. Corp., 1996.
- Hunter, Evan, 1926-. *Lizzie: a novel*. New York: Arbor House, 1984.
- Kent, David. *Forty whacks*. Yankee Books, 1992.
- Kent, David, 1923-, et al. *The Lizzie Borden sourcebook*. Boston: Branden Pub. Co., 1992.
- King, Florence. *The Florence King reader*. New York: St. Martin's Griffin, 1996.
- Knox, Sara L. (Sara Louise). *Murder: a tale of modern American life*. Durham [N.C.]: Duke University Press, 1998.
- Lincoln, Victoria, 1904-1981. *A private disgrace: Lizzie Borden by daylight*. New York City: International Polygonics, 1986.
- Rebello, Leonard. *Lizzie Borden, past & present*. Al-Zach Press, 1999.
- Robbins, Trina. *Tender murderers: women who kill*. York Beach, ME: Conari Press, 2003.
- Scott, Gini Graham. *Homicide by the rich and famous: a century of prominent killers*. Westport, Conn.: Praeger, 2005.

## Unidentified flying object

- Clark, Jerome,Clark, Jerome. UFO encyclopedia. *The UFO book: encyclopedia of the extraterrestrial*. Detroit, MI: Visible Ink Press, 1998.
- Good, Timothy. *Above top secret: the worldwide U.F.O. coverup*. New York: W. Morrow, 1988.
- Good, Timothy. *Need to know*. Pegasus Books, 2007.
- Hynek, J. Allen (Joseph Allen), 1910-. *The UFO experience: a scientific inquiry*. Chicago: H. Regnery Co., 1972.
- Jacobs, David Michael, 1942-. *UFOs and abductions: challenging the borders of knowledge*. Lawrence, Kan.: University Press of Kansas, 2000.
- Keyhoe, Donald E. (Donald Edward), 1897-. *Aliens from space; the real story of unidentified flying objects*. Garden City, N.Y., Doubleday, 1973.
- Maccabee, Bruce. *UFO FBI connection: the secret history of the government's cover-up*. St. Paul, Minn.: Llewellyn Publications, 2000.
- Randle, Kevin D.. *Project Blue Book exposed*. Marlowe & Co., 1997.
- Scully, Frank, 1892-1964. *Behind the flying saucers*. New York, Holt, 1950.
- Sturrock, Peter A. (Peter Andrew). *The UFO enigma: a new review of the physical evidence*. New York, NY: Warner Books, 1999.
- Swords, Michael D., author. *UFOs and government: a historical inquiry*. San Antonio; Charlottesville: Anomalist Books, 2012.
- Vallee, Jacques, author. *Revelations: alien contact and human deception*. San Antonio, TX: Anomalist Books, 2008.

## Jack London

- (U.S.), Western Literature Association. *A Literary history of the American West*. Fort Worth: Texas Christian University Press, 1987.
- Beers, Diane L. *For the prevention of cruelty: the history and legacy of animal rights activism in the United States*. Athens, Ohio: Swallow Press/Ohio University Press, 2006.
- Haley, James L.. *Wolf*. Basic Books, 2010.
- Kingman, Russ. *A pictorial life of Jack London*. New York: Crown Publishers, 1979.
- Labor, Earle, 1928-. *Jack London: an American life*. New York: Farrar, Straus and Giroux, 2013.
- London, Jack. *Novels & stories*. Literary Classics of the United States, 1982.
- London, Jack, 1876-1916. *Novels and social writings*. New York, N.Y.: Literary Classics of the United States: Distributed to the trade by the Viking Press, 1982.
- Noel, Joseph, d. 1946. *Footloose in Arcadia: a personal record of Jack London, George Sterling, Ambrose Bierce*. New York: Carrick & Evans, 1940.
- Sinclair, Andrew, 1935-. *Jack: a biography of Jack London*. New York: Harper & Row, 1979.
- Starr, Kevin. *Americans and the California dream, 1850-1915*. New York: Oxford University Press, 1986.
- Stasz, Clarice. *American dreamers: Charmian and Jack London*. San Jose [Calif.]: ToExcel, 2000.
- Stasz, Clarice. *American dreamers: Charmian and Jack London*. New York: St. Martin's Press, 1988.

## General relativity

- Bergström, L. (Lars). *Cosmology and particle astrophysics*. Berlin; New York: Springer, 2004.
- Blair, David G, et al. *Ripples on a cosmic sea: the search for gravitational waves*. Reading, Mass.: Addison Wesley, 1998.
- D'Inverno, Ray. *Introducing Einstein's relativity*. Oxford [Eng.]: Clarendon Press; New York: Oxford University Press, 1992.
- Maddox, John, 1925-2009. *What remains to be discovered: mapping the secrets of the universe, the origins of life, and the future of the human race*. New York: Martin Kessler Books, 1998.
- Mermin, N. David. *It's about time: understanding Einstein's relativity*. Princeton, N.J.: Princeton University Press, 2005.
- Peebles, P. J. E. (Phillip James Edwin), b. 1935. *Principles of physical cosmology*. Princeton, N.J.: Princeton University Press, 1993.
- Penrose, Roger. *The Road to Reality*. Knopf, 2005.
- Peskin, Michael Edward, 1951-. *An introduction to quantum field theory*. Reading, MA.: Addison-Wesley Pub. Co., 1995.
- Rindler, Wolfgang, 1924-. *Introduction to special relativity*. Oxford [Eng.]: Clarendon Press; New York: Oxford University Press, 1991.
- Schutz, Bernard F. *A first course in general relativity*. Cambridge; New York: Cambridge University Press, 2009.
- Weinberg, Steven, 1933-. *Gravitation and cosmology: principles and applications of the general theory of relativity*. New York: Wiley, 1972.
- Weinberg, Steven, 1933-. *The quantum theory of fields*. Cambridge; New York: Cambridge University Press, 1995.

## Joan Rivers

- King, Norman, 1926-. *Arsenio Hall*. New York: W. Morrow, 1993.
- Rivers, Joan. *Bouncing back: I've survived everything-- and I mean everything-- and you can too!*. New York: HarperCollins, 1997.
- Rivers, Joan. *Diary of a mad diva*. New York: Berkley Books, 2014.
- Rivers, Joan. *Don't count the candles*. HarperCollins, 1999.
- Rivers, Joan. *Having a baby can be a scream*. Los Angeles, J. P. Tarcher; distributed by Hawthorn Books, New York, 1974.
- Rivers, Joan. *Men are stupid . . . and they like big boobs*. Pocket Books, 2009.
- Rivers, Joan. *The life and hard times of Heidi Abromowitz*. New York: Delacorte Press, 1984.
- Rivers, Joan, et al. *Enter talking*. New York: Delacorte Press, 1986.

- Rivers, Joan, et al. *Murder at the Academy Awards: a red carpet murder mystery*. New York: Pocket Books, 2009.
- Rivers, Joan, et al. *Still talking*. New York: Turtle Bay Books/Random House, 1991.
- We, The Editors of Tv Guide; Preface-Adam. *TV guide: guide to TV*. New York: Barnes & Noble, 2004.

## 2000 United States presidential election

- Abramson, Paul R. *Change and continuity in the 2000 elections*. Washington, D.C.: CQ Press, 2002.
- Brinkley, Douglas, et al. *36 days: the complete chronicle of the 2000 presidential election crisis*. New York: Times Books, 2001.
- Dershowitz, Alan M. *Supreme injustice: how the high court hijacked election 2000*. Oxford: New York: Oxford University Press, 2001.
- Dover, E. D. *Missed opportunity: Gore, incumbency and television in election 2000*. Westport, Conn.: Praeger, 2002.
- Farnsworth, Stephen J., 1961-. *The nightly news nightmare: television's coverage of U.S. presidential elections, 1988-2004*. Lanham: Rowman & Littlefield Publishers, 2007.
- Gillman, Howard. *The votes that counted: how the court decided the 2000 presidential election*. Chicago: University of Chicago Press, 2001.
- Krugman, Paul R, et al. *Fuzzy math: the essential guide to the Bush tax plan*. New York: Norton, 2001.
- Posner, Richard A. *Breaking the deadlock: the 2000 election, the constitution, and the courts*. Princeton, N.J.: Princeton University Press, 2001.
- Rakove, Jack N., 1947-. *The unfinished election of 2000*. New York: Basic Books, 2001.
- Sabato, Larry. *Overtime!: the election 2000 thriller*. New York: Longman, 2002.
- Sammon, Bill. *At any cost: how Al Gore tried to steal the election*. Washington, DC: Regnery Pub, 2001.
- Toobin, Jeffrey. *Too close to call*. Random House, 2001.

## Columbia River

- Barber, Katrine. *Death of Celilo Falls*. Seattle: Center for the Study of the Pacific Northwest in association with University of Washington Press, 2005.
- Boyd, Robert, 1945-. *People of the Dalles: the Indians of Wascopam Mission: a historical ethnography based on the papers of the Methodist missionaries*. Lincoln: University of Nebraska Press in cooperation with the American Indian Studies Research Institute, Indiana University, Bloomington, 1996.
- Egan, Timothy. *The good rain: across time and terrain in the Pacific Northwest*. New York: Knopf, 1990.
- Friedman, Ralph. *In search of western Oregon*. Caldwell, Idaho: Caxton Printers, 1990.
- Harris, Stephen L., 1937-, et al. *Fire mountains of the west: the Cascade and Mono Lake volcanoes*. Missoula, MT: Mountain Press Pub. Co., 1988.
- Hunn, Eugene S. *Nch'i-wána, "the big river": Mid-Columbia Indians and their land*. Seattle: University of Washington Press, 1990.
- Mourning Dove, 1888-1936, et al. *Coyote stories*. Lincoln: University of Nebraska Press, 1990.
- Mueller, Marge, et al. *Fire, faults & floods: a road & trail guide exploring the origins of the Columbia River basin*. Moscow, Idaho: University of Idaho Press, 1997.
- Ronda, James P., 1943-. *Lewis and Clark among the Indians*. Lincoln: University of Nebraska Press, 1984.
- Ulrich, Roberta. *Empty nets*. Oregon State University Press, 1999.
- Wilkinson, Charles F.. *Blood struggle: the rise of modern Indian nations*. New York, NY: Norton, 2005.

## Jack Weyland

- Weyland, Jack. *Adam's story*. Deseret Book, 2004.
- Weyland, Jack. *Jake*. Deseret Book Co., 1998.
- Weyland, Jack, 1940-. *Brenda at the prom*. Salt Lake City, Utah: Deseret Book Co., 1988.
- Weyland, Jack, 1940-. *Charly*. Salt Lake City, Utah: Deseret Books Co., 1980.
- Weyland, Jack, 1940-. *Kimberly*. Salt Lake City: Deseret Book Co., 1992.
- Weyland, Jack, 1940-. *Megan*. Salt Lake City, Utah: Bookcraft, 2001.
- Weyland, Jack, 1940-. *Michelle & Debra*. Salt Lake City: Deseret Book Co., 1990.

- Weyland, Jack, 1940-. *Nicole*. Salt Lake City, Utah: Deseret, 1993.
- Weyland, Jack, 1940-. *Night on Lone Wolf Mountain and other short stories*. Salt Lake City, Utah: Deseret Book, 1996.
- Weyland, Jack, 1940-. *Stephanie*. Salt Lake City, Utah: Deseret Book Co., 1989.
- Weyland, Jack, 1940-. *The reunion*. Salt Lake City, Utah: Deseret Book Co., 1982.
- Weyland, Jack, 1940-. *The understudy: a novel*. Salt Lake City, Utah: Deseret Book Co., 1985.

## Law

- Berle, Adolf Augustus, 1895-1971, et al. *Modern corporation and private property*. New York, Chicago, Commerce Clearing House, Loose leaf Service division of the Corporation Trust Co., 1932.
- Feinman, Jay M.. *Law 101*. Oxford University Press, 2006.
- Finn, John E. *Constitutions in crisis: political violence and the rule of law*. New York: Oxford University Press, 1991.
- Glenn, H. Patrick. *Legal traditions of the world: sustainable diversity in law*. Oxford; New York: Oxford University Press, 2000.
- Jary, David. *Collins dictionary of sociology*. Glasgow: HarperCollins, 1995.
- Johnson, Allan G.. *The Blackwell dictionary of sociology*. Blackwell, 1995.
- Malloy, Robin Paul, 1956-, et al. *Adam Smith and the philosophy of law and economics*. Dordrecht; Boston: Kluwer Academic Publishers, 1994.
- Patterson, James T. *Brown v. Board of Education: a civil rights milestone and its troubled legacy*. Oxford; New York: Oxford University Press, 2001.
- Stone, Julius, 1907-1985. *Human law and human justice. --*. Stanford, Calif.: Standford University Press, 1965.

## Willy Brandt

- Binder, David. *The other German: Willy Brandt's life & times*. Washington: New Republic Book Co., 1975.
- Brandt, Willy. *My life in politics*. Viking, 1992.
- Childs, David, 1933-. *Germany in the twentieth century*. New York, NY: Icon Editions, 1991.
- Flacks, Richard, editor, et al. *Port Huron statement: sources and legacies of the new left's founding manifesto*. Philadelphia, Pennsylvania: University of Pennsylvania Press;, 2015.
- Kempe, Frederick. *Berlin 1961: Kennedy, Khrushchev, and the most dangerous place on earth*. New York: G.P. Putnam's Sons, 2011.
- Lane, Peter, 1925 January 26-. *Europe since 1945: an introduction*. Totowa, NJ: Barnes & Noble, 1985.
- Mares, Isabela. *Taxation, wage bargaining and unemployment*. Cambridge; New York: Cambridge University Press, 2006.
- Pridham, Geoffrey, 1942-. *Christian democracy in Western Germany: the CDU/CSU in Government and Opposition 1945-1976*. London: Croom Helm, 1977.
- Prittie, Terence, 1913-. *Willy Brandt; portrait of a statesman*. New York, Schocken Books, 1974.
- Williamson, John B. *Old-age security in comparative perspective*. New York: Oxford University Press, 1993.
- Wilsford, David. *Political leaders of contemporary Western Europe: a biographical dictionary*. Westport, Conn.: Greenwood Press, 1995.

## History of the race and intelligence controversy

- Baker, John Randal, 1900-1984. *Race*. New York, Oxford University Press, 1974.
- Jencks, Christopher, et al. *The black-white test score gap*. Washington, D.C.: Brookings Institution Press, 1998.
- Jensen, Arthur Robert. *The g factor: the science of mental ability*. Westport, Conn.: Praeger, 1998.
- Kevles, Daniel J. *In the name of eugenics: genetics and the uses of human heredity*. Cambridge, Mass.: Harvard University Press, 1995.

- Loehlin, John C;Lindzey, Gardner, author;Spuhler, J. N. (James N.), author;Social Science Research Council (U.S.). Committee on the Biological Bases of Social Behavior. *Race differences in intelligence*. San Francisco: W.H. Freeman, 1975.
- Lynn, Richard, 1930-. *The science of human diversity: a history of the Pioneer Fund*. Lanham, MD: University Press of America, 2001.
- Mackintosh, N. J.. *IQ and human intelligence*. Oxford University Press, 1998.
- Nisbett, Richard E.. *Intelligence and how to get it*. W. W. Norton & Co., 2009.
- Pyle, David W. *Intelligence, an introduction*. London; Boston: Routledge & Kegan Paul, 1979.
- Richards, Graham, 1941-. *Race, racism, and psychology: towards a reflexive history*. London; New York: Routledge, 1997.
- Wooldridge, Adrian. *Measuring the mind: education and psychology in England, c. 1860-c. 1990*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.

## Natalie Clifford Barney

- Benstock, Shari. *Women of the Left Bank: Paris, 1900 - 1940*. Austin Univ. of Texas Pr, 1986.
- Broe, Mary Lynn, et al. *Women's writing in exile*. Chapel Hill: University of North Carolina Press, 1989.
- Carson, Anne Conover. *Olga Rudge and Ezra Pound*. Yale University Press, 2001.
- Colette, 1873-1954. *The pure and the impure*. New York: Farrar, Straus & Giroux, 1967.
- Conley, John J. *The suspicion of virtue: women philosophers in neoclassical France*. Ithaca, N.Y.: Cornell University Press, 2002.
- Faderman, Lillian. *Surpassing the love of men: romantic friendship and love between women, from the Renaissance to the present*. New York: Morrow, 1981.
- Hawthorne, Melanie. *Contingent loves: Simone de Beauvoir and sexuality*. Charlottesville: University Press of Virginia, 2000.
- Jay, Karla. *The amazon and the page: Natalie Clifford Barney and Renée Vivien*. Bloomington: Indiana University Press, 1988.
- Schenkar, Joan. *Truly Wilde: the unsettling story of Dolly Wilde, Oscar's unusual niece*. New York, N.Y.: Basic Books, 2000.
- Souhami, Diana. *The trials of Radclyffe Hall*. Doubleday, 1999.
- Weiss, Andrea. *Paris was a woman: portraits from the Left Bank*. San Francisco: HarperSanFrancisco, 1995.
- Wickes, George. *The Amazon of letter: the life and loves of Natalic Barney*. New York: Putnam, 1976.

## Alger Hiss

- Chambers, Whittaker. *Witness*. New York, Random House, 1952.
- Haynes, John Earl, author, et al. *Spies: the rise and fall of the KGB in America*. Yale University Press, 2009.
- Hiss, Alger. *In the court of public opinion*. New York, A.A. Knopf, 1957.
- Hiss, Alger. *Recollections of a life*. New York: Arcade, 1989.
- Hiss, Tony. *The view from Alger's window: a son's memoir*. New York: Knopf: Distributed by Random House, 1999.
- Jowitt, William Allen Jowitt, Earl, 1885-1957. *The strange case of Alger Hiss*. London, Hodder and Stoughton, 1953.
- Levitt, Morton, 1920-, et al. *A tissue of lies: Nixon vs. Hiss*. New York: McGraw-Hill, 1979.
- Smith, John Chabot. *Alger Hiss, the true story*. New York: Holt, Rinehart and Winston, 1976.
- Steven, Stewart, 1937-. *Operation splinter factor*. Philadelphia, Lippincott, 1974.
- Sullivan, William C, et al. *The Bureau: my thirty years in Hoover's FBI*. New York: Norton, 1979.
- Theoharis, Athan G. *Beyond the Hiss case: the FBI, Congress, and the Cold War*. Philadelphia: Temple University Press, 1982.
- White, G. Edward. *Alger Hiss's looking-glass wars*. Oxford University Press, 2004.

## Synthia Saint James

- Chapman, Cheryl. *Snow on snow on snow*. New York: Dial Books for Young Readers, 1994.
- English, Karen, author. *Neeny coming, Neeny going*. Mahwah, N.J.: BridgeWater Books, 1996.
- Gershator, Phillis. *Tukama tootles the flute: a tale from the Antilles*. New York: Orchard Books, 1994.
- James, Synthia Saint. *Sunday*. A. Whitman, 1996.
- McMillan, Terry. *Waiting to exhale*. New York, N.Y., U.S.A.: Viking, 1992.
- Mollel, Tololwa M.. *To dinner, for dinner*. Holiday House, 2000.
- Nikola-Lisa, W, et al. *Hallelujah!: a Christmas celebration*. New York: Atheneum Books for Young Readers, 2000.
- Saint James, Synthia. *Girlfriends*. White Plains, NY: Peter Pauper Press, 1997.
- Saint James, Synthia. *It's Kwanzaa time!: a lift-the-flap story*. New York: Little Simon, 2001.
- Saint James, Synthia. *The gifts of Kwanzaa*. Morton Grove, Ill.: A. Whitman, 1994.
- Smiley, Tavis, 1964-. *How to make Black America better: leading African Americans speak out*. New York: Anchor Books, 2002.
- Williams, Sherley Anne, 1944-1999. *Girls together*. San Diego: Harcourt Brace & Co., 1999.

## Strategic bombing during World War II

- Coffey, Thomas M. *Decision over Schweinfurt: the U.S. 8th Air Force battle for daylight bombing*. New York: D. Mckay Co., 1977.
- Coffey, Thomas M. *HAP: the story of the U.S. Air Force and the man who built it, General Henry H. "Hap" Arnold*. New York: Viking Press, 1982.
- Coffey, Thomas M. *Iron eagle: the turbulent life of General Curtis LeMay*. New York: Crown Publishers, 1986.
- Drinan, Robert F. *Beyond the nuclear freeze*. New York: Seabury Press, 1983.
- Hansen, Randall. *Fire and fury: the Allied bombing of Germany, 1942-45*. [Toronto]: Doubleday Canada, 2008.
- Hastings, Max. *Bomber command*. New York: Dial Press/J. Wade, 1979.
- Kaplan, Fred M. *The wizards of Armageddon*. New York: Simon and Schuster, 1983.
- Kennett, Lee B. *A history of strategic bombing*. New York: Scribner, 1982.
- Legro, Jeffrey. *Cooperation under fire: Anglo-German restraint during World War II*. Ithaca: Cornell University Press, 1995.
- McGowen, Tom. *Air raid: bombing campaigns of World War II*. Brookfield, Conn.: Twenty-First Century Books, 2001.
- Overy, Richard. *The Battle of Britain*. W.W. Norton, 2001.
- Taylor, Frederick. *Dresden: Tuesday, 13 February 1945*. London: Bloomsbury, 2005.

## Military Assistance Command, Vietnam – Studies and Observations Group

- Andradé, Dale. *Trial by fire: the 1972 Easter offensive, America's last Vietnam battle*. New York: Hippocrene Books, 1995.
- Colby, William Egan, 1920-. *Honorable men: my life in the CIA*. New York: Simon and Schuster, 1978.
- Conboy, Kenneth J. *Spies and commandos: how America lost the secret war in North Vietnam*. Lawrence, KS: University Press of Kansas, 2000.
- Dougan, Clark, et al. *Nineteen sixty-eight*. Boston, MA: Boston Pub. Co., 1983.
- Isaacs, Arnold R, et al. *Pawns of war: Cambodia and Laos*. Boston, MA: Boston Pub. Co., 1987.
- Karnow, Stanley. *Vietnam, a history*. Viking, 1991.
- Maitland, Terrence. *The Vietnam experience: a contagion of war*. Boston, MA: Boston Publishing Company, 1983.
- Maitland, Terrence, et al. *A contagion of war*. Boston, MA: Boston Pub. Co., 1983.
- McNamara, Robert S., 1916-2009, et al. *In retrospect: the tragedy and lessons of Vietnam*. New York: Times Books, 1995.
- Moise, Edwin E., 1946-. *Tonkin Gulf and the escalation of the Vietnam War*. Chapel Hill: University of North Carolina Press, 1996.

- Shultz, Richard H., 1947-. *The secret war against Hanoi Kennedy's and Johnson's use of spies, saboteurs, and covert warriors in North Vietnam*. New York: HarperCollins, 1999.
- Singlaub, John K, et al. *Hazardous duty: an American soldier in the twentieth century*. New York: Summit Books, 1991.

## China service of the Lincoln administration

- Baker, Jean H., author. *Mary Todd Lincoln: a biography*. New York: W.W. Norton & Company, 1987.
- Burlingame, Michael, 1941-. *The inner world of Abraham Lincoln*. Urbana: University of Illinois Press, 1994.
- Donald, David Herbert, 1920-2009. *Lincoln*. New York: Simon & Schuster, 1995.
- Gardner, Paul Vickers, 1908-1994, et al. *Glass*. [New York]: Cooper-Hewitt Museum, 1979.
- Garrett, Wendell D. *Our changing White House*. Boston: Northeastern University Press, 1995.
- Klapthor, Margaret Brown. *The First Ladies cook book: favorite recipes of all the presidents of the United States*. New York, N.Y.: Parents Magazine Enterprises, 1982.
- Kostyal, K. M., 1951-. *Abraham Lincoln's extraordinary era: the man and his times*. Washington, D.C.: National Geographic, 2009.
- Packard, Jerrold M. *The Lincolns in the White House: four years that shattered a family*. New York: St. Martin's Press, 2005.
- Spillman, Jane Shadel. *White House glassware: two centuries of presidential entertaining*. Washington, D.C.: Published by the White House Historical Association in cooperation with the National Geographic Society and the Corning Museum of Glass, 1989.
- Temple, Dottie, et al. *Flowers, White House style*. New York: Simon & Schuster, 2002.
- Watson, Robert P., 1962-. *The Presidents' wives: reassessing the office of First Lady*. Boulder: L. Rienner, 2000.
- Whitcomb, John, et al. *Real life at the White House: two hundred years of daily life at America's most famous residence*. New York: Routledge, 2000.

## Views of Lyndon LaRouche and the LaRouche movement

- Cronin, John, 1950-, et al. *The riverkeepers: two activists fight to reclaim our environment as a basic human right*. New York, NY: Scribner, 1997.
- Echeverria, John D, et al. *Let the people judge: wise use and the private property rights movement*. Washington, D.C.: Island Press, 1995.
- George, John, 1936-. *Nazis, communists, klansmen, and others on the fringe: political extremism in America*. Buffalo, N.Y.: Prometheus Books, 1992.
- Johnson, George, 1952 Jan. 20-. *Architects of fear: conspiracy theories and paranoia in American politics*. Los Angeles: J.P. Tarcher; Boston: Distributed by Houghton Mifflin, 1983.
- King, Dennis. *Lyndon LaRouche and the new American fascism*. New York: Doubleday, 1989.
- Kintz, Linda, 1945-. *Between Jesus and the market: the emotions that matter in right-wing America*. Durham, N.C.: Duke University Press, 1997.
- Maduro, Rogelio, et al. *The holes in the ozone scare: the scientific evidence that the sky isn't falling*. Washington, D.C.: 21st Century Science Associates, 1992.
- Marable, Manning. *Black leadership*. Columbia University Press, 1998.
- Newton, David E. *The ozone dilemma: a reference handbook*. Santa Barbara, Calif.: ABC-Clio, 1995.
- Rowell, Andrew, 1965-. *Green backlash: global subversion of the environmental movement*. London; New York: Routledge, 1996.
- Sagan, Carl, 1934-1996, et al. *A path where no man thought: nuclear winter and the end of the arms race*. New York: Random House, 1990.
- Scherff, Judith S, et al. *The piracy of America: profiteering in the public domain*. Atlanta, GA: Clarity Press, 1999.

## Sicherheitsdienst

- Beller, Steven, 1958-. *A concise history of Austria*. Cambridge, UK; New York: Cambridge University Press, 2006.
- Blandford, Edmund L. *SS intelligence: the Nazi Secret Service*. Edison, NJ: Castle Books, 2000.
- Bracher, Karl Dietrich, 1922-. *The German dictatorship; the origins, structure, and effects of national socialism*. New York, Praeger Publishers, 1970.
- Breitman, Richard. *The architect of genocide*. Knopf; 1st edition, 1991.
- Browder, George C.. *Foundations of the Nazi police state*. University Press of Kentucky; First edition, 1990.
- Browning, Christopher R.. *The origins of the Final Solution*. University of Nebraska Press, 2004.
- Dams, Carsten, author. *The Gestapo: power and terror in the Third Reich*. Oxford, United Kingdom: Oxford University Press, 2014.
- Fest, Joachim C., 1926-2006. *Hitler*. New York, Harcourt Brace Jovanovich, 1974.
- Kater, Michael H., 1937-. *The Nazi Party: a social profile of members and leaders, 1919-1945*. Cambridge, Mass.: Harvard University Press, 1983.
- Wall, Donald D. *Nazi Germany and World War II*. Minneapolis, Minn.: West Pub. Co., 1997.
- Wheeler-Bennett, John Wheeler, Sir, 1902-1975. *The nemesis of power; the German army in politics, 1918-1945*. New York, St. Martin's Press, 1954.
- Wright, Gordon, 1912-2000. *The ordeal of total war, 1939-1945*. New York, Harper & Row, 1968.

## John C. Lilly

- Jeffrey, Francis. *John Lilly, so far--*. J.P. Tarcher, 1990.
- Lilly, John Cunningham. *Simulations of God*. Simon and Schuster, 1975.
- Lilly, John Cunningham, 1915-. *Lilly on dolphins: humans of the sea*. Garden City, N.Y.: Anchor Press, 1975.
- Lilly, John Cunningham, 1915-. *Man and dolphin*. Garden City, N.Y., Doubleday, 1961.
- Lilly, John Cunningham, 1915-. *Programming and metaprogramming in the human biocomputer theory and experiments*. Miami, Fla., Communication Research Institute, 1968.
- Lilly, John Cunningham, 1915- *The deep self: profound relaxation and the tank isolation technique*. New York: Simon and Schuster, 1977.
- Lilly, John Cunningham, 1915- . cn. *The mind of the dolphin; a nonhuman intelligence*. Garden City, N.Y., Doubleday, 1967.
- Lilly, John Cunningham, 1915-2001. *The center of the cyclone; an autobiography of inner space*. New York, Bantam Books, 1973.
- Lilly, John Cunningham, 1915-2001. *The center of the cyclone; an autobiography of inner space*. New York, Julian Press, 1972.
- Lilly, John Cunningham, 1915-2001. *The scientist: a novel autobiography*. Philadelphia: Lippincott, 1978.
- Lilly, John Cunningham, 1915-2001, et al. *The dyadic cyclone: the autobiography of a couple*. London; New York: Paladin, 1978.
- Lilly, John Cunningham, 1915-2001, et al. *The dyadic cyclone: the autobiography of a couple*. New York: Simon and Schuster, 1976.

## Rommel myth

- Atkinson, Rick. *An army at dawn: the war in North Africa, 1942-1943*. New York: Henry Holt & Co., 2003.
- Atkinson, Rick. *The guns at last light: the war in Western Europe, 1944-1945*. New York: Henry Holt and Co., 2013.
- Beevor, Antony. *The Second World War*. Little, Brown and Co., 2012.
- Blumenson, Martin. *Heroes never die: warriors and warfare in World War II*. New York, N.Y.: Cooper Square Press, 2001.
- Brighton, Terry. *Patton, Montgomery, Rommel: masters of war*. New York: Crown, 2009.
- DeWeerd, Harvey A. (Harvey Arthur), 1902-1979. *Great soldiers of world war II*. New York W.W. Norton & Company, Inc, 1944.

- Hansen, Randall. _Disobeying Hitler: German resistance after Valkyrie_. Oxford; New York: Oxford University Press, 2014.
- Knox, MacGregor. _Hitler's Italian allies: Royal Armed Forces, Fascist regime, and the war of 1940-43_. Cambridge; New York: Cambridge University Press, 2000.
- Latimer, Jon. _Alamein_. Cambridge, Mass.: Harvard University Press, 2002.
- Lewin, Ronald. _Rommel as military commander_. New York: Barnes & Noble, 1998.
- Shirer, William L. _The Rise and Fall of the Third Reich: A History of Nazi Germany_. Simon and Schuster, 1960.
- Smelser, Ronald M., 1942-. _The myth of the Eastern Front: the Nazi-Soviet war in American popular culture_. Cambridge; New York: Cambridge University Press, 2008.

## IQ classification

- Eysenck, H. J. (Hans Jurgen), 1916-1997. _Genius: the natural history of creativity_. Cambridge; New York: Cambridge University Press, 1995.
- Flanagan, Dawn P. _Essentials of WISC-IV assessment_. Hoboken, N.J.: Wiley, 2009.
- Flynn, James R. (James Robert), 1934- author. _Are we getting smarter?: rising IQ in the twenty-first century_. Cambridge; New York: Cambridge University Press, 2012.
- Jensen, Arthur Robert. _The g factor: the science of mental ability_. Westport, Conn.: Praeger, 1998.
- Kaufman, Scott Barry, 1979-. _Ungifted: intelligence redefined_. New York: Basic Books, a member of the Perseus Books Group, 2013.
- Sattler, Jerome M., 1931-. _Assessment of children_. San Diego: J.M. Sattler, 1988.
- Shurkin, Joel N., 1938-. _Terman's kids: the groundbreaking study of how the gifted grow up_. Boston: Little, Brown, 1992.
- Simonton, Dean Keith. _Origins of genius: Darwinian perspectives on creativity_. New York: Oxford University Press, 1999.
- Terman, Lewis M. (Lewis Madison), 1877-1956. _Measuring intelligence; a guide to the administration of the new revised Stanford-Binet tests of intelligence_. Boston, Houghton, 1937.
- Terman, Lewis Madison, 1877-1956, et al. _Stanford-Binet intelligence scale; manual for the third revision form L-M_. Boston, Houghton Mifflin, 1960.
- Weiss, Lawrence G. _WISC-IV: advanced clinical interpretation_. Amsterdam; Boston: Academic Press/Elsevier, 2006.

## Eleanor Rigby

- Castleman, Harry. _All together now: the first complete Beatles discography; 1961-1975_. New York Ballantine Books, 1977.
- Hertsgaard, Mark, 1956-. _A day in the life: the music and artistry of the Beatles_. New York: Delacorte Press, 1995.
- Ingham, Chris, 1962-. _The rough guide to the Beatles_. London: Rough Guides, 2006.
- Kurlansky, Mark. _1968: the year that rocked the world_. New York: Random House Trade Paperbacks, 2005.
- Lennon, John. _All we are saying_. St. Martin's Griffin, 2000.
- MacDonald, Ian, 1948-2003. _Revolution in the head: the Beatles' records and the sixties_. New York: H. Holt, 1994.
- Miles, Barry. _Paul McCartney_. H. Holt, 1998.
- Miles, Barry, 1943-. _Paul McCartney: many years from now_. New York: H. Holt, 1997.
- Schaffner, Nicholas, 1953-. _The Beatles forever_. New York: McGraw-Hill, 1978.
- Sounes, Howard, 1965-. _Fab: an intimate life of Paul McCartney_. Cambridge, MA: Da Capo Press, 2010.
- Turner, Steve, 1949-. _A hard day's write: the stories behind every Beatles song_. New York: Harper, 2005.

## George Washington in the French and Indian War

- Ferling, John E. _The ascent of George Washington: the hidden political genius of an American icon_. New York: Bloomsbury Press, 2009.

- Ferling, John E. *The first of men: a life of George Washington*. Knoxville: University of Tennessee Press, 1988.
- Flexner, James Thomas, 1908-2003. *Washington: the indispensable man*. Boston: Little, Brown, 1974.
- Freeman, Douglas Southall, 1886-1953. *George Washington, a biography*. New York, Scribner, 1948.
- Freeman, Douglas Southall, 1886-1953, et al. *Washington*. New York, Scribner, 1968.
- Higginbotham, Don. *George Washington and the American military tradition*. Athens: University of Georgia Press, 1985.
- Knollenberg, Bernhard, 1892-1973. *George Washington, the Virginia period, 1732-1775*. Durham, N.C., Duke University Press, 1964.
- Koontz, Louis Knott, 1890-. *Robert Dinwiddie, his career in American colonial government and westward expansion*. Glendale, Calif., The Arthur H. Clark company, 1941.
- Lengel, Edward G. *General George Washington: a military life*. New York: Random House, 2005.
- Lewis, Thomas A., 1942-. *For king and country: the maturing of George Washington, 1748-1760*. New York: HarperCollins, 1993.
- O'Meara, Walter. *Guns at the forks*. Englewood Cliffs, N.J., Prentice-Hall, 1965.
- Washington, George, 1732-1799, et al. *The papers of George Washington*. Charlottesville: University Press of Virginia, 1983.

### Nicholas Delbanco

- Delbanco, Nicholas. *Anywhere out of the world: essays on travel, writing, death*. New York: Columbia University Press, 2005.
- Delbanco, Nicholas. *Group portrait: Joseph Conrad, Stephen Crane, Ford Madox Ford, Henry James, and H.G. Wells*. New York: Morrow, 1982.
- Delbanco, Nicholas. *In the middle distance: a novel*. New York, Morrow, 1971.
- Delbanco, Nicholas. *In the name of mercy*. New York, NY: Warner, 1995.
- Delbanco, Nicholas. *Lastingness: the art of old age*. New York: Grand Central Pub., 2011.
- Delbanco, Nicholas. *Small rain*. New York, Morrow, 1975.
- Delbanco, Nicholas. *Speaking of writing: selected Hopwood lectures*. Ann Arbor: University of Michigan Press, 1990.
- Delbanco, Nicholas. *Spring and fall*. Thorndike, Me.: Center Point Pub., 2007.
- Delbanco, Nicholas. *The Count of Concord*. Champaign, IL: Dalkey Archive Press, 2008.
- Delbanco, Nicholas. *The Countess of Stanlein restored*. London; New York: Verso, 2001.
- Delbanco, Nicholas. *The art of youth: Crane, Carrington, Gershwin, and the nature of first acts*. Boston: New Harvest, 2013.
- Delbanco, Nicholas. *What remains*. New York: Warner Books, 2001.

### Common Object Request Broker Architecture

- Bolton, Fintan, et al. *Corba [electronic resource]: A Code-Intensive Premium Reference*. Indianapolis: Sams, Old Tappan: Pearson Education [Distributor], 2001.
- Harmon, Paul, 1942-, et al. *The object technology casebook: lessons from award-winning business applications*. New York: Wiley Computer Pub., 1996.
- Henning, Michi, et al. *Advanced CORBA programming with C++*. Reading, Mass.: Addison-Wesley, 1999.
- Mowbray, Thomas J.. *CORBA design patterns*. Wiley Computer Pub., 1997.
- Mowbray, Thomas J.. *The essential CORBA*. Wiley, 1995.
- Orfali, Robert, et al. *Client/server programming with Java and CORBA*. New York: John Wiley & Sons, 1998.
- Orfali, Robert, et al. *Instant CORBA*. New York: Wiley, 1997.
- Orfali, Robert, et al. *The essential client/server survival guide*. New York: Wiley, 1996.
- Orfali, Robert, et al. *The essential distributed objects survival guide*. New York: J. Wiley, 1996.
- Rosenberger, Jeremy. *Teach yourself CORBA in 14 days*. Sams Pub., 1998.
- Schettino, John, et al. *CORBA for dummies*. Foster City, CA: IDG Books Worldwide, 1998.

- Slama, Dirk, et al. *Enterprise CORBA*. Upper Saddle River, NJ: Prentice Hall PTR, 1999.

## Diane Wakoski

- Wakoski, Diane. *Cap of darkness: including looking for the king of Spain & Pachelbel's Canon*. Santa Barbara: Black Sparrow Press, 1980.
- Wakoski, Diane. *Discrepancies and apparitions; [poems*. Garden City, N.Y., Doubleday, 1966.
- Wakoski, Diane. *Emerald ice: selected poems, 1962 - 1987*. Santa Rosa, Calif.: Black Sparrow Pr., 1988.
- Wakoski, Diane. *Inside the blood factory*. Garden City, N.Y.: Doubleday, 1968.
- Wakoski, Diane. *The Magellanic clouds*. Los Angeles, Black Sparrow Press, 1970.
- Wakoski, Diane. *The collected greed, parts 1-13*. Santa Barbara: Black Sparrow Press, 1984.
- Wakoski, Diane. *The emerald city of Las Vegas*. Santa Rosa: Black Sparrow Press, 1995.
- Wakoski, Diane. *The magician's feastletters*. Santa Barbara: Black Sparrow Press, 1982.
- Wakoski, Diane. *The motorcycle betrayal poems*. New York: Simon and Schuster, 1971.
- Wakoski, Diane. *The rings of Saturn*. Santa Rosa, CA: Black Sparrow Press, 1986.
- Wakoski, Diane. *Trilogy: Coins & coffins; Discrepancies and apparitions; The George Washington poems*. Garden City, N.Y., Doubleday, 1974.
- Wakoski, Diane. *Virtuoso literature for two and four hands*. Garden City, N.Y.: Doubleday, 1975.

## Waffen-SS

- Bell, J. Bowyer, 1931-. *Besieged; seven cities under siege: Madrid, 1936-1939; London, 1940-1941; Singapore, 1941-1942; Stalingrad, 1942-1943; Warsaw, 1939, 1943, 1944; Jerusalem, 1947-1949; Berlin, 1945-1949*. Philadelphia, Chilton Books, 1966.
- Bercuson, David Jay, 1945-. *Maple leaf against the Axis: Canada's Second World War*. Calgary: Red Deer Press, 2004.
- Conot, Robert E. *Justice at Nuremberg*. New York: Carroll & Graf, 1984.
- Dollinger, Hans. *The decline and fall of Nazi Germany and imperial Japan: a pictorial history of the final days of World War II*. New York: Bonanza Books: Distributed by Crown Publishers, 1982.
- Evans, Richard J.. *The Third Reich at war*. Penguin Press, 2008.
- Harman, Nicholas. *Dunkirk: the necessary myth*. London: Hodder and Stoughton, 1980.
- Rossino, Alexander B., 1966-. *Hitler strikes Poland: Blitzkrieg, ideology, and atrocity*. Lawrence, Kan.: University Press of Kansas, 2003.
- Smelser, Ronald M., 1942-. *The myth of the Eastern Front: the Nazi-Soviet war in American popular culture*. Cambridge; New York: Cambridge University Press, 2008.
- Stein, George H., 1934-. *The Waffen SS: Hitler's elite guard at war, 1939-1945*. Ithaca, N.Y.: Cornell University Press, 1984.
- Weinberg, Gerhard L. *A world at arms: a global history of World War II*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.
- Wiesenthal, Simon, et al. *The murderers among us; the Simon Wiesenthal memoirs*. New York, McGraw-Hill, 1967.
- Ziemke, Earl Frederick, 1922-. *Stalingrad to Berlin: the German defeat in the east*. Washington, Office of the Chief of Military History, U.S. Army; [for sale by the Supt. of Docs., U.S. Govt. Print. Off.], 1968.

## Acid dissociation constant

- Albert, Adrien. *The determination of ionization constants: a laboratory manual*. London, Chapman and Hall, 1971.
- Atkins, P. W. (Peter William), 1940-, et al. *Atkins' Physical chemistry*. New York: W.H. Freeman, 2006.
- Bell, R. P. (Ronald Percy). *The proton in chemistry*. Ithaca, N.Y.: Cornell University Press, 1973.
- Beynon, R. J. (Robert J.). *Buffer solutions*. Oxford; New York: IRL Press at Oxford University Press, 1996.
- Dunn, M. J. *Gel electrophoresis: proteins*. Oxford: Bios Scientific Publishers in association with the Biochemical Society, 1993.

- Harned, Herbert S. (Herbert Spencer), 1888-. *The physical chemistry of electrolytic solutions*. New York, Reinhold Pub. Corp, 1958.
- Hill, John William, 1933-, et al. *General chemistry: an integrated approach*. Upper Saddle River, N.J.: Prentice Hall, 2002.
- Pauling, Linus, 1901-1994. *The nature of the chemical bond and the structure of molecules and crystals: an introduction to modern structural chemistry*. Ithaca, N.Y.: Cornell University Press, 1960.
- Snoeyink, Vernon L, et al. *Water chemistry*. New York: Wiley, 1980.
- Whitten, Kenneth W.. *General chemistry with qualitative analysis*. Saunders College Pub., 1992.

## Michael Parenti

- Parenti, Michael. *Against empire*. San Francisco City Lights Books, 1995.
- Parenti, Michael. *Superpatriotism*. City Lights Books, 2004.
- Parenti, Michael, 1933-. *America besieged*. San Francisco, CA: City Lights Books, 1998.
- Parenti, Michael, 1933-. *Democracy for the few*. New York: St. Martin's Press, 1977.
- Parenti, Michael, 1933-. *Dirty truths: reflections on politics, media, ideology, conspiracy, ethnic life and class power*. San Francisco: City Lights Books, 1996.
- Parenti, Michael, 1933-. *Inventing reality: the politics of the mass media*. New York: St. Martin's Press, 1986.
- Parenti, Michael, 1933-. *Land of idols: political mythology in America*. New York: St. Martin's Press, 1994.
- Parenti, Michael, 1933-. *Make-believe media: the politics of entertainment*. New York: St. Martin's Press, 1992.
- Parenti, Michael, 1933-. *The culture struggle*. New York, NY: Seven Stories Press, 2005.
- Parenti, Michael, 1933-. *The sword and the dollar*. New York: St. Martin's Press, 1989.
- Parenti, Michael, 1933-. *To kill a nation: the attack on Yugoslavia*. London; New York: Verso, 2000.
- Sanders, Bernard, et al. *Outsider in the House*. London; New York: Verso, 1997.

## Dave Ulrich

- Becker, Brian E, et al. *The HR scorecard: linking people, strategy, and performance*. Boston, MA: Harvard Business School Press, 2001.
- Lawler, Edward E. *Human resources business process outsourcing [electronic resource]: transforming how HR gets its work done*. San Francisco: Jossey-Bass, 2004.
- Ulrich, David, 1953-. *Delivering results: a new mandate for human resource professionals*. Boston: Harvard Business School Press, 1998.
- Ulrich, David, 1953-. *Human resource champions: the next agenda for adding value and delivering results*. Boston: Harvard Business School Press, 1997.
- Ulrich, David, 1953-, et al. *Organizational capability: competing from the inside out*. New York: Wiley, 1990.
- Ulrich, David, 1953-, et al. *Results-based leadership*. Boston: Harvard Business School Press, 1999.
- Ulrich, David, 1953-, et al. *Tomorrow's HR management: 48 thought leaders call for change*. Chichester, England; New York: John Wiley, 1997.
- al.]., Ron Ashkenas... [et. *The boundaryless organization*. Jossey-Bass; 1st edition, 1995.

## History of U.S. foreign policy, 1801–1829

- Ellis, Joseph J., author. *American creation: triumphs and tragedies at the founding of the Republic*. New York: Random House Large Print, 2007.
- Hargreaves, Mary W. M., 1914-. *The presidency of John Quincy Adams*. Lawrence, Kan.: University Press of Kansas, 1985.
- Hayes, Kevin J. *The road to Monticello: the life and mind of Thomas Jefferson*. Oxford; New York: Oxford University Press, 2008.
- Heidler, David Stephen, 1955-. *The War of 1812*. Westport, Conn.: Greenwood Press, 2002.

- Hill, Peter P., 1926-. *Napoleon's troublesome Americans: Franco-American relations, 1804-1815*. Washington, D.C.: Potomac Books, 2006.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- McDonald, Forrest. *The Presidency of Thomas Jefferson*. Lawrence: University Press of Kansas, 1976.
- Meacham, Jon. *Thomas Jefferson*. Random House, 2012.
- Morison, Samuel Eliot, 1887-1976. *The Oxford history of the American people*. New York, Oxford University Press, 1965.
- Nugent, Walter T. K. *Habits of empire: a history of American expansion*. New York: Alfred A. Knopf, 2008.
- Pratt, Julius William, 1888-. *Expansionists of 1812*. Gloucester, Mass.: Peter Smith, 1957.
- Remini, Robert Vincent. *John Quincy Adams*. Times Books, 2002.

## Oscar Handlin

- Handlin, Oscar, 1915-. *Boston's immigrants, 1790-1880: a study in acculturation*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1991.
- Handlin, Oscar, 1915-. *The dimensions of liberty*. Cambridge: Belknap Press of Harvard University Press, 1961.
- Handlin, Oscar, 1915-. *The newcomers: Negroes and Puerto Ricans in a changing metropolis*. Cambridge, Harvard University Press, 1959.
- Handlin, Oscar, 1915-. *The uprooted: the epic story of the great migrations that made the American people*. New York: Grosset & Dunlap, 1951.
- Handlin, Oscar, 1915-, et al. *Liberty in America, 1600 to the present*. New York: Harper & Row, 1986.
- Handlin, Oscar, 1915-2011. *A pictorial history of immigration*. New York, Crown Publishers, 1972.
- Handlin, Oscar, 1915-2011. *Al Smith and his America*. Boston, Little, Brown, 1958.
- Handlin, Oscar, 1915-2011. *Fire-bell in the night; the crisis in civil rights*. Boston, Little, Brown, 1964.
- Handlin, Oscar, 1915-2011. *Race and nationality in American life*. Boston, Little, Brown, 1957.
- Handlin, Oscar, 1915-2011. *The American college and American culture; socialization as a function of higher education*. New York, McGraw-Hill, 1970.
- Handlin, Oscar, 1915-2011, ed, et al. *The popular sources of political authority; documents on the Massachusetts constitution of 1780*. Cambridge, Mass., Belknap Press of Harvard University Press, 1966.
- Handlin, Oscar, 1915-2011, et al. *Liberty in America, 1600 to the present*. New York: Harper & Row, 1986.

## Bank War

- Brands, H. W. *Andrew Jackson, his life and times*. New York: Doubleday, 2005.
- Cole, Donald B. *The presidency of Andrew Jackson*. Lawrence, Kan.: University Press of Kansas, 1993.
- Dangerfield, George, 1904- . cn. *The awakening of American nationalism, 1815-1828*. New York, Harper & Row, 1965.
- Govan, Thomas P. (Thomas Payne), 1907-1979. *Nicholas Biddle, nationalist and public banker, 1786-1844*. [Chicago] University of Chicago Press, 1959.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- James, Marquis, 1891-1955. *Andrew Jackson, portrait of a president*. New York, Grosset & Dunlap, 1937.
- McFaul, John M. *The politics of Jacksonian finance*. Ithaca [N.Y.] Cornell University Press, 1972.
- Meacham, Jon. *American lion: Andrew Jackson in the White House*. New York: Random House, 2008.
- Olson, James Stuart, 1946-, et al. *Encyclopedia of the industrial revolution in America*. Westport, Conn.: Greenwood Press, 2002.
- Remini, Robert Vincent, 1921-. *Andrew Jackson and the bank war; a study in the growth of presidential power*. New York, Norton, 1967.
- Wellman, Paul Iselin, 1898-1966. dn. *The house divides; the Age of Jackson and Lincoln, from the War of 1812 to the Civil War*. Garden City, N.Y., Doubleday, 1966.
- Wilburn, Jean Alexander. *Biddle's bank; the crucial years. --*. New York: Columbia University Press, 1967.

## Ba'athism

- Al-Marashi, Ibrahim, 1973-. *Iraq's armed forces: an analytical history*. New York: Routledge, 2008.
- Ali, Tariq. *The clash of fundamentalisms: crusades, jihads and modernity*. London: Verso, 2003.
- Bengio, Ofra. *Saddam's word: political discourse in Iraq*. New York: Oxford University Press, 1998.
- Coughlin, Con, 1955-. *Saddam: his rise and fall*. New York, NY: Harper Perennial, 2005.
- East, American Academic Association for Peace in the Middle, et al. *People and politics in the Middle East: proceedings of the annual conference*. New Brunswick, N.J.: Transaction Books; distributed by Dutton [New York], 1971.
- Ghareeb, Edmund. *Historical dictionary of Iraq*. Lanham, Md.: Scarecrow Press, 2004.
- Hopwood, Derek, 1933-. *Syria 1945-1986: politics and society*. London; Boston: Unwin Hyman, 1988.
- Laqueur, Walter, 1921-. *The struggle for the Middle East: the Soviet Union and the Middle East, 1958-68*. London, Routledge & K. Paul, 1969.
- Makiya, Kanan. *Republic of fear*. University of California Press, 1998.
- Niblock, Timothy, et al. *Iraq, the contemporary state*. London: Croom Helm, 1982.
- Ruthven, Malise, author. *Islam in the world*. New York, N.Y.: Oxford University Press, 2000.
- Walt, Stephen M., 1955-. *The origins of alliances*. Ithaca: Cornell University Press, 1987.

## Planck's law

- Brehm, John J, et al. *Introduction to the structure of matter: a course in modern physics*. New York: Wiley, 1989.
- Brillouin, Léon, 1889-. *Relativity reexamined. --*. New York: Academic Press, 1970.
- Chandrasekhar, S. (Subrahmanyan), 1910-. *Radiative transfer*. New York: Dover Publications, 1960.
- Haar, D. ter. *The old quantum theory*. Oxford; New York: Pergamon Press, 1967.
- Hermann, Armin, 1933-. *The genesis of quantum theory (1899-1913)*. Cambridge, Mass., MIT Press, 1971.
- Jauch, Josef M. (Josef Maria), 1914-1974. *The theory of photons and electrons: the relativistic quantum field theory of charged particles with spin one-half*. New York: Springer-Verlag, 1976.
- Jeffreys, Harold, Sir, 1891-. *Scientific inference. -*. Cambridge [Eng.]: Cambridge University Press, 1973.
- Kragh, Helge, 1944-. *Quantum generations: a history of physics in the twentieth century*. Princeton, N.J.: Princeton University Press, 1999.
- Mandel, Leonard, author. *Optical coherence and quantum optics*. Cambridge: Cambridge University Press, 1995.
- Paltridge, G. W. *Radiative processes in meteorology and climatology*. Amsterdam; New York: Elsevier Scientific Pub. Co., 1976.
- Stehle, Philip. *Order, chaos, order: the transition from classical to quantum physics*. New York: Oxford University Press, 1994.
- Wilson, Alan Herries. *Thermodynamics and statistical mechanics*. Cambridge [Eng.] University Press, 1957.

## Radical Republicans

- Belz, Herman. *Abraham Lincoln, constitutionalism, and equal rights in the Civil War era*. New York: Fordham University Press, 1998.
- Belz, Herman. *Emancipation and equal rights: politics and constitutionalism in the Civil War era*. New York: Norton, 1978.
- Castel, Albert E. *The Presidency of Andrew Johnson*. Lawrence: Regents Press of Kansas, 1979.
- Donald, David Herbert, 1920-. *Charles Sumner and the rights of man*. New York: Knopf, 1970.
- Donald, David Herbert, 1920-2009. *Lincoln*. New York: Simon & Schuster, 1995.
- Foner, Eric. *A short history of Reconstruction, 1863-1877*. Harper & Row, 1990.
- Goodwin, Doris Kearns. *Team of rivals: the political genius of Abraham Lincoln*. New York: Simon & Schuster, 2005.
- McFeely, William S. *Grant: a biography*. New York: Norton, 1981.

- Nevins, Allan, 1890-1971. *Hamilton Fish: the inner history of the Grant administration*. New York: Dodd, Mead, 1937.
- Simpson, Brooks D. *Let us have peace; Ulysses S. Grant and the politics of war and reconstruction, 1861-1868*. Chapel Hill,North Carolina: University of North Carolina Press, 1991.
- Simpson, Brooks D. *The Reconstruction presidents*. Lawrence: University Press of Kansas, 1998.
- Trefousse, Hans Louis. *The radical Republicans: Lincoln's vanguard for racial justice*. New York: Knopf, 1969.

## Don Sakers

- Bova, Ben, 1932-. *Farside*. Tom Doherty Associates, 2014.
- Bova, Ben, 1932-. *Transhuman*. New York: Tor Books, 2014.
- Foster, Alan Dean, 1946-. *The sum of her parts*. New York: Del Rey, 2012.
- Friedman, C. S., author. *Dreamwalker*. New York: DAW Books Inc.;, 2014.
- Gould, Steven, author. *Exo*. New York: Tor, 2014.
- Gunn, James E., 1923- author. *Transcendental*. New York: Tor, 2013.
- Howard, Chris, 1976-. *Rootless*. New York: Scholastic Press, 2012.
- Leckie, Ann. *Ancillary justice*. New York: Orbit, 2013.
- Rajaniemi, Hannu, author. *The causal angel*. New York: Tor Books, 2014.
- Shea, Michael, 1946-. *Assault on sunrise*. New York: Tor, a Tom Doherty Associates Book, 2013.
- Weber, David, 1952- author, editor, et al. *Beginnings*. Baen Books, 2014.

## Raggedy Ann

- Books, Lynx. *Raggedy Dog's bone: raggedy ann & andy's grown-and-learn library volume 10*. New York: Lynx Books, 1988.
- Books, Lynx. *Sam Lamb moves away*. New York: Lynx Books, 1988.
- Comapny, Lynx. *Sunny bunny comes home*. New York, N.Y.: Lynx Books, 1988.
- Comapny, Lynx. *Tim's big adventure*. New York: Lynx Books, 1988.
- Hall, Patricia, 1948-. *Raggedy Ann and more: Johnny Gruelle's dolls and merchandise*. Gretna, La.: Pelican Pub., 2000.

## Foreign policy of the Bill Clinton administration

- Albright, Madeleine Korbel. *Madam Secretary*. Miramax Books, 2003.
- Christopher, Warren. *Chances of a lifetime*. New York: Scribner, 2001.
- Christopher, Warren. *In the stream of history: shaping foreign policy for a new era*. Stanford, Calif.: Stanford University Press, 1998.
- Clark, Wesley K.. *Waging modern war*. Public Affairs, 2001.
- Clinton, Bill, 1946-. *My life. the presidential years*. New York: Vintage Books, 2005.
- Clinton, Bill, 1946-. *The Clinton foreign policy reader: presidential speeches with commentary*. Armonk, N.Y.: M.E. Sharpe, 2000.
- Congressional Quarterly, inc. *Congress and the Nation: a review of government and politics in the postwar years*. Washington, D.C: CQ Press, 1965.
- Congressional Quarterly, inc. *Congress and the Nation: a review of government and politics in the postwar years*. Washington, D.C: CQ Press, 1965.
- Johnson, Loch K., 1942-. *The threat on the horizon: an inside account of America's search for security after the Cold War*. Oxford; New York: Oxford University Press, 2011.
- Lampton, David M. *Same bed, different dreams: managing U.S.-China relations, 1989-2000*. Berkeley: University of California Press, 2001.
- Talbott, Strobe. *Engaging India*. Brookings Institution Press, 2004.
- Talbott, Strobe. *The Russia hand*. Random House, 2002.

## Upton Sinclair

- Arthur, Anthony. *Radical innocent: Upton Sinclair*. New York: Random House, 2006.
- Blinderman, Abraham, 1916- compiler. *Critics on Upton Sinclair; readings in literary criticism*. Coral Gables, Fla., University of Miami Press, 1975.
- Bloodworth, William A. *Upton Sinclair*. Boston: Twayne Publishers, 1977.
- Brennan, Elizabeth A, et al. *Who's who of Pulitzer Prize winners*. Phoenix, Ariz.: Oryx Press, 1999.
- Brevda, William, 1947-. *Harry Kemp, the last Bohemian*. Lewisburg: Bucknell University Press; London: Associated University Presses, 1986.
- Coodley, Lauren. *Upton Sinclair: California socialist, celebrity intellectual*. Lincoln: University of Nebraska Press, 2013.
- Dell, Floyd, 1887-1969. *Upton Sinclair; a study in social protest*. New York, AMS Press, 1970.
- Gottlieb, Robert, 1944-. *The next Los Angeles: the struggle for a livable city*. Berkeley: University of California Press, 2005.
- Mattson, Kevin. *Upton Sinclair and the other American century*. John Wiley & Sons, 2006.
- Mookerjee, R. N. (Rabindra Nath), 1933-. *Art for social justice: the major novels of Upton Sinclair*. Metuchen, N.J.: Scarecrow Press, 1988.
- Sinclair, Upton, 1878-1968. *The Autobiography of Upton Sinclair*. New York, Harcourt, Brace & World, 1962.
- Sinclair, Upton, 1878-1968, et al. *The coal war: a sequel to "King Coal"*. Boulder: Colorado Associated University Press, 1976.

## Harold Lasswell

- (Eds.), Harold D. Lasswell and Daniel Lerner. *World revolutionary elites: studies in coercive ideological movements*. Cambridge: M.I.T., 1966.
- Dobyns, Henry F, et al. *Peasants, power, and applied social change; Vicos as a model*. Beverly Hills [Calif.] Sage Publications, 1971.
- Lasswell, Harold D. (Harold Dwight), 1902-1978. *Psychopathology and politics.*. New York,: Viking Press, 1966.
- Lasswell, Harold D. (Harold Dwight), 1902-1978, et al. *Power and society; a framework for political inquiry*. New Haven, Yale University Press, 1950.
- Lasswell, Harold Dwight, 1902-. *A pre-view of policy sciences*. New York: American Elsevier Pub. Co., 1971.
- Lasswell, Harold Dwight, 1902-. *Politics; who gets what, when, how*. New York, London, Whittlesey house, McGraw-Hill book company, inc, 1950.
- Lasswell, Harold Dwight, 1902-. *Propaganda and promotional activities; an annotated bibliography*. Chicago: University of Chicago Press, 1969.
- Lasswell, Harold Dwight, 1902-. *World politics and personal insecurity*. New York, London, Whittlesey House, McGraw-Hill Book Company, Inc, 1935.
- Lasswell, Harold Dwight, 1902-. *World politics faces economics, with special reference to the future relations of the United States and Russia*. New York, McGraw-Hill book company, inc., 1945.
- Lasswell, Harold Dwight, 1902-, et al. *Values and development: appraising Asian experience*. Cambridge, Mass.: MIT Press, 1976.
- Smith, Bruce Lannes, 1909-, et al. *Propaganda, communication, and public opinion; a comprehensive reference guide*. Princeton, Princeton University Press, 1946.
- Wright, Quincy, 1890-1970, et al. *The Search for world order; studies by students and colleagues of Quincy Wright*. New York, Appleton-Century-Crofts, 1971.

## 1980s in sociology

- Anderson, Benedict R. O'G. *Imagined communities*. Verso, 2006.
- Boudon, Raymond. *The logic of social action: an introduction to sociological analysis*. London; Boston: Routledge & Kegan Paul, 1981.
- Goffman, Erving. *Forms of talk*. Philadelphia: University of Pennsylvania Press, 1981.

- Harding, Sandra G. *Feminism and methodology: social science issues*. Milton Keynes [Buckinghamshire]: Open University Press, 1987.
- Harding, Sandra G, et al. *Sex and scientific inquiry*. Chicago: University of Chicago Press, 1987.
- Hawley, Amos Henry. *Human ecology: a theoretical essay*. Chicago: University of Chicago Press, 1986.
- Jeynes, William. *Religion, education, and academic success*. Greenwich, Conn.: Information Age Pub., 2003.
- Lasch, Christopher. *The minimal self: psychic survival in troubled times*. New York: W.W. Norton, 1984.
- Marshall, T. H. (Thomas Humphrey). *The right to welfare and other essays*. New York: Free Press, 1981.
- Piven, Frances Fox. *Why Americans don't vote*. Pantheon Books, 1988.
- Wallerstein, Immanuel Maurice, 1930-. *World-systems analysis: an introduction*. Durham; London: Duke University Press, 2004.
- Young, Michael Dunlop, 1915-. *Social scientist as innovator*. Cambridge, Mass.: Abt Books, 1983.

## Brian Wilson

- Badman, Keith. *The Beach Boys: the definitive diary of America's greatest band, on stage and in the studio*. San Francisco, Calif.: Backbeat Books, 2004.
- Brackett, Donald, 1951-. *Dark mirror: the pathology of the singer-songwriter*. Westport, Conn.: Praeger, 2008.
- Dillon, Mark, 1969-. *Fifty sides of the Beach Boys: the songs that tell their story*. Toronto, Ont.: ECW Press, 2012.
- Doggett, Peter, author. *Electric shock: from the gramophone to the iPhone: 125 years of pop music*. London: Vintage, 2016.
- Gaines, Steven S. *Heroes and villains: the true story of the Beach Boys*. New York, N.Y.: New American Library, 1986.
- Granata, Charles L. *Wouldn't it be nice: Brian Wilson and the making of the Beach Boys' Pet sounds*. Chicago, Ill.: A Cappella Books, 2003.
- Leaf, David. *The Beach Boys and the California myth*. New York: Grosset & Dunlap, 1978.
- Starr, Larry. *American popular music: from minstrelsy to MP3*. New York: Oxford University Press, 2007.
- Stebbins, Jon. *Dennis Wilson: the real Beach Boy*. Toronto, Ont.: ECW Press, 2000.
- Thompson, Dave, 1960 January 3- author. *Wall of pain: the biography of Phil Spector*. London: Sanctuary: Distributed by Publishers Group, 2003.
- White, Timothy, 1952-2002. *The nearest faraway place: Brian Wilson, the Beach Boys, and the Southern Californian experience*. London: Macmillan, 1996.
- Wilson, Brian, 1942-, et al. *Wouldn't it be nice: my own story*. New York, NY: HarperCollins, 1991.

## Edward Frascino

- Andersen, H. C. (Hans Christian), 1805-1875. *Hans Christian Andersen's The little mermaid*. New York, Harper & Row, 1971.
- Frascino, Edward. *Avocado is not your color and other scenes of married bliss: cartoons*. [New York]: Penguin Books, 1983.
- Frascino, Edward. *Eddie Spaghetti on the homefront*. New York: Harper & Row, 1983.
- Frascino, Edward. *My cousin the king*. Englewood Cliffs, N.J.: Prentice-Hall, 1985.
- Gordon, Shirley, et al. *Crystal is my friend*. New York: Harper & Row, 1978.
- Gordon, Shirley, et al. *Crystal is the new girl*. New York: Harper & Row, 1976.
- Gordon, Shirley, et al. *Crystal's Christmas carol*. New York: Harper & Row, 1989.
- Gray, Nigel, et al. *It'll all come out in the wash*. New York: Harper & Row, 1979.
- Keller, Charles, et al. *King Henry the Ape animal jokes*. New York: Pippin Press, 1989.
- Marquis, Don, 1878-1937, et al. *Archology II: the final dig: the long lost tales of Archy and Mehitabel*. Hanover, NH: University Press of New England, 1998.
- Stolz, Mary, 1920-2006, et al. *The dragons of the queen*. New York, Harper & Row, 1969.
- White, E. B. (Elwyn Brooks), 1899-1985, et al. *The trumpet of the swan*. New York, Harper & Row, 1970.

## History of Massachusetts

- Bailyn, Bernard. *The new England merchants in the seventeenth century*. New York: Academy Library, Harper & Row, 1964.
- Banner, James M., 1935-. *To the Hartford Convention: the Federalists and the origins of party politics in Massachusetts, 1789-1815*. New York: Knopf, 1970.
- Blodgett, Geoffrey. *The gentle reformers: Massachusetts Democrats in the Cleveland era*. Cambridge, Harvard University Press, 1966.
- Brown, Robert Eldon, 1907-. *Middle-class democracy and the Revolution in Massachusetts, 1691-1780*. New York, Harper & Row, 1969.
- Clark, Christopher, 1953-. *The roots of rural capitalism: western Massachusetts, 1780-1860*. Ithaca: Cornell University Press, 1990.
- Cronon, William. *Changes in the land: Indians, colonists, and the ecology of New England*. New York: Hill and Wang, 1984.
- Formisano, Ronald P., 1939-. *The transformation of political culture: Massachusetts parties, 1790s-1840s*. New York: Oxford University Press, 1983.
- Huthmacher, J. Joseph. *Massachusetts people and politics, 1919-1933*. Cambridge, Belknap Press of Harvard University Press, 1959.
- Labaree, Benjamin Woods. *Colonial Massachusetts: a history*. Millwood, N.Y.: KTO Press, 1979.
- Litt, Edgar. *The political cultures of Massachusetts*. Cambridge, Mass., M.I.T. Press, 1965.
- Lockridge, Kenneth A. *A New England town: the first hundred years: Dedham, Massachusetts, 1636-1736*. New York: Norton, 1985.
- Warden, G. B. (Gerard Bryce), 1939- . cn. *Boston, 1689-1776*. Boston, Little, Brown, 1970.

## Madonna

- (Firm), Guinness. *Guinness world records, 2007*. New York: Bantam, 2007.
- Brackett, Nathan, 1968-, et al. *The new Rolling Stone album guide*. New York: Simon & Schuster, 2004.
- Claro, Nicole. *Madonna*. New York: Chelsea House Publishers, 2000.
- George-Warren, Holly, et al. *The Rolling stone encyclopedia of rock & roll*. New York: Fireside, 2001.
- Gnojewski, Carol. *Madonna: Express yourself*. Berkeley Heights, NJ: Enslow Publishers, Inc., 2008.
- Grant, Robert M.. *Contemporary strategy analysis*. John Wiley & Sons, 2009.
- Guralnick, Peter. *Da Capo best music writing 2000*. [New York]: Da Capo Press, 2000.
- Rooksby, Rikky. *Madonna: the complete guide to her music*. London: Omnibus, 2004.
- Schwichtenberg, Cathy. *The Madonna connection: representational politics, subcultural identities, and cultural theory*. Boulder: Westview Press, 1993.
- St Michael, Mick. *Madonna 'talking': Madonna in her own words*. London: Omnibus Press, 2004.

## Ishbel Ross

- Ross, Ishbel. *Crusades & crinoline's*. Harper & Row, 1963.
- Ross, Ishbel, 1897-. *An American family; the Tafts, 1678 to 1964*. Cleveland, World Pub. Co, 1964.
- Ross, Ishbel, 1897-. *Charmers and cranks; twelve famous American women who defied the conventions*. New York, Harper & Row, 1965.
- Ross, Ishbel, 1897-. *Silhouette in diamonds; the life of Mrs. Potter Palmer*. New York, Harper, 1960.
- Ross, Ishbel, 1897-. *Sons of Adam, daughters of Eve*. New York, Harper & Row, 1969.
- Ross, Ishbel, 1897-. *The President's wife: Mary Todd Lincoln; a biography*. New York, Putnam, 1973.
- Ross, Ishbel, 1897-. *The expatriates*. New York, Crowell, 1970.
- Ross, Ishbel, 1897- . cn. *Power with grace: the life story of Mrs. Woodrow Wilson*. New York: Putnam, 1975.
- Ross, Ishbel, 1897-1975. *Grace Coolidge and her era; the story of a President's wife*. New York, Dodd, Mead, 1962.
- Ross, Ishbel, 1897-1975. *Journey into light, the story of the education of the blind*. New York, Appleton-Century-Crofts, 1951.
- Ross, Ishbel, 1897-1975. *Rebel Rose: life of Rose O'Neal Greenhow, Confederate spy*. [Atlanta?]: Mockingbird Books, 1973.

- Ross, Ishbel, 1897-1975. *The uncrowned queen; life of Lola Montez*. New York, Harper & Row, 1972.

## Modern art

- Adams, Hugh. *Modern painting*. New York: Mayflower Books, 1979.
- Arnason, H. Harvard. *History of modern art*. Harry N. Abrams, Inc., 1998.
- Childs, Peter, 1962-. *Modernism*. New York; New York: Routledge, 2000.
- Crouch, Christopher. *Modernism in art, design and architecture*. New York: St. Martin's Press, 1999.
- Everdell, William R. *The first moderns [electronic resource]: profiles in the origins of twentieth-century thought*. Chicago: University of Chicago Press, 1997.
- Frascina, Francis, et al. *Modern art and modernism: a critical anthology*. New York: Harper & Row, 1982.
- Gombrich, E. H.. *The story of art*. Phaidon, 1995.
- Jencks, Charles. *Post-modernism: the new classicism in art and architecture*. New York: Rizzoli, 1987.
- Ozenfant, Amédée, 1886-1966. *Foundations of modern art*. New York: Dover, 1952.
- Read, Herbert Edward, Sir, 1893-1968. *A concise history of modern painting*. New York: Praeger, 1975.

## John Simon (engraver)

- Antal, Frederick. *Hogarth and his place in European art*. New York: Basic Books, 1962.
- Atherton, Herbert M. *Political prints in the age of Hogarth; a study of the ideographic representation of politics*. Oxford, Clarendon Press, 1974.
- Clayton, Muriel. *The print collector*. New York: Dodd, Mead, 1930.
- Godfrey, Richard T. *Printmaking in Britain: a general history from its beginnings to the present day*. New York: New York University Press, 1978.
- Gohm, Douglas Charles. *Maps and prints for pleasure and investment*. London: Gifford, 1978.
- Griffiths, Antony. *Prints and printmaking: an introduction to the history and techniques*. Berkeley: Los Angeles: University of California Press, 1996.
- Hind, Arthur M. (Arthur Mayger), 1880-1957. *A history of engraving & etching from the 15th century to the year 1914; being the 3d and fully rev. ed. of A short history of engraving and etching*. New York, Dover Publications, 1963.
- Mackenzie, Ian. *British prints: dictionary and price guide*. Woodbridge, Suffolk: Antique Collectors' Club, 1987.
- Wilder, F. L. *How to identify old prints*. London, Bell, 1969.
- cn, Colonial Society of Massachusetts.. *Boston prints and printmakers, 1670-1775; a conference held by the Colonial Society of Massachusetts, 1 and 2 April 1971*. Boston, Colonial Society of Massachusetts; distributed by the University Press of Virginia [Charlottesville], 1973.

## Enid Blyton

- Baverstock, Gillian. *Enid Blyton*. London: Evans, 1997.
- Blyton, Enid, author. *Fun for the Secret Seven*. London: Hodder Children's Books, 2013.
- Blyton, Enid, author. *Shock for the Secret Seven*. London: Hodder Children's Books, 2013.
- Commire, Anne. *Something about the author. [electronic resource]*. Detroit, Mich.: Gale Research, 1981.
- Fisher, Margery. *The bright face of danger*. London: Hodder and Stoughton, 1986.
- Greenfield, George. *A smattering of monsters: a kind of memoir*. Columbia, SC: Camden House, 1995.
- Greenfield, George. *Enid Blyton*. Thrupp, Stroud, Gloucestershire: Sutton Pub., 1998.
- Mullan, Bob. *The Enid Blyton Story*. London: Boxtree, 1987.
- Ray, Sheila G. Bannister. *The Blyton phenomenon: the controversy surrounding the world's most successful children's writer*. London: Deutsch, 1982.
- Smallwood, Imogen, 1935-. *A childhood at Green Hedges*. London: Methuen, 1989.
- Tucker, Nicholas. *The child and the book: a psychological and literary exploration*. Cambridge [England]; New York: Cambridge University Press, 1990.
- Van der Walt, Thomas, et al. *Change and renewal in children's literature*. Westport, Conn.: Praeger, 2004.

## Atomic bombings of Hiroshima and Nagasaki

- Allen, Thomas B.. *Code-name downfall*. Simon & Schuster, 1995.
- Drea, Edward J., 1944-. *MacArthur's ULTRA: codebreaking and the war against Japan, 1942-1945*. Lawrence, Kan.: University Press of Kansas, 1991.
- Edwards, Paul N.. *The closed world*. MIT Press, 1996.
- Goldstein, Donald M.. *Rain of ruin*. Brassey's, 1995.
- Hasegawa, Tsuyoshi, 1941-. *Racing the enemy: Stalin, Truman, and the surrender of Japan*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2005.
- Hoyt, Edwin Palmer. *Japan's war: the great Pacific conflict*. New York: Cooper Square Press, 2001.
- Kerr, E. Bartlett. *Flames over Tokyo: the U.S. Army Air Force's incendiary campaign against Japan, 1944-1945*. New York: D.I. Fine, 1991.
- Press, Associated. *World War II: a 50th anniversary history*. London: Robert Hale, 1990.
- Preston, Diana, 1952-. *Before the fallout: from Marie Curie to Hiroshima*. New York: Walker & Co., 2005.
- Reischauer, Edwin O. (Edwin Oldfather), 1910-. *My life between Japan and America*. New York: Harper & Row, 1986.
- Rotter, Andrew Jon. *Hiroshima*. Oxford University Press, 2008.
- Sekimori, Gaynor, et al. *Hibakusha, survivors of Hiroshima and Nagasaki*. Tokyo: Kosei Pub. Co., 1986.

## Pierrot

- Buttel, Robert. *Wallace Stevens: the making of Harmonium*. Princeton, N.J., Princeton University Press, 1967.
- Chaplin, Charlie, 1889-1977. *My autobiography: illustrated*. New York: Pocket Books, 1966.
- Clayton, J. Douglas, author. *Pierrot in Petrograd: the Commedia dell'arte/Balagan in twentieth-century Russian theatre and drama*. Montreal; Buffalo: McGill-Queen's University Press, 1993.
- Dunsby, Jonathan. *Schoenberg: Pierrot Lunaire*. C.U.P., 1992.
- Findlater, Richard, 1921-. *Joe Grimaldi, his life and theatre*. Cambridge, [Eng.]; New York: Cambridge University Press, 1978.
- Green, Martin Burgess, 1927- . dn, et al. *The triumph of Pierrot: the commedia dell'arte and the modern imagination*. New York: Macmillan, 1986.
- Nicoll, Allardyce, 1894-1976. *The world of Harlequin, a critical study of the commedia dell'arte*. Cambridge [Eng] University Press, 1963.
- Palacio, Jean de. *Pierrot fin-de-siècle, ou, Les métamorphoses d'un masque*. Paris: Librairie Séguier, 1990.
- Ritter, Naomi. *Art as spectacle: images of the entertainer since romanticism*. Columbia: University of Missouri Press, 1989.
- Sensibar, Judith L. *The origins of Faulkner's art*. Austin: University of Texas Press, 1984.
- Storey, Robert F., 1945-. *Pierrot: a critical history of a mask*. Princeton, N.J.: Princeton University Press, 1978.
- Wilentz, Sean. *Bob Dylan in America*. Doubleday, 2010.

## Victor Davis Hanson

- Hanson, Victor Davis. *A war like no other*. Random House, 2005.
- Hanson, Victor Davis. *Carnage and culture: landmark battles in the rise of Western power*. New York: Anchor, 2002.
- Hanson, Victor Davis. *Fields without dreams: defending the agrarian idea*. New York: Free Press, 1996.
- Hanson, Victor Davis. *Mexifornia*. Encounter Books, 2003.
- Hanson, Victor Davis. *Ripples of battle: how wars of the past still determine how we fight, how we live, and how we think*. New York: Anchor Books, 2004.
- Hanson, Victor Davis. *The Western way of war: infantry battle in classical Greece*. New York: Knopf: Distributed by Random House, 1989.
- Hanson, Victor Davis. *The father of us all*. Bloomsbury Press, 2010.

- Hanson, Victor Davis. *The savior generals: how five great commanders saved wars that were lost, from ancient Greece to Iraq*. New York: Bloomsbury Press, 2013.
- Hanson, Victor Davis. *The soul of battle*. Anchor Books, 2001.
- Hanson, Victor Davis. *The wars of the ancient Greeks: and their invention of western military culture*. London: Cassell, 1999.
- Hanson, Victor Davis. *Warfare and agriculture in classical Greece*. Berkeley: University of California Press, 1998.
- Hanson, Victor Davis, et al. *Bonfire of the humanities: rescuing the classics in an impoverished age*. Wilmington, DE: ISI Books, 2001.

## This Side of Paradise

- Berg, A. Scott (Andrew Scott), et al. *Max Perkins, editor of genius*. New York: Dutton, 1978.
- Donaldson, Scott, 1928-. *Fool for love: F. Scott Fitzgerald*. New York: Congdon & Weed: Distributed by St. Martin's Press, 1983.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940, author. *The crack-up*. New York: James Laughlin, 1945.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940, et al. *Dear Scott, dearest Zelda: the love letters of F. Scott and Zelda Fitzgerald*. New York: St. Martin's Press, 2002.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940, et al. *The letters of F. Scott Fitzgerald*. New York: Scribner, 1963.
- Milford, Nancy. *Zelda; a biography*. New York, Harper & Row, 1970.
- Mizener, Arthur. *Scott Fitzgerald and his world*. New York, Putnam, 1972.
- Mizener, Arthur. *The far side of paradise: a biography of F. Scott Fitzgerald*. Boston (Mass.]: Mifflin Company, 1951.
- Stern, Milton R. *The golden moment: the novels of F. Scott Fitzgerald*. Urbana: University of Illinois Press, 1970.
- Tate, Mary Jo. *F. Scott Fitzgerald A to Z: the essential reference to his life and work*. New York: Facts on File, 1998.
- Turnbull, Andrew. *Scott Fitzgerald: [a biography]*. New York, NY Scribner, 1962.
- West, James L. W. *The perfect hour: the romance of F. Scott Fitzgerald and Ginevra King, his first love*. New York: Random House, 2005.

## United Kingdom and the League of Nations

- Bendiner, Elmer. *A time for angels: the tragicomic history of the League of Nations*. New York: Knopf: distributed by Random House, 1975.
- Gill, George, 1927-1995. *The League of Nations: from 1929 to 1946*. Garden City Park, N.Y.: Avery Pub. Group, 1996.
- Housden, Martyn, 1962-. *The League of Nations and the organisation of peace*. New York: Pearson Longman, 2012.
- Medlicott, W. N. (William Norton), 1900- . cn. *British foreign policy since Versailles, 1919-1963*. London, Methuen, 1968.
- Mowat, Charles Loch, 1911-. *Britain between the wars, 1918-1940*. London: Methuen & Co., 1968.
- Myers, Denys P. (Denys Peter), b. 1884, et al. *Handbook of the League of Nations: a comprehensive account of its structure, operation and activities*. Boston; New York: World Peace Foundation, 1935.
- Northedge, F. S, et al. *The troubled giant; Britain among the great powers, 1916-1939*. New York, Published for the London School of Economics and Political Science [by] Praeger, 1967.
- Ostrower, Gary B.. *The League of Nations*. Avery Pub. Group, 1996.
- Pedersen, Susan, 1959-. *The guardians: the League of Nations and the crisis of empire*. Oxford: Oxford University Press, 2015.
- Taylor, A. J. P.. *English history, 1914-1945*. Penguin, 1970.
- Thorne, Christopher G. *The limits of foreign policy; the West, the League, and the Far Eastern crisis of 1931-1933*. New York, Putnam, 1973.

- Winkler, Henry R. (Henry Ralph), 1916-2012. *Paths not taken: British labour and international policy in the 1920s*. Chapel Hill: University of North Carolina Press, 1994.

## Summer in the City (song)

- Christgau, Robert. *Christgau's Record guide: rock albums of the seventies*. New Haven: Ticknor & Fields, 1981.
- Dachs, David, 1922-. *Inside pop; America's top ten groups*. New York, Scholastic Book Services, 1968.
- Jones, Quincy, 1933-. *Q: the autobiography of Quincy Jones*. New York: Doubleday, 2001.
- MacDonald, Ian, 1948-2003. *Revolution in the head: the Beatles' records and the sixties*. Chicago, Ill: Chicago Review Press, 2007.
- Propes, Steve. *Golden oldies; a guide to 60's record collecting*. Radnor, Pa., Chilton Book Co, 1974.
- Rodriguez, Robert, 1961-. *Revolver: how the Beatles re-imagined rock 'n' roll*. Montclair, NJ: Backbeat Books, 2012.
- Santelli, Robert. *Sixties rock: a listener's guide*. Chicago: Contemporary Books, 1985.
- Savage, Jon. *1966: the year the decade exploded*. London: Faber & Faber, 2015.
- Shaw, Arnold. *The rock revolution: what's happening in today's music*. London, Crowell-Collier Press, 1969.
- Simpson, Paul, 1961-. *The rough guide to cult pop*. [London]: Rough Guides: Distributed by the Penguin Group, 2003.
- Unterberger, Richie, 1962-. *Turn! turn! turn!: the '60s folk-rock revolution*. San Francisco: Backbeat Books, 2002.
- Zimmerman, Keith, et al. *Sing my way home: the voices of the new American roots rock*. San Francisco: Backbeat Books, 2004.

## Principia Ethica

- Bell, Clive, 1881-1964, et al. *Civilization and Old friends*. Chicago, University of Chicago Press, 1973.
- Bywater, William G., 1940-. *Clive Bell's eye*. Detroit: Wayne State University Press, 1975.
- Lee, Hermione. *Virginia Woolf*. New York: Vintage Books, 1999.
- Moore, G. E. (George Edward), 1873-1958. *Principia ethica*. Cambridge [England]; New York, NY, USA: Cambridge University Press, 1993.
- Rawls, John, 1921-2002. *A theory of justice*. Cambridge, Mass., Belknap Press of Harvard University Press, 1971.
- Rosenbaum, S. P. (Stanford Patrick), 1929-. *The Bloomsbury group: a collection of memoirs and commentary*. Toronto; Buffalo: University of Toronto Press, 1995.
- Schilpp, Paul Arthur, 1897-1993, editor. *The philosophy of G.E. Moore*. New York, Tudor Pub. Co., 1952.
- Singer, Peter, 1946-. *A Companion to ethics*. Oxford, UK; Cambridge, Mass., USA: Blackwell Reference, 1993.
- Sylvester, Robert Peter, 1927-1986, et al. *The moral philosophy of G.E. Moore*. Philadelphia: Temple University Press, 1990.
- Warnock, Mary. *Ethics since 1900*. Oxford; New York: Oxford University Press, 1978.

## Austria-Hungary

- Bridge, F. R. *From Sadowa to Sarajevo: the foreign policy of Austria-Hungary, 1866-1914*. London; Boston: Routledge and K. Paul, 1972.
- Gioseffi, Daniela. *On prejudice*. Anchor Books, 1993.
- Grátz, Gusztáv, 1875-. *The economic policy of Austria-Hungary during the war in its external relations*. New Haven, Yale university press, 1928.
- Kann, Robert A, et al. *The Habsburg Empire in World War 1: essays on the intellectual, military, political and economic aspects of the Habsburg war effort*. Boulder: East European Quarterly, 1977.
- Kann, Robert A., 1906-1981. *A history of the Habsburg Empire, 1526-1918*. Berkeley: University of California Press, 1974.
- Katzenstein, Peter J. *Disjoined partners: Austria and Germany since 1815*. Berkeley:, 1976.

- May, Arthur James, 1899-1968. *The Hapsburg Monarchy, 1867-1914*. Cambridge: Harvard University Press, 1960.
- Milward, Alan S;Saul, S. B., author. *The development of the economies of continental Europe, 1850-1914*. Cambridge, Mass.: Harvard University Press, 1977.
- Rudolph, Richard L., 1935-. *Banking and industrialization in Austria-Hungary: the role of banks in the industrialization of the Czech crownlands, 1873-1914*. Cambridge; New York: Cambridge University Press, 1976.
- Taylor, A. J. P. (Alan John Percivale), 1906-1990. *The Habsburg monarchy, 1809-1918: a history of the Austrian Empire and Austria-Hungary*. Harmondsworth [Eng.]: Penguin, 1964.

## History of agriculture in the United States

- Bidwell, Percy Wells, 1888-. *History of agriculture in the northern United States, 1620-1860*. New York, P. Smith, 1941.
- Fite, Gilbert Courtland, 1918-. *American farmers: the new minority*. Bloomington: Indiana University Press, 1981.
- Gates, Paul W. (Paul Wallace), 1901-1999. *Agriculture and the Civil War*. New York, Knopf, 1965.
- Gates, Paul W. (Paul Wallace), 1901-1999. *The farmer's age: agriculture, 1815-1860*. New York: Holt, Rinehart and Winston, 1960.
- Kulikoff, Allan. *The agrarian origins of American capitalism*. Charlottsville: University Press of Virginia, 1992.
- Kulikoff, Allan, et al. *Tobacco and slaves: the development of southern cultures in the Chesapeake, 1680-1800*. Chapel Hill: Published for the Institute of Early American History and Culture, Williamsburg, Virginia by the University of North Carolina Press, 1986.
- McCusker, John J, et al. *The economy of British America, 1607-1789*. Chapel Hill: Published for the Institute of Early American History and Culture by the University of North Carolina Press, 1985.
- Rasmussen, Wayne D. (Wayne David), compiler. *Agriculture in the United States: a documentary history*. New York, Random House, 1975.
- Russell, Howard S. *A long, deep furrow: three centuries of farming in New England*. Hanover, N.H.: University Press of New England, 1976.
- Shannon, Fred A. (Fred Albert), 1893-1963. *The farmer's last frontier, agriculture, 1860-1897*. New York, Toronto, Farrar & Rinehart, Inc, 1945.
- Walton, Gary M, et al. *The economic rise of early America*. Cambridge [Eng.]; New York: Cambridge University Press, 1979.

## Women's liberation movement

- Adamson, Nancy. *Feminist organizing for change: the contemporary women's movement in Canada*. Toronto: Oxford University Press, 1988.
- Barreno, Maria Isabel, 1939-. *The three Marias: new Portuguese letters*. Garden City, N.Y.: Doubleday, 1975.
- DuBois, Ellen Carol, 1947-. *Woman suffrage and women's rights*. New York: New York University Press, 1998.
- Echols, Alice. *"Daring to be bad": radical feminism in America, 1967-1975*. Minneapolis: University of Minnesota Press, 1989.
- Ehrenreich, Barbara, et al. *Witches, midwives, and nurses: a history of women healers*. Old Westbury, N.Y.: Feminist Press, 1973.
- Johnston, Jill. *Lesbian nation: the feminist solution*. New York, Simon and Schuster, 1973.
- Millet, Kate. *Sexual politics*. New York: Ballantine, 1970.
- Mitchell, Juliet, 1940-. *Woman's estate*. Harmondsworth, Penguin, 1971.
- Morgan, Robin, 1941-. *Sisterhood is powerful: an anthology of writings from the women's liberation movement*. New York, N.Y.: Vintage Books a division of Random House, 1970.
- Rengel, Marian. *Encyclopedia of birth control*. Phoenix, Ariz.: Oryx Press, 2000.
- Rich, Adrienne Cecile. *Of woman born*. Bantam Books, 1977.

## Henry Clay

- Baxter, Maurice G.. *Henry Clay the lawyer*. University Press of Kentucky, 2000.
- Cole, Donald B. *The presidency of Andrew Jackson*. Lawrence, Kan.: University Press of Kansas, 1993.
- Eaton, Clement, 1898- . cn. *Henry Clay and the art of American politics*. Boston, Little, Brown, 1957.
- Hargreaves, Mary W. M., 1914-. *The presidency of John Quincy Adams*. Lawrence, Kan.: University Press of Kansas, 1985.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- Peterson, Merrill D. *The great triumvirate: Webster, Clay, and Calhoun*. New York: Oxford University Press, 1987.
- Peterson, Norma Lois. *The presidencies of William Henry Harrison & John Tyler*. Lawrence, Kan.: University Press of Kansas, 1989.
- Remini, Robert V. (Robert Vincent), 1921-2013. *Andrew Jackson and the course of American freedom, 1822-1832*. New York: Harper & Row, 1981.
- Remini, Robert V. (Robert Vincent), 1921-2013. *At the edge of the precipice: Henry Clay and the compromise that saved the Union*. New York, NY: Basic Books, 2010.
- Smith, Elbert B. *The presidencies of Zachary Taylor & Millard Fillmore*. Lawrence, Kan.: University Press of Kansas, 1988.
- Van Deusen, Glyndon G. (Glyndon Garlock), 1897-. *The life of Henry Clay*. Westport, Conn.: Greenwood Press, 1979.

## Isaac Asimov

- Asimov, Isaac. *I. Asimov*. Doubleday, 1994.
- Asimov, Isaac, 1920-. *Opus 200*. Boston: Houghton Mifflin, 1979.
- Asimov, Isaac, 1920-, et al. *It's been a good life*. Amherst, N.Y.: Prometheus Books, 2002.
- Asimov, Isaac, 1920-1992. *Asimov laughs again: more than 700 favorite jokes, limericks and anecdotes*. New York, NY: HarperCollins Publishers, 1992.
- Asimov, Isaac, 1920-1992. *Our angry earth*. New York: Tor, 1991.
- Asimov, Janet, et al. *How to enjoy writing: a book of aid and comfort*. New York, N.Y.: Walker, 1987.
- Fiedler, Jean, et al. *Isaac Asimov*. New York: Ungar, 1982.
- Gunn, James E., 1923-. *Isaac Asimov, the foundations of science fiction*. Oxford; New York: Oxford University Press, 1982.
- Olander, Joseph D, et al. *Isaac Asimov*. New York: Taplinger Pub. Co., 1977.
- Patrouch, Joseph F., 1935-. *The science fiction of Isaac Asimov*. Garden City, N.Y., Doubleday, 1974.
- Touponce, William F. *Isaac Asimov*. Boston: Twayne Publishers, 1991.

## Jim Keogh (technology writer)

- Burgos, Marilyn, et al. *Medical Billing & Coding Demystified*. McGraw-Hill Professional, 2006.
- Kamienski, Mary, et al. *Pharmacology demystified*. New York: McGraw-Hill, 2006.
- Keogh, James. *ASP.NET 2.0 Demystified*. McGraw-Hill Osborne Media, 2005.
- Keogh, James Edward. *The essential guide to networking*. Prentice Hall PTR, 2001.
- Keogh, James Edward, 1948-. *Getting the best education for your child: a parent's checklist*. New York: Fawcett Columbine, 1997.
- Keogh, James Edward, 1948-. *The essential guide to computer hardware*. Upper Saddle River, NJ: Prentice Hall PTR, 2002.
- Keogh, James Edward, 1948-. *The secrets to good grades*. New York: Fawcett Books, 1999.
- Keogh, James Edward, 1948-, et al. *Data structures demystified*. New York: McGraw-Hill/Osborne, 2004.
- Keogh, James, et al. *XML Demystified*. McGraw-Hill Osborne Media, 2005.
- Liberty, Jesse. *C++, an introduction to programming*. Indianapolis, IN: Que E & T, 1996.
- McEachen, Irene, et al. *Nurse management demystified*. New York: McGraw-Hill, 2007.

## Richard S. Forrest

- Forrest, Mary Brumby, et al. *Nursing homes: the complete guide*. New York: Facts on File, 1990.
- Forrest, Richard. *Sign of the beast*. Contemporary Books, 1998.
- Forrest, Richard, 1932-. *Death in the secret garden*. Sutton: Severn House, 2004.
- Forrest, Richard, 1932-. *Death on the Mississippi: a Lyon and Bea Wentworth mystery*. New York: St. Martin's Press, 1989.
- Forrest, Richard, 1932-. *Death under the lilacs*. New York: St. Martin's Press, 1985.
- Forrest, Richard, 1932-. *Sign of blood*. Lincolnwood, Ill.: Contemporary Books, 1998.
- Forrest, Richard, 1932-. *Sign of terror*. Lincolnwood, Ill.: Contemporary Books, 1999.
- Forrest, Richard, 1932-. *The death at yew corner*. New York: Holt, Rinehart, and Winston, 1981.
- Forrest, Richard, 1932-. *The death in the willows*. New York: Holt, Rinehart, and Winston, 1979.
- Forrest, Richard, 1932-. *The pied piper of death: a Lyon and Bea Wentworth mystery*. New York: St. Martin's Press, 1997.
- Forrest, Richard, 1932-. *The wizard of death*. New York, N.Y.: Pocket Books, 1978.

## Barbara Holland

- Holland, Barbara. *Bingo night at the fire hall: the case for cows, orchards, bake sales, & fairs*. New York: Harcourt Brace, 1997.
- Holland, Barbara. *Creepy-Mouse coming to get you*. New York: Clarion Books, 1985.
- Holland, Barbara. *Gentlemen's blood*. Bloomsbury, 2003.
- Holland, Barbara. *Hail to the chiefs: presidential mischief, morals & malarky [sic] from George W. to George W.*. Sag Harbor, NY: Permanent Press, 2003.
- Holland, Barbara. *One's company: reflections on living alone*. New York: Ballantine Books, 1992.
- Holland, Barbara. *Prisoners at the kitchen table*. New York: Houghton Mifflin/Clarion Books, 1979.
- Holland, Barbara. *The joy of drinking*. New York: Bloomsbury: Distributed to the trade by Holtzbrinck Publishers, 2007.
- Holland, Barbara. *The pony problem*. New York: Dutton, 1977.
- Holland, Barbara. *They went whistling: women wayfarers, warriors, runaways, and renegades*. New York: Pantheon Books, 2001.
- Holland, Barbara. *Wasn't the grass greener?*. Harcourt Brace, 1999.
- Holland, Barbara. *When all the world was young: a memoir*. New York: Bloomsbury: Distributed to the trade by Holtzbrinck Publishers, 2005.

## Gary Cooper

- Arce, Hector, et al. *Gary Cooper, an intimate biography*. New York: Morrow, 1979.
- Baker, Carlos, 1909-1987. *Ernest Hemingway: a life story*. New York: Collier Books, 1988.
- Carpozi, George. *The Gary Cooper story*. New Rochelle, N.Y., Arlington House, 1970.
- Kaminsky, Stuart M. *Coop: the life and legend of Gary Cooper*. New York: St. Martin's Press, 1980.
- Mann, William J. *Behind the screen: how gays and lesbians shaped Hollywood, 1910-1969*. New York: Viking, 2001.
- McGilligan, Patrick. *Alfred Hitchcock: a life in darkness and light*. New York: Regan Books, 2003.
- Meyers, Jeffrey. *Gary Cooper: American hero*. New York: Morrow, 1998.
- Schickel, Richard, et al. *Gary Cooper*. Boston: Little, Brown, 1985.
- Shearer, Stephen Michael. *Patricia Neal*. University Press of Kentucky, 2006.
- Swindell, Larry. *The last hero: a biography of Gary Cooper*. Garden City, N.Y.: Doubleday, 1980.
- Wayne, Jane Ellen. *Cooper's women*. New York: Prentice Hall Press, 1988.

## The Rolling Stones

- Bockris, Victor, 1949-. *Keith Richards: the biography*. New York: Poseidon Press, 1992.
- Booth, Stanley. *Keith*. St. Martin's Press, 1995.
- Booth, Stanley, 1942-. *Dance with the devil: the Rolling Stones and their times*. New York: Random House, 1984.

- Davis, Stephen, 1947-. *Old gods almost dead: the 40-year odyssey of the Rolling Stones*. New York: Broadway Books, 2001.
- Egan, Sean. *The rough guide to the Rolling Stones*. London; New York: Rough Guides, 2006.
- Forget, Thomas. *The Rolling Stones*. New York, NY: Rosen Central, 2003.
- Hotchner, A. E.. *Blown away*. Simon and Schuster, 1990.
- Jackson, Laura, 1957 Nov. 20-. *Golden Stone: the untold life and tragic death of Brian Jones*. New York: St. Martin's Press, 1993.
- Jagger, Mick, et al. *According to the Rolling Stones*. San Francisco: Chronicle Books, 2003.
- Sandford, Christopher, 1956-. *Keith Richards: Satisfaction*. New York: Carroll & Graf Publishers, 2004.
- Wyman, Bill, et al. *Stone alone*. New York, NY: Viking, 1990.

## Ralph Waldo Emerson

- Allen, Gay Wilson, 1903-. *Waldo Emerson: a biography*. New York: Viking Press, 1981.
- Baker, Carlos, 1909-1987. *Emerson among the eccentrics: a group portrait*. New York: Viking, 1996.
- Buell, Lawrence. *Emerson*. Belknap Press of Harvard University Press, 2003.
- Gura, Philip F.. *American Transcendentalism*. Hill and Wang, 2007.
- Kaplan, Justin. *Walt Whitman, a life*. New York: Simon and Schuster, 1980.
- McAleer, John J. *Ralph Waldo Emerson: days of encounter*. Boston: Little, Brown, 1984.
- Mehren, Joan von. *Minerva and the muse: a life of Margaret Fuller*. Amherst, Mass. University of Massachusetts Press, 1994.
- Murray, Stuart, 1948-. *The library: an illustrated history*. New York, NY: Skyhorse Pub.; Chicago: American Library Association, 2009.
- Schlett, James. *A not too greatly changed Eden: the story of the Philosophers' Camp in the Adirondacks*. Ithaca, N.Y.: Cornell University Press, 2015.
- Sullivan, Wilson. *New england men of letters*. [Place of publication not identified]: Atheneum Children'S Books, 1972.

## Marcel Desaulniers

- Desaulniers, Marcel. *An alphabet of sweets*. New York: Rizzoli, 1996.
- Desaulniers, Marcel. *Celebrate with Chocolate*. William Morrow Cookbooks, 2002.
- Desaulniers, Marcel. *Death by chocolate cakes*. Morrow, 2000.
- Desaulniers, Marcel. *Death by chocolate cookies*. Simon & Schuster, 1997.
- Desaulniers, Marcel. *Desserts to die for*. New York: Simon & Schuster, 1995.
- Desaulniers, Marcel. *I'm dreaming of a chocolate Christmas*. Hoboken, N.J.: John Wiley & Sons, 2007.
- Desaulniers, Marcel. *Salad days*. Simon & Schuster Editions, 1998.
- Desaulniers, Marcel. *The Trellis cookbook: contemporary American cooking in Williamsburg, Virginia*. New York: Simon & Schuster, 1992.
- Desaulniers, Marcel. *The burger meisters: America's best chefs give their recipes for America's best burgers plus the fixin's*. London; New York: Simon & Schuster, 1993.
- Desaulniers, Marcel, author. *Death by chocolate: the last word on a consuming passion*. New York: Rizzoli, 1992.
- Productions, Marjorie Poore. *Grilling maestros: recipes from the public television series*. San Francisco, CA: MPP Books: Distributed by Bristol Pub.Enterprises, 1999.

## New World Order (conspiracy theory)

- Cumbey, Constance E. *The hidden dangers of the rainbow: the New Age movement and our coming age of barbarism*. Shreveport, La.: Huntington House, 1983.
- Goldberg, Robert Alan. *Enemies within*. Yale University, 2001.
- Gomes, Peter J. *The good book: reading the Bible with mind and heart*. New York: W. Morrow, 1996.
- Johnson, George, 1952 Jan. 20-. *Architects of fear: conspiracy theories and paranoia in American politics*. Los Angeles: J.P. Tarcher; Boston: Distributed by Houghton Mifflin, 1983.
- Keith, Jim. *Black helicopters over America*. IllumiNet Press, 1994.

- Levitas, Daniel. *The terrorist next door: the militia movement and the radical right*. New York: Thomas Dunne Books/St. Martin's Press, 2002.
- Marrs, Jim. *Rule by secrecy: the hidden history that connects the Trilateral Commission, the Freemasons, and the Great Pyramids*. New York: Harper, 2001.
- Marrs, Jim. *The Rise of the Fourth Reich*. William Morrow, 2008.
- Rockefeller, David, 1915-. *Memoirs*. New York: Random House, 2002.
- Still, William T. *New world order: the ancient plan of secret societies*. Lafayette, La.: Huntington House Publishers, 1990.
- Zeskind, Leonard. *Blood and politics: the history of the white nationalist movement from the margins to the mainstream*. New York: Farrar Straus Giroux, 2009.

## Anne Lamott

- Lamott, Anne. *All new people: a novel*. San Francisco: North Point Press, 1989.
- Lamott, Anne. *Bird by bird: some instructions on writing and life*. New York: Pantheon Books, 1994.
- Lamott, Anne. *Blue shoe*. New York: Riverhead Books, 2002.
- Lamott, Anne. *Crooked little heart*. New York: Pantheon Books, 1997.
- Lamott, Anne. *Grace (eventually): thoughts on faith*. New York: Riverhead Books, 2007.
- Lamott, Anne. *Hard laughter*. New York: Viking Press, 1980.
- Lamott, Anne. *Help, thanks, wow: the three essential prayers*. New York: Riverhead Books, 2012.
- Lamott, Anne. *Imperfect birds*. New York: Riverhead Books, 2010.
- Lamott, Anne. *Operating instructions*. Pantheon Books, 1993.
- Lamott, Anne. *Plan B: further thoughts on faith*. New York: Riverhead Books, 2005.
- Lamott, Anne. *Traveling mercies: some thoughts on faith*. New York: Pantheon Books, 1999.

## Women's studies

- Asia, Committee on Women's Studies in. *Changing lives: life stories of Asian pioneers in women's studies*. New York: Feminist Press at the City University of New York, 1995.
- Boxer, Marilyn J. *When women ask the questions: creating women's studies in America*. Baltimore: Johns Hopkins University Press, 1998.
- Carter, Sarah. *Women's studies: a guide to information sources*. London, Eng.: Mansell; Jefferson, N.C.: McFarland, 1990.
- Jacobs, Sue-Ellen. *Women in perspective; a guide for cross-cultural studies*. Urbana, University of Illinois Press, 1974.
- Krikos, Linda A. *Women's studies: a recommended bibliography*. Westport, Conn.: Libraries Unlimited, 2004.
- Loeb, Catherine, et al. *Women's studies: a recommended core bibliography, 1980-1985*. Littleton, Colo.: Libraries Unlimited, 1987.
- Luebke, Barbara F. *Women's studies graduates: the first generation*. New York: Teachers College Press, Teachers College, Columbia University, 1995.
- MacNabb, Elizabeth L., 1952-. *Transforming the disciplines: a women's studies primer*. New York: Haworth Press, 2001.
- Rao, Aruna. *Women's studies international: Nairobi and beyond*. New York: Feminist Press at the City University of New York: Distributed by Talman, 1991.
- Rogers, Mary F. (Mary Frances), 1944-. *Who's afraid of women's studies?: feminisms in everyday life*. Walnut Creek, CA: AltaMira Press, 2002.
- Wiegman, Robyn. *Women's studies on its own: a next wave reader in institutional change*. Durham: Duke University Press, 2002.

## Carole Byard

- Greenfield, Eloise, author. *Africa dream*. New York: HarperTrophy, 1992.
- Greenfield, Eloise, et al. *Grandmama's joy*. New York: Philomel, 1983.
- Johnston, Tony, 1942-, et al. *Angel City*. New York: Philomel Books, 2002.

- Lee, Po, et al. *The sycamore tree and other African tales*. Garden City, N.Y., Doubleday, 1974.
- Little, Lessie Jones, et al. *I can do it by myself*. New York: Crowell, 1978.
- Otfinoski, Steven. *African Americans in the visual arts*. New York, NY: Facts on File, 2010.
- Stephens, Claire Gatrell. *Coretta Scott King award books: using great literature with children and young adults*. Englewood, Colo.: Libraries Unlimited, 2000.
- Tobias, Tobi, et al. *Arthur Mitchell*. New York, Crowell, 1975.
- Walter, Mildred Pitts. *Have a happy-: [A celebration of Kwanzaa puts magic in Chris's holiday]*. New York, USA: Avon Camelot, 1989.
- Williams, Sherley Anne, 1944-, et al. *Working cotton*. San Diego: Harcourt Brace Jovanovich, 1992.
- Yarbrough, Camille, et al. *Cornrows*. New York: Coward, McCann & Geoghegan, 1979.

## Frank Smith (psycholinguist)

- (1982), University of Victoria Symposium on Children's Response to a Literate Environment: Literacy before Schooling, et al. *Awakening to literacy: the University of Victoria Symposium on Children's Response to a Literate Environment: Literacy before Schooling*. Exeter, N.H.: Heinemann Educational Books, 1984.
- Smith, Frank, (1928- ...). edt, et al. *The genesis of language: a psycholinguistic approach: proceedings of a conference on "Language development in children," sponsored by the National Institute of Child Health and Human Development, National Institutes of Health [held April 25-28, 1965, at Old Point Comfort, Virginia]*. Cambridge (Mass.); London: The M.I.T. Press, 1970.
- Smith, Frank, 1928-. *Between hope and havoc: essays into human learning and education*. Portsmouth, N.H.: Heinemann, 1995.
- Smith, Frank, 1928-. *Comprehension and learning: a conceptual framework for teachers*. New York: Holt, Rinehart and Winston, 1975.
- Smith, Frank, 1928-. *Joining the literacy club: further essays into education*. Portsmouth, N.H.: Heinemann, 1988.
- Smith, Frank, 1928-. *Psycholinguistics and reading*. New York: Holt, Rinehart and Winston, 1973.
- Smith, Frank, 1928-. *The glass wall: why mathematics can seem difficult*. New York: Teachers College Press, 2002.
- Smith, Frank, 1928-. *To think*. New York: Teachers College Press, 1990.
- Smith, Frank, 1928-. *Unspeakable acts, unnatural practices: flaws and fallacies in "scientific" reading instruction*. Portsmouth, NH: Heinemann, 2003.
- Smith, Frank, 1928-. *Whose language? what power?: a universal conflict in a South African setting*. New York: Teachers College Press, 1993.
- Smith, Frank, 1928- . cn. *Insult to intelligence: the bureaucratic invasion of our classrooms*. New York: Arbor House, 1986.

## Timeline of music in the United States (1820–1849)

- Abel, E. Lawrence. *Singing the new nation*. Stackpole Books, 2000.
- Bird, Christiane. *Da Capo jazz and blues lover's guide to the U.S.: with more than 900 hot clubs, cool joints, landmarks, and legends, from boogie-woogie to bop and beyond*. Cambridge, MA: Da Capo Press, 2001.
- Chase, Gilbert, 1906-. *America's music: from the pilgrims to the present*. Urbana: University of Illinois Press, 1987.
- Darden, Bob, 1954-. *People get ready!: a new history of Black gospel music*. New York: Continuum, 2004.
- Horowitz, Joseph, 1948-. *Classical music in America: a history of its rise and fall*. New York: W. W. Norton & Company, 2005.
- Kirk, Elise K. (Elise Kuhl), 1932-. *American opera*. Urbana: University of Illinois Press, 2001.
- Lankford, Ronald D., 1962-. *Folk music USA: the changing voice of protest*. New York: Schirmer Trade Books, 2005.

- Malone, Bill C, et al. *Southern music/American music*. Lexington, Ky.: University Press of Kentucky, 2003.
- Miller, Jim, 1947-. *Flowers in the dustbin: the rise of rock and roll, 1947-1977*. New York: Simon & Schuster, 1999.
- Peretti, Burton W.. *Lift every voice*. Rowman & Littlefield Publishers, 2008.
- Wondrich, David. *Stomp and swerve: American music gets hot, 1843-1924*. Chicago, Ill.: Chicago Review Press, 2003.

## Third-wave feminism

- Duggan, Lisa, 1954-. *Sex wars: sexual dissent and political culture*. New York: Routledge, 1995.
- Faludi, Susan. *Backlash: the undeclared war against American women*. New York: Crown, 1991.
- Findlen, Barbara. *Listen up: voices from the next feminist generation*. Seattle, Wash.: Seal Press, 1995.
- Freedman, Estelle. *No Turning Back*. Ballantine Books, 2003.
- Hernández, Daisy, et al. *Colonize this!: young women of color on today's feminism*. New York: Seal Press; [Emeryville, CA]: Distributed by Publishers Group West, 2002.
- MacKinnon, Catharine A. *Toward a feminist theory of the state*. Cambridge, Mass.: Harvard University Press, 1989.
- None,. *Third wave agenda: being feminist, doing feminism*. Minneapolis: University of Minnesota Press, 1997.
- None,. *Turbo chicks: talking young feminisms*. Toronto: Sumach Press, 2001.
- Walker, Rebecca, 1969 Nov. 17-. *To be real: telling the truth and changing the face of feminism*. New York: Anchor Books, 1995.
- Wurtzel, Elizabeth. *Bitch*. Doubleday, 1998.

## Thomas Cushing

- Archer, Richard, 1941-. *As if an enemy's country: the British occupation of Boston and the origins of revolution*. Oxford; New York: Oxford University Press, 2010.
- Billias, George Athan, 1919-. *Elbridge Gerry, founding father and republican statesman*. New York: McGraw-Hill, 1976.
- Egnal, Marc. *A mighty empire: the origins of the American Revolution*. Ithaca, N.Y.: Cornell University Press, 1988.
- Fowler, William M., 1944-. *The baron of Beacon Hill: a biography of John Hancock*. Boston: Houghton Mifflin, 1980.
- Hall, Van Beck. *Politics without parties: Massachusetts, 1780-1791*. [Pittsburgh] University of Pittsburgh Press, 1972.
- Morgan, Edmund Sears. *Benjamin Franklin*. New Haven: Yale University Press, 2002.
- Peters, Ronald M. *The Massachusetts constitution of 1780: a social compact*. Amherst: University of Massachusetts Press, 1978.
- Rockoff, Hugh. *Drastic measures: a history of wage and price controls in the United States*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1984.
- Sora, Steven. *Secret societies of America's elite*. Destiny Books, 2003.
- Stoll, Ira. *Samuel Adams*. Free Press, 2008.
- Unger, Harlow G., 1931-. *American tempest: how the Boston Tea Party sparked a revolution*. Cambridge, MA: Da Capo Press, 2011.

## Ottawa Senators (original)

- Fischler, Stan. *Golden ice: the greatest teams in hockey history*. New York: Wynwood, 1990.
- Hunter, Doug, 1959-. *Champions: the illustrated history of hockey's greatest dynasties*. Toronto: Penguin Studio, 1997.
- McKinley, Michael (Michael B.). *Hockey: a people's history*. Toronto: McClelland & Stewart, 2006.
- McKinley, Michael, 1961-. *Etched in ice: a tribute to hockey's defining moments*. Vancouver: Greystone Books, 1998.

- McKinley, Michael, 1961-. *Putting a roof on winter: hockey's rise from sport to spectacle*. Vancouver; New York: Greystone Books, 2000.
- None,. *Total Stanley Cup: an official publication of the National Hockey League*. Toronto, Ont.: Published in Canada by Total Sports Canada; Kingston, NY: Published in the United States by Total Sports Pub., 2000.
- Weir, Glenn. *Ultimate hockey*. Toronto, Canada; New York, N.Y.: Stoddart; Buffalo, N.Y.: Distributed in the U.S. by General Distribution Services, 1999.
- Young, Scott, 1918-2005. *100 years of dropping the puck: a history of the OHA*. Toronto: McClelland & Stewart, 1989.

## Louisa May Alcott

- Alcott, Louisa May, 1832-1888. *Alternative Alcott*. New Brunswick: Rutgers University Press, 1988.
- Alcott, Louisa May, 1832-1888. *The lost stories of Louisa May Alcott*. Secaucus, N.J.: Carol Pub. Group, 1995.
- Alcott, Louisa May, 1832-1888, et al. *The selected letters of Louisa May Alcott*. Boston: Little, Brown, 1987.
- Alcott, Louisa May, 1832-1888. 1n, et al. *The journals of Louisa May Alcott*. Boston: Little, Brown, 1989.
- LaPlante, Eve. *Marmee & Louisa: the untold story of Louisa May Alcott and her mother*. New York: Free Press, 2012.
- MacDonald, Ruth K. *Louisa May Alcott*. Boston: Twayne Publishers, 1983.
- Matteson, John. *Eden's outcasts*. W.W. Norton, 2007.
- Meigs, Cornelia. *Invincible Louisa*. Little, Brown, 1968.
- Reisen, Harriet. *Louisa May Alcott*. Henry Holt, 2009.
- Saxton, Martha. *Louisa May; a modern biography of Louisa May Alcott*. Boston: Houghton Mifflin, 1977.
- Shealy, Daniel. *Alcott in her own time: a biographical chronicle of her life, drawn from recollections, interviews, and memoirs by family, friends, and associates*. Iowa City: University of Iowa Press, 2005.

## Natural selection

- British Ecological Society. Symposium (23rd: 1982: Leeds, England). *Evolutionary ecology: the 23rd Symposium of the British Ecological Society, Leeds, 1982*. Oxford; Boston: Blackwell Scientific Publications; St Louis, Mo., U.S.A.: Distributors, U.S.A., Blackwell Mosby Book Distributors, 1984.
- Campbell, Neil A. aut. *Biology*. Menlo Park [u.a.] Benjamin Cummings, 1996.
- Falconer, D. S. (Douglas Scott), 1913-, et al. *Introduction to quantitative genetics*. Harlow: Prentice Hall, 1996.
- Futuyma, Douglas J., 1942-. *Evolution*. Sunderland, Mass.: Sinauer Associates, 2005.
- Johnson, Clifford, 1932-. *Introduction to natural selection*. Baltimore: University Park Press, 1976.
- Michod, Richard E. *Darwinian dynamics: evolutionary transitions in fitness and individuality*. Princeton, N.J.: Princeton University Press, 1999.
- Miller, Geoffrey F. *The mating mind: how sexual choice shaped the evolution of human nature*. New York: Doubleday, 2000.
- Mitchell, Melanie. *An introduction to genetic algorithms*. MIT Press, 1996.
- None,. *Genetics*. New York: Macmillan Reference USA: Thomson/Gale, 2003.

## Thom Hartmann

- Hartmann, Thom. *ADD success stories*. Underwood Books, 1995.
- Hartmann, Thom. *Cracking the code*. Berrett-Koehler Publishers, 2007.
- Hartmann, Thom. *Healing ADD*. Underwood Books, 1998.
- Hartmann, Thom. *Threshold*. Viking, 2009.
- Hartmann, Thom. *We the people*. CoreWay Media, 2004.
- Hartmann, Thom, 1951-. *Beyond ADD: hunting for reasons in the past and the present*. Grass Valley, Calif.: Underwood Books, 1996.

- Hartmann, Thom, 1951-. *Rebooting the American dream: 11 ways to rebuild our country*. San Francisco: Berrett-Koehler Publishers, 2010.
- Hartmann, Thom, 1951-. *The Edison gene: ADHD and the gift of the hunter child*. Rochester, Vt.: Park Street Press, 2003.
- Hartmann, Thom, 1951-. *The last hours of ancient sunlight: the fate of the world and what we can do before it's too late*. New York: Three Rivers Press, 2004.
- Hartmann, Thom, 1951-. *Unequal protection [electronic resource]: how corporations became "people"-- and you can fight back*. San Francisco: Berrett-Koehler, 2010.
- Hartmann, Thom, 1951-. *What would Jefferson do?: a return to democracy*. New York: Harmony Books, 2004.

## Millennium '73

- Bromley, David G, et al. *Strange gods: the great American cult scare*. Boston: Beacon Press, 1981.
- Brown, Mick, 1950-. *The spiritual tourist: a personal odyssey through the outer reaches of belief*. New York: Bloomsbury: Distributed to the trade by St. Martin's Press, 1999.
- Chryssides, George D., 1945-. *Historical dictionary of new religious movements*. Lanham, Md.: Scarecrow Press, 2001.
- Glock,. *New religious consciousness*. [Place of publication not identified]: University Of California, 1977.
- Larson, Bob, 1944-. *Larson's book of cults*. Wheaton, Ill.: Tyndale House Publishers, 1982.
- Lewis, James R. *Cults in America: a reference handbook*. Santa Barbara, Calif.: ABC-CLIO, 1998.
- McDonald, Janet. *Project girl*. Farrar, Straus and Giroux, 1999.
- Melton, J. Gordon. cn. *The encyclopedic handbook of cults in America*. New York: Garland Pub., 1986.
- Miller, Timothy, 1944-. *America's alternative religions*. Albany: State University of New York Press, 1995.
- Pope, Harrison. *The road East: America's new discovery of eastern wisdom*. Boston, Beacon Press, 1974.
- Rudin, A. James (Arnold James), 1934-, et al. *Prison or paradise?: The new religious cults*. Philadelphia: Fortress Press, 1980.

## Wage slavery

- Bookchin, Murray, 1921-. *Which way for the ecology movement?*. Edinburgh; San Francisco, CA.: AK Press, 1994.
- Bookchin, Murray, 1921-2006. *Remaking society: pathways to a green future*. Boston, MA: South End Press, 1990.
- Chomsky, Noam. *Rogue states: the rule of force in world affairs*. Cambridge, MA: South End Press, 2000.
- Clark, John P. *The anarchist moment: reflections on culture, nature, and power*. Montréal: Black Rose Books, 1984.
- Ehrenreich, Barbara. *Bright-sided: how the relentless promotion of positive thinking has undermined America*. New York: Metropolitan Books, 2009.
- Ferguson, Thomas, 1949-. *Golden rule: the investment theory of party competition and the logic of money-driven political systems*. Chicago: University of Chicago Press, 1995.
- Foner, Eric. *The story of American freedom*. W.W. Norton, 1998.
- Kuttner, Robert. *Everything for sale: the virtues and limits of markets*. New York: Alfred A. Knopf, 1997.
- Lazonick, William. *Competitive advantage on the shop floor*. Cambridge, Mass.: Harvard University Press, 1990.
- Sandel, Michael J. *Democracy's discontent: America in search of a public philosophy*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1996.
- Smith, Mark M.. *Debating slavery*. Cambridge University Press, 1998.

## Maria Callas

- Ardoin, John. *The Callas legacy: the complete guide to her recordings*. New York: Scribner; Toronto: Collier Macmillan Canada; New York: Maxwell Macmillan International, 1991.
- Bing, Rudolf, 1902-1997. *5000 nights at the opera*. Garden City, N.Y. Doubleday, 1972.

- Gage, Nicholas. *Greek fire: the story of Maria Callas and Aristotle Onassis*. New York: Knopf, 2000.
- Galatopoulos, Stelios. *Maria Callas: sacred monster*. New York: Simon & Schuster, 1998.
- Jellinek, George, 1919-2010. *Callas: portrait of a prima donna*. New York: Dover, 1986.
- Lowe, David Allan, 1948-. *Callas, as they saw her*. New York: Ungar Pub. Co., 1986.
- Meneghini, G. B. (Giovanni Battista), 1895-1981, et al. *My wife Maria Callas*. New York: Farrar Straus Giroux, 1982.
- Mordden, Ethan, 1947-. *Demented: the world of the opera diva*. New York: Simon & Schuster, 1990.
- Robinson, Francis, 1910-. *Celebration: the Metropolitan Opera*. Garden City, N.Y.: Doubleday, 1979.
- Scott, Michael. *Maria Meneghini Callas*. Boston: Northeastern University Press, 1992.
- Stassinopoulos, Arianna, 1950-. *Maria Callas: the woman behind the legend*. New York, NY: Simon & Schuster, 1981.

## Susie Bright

- Bright, Susie. *Big sex, little death*. Seal Press, 2011.
- Bright, Susie, 1958-. *Full exposure: opening up to sexual creativity and erotic expression*. San Francisco: HarperSanFrancisco, 1999.
- Bright, Susie, 1958-. *Susie Bright's sexual reality: a virtual sex world reader*. Pittsburgh, Pa.: Cleis Press, 1992.
- Bright, Susie, 1958-. *Susie Bright's sexual state of the union*. New York, NY: Simon & Schuster, 1997.
- Bright, Susie, 1958-. *Susie Bright's sexwise: America's favorite X-rated intellectual does Dan Quayle, Catherine MacKinnon, Stephen King, Camille Paglia, Nicholson Baker, Madonna, the Black Panthers, and the GOP--*. Pittsburg, Pa.: Cleis Press, 1995.
- Bright, Susie, 1958-. *Susie Sexpert's lesbian sex world*. Pittsburgh: Cleis Press, 1990.
- Bright, Susie, 1958-. *The Best American erotica 1993*. New York, NY: Collier Books, 1993.
- Bright, Susie, 1958-. *The Sexual state of the union*. New York: Simon & Schuster, 1998.
- Bright, Susie, 1958-, et al. *Herotica 2: a collection of women's erotic fiction*. New York; London: Plume, 1992.
- Juno, Andrea, et al. *Angry women*. San Francisco, Calif.: RE/Search Publications, 1991.

## John Dean

- Colodny, Len, et al. *Silent coup: the removal of a president*. New York: St. Martin's Press, 1991.
- Dean, John W. (John Wesley), 1938-. *Blind ambition: the White House years*. New York: Simon and Schuster, 1976.
- Dean, John W. (John Wesley), 1938-. *Broken government: how Republican rule destroyed the legislative, executive, and judicial branches*. New York, N.Y.: Viking, 2007.
- Dean, John W. (John Wesley), 1938-. *Conservatives without conscience*. New York: Viking, 2006.
- Dean, John W. (John Wesley), 1938-. *Lost honor*. Los Angeles: Stratford Press; New York: Distributed by Harper & Row, 1982.
- Dean, John W. (John Wesley), 1938-. *The Rehnquist choice: the untold story of the Nixon appointment that redefined the Supreme Court*. New York: Free Press, 2001.
- Dean, John W. (John Wesley), 1938-. *Warren G. Harding*. New York: Times Books, 2004.
- Dean, John W. (John Wesley), 1938-. *Worse than Watergate: the secret presidency of George W. Bush*. New York: Little, Brown and Co., 2004.
- Dean, John W. (John Wesley), 1938- author. *The Nixon defense: what he knew and when he knew it*. New York, New York: Viking, 2014.
- Dean, John W., et al. *Pure Goldwater*. Palgrave Macmillan, 2008.
- Haldeman, H. R. (Harry R.), 1926-1993, et al. *The ends of power*. New York: Times Books, 1978.

## Greek mythology

- Allen, Douglas, 1941-. *Structure and creativity in religion: hermeneutics in Mircea Eliade's phenomenology and new directions; foreword by Mircea Eliade*. The Hague: Mouton, 1978.

- Barfield, Raymond, 1964-. *The ancient quarrel between philosophy and poetry*. Cambridge; New York: Cambridge University Press, 2011.
- Bonnefoy, Yves. *Greek and Egyptian mythologies*. Chicago: University of Chicago Press, 1992.
- Bulfinch, Thomas, 1796-1867. *Bulfinch's Greek and Roman mythology: the age of fable*. Mineola, N.Y.: Dover Publications, 2000.
- Burn, Lucilla. *Greek myths*. Austin: University of Texas Press, 1990.
- Calimach, Andrew. *Lovers' legends: the gay Greek myths*. New Rochelle, NY: Haiduk Press, 2002.
- Jung, C. G. (Carl Gustav), 1875-1961, et al. *Essays on a science of mythology: the myth of the divine child and the mysteries of Eleusis*. Princeton, N.J.] Princeton University Press, 1969.
- Kirk, G. S. (Geoffrey Stephen), 1921-. *The nature of Greek myths*. Harmondsworth: Penguin, 1974.
- Percy, William A. *Pederasty and pedagogy in archaic Greece*. Urbana: University of Illinois Press, 1996.
- Powell, Barry B. *A short introduction to classical myth*. Upper Saddle River, N.J.: Prentice Hall, 2001.
- Trobe, Kala, 1969-. *Invoke the gods: exploring the power of male archetypes*. St. Paul, Minn.: Llewellyn Publications, 2001.

## Hélène Cixous

- Cixous, Hélène, 1937-. *Illa*. Paris: Des femmes, 1980.
- Cixous, Hélène, 1937-. *Inside*. New York: Schocken Books, 1986.
- Cixous, Hélène, 1937-. *Jours de l'an*. Paris: Des femmes, 1990.
- Cixous, Hélène, 1937-. *La bataille d'Arcachon: un conte*. Laval, Québec: TROIS, 1986.
- Cixous, Hélène, 1937-. *Limonade tout était si infini*. Paris: Des femmes, 1982.
- Cixous, Hélène, 1937-. *Manna: for the Mandelstams for the Mandelas*. Minneapolis: University of Minnesota Press, 1994.
- Cixous, Hélène, 1937-. *The book of Promethea = Le livre de Promethea*. Lincoln: University of Nebraska Press, 1991.
- Cixous, Hélène, 1937-. *The terrible but unfinished story of Norodom Sihanouk, King of Cambodia*. Lincoln: University of Nebraska Press, 1994.
- Cixous, Hélène, 1937- cn. *The newly born woman*. Minneapolis: University of Minnesota Press, 1986.
- Cixous, Hélène. *Portrait of Jacques Derrida as a Young Jewish Saint (European Perspectives: A Series in Social Thought and Cultural Criticism)*. Columbia University Press, 2004.
- Penrod, Lynn Kettler. *Hélène Cixous*. Twayne Publishers, 1996.

## Lydia Davis

- Chesneaux, Jean. *China from the 1911 revolution to liberation*. New York: Pantheon Books, 1977.
- Davis, Lydia. *The end of the story*. Farrar, Straus, and Giroux, 1995.
- Davis, Lydia 1947-. *Samuel Johnson is indignant: stories*. Brooklyn, N.Y: McSweeney's Books, 2001.
- Davis, Lydia, 1947-. *Break it down: stories*. New York: Farrar, Straus, Giroux, 1986.
- Giroud, Françoise. *Marie Curie, a life*. New York: Holmes & Meier, 1986.
- Jouve, Pierre Jean. *The desert world*. Marlboro Press/Northwestern, 1996.
- Leiris, Michel, 1901-. *Scratches*. Baltimore: Johns Hopkins University Press, 1997.
- None,. *The Pushcart prize XIV: best of the small presses, 1989-1990*. Wainscott, N.Y.: Pushcart Press, 1989.
- None,. *The best American poetry 2000*. London: Simon & Schuster, 2001.
- Simenon, Georges, 1903-. *African trio: Talatala, Tropic moon, Aboard the Aquitaine*. New York: Harcourt Brace Jovanovich, 1979.

## Titanic

- Barczewski, Stephanie L. *Titanic: a night remembered*. London: Hambledon Continuum, 2006.
- Bartlett, W. B. *Titanic: 9 hours to hell, the survivors' story*. Stroud: Amberley, 2011.
- Brewster, Hugh. *RMS Titanic: gilded lives on a fatal voyage*. Toronto: Collins, 2012.
- Brewster, Hugh, et al. *882 1/2 amazing answers to your questions about the Titanic*. New York: Scholastic, 1998.

- Butler, Daniel Allen. *"Unsinkable": the full story of RMS Titanic*. Cambridge, MA: Da Capo Press, 2002.
- Butler, Daniel Allen. *Unsinkable: the full story of the RMS Titanic*. Mechanicsburg, PA: Stackpole Books, 1998.
- Lord, Walter, 1917-2002. *A night to remember*. New York: Bantam Books, 1997.
- McCarty, Jennifer Hooper. *What really sank the Titanic: new forensic discoveries*. New York: Citadel Press, 2008.
- Merideth, Lee W.. *1912 facts about Titanic*. Rocklin Press, 2003.
- Reade, Leslie, et al. *The ship that stood still: the Californian and her mysterious role in the Titanic disaster*. New York: Norton, 1993.
- Wels, Susan, et al. *Titanic: legacy of the world's greatest ocean liner*. [Alexandria, VA]: Time-Life Books, 1997.

## General Motors

- Chandler, Alfred D. (Alfred Dupont), 1918-2007, comp. and ed. *Giant enterprise: Ford, General Motors, and the automobile industry: sources and readings*. New York, Harcourt Brace & World, 1964.
- Cray, Ed. *Chrome colossus: General Motors and its times*. New York: McGraw-Hill, 1980.
- De Lorean, John Z, et al. *On a clear day you can see General Motors John Z. de Lorean's look inside the automotive giant*. New York Avon Books, 1980.
- Halberstam, David. *The reckoning*. New York: Morrow, 1986.
- Keller, Maryann. *Rude awakening: the rise, fall, and struggle for recovery of General Motors*. New York: Morrow, 1989.
- Kimes, Beverly Rae. *Standard catalog of American cars, 1805-1942*. Iola, Wis.: Krause Publications, 1989.
- Leslie, Stuart W. *Boss Kettering*. New York: Columbia University Press, 1983.
- Maynard, Micheline. *The end of Detroit: how the Big Three lost their grip on the American car market*. New York: Currency/Doubleday, 2003.
- Rae, John Bell, 1911-. *The American automobile; a brief history*. Chicago, University of Chicago Press, 1965.
- Robertson, Heather, 1942-. *Driving force: the McLaughlin family and the age of the car*. Toronto, Ont.: McClelland & Stewart, 1995.
- Weisberger, Bernard A., 1922-. *The dream maker: William C. Durant, founder of General Motors*. Boston: Little, Brown, 1979.

## Second Amendment to the United States Constitution

- Cramer, Clayton E. *For the defense of themselves and the state: the original intent and judicial interpretation of the right to keep and bear arms*. Westport, Conn.: Praeger, 1994.
- Crooker, Constance Emerson. *Gun control and gun rights*. Westport, CT: Greenwood Press, 2003.
- DeConde, Alexander. *Gun violence in America: the struggle for control*. Boston: Northeastern University Press, 2001.
- Doherty, Brian, 1968-. *Gun control on trial: inside the Supreme Court battle over the Second Amendment*. Washington, D.C.: Cato Institute, 2008.
- Foner, Eric, et al. *The Reader's companion to American history*. Boston: Houghton-Mifflin, 1991.
- Halbrook, Stephen P. *That every man be armed: the evolution of a constitutional right*. Oakland, Calif.: Independent Institute, 1994.
- Kruschke, Earl R.. *Gun control*. ABC-CLIO, 1995.
- Levy, Leonard W. (Leonard Williams), 1923-2006. *Origins of the Bill of Rights*. New Haven, CT: Yale University Press, 1999.
- Spitzer, Robert J. 1953-. *The right to bear arms: rights and liberties under the law*. Santa Barbara, Calif ABC-CLIO, 2001.
- Szatmary, David P., 1951-. *Shays' Rebellion: the making of an agrarian insurrection*. Amherst, Mass.: University of Massachusetts Press, 1980.

## Sexual Preference (book)

- Eibl-Eibesfeldt, Irenäus. *Human ethology*. New York: Aldine De Gruyter, 1989.
- Friedman, Richard C., 1941-. *Male homosexuality: a contemporary psychoanalytic perspective*. New Haven: Yale University Press, 1988.
- Green, Richard, 1936-. *The "sissy boy syndrome" and the development of homosexuality*. New Haven: Yale University Press, 1987.
- Johnson, Miriam M. *Strong mothers, weak wives: the search for gender equality*. Berkeley: University of California Press, 1988.
- Kirk, Marshall, et al. *After the ball: how America will conquer its fear and hatred of gays in the '90s*. New York, N.Y.: Doubleday, 1989.
- Murphy, Timothy F., 1955-. *Gay science: the ethics of sexual orientation research*. New York: Columbia University Press, 1997.
- Paul, William, 1939-, et al. *Homosexuality: social, psychological, and biological issues*. Beverly Hills: Published in cooperation with the Society for the Psychological Study of Social Issues [by] Sage Publications, 1982.
- Stein, Edward. *The Mismeasure of Desire*. Oxford University Press, USA, 2001.
- Stein, Edward, 1965-. *Forms of desire: sexual orientation and the social constructionist controversy*. New York: Routledge, 1992.
- Weinberg, Martin S, et al. *Homosexuality; an annotated bibliography*. New York, Harper & Row, 1972.
- Whitam, Frederick L, et al. *Male homosexuality in four societies: Brazil, Guatemala, the Philippines, and the United States*. New York: Praeger, 1986.

## Elizabeth I

- Collinson, Patrick. *Elizabeth I*. Oxford; New York: Oxford University Press, 2007.
- Croft, J. Pauline. *King James*. Palgrave Macmillan, 2003.
- Dobson, Michael. *England's Elizabeth*. Oxford University Press, 2002.
- Haynes, Alan. *The white bear: Robert Dudley, the Elizabethan Earl of Leicester*. London: Peter Owen, 1987.
- Kenyon, J. P. *The history men*. London: Weidenfeld and Nicolson, 1983.
- Kupperman, Karen Ordahl. *The Jamestown project*. Belknap Press of Harvard University Press, 2007.
- Lacey, Robert. *Robert, Earl of Essex: an Elizabethan Icarus*. London, Weidenfeld & Nicolson, 1971.
- Ridley, Jasper Godwin. *Elizabeth I: the shrewdness of virtue*. New York: Fromm International, 1989.
- Somerset, Anne. *Elizabeth I*. Anchor Books, 2003.
- Starkey, David. *Elizabeth: apprenticeship*. London: Vintage, 2001.
- Williams, Neville, 1924-1977. *The life and times of Elizabeth I;*. London, Weidenfeld and Nicolson, 1972.

## Feminist sociology

- Chafetz, Janet Saltzman. *Gender equity: an integrated theory of stability and change*. Newbury Park, Calif.: Sage Publications, 1990.
- Frye, Marilyn. *The politics of reality: essays in feminist theory*. Trumansburg, N.Y.: Crossing Press, 1983.
- Harlan, Judith. *Feminism: a reference handbook*. Santa Barbara, Calif.: ABC-CLIO, 1998.
- Hekman, Susan J. *Gender and knowledge: elements of a postmodern feminism*. Boston: Northeastern University Press, 1992.
- Hooks, Bell. *Feminist theory from margin to center*. Boston, MA: South End Press, 1984.
- Millett, Kate. *Sexual politics*. Urbana: University of Illinois Press, 2000.
- None,. *Feminism and social change: bridging theory and practice*. Urbana: University of Illinois Press, 1996.
- Okin, Susan Moller, et al. *Is multiculturalism bad for women?*. Princeton, N.J.: Princeton University Press, 1999.
- Wallace, Ruth A, et al. *Feminism and sociological theory*. Newbury Park, Calif.: Sage Publications, 1989.

## Molly Holzschlag

- Holzschlag, Molly E. *Cascading style sheets: the designer's edge*. San Francisco, Calif.: SYBEX, 2003.

- Holzschlag, Molly E. *Design your own e-shop: creating and promoting successful small business sites*. Lausanne, Switzerland: AVA Pub.; New York: Distributed by Sterling Pub. Co., 2004.
- Holzschlag, Molly E. *Perl Web site workshop*. Indianapolis, Ind.: Sams, 2002.
- Holzschlag, Molly E. *Sams teach yourself Adobe LiveMotion in 24 hours*. Indianapolis, Ind.: Sams, 2000.
- Holzschlag, Molly E.. *Using XHTML*. Indianapolis, Ind.: Que, 2001.
- Holzschlag, Molly E.. *DYO home page*. AVA, 2002.
- Holzschlag, Molly E.. *Laura Lemay's guide to sizzling Web site design*. Sams.net, 1997.
- Holzschlag, Molly E.. *Professional Web design*. Prima Pub., 1996.
- Holzschlag, Molly, et al. *Using HTML 4 [electronic resource] Brian Gill, Laura Norman*. Indianapolis, Ind.: Macmillan Computer Publishing, 1999.
- Shea, Dave. *The zen of CSS design*. New Riders, 2005.
- Tauber, Daniel A, et al. *Mastering Microsoft FrontPage 2000*. San Francisco: SYBEX, 1999.

## Strawberry Fields Forever

- Castleman, Harry. *All together now: the first complete Beatles discography; 1961-1975*. New York Ballantine Books, 1977.
- Gould, Jonathan. *Can't buy me love*. Harmony Books, 2007.
- Kozinn, Allan. *The Beatles*. London: Phaidon, 1996.
- Lennon, John. *All we are saying*. St. Martin's Griffin, 2000.
- MacDonald, Ian, 1948-2003. *Revolution in the head: the Beatles' records and the sixties*. Chicago, Ill: Chicago Review Press, 2007.
- Miles, Barry. *Paul McCartney*. H. Holt, 1998.
- O'Dell, Chris. *Miss O'Dell*. Touchstone, 2009.
- Prendergast, Mark J. *The ambient century: from Mahler to Moby: the evolution of sound in the electronic age*. New York: Bloomsbury, 2003.
- Schaffner, Nicholas, 1953-. *The Beatles forever*. New York: McGraw-Hill, 1978.
- Spitz, Bob. *The Beatles: the biography*. New York: Little, Brown, 2005.

## Battle of France

- Bloch, Marc Leopold Benjamin 1886-1944, et al. *Strange defeat a statement of evidence written in 1940*. New York, N.Y. W.W. Norton, 1968.
- Chappell, Mike. *The Canadian Army at war*. London: Osprey, 1985.
- Corum, James S.. *The Luftwaffe*. University Press of Kansas, 1997.
- Harman, Nicholas. *Dunkirk: the necessary myth*. London: Hodder and Stoughton, 1980.
- Hinsley, F. H. (Francis Harry), 1918-, et al. *British intelligence in the Second World War: its influence on strategy and operations*. London: H.M.S.O., 1979.
- Hooton, E. R. *Phoenix triumphant: the rise and rise of the Luftwaffe*. London: Brockhampton Press, 1999.
- Jackson, Julian, 1954-. *France: the dark years, 1940-1944*. Oxford; New York: Oxford University Press, 2003.
- Jackson, Julian, 1954-. *The fall of France: the Nazi invasion of 1940*. Oxford; New York: Oxford University Press, 2003.
- May, Ernest R. *Strange victory: Hitler's conquest of France*. London; New York: I.B. Tauris, 2000.
- Taylor, A. J. P. (Alan John Percivale), 1906-, et al. *History of World War II*. London: Octopus Books, 1974.
- Weinberg, Gerhard L. *A world at arms: a global history of World War II*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.

## American Revolution

- Alden, John Richard, 1908-. *A history of the American Revolution*. New York, Knopf, 1969.
- Berkin, Carol. *Revolutionary mothers: women in the struggle for America's independence*. New York: Vintage Books, 2006.

- Boorstin, Daniel J. (Daniel Joseph), 1914-. *The genius of American politics*. [Chicago]: University of Chicago Press, 1953.
- Greene, Jack P, et al. *The Blackwell encyclopedia of the American Revolution*. Cambridge, Mass.: Blackwell Reference, 1991.
- Kerber, Linda K.. *Women of the Republic*. Univ.N.Carolina P., 1997.
- Langguth, A. J., 1933-2014. *Union 1812: the Americans who fought the Second War of Independence*. New York: Simon & Schuster, 2006.
- Maier, Pauline, 1938-2013. *From resistance to revolution: colonial radicals and the development of American opposition to Britain, 1765-1776*. New York: W.W. Norton, 1991.
- Miller, John Chester, 1907-. *Origins of the American revolution*. Boston, Little, Brown and company, 1943.
- None,. *The American Revolution, 1775-1783: an encyclopedia*. New York: Garland Pub., 1993.
- Wood, Gordon S. *The American revolution: a history*. New York: Modern Library, 2002.

## Reinhard Heydrich

- Arad, Yitzhak, 1926- . cn. *Belzec, Sobibor, Treblinka: the Operation Reinhard death camps*. Bloomington: Indiana University Press, 1987.
- Blandford, Edmund L. *SS intelligence: the Nazi Secret Service*. Edison, NJ: Castle Books, 2000.
- Bracher, Karl Dietrich, 1922-. *The German dictatorship; the origins, structure, and effects of national socialism*. New York, Praeger Publishers, 1970.
- Browder, George C.. *Foundations of the Nazi police state*. University Press of Kentucky; First edition, 1990.
- Browning, Christopher R.. *The origins of the Final Solution*. University of Nebraska Press, 2004.
- Calic, Edouard. *Reinhard Heydrich: the chilling story of the man who masterminded the Nazi death camps*. New York: Morrow, 1985.
- Kershaw, Ian. *Hitler, 1936-45: nemesis*. New York: W. W. Norton, 2000.
- Kitchen, Martin, author. *Nazi Germany at War*. London; New York: Longman, 1995.
- Merriam-Webster, Inc. *Merriam-Webster's collegiate dictionary*. Springfield, Mass., U.S.A.: Merriam-Webster, 1994.
- None,. *Eastern Europe: an introduction to the people, lands, and culture*. Santa Barbara, Calif.: ABC-CLIO, 2005.
- Ramen, Fred. *Reinhard Heydrich: hangman of the Third Reich*. New York: Rosen, 2001.

## Peninsular War

- Chandler, David G. *The art of warfare on land*. London; New York: Hamlyn, 1974.
- Chandler, David G.. *The Campaigns of Napoleon*. Weidenfeld and Nicolson, 1966.
- Clodfelter, Micheal, 1946-. *Warfare and armed conflicts: a statistical encyclopedia of casualty and other figures, 1494-2007*. Jefferson, N.C.: McFarland, 2008.
- Esdaile, Charles J.. *The Peninsular War*. Palgrave MacMillan, 2003.
- Fremont-Barnes, Gregory. *The Peninsular War, 1807-1814*. Oxford: Osprey, 2002.
- Grant, R. G. *Battle a visual journey through 5,000 years of combat*. New York: DK Pub., 2005.
- Guedalla, Philip, 1889-1944. *The Duke*. Ware, Hertfordshire: Wordsworth Editions, 1997.
- Lovett, Gabriel H. cn. *Napoleon and the birth of modern Spain*. [New York] New York University Press, 1965.
- McLynn, Frank. *Napoleon: a biography*. New York: Arcade Pub., 2002.
- Payne, Stanley G.. *A history of Spain and Portugal*. University of Wisconsin Press, 1973.
- Urban, Mark, 1961-. *Rifles: six years with Wellington's legendary sharpshooters*. London: Faber, 2004.

## England in the High Middle Ages

- Ashley, Michael. *A brief history of British kings & queens: [British royal history from Alfred the Great to the present]*. New York: Carroll & Graf Publishers, 2002.
- Burton, Janet E.. *Monastic and religious orders in Britain, 1000-1300*. Cambridge University Press, 1994.

- Carpenter, D. A. *The struggle for mastery: Britain 1066-1284*. London: Penguin, 2004.
- Chibnall, Marjorie. *Anglo-Norman England, 1066-1166*. New York: Basil Blackwell, 1987.
- Douglas, David Charles, 1898-. *William the Conqueror; the Norman impact upon England*. Berkeley, University of California Press, 1964.
- Given-Wilson, Chris. *An illustrated history of late medieval England*. Manchester; New York: Manchester University Press; New York: Distributed exclusively in the USA and Canada by St. Martin's Press, 1996.
- Huscroft, Richard. *The Norman Conquest: a new introduction*. Harlow, England; New York: Pearson/Longman, 2009.
- Myers, A. R. (Alec Reginald), 1912-1980. *England in the late Middle Ages*. Harmondsworth, Middlesex, Eng.: Penguin Books, 1976.
- Rubin, Miri, 1956-. *The hollow crown: a history of Britain in the late Middle Ages*. London: Penguin, 2006.
- Stenton, Doris Mary Parsons, Lady. *English society in the early middle ages, (1066-1307)*. Harmondsworth: Penguin, 1965.
- Stringer, K. J. (Keith John). *The reign of Stephen: kingship, warfare, and government in twelfth-century England*. London; New York: Routledge, 1993.

## Cuba

- (Organization), Human Rights Watch. *Cuba's repressive machinery: human rights forty years after the revolution*. New York: Human Rights Watch, 1999.
- Bethell, Leslie. *A cultural history of Latin America: literature, music, and the visual arts in the 19th and 20th centuries*. Cambridge; New York: Cambridge University Press, 1998.
- Brandon, George, 1947-. *Santeria from Africa to the new world: the dead sell memories*. Bloomington: Indiana University Press, 1997.
- Corbett, Ben. *This is Cuba: an outlaw culture survives*. Cambridge, MA: Westview, 2004.
- Fauriol, Georges A, et al. *Cuba: the international dimension*. New Brunswick (U.S.A.): Transaction Publishers, 1990.
- Gott, Richard, 1938-. *Cuba: a new history*. New Haven: Yale University Press, 2004.
- Kolko, Gabriel. *Century of war: politics, conflicts, and society since 1914*. New York: New Press: Distributed by W.W. Norton, 1994.
- McAlister, Lyle N. *Spain and Portugal in the New World, 1492-1700*. Minneapolis: University of Minnesota Press, 1984.
- Sweig, Julia, et al. *Inside the Cuban Revolution [electronic resource]: Fidel Castro and the urban underground*. Cambridge, MA: Harvard University Press, 2002.
- Thomas, Hugh, 1931-. *The slave trade: the story of the Atlantic slave trade, 1440-1870*. New York, NY: Simon & Schuster, 1997.

## William Halsey Jr.

- Borneman, Walter R., 1952-. *The admirals: Nimitz, Halsey, Leahy, and King--the five-star admirals who won the war at sea*. New York: Little, Brown and Co., 2012.
- Buell, Thomas B. cn. *The quiet warrior: a biography of Admiral Raymond A. Spruance*. Boston, Little, Brown, 1974.
- Drury, Bob, et al. *Halsey's typhoon: the true story of a fighting admiral, an epic storm, and an untold rescue*. New York: Atlantic Monthly Press: Distributed by Publishers Group West, 2007.
- Dull, Paul S. *A battle history of the Imperial Japanese Navy, 1941-1945*. Annapolis: Naval Institute Press, 1978.
- Frank, Richard B.. *Guadalcanal*. Random House, 1990.
- Melton, Buckner F.. *Sea Cobra*. Lyons Press, 2007.
- Parshall, Jonathan B., 1962-;Tully, Anthony P., 1961-. *Shattered sword: the untold story of the Battle of Midway*. Washington, D.C.: Potomac Books, 2005.
- Potter, E. B. (Elmer Belmont), 1908-. *Bull Halsey*. Annapolis, Md.: Naval Institute Press, 1985.
- Potter, E. B. (Elmer Belmont), 1908-. *Nimitz*. Annapolis, Md.: Naval Institute Press, 1976.

- Thomas, Evan. *Sea of Thunder*. Simon & Schuster, 2006.
- Tuohy, William. *America's Fighting Admirals*. Zenith Press, 2007.

## Ronald Reagan

- Cannon, Lou. *President Reagan: the role of a lifetime*. New York: PublicAffairs, 2000.
- Cannon, Lou. *Ronald Reagan*. PublicAffairs, 2001.
- Crile, George. *Charlie Wilson's war: the extraordinary story of the largest covert operation in history*. New York: Atlantic Monthly Press, 2003.
- Kengor, Paul, 1966-. *God and Ronald Reagan: a spiritual life*. New York: Regan Books, 2004.
- Pemberton, William E.. *Exit with honor*. M.E. Sharpe, 1997.
- Reagan, Ronald. *An American life*. New York: Simon and Schuster, 1990.
- Reagan, Ronald, et al. *The Reagan diaries*. New York: HarperCollins, 2007.
- Reeves, Richard, 1936-. *President Reagan: the triumph of imagination*. New York: Simon & Schuster, 2005.
- Stahl, Lesley. *Reporting live*. New York: Simon & Schuster, 1999.
- Taranto, James, et al. *Presidential leadership: rating the best and the worst in the White House*. New York: Wall Street Journal Books, 2004.
- Troy, Gil. *Morning in America: how Ronald Reagan invented the 1980s*. Princeton, N.J.: Princeton University Press, 2005.

## Jimi Hendrix

- Aledort, Andy, et al. *Jimi Hendrix: a step-by-step breakdown of his guitar styles and techniques*. Milwaukee, WI: Hal Leonard Corp., 1996.
- Black, Johnny. *Jimi Hendrix*. Thunder's Mouth Press, 1999.
- Buckland, Gail. *Who shot rock & roll: a photographic history, 1955 to the present*. New York: Alfred A. Knopf, 2009.
- George-Warren, Holly, et al. *The Rolling stone encyclopedia of rock & roll*. New York: Fireside, 2001.
- Hendrix, James A. (James Allen), 1919-2002. *My son Jimi*. Seattle: AlJas Enterprises, 1999.
- Kruth, John. *Bright moments: the life & legacy of Rahsaan Roland Kirk*. New York: Welcome Rain Publishers, 2000.
- Larkin, Colin. *All time top 1000 albums*. London: Virgin, 1998.
- Roby, Steven, et al. *Becoming Jimi Hendrix: from Southern crossroads to psychedelic London, the untold story of a musical genius*. Philadelphia: Da Capo Press, 2010.
- Shapiro, Harry, et al. *Jimi Hendrix, electric gypsy*. New York: St. Martin's Griffin, 1995.
- Trynka, Paul. *Rock hardware*. 1996, 1996.
- Whitburn, Joel. *Joel Whitburn's top R & B singles, 1942-1988*. Menomonee Falls, Wis.: Record Research Inc., 1988.

## Jungian interpretation of religion

- Christ, Carol P, et al. *Womanspirit rising: a feminist reader in religion*. [San Francisco]: HarperSanFrancisco, 1992.
- Clift, Jean Dalby. *The hero journey in dreams*. New York, N.Y.: Crossroad, 1988.
- Clift, Jean Dalby, et al. *Symbols of transformation in dreams*. New York: Crossroad, 1984.
- Hillman, James. *The dream and the underworld*. New York: Harper & Row, 1979.
- Hillman, James. *We've had a hundred years of psychotherapy - and the world's getting worse*. HarperSanFrancisco, 1993.
- Jung, C. G. (Carl Gustav), 1875-1961. *Civilization in transition*. [Princeton, N.J.]: Princeton University Press, 1970.
- Jung, C. G. (Carl Gustav), 1875-1961. *Psychology and religion: West and East*. New York: Pantheon Books, 1958.
- Moore, Robert L, et al. *The lover within: accessing the lover in the male psyche*. New York: W. Morrow, 1993.

- Moore, Robert L, et al. *The warrior within: accessing the knight in themale psyche*. New York: W. Morrow and Co, 1992.
- Plaskow, Judith, et al. *Weaving the visions: new patterns in feminist spirituality*. San Francisco: Harper & Row, 1989.
- Sanford, John A. *The kingdom within: the inner meaning of Jesus' sayings*. San Francisco: HarperSanFrancisco, 1987.

## Speciation

- Ayala, Francisco José, 1934-. *Population and evolutionary genetics: a primer*. Menlo Park, Calif.: Benjamin/Cummings Pub. Co., 1982.
- Bernstein, Carol, 1941-. *Aging, sex, and DNA repair*. San Diego: Academic Press, 1991.
- Eldredge, Niles. *Time frames: the rethinking of Darwinian evolution and the theory of punctuated equilibria*. New York: Simon and Schuster, 1985.
- Gould, Stephen Jay. *The panda's thumb: more reflections in natural history*. New York: Norton, 1982.
- Grant, Verne. *Plant speciation. --*. New York: Columbia University Press, 1971.
- Mayr, Ernst, 1904-. *Animal species and evolution*. Cambridge, Belknap Press of Harvard University Press, 1963.
- Michod, Richard E. *Darwinian dynamics: evolutionary transitions in fitness and individuality*. Princeton, N.J.: Princeton University Press, 1999.
- Michod, Richard E. *Eros and evolution: a natural philosophy of sex*. Reading, Mass.: Addison-Wesley Pub. Co., 1995.
- Schilthuizen, Menno. *Frogs, flies, and dandelions*. Oxford University Press, 2001.
- White, M. J. D. (Michael James Denham), 1910-1983. *Modes of speciation*. San Francisco: W. H. Freeman, 1978.

## Samizdat

- Bowlt, John E, et al. *Russian samizdat art: essays*. New York: Willis Locker & Owens Pub., 1986.
- Bukovskiĭ, Vladimir Konstantinovich, 1942-. *To build a castle: my life as a dissenter*. New York: Viking Press, 1979.
- Medvedev, Roĭ Aleksandrovich. *The Samizdat register*. New York: Norton, 1977.
- Reddaway, Peter, compiler. *Uncensored Russia: protest and dissent in the Soviet Union; the unofficial Moscow journal, a Chronicle of current events*. New York, American Heritage Press, 1972.
- Saunders, George, 1936- comp. *Samizdat: voices of the Soviet opposition*. New York, Monad Press; distributed by Pathfinder Press, 1974.
- Shentalinskiĭ, Vitaliĭ. *Arrested voices*. Martin Kessler Books, Free Press, 1996.
- Skilling, H. Gordon (Harold Gordon), 1912-2001. *Samizdat and an independent society in Central and Eastern Europe*. Columbus: Ohio State University Press, 1989.
- Svirskiĭ, Grigoriĭ, 1921-. *A history of post-war Soviet writing: the literature of moral opposition*. Ann Arbor, MI: Ardis Publishers, 1981.
- Urban, Michael A. *The rebirth of politics in Russia*. Cambridge University Press, 1997.
- Woll, Josephine. *Soviet dissident literature, a critical guide*. Boston, Mass.: G.K. Hall, 1983.
- Yurchak, Alexei, 1960-. *Everything was forever, until it was no more: the last Soviet generation*. Princeton, NJ: Princeton University Press, 2006.

## John von Neumann

- Dyson, George, 1953-. *Darwin among the machines: the evolution of global intelligence*. Reading, MA: Perseus Books, 1998.
- Groves, Leslie R., 1896-1970. cn. *Now it can be told; the story of the Manhattan project*. New York, Harper, 1962.
- Heims, Steve J. *John Von Neumann and Norbert Wiener: from mathematics to the technologies of life and death*. Cambridge, Mass.: MIT Press, 1980.

- Mirowski, Philip, 1951-. *Machine dreams: economics becomes a cyborg science*. Cambridge; New York: Cambridge University Press, 2002.
- Morgenstern, Oskar, 1902-. *Mathematical theory of expanding and contracting economies*. Lexington, Mass.: Lexington Books, 1976.
- Nasar, Sylvia. *A beautiful mind: the life of mathematical genius and Nobel Laureate John Nash*. New York: Simon & Schuster, 2001.
- Pais, Abraham. *J. Robert Oppenheimer*. Oxford University Press, 2005.
- Regis, Edward, 1944-. *Who got Einstein's office?: eccentricity and genius at the Institute for Advanced Study*. Reading, Mass.: Addison-Wesley, 1987.
- Slater, Robert, 1943-. *Portraits in silicon*. Cambridge, Mass.: MIT Press, 1989.
- Van Heijenoort, Jean, 1912-1986. *From Frege to Gödel: a source book in mathematical logic, 1879-1931*. Cambridge: Harvard University Press, 1967.
- Von Neumann, John, 1903-1957. *Continuous geometry*. Princeton, N.J.: Princeton University Press, 1998.

## Music of Minnesota

- Blegen, Theodore Christian, 1891-1969. *Minnesota: a history of the State*. [Minneapolis]: University of Minnesota Press, 1975.
- Blush, Steven, et al. *American hardcore [electronic resource]: a tribal history*. [Los Angeles, Calif.?]: Feral House, 2010.
- Brackett, Nathan, 1968-, et al. *The new Rolling Stone album guide*. New York: Simon & Schuster, 2004.
- Brewster, Bill, et al. *Last night a dj saved my life: the history of the disc jockey*. New York: Grove Press, 2000.
- Greene, Victor. *A passion for polka: old-time ethnic music in America*. Berkeley: University of California Press, 1992.
- Mayer, Frank Blackwell, 1827-1899. *With pen and pencil on the frontier in 1851: the diary and sketches of Frank Blackwell Mayer*. St. Paul: Minnesota Historical Society Press, 1986.
- Mitchell, Jack W., 1941-. *Listener supported: the culture and history of public radio*. Westport, Conn.: Praeger, 2005.
- Unterberger, Richie, 1962-. *Music USA: the rough guide*. London: Rough Guides, 1999.
- Whitburn, Joel. *Joel Whitburn's Top R & B albums, 1965-1998*. Menomonee Falls, Wis.: Record Research, 1999.
- Yanni,, et al. *Yanni in words*. New York: Miramax Books: Hyperion, 2002.
- Zietz, Karyl Lynn. *Opera companies and houses of the United States: a comprehensive, illustrated reference*. Jefferson, N.C.: McFarland, 1994.

## Felix Mendelssohn

- Barr, John, 1934-. *The Officina Bodoni: Montagnola, Verona: books printed by Giovanni Mardersteig on the hand press, 1923-1977*. London: Published by British Museum Publications for the British Library, 1978.
- Brown, Clive, 1947-. *A portrait of Mendelssohn*. New Haven: Yale University Press, 2003.
- Chorley, Henry Fothergill, 1808-1872, et al. *Thirty years' musical recollections*. New York, Vienna House, 1972.
- Mendelssohn-Bartholdy, Felix, 1809-1847, et al. *Felix Mendelssohn, a life in letters*. New York: Fromm International Pub. Corp., 1986.
- Mercer-Taylor, Peter Jameson. *The Cambridge companion to Mendelssohn*. Cambridge; New York: Cambridge University Press, 2004.
- Mercer-Taylor, Peter Jameson. *The life of Mendelssohn*. Cambridge; New York: Cambridge University Press, 2000.
- Rosen, Charles, 1927-. *The romantic generation*. Cambridge, MA.: Harvard University Press, 1995.
- Steinberg, Michael, 1928-. *The concerto: a listener's guide*. New York: Oxford University Press, 1998.
- Studwell, William E. (William Emmett), 1936-. *The national and religious song reader: patriotic, traditional, and sacred songs from around the world*. New York: Haworth Press, 1996.

- Werner, Eric, 1901-1988. *Mendelssohn; a new image of the composer and his age*. [New York]: Free Press of Glencoe, 1963.

## Space Race

- Angelo, Joseph A. *Encyclopedia of space and astronomy*. New York, NY: Facts On File, 2006.
- Cadbury, Deborah. *Space race: the epic battle between America and the Soviet Union for dominion of space*. New York: HarperCollins, 2006.
- Chambers, John Whiteclay, et al. *The Oxford companion to American military history*. New York: Oxford University Press, 1999.
- Cornwell, John, 1940-. *Hitler's scientists: science, war, and the devil's pact*. New York: Viking, 2003.
- Dallek, Robert. *An unfinished life*. Little, Brown, and Co., 2003.
- Gainor, Chris. *Arrows to the moon: Avro's engineers and the space race*. Burlington, Ont.: Apogee Books, 2001.
- Hardesty, Von, 1939-. *Epic rivalry: the inside story of the Soviet and American space race*. Washington, D.C.: National Geographic, 2007.
- Kraft, Christopher C. *Flight: my life in mission control*. New York: Dutton, 2001.
- Neufeld, Michael J., 1951-. *The rocket and the reich: Peenemünde and the coming of the ballistic missile era*. New York: Free Press, 1995.
- Schefter, James L. *The race: the uncensored story of how America beat Russia to the moon*. New York: Doubleday, 1999.
- Slayton, Donald K.. *Deke!*. Forge, 1994.

## Johnny Carson

- Bushkin, Henry, author. *Johnny Carson*. Houghton Mifflin Harcourt, 2013.
- Carson, Johnny, 1925-, et al. *Misery is ... a blind date*. Garden City, N.Y., Doubleday, 1967.
- Carson, Johnny, 1925-2005, et al. *Happiness is ... a dry martini*. New York: Doubleday, 1965.
- Corkery, Paul, 1946-. *Carson: the unauthorized biography*. Ketchum, ID: Randt, 1987.
- Corkery, Paul, 1946- author. *Carson: the unauthorized biography*. Ketchum, ID: Randt & Company, 1987.
- Leamer, Laurence. *King of the night: the life of Johnny Carson*. New York: Morrow, 1989.
- McMahon, Ed. *Here's Johnny!: my memories of Johnny Carson, the Tonight show, and 46 years of friendship*. Nashville, Tenn.: Rutledge Hill Press, 2005.
- Nachman, Gerald. *Seriously funny*. Pantheon Books, 2003.
- Smith, Ronald L., 1952-. *Johnny Carson: an unauthorized biography*. New York: St. Martin's Press, 1987.
- Sweeney, Don, 1952-. *Backstage at The tonight show: from Johnny Carson to Jay Leno*. Lanham, Md.: Taylor Trade Pub., 2006.
- Tennis, Craig. *Johnny tonight!*. New York: Pocket Books, 1980.

## Lewis Powell (conspirator)

- Bak, Richard, 1954-. *The day Lincoln was shot: an illustrated chronicle*. Dallas, Tex.: Taylor Pub., 1998.
- Carter, Samuel, III, 1904-1988. *The riddle of Dr. Mudd*. New York: Putnam, 1974.
- Evans, C. Wyatt. *The legend of John Wilkes Booth: myth, memory, and a mummy*. Lawrence: University Press of Kansas, 2004.
- Katz, D. Mark. *Witness to an era*. Viking, 1991.
- Kunhardt, Philip B., 1951-. *Looking for Lincoln: the making of an American icon*. New York: Alfred A. Knopf, 2008.
- Larson, Kate Clifford. *The assassin's accomplice: Mary Surratt and the plot to kill Abraham Lincoln*. New York Basic Books, 2008.
- Leonard, Elizabeth D. *Lincoln's avengers: justice, revenge, and reunion after the Civil War*. New York: W.W. Norton & Co., 2004.
- Schroeder-Lein, Glenna R., 1951-. *Andrew Johnson: a biographical companion*. Santa Barbara, Calif.: ABC-CLIO, 2001.
- Swanson, James L., 1959-. *Manhunt: the twelve-day chase for Lincoln's killer*. Harper Perennial, 2007.

- Tidwell, William A, et al. *Come retribution: the Confederate secret service and the assassination of Lincoln*. Jackson: University Press of Mississippi, 1988.
- Trefousse, Hans L. (Hans Louis), 1921-2010. *Andrew Johnson: a biography*. New York, N.Y.: W.W. Norton & Co., 1997.

## Atheism

- Angeles, Peter Adam, 1931-. *Dictionary of philosophy*. New York: Barnes & Noble Books, 1981.
- Buckley, Michael J. *At the origins of modern atheism*. New Haven: Yale University Press, 1987.
- Harris, Sam, 1967-. *The end of faith: religion, terror, and the future of reason*. New York: W.W. Norton & Co., 2005.
- Kramer, Kenneth, 1941-. *World scriptures: an introduction to comparative religions*. New York: Paulist Press, 1986.
- Krueger, Douglas E. *What is atheism?: a short introduction*. Amherst, NY: Prometheus Books, 1998.
- Martin, Michael, 1932 Feb. 3-. *Atheism: a philosophical justification*. Philadelphia: Temple University Press, 1990.
- Matthews, Carol S., 1961-. *New religions*. Philadelphia: Chelsea House Publishers, 2005.
- Nielsen, Kai, 1926-. *Philosophy & atheism: in defense of atheism*. Buffalo, N.Y.: Prometheus Books, 1985.
- Shermer, Michael. *How we believe: the search for God in an age of science*. New York: W.H. Freeman, 2000.
- Smith, George H. *Atheism*. Prometheus Books, 1979.
- Thrower, James, 1936-1999. *A short history of western atheism*. London, Pemberton Books, 1971.

## Entertainment

- Clarke, Mary, 1923-2015. *The history of dance*. New York: Crown Publishers, 1981.
- Geipel, John, 1937-. *The cartoon; a short history of graphic comedy and satire*. South Brunswick, A.S. Barnes, 1972.
- Hancocks, David. *A different nature: the paradoxical world of zoos and their uncertain future*. Berkeley: University of California Press, 2001.
- Jenkins, Henry, 1958-. *Convergence culture: where old and new media collide*. New York: New York University Press, 2006.
- Mordden, Ethan. *All that glittered*. St. Martin's Press, 2007.
- Mullin, Bernard James. *Sport marketing*. Champaign, IL: Human Kinetics, 2007.
- Rothwell, Kenneth S. (Kenneth Sprague). *A history of Shakespeare on screen: a century of film and television*. Cambridge; New York: Cambridge University Press, 1999.
- Short, Robert L. *The gospel according to Peanuts*. Richmond, Va.: John Knox Press, 1965.
- Spigel, Lynn. *Make room for TV: television and the family ideal in postwar America*. Chicago: University of Chicago Press, 1992.
- Van Zile, Judy. *Perspectives on Korean dance*. Middletown, Conn.: Wesleyan University Press, 2001.
- Wyver, John. *The moving image: an international history of film, television, and video*. New York: B. Blackwell; London: BFI Pub., 1989.

## Pacifism

- Brock, P. *Pacifism in the United States: from the colonial era to the First World War*. Princeton UP, 1968.
- Brock, Peter, 1920-. *Pacifism in Europe to 1914. -*. Princeton, N.J.: Princeton University Press, 1972.
- Brock, Peter, 1920-2006. *Pacifism in the twentieth century*. Syracuse, N.Y.: Distributed by Syracuse University Press, 1999.
- Ceadel, Martin. *Pacifism in Britain, 1914-1945: the defining of a faith*. Oxford: Clarendon Press; New York: Oxford University Press, 1980.
- Chatfield, Charles, 1934-, et al. *The American peace movement: ideals and activism*. New York: Twayne Publishers; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1992.

- Ingram, Norman. *The politics of dissent: pacifism in France 1919-1939*. Oxford: Clarendon Press; New York: Oxford University Press, 1991.
- Laqueur, Walter, 1921-, et al. *European peace movements and the future of the Western Alliance*. New Brunswick, U.S.A.: Transaction Books, 1985.
- Lewy, Guenter, 1923-. *Peace & revolution: the moral crisis of American pacifism*. Grand Rapids, Mich.: W.B. Eerdmans Pub. Co., 1988.
- Lunardini, Christine A.. *The ABC-CLIO companion to the American peace movement in the twentieth century*. ABC-CLIO, 1994.
- Socknat, Thomas Paul. *Witness against war: pacifism in Canada, 1900-1945*. Toronto; Buffalo: University of Toronto Press, 1987.
- Wittner, Lawrence S. *Rebels against war: the American peace movement, 1941-1960*. Philadelphia: Columbia University Press, 1970.

## Productivity-improving technologies

- Bjork, Gordon C. *The way it worked and why it won't: structural change and the slowdown of U.S. economic growth*. Westport, Conn.: Praeger, 1999.
- Chandler, Alfred D. *The Visible hand: the managerial revolution in American business*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1977.
- Fogel, Robert William. *Railroads and American economic growth: essays in econometric history*. Baltimore, Johns Hopkins Press, 1970.
- Hunter, Louis C. *A history of industrial power in the United States, 1780-1930*. Charlottesville: Published for the Eleutherian Mills-Hagley Foundation by the University Press of Virginia, 1979.
- McNeil, Ian, et al. *An Encyclopaedia of the history of technology [electronic resource]*. London: Routledge, 1990.
- Misa, Thomas J.. *A nation of steel*. Johns Hopkins University Press, 1995.
- Musson, A. E. (Albert Edward), 1920-, et al. *Science and technology in the Industrial Revolution*. Toronto: University of Toronto Press, 1969.
- Paepke, C. Owen. *The evolution of progress: the end of economic growth and the beginning of human transformation*. New York: Random House, 1993.
- Rifkin, Jeremy. *The end of work: the decline of the global labor force and the dawn of the post-market era*. New York: G.P. Putnam's Sons, 1995.
- Rosenberg, Nathan, 1927-. *Inside the black box: technology and economics*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1982.
- Thomson, Ross. *The path to mechanized shoe production in the United States*. Chapel Hill: University of North Carolina Press, 1989.

## 2001: A Space Odyssey (film)

- Agel, Jérôme. *The Making of Kubrick's 2001*. New York: New American Library, 1970.
- Block, Alex Ben, et al. *George Lucas's blockbusting: a decade-by-decade survey of timeless movies including untold secrets of their financial and cultural success*. New York: itBooks, 2010.
- Brosnan, John. *Future tense: the cinema of science fiction*. New York: St. Martin's Press, 1978.
- Carr, Jay, et al. *The A list: the National Society of Film Critics' 100 essential films*. Cambridge, MA: Da Capo Press, 2002.
- Dyson, Freeman J. *Disturbing the universe*. New York: Harper & Row, 1979.
- Evans, Gary, 1944-. *In the national interest: a chronicle of the National Film Board of Canada from 1949 to 1989*. Toronto; Buffalo: University of Toronto Press, 1991.
- Geduld, Carolyn. *Filmguide to 2001: a space odyssey*. Bloomington: Indiana University Press, 1973.
- Gelmis, Joseph, 1935-. *The film director as superstar*. Garden City, N.Y.: Doubleday, 1970.
- Johnson, William, 1927- comp. *Focus on the science fiction film*. Englewood Cliffs, N.J., Prentice-Hall, 1972.
- LoBrutto, Vincent. *Stanley Kubrick: a biography*. London: Faber and Faber, 1998.
- Richter, Dan. *Moonwatcher's memoir*. Carroll & Graf Publishers, 2002.

## Race and intelligence

- Alland, Alexander. *Race in Mind*. Palgrave Macmillan, 2002.
- Flynn, James R. (James Robert), 1934- author. *Are we getting smarter?: rising IQ in the twenty-first century*. Cambridge; New York: Cambridge University Press, 2012.
- Gould, Stephen Jay. *The mismeasure of man*. New York: Norton, 1981.
- Graves, Joseph L., 1955-. *The Emperor's new clothes: biological theories of race at the millennium*. New Brunswick, N.J.: Rutgers University Press, 2001.
- Greenfield, Patricia Marks, et al. *Cross-cultural roots of minority child development*. Hillsdale, N.J.: L. Erlbaum Associates, 1994.
- Herrnstein, Richard J, et al. *The bell curve: intelligence and class structure in American life*. New York: Free Press, 1994.
- Jensen, Arthur Robert. *Educability and group differences*. New York: Harper & Row, 1973.
- Jensen, Arthur Robert. *The g factor: the science of mental ability*. Westport, Conn.: Praeger, 1998.
- Mackintosh, N. J.. *IQ and human intelligence*. Oxford University Press, 1998.
- Nisbett, Richard E.. *Intelligence and how to get it*. W. W. Norton & Co., 2009.

## Heinrich Müller (Gestapo)

- Bauer, Yehuda, et al. *A history of the holocaust*. New York: F. Watts, 1982.
- Burleigh, Michael, 1955-. *The Third Reich: a new history*. London: Macmillan; New York: Hill and Wang, 2000.
- Dams, Carsten, author. *The Gestapo: power and terror in the Third Reich*. Oxford, United Kingdom: Oxford University Press, 2014.
- Dawidowicz, Lucy S. *The war against the Jews, 1933-1945*. New York: Holt, Rinehart and Winston, 1975.
- Evans, Richard J.. *The Third Reich at war*. Penguin Press, 2008.
- Gilbert, Martin, 1936-2015. *The Holocaust: a history of the Jews of Europe during the Second World War*. New York: Holt, Rinehart, and Winston, 1986.
- Graber, G. S. *History of the SS*. New York: D. McKay, 1978.
- Hilberg, Raul, 1926-. *The destruction of the European Jews*. New York: Holmes & Meier, 1985.
- Noakes, Jeremy, et al. *Nazism, 1919-1945: a documentary reader*. [Exeter, Devon]: University of Exeter, 1983.
- Padfield, Peter. *Himmler: Reichsführer-SS*. New York: Holt, 1991.
- Parrish, Thomas (Thomas D.), et al. *The Simon and Schuster encyclopedia of World War II*. New York: Simon and Schuster, 1978.

## Benjamin Disraeli

- Aldous, Richard. *The Lion and the Unicorn*. W. W. Norton, 2007.
- Blake, Robert, 1916-2003. *Disraeli*. New York, St. Martin's Press, 1967.
- Bradford, Sarah, 1938-. *Disraeli*. New York: Stein and Day, 1983.
- Conacher, J. B. comp. *The emergence of British parliamentary democracy in the nineteenth century: the passing of the Reform Acts of 1832, 1867, and 1884-1885*. New York: Wiley, 1971.
- Disraeli, Benjamin, 1804-1881. *Benjamin Disraeli letters*. Toronto; Buffalo: University of Toronto Press, 1982.
- Gash, Norman. *Sir Robert Peel; the life of Sir Robert Peel after 1830*. Totowa, N.J., Rowman and Littlefield, 1972.
- Hibbert, Christopher, 1924-2008. *Disraeli: a personal history*. London: Harper Perennial, 2005.
- Kirsch, Adam, 1976-. *Benjamin Disraeli*. New York: Nextbook: Schocken, 2008.
- Magnus, Philip (Philip Montefiore), Sir, 1906-. *Gladstone: a biography*. London: John Murray, 1954.
- Seton-Watson, R. W. (Robert William), 1879-1951. *Disraeli, Gladstone, and the Eastern question; a study in diplomacy and party politics*. New York, Norton, 1972.
- Woodward, E. L. (Ernest Llewellyn), 1890-1971. *The Age of Reform: 1815-1870*. Oxford: The Clarendon Press, 1962.

## Gregory Pence

- Pence, Gregory E. *Brave new bioethics*. Lanham: Rowman & Littlefield, 2002.
- Pence, Gregory E. *Classic cases in medical ethics: accounts of cases that have shaped medical ethics, with philosophical, legal, and historical bacgrounds*. Boston, Mass.: McGraw-Hill, 2004.
- Pence, Gregory E. *Classic cases in medical ethics: accounts of the cases and issues that define medical ethics*. New York: McGraw-Hill Higher Education, 2008.
- Pence, Gregory E. *Classic cases in medical ethics: accounts of cases that have shaped medical ethics, with philosophical, legal, and historical backgrounds*. New York: McGraw-Hill, 1990.
- Pence, Gregory E. *Cloning after Dolly: who's still afraid of human cloning*. Lanham: Rowman & Littlefield Publishers, 2004.
- Pence, Gregory E. *Re-creating medicine: ethical issues at the frontiers of medicine*. Lanham, MD: Rowman & Littlefield, 2000.
- Pence, Gregory E. *Who's afraid of human cloning?*. Lanham [Md.]: Rowman & Littlefield, 1998.
- Pence, Gregory E.. *Classic cases in medical ethics*. McGraw-Hill, 1995.
- Stephens, G. Lynn. *Seven dilemmas in world religions*. New York: Paragon House, 1994.

## His Dark Materials

- Gresh, Lois H. *Exploring Philip Pullman's His dark materials: an unauthorized adventure through The golden compass, the subtle knife, and the amber spyglass*. New York: St. Martin's Griffin, 2007.
- Gribbin, Mary, et al. *The science of Philip Pullman's His dark materials*. New York: Knopf: Distributed by Random House, 2005.
- Pullman, Philip. *Once Upon A Time In The North.*. Gardners Books, 2008.
- Pullman, Philip, 1946-. *Northern lights*. London: Scholastic, 1998.
- Pullman, Philip, 1946-. *The subtle knife*. London: Scholastic, 1998.
- Rayment-Pickard, Hugh. *The Devil's account: Philip Pullman and Christianity*. London: Darton Longman & Todd, 2004.
- Squires, Claire. *Philip Pullman's His dark materials trilogy: a reader's guide*. New York: Continuum, 2004.
- Squires, Claire. *Philip Pullman, master storyteller: a guide to the worlds of His dark materials*. New York: Continuum, 2006.
- Tucker, Nicholas. aut. *Darkness visible: inside the world of Philip Pullman*. New York: Ibooks, 2004.
- Wheat, Leonard F., 1931-. *Philip Pullman's His dark materials--a multiple allegory: attacking religious superstition in The lion, the witch, and the wardrobe and Paradise lost*. Amherst, N.Y.: Prometheus Books, 2008.

## Robert C. Tucker

- Gaddis, John Lewis. *The Cold War: a new history*. New York: Penguin Press, 2005.
- Lenin, Vladimir Ilich, 1870-1924, et al. *The Lenin anthology*. New York, Norton, 1975.
- None,. *Stalinism: essays in historical interpretation*. New York, NY: Norton, 1977.
- Tucker, Robert C. *Philosophy and myth in Karl Marx*. Cambridge [Eng.]: University Press, 1961.
- Tucker, Robert C. *Stalin in power: the revolution from above, 1928-1941*. New York: Norton, 1990.
- Tucker, Robert C, et al. *The Marx-Engels reader*. New York: Norton, 1978.
- Tucker, Robert C, et al. *The Marxian revolutionary idea*. New York, Norton, 1969.
- Tucker, Robert C. (Robert Charles), 1918-2010. *Political culture and leadership in Soviet Russia: from Lenin to Gorbachev*. New York: Norton, 1987.
- Tucker, Robert C. (Robert Charles), 1918-2010. *Stalin as revolutionary, 1879-1929; a study in history and personality*. New York, Norton, 1973.
- Ziegler, Charles E.. *The history of Russia*. Greenwood Press, 1999.

## USS Monitor

- Allen, Thomas B, et al. *Harriet Tubman, secret agent: how daring slaves and free Blacks spied for the Union during the Civil War*. Washington, D.C.: National Geographic, 2006.
- Anderson, Bern. *By sea and by river: the naval history of the Civil War*. New York, N.Y.: Da Capo Press, 1989.
- Baxter, James Phinney, 1893-1975. *The introduction of the ironclad warship*. [Hamden, Conn.] Archon Books, 1968.
- Davis, Kenneth C.. *Don't know much about the Civil War*. William Morrow, 1996.
- Geer, George S, et al. *The Monitor chronicles: one sailor's account: today's campaign to recover the Civil War wreck*. New York: Simon & Schuster, 2000.
- Leckie, Robert. *None died in vain: the saga of the American Civil War*. New York: Harper & Row, 1990.
- Mokin, Arthur, 1923-. *Ironclad: the Monitor and the Merrimack*. Novato, CA: Presidio, 1991.
- Quarstein, John V. *The battle of the Ironclads*. Charleston, SC: Arcadia, 1999.
- Varhola, Michael J., 1966-. *Everyday life during the Civil War*. Cincinnati, Ohio: Writer's Digest Books, 1999.

## Allen Young (writer)

- Diamond, Stephen. *What the trees said; life on a new age farm*. New York, Delacorte Press, 1971.
- Duberman, Martin B. *Stonewall*. New York, N.Y., U.S.A.: Dutton, 1993.
- Glessing, Robert J. *The underground press in America*. Bloomington, Indiana, University Press, 1970.
- Jay, Karla. *Out of the closets; voices of gay liberation*. [New York: Douglas Book Corp.], 1972.
- Jay, Karla, et al. *Lavender culture*. New York: Jove Publications, 1979.
- Marotta, Toby. *The politics of homosexuality*. Boston: Houghton Mifflin, 1981.
- Mungo, Raymond, 1946-. *Famous long ago; my life and hard times with Liberation News Service*. Boston, Beacon Press, 1970.
- Young, Allen, 1941-. *Gay sunshine interview: interview with Allen Young*. Bolinas [Calif.]: Grey Fox Press, 1974.
- Young, Allen, 1941-. *Gays under the Cuban Revolution*. San Francisco: Grey Fox Press, 1981.

## Lionel Trilling

- Arnold, Matthew, 1822-1888, et al. *The portable Matthew Arnold;*. New York, Viking Press, 1949.
- Jones, Ernest, 1879-1958;Trilling, Lionel, 1905-1975;Marcus, Steven. *The life and work of Sigmund Freud*. New York: Basic Books, 1961.
- Trilling, Lionel, 1905-1975. *Beyond culture; essays on literature and learning*. New York, Viking Press, 1965.
- Trilling, Lionel, 1905-1975. *E.M. Forster*. Norfolk, Conn., New Directions Books, 1943.
- Trilling, Lionel, 1905-1975. *Freud and the crisis of our culture*. Boston, Beacon Press, 1955.
- Trilling, Lionel, 1905-1975. *The experience of literature; a reader with commentaries*. Garden City, N.Y.: Doubleday, 1967.
- Trilling, Lionel, 1905-1975, comp. *Literary criticism; an introductory reader*. New York, Holt, Rinehart, and Winston, 1970.
- Trilling, Lionel, 1905-1975, et al. *Of this time, of that place, and other stories*. New York: Harcourt Brace Jovanovich, 1979.
- Trilling, Lionel, 1905-1975, et al. *Speaking of literature and society*. New York: Harcourt Brace Jovanovich, 1980.
- Trilling, Lionel, 1905-1975, et al. *The broken mirror: a collection of writings from contemporary Poland*. New York: Random House, 1958.
- Trilling, Lionel, 1905-1975, et al. *The last decade: essays and reviews, 1965-1975*. New York: Harcourt Brace Jovanovich, 1979.

## William Howe, 5th Viscount Howe

- Alden, John Richard, 1908-1991. *The American Revolution, 1775-1783*. New York: Harper, 1954.

- Anderson, Troyer Steele, 1900-1948. *The command of the Howe brothers during the American Revolution*. New York, London, Oxford University Press, 1936.
- Billias, George Athan, 1919-. *George Washington's opponents: British generals and admirals in the American Revolution*. New York, Morrow, 1969.
- Buchanan, John. *The road to Valley Forge: how Washington built the army that won the Revolution*. Hoboken, N.J.: John Wiley & Sons, 2004.
- Fleming, Thomas J. *Washington's secret war: the hidden history of Valley Forge*. New York: Smithsonian Books/Collins, 2005.
- Higginbotham, Don. *The war of American independence*. Macmillan, 1971.
- Ketchum, Richard M., 1922-. *Saratoga: turning point of America's Revolutionary War*. New York: H. Holt, 1997.
- Leckie, Robert, 1920-2001. *George Washington's war: the saga of the American Revolution*. New York: HarperCollins, 1992.
- Mintz, Max M., 1919-. *The generals of Saratoga: John Burgoyne & Horatio Gates*. New Haven: Yale University Press, 1990.
- Pancake, John S. *This destructive war: the British campaign in the Carolinas, 1780-1782*. University, AL: University of Alabama Press, 1985.
- WILLCOX, William Bradford. *Portrait of a general. Sir Henry Clinton in the War of Independence. [With portraits and maps.]*. New York: Alfred A. Knopf, 1964.

## Ivan Illich

- Derber, Charles. *Power in the highest degree*. Oxford University Press, 1990.
- Gray, Francine du Plessix. *Divine disobedience: profiles in Catholic radicalism*. New York, Knopf, 1970.
- Illich, Ivan, 1926-. *Deschooling society*. New York, Harper & Row, 1971.
- Illich, Ivan, 1926-. *Gender*. New York: Pantheon Books, 1982.
- Illich, Ivan, 1926-. *Medical nemesis: the expropriation of health*. London: Calder & Boyars, 1975.
- Illich, Ivan, 1926-. *The rivers north of the future: the testament of Ivan Illich as told to David Cayley*. Toronto: House of Anansi Press, 2005.
- Illich, Ivan, 1926-. *Tools for conviviality*. New York, Harper & Row, 1973.
- Illich, Ivan, 1926-, et al. *ABC: the alphabetization of the popular mind*. San Francisco: North Point Press, 1988.
- Illich, Ivan, 1926-2002. *In the mirror of the past: lectures and addresses, 1978-1990*. New York: M. Boyars, 1992.
- Illich, Ivan, 1926-2002. *Shadow work*. Boston; London: M. Boyars, 1981.
- Illich, Ivan, 1926-2002. *Toward a history of needs*. New York: Pantheon Books, 1978.

## Paris

- Burchell, S. C. *Imperial masquerade; the Paris of Napoleon III*. New York, Atheneum, 1971.
- Combeau, Yvan. *Histoire de Paris*. Paris: Presses universitaires de France, 2013.
- Cronin, Vincent. *Paris on the eve, 1900-1914*. St. Martin's Press, 1991.
- Garrioch, David. *The making of revolutionary Paris*. Berkeley: University of California Press, 2002.
- Horne, Alistair. *Seven ages of Paris*. New York: A.A. Knopf: Distributed by Random House, 2002.
- Jones, Colin, 1947-. *Paris: biography of a city*. New York: Viking, 2005.
- Jones, Colin, 1947-. *The Cambridge illustrated history of France*. Cambridge [England]; New York: Cambridge University Press, 1999.
- Kaberry, Rachel, et al. *The mini rough guide to Paris*. London: Rough Guides, 2001.
- Knapp, Andrew. *The government and politics of France*. London; New York, NY: Routledge, 2006.
- Phillips, Betty Lou. *The French connection*. Layton, Utah: Gibbs Smith, 2005.

## Islamic terrorism

- Anonymous,, et al. *Imperial hubris: why the West is losing the war on terror*. Dulles, Virginia: Brassey's, Inc., 2004.

- Esposito, John L.. *The Islamic threat*. Oxford University Press, 1995.
- Fadl, Khaled Abou El. *The great theft*. HarperSanFrancisco, 2005.
- Fregosi, Paul. *Jihad in the West: Muslim conquests from the 7th to the 21st centuries*. Amherst, N.Y.: Prometheus Books, 1998.
- Kepel, Gilles. *Jihad: the trail of political Islam*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2002.
- Kepel, Gilles. *The war for Muslim minds: Islam and the West*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2004.
- Lacey, Robert. *Inside the Kingdom*. Viking, 2009.
- Laden, Osama Bin. *Messages to the world*. Verso, 2005.
- Mearsheimer, John J, et al. *The Israel lobby and U.S. foreign policy*. New York: Farrar, Straus and Giroux, 2007.
- Roy, Olivier. *The failure of political Islam*. Harvard University Press, 1994.
- Sageman, Marc. *Understanding terror networks*. Philadelphia: University of Pennsylvania Press, 2004.

## Anti-Americanism

- Bradley, John R.. *Saudi Arabia Exposed*. Palgrave Macmillan, 2005.
- Chesnoff, Richard Z., 1937-. *The arrogance of the French: why they can't stand us, and why the feeling is mutual*. New York: Sentinel, 2005.
- Joffe, Josef. *{uml}Uberpower: the imperial temptation of America*. New York: W. W. Norton & Co., 2006.
- Markovits, Andrei S. *Uncouth nation: why Europe dislikes America*. Princeton: Princeton University Press, 2007.
- Pells, Richard H.. *Not like us*. Basic Books, 1997.
- Preston, Paul. *Franco*. BasicBooks, a division of HarperCollins, 1994.
- Revel, Jean-François. *Anti-Americanism*. Encounter Books, 2003.
- Roger, Philippe, 1949-. *The American enemy: a story of French anti-Americanism*. Chicago: University of Chicago Press, 2005.
- Strauss, David, 1937-. *Menace in the West: the rise of French anti-Americanism in modern times*. Westport, Conn.: Greenwood Press, 1978.
- Sweig, Julia, et al. *Friendly fire: losing friends and making enemies in the anti-American century*. New York: Public Affairs, 2006.

## Southeast Asia

- Barwise, J. M, et al. *A traveller's history of Southeast Asia*. New York: Interlink Books, 2002.
- Cady, John F. (John Frank), 1901-1996. *Southeast Asia: its historical development*. New York, McGraw-Hill, 1964.
- Cady, John F. (John Frank), 1901-1996. *The roots of French imperialism in Eastern Asia*. Ithaca, N.Y., Published for the American Historical Association [by] Cornell University Press, 1954.
- Chester, R. (Roy), 1936-. *Furnace of creation, cradle of destruction: a journey to the birthplace of earthquakes, volcanoes, and tsunamis*. New York: AMACOM, 2008.
- Embree, Ainslie Thomas,Asia Society. *Encyclopedia of Asian history*. New York: Scribner; London: Collier Macmillan, 1988.
- Leinbach, Thomas R., 1941-, et al. *Southeast Asia: diversity and development*. Upper Saddle River, N.J.: Prentice Hall, 2000.
- Osborne, Milton E. *Region of revolt; focus on Southeast Asia*. [Rushcutters Bay, N.S.W.] Pergamon Press (Australia), 1970.
- Osborne, Milton E. *Southeast Asia: an introductory history*. St. Leonards, NSW, Australia: Allen & Unwin, 2000.
- Taylor, Jean Gelman, 1944-. *Indonesia: peoples and histories*. New Haven: Yale University Press, 2003.
- Ulack, Richard, 1942-, et al. *Atlas of Southeast Asia*. New York: Macmillan Pub. Co.; London: Collier Macmillan Pub., 1989.
- Williams, Lea E. *Southeast Asia: a history*. New York: Oxford University Press, 1976.

## John Marshall

- Baker, Leonard. *John Marshall: a life in law*. Macmillan, 1974.
- Goldstone, Lawrence. *The activist*. Walker & Co, 2008.
- Hobson, Charles F. *The great chief justice: John Marshall and the rule of law*. Lawrence: University Press of Kansas, 1996.
- Martin, Fenton S. *The U.S. Supreme Court: a bibliography*. Washington, D.C.: Congressional Quarterly, 1990.
- McCullough, David G. *John Adams*. New York: Simon & Schuster Paperbacks, 2008.
- Robarge, David Scott. *A chief justice's progress: John Marshall from revolutionary Virginia to the Supreme Court*. Westport, Conn.: Greenwood Press, 2000.
- Schwartz, Bernard, 1923-1997. *A history of the Supreme Court*. New York: Oxford University Press, 1995.
- Simon, James F. *What kind of nation: Thomas Jefferson, John Marshall, and the epic struggle to create a United States*. New York: Simon & Schuster, 2002.
- Sloan, Cliff, et al. *The great decision: Jefferson, Adams, Marshall, and the battle for the Supreme Court*. New York: PublicAffairs, 2009.
- Smith, Jean Edward. *John Marshall: definer of a nation*. New York: H. Holt & Co., 1998.
- Stites, Francis N. *John Marshall, defender of the Constitution*. Boston: Little, Brown, 1981.

## Muhammad Zia-ul-Haq

- Ali, Tariq. *The leopard and the fox: a Pakistani tragedy*. London: Seagull Books, 2007.
- Bennett Jones, Owen. *Pakistan: eye of the storm*. New Haven [Conn.]: Yale University Press, 2002.
- Booth, Martin. *Opium: a history*. New York: St. Martin's Griffin, 1999.
- Coll, Steve. *Ghost wars: the secret history of the CIA, Afghanistan, and bin Laden, from the Soviet invasion to September 10, 2001*. New York: Penguin Press, 2004.
- Crile, George. *Charlie Wilson's war: the extraordinary story of the largest covert operation in history*. New York: Atlantic Monthly Press, 2003.
- Frank, Katherine. *Indira: the life of Indira Nehru Gandhi*. Boston; New York: Houghton Mifflin Co, 2002.
- Hamilton, Dwight, 1963-. *Terror threat: international and homegrown terrorists and their threat to Canada*. Toronto: Dundurn Press, 2007.
- Hanif, Mohammed. *A case of exploding mangoes*. New York: Alfred A. Knopf, 2008.
- SARDAR, ZIAUDDIN. *DESPERATELY SEEKING PARADISE: JOURNEYS OF A SCEPTICAL MUSLIM*. GRANTA, 2004.
- Talbot, Ian. *Pakistan, a modern history*. St. Martin's Press, 1998.
- Wynbrandt, James. *A brief history of Pakistan*. New York: Facts On File, 2008.

## Robert Kegan

- Argyris, Chris, 1923-2013. *Organizational traps: leadership, culture, organizational design*. Oxford; New York: Oxford University Press, 2010.
- Basseches, Michael. *Dialectical thinking and adult development*. Norwood, N.J.: Ablex Pub. Corp., 1984.
- Heifetz, Ronald A. (Ronald Abadian), 1951-. *Leadership without easy answers*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1994.
- Josselson, Ruthellen. *The space between us: exploring the dimensions of human relationships*. San Francisco: Jossey-Bass Publishers, 1992.
- Kegan, Robert. *How the way we talk can change the way we work: seven languages for transformation*. San Francisco: Jossey-Bass, 2001.
- Kegan, Robert. *In over our heads: the mental demands of modern life*. Cambridge, Mass.: Harvard University Press, 1994.
- Kegan, Robert. *The evolving self: problem and process in human development*. Cambridge, Mass.: Harvard University Press, 1982.
- Kegan, Robert. *The sweeter welcome: voices for a vision of affirmation, Bellow, Malamud and Martin Buber*. Needham Heights, Mass.: Humanities Press, 1976.

- Kegan, Robert, et al. *Immunity to change: how to overcome it and unlock potential in yourself and your organization*. Boston, Mass.: Harvard Business Press, 2009.
- Schwartz, Tony. *The way we're working isn't working*. Free Press, 2010.
- Vaillant, George E.. *The wisdom of the ego*. Harvard University Press, 1993.

## Presidency of William McKinley

- Brodsky, Alyn. *Grover Cleveland*. St. Martin's Press, 2000.
- Gould, Lewis L. *The Presidency of William McKinley*. Lawrence: Regents Press of Kansas, 1980.
- Graff, Henry F. (Henry Franklin), 1921-. *Grover Cleveland*. New York: Times Books, 2002.
- Jensen, Richard J. *The winning of the Midwest: social and political conflict, 1888-1896*. Chicago: University of Chicago Press, 1971.
- Kazin, Michael, 1948-. *A godly hero: the life of William Jennings Bryan*. New York: Knopf, 2006.
- Leech, Margaret, 1893-1974. *In the days of McKinley*. New York, Harper, 1959.
- Miller, Scott. *The President and the assassin*. Random House, 2011.
- Morgan, H. Wayne (Howard Wayne). 1n. *William McKinley and his America*. [Syracuse, N.Y.] Syracuse University Press, 1963.
- Morison, Samuel Eliot, 1887-1976. *The Oxford history of the American people*. New York, Oxford University Press, 1965.
- Phillips, Kevin P.. *William McKinley*. Times Books, 2003.
- Pratt, Walter F.. *The Supreme Court under Edward Douglass White, 1910-1921*. University of South Carolina Press, 1999.

## Theodor Eicke

- Allen, Michael Thad. *The business of genocide*. University of North Carolina Press, 2002.
- Bauer, Yehuda, et al. *A history of the holocaust*. New York: F. Watts, 1982.
- Breitman, Richard. *The architect of genocide*. Knopf; 1st edition, 1991.
- Dams, Carsten, author. *The Gestapo: power and terror in the Third Reich*. Oxford, United Kingdom: Oxford University Press, 2014.
- Dawidowicz, Lucy S. *The war against the Jews, 1933-1945*. New York: Holt, Rinehart and Winston, 1975.
- Gilbert, Martin, 1936-2015. *The Holocaust: a history of the Jews of Europe during the Second World War*. New York: Holt, Rinehart, and Winston, 1986.
- Overy, R. J. *The Penguin historical atlas of the Third Reich*. London: Penguin Books Ltd.; New York: Penguin Books USA Inc., 1996.
- Sofsky, Wolfgang. *The order of terror: the concentration camp*. Princeton, N.J.: Princeton University Press, 1997.
- Spielvogel, Jackson J., 1939-. *Hitler and Nazi Germany: a history*. Englewood Cliffs, N.J.: Prentice Hall, 1992.
- Stein, George H., 1934-. *The Waffen SS: Hitler's elite guard at war, 1939-1945*. Ithaca, N.Y.: Cornell University Press, 1984.
- Williamson, D. G. *The Third Reich*. London; New York: Longman, 2002.

## Louis Simpson

- Simpson, Louis. *Three on the tower: the lives and works of Ezra Pound, T. S. Eliot, and William Carlos Williams*. New York: Morrow, 1975.
- Simpson, Louis Aston Marantz, 1923-. *At the end of the open road, poems*. Middletown, Conn., Wesleyan University Press, 1963.
- Simpson, Louis Aston Marantz, 1923-. *The character of the poet*. Ann Arbor: University of Michigan Press, 1986.
- Simpson, Louis Aston Marantz, 1923-. *There you are: poems*. Brownsville, OR: Story Line Press, 1995.
- Simpson, Louis Aston Marantz, 1923- . dn. *Adventures of the letter I*. New York, Harper & Row, 1971.

- Simpson, Louis, 1923-. *The owner of the house: new collected poems, 1940-2001*. Rochester, NY: BOA Editions, 2003.
- Simpson, Louis, 1923-2012. *In the room we share*. New York: Paragon House, 1990.
- Simpson, Louis, 1923-2012. *Modern poets of France: a bilingual anthology*. Ashland, OR: Story Line Press, 1997.
- Simpson, Louis, 1923-2012. *Selected prose*. New York: Paragon House, 1989.
- Simpson, Louis, 1923-2012. *Struggling times: poems*. Rochester, NY: BOA Editions, 2009.
- Simpson, Louis, 1923-2012. *Voices in the distance: selected poems*. Tarset [England]: Bloodaxe, 2010.

## Salsa music

- García, David F. *Arsenio Rodríguez and the transnational flows of Latin popular music*. Philadelphia, PA: Temple University Press, 2006.
- Loza, Steven Joseph. *Tito Puente and the making of Latin music*. Urbana: University of Illinois Press, 1999.
- Manuel, Peter, 1952-. *Essays on Cuban music: North American and Cuban perspectives*. Lanham, Md.: University Press of America, 1991.
- Manuel, Peter, 1952-, et al. *Caribbean currents: Caribbean music from rumba to reggae*. Philadelphia: Temple University Press, 1995.
- Marre, Jeremy, et al. *Beats of the heart: popular music of the world*. New York: Pantheon Books, 1985.
- Morales, Ed. *The Latin beat*. Da Capo, 2003.
- Roberts, John Storm. *Black music of two worlds*. New York, Praeger, 1972.
- Roberts, John Storm. *The Latin tinge: the impact of Latin American music on the United States*. New York: Oxford University Press, 1979.
- Rondón, César Miguel. *The book of salsa*. University of North Carolina Press, 2008.
- Unterberger, Richie, 1962-. *Music USA: the rough guide*. London: Rough Guides, 1999.
- Washburne, Christopher. *Sounding salsa: performing Latin music in New York City*. Philadelphia: Temple University Press, 2008.

## Economic anthropology

- Bohannan, Paul, ed, et al. *Markets in Africa*. [Evanston, Ill.] Northwestern University Press, 1962.
- Brenner, Suzanne April, 1960-. *The domestication of desire: women, wealth, and modernity in Java*. Princeton, N.J.: Princeton University Press, 1998.
- Dalton, George. *Economic anthropology and development; essays on tribal and peasant economies. --*. New York: Basic Books, 1971.
- Graeber, David. *Debt: the first 5,000 years*. Brooklyn, N.Y.: Melville House, 2011.
- Gudeman, Stephen. *Economics as culture: models and metaphors of livelihood*. London; Boston: Routledge & K. Paul, 1986.
- Hertz, Ellen. *The trading crowd: an ethnography of the Shanghai stock market*. Cambridge [England]; New York: Cambridge University Press, 1998.
- Maurer, Bill, 1968-. *Mutual life, limited: Islamic banking, alternative currencies, lateral reason*. Princeton, N.J.: Princeton University Press, 2005.
- Rudnyckyj, Daromir, 1972-. *Spiritual economies: Islam, globalization, and the afterlife of development*. Ithaca: Cornell University Press, 2010.
- Sahlins, Marshall David, 1930-. *Stone age economics*. Chicago: Aldine-Atherton, 1972.
- Schrauwers, Albert. *Colonial 'reformation' in the highlands of Central Sulawesi, Indonesia, 1892-1995*. Toronto: University of Toronto Press, 2000.
- Wilk, Richard R. *Economies and cultures: foundations of economic anthropology*. Boulder, Colo.: WestviewPress, 1996.

## Health promotion

- Chenoweth, David H., 1952-. *Worksite health promotion*. Champaign, IL: Human Kinetics, 2007.

- DiClemente, Ralph J, et al. *Emerging theories in health promotion practice and research: strategies for improving public health*. San Francisco: Jossey-Bass, 2002.
- Downie, R. S. (Robert Silcock). *Health promotion: models and values*. Oxford; New York: Oxford University Press, 1996.
- Dychtwald, Ken, 1950- . cn, et al. *Wellness and health promotion for the elderly*. Rockville, Md.: Aspen Systems Corp., 1986.
- Green, Lawrence W. *Health promotion planning: an educational and ecological approach*. Mountain View, CA: Mayfield Pub. Co., 1999.
- Green, Lawrence W. *Measurement and evaluation in health education and health promotion*. Palo Alto, Calif.: Mayfield Pub. Co., 1986.
- Heckheimer, Estelle. *Health promotion of the elderly in the community*. Philadelphia: W.B. Saunders, 1989.
- Leddy, Susan. *Health promotion: mobilizing strengths to enhance health, wellness, and well-being*. Philadelphia: F.A. Davis, 2006.
- Teague, Michael L., 1946-. *Health promotion programs: achieving high-level wellness in the later years*. Indianapolis, Ind.: Benchmark Press, 1987.

## Aristotle

- Aristotle,. *The politics*. Chicago: University of Chicago Press, 1984.
- Ferguson, John, 1921-1989. *Aristotle*. New York, Twayne Publishers, 1972.
- Green, Peter, 1924-. *Alexander of Macedon, 356-323 B.C.: a historical biography*. Berkeley: University of California Press, 1991.
- Held, Julius Samuel, 1905-. *Rembrandt's Aristotle, and other Rembrandt studies*. Princeton, N.J.: Princeton University Press, 1969.
- Krippner, Stanley, 1932-. *Dreamtime and dreamwork: decoding the language of the night*. Los Angeles, CA: J.P. Tarcher; New York: St. Martin's Press, 1990.
- Lindberg, David C.. *The beginnings of Western science*. University of Chicago Press, 1992.
- Mayr, Ernst, 1904-2005. *The growth of biological thought: diversity, evolution, and inheritance*. Cambridge, Mass.: Belknap Press, 1982.
- McLeish, Kenneth. *Aristotle*. Routledge, 1999.
- Moore, Ruth E. *The earth we live on; the story of geological discovery*. New York, Knopf, 1956.
- Swanson, Judith A. (Judith Ann), 1957-. *The public and the private in Aristotle's political philosophy*. Ithaca: Cornell University Press, 1992.

## Japan–United States relations

- Dower, John W. *Japan in war and peace: selected essays*. New York: New Press, 1993.
- Dower, John W. *War without mercy: race and power in the Pacific war*. New York: Pantheon Books, 1986.
- Dulles, Foster Rhea, 1900-1970. *Yankees and samurai; America's role in the emergence of modern Japan: 1791-1900*. New York, Harper & Row, 1965.
- Emmerson, John K, et al. *The eagle and the rising sun: America and Japan in the twentieth century*. Stanford, Calif.: Stanford Alumni Association, 1987.
- Nester, William R., 1956-. *Power across the Pacific: a diplomatic history of American relations with Japan*. Washington Square, N.Y.: New York University Press, 1996.
- Neu, Charles E. cn. *An uncertain friendship: Theodore Roosevelt and Japan, 1906-1909*. Cambridge, Mass., Harvard University Press, 1967.
- Neumann, William L. (William Louis), 1915-. *America encounters Japan; from Perry to MacArthur*. Baltimore, Johns Hopkins Press, 1969.
- Reischauer, Edwin O. (Edwin Oldfather), 1910-. *The United States and Japan*. New York: Viking, 1965.
- Roosa, Robert V. *The United States and Japan in the international monetary system, 1946-1985*. New York: Group of Thirty, 1986.

- Thorne, Christopher G. *The limits of foreign policy; the West, the League, and the Far Eastern crisis of 1931-1933*. New York, Putnam, 1973.
- Utley, Jonathan G., 1942-. *Going to war with Japan, 1937-1941*. Knoxville: University of Tennessee Press, 1985.

## Dan Jenkins

- Jenkins, Dan. *Baja Oklahoma*. New York: Atheneum, 1981.
- Jenkins, Dan. *Fairways and greens*. Doubleday, 1994.
- Jenkins, Dan. *Fast copy: a novel*. New York: Simon and Schuster, 1988.
- Jenkins, Dan. *His ownself: a semi-memoir*. New York: Double Day, a division of Random House, LLC, 2014.
- Jenkins, Dan. *Jenkins at the Majors*. Doubleday, 2009.
- Jenkins, Dan. *Rude behavior: a novel*. New York: Doubleday, 1998.
- Jenkins, Dan. *Semi-tough*. New York, Atheneum, 1972.
- Jenkins, Dan. *Slim and none: a novel*. New York: Doubleday, 2005.
- Jenkins, Dan. *The franchise babe: a novel*. New York: Doubleday, 2008.
- Jenkins, Dan. *The money-whipped steer-job three-jack give-up artist: a novel*. New York: Doubleday, 2001.
- Jenkins, Dan. *You gotta play hurt: a novel*. New York: Simon and Schuster, 1991.

## Burger Court

- Blasi, Vincent, 1943-. *The Burger Court: the counter-revolution that wasn't*. New Haven: Yale University Press, 1983.
- Greenhouse, Linda. *Becoming Justice Blackmun: Harry Blackmun's Supreme Court journey*. New York: Times Books: H. Holt and Co., 2006.
- Hutchinson, Dennis J. *The man who once was Whizzer White: a portrait of Justice Byron R. White*. New York: Free Press, 1998.
- Irons, Peter H.. *A people's history of the Supreme Court*. Penguin Books, 2006.
- Martin, Fenton S. *The U.S. Supreme Court: a bibliography*. Washington, D.C.: Congressional Quarterly, 1990.
- Murphy, Bruce Allen. *Wild Bill: the legend and life of William O. Douglas*. New York: Random House, 2003.
- None,. *The justices of the United States Supreme Court: their lives and major opinions*. New York: Chelsea House Publishers, 1997.
- Schwartz, Bernard. *A history of the Supreme Court*. Oxford University Press, 1995.
- Schwartz, Bernard, 1923-. *The Burger Court: counter-revolution or confirmation?*. New York: Oxford University Press, 1998.
- Tomlins, Christopher L., 1951-, et al. *The United States Supreme Court: the pursuit of justice*. Boston: Houghton Mifflin, 2005.
- Urofsky, Melvin I. *The Supreme Court justices: a biographical dictionary*. New York: Garland Pub., 1994.

## The Awful Truth

- Eagan, Daniel. *America's film legacy: the authoritative guide to the landmark movies in the National Film Registry*. New York: Continuum, 2010.
- Garnett, Tay, et al. *Light your torches and pull up your tights*. New Rochelle, N.Y., Arlington House, 1973.
- Larkin, Rochelle. *Hail, Columbia*. New Rochelle, N.Y.: Arlington House, 1975.
- Leonard, William T. *Theatre: stage to screen to television*. Metuchen, N.J.: Scarecrow Press, 1981.
- Morecambe, Gary, 1956-. *Cary Grant: in name only*. London: Robson, 2001.
- Pallot, James. *The movie guide*. Berkeley Pub. Group, 1995.
- Parish, James Robert. *The RKO gals*. New Rochelle, N.Y., Arlington House, 1974.
- Pickard, Roy. *Hollywood gold: the award winning movies*. New York: Taplinger Pub. Co., 1979.

- Thomas, Bob, 1922-2014. *King Cohn: the life and times of Hollywood mogul Harry Cohn*. New York: McGraw-Hill, 1990.
- Vermilye, Jerry. *The films of the thirties*. Secaucus, N.J.: Citadel Press, 1982.
- Wansell, Geoffrey, 1945-. *Cary Grant, haunted idol*. London: Collins, 1983.

## Charles Evans Hughes

- Ferrell, Robert H. *The presidency of Calvin Coolidge*. Lawrence: University Press of Kansas, 1998.
- Glad, Betty. *Charles Evans Hughes and the illusions of innocence; a study in American diplomacy. --*. Urbana: University of Illinois Press, 1966.
- Hendel, Samuel, 1909-. *Charles Evans Hughes and the Supreme Court. --*. New York: Russell & Russell, 1968.
- Martin, Fenton S. *The U.S. Supreme Court: a bibliography*. Washington, D.C.: Congressional Quarterly, 1990.
- None,. *The justices of the United States Supreme Court: their lives and major opinions*. New York: Chelsea House Publishers, 1997.
- Pusey, Merlo John, 1902-. *Charles Evans Hughes*. New York, Macmillan, 1951.
- Shesol, Jeff. *Supreme power: Franklin Roosevelt vs. the Supreme Court*. New York: W.W. Norton, 2010.
- Simon, James F. *FDR and Chief Justice Hughes: the president, the Supreme Court, and the epic battle over the New Deal*. New York: Simon & Schuster, 2012.
- Trani, Eugene P, et al. *The Presidency of Warren G. Harding*. Lawrence: Regents Press of Kansas, 1989.
- Urofsky, Melvin I. *The Supreme Court justices: a biographical dictionary*. New York: Garland Pub., 1994.
- Wesser, Robert F. *Charles Evans Hughes: politics and reform in New York, 1905-1910*. Ithaca, N.Y.: Cornell University Press, 1967.

## Charles Dickens

- Atkinson, Paul, 1947-. *The ethnographic imagination: textual constructions of reality*. London; New York: Routledge, 1990.
- Cochrane, Robertson, 1937-. *Wordplay: origins, meanings, and usage of the English language*. Toronto; Buffalo: University of Toronto Press, 1996.
- Hobsbaum, Philip. *A reader's guide to Charles Dickens*. Syracuse University Press, 1998.
- Jackson, Kenneth T. *The encyclopedia of New York City*. New Haven, Ct.: Yale University Press; New York: New-York Historical Society, 1995.
- Kaplan, Fred, 1937-. *Dickens: a biography*. New York: Morrow, 1988.
- Lodge, David, 1935-. *Consciousness & the novel: connected essays*. Cambridge, Mass.: Harvard University Press, 2002.
- Nayder, Lillian. *The other Dickens*. Cornell University Press, 2011.
- Nayder, Lillian. *Unequal partners: Charles Dickens, Wilkie Collins, and Victorian authorship*. Ithaca, N.Y.: Cornell University Press, 2002.
- Nisbet, Ada. *Dickens & Ellen Ternan;*. Berkeley: University of California Press, 1952.
- Raina, Badri, 1941-. *Dickens and the dialectic of growth*. Madison, Wis.: University of Wisconsin Press, 1986.
- Waller, P. J. (Philip J.). *Writers, readers, and reputations: literary life in Britain, 1870-1918*. Oxford; New York: Oxford University Press, 2006.

## Scarface (1932 film)

- Bergreen, Laurence. *Capone: the man and the era*. New York: Simon & Schuster, 1994.
- Clarens, Carlos. *Crime movies: from Griffith to The Godfather and beyond*. New York: Norton, 1980.
- Doherty, Thomas Patrick. *Pre-code Hollywood: sex, immorality, and insurrection in American cinema, 1930-1934*. New York: Columbia University Press, 1999.
- Eagan, Daniel. *America's film legacy: the authoritative guide to the landmark movies in the National Film Registry*. New York: Continuum, 2010.

- Hossent, Harry. *Gangster movies: gangsters, hoodlums and tough guys of the screen*. London: Octopus Books, 1974.
- Mast, Gerald, 1940-. *Howard Hawks, storyteller*. New York: Oxford University Press, 1982.
- Rice, Christina, 1974- author. *Ann Dvorak: Hollywood's forgotten rebel*. University Press of Kentucky, 2013.
- Smyth, J. E.. *Reconstructing American Historical Cinema*. University Press of Kentucky, 2006.
- Thomas, Tony, 1927-1997. *Howard Hughes in Hollywood*. Secaucus, N.J.: Citadel Press, 1985.
- Vaughn, Stephen, 1947-. *Freedom and entertainment: rating the movies in an age of new media*. New York: Cambridge University Press, 2006.

## Tammany Hall

- Allen, Oliver E.. *The tiger*. Addison-Wesley, 1993.
- Connable, Alfred, et al. *Tigers of Tammany; nine men who ran New York*. New York, Holt, Rinehart, and Winston, 1967.
- Erie, Steven P. *Rainbow's end: Irish-Americans and the dilemmas of urban machine politics, 1840-1985*. Berkeley: University of California Press, 1988.
- Finegold, Kenneth, 1957-. *Experts and politicians: reform challenges to machine politics in New York, Cleveland, and Chicago*. Princeton, N.J.: Princeton University Press, 1995.
- Hershkowitz, Leo. *Tweed's New York: another look*. Garden City, N.Y.: Anchor Press, 1977.
- Lash, Joseph P., 1909-. *Eleanor: the years alone*. New York, Norton, 1972.
- Moscow, Warren. *The last of the big-time bosses; the life and times of Carmine De Sapio and the rise and fall of Tammany Hall*. New York, Stein and Day, 1971.
- Mushkat, Jerome. *Fernando Wood: a political biography*. Kent, Ohio: Kent State University Press, 1990.
- Parmet, Herbert S, et al. *Aaron Burr; portrait of an ambitious man*. New York, Macmillan, 1967.
- Plunkitt, George Washington, et al. *Plunkitt of Tammany Hall: a series of very plain talks on very practical politics, delivered by ex-Senator George Washington Plunkitt, the Tammany philosopher, from his rostrum-the New York County Court House bootblack stand*. New York: Dutton, 1963.
- Werner, M. R. (Morris Robert), 1897-1981. *Tammany Hall*. Garden City, N.Y., Doubleday, Doran & Co., 1928.

## East Asia–United States relations

- Cohen, Warren I. *Pacific passage: the study of American--East Asian relations on the eve of the twenty-first century*. New York: Columbia University Press, 1996.
- Dulles, Foster Rhea, 1900-1970. *China and America; the story of their relations since 1784*. Princeton, N.J., Princeton University Press, 1946.
- Dulles, Foster Rhea, 1900-1970. cn. *American policy toward Communist China, 1949-1969*. New York, Crowell, 1972.
- Ebrey, Patricia Buckley, 1947- author. *East Asia: a cultural, social, and political history*. Boston, MA: Wadsworth, 2014.
- Feis, Herbert, 1893-1972, author. *The China tangle: the American effort in China from Pearl Harbor to the Marshall mission*. Princeton, New Jersey: Princeton University Press, 1953.
- Iriye, Akira. *Across the Pacific: an inner history of American-East Asian relations*. New York, Harcourt, Brace & World, 1967.
- Johnson, Sheila K. *American attitudes toward Japan, 1941-1975*. Washington: American Enterprise Institute for Public Policy Research, 1975.
- Posadas, Barbara Mercedes, 1945-. *The Filipino Americans*. Westport, Conn.: Greenwood Press, 1999.
- Reischauer, Edwin O. (Edwin Oldfather), 1910-. *My life between Japan and America*. New York: Harper & Row, 1986.
- Thorne, Christopher G. *The limits of foreign policy; the West, the League, and the Far Eastern crisis of 1931-1933*. New York, Putnam, 1973.

## Biofeedback

- Basmajian, John V., 1921-. *Muscles alive: their functions revealed by electromyography*. Baltimore, Williams & Wilkins, 1967.
- Bernard, Claude, et al. *An introduction to the study of experimental medicine*. New York: Dover, 1957.
- Brown, Barbara B. *Between health and illness: new notions on stress and the nature of well being*. Boston: Houghton Mifflin, 1984.
- Brown, Barbara B. *New mind, new body: bio-feedback; new directions for the mind*. Toronto; New York: Bantam Books, 1975.
- Brown, Barbara B. *New mind, new body: bio-feedback: new directions for the mind*. New York, Harper & Row, 1974.
- Brown, Barbara B. *The alpha syllabus: a handbook of human EEG alpha activity*. Springfield, Ill.: Charles C. Thomas, 1974.
- Butler, Francine. *Biofeedback: a survey of the literature*. New York: IFI/Plenum, 1978.
- None,. *Biofeedback: principles and practice for clinicians*. Baltimore: Williams & Wilkins, 1979.
- Olton, David S, et al. *Biofeedback: clinical applications in behavioral medicine*. Englewood Cliffs, N.J.: Prentice-Hall, 1980.
- Sackett, David L. *Evidence-based medicine: how to practice and teach EBM*. Edinburgh; New York: Churchill Livingstone, 2000.
- Stern, Robert Morris, 1937-, et al. *Psychophysiological recording*. Oxford [England]; New York: Oxford University Press, 2001.

## State terrorism

- Chomsky, Noam. *The Washington connection and Third World fascism*. Boston: South End Press, 1979.
- Chomsky, Noam. *The culture of terrorism*. Boston, MA: South End Press, 1988.
- Gage, Beverly. *The day Wall Street exploded: a story of America in its first age of terror*. Oxford; New York: Oxford University Press, 2009.
- Herbst, Philip. *Talking terrorism: a dictionary of the loaded language of political violence*. Westport, CT: Greenwood Press, 2003.
- Herman, Edward S. *The real terror network: terrorism in fact and propaganda*. Boston: South End Press, 1982.
- Hoffman, Bruce. *Inside terrorism*. Columbia University Press, 1998.
- Kushner, Harvey W. *Encyclopedia of terrorism*. Thousand Oaks, Calif.: Sage Publications, 2003.
- Laqueur, Walter, 1921-. *No end to war: terrorism in the twenty-first century*. New York: Continuum, 2003.
- Lerner, K. Lee, et al. *Terrorism: essential primary sources*. Detroit: Thomson Gale, 2006.
- Moloney, Ed, 1948-. *A secret history of the IRA*. New York: W.W. Norton, 2003.
- Sluka, Jeffrey A. *Death squad: the anthropology of state terror*. Philadelphia: University of Pennsylvania Press, 2000.

## History of Lisbon

- Catlos, Brian A., author. *Infidel kings and unholy warriors: faith, power, and violence in the age of crusade and jihad*. New York: Farrar, Straus and Giroux, 2014.
- Hughes, Andy K., author. *A history of political scandals: sex, sleaze and spin.*. Barnsley: Pen & Sword History, 2013.
- Kiep, Walther Leisler, 1926-. *Bridge builder: an insider's account of over sixty years in post-war reconstruction, international diplomacy, and German-American relations*. West Lafayette, Ind.: Purdue University Press, 2012.
- Lloyd, Alan B. *Herodotus, book II: introduction*. Leiden: Brill, 1975.
- McAlister, Lyle N. *Spain and Portugal in the New World, 1492-1700*. Minneapolis: University of Minnesota Press, 1984.
- Purcell, Mary, 1906-. *Saint Anthony and his times*. Garden City, N.Y., Hanover House, 1960.
- Reid, Michael, author. *Brazil: the troubled rise of a global power*. New Haven: Yale University Press, 2014.

- Renouf, Norman. *Lisbon & the Surrounding Coast [electronic resource]*. West Palm Beach: Hunter Publishing, 2013.
- Sitwell, Sacheverell, 1897-1988, ed, et al. *Great houses of Europe*. New York, Putnam, 1961.
- Strom, Yale. *The expulsion of the Jews: five hundred years of exodus*. New York: S.P.I. Books, 1992.
- Turner, Jane, 1956-. *The Grove dictionary of art*. New York: St. Martin's Press, 2000.

## Oneida Community

- Community, Oneida. *Mutual criticism*. Syracuse, N.Y.: Syracuse University Press, 1975.
- Fischer, Gayle V. *Pantaloons and power: a nineteenth-century dress reform in the United States*. Kent, Ohio: Kent State University Press, 2001.
- Foster, Lawrence, 1947-. *Women, family, and utopia: communal experiments of the Shakers, the Oneida Community, and the Mormons*. Syracuse, N.Y.: Syracuse University Press, 1991.
- Foster, Lawrence, 1947- author. *Religion and sexuality: the Shakers, the Mormons, and the Oneida Community*. Urbana: University of Illinois Press, 1984.
- Klaw, Spencer, 1920-. *Without sin: the life and death of the Oneida community*. [New York]: Viking, 1993.
- Mandelker, Ira L., 1952-. *Religion, society, and utopia in nineteenth-century America*. Amherst: University of Massachusetts Press, 1984.
- Robertson, Constance Noyes. *Oneida Community: the breakup, 1876-1881*. [Syracuse] Syracuse University Press, 1972.
- Robertson, Constance Noyes, compiler. *Oneida Community: an autobiography, 1851-1876*. Syracuse, N.Y.: Syracuse University Press, 1970.
- Ryan, Mary P. *Cradle of the middle class: the family in Oneida County, New York, 1790-1865*. Cambridge, Eng.; New York: Cambridge University Press, 1981.
- Spurlock, John C., 1954-. *Free love: marriage and middle-class radicalism in America, 1825-1860*. New York: New York University Press, 1988.

## Max Weber

- Bendix, Reinhard. *Max Weber: an intellectual portrait*. Berkeley: University of California Press, 1977.
- Hobsbawm, E. J. (Eric J.), 1917-. *The age of empire, 1875-1914*. New York: Pantheon Books, 1987.
- Mitzman, Arthur, 1931-. *The iron cage: an historical interpretation of Max Weber*. New Brunswick, NJ: Transaction Books, 1985.
- Mommsen, Wolfgang J., 1930-. *Max Weber and German politics, 1890-1920*. Chicago: University of Chicago Press, 1984.
- Sashkin, Marshall, 1944-. *Leadership that matters: the critical factors for making a difference in people's lives and organizations' success*. San Francisco: Berrett-Koehler, 2003.
- Schumpeter, Joseph Alois, 1883-1950. *History of economic analysis*. New York: Oxford University Press, 1954.
- Warner, Daniel. *An ethic of responsibility in international relations*. Boulder, Colo.: L. Rienner, 1991.
- Weber, Marianne, et al. *Max Weber: a biography*. New Brunswick: Transaction Books, 1988.
- Weber, Max. *Law in Economy and Society*. Harvard UP, 1954.
- Weber, Max, 1864-1920, et al. *Economy and society: an outline of interpretive sociology*. Berkeley: University of California Press, 1978.

## Timeline of the Spanish–American War

- Axelrod, Alan. *Profiles in Folly*. Sterling, 2008.
- Baralt, Guillermo A., 1948-. *Buena Vista: life and work on a Puerto Rican hacienda, 1833-1904*. Chapel Hill: The University of North Carolina Press, 1999.
- Bining, Arthur Cecil, 1893-1957, et al. *The rise of American economic life*. New York, Scribner, 1964.
- Duany, Jorge. *The Puerto Rican nation on the move*. University of North Carolina Press, 2002.
- Esdaile, Charles J.. *The Peninsular War*. Palgrave MacMillan, 2003.

- Pratt, Walter F.. *The Supreme Court under Edward Douglass White, 1910-1921*. University of South Carolina Press, 1999.
- Romero Salvado, Francisco J., 1960-. *Twentieth-century Spain: politics and society in Spain, 1898-1998*. New York: St. Martin's Press, 1999.
- Simmons, Edwin H., 1921-2007. *The United States Marines: a history*. Annapolis, Md.: Naval Institute Press, 2003.
- Symonds, Craig L. *Decision at sea: five naval battles that shaped American history*. Oxford; New York: Oxford University Press, 2005.
- Watson, Cynthia Ann. *U.S. national security: a reference handbook*. Santa Barbara, Calif.: ABC-CLIO, 2008.
- Zimmermann, Warren. *First great triumph*. Farrar, Straus and Giroux, 2002.

## Race (human categorization)

- Appiah, Anthony. *In my father's house: Africa in the philosophy of culture*. New York: Oxford University Press, 1992.
- Boyd, William C. (William Clouser), 1903-. *Genetics and the races of man; an introduction to modern physical anthropology*. Boston, Little, Brown, 1950.
- Dawkins, Richard, 1941-. *The ancestor's tale: a pilgrimage to the dawn of evolution*. Boston: Houghton Mifflin, 2005.
- Gordon, Milton M., 1918-. *Assimilation in American life: the role of race, religion, and national origins*. New York: Oxford University Press, 1964.
- Graves, Joseph L., 1955-. *The Emperor's new clothes: biological theories of race at the millennium*. New Brunswick, N.J.: Rutgers University Press, 2001.
- Mayr, Ernst, 1904-. *Principles of systematic zoology*. New York: McGraw-Hill, 1969.
- Morgan, Edmund S. (Edmund Sears), 1916-. *American slavery, American freedom: the ordeal of colonial Virginia*. New York: Norton, 1975.
- Sexton, Jared. *Amalgamation schemes: antiblackness and the critique of multiracialism*. Minneapolis: University of Minnesota Press, 2008.
- Smedley, Audrey. *Race in North America: origin and evolution of a worldview*. Boulder, Colo.: Westview Press, 1999.
- Takaki, Ronald. *A different mirror*. Little Brown & Co (T); 1 edition (June 1993), 1993.
- Todorov, Tzvetan. *On human diversity*. Harvard University Press, 1993.

## Timeline of modern American conservatism

- Bethell, John T. *Harvard observed: an illustrated history of the university in the twentieth century*. Cambridge, Mass.: Harvard University Press, 1998.
- Brandt, Karl Gerard. *Ronald Reagan and the House Democrats: gridlock, partisanship, and the fiscal crisis*. Columbia: University of Missouri Press, 2009.
- Carlisle, Rodney P. *Encyclopedia of Politics: the left and the right. Volume 1, The left*. Thousand Oaks, Calif.; London, U.K.: Sage Publications, 2005.
- Judis, John B. *William F. Buckley, Jr., patron saint of the conservatives*. New York: Simon and Schuster, 1988.
- Levy, Peter B.. *Encyclopedia of the Clinton presidency*. Greenwood Press, 2002.
- Link, William A.. *Righteous Warrior*. St. Martin's Press, 2008.
- Rae, Nicol C. *Conservative reformers: the Republican freshmen and the lessons of the 104th Congress*. Armonk, N.Y.: M.E. Sharpe, 1998.
- Rasmussen, Scott. *Mad as hell: how the Tea Party movement is fundamentally remaking our two-party system*. New York: HarperLuxe, 2010.
- Slavin, Sarah. *U.S. women's interest groups: institutional profiles*. Westport, Conn.: Greenwood Press, 1995.
- Tushnet, Mark V., 1945-. *A Court divided: the Rehnquist court and the future of constitutional law*. New York: W.W. Norton Co., 2005.

- White, Graham J. *FDR and the press*. Chicago: University of Chicago Press, 1979.

## Julia Stephen

- Black, Naomi, 1935-. *Virginia Woolf as feminist*. Ithaca: Cornell University Press, 2004.
- Boyd, Elizabeth French, 1905-. *Bloomsbury heritage, their mothers and their aunts*. New York: Taplinger Pub. Co., 1976.
- Cox, Julian. *Julia Margaret Cameron: the complete photographs*. Los Angeles, CA: Getty Publications, 2003.
- Fenwick, Gillian. *Leslie Stephen's life in letters: a bibliographical study*. Aldershot, Hants, Eng.: Scolar Press, 1993.
- Gérin, Winifred. *Anne Thackeray Ritchie: a biography*. Oxford; New York: Oxford University Press, 1981.
- Rosenman, Ellen Bayuk. *The invisible presence: Virginia Woolf and the mother-daughter relationship*. Baton Rouge: Louisiana State University Press, 1986.
- Stape, J. H. (John Henry). *Virginia Woolf: interviews and recollections*. Iowa City: University of Iowa Press, 1995.
- Stephen, Leslie, Sir, 1832-1904. *Sir Leslie Stephen's Mausoleum book*. Oxford [Eng.]: Clarendon Press, 1977.
- Thomas, Gillian, 1944-. *A position to command respect: women and the eleventh Britannica*. Metuchen, N.J.: Scarecrow Press, 1992.
- Woolf, Virginia, et al. *The letters of Virginia Woolf: volume III, 1923-1928*. New York: Harcourt Brace Jovanovich, 1975.
- Zwerdling, Alex. *Virginia Woolf and the real world*. Berkeley: University of California Press, 1986.

## Joseph W. Papin

- Benedict, Dorothy Potter, 1889-. *Bandoleer*. New York, Pantheon Books, 1963.
- Bulfinch, Thomas, 1796-1867, et al. *Bulfinch's mythology: the age of fable*. Garden City, N.Y.: Doubleday Book & Music Club, 1968.
- Catherall, Arthur, 1906-1980, et al. *Camel caravan*. New York: Seabury Press, 1968.
- Clark, Allen P., et al. *Growing up in the Wild West*. New York, N.Y.: Bold Face Books; Distributed by Sterling Pub. Co., 1961.
- Gaustad, Edwin S. (Edwin Scott). *Historical atlas of religion in America*. New York, Harper & Row, 1962.
- Heaps, Willard Allison, 1908-. *The story of Ellis Island*. New York, Seabury Press, 1967.
- McCaig, Robert J. *That Nester kid*. New York: Scribner, 1961.
- Scovel, Myra. *To lay a hearth*. New York, Harper & Row, 1968.
- Traub, James. *Too good to be true: the outlandish story of Wedtech*. New York: Doubleday, 1990.
- Winn, Dilys. *Murder ink: the mystery reader's companion*. New York: Workman Pub., 1977.

## Thomas Mallon

- Mallon, Thomas. *Aurora 7*. Norton, 1992.
- Mallon, Thomas, 1951-. *A book of one's own: people and their diaries*. New York: Ticknor & Fields, 1984.
- Mallon, Thomas, 1951-. *Arts and sciences: a seventies seduction*. New York: Ticknor & Fields, 1988.
- Mallon, Thomas, 1951-. *Bandbox*. New York: Pantheon Books, 2004.
- Mallon, Thomas, 1951-. *Dewey defeats Truman: a novel*. New York: Pantheon Books, 1997.
- Mallon, Thomas, 1951-. *Fellow travelers*. New York: Pantheon Books, 2007.
- Mallon, Thomas, 1951-. *Henry and Clara*. New York: Ticknor & Fields, 1994.
- Mallon, Thomas, 1951-. *Mrs. Paine's garage and the murder of John F. Kennedy*. New York: Pantheon Books, 2002.
- Mallon, Thomas, 1951-. *Stolen words: forays into the origins and ravages of plagiarism*. New York: Ticknor & Fields, 1989.

- Mallon, Thomas, 1951-. *Two moons: a novel*. New York: Pantheon Books, 2000.
- Mallon, Thomas, 1951-. *Yours ever: people and their letters*. New York: Pantheon Books, 2009.

## Soviet Union

- Atwood, Craig D. *Always reforming: a history of Christianity since 1300*. Macon, Ga.: Mercer University Press, 2001.
- Comrie, Bernard, 1947-. *The languages of the Soviet Union*. Cambridge [Eng.]; New York: Cambridge University Press, 1981.
- Eaton, Katherine Bliss. *Daily life in the Soviet Union*. Greenwood Press, 2004.
- Hosking, Geoffrey A. *Rulers and victims: the Russians in the Soviet Union*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2006.
- Hosking, Geoffrey A.. *Russia and the Russians*. Belknap Press of Harvard University Press, 2001.
- Leggett, George. *The Cheka: Lenin's political police: the all-Russian extraordinary commission for combating counter-revolution and sabotage, December 1917 to February 1922*. Oxford: Clarendon Press; New York: Oxford University Press, 1981.
- Mawdsley, Evan, 1945-. *The Russian Civil War*. New York, N.Y.: Pegasus Books, 2007.
- Polley, Martin, 1965-. *A-Z of modern Europe since 1789*. London; New York: Routledge, 2000.
- Triska, Jan F, et al. *The theory, law, and policy of Soviet treaties*. Stanford, Calif., Stanford University Press, 1962.
- White, Stephen, 1945-;Gill, Graeme J;Slider, Darrell. *The politics of transition: shaping a post-Soviet future*. Cambridge [England]; New York: Cambridge University Press, 1993.
- Zemtsov, Ilya. *Chernenko: the last Bolshevik: the Soviet Union on the eve of Perestroika*. New Brunswick, N.J., U.S.A.: Transaction Publishers, 1989.

## Chicago

- Buisseret, David. *Historic Illinois from the air*. Chicago: University of Chicago Press, 1990.
- Condit, Carl W. *Chicago, 1910-29: building, planning, and urban technology*. Chicago: University of Chicago Press, 1973.
- Condit, Carl W, et al. *Chicago's famous buildings: a photographic guide to the city's architectural landmarks and other notable buildings*. Chicago: University of Chicago Press, 1980.
- Cronon, William. *Nature's metropolis: Chicago and the Great West*. New York: W.W. Norton, 1992.
- Fodor's Travel Publications, Inc. *Fodor's Chicago 2010*. New York: Fodor's Travel Publications, 2009.
- Lowe, David, 1933-. *Lost Chicago*. New York: Watson-Guptill Publications, 2000.
- Madigan, Charles. *Global Chicago*. Urbana: University of Illinois Press, 2004.
- Miller, Donald L., 1944-. *City of the century: the epic of Chicago and the making of America*. New York: Simon & Schuster, 1996.
- Smith, Carl S. *The Plan of Chicago: Daniel Burnham and the remaking of the American city*. Chicago: University of Chicago Press, 2006.

## China–United Kingdom relations

- Boardman, Robert, 1945-. *Britain and the People's Republic of China, 1949-74*. New York: Barnes & Noble Books, 1976.
- Ellis, Lewis Ethan, 1898-. *Republican foreign policy, 1921-1933*. New Brunswick, N.J., Rutgers University Press, 1968.
- Feis, Herbert, 1893-1972, author. *The China tangle: the American effort in China from Pearl Harbor to the Marshall mission*. Princeton, New Jersey: Princeton University Press, 1953.
- Garver, John W. *Foreign relations of the People's Republic of China*. Englewood Cliffs, N.J.: Prentice Hall, 1992.
- Gregory, J. S. (John Stradbroke), 1923-. *Great Britain and the Taipings*. London, Routledge & K. Paul, 1969.
- Ridley, Jasper Godwin. *Lord Palmerston*. New York, Dutton, 1971.
- Shai, Aron. *Britain and China, 1941-47: imperial momentum*. New York: St. Martin's Press, 1984.

- Thorne, Christopher G. *The limits of foreign policy; the West, the League, and the Far Eastern crisis of 1931-1933*. New York, Putnam, 1973.
- Trotter, Ann. *Britain and East Asia, 1933-1937*. London; New York: Cambridge University Press, 1975.
- Woodcock, George, 1912-1995. *The British in the Far East*. London: Weidenfeld & Nicolson, 1969.
- Xiang, Lanxin, 1956-. *Recasting the imperial Far East: Britain and America in China, 1945-1950*. Armonk, N.Y.: M.E. Sharpe, 1995.

## Kahlil Gibran

- Bushrui, Suheil B, et al. *Kahlil Gibran, man and poet: a new biography*. Oxford, England; Boston, MA: Oneworld, 1999.
- Cachia, Pierre. *Arabic literature: an overview*. London; New York: RoutledgeCurzon, 2002.
- Ferris, Anthony R. *Kahlil Gibran: A Self-Portrait*. New York Citadel Press, 1959.
- Ghougassian, Joseph P. *Kahlil Gibran: wings of thought; the people's philosopher*. New York, Philosophical Library, 1973.
- Gibran, Jean, et al. *Kahlil Gibran, his life and world*. New York: Interlink Books, 1991.
- Gibran, Kahlil, 1883-1931. *Jesus the Son of man*. New York, A.A. Knopf, 1928.
- Najjar, Alexandre, 1967-. *Kahlil Gibran: author of the Prophet*. London; San Francisco: Saqi, 2008.
- Otto, Annie Salem. *The parables of Kahlil Gibran: an interpretation of his writings and his art*. New York: Citadel Press, 1963.
- Sherfan, Andrew Dib, compiler. *A third treasury of Kahlil Gibran*. Secaucus, N.J.: Citadel Press, 1974.
- Waterfield, Robin. *Prophet*. St. Martin's Press, 1998.
- Young, Barbara, 1878-. *This man from Lebanon, a study of Kahlil Gibran*. New York, A.A. Knopf, 1945.

## January 4

- Andrews, Wayne. *The surrealist parade*. New Directions, 1990.
- Commire, Anne, et al. *Women in world history: a biographical encyclopedia*. Waterford, CT: Yorkin Publications, 1999.
- Cudjoe, Selwyn Reginald, et al. *C.L.R. James: his intellectual legacies*. Amherst: University of Massachusetts Press, 1995.
- D'Lugo, Marvin, 1943-. *The films of Carlos Saura: the practice of seeing*. Princeton, N.J.: Princeton University Press, 1991.
- Greenspan, Bud, et al. *Numero uno*. New York, N.Y.: New American Library, 1982.
- Lintner, Bertil. *Burma in revolt: opium and insurgency since 1948*. Chiang Mai, Thailand: Silkworm Books, 1999.
- Lovasik, Lawrence G. (Lawrence George), 1913-. *Saint Elizabeth Ann Seton*. New York: Catholic Book Pub. Co., 1981.
- Ludington, Townsend, 1936-. *Marsden Hartley: the biography of an American artist*. Ithaca: Cornell University Press, 1998.
- McCaffrey, Donald W, et al. *Guide to the silent years of American cinema*. Westport, Conn.: Greenwood Press, 1999.
- McKittrick, David, 1949-. *Lost lives: the stories of the men, women and children who died as a result of the Northern Ireland troubles*. Edinburgh: Mainstream, 1999.
- Schick, Elizabeth A, et al. *Current biography yearbook, 1997*. New York; Dublin: H.W. Wilson, 1997.

## Samuel Pickering

- Pickering, Sam, 1941-. *A continuing education*. Hanover [NH]: Published for the University of Connecticut by University Press of New England, 1985.
- Pickering, Sam, 1941-. *The moral tradition in English fiction, 1785-1850*. Hanover, N.H.: Published for Dartmouth College by the University Press of New England, 1976.
- Pickering, Sam, 1941-. *The right distance*. Athens: University of Georgia Press, 1987.
- Pickering, Sam, 1941-. *Walkabout year: twelve months in Australia*. Columbia: University of Missouri Press, 1995.

- Pickering, Sam, 1941-. *Waltzing the magpies: a year in Australia*. Ann Arbor: University of Michigan Press, 2004.
- Pickering, Samuel F.. *Moral instruction and fiction for children, 1749-1820*. University of Georgia Press, 1993.
- Pickering, Samuel F.. *Still life*. University Press of New England, 1990.
- Pickering, Samuel F.. *The best of Pickering*. University of Michigan Press, 2004.
- Pickering, Samuel F., 1941-. *John Locke and children's books in eighteenth-century England*. Knoxville: University of Tennessee Press, 1981.
- Pickering, Samuel F., 1941-. *The blue caterpillar and other essays*. Gainesville: University Press of Florida, 1997.
- Robbe-Grillet, Alain, 1922-2008, et al. *Last year at Marienbad*. New York, Grove Press, 1962.

## Liberation of France

- Aron, Robert, 1898-1975. *France reborn; the history of the liberation, June 1944-May 1945. Translated by Humphrey Hare*. New York, Scribner, 1964.
- Berthon, Simon. *Allies at war: the bitter rivalry among Churchill, Roosevelt, and de Gaulle*. New York: Carroll & Graf, 2001.
- Ehrlich, Blake, 1917-. *Resistance; France 1940-1945*. Boston, Little, Brown, 1965.
- Fenby, Jonathan. *The general: Charles de Gaulle and the France he saved*. New York: Skyhorse Pub., 2012.
- Gilbert, Martin, 1936-. *The Second World War: a complete history*. New York: H. Holt, 1991.
- Hurstfield, Julian G. *America and the French nation, 1939-1945: a study in politics and attitudes*. Chapel Hill: University of North Carolina Press, 1986.
- Jackson, Julian, 1954-. *France: the dark years, 1940-1944*. Oxford; New York: Oxford University Press, 2003.
- Keegan, John, 1934-. *Six armies in Normandy: from D-Day to the liberation of Paris, June 6th-August 25th, 1944*. New York: Viking Press, 1982.
- Kersaudy, François, 1948-. *Churchill and De Gaulle*. New York: Atheneum, 1982.
- Paxton, Robert O.. *Vichy France*. Columbia University Press, 2001.
- Zaretsky, Robert, 1955-. *Nîmes at war: religion, politics, and public opinion in the Gard, 1938-1944*. University Park, Pa.: Pennsylvania State University Press, 1995.

## Cher

- Bego, Mark. *Cher: if you believe*. New York Cooper Square Press, 2001.
- Bronson, Fred. *The Billboard book of number one hits*. New York: Billboard Books, 1997.
- Cher,. *The first time*. Simon & Schuster, 1998.
- Chunovic, Louis. *One foot on the floor: the curious evolution of sex on television from I love Lucy to South Park*. New York: TV Books, 2000.
- Murrells, Joseph. *The book of golden discs*. London: Barrie & Jenkins, 1978.
- Quirk, Lawrence J. *Totally uninhibited: the life and wild times of Cher*. New York: W. Morrow, 1991.
- Rees, Dafydd. *Rock stars encyclopedia*. DK Pub., 1999.
- Roedy, Bill. *What makes business rock*. Wiley, 2011.
- Simpson, Paul, 1961-. *The rough guide to cult pop*. [London]: Rough Guides: Distributed by the Penguin Group, 2003.
- Sonneborn, Liz. *A to Z of American women in the performing arts*. New York: Facts on File, 2002.
- Studwell, William E. (William Emmett), 1936-2010. *The classic rock and roll reader: rock music from its beginnings to the mid-1970s*. New York: Haworth Press, 1999.

## History of the American Broadcasting Company

- Brown, Les, 1928-. *The New York times encyclopedia of television*. New York: Times Books, 1977.
- Castleman, Harry, et al. *Watching TV: four decades of American television*. New York: McGraw-Hill, 1982.

- Freeman, Michael. *ESPN*. Taylor Trade Pub., 2001.
- Goldenson, Leonard H, et al. *Beating the odds: the untold story behind the rise of ABC: the stars, struggles, and egos that transformed network television by the man who made it happen*. New York: Scribners: Maxwell Macmillan International; Toronto: Collier Macmillan Canada, 1991.
- Kiska, Tim. *A newscast for the masses: the history of Detroit television news*. Detroit: Wayne State University Press, 2009.
- Long, Stewart, 1943-. *The development of the television network oligopoly*. New York: Arno Press, 1979.
- Murray, Michael D. *Encyclopedia of television news*. Phoenix, Ariz.: Oryx Press, 1999.
- Pasiuk, Laurie,Vault (Firm). *Vault guide to the top media & entertainment employers*. New York: Vault, 2006.
- Smith, Dave, 1940-. *Disney A to Z: the updated official encyclopedia*. New York: Hyperion, 1998.
- Wittebols, James H.. *The soap opera paradigm*. Rowman & Littlefield Publishers, 2004.

## Creation myth

- Doniger, Wendy, et al. *Merriam-Webster's encyclopedia of world religions; Wendy Doniger, consulting editor*. Springfield, Mass.: Merriam-Webster, 1999.
- Dundes, Alan. *Sacred narrative, readings in the theory of myth*. Berkeley: University of California Press, 1984.
- Eliade, Mircea, 1907-. *Patterns in comparative religion*. [New York] New American Library, 1963.
- Frankfort, Henri, 1897-1954, et al. *The intellectual adventure of ancient man: an essay on speculative thought in the ancient Near East*. Chicago: University of Chicago Press, 1977.
- Giddens, Sandra. *African mythology*. New York: Rosen Pub. Group, 2006.
- Leeming, David Adams. *A dictionary of creation myths*. Oxford University Press, 1995.
- Leeming, David Adams, 1937-. *Myth: a biography of belief*. Oxford; New York, N.Y.: Oxford University Press, 2002.
- Leeming, David Adams, 1937-. *The Oxford companion to world mythology*. Oxford; New York: Oxford University Press, 2005.
- Littleton, C. Scott, et al. *Gods, goddesses, and mythology*. New York: Marshall Cavendish, 2005.
- Sproul, Barbara C. *Primal myths*. HarperSanFrancisco, 1991.
- Thomas, Cullen. *Brother one cell: an American coming of age in South Korea's prisons*. New York: Penguin Books, 2008.

## Vietnamese people

- Andaya, Barbara Watson. *The flaming womb: repositioning women in early modern Southeast Asia*. Honolulu: University of Hawaiʻi Press, 2006.
- Boobbyer, Claire, author. *Vietnam, Cambodia & Laos*. Bath, U.K.: Footprint, 2013.
- Brigham, Robert K. (Robert Kendall), 1960-. *Guerrilla diplomacy: the NLF's foreign relations and the Viet Nam War*. Ithaca: Cornell University Press, 1999.
- Gernet, Jacques. *A history of Chinese civilization*. Cambridge University Press, 1996.
- Gibney, Matthew J, et al. *Immigration and asylum: from 1900 to the present*. Santa Barbara, Calif.: ABC-CLIO, 2005.
- Hampson, Fen Osler. *Nurturing peace: why peace settlements succeed or fail*. Washington, D.C.: United States Institute of Peace Press, 1996.
- Jukes, Geoffrey. *The Soviet Union in Asia.*. University of California Press, 1973.
- Lewy, Guenter, 1923-. *America in Vietnam*. Oxford; Toronto: Oxford University Press, 1980.
- McLeod, Mark W. *Culture and customs of Vietnam*. Westport, CT: Greenwood Press, 2001.
- Murray, Geoffrey. *Vietnam dawn of a new market*. St. Martin's Press, 1997.

## Melville Fuller

- Biskupic, Joan, et al. *Guide to the U.S. Supreme Court*. Washington, D.C.: Congressional Quarterly, 1997.
- Chemerinsky, Erwin. *Federal jurisdiction*. Gaithersburg [Md.]: Aspen Law & Business, 1999.

- Curriden, Mark, et al. *Contempt of court: the turn-of-the-century lynching that launched 100 years of federalism*. New York: Faber and Faber, 1999.
- Finkelman, Paul, 1949-;Urofsky, Melvin I;United States. Supreme Court. *Landmark decisions of the United States Supreme Court*. Washington, D.C.: CQ Press, 2003.
- Friedman, Leon, comp, et al. *The justices of the United States Supreme Court, 1789-1969, their lives and major opinions*. New York, Chelsea House in association with Bowker, 1969.
- Lively, Donald E., 1947-. *The Constitution and race*. New York, NY: Praeger, 1992.
- Semonche, John E., 1933-. *Charting the future: the Supreme Court responds to a changing society, 1890-1920*. Westport, Conn.: Greenwood Press, 1978.
- Steamer, Robert J. *Chief justice: leadership and the Supreme Court*. Columbia, S.C.: University of South Carolina Press, 1986.
- Tomlins, Christopher L., 1951-, et al. *The United States Supreme Court: the pursuit of justice*. Boston: Houghton Mifflin, 2005.
- Umbreit, Kenneth Bernard. *Our eleven chief justices; a history of the Supreme Court in terms of their personalities*. New York London, Harper & Bros, 1938.

## Wiley Rutledge

- Barnes, Catherine A. *Men of the Supreme Court: profiles of the justices*. New York: Facts on File, 1978.
- Biskupic, Joan, et al. *Guide to the U.S. Supreme Court*. Washington, D.C.: Congressional Quarterly, 1997.
- Currie, David P. *The Constitution in the Supreme Court: the second century, 1888-1986*. Chicago: University of Chicago Press, 1990.
- Ferren, John M, et al. *Salt of the earth, conscience of the court: the story of Justice Wiley Rutledge*. Chapel Hill: University of North Carolina Press, 2004.
- Finkelman, Paul, 1949-;Urofsky, Melvin I;United States. Supreme Court. *Landmark decisions of the United States Supreme Court*. Washington, D.C.: CQ Press, 2003.
- Sickels, Robert J. *John Paul Stevens and the Constitution: the search for balance*. University Park: Pennsylvania State University Press, 1988.
- Tresolini, Rocco J. *Justice and the Supreme Court*. Philadelphia, Lippincott, 1963.
- Urofsky, Melvin I. *The Supreme Court justices: a biographical dictionary*. New York: Garland Pub., 1994.
- Urofsky, Melvin I., author. *Dissent and the Supreme Court: its role in the Court's history and the nation's constitutional dialogue*. New York: Pantheon Books, 2015.

## Richard Burton

- Alpert, Hollis, 1916-. *Burton*. New York: Putnam, 1986.
- Babula, William. *Shakespeare in production, 1935-1978: a selective catalogue*. New York: Garland, 1981.
- Bragg, Melvyn, 1939-. *Richard Burton: a life*. Boston: Little, Brown, 1988.
- Cottrell, John, et al. *Richard Burton, very close up*. Englewood Cliffs, N.J., Prentice-Hall, 1972.
- Croall, Jonathan. *Gielgud: a theatrical life*. New York: Continuum, 2001.
- Ferris, Paul, 1929-. *Richard Burton*. New York: Coward, McCann & Geoghegan, 1981.
- Kashner, Sam, et al. *Furious love: Elizabeth Taylor, Richard Burton, and the marriage of the century*. New York: Harper, 2010.
- McGilligan, Patrick. *Clint: the life and legend*. New York: St. Martin's Press, 2002.
- Monaco, James, et al. *The encyclopedia of film*. New York, NY: Perigee Books, 1991.
- Sterne, Richard L, et al. *John Gielgud directs Richard Burton in Hamlet: a journal of rehearsals*. New York: Random House, 1967.
- Walker, Alexander. *Elizabeth*. New York: Grove Press; [Emeryville, CA: Distributed by Publishers Group West], 2001.

## Human evolution

- Boyd, Robert, 1948-. *How humans evolved*. New York: Norton, 2002.
- DeSalle, Rob. *Human origins: what bones and genomes tell us about ourselves*. College Station: Texas A & M University Press, 2008.

- Gibbons, Ann. *The first human: the race to discover our earliest ancestors*. New York: Doubleday, 2006.
- Jones, Steve, 1944-, et al. *The Cambridge encyclopedia of human evolution*. Cambridge [England]; New York, NY, USA: Cambridge University Press, 1992.
- Leakey, Richard E.. *The origin of humankind*. BasicBooks, 1994.
- Morwood, M. J. (Mike J.), et al. *A new human: the strange story of the 'hobbit': how the biggest discovery in anthropology since Lucy shattered more than a century of textbook science*. New York: Smithsonian Books/Collins, 2007.
- Ruse, Michael, et al. *Evolution: the first four billion years*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2009.
- Shreeve, James. *The Neandertal enigma*. Morrow, 1995.
- Stanford, Craig B.. *Biological anthropology*. Pearson Education/Prentice Hall, 2009.
- Stringer, Chris, 1947-, et al. *African exodus: the origins of modern humanity*. New York: Henry Holt, 1997.

## Louis Mountbatten, 1st Earl Mountbatten of Burma

- Dimbleby, Jonathan. *The Prince of Wales: a biography*. New York: W. Morrow, 1994.
- Hicks, Pamela, 1929-. *Daughter of empire: life as a Mountbatten*. London: Weidenfeld & Nicolson, 2012.
- Junor, Penny. *The Firm: the troubled life of the House of Windsor*. New York: Thomas Dunne Books, 2005.
- Khan, Yasmin. *The great Partition*. Yale University Press, 2007.
- Leigh, David, 1946-. *The Wilson plot: the intelligence services and the discrediting of a prime minister*. London: Heinemann, 1988.
- Moloney, Ed, 1948-. *A secret history of the IRA*. New York: W.W. Norton, 2003.
- Pender, Paul. *The butler did it: my true and terrifying encounters with a serial killer*. Edinburgh: Mainstream, 2012.
- Terraine, John. *The life and times of Lord Mountbatten: an illustrated biography based on the television history;*. London, Hutchinson, 1968.
- Villa, Brian Loring. *Unauthorized action: Mountbatten and the Dieppe raid*. Toronto: Oxford University Press, 1990.
- Wolpert, Stanley A.. *Shameful Flight*. Oxford University Press, USA, 2006.
- Ziegler, Philip. *Mountbatten: the official biography*. [Glasgow]: Fontana, 1986.

## George Armitage Miller

- Block, Ned. *Readings in philosophy of psychology*. Cambridge, Mass. Harvard Univ. Press, 1981.
- Grusky, Oscar, 1930- comp, et al. *The sociology of organizations: basic studies*. New York: Free Press, 1981.
- Miller, George A.. *Spontaneous apprentices*. Seabury Press, 1977.
- Miller, George A. (George Armitage), 1920-. *Language and communication*. New York: McGraw-Hill, 1963.
- Miller, George A. (George Armitage), 1920-. *Language and speech*. San Francisco: W.H. Freeman, 1981.
- Miller, George A. (George Armitage), 1920-, et al. *Language and perception*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1976.
- Miller, George A. (George Armitage), 1920-, et al. *Plans and the structure of behavior*. New York: Holt, 1960.
- Miller, George A. (George Armitage), 1920-2012, compiler. *Communication, language, and meaning: psychological perspectives*. New York, Basic Books, 1973.
- Smith, Frank, (1928- ...). edt, et al. *The genesis of language: a psycholinguistic approach: proceedings of a conference on "Language development in children," sponsored by the National Institute of Child Health and Human Development, National Institutes of Health [held April 25-28, 1965, at Old Point Comfort, Virginia]*. Cambridge (Mass.); London: The M.I.T. Press, 1970.
- Smith, Frank, 1928- ed, et al. *The Genesis of language: a psycholinguistic approach; proceedings of a conference on "Language development in children" ...*. Cambridge: M.I.T. Press, 1966.

## Phineas Gage

- Altrocchi, John. _Abnormal behavior_. New York: Harcourt Brace Jovanovich, 1980.
- Blakemore, Colin. _Mechanics of the mind_. Cambridge; New York: Cambridge University Press, 1977.
- Carlson, Neil R., 1942-. _Physiology of behavior_. Boston: Allyn and Bacon, 1994.
- Cobb, Stanley, 1887-1968. _Borderlands of psychiatry_. Cambridge, Mass.: Harvard university press, 1944.
- Cooter, Roger. _The cultural meaning of popular science: phrenology and the organization of consent in nineteenth-century Britain_. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1984.
- Fleischman, John, 1948-. _Phineas Gage: a gruesome but true story about brain science_. Boston: Houghton Mifflin, 2002.
- Hart, Leslie A. _How the brain works: a new understanding of human learning, emotion, and thinking_. New York: Basic Books, 1975.
- Luria, A. R. (Aleksandr Romanovich), 1902-, et al. _The making of mind: a personal account of Soviet psychology_. Cambridge, Mass.: Harvard University Press, 1979.
- Morris, Charles G. _Psychology: an introduction_. Upper Saddle River, N.J.: Prentice Hall, 1996.
- Restak, Richard M., 1942-. _The brain_. Toronto; New York: Bantam Books, 1984.
- Sdorow, Lester. _Psychology_. Wm. C. Brown Publishers, 1990.

## The Bengal Club

- Banerjee, Sumanta. _The parlour and the streets: elite and popular culture in nineteenth century Calcutta_. Calcutta: Seagull Books, 1989.
- Chaudhuri, Amit, 1962-. _Calcutta: two years in the city_. London: Union, 2013.
- Farrell, J. G. (James Gordon), 1935-1979. _The siege of Krishnapur_. New York: Warner Books, 1976.
- Ghosh, Amitav, 1956-. _Sea of poppies_. London: John Murray, 2008.
- Godden, Rumer, 1907-1998. _The dark horse_. New York: Viking Press, 1982.
- Keating, H. R. F. (Henry Reymond Fitzwalter), 1926-2011. _Bribery, corruption also: an Inspector Ghote novel_. London: Macmillan, 1999.
- Scott, Paul, 1920-1978. _A division of the spoils: a novel_. Boston, Mass.: G.K. Hall, 1985.
- Seth, Vikram, 1952-. _A suitable boy_. New Delhi: Penguin India, 1994.
- Tully, Mark. _No full stops in India_. New Delhi, India; New York, N.Y., U.S.A.: Viking, 1991.
- Vickers, Hugo. _Vivien Leigh_. Little, Brown, 1988.
- Ziegler, Philip. _Mountbatten: the official biography_. [Glasgow]: Fontana, 1986.

## The Brittas Empire

- Attwood, Tony.. _Asperger's syndrome_. Jessica Kingsley Publishers, 1998.
- Berman, Garry. _Best of the Britcoms: from Fawlty Towers to Absolutely Fabulous_. Dallas, Tex: Taylor, 1999.
- Byrne, John, 1963-. _Writing comedy_. London: A. & C. Black, 1999.
- Davis, Rib. _Writing dialogue for scripts_. London: A. & C. Black, 1998.
- Fulton, Roger. _The encyclopedia of TV science fiction_. London: Boxtree, 1997.
- Greenhill, Wendy. _Twelfth night_. Oxford: Heinemann Library, 1997.
- Hatchwell, Emily. _Eastern Europe_. Oxford: Vacation Work, 1994.
- Howarth, Chris. _Red Dwarf: programme guide_. London: Virgin, 1993.
- Jones, Hilary. _I'm too busy to be stressed: how to recognise and relieve the symptoms of stress_. London: Hodder & Stoughton, 1997.
- Marshall, Peter. _Unlocking your potential: how to master your mind, life and destiny_. Oxford: How To Books, 1998.

## Economic history of the United States Civil War

- .,. _The Confederacy: selections from the four-volume Macmillan encyclopedia of the Confederacy_. New York: Macmillan Library Reference USA; London: Prentice Hall International, 1998.

- Andreano, Ralph L., 1929-. *The economic impact of the American Civil War*. Cambridge [Mass.] Schenkman, 1967.
- Davis, William C., 1946-. *Look away!: a history of the Confederate States of America*. New York: Free Press, 2002.
- Eaton, Clement, 1898-. *A history of the Southern Confederacy*. New York: Macmillan, 1954.
- Gallman, J. Matthew (James Matthew). *The North fights the Civil War: the home front*. Chicago: I.R. Dee, 1994.
- Hammond, Bray. *Sovereignty and an empty purse; banks and politics in the Civil War*. Princeton, N.J., Princeton University Press, 1970.
- Hyman, Harold Melvin, 1924-. *American singularity: the 1787 Northwest Ordinance, the 1862 Homestead and Morrill Acts, and the 1944 G.I. Bill*. Athens: University of Georgia Press, 1986.
- Myers, Margaret G. (Margaret Good), 1899-. *A financial history of the United States*. New York, Columbia University Press, 1970.
- Thomas, Emory M., 1939-. *The Confederacy as a revolutionary experience*. Englewood Cliffs, N.J.: Prentice-Hall, 1970.
- Thomas, Emory M., 1939-. *The Confederate nation, 1861-1865*. New York: Harper & Row, 1979.
- Weisman, Steven R.. *The great tax wars*. Simon & Schuster, 2002.

## The Complete Beatles Recording Sessions

- Greenwald, Ted, 1959-. *The long & winding road: an intimate guide to the Beatles*. New York: MetroBooks, 1997.
- Hertsgaard, Mark, 1956-. *A day in the life: the music and artistry of the Beatles*. New York: Delacorte Press, 1995.
- Heylin, Clinton. *Bob Dylan*. St. Martin's Press, 1995.
- Ingham, Chris, 1962-. *The rough guide to the Beatles*. London: Rough Guides, 2006.
- Jorgensen, Ernst. *Elvis Presley: a life in music: the complete recording sessions*. New York: St. Martin's Press, 1998.
- MacDonald, Ian, 1948-2003. *Revolution in the head: the Beatles' records and the sixties*. Chicago, Ill: Chicago Review Press, 2007.
- Matteo, Stephen. *Let it be*. New York: Continuum, 2004.
- Riley, Tim. *Tell me why: a Beatles commentary*. Cambridge, MA: Da Capo Press; London: Eurospan, 2002.
- Shea, Stuart. *Fab Four FAQ: everything left to know about the Beatles-- and more!*. New York: Hal Leonard, 2007.
- Shenk, Joshua Wolf. *Powers of two: finding the essence of innovation in creative pairs*. Boston: Eamon Dolan/Houghton Mifflin Harcourt, 2014.
- Turner, Steve, 1949-. *A hard day's write: the stories behind every Beatles song*. New York: Harper, 2005.

## Benjamin Franklin

- Bailyn, Bernard. *The ordeal of Thomas Hutchinson*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1974.
- Brands, H. W. *The first American: the life and times of Benjamin Franklin*. New York: Doubleday, 2000.
- Cohen, I. Bernard. *The Triumph of Numbers*. W. W. Norton & Company, 2005.
- Crane, Verner Winslow, 1889-. *Benjamin Franklin and a rising people*. Boston, Little, Brown, 1954.
- Krause, Chester L. *Standard catalog of United States paper money*. Iola, WI: Krause Publications, 1998.
- Merli, Frank J., 1929-2000, et al. *Makers of American diplomacy, from Benjamin Franklin to Henry Kissinger*. New York, Scribner, 1974.
- Morgan, Edmund S. (Edmund Sears), 1916-2013. *Benjamin Franklin*. New Haven: Yale University Press, 2003.
- Murray, Stuart, 1948-. *The library: an illustrated history*. New York, NY: Skyhorse Pub.; Chicago: American Library Association, 2009.

- Osborne, Charles, 1927-. *The bel canto operas of Rossini, Donizetti, and Bellini*. Portland, Or.: Amadeus Press, 1994.
- Van Doren, Carl, 1885-1950. *Benjamin Franklin*. New York, The Viking Press, 1966.

## Walter Lippmann

- Adams, Larry Lee, 1936-. *Walter Lippmann*. Boston: Twayne Publishers, 1977.
- Lippmann, Walter, 1889-1974. *Essays in the public philosophy*. New York, New American Library, 1955.
- Lippmann, Walter, 1889-1974. *Interpretations, 1931-1932*. New York, The Macmillan company, 1932.
- Lippmann, Walter, 1889-1974. *Men of destiny*. New York: The Macmillan company, 1927.
- Lippmann, Walter, 1889-1974. *The cold war; a study in U.S. foreign policy*. New York, Harper & Row, 1972.
- Lippmann, Walter, 1889-1974, et al. *Public philosopher: selected letters of Walter Lippmann*. New York: Ticknor & Fields, 1985.
- Lippmann, Walter, 1889-1974, et al. *The essential Lippmann: a political philosophy for liberal democracy*. Cambridge, Mass.: Harvard University Press, 1982.
- Seldes, George, 1890-1995. *Facts and fascism*. New York: In Fact, Inc., 1943.
- Steel, Ronald. *Walter Lippmann and the American century*. London; Toronto: Bodley Head, 1981.
- Wellborn, Charles. *Twentieth century pilgrimage: Walter Lippmann and the public philosophy*. Baton Rouge, Louisiana State University Press, 1969.

## Colonial history of the United States

- Breen, T. H. cn. *Puritans and adventurers: change and persistence in early America*. New York: Oxford University Press, 1980.
- Ciment, James. *Colonial America: an encyclopedia of social, political, cultural, and economic history*. Armonk, NY: Sharpe Reference, 2006.
- Faragher, John Mack, 1945-. *The encyclopedia of colonial and revolutionary America*. New York: Da Capo Press, 1996.
- Isaac, Rhys. *The transformation of Virginia, 1740-1790*. Chapel Hill: Published for the Institute of Early American History and Culture, Williamsburg, VA., by University of North Carolina Press, 1982.
- Linebaugh, Peter. *The Many-Headed Hydra*. Beacon Press, 2000.
- McNeese, Tim. *Colonial America, 1543-1763*. New York: Chelsea House, 2010.
- Miller, John Chester, 1907-. *Origins of the American Revolution*. Stanford Calif.: Stanford University Press; London: Oxford University Press, 1959.
- Savelle, Max, 1896-, et al. *The origins of American diplomacy: the international history of Angloamerica, 1492-1763*. New York, Macmillan, 1967.
- Savelle, Max, 1896-1979. *Empires to nations: expansion in America, 1713-1824*. Minneapolis: University of Minnesota Press, 1974.
- Tebeau, Charlton W. *A history of Florida*. Coral Gables, Fla., University of Miami Press, 1971.

## Antoine Watteau

- Hauser, Arnold, 1892-1978. *The social history of art. Vol. 3, Rococo, classicism and romanticism*. London: Routledge, 1999.
- Huyghe, René. *Art and the spirit of man*. New York, Abrams, 1962.
- Huyghe, René. *Watteau*. London: Pall Mall Press, 1970.
- Levey, Michael. *Rococo to Revolution; major trends in eighteenth-century painting*. New York, Praeger, 1966.
- Perl, Jed. *Antoine's alphabet: Watteau and his world*. New York: Alfred A. Knopf, 2008.
- Posner, Donald. *Antoine Watteau*. London: Weidenfeld & Nicolson, 1984.
- Roland Michel, Marianne. *Watteau, an artist of the eighteenth century*. New York: Alpine Fine Arts, 1984.
- Schneider, Pierre, 1925-, et al. *The world of Watteau, 1684-1721*. New York, Time, inc, 1967.
- Schwartz, Sanford, 1946-. *Artists and writers*. New York: Yarrow Press, 1990.
- Watteau, Antoine, 1684-1721. *The complete paintings of Watteau*. New York, H.N. Abrams, 1971.

## Russian Revolution

- Chamberlin, William Henry. *The Russian Revolution, 1917-1921.*. Grosset & Dunlap, 1965.
- Figes, Orlando. *A people's tragedy: a history of the Russian Revolution*. New York, NY: Viking, 1997.
- Pipes, Richard. *The Russian Revolution*. Vintage Books, 1991.
- Pipes, Richard, et al. *A concise history of the Russian Revolution*. New York: Knopf, 1995.
- Rabinowitch, Alexander. *The Bolsheviks come to power*. 1st ed, 1976.
- Service, Robert. *Lenin--a biography*. Cambridge, MA: Harvard University Press, 2000.
- Service, Robert. *Trotsky*. Belknap Press of Harvard University Press, 2009.
- Service, Robert, 1947-. *A history of modern Russia from Nicholas II to Vladimir Putin*. Cambridge, Mass.: Harvard University Press, 2005.
- Wolfe, Bertram David, 1896-1977. *Three who made a revolution: a biographical history*. New York: Stein and Day, 1984.

## La Boudeuse (painting)

- Brockway, James. *Hermitage, Leningrad*. New York: Newsweek, 1970.
- Huyghe, René. *Watteau*. London: Pall Mall Press, 1970.
- Lauterbach, Iris. *Antoine Watteau, 1684-1721*. Köln; Los Angeles: Taschen, 2008.
- Posner, Donald. *Antoine Watteau*. London: Weidenfeld & Nicolson, 1984.
- Roland Michel, Marianne. *Watteau, an artist of the eighteenth century*. New York: Alpine Fine Arts, 1984.
- Shapiro, ĪŪ. G. (ĪŪriĭ Goratsievich). *The Hermitage Leningrad picture gallery: a guide*. Leningrad: Aurora Art Publishers, 1989.
- Watteau, Antoine, 1684-1721. *The complete paintings of Watteau*. New York, H.N. Abrams, 1971.

## 1948 United States presidential election

- Bass, Jack, et al. *Strom: the complicated personal and political life of Strom Thurmond*. New York: Public Affairs, 2005.
- Chester, Edward W. *A guide to political platforms*. Hamden, Conn.: Archon Books, 1977.
- Divine, Robert A. *Foreign policy and U.S. presidential elections, 1940-1948*. New York, New Viewpoints, 1974.
- Donaldson, Gary. *Truman defeats Dewey*. Lexington, Ky.: University Press of Kentucky, 1999.
- Gullan, Harold I.. *The upset that wasn't*. Ivan R. Dee, 1998.
- Patterson, James T. *Mr. Republican: a biography of Robert A. Taft*. Boston, Houghton Mifflin, 1972.
- Porter, Kirk H. (Kirk Harold), 1891-1972, comp, et al. *National party platforms, 1840-1956*. Urbana, University of Illinois Press, 1956.
- Reinhard, David W., 1952-. *The Republican Right since 1945*. Lexington, Ky.: University Press of Kentucky, 1983.
- Smith, Richard Norton. *Thomas E. Dewey and his times*. Simon and Schuster, 1982.
- Truman, Harry S., 1884-1972. *Miracle of '48: Harry Truman's major campaign speeches & selected whistle-stops*. Carbondale: Southern Illinois University Press, 2003.

## Carl Sagan

- Achenbach, Joel. *Captured by aliens: the search for life and truth in a very large universe*. New York: Simon & Schuster, 1999.
- Davidson, Keay, et al. *Carl Sagan: a life*. New York: J.Wiley, 1999.
- Grinspoon, Lester, 1928-. *Marihuana reconsidered*. Oakland, CA: Quick American Archives, 1994.
- Poundstone, William. *Carl Sagan: a life in the cosmos*. New York: Henry Holt, 1999.
- Sagan, Carl. *Conversations with Carl Sagan*. University Press of Mississippi, 2006.
- Sagan, Carl, 1934-. *The cosmic connection; an extraterrestrial perspective*. Garden City, N.Y., Anchor Press, 1973.
- Sagan, Carl, 1934-1996. *Other worlds*. Toronto, N.Y.: Bantam Books, 1975.

- Sagan, Carl, 1934-1996, et al. *A path where no man thought: nuclear winter and the end of the arms race*. New York: Random House, 1990.
- Sagan, Carl, 1934-1996, et al. *Planets*. New York, Time, inc, 1966.
- Terzian, Yervant, 1939-, et al. *Carl Sagan's universe*. Cambridge, U.K.; New York, NY, USA: Cambridge University Press, 1997.

## Aircraft in fiction

- Allen, Richard Sanders, 1927-. *Revolution in the sky: the Lockheeds of aviation's Golden Age*. New York: Orion Books, 1988.
- Butler, Jimmie H.. *Red lightning, black thunder*. Dutton, 1991.
- Deighton, Len, 1929-. *Bomber: events relating to the last flight of an RAF bomber over Germany on the night of June 31st, 1943*. St Albans: Triad, 1978.
- Dolan, Edward F., 1924-2010. *Hollywood goes to war*. London: Bison Books, 1985.
- Niles, Douglas. *Fox on the Rhine*. New York: Forge, 2000.
- Ogden, Bob. *Great aircraft collections of the world*. New York City: Gallery Books, 1988.
- Smith, Julian. *Looking away: Hollywood and Vietnam*. New York: Scribner, 1975.
- Stross, Charles. *The Fuller memorandum*. Ace Books, 2010.
- Sunshine, Linda, et al. *Pearl Harbor: the movie and the moment*. New York: Hyperion, 2001.
- Tillman, Barrett. *Warriors*. New York: Bantam Books, 1990.

## Ed Koch

- Koch, Ed. *All the best*. Simon and Schuster, 1990.
- Koch, Ed. *Murder on 34th Street*. Kensington Books, 1997.
- Koch, Ed, 1924-, et al. *Citizen Koch: an autobiography*. New York: St. Martin's Press, 1992.
- Koch, Ed, 1924-, et al. *Eddie: Harold's little brother*. New York: G. P. Putnam's Sons, 2004.
- Koch, Ed, 1924-, et al. *Mayor*. New York: Simon and Schuster, 1984.
- Koch, Ed, 1924-, et al. *Murder at city hall*. New York: Kensington Books, 1995.
- Koch, Ed, 1924-, et al. *Politics*. New York: Simon & Schuster, 1985.
- Koch, Ed, 1924-2013. *Ed Koch on everything: New York's former mayor on food, movies, politics and other stuff*. Secaucus, NJ: Carol Pub. Group, 1994.
- Koch, Ed, 1924-2013. *Giuliani: nasty man*. New York: Barricade Books, 1999.
- O'Connor, John Joseph. *His Eminence and Hizzoner*. Morrow, 1989.

## Themes in Nazi propaganda

- Berkhoff, Karel C. (Karel Cornelis), 1965-. *Harvest of despair: life and death in Ukraine under Nazi rule*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2004.
- Brendon, Piers. *The dark valley: a panorama of the 1930s*. Knopf, 2000.
- Dvorson, Alexa. *The Hitler Youth*. Rosen Pub., 1999.
- Guenther, Irene. *Nazi chic?: fashioning women in the Third Reich*. Oxford; New York: Berg, 2004.
- Koonz, Claudia. *The Nazi Conscience*. Belknap Press, 2003.
- Leiser, Erwin, 1923-. *Nazi cinema*. New York: Macmillan, 1974.
- Overy, R. J. *The dictators: Hitler's Germany and Stalin's Russia*. New York: W.W. Norton & Co., 2004.
- Pipes, Richard. *Russia under the Bolshevik regime*. A.A. Knopf, 1993.
- Proctor, Robert. *The Nazi war on cancer*. Princeton University Press, 1999.
- Rupp, Leila J., 1950-. *Mobilizing women for war: German and American propaganda, 1939-1945*. Princeton, N.J.: Princeton University Press, 1978.

## Mark E. Petersen

- Petersen, Mark E. *Abraham, friend of God*. Salt Lake City: Deseret Book Co., 1979.
- Petersen, Mark E. *Adam, who is he?*. Salt Lake City, Utah: Deseret Book, 1979.
- Petersen, Mark E. *Joseph of Egypt*. Salt Lake City, Utah: Deseret Book Co., 1981.

- Petersen, Mark E. _Joshua, man of faith_. Salt Lake City, Utah: Deseret Book Co., 1978.
- Petersen, Mark E. _Moses: man of miracles_. Salt Lake City: Deseret Book Co., 1977.
- Petersen, Mark E. _The great prologue_. Salt Lake City: Deseret Book Co., 1975.
- Petersen, Mark E. _The salt and the savor_. Salt Lake City: Bookcraft, 1976.
- Petersen, Mark E. _The way of the Master_. Salt Lake City,: Bookcraft, 1974.
- Petersen, Mark E. _Those gold plates!_. Salt Lake City: Bookcraft, 1979.
- Petersen, Mark E, et al. _Virtue makes sense!_. Salt Lake City, Utah, Deseret Book Co., 1973.

## Nicolas Freeling

- Freeling, Nicolas. _A city solitary_. Harmondsworth: Penguin, 1986.
- Freeling, Nicolas. _Dressing of diamond_. Harmondsworth: Penguin, 1976.
- Freeling, Nicolas. _One more river_. New York: Mysterious Press, 1998.
- Freeling, Nicolas. _The bugles blowing_. New York: Harper & Row, 1975.
- Freeling, Nicolas. _The village book_. London: Arcadia, 2001.
- Freeling, Nicolas. _Those in peril_. Mysterious Press, 1990.
- Freeling, Nicolas. _What are the bugles blowing for?_. London: Heinemann, 1975.
- Freeling, Nicolas. _Wolfnight: a novel of suspense_. New York: Pantheon Books, 1982.
- Freeling, Nicolas, 1927-. _Gadget_. Harmondsworth (etc.): Penguin, 1979.
- Freeling, Nicolas, 1927-. _The janeites_. London: Arcadia, 2002.

## Eugenics

- Black, Edwin. _War against the weak: eugenics and America's campaign to create a master race_. New York: Four Walls Eight Windows, 2003.
- Ewen, Elizabeth, et al. _Typecasting: on the arts & sciences of human inequality: a history of dominant ideas_. New York: Seven Stories Press, 2006.
- Glad, John. _Future human evolution: eugenics in the twenty-first century_. Schuylkill Haven, PA: Hermitage Publishers, 2006.
- Goldberg, Jonah. _Liberal fascism: the secret history of the American left, from Mussolini to the politics of meaning_. New York: Doubleday, 2007.
- Gould, Stephen Jay. _The mismeasure of man_. New York: Norton, 1981.
- Maranto, Gina. _Quest for perfection: the drive to breed better human beings_. New York: Scribner, 1996.
- McLaren, Angus. _Our own master race: eugenics in Canada, 1885-1945_. Toronto: McClelland & Stewart, 1990.
- Paul, Diane B.. _Controlling human heredity_. Humanity Books, 1995.
- Pine, Lisa. _Nazi family policy, 1933-1945_. Oxford; New York: Berg, 1997.
- Silver, Lee M. _Remaking Eden: how genetic engineering and cloning will transform the American family_. New York: Avon Books, 1998.

## Michael Hofmann

- Hofmann, Gert, et al. _Lichtenberg and the little flower girl_. New York: New Directions Books, 2004.
- Hofmann, Michael. _Approximately nowhere_. Faber and Faber, 1999.
- Hofmann, Michael, 1957 Aug. 25-. _Behind the lines: pieces on writing and pictures_. London; New York: Faber and Faber, 2001.
- Hofmann, Michael, 1957 Aug. 25-. _The film explainer_. Evanston, Ill.: Northwestern University Press, 1996.
- Hofmann, Michael, 1957 August 25-, et al. _After Ovid: new metamorphoses_. New York: Noonday Press, 1996.
- Jungk, Peter Stephan, 1952-, et al. _The perfect American_. New York: Handsel Books, 2004.
- Jünger, Ernst, 1895-, et al. _Storm of steel_. New York: Penguin Books, 2004.
- Kafka, Franz, 1883-1924, et al. _Amerika: the man who disappeared_. New York: New Directions Books, 2002.
- Ledig, Gert, 1921-1999. _The Stalin organ_. London: Granta Books, 2004.

- Wander, Fred. *The seventh well*. W.W. Norton & Co., 2008.

## Diane Duane

- Duane, Diane. *Intellivore*. New York: Pocket Books, 1997.
- Duane, Diane. *Nightfall at Algemron*. Renton, Wash.: Wizards of the Coast, 2000.
- Duane, Diane. *Omnitopia dawn*. Daw Books, 2010.
- Duane, Diane. *X-COM: UFO defense: a novel*. [S.l.]: Prima Pub., 1996.
- Duane, Diane. *X-Men*. Bryon Preiss Multimedia Co., 1997.
- Duane, Diane, et al. *Kill Station*. New York: Avon Books, 1992.
- Duane, Diane, et al. *Spacecops: high moon*. New York: Avon Books, 1992.
- Duane, Diane, et al. *Spacecops: mindblast*. New York: Avon Books, 1991.
- Duane, Diane, et al. *Swordhunt*. New York: Pocket Books, 2000.
- Duane, Diane, et al. *The empty chair: a Rihannsu novel*. New York: Pocket Books, 2006.

## Knowledge worker

- Davenport, Thomas H., 1954-. *Thinking for a living: how to get better performance and results from knowledge workers*. Boston, Mass.: Harvard Business School Press, 2005.
- Davenport, Thomas H., 1954-, et al. *Working knowledge: how organizations manage what they know*. Boston, Mass: Harvard Business School Press, 1998.
- Drucker, Peter F. (Peter Ferdinand), 1909-2005. *Management challenges for the 21st century*. New York: HarperBusiness, 1999.
- Kelley, Robert Earl. *The gold-collar worker: harnessing the brainpower of the new workforce*. Reading, Mass.: Addison-Wesley, 1985.
- Leonard-Barton, Dorothy. *Wellsprings of knowledge: building and sustaining the sources of innovation*. Boston, Mass.: Harvard Business School Press, 1995.
- McGee, James V, et al. *Managing information strategically*. New York, Ny: John Wiley & Sons, 1993.
- Mumford, Lewis, 1895-1990. *The city in history: its origins, its transformations, and its prospects*. New York, Harcourt, Brace & World, 1961.
- Savage, Charles M.. *Fifth generation management*. Butterworth-Heinemann, 1996.
- Thorp, John, 1944-, et al. *The information paradox: realizing the business benefits of information technology*. Toronto; New York: McGraw-Hill Ryerson, 1998.

## The City on the Edge of Forever

- Alexander, David, 1943-. *Star trek creator: the authorized biography of Gene Roddenberry*. New York: Roc, 1995.
- David, Jay, 1929-2014. *Inside Joan Collins: a biography*. New York, NY: Carroll & Graf, 1988.
- Engel, Joel, 1952-. *Gene Roddenberry: the myth and the man behind Star trek*. New York: Hyperion, 1994.
- Franson, Donald, et al. *A history of the Hugo, Nebula, and International Fantasy Awards*. [Dearborn, Mich.]: Misfit Press, 1978.
- Gentry, Christine. *Greenberg's guide to Star trek collectibles*. Greenberg Pub., 1991.
- Nimoy, Leonard. *I am Spock*. New York: Hyperion, 1995.
- Reeves-Stevens, Judith. *Star Trek, the next generation-- the continuing mission: a tenth anniversary tribute*. New York: Pocket Books, 1997.
- Shatner, William, et al. *Star trek memories*. New York, NY: HarperCollinsPublishers, 1993.
- Solow, Herbert F, et al. *Inside Star Trek: The Real Story*. New York: Pocket Books, 1996.
- Van Hise, James. *The man who created Star trek, Gene Roddenberry*. [Las Vegas, NV]: [Pioneer Books], 1992.

## Gene Roddenberry

- Alexander, David, 1943-. *Star trek creator: the authorized biography of Gene Roddenberry*. New York: Roc, 1995.
- Asherman, Allan. *The Star trek compendium*. Pocket Books, 1986.
- Asherman, Allan. *The Star trek interview book*. Pocket Books, 1988.
- Engel, Joel, 1952-. *Gene Roddenberry: the myth and the man behind Star trek*. New York: Hyperion, 1994.
- Fern, Yvonne, 1947-, et al. *Gene Roddenberry: the last conversation*. Berkeley: University of California Press, 1994.
- Hamilton, John, 1959-. *Science fiction in the media*. Edina, Minn.: ABDO Pub. Co., 2007.
- Nichols, Nichelle. *Beyond Uhura*. G.P. Putnam's, 1994.
- Solow, Herbert F, et al. *Inside Star Trek: The Real Story*. New York: Pocket Books, 1996.
- Takei, George. *To the stars*. Pocket Books, 1994.
- Van Hise, James. *The man who created Star trek, Gene Roddenberry*. [Las Vegas, NV]: [Pioneer Books], 1992.

## Han dynasty

- Balchin, Jon. *Science: 100 scientists who changed the world*. New York: Enchanted Lion, 2003.
- Block, Leo. *To Harness the Wind*. US Naval Institute Press, 2003.
- Day, Lance, et al. *Biographical dictionary of the history of technology*. London; New York: Routledge, 1996.
- Ebrey, Patricia Buckley, 1947-. *The Cambridge illustrated history of China*. Cambridge; New York: Cambridge University Press, 1999.
- Fairbank, John King. *China*. G. Allen & Unwin, 2001.
- Greenberger, Robert. *The technology of ancient China*. New York: Rosen Pub. Group, 2006.
- Huang, Ray. *China, a macro history*. Armonk, N.Y.: M.E. Sharpe, 1988.
- Lewis, Mark Edward, 1954-. *The Early Chinese Empires: Qin and Han*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2007.
- Teresi, Dick. *Lost discoveries: the ancient roots of modern science-- from the Babylonians to the Maya*. New York: Simon & Schuster, 2002.
- Tom, K. S., 1915-. *Echoes from old China: life, legends, and lore of the Middle Kingdom*. Honolulu: Hawaii Chinese History Center: Distributed by University of Hawaii Press, 1989.

## Franklin's lost expedition

- Atwood, Margaret, 1939-. *Strange things: the malevolent North in Canadian literature*. Oxford: Clarendon Press; New York: Oxford University Press, 1995.
- Beardsley, Martyn. *Deadly winter: the life of Sir John Franklin*. London: Chatham: Distributed by Gerald Duckworth & Co., 2002.
- Berton, Pierre, 1920-. *The Arctic grail: the quest for the North West Passage and the North Pole, 1818-1909*. Toronto, Ont.: McClelland and Stewart, 1988.
- Brandt, Anthony. *The man who ate his boots: the history of the search for the Northwest passage*. New York: Alfred A. Knopf, 2010.
- Cookman, Scott, 1952-. *Ice blink: the tragic fate of Sir John Franklin's lost polar expedition*. New York: Wiley, 2000.
- Klutschak, Heinrich W. *Overland to Starvation Cove: with the Inuit in search of Franklin 1878-1880*. Toronto: University of Toronto Press, 1987.
- McGoogan, Kenneth, 1947-. *Fatal passage: the true story of John Rae, the Arctic hero time forgot*. New York: Carroll & Graf Publishers, 2002.
- Murphy, David. *The Arctic Fox: Francis Leopold McClintock, discoverer of the fate of Franklin*. Toronto: Dundurn Group, 2004.
- Sandler, Martin W.. *Resolute*. Sterling, 2006.
- Simmons, Dan. *The Terror*. Little, Brown and Company, 2007.

## SARK (author)

- Sark, 1954-. *A creative companion: how to free your creative spirit*. Berkeley, Calif.: Celestial Arts, 1991.
- Sark, 1954-. *Change your life without getting out of bed: the ultimate nap book*. New York: Simon & Schuster, 1999.
- Sark, 1954-. *Fabulous friendship festival: loving wildly, learning deeply, living fully with our friends*. New York: Three Rivers Press, 2007.
- Sark, 1954-. *Glad no matter what: transforming loss and change into gift and opportunity*. Novato, Calif.: New World Library, 2010.
- Sark, 1954-. *Inspiration sandwich: stories to inspire your creative freedom*. Berkeley, Calif.: Celestial Arts, 1992.
- Sark, 1954-. *Living juicy: daily morsels for your creative soul*. Berkeley, Calif.: Celestial Arts, 1994.
- Sark, 1954-. *Prosperity pie: how to relax about money and everything else*. New York: Simon & Schuster, 2002.
- Sark, 1954-. *Succulent wild woman: dancing with your wonder-full self!*. New York: Simon & Schuster, 1997.
- Sark, 1954-. *The bodacious book of succulence: daring to live your succulent wild life!*. New York: Simon & Schuster, 1998.
- Sark, 1954-. *Transformation soup: healing for the splendidly imperfect*. New York: Simon & Schuster, 2000.

## Paul Newman

- Gentry, Clyde. *Jackie Chan: inside the dragon*. Dallas, Tex: Taylor Pub., 1997.
- Godfrey, Lionel. *Paul Newman, superstar: a critical biography*. New York: St. Martin's Press, 1979.
- Hinton, S. E. *The outsiders*. New York: Viking Press, 1967.
- Landry, J. C. *Paul Newman*. New York: McGraw-Hill, 1983.
- Lax, Eric. *Paul Newman: a biography*. Atlanta: Turner Pub.; Kansas City, Mo.: Distributed by Andrews and McNeel, 1996.
- Levy, Shawn. *Paul Newman*. Harmony Books, 2009.
- Morella, Joe, et al. *Paul and Joanne: a biography of Paul Newman and Joanne Woodward*. New York, N.Y.: Delacorte Press, 1988.
- Oumano, Elena. *Paul Newman*. St. Martin's Press, 1989.
- Stern, Stewart. *No tricks in my pocket: Paul Newman directs*. New York: Grove Press, 1989.
- Weiner, Ed. *The TV guide TV book: 40 years of the all-time greatest: television facts, fads, hits, and history*. New York, NY: HarperPerennial, 1992.

## Air raids on Japan

- Chun, Clayton. *The Doolittle Raid 1942*. Osprey Publishing, 2006.
- Havens, Thomas R. H. *Valley of darkness: the Japanese people and World War Two*. New York: Norton, 1978.
- Hoyt, Edwin Palmer. *Inferno*. Madison Books, 2000.
- Kennett, Lee B. *A history of strategic bombing*. New York: Scribner, 1982.
- Kerr, E. Bartlett. *Flames over Tokyo: the U.S. Army Air Force's incendiary campaign against Japan, 1944-1945*. New York: D.I. Fine, 1991.
- Marston, Daniel. *The Pacific war companion: from Pearl Harbor to Hiroshima*. Oxford; New York: Osprey, 2007.
- Schaffer, Ronald. *Wings of judgment: American bombing in World War II*. New York; Oxford: Oxford University Press, 1988.
- Sherry, Michael S., 1945-. *The rise of American air power: the creation of Armageddon*. New Haven: Yale University Press, 1987.
- Tillman, Barrett. *Whirlwind: the air war against Japan, 1942-1945*. New York: Simon & Schuster, 2010.
- Wetterhahn, Ralph. *The last flight of Bomber 31*. Carroll & Graf, 2004.

## San Francisco

- Bronson, William, 1926-1976. *The earth shook, the sky burned: a photographic record of the 1906 San Francisco earthquake and fire*. San Francisco, Calif.: Chronicle Books, 2006.
- Ferlinghetti, Lawrence, et al. *Literary San Francisco: a pictorial history from its beginnings to the present day*. San Francisco: City Lights Books: Harper & Row, 1980.
- Hansen, Gladys C.. *San Francisco almanac*. Chronicle Books, 1995.
- Holliday, J. S. *Rush for riches: gold fever and the making of California*. [Oakland, Calif.]: Oakland Museum of California; Berkeley: University of California Press, 1999.
- La Perouse, Jean-Francois de Galaup, comte de, 1741-1788, et al. *Monterey in 1786: the journals of Jean Francois de la Perouse*. Berkeley: Heyday Books, 1989.
- Margolin, Malcolm. *The Ohlone way*. Heyday Books, 1978.
- Maupin, Armistead. *Tales of the city*. New York: Harper & Row, 1989.
- Richards, Rand. *Historic San Francisco*. Heritage House, 2001.
- Thomas, Gordon, 1933-, et al. *The San Francisco Earthquake*. New York, Stein and Day, 1971.
- Ungaretti, Lorri. *San Francisco's Richmond District*. Charleston, SC: Arcadia, 2005.

## Timeline of South Asian and diasporic LGBT history

- Ali, Samina, 1969-. *Madras on rainy days*. New York: Farrar, Straus and Giroux, 2004.
- Dawesar, Abha. *Babyji: a novel*. New York: Anchor Books, 2005.
- Dhalla, Ghalib Shiraz. *Ode to Lata: a novel*. Los Angeles: Really Great Books, 2002.
- Doctor, Farzana. *Stealing Nasreen: a novel*. Toronto: Inanna Publications and Education, 2007.
- Mina, V. K. *The splintered day*. London: Serpent's Tail, 1999.
- Mootoo, Shani. *Out on Main Street & other stories*. Press Gang Publishers, 1993.
- Seabrook, Jeremy, 1939-. *Love in a different climate: men who have sex with men in India*. London; New York: Verso, 1999.
- Selvadurai, Shyam. *Funny boy*. Harcourt Brace, 1997.
- Shah, Sonia. *Dragon ladies: Asian American feminists breathe fire*. Boston: South End Press, 1997.

## Keating Five

- Alexander, Paul, 1955-. *Man of the people: the life of John McCain*. Hoboken, NJ: John Wiley & Sons, 2003.
- Bennett, Robert S.. *In the ring*. Crown Publishers, 2007.
- Binstein, Michael, et al. *Trust me: Charles Keating and the missing billions*. New York: Random House, 1993.
- Germond, Jack, et al. *Whose broad stripes and bright stars?: the trivial pursuit of the presidency, 1988*. New York, NY: Warner Books, 1989.
- Gould, Lewis L.. *The most exclusive club*. Basic Books, 2005.
- Grossman, Mark. *Political corruption in America: an encyclopedia of scandals, power, and greed*. Santa Barbara, Calif.: ABC-CLIO, 2003.
- Mitchell, Andrea. *Talking back --to presidents, dictators, and assorted scoundrels*. New York, N.Y.: Penguin Bks., 2007.
- Pizzo, Stephen, et al. *Inside job: the looting of America's savings and loans*. New York: McGraw-Hill, 1989.
- Regens, James L, et al. *The economic realities of political reform: elections and the U.S. Senate*. Cambridge; New York: Cambridge University Press, 1995.
- Seidman, Lewis William, 1921-. *Full faith and credit: the great S & L debacle and other Washington sagas*. New York: Times Books, 1993.

## Learned Hand

- Auerbach, Jerold S. *Unequal justice: lawyers and social change in modern America*. New York: Oxford University Press, 1976.
- Boyer, Paul S.. *Purity in print*. University of Wisconsin Press, 2002.

- Carrington, Paul D., 1931-. _Stewards of democracy: law as a public profession_. Boulder, Colo.: Westview Press, 1999.
- Griffith, Kathryn P., 1923-. _Judge Learned Hand and the role of the Federal judiciary_. Norman: University of Oklahoma Press, 1973.
- Gunther, Gerald, 1927-. _Learned Hand: the man and the judge_. New York: Knopf, 1994.
- Irons, Peter H., 1940-. _A people's history of the Supreme Court_. New York: Viking, 1999.
- Schick, Marvin. _Learned Hand's Court_. Baltimore, Johns Hopkins Press, 1970.
- Stone, Geoffrey R.. _Perilous times_. W.W. Norton & Co., 2004.
- Weinrib, Ernest Joseph. _The idea of private law_. Cambridge, Mass.: Harvard University Press, 1995.
- Westbrook, Robert B. (Robert Brett), 1950-. _John Dewey and American democracy_. Ithaca, N.Y.: Cornell University Press, 1991.

## Marilyn French

- French, Marilyn. _In the name of friendship_. Feminist Press at the City University of New York, 2006.
- French, Marilyn, 1929-. _Beyond power: on women, men, and morals_. New York: Summit Books, 1985.
- French, Marilyn, 1929-2009. _A season in hell: a memoir_. New York: Knopf, 1998.
- French, Marilyn, 1929-2009. _From eve to dawn: a history of women. V. 1, Origins_. New York: Feminist Press at CUNY, 2008.
- French, Marilyn, 1929-2009. _My summer with George_. New York: Knopf: Distributed by Random House, 1996.
- French, Marilyn, 1929-2009. _Our father: a novel_. Boston: Little, Brown, 1994.
- French, Marilyn, 1929-2009. _Shakespeare's division of experience_. New York: Summit Books, 1981.
- French, Marilyn, 1929-2009. _The bleeding heart: a novel_. New York: Summit Books, 1980.
- French, Marilyn, 1929-2009, et al. _From eve to dawn: a history of women. [electronic resource]_. New York: Feminist Press at the City University of New York, 2008.
- Howe, Florence, et al. _Almost touching the skies: women's coming of age stories_. New York: Feminist Press, 2000.

## Mitt Romney

- Balz, Daniel J.. _The battle for America, 2008_. Viking, 2009.
- Bushman, Claudia L. _Building the kingdom: a history of Mormons in America_. Oxford; New York: Oxford University Press, 2001.
- Canellos, Peter, et al. _Last lion: the fall and rise of Ted Kennedy_. New York: Simon & Schuster, 2009.
- Clymer, Adam. _Edward M. Kennedy_. Morrow, 1999.
- Hersh, Burton. _The shadow president_. Steerforth Press, 1997.
- Hewitt, Hugh, 1956-. _A Mormon in the White House?: 10 things every conservative should know about Mitt Romney_. Washington, DC: Regnery Pub.; Lanham, MD: Distributed to the trade by National Book Network, 2007.
- Kranish, Michael. _The real Romney_. Harper, 2012.
- Ostling, Richard N, et al. _Mormon America: the power and the promise_. San Francisco: HarperSanFrancisco, 1999.
- Romney, Mitt. _Mitt Romney in his own words_. New York: Threshold Editions, 2012.
- Thomas, Evan (Evan Thomas). _"A Long Time Coming" [electronic resource]_. New York: PublicAffairs, 2009.

## Conservation biology

- Carr, Archie Fairly, 1909-. _A naturalist in Florida: a celebration of Eden_. New Haven: Yale University Press, 1994.
- Christy, Bryan. _The lizard king: the true crimes and passions of the world's greatest reptile smugglers_. New York: Twelve, 2008.
- Davis, Peter, 1947 Nov. 15-. _Museums and the natural environment: the role of natural history museums in biological conservation_. London; New York: Leicester University Press, 1996.

- Farber, Paul Lawrence, 1944-. *Finding order in nature: the naturalist tradition from Linnaeus to E.O. Wilson*. Baltimore, Md.: Johns Hopkins University Press, 2000.
- Gore, Albert, 1948-. *Earth in the balance: ecology and the human spirit*. Boston: Houghton Mifflin, 1992.
- Hunter, Malcolm L. *Fundamentals of conservation biology*. Cambridge, Mass.; Oxford: Blackwell Science, 1995.
- Lawton, John H., 1943-, et al. *Extinction rates*. Oxford; New York: Oxford University Press, 1995.
- Meffe, Gary K.. *Principles of conservation biology*. Sinauer, 1997.
- Primack, Richard B., 1950-. *A primer of conservation biology*. Sunderland, Mass.: Sinauer Associates, 2004.

## Classic Maya collapse

- Abrams, Elliot Marc, 1954-. *How the Maya built their world: energetics and ancient architecture*. Austin: University of Texas Press, 1994.
- Longhena, María. *Ancient Mexico: the history and culture of the Maya, Aztecs, and other pre-Columbian peoples*. New York: Barnes & Noble Books, Inc., 2006.
- Lucero, Lisa Joyce. *Water and ritual*. University of Texas Press, 2006.
- Mann, Charles C. *1491: new revelations of the Americas before Columbus*. Vintage, 2006.
- McKillop, Heather Irene, 1953-. *The ancient Maya: new perspectives*. New York: W.W. Norton, 2006.
- Morley, Sylvanus Griswold, 1883-1948. *The ancient Maya*. Stanford, Calif.,: Stanford University Press, 1956.
- Olson, Mancur. *The rise and decline of nations: economic growth, stagflation, and social rigidities*. New Haven u.a. Yale Univ. Press, 1982.
- Sabloff, Jeremy A. *The new archaeology and the ancient Maya*. New York: Scientific American Library: Distributed by W.H. Freeman, 1990.
- Stuart, Gene S, et al. *Lost kingdoms of the Maya*. Washington, D.C.: The Society, 1993.
- Thompson, J. Eric S. (John Eric Sidney), 1898-1975. *Maya history and religion*. Norman: University of Oklahoma Press, 1970.

## Maya Christina Gonzalez

- Alarcón, Francisco X.. *Animal poems of the Iguazú*. Children's Book Press, 2008.
- Alarcón, Francisco X., 1954-, et al. *Angels ride bikes and other fall poems*. San Francisco, Calif.: Children's Bk. Press, 1999.
- Alarcón, Francisco X., 1954-, et al. *From the bellybutton of the moon and other summer poems*. San Francisco, Calif.: Children's Book Press, 1998.
- Alarcón, Francisco X., 1954-2016. *Iguanas in the snow and other winter poems*. San Francisco: Children's Book Press, 2001.
- Gerson, Mary-Joan. *Fiesta femenina*. Barefoot Books, 2001.
- Gonzalez, Maya Christina. *Mis colores, mi mundo = My colors, my world*. San Francisco, Calif.: Children's Book Press, 2007.
- Pérez, Amada Irma. *Nana's chicken coop surprise =*. Children's Book Press, 2004.

## Prem Rawat

- Beckford, James A, et al. *New religious movements and rapid social change*. London; Beverly Hills, Calif.: Sage Publications; Paris, France: Unesco, 1986.
- Beit-Hallahmi, Benjamin. *The illustrated encyclopedia of active new religions, sects, and cults*. New York: Rosen Pub. Group, 1993.
- Chryssides, George D., 1945-. *Historical dictionary of new religious movements*. Lanham, Md.: Scarecrow Press, 2001.
- Kahn, Ashley, et al. *Rolling stone: the seventies*. Boston: Little, Brown and Co., 1998.
- MacDougall, Curtis Daniel, 1903-. *Superstition and the press*. Buffalo, N.Y.: Prometheus Books, 1983.
- Melton, J. Gordon, et al. *The cult experience: responding to the new religious pluralism*. New York: Pilgrim Press, 1986.

- Melton, J. Gordon. cn. *The encyclopedic handbook of cults in America*. New York: Garland Pub., 1986.
- Miller, Timothy, 1944-. *America's alternative religions*. Albany: State University of New York Press, 1995.
- None,. *The Wordsworth dictionary of beliefs and religions*. Ware, Hertfordshire [England]: Wordsworth, 1995.

## Life Against Death

- Abramson, Jeffrey B. *Liberation and its limits: the moral and political thought of Freud*. Boston: Beacon Press, 1986.
- Brown, Norman Oliver, 1913-. *Apocalypse and/or metamorphosis*. Berkeley: University of California Press, 1991.
- Crews, Frederick C. *Out of my system: psychoanalysis, ideology, and critical method*. New York: Oxford University Press, 1975.
- Jacoby, Russell. *The repression of psychoanalysis: Otto Fenichel andthe political freudians*. New York: Basic Books, 1983.
- Kovel, Joel. *History and spirit*. Beacon Press, 1991.
- Kovel, Joel, 1936-. *The age of desire: reflections of a radical psychoanalyst*. New York: Pantheon Books, 1981.
- Marwick, Arthur. *The sixties*. Oxford University Press, 1998.
- Podhoretz, Norman. *Ex-friends: falling out with Allen Ginsberg, Lionel & Diana Trilling, Lillian Hellman, Hannah Arendt, and Norman Mailer*. New York, NY: Free Press, 1999.
- Robinson, Paul A., 1940-. *The Freudian left: Wilhelm Reich, Geza Roheim, Herbert Marcuse*. Ithaca: Cornell University Press, 1990.
- Trilling, Diana. *The beginning of the journey*. Harcourt Brace, 1993.

## Green Gulch Farm Zen Center

- Cooper, Ann, et al. *Bitter harvest: a chef's perspective on the hidden dangers in the foods we eat and what you can do about it*. New York: Routledge, 2000.
- Jordan, Michele Anna. *Vegout: vegetarian guide to San Francisco Bay area*. Salt Lake City: Gibbs Smith, 2004.
- Joyce, Alice, 1946-. *Gardenwalks in California: beautiful gardens from San Diego to Mendocino*. Guilford, Conn.: Insiders' Guide, 2005.
- McCormick, Kathleen, 1955-. *The garden lover's guide to the West*. New York: Princeton Architectural Press, 2000.
- Oda, Mayumi. *I Opened the Gate, Laughing*. Chronicle Books, 2002.
- Peirce, Pam. *Golden Gate gardening: the complete guide to year-round food gardening in the San Francisco Bay area & coastal California*. Seattle, WA: Sasquatch Books, 1998.
- Ricci, Jeanne. *Yoga Escapes*. Celestial Arts, 2003.
- Richmond, Ivan. *Silence and noise*. Atria Books, 2003.
- Van der Ryn, Sim. *The toilet papers: recycling waste and conserving water*. White River Junction, Vt.: Chelsea Green Pub., 2008.

## Electronic music

- Bogdanov, Vladimir, 1965-. *All music guide to electronica: the definitive guide to electronic music*. San Francisco: Backbeat Books, 2001.
- Glinsky, Albert. *Theremin: ether music and espionage*. Urbana: University of Illinois Press, 2000.
- Heifetz, Robin Julian, 1951-. *On the wires of our nerves: the art of electroacoustic music*. Lewisburg: Bucknell University Press; London; Cranbury, NJ: Associated University Presses, 1989.
- Holmes, Thom, et al. *Electronic and experimental music: technology, music, and culture*. New York: Routledge, 2012.
- Macan, Edward, 1961-. *Rocking the classics: English progressive rock and the counterculture*. New York: Oxford University Press, 1997.

- Reynolds, Simon, 1963-. *Generation ecstasy: into the world of techno and rave culture*. Boston: Little, Brown, 1998.
- Sarris, Andrew. *The American cinema: directors and directions, 1929-1968*. New York: Da Capo Press, 1996.
- Shapiro, Peter, 1969-, et al. *Modulations: a history of electronic music: throbbing words on sound*. Caipirinha Productions, USA, 2000.
- Sicko, Dan. *Techno rebels: the renegades of electronic funk*. New York: Billboard Books, 1999.
- Zimmer, Dave, et al. *Crosby, Stills & Nash: the authorized biography*. [New York]: Da Capo Press, 2000.

## Phillip E. Johnson

- Epstein, Steven. *Impure science*. University of California Press, 1996.
- Johnson, Phillip E.. *Defeating Darwinism by opening minds*. InterVarsity Press, 1997.
- Johnson, Phillip E.. *Reason in the balance*. InterVarsity Press, 1995.
- Johnson, Phillip E., 1940-. *Criminal law: cases, materials, and text*. St. Paul, Minn.: West Pub. Co., 1990.
- Johnson, Phillip E., 1940-. *Objections sustained: subversive essays on evolution, law & culture*. Downers Grove, Ill.: InterVarsity Press, 1998.
- Johnson, Phillip E., 1940-. *The right questions: truth, meaning & public debate*. Downers Grove, IL: InterVarsity Press, 2002.
- Johnson, Phillip E., 1940-. *The wedge of truth: splitting the foundations of naturalism*. Downers Grove, Ill.: InterVarsity Press, 2000.
- Johnson, Phillip E., 1940-,Moskovitz, Myron. *Criminal law: cases, materials, and text*. St. Paul, Minn.: West Pub. Co., 1985.
- Pennock, Robert T. *Intelligent design creationism and its critics: philosophical, theological, and scientific perspectives*. Cambridge, Mass.: MIT Press, 2001.
- Pennock, Robert T. *Tower of Babel: the evidence against the new creationism*. Cambridge, Mass.: MIT Press, 1999.

## Marie Antoinette

- Castelot, Andre. *Queen of France; a biography of Marie Antoinette*. New York, Harper, 1957.
- Erickson, Carolly. *To the scaffold*. St. Martin's Griffin, 2004.
- Fraser, Antonia, 1932-. *Marie Antoinette: the journey*. New York: N.A. Talese/Doubleday, 2001.
- Fraser, Antonia, 1932-. *Marie Antoinette: the journey*. New York: Anchor Books, 2002.
- Herman, Eleanor, 1960-. *Sex with the queen: 900 years of vile kings, virile lovers, and passionate politics*. New York: W. Morrow, 2006.
- Hibbert, Christopher, 1924-. *The days of the French Revolution*. New York: William Morrow, 1999.
- Johnson, Paul, 1928-. *Intellectuals*. New York: HarperPerennial, 1992.
- Lasky, Kathryn. *Marie Antoinette, princess of Versailles*. New York: Scholastic, 2000.
- Naslund, Sena Jeter. *Abundance: a novel of Marie Antoinette*. New York: William Morrow, 2006.
- Zweig, Stefan. *Marie Antoinette*. Grove Press, 2002.

## Sector General

- Ashley, Michael. *Transformations: volume 2 in the history of science fiction magazine, 1950-1970*. Liverpool: Liverpool University Press, 2005.
- White, James. *Major operation*. New York: Ballantine, 1981.
- White, James, 1928-. *Beginning operations*. New York: Orb, 2001.
- White, James, 1928-1999. *Alien emergencies: a sector general omnibus*. New York: Orb, 2002.
- White, James, 1928-1999. *Double contact: a Sector General novel*. New York: Tor, 1999.
- White, James, 1928-1999. *Final diagnosis: a Sector General novel*. New York: Tor, 1997.
- White, James, 1928-1999. *Mind changer: a Sector General novel*. New York: Tor, 1998.
- White, James, 1928-1999. *Star healer*. New York: Ballantine Books, 1985.
- White, James, 1928-1999. *Star surgeon [microform]*. New York: Ballantine, 1963.
- White, James, 1928-1999. *The galactic gourmet: a Sector General novel*. New York: Tor, 1996.

## Soviet invasion of Poland

- Dallas, Gregor. *1945*. Yale University Press, 2005.
- Dunn, Seamus, 1939-, et al. *Europe and ethnicity: the First World War and contemporary ethnic conflict*. London; New York: Routledge, 1996.
- Gelven, Michael. *War and existence: a philosophical inquiry*. University Park, Pa.: Pennsylvania State University Press, 1994.
- Jackson, Julian, 1954-. *The fall of France: the Nazi invasion of 1940*. Oxford; New York: Oxford University Press, 2003.
- Mowat, Charles Loch, 1911-. *Britain between the wars, 1918-1940*. London: Methuen & Co., 1968.
- Moynihan, Daniel P. (Daniel Patrick), 1927-2003. *On the law of nations*. Cambridge, Mass.: Harvard University Press, 1990.
- Piotrowski, Tadeusz. *Poland's holocaust*. McFarland, 1998.
- Taylor, A. J. P. (Alan John Percivale), 1906-. *The Second World War: an illustrated history*. New York: Putnam, 1975.
- Tucker, Robert C. *Stalin in power: the revolution from above, 1928-1941*. New York: Norton, 1990.
- Weinberg, Gerhard L. *A world at arms: a global history of World War II*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.

## Article 231 of the Treaty of Versailles

- Barkan, Elazar. *The guilt of nations: restitution and negotiating historical injustices*. New York: Norton, 2000.
- Bell, Philip Michael Hett, 1930-. *The origins of the Second World War in Europe*. London [u.a.]: Longman, 1999.
- Beller, Steven, 1958-. *A concise history of Austria*. Cambridge, UK; New York: Cambridge University Press, 2006.
- Brezina, Corona. *The Treaty of Versailles, 1919: a primary source examination of the treaty that ended World War I*. New York: Rosen Pub. Group, 2006.
- Craig, Gordon Alexander, 1913-2005, editor, et al. *The diplomats, 1919-1939*. Princeton: Princeton University Press, 1953.
- Evans, Richard J, et al. *In Hitler's shadow: West German historians and the attempt to escape from the Nazi past*. Pantheon, 1989.
- Martel, Gordon. *The origins of the Second World War reconsidered: A.J.P. Taylor and the historians*. London; New York: Routledge, 1999.
- Soumerai, Eve Nussbaum, et al. *Daily life during the Holocaust*. Westport, Conn.: Greenwood Press, 1998.
- Stuhler, Barbara. *Ten men of Minnesota and American foreign policy, 1898-1968*. St. Paul, Minnesota Historical Society, 1973.
- Weinberg, Gerhard L. *A world at arms: a global history of World War II*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.

## Glossary of bird terms

- Alcock, John, 1942-. *Animal behavior: an evolutionary approach*. Sunderland, Mass.: Sinauer Associates, 1998.
- Alderfer, Jonathan K, et al. *National Geographic birding essentials: all the tools, techniques, and tips you need to begin and become a better birder*. Washington, D.C.: National Geographic, 2007.
- Alderton, David, 1956-. *The complete guide to bird care*. New York: Howell Book House, 1998.
- Barrows, Edward M. *Animal behavior desk reference: a dictionary of animal behavior, ecology, and evolution*. Boca Raton, Fla.: CRC Press, 2001.
- Ehrlich, Paul R. *The birdwatcher's handbook*. Oxford University Press, 1994.
- Molles, Manuel C., Jr., 1948-. *Ecology: concepts and applications*. Boston: WCB/McGraw-Hill, 1999.
- Newton, Ian, 1940-. *Population limitation in birds*. San Diego: Academic Press, 1998.

- Reilly, Edgar M, et al. *The Audubon illustrated handbook of American birds*. New York, McGraw-Hill, 1968.
- Selby, Michael John. *The surface of the earth*. London: Cassell, 1969.
- Terres, John K, et al. *The Audubon Society encyclopedia of North American birds*. New York: Knopf: Distributed by Random House, 1980.

## Chappaquiddick incident

- Anderson, Jack, 1922-2005, et al. *Peace, war, and politics: an eyewitness account*. New York: Forge, 1999.
- Burns, James MacGregor. *Edward Kennedy and the Camelot legacy*. New York: Norton, 1976.
- Damore, Leo. *Senatorial privilege: the Chappaquiddick cover-up*. New York: Dell Pub., 1989.
- Kappel, Kenneth R.. *Chappaquiddick revealed*. 2nd ed, 1989.
- Kessler, Ronald, 1943-. *The sins of the father: Joseph P. Kennedy and the dynasty he founded*. New York: Warner Books, 1996.
- Klein, Edward. *Ted Kennedy*. Crown Publishers, 2009.
- Lange, James E. T, et al. *Chappaquiddick: the real story*. New York: St. Martin's Press, 1993.
- Rust, Zad. *Teddy bare, the last of the Kennedy clan*. Boston, Western Islands, 1971.
- Sherrill, Robert. *The last Kennedy*. New York: Dial Press, 1976.
- Taraborrelli, J. Randy. *Jackie, Ethel, Joan: women of Camelot*. New York: Warner Books, 2000.

## Objections to evolution

- Bowler, Peter J. *Evolution: the history of an idea*. Berkeley: University of California Press, 2003.
- Godfrey, Laurie R. *Scientists confront creationism*. New York: W.W. Norton, 1984.
- Ham, Ken. *The lie: evolution*. Colorado Springs: Master Books, 1987.
- Hoyle, Fred, 1915-2001. *Archaeopteryx, the primordial bird: a case of fossil forgery*. Swansea: Christopher Davies, 1986.
- Isaak, Mark, 1959-. *The counter-creationism handbook*. Berkeley: University of California Press, 2007.
- Kitcher, Philip, 1947-. *Abusing science: the case against creationism*. Cambridge, Mass.: MIT Press, 1982.
- Pennock, Robert T. *Tower of Babel: the evidence against the new creationism*. Cambridge, Mass.: MIT Press, 1999.
- Research, Institute for Creation, et al. *Scientific creationism*. San Diego, Calif.: Creation-Life Publishers, 1981.
- Sarfati, Jonathan D., 1964-. *Refuting evolution. 2*. Green Forest, AR: Master Books, 2002.
- Scott, Eugenie Carol. *Evolution vs. creationism*. University of California Press, 2005.

## Amos Bronson Alcott

- Baker, Carlos, 1909-1987. *Emerson among the eccentrics: a group portrait*. New York: Viking, 1996.
- Bedell, Madelon. *The Alcotts*. Random House Value Publishing; 1st edition, 1980.
- Dahlstrand, Frederick C., 1945-. *Amos Bronson Alcott, an intellectual biography*. Rutherford [N.J.]: Fairleigh Dickinson University Press; London: Associated University Presses, 1982.
- Felton, R. Todd. *A Journey into the Transcendentalists' New England (ArtPlace series)*. Roaring Forties Press, 2006.
- Francis, Richard, 1945-. *Fruitlands: the Alcott family and their search for utopia*. New Haven; London: Yale University Press, 2010.
- Gura, Philip J.. *American Transcendentalism*. Hill and Wang, 2007.
- Matteson, John. *Eden's outcasts*. W.W. Norton, 2007.
- Reisen, Harriet. *Louisa May Alcott*. Henry Holt, 2009.
- Schreiner, Samuel Agnew. *The Concord quartet*. John Wiley & Sons, 2006.
- Shepard, Odell, 1884-1967. *Pedlar's progress; the life of Bronson Alcott*. Boston, Little, Brown and company, 1937.

## Latin rock

- Barrow, Steve. *The Rough Guide to Reggae 2*. Rough Guides, 2001.
- Bradley, Lloyd, 1955-. *This is reggae music: the story of Jamaica's music*. New York: Grove Press, 2001.
- Davis, Stephen, 1947-. *Reggae bloodlines: in search of the music and culture of Jamaica*. New YorK: Da Capo Press, 1992.
- Dunn, Christopher, 1964-. *Brutality garden: Tropicália and the emergence of a Brazilian counterculture*. Chapel Hill: University of North Carolina Press, 2001.
- González, Juan, 1947-. *Harvest of empire: a history of Latinos in America*. New York: Penguin Books, 2011.
- Loza, Steven Joseph. *Barrio rhythm: Mexican American music in Los Angeles*. Urbana: University of Illinois Press, 1993.
- McCarthy, Jim, 1953-. *Voices of Latin rock: people and events that created this sound*. Milwaukee, WI: Hal Leonard Corp., 2004.
- Mendheim, Beverly. *Ritchie Valens: the first Latino rocker*. Tempe, Ariz.: Bilingual Press/Editorial Bilingüe, 1987.
- Reyes, David, 1951-, et al. *Land of a thousand dances: Chicano rock 'n' roll from Southern California*. Albuquerque: University of New Mexico Press, 1998.
- Woog, Adam, 1953-. *Carlos Santana: legendary guitarist*. Detroit: Lucent Books, 2007.

## Economic democracy

- Alperovitz, Gar. *America beyond capitalism*. J. Wiley, 2005.
- Cook, Richard C. *We hold these truths: the hope of monetary reform*. Aurora, CO: Tendril Press, 2008.
- MacLeod, Greg. *From Mondragon to America: experiments in community economic development*. Sydney, N.S.: University College of Cape Breton Press, 1997.
- Martin Luther King, Jr.. *Where do we go from here*. Beacon Press, 1968.
- Pateman, Carole. *Participation and democratic theory*. Cambridge [England]: Cambridge University Press, 1970.
- Penrose, Edith Tilton. *The economics of the international patent system*. Baltimore: Johns Hopkins Press, 1951.
- Pepper, David. *Modern environmentalism: an introduction*. London; New York: Routledge, 1996.
- Rawls, John, 1921-2002;Kelly, Erin. *Justice as fairness: a restatement*. Cambridge, Mass.: Harvard University Press, 2001.
- Wilkinson, Richard G. *The spirit level: why greater equality makes societies stronger*. New York: Bloomsbury Press, 2010.
- Wolff, Richard D. *Democracy at work: a cure for capitalism*. Chicago, Illinois: Haymarket Books, 2012.

## Cannon

- Archer, Christon I., et al. *World History of Warfare (Tactics & Strategies)*. University of Nebraska Press, 2002.
- Brown, G. I.. *The big bang*. Sutton Pub., 1998.
- Chandler, David G.. *The Campaigns of Napoleon*. Weidenfeld and Nicolson, 1966.
- Ebrey, Patricia Buckley. *The Cambridge illustrated history of China*. Cambridge University Press, 1996.
- Halberstadt, Hans. *The world's great artillery: from the Middle Ages to the present day*. New York: Barnes and Noble Books, 2002.
- Hosking, Geoffrey A.. *Russia and the Russians*. Belknap Press of Harvard University Press, 2001.
- Kelly, Jack, 1949-. *Gunpowder: alchemy, bombards, and pyrotechnics: the history of the explosive that changed the world*. New York: Basic Books, 2004.
- Partington, J. R.. *A history of Greek fire and gunpowder*. Johns Hopkins University Press, 1999.
- Perrin, Noel. *Giving up the gun: Japan's reversion to the sword, 1543-1879*. Boston: D.R. Godine, 1979.
- Wallechinsky, David, 1948-, et al. *The People's almanac*. Garden City, N.Y.: Doubleday, 1975.

## Yom Kippur War

- Asher, Jerry, et al. *Duel for the Golan: the 100-hour battle that saved Israel*. New York: W. Morrow, 1987.
- Haykal, Muḥammad Ḥasanayn. *The road to Ramadan*. New York: Quadrangle/New York Times Book Co., 1975.
- Herzog, Chaim, 1918-. *Heroes of Israel: profiles of Jewish courage*. Boston: Little, Brown, 1989.
- Herzog, Chaim, 1918-1997. *The war of atonement: October, 1973*. Boston: Little, Brown, 1975.
- Kumaraswamy, P. R. *Revisiting the Yom Kippur war*. London; Portland, OR: Frank Cass, 2000.
- Luttwak, Edward. *The Israeli Army*. Cambridge, Mass.: Abt Books, 1983.
- McGregor, Andrew James. *A military history of modern Egypt: from the Ottoman Conquest to the Ramadan War*. Westport, CN: Praeger Security International, 2006.
- Morris, Benny. *Righteous victims*. Vintage Books, 2001.
- Quandt, William B. *Decade of decisions: American policy toward the Arab-Israeli conflict, 1967-1976*. Berkeley: University of California Press, 1977.
- Times., by the Insight team of the London Sunday. *The Yom Kippur war*. Garden City, N.Y., Doubleday, 1974.

## Agharta (album)

- Alkyer, Frank, et al. *The Miles Davis reader*. New York: Hal Leonard Books, 2007.
- Cook, Richard. *It's About That Time*. Oxford University Press, USA, 2007.
- Giddins, Gary. *Natural selection: Gary Giddins on comedy, film, music, and books*. Oxford; New York: Oxford University Press, 2006.
- Kirchner, Bill. *The Oxford companion to jazz*. Oxford; New York: Oxford University Press, 2000.
- Murray, Charles Shaar. *Crosstown traffic: Jimi Hendrix and the post-war rock'n'roll revolution*. New York: St. Martin's Press, 1991.
- Reynolds, Simon, 1963-. *Bring the noise: 20 years of writing about hip rock and hip hop*. Berkeley, CA: Soft Skull Press, 2011.
- Szwed, John F., 1936-. *So what: the life of Miles Davis*. New York: Simon & Schuster, 2002.
- Tate, Greg. *Flyboy in the buttermilk: essays on contemporary America*. New York: Simon & Schuster, 1992.
- Tingen, Paul. *Miles beyond: the electric explorations of Miles Davis, 1967-1991*. New York: Billboard Books, 2001.

## John Muir

- Albanese, Catherine L. *Nature religion in America: from the Algonkian Indians to the New Age*. Chicago: University of Chicago Press, 1990.
- Fox, Stephen R. *The American conservation movement: John Muir and his legacy*. Madison, Wis.: University of Wisconsin Press, 1985.
- Miller, Char, 1951-. *Gifford Pinchot and the making of modern environmentalism*. Washington, DC: Island Press/Shearwater Books, 2001.
- Miller, Rod, 1952-. *John Muir: magnificent tramp*. New York: Forge, 2005.
- Muir, John, 1838-1914, et al. *John of the mountains; the unpublished journals of John Muir*. Boston, Houghton, Mifflin, 1938.
- Nash, Roderick. *Wilderness and the American mind*. Yale University Press, 2001.
- Scheffel, Richard L, et al. *Natural wonders of the world*. New York: Reader's Digest, 1980.
- Tallmadge, John. *Meeting the tree of life: a teachers' path*. Salt Lake City: University of Utah Press, 1997.
- Wilkins, Thurman. *John Muir: apostle of nature*. Norman: University of Oklahoma Press, 1996.
- Witschi, Nicolas S., 1966-. *Traces of gold: California's natural resources and the claim to realism in western American literature*. Tuscaloosa: University of Alabama Press, 2002.

## Dan Cohn-Sherbok

- Cohn-Sherbok, Dan. *A concise encyclopedia of Judaism*. Oxford: Oneworld, 1998.
- Cohn-Sherbok, Dan. *Anti-semitism: a history*. Thrupp, Stroud, Gloucestershire: Sutton, 2002.
- Cohn-Sherbok, Dan. *Holocaust theology*. London: Lamp Press, 1989.

- Cohn-Sherbok, Dan. *Judaism and other faiths*. New York, N.Y.: St. Martin's Press, 1994.
- Cohn-Sherbok, Dan. *Modern Judaism*. New York, N.Y.: St. Martin's Press, 1996.
- Cohn-Sherbok, Dan. *The future of Judaism*. Edinburgh: T & T Clark, 1994.
- Cohn-Sherbok, Dan. *The vision of Judaism: wrestling with God /:*. St. Paul MN: Paragon House Publ, 2004.
- Cohn-Sherbok, Lavinia. *A short introduction to Judaism*. Oxford, England; Rockport, MA: Oneworld Publications, 1997.
- Cohn-Sherbok, Lavinia, et al. *Judaism: a short history*. Oxford, England; Boston, MA: Oneworld, 1999.

## Olivia de Havilland

- Behlmer, Rudy. *Memo from David O Selznick*. New York: Viking Press, 1972.
- Brown, Gene. *Movie time: a chronology of Hollywood and the movie industry from its beginnings to the present*. New York: Macmillan, 1995.
- De Havilland, Olivia. *Every Frenchman has one*. New York, Random House, 1962.
- Fishgall, Gary. *Pieces of time*. Scribner, 1997.
- Fontaine, Joan, 1917-. *No bed of roses*. New York: Morrow, 1978.
- Gottfried, Martin. *Nobody's fool: the lives of Danny Kaye*. New York: Simon & Schuster, 1994.
- Herman, Jan, 1942-. *A talent for trouble: the life of Hollywood's most acclaimed director, William Wyler*. New York: G.P. Putnam's Sons, 1995.
- Higham, Charles, 1931-2012. *Sisters: the story of Olivia de Havilland and Joan Fontaine*. New York: Coward-McCann, 1984.
- Meyers, Jeffrey. *John Huston: courage and art*. New York: Crown Archetype, 2011.
- Reagan, Ronald. *An American life*. New York: Simon and Schuster, 1990.

## Ward Churchill

- Andersen, Margaret L, et al. *Race, class, and gender: an anthology*. Belmont, Calif.: Wadsworth, 1995.
- Churchill, Ward. *From a native son: selected essays in indigenism, 1985-1995*. Boston, Mass.: South End Press, 1996.
- Churchill, Ward. *Indians are us?: culture and genocide in native North America*. Monroe, Me.: Common Courage Press, 1994.
- Churchill, Ward. *Kill The Indian, Save The Man*. City Lights Books, 2004.
- Churchill, Ward. *On the justice of roosting chickens*. AK Press, 2003.
- Churchill, Ward. *Perversions of justice: indigenous peoples and angloamerican law*. San Francisco: City Lights Books, 2003.
- Churchill, Ward. *Since Predator Came*. AK Press, 2005.
- Churchill, Ward. *Struggle for the land: indigenous resistance to genocide, ecocide and expropriation in contemporary North America*. Monroe, Me.: Common Courage Press, 1993.
- Churchill, Ward, et al. *Fantasies of the master race: literature, cinema and the colonization of American Indians*. Monroe, Me.: Common Courage Press, 1992.

## Magic Johnson

- Frank, Steven. *Magic Johnson*. Chelsea House Publishers, 1995.
- Gottfried, Ted. *Earvin "Magic" Johnson: champion and crusader*. New York: F. Watts, 2001.
- Gutman, Bill. *Magic Johnson: hero on and off court*. Brookfield, Conn.: Millbrook Press, 1992.
- Gutman, Bill. *Magic, more than a legend: a biography*. New York, N.Y.: Harper Paperbacks, 1992.
- Johnson, Earvin, 1959-. *What you can do to avoid AIDS*. New York: Times Books, 1992.
- Johnson, Rick L. *Magic Johnson: basketball's smiling superstar*. New York: Dillon Press; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1992.
- Lazenby, Roland. *The show: the inside story of the spectacular Los Angeles Lakers in the words of those who lived it*. New York: McGraw-Hill, 2006.
- Riley, Pat. *The winner within*. Berkley Books, 1994.
- Rozakis, Laurie, author. *Magic Johnson: basketball immortal*. Vero Beach, Fla.: Rourke Enterprises, 1993.

- Schwabacher, Martin. *Magic Johnson*. New York: Chelsea Juniors, 1994.

## Operation Overlord

- Ambrose, Stephen E. *D-Day, June 6, 1944: the climactic battle of World War II*. New York: Simon & Schuster, 1994.
- Beevor, Antony. *D-day*. Viking, 2009.
- Bradley, Omar Nelson, 1893-1981. *A soldier's story*. New York: Holt, Rinehart and Winston, 1951.
- Copp, J. T. *Fields of fire: the Canadians in Normandy*. Toronto; Buffalo: University of Toronto Press, 2003.
- Gaddis, John Lewis. *Russia, the Soviet Union, and the United States*. McGraw-Hill Pub. Co, 1990.
- Giangreco, D. M.. *Eyewitness D-Day*. Barnes & Noble Books, 2004.
- Gilbert, Martin, 1936-. *The Second World War: a complete history*. New York: H. Holt, 1991.
- Lewis, Nigel. *Exercise Tiger*. Prentice Hall Press, 1990.
- Neillands, Robin, 1935-2006. *The Battle of Normandy, 1944*. London: Cassell, 2002.
- Whitlock, Flint. *The fighting first: the untold story of the Big Red One on D-Day*. Boulder, Colo.; Oxford: Westview, 2005.

## John F. Kennedy assassination conspiracy theories

- Bugliosi, Vincent. *Reclaiming history*. W.W. Norton & Co., 1998.
- Fontaine, Ray La. *Oswald talked*. Pelican Pub. Co., 1996.
- Fresia, Gerald John. *Toward an American revolution: exposing the Constitution and other illusions*. Boston, MA: South End Press, 1988.
- Garrison, Jim, 1921-1992. *On the trail of the assassins: my investigation and prosecution of the murder of President Kennedy*. New York: Sheridan Square Press: Distributed by Kampmann, 1988.
- Hurt, Henry. *Reasonable doubt: an investigation into the assassination of John F. Kennedy*. New York: Holt, Rinehart, and Winston, 1986.
- Kurtz, Michael L., 1941-. *The JFK assassination debates: lone gunman versus conspiracy*. Lawrence: University Press of Kansas, 2006.
- Lane, Mark. *Rush to Judgment*. Thunder's Mouth Press, 1992.
- Marrs, Jim. *Crossfire: the plot that killed Kennedy*. New York: Carroll & Graf Publishers, 1990.
- McKnight, Gerald. *Breach of trust how the Warren Commission failed the nation and why*. Lawrence, Kan.: University Press of Kansas, 2005.
- Scheim, David E. *Contract on America: the Mafia murder of President John F. Kennedy*. New York: Shapolsky Publishers, 1988.

## Jews

- Brenner, Michael. *A short history of the Jews*. Princeton University Press, 2010.
- Congress, Elaine Piller, et al. *Multicultural perspectives in working with families*. New York: Springer, 2005.
- De Lange, N. R. M. (Nicholas Robert Michael), 1944-. *An introduction to Judaism*. Cambridge; New York: Cambridge University Press, 2000.
- Dosick, Wayne D., 1947-. *Living Judaism: the complete guide to Jewish belief, tradition, and practice*. San Francisco: HarperSan Francisco, 1995.
- Fishman, Sylvia Barack, 1942-. *Jewish life and American culture*. Albany, N.Y.: State University of New York, 2000.
- Gartner, Lloyd P.. *History of the Jews in Modern Times*. Oxford University Press, USA, 2001.
- Johnson, Paul, 1928-. *A history of the Jews*. New York: Perennial Library, 1988.
- Katz, Shmuel, 1914-2008. *Battleground: fact and fantasy in Palestine*. New York: Taylor Productions, 2002.
- Neusner, Jacob, 1932-. *Studying classical Judaism: a primer*. Louisville, Ky.: Westminster/John Knox Press, 1991.

- Neusner, Jacob, 1932-2016. *An introduction to Judaism: a textbook and reader*. Louisville, Ky.: Westminster/John Knox Press, 1991.

## Dunkirk evacuation

- Atkin, Ronald. *Pillar of fire: Dunkirk 1940*. London: Sidgwick & Jackson, 1990.
- Churchill, Winston S.. *Never give in!*. Hyperion, 2003.
- Costello, John, 1943-. *Ten days that saved the West*. London; New York: Bantam Press, 1991.
- Gelb, Norman. *Dunkirk: the incredible escape*. London: Joseph, 1990.
- Jackson, Julian, 1954-. *The fall of France: the Nazi invasion of 1940*. Oxford; New York: Oxford University Press, 2003.
- Keegan, John, 1934-. *The Second World War*. New York: Viking, 1990.
- Murray, Williamson. *A war to be won*. Belknap Press of Harvard University Press, 2000.
- Nadeau, Jean-Benoît. *Sixty million Frenchmen can't be wrong*. Sourcebooks, 2003.
- Safire, William, 1929-2009. *Lend me your ears: great speeches in history*. New York: W.W. Norton, 1997.
- Weinberg, Gerhard L. *A world at arms: a global history of World War II*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.

## Death of Adolf Hitler

- Erickson, John. *The Road to Berlin: Stalin's War with Germany, vol. 2*. [Place of publication not identified]: Weidenfeld, 1983.
- Fest, Joachim C., 1926-2006. *Hitler*. New York, Harcourt Brace Jovanovich, 1974.
- Fest, Joachim C., 1926-2006. *Inside Hitler's bunker: the last days of the Third Reich*. New York: Farrar, Strauss and Giroux, 2004.
- Hamilton, Charles, 1913-1996. *Leaders & personalities of the Third Reich: their biographies, portraits, and autographs*. San Jose, Calif.: R.J. Bender Pub., 1996.
- Joachimsthaler, Anton. *The last days of Hitler: the legends, the evidence, the truth*. London: Brockhampton Press, 1999.
- Linge, Heinz. *With Hitler to the end*. Skyhorse Pub., 2009.
- Parparov, Fyodor. *The Hitler book*. Public Affairs, 2005.
- Petrova, Ada, et al. *The death of Hitler: the full story with new evidence from secret Russian archives*. New York: Norton, 1995.
- Vinogradov, V. K. *Hitler's death: Russia's last great secret from the files of the KGB*. London: Chaucer, 2005.
- Waite, Robert G. L.. *The psychopathic god*. Da Capo Press, 1993.

## Suicide attack

- Bloom, Mia, 1968-. *Dying to kill: the allure of suicide terror*. New York: Columbia University Press, 2005.
- Davis, Joyce, 1953-. *Martyrs: innocence, vengeance, and despair in the Middle East*. New York: Palgrave, 2003.
- Hafez, Mohammed M.. *Suicide Bombers in Iraq*. United States Institute of Peace Press, 2007.
- KHOSROKHAVAR, FARHAD. *SUICIDE BOMBERS: ALLAH'S NEW MARTYRS; TRANS. BY DAVID MACEY.*. PLUTO, 2005.
- Lewis, Jeffrey William, 1969-. *The business of martyrdom: a history of suicide bombing*. Annapolis, Md.: Naval Institute Press, 2012.
- Lieberthal, Kenneth. *Revolution and tradition in Tientsin, 1949-1952*. Stanford, Calif.: Stanford University Press, 1980.
- Pape, Robert Anthony, 1960-. *Dying to win: the strategic logic of suicide terrorism*. New York: Random House, 2005.
- Reuter, Christoph. *My life is a weapon: a modern history of suicide bombing*. Princeton, NJ: Princeton University Press, 2004.

- Sheftall, Mordecai G. *Blossoms in the wind: the human legacy of the Kamikaze*. New York: NAL Caliber, 2005.
- Victor, Barbara. *Army of roses: inside the world of Palestinian women suicide bombers*. [Emmaus, Pa.?]: Rodale, 2003.

## Genetic drift

- Avers, Charlotte J. *Process and pattern in evolution*. New York: Oxford University Press, 1989.
- Campbell, Neil A. aut. *Biology*. Menlo Park [u.a.] Benjamin Cummings, 1996.
- Cavalli-Sforza, L. L. (Luigi Luca), 1922-, et al. *The history and geography of human genes*. Princeton, N.J.: Princeton University Press, 1996.
- Kimura, Motoo, 1924-. *Theoretical aspects of population genetics*. Princeton, N.J.: Princeton University Press, 1971.
- Larson, Edward J. (Edward John). *Evolution: the remarkable history of a scientific theory*. New York: Modern Library, 2004.
- Li, Wen-Hsiung, et al. *Fundamentals of molecular evolution*. Sunderland, Mass.: Sinauer Associates, 1991.
- Miller, Geoffrey F. *The mating mind: how sexual choice shaped the evolution of human nature*. New York: Doubleday, 2000.
- None,. *Genetics*. New York: Macmillan Reference USA: Thomson/Gale, 2003.

## Nineteen Eighty-Four

- Bowker, Gordon, 1934-, et al. *Inside George Orwell*. New York: Palgrave Macmillan, 2003.
- Howe, Irving, et al. *1984 revisited: totalitarianism in our century*. New York: Harper & Row, 1983.
- Keyes, Ralph. *I love it when you talk retro*. St. Martin's Press, 2009.
- Murphy, Bruce, 1962-. *Benét's reader's encyclopedia*. New York: HarperCollinsPublishers, 1996.
- Orwell, George. *Nineteen eighty-four*. Plume, 2003.
- Orwell, George, 1903-1950. *Nineteen eighty-four: a novel*. Harmondsworth: Penguin Books in association with Secker & Warburg, 1981.
- Shelden, Michael, author. *Orwell: the authorised biography*. London: Heinemann, 1991.
- Smith, David N., 1952-, et al. *Orwell for beginners*. [London], Eng.: Writers and Readers Pub. Cooperative, 1984.
- Tuccille, Jerome. *Who's afraid of 1984?*. New Rochelle, N.Y.: Arlington House Publishers, 1975.

## New Journalism

- Dennis, Everette E, et al. *Other voices: the new journalism in America*. San Francisco, Canfield Press, 1974.
- Hohenberg, John. *The professional journalist: a guide to the practices and principles of the news media*. New York, 1978.
- Hollowell, John, 1945-. *Fact & fiction: the new journalism and the nonfiction novel*. Chapel Hill: University of North Carolina Press, 1977.
- MacDougall, Curtis Daniel, 1903-. *Interpretative reporting*. New York: Macmillan, 1977.
- McQuade, Donald, comp, et al. *Popular writing in America; the interaction of style and audience*. New York, Oxford University Press, 1974.
- Mills, Nicolaus, compiler. *The new journalism: a historical anthology*. New York, McGraw-Hill, 1974.
- Park, Robert Ezra, 1864-1944. *The city*. Chicago: University of Chicago Press, 1967.
- Polsgrove, Carol. *It wasn't pretty, folks, but didn't we have fun?: surviving the '60s with Esquire's Harold Hayes*. Oakland, Calif.: RDR Books, 2001.
- Weingarten, Marc. *The gang that couldn't write straight*. Crown Publishers, 2006.
- Wolfe, Tom, et al. *The new journalism*. New York, Harper & Row, 1973.

## Dr. Seuss

- Cohen, Charles D. *The Seuss, the whole Seuss, and nothing but the Seuss: a visual biography of Theodor Seuss Geisel*. New York: Random House, 2004.
- Cott, Jonathan. *Pipers at the gates of dawn: the wisdom of children's literature*. New York: Random House, 1983.
- Levine, Stuart P., 1968-. *Dr. Seuss*. San Diego, CA: Lucent Books, 2001.
- Morgan, Judith. *Dr. Seuss & Mr. Geisel*. Da Capo Press, 1996.
- Morgan, Judith, et al. *Dr. Seuss & Mr. Geisel: a biography*. New York:, 1995.
- Pease, Donald E. *Theodor Seuss Geisel*. New York: Oxford University Press, 2010.
- Seuss, Dr. *Bartholomew and the oobleck;*. New York, Random House, 1949.
- Seuss, Dr, et al. *Dr. Seuss from then to now: a catalogue of the retrospective exhibition*. New York: Random House, 1986.
- Seuss, Dr, et al. *The tough coughs as he ploughs the dough*. New York: W. Morrow/Remco Worldservice Books, 1987.
- Weidt, Maryann N.. *Oh, the places he went*. Carolrhoda Books, 1994.

## Presidency of John Adams

- Brown, Ralph A. *The Presidency of John Adams*. Lawrence: University Press of Kansas, 1975.
- Chernow, Ron. *Alexander Hamilton*. New York: Penguin Press, 2004.
- Diggins, John P. *John Adams*. New York: Times Books, 2003.
- Elkins, Stanley M.. *The age of federalism*. Oxford University Press, 1993.
- Ellis, Joseph J. *Passionate sage: the character and legacy of John Adams*. New York: Norton, 2001.
- Kurtz, Stephen G. *The Presidency of John Adams; the collapse of Federalism, 1795-1800*. Philadelphia, University of Pennsylvania Press, 1957.
- McCullough, David G. *John Adams*. New York: Simon & Schuster Paperbacks, 2008.
- McDonald, Forrest. *The Presidency of George Washington*. Lawrence, University Press of Kansas, 1974.
- Miller, John Chester, 1907-1991. *The Federalist era, 1789-1801*. New York, Harper, 1960.
- Morison, Samuel Eliot, 1887-1976. *The Oxford history of the American people*. New York, Oxford University Press, 1965.

## Criticism of religion

- Ansell, Amy Elizabeth, 1964-. *Unraveling the right: the new conservatism in American thought and politics*. Boulder, Colo: Westview Press, 2001.
- Brooke, John Hedley. *Science and religion: some historical perspectives*. Cambridge; New York: Cambridge University Press, 1991.
- Burckhardt, Jacob. *The civilization of the Renaissance in Italy*. Penguin Books, 2004.
- Cavanaugh, William T., 1962-. *The myth of religious violence: secular ideology and the roots of modern conflict*. Oxford; New York: Oxford University Press, 2009.
- Dennett, Daniel Clement. *Breaking the spell: religion as a natural phenomenon*. New York: Viking, 2006.
- Juergensmeyer, Mark. *Terror in the mind of God*. University of California Press, 2001.
- Larson, Edward J. (Edward John). *Summer for the gods: the Scopes trial and America's continuing debate over science and religion*. Cambridge, Mass.: Harvard University Press, 1998.
- Onfray, Michel, 1959-. *In defense of atheism: the case against Christianity, Judaism, and Islam*. Toronto: Viking Canada, 2007.
- Pape, Robert Anthony, 1960-. *Dying to win: the strategic logic of suicide terrorism*. New York: Random House, 2005.
- White, Andrew Dickson. *A history of the warfare of science with theology in Christendom*. Prometheus Books, 1993.

## Masculinity

- Corneau, Guy. *Absent fathers, lost sons: the search for masculine identity*. Boston: Shambhala; [New York]: Distributed in the U.S. by Random House, 1991.

- Eldredge, John, 1960-. *Wild at heart: discovering the secret of a man's soul*. Nashville, TN: Thomas Nelson, 2001.
- Halberstam, Judith, 1961-. *Female masculinity*. Durham [N.C.]: Duke University Press, 1998.
- Hine, Darlene Clark, et al. *A question of manhood: a reader in U.S. Black men's history and masculinity*. Bloomington: Indiana University Press, 1999.
- Jeffreys, Sheila. *Unpacking queer politics: a lesbian feminist perspective*. Cambridge; Malden, MA: Polity Press in association with Blackwell Pub., 2003.
- Pleck, Elizabeth H. (Elizabeth Hafkin), 1945-;Pleck, Joseph H. *The American man*. Englewood Cliffs, N.J.: Prentice-Hall, 1980.
- Simpson, Mark, 1965-. *Male impersonators: men performing masculinity*. New York, NY: Routledge, 1994.
- Stephenson, June, 1920-. *Men are not cost-effective: male crime in America*. New York, N.Y.: HarperPerennial, 1995.
- Theweleit, Klaus. *Male fantasies*. University of Minnesota Press, 1987.
- Vande Berg, Leah R, et al. *Television criticism: approaches and applications*. New York: Longman, 1991.

## Tet Offensive

- Clifford, Clark M.. *Counsel to the president*. Random House, 1991.
- Davidson, Phillip B., 1915-. *Vietnam at war: the history, 1946-1975*. Novato, Calif.: Presidio Press, 1988.
- Dougan, Clark, et al. *Nineteen sixty-eight*. Boston, MA: Boston Pub. Co., 1983.
- Doyle, Edward, 1949-, et al. *The North*. Boston, MA: Boston Pub. Co., 1986.
- Elliott, David W. P. *The Vietnamese war: revolution and social change in the Mekong Delta, 1930-1975*. Armonk, N.Y.: M.E. Sharpe, 2003.
- Lewy, Guenter, 1923-. *America in Vietnam*. Oxford; Toronto: Oxford University Press, 1980.
- Maitland, Terrence, et al. *A contagion of war*. Boston, MA: Boston Pub. Co., 1983.
- Morrocco, John, et al. *Thunder from above: air war, 1941-1968*. Boston, MA: Boston Pub. Co., 1984.
- Pisor, Robert. *The end of the line: the siege of Khe Sanh*. New York: Norton, 1982.
- Schandler, Herbert Y. *Lyndon Johnson and Vietnam: the unmaking of a president*. Princeton, N. J.: Princeton University Press, 1977.

## 1st SS Panzer Division Leibstandarte SS Adolf Hitler

- Arnold, James R., 1952-. *Ardennes 1944: Hitler's last gamble in the West*. London: Osprey, 1990.
- Dollinger, Hans. *The decline and fall of Nazi Germany and imperial Japan: a pictorial history of the final days of World War II*. New York: Bonanza Books: Distributed by Crown Publishers, 1982.
- Lewin, Ronald. *Ultra goes to war: the first account of World War II's greatest secret based on official documents*. New York: McGraw-Hill, 1978.
- MacDonald, Charles Brown, 1922-. *A time for trumpets: the untold story of the Battle of the Bulge*. New York: Perennial, 2002.
- Moseley, Ray. *Mussolini*. Taylor Trade Pub., 2004.
- Parker, Danny S. *Fatal crossroads: the untold story of the Malmédy Massacre at the Battle of the Bulge*. Cambridge, MA: Da Capo Press, 2012.
- Rossino, Alexander B., 1966-. *Hitler strikes Poland: Blitzkrieg, ideology, and atrocity*. Lawrence, Kan.: University Press of Kansas, 2003.
- Stein, George H., 1934-. *The Waffen SS: Hitler's elite guard at war, 1939-1945*. Ithaca, N.Y.: Cornell University Press, 1984.
- Strauss, Herbert Arthur. *In the eye of the storm: growing up Jewish in Germany, 1918-1943: a memoir*. New York: Fordham University Press, 1999.
- Ziemke, Earl Frederick, 1922-. *Stalingrad to Berlin: the German defeat in the east*. Washington, Office of the Chief of Military History, U.S. Army; [for sale by the Supt. of Docs., U.S. Govt. Print. Off.], 1968.

## Iowa-class battleship

- Bonner, Kit. *Great naval disasters*. MBI Pub. Co., 1998.

- Garzke, William H, et al. *Battleships: United States battleships, 1935-1992*. Annapolis, Md.: Naval Institute Press, 1995.
- Keegan, John, 1934-2012. *World War II: a visual encyclopedia*. London: PRC Pub.; New York, N.Y.: Distributed in the U.S. and Canada by Sterling Pub., 2000.
- Lightbody, Andy. *The complete book of U.S. fighting power*. New York, N.Y.: Beekman House, 1990.
- Newell, Gordon R, et al. *Mighty Mo, the U.S.S. Missouri; a biography of the last battleship*. Seattle, Wash., Superior Pub. Co, 1969.
- None,. *The Encyclopedia of world sea power*. London: Temple Press / Aerospace, 1988.
- Polmar, Norman. *The Naval Institute guide to the ships and aircraft of the U.S. fleet*. Annapolis, Md.: Naval Institute, 2004.
- Sharpe, Richard. *Jane's fighting ships 1991-92*. Coulsdon, Surrey [England]; Alexandria, VA: Jane's Information Group, 1991.
- Thompson, Charles C. *A glimpse of hell: the explosion on the USS Iowa and its cover-up*. New York: Norton, 1999.

## Selena

- Arrarás, María Celeste. *Selena's secret*. Simon & Schuster, 1997.
- Burr, Ramiro. *The Billboard guide to Tejano and regional Mexican music*. New York: Billboard Books, 1999.
- García, Alma M. *The Mexican Americans*. Westport, Conn.: Greenwood Press, 2002.
- Levin, Eric. *The most intriguing people of the century*. New York: People Books, 1997.
- Meier, Matt S. *The Mexican American experience: an encyclopedia*. Westport, Conn.: Greenwood Press, 2003.
- Moon, Tom. *1,000 recordings to hear before you die*. Workman Pub., 2008.
- Patoski, Joe Nick. *Selena*. Little Brown & Co (T), 1996.
- Rebolledo, Tey Diana, 1937-. *The chronicles of Panchita Villa and other guerrilleras: essays on Chicana/Latina literature and criticism*. Austin: University of Texas Press, 2005.
- San Miguel, Guadalupe, 1950-. *Tejano proud: Tex-Mex music in the twentieth century*. College Station: Texas A & M University Press, 2002.

## John Quincy Adams

- Bemis, Samuel Flagg, 1891-1973. cn. *John Quincy Adams and the Union*. New York, Knopf, 1956.
- Hargreaves, Mary W. M., 1914-. *The presidency of John Quincy Adams*. Lawrence, Kan.: University Press of Kansas, 1985.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- McCullough, David G. *John Adams*. New York: Simon & Schuster, 2001.
- Miller, William Lee. *Arguing About Slavery*. A.A. Knopf, INC., 1996.
- Nagel, Paul C. *Descent from glory: four generations of the John Adams family*. New York: Oxford University Press, 1983.
- Parsons, Lynn H. *The birth of modern politics: Andrew Jackson, John Quincy Adams, and the election of 1828*. Oxford; New York: Oxford University Press, 2009.
- Remini, Robert Vincent. *John Quincy Adams*. Times Books, 2002.
- Unger, Harlow G., 1931-. *John Quincy Adams*. Boston: Da Capo Press, 2012.
- Widmer, Edward L. *Ark of the liberties: America and the world*. New York: Hill and Wang, 2008.

## Candide

- Adorno, Theodor W., 1903-1969. *Lectures on negative dialectics: fragments of a lecture course 1965/1966*. Cambridge: Polity, 2008.
- Ayer, A. J. (Alfred Jules), 1910-. *Voltaire*. New York: Random House, 1986.
- Bottiglia, William F., compiler. *Voltaire; a collection of critical essays*. Englewood Cliffs, N.J., Prentice-Hall, 1968.
- Boyer, Paul S.. *Purity in print*. University of Wisconsin Press, 2002.

- Haight, Anne Lyon. *Banned books: informal notes on some books banned for various reasons at various times and in various places*. New York: R.R. Bowker, 1955.
- Mason, Haydn Trevor. *Candide: optimism demolished*. New York: Twayne Publishers; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1992.
- Peyser, Joan. *Bernstein: a biography*. New York: Beech Tree Books, 1987.
- Voltaire, 1694-1778, et al. *Candide and related texts*. Indianapolis: Hackett Pub. Co., 2000.
- Walsh, Thomas, 1960-. *Readings on Candide*. San Diego, CA: Greenhaven Press, 2001.
- Williams, David, 1938-. *Voltaire, Candide*. London: Grant & Cutler, 1997.

## Qigong

- Chao, Pi Chen, b. 1860, et al. *Taoist yoga: alchemy and immortality*. York Beach, Me.: S. Weiser, 1973.
- Chen, Nancy N. *Breathing spaces: qigong, psychiatry, and healing in China*. New York: Columbia University Press, 2003.
- Frantzis, Bruce Kumar. *Opening the energy gates of your body*. North Atlantic Books, 1993.
- Li, Chenyang, 1956-. *The Tao encounters the West: explorations in comparative philosophy*. Albany: State University of New York Press, 1999.
- Lin, Zixin. *Qigong: Chinese medicine or pseudoscience*. Amherst, N.Y.: Prometheus Books, 2000.
- Ownby, David, 1958-. *Falun Gong and the future of China*. Oxford; New York: Oxford University Press, 2008.
- Palmer, David A., 1969-. *Qigong fever: body, science, and utopia in China*. New York: Columbia University Press, 2007.
- Wanjek, Christopher, 1967-. *Bad medicine: misconceptions and misuses revealed, from distance healing to vitamin O*. New York: J. Wiley, 2003.
- Wengell, Douglas A. *Educational opportunities in integrative medicine: the A to Z healing arts guide and professional resource directory*. [Atlanta, GA]: Hunter Press, 2008.
- Yang, Jwing-Ming, 1946-. *Qigong for health and martial arts: exercises and meditation*. Boston, MA: YMAA Publication Center, 1998.

## Søren Kierkegaard

- Gardiner, Patrick, 1922-. *Nineteenth-century philosophy*. New York: Free P; London: Collier-Macmillan, 1969.
- Hohlenberg, Johannes, b. 1881. *Sören Kierkegaard;*. New York, Pantheon Books, 1954.
- Hubben, William, 1895-1974. *Dostoevsky, Kierkegaard, Nietzsche, and Kafka; four prophets of our destiny*. New York, Collier Books, 1962.
- Kierkegaard, Søren, 1813-1855. *Philosophical fragments, Johannes Climacus*. Princeton, N.J.: Princeton University Press, 1985.
- Kierkegaard, Søren, 1813-1855. *The concept of irony with continual reference to Socrates: together with notes of Schelling's Berlin lectures*. Princeton, N.J.: Princeton University Press, 1989.
- Mackey, Louis. *Kierkegaard: a kind of poet*. Philadelphia: University of Pennsylvania Press, 1972.
- Poupard, Dennis. *Twentieth-Century literary criticism. [electronic resource]*. Detroit, Mich.: Gale Research, 1983.
- Price, George Henry. *The narrow pass: a study of Kierkegaard's concept of man. --*. New York: McGraw-Hill, 1963.
- Rorty, Richard. *Contingency, irony, and solidarity*. Cambridge University Press, 1989.
- Wyschogrod, Michael, 1928-. *Kierkegaard and Heidegger: the ontology of existence*. London: Routledge & Paul, 1954.

## William McKinley

- Armstrong, William H. (William Howard), 1932-. *Major McKinley: William McKinley and the Civil War*. Kent, Ohio: Kent State University Press, 2000.
- Cherny, Robert W. *A righteous cause: the life of William Jennings Bryan*. Norman: University of Oklahoma Press, 1994.

- Gould, Lewis L. *The Presidency of William McKinley*. Lawrence: Regents Press of Kansas, 1980.
- Jensen, Richard J. *The winning of the Midwest: social and political conflict, 1888-1896*. Chicago: University of Chicago Press, 1971.
- Jones, Stanley Llewellyn, 1918-. *The presidential election of 1896*. Madison: University of Wisconsin Press, 1964.
- Kazin, Michael, 1948-. *A godly hero: the life of William Jennings Bryan*. New York: Knopf, 2006.
- Leech, Margaret, 1893-1974. *In the days of McKinley*. New York, Harper, 1959.
- Miller, Scott. *The President and the assassin*. Random House, 2011.
- Phillips, Kevin P.. *William McKinley*. Times Books, 2003.
- Pratt, Walter F.. *The Supreme Court under Edward Douglass White, 1910-1921*. University of South Carolina Press, 1999.

## Science

- Darrigol, Olivier. *Electrodynamics from Ampère to Einstein*. Oxford; New York: Oxford University Press, 2000.
- Haar, D. ter. *The old quantum theory*. Oxford; New York: Pergamon Press, 1967.
- Henig, Robin Marantz. *The monk in the garden: the lost and found genius of Gregor Mendel, the father of genetics*. Boston: Houghton Mifflin, 2000.
- Kraft, Christopher C. *Flight: my life in mission control*. New York: Dutton, 2001.
- Krimsky, Sheldon. *Science in the private interest: has the lure of profits corrupted biomedical research?*. Lanham: Rowman & Littlefield Publishers, 2003.
- Moody, Glyn. *Digital code of life: how bioinformatics is revolutionizing science, medicine, and business*. Hoboken, N.J.: Wiley, 2004.
- Newton-Smith, W. *The rationality of science*. Boston: Routledge & Kegan Paul, 1981.
- Shermer, Michael, et al. *Why people believe weird things: pseudoscience, superstition, and other confusions of our time*. New York: W.H. Freeman, 1997.

## Muhammad in Islam

- Bennett, Clinton. *In search of Muhammad*. London; New York: Cassell, 1998.
- Eaton, Gai, 1921-2010. *Islam and the destiny of man*. Albany, N.Y.: State University of New York Press, 1985.
- Esposito, John L. *Islam: the straight path*. New York; Oxford: Oxford University Press, 1998.
- Esposito, John L.. *Islam*. Oxford University Press, 1998.
- Khan, Muhammad Zafrulla, 1893-1985. *Muhammad, seal of the prophets*. London; Boston: Routledge & Kegan Paul, 1980.
- Morgan, Diane, 1947-. *Essential Islam: a comprehensive guide to belief and practice*. Santa Barbara, Calif.: Praeger/ABC-CLIO, 2010.
- Peters, F. E. (Francis E.). *Muhammad and the origins of Islam*. Albany: State University of New York Press, 1994.
- Stefon, Matt. *Islamic beliefs and practices*. New York, NY: Britannica Educational Pub. in association with Rosen Educational Services, 2010.

## Audre Lorde

- Ferguson, Russell. *Out there: marginalization and contemporary cultures*. New York, N.Y.: New Museum of Contemporary Art; Cambridge, Mass.: MIT Press, 1990.
- Keating, AnaLouise, 1961-. *Women reading women writing: self-invention in Paula Gunn Allen, Gloria Anzaldúa, and Audre Lorde*. Philadelphia, PA: Temple University Press, 1996.
- Lorde, Audre. *A burst of light: essays*. Ithaca, N.Y.: Firebrand Books, 1988.
- Lorde, Audre. *Chosen poems, old and new*. New York: Norton, 1982.
- Lorde, Audre. *Conversations with Audre Lorde*. Jackson: University Press of Mississippi, 2004.
- Lorde, Audre. *Our dead behind us: poems*. New York: W.W. Norton, 1986.
- Lorde, Audre. *Sister outsider: essays and speeches*. Trumansburg, NY: Crossing Press, 1984.

- Lorde, Audre. *The black unicorn: poems*. New York: Norton, 1978.
- Lorde, Audre. *The cancer journals*. Aunt Lute Books, 1997.
- Veaux, Alexis De. *Warrior poet*. W.W. Norton, 2004.

## Hugh Walpole

- Agate, James, 1877-1947. *A shorter Ego: the autobiography of James Agate*. London: Harrap, 1945.
- Agate, James, 1877-1947. *The selective Ego: the diaries of James Agate*. London: Harrap, 1976.
- Driberg, Tom, Baron Bradwell. *Ruling passions*. London; New York: Quartet Books, 1978.
- Hamann, Brigitte. *Winifred Wagner*. Granta, 2005.
- James, Henry, 1843-1916, author,Edel, Leon, 1907-1997, editor. *Letters*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1974.
- Lehmann, John, 1907-. *The Craft of letters in England: a symposium. --*. London: Cresset Press, 1956.
- Souhami, Diana. *The trials of Radclyffe Hall*. Doubleday, 1999.
- Steele, Elizabeth. *Hugh Walpole*. New York, Twayne Publishers, 1972.
- Walpole, Hugh, Sir, 1884-1941. *The apple trees: four reminiscences*. Waltham, Saint Lawrence, Berkshire: Golden Cockerel Press, 1932.
- Ziegler, Philip. *Rupert Hart-Davis: man of letters*. London: Chatto & Windus, 2004.

## Ellen Swallow Richards

- Bowden, Mary Ellen. *Chemical achievers: the human face of chemical sciences*. Philadelphia: Chemical Heritage Foundation, 1997.
- Clarke, Robert, 1931-. *Ellen Swallow: the woman who founded ecology*. Chicago, Follett Pub. Co, 1973.
- Levenstein, Harvey A., 1938-. *Revolution at the table: the transformation of the American diet*. New York: Oxford University Press, 1988.
- Oakes, Elizabeth H.. *International Encyclopedia of Women Scientists (Facts on File Science Library)*. Facts on File, 2002.
- Ogilvie, Marilyn Bailey. *Women in science: antiquity through the nineteenth century: a biographical dictionary with annotated bibliography*. Cambridge, Mass.: MIT Press, 1986.
- Pursell, Carroll W. *Technology in America: a history of individuals and ideas*. Cambridge, Mass.: MIT Press, 1981.
- Rossiter, Margaret W. *Women scientists in America: struggles and strategies to 1940*. Baltimore: Johns Hopkins University Press, 1982.
- Shearer, Benjamin F, et al. *Notable women in the physical sciences: a biographical dictionary*. Westport, Conn.: Greenwood Press, 1997.
- Vare, Ethlie Ann. *Adventurous spirit*. Carolrhoda Books, 1992.
- Zierdt-Warshaw, Linda. *American women in technology: an encyclopedia*. Santa Barbara, Calif.: ABC-CLIO, 2000.

## Helter Skelter (song)

- Brackett, Nathan, 1968-, et al. *The new Rolling Stone album guide*. New York: Simon & Schuster, 2004.
- Bugliosi, Vincent. *Helter skelter*. W.W. Norton, 1974.
- Doggett, Peter. *There's a riot going on*. Canongate, 2007.
- Graff, Gary, et al. *MusicHound rock: the essential album guide*. Detroit: Visible Ink Press, 1999.
- Lennon, John. *All we are saying*. St. Martin's Griffin, 2000.
- MacDonald, Ian, 1948-2003. *Revolution in the head: the Beatles' records and the sixties*. Chicago, Ill: Chicago Review Press, 2007.
- McKinney, Devin. *Magic circles: the Beatles in dream and history*. Cambridge, Mass.: Harvard University Press, 2003.
- Miles, Barry. *Paul McCartney*. H. Holt, 1998.
- Schaffner, Nicholas, 1953-. *The Beatles forever*. New York: McGraw-Hill, 1978.
- Spitz, Bob. *The Beatles: the biography*. New York: Little, Brown, 2005.

## History of qigong

- Broughton, Richard S. *Parapsychology: the controversial science*. New York: Ballantine Books, 1992.
- Goldstein, Michael S., 1944- author. *Alternative health care: medicine, miracle, or mirage?*. Philadelphia, PA: Temple University Press, 1999.
- Johnson, Ian. *Wild Grass*. Pantheon, 2004.
- Laozi., et al. *Tao te ching*. London: Penguin Books, 1963.
- Lin, Zixin. *Qigong: Chinese medicine or pseudoscience*. Amherst, N.Y.: Prometheus Books, 2000.
- McDonald, Kevin, 1955-. *Global movements: action and culture*. Malden, MA; Oxford: Blackwell Pub., 2006.
- Ownby, David, 1958-. *Falun Gong and the future of China*. Oxford; New York: Oxford University Press, 2008.
- Palmer, David A., 1969-. *Qigong fever: body, science, and utopia in China*. New York: Columbia University Press, 2007.
- Porkert, Manfred, author. *The theoretical foundations of Chinese medicine: systems of correspondence*. Cambridge, Massachusetts: The MIT Press, 1974.
- Wanjek, Christopher, 1967-. *Bad medicine: misconceptions and misuses revealed, from distance healing to vitamin O*. New York: J. Wiley, 2003.

## Parity of zero

- Council, Graduate Management Admission. *GMAT review: the official guide*. McLean, VA: Graduate Management Admission Council, 2005.
- Crumpacker, Bunny. *Perfect figures: the lore of numbers and how we learned to count*. New York: Thomas Dunne Books/St. Martin's Press, 2007.
- Grimes, Joseph Evans. *The thread of discourse*. The Hague: Mouton, 1975.
- Group, Diagram. *The official world encyclopedia of sports and games: the rules, techniques of play and equipment for over 400 sports and 1, 000 games*. New York: London: Paddington Press, 1979.
- Kaplan, Inc. *New SAT 2400*. New York: Simon & Schuster, 2004.
- Krantz, Steven G. (Steven George), 1951-. *Dictionary of algebra, arithmetic, and trigonometry*. Boca Raton: CRC Press, 2001.
- Penner, R. C., 1956-. *Discrete mathematics: proof techniques and mathematical structures*. River Edge, N.J.: World Scientific, 1999.
- Wilden, Anthony, 1935-. *The rules are no game: the strategy of communication*. London; New York: Routledge & K. Paul, 1987.

## The Taming of the Shrew

- Davies, Stevie. *William Shakespeare, The taming of the shrew*. Penguin, 1995.
- Garber, Marjorie B. *Dream in Shakespeare; from metaphor to metamorphosis*. New Haven: Yale University Press, 1974.
- Greg, W. W. (Walter Wilson), 1875-1959. *The Shakespeare first folio, its bibliographical and textual history*. Oxford, Clarendon Press, 1955.
- Herbert, Henry, Sir, 1595-1673. *The control and censorship of Caroline drama: the records of Sir Henry Herbert, Master of the Revels, 1623-73*. Oxford: Clarendon Press; New York: Oxford University Press, 1996.
- Marcus, Leah S. (Leah Sinanoglou). *Unediting the Renaissance: Shakespeare, Marlowe, Milton*. London; New York: Routledge, 1996.
- Shakespeare, William. *The taming of the shrew*. Penguin Books, 2000.
- Shakespeare, William, 1564-1616, et al. *The taming of the shrew*. New York: Washington Square Press, 1992.
- Shakespeare, William, 1564-1616, et al. *The taming of the shrew: with new an updated critical essays and a revised bibliography*. Signet Classics, 1998.
- Shakespeare, William, 1564-1616, et al. *The taming of the shrew;*. Harmondsworth, Penguin, 1968.

**Herbert Hoover**

- Beschloss, Michael R. *The conquerors: Roosevelt, Truman, and the destruction of Hitler's Germany, 1941-1945*. New York: Simon & Schuster Paperbacks, 2007.
- Blainey, Geoffrey. *The rush that never ended: a history of Australian mining. --*. [Melbourne]: Melbourne University Press, 1963.
- Brandes, Joseph. *Herbert Hoover and economic diplomacy: Department of Commerce policy 1921-1928*. Pittsburgh, University of Pittsburgh Press, 1962.
- Burner, David, 1937-. *Herbert Hoover, a public life*. New York: Knopf, 1979.
- Fausold, Martin L., 1921-. *The presidency of Herbert C. Hoover*. Lawrence, Kan.: University Press of Kansas, 1988.
- Ferrell, Robert H. *American diplomacy in the great depression: Hoover-Stimson foreign policy, 1929-1933*. New Haven: Yale University Press, 1957.
- Ferrell, Robert H. *The presidency of Calvin Coolidge*. Lawrence: University Press of Kansas, 1998.
- Finan, Christopher M., 1953-. *Alfred E. Smith: the happy warrior*. New York: Hill and Wang, 2002.
- Leuchtenburg, William E., et al. *Herbert Hoover (The American Presidents)*. Henry Holt & Co, 2008.
- Nash, George H., 1945-. *The life of Herbert Hoover*. New York: W.W. Norton, 1983.

**Robert Leckie (author)**

- Leckie, Robert. *A few acres of snow*. J. Wiley & Sons, 1999.
- Leckie, Robert. *Great American battles. Illustrated with maps, prints, and photos*. New York, Random House, 1968.
- Leckie, Robert. *None died in vain: the saga of the American Civil War*. New York: Harper & Row, 1990.
- Leckie, Robert, 1920-. *George Washington's war: the saga of the American Revolution*. New York: HarperCollins, 1992.
- Leckie, Robert, 1920-. *Okinawa: the last battle of World War II*. New York: Viking, 1995.
- Leckie, Robert, 1920-. *The story of football*. New York, Random House, 1965.
- Leckie, Robert, 1920-2001. *From sea to shining sea: from the War of 1812 to the Mexican War, the saga of America's expansion*. New York: HarperCollins, Pub., 1993.
- Leckie, Robert, 1920-2001. *Helmet for my pillow: from Parris Island to the Pacific, a young Marine's stirring account of combat in World War II*. New York: Bantam, 2010.
- Leckie, Robert, 1920-2001. *The wars of America*. New York: Harper & Row, Publishers, 1981.
- Leckie, Robert, et al. *The battle for Iwo Jima*. New York, Random House, 1967.

**W. S. Di Piero**

- Di Piero, W. S. *Chinese apples: new and selected poems*. New York: A.A. Knopf, 2007.
- Di Piero, W. S. *Nitro nights*. Port Townsend, Wash.: Copper Canyon Press, 2011.
- Di Piero, W. S. *Skirts and slacks: poems*. New York, NY: A.A. Knopf, 2001.
- Euripides,, et al. *Ion*. New York: Oxford University Press, 1996.
- Kincaid, Jamaica. *The best American essays 1995*. Boston [u.a.]: Houghton Mifflin, 1995.
- Penna, Sandro. *This strange joy: selected poems of Sandro Penna; translated from the Italian by W.S. Di Piero*. Columbus: Ohio State University Press, 1982.
- Piero, W. S. Di. *Shadows burning*. Triquarterly Books/Northwestern University Press, 1995.
- Sinisgalli, Leonardo, 1908-1981. *The ellipse: selected poems of Leonardo Sinisgalli*. Princeton, N.J.: Princeton University Press, 1982.

**Plato**

- Boyer, Carl B. (Carl Benjamin), 1906-. *A history of mathematics*. New York: Wiley, 1991.
- Durant, Will, 1885-1981. *The story of philosophy: the lives and opinions of the great philosophers of the western world*. New York: Simon and Schuster, 1961.
- GARVEY, JAMES. *TWENTY GREATEST PHILOSOPHY BOOKS.*. CONTINUUM, 2006.

- Kraut, Richard, 1944-. *The Cambridge companion to Plato*. Cambridge; New York: Cambridge University Press, 1992.
- Melchert, Norman. *The great conversation: a historical introduction to philosophy*. Boston: McGraw-Hill Higher Education, 2002.
- Plato,, et al. *Complete works*. Indianapolis, Ind.: Hackett Pub., 1997.
- Roach, Peter (Peter John), et al. *Cambridge English pronouncing dictionary*. Cambridge; New York: Cambridge University Press, 2006.
- Tredennick, Hugh, 1899-1982, et al. *The collected dialogues, including the Letters*. Princeton, NJ: Princeton University Press, 1961.
- Vlastos, Gregory. *Socrates, ironist and moral philosopher*. Ithaca, New York: Cornell University Press, 1991.
- Whitehead, Alfred North, 1861-1947, et al. *Process and reality: an essay in cosmology*. New York: Free Press, 1978.

## Western Roman Empire

- Durant, Will, 1885-1981. *The age of faith: a history of medieval civilization--Christian, Islamic, and Judaic-- from Constantine to Dante: A.D. 325-1300*. New York: Simon and Schuster, 1950.
- Gibbon, Edward, 1737-1794, et al. *The history of the decline and fall of the Roman Empire*. London: Penguin, 2000.
- Goldsworthy, Adrian Keith. *How Rome fell: death of a superpower*. New Haven: Yale University Press, 2009.
- Hallenbeck, Jan T. *Pavia and Rome: the Lombard monarchy and the papacy in the eighth century*. Philadelphia: American Philosophical Society, 1982.
- Hunt, Lynn, 1945- author, et al. *The making of the West: peoples and cultures*. Bedford/St. Martin's, 2001.
- Jones, A. H. M. (Arnold Hugh Martin), 1904-1970. *The later Roman Empire, 284-602: a social economic and administrative survey*. Baltimore, Md.: Johns Hopkins University Press, 1986.
- Levillain, Philippe, 1940-. *The papacy: an encyclopedia*. New York: Routledge, 2002.
- Noble, Thomas F. X. *The Republic of St. Peter: the birth of the Papal State, 680-825*. Philadelphia: University of Pennsylvania Press, 1984.
- Southern, Pat. *The Roman army*. Oxford University Press, 2007.
- Weigel, Richard D., 1945-. *Lepidus: the tarnished triumvir*. London; New York: Routledge, 1992.

## Music of the American Civil War

- Abel, E. Lawrence. *Singing the new nation*. Stackpole Books, 2000.
- Branham, Robert J. *Sweet freedom's song: "My Country 'Tis of Thee" and democracy in America*. Oxford [England]; New York: Oxford University Press, 2002.
- Clarke, Donald. *The rise and fall of popular music*. St. Martin's Press, 1995.
- Donald, David Herbert, 1920-2009. *Lincoln*. New York: Simon & Schuster, 1995.
- Ewen, David, 1907-1985. *Panorama of American popular music; the story of our national ballads and folk songs, the songs of Tin Pan Alley, Broadway and Hollywood, New Orleans jazz, swing, and symphonic jazz*. Englewood Cliffs, N.J., Prentice-Hall, 1957.
- Struble, John Warthen. *The history of American classical music: MacDowell through minimalism*. New York: Facts On File, 1995.
- Van Deburg, William L. *Slavery & race in American popular culture*. Madison, Wis.: University of Wisconsin Press, 1984.
- Vaughan, Donald, 1958-. *The everything Civil War book: everything you need to know about the war that divided the nation*. Holbrook, Mass.: Adams Media, 2000.

## Leonid Brezhnev

- Brown, Archie. *The rise and fall of communism*. Ecco, 2009.
- Dallin, David J., 1889-1962. *Soviet foreign policy after Stalin*. Philadelphia, Lippincott, 1961.
- Gaddis, John Lewis. *The Cold War: a new history*. New York: Penguin Press, 2005.

- Kolko, Gabriel. *Anatomy of a war: Vietnam, the United States, and the modern historical experience*. New York: Pantheon Books, 1985.
- McCauley, Martin. *Russia, America, and the Cold War, 1949-1991*. London; New York: Longman, 1998.
- Sarin, O. L. (Oleg Leonidovich), et al. *Alien wars: the Soviet Union's aggressions against the world, 1919 to 1989*. Novato, CA: Presidio, 1996.
- Taubman, William. *Khrushchev: the man and his era*. New York: Norton, 2003.
- Zemtsov, Ilya. *Chernenko: the last Bolshevik: the Soviet Union on the eve of Perestroika*. New Brunswick, N.J., U.S.A.: Transaction Publishers, 1989.
- Zubok, V. M. (Vladislav Martinovich). *A failed empire: the Soviet Union in the Cold War from Stalin to Gorbachev*. Chapel Hill: University of North Carolina Press, 2007.

## David Lewis (Canadian politician)

- Avakumović, Ivan. *Socialism in Canada: a study of the CCF-NDP in federal and provincial politics*. Toronto: McClelland and Stewart, 1978.
- Boyko, John, 1957-. *Into the hurricane: attacking socialism and the CCF*. Winnipeg: J. Gordon Shillingford Pub., 2006.
- Caplan, Gerald L. *The dilemma of Canadian socialism; the CCF in Ontario*. [Toronto] McClelland and Stewart, 1973.
- Horowitz, Gad. *Canadian labour in politics*. [Toronto] University of Toronto Press, 1968.
- Morton, Desmond. *NDP: social democracy in Canada*. Sarasota, Fla.: Samuel Stevens, 1977.
- Shackleton, Doris French, 1918-2002. *Tommy Douglas*. Toronto: McClelland and Stewart, 1975.
- Smith, Cameron, 1935-. *Unfinished journey: the Lewis family*. Toronto: Summerhill Press; Downsview, Ont.: Distributed by University of Toronto Press, 1989.
- Stewart, Walter. *M.J.: the life and times of M.J. Coldwell*. Toronto; New York: Stoddart, 2000.
- Tobias, Henry Jack. *The Jewish Bund in Russia from its origins to 1905*. Stanford, Calif.: Stanford University Press, 1972.
- Young, Walter D. *The anatomy of a party: the national CCF, 1932-1961*. [Toronto] University of Toronto Press, 1969.

## Paul Chesley

- Books, Time-Life. *Photojournalism*. Alexandria, Va.: Time-Life Books, 1983.
- Breining, Greg. *Minnesota*. New York, NY: Compass American Guides, 2006.
- Division, National Geographic Society (U.S.). Special Publications. *America's hidden corners: places off the beaten path*. Washington, D.C.: National Geographic Society, 1983.
- Dunn, Margery G.. *Exploring your world: the adventure of geography*. National Geographic Society, 1989.
- Klusmire, Jon, 1956-, et al. *Colorado*. Oakland, Calif.: Compass American Guides, 1992.
- Robbins, Michael W, et al. *Along the Continental Divide*. Washington, D.C.: The Society, 1981.
- Thybony, Scott, et al. *The Rockies: pillars of a continent*. Washington, D.C.: Book Division, National Geographic Society, 1996.
- Wels, Susan. *Jerusalem*. Collins, 1996.
- Wels, Susan. *The story of mothers & daughters*. New York: HarperCollins, 1997.

## The Well of Loneliness

- Barrios, Richard. *Screened out: playing gay in Hollywood from Edison to Stonewall*. New York: Routledge, 2003.
- Cline, Sally. *Radclyffe Hall*. Overlook Press, 1998.
- Doan, Laura L., 1951-. *Fashioning Sapphism: the origins of a modern English lesbian culture*. New York: Columbia University Press, 2001.
- Faderman, Lillian. *Surpassing the love of men: romantic friendship and love between women from the Renaissance to the present*. New York: Quill, 1981.

- Foster, Jeannette H. (Jeannette Howard), 1895-1981. *Sex variant women in literature; a historical and quantitative survey*. New York, Vantage Press, 1956.
- Kennedy, Elizabeth Lapovsky, 1939-, et al. *Boots of leather, slippers of gold: the history of a lesbian community*. New York: Penguin Books, 1994.
- O'Rourke, Rebecca. *Reflecting on The well of loneliness*. London; New York: Routledge, 1989.
- Russo, Vito. *The celluloid closet: homosexuality in the movies*. New York: Harper & Row, 1987.
- Souhami, Diana. *The trials of Radclyffe Hall*. Doubleday, 1999.

## 1880 United States presidential election

- Ackerman, Kenneth D. *Dark horse: the surprise election and political murder of President James A. Garfield*. New York: Carroll & Graf Publishers, 2003.
- Chester, Edward W. *A guide to political platforms*. Hamden, Conn.: Archon Books, 1977.
- Clancy, Herbert John. *The Presidential election of 1880. --*. Chicago: Loyola University Press, 1958.
- Doenecke, Justus D. *The Presidencies of James A. Garfield & Chester A. Arthur*. Lawrence: Regents Press of Kansas, 1988.
- Kleppner, Paul. *The third electoral system 1853-1892: parties, voters, and political cultures*. Chapel Hill: University of North Carolina Press, 1979.
- McFeely, William S. *Grant: a biography*. New York: Norton, 1981.
- Peskin, Allan. *Garfield: a biography*. Kent, Ohio: Kent State University Press, 1978.
- Porter, Kirk H. (Kirk Harold), 1891-1972, comp, et al. *National party platforms, 1840-1956*. Urbana, University of Illinois Press, 1956.
- Reeves, Thomas C., 1936-. *Gentleman boss: the life of Chester Alan Arthur*. New York, Knopf; [distributed by Random House], 1975.
- Wiebe, Robert H. *The search for order, 1877-1920*. New York: Hill and Wang, 1967.

## Throbbing Gristle

- Daniel, Drew, 1971-. *20 jazz funk greats*. New York: Continuum, 2008.
- Gimarc, George. *Punk diary, 1970-1979*. New York: St. Martin's Press, 1994.
- Heylin, Clinton. *Babylon's burning: from punk to grunge*. New York: Canongate; [Berkeley, Calif.]: Distributed by Publishers Group West, 2007.
- Neal, Charles. *Tape Delay*. Harrow: SAF, 1987.
- Poulsen, Henrik Bech. *'77: the year of punk & new wave*. London: Helter Skelter, 2005.
- Reed, S. Alexander, author. *Assimilate: a critical history of industrial music*. New York: Oxford University Press, 2013.
- Reynolds, Simon, 1963-. *Rip it up and start again: post-punk 1978-84*. London: Faber, 2005.
- Savage, Jon. *England's dreaming: anarchy, Sex Pistols, punk rock, and beyond*. New York: St. Martin's Press, 1992.
- Walker, John Albert, 1938-. *Cross-overs: art into pop/pop into art*. London: New York: Comedia/Methuen, 1987.

## James Madison

- Broadwater, Jeff. *James Madison: a son of Virginia & a founder of the nation*. Chapel Hill: University of North Carolina Press, 2012.
- Ferling, John E. *A leap in the dark: the struggle to create the American republic*. Oxford; New York: Oxford University Press, 2003.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- Keyssar, Alexander. *The right to vote: the contested history of democracy in the United States*. New York: Basic Books;, 2000.
- Labunski, Richard E. *James Madison and the struggle for the Bill of Rights*. Oxford; New York: Oxford University Press, 2006.
- Mason, George, 1725-1792. cn. *The papers of George Mason, 1725-1792*. Chapel Hill, University of North Carolina Press, 1970.

- McCoy, Drew R.. *The last of the fathers: James Madison and the Republican legacy*. Cambridge; New York: Cambridge University Press, 1989.
- McDonald, Forrest. *The Presidency of Thomas Jefferson*. Lawrence: University Press of Kansas, 1976.
- Rutland, Robert Allen, 1922-2000. *The presidency of James Madison*. Lawrence, Kan.: University Press of Kansas, 1990.
- Wood, Gordon S.. *The idea of America*. Penguin Press, 2011.

## 1896 United States presidential election

- Coletta, Paolo Enrico, 1916-. *William Jennings Bryan*. Lincoln, University of Nebraska Press, 1964.
- Glad, Paul W. *McKinley, Bryan and the people*. Philadelphia: Lippincott, 1964.
- Glad, Paul W., 1926-. *McKinley, Bryan, and the people*. Philadelphia, Lippincott, 1964.
- Graff, Henry F. (Henry Franklin), 1921-. *Grover Cleveland*. New York: Times Books, 2002.
- Jones, Stanley Llewellyn, 1918-. *The presidential election of 1896*. Madison: University of Wisconsin Press, 1964.
- Kleppner, Paul. *The cross of culture; a social analysis of midwestern politics, 1850-1900. --*. New York: Free Press, 1970.
- McSeveney, Samuel T. *The politics of depression; political behavior in the Northeast, 1893-1896*. New York: Oxford University Press, 1972.
- Porter, Kirk H. (Kirk Harold), 1891-1972, comp, et al. *National party platforms, 1840-1956*. Urbana, University of Illinois Press, 1956.
- Schlesinger, Arthur Meier, 1917-, et al. *History of American presidential elections, 1789-2001*. Philadelphia: Chelsea House Publishers, 2002.
- Williams, R. Hal. *Years of decision: American politics in the 1890s*. New York: Wiley, 1978.

## Death by burning

- Croft, J. Pauline. *King James*. Palgrave Macmillan, 2003.
- Heinl, Robert Debs. *Written in blood*. University Press of America, 2005.
- Hogge, Alice, 1968-. *God's secret agents: Queen Elizabeth's forbidden priests and the hatching of the Gunpowder Plot*. New York: HarperCollins, 2005.
- Ikram, S. M. (Sheikh Mohamad), 1908-1973. *Muslim civilization in India*. New York, Columbia University Press, 1964.
- Kamen, Henry. *The Spanish Inquisition: a historical revision*. New Haven: Yale University Press, 1998.
- Miller, John, 1946- (John Leslie). *Popery and politics in England 1660-1688*. Cambridge [Eng.]: University Press, 1973.
- Murphy, Cullen. *God's jury: the Inquisition and the making of the modern world*. Boston: Houghton Mifflin Harcourt, 2012.
- Redford, Susan. *The harem conspiracy: the murder of Ramesses III*. Dekalb: Northern Illinois University Press, 2002.
- Stillman, Norman A., 1945-. *The Jews of Arab lands: a history and source book*. Philadelphia: Jewish Publication Society of America, 1979.
- Weinberger-Thomas, Catherine. *Ashes of immortality: widow-burning in India*. Chicago: University of Chicago Press, 1999.

## Roe v. Wade

- Browder, Sue. *Subverted: how i helped the sexual revolution hijack the women's movement*. San Francisco: Ignatius Press, 2015.
- Critchlow, Donald T., 1948-. *Intended consequences: birth control, abortion, and the federal government in modern America*. New York: Oxford University Press, 1999.
- Garrow, David J., 1953-. *Liberty and sexuality: the right to privacy and the making of Roe v. Wade*. New York: Macmillan Pub. Co.; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1994.

- Hull, N. E. H., 1949-, et al. *Roe v. Wade: the abortion rights controversy in American history*. Lawrence, Kan.: University Press of Kansas, 2001.
- Hull, N. E. H., 1949-;Hoffer, Williamjames;Hoffer, Peter Charles, 1944-. *The abortion rights controversy in America: a legal reader*. Chapel Hill: University of North Carolina Press, 2004.
- Mohr, James C. *Abortion in America: the origins and evolution of national policy, 1800-1900*. New York: Oxford University Press, 1978.
- Reeves, Richard. *President Nixon*. Simon & Schuster, 2001.
- Rubin, Eva R. *The Abortion controversy: a documentary history*. Westport, Conn.: Greenwood, 1994.
- Schwartz, Bernard, 1923-1997, et al. *The Unpublished opinions of the Burger court*. New York: Oxford University Press, 1988.
- Staggenborg, Suzanne. *The Pro-choice movement: organization and activism in the abortion conflict*. New York: Oxford University Press, 1991.

## Greta Garbo

- Bainbridge, John. *Garbo*. Garden City, N.Y., Doubleday, 1955.
- Bainbridge, John, 1913-1992. *Garbo*. New York, Holt, Rinehart and Winston, 1971.
- Broman, Sven, et al. *Conversations with Greta Garbo*. New York, N.Y., U.S.A.: Viking, 1992.
- Brown, John Mason, 1900-1969. *The worlds of Robert E. Sherwood; mirror to his times, 1896-1939*. New York, Harper & Row, 1965.
- Kellow, Brian. *The Bennetts*. University Press of Kentucky, 2004.
- Paris, Barry. *Garbo*. Minneapolis: University of Minnesota Press, 2002.
- Parish, James Robert, et al. *The debonairs*. New Rochelle, N.Y.: Arlington House, 1975.
- Shapiro, Fred R, et al. *The Yale book of quotations*. New Haven: Yale University Press, 2006.
- Sjölander, Ture, 1937-. *Garbo*. New York, Harper & Row, 1971.
- Zierold, Norman J. *Garbo*. New York, Stein and Day, 1969.

## Teresa Nielsen Hayden

- Brust, Steven. *The paths of the dead*. Tor, 2002.
- Brust, Steven. *Tiassa*. Tor, 2011.
- Ford, John M. *The last hot time*. New York: Tor, 2000.
- McGarry, Terry. *The binder's road*. Tor, 2003.
- Turtledove, Harry. *Conan of Venarium*. New York: Tor, 2003.
- Turtledove, Harry. *The breath of God*. New York: Tor, 2008.
- Wilson, Robert Charles. *Vortex*. New York: Tor, 2011.
- Wilson, Robert Charles, 1953-. *Axis*. New York: Tor, 2007.
- Wilson, Robert Charles, 1953-. *Julian Comstock: a story of 22nd-century America*. New York: Tor, 2009.
- Wilson, Robert Charles, 1953- author. *Burning paradise*. New York: Tor, 2013.

## Matter

- Collings, Peter J. *Liquid crystals*. Princeton University Press, 2002.
- Connell, Richard J. *Matter and becoming*. Chicago: Priory Press, 1966.
- Davies, P. C. W. *The forces of nature*. Cambridge; New York: Cambridge University Press, 1979.
- Fritzsch, Harald, 1943-. *Elementary particles: building blocks of matter*. New Jersey: World Scientific, 2005.
- Hooft, G. 't. *In search of the ultimate building blocks*. Cambridge; New York, NY: Cambridge University Press, 1997.
- Luminet, Jean-Pierre. *Black holes*. Cambridge [England]; New York, NY, USA: Cambridge University Press, 1992.
- Plaxco, Kevin W., 1965-. *Astrobiology: a brief introduction*. Baltimore: Johns Hopkins University Press, 2006.
- Schumm, Bruce A., 1958-. *Deep down things: the breathtaking beauty of particle physics*. Baltimore: Johns Hopkins University Press, 2004.

- Sukys, Paul. *Lifting the scientific veil: science appreciation for the nonscientist*. Lanham, MD: Rowman & Littlefield, 1999.
- Wenham, Martin. *Understanding primary science: ideas, concepts and explanations*. London: Paul Chapman, 2005.

## People's Volunteer Army

- Alexander, Bevin. *Korea: the first war we lost*. New York: Hippocrene Books, 1986.
- Ford, Robert, 1923-. *Wind between the worlds*. Berkeley: Snow Lion Graphics, 1987.
- Geller, Mikhail, 1922-1997. *Cogs in the Soviet wheel: the formation of Soviet man*. London: Collins Harvill, 1988.
- George, Alexander L. *The Chinese Communist Army in action; the Korean War and its aftermath*. New York, Columbia University Press, 1967.
- Goncharov, S. N.. *Uncertain partners*. Stanford University Press, 1993.
- Halberstam, David. *The coldest winter: America and the Korean War*. New York: Hyperion, 2007.
- Hoyt, Edwin Palmer. *The day the Chinese attacked: Korea, 1950: the story of the failure of America's China policy*. New York: McGraw-Hill, 1990.
- Marks, John, 1943-. *The search for the "Manchurian candidate": the CIA and mind control*. New York: Times Books, 1978.
- Spurr, Russell. *Enter the dragon*. Newmarket Press, 1988.
- Zhang, Shu Guang, 1956 October 31-. *Deterrence and strategic culture: Chinese-American confrontations, 1949-1958*. Ithaca: Cornell University Press, 1992.

## Christian culture

- Ash, Russell. *The top 10 of everything 2002*. Dorling Kindersley, 2002.
- Baltzell, E. Digby (Edward Digby), 1915-. *The Protestant establishment: aristocracy & caste in America*. New York, Random House, 1964.
- Barrows, Susanna, 1944-2010, et al. *Drinking: behavior and belief in modern history*. Berkeley: University of California Press, 1991.
- Gariepy, Henry. *Christianity in action: the international history of the Salvation Army*. Grand Rapids, Mich.: William B. Eerdmans Pub. Co., 2009.
- Geisler, Norman L., author. *Christian ethics*. Grand Rapids, Mich.: Baker Book House, 1989.
- Koch, Carl, 1945-. *The Catholic Church: journey, wisdom, and mission*. Winona, Minn.: Saint Mary's Press, 1994.
- Power, Eileen, et al. *Medieval women*. Cambridge: Cambridge University Press, 1997.
- Royce, James E, et al. *Alcoholism and other drug problems*. New York: Free Press: Distributed by Simon & Schuster, 1996.
- Thomas, Hugh, 1931-. *The slave trade: the story of the Atlantic slave trade, 1440-1870*. New York, NY: Simon & Schuster, 1997.
- Witte, John, 1959-. *From sacrament to contract: marriage, religion, and law in the Western tradition*. Louisville, Ky.: Westminster John Knox Press, 1997.

## Pola Negri

- Chaplin, Charlie, 1889-1977, et al. *My autobiography*. New York, Simon and Schuster, 1964.
- Everson, William K. *American silent film*. New York: Da Capo Press, 1998.
- Eyman, Scott. *Ernst Lubitsch: laughter in paradise*. Baltimore [u.a.]: Johns Hopkins Univ. Press, 2000.
- Guiles, Fred Lawrence. *Marion Davies; a biography*. New York, McGraw-Hill, 1972.
- Keylin, Arleen, et al. *Hollywood album: lives and deaths of Hollywood stars from the pages of the New York times*. New York: Arno Press, 1977.
- Lamparski, Richard. *Lamparski's Whatever became of...?*. New York: Bantam Books, 1976.
- Lanza, Joseph. *Russ Columbo and the crooner mystique*. Los Angeles, Calif.: Feral House, 2002.
- Leider, Emily Wortis. *Dark lover*. Farrar, Straus and Giroux, 2003.
- Negri, Pola, 1897-. *Memoirs of a star*. Garden City, N.Y., Doubleday, 1970.

- Swanson, Gloria. *Swanson on Swanson*. New York: Random House, 1980.

## Ingrid Bergman

- Bergman, Ingrid, 1915-1982. *Ingred bergman: my story*. [S.l.]: Dell Pub., 1987.
- Bergman, Ingrid, 1915-1982, et al. *Ingrid Bergman, my story*. New York: Delacorte Press, 1980.
- Bergman, Ingrid, 1915-1982, et al. *Ingrid Bergman, my story*. New York: Dell, 1981.
- Chandler, Charlotte. *Ingrid*. Simon & Schuster, 2007.
- Fishgall, Gary. *Gregory Peck*. Scribner, 2002.
- Leamer, Laurence. *As time goes by: the life of Ingrid Bergman*. New York: Harper & Row, 1986.
- Leamer, Laurence. *As time goes by: the life of Ingrid Bergman*. New York: Harper & Row, 1986.
- Marton, Kati. *The Great Escape*. Simon & Schuster, 2006.
- Quirk, Lawrence J. *The films of Ingrid Bergman*. New York: Citadel Press, 1970.
- Taylor, John Russell. *Ingrid Bergman*. New York: St. Martin's Press, 1983.

## Edward III of England

- Brown, A. L. (Alfred Lawson), 1927-. *The governance of late medieval England 1272-1461*. London: Edward Arnold, 1989.
- Cantor, Norman F. *In the wake of the plague: the Black death and the world it made*. New York: Perennial/HarperCollins, 2002.
- Harriss, G. L. *King, Parliament, and public finance in medieval England to 1369*. Oxford: Clarendon Press, 1975.
- Holmes, George, 1927-. *The estates of the higher nobility in fourteenth-century England. --*. Cambridge [Eng.]: University Press, 1957.
- Holmes, George, 1927-. *The good parliament*. Oxford [Eng.]: Clarendon Press, 1975.
- Maddicott, John Robert. *Thomas of Lancaster, 1307-1322: a study in the reign of Edward II*. London: Oxford U.P., 1970.
- Prestwich, Michael. *Plantagenet England, 1225-1360*. Clarendon Press, 2005.
- Prestwich, Michael. *The three Edwards: war and state in England, 1272-1377*. London: Weidenfeld and Nicolson, 1980.
- Richardson, H. G. (Henry Gerald), 1884-. *The English Parliament in the middle ages*. London: Hambledon Press, 1981.
- Waugh, Scott L., 1948-. *England in the reign of Edward III*. Cambridge; New York: Cambridge University Press, 1991.

## Feminism and equality

- Buechler, Steven M., 1951-. *Women's movements in the United States: woman suffrage, equal rights, and beyond*. New Brunswick: Rutgers University Press, 1990.
- DuBois, Ellen Carol. *Feminism and suffrage*. Cornell University Press, 1999.
- Echols, Alice. *"Daring to be bad": radical feminism in America, 1967-1975*. Minneapolis: University of Minnesota Press, 1989.
- Eisler, Riane Tennenhaus. *The chalice and the blade: our history, our future*. Cambridge [Mass.]: Harper & Row, 1987.
- Freedman, Estelle. *No Turning Back*. Ballantine Books, 2003.
- Hooks, Bell. *Feminism is for everybody: passionate politics*. Cambridge, MA: South End Press, 2000.
- Modleski, Tania. *Feminism without women, culture and criticism in a " Postfeminist" age.*. Routledge, 1991.
- Stevens, Doris. *Jailed for freedom*. NewSage Press, 1995.
- Whitney, Sharon. *The equal rights amendment: the history and the movement*. New York: F. Watts, 1984.

## Catherine the Great

- Alexander, John T. *Catherine the Great: life and legend*. New York: Oxford University Press, 1989.

- Dixon, Simon (Simon M.). *Catherine the Great*. New York: Ecco, 2009.
- Erickson, Carolly, 1943-. *Great Catherine*. New York: Crown Publishers, 1994.
- Hosking, Geoffrey A. *Russia: people and empire, 1552-1917*. Cambridge, Mass.: Harvard University Press, 1997.
- Kolchin, Peter, author. *Unfree labor: American slavery and Russian serfdom*. Cambridge, Massachusetts: Belknap Press of Harvard University Press, 1987.
- Madariaga, Isabel de, 1919-2014. *Catherine the Great: a short history*. New Haven: Yale University Press, 1990.
- Madariaga, Isabel de, 1919-2014. *Russia in the age of Catherine the Great*. New Haven: Yale University Press, 1981.
- Pipes, Richard. *Russia under the old regime*. New York: Scribner, 1974.
- Rodger, N. A. M.. *The command of the ocean*. W.W. Norton, 2005.
- Rounding, Virginia. *Catherine the Great: love, sex and power*. London: Hutchinson, 2006.

## Nguyễn Văn Thiệu

- Dougan, Clark, et al. *Nineteen sixty-eight*. Boston, MA: Boston Pub. Co., 1983.
- Dougan, Clark, et al. *The fall of the South*. Boston, MA: Boston Pub. Co., 1985.
- Hosmer, Stephen T. *The fall of South Vietnam: statements by Vietnamese military and civilian leaders*. New York: Crane, Russak, 1980.
- Isaacs, Arnold R. *Without honor: defeat in Vietnam and Cambodia*. Baltimore: Johns Hopkins University Press, 1983.
- Kahin, George McTurnan. *Intervention: how America became involved in Vietnam*. New York: Knopf, 1986.
- Langguth, A. J., 1933-2014. *Our Vietnam: the war, 1954-1975*. New York: Simon & Schuster, 2000.
- Lipsman, Samuel. *The false peace, 1972-74*. Boston, MA: Boston Pub. Co., 1985.
- Nguyen, Gregory Tien Hung, 1935-. *The palace file*. New York: Harper & Row, 1986.
- Penniman, Howard Rae, 1916-. *Elections in South Vietnam*. Washington, American Enterprise Institute for Public Policy Research, 1972.
- Snepp, Frank. *Decent interval: an insider's account of Saigon's indecent end*. New York: Random House, 1977.

## Monarchy of Canada

- Bousfield, Arthur, 1943-. *Royal observations: Canadians & royalty*. Toronto [Ont.]: Dundurn Press, 1991.
- Bousfield, Arthur, 1943-. *Royal tours, 1786-2010: home to Canada*. Toronto: Dundurn Press, 2010.
- Edwards, John, 1953 June 10-, et al. *Russia's wrong direction: what the United States can and should do: report of an independent task force*. New York: Council on Foreign Relations; [Washington, D.C.: Distributed by Brookings Institution Press], 2006.
- Hall, Trevor, 1943-. *Royal Canada: [a history of royal visits to Canada since 1786]*. Godalming, Surrey, England: Archive Publishing: B. Mitchell, 1989.
- Mac Gregor Dawson, R., Auteur. *The Government of Canada*. Toronto: University of Toronto Press, 1970.
- Monet, Jacques. *The Canadian crown*. Toronto: Clarke, Irwin, 1979.
- Romney, Paul, 1945-. *Getting it wrong: how Canadians forgot their past and imperilled Confederation*. Toronto; Buffalo: University of Toronto Press, 1999.
- Smith, David E., 1936-. *The republican option in Canada, past and present*. Toronto; Buffalo: University of Toronto Press, 1999.

## Cambodian genocide

- Frey, Rebecca Joyce. *Genocide and international justice*. New York: Facts On File, 2009.
- Gellately, Robert, 1943-, et al. *The specter of genocide: mass murder in historical perspective*. New York: Cambridge University Press, 2003.
- Kiernan, Ben. *Genocide and democracy in Cambodia: the Khmer Rouge, the United Nations, and the international community*. New Haven, Conn.: Yale University Southeast Asia Studies, 1993.

- Kiernan, Ben. *How Pol Pot came to power*. Yale University Press, 2004.
- Power, Samantha. *A Problem from Hell*. Basic Books, 2002.
- SarDesai, D. R.. *Vietnam, past and present*. Westview Press, 1998.
- Terry, Fiona. *Condemned to Repeat?*. Cornell University Press, 2002.
- Ung, Loung. *First they killed my father: a daughter of Cambodia remembers*. New York: Perennial, 2001.
- Vickery, Michael. *Cambodia, 1975-1982*. Boston, MA: South End Press, 1984.
- Vickery, Michael. *Cambodia, 1975-1982*. Boston, MA: South End Press, 1984.

## Claude Debussy

- Dietschy, Marcel. *A portrait of Claude Debussy*. Clarendon Press, 1990.
- Garden, Mary, 1874-1967, et al. *Mary Garden's story*. New York, Simon and Schuster, 1951.
- Harman, Alec;Milner, Anthony;Mellers, Wilfrid, 1914-2008. *Man and his music*. London: Barrie & Jenkins, 1988.
- Holden, Amanda, et al. *The Penguin opera guide*. London: Penguin, 1995.
- Moreux, Serge. *Béla Bartók*. New York: Vienna House, 1974.
- Nichols, Roger. *Ravel*. New Haven: Yale University Press, 2011.
- Schonberg, Harold C. *The great pianists*. New York: Simon & Schuster, 1987.
- Thompson, Oscar, 1887-1945. *Debussy: man and artist*. New York: Tudor Pub. Co., 1940.
- Trezise, ed. by Simon. *The Cambridge companion to Debussy*. Cambridge University Press, 2003.
- Vallas, Léon, 1879-1956. *Claude Debussy: his life and works*. London: Oxford University Press, 1933.

## Presidency of Bill Clinton

- Congressional Quarterly, inc. *Congress and the Nation: a review of government and politics in the postwar years*. Washington, D.C: CQ Press, 1965.
- Congressional Quarterly, inc. *Congress and the Nation: a review of government and politics in the postwar years*. Washington, D.C: CQ Press, 1965.
- Conley, Richard Steven. *Historical dictionary of the Clinton era*. Lanham: Scarecrow Press, 2012.
- Hamilton, Nigel. *Bill Clinton*. PublicAffairs, 2007.
- Harris, John F. (John Furby), 1963-. *The survivor: Bill Clinton in the White House*. New York: Random House, 2005.
- Herrnson, Paul S., 1958-, et al. *The Clinton presidency: the first term, 1992-96*. New York: St. Martin's Press, 1999.
- Klein, Joe, 1946-. *The natural: the misunderstood presidency of Bill Clinton*. New York: Doubleday, 2002.
- Stephanopoulos, George, 1961-. *All too human: a political education*. Boston: Little, Brown, 1999.
- Wilentz, Sean. *The age of Reagan*. Harper, 2008.
- Woodward, Bob, 1943-. *Maestro: Greenspan's Fed and the American boom*. New York: Simon & Schuster, 2000.

## Anti-Catholicism in the United States

- Ackerman, Kenneth D.. *Boss Tweed*. Carroll & Graf Publishers, 2005.
- Bennett, David Harry, 1935-. *The party of fear: from nativist movements to the New Right in American history*. New York: Vintage Books, 1995.
- Greeley, Andrew M., 1928-2013. *An ugly little secret: anti-Catholicism in North America*. Kansas City: Sheed Andrews and McMeel, 1977.
- Kinzer, Donald Louis, 1914-. *An episode in anti-Catholicism: the American Protective Association*. Seattle: University of Washington Press, 1964.
- Lash, Joseph P., 1909-. *Eleanor: the years alone*. New York, Norton, 1972.
- Lichtman, Allan J. *Prejudice and the old politics: the Presidential election of 1928*. Chapel Hill: University of North Carolina Press, 1979.
- Moore, Edmund Arthur, 1903-. *A Catholic runs for President; the campaign of 1928*. New York, Ronald Press Co, 1956.
- Slayton, Robert A. *Empire statesman: the rise and redemption of Al Smith*. New York: Free Press, 2001.

- White, Theodore Harold, 1915-. *The making of the President, 1960*. New York: Book-of-the-Month Club, 1988.
- Wills, Garry, 1934-. *Under God: religion and American politics*. New York: Simon and Schuster, 1990.

## Gay literature

- Austen, Roger. *Playing the game: the homosexual novel in America*. Indianapolis: Bobbs-Merrill, 1977.
- Bronski, Michael. *Pulp friction: uncovering the golden age of gay male pulps*. New York: St. Martin's Griffin, 2003.
- Dynes, Wayne R, et al. *Encyclopedia of homosexuality*. New York: Garland Pub., 1990.
- Fone, Byrne R. S. *The Columbia anthology of gay literature: readings from Western antiquity to the present day*. New York: Columbia University Press, 1998.
- Garber, Eric. *Uranian worlds: a guide to alternative sexuality in science fiction, fantasy, and horror*. Boston, Mass.: G.K. Hall, 1990.
- Keesey, Pam, 1964-. *Daughters of Darkness: lesbian vampire stories*. Pittsburg, Pa.: Cleis Press, 1993.
- Morris, Ivan I. dn. *The world of the shining prince; court life in ancient Japan*. New York, Knopf, 1964.
- Slide, Anthony. *Lost gay novels*. Harrington Park Press, 2003.
- Woods, Gregory, 1953-. *A history of gay literature: the male tradition*. New Haven: Yale University Press, 1998.

## John Macquarrie

- Macquarrie, John. *3 issues in ethics*. New York, Harper & Row, 1970.
- Macquarrie, John. *Dictionary of Christian ethics*. Philadelphia, Westminster Press, 1967.
- Macquarrie, John. *God-talk: an examination of the language and logic of theology*. New York: Harper & Row, 1967.
- Macquarrie, John. *In search of deity: an essay in dialectical theism*. New York: Crossroad, 1985.
- Macquarrie, John. *Mary for all Christians*. Grand Rapids, Mich.: W.B. Eerdmans, 1991.
- Macquarrie, John. *Principles of Christian theology*. New York, Scribner, 1966.
- Macquarrie, John. *Stubborn theological questions*. London: SCM Press, 2003.
- Macquarrie, John. *The scope of demythologizing; Bultmann and his critics*. London, SCM Press, 1960.
- Macquarrie, John, 1919-. *Thinking about God*. New York: Harper & Row, 1975.
- Macquarrie, John, b. 1919. *The faith of the people of God; a lay theology*. New York, Scribner, 1972.

## Florence Howe

- Faragher, John Mack, 1945-, et al. *Women and higher education in American history: essays from the Mount Holyoke College Sesquicentennial Symposia*. New York: Norton, 1988.
- Hoffman, Nancy, et al. *Women working: an anthology of stories and poems*. Old Westbury, N.Y.: Feminist Press, 1979.
- Howe, Florence. *Myths of coeducation: selected essays, 1964-1983*. Bloomington: Indiana University Press, 1984.
- Howe, Florence. *No more masks!: an anthology of twentieth-century American women poets, newly revised and expanded*. New York: HarperPerennial, 1993.
- Howe, Florence, ed, et al. *Women and the power to change*. New York, McGraw-Hill, 1975.
- Howe, Florence, et al. *Almost touching the skies: women's coming of age stories*. New York: Feminist Press, 2000.
- Morgan, Robin, 1941- com edt aui. *Sisterhood is forever: the women's anthology for a new millennium*. New York, NY: Washington Square Press, 2003.
- Saxton, Marsha, et al. *With wings: an anthology of literature by and about women with disabilities*. New York: Feminist Press at the City University of New York, 1987.

## Perspectives on capitalism by school of thought

- Fulcher, James. *Capitalism*. Oxford University Press, 2004.

- Heilbroner, Robert L. *The limits of American capitalism*. New York, Harper & Row, 1967.
- Heilbroner, Robert L, et al. *Economics explained*. New York: Simon & Schuster, 1987.
- Heilbroner, Robert L. (Robert Louis), 1919-. *The nature and logic of capitalism*. london: Norton, 1986.
- Rostow, W. W. (Walt Whitman), 1916-2003. *The stages of economic growth, a non-Communist manifesto*. Cambridge [Eng.] University Press, 1960.
- Sennett, Richard. *The culture of the new capitalism*. Yale University Press, 2006.
- Skousen, Mark. *The making of modern economics: the lives and ideas of the great thinkers*. Armonk, N.Y.: M.E. Sharpe, 2001.
- Soto, Hernando de, 1941-. *The mystery of capital: why capitalism triumphs in the West and fails everywhere else*. New York: Basic Books, 2000.
- Wallerstein, Immanuel Maurice, 1930-. *The modern world-system*. New York: Academic Press, 1974.
- Wanniski, Jude, 1936-. *The way the world works: how economies fail--and succeed*. New York: Basic Books, 1978.

## When Lilacs Last in the Dooryard Bloom'd

- Bloom, Harold. *Walt Whitman [electronic resource]*. Broomall, PA: Chelsea House Publishers, 1999.
- Boulton, Marjorie. *The anatomy of poetry*. London: Routledge & K. Paul, 1953.
- Brennan, Elizabeth A, et al. *Who's who of Pulitzer Prize winners*. Phoenix, Ariz.: Oryx Press, 1999.
- Chase, Richard Volney, 1914-1962, et al. *Walt Whitman reconsidered*. New York: William Sloane Associates, 1955.
- Clifton, Keith E.. *Recent American art song*. Scarecrow Press, 2008.
- Kaplan, Justin. *Walt Whitman, a life*. New York: Simon and Schuster, 1980.
- Kater, Michael H., 1937-. *Composers of the Nazi era: eight portraits*. New York; Oxford: Oxford University Press, 2000.
- Loving, Jerome. *Walt Whitman*. University of California Press, 1999.
- Mack, Stephen John, 1952-. *The pragmatic Whitman: reimagining American democracy*. Iowa City: University of Iowa Press, 2002.
- Sullivan, Jack. *New World symphonies*. Yale University Press, 1999.

## Schindlerjuden

- Ba'u, Yosef. *Dear God, have you ever gone hungry?*. Arcade Pub., 1998.
- Crowe, David. *Oskar Schindler*. Westview Press, 2004.
- Fensch, Thomas. *Oskar Schindler and his list: the man, the book, the film, the Holocaust and its survivors*. Forest Dale, Vt.: Paul S. Eriksson, 1995.
- Fogelman, Eva. *Conscience & courage*. Anchor Books, 1994.
- Hillman, Laura. *I will plant you a lilac tree*. Atheneum Books for Young Readers, 2004.
- Meltzer, Milton. *Rescue*. Harper & Row, 1988.
- Palowski, Franciszek, 1942-. *The making of Schindler's list: behind the scenes of an epic film*. Secaucus, N.J.: Carol Pub. Group, 1998.
- Roberts, Jack L.. *The importance of Oskar Schindler*. Lucent Books, 1996.
- Thompson, Bruce E. R., 1952-. *Oskar Schindler*. San Diego: Greenhaven Press, 2002.
- Wukovits, John F., 1944-. *Oskar Schindler*. San Diego: Lucent Books, 2003.

## Stone Court

- Feldman, Noah, 1970-. *Scorpions: the battles and triumphs of FDR's great Supreme Court justices*. New York: Twelve, 2010.
- Irons, Peter H.. *A people's history of the Supreme Court*. Penguin Books, 2006.
- Martin, Fenton S. *The U.S. Supreme Court: a bibliography*. Washington, D.C.: Congressional Quarterly, 1990.
- Murphy, Bruce Allen. *Wild Bill: the legend and life of William O. Douglas*. New York: Random House, 2003.
- Newman, Roger K.. *Hugo Black*. Pantheon Books, 1994.

- None,. *The justices of the United States Supreme Court: their lives and major opinions*. New York: Chelsea House Publishers, 1997.
- Schwartz, Bernard. *A history of the Supreme Court*. Oxford University Press, 1995.
- Tomlins, Christopher L., 1951-, et al. *The United States Supreme Court: the pursuit of justice*. Boston: Houghton Mifflin, 2005.
- Urofsky, Melvin I. *Felix Frankfurter: judicial restraint and individual liberties*. Boston: Twayne, 1991.
- Urofsky, Melvin I. *The Supreme Court justices: a biographical dictionary*. New York: Garland Pub., 1994.

## School of Philosophy and Economic Science

- Barrett, David V. *Sects, cults, and alternative religions: a world survey and sourcebook*. London: Blandford; New York: Distributed in the United States by Sterling Pub., 1996.
- Barrett, David V.. *The new believers*. Cassell, 2001.
- Blair, Lawrence. *Rhythms of vision: the changing patterns of belief*. New York: Warner Books, 1977.
- Books, Cader. *People almanac*. New York, N.Y.: Cader Books, 2002.
- Ficino, Marsilio, 1433-1499. *The letters of Marsilio Ficino*. London: Shepheard-Walwyn, 1975.
- Gould, Allan. *The new entrepreneurs: 80 Canadian success stories*. Toronto: Seal Books, 1986.
- Lippe, Toinette, 1939-. *Nothing left over: a plain and simple life*. New York: J.P. Tarcher/Putnam, 2002.
- Rawlinson, Andrew. *The book of enlightened masters*. Open Court, 1997.
- Sutherland, Stewart R. *The World's religions*. Boston, Mass.: G.K. Hall, 1988.

## Hughes Court

- Irons, Peter H.. *A people's history of the Supreme Court*. Penguin Books, 2006.
- Martin, Fenton S. *The U.S. Supreme Court: a bibliography*. Washington, D.C.: Congressional Quarterly, 1990.
- Newman, Roger K.. *Hugo Black*. Pantheon Books, 1994.
- None,. *The justices of the United States Supreme Court: their lives and major opinions*. New York: Chelsea House Publishers, 1997.
- Polenberg, Richard. *The world of Benjamin Cardozo*. Harvard University Press, 1997.
- Schwartz, Bernard. *A history of the Supreme Court*. Oxford University Press, 1995.
- Shesol, Jeff. *Supreme power: Franklin Roosevelt vs. the Supreme Court*. New York: W.W. Norton, 2010.
- Simon, James F. *FDR and Chief Justice Hughes: the president, the Supreme Court, and the epic battle over the New Deal*. New York: Simon & Schuster, 2012.
- Tomlins, Christopher L., 1951-, et al. *The United States Supreme Court: the pursuit of justice*. Boston: Houghton Mifflin, 2005.
- Urofsky, Melvin I. *The Supreme Court justices: a biographical dictionary*. New York: Garland Pub., 1994.

## Vinson Court

- Feldman, Noah, 1970-. *Scorpions: the battles and triumphs of FDR's great Supreme Court justices*. New York: Twelve, 2010.
- Irons, Peter H.. *A people's history of the Supreme Court*. Penguin Books, 2006.
- Martin, Fenton S. *The U.S. Supreme Court: a bibliography*. Washington, D.C.: Congressional Quarterly, 1990.
- Murphy, Bruce Allen. *Wild Bill: the legend and life of William O. Douglas*. New York: Random House, 2003.
- Newman, Roger K.. *Hugo Black*. Pantheon Books, 1994.
- None,. *The justices of the United States Supreme Court: their lives and major opinions*. New York: Chelsea House Publishers, 1997.
- Schwartz, Bernard. *A history of the Supreme Court*. Oxford University Press, 1995.
- Tomlins, Christopher L., 1951-, et al. *The United States Supreme Court: the pursuit of justice*. Boston: Houghton Mifflin, 2005.
- Urofsky, Melvin I. *Felix Frankfurter: judicial restraint and individual liberties*. Boston: Twayne, 1991.
- Urofsky, Melvin I. *The Supreme Court justices: a biographical dictionary*. New York: Garland Pub., 1994.

## Andrew Mellon

- Cannadine, David, 1950-. *Mellon: an American life*. New York: A.A. Knopf, 2006.
- Fausold, Martin L., 1921-. *The presidency of Herbert C. Hoover*. Lawrence, Kan.: University Press of Kansas, 1988.
- Ferrell, Robert H. *The presidency of Calvin Coolidge*. Lawrence: University Press of Kansas, 1998.
- Finley, David E. (David Edward). *A standard of excellence: Andrew W. Mellon founds the National Gallery of Art at Washington*. Washington, Smithsonian Institution Press, 1973.
- Folsom, Burton W. *The myth of the robber barons*. Herndon, Va.: Young America's Foundation, 1991.
- Hersh, Burton. *The Mellon family: a fortune in history*. New York: Morrow, 1978.
- Koskoff, David E., 1939-. *The Mellons: the chronicle of America's richest family*. New York: Crowell, 1978.
- Miller, Nathan. *New world coming*. Scribner, 2003.
- O'Connor, Harvey, 1897-1987. *Mellon's millions, the biography of a fortune: the life and times of Andrew W. Mellon*. New York: John Day Co., 1933.
- Trani, Eugene P, et al. *The Presidency of Warren G. Harding*. Lawrence: Regents Press of Kansas, 1989.

## Timeline of London (1800s)

- Ackroyd, Peter, 1949-. *London: the biography*. New York: Nan A. Talese, 2001.
- Bragg, Melvyn, 1939- author. *12 books that changed the world*. London: Hodder & Stoughton, 2006.
- Nelson, Sioban. *Say little, do much: nurses, nuns, and hospitals in the nineteenth century*. Philadelphia: University of Pennsylvania Press, 2001.
- Physick, John. *The Victoria and Albert Museum: the history of its building*. Oxford: Phaidon, 1982.
- Richardson, John, 1935-. *The annals of London: a year-by-year record of a thousand years of history*. Berkeley: University of California Press, 2000.
- Rudé, George F. E. *Hanoverian London, 1714-1808*. Berkeley, University of California, 1971.
- Stamp, Gavin. *The changing metropolis: earliest photographs of London, 1839-1879*. Harmondsworth, Middlesex, England: Viking, 1984.
- Van Dulken, Stephen, 1952-. *Inventing the 19th century: 100 inventions that shaped the Victorian Age from aspirin to the Zeppelin*. New York: New York University Press, 2001.
- Williams, Hywel, 1953-. *Cassell's chronology of world history: dates, events and ideas that made history*. London: Weidenfeld & Nicolson, 2005.

## People's Party (United States)

- Clanton, O. Gene. *Populism: the humane preference in America, 1890-1900*. Boston: Twayne Publishers, 1991.
- Goodwyn, Lawrence. *Democratic promise: the Populist moment in America*. New York: Oxford University Press, 1976.
- Goodwyn, Lawrence. *The Populist moment: a short history of the agrarian revolt in America*. New York: Oxford University Press, 1978.
- Hackney, Sheldon. *Populism: the critical issues. --*. Boston: Little, Brown, 1971.
- Hunt, James L. (James Logan), 1959-. *Marion Butler and American Populism*. Chapel Hill: University of North Carolina Press, 2003.
- Kazin, Michael, 1948-. *A godly hero: the life of William Jennings Bryan*. New York: Knopf, 2006.
- Kazin, Michael, 1948-. *The populist persuasion: an American history*. New York, NY: BasicBooks, 1995.
- McMath, Robert C., Jr. (Robert Carroll), 1944-. *American populism: a social history, 1877-1898*. New York: Hill and Wang, 1993.
- Pollack, Norman. *The populist response to industrial America: midwestern populist thought*. Cambridge, Mass.: Harvard University Press, 1962.
- Rogers, William Warren, 1929-. *The one-gallused rebellion: agrarianism in Alabama, 1865-1896*. Tuscaloosa: University of Alabama Press, 2001.

## Tom Thomson

- Burant, James. *Du Nord et du Sud: l'art de Peleg Franklin Brownell, 1857-1946*. Ottawa, Ont.: Ottawa Art Gallery; Toronto, Ont.: Archives of Canadian Art and Design, 1998.
- Duval, Paul, 1922- compiler. *Four decades: the Canadian Group of Painters and their contemporaries, 1930-1970*. Toronto, Clarke, Irwin, 1972.
- Forsey, William C. *The Ontario community collects: a survey of Canadian painting from 1766 to the present*. [Toronto]: Art Gallery of Ontario, 1975.
- Harper, J. Russell. *Painting in Canada; a history*. [Toronto] University of Toronto Press, 1966.
- Harris, Lawren, 1885-1970. *The story of the Group of Seven*. Toronto: Rous & Mann Press, 1964.
- MacGregor, Roy, 1948-. *Northern light: the enduring mystery of Tom Thomson and the woman who loved him*. Toronto: Random House Canada, 2010.
- MacGregor, Roy, 1948-. *Shorelines: a novel*. Toronto: McClelland and Stewart, 1980.
- Mellen, Peter. *The Group of Seven*. Toronto: McClelland and Stewart, 1970.
- None,. *Inside the poem: essays and poems in honour of Donald Stephens*. Toronto: Oxford University Press, 1992.
- Poling, Jim (Jim R.). *Tom Thomson: the life and mysterious death of the famous Canadian painter*. Canmore, Alta: Altitude Pub. Canada, 2003.

### Consolidation of the Iranian Revolution

- Abrahamian, Ervand. *Iran between two revolutions*. Princeton University Press, 1983.
- Azam Zanganeh, Lila. *My sister, guard your veil; my brother, guard your eyes: uncensored Iranian voices*. Boston, Mass.: Beacon Press, 2006.
- Benard, Cheryl, 1953-, et al. *"The government of God": Iran's Islamic republic*. New York: Columbia University Press, 1984.
- Daniel, Elton L. *The history of Iran*. Westport, Conn.: Greenwood Press, 2001.
- Harris, David. *The crisis*. Little, Brown and Co., 2004.
- Hiro, Dilip. *Holy wars: the rise of Islamic fundamentalism*. New York: Routledge, 1989.
- Miller, Judith. *GOD HAS NINETY NINE NAMES*. Simon & Schuster, 1997.
- Roy, Olivier. *The failure of political Islam*. Harvard University Press, 1994.
- Ruthven, Malise, author. *Islam in the world*. New York, N.Y.: Oxford University Press, 2000.
- Taheri, Amir. *The Spirit of Allah: Khomeini and the Islamic revolution*. Bethesda, Md.: Adler & Adler, 1986.

### Presidency of James Buchanan

- Baker, Jean H. *James Buchanan*. New York: Times Books, 2004.
- Binder, Frederick M. *James Buchanan and the American empire*. Selinsgrove [Pa.]: Susquehanna University Press; London; Cranbury, NJ: Associated University Presses, 1996.
- Furniss, Norman F. *The Mormon conflict, 1850-1859*. New Haven, Yale University Press, 1960.
- Grossman, Mark. *Political corruption in America: an encyclopedia of scandals, power, and greed*. Santa Barbara, Calif.: ABC-CLIO, 2003.
- Klein, Philip Shriver, 1909-1993. *President James Buchanan, a biography*. University Park, Pennsylvania: Pennsylvania State University Press, 1962.
- Nevins, Allan, 1890-1971. *The emergence of Lincoln*. New York; London: Scribner's, 1950.
- Nevins, Allan, 1890-1971. *The emergence of Lincoln*. New York: Scribner's, 1950.
- Potter, David Morris, et al. *The impending crisis, 1848-1861*. New York: Harper & Row, 1976.
- Smith, Elbert B. *The Presidency of James Buchanan*. Lawrence: University Press of Kansas, 1975.
- Urofsky, Melvin I. *The Supreme Court justices: a biographical dictionary*. New York: Garland Pub., 1994.

### Guatemalan Civil War

- Anderson, Scott, 1959-, et al. *Inside the League: the shocking expose of how terrorists, Nazis, and Latin American death squads have infiltrated the world Anti-Communist League*. New York: Dodd, Mead, 1986.
- Brown, Cynthia, 1952-. *With friends like these: the Americas watch report on human rights and U.S. policy in Latin America*. New York: Pantheon, 1985.

- Chapman, Peter. *Bananas*. Canongate, 2007.
- Evans, Peter B., 1944-, et al. *Double-edged diplomacy: international bargaining and domestic politics*. Berkeley: University of California Press, 1993.
- Fried, Jonathan L. *Guatemala in rebellion: unfinished history*. New York: Grove Press, 1983.
- Jonas, Susanne, 1941-. *The battle for Guatemala: rebels, death squads, and U.S. power*. Boulder: Westview Press, 1991.
- Koeppel, Dan. *Banana: the fate of the fruit that changed the world*. New York: Hudson Street Press, 2008.
- LaFeber, Walter. *Inevitable revolutions: the United States in Central America*. New York: W.W. Norton, 1993.
- Lowenthal, Abraham F. *Exporting democracy: the United States and Latin America*. Baltimore: Johns Hopkins University Press, 1991.
- Rabe, Stephen G. *Eisenhower and Latin America: the foreign policy of anticommunism*. Chapel Hill: University of North Carolina Press, 1988.

## History of the United States Whig Party

- Bergeron, Paul H., 1938-. *The presidency of James K. Polk*. Lawrence, Kan.: University Press of Kansas, 1987.
- Cole, Donald B. *The presidency of Andrew Jackson*. Lawrence, Kan.: University Press of Kansas, 1993.
- Finkelman, Paul, 1949-. *Millard Fillmore*. New York: Times Books/Henry Holt, 2011.
- Gara, Larry. *The presidency of Franklin Pierce*. Lawrence, Kan.: University Press of Kansas, 1991.
- Hargreaves, Mary W. M., 1914-. *The presidency of John Quincy Adams*. Lawrence, Kan.: University Press of Kansas, 1985.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- May, Gary. *John Tyler*. Times Books/Henry Holt and Co., 2008.
- Parsons, Lynn H. *The birth of modern politics: Andrew Jackson, John Quincy Adams, and the election of 1828*. Oxford; New York: Oxford University Press, 2009.
- Peterson, Norma Lois. *The presidencies of William Henry Harrison & John Tyler*. Lawrence, Kan.: University Press of Kansas, 1989.
- Smith, Elbert B. *The presidencies of Zachary Taylor & Millard Fillmore*. Lawrence, Kan.: University Press of Kansas, 1988.

## French invasion of Russia

- Caulaincourt, Armand-Augustin-Louis de, duc de Vicence, 1773-1827, et al. *With Napoleon in Russia: the memoirs of General de Caulaincourt, duke of Vicenza*. New York: W. Morrow and company, 1935.
- Clodfelter, Micheal, 1946-. *Warfare and armed conflicts: a statistical encyclopedia of casualty and other figures, 1494-2007*. Jefferson, N.C.: McFarland, 2008.
- Grant, R. G. *Battle: a visual journey through 5,000 years of combat*. New York: DK Pub., 2009.
- Lefebvre, Georges, 1874-1959. *Napoleon: from Tilsit to Waterloo, 1807-1815*. New York: Columbia University Press, 1969.
- Lieven, D. C. B.. *Russia against Napoleon*. Viking, 2010.
- Markham, Felix Maurice Hippisley, 1908-. *Napoleon*. New York: Mentor, 1966.
- Riehn, Richard K., 1928-. *1812: Napoleon's Russian campaign*. New York: McGraw-Hill, 1990.
- Zamoyski, Adam. *Moscow 1812*. HarperCollins, 2004.

## Otto von Bismarck

- Abrams, Lynn. *Bismarck and the German Empire, 1871-1918*. London; New York: Routledge, 1995.
- Berghahn, Volker Rolf. *Imperial Germany, 1871-1914: economy, society, culture, and politics*. Providence: Berghahn Books, 1994.
- Clark, Christopher M. *Iron kingdom: the rise and downfall of Prussia, 1600-1947*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2006.
- Craig, Gordon Alexander, 1913-2005. *Germany, 1866-1945*. New York: Oxford University Press, 1978.
- Gall, Lothar. *Bismarck, the white revolutionary*. London; Boston: Allen & Unwin, 1986.

- Hollyday, Frederic B. M., comp. *Bismarck*. Englewood Cliffs, N.J., Prentice-Hall, 1970.
- Kennedy, Paul M., 1945-. *The rise of the Anglo-German antagonism, 1860-1914*. London; Boston: Allen & Unwin, 1980.
- Kent, George O., 1919-. *Bismarck and his times*. Carbondale: Southern Illinois University Press, 1978.
- Langer, William L. (William Leonard), 1896-1977. *European alliances and alignments, 1871-1890*. New York, Knopf, 1950.
- Waller, Bruce. *Bismarck at the crossroads: the reorientation of German foreign policy after the Congress of Berlin, 1878-1880*. London: Athlone Press, 1974.

## Articles of Confederation

- Barlow, J. Jackson, et al. *The American founding: essays on the formation of the Constitution*. New York: Greenwood Press, 1988.
- Brown, Roger H. *Redeeming the Republic: Federalists, taxation, and the origins of the Constitution*. Baltimore: Johns Hopkins University Press, 1993.
- Chernow, Ron. *Alexander Hamilton*. New York: Penguin Press, 2004.
- Feinberg, Barbara Silberdick. *The Articles of Confederation: the first constitution of the United States*. Brookfield, Conn.: Twenty-First Century Books, 2002.
- Ferling, John E. *A leap in the dark: the struggle to create the American republic*. Oxford; New York: Oxford University Press, 2003.
- Jensen, Merrill. *The new nation: a history of the United States during the Confederation, 1781-1789*. Boston: Northeastern University Press, 1981.
- Morison, Samuel Eliot, 1887-1976. *The Oxford history of the American people*. New York, Oxford University Press, 1965.
- Morris, Richard Brandon, 1904-. *The forging of the Union, 1781-1789*. New York: Harper & Row, 1987.
- Puls, Mark. *Henry Knox*. Palgrave Macmillan, 2008.
- Wood, Gordon S. *The creation of the American Republic, 1776-1787*. Chapel Hill, Published for the Institute of Early American History and Culture at Williamsburg, Va., by the University of North Carolina Press, 1969.

## Pope John Paul II

- Berry, Jason, et al. *Vows of silence: the abuse of power in the papacy of John Paul II*. New York: Free Press, 2004.
- Davies, Norman, 1939-, et al. *Rising '44: the battle for Warsaw*. New York: Viking, 2004.
- Duffy, Eamon. *Saints & sinners: a history of the popes*. New Haven [Conn.]; London: Yale Nota Bene/Yale University Press, 2006.
- John Paul II, Pope, 1920-2005. *Love and responsibility*. San Francisco: Ignatius Press, 1993.
- John Paul II, Pope, 1920-2005, et al. *John Paul II: a light for the world: essays and reflections on the papacy of John Paul II*. Lanham, MD: Sheed & Ward; [Place of publication not identified]: Distributed by National Book Network, 2003.
- John Paul II, Pope, 1920-2005, et al. *Rise, let us be on our way*. New York: Warner Books, 2004.
- Kwitny, Jonathan. *Man of the century: the life and times of Pope John Paul II*. New York: Henry Holt, 1997.
- Noonan, Peggy, 1950-. *John Paul the great: remembering a spiritual father*. New York: Viking, 2005.
- Weigel, George, 1951-. *Biografía de Juan Pablo II: testigo de esperanza*. Barcelona: Plaza y Janés, 1999.
- Weigel, George, 1951-. *Witness to hope: the biography of Pope John Paul II*. New York: Cliff Street Books, 1999.

## Turkish people

- Abrahams, Fred, author. *A threat to "stability": human rights violations in Macedonia*. New York: Human Rights Watch, 1996.
- Bogle, Emory C., 1937-. *Islam: origin and belief*. Austin: University of Texas Press, 1998.
- Fattah, Hala Mundhir, 1950-. *A brief history of Iraq*. New York: Facts On File, 2009.

- Gibney, Matthew J, et al. *Immigration and asylum: from 1900 to the present*. Santa Barbara, Calif.: ABC-CLIO, 2005.
- Howard, Douglas A. (Douglas Arthur), 1958-. *The history of Turkey*. Westport, Conn.: Greenwood Press, 2001.
- Kaya, Ibrahim. *Social theory and later modernities: the Turkish experience*. Liverpool: Liverpool University Press, 2004.
- Knowlton, MaryLee, 1946-. *Macedonia*. New York: Benchmark Books, 2005.
- Shaw, Stanford J. (Stanford Jay), 1930-2006, et al. *History of the Ottoman Empire and modern Turkey*. Cambridge; New York: Cambridge University Press, 1976.
- Stansfield, Gareth R. V. *Iraq: people, history, politics*. Cambridge: Polity, 2007.

## Daniel D. McCracken

- McCracken, Daniel D. *A guide to COBOL programming*. New York, Wiley, 1963.
- McCracken, Daniel D. *A guide to FORTRAN programming*. New York, Wiley, 1961.
- McCracken, Daniel D. *A guide to Fortran IV programming*. New York, Wiley, 1965.
- McCracken, Daniel D. *A simplified guide to FORTRAN programming*. New York, Wiley, 1974.
- McCracken, Daniel D. *Computing for engineers and scientists with Fortran 77*. New York: Wiley, 1984.
- McCracken, Daniel D. *Digital computer programming*. New York, Wiley, 1957.
- McCracken, Daniel D. *FORTRAN with engineering applications*. New York: Wiley, 1967.
- McCracken, Daniel D. *Programming business computers*. New York, Wiley, 1959.
- McCracken, Daniel D. *User-centered Web site development: a human computer interaction approach*. Upper Saddle River, NJ: Prentice Hall, 2004.
- McCracken, Daniel D, et al. *Numerical methods and FORTRAN programming, with applications in engineering and science*. New York, Wiley, 1964.

## Sonnet 14

- Akrigg, G. P. V. *Shakespeare and the Earl of Southampton*. London: H. Hamilton, 1968.
- Shakespeare, William, 1564-1616. *Shakespeare's Sonnets: with three hundred years of commentary*. Madison [NJ]: Fairleigh Dickinson University Press, 2007.
- Shakespeare, William, 1564-1616. *The complete sonnets and poems*. Oxford; New York: Oxford University Press, 2002.
- Shakespeare, William, 1564-1616. *The sonnets*. Cambridge; New York: Cambridge University Press, 1996.
- Shakespeare, William, 1564-1616. *The sonnets*. New York: Penguin Books, 2001.
- Shakespeare, William, 1564-1616. *The sonnets; and A lover's complaint*. London, England; New York, New York, U.S.A.: Penguin Books, 1999.
- Shakespeare, William, 1564-1616, et al. *Shakespeare's sonnets*. New Haven; London: Yale University Press, 2000.
- Shakespeare, William, 1564-1616, et al. *Shakespeare's sonnets*. [England]: Thomas Nelson and Sons, 1997.
- Shakespeare, William, 1564-1616, et al. *Shakespeare's sonnets; the problems solved*. New York, Harper & Row, 1973.
- Vendler, Helen Hennessy. *The art of Shakespeare's sonnets*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1997.

## Richard N. Haass

- Carnesale, Albert, et al. *Superpower arms control: setting the record straight*. Cambridge, Mass.: Ballinger Pub. Co., 1987.
- Haass, Richard. *The bureaucratic entrepreneur: how to be effective in any unruly organization*. Washington, D.C.: Brookings Institution, 1999.
- Haass, Richard. *The opportunity: America's moment to alter history's course*. New York: PublicAffairs, 2005.

- Haass, Richard. *The power to persuade*. Boston: Houghton Mifflin, 1994.
- Haass, Richard. *The reluctant sheriff: the United States after the Cold War*. New York, NY: Council on Foreign Relations Press; [Washington, DC]: Distributed by Brookings Institution Press, 1997.
- Haass, Richard. *War of necessity: war of choice: a memoir of two Iraq wars*. New York: Simon & Schuster, 2010.
- Haass, Richard N.. *Intervention*. Brookings Institution Press, 1999.
- Haass, Richard, et al. *Restoring the balance: a Middle East strategy for the next president*. Washington, D.C.: Brookings Institution Press, 2008.
- None,. *Transatlantic tensions: the United States, Europe, and problem countries*. Washington, D.C.: Brookings Institution Press, 1999.

## Daniel Bell

- Bell, Daniel. *The cultural contradictions of capitalism*. New York: Basic Books, 1976.
- Bell, Daniel. *The social sciences since the Second World War*. New Brunswick, NJ: Transaction Books, 1982.
- Bell, Daniel. *Work and its discontents*. Boston: Beacon Press, 1956.
- Bell, Daniel, 1919-. *Marxian socialism in the United States*. Princeton, N.J., Princeton University Press, 1967.
- Bell, Daniel, 1919-. *The reforming of general education; the Columbia College experience in its national setting*. Garden City, N.Y., Anchor Books, 1968.
- Bell, Daniel, 1919-, et al. *Confrontation; the student rebellion and the universities*. New York, Basic Books, 1969.
- Bell, Daniel, 1919-, et al. *The Crisis in economic theory*. New York: Basic Books, 1981.
- Bell, Daniel, 1919-2011. *The deficits: how big? how long? how dangerous?*. New York: New York University Press, 1985.
- Bell, Daniel, et al. *Capitalism today*. New York: New American Library, 1971.
- Bell, Daniel.. *The coming of post-industrial society*. Basic Books, 1999.

## Europe

- Browning, Robert, 1914-1997. *The Byzantine Empire*. Washington, D.C.: Catholic University of America Press, 1992.
- Burckhardt, Jacob. *The civilization of the Renaissance in Italy*. Penguin Books, 2004.
- Davies, Norman. *Europe: a history*. Oxford; New York: Oxford University Press, 1996.
- Hobsbawm, Eric. *The Age of Extremes*. Vintage, 1996.
- Hosking, Geoffrey A.. *Russia and the Russians*. Belknap Press of Harvard University Press, 2001.
- Koch, Carl, 1945-. *The Catholic Church: journey, wisdom, and mission*. Winona, Minn.: Saint Mary's Press, 1994.
- Peters, Ralph, 1952-. *New glory: expanding America's global supremacy*. New York: Sentinel, 2005.
- Pounds, Norman John Greville. *An historical geography of Europe, 1500-1840*. Cambridge [Eng.]; New York: Cambridge University Press, 1979.
- Roberts, J. M.. *The Penguin history of Europe*. Penguin Books, 1997.
- Trevelyan, George Macaulay, 1876-1962. *A shortened history of England*. London: Penguin Books, 1987.

## Anne of Cleves

- Elton, G. R.. *England under the Tudors*. Methuen, 1978.
- Farquhar, Michael. *A treasury of royal scandals: the shocking true stories of history's wickedest, weirdest, most wanton kings, queens, tsars, popes, and emperors*. New York, N.Y.: Penguin Books, 2001.
- Fraser, Antonia, 1932-. *The six wives of Henry VIII*. London: Phoenix, 2003.
- Lehmberg, Stanford E. *The later Parliaments of Henry VIII, 1536-1547*. Cambridge [Eng.]; New York: Cambridge University Press, 1977.
- Norton, Elizabeth (Historian). *Anne of Cleves: Henry VIII's discarded bride*. Stroud, [England]: Amberley Pub., 2009.

- Porter, Linda, 1947-. *Mary Tudor: the first queen*. London: Piatkus, 2008.
- Schofield, John, 1952-. *The rise & fall of Thomas Cromwell: Henry VIII's most faithful servant*. Stroud: History Press, 2011.
- Weir, Alison. *The six wives of Henry VIII*. London: Vintage, 2007.
- Weir, Alison, 1951-. *Britain's royal families: the complete genealogy*. London: Pimlico, 2002.
- Whitelock, Anna. *Mary Tudor: England's first queen*. London; New York: Bloomsbury, 2010.

## Tommy Douglas

- Black, Edwin. *War against the weak: eugenics and America's campaign to create a master race*. New York: Four Walls Eight Windows, 2003.
- Douglas, T. C. (Thomas Clement), 1904-, et al. *The making of a Socialist: the recollections of T.C. Douglas*. Edmonton, Alta.: University of Alberta Press, 1982.
- Horowitz, Gad. *Canadian labour in politics*. [Toronto] University of Toronto Press, 1968.
- Johnson, A. W. (Albert Wesley) 1923-2010. *Dream no little dreams: a biography of the Douglas Government of Saskatchewan, 1944-1961*. [Toronto]: Institute of Public Administration of Canada; Toronto; Buffalo: University of Toronto Press, 2004.
- Margoshes, Dave. *Tommy Douglas: building the new society*. Montréal: XYZ Pub., 1999.
- Shackleton, Doris French, 1918-2002. *Tommy Douglas*. Toronto: McClelland and Stewart, 1975.
- Smith, Cameron, 1935-. *Love & solidarity: a pictorial history of the NDP*. Toronto: McClelland & Stewart, 1992.
- Smith, Cameron, 1935-. *Unfinished journey: the Lewis family*. Toronto: Summerhill Press; Downsview, Ont.: Distributed by University of Toronto Press, 1989.
- Stewart, Walter. *M.J.: the life and times of M.J. Coldwell*. Toronto; New York: Stoddart, 2000.
- Young, Walter D. *The anatomy of a party: the national CCF, 1932-1961*. [Toronto] University of Toronto Press, 1969.

## Max Scheler

- Blosser, Philip. *Scheler's critique of Kant's ethics*. Athens: Ohio University Press, 1995.
- Deeken, Alfons, author. *Process and permanence in ethics: Max Scheler's moral philosophy*. New York: Paulist Press, 1974.
- Frings, Manfred S. *Person und Dasein: zur Frage der Ontologie des Wertseins*. Den Haag: Nijhoff, 1969.
- Kelly, Eugene, 1941-. *Max Scheler*. Boston: Twayne Publishers, 1977.
- Ranly, Ernest W. *Scheler's phenomenology of community*. The Hague, Martinus Nijhoff, 1967.
- Scheler, Max, 1874-1928. *On the eternal in man*. London, SCM Press, 1960.
- Scheler, Max, 1874-1928. *Philosophical perspectives*. Boston: Beacon Press, 1958.
- Scheler, Max, 1874-1928. *Selected philosophical essays*. Evanston, Northwestern University Press, 1973.
- Scheler, Max, 1874-1928. *The nature of sympathy*. [Hamden, Conn.]: Archon Books, 1970.
- Schneck, Stephen Frederick, 1953-. *Person and polis: Max Scheler's personalism as political theory*. Albany: State University of New York Press, 1987.

## R. B. Bennett

- Boyko, John, 1957-. *Bennett: the rebel who challenged and changed a nation*. Toronto: Key Porter Books, 2010.
- Brown, Lorne. *When freedom was lost: the unemployed, the agitator, and the state*. Montréal: Black Rose Books, 1987.
- Creighton, Donald, 1902-1979. *Canada's first century, 1867-1967*. Toronto: Macmillan of Canada, 1970.
- Glassford, Larry A. (Larry Arthur), 1950-. *Reaction and reform: the politics of the conservative party under R.B. Bennett, 1927-1938*. Toronto; Buffalo: University of Toronto Press, 1992.
- MacLean, Andrew D. (Andrew Dyas), 1896-. *R.B. Bennett, prime minister of Canada*. Toronto: Excelsior, 1934.
- Strikwerda, Eric. *The wages of relief: cities and the unemployed in prairie Canada, 1929-39*. Edmonton, AB: AU Press, 2013.

- Waite, P. B. (Peter Busby), 1922-. *In search of R.B. Bennett*. Montréal [Que.]: McGill-Queen's University Press, 2012.
- Waite, Peter B. *The loner: three sketches of the personal life and ideas of R.B. Bennett, 1870-1947*. Toronto; Buffalo: University of Toronto Press, 1992.
- Watkins, Ernest, 1902-. *R.B. Bennett; a biography*. London, Secker & Warburg, 1963.

## Sonnet 101

- Dubrow, Heather, 1945-. *Captive victors: Shakespeare's narrative poems and sonnets*. Ithaca: Cornell University Press, 1987.
- Empson, William, 1906-1984. *Seven types of ambiguity*. New York: New Directions, 1966.
- Shakespeare, William, 1564-1616. *Shakespeare's Sonnets: with three hundred years of commentary*. Madison [NJ]: Fairleigh Dickinson University Press, 2007.
- Shakespeare, William, 1564-1616. *The complete sonnets and poems*. Oxford; New York: Oxford University Press, 2002.
- Shakespeare, William, 1564-1616. *The sonnets*. Cambridge; New York: Cambridge University Press, 1996.
- Shakespeare, William, 1564-1616. *The sonnets*. New York: Penguin Books, 2001.
- Shakespeare, William, 1564-1616. *The sonnets; and A lover's complaint*. London, England; New York, New York, U.S.A.: Penguin Books, 1999.
- Shakespeare, William, 1564-1616, et al. *Shakespeare's sonnets*. New Haven; London: Yale University Press, 2000.
- Shakespeare, William, 1564-1616, et al. *Shakespeare's sonnets*. [England]: Thomas Nelson and Sons, 1997.
- Vendler, Helen Hennessy. *The art of Shakespeare's sonnets*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1997.

## Labeling theory

- Adam, Barry D. *The survival of domination: inferiorization and everyday life*. New York: Elsevier, 1978.
- Bell, Alan P. (Alan Paul), 1932-2002, et al. *Homosexualities: a study of diversity among men and women*. New York: Simon and Schuster, 1978.
- Cullen, Francis T. *Rethinking crime and deviance theory: the emergence of a structuring tradition*. Totowa, N.J.: Rowman & Allanheld, 1984.
- Kinsey, Alfred C. (Alfred Charles), 1894-1956, et al. *Sexual behavior in the human male*. Philadelphia, W. B. Saunders Co., 1948.
- Lemert, Edwin M. aut. *Social pathology a systematic approach to the theory of sociopathic behavior*. New York [u.a.] McGraw-Hill, 1951.
- Mackay, John Henry, 1864-1933, et al. *The hustler: the story of a nameless love from Friedrich Street*. Boston: Alyson Publications, 1985.
- Mead, George Herbert, 1863-1931, et al. *Mind, self & society from the standpoint of a social behaviorist*. Chicago, Ill.: University of Chicago Press, 1934.
- Research, Institute for Sex, et al. *Sexual behavior in the human female*. Philadelphia, Saunders, 1953.
- Sagarin, Edward, 1913-1986. *Deviants and deviance: an introduction to the study of disvalued people and behavior*. New York: Praeger Publishers, 1975.
- Warren, Carol A. B., 1944-. *Identity and community in the gay world*. New York: Wiley, 1974.

## Carl and the Passions – "So Tough"

- Badman, Keith. *The Beach Boys: the definitive diary of America's greatest band, on stage and in the studio*. San Francisco, Calif.: Backbeat Books, 2004.
- Brackett, Nathan, 1968-, et al. *The new Rolling Stone album guide*. New York: Simon & Schuster, 2004.
- Carlin, Peter Ames. *Catch a wave: the rise, fall & redemption of the Beach Boys' Brian Wilson*. [Emmaus, Pa.]: Rodale: Distributed to the trade by Holtzbrinck Publishers, 2006.

- Dillon, Mark, 1969-. *Fifty sides of the Beach Boys: the songs that tell their story*. Toronto, Ont.: ECW Press, 2012.
- Gaines, Steven S. *Heroes and villains: the true story of the Beach Boys*. New York, N.Y.: New American Library, 1986.
- Leaf, David. *The Beach Boys and the California myth*. New York: Grosset & Dunlap, 1978.
- Love, Mike, 1941- author. *Good vibrations: my life as a Beach Boy*. Farmington Hills, Mich: Thorndike Press, a part of Gale, Cengage Learning, 2016.
- Stebbins, Jon. *Dennis Wilson: the real Beach Boy*. Toronto, Ont.: ECW Press, 2000.
- Tobler, John, et al. *The Beach Boys*. Secaucus, N.J.: Chartwell Books, 1978.
- White, Timothy, 1952-2002. *The nearest faraway place: Brian Wilson, the Beach Boys, and the Southern Californian experience*. London: Macmillan, 1996.

## 1990s in sociology

- Game, Ann. *Passionate sociology*. Sage Publications, 1996.
- Giddens, Anthony. *Beyond left and right: the future of radical politics*. Cambridge, UK: Polity Press, 1994.
- Hacking, Ian. *The taming of chance*. Cambridge [England]; New York: Cambridge University Press, 1990.
- Massey, Douglas S. *American apartheid: segregation and the making of the underclass*. Cambridge, Mass.: Harvard University Press, 1993.
- Rosaldo, Renato. *Culture & truth: the remaking of social analysis: with a new introduction*. Boston: Beacon Press, 1993.
- Sennett, Richard, 1943-. *The corrosion of character: the personal consequences of work in the new capitalism*. New York: Norton, 1998.
- Shilling, Chris. *The body and social theory*. London; Thousand Oaks, Calif.: SAGE Publications, 2003.
- Thompson, John B.. *The media and modernity*. Stanford Univeristy Press, 1995.

## Wendy Beckett

- Beckett, Wendy. *A child's book of prayer in art*. London; New York: Dorling Kindersley, 1995.
- Beckett, Wendy. *Meditations on joy*. London; New York: Dorling Kindersley Pub., 1995.
- Beckett, Wendy. *Meditations on silence*. Dorling Kindersley Pub., 1995.
- Beckett, Wendy. *My favorite things: 75 works of art from around the world*. New York: Abrams, 1999.
- Beckett, Wendy. *Sister Wendy's American collection*. New York: HarperCollinsPublishers, 2000.
- Beckett, Wendy. *Sister Wendy's odyssey: a journey of artistic discovery*. New York: Stewart, Tabori & Chang, 1998.
- Beckett, Wendy. *The gaze of love*. HarperSanFrancisco, 1993.
- Beckett, Wendy. *The mystery of love*. HarperSanFrancisco, 1996.
- Beckett, Wendy, et al. *Sister Wendy's book of Muses*. New York: H.N. Abrams, 2000.
- John, Abbot of Ford. *Sky-blue is the sapphire, crimson the rose: still-point of desire in John of Forde*. Kalamazoo, Mich.: Cistercian Publications, 2006.

## Early Germanic culture

- Bowersock, G. W. (Glen Warren), 1936-, et al. *Late antiquity: a guide to the postclassical world*. Cambridge, Mass.; London, England: Belknap Press of Harvard University Press, 1999.
- Bury, J. B. (John Bagnell), 1861-1927, et al. *The invasion of Europe by the barbarians*. New York: W. W. Norton, 1967.
- Dalby, Andrew. *Dictionary of languages*. Columbia University Press, 1998.
- Herlihy, David. *Medieval households*. Cambridge, Mass.: Harvard University Press, 1985.
- Murray, Alexander C., 1946-. *Germanic kinship structure: studies in law and society in antiquity and in the early Middle Ages*. Toronto, Ont., Canada: Pontifical Institute of Mediaeval Studies, 1983.
- Robinson, Orrin W., 1947-. *Old English and its closest relatives: a survey of the earliest Germanic languages*. Stanford, Calif.: Stanford University Press, 1992.

- Santosuosso, Antonio. *Barbarians, marauders, and infidels: the ways of medieval warfare*. New York: MJF Books, 2004.
- Ward-Perkins., Bryan. *FALL OF ROME: AND THE END OF CIVILIZATION.*. OXFORD UNIVERSITY PRESS, 2005.
- Williams, Derek. *Romans and Barbarians*. St. Martin's Press, 1999.
- Wilson, Derek A. *Charlemagne: [a biography]*. New York: Vintage Books, 2007.

## George Seldes

- Haynes, John Earl, author, et al. *Spies: the rise and fall of the KGB in America*. Yale University Press, 2009.
- Holhut, Randolph T. *The George Seldes reader*. New York: Barricade Books, 1994.
- Lee, Martin A, et al. *Unreliable sources: a guide to detecting bias in news media*. New York, NY: Carol Pub. Group, 1990.
- Ogden, August Raymond. *The Dies Committee; a study of the Special House Committee for the Investigation of Un-American Activities, 1938-1943*. Washington, Catholic University of America Press, 1943.
- Seldes, George, 1890-1995. *Lords of the press*. New York, J. Messner, Inc, 1938.
- Seldes, George, 1890-1995. *Never tire of protesting*. New York: L. Stuart, 1968.
- Seldes, George, 1890-1995. *The Great thoughts*. New York: Ballantine Books, 1985.
- Seldes, George, 1890-1995. *Witness to a century: encounters with the noted, the notorious, and the three SOBs*. New York: Ballantine Books, 1987.
- Seldes, George, 1890-1995. *World panorama, 1918-1935*. New York, Blue Ribbon Books, 1935.
- Seldes, George, 1890-1995, comp. *The great quotations*. New York, Pocket Books, 1967.

## Josef Mengele

- Astor, Gerald, 1926-2007. *The "last" Nazi: the life and times of Dr. Joseph Mengele*. New York: D.I. Fine, 1985.
- Harel, Isser, 1912-. *The house on Garibaldi Street: the first full account of the capture of Adolf Eichmann*. New York: Viking Press, 1975.
- Levin, Ira. *The boys from Brazil*. New York: Bantam, 1991.
- Lieberman, Herbert H., 1933-. *The climate of hell*. New York: Simon and Schuster, 1978.
- Lifton, Robert Jay, 1926-. *The Nazi doctors: medical killing and the psychology of genocide*. New York: Basic Books, 1986.
- Matalon Lagnado, Lucette, et al. *Children of the flames: Dr. Josef Mengele and the untold story of the twins of Auschwitz*. New York: Morrow, 1991.
- Posner, Gerald L. cn, et al. *Mengele: the complete story*. New York: McGraw-Hill, 1986.
- Rees, Laurence, 1957-. *Auschwitz: a new history*. New York: Public Affairs, 2005.
- Segev, Tom, 1945-. *Simon Wiesenthal: the life and legends*. New York: Doubleday, 2010.
- Steinbacher, Sybille, 1966-. *Auschwitz: a history*. New York: ECCO, 2005.

## Indian removal

- Burt, Jesse Clifton, 1921-, et al. *Indians of the Southeast: then and now*. Nashville, Abingdon Press, 1973.
- Edmunds, R. David (Russell David), 1939- cn. *The Potawatomis, keepers of the fire*. Norman: University of Oklahoma Press, 1978.
- Faiman-Silva, Sandra L. *Choctaws at the crossroads: the political economy of class and culture in the Oklahoma timber region*. Lincoln: University of Nebraska Press, 1997.
- Finger, John R., 1939-. *The Eastern Band of Cherokees, 1819-1900*. Knoxville: University of Tennessee Press, 1984.
- French, Laurence, 1941-. *Legislating Indian country: significant milestones in transforming tribalism*. New York: Peter Lang, 2007.
- Jordan, Winthrop D, et al. *The white man's burden; historical origins of racism in the United States*. New York, Oxford University Press, 1974.

- Onuf, Peter S.. *Jefferson's empire*. University Press of Virginia, 2000.
- Prucha, Francis Paul, et al. *The Indians in American society [electronic resource] from the Revolutionary War to the present*. Berkeley: University of California Press, 1985.
- Smith, Thomas Ruys, 1979-. *River of dreams: imagining the Mississippi before Mark Twain*. Baton Rouge: Louisiana State University Press, 2007.
- Weisman, Brent Richards, 1952-. *Like beads on a string: a culture history of the Seminole Indians in northern peninsular Florida*. Tuscaloosa: University of Alabama Press, 1989.

## Rogerian argument

- Gilbert, Michael A. *Coalescent argumentation*. Mahwah, N.J.: L. Erlbaum Associates, 1997.
- Hairston, Maxine. *A contemporary rhetoric*. Boston: Houghton Mifflin, 1982.
- Hairston, Maxine. *Contemporary composition*. Boston: Houghton Mifflin Co., 1986.
- Nettler, Gwynn. *Boundaries of competence: how social studies make feeble science*. New Brunswick, N.J.: Transaction, 2003.
- Rapoport, Anatol, 1911-. *Fights, games, and debates. --*. Ann Arbor: University of Michigan Press, 1960.
- Rogers, Carl R. (Carl Ransom), 1902-1987. *Client-centered therapy; its current practice, implications, and theory, with chapters*. Boston, Houghton Mifflin, 1951.
- Rosenberg, Marshall B. *Nonviolent communication: a language of life*. Encinitas, CA: PuddleDancer Press, 2005.
- Stone, Douglas, et al. *Difficult conversations: how to discuss what matters most*. New York, N.Y.: Penguin Books, 2000.
- Ury, William. *Getting to peace: transforming conflict at home, at work, and in the world*. New York: Viking, 1999.
- Young, Richard Emerson, 1932-. *Rhetoric: discovery and change*. New York, Harcourt, Brace & World, 1970.

## Walter Brueggemann

- Brueggemann, Walter. *Finally comes the poet: daring speech for proclamation*. Minneapolis: Fortress Press, 1989.
- Brueggemann, Walter. *Hope within history*. Atlanta: J. Knox Press, 1987.
- Brueggemann, Walter. *Israel's praise: doxology against idolatry and ideology*. Philadelphia: Fortress Press, 1988.
- Brueggemann, Walter. *Power, providence, and personality: biblical insight into life and ministry*. Louisville, Ky.: Westminster/J. Knox Press, 1990.
- Brueggemann, Walter. *Testimony to otherwise: the witness of Elijah and Elisha*. St. Louis, Mo.: Chalice Press, 2001.
- Brueggemann, Walter. *The creative word: canon as a model for Biblical education*. Philadelphia: Fortress Press, 1982.
- Brueggemann, Walter. *The message of the Psalms: a theological commentary*. Minneapolis: Augsburg Pub. House, 1984.
- Brueggemann, Walter. *The threat of life: sermons on pain, power, and weakness*. Minneapolis: Fortress Press, 1996.
- Brueggemann, Walter, author. *Texts under negotiation: the Bible and postmodern imagination*. Minneapolis: Fortress Press, 1993.
- Brueggemann, Walter, et al. *Old Testament theology: essays on structure, theme, and text*. Minneapolis: Fortress Press, 1992.

## Samuel Adams

- Alexander, John K. *Samuel Adams: America's revolutionary politician*. Lanham, Md.: Rowman & Littlefield, 2002.
- Bailyn, Bernard. *The ideological origins of the American Revolution*. Cambridge, Belknap Press of Harvard University Press, 1967.

- Beach, Stewart, 1899-1979. *Samuel Adams; the fateful years, 1764-1776*. New York, Dodd, Mead, 1965.
- Burgan, Michael. *Samuel Adams: patriot and statesman*. Minneapolis, Minn.: Compass Point Books, 2005.
- Chernow, Ron. *Washington: A Life*. The Penguin Press, 2010.
- Maier, Pauline, 1938-2013. *From resistance to revolution: colonial radicals and the development of American opposition to Britain, 1765-1776*. New York: W.W. Norton, 1991.
- Maier, Pauline, 1938-2013. *The old revolutionaries: political lives in the age of Samuel Adams*. New York: Vintage Books, 1982.
- Puls, Mark, 1963-. *Samuel Adams: father of the American Revolution*. New York: Palgrave Macmillan, 2006.
- Raphael, Ray. *Founding myths: stories that hide our patriotic past*. New York: New Press, 2004.
- Stoll, Ira, 1972- author. *Samuel Adams: a life*. New York: Free Press, 2008.

## C. D. B. Bryan

- Applegate, Edd. *Literary journalism: a biographical dictionary of writers and editors*. Westport, Conn.: Greenwood Press, 1996.
- Bryan, C. D. B.. *The National Geographic Society*. Harry N. Abrams, 1997.
- Bryan, C. D. B. (Courtlandt Dixon Barnes). *Beautiful women, ugly scenes*. Garden City, N.Y.: Doubleday, 1983.
- Bryan, C. D. B. (Courtlandt Dixon Barnes). *Close encounters of the fourth kind: a reporter's notebook on alien abduction, UFOs, and the conference at M.I.T.*. New York: Penguin, 1996.
- Bryan, C. D. B. (Courtlandt Dixon Barnes). *Friendly fire*. New York: Putnam, 1976.
- Bryan, C. D. B. (Courtlandt Dixon Barnes). *P.S. Wilkinson*. New York Harper & Row, 1965.
- Bryan, C. D. B. (Courtlandt Dixon Barnes). *The National Air and Space Museum*. New York: H.N. Abrams, 1988.
- Bryan, C. D. B. (Courtlandt Dixon Barnes). *The great Dethriffe*. New York, Dutton, 1970.
- Inc, Sygma Photo News. *In the eye of Desert Storm: photographers of the Gulf War*. New York, N.Y.: Harry N. Abrams: Professional Photography Division of Eastman Kodak Co., 1991.
- Lass, Abraham H. (Abraham Harold), 1907-2001, comp, et al. *21 great stories*. New York, New American Library, 1969.

## Windsor soup

- Ayto, John. *An A-Z of food and drink*. Oxford University Press, 2002.
- Garmey, Jane. *Great British cooking, a well kept secret*. New York: Random House, 1981.
- James, P. D. *Time to be in earnest: a fragment of autobiography*. Thorndike, Me.: Thorndike Press; Bath, England: Chivers Press, 2000.
- Lanchester, John. *The debt to pleasure: a novel*. London: Picador, 1996.
- Osborne, John, 1929-. *Epitaph for George Dillon: a play in three acts*. New York: Criterion Books, 1958.
- Rosenthal, A. M. (Abraham Michael), 1922-2006, et al. *The Sophisticated traveler: beloved cities: Europe*. New York: Villard Books, 1984.
- Spicer, Paul. *The temptress*. St. Martin's Press, 2010.
- Tracy, Honor, 1915-. *The heart of England*. London: H. Hamilton, 1983.
- Wilson, Bee. *Consider the fork: a history of how we cook and eat*. New York: Basic Books, 2012.
- Wright, Eric, 1929-. *Always give a penny to a blind man: a memoir*. Bath, England: Chivers Press; Waterville, Me.: Thorndike Press, 2002.

## Mezzetino (Watteau)

- Brookner, Anita. *Watteau*. Twickenham: Hamlyn, 1985.
- Bulliet, C.J. *1934 art masterpieces in a century of progress: [exhibition catalogue]*. Chicago: Chicago Daily News, 1934.
- Huyghe, René. *Watteau*. London: Pall Mall Press, 1970.

- Metropolitan Museum of Art (New York, N.Y.). *Art treasures of the Metropolitan: a selection from the European and Asiatic collections of the Metropolitan Museum of Art*. New York: Hearry N. Abrams, Inc., 1952.
- Metropolitan Museum of Art (New York, N.Y.), et al. *Masterpieces of fifty centuries*. New York, E.P. Dutton, 1970.
- Metropolitan Museum of Art (New York, N.Y.), et al. *Masterpieces of painting in the Metropolitan Museum of Art*. [Greenwich, Conn.] Distributed by New York Graphic Society, 1970.
- Nicoll, Allardyce, 1894-1976. *The world of Harlequin, a critical study of the commedia dell'arte*. Cambridge [Eng] University Press, 1963.
- Posner, Donald. *Antoine Watteau*. London: Weidenfeld & Nicolson, 1984.
- Schneider, Pierre, 1925-, et al. *The world of Watteau, 1684-1721*. New York, Time, inc, 1967.
- Watteau, Antoine, 1684-1721. *The complete paintings of Watteau*. New York, H.N. Abrams, 1971.

## Augustine of Hippo

- Brown, Peter Robert Lamont. *Augustine of Hippo*. University of California Press, 2000.
- Gilson, Etienne, 1884-1978. *The Christian philosophy of Saint Augustine*. New York, Random House, 1960.
- González, Justo L. *The story of Christianity: volume 1 - The early church to the dawn of the Reformation*. San Francisco: Harper & Row, 1984.
- Leith, John H. *From generation to generation: the renewal of the church according to its own theology and practice*. Louisville, Ky.: Westminster/John Knox Press, 1990.
- Markus, R. A. (Robert Austin), 1924- comp. *Augustine; a collection of critical essays*. Garden City, N.Y., Anchor Books, 1972.
- Matthews, Gareth B., 1929-. *Thought's ego in Augustine and Descartes*. Ithaca: Cornell University Press, 1992.
- O'Donnell, James Joseph, 1950-. *Augustine: a new biography*. New York: Ecco, 2005.
- Pagels, Elaine H., 1943-. *Adam, Eve, and the serpent*. New York: Vintage Books, 1989.
- Southern, R. W. (Richard William), 1912-2001. *The making of the Middle Ages*. New Haven, Yale University Press, 1953.
- Zumkeller, Adolar, 1915-. *Augustine's ideal of the religious life*. New York: Fordham University Press, 1986.

## Robert Moss

- Moss, Robert. *Mexico way*. Simon & Schuster, 1991.
- Moss, Robert, 1946-. *Carnival of spies*. New York: Pocket Books, 1988.
- Moss, Robert, 1946-. *Death beam: a novel*. New York: Crown, 1981.
- Moss, Robert, 1946-. *Dreamways of the Iroquois: honoring the secret wishes of the soul*. Rochester, Vt.: Destiny Books, 2005.
- Moss, Robert, 1946-. *Fire along the sky*. New York: St. Martin's Press, 1992.
- Moss, Robert, 1946-. *The firekeeper: a narrative of the eastern frontier*. New York: Forge, 1995.
- Moss, Robert, 1946-. *The interpreter: a story of two worlds*. New York: Forge, 1997.
- Moss, Robert, 1946-. *The war for the cities*. New York, Coward, McCann & Geoghegan, 1972.
- Moss, Robert, 1946-, et al. *Monimbó*. New York: Pocket Books, 1984.
- Moss, Robert. aut. *Chile's Marxist experiment*. Newton Abbot: David and Charles, 1973.

## Bill Clinton

- Clinton, Bill, 1946-, et al. *Putting people first: how we can all change America*. New York: Times Books, 1992.
- Halberstam, David. *War in a time of peace: Bush, Clinton, and the generals*. Waterville, Me.: Thorndike Press, 2002.
- Harris, John F. (John Furby), 1963-. *The survivor: Bill Clinton in the White House*. New York: Random House, 2005.

- Klein, Joe, 1946-. *The natural: the misunderstood presidency of Bill Clinton*. New York: Doubleday, 2002.
- Levin, Robert E. *Bill Clinton: the inside story*. New York, NY: S.P.I. Books, 1992.
- Levy, Peter B.. *Encyclopedia of the Clinton presidency*. Greenwood Press, 2002.
- Maraniss, David. *First in his class: the biography of Bill Clinton*. New York: Simon & Schuster, 1996.
- Starr, Kenneth, 1946-, et al. *The Starr report: the findings of Independent Counsel Kenneth W. Starr on President Clinton and the Lewinsky affair*. New York: PublicAffairs, 1998.
- Takiff, Michael, 1955-. *A complicated man: the life of Bill Clinton as told by those who know him*. New Haven: Yale University Press, 2010.
- Woodward, Bob, 1943-. *Maestro: Greenspan's Fed and the American boom*. New York: Simon & Schuster, 2000.

## John King Fairbank

- Brandt, Conrad, et al. *A documentary history of Chinese communism*. Cambridge: Harvard University Press, 1952.
- Evans, Paul M. *John Fairbank and the American understanding of modern China*. New York, NY, USA: B. Blackwell, 1988.
- Fairbank, John King. *China*. G. Allen & Unwin, 2001.
- Fairbank, John King, 1907-. *Japanese studies of modern China; a bibliographical guide to historical and social-science research on the 19th and 20th centuries*. Cambridge]: Harvard University Press, 1971.
- Fairbank, John King, 1907-. *The great Chinese revolution, 1800-1985*. New York: Harper & Row, 1986.
- Fairbank, John King, 1907-. *The missionary enterprise in China and America*. Cambridge: Harvard University Press, 1974.
- Fairbank, John King, 1907-1991. *Chinabound: a fifty-year memoir*. New York: Harper & Row, 1982.
- Fairbank, John King, 1907-1991. *East Asia: tradition and transformation*. Boston, Houghton Mifflin, 1973.
- Fairbank, John King, 1907-1991. *The United States and China (Fourth Edition)*. Cambridge, Mass.: Harvard University Press, 1979.
- Tãeng, Ssæu-yèu, 1906-, et al. *China's response to the West; a documentary survey, 1839-1923*. Cambridge, Harvard University Press, 1954.

## Klaus Mehnert

- Laqueur, Walter. *The dream that failed*. Oxford University Press, 1994.
- Mehnert, Klaus, 1906-. *China returns*. New York, Dutton, 1972.
- Mehnert, Klaus, 1906-. *Peking and Moscow*. London: Weidenfeld and Nicolson, 1963.
- Mehnert, Klaus, 1906-. *Soviet man and his world*. New York: Praeger, 1962.
- Mehnert, Klaus, 1906-. *Stalin versus Marx; the Stalinist historical doctrine*. Port Washington, N.Y., Kennikat Press, 1972.
- Mehnert, Klaus, 1906-. *The Russians & their favorite books*. Stanford, Calif.: Hoover Institution Press, Stanford University, 1983.
- Mehnert, Klaus, 1906-1984. *China nach dem Sturm. Bericht u. Kommentar*. Stuttgart, Deutsche Verlagsanstat, 1971.
- Mehnert, Klaus, 1906-1984. *Kampf um Maos Erbe: Geschichten machen Geschichte*. Stuttgart: Deutsche Verlags-Anstalt, 1977.
- Mehnert, Klaus, 1906-1984. *Moscow and the new left*. Berkeley: University of California Press, 1975.
- Mehnert, Klaus, 1906-1984. *Twilight of the young: the radical movements of the 1960's and their legacy: a personal report*. New York: Holt, Rinehart and Winston, 1977.

## Rail transport by country

- Nock, O. S. (Oswald Stevens), 1905-. *Railways in the transition from steam, 1940-1965*. New York, Macmillan, 1974.
- Nock, O. S. (Oswald Stevens), 1905-. *Railways then and now: a world history*. London: Elek, 1975.

- Nock, O. S. (Oswald Stevens), 1905-1994. *150 years of main line railways*. London: David & Charles, 1980.
- Nock, O. S. (Oswald Stevens), 1905-1994. *Railways at the zenith of steam, 1920-40*. London, Blandford, 1970.
- Nock, O. S. (Oswald Stevens), 1905-1994. *Railways in the formative years, 1851-1895*. London, Blandford Press, 1973.
- Nock, O. S. (Oswald Stevens), 1905-1994. *Railways in the years of preeminence 1905-1919*. London, Blandford Press, 1971.
- Nock, O. S. (Oswald Stevens), 1905-1994. *Railways of Western Europe*. London: A. & C. Black, 1977.
- Nock, O. S. (Oswald Stevens), 1905-1994. *Railways of the USA*. London Black, 1979.
- Nock, O. S. (Oswald Stevens), 1905-1994. *Steam railways in retrospect*. London: A. & C. Black, 1966.
- Nock, O. S. (Oswald Stevens), 1905-1994. *World atlas of railways*. New York: Mayflower Books, 1978.

## 1964 United States presidential election

- Chester, Edward W. *A guide to political platforms*. Hamden, Conn.: Archon Books, 1977.
- Dallek, Robert, et al. *Lyndon B. Johnson: portrait of a president*. Oxford, England; New York: Oxford University Press, 2004.
- Donaldson, Gary. *Liberalism's last hurrah: the presidential campaign of 1964*. Armonk, N.Y.: M.E. Sharpe, 2003.
- Gallup, George, 1901-1984, compiler. *The Gallup poll: public opinion, 1935-1971*. New York [New York]: Random House, 1972.
- Hodgson, Godfrey. *The world turned right side up*. Houghton Mifflin, 1996.
- Lesher, Stephan. *George Wallace: American populist*. Reading, Mass.: Addison-Wesley, 1994.
- McGirr, Lisa. *Suburban warriors*. Princeton University Press, 2001.
- Perlstein, Rick, 1969-. *Before the storm: Barry Goldwater and the unmaking of the American consensus*. New York: Hill and Wang, 2001.
- Sundquist, James L. *Dynamics of the party system: alignment and realignment of political parties in the United States*. Washington, D.C.: Brookings Institution, 1983.
- White, Theodore H. (Theodore Harold), 1915-1986. *The making of the President, 1964*. New York, Atheneum Publishers, 1965.

## Brazil

- Bellos, Alex, 1969-. *Futebol: the Brazilian way of life*. New York: Bloomsbury, 2002.
- Costa, Cruz. *A history of ideas in Brazil: the development of philosophy in Brazil and the evolution of national history*. Berkeley: University of California Press, 1964.
- Fausto, Boris, 1930-. *A concise history of Brazil*. Cambridge, UK; New York, NY, USA: Cambridge University Press, 1999.
- Fryer, Peter. *Rhythms of resistance: African musical heritage in Brazil*. London: Pluto, 2000.
- Furtado, Celso. *The economic growth of Brazil: a survey from colonial to modern times*. Berkeley: University of California Press, 1963.
- Kassing, Gayle. *History of dance: an interactive arts approach*. Champaign, IL: Human Kinetics, 2007.
- McCann, Bryan, 1968-. *Hello, hello Brazil: popular music in the making of modern Brazil*. Durham: Duke University Press, 2004.
- McGowan, Chris, 1956-, et al. *The Brazilian sound: samba, bossa nova, and the popular music of Brazil*. Philadelphia: Temple University Press, 1998.
- Skidmore, Thomas E. *Black into white; race and nationality in Brazilian thought*. New York, Oxford University Press, 1974.
- Vincent, Jon S. *Culture and customs of Brazil*. Westport, Conn.: Greenwood Press, 2003.

## Argentina

- Aeberhard, Danny. *The rough guide to Argentina*. London: Rough Guides, 2000.

- Barnes, John, 1935-. *Evita, First Lady: a biography of Eva Perón*. New York: Grove Press: Distributed by Publishers Group West, 1996.
- Bloom, Harold.. *The Western canon*. Riverhead Books, 1995.
- Crow, John Armstrong. *The epic of Latin America*. Berkeley: University of California Press, 1992.
- Edwards, Todd L. *Argentina: a global studies handbook*. Santa Barbara, Calif.: ABC-CLIO, 2008.
- Foster, David William. *Culture and customs of Argentina*. Greenwood Press, 1998.
- Lewis, Daniel K. *The history of Argentina*. New York: Palgrave Macmillan; Basingstoke: Palgrave, 2003.
- McKinney, Kevin, et al. *Everyday geography*. Garden City, NY: GuildAmerica Books, 1993.
- O'Donnell, Pacho. *El Aguila Guerrera*. Sudamericana, 1998.
- Wood, Bernard. *The middle powers and the general interest*. Ottawa: North-South Institute, 1988.

## Who Killed Canadian History?

- Berger, Carl, 1939-. *The writing of Canadian history: aspects of English-Canadian historical writing since 1900*. Toronto: University of Toronto Press, 1986.
- Cohen, Andrew, 1955-. *A deal undone: the making and breaking of the Meech Lake Accord*. Vancouver: Douglas & McIntyre, 1991.
- Conrad, Margaret, et al. *History of the Canadian peoples*. Toronto: Copp Clark Pitman, 1993.
- Cook, Ramsay, author. *Canada, Quebec, and the uses of nationalism*. Toronto: M & S, 1995.
- Granatstein, J. L. *Who killed Canadian history?*. Toronto: HarperCollins Publishers, 1998.
- Granatstein, J. L., 1939-. *Who killed Canadian history?*. Toronto: Harper Perennial, 2007.
- Granatstein, J. L., 1939-. *Who killed Canadian history?*. Toronto: Harper Perennial, 2007.
- Hughes, Robert, 1938-. *Culture of complaint: the fraying of America*. New York: Oxford University Press, 1993.
- Plumb, J. H. (John Harold), 1911-2001. *The death of the past*. Boston, Houghton Mifflin, 1970.
- Windschuttle, Keith, 1942-. *The killing of history: how literary critics and social theorists are murdering our past*. New York: Free Press, 1996.

## Alden Whitman

- Gelb, Arthur. *City room*. New York: Putnam, 2003.
- Hareven, Tamara K, et al. *Amoskeag: life and work in an American factory-city*. New York: Pantheon Books, 1978.
- Kluger, Richard, et al. *The paper: the life and death of the New York herald tribune*. New York: Knopf, 1986.
- Sayre, Nora. *Previous convictions: a journey through the 1950s*. New Brunswick, N.J.: Rutgers University Press, 1995.
- Shaw, Nate. *All God's dangers; the life of Nate Shaw*. New York, Knopf; [distributed by Random House], 1974.
- Whitman, Alden. *American reformers: an H.W. Wilson biographical dictionary*. New York: H.W. Wilson Co., 1985.
- Whitman, Alden. *Come to judgment*. New York: Viking Press, 1980.
- Whitman, Alden. *The obituary book*. New York, Stein and Day, 1971.
- Whitman, Alden Rogers, 1913-. *Portrait: Adlai E. Stevenson: politician, diplomat, friend*. New York: Harper and Row, 1965.
- Whitman, Alden, author. *The obituary book*. New York: Stein and Day, 1971.

## Cold War in Asia

- Arms, Thomas S.. *Encyclopedia of the Cold War*. Facts on File, 1994.
- Brimmell, J. H. *Communism in South East Asia: a political analysis.*. London; New York: Oxford University Press, 1959.
- Brown, Archie. *The rise and fall of communism*. Ecco, 2009.
- Brune, Lester H. *Chronology of the Cold War, 1917-1992*. New York: Routledge, 2006.

- Lundestad, Geir, 1945-. *East, west, north, south: major developments in international relations since 1945*. London; Thousand Oaks, Calif.: Sage Publications, 2005.
- May, Ernest R. *The Truman administration and China, 1945-1949*. Philadelphia: Lippincott, 1975.
- Ropp, Paul S., 1944-, et al. *Heritage of China: contemporary perspectives on Chinese civilization*. Berkeley: University of California Press, 1990.
- Yahuda, Michael B. *The international politics of the Asia-Pacific: 1945-1995*. London; New York: Routledge, 1996.

## Multinational corporation

- Dunning, John H. *Multinational enterprises and the global economy*. Wokingham, Eng.; Reading, MA.: Addison-Wesley, 1993.
- Hernes, Helga Maria, 1938-. *The multinational corporation: a guide to information sources*. Detroit: Gale Research Co., 1977.
- Jones, Geoffrey. *Merchants to multinationals: British trading companies in the nineteenth and twentieth centuries*. Oxford [UK]; New York: Oxford University Press, 2000.
- Jones, Geoffrey. *The evolution of international business: an introduction*. London; New York: Routledge, 1996.
- Sampson, Anthony. *The seven sisters: the great oil companies and the world they made*. New York: Viking Press, 1975.
- Tugendhat, Christopher, 1937-. *The multinationals*. Harmondsworth: Penguin, 1973.
- Vernon, Raymond, 1913-. *Storm over the multinationals: the real issues*. Cambridge, Mass.: Harvard University Press, 1977.
- Wilkins, Mira. *American business abroad: Ford on six continents*. Detroit: Wayne State University Press, 1964.
- Yergin, Daniel. *The prize: the epic quest for oil, money & power*. New York: Free Press, 2009.

## Biology

- Colinvaux, Paul, 1930-. *Why big fierce animals are rare: an ecologist's perspective*. Princeton, N.J.: Princeton University Press, 1979.
- Futuyma, Douglas J., 1942-. *Evolution*. Sunderland, Mass.: Sinauer Associates, 2005.
- Hartl, Daniel L, et al. *Genetics: analysis of genes and genomes*. Sudbury, Mass.: Jones and Bartlett Publishers, 2005.
- Henig, Robin Marantz. *The monk in the garden: the lost and found genius of Gregor Mendel, the father of genetics*. Boston: Houghton Mifflin, 2000.
- Hunter, Malcolm L. *Fundamentals of conservation biology*. Cambridge, Mass.; Oxford: Blackwell Science, 1995.
- Johnson, George B. (George Brooks), 1942-, et al. *Holt biology: visualizing life*. Austin, [Tex.]: Holt, Rinehart and Winston: Harcourt Brace & Company, 1998.
- None,. *Genetics*. New York: Macmillan Reference USA: Thomson/Gale, 2003.
- Odum, Eugene Pleasants, 1913-. *Fundamentals of ecology*. Philadelphia: Saunders, 1971.
- Russell, Peter J. *IGenetics*. San Francisco: Benjamin Cummings, 2002.
- Wilson, John, et al. *Molecular biology of the cell: a problems approach*. New York: Garland Science, 2002.

## Tender Is the Night

- Bruccoli, Matthew J. (Matthew Joseph), 1931-2008. *Reader's companion to F. Scott Fitzgerald's Tender is the night*. Columbia: University of South Carolina Press, 1996.
- Donaldson, Scott, 1928-. *Fool for love: F. Scott Fitzgerald*. New York: Congdon & Weed: Distributed by St. Martin's Press, 1983.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940. *The letters of F. Scott Fitzgerald*. New York: Scribner, 1963.

- Kennedy, J. Gerald. *Imagining Paris: exile, writing, and American identity*. New Haven: Yale University Press, 1993.
- Mencken, H. L.. *The diary of H.L. Mencken*. Knopf, 1989.
- Milford, Nancy. *Zelda; a biography*. New York, Harper & Row, 1970.
- Mizener, Arthur. *The far side of paradise: a biography of F. Scott Fitzgerald*. Boston (Mass.]: Mifflin Company, 1951.
- Stern, Milton R. *The golden moment: the novels of F. Scott Fitzgerald*. Urbana: University of Illinois Press, 1970.
- Tate, Mary Jo. *F. Scott Fitzgerald A to Z: the essential reference to his life and work*. New York: Facts on File, 1998.
- Turnbull, Andrew. *Scott Fitzgerald: [a biography]*. New York, NY Scribner, 1962.

## Founding Fathers of the United States

- Bailyn, Bernard. *To begin the world anew: the genius and ambiguities of the American founders*. New York: Knopf, 2003.
- Bernstein, Richard B., 1956-. *The Founding Fathers reconsidered*. Oxford; New York: Oxford University Press, 2009.
- Commager, Henry Steele, 1902-1998. *Freedom and order; a commentary on the American political scene*. New York, G. Braziller, 1966.
- Ellis, Joseph J. *Founding brothers: the revolutionary generation*. New York: Alfred A. Knopf, 2000.
- Ellis, Joseph J., author. *The quartet: orchestrating the second American Revolution, 1783-1789*. New York: Random House Large Print, 2015.
- Kann, Mark E. *The gendering of American politics: founding mothers, founding fathers, and political patriarchy*. Westport, Conn.: Praeger, 1999.
- Martin, James Kirby, 1943-. *Men in rebellion: higher governmental leaders and the coming of the American Revolution*. New York: Free Press, 1976.
- Roberts, Cokie. *Founding mothers: the women who raised our nation*. New York: Perennial, 2005.
- Trees, Andrew S., 1968-. *The founding fathers and the politics of character*. Princeton, N.J.: Princeton University Press, 2004.
- Wood, Gordon S. *Revolutionary characters: what made the founders different*. New York: Penguin Press, 2006.

## Cuban Missile Crisis

- Axelrod, Alan, 1952-. *The real history of the Cold War: a new look at the past*. New York, NY: Sterling, 2009.
- Blight, James G, et al. *On the brink: Americans and Soviets reexamine the Cuban Missile Crisis*. New York: Hill and Wang, 1989.
- Chayes, Abram, 1922-. *The Cuban missile crisis*. [London, New York] Oxford University Press, 1974.
- Feklisov, Aleksandr. *The man behind the Rosenbergs*. Enigma Books, 2001.
- Frankel, Max. *High noon in the Cold War*. Ballantine Books, 2004.
- Franklin, Jane, 1934-. *Cuba and the United States: a chronological history*. Melbourne; New York: Ocean Press, 1997.
- George, Alice L., 1952-. *Awaiting Armageddon: how Americans faced the Cuban Missile Crisis*. Chapel Hill: University of North Carolina Press, 2003.
- Melman, Seymour. *The demilitarized society: disarmament and conversion*. Montreal: Harvest House, 1988.
- Rodriguez, Felix I, et al. *Shadow warrior*. New York: Simon and Schuster, 1989.
- Stern, Sheldon M. *Averting 'the final failure': John F. Kennedy and the secret Cuban Missile Crisis meetings*. Stanford, Calif.: Stanford University Press, 2003.

## Hippie

- Books, Time-Life. *Turbulent years: the 60s*. Alexandria, Va.: Time-Life Books, 1998.

- Booth, Martin. *Cannabis: a history*. New York: Thomas Dunne Books/St. Martin's Press, 2004.
- Caen, Herb, 1916-1997, et al. *The best of Herb Caen, 1960-1975*. San Francisco: Chronicle Books, 1991.
- Greenfield, Robert. *Timothy Leary: a biography*. Orlando: Harcourt, Inc., 2006.
- Hirsch, E. D. (Eric Donald), 1928-, et al. *The dictionary of cultural literacy*. Boston: Houghton Mifflin, 1993.
- Lattin, Don, 1953-. *Following our bliss: how the spiritual ideals of the sixties shape our lives today*. [San Francisco]: HarperSanFrancisco, 2004.
- Lee, Martin A, et al. *Acid dreams: the complete social history of LSD: the CIA, the sixties, and beyond*. New York: Grove Weidenfeld, 1992.
- Lytle, Mark H. *America's uncivil wars: the sixties era: from Elvis to the fall of Richard Nixon*. New York: Oxford University Press, 2006.
- Markoff, John. *What the dormouse said--: how the sixties counterculture shaped the personal computer industry*. New York: Viking, 2005.
- Marty, Myron A. *Daily life in the United States, 1960-1990: decades of discord*. Westport, Conn.: Greenwood Press, 1997.

## Piano Concerto No. 2 (Rachmaninoff)

- Bertensson, Sergei, 1885-1962. *Sergei Rachmaninoff: a lifetime in music*. New York: New York University Press, 1956.
- Biancolli, Amy. *Fritz Kreisler: love's sorrow, love's joy*. Portland, Or.: Amadeus Press, 1998.
- Harrison, Max. *Rachmaninoff: life, works, recordings*. London; New York: Continuum, 2006.
- Norris, Geoffrey. *Rachmaninoff*. New York: Oxford University Press, 2000.
- Piggott, Patrick, 1915-1990. *Rachmaninov orchestral music*. Seattle: University of Washington Press, 1974.
- Scott, Michael. *Rachmaninoff*. Stroud, Gloucestershire [England]: History Press, 2007.
- Seroff, Victor, 1902-1979. *Rachmaninoff*. New York, Simon and Schuster, 1950.
- Steinberg, Michael, 1928-. *The concerto: a listener's guide*. New York: Oxford University Press, 1998.

## Taoism

- Chan, Wing-tsit, 1901- , comp. and tr. *A source book in Chinese philosophy*. Princeton, N. J., Princeton University Press, 1963.
- Fasching, Darrell J., 1944-. *Comparative religious ethics: a narrative approach*. Oxford; Malden, Mass.: Blackwell, 2001.
- Goodspeed, Bennett W. *The Tao-Jones averages: a guide to whole-brained investing*. New York: Dutton, 1983.
- Laozi,, et al. *The way and its power; a study of the Tao tê ching and its place in Chinese thought*. New York, Grove Press, 1958.
- Martinson, Paul Varo, 1934-. *A theology of world religions: interpreting God, self, and world in Semitic, Indian, and Chinese thought*. Minneapolis: Augsburg Pub. House, 1987.
- Maspero, Henri, 1883-1945. *Taoism and Chinese religion*. Amherst: University of Massachusetts Press, 1981.
- Occhiogrosso, Peter. *The joy of sects: a spirited guide to the world's religious traditions*. New York: Doubleday, 1994.
- Prebish, Charles S. *Buddhism--a modern perspective*. University Park: Pennsylvania State University Press, 1975.
- Van Voorst, Robert E. *Anthology of world scriptures*. Belmont, CA: Thomson Wadsworth, 2006.
- Wilde, Stuart. *Infinite self*. Hay House, 1996.