# EXHIBIT 13



# Public Statement: Supporting Waitlist Suspension for Books Loaned by the Internet Archive During the US National Emergency

March 24, 2020
Share this document: https://docs.google.com/document/d/e/2PACX-1vQeYK7dKWH7Qqw9wLVnmEo1ZktykuULBq15j7L2gPCXSL3zem4WZO4JFyj-dS9yVK6BTnu7T1UAIuOl/pub

[Announcement] [FAQs]

I support the Internet Archive and its mission to provide "Universal Access to All Knowledge."

During this time of school and library closure at global scale, and a US national emergency, I support the Internet Archive's use of Fair Use to eliminate waitlists for the books it lends to users through the latter of June 30, 2020, or the end of the US national emergency. The Internet Archive will use existing digital rights management controls to restrict the unlawful redistribution of these books.

These actions will support emergency remote teaching, research activities, independent scholarship, and intellectual stimulation while universities, schools, training centers, and libraries are closed.

Relevant documents:
- Public Statement of Library Copyright Specialists: Fair Use & Emergency Remote Teaching & Research. (2020, March 13).
- Courtney, K. (2020, March 11). COVID-19, Copyright, & Library Superpowers (Part I).

# Endorsers

## Institutional

*Please use this form* at *https://forms.gle/gTc2dA4b4cWwGWfZ8 to endorse*

Aaniiih Nakoda College
Abell Library - Austin College
Alameda County Library
Amherst College

Arcadia Fund - a charitable fund of Lisbet Rausing and Peter Baldwin
Armacost Library, University of Redlands
Association of Southeastern Research Libraries (ASERL)
Auburn University
Bates College
Biblioteca Nacional Aruba - National Library of Aruba
Biodiversity Heritage Library (BHL
Boston Public Library
Bowdoin College
Brooklyn Public Library
Brown University Library
Califa Group
California Academy of Sciences Library
California Institute of the Arts
California State University, Long Beach
Carleton College
Carroll College
Center for Astrophysics | Harvard and Smithsonian
Chief Officers of State Library Agencies
City University of New York Libraries
The Claremont Colleges Library
Clemson University
Colorado State University
Connecticut College
Cooperating Libraries in Consortium (CLIC), St. Paul, MN
Cornell University Library
Dartmouth College Library
DePauw University
Digital Democracy
Drake University
Duke University Libraries
East Carolina University
Eastern Academic Scholars' Trust (EAST)
Eckerd College
Emory University
The Evergreen State College
George Blood Audio/Video/Film/Data
George Washington University
GrassROOTS Community Foundation
Greater Western Library Alliance
Grinnell College Libraries
Hamilton Public Library
Haverford College
Institute for the Study of Knowledge Management in Education (ISKME)
Iowa State University
James Madison University Libraries
Kalamazoo College Library
Kent State University Libraries
Lafayette College Libraries
Lake Forest College, Donnelley and Lee Library
The Library of The Jewish Theological Seminary
Little Big Horn College
Long Beach (NY) Public Library
Louisville Presbyterian Theological Seminary
Metropolitan New York Library Council
Michigan State University
Middlebury College Library
Miles Community College Library

Milton Public Library (Ontario, Canada)
MIT Libraries
The MIT Press
Montana State University
Mount Holyoke College
Multnomah County Library
Oberlin Group of Libraries
Orbis Cascade Alliance
Oregon Talking Book and Braille Library
Penn State
Penn State University Press
Phillips Academy, Andover
Public Knowledge
Public.Resource.Org
Purdue University Libraries
Randolph-Macon College
ReadersFirst
Reed College
Research Libraries UK
Robert Morris University
Robert Schalkenbach Foundation
Rutgers University Library
Ruth Enlow Library of Garrett County
Sacramento Public Library
SCELC
Simmons University Library
Simon Fraser University Libraries
Skidmore College
Smith College
Sonoma County Library
St. Mary's County Library
St. Olaf College Library
Substance Abuse Librarians & Information Specialists, Incs.
Swarthmore College
Texas A&M University
Texas Digital Library
Tougaloo College Library
University of Arizona Libraries
University of California, Santa Barbara
University of Colorado Boulder
University of Connecticut
University of Delaware Library, Museums and Press
University of Florida, George A. Smathers Libraries
University of Illinois at Urbana-Champaign Library
University of Montana Western
University of New Mexico Libraries
University of North Carolina at Chapel Hill
University of North Carolina at Greensboro
University of North Dakota, Chester Fritz Library
University of Oklahoma Libraries
University of Pittsburgh
University of South Carolina
University of Tennessee Libraries, Knoxville
University of Warwick Library
University of Washington
University System of Maryland & Affiliated Institutions
Ursinus College
Warren County Community College

Wellesley College
Wheaton College Library MA
Whitman College
Whose Knowledge?
Wikimedia Italia
William & Mary Libraries
Worcester Polytechnic Institute - Gordon Library
Worthington Libraries

# Individual

Please use this form at https://forms.gle/gTc2dA4b4cWwGWfZ8 to endorse

**Update: April 23, 2020:** We have received threats of violence and intimidation targeting endorsers. For the safety and security of information professionals in our community, we are making the list of endorsers private. To date we have had more than 200 individuals endorse, continuing daily. You can support the suspension of waitlists via the form at https://forms.gle/gTc2dA4b4cWwGWfZ8.