# EXHIBIT 17

7/6/22, 10:29 AM Even More Impacts of the National Emergency Library and Controlled Digital Lending – Internet Archive Blogs

Case 1:20-cv-04160-JGK-OTW   Document 105-17   Filed 07/07/22   Page 2 of 4

# Internet Archive Blogs

*A blog from the team at archive.org*



# Even More Impacts of the National Emergency Library and Controlled Digital Lending

Posted on August 10, 2020 by chrisfreeland



This is the third part in a series of testimonials from patrons who used the National Emergency Library and continue to use controlled digital lending to borrow books from our library (you can read the previous posts here and here). If you'd like to share your story of how you used the NEL while it was open, or how you are still using our lending library today, please leave a testimonial.

*The following statements are condensed from testimonials sent to the Internet Archive:*

**Andrea N., Freehold, New Jersey, Reader:** "I used the National Emergency Library for personal reading through the pandemic. I am a high-risk person for [COVID-19], so I have been very limited for the last three months. I am also disabled and cannot easily visit the library even when it is open to check out books. I've relied on the Internet Archive for many years to find things to read to help me occupy my time when I can't do much of anything else but read. It was nice to have a wide selection of books to read during this time."

**Mirrah, Sunderland, Massachusetts, Student:** Mirrah writes that the National Emergency Library and controlled digital lending "allowed me to move ahead with my studies instead of getting stumped and trying to resort to irrelevant

Case 1:20-cv-04160-JGK-OTW   Document 105-17   Filed 07/07/22   Page 3 of 4



materials. Without Internet Archive, even my university's library (that I'm paying tuition to access) is severely stunted in its online form." Mirrah also encourages us to consider accessibility, writing, "I think people really underestimate the importance of accessibility in educational materials. It's very difficult to understand the impact something you don't have access to *could* have. Much easier to take for granted the things we already have access to, thinking it is so for everyone."

**Tom C., Omaha, Nebraska, Researcher:** For Tom, the National Emergency Library was a source of entertainment. "It kept the isolation of a retiree by himself bearable, even fun sometimes. Keep on making obscure books available!"

**Cindy Y., Toccoa, Georgia, Reader:** Cindy used the National Emergency Library "as a replacement for Stephens County Public Library. It still has limited hours it is open." As someone who reads for enjoyment, Cindy writes that the NEL "was a refreshing way to spend endless days at home. The entertainment was fabulous and an essential part of my life. From a young girl I enjoyed reading books like Trixie Belden mysteries to Pippi Longstocking adventures. I believe reading is essential to life. Remember the pack horse librarians and their service? Digital is ours. NEL is the pack horse librarian." *Editorial note: Learn more about the* Pack Horse Library Project

*Mirrah, Student*

> *Many of my students didn't have access to some of their books when they were sent home for closure during COVID-19. I was able to find an edition of the main book needed and point students toward checking out the book. This was essential for my students who couldn't afford to repurchase the book in a digital format.*
>
> Lauren K., Seattle, Washington, Educator

**Tori K., Oxnard, California, Reader:** "I read ancient history and religion books, which are not found in public libraries." Tori is another reader that used the NEL for personal safety during quarantine and beyond. "The ability to read in the safety of my home is priceless because I have an autoimmune disease."



**Suvadip S., Durgapur, India, Researcher:** Suvadip used the National Emergency Library to access materials that weren't available to him in India. "I live in a small city in India. I couldn't have afforded these books. Neither do we have such library facilities. It was like a boon for me in such difficult times. Please initiate NEL again during this difficult period."

**Karen T., Sacramento, California, Reader:** Karen writes of the National Emergency Library, "It was a *life saver*. My local library, of which I am a regular patron, was closed and the selection of ebooks available online was limited. Being able to access the National Emergency Library made my stay at home more bearable."

*Suvadip S., Researcher*

Posted in Books Archive, Lending Books, News | Tagged NEL | 5 Replies

**About chrisfreeland**

Chris Freeland is the Director of Open Libraries at Internet Archive.

View all posts by chrisfreeland →

7/6/22, 10:29 AM		Even More Impacts of the National Emergency Library and Controlled Digital Lending - Internet Archive Blogs

Case 1:20-cv-04160-JGK-OTW Document 105-17 Filed 07/07/22 Page 4 of 4

## 5 thoughts on "Even More Impacts of the National Emergency Library and Controlled Digital Lending"



**Scott Sidley**
August 12, 2020 at 9:29 pm

I am a teacher who was hoping to use books in the Open Library this fall for kids who could not afford to buy the books for my public school classes. From what I understand, though, the numbers are now limited so this won't work. Please let me know if this changes.



**chrisfreeland** Post author
August 13, 2020 at 12:47 am

Hi Scott – Thanks for reaching out, and for your question, which we are fielding regularly as teachers look to fall semester. Our books are still available, but generally not at the level needed for simultaneous classroom reading. It's still worth suggesting to your students to check availability, and if you have specific titles for which you need multiple copies, we do have an online request form: https://forms.gle/XGEhLPk9VG1TPTUZ9



**Brandon**
August 16, 2020 at 2:25 pm

This is a wonderful possibility I was not well aware of this possibility
Thanks for this article ..



**meh**
August 16, 2020 at 9:38 pm

Can you offer any insight into why you removed the visibility of the number of people in queue before the lending opportunity comes to you?



**Linda Stewer**
August 17, 2020 at 2:13 am

Wow! I never knew there was such a thing as National Emergency Library! Many students in our community can definitely take advantage of it! thank you for the informative article!

Comments are closed.