**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC<br><br>          Plaintiffs,<br><br>     v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive<br><br>          Defendants. | Case No. 1:20-CV-04160-JGK |

**DECLARATION OF IMKE REIMERS, PH.D.**

I, Imke Reimers, Ph.D., declare as follows:

1.      I am a tenured Associate Professor of Economics at Northeastern University specializing in industrial economics with a focus on digital markets and intellectual property. My qualifications are described in Paragraphs 1-3 of my Opening Expert Report and the CV attached thereto as Exhibit A.

2.      I was engaged by the Internet Archive, the Defendant in this lawsuit, to serve as an expert in this case.  I submit this declaration based on my personal knowledge and in support of the Internet Archive's motion for summary judgment.  If called upon as a witness, I could and would completely testify to the truth of each statement herein.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of my Opening Expert Report, served February 25, 2022, and excerpts of its exhibits.  That document contains a true, correct, and accurate statement of opinions I have formed in this matter, and the basis for those opinions.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of my Rebuttal Expert Report, served May 27, 2022, and excerpts of its exhibits.  That document contains a true, correct, and accurate statement of opinions I have formed in this matter, and the basis for those opinions.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on ___7/6/2022___ in __Mannheim__, __Germany__.

DocuSigned by:

*Imke Reimers, Ph.D.*

5A0C28ABD679450...

_____
IMKE REIMERS, PH.D.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 7, 2022 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Joseph C. Gratz*
JOSEPH C. GRATZ
