**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HACHETTE BOOK GROUP, INC.,<br>HARPERCOLLINS PUBLISHERS LLC,<br>JOHN WILEY & SONS, INC., and<br>PENGUIN RANDOM HOUSE LLC | Case No. 1:20-CV-04160-JGK |
| Plaintiffs, | |
| v. | |
| INTERNET ARCHIVE and DOES 1 through<br>5, inclusive | |
| Defendants. | |

**DECLARATION OF SUSAN H. HILDRETH**

I, Susan H. Hildreth, declare as follows:

1.      I have served as a library administrator at the local, state, and federal level during my career spanning over forty-eight years.  My additional qualifications are described in Paragraphs 1-7 of my Opening Expert Report and my CV attached as Attachment A thereto.

2.      I was engaged by the Internet Archive, the Defendant in this lawsuit, to serve as an expert in this case.  I submit this declaration based on my personal knowledge and in support of the Internet Archive's motion for summary judgment.  If called upon as a witness, I could and would completely testify to the truth of each statement herein.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of my Opening Expert Report, served February 25, 2022, and excerpts of its exhibits.  That document contains a true, correct, and accurate statement of opinions I have formed in this matter, and the basis for those opinions.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of my Rebuttal Expert Report, served May 27, 2022, and excerpts of its exhibits.  That document contains a true, correct, and accurate statement of opinions I have formed in this matter, and the basis for those opinions.

5.      Libraries generally begin lending a book as soon as it is published.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on ____7/6/2022____ in ____Walnut Creek (CA____, _____.



SUSAN H. HILDRETH

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2022 the within document was filed with the Clerk of the

Court using CM/ECF which will send notification of such filing to the attorneys of record in this

case.

*/s/ Joseph C. Gratz*
JOSEPH C. GRATZ
