

Joseph C. Gratz
415-376-6407 (direct)
415-362-6666 (main)
jgratz@durietangri.com

July 7, 2022

**VIA ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  *Hachette Book Group, Inc. et al. v. Internet Archive*
     Case No. 1:20-CV-04160-JGK

Dear Judge Koeltl:

We write on behalf of Defendant Internet Archive to request oral argument on our motion for summary judgment in the above-captioned matter, ECF No. 97, pursuant to Your Honor's Individual Rule II.G. Oral argument will afford us the opportunity to provide helpful context and supplemental detail for the Court and to answer any questions the Court may have.

Respectfully submitted,

Joseph C. Gratz

cc:     all counsel of record (*via ECF*)