

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Elizabeth A. McNamara**
(212) 489-8230 tel
(212) 489-8340 fax

lizmcnamara@dwt.com

July 8, 2022

**VIA ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Hachette Book Group, Inc., et al. v. Internet Archive, et al.*, 20-cv-04160-JGK

Dear Judge Koeltl:

      We write on behalf of plaintiffs Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc. and Penguin Random House LLC (the "Plaintiffs").  On July 7, Plaintiffs filed their Rule 56.1 Statement of Material Facts as to Which There is No Genuine Issue to be Tried, in support of Plaintiffs' Motion For Summary Judgment (ECF No. 107).  The version filed on the docket mistakenly reveals part of one sentence that contains confidential information.

      Pursuant to SDNY Electronic Case Filing Rule 21.7, Plaintiffs have contacted the ECF Help Desk by email to request that the filing at ECF No. 107 be temporarily sealed and made not publicly available.  Plaintiffs now request that the filing at ECF No. 107 be formally sealed by the Court.

      Finally, pursuant to Rule 21.7, Plaintiffs will file a corrected, redacted version of the document on the public docket momentarily.

      We thank the Court for its consideration of this matter.

      Respectfully submitted,

      Davis Wright Tremaine LLP

      /s/ Elizabeth A. McNamara

      Elizabeth A. McNamara

cc:   To all counsel of record (via ECF)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.
4871-4338-1800v.2 0092453-000002