UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 1:20-CV-04160-JGK<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that non-parties Library Futures Institute, EveryLibrary Institute, and ReadersFirst hereby appear in this proceeding as proposed Amici Curiae.

Dated: July 13, 2022

/s/ *Yuliya M. Ziskina*

Yuliya M. Ziskina
Library Futures Institute
319 Main Street
Biddeford, ME 04005
Phone: (206) 819-1015
Email: juliya@libraryfutures.net

*Counsel for Amici Curiae Library Futures Institute, EveryLibrary Institute, and ReadersFirst*