# MICHELLE M. WU

## EDUCATION

*Networking/Intranetware Certificate*, George Washington University, 1997
*M. Libr. with Law Librarianship Certificate*, University of Washington, 1995
*J.D.*, California Western School of Law, 1994
*B.A., Psychology,* University of California at San Diego, 1991

## ACADEMIC APPOINTMENTS

Georgetown University Law Center, October 2010-June 2020
*Associate Dean for Library Services and Professor of Law*, January 2016-June 2020
*Acting Associate Dean for Administration and Finance*, April – September 2016
*Acting Law Center Human Resources Director*, April 2016 – February 2017
*Law Library Director and Professor of Law*, October 2010 – December 2015

Hofstra School of Law
*Associate Dean for Information Services and Professor of Law*, August 2008-Sept 2010
*Interim Sr. Vice Dean for Academic Affairs & Professor of Law*, March 2007-July 2008
*Director and Professor of Law*, September 2006-September 2010
*Director and Associate Professor of Law*, July 2004-August 2006

University of Houston School of Law
*Acting Law Library Director,* March 2002-April 2004
*Associate Law Library Director*, October 2001-February 2002

The George Washington University Law School Library
*Assistant Director for Information Services*, August 2000-October 2001
*Assistant Director for Public Services*, July 1999-July 2000
*Head of Public Services*, June 1998-June 1999
*Computer Services Librarian*, March 1997-June 1998
*Reference/Government Documents Librarian*, September 1995-February 1997

## AWARDS

Joseph L. Andrews Legal Literature Award (2021)

Steven Goldberg Faculty Service Award (2020)

Marian Gould Gallagher Distinguished Service Award,
American Association of Law Libraries (2020)

AALS Section on Law Libraries and Legal Information Award (2020)

## TEACHING

Copyright Law (Georgetown Law)
Copyright Licensing (Hofstra School of Law and Georgetown Law)
Advanced Legal Research (George Washington University Law School)

## SELECTED PUBLICATIONS

### Books

REBALANCING COPYRIGHT: CONSIDERING TECHNOLOGY'S IMPACT ON LIBRARIES AND THE PUBLIC INTEREST (Hein, 2021).

ACADEMIC LAW LIBRARIES WITHIN THE CHANGING LANDSCAPE OF LEGAL EDUCATION: A PRIMER FOR DEANS AND PROVOSTS, co-edited with Scott Pagel and Joan Howland (Hein, 2020)

PERSPECTIVES OF ACADEMIC LAW LIBRARY DIRECTORS: CASE STUDIES AND INSIGHTS, editor (Hein, 2015)

BEYOND THE BOOKS: PEOPLE, POLITICS, AND LIBRARIANSHIP, co-edited with Leslie Lee (Hein, 2007)

### Chapters

*How Much and What Type of Space Does a Law Library Need?* in ACADEMIC LAW LIBRARIES WITHIN THE CHANGING LANDSCAPE OF LEGAL EDUCATION: A PRIMER FOR DEANS AND PROVOSTS *(Wu, Pagel & Howland, eds) (2020)*

*Emerging Trends* in ACADEMIC LAW LIBRARIES WITHIN THE CHANGING LANDSCAPE OF LEGAL EDUCATION: A PRIMER FOR DEANS AND PROVOSTS *(Wu, Pagel & Howland, eds) (2020)*

*Digital Revolution: Time to Get on Board or Be Left Behind* in LAW LIBRARIES IN THE DIGITAL AGE (Ellyssa Kroski, ed) (Scarecrow, 2014)

*Evolving Expectations for Law School Librarians* in INSIDE THE MINDS: THE CHANGING ROLE OF ACADEMIC LIBRARIANSHIP (Aspatore, 2008)

*District of Columbia Practice Materials: A Selective Annotated Bibliography* in STATE PRACTICE MATERIALS (Frank Houdek, ed) (Hein, 2002)

## <u>Articles</u>

*Restoring the Balance of Copyright: Antitrust, Misuse, and Other Possible Paths to Challenge Inequitable Licensing Practices* (forthcoming in Law Library Journal).

*Could Private Legislation Be the First Key to Unlocking the Nation's Information Resources in the Battle against Misinformation?,* 40 LEGAL REFERENCE SERVICES QUARTERLY 157, DOI: 10.1080/0270319X.2021.1966239 (2021).

*The Corruption of Copyright and Returning It to Its Original Purposes*, 40 LEGAL REFERENCE SERVICES QUARTERLY 113, DOI: 10.1080/0270319X.2021.1966238 (2021).

*Long Arm of the Law. Part I: Controlled Digital Lending, ReDigi, Georgia, and Accessibility* in CHARLESTON CONFERENCES PROCEEDINGS 2020.

*Shared Collection Development, Digitization, and Owned Digital Collections,)* 44 COLLECTION MANAGEMENT 131 (SPECIAL ISSUE: IMAGINING THE FUTURE LIBRARY COLLECTION) (2019).

*Revisiting Controlled Digital Lending Post ReDigi,* 24 FIRST MONDAY (2019) at https://firstmonday.org/ojs/index.php/fm/article/view/9644/7793

Oral History Interviews of Madeline Cohen and Margaret Maes for AN ORAL HISTORY OF LAW LIBRARIANSHIP (Hein, 2018)

*Piece-by-Piece Review of Digitize-and-Lend Through the Lens of Copyright and Fair Use*, 36 LEGAL REFERENCE SERVICES QUARTERLY 51 (2017)

*Collaborative Academic Library Digital Collections Post- Cambridge University Press, HaithiTrust and Google Decisions on Fair Use*, 1 Journal of Copyright in Education and Librarianship 1 (2016)

*Food for Thought: Should Libraries Partner with Non-Library Search Engine Providers for their OPAC and Discovery Layers?* 1 LEGAL INFORMATION REVIEW 51 (2016)

*Technology and Future Directions for Law Libraries*, 20 JOURNAL OF THE LEGAL WRITING INSTITUTE 53 (2015) (by invitation)

*Maintaining Law Library Value in the Information Age: Staffing Implications*, 2015 TRENDS IN LAW LIBRARY MANAGEMENT & TECHNOLOGY 1 (2015) (by invitation)

*Challenges and Rewards of Being an Academic Law Library Director,* 107 LAW LIBRARY JOURNAL 100 (2015) (by invitation)

*An Empirical Study on the Research and Critical Evaluation Skills of Law Students*, co-authored with Leslie A. Lee, 31 LEGAL REFERENCE SERVICES QUARTERLY 205 (2012)

*Building a Collaborative Digital Collection, a Necessary Evolution in Libraries*, 103 LAW LIBRARY JOURNAL 527 (2011)

*Stalking a Law Library Directorship*, co-authored with Charles Ten Brink, 99 LAW LIBRARY JOURNAL 124 (2007) (by invitation)

*DMCA, CTEA, UCITA...Oh My!: An Overview of Copyright Law and its Impact on Library Acquisitions and Collection Development of Electronic Resources*, co-authored with Leslie A. Lee, 19 ACQUISITIONS LIBRARIAN 83 (2007).

*Why Print and Electronic Resources are Essential to the Academic Law Library* (*revised*), 97 LAW LIBRARY JOURNAL 233 (2005)

*Personnel Management in Access Services: A General Overview of the Literature*, 1990-2002, co-authored with Leslie A. Lee, 1 JOURNAL OF ACCESS SERVICES 5 (2003)

*Department of Justice: A Selective Compilation of Internet Resources*, co-authored with Leslie A. Lee, 22 LEGAL REFERENCE SERVICES QUARTERLY 73 (2003)

*Do Librarians Dream of Electronic Serials?*, co-authored with Leslie A. Lee, 15 BOTTOM LINE: MANAGING LIBRARY FINANCES 102 (2002) (received the Literati Club Award for Excellence)

An updated *Practitioner's Research Guide: Researching Government Contracts Law on the Internet*, co-authored with Patricia Tobin, Leslie Lee and Ian Rupell, 28 PUBLIC CONTRACT LAW JOURNAL 247 (Winter 1999)

*Practitioner's Research Guide: Researching Government Contracts Law on the Internet*, co-authored with Patricia Tobin and Leslie A. Lee, 27 PUBLIC CONTRACT LAW JOURNAL 179-248 (Fall 1997)

## <u>Other</u>

Interviewed by Jocelyn Kennedy as the focus of *Speaker's Corner* in THE PRACTICE for the Harvard Law School Center on the Legal Profession (issue on The Future of Legal Research and Libraries) (March 2019).

Interviewer and co-editor, with Frank Houdek and Patrick Kehoe, ORAL HISTORY OF LAW LIBRARIANSHIP (Hein), 2012-

*Why Print and Electronic Resources are Essential to the Academic Law Library*, in the <u>Marketing Toolkit for Academic Law Libraries</u>, available at http://www.aallnet.org/sis/allsis/toolkit/Why%20We%20Need%20Books.pdf (2004)

*Researching Maryland Research, Pt. II*, co-authored with Leslie A. Lee, 40 LAW LIBRARY LIGHTS 9-10 (Nov/Dec 1996)

*Researching Maryland Research*, co-authored with Leslie A. Lee, 40 LAW LIBRARY LIGHTS 6-8 (Sept/Oct 1996)

### PROFESSIONAL ACTIVITIES

American Bar Association (ABA)
    Section of Legal Education and Admissions to the Bar, Law Libraries
    Subcommittee, 2009-2011
    ABA Inspection Site Team Member, 2003-
    Standing Committee on Law Library of Congress, 2012-2015
    Advisory Commission to the Standing Committee on the Law Library of
    Congress, 2015-2018

Association of American Law Schools (AALS)
    Section on Law Libraries & Legal Information
        Chair-Elect (2011), Chair (2012), Executive Board (2013), Nomination
            Committee (2014)
    Committee on Libraries and Technology, 2008-2011 (Chair 2010)
    Hofstra University School of Law Representative, 2008-2010
    Site Inspection Team Member, 2007, 2015

American Association of Law Libraries (AALL), 1995-2020
    Academic Special Interest Section (ALL-SIS)
        Task force for the Review of ABA Standards for Law Libraries, 2009
        Chair, 2007-2008
        Vice-Chair/Chair Elect, 2006-2007
        Board Member, 2008-2009
        Strategic Planning Committee, Chair, 2006-2007
        Marketing Toolkit Task Force, 2003-2004
    Fair Business Practices Committee, 2001-2002
    Committee on Relations with Information Vendors
        Chair of the New Products Committee 1996-1998
        Co-editor of the CRIVSheet, 1999-2000, 2001-2002
        Editor of the CRIVSheet, 2000-2001

Chinese and American Forum on Legal Information and Law Libraries
    Membership Co-Chair, 2013
    Resource Sharing Committee, 2014-15

Ex Libris / ELUNA Controlled Digital Lending Advisory Group, 2021-2022

Houston Association of Law Libraries, 2001-2004

Law Librarians' Society of Washington, DC (LLSDC), 1995-2001, 2010-2020
    Co-chair of the Publications Committee, 1998-1999
    Vice President, 2000-2001

Law Library Association of Greater New York (LLAGNY), 2004-2010

Law Library Microform Consortium, Advisory Council, 2011-2014

Southwestern Association of Law Libraries, 2001-2004

State Bar of California, 1994-present

Superseded List Committee for the Government Printing Office, 1995-1996

West Group's Law School Advisory Board (formerly West Publishing's Academic Advisory Board), 2006-2008, 2011-2020

## PRESENTATIONS

Panelist, The Corruption of Copyright, Internet Archive and Library Futures, November 15, 2021

Guest lecturer, Threats to Library Innovation, University of Washington Law Librarianship Program, October 29, 2021

Panelist, Unlocking the Potential of Libraries: Introducing Controlled Digital Lending, International Federation of Library Associations and Institutions (IFLA), October 26, 2021

Panelist, Driving Change, AALL Executive Leadership Institute, July 29, 2021

Panelist, Frequently Asked Questions About Controlled Digital Lending, Internet Archive & Library Futures, June 10, 2021

Panelist, Twenty Years of Defending Digital Ownership, Public Knowledge, April 29, 2021

Keynote, Controlled Digital Lending, Substance Abuse Librarians and Information Specialists – Association of Mental Health Librarians (SALIS-AMHL) Annual Meeting, April 27, 2021

Panelist, Burying Information: Big Tech & Access, Georgetown Law's Institute for Technology Law and Policy, March 24, 2021

Panelist, Mythbusting Controlled Digital Lending, Internet Archive and Library Futures, February 10, 2021

Panelist, Preserving the Library's Legacy When a College Closes: Marygrove College Library & Controlled Digital Lending, Coalition for Networked Information (CNI), December 8, 2020

Panelist, Controlled Digital Lending Policies, Library Leaders Forum, October 20, 2020

Panelist, Controlled Digital Lending, Association of Research Libraries Board Meeting, July 31, 2020

Panelist, Copyright Society of the U.S.A. Annual Meeting: Digital Libraries During and After A Crisis, June 16, 2020

Keynote, Long Arm of the Law, Charleston Annual Conference, November 8, 2019

Panelist, Updates on Controlled Digital Lending, Library Leaders Forum, October 23, 2019

Keynote, Future of Law Libraries, Legal Research Institute of the Law Library Association of Maryland, October 11, 2019

Speaker, Controlled Digital Lending, Legal Research Institute of the Law Library Association of Maryland, October 11, 2019

Panelist, Controlled Digital Lending, SPARC webinar, September 12, 2019

Panelist, Law Library Director Leadership Workshop, July 17-18, 2019

Panelist, Empowering Libraries to Lend Digital Books via Controlled Digital Lending, American Library Association (ALA) Annual Meeting, June 22, 2019

Speaker, Controlled Digital Lending as a Path to Increasing Accessibility and Usability of Library Materials, Special Libraries Association (SLA) Annual Meeting, June 17, 2019

Coordinator and co-presenter, Associate Deans Leadership Workshop, June 6-7, 2019

Keynote, How Technology and Artificial Intelligence Could Change Law Libraries, Chinese and American Forum on Legal Information and Law Libraries (CAFLL) Annual Meeting, July 9, 2019

Speaker, Controlled Digital Lending, Princeton Theological Library, March 29, 2019

Speaker, Legal Framework for Controlled Digital Lending, Library Leaders Forum, October 17, 2018

Panelist, Controlled Digital Lending, Copytalk, August 2, 2018

Moderator and Speaker, Copyright, Digitize and Lend: What You Need to Know, AALL Annual Meeting, July 16, 2018

Coordinator, moderator and group leader, Law Library Director Leadership Workshop, Pre-AALL Annual Meeting Workshop, July 12-13, 2018

Speaker, Vision for a Digital Library, AALL Webinar, January 25, 2018

Panelist, Fair Use and Library Lending, Library Leaders Forum, October 12, 2017

Moderator and speaker, Legal Q&A for Controlled Digital Lending, Library Leaders Forum, October 12, 2017

Speaker, Digitize-and-Lend, Stanford University, October 11, 2017

Speaker, Digitize-and-Lend, California Digital Libraries, October 10, 2017

Moderator, Power of the Crowd: Crowdsourcing Metadata for Library Materials, 2017 AALL Annual Meeting

Panelist, Serving Law Students Beyond Traditional Hours, 2017 AALL Annual Meeting

Speaker, Collaborative Digital Library Collections, Greater Philadelphia Law Libraries Annual Meeting, June 23, 2017

Panelist, MacArthur Semifinalist Presentation, March 9, 2017

Speaker, Collaborative Digital Library Collections, AALS Annual Meeting (off-conference programming), January 6, 2017

Speaker and workshop leader, Library Leaders Forum 2016, October 28, 2016

Panelist, Challenges and Rewards of Being a Law Library Director, AALS Annual Meeting, January 2015.

Panelist, Vision for Academic Law Libraries, Yale Law Library, March 2014.

Moderator, What Students Don't Know (But Should Know) About Research in Practice, AALS Annual Meeting, January 2014.

Moderator, Understanding Search Engine Algorithms: Can We Effectively Teach Research Without Them? AALS Annual Meeting, January 6, 2013

Panelist, Juggling Many Balls, Spinning Many Plates, and Wearing Many Hats – Institutional Relationships, AALL Workshop, July 21, 2012

Speaker, An Empirical Study on the Research & Critical Evaluation Skills of Law Students, Capital Area Legal Writing Conference, March 9, 2012

Coordinator (with Mark Strattner), Third Annual Foreign, International, and Comparative Law Collection Development Workshop, June 4-5, 2012

Moderator, Libraries and Copyright: Friends, Enemies or Strangers on a Common Path?, AALS Annual Meeting, January 5, 2012

Speaker, Expanding Collections and Building a Digital Law Library Through Collaboration, Harvard Conference on the Future of Law Libraries: the Future is Now? June 16, 2011

Panelist, Copyright Challenges to Building Centralized Collections, LIPA/NELLCO Summit on Print Repositories, May 2-3, 2011

Speaker, Current Copyright Challenges for the United States, Moscow Higher School of Economics Law School Conference on Copyright, April 21-22, 2011

Panelist, Electronification of Law Libraries and its impact on the Academy, AALS Roundtable on Libraries and Technology, January 9, 2010

Speaker, Training, Evaluation and Evaluating for Merit, AALS Workshop for Library Directors, June 4, 2008

Panelist, Ask the Experts, 2006 AALL Conference of Newer Law Librarians (CONELL)

Panelist, Diversity Symposium : Pioneering Law Librarians : Echoes of the Past, Directions for the Future, 2006 AALL Annual Meeting

Speaker, Beyond Legal Research on the Teaching Frontier, 2006 AALL Annual Meeting

Speaker Databases, Copyright and Licensing, Nassau County Bar Association, Intellectual Property Committee, April 11, 2006

Speaker, Disaster is a Way of Life, 2004 Texas Library Association Annual Meeting

Speaker, Finding the Law, Spring 2003 People's Law School, University of Houston

Speaker, Fair Business Practices Town Meeting, 2002 AALL Annual Meeting

Panelist, Rulemaker or Rule-Breaker: A Reference Librarian's Guide to Better Cataloging, 2002 AALL Annual Meeting

Speaker, Connecting Digitization and Reorganization:  Restructuring the Documents Department to Accommodate Electronic Digitization/Preservation Projects, 2002 AALL Annual Meeting

Panelist, Preserving Government Information: Whose Job Is It?, 2001 AALL Annual Meeting

Joint Coordinator, No Avoiding It...Technology and Its Impact On You, Session 3, AALL Paraprofessional Forum, 1999 AALL Annual Meeting

Speaker, Legal Publishing and CRIV, September 1998, DC Law Cats

Speaker, Publishing as an Aspect of Career Development, April 1998, INEX '98

Speaker, Publishing as an Aspect of Career Development, February 1998, LLSDC Academic SIS

Speaker, Caught in the Web, 1997 DC Library Association, Documents Special Interest Group

Moderator and joint coordinator (with Patricia Tobin and Katherine Ewing), Doing the Right Thing: Internal Workplace Ethics, 1997 AALL Annual Meeting

## SERVICE

Georgetown University Law Center
> *Law School*:
> Pandemic Administrative Working Group, Chair, 2020; Campus Space Working Group, Chair, 2018-2020; Building Community Committee, 2010-2015; Space Committee, 2010-2012; Legal Research and Writing Committee, 2011-13, 2014-2015 (chair, 2012-13); Technology Committee, 2011-2017; Long Range Planning Committee, 2012-2014; External Education Committee, 2012-2013;  Emergency Management Team, 2010-; Library Committee, 2010-2016; Student Life / Diversity / Wellness Committee, chair 2015-2016; Dean's Advisory Council, 2015-2017; USNWR working group, 2017-18 (co-chair), 2019 (chair); Long Range Financial Strategy working group, 2017-18; Master Space Planning working group, 2016-18.

> *University*:

Search Committee for Bioethics Library Director, member, 2011-2012; Conflicts of Interest Subcommittee of the Steering Committee of the Faculty Senate (chair, 2011-2014) (vice chair, 2015-2017); Electronic Theses and Dissertations, 2012-13; Data Steward for Law School Research, 2012-; Faculty Advisory Committee to the CIO, 2012-; Speech & Expression Committee, 2016-18; GO-PASS Steering Committee, 2016-2018; Advisory Committee to the University Gender Equity Task Force, 2018-19.

Hofstra University School of Law
*Law School*:
Ad Hoc Committee to Unify Standards for Appointment, Renewal and Promotion for Legal Writing Professors, Clinical Professors and Skills Professors (2005-2006);  Appointment, Reappointment and Promotion of Clinical, Skills, Legal Writing and Academic Support Committee (2008-09); Appointments Committee (tenure/tenure-track) (2009-10); Dean Search Committee (2006-2007); Evening Division Committee (2004-2005); Facilities/Space Planning Committee (2004-2007); Lateral Appointments Committee (2005-2007, Chair from 2006-2007); Library Committee (2004-2007); Minority Affairs Committee (2005-2007); Search Committee Chair for Dean of Students, Dean of Communications, and Finance Officer positions (2009-2010); Self Study Committee (2006-2008); Strategic Planning Committee (2004-2007); Web Site Redesign Committee (2005-2007).

*University*:
Academic Computing Committee (2008-2010); Distinguished Faculty Lecture Selection Committee (2008-2010); Honor Code Committee/Taskforce on Professionalism and Integrity (2008-2010); Library Committee (2004-2007, 2008-2010).

University of Houston Law Center
Cougar 1Card Committee (2002-2004); Admissions Committee (2003-2004); Facilities Committee (2001-2004); Library Rebuilding Committee (2001-2004)

The George Washington University School of Law
*Law Library*: Web Page Committee (Chair, 1997-1998)
*Law School*: Computer Committee (1998-2001)
*University*: Committee on the Status of Women Faculty and Librarians (1996-1998); Committee on Information Technology Policy and Systems (1999-2000)