IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,<br>　　　　　Plaintiffs,<br>　　　　　v.<br>INTERNET ARCHIVE and DOES 1 through 5, inclusive. | Case No. 1:20-CV-04160-JGK |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Leave to File Brief of Intellectual Property Law Professors as *Amici Curiae* in Support of Defendants' Motion for Summary Judgment, it is HEREBY ORDERED that the Motion for Leave to File is granted.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable John F. Koeltl
　　　　　　　　　　　　　　　　　　　　　　　District Judge