IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 1:20-CV-04160-JGK |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the annexed Affidavit of Rebecca Tushnet, and the proposed brief amicus curiae annexed thereto, Rebecca Tushnet shall move this Court, before the Honorable John G. Koeltl, United States District Judge, at a date and time to be determined by the Court, for leave to file the proposed brief amicus curiae.

/s/   Rebecca Tushnet

Rebecca Tushnet
rtushnet@law.harvard.edu
520 Hauser, Harvard Law School
1575 Massachusetts Avenue
Cambridge, MA 02130
Telephone: 703-593-6759

*Attorney for Amici Curiae*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,<br>　　　　　　　　　　Plaintiffs,<br>v.<br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br>　　　　　　　　　　Defendants. | Case No. 1:20-CV-04160-JGK |

I, Rebecca Tushnet, hereby declare:

I am the Frank Stanton Professor of Law at Harvard Law School.

I submit this Declaration to provide the Court with a copy of the brief I propose to file as amicus curiae in support of Defendant, attached hereto as Exhibit B.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2022

_/s/ Rebecca Tushnet_
Rebecca Tushnet