UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HACHETTE BOOK GROUP, INC.,
HARPERCOLLINS PUBLISHERS LLC,
JOHN WILEY SONS, INC., and PENGUIN
RANDOM HOUSE LLC,

          Plaintiffs,

-against-

INTERNET ARCHIVE and DOES 1 through 5, inclusive,

          Defendants.

Case No. 1:20-cv-04160-JGK

---

## NOTICE OF APPEARANCE

The undersigned attorney respectfully requests the Clerk of the Court to enter his appearance in this case as attorney for Amici Curiae 17 Copyright Scholars. I, Jason Schultz, certify that I am admitted to practice in this Court.

Dated:   July 14, 2022

          Respectfully submitted,

          */s/ Jason Schultz*
          ―――――――――――――――

Jason M. Schultz
S.D.N.Y. Bar No. 5376520
*Counsel for Amici Curiae*

Technology Law & Policy Clinic
NYU School of Law
245 Sullivan St. #609
New York, NY 10012
(212) 992-7365
jason.schultz@exchange.law.nyu.edu

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2022, this document was filed through the Court's Electronic Case Filing (ECF) system and thus copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: July 14, 2022

By: /s/ Jason Schultz

Jason M. Schultz
S.D.N.Y. Bar No. 5376520
*Counsel for Amici Curiae*

Technology Law & Policy Clinic
NYU School of Law
245 Sullivan St. #609
New York, NY 10012
(212) 992-7365
jason.schultz@exchange.law.nyu.edu