**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HACHETTE BOOK GROUP, INC.,
HARPERCOLLINS PUBLISHERS LLC,
JOHN WILEY & SONS, INC., and PENGUIN
RANDOM HOUSE LLC,

Case No. 1:20-CV-04160-JGK

                     Plaintiffs,

   v.

INTERNET ARCHIVE and DOES 1

through 5, inclusive,

                     Defendants.

**PROPOSED ORDER**

Upon consideration of the Motion for Leave to File Brief of Library Futures Institute, EveryLibrary Institute, and ReadersFirst as Amici Curiae in Support of Defendants' Motion for Summary Judgment, it is HEREBY ORDERED that the Motion for Leave to File is granted.

Dated: _____

_____
The Honorable John G. Koeltl
District Judge