UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 1:20-CV-04160-JGK<br><br>**NOTICE OF MOTION** |

    PLEASE TAKE NOTICE that upon the annexed Affidavit of Yuliya M. Ziskina, and the proposed brief amicus curiae annexed thereto, Yuliya M. Ziskina shall move this Court, before the Honorable John G. Koeltl, United States District Judge, at a date and time to be determined by the Court, for leave to file the proposed brief amicus curiae.

Dated: July 14, 2022
                                                    /s/ *Yuliya M. Ziskina*

                                                    Yuliya M. Ziskina
                                                    Library Futures Institute
                                                    319 Main Street
                                                    Biddeford, ME 04005
                                                    Phone: (206) 819-1015
                                                    Email: juliya@libraryfutures.net

                                                    *Counsel for Amici Curiae Library*
                                                    *Futures Institute, EveryLibrary*
                                                    *Institute, and ReadersFirst*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,<br><br>                              Plaintiffs,<br><br>   v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>                              Defendants. | Case No. 1:20-CV-04160-JGK |

I, Yuliya M. Ziskina, hereby declare:

I am an Attorney at Library Futures Institute.

I submit this Declaration to provide the Court with a copy of the brief I propose to file as amici curiae in support of Defendant, attached hereto.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2022

_____
Yuliya M. Ziskina