IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,<br><br>                    Plaintiffs,<br><br>    v.<br><br>INTERNET ARCHIVE and DOES 1<br><br>through 5, inclusive,<br><br><br>                    Defendants. | Case No.<br>1:20-CV-04160-JGK |

PLEASE TAKE NOTICE that non-party Authors Alliance hereby appears in this proceeding as proposed amicus curiae.

Date: July 14, 2022          Respectfully Submitted,

*/s/ Rachel Brooke Leswing/*

Rachel Brooke Leswing\*
Authors Alliance, Inc.
2705 Webster St., #5805
Berkeley, CA 94705
(510) 480-8302

*Counsel for amicus curiae Authors Alliance*
\*application for *pro hac vice* admission forthcoming