IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 1:20-CV-04160-JGK |

**MOTION FOR ADMISION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Rachel Brooke Leswing, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for *amicus curiae* Authors Alliance, Inc. in the above-captioned action.

I am a member in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a

felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Date: July 14, 2022                Respectfully Submitted,

Rachel Brooke Leswing
Authors Alliance, Inc.
2705 Webster St., #5805
Berkeley, CA 94705
(510) 480-8302