IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 1:20-CV-04160-JGK |

**AFFADAVIT IN SUPPORT OF PRO HAC VICE ADMISSION FOR *AMICUS CURIAE* AUTHORS ALLIANCE**

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Rachel Brooke Leswing, hereby declare the following:

1. I am a senior staff attorney with Authors Alliance, 2705 Webster St., # 5805, Berkeley CA 94705.

2. I submit this declaration in support of my motion for admission *Pro Hac Vice* in the above captioned matter.

3. I was admitted to practice law in California on March 13, 2020, State Bar #330505. I am a member in good standing of the California Bar.

1

4. There are no pending disciplinary charges against me in any state or federal court.

5. I have bever been convicted of a felony.

6. I have bever been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury that the foregoing is true and correct.

July 13, 2022
Date

Rachel Brooke Leswing

-see Attachment,

2

# California All-Purpose Jurat

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Alameda__

Subscribed and sworn to or affirmed before me on the __13th__ day of __July__, 2022

__Rachel Brooke Leswing__,

Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____, Notary Public

ROBERT ISLAS
COMM. # 2306462
NOTARY PUBLIC • CALIFORNIA
ALAMEDA COUNTY
Commission Expires Oct 4, 2023

(Seal)

_____ Additional Optional Information _____

Although law does not require the information in this section, it could prevent fraudulent removal and reattachment of this acknowledgement to an unauthorized document and may prove useful to person(s) relying on the attached document.

DESCRIPTION OF THE ATTACHED DOCUMENTS

__Affidavit in support of Pro Hac vice Admission__

(Title or description of attached document)

Number of pages_____ Document date_____

CAPACITY CLAIMED BY SIGNER

O Individual(s)

O Corporate Officer

O Partner(s)

O Attorney-In-Fact

O Trustee(s)

O Other_____