IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 1:20-CV-04160-JGK |

**ORDER FOR ADMISION PRO HAC VICE**

The motion of Rachel Brooke Leswing, for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that she is a member in good standing of the bar of the state of California; and that her contact information is as follows:

> Rachel Brooke Leswing
> Authors Alliance, Inc.
> 2705 Webster St., #5805
> Berkeley, CA 94705
> (510) 480-8302
> rachel@authorsalliance.org

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for *amicus curiae* Authors Alliance, Inc. in the above captioned action; **IT IS HEREBY ORDERED**

that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: _____

_____

United States District Court Judge Hon. John G. Koeltl