UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY SONS, INC., and PENGUIN RANDOM HOUSE LLC, | : : : : |
| Plaintiffs, | : : |
| -against- | : : |
| INTERNET ARCHIVE and DOES 1 through 5, inclusive, | : : : |
| Defendants. | : |

Case No. 1:20-cv-04160-JGK

------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the annexed Declaration, Jason Schultz shall move this Court, before the Honorable John G. Koeltl, United States District Judge, at a date and time to be determined by the Court, for leave to file the proposed brief amicus curiae.

                                       */s/*   Jason M. Schultz

                                       Jason M. Schultz
                                       Counsel for Amici Curiae
                                       NYU Technology Law & Policy Clinic
                                       NYU School of Law
                                       245 Sullivan St. #609
                                       New York, NY 10012
                                       (212) 992-7365
                                       jason.schultz@exchange.law.nyu.edu