UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY SONS, INC., and PENGUIN RANDOM HOUSE LLC, <br><br>Plaintiffs, <br><br>-against- <br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive, <br><br>Defendants. | Case No. 1:20-cv-04160-JGK |

---

### DECLARATION OF JASON M. SCHULTZ IN SUPPORT OF MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

I, Jason M. Schultz, hereby declare:

I am a Clinical Professor of Law and Co-Director of the Technology Law and Policy Clinic at New York University School of Law.

I submit this Declaration to provide the Court with Notice of the brief I propose to file as amicus curiae in support of Defendant.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2022

_____

/s/ Jason M. Schultz