AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| HACHETTE BOOK GROUP, INC. et al., *Plaintiff* | ) ) ) |
| v. | ) Case No. 1:20-CV-04160-JGK |
| INTERNET ARCHIVE et al., *Defendant* | ) ) ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kenneth D. Crews and Kevin L. Smith.

Date: 07/14/2022

/s/Christopher T. Bavitz
*Attorney's signature*

Christopher T. Bavitz (CB0941)
*Printed name and bar number*
Cyberlaw Clinic
HLS, Reginald F. Lewis Law Center
1557 Massachusetts Avenue, 4th Floor
Cambridge, MA 02138
*Address*

cbavitz@law.harvard.edu
*E-mail address*

(617) 384-9125
*Telephone number*

(617) 812-3050
*FAX number*