IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS INC., and PENGUIN RANDOM HOUSE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 1:20-CV-04160-JGK |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Christopher T. Bavitz shall move this Court, before the Honorable John G. Koetl, United States District Judge, at a date and time to be determined by the Court, for leave to file the proposed brief amicus curiae.

July 14, 2022

Respectfully submitted,

/s/Christopher T. Bavitz
Christopher T. Bavitz (CB0941)
Cyberlaw Clinic
Harvard Law School
Reginald F. Lewis Law Center
1557 Massachusetts Avenue, 4th Floor
Cambridge, MA 02138
Tel:  617-384-9125
Fax:  617-812-3050
Email:  cbavitz@law.harvard.edu

Counsel for Amici Curiae
Kenneth D. Crews and Kevin L. Smith