# McNamara Amicus Declaration Exhibit 1

| | |
|---|---|
| **From:** | Meikle Hall |
| **Sent:** | Friday, October 30, 2020 2:18 PM EDT |
| **To:** | Wendy Hanamura; Courtney, Kyle K.; Heather Joseph; Brewster Kahle; Jill Hurst-Wahl; Caroline Taylor |
| **Subject:** | Re: Fwd: Will you sign on as a founding member of the new nonprofit, Library Futures? |
| **Attachments:** | pEpkey.asc |

Yes! This is great news and important feedback, too!

On 10/30/20 2:10 PM, Wendy Hanamura wrote:

> Great news! ▇▇▇▇▇▇▇▇▇▇▇▇▇ would like to **donate $10,000 to SOLI**.
> They will also sign on as individual endorsers.
> ▇▇▇ in particular wants to say the 2nd bullet point is confusing and imprecise and we should clarify that point before sending to more supporters!
>
> *Preserve the significant legal and fiscal value of a libraries collections to benefit the general learning, research, and intellectual enrichment of the public in the digital environment*
>
> ---------- Forwarded message ---------
> From: **Wendy Hanamura** <wendy@saveourlibraries.org>
> Date: Wed, Oct 28, 2020 at 2:14 PM
> Subject: Will you sign on as a founding member of the new nonprofit, Library Futures?
> To: ▇▇▇▇▇▇▇▇▇▇▇▇▇ , ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
>
>
> Dear ▇▇▇▇▇▇▇▇▇
>
> I hope this finds you both well.
>
> I suspect you have already heard about the new library-focused advocacy non-profit that I am helping get off the ground – it's called **Library Futures**. And I am emailing to gauge your willingness to be part of the first group of special **founding members** listed by **name** on our website once we launch.
>
> We are presently working on the development of Library Futures
> internal structure, developing strategy, building our website, and most critically, gathering some early-identified allies, like you, to join our fight for library rights.
>
> We have lots of important issues but in a nutshell, Library
> Futures, our non-profit (c)(3) (and corresponding (c)(4)) seeks to
> (roughly):
>
> - Uphold and protect a library's right to loan works,

CONFIDENTIAL     INTARC00405119

- including the use of controlled digital lending and other technologies to enhance access
- Preserve the significant legal and fiscal value of a libraries collections to benefit the general learning, research, and intellectual enrichment of the public in the digital environment
- Work towards less restrictive licensing agreements for e-media and e-books that will not challenge, but empower the library mission in promoting access to knowledge, culture, and literature

These goals are key to winning the precedent-setting lawsuit by the publishers against the Internet Archive.

Adding your name would mean that you are part of this broad coalition supporting libraries on these topics and others. And we are creating other campaigns, legislative advocacy, and public "hearts and minds" strategies to help further the library mission, but this is our
starting place.

Can we add your name to our founding members?

Would you consider a donation of any size to help us launch with a diverse group of funders?

Thanks for all you do!

best,

Wendy

CONFIDENTIAL                                                                                                                     INTARC00405120