# McNamara Amicus Declaration Exhibit 2

| | |
|---|---|
| From: | Wendy Hanamura |
| Sent: | Wednesday, October 28, 2020 4:55 PM EDT |
| To: | chrisfreeland@archive.org; jmichalko@gmail.com |
| Subject: | Need Your Help getting Coalition Partners for Library Futures  Foundation Launch |

**Dear Chris and Jim,**
Can you help us recruit some founding Coalition Partners & individuals for the new nonprofit, Library Futures?

We'd love your help with any and all CDL participants, consortia, COSLA, etc.

**Our Request:**
**1. HELP US BRAINSTORM:** Coalition Partners and signatories by adding them on this list.

2.  When time allows, would you actually be the one to reach out to get agreement on logo?

3.  What are they signing up for:

**SEE WEBSITE Beta version:**
LibraryFutures.net
PW:  libraries
(Please do not share)

4. Here is some language that may help share LFF's mission:

I wanted to let you know about a new library-focused advocacy
non-profit that I am working with – it's called
Library Futures. And I am emailing to gauge your interest in being
part of the first group of special founding members that will be
listed by name on our website once we launch.

We are presently working on the development of Library Futures
internal structure, developing strategy, building our website,
creating our logo, and, most critically, gathering some
early-identified allies, like you, to join our fight for library
rights. We have lots of important issues but in a nutshell, Library
Futures, our non-profit (c)(3) (and corresponding (c)(4)) seeks to
(roughly):

- Uphold and protect a library's right to loan works,
  including the use of controlled digital lending and other technologies
  to enhance access

CONFIDENTIAL                                                                                                                                          INTARC00454127

- Preserve the significant legal and fiscal value of a libraries collections to benefit the general learning, research, and intellectual enrichment of the public in the digital environment
- Work towards less restrictive licensing agreements for e-media and e-books that will not challenge, but empower the library mission in promoting access to knowledge, culture, and literature

Adding your name would mean that you are part of this broad coalition supporting libraries on these topics and others. And we are creating other campaigns, legislative advocacy, and public "hearts and minds" strategies to help further the library mission, but this is our starting place.

Can you help?

W.

**CONFIDENTIAL**                                                                                                                                    INTARC00454128