# McNamara Amicus Declaration Exhibit 3

```
                                                           Page 1
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE SOUTHERN DISTRICT OF NEW YORK
 3
 4
 5    HACHETTE BOOK GROUP, INC.,
      HARPERCOLLINS PUBLISHERS LLC,
 6    JOHN WILEY & SONS, INC., and
      PENGUIN RANDOM HOUSE LLC,
 7
                  Plaintiffs,
 8
           vs.                          No. 1:20-cv-04160-JGK
 9
      INTERNET ARCHIVE and DOES 1
10    through 5, inclusive,
11                Defendants.
      _____/
12
13
14    VIDEOTAPED RULE 30(B)(6) DEPOSITION OF INTERNET ARCHIVE
15                       BY LILA BAILEY
16                         Volume 1
17                  Remote Zoom Proceeding
18                  San Francisco, California
19                  Monday, October 18, 2021
20
21
22
23    REPORTED BY:
24    LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25    Pages 1 - 142                         Job No. 4841846
```

Page 161

1  Mr. Courtney regarding the content of panels that you
2  were going to appear on together; isn't that right?
3      A.  Yes.  When we appeared on panels together, I
4  would say it was the general practice that we would talk
5  beforehand to go over what the content of the
6  presentation or panel would be.
7      Q.  When Mr. Courtney appeared on panels that
8  were in -- that were financed or promoted or that
9  Internet Archive was a sponsor of, would Internet Archive
10 pay his expenses in connection with those appearances?
11     A.  So I did speak with our finance department
12 yesterday after our deposition ended.
13     Q.  Uh-huh.
14     A.  I spoke with Scott Fong, who is in charge of our
15 bookkeeping.
16     Q.  Uh-huh.
17     A.  And I found that Kyle Courtney -- or he found --
18 I'm sorry -- and I did take notes here.  I have one page
19 of notes here on this.  So I'm going to read, if that's
20 okay, because this is new information to me.
21         So there are three expense reimbursements to
22 Kyle Courtney:  One in the amount of $440 in May 2017;
23 another in the amount of $1,757.40 in October 2017; and
24 another in the amount of $469.49 in December of 2019.
25         All of these are listed as expense

www.veritext.com                                    888-391-3376

Page 162

1  reimbursements.  For the October 2017 and December 2019,
2  those were in connection with his attendance at the
3  Internet Archive's Library Leaders Forum.
4        And the one from May of 2017 was in connection
5  with his attendance at, I believe -- and this is one area
6  that we do not have 100 percent certainty on so I just
7  want to say there might -- I believe that that was in
8  connection with the attendance at that May 23rd, 24th
9  meeting in 2017.
10        Those are all of the reimbursements that the
11  Internet Archive has made to Kyle Courtney.
12     Q.   What about reimbursements to Michelle Wu?
13     A.   There are no reimbursements to Michelle Wu of
14  any kind at any time.
15     Q.   Okay.  What about reimbursements of expenses to
16  David Hansen?
17     A.   There are no reimbursements to David Hansen of
18  any kind at any time.
19     Q.   And any to Pam Samuelson?
20     A.   There are no reimbursements to Pam Samuelson at
21  any time.
22     Q.   And are there any other forms of compensation
23  that were paid, if not reimbursement, to Ms. Wu?
24     A.   No, none.  No payments of any kind.
25     Q.   And same for David Hansen?