# McNamara Amicus Declaration Exhibit 4

| | |
|---|---|
| **From:** | Brewster Kahle |
| **Sent:** | Thursday, January 3, 2019 12:38 PM EST |
| **To:** | Brianna Schofield |
| **Subject:** | Re: Authors Alliance |
| **Attachments:** | signature.asc, adkignofdnmfddme.png |

thank you for your good work.  I showed the check clearing on 12/27/2018.  Pls let me know if you did not see it.

-brewster

On 12/27/18 9:08 AM, Pam Samuelson wrote:

> Brianna is checking on this, but it hadn't been received as of yesterday. She says the We Works mail is sometimes slow.
>
> Thanks for your support. It means a lot to us.
>
> On 12/26/18 9:30 PM, Brewster Kahle wrote:
>
>> Pam--
>>
>> Thank you for all the work this year-- I am hopeful that CDL will break through on bringing the 20th C online.   We are not getting massive adoption yet, it is measured in a bunch libraries putting forward at total of thousands  of books-- not giving up, but it is a bit slow.
>>
>> on the contribution for this year, we donated $12k on 12/8/2018, (in put in a screen shot as to where the check went).  this is the same as last year.    pls let me know if this did not come through.
>>
>> We are up for doing more, as times are relatively good, and we are pressing hard right now to get books and serials online and available.
>>
>> thank you again for the work this year, and let do more.
>>
>> -brewster
>>
>> On 12/26/18 4:06 PM, Pam Samuelson wrote:
>>
>>> The three most important contributions Authors Alliance made to promoting public interest authorship this year were: our book publication contract guide (which will hopefully give authors more advice to negotiate deals that allow greater public access to their works), a guide to improving accessibility to cultural heritage for disabled persons, and our endorsement of the controlled digital lending position and white paper. (This latter was much facilitated by the workshop I organized to discuss the concept the year before). All three of these are to my mind contributions that have enabled Authors

Alliance's mission to overlap with the Archive's. We very much appreciate your donations in the past four years and would be so grateful if you would be willing to do this again this year. We are short of our goal for end of year, and your contribution would go a long ways to helping us get to that goal.

warm regards to you and Mary and best wishes for the new year, pam



--
Pamela Samuelson
Richard M. Sherman Distinguished Professor of Law
Berkeley Law School
Berkeley CA 94720-7200

Director, Berkeley Center for Law & Technology Co-Founder & President, Authors Alliance

ATTORNEYS' EYES ONLY

INTARC00395814