# EXHIBIT A

## Author Feedback on Controlled Digital Lending

Authors Alliance is a nonprofit organization with the mission to advance the interests of authors who want to serve the public good by sharing their creations broadly. We create resources to help authors understand and enjoy their rights and promote policies that make knowledge and culture available and discoverable.

Under the Controlled Digital Lending ("CDL") digitize-and-lend model, libraries make digital copies of scanned books from their collections available to patrons (the hard copy is not available for lending while the digital copy is checked out, and vice versa). A library can only circulate the number of copies that it owned before digitization. Like physical books, the scanned copies are loaned to one person at a time and are subject to limited check-out periods.

Authors Alliance supports CDL because the CDL model helps authors share their creations with readers, promotes the ongoing progress of knowledge, and advances the public good—objectives that are consistent with the mission of Authors Alliance and the purposes of copyright law.

Now, we are gathering stories from authors about their thoughts on and experiences with CDL in order to strengthen our advocacy work and better represent your interests. This form is for authors who want to share their thoughts about CDL with us.

rachel@authorsalliance.org     Switch account

* Required

Email *

Your email



Please provide your name. *

Your answer

Why do you support (or not support) works you have authored being made available through Controlled Digital Lending?

Your answer

If you have accessed works through Controlled Digital Lending programs to support your research or writing, what did you access and how did it help you develop your own work?

Your answer

Is there anything else you'd like to share with us about your experiences with and views on Controlled Digital Lending?

Your answer

Would you like to become a member of Authors Alliance? There is no fee to join, and membership numbers give us more clout with our advocacy work, so if you believe in what we fight for please join today!

○ Yes

○ No

○ I'm already a member

7/14/22, 1:44 PM Author Reactions on Controlled Digital Lending

May we contact you to discuss your thoughts on Controlled Digital Lending further?

○ Yes

○ No

Submit     Clear form

Never submit passwords through Google Forms.

This form was created inside of Authors Alliance. Report Abuse

Google Forms