UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,<br><br>     Plaintiffs,<br><br> v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>     Defendants. | Case No. 1:20-cv-04160-JGK |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Motion for Leave to File *Amici Curiae* Brief of Professors and Scholars of Copyright Law, proposed *amici curiae* shall move this Court, before the Honorable John G. Koeltl, United States District Judge, at a date and time to be determined by the Court, for leave to file the accompanying proposed Brief of *Amici Curiae* Professors and Scholars of Copyright Law in Support of Plaintiffs and in Opposition to Internet Archive.

Dated:  August 5, 2022

                 Respectfully submitted,

                 /s/ Jacqueline C. Charlesworth
                 Jacqueline C. Charlesworth

                 Charlesworth Law
                 15671 Royal Ridge Road
                 Sherman Oaks, CA  91403
                 917.432.7343
                 jacqueline@charlesworthlaw.com

                 *Attorneys for Amici Curiae*
                 *Copyright Law Professors and Scholars*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2022 this Notice of Motion, along with the accompanying Motion for Leave to File *Amici Curiae* Brief of Professors and Scholars of Copyright Law and Brief of *Amici Curiae* Professors and Scholars of Copyright Law in Support of Plaintiffs and in Opposition to Internet Archive and Notice of Motion, are being filed through the Court's Electronic Case Filing ("ECF") system, which will send notification of such filing to all parties that have appeared in the case to date.

                                          /s/ Jacqueline C. Charlesworth
                                          Jacqueline C. Charlesworth