UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,<br><br>　　　　　　　　Plaintiffs,<br>-against-<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 1:20-CV-04160-JGK |

**DECLARATION OF THEODORE M. SHAPIRO**

I, Theodore M. Shapiro, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

　　1.　This declaration is submitted in support of my application to appear Pro Hac Vice in the above-captioned matter.

　　2.　I am a member in good standing of the Bar of the Commonwealth of Massachusetts. A true and correct copy of a certificate of good standing from the Bar of the Commonwealth of Massachusetts is submitted herewith.

　　3.　I have never been convicted of a felony.

　　4.　I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

　　5.　There are no disciplinary proceedings presently pending against me in any court.

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

Executed on August 8, 2022 in Brussels, Belgium.

                                                */s/ Theodore M. Shapiro*
Theodore M. Shapiro

**WIGGIN LLP**
Rue de Namur, 72
Brussels, 1000 Belgium
Phone: +32 (0) 2 892 1104
Email: Ted.Shapiro@wiggin.eu