UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,<br><br>                Plaintiffs,<br>-against-<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>                Defendants. | Case No. 1:20-CV-04160-JGK |

### [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Theodore M. Shapiro for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standing of the of the Bar of the Commonwealth of Massachusetts and that his contact information is as follows:

Theodore M. Shapiro
Wiggin LLP
Rue de Namur, 72
Brussels, 1000 Belgium
Phone: +32 (0) 2 892 1104
Email: Ted.Shapiro@wiggin.eu

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for amici curiae International Publishers Association, Federation of European Publishers, International Association of Scientific, Technical and Medical Publishers, International Confederation of Societies of Authors and Composers, International Federation of Film Producers Associations, International Video Federation, and IFPI in the above captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: _____

_____
Hon. John G. Koeltl