# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,<br><br>　　　　　　　Plaintiffs,<br>-against-<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>　　　　　　　Defendants. | Case No. 1:20-CV-04160-JGK<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the attorney named below appears for proposed *amici curiae* International Publishers Association, Federation of European Publishers, International Association of Scientific, Technical and Medical Publishers, International Confederation of Societies of Authors and Composers, International Federation of Film Producers Associations, International Video Federation, and International Federation of the Phonographic Industry, and hereby requests that copies of all pleadings, notices and other papers in this proceeding be served upon counsel.

Dated: New York, New York
August 9, 2022

　　　　　　　　　　　　　　　　　　MILLER KORZENIK SOMMERS RAYMAN LLP

　　　　　　　　　　　　　　　　　　By: /s/ Matthew A. Leish
　　　　　　　　　　　　　　　　　　Matthew A. Leish
　　　　　　　　　　　　　　　　　　The Paramount Building
　　　　　　　　　　　　　　　　　　1501 Broadway, Suite 2015
　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　Telephone: (212) 752-9200
　　　　　　　　　　　　　　　　　　mleish@mkslex.com

　　　　　　　　　　　　　　　　　　*Attorneys for proposed amici curiae*