UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,<br><br>Plaintiffs,<br>-against-<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 1:20-CV-04160-JGK |

### NOTICE OF MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF

**PLEASE TAKE NOTICE** that upon the accompanying Motion for Leave to File *Amici Curiae* Brief and the exhibits thereto, proposed *amici curiae* International Publishers Association, Federation of European Publishers, International Association of Scientific, Technical and Medical Publishers, International Confederation of Societies of Authors and Composers, International Federation of Film Producers Associations, International Video Federation, and International Federation of the Phonographic Industry shall move this Court, before the Honorable John G. Koeltl, United States District Judge, at a date and time to be determined by the Court, for leave to file the accompanying proposed *Amici Curiae* Brief in support of Plaintiffs' Motion for Summary Judgment and in opposition to Defendant Internet Archive's Motion for Summary Judgment.

Dated: August 9, 2022

/s/ Matthew Leish
Matthew Leish
**MILLER KORZENIK SOMMERS RAYMAN LLP**
The Paramount Building
1501 Broadway, Suite 2015
New York, NY 10036
Phone: 212 752 9200
Email: mleish@mkslex.com

Theodore M. Shapiro (*pro hac vice*)*
Mikah Pajaczkowska-Russell
Sinclaire Marber Schäfer
**WIGGIN LLP**
Rue de Namur, 72
Brussels, 1000 Belgium
Phone: +32 (0) 2 892 1104
Email: Ted.Shapiro@wiggin.eu

\**Pro hac vice* admission pending

*Counsel for Amici Curiae*

2