UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>    *Defendants*. | Case No. 1:20-CV-04160-JGK |

To:  The Clerk of this Court and all parties of record:

I certify that I am admitted to practice in this Court, and I appear in the above-referenced action as counsel for Amicus Curiae Copyright Alliance.

                                                      Respectfully Submitted,

Dated:  August 12, 2022          COWAN, DEBAETS, ABRAHAMS
          New York, New York                            & SHEPPARD LLP

                                              By:   /s/ Nancy E. Wolff
                                                      Nancy E. Wolff
                                                      41 Madison Avenue, 38th Floor
                                                      New York, New York 10010
                                                      Tel: (212) 974-7474
                                                      Fax: (212) 974-8474
                                                      nwolff@cdas.com

                                              *Attorney for amicus curiae.*