UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>   *Defendants*. | Case No. 1:20-CV-04160-JGK |

To: The Clerk of this Court and all parties of record:

  I certify that I am admitted to practice in this Court, and I appear in the above-referenced action as counsel for Amicus Curiae Copyright Alliance.

               Respectfully Submitted,

Dated: August 12, 2022    COWAN, DEBAETS, ABRAHAMS
     New York, New York   & SHEPPARD LLP

             By: /s/ Alexander Gigante
                Alexander Gigante
                41 Madison Avenue, 38th Floor
                New York, New York 10010
                Tel: (212) 974-7474
                Fax: (212) 974-8474
                agigante@cdas.com

             *Attorney for amicus curiae.*