UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>*Defendants*. | Case No. 1:20-CV-04160-JGK |

To:   The Clerk of this Court and all parties of record:

I certify that I am admitted to practice in this Court, and I appear in the above-referenced action as counsel for Amicus Curiae Copyright Alliance.

Respectfully Submitted,

Dated:  August 12, 2022            COWAN, DEBAETS, ABRAHAMS
        New York, New York          & SHEPPARD LLP

                                    By:   /s/ Elizabeth Safran
                                          Elizabeth Safran
                                          41 Madison Avenue, 38th Floor
                                          New York, New York 10010
                                          Tel: (212) 974-7474
                                          Fax: (212) 974-8474
                                          esafran@cdas.com

                                    *Attorney for amicus curiae.*