UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,<br><br>   *Plaintiffs*,<br><br> v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>   *Defendants*. | Case No. 1:20-CV-04160-JGK |

## <u>NOTICE OF MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF</u>

PLEASE TAKE NOTICE that upon the accompanying Motion for Leave to File A*micus Curiae* Brief, proposed *amicus curiae* the Copyright Alliance shall move this Court, before the Honorable John G. Koeltl, United States District Judge, at a date and time to be determined by the Court, for leave to file the accompanying proposed *Amicus Curiae* Brief in Support of Plaintiffs' Motion for Summary Judgment and in opposition to Defendant Internet Archive's Motion for Summary Judgment.

Dated:  August 12, 2022

Respectfully submitted,

/s/ Nancy Wolff

Nancy E. Wolff
Alexander Gigante
Elizabeth Safran
COWAN, DEBAETS, ABRAHAMS
& SHEPPARD LLP
41 Madison Avenue, 38th Floor
New York, New York 10010
Tel.: (212) 974-7474
Fax: (212) 974-8474
nwolff@cdas.com
agigante@cdas.com
esafran@cdas.com

*Counsel for Amicus Curiae*