**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive,<br><br>                              Defendants. | Case No. 1:20-CV-04160-JGK<br><br><br>**NOTICE OF MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF** |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and proposed brief by *Amici Curiae*, The Authors Guild, Inc., Western Writers of America, Canadian Authors Association, American Photographic Artists, The Writers' Union of Canada, International Authors Forum, American Society of Media Photographers, Romance Writers of America, Society of Children's Book Writers and Illustrators, European Writers Council, National Writers Union, Graphic Artists Guild, American Society for Collective Rights Licensing, Society of Authors, Sisters in Crime, International Federation of Journalists, Dramatists Guild of America, National Press Photographers Association, Novelists Inc., Association of Authors Agents, The American Society of Journalists and Authors, The Union des Écrivaines et des Écrivains Québécois, and European Visual Artists (collectively, "Amici"), by their attorneys Reitler Kailas & Rosenblatt LLP, hereby moves this Court at the Courthouse located at Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312, on September 6, 2022, at 9:30 a.m., or as soon thereafter as counsel can be heard for an Order permitting the Guild to file an amicus curiae brief in support of the plaintiffs Hachette Book Group, Inc.'s, Harpercollins Publishers LLC's, John Wiley & Sons, Inc.'s, and Penguin Random House LLC's motion for summary judgment.

*See* ECF Doc. No. 99.  The reasons for granting *Amici's* motion are stated in the accompanying memorandum of law and proposed amici curiae brief.

The parties have consented to the submission of this brief by *Amici*.

Dated: August 12, 2022

Respectfully submitted,

REITLER KAILAS & ROSENBLATT LLP

By:   *s/ Robert W. Clarida*
      Robert W. Clarida
      Brett Van Benthysen
      885 Third Avenue, 20th Floor
      New York, NY 10022
      Tel.:  (212) 209-3059
      rclarida@reitlerlaw.com
      bvanbenthysen@reitlerlaw.com

*Attorneys for proposed amici curiae Amici Curiae, The Authors Guild, Inc., Western Writers of America, Canadian Authors Association, American Photographic Artists, The Writers' Union of Canada, International Authors Forum, American Society of Media Photographers, Romance Writers of America, Society of Children's Book Writers and Illustrators, European Writers Council, National Writers Union, Graphic Artists Guild, American Society for Collective Rights Licensing, Society of Authors, Sisters in Crime, International Federation of Journalists, Dramatists Guild of America, National Press Photographers Association, Novelists Inc., Association of Authors Agents, The American Society of Journalists and Authors, The Union des Écrivaines et des Écrivains Québécois, and European Visual Artists*