SUPPLEMENTAL McNAMARA DECLARATION

EXHIBIT 2

ATTORNEYS' EYES ONLY

```
1            IN THE UNITED STATES DISTRICT COURT
2            FOR THE SOUTHERN DISTRICT OF NEW YORK
3
4    HACHETTE BOOK GROUP, INC.,
5    HARPERCOLLINS PUBLISHERS LLC,
6    JOHN WILEY & SONS, INC., and
7    PENGUIN RANDOM HOUSE LLC,
8              Plaintiffs,
9         vs.                      Case No.
10   INTERNET ARCHIVE and DOES     1:20-cv-04160-JGK
11   1 through 5, inclusive,
12             Defendants.
     _____/
13
14            -- ATTORNEYS' EYES ONLY --
15
16    VIDEOTAPED RULE 30(B)(1) AND 30(B)(6) DEPOSITIONS OF
17    HARPERCOLLINS PUBLISHERS LLC, BY CHANTAL RESTIVO-ALESSI
18              Remote Zoom Proceedings
19              New York, New York
20           Wednesday, December 1, 2021
21
22   REPORTED BY:
23   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
24   Job No. 4867798
25   Pages 1 - 283
```

Page 1

ATTORNEYS' EYES ONLY

1  Q. Okay. At a high level?

2  A. Not really, no.

3  Q. Okay. Are you aware of any impact on the

4  revenue of those titles coinciding with their

5  availability for borrowing from the Open Library?    14:44:06

6  A. Well, I -- I think this is a matter of, you

7  know, general -- general principles. So if we start from

8  the fact that we're not receiving any income like we

9  normally do for distribution to libraries, in the case of

10 the Internet Archive, so there clearly is a loss of that   14:44:33

11 income because we're not being paid.

12     And then in addition to that, you know, the

13 libraries themselves, I believe, are linking to the

14 website, and therefore, they're not buying copies either

15 in 26 circs or in pay per use.                              14:44:52

16     And then, finally, the consumer might be

17 downloading -- as I said at the beginning of my -- you

18 know, of this long day, you know, this -- they might be

19 downloading it from the website or they might, and

20 therefore, they won't buy that product.                     14:45:14

21     So I can't -- you know, I can't give you a

22 specific number, and I don't follow those titles, but it

23 goes -- to me, it seems like a no-brainer that we would

24 have loss of sales resulting from those three examples.

25     You know, the consumers not purchasing or not   14:45:32

Page 141

ATTORNEYS' EYES ONLY

```
 1   reading in a library, the library linking out and not
 2   buying the product via the distributor from us, and the
 3   distributor not paying us.
 4        Q.   And the distributor not paying you, can you --
 5        A.   So the distributor would be, you know, if           14:45:50
 6   Internet Archive considers itself a distributor to
 7   libraries, then it would have to pay us the same way
 8   OverDrive or Hoopla or others pay us for every single
 9   product that they then in turn make available to
10   libraries.                                                    14:46:13
11        Q.   You mentioned libraries that link to the
12   Internet Archive.  Can you elaborate on that a little
13   bit?
14        A.   Yes.  So I believe there are libraries that are
15   linking to the Internet Archive for their fulfillment of     14:46:32
16   their, you know, eBook.  And, you know, that is clearly
17   in -- you know, that's clearly a replacement of a sale
18   that would happen by -- you know, of an availability of a
19   product that would happen by a library distributor to a
20   library.                                                      14:46:58
21        Q.   How many libraries that lend HarperCollins
22   titles have a link to the Internet Archive's website?
23        A.   I don't know the specifics.  I -- I assume
24   Internet Archive does, though.  So if they were to give
25   us that list and tell us how many titles from our catalog    14:47:13
```

Page 142

| | | |
|---|---|---|
| 1 | have been used and how many times they've been downloaded | |
| 2 | without payment to us, that would make it possible for us | |
| 3 | to quantify any damage. | |
| 4 | Q.  Why do you assume the Internet Archive has a | |
| 5 | list of libraries that link to it? | 14:47:36 |
| 6 | A.  Well, because, you know, I run websites, and I | |
| 7 | know that to put a link on a website, you have to know | |
| 8 | about that -- you know, a link is something you actively | |
| 9 | manage. | |
| 10 | Q.  But if it's on a library website, wouldn't the | 14:47:57 |
| 11 | library be managing that link? | |
| 12 | A.  Yeah, but it would link to somewhere else; | |
| 13 | right?  So I think there is a transmission. | |
| 14 | Q.  I see. | |
| 15 | And you -- you said earlier that you believe | 14:48:13 |
| 16 | that libraries link to the Internet Archive.  What is | |
| 17 | that belief based on? | |
| 18 | A.  I've seen some screen shots, and I've also | |
| 19 | seen -- you know, yeah.  That's pretty much it.  I've | |
| 20 | seen some screen shots. | 14:48:33 |
| 21 | Q.  Okay.  So what investigation or analysis, if | |
| 22 | any, has HarperCollins conducted to determine whether the | |
| 23 | availability of its titles on the Internet Archive have | |
| 24 | affected revenue for those titles? | |
| 25 | MS. STEINMAN:  Objection. | 14:48:58 |

Page 143

ATTORNEYS' EYES ONLY

```
 1          Go ahead.
 2          THE WITNESS:  I think, as I said before, I
 3   haven't or Harper hasn't done any specific analysis.
 4   Because in order to do specific analysis, you need to
 5   obtain specific data.  However, I think the principle      14:49:14
 6   that our content is available for free and not being paid
 7   for, not for -- to us, not to our authors, is clearly
 8   damage in itself.
 9          I don't have to prove the quantum to know that
10   I'm missing on a sale.  I know that I'm missing on that    14:49:35
11   sale.  Now how much am I missing?  That's the quantum,
12   not the sale itself.
13      Q.  BY MS. LANIER:  Forgive me if I'm not hearing
14   it.  Are you saying "quantum," like Q-U-A-N- --
15      A.  Quantum like -- sorry, this is my Italian thing,    14:49:51
16   but like amount, is maybe the right term in English.
17      Q.  Okay.  Got it.
18          That was not meant to be a -- I was just wanting
19   to make sure I was hearing the word right.
20      A.  Yeah, sorry.  No, sorry.  I do have to apologize    14:50:06
21   because sometimes I go into another language.
22      Q.  Certainly no need to apologize.
23          Okay.  Does -- does HarperCollins provide free
24   copies of physical books to promote a title?
25      A.  Yes, we do --                                       14:50:40
```

Page 144

```
 1   STATE OF CALIFORNIA    ) ss:
 2   COUNTY OF MARIN        )
 3
 4          I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do
 5   hereby certify:
 6          That the foregoing deposition testimony was
 7   taken before me at the time and place therein set forth
 8   and at which time the witness was administered the oath;
 9          That testimony of the witness and all objections
10   made by counsel at the time of the examination were
11   recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16          I further certify that I am neither counsel for
17   any party to said action, nor am I related to any party
18   to said action, nor am I in any way interested in the
19   outcome thereof.
20          IN WITNESS WHEREOF, I have subscribed my name
21   this 3rd day of December, 2021.
22
23
24
25          LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```

Page 283