# SUPPLEMENTAL McNAMARA DECLARATION

# EXHIBIT 4

ATTORNEYS EYES ONLY

```
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE SOUTHERN DISTRICT OF NEW YORK
 3
 4
 5   HACHETTE BOOK GROUP, INC.,
     HARPERCOLLINS PUBLISHERS LLC,
 6   JOHN WILEY & SONS, INC., and
     PENGUIN RANDOM HOUSE LLC,
 7
              Plaintiffs,
 8
         vs.                       No. 1:20-cv-04160-JGK
 9
     INTERNET ARCHIVE and DOES 1
10   through 5, inclusive,
11           Defendants.
     _____/
12
13
14              -- ATTORNEYS' EYES ONLY --
15
16   VIDEOTAPED RULE 30(B)(1) AND 30(B)(6) DEPOSITIONS OF
17         JOHN WILEY & SONS, INC., BY ALAN PAVESE
18                Remote Zoom Proceedings
19                 East Durham, New York
20               Friday, December 10, 2021
21
22
23   REPORTED BY:
24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25   Pages 1 - 278                        Job No. 4867787
```

Page 1

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | changes in revenue you may have observed with titles? | |
| 2 |     MS. STEINMAN: Objection. | |
| 3 |     THE WITNESS: I'm sure -- well, I don't think | |
| 4 | we've printed the cover upside down. I don't think any | |
| 5 | of those authors have been accused of plagiarism. Trying | 12:06:11 |
| 6 | to go backwards. You know, there's definitely been COVID | |
| 7 | impacts. There's definitely been piracy impacts. What | |
| 8 | else was on the list of -- did I -- does that cover any | |
| 9 | of them? Anything that I cited that I didn't just | |
| 10 | answer? | 12:06:37 |
| 11 |     Q. BY MS. LANIER: So let's -- let's go back a | |
| 12 | little bit, and I'll try to walk this through a little | |
| 13 | more step by step, so it's -- doesn't put the onus | |
| 14 | entirely on you. | |
| 15 |     A. Yeah. | 12:06:49 |
| 16 |     Q. That's probably fair; right? | |
| 17 |     So has Wiley observed any unexpected changes in | |
| 18 | revenue, either higher than expected or lower than | |
| 19 | expected, for titles that are involved in this lawsuit? | |
| 20 |     MS. STEINMAN: Objection. | 12:07:06 |
| 21 |     Go ahead, Alan. | |
| 22 |     THE WITNESS: So we have experienced loss of | |
| 23 | revenue due to piracy. Titles in this lawsuit have been | |
| 24 | pirated, so, yes, there is definitely impact, you know, | |
| 25 | on the titles-in-suit. | 12:07:24 |

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q.  BY MS. LANIER:  Okay.  So when you say "due to | |
| 2 | piracy," what data do you have that shows that depressed | |
| 3 | revenue is related to piracy? | |
| 4 | MS. STEINMAN:  Objection. | |
| 5 | THE WITNESS:  Go back to the answer millennia of | 12:07:40 |
| 6 | just everyday experience that when commercial products | |
| 7 | are stolen, they cannot be -- the commercial market does | |
| 8 | not function. | |
| 9 | Q.  BY MS. LANIER:  Okay.  Anything else? | |
| 10 | A.  So as a general concept, so we also have lots of | 12:07:57 |
| 11 | industry data showing that there is hundreds of millions | |
| 12 | of dollars of impact to the publishing industry from | |
| 13 | pirated content and illicit markets that have, you know, | |
| 14 | damaged publishers, authors, legitimately functioning | |
| 15 | aggregators. | 12:08:20 |
| 16 | Q.  Okay.  When you say "industry data," are you | |
| 17 | referring to any specific studies or analyses? | |
| 18 | A.  Some, yeah.  I think there's some common I'll | |
| 19 | call them third-party entities like Nielsen, who have | |
| 20 | done estimates in, you know, recent years on the impact | 12:08:42 |
| 21 | of piracy, a number of them.  Folks like Perlego, who has | |
| 22 | been in the industry and also sort of looked at roughly a | |
| 23 | $300 million impact several years ago.  You know, I would | |
| 24 | consider those industry estimates of piracy. | |
| 25 | Q.  Okay.  So Nielsen, Perlego.  Anything else? | 12:09:03 |

Veritext Legal Solutions
866 299-5127

1    A.   Those are two common ones that, you know -- but
2  no.
3    Q.   Okay.  And when revenue either exceeds or is
4  below expectations, how closes is Wiley able to get in
5  pinpointing the source of that change?                          12:09:31
6        MS. STEINMAN:  Objection.
7        THE WITNESS:  With precision?
8    Q.   BY MS. LANIER:  Yes.
9    A.   It's a bit difficult, so it's a complex
10 estimation.  As you might imagine, people who steal             12:09:46
11 things don't always report how much they've stolen and
12 how often they've stolen it, so it's always difficult to
13 try and get data on, you know, illegally functioning
14 markets and distribution networks, so we do perform and
15 rely on estimates like the one Nielsen did to try and           12:10:10
16 find out information that people don't want found out.
17   Q.   Okay.  And a couple of answers ago you used the
18 phrase, or term I should say, "legitimately functioning
19 aggregators."  Can you tell me a little bit what you mean
20 by that?                                                        12:10:33
21   A.   Yeah.  So aggregators that are licensed and
22 authorized to distribute our content within the terms and
23 conditions and pricing that we have agreed to have them
24 distributed, as opposed to pirate sites, and I would
25 argue the Internet Archive, who is operating unauthorized      12:10:52

Page 53

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | illegal aggregation of our content outside of the | |
| 2 | author's and the publisher's functioning commercial | |
| 3 | markets and intended distribution. | |
| 4 |     Q.  Okay. | |
| 5 |     A.  I would consider that illegitimate. | 12:11:08 |
| 6 |     Q.  Okay.  Could you explain a bit -- and forgive me | |
| 7 | if I'm again needing a vocabulary lesson.  Your phrase | |
| 8 | "the Internet Archive, who is operating unauthorized | |
| 9 | illegal aggregation," can you explain a little bit what | |
| 10 | you mean by that? | 12:11:38 |
| 11 |     MS. STEINMAN:  I think he said an unauthorized. | |
| 12 |     MS. LANIER:  I thought I said unauthorized, but | |
| 13 | if I didn't -- | |
| 14 |     THE WITNESS:  Unauthorized is -- yeah.  Yeah, | |
| 15 | unauthorized. | 12:11:47 |
| 16 |     So basically, there is no legal duplication of | |
| 17 | our digital content permissible, and the Internet Archive | |
| 18 | is creating illegal digital copies that are not authored | |
| 19 | for use, not authorized to be allowed for use by the | |
| 20 | people they're copying from -- them from.  So there is, | 12:12:12 |
| 21 | you know, a complete copyright infringement that is in | |
| 22 | use by Internet Archive to aggregate -- air quotes, | |
| 23 | sorry -- our content illegally, unauthorized and | |
| 24 | illicitly. | |
| 25 |     Q.  BY MS. LANIER:  And you testified a moment ago | 12:12:49 |

Veritext Legal Solutions
866 299-5127

1           You know, when we get repeated chattering about

2    a certain thing that, you know, organizationally it

3    crosses a perceptible threshold of:  Hey, we all agree

4    this is definitely going to kill us.  You know, those

5    are -- you know, those are the ones that we are, you            16:26:24

6    know, actively engaging, documenting and aligning with

7    the legal team to strategize on how to address to protect

8    us and the authors.

9           Q.  In Wiley's view, was that threshold crossed with

10   the Internet Archive by the National Emergency Library?         16:26:42

11          A.  By the National Emergency Library?  Yes.  Just

12   yes.

13          Q.  Okay.  And you -- so I just want to close the

14   loop on this library scanning and loaning issue.

15          So you mentioned anecdotal evidence, and we               16:27:02

16   talked a little bit about chatter.  Anything else?

17          A.  No.

18          MS. STEINMAN:  Objection.

19          Q.  BY MS. LANIER:  Was your answer "no"?  Forgive

20   me.                                                             16:27:14

21          A.  It was no.

22          Q.  Okay.  Is Wiley aware of any studies or analysis

23   concerning the effect that library lending has on

24   revenues from books in a retail setting?

25          A.  Yes, on a couple of levels.  So, you know, we've     16:27:35

Page 190

1   talked about piracy.  It's -- we consider it piracy.  We

2   don't even separate Controlled Digital Lending -- I'm

3   using air quotes because it's not a thing that we

4   recognize.  It's stealing.  Illegally duplicating digital

5   works that have no right to be duplicated.                        16:27:54

6           So we do lump it in to estimating the impact of

7   stealing.  And those $300 million estimates that the

8   industry has come up with, you know, within the last

9   several years are probably reasonable assumptions of the

10  very significant impact.  We call it 5 percent of the             16:28:16

11  industry in most respects.

12          So if those were done in 2018, five years ago,

13  this was probably hurting us by 15 million.  It's

14  probably 20, 25 million in damages now.  You know, we're

15  just taking our approximate share of the industry and             16:28:32

16  assuming that we're, you know, the same amount of piracy.

17          You know, every one of these units that you've

18  stolen would have been paid for.  So those are all units

19  that, you know, would have been, you know, properly

20  crediting authors and publishers and distributors and             16:28:51

21  aggregators with, you know, if they had gone through the

22  proper legal commercial channels.

23          So every unit there is -- you know, we have the

24  price-per-unit data here and the list price data.  We can

25  apply that to say that, you know, each one of those is            16:29:07

```
 1   damaging the author, is damaging the publisher, is

 2   damaging the aggregators who are trying to do this the

 3   right way.  And so we would add those forms.

 4          And, you know, as we were saying, you know,

 5   every unit of something stolen is something that, you      16:29:23

 6   know, the functioning market could have properly

 7   monetized in a way that the law, sort of, affords them

 8   the opportunity to do.

 9          So stealing is one way of estimating it.  We

10   know that a stolen thing is, you know, a sale foregone    16:29:39

11   and that $300 million worth of estimated stolen things

12   is, you know, a reasonable estimation of the industry's

13   impact.

14       Q.  So my question was about libraries, not your

15   characterization of what the Internet Archive does.       16:29:56

16       A.  Okay.

17       Q.  So has Wiley reviewed any studies or analysis

18   that look into the effect between library lending and

19   revenues from eBooks in a retail setting?

20       A.  Legal library lending?  Or at least what I would  16:30:13

21   call legal library lending?  You're saying --

22       Q.  Let's start -- I will say public libraries,

23   academic libraries, K through 12 libraries, as we've been

24   discussing them earlier today.

25       A.  But those are the entities, not the actions.      16:30:27
```

ATTORNEYS EYES ONLY

```
 1   STATE OF CALIFORNIA    ) ss:
 2   COUNTY OF MARIN        )
 3
 4          I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do
 5   hereby certify:
 6          That the foregoing deposition testimony was
 7   taken before me at the time and place therein set forth
 8   and at which time the witness was administered the oath;
 9          That testimony of the witness and all objections
10   made by counsel at the time of the examination were
11   recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16          I further certify that I am neither counsel for
17   any party to said action, nor am I related to any party
18   to said action, nor am I in any way interested in the
19   outcome thereof.
20          IN WITNESS WHEREOF, I have subscribed my name
21   this 13th day of December, 2021.
22
23
24            [signature]
25            LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```

Page 275