SUPPLEMENTAL McNAMARA DECLARATION

EXHIBIT 5

# Digitization and the Demand for Physical Works:
# Evidence from the Google Books Project

Abhishek Nagaraj

UC Berkeley-Haas

nagaraj@berkeley.edu

Imke Reimers

Northeastern University

i.reimers@northeastern.edu

May 25, 2020

## Abstract

The digital era promised to deliver a centralized repository of all pre-existing knowledge through mass digitization. However, concerns about cannibalizing demand for physical works have led publishers and authors to block the realization of this vision. We investigate the effect of mass digitization on demand for physical works using novel data tracking the timing of the digitization of individual books from Harvard University's libraries through the Google Books project. Digitization hurt loans within Harvard but increased sales of physical editions by about 35%, especially for less popular works. Rather than cannibalizing demand for physical works, mass digitization could increase demand for them, while also increasing their diffusion online.

**Exhibit**
**0004**

Electronic copy available at: https://ssrn.com/abstract=3339524

# 1   Introduction

Digitization and the advent of the Internet have dramatically expanded access to information goods such as books, movies and music (Brynjolfsson et al., 2003; Forman et al., 2009; Greenstein et al., 2013; Waldfogel, 2017). The benefits of digital access are particularly salient in the publishing industry where text-search technology promotes discovery of previously unknown works and where a sizable back-catalog of potentially valuable printed works is hard to access (Aguiar and Waldfogel, 2018; McCabe and Snyder, 2015). Since licensing and digitizing millions of these works on a case-by-case basis is not possible, proponents of digitization have invested in mass digitization, i.e. unlicensed digitization of the entire catalog of printed works ever published. Organizations such as Google (through Google Books), the Hathi Trust and the Internet Archive have spent tens of millions of dollars and over ten years digitizing the world's books. Acting like a modern-day Library of Alexandria, these mass digitization efforts have the potential to stimulate demand for less popular works, increase knowledge diffusion and amplify follow-on innovation and creativity (Furman et al., 2018; Furman and Stern, 2011; Samuelson, 2011).

Despite the technological progress and financial investment, there still exists no single digital repository that provides access to the catalog of printed human knowledge. Google Books, for example, has a repository of over 25 million digitized works but "nobody is allowed to read them" (Somers, 2017).[1] Mass digitization projects have failed to take off because they have been blocked by book publishers and authors who are concerned that digital and free access to their works could cannibalize demand for material in print. In fact, copyright holders have fiercely litigated mass digitization projects and the dispute has even been presented in front of the US Supreme Court.[2] To counter claims of cannibalization, proponents of mass digitization have argued that rather than providing a substitute, digitization increases awareness and stimulates demand for physical copies and ultimately benefits copyright holders.[3] If this counter-argument holds merit, the negative effects of digitization on the demand for printed works might be low and digitization might be a win-win for all parties; it could benefit consumers and pave the way for knowledge diffusion while proving to be an underappreciated strategy to increase demand for physical works for publishers and authors.

Building on the legal debate, we develop a simple theoretical framework that suggests that the overall effect of mass digitization on demand for physical works is ambiguous. According to this framework, even if digitization cannibalizes demand for physical works, this effect should be less severe for less popular

---

[1]Even though Google Books is operational, it provides access to only a limited sample of works it has digitized.

[2]The Supreme Court ultimately declined to hear the case.

[3]In line with both arguments, a 2012 survey of users of a Norwegian digitization effort found that 20% of respondents purchased a book after first finding it on the depository, whereas 18% reported that they did not (Josevold, 2016).

Electronic copy available at: https://ssrn.com/abstract=3339524

books, and greater for readers who have access to alternate search technology (for example, patrons of Harvard libraries). To shed light on these predictions, the heart of our analysis attempts to provide empirical estimates of whether and to what extent mass digitization of pre-existing knowledge harms demand for physical works. We focus on the Google Books project, which was launched in 2004 to digitize all works ever created and which was the pre-eminent mass digitization project. Google Books digitized existing works and made them available online for free (providing access to "snippets" for in-copyright works and full-text access to other works), and included an interface for in-text search to facilitate discovery. The project was launched in partnership with Harvard University's Widener library (and a handful of others). Harvard provided a variety of works in the public domain including fiction as well as scholarly texts about topics such as US history, economics, law and philosophy to be digitized by Google. We focus on these public domain works in our analysis. While the legal debate about digitization is broad and also focuses on whether snippet or partial access cannibalizes demand for in-copyright works, our setup analyzes whether full text access to public domain works stimulates demand for physical works. If we find that full-text access does not reduce the sales of physical works, purely snippet access is unlikely to promote cannibalization as well. Our setting therefore offers a conservative test for the cannibalization hypothesis.

We leverage a natural experiment made possible through access to proprietary data from Harvard Libraries, including the date on which a particular work was digitized by Google. Book digitization at Harvard's Widener Library took over five years, and while the order of digitization of books was not deliberately randomized, it was not explicitly selective either and did not prioritize the most interesting books for early digitization. Rather, our fieldwork and quantitative data on the physical location of digitized books in Widener suggest that digitization proceeded on a "shelf-by-shelf" basis and was driven by convenience. We therefore exploit variation in the timing of digitization across books, as well as variation in their overall digitization status, to evaluate the impact of digitization on the demand for physical works in a difference-in-differences analysis with book and year fixed effects. We also present additional analyses that exploit the micro-geography of the Widener library and precise positioning of digitized and non-digitized books on library shelves.

We combine data from three sources for our analysis. First, we collect data on library loans and physical locations within the Harvard system between 2003 and 2011. Even though the library contains hundreds of thousands of books, most are never loaned. Our analyses focus on 88,006 books that had at least one loan in the sample period (and are robust to using a smaller sample of books with at least one loan before the start of digitization). Second, for a subset of 9,204 books (in English with at least four total loans), we obtain

Electronic copy available at: https://ssrn.com/abstract=3339524

weekly US sales data on all related editions from the NPD (formerly Nielsen) BookScan database. The sales data must be manually collected and matched, which restricts the size of this sample. Finally, while most of our analyses are on the demand side, digitization could also improve supply by bringing out-of-print books back to life via new physical editions. Accordingly, we also collect data from the Bowker Books-In-Print database on the arrival of new editions and their suggested prices.

Figure 1 (which uses a subset of the baseline sample) foreshadows our key results. We compare US books in our data published between 1903-1922, which were in the public domain and hence digitized, and books published between 1923-1942, which were not.[4] We examine the likelihood of increased loans (panel i) and increased sales (panel ii) between the years 2003 and 2004 (before digitization) and 2010 and 2011 (after digitization), averaged by publication year. Figure 1 shows a discontinuous and sharp change in the outcome variables across the 1923 threshold, with loans increasing and sales decreasing when moving from the (digitized) pre-1923 group to the (non-digitized) post-1923 group. Digitization therefore seems to increase marketwide demand by enabling discovery, but hurt demand within Harvard, where alternate discovery mechanisms are likely already available and digitization was less relevant. Further, the darker and the lighter bars are relatively flat within their particular groups and jump only around the 1923 cutoff, suggesting a causal role of digitization in shaping these outcomes.

Moving beyond this cross-sectional comparison, our baseline difference-in-differences analyses also suggest that the impact of digitization on demand is negative when considering internal readership at Harvard but is positive when considering sales. In our preferred specification, digitization lowers the number of checkouts within Harvard by about 37% but increases sales by about 34%, or about 200 units annually at the mean. Alternatively, digitization reduces the probability that a book will be loaned at least once in a year by about 33% but increases the likelihood of at least one sale by 92%. We further find that the positive effect of digitization on sales is significantly greater for less popular books. In line with our predictions, our results suggest that the effects of digitization are most significant for less popular books and for readers without access to alternate ways to search for books (such as Harvard's internal catalog system), providing some support for the discovery mechanism.

We confirm our findings in a series of robustness checks and tests of the validity of the research design. Using our location data, we show that our results are robust to using a "twins" sample that consists of pairs of scanned and unscanned books adjacent to each other in Widener's shelves and hence covering the same subject. Our results are also robust to excluding outliers, and titles scanned in certain library locations or

---

[4]Harvard did not permit digitization of US books published after 1923 due to copyright restrictions.

Electronic copy available at: https://ssrn.com/abstract=3339524

years that threaten the validity of our research design. An additional robustness check, a regression disconti-
nuity regression inspired by Figure 1, provides similar results. Finally, while our results are consistent with
the discovery mechanism, digitization could also have affected demand indirectly if publishers responded
by increasing the number of in-print editions or reducing prices. We find that digitization leads to an uptick
of new in-print editions through other publishers, likely making these books more easily available to con-
sumers. However, this improved availability (and any associated change in book prices) explains only a
small fraction of the increased overall sales due to digitization, further reinforcing the importance of the
discovery mechanism.

Our study makes several key contributions. First, our results provide much-needed empirical evidence
around the potential "market replacement" effect of Google Books as argued by copyright holders in *Au-
thor's Guild vs. Google (2013)* and about the market effects of mass digitization projects more generally.
Our results suggest that concerns about cannibalization, especially when applied to less popular works, are
likely overblown. The key policy implication is that digitization might not only offer the possibility of free
and easy online access, but it might also increase discovery and demand for physical copies, especially for
less popular and out-of-print works. For managers in the publishing industry, these results suggest that at
least for the set of less popular books, blocking mass digitization projects (even if they do not offer any di-
rect source of revenue) might do more harm than good. Further, our results also suggest that publishers and
authors should consider supplying their books in digital format, at least in snippet form, with the expectation
that such access will boost the sales of physical works.

Second, we contribute to the large literature analyzing the impact of digital distribution on offline sales
channels and cross-channel cannibalization more generally (Aguiar (2017); Chen et al. (2018); Ghose et al.
(2006); Smith and Telang (2009) and many others). We add to this work by focusing on the market for books
which has been relatively "understudied" (Chen et al., 2018) in the digitization and information systems
literature. Our study complements recent evidence which finds that when publishers explicitly withold
ebook versions, they do not hurt sales of physical copies (Chen et al., 2018). We do so by providing large
sample evidence to suggest that unlicensed distribution by a third-party through a mass digitization initiative
can in fact stimulate demand for physical products across various types of books. We also complement past
work in the music industry which finds that easing sharing restrictions could be especially helpful for less
popular producers and research on the effects of digitization for the long tail, more generally (Brynjolfsson
et al., 2006, 2011; Zhang, 2016).

Finally, we contribute to the emerging literature at the intersection of digitization and copyright policy

5

Electronic copy available at: https://ssrn.com/abstract=3339524

by examining the effects of weakening copyright restrictions on the market for books. This work has looked at the effect of copyright on the supply and pricing of works (Giorcelli and Moser, 2016; Li et al., 2018) as well as follow-on creativity (Watson, 2017; Nagaraj, 2017; Heald, 2007). Our work adds to this research by focusing on the spillovers of a weaker copyright regime in the digital realm (as implied by unlicensed mass digitization projects) on the market for physical books. Our research suggests that cross-channel effects of copyright restrictions could be important, although this topic has been largely underemphasized in the copyright literature. Further, our finding that mass digitization increases the number of new in-print editions complements past work by showing that weak copyrights can improve the physical diffusion of knowledge (Reimers, 2019).

## 2   The Google Books Project: A Brief Background

The Google Books project (originally known as the Google Print Library Project)[5] was announced by Google in December 2004. At the project's inception, Google partnered with Harvard University's library (along with a few other key partners) to digitally scan books from their collections. Soon after these works were scanned, they were made available on the Google Books website for the general public.[6] The site provided access to the full-text of public domain books (including books published in the US before 1923) but only a "snippet" (i.e. limited) view for in-copyright material. Further, an important feature of the site was the ability to search through the entire text of all scanned books.

Soon after its launch, the Google Books project was met with staunch opposition from the Authors Guild and the Association of American Publishers, who filed class action suits against Google for copyright violation.[7] Authors and publishers were particularly concerned about Google's unauthorized distribution of their works, a problem that was compounded by the possibility that digital distribution could cannibalize physical sales. In an online statement, the Authors Guild claimed that "Google Books can create a very real negative economic impact on the books it has digitized ... rather than drive researchers to buy books, readers for many books can find all they need on Google Books."[8] Google Books' major defense was centered on the idea of fair use and the notion that browsing books may promote the downstream sales of digitized material.[9] The argument here was that Google Books' digitization efforts "increase[d] the visibility of in

---

[5] https://googleblog.blogspot.com/2004/12/all-booked-up.html

[6] While Google Books was not the only project digitizing works, it was by far the most comprehensive and ambitious project of its time.

[7] See Samuelson (2009), and https://googleblog.blogspot.com/2008/10/new-chapter-for-google-book-search.html.

[8] https://www.authorsguild.org/where-we-stand/authors-guild-v-google/, Accessed April 4, 2019

[9] See Authors Guild vs. Google (SDNY 2013), https://h2o.law.harvard.edu/collages/34596 for more information on the case.

Electronic copy available at: https://ssrn.com/abstract=3339524

and out of print books, and generate[d] book sales,"[10] and that it was "designed to help you discover books, not read them from start to finish."[11]  Further, this argument that digitization can help readers discover works was particularly relevant for books that were less popular, but which were still of interest for readers (for example, because they were of scholarly interest or historical significance).  In other words, since the market for books is one where match quality is quite important (Ellison and Ellison, 2018), potential readers might discover a book relevant to them via Google Books, and then go ahead and purchase a physical copy of the book, thereby stimulating sales.  Empirical evidence on either side of the debate is sparse.

The suits were eventually settled (publishers) or rejected (authors), but the process lasted over a decade before an appeal by the Authors Guild was rejected in the Second Circuit.  As an upshot of these intense legal battles, as of 2018, the Google Books project remains a far cry from the original ambitions behind its founding.  As one commentator puts it, "somewhere at Google there is a database containing 25-million books" that is inaccessible to the general public (Somers, 2017).  Similar projects launched by non-profit organizations, such as the Hathi Trust and Project Gutenberg, have also been hampered by legal restrictions. Thus, while the small number of "born digital" works printed in the modern era do have digital editions provided by copyright holders (Chen et al., 2018), the vast majority of historical works have been excluded from the potential benefits of digital access.

In the legal debates, the question of whether the digitization of books can reduce demand for physical works depends on two counteracting forces: the discovery effect of Google Books due to increased aware-ness and searchability, and the substitution effect of digital distribution as a competitor for existing, physical products.  We clarify this theoretical tension with a simple conceptual framework in Appendix A, as depicted visually in Appendix Figure D.1.  As we clarify in this framework, some consumers who would otherwise consume analog copies will switch to digital versions (perhaps because they have a taste for digital con-sumption, and because it is free), driving the substitution effect.  On the other hand, some consumers may start consuming the analog version for the first time, after digitization lowers search costs for books.  This is likely to happen if they were made aware of a book through Google Books' search engine and prefer to purchase physical copies rather than read online.  This second mass of consumers will drive the discovery effect. The net effect of digitization depends on the magnitude of these two margins.

We argue that the tradeoff between substitution and discovery differs for different margins of books and consumers.  Notably, for popular books, already well-known to consumers (e.g. *The Wealth of Nations*),

---

[10]See http://googlepress.blogspot.com/2004/12/google-checks-out-library-books.html.
[11]https://web.archive.org/web/20041214092414/http://print.google.com/

Electronic copy available at: https://ssrn.com/abstract=3339524

the substitution effect is likely to dominate. On the other hand, obscure books are likely to benefit from discovery, and unlikely to face the costs of substitution. The effect of Google Books on demand should therefore be more positive for less popular books. Similarly, for consumers within Harvard, who already benefit from access to search technology (through Harvard's librarians and internal catalog system) the substitution effect is likely to dominate the discovery effect. Therefore, we expect digitization to have a greater positive effect on demand when considering market-wide sales, while for loans within Harvard, the effect is likely much smaller, and even negative. A finding that digitization increases demand for less popular books, but does not increase demand within Harvard, would be in line with the discovery mechanism put forth by Google Books. Our empirical analysis sheds light on these predictions as well.

## 3   Data and Research Design

### 3.1   Google Books and Harvard Libraries' Natural Experiment

Given the unclear legal environment around digitization and copyright when the project began, Harvard's participation in the Google Books project was limited to out-of-copyright works from Harvard's prestigious Widener Library. Under the Copyright Term Extension Act of 1998, it is clear that works published in the United States before the year 1923 are in the public domain and US books published before this year were therefore provided for scanning. Since this cutoff date would not change until long after the digitization was completed, books from after 1923 were not digitized. Different cutoff dates were applied to international books in determining their inclusion in the scanning effort.

The digitization effort proceeded as follows. The Google Books project set up a scanning facility in the Greater Boston area to process the books from the Harvard libraries. For the purposes of the scanning effort, Google Books was assigned a special library patron code, and books were "loaned" to Google under this special code to be taken to the scanning facility. Once the book was scanned, it was returned to the library and made available on the Google Books website after a short delay, usually within a few weeks (personal communication, December 2011).

Google Books took over five years (from 2005 to 2009) to complete its large-scale scanning project at Harvard. In our baseline analysis, we rely on this variation in the timing of the scanning project to estimate the impact of digitization on eventual readership and sales, along with book and year fixed effects. Further, an analysis of book locations within Widener (that we present later in this paper) indicates that the order in which books were scanned was primarily driven by convenience rather than an explicit selection mechanism. Specifically, books were scanned on a shelf-by-shelf and wing-by-wing basis until all out-of-copyright books

8

Electronic copy available at: https://ssrn.com/abstract=3339524

in the relevant sections were processed, a claim we further examine by analyzing differences in pre-trends between digitized and non-digitized works.

## 3.2    Data

The data we obtain from Harvard contain the entire record of over 250,000 books from the Harvard libraries' holdings that were scanned, as well as a similar number of works published between 1923 and 1943 that were not scanned. For these books, we collect data from three sources. First, we possess proprietary checkout data, which allows us to infer total loans within Harvard, as well as the date when the book was checked out by Google Books for digitization. Using these data, we construct our baseline sample, which includes all 88,006 books that were checked out at least once between 2003-2011.[12] Our sample of 88,006 books provides a representative sample of works available at Google Books. It includes works of fiction as well important historical texts. A large number of subject areas are represented in our sample: about 9% of books in US history, 5% in Economics, and 3.5% each in British Law, Philosophy, Slavic Studies and American Literature.

Second, we obtain access to NPD (formerly Nielsen) BookScan, which provides sales information for printed books. NPD tracks book sales using scanner data from a large panel of retail booksellers including major bookstore chains, discount retailers such as Costco, and major online retailers like Amazon. They claim to track about 85% of total retail sales.[13] Because our data from Harvard do not contain global unique identifiers (i.e., ISBNs), we (and a team of research assistants) manually search NPD BookScan for each book title to find suitable matches, aggregating sales of all editions for each title by calendar year. Given the tedious data collection process, we search for sales data for the subset of all English-language books in the underlying dataset with at least four loans, for a total of 9,204 titles. Because NPD BookScan does not explicitly list books with no recorded sales, we impute zero sales for titles that do not explicitly appear in the BookScan database. The results are robust to excluding these titles from the analysis.

Third, we collect data on the number of in-print editions of all works from the Bowker Books-in-Print database. This database tracks all registered editions of a particular work that are available in print. We match the 88,006 books in our sample to this database, finding matches for almost 25,000 unique titles with in-print editions.[14] Combined, the Harvard libraries data on book digitization and loans, the NPD BookScan

---

[12]Since this sample definition might be problematic because it conditions on one of our dependent variables, we examine robustness of our analysis to using only books with at least one loan *before* digitization and show that all results carry through.

[13]See Berger et al. (2010) and `https://tinyurl.com/y94qpsqt`, accessed June 26, 2018.

[14]Note that one reason we do not find more matches with the Bowker Books-in-Print database is because they might be works not intended for a commercial audience, e.g. dissertations.

Electronic copy available at: https://ssrn.com/abstract=3339524

data on book sales, and the Bowker Books-in-Print database on editions allow us to characterize the impact of digitization on the demand for physical works within Harvard (loans) and in the market (sales), as well as on their availability. This is, to our knowledge, the first dataset that matches the digitization status of works with data on their sales and in-print status.

We organize the data into a balanced panel at the book-year level between 2003 and 2011. These data contain loans information for 88,006 books, including 50,263 books that were deemed not in the public domain and hence not digitized, and 37,743 that were. Of the ones that were digitized, 5,764 were scanned in 2005, 7,449 in 2006, 8,769 in 2007, 13,207 in 2008, and 2,546 in 2009.

The variables of interest are summarized in Table 1 Panels A (book-level) and B (book-year level). In any given year, an average book has 0.25 loans, sells about 554 copies, and adds 0.36 editions, although the median value for all three outcomes is zero. Over the entire sample, books are loaned on average 2.23 times and have sales of almost 5000. The skewed nature of demand for the books in our sample leads us to study the impacts of digitization not only on the intensive margin – how many copies are consumed – but also on the extensive margin: will a work be read at all?

Each year, an average book in our dataset has a probability of being checked out at Harvard's Widener library of 17%, although this probability depends on the book's scan status. Books that are never digitized have a probability of 17.8%, while books that are digitized have a probability of 19.3% before their digitization but only 11% after their digitization. Conversely, books that are never scanned have an average annual probability of being sold of 16%, whereas those that are scanned have a probability of only 8.5% before their digitization and 24.1% after it. These differences are indicative of large potential impacts of digitization.

## 3.3   Testing the Validity of the Natural Experiment

Our difference-in-differences approach relies on the assumption that books digitized early experienced similar demand trends as books digitized later. Since the timing of book digitization was not explicitly random, it is important to examine what possible sources of selection might exist. In our analyses, we include book fixed effects and book-category × year fixed effects in different specifications in addition to testing for pre-trends in analyses of the annual impact of digitization. In this section, we identify challenges to the research design and motivate additional robustness checks.

First, we obtain the library call numbers for the titles in our sample, which helps us map a particular book to its exact location in one of twenty possible stacks within Harvard's Widener library. We are able

Electronic copy available at: https://ssrn.com/abstract=3339524

to match about 81% of all scanned books to an exact stack within the library. Using these unique data, we examine the assertion that the timing of a book's digitization is largely based on its physical location. Figure 2 plots a heatmap of book digitization by library stack location (y-axis) over time (x-axis). The colors are based on the percent of books digitized in a given month as a fraction of the total number of books digitized between 2005-2009 in a given stack. The bluer the zone, the higher the percent of books from that stack that were digitized in that time period.[15] For example, 73% of scanned books in the B West stack were scanned in mid 2007, which is indicated by the bright blue spot on the heatmap for this stack. As the series of blue spots along the diagonal indicates, almost every stack has a single time period when a large percent of their books are digitized and this time period varies from stack to stack. This supports our interpretation that books were digitized based on their stack location. One notable exception is Pusey 3, which has no single time period when a majority of its books were digitized. This might be because Pusey 3 is a large stack, remotely located several floors underground the main floors. We examine the robustness of our analysis to excluding books in this stack.

Next, we examine pre-digitization demand (i.e. in 2003-2004) for books based on the year in which they were scanned. If the timing of scanning is random, then measures of pre-digitization demand should be unrelated to the timing of digitization. Accordingly, we regress the number of pre-digitization loans and sales on indicators for the year of digitization after accounting for subject and library location dummies. The results are presented in Figure 3. This figure suggests that pre-digitization sales and loans in scanned years 2006-2009 are largely unrelated to the year of digitization, providing validation for the research design. However, books digitized in the first year of digitization (2005) seem to have a higher number of loans than books digitized later. This in itself is not problematic given that we employ book fixed effects. Regardless, we examine the robustness of our design to excluding all books digitized in 2005.

In sum, our analyses provide support for the idea that the digitization process was driven by shelf location, except for the Pusey 3 stack and for books digitized in 2005. As we will show, the additional tests motivated by these concerns are in line with our baseline results and further reinforce the research design.

## 4    Results

We compare the evolution of loans and sales for titles that were scanned and made available on Google Books with the evolution of titles that were not (yet) digitized in a difference-in-differences setting. For-

---

[15]The stacks are sorted from bottom to top by the month in which the highest percent of books in their stacks were digitized.

Electronic copy available at: https://ssrn.com/abstract=3339524

mally, we estimate equations of the form

$$Y_{it} = \alpha + \beta PostScanned_{it} + \gamma_i + \mu_t + \varepsilon_{it}, \tag{1}$$

where $PostScanned_{it}$ is an indicator that is 1 if book $i$ has been made available on Google Books before year $t$, and $\gamma_i$ and $\mu_t$ are book and year fixed effects, respectively. The dependent variable, $Y_{it}$, denotes book- and year-specific measures of demand (loans and sales). To account for the discrete nature and low average values of the dependent variables, we assume that the error term $\varepsilon_{it}$ follows a Poisson distribution, and we therefore estimate the model in a maximum likelihood estimation. Poisson models for count data rely on rather weak assumptions and are appropriate (and commonly used) in our context with skewed dependent variables (Wooldridge, 1999). In a second set of baseline analyses, we estimate a similar specification using a linear probability model (LPM) where $Y_{it}$ is either $1(sales_{it} > 0)$ or $1(loans_{it} > 0)$. That is, we examine the likelihood that a book will have any sales or loans in a given year after digitization. In robustness checks, we estimate similar models using Log-OLS and hyperbolic-sine OLS specifications as well.

## 4.1   Loans and Sales

Table 2 Panel A displays the results from the Poisson (columns 1 and 2) and LPM (columns 3 and 4) specifications. Columns 1 and 3 show that digitization through Google Books has a highly significant negative impact on demand at Harvard's libraries. Column 1 suggests that making the book available on Google Books decreases Harvard library loans by about 36.7% ($= e^{-0.457} - 1$). Further, the likelihood that a book will have any loans decreases by 6.3 percentage points (column 3). At the mean across scanned books before their digitization (19.3%), this corresponds to a 32.7% increase in the likelihood of a loan each year. These results are highly statistically significant and in line with the prediction that for consumers with access to search technology (such as Harvard students and faculty), digitization largely displaces demand for physical alternatives.

Now we turn to examining the sales results, which estimate the *market-wide* effects of digitization, including to consumers who may not have easy access to search institutions. Unlike loans, sales through traditional channels increase after digitization. The Poisson estimates (column 2) suggest an increase in sales of 34.5% ($= e^{0.297} - 1$) per year due to digitization (p-value 0.053). Similarly, the likelihood of making at least one sale increases by 7.8 percentage points (p-value less than 0.001), or by 91.8% at the mean. Overall, this analysis indicates that, while digitization might reduce demand for those with access to Harvard's libraries, the *market-wide* impact is positive and significant.

12

Electronic copy available at: https://ssrn.com/abstract=3339524

## 4.2    Timing of the Impact

We next allow for a flexible time structure to estimate the annual changes in a book's demand relative to its digitization year. Specifically, we estimate

$$Y_{it} = \alpha + \Sigma_z \, \beta_z(scanned)_i \times 1(z) + \gamma_i + \mu_t + \varepsilon_{it},  \qquad (2)$$

where $\gamma_i$ and $\mu_t$ represent book and time fixed effects, respectively, $(scanned)_i$ equals one for all books that were eventually scanned, and $z$ represents the "lag," or the number of years that have elapsed since a book was first digitized.[16] We estimate this equation corresponding to the linear probability models estimated in Table 2.

Figure 4 illustrates the estimates for $\beta_z$ for the loans and sales outcomes. Two points are clear from this analysis. First, there are no significant pre-trends in terms of the likelihood of being loaned or sold in a given year between books that already were and are yet to be scanned. If anything, loans for yet-to-be scanned books are increasing just prior to digitization. Second, it seems like the negative effect of digitization on loans and the positive effect on sales are quite persistent and long-lasting, and kick in soon after digitization. These graphical results lend support to the validity of the research design and to the interpretation that digitization had a causal impact on reduced demand within Harvard and increased sales through other channels.

## 4.3    Separating Effects for Popular Books

The positive market-wide impact of digitization suggests a strong role for the discovery effect in driving demand. We investigate the discovery mechanism further by examining whether the Google Books project differently impacts books of different popularity levels. We repeat the analyses from Table 2 Panel A, with an additional interaction term of the Post-Scanned variable with an indicator that equals 1 for books in the 90th percentile of pre-2005 loans. This definition identifies all books that were checked out at Harvard's libraries more than once in 2003-2004 as popular. Here, we implicitly assume that the interest within Harvard is a proxy for the book's popularity, an assumption supported by the fact that within the sales sample, popular books sell twice as much as less popular books on average. As we show below, our results are largely robust to different definitions of popularity.

Table 2 Panel B presents estimates from this exercise. Consistent with expectations, the effect of dig-

---

[16]For books digitized before July in a given year, the lag variable equals one in the first year of digitization, while for books digitized in July or after, the lag variable is set to one in the calendar year after the year of digitization.

13

Electronic copy available at: https://ssrn.com/abstract=3339524

itization on demand is less positive for popular books. Columns 1 and 3 indicate that all digitized books see a significant decrease in loans compared to books that were not digitized or digitized later. However, the impact is significantly more negative for popular works, which experience a decrease of about 62% ($= e^{-0.362-0.599} - 1$) compared to a decrease of 30% for less popular books, according to the point estimates in column 1. Alternatively, while the likelihood that a book is checked out decreases by about 3.4 percentage points for less popular books, for more popular books this estimate is over 28 percentage points.

When considering sales, less popular books experience an almost 42% increase in sales – consistent with facilitated discovery outweighing substitution – whereas the impact on sales of more popular books is muted, with an (imprecisely) estimated increase of about 16%. In other words, for the vast majority of books, the positive effect on demand through discovery outweighs the negative effect of substitution, and we find no support for authors' and publishers' concerns about the cannibalization of their work. When considering the likelihood of making at least one sale, both popular and less popular books benefit from digitization. In fact, it seems like a larger share of popular books benefits from digitization in terms of making at least one sale. This result is likely due to the fact that our estimates measure percentage point changes, rather than percentages, and the least popular works are particularly unlikely to be sold at all. We view this result as less instructive for policy given that making at least one sale is less meaningful for publishers of popular books, which sell on average over 700 copies a year according to our data.

### 4.4   Robustness Checks

To further bolster our baseline estimation, we present results from several robustness checks, including estimating alternate specifications, limiting the sample, accounting for the role of new editions in driving increased demand, and accounting for the potential endogeneity of the timing of digitization.

**Alternate Specifications:** Table 3 presents estimates from a set of alternate specifications and subsamples. Columns 1-4 show estimates from OLS specifications where the dependent variable is either $\ln(Y_{it} + 1)$ (columns 1-2), or the hyperbolic sine, $Asinh(Y_{it})$, to address potential issues from inflating the dependent variable. These results are largely in line with the baseline analysis, and the coefficients of interest are even more statistically significant. The next four columns of Table 3 present results from our baseline specifications estimated on subsamples of our data. Columns 5-6 present results using a sample that drops extreme outliers – eight titles with more than 900,000 lifetimes sales.[17] The results again remain consistent with the baseline analysis, although the magnitude on the sales coefficient is smaller.

---

[17]This cutoff represents a rather large gap in lifetime sales between included and excluded books. Results are robust to other cutoffs.

Electronic copy available at: https://ssrn.com/abstract=3339524

**Twins Sample:** Columns 7-8 of Table 3 rely on a "twins" sample of books constructed as follows. From our larger sample, we choose pairs of scanned and unscanned titles, located right next to each other on Widener's shelves as per their call numbers. Because books are sorted by subject areas, two books that are located next to each other should cover the same subject and are usually quite similar. This "twins" exercise leaves us with a total of 36,024 books – 18,012 books that were scanned and 18,012 that were not.[18] The remaining scanned and unscanned books cover almost identical subject codes and very similar pre-digitization demand: on average, scanned books sold 394 copies per year and unscanned books sold 402 units per year (t-value of their difference = 0.07). Estimates from regressions similar to our baseline specifications are presented in columns 7-8 of Table 3 and an event-study analysis similar to Figure 4 for the twins sample is presented in Figure D.2. These estimates from the twins sample are largely consistent with the baseline results, with slightly smaller absolute effects but the same statistical significance.

**Additional Robustness Checks:** Finally, our difference-in-differences analysis merits a few additional checks. First, our sample of books includes all books checked out at Harvard at least once between 2003 and 2011, which is potentially problematic given that digitization affects the likelihood of being checked out in the first place. Accordingly, in Appendix Table D.1, we explore the robustness of our baseline results to including only those books that were checked out at least once pre-digitization (in 2003-2004). We find our results are robust.

Second, we account for the potential endogeneity of the timing of digitization in Table 4. In Panel A we add year by location fixed effects (rather than simple year fixed effects) to control for inherent differences in trends between different Harvard stacks. Similarly, our analysis of the research design suggested that books digitized in 2005 and those in the Pusey 3 collection might be systematically different from books digitized in later years or located elsewhere. Accordingly, Panel B of Table 4 estimates the baseline models by dropping these subsets of titles. In all approaches, we find that the overall results remain highly robust.

Finally, we explore robustness to the definition of popular works in Appendix Table D.2. We vary the popularity cutoff between zero and six loans before 2005 and add a popularity measure based on pre-digitization sales for the sales analysis. All results are consistent with those in the main analysis. Overall, these checks help build further confidence in the difference-in-differences results.

---

[18]For example, this approach drops all unscanned books that are located between two other unscanned books.

Electronic copy available at: https://ssrn.com/abstract=3339524

## 4.5   Accounting for Editions

While our analysis so far has focused on how digitization affects demand, it is also possible that digitization affects the supply of physical editions. We consider the possibility that Google Books enables publishers to create and publish more and higher-quality copies of public domain books, allowing consumers to buy editions that did not exist previously. We first estimate the impact of digitization through Google Books on the availability of *new* editions in the market, analogous to the estimations in the baseline analyses. We then examine whether the changes in sales can be attributed to improved availability through new editions.

Table 5 presents these results. Columns 1-2 show the impact of digitization on a book's availability and find that titles become available in more new editions after their digitization, with an average increase of 71% ($= e^{.538} - 1$) (column 1). When considering the stock of editions (column 2), titles become more likely to be available at all, with an increase in that likelihood of 18.6 percentage points, against a baseline of 11.3%. Momentarily setting aside the question of whether these new editions drive the increase in sales, this result in itself is quite interesting. It suggests that publishers might face fixed costs of accessing or digitizing public domain works for in-print editions and mass digitization projects could encourage publishers to produce a greater variety of physical copies.

Turning to the question of how the supply of new editions influences downstream readership, columns 3-6 of Table 5 estimate the impacts of digitization on use, now controlling for the number of newly introduced editions of the work.[19] Columns 3-4 control for new editions linearly, while columns 5-6 provide more flexible controls, including dummy variables for each number of new editions and combining observations with more than eight editions in one group.[20] These estimates show that new editions do have a small direct impact on demand. However, despite controlling for this effect, the impact of digitization on loans and sales remains statistically significant and similar in magnitude.

While we do not possess systematic price data for our entire sample, we do obtain prices at the edition level from the Bowker data. In Appendix Section B and Table D.4, we explore whether the estimated increase in sales could be offset by a decrease in prices. We document a small decrease in prices that is an order of magnitude lower than our estimate for the increase in sales. Further, this decrease in prices seems to be largely driven by the increase in the number of editions. Therefore, controlling for editions also helps to adjust for any possible price channel driving the sales effect.

---

[19]We treat all titles without a match in the Bowker database as a title with zero editions. As table D.3 in the appendix shows, our results are unchanged if these titles are dropped from the analysis.

[20]This aggregation affects 0.7% of all data.

16

Electronic copy available at: https://ssrn.com/abstract=3339524

## 4.6   Exploiting the Discontinuity Around 1923

Our main analysis relies on the timing variation in the digitization of books across Harvard. But as foreshadowed in our discussion of Figure 1, we can exploit another source of variation to evaluate the effects of digitization on demand. Specifically, when working with Google, Harvard allowed US books to be digitized only if they had been published before 1923, since these books were reliably out of copyright. We exploit this sharp cutoff to examine whether loans and sales of books published right before this cutoff changed considerably compared to books published right after, once the digitization process had been completed.

Here, we consider all US books that were published 20 years before and after 1923. This amounts to 38,225 titles, of which we have sales data for 6,755. These data are used to construct Figure 1, which suggests a causal role for digitization in shaping the effect we observe on both loans and sales. In Appendix C, we estimate regression-discontinuity models inspired by the descriptive evidence in Figure 1. The results from this analysis are qualitatively identical and quantitatively very similar to those from our main specifications. While we prefer our baseline panel estimates given the clean pre-trends and the reliance on the entire sample, the regression discontinuity design provides an additional source of robustness for our central results.

## 5   Discussion

Our empirical analysis shows that mass digitization projects may increase rather than decrease the sales of physical works. The positive effect of mass digitization on demand is weaker for more popular books and when considering loans among a select population (Harvard library patrons) who already have access to search technology. These results are consistent with the mechanism that mass digitization allows readers to discover new works, some of whom subsequently choose to consume the physical product.

Our findings inform how changes in representation and aggregation of works shape management strategy in the publishing industry (Adner et al., 2018). Many publishers are opposed to mass digitization projects driven by concerns around cannibalization. This is a reasonable reaction given that mass digitization projects typically digitize work without the publisher's consent and without explicit licensing fees that would generate direct revenue. Our work shows, however, that mass digitization also has the potential to drive discovery and demand for a given work (partially due to its ability for full-text search). In fact, our results suggest that such discovery effects can be large enough to increase the total sales of physical copies. Note that we study public domain books that are provided in their entirety for digital consumption, and the potential for cannibalization is high. For in-copyright works, mass digitization projects like Google Books

17

Electronic copy available at: https://ssrn.com/abstract=3339524

provide only "snippet" views, which allow for the full power of text-based discovery but mute incentives for cannibalization. In such contexts, the positive impacts should only get stronger.

Further, our results suggest that the positive effects of digitization on demand for physical works is larger for less popular books. Even if publishers are wary of mass digitization projects in general, they might consider a selective strategy where less popular books, which are at a lower of risk cannibalization, are searchable in digital, online repositories, potentially for free. Similarly, our results suggest that authors, who might care about the diffusion of their work (beyond a purely financial consideration), and authors who have written books with no active market would do well to consider mass digitization to bring their work "back to life." Finally, beyond mass digitization, our results also point to the value of programs like Amazon's "Look Inside" feature that digitizes works and makes them searchable by potential readers. Even publishers and authors averse to mass digitization in general would do well to consider the value of digitization through such programs on a case-by-case basis.

Our results also have implications for ongoing legal and policy debates on the design of copyright law for the digital age. First, we provide causal, empirical evidence for the theoretical debate about whether mass digitization cannibalizes sales or promotes discovery. By some calculations, about 12,686 copyrighted books are available to be digitized for every year between 1923-1936 (Reimers, 2019). Not only might these books be made available for digital access, but according to our results digitization might also increase the sales of their physical editions by about 16% for popular books and 42% if they are more obscure. Therefore, our results help strengthen the value proposition of mass-digitization projects such as Google Books, the Hathi Trust or the Internet Archive. The benefits to welfare and follow-on innovation and creativity from such access might be substantial (Biasi and Moser, 2018; Furman et al., 2018). Digitization also significantly and strongly impacts the probability that a book is in print at all, increasing the probability that a book is available by 18 percentage points. With over 25 million books digitized by Google Books, and with over 60,000 books available at Project Gutenberg, we point to the benefits of digitization on this dimension as well.

Our work is not without limitations. Our evidence is based on a sample of relatively older books. This sample is representative of the large sum of human knowledge and the central focus of many current digitization projects facing copyright restrictions. As such, our results are directly applicable to the analysis of a number of ongoing mass digitization initiatives across the world. However, our experiment is somewhat different than one where only access to "snippets" is provided. Even though our conservative test is quite informative for this question as well, future work should look directly at how snippet-access affects demand

18

Electronic copy available at: https://ssrn.com/abstract=3339524

for printed works. Further, our results can be interpreted as being driven by readers who discover works in a digital form but have strong preferences for physical consumption. This is consistent with past work that has argued that consumers are "more tied to their mode of consumption (digital or physical) than they are to a particular product" (Chen et al., 2018, p.29). However, our results might become somewhat smaller as tastes change and consumers become more familiar with digital consumption. Finally, while the heterogeneous effects of digitization we present are consistent with the discovery mechanism (and not with changes in supply or prices), we do not have data from Google Books on precisely how consumers search and discover new material. Future work should analyze granular search data to further understand how digital availability affects consumer demand in creative industries.

To conclude, our study clarifies the important role of digitization in enabling discovery. We hope these findings provide some strategic guidance to publishers on navigating mass digitization projects and help rekindle efforts to get humanity one step closer to a digital Library of Alexandria.

19

Electronic copy available at: https://ssrn.com/abstract=3339524

# References

Adner, R., P. Puranam, and F. Zhu (2018). Special issue of strategy science: Strategy in the digital era. *Strategy Science*.

Aguiar, L. (2017). Let the music play? free streaming and its effects on digital music consumption. *Information Economics and Policy 41*, 1–14.

Aguiar, L. and J. Waldfogel (2018). Quality predictability and the welfare benefits from new products: Evidence from the digitization of recorded music. *Journal of Political Economy 126*(2), 492–524.

Berger, J., A. T. Sorensen, and S. J. Rasmussen (2010, March). Positive Effects of Negative Publicity: When Negative Reviews Increase Sales. *Marketing Science 29*(5), 815–827.

Biasi, B. and P. Moser (2018, December). Effects of Copyrights on Science. SSRN Scholarly Paper ID 2542879, Social Science Research Network, Rochester, NY.

Brynjolfsson, E., Y. Hu, and D. Simester (2011). Goodbye pareto principle, hello long tail: The effect of search costs on the concentration of product sales. *Management Science 57*(8), 1373–1386.

Brynjolfsson, E., Y. Hu, and M. D. Smith (2003). Consumer surplus in the digital economy: Estimating the value of increased product variety at online booksellers. *Management Science 49*(11), 1580–1596.

Brynjolfsson, E., Y. J. Hu, and M. D. Smith (2006). From niches to riches: Anatomy of the long tail. *Sloan Management Review 47*(4), 67–71.

Chen, H., Y. J. Hu, and M. D. Smith (2018). The Impact of E-book Distribution on Print Sales: Analysis of a Natural Experiment. *Management Science*.

Ellison, G. and S. F. Ellison (2018). Match quality, search, and the internet market for used books. Technical report, National Bureau of Economic Research.

Forman, C., A. Ghose, and A. Goldfarb (2009). Competition between local and electronic markets: How the benefit of buying online depends on where you live. *Management science 55*(1), 47–57.

Furman, J. L., M. Nagler, and M. Watzinger (2018). Disclosure and Subsequent Innovation: Evidence from the Patent Depository Library Program. Technical report, National Bureau of Economic Research.

Furman, J. L. and S. Stern (2011, August). Climbing atop the Shoulders of Giants: The Impact of Institutions on Cumulative Research. *American Economic Review 101*(5), 1933–1963.

Ghose, A., M. D. Smith, and R. Telang (2006). Internet exchanges for used books: An empirical analysis of product cannibalization and welfare impact. *Information systems research 17*(1), 3–19.

Giorcelli, M. and P. Moser (2016, December). Copyrights and Creativity: Evidence from Italian Operas. SSRN Scholarly Paper ID 2505776, Social Science Research Network, Rochester, NY.

Greenstein, S., J. Lerner, and S. Stern (2013). Digitization, innovation, and copyright: What is the agenda? *Strategic Organization 11*(1), 110–121.

Heald, P. J. (2007). Property rights and the efficient exploitation of copyrighted works: an empirical analysis of public domain and copyrighted fiction best sellers. *UGA Legal Studies Research Paper* (07-003).

Electronic copy available at: https://ssrn.com/abstract=3339524

Josevold, R. (2016). A National Library for the 21st century knowledge and cultural heritage online. *Alexandria 26*(1), 5–14.

Li, X., M. MacGarvie, and P. Moser (2018). Dead Poets' Property-How Does Copyright Influence Price? *The RAND Journal of Economics 49*(1), 181–205.

McCabe, M. J. and C. M. Snyder (2015). Does online availability increase citations? theory and evidence from a panel of economics and business journals. *The Review of Economics and Statistics 97*(1), 144–165.

Nagaraj, A. (2017, July). Does Copyright Affect Reuse? Evidence from Google Books and Wikipedia. *Management Science 64*(7), 3091–3107.

Reimers, I. (2019). Copyright and generic entry in book publishing. *American Economic Journal: Microeconomics*.

Samuelson, P. (2009). Legally Speaking: The Dead Souls of the Google Book Search Settlement. *Communications of the ACM 52*, 28.

Samuelson, P. (2011). The Google Book Settlement as Copyright Reform. *Wis. L. Rev.*, 479.

Smith, M. D. and R. Telang (2009, June). Competing with Free: The Impact of Movie Broadcasts on DVD Sales and Internet Piracy1. *MIS Q. 33*(2), 321–338.

Somers, J. (2017). Torching the Modern-Day Library of Alexandria. *https://www.theatlantic.com/technology/archive/2017/04/the-tragedy-of-google-books/523320/*.

Waldfogel, J. (2017). How Digitization Has Created a Golden Age of Music, Movies, Books, and Television. *Journal of Economic Perspectives 31*(3), 195–214.

Watson, J. (2017). What is the Value of Re-use? Complementarities in Popular Music.

Wooldridge, J. M. (1999). Distribution-free estimation of some nonlinear panel data models. *Journal of Econometrics 90*(1), 77–97.

Zhang, L. (2016). Intellectual property strategy and the long tail: Evidence from the recorded music industry. *Management Science 64*(1), 24–42.

21

Electronic copy available at: https://ssrn.com/abstract=3339524

# 6   Tables and Figures

**Tables**

Table 1. **Summary Statistics**

**Panel A: Book-Level**

|  | Mean | Std. Dev. | Median | Min | Max |
|---|---|---|---|---|---|
| Scanned (0/1) | 0.43 | 0.49 | 0.00 | 0 | 1 |
| Year Scanned | 2006.98 | 1.19 | 2007.00 | 2005 | 2009 |
| Total Loans (2003-11) | 2.23 | 5.33 | 1.00 | 1 | 1130 |
| Total Sales (2003-11) | 4990.54 | 56486.76 | 0.00 | 0 | 1965285 |
| Total Editions (2003-11) | 3.21 | 14.85 | 0.00 | 0 | 842 |
| Popular (0/1) | 0.12 | 0.32 | 0.00 | 0 | 1 |

**Panel B: Book-Year Level**

|  | Mean | Std. Dev. | Median | Min | Max |
|---|---|---|---|---|---|
| Post-Scanned (0/1) | 0.19 | 0.39 | 0.00 | 0 | 1 |
| Loans | 0.25 | 0.89 | 0.00 | 0 | 189 |
| Sales | 554.50 | 6839.49 | 0.00 | 0 | 626610 |
| Any Loans (0/1) | 0.17 | 0.37 | 0.00 | 0 | 1 |
| Any Sales (0/1) | 0.16 | 0.37 | 0.00 | 0 | 1 |
| Annual Editions | 0.36 | 2.90 | 0.00 | 0 | 542 |

*Note:* This table lists summary statistics for the full sample. Observations in Panel A are at the book-level for 88,006 books in the main sample with at least one loan over the study period. Observations in Panel B are at the book-year level for a balanced panel of 792,054 observations (88,006 books over 9 years from 2003 to 2011). Scanned: 0/1 for books that have been digitized in the time period 2003 to 2011. 37,743 books were digitized by the Google Books project and statistics for the Year Scanned variable are calculated from this subset. Sales data were collected for a subset of 9,204 books and summary statistics are from this subgroup. Popular = 1 for books that had more than one loan before the digitization program started (i.e., in 2003 and 2004). Any Loans and Any Sales are indicators = 1 if a book was loaned or sold at least once in a given year. See text for more details.

Electronic copy available at: https://ssrn.com/abstract=3339524

Table 2. **Estimates for the Impact on Loans and Sales**

**Panel A. Overall Impact**

|  | Poisson | | OLS | |
|---|---|---|---|---|
|  | (1) Loans | (2) Sales | (3) Any-Loans | (4) Any-Sales |
| Post-Scanned | -0.457*** | 0.297* | -0.0629*** | 0.0782*** |
|  | (0.0175) | (0.153) | (0.00167) | (0.00481) |
| Book FE | Yes | Yes | Yes | Yes |
| Year FE | Yes | Yes | Yes | Yes |
| N | 792054 | 82836 | 792054 | 82836 |

**Panel B. Heterogenous Effects by Popularity**

|  | Poisson | | OLS | |
|---|---|---|---|---|
|  | (1) Loans | (2) Sales | (3) Any-Loans | (4) Any-Sales |
| Post-Scanned | -0.362*** | 0.349* | -0.0341*** | 0.0670*** |
|  | (0.0206) | (0.190) | (0.00170) | (0.00625) |
| Post Scanned x Popular | -0.599*** | -0.201 | -0.246*** | 0.0244*** |
|  | (0.150) | (0.221) | (0.00368) | (0.00900) |
| Book FE | Yes | Yes | Yes | Yes |
| Year FE | Yes | Yes | Yes | Yes |
| N | 792054 | 82836 | 792054 | 82836 |

*Note:* This table presents estimates from Poisson and OLS (LPM) models evaluating the overall impact of book digitization on loans and sales (Panel A), and the heterogeneous impact of book digitization on loans and sales for popular books as compared to the rest (Panel B). In columns (1) and (3) of both panels, the sample includes a balanced panel of 88,006 books over 9 years (2003-2011) for a total of 792,054 observations. In columns (2) and (4), the sample includes a balanced panel of 9,204 books over the same time period for a total of 82,836 observations. Loans represents the number of times a book has been loaned in a given year within the Harvard system. Sales is the number of sold copies of that title in a year. Any-Loans and Any-Sales are indicators = 1 if a book has been loaned or sold at least once in a given year, respectively. Post-Scanned equals one in all years after a book has been digitized. Popular equals one for books that had more than one loan before the digitization program started (i.e., in 2003 and 2004). Book and year fixed effects are included in all models. Standard errors are in parentheses, clustered at the book level.

Electronic copy available at: https://ssrn.com/abstract=3339524

Table 3. **Robustness Checks: Alternate Specifications**

| | Log OLS | | Asymptotic sine OLS | | Poisson, no outliers | | Poisson, twins | |
|---|---|---|---|---|---|---|---|---|
| | (1)<br>Ln(Loans) | (2)<br>Ln(Sales) | (3)<br>Asinh(Loans) | (4)<br>Asinh(Sales) | (5)<br>Loans | (6)<br>Sales | (7)<br>Loans | (8)<br>Sales |
| Post-Scanned | -0.0445***<br>(0.00108) | 0.0421***<br>(0.0126) | -0.0676***<br>(0.00192) | 0.0696***<br>(0.0146) | -0.457***<br>(0.0175) | 0.146*<br>(0.0827) | -0.383***<br>(0.0197) | 0.245<br>(0.177) |
| Book FE | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Year FE | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| N | 792054 | 82836 | 792054 | 82836 | 791982 | 82764 | 324216 | 32328 |

*Note:* This table evaluates robustness to alternate specifications and sensitivity to dropping certain observations. Loans represents the total number of times a book has been loaned in a given year. Sales is the number of sold copies of that title in a year. Post-Scanned equals one for all years after a book has been digitized. The first two columns provide zero-inflated Log-OLS estimates (i.e., the dependent variable is $Ln(Loans_{it}+1)$ or $Ln(Sales_{it}+1)$), and the next two columns provide OLS estimates using the hyperbolic sine of loans and sales as the dependent variables. The remaining four columns present Poisson estimates on subsamples of the main dataset: columns (5-6) drop all books with more than 900,000 lifetime sales, and columns (7-8) include only matched pairs (digitized and not) that are located exactly next to each other.

Electronic copy available at: https://ssrn.com/abstract=3339524

Table 4. **Accounting for Potential Endogeneity of Digitization Timing**

**Panel A. Including Time $\times$ Library Location Fixed Effects**

|  | Poisson | | OLS | |
|---|---|---|---|---|
|  | (1)<br>Loans | (2)<br>Sales | (3)<br>Any-Loans | (4)<br>Any-Sales |
| Post-Scanned | -0.466*** | 0.277*** | -0.0613*** | 0.0770*** |
|  | (0.0127) | (0.0917) | (0.00170) | (0.00487) |
| Book FE | Yes | Yes | Yes | Yes |
| Year-location FE | Yes | Yes | Yes | Yes |
| N | 792054 | 26493 | 792054 | 82836 |

**Panel B. Dropping Books Digitized in 2005 or Located in Pusey 3**

|  | Drop 2005-scanned | | | | Drop Pusey 3 | | | |
|---|---|---|---|---|---|---|---|---|
|  | (1)<br>Loans | (2)<br>Sales | (3)<br>Any-Loans | (4)<br>Any-Sales | (5)<br>Loans | (6)<br>Sales | (7)<br>Any-Loans | (8)<br>Any-Sales |
| Post-Scanned | -0.484*** | 0.364** | -0.0566*** | 0.0879*** | -0.450*** | 0.300* | -0.0606*** | 0.0774*** |
|  | (0.0145) | (0.172) | (0.00175) | (0.00553) | (0.0185) | (0.156) | (0.00186) | (0.00528) |
| Book FE | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Year FE | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| N | 740340 | 75807 | 740340 | 75807 | 638802 | 67464 | 638802 | 67464 |

*Note:* This table replicates the regressions from Panel A of Table 2, explicitly accounting for the potential endogeneity issues raised in Section 3. In addition to book fixed effects, Panel A interacts the year fixed effects with indicators for each of the twenty Widener locations (plus "unknown location") to control for demand trends within each location. It utilizes the balanced panel of all 88,006 titles in the main analysis (9,204 in the sales sample).

Panel B drops different subsets of the main dataset. The first four columns drop all titles that were digitized in 2005, leaving us with balanced panels of 82,260 titles in the loans regression and 8,423 titles in the sales analysis. The last four columns drop all books in Pusey 3, with 70,978 books remaining in the loans data and 7,496 in the sales data. Book and year fixed effects are included in all models in Panel B. Standard errors are in parentheses, clustered at the book level.

25

Electronic copy available at: https://ssrn.com/abstract=3339524

Table 5. **Robustness Checks: Accounting for Editions**

| | Direct Effect | | Accounting for Editions | | | |
|---|---|---|---|---|---|---|
| | (1)<br>Editions | (2)<br>Any-Editions | (3)<br>Loans | (4)<br>Sales | (5)<br>Loans | (6)<br>Sales |
| Post-Scanned | 0.538***<br>(0.0371) | 0.186***<br>(0.00174) | -0.478***<br>(0.0150) | 0.225*<br>(0.131) | -0.473***<br>(0.0151) | 0.299*<br>(0.160) |
| Editions | | | -0.00517***<br>(0.00155) | 0.00789***<br>(0.00239) | | |
| Edition Grp. FE | – | – | – | – | Yes | Yes |
| Book FE | Yes | Yes | Yes | Yes | Yes | Yes |
| Year FE | Yes | Yes | Yes | Yes | Yes | Yes |
| N | 222003 | 792054 | 792054 | 26586 | 792054 | 26586 |

*Note:* This table investigates the role of new edition releases in driving the main effect. Columns (1) and (3)-(6) present estimates from Poisson models, and column (2) shows a linear probability model. Editions represents the number of new editions available in print. Any-Editions = 1 if an edition is available at all in a given year. Edition Grp. FE includes ten fixed effects for the number of new editions (starting at zero, with a common FE for all books with 8+ editions). Book and year fixed effects are included in all models. Standard errors in parentheses, clustered at the book level.

Electronic copy available at: https://ssrn.com/abstract=3339524

## Figures

Figure 1. **Comparing Change in Demand for Pre-1923 and Post-1923 Books**



*(i) Likelihood of Increased Loans*          *(ii) Likelihood of Increased Sales*

*Note:* This figure explores the impact of the digitization program on a cross-sectional sample of English language books originally published between 1904-1942, of which only those published before 1923 are digitized due to copyright restrictions. This includes 38,225 books with loans data, and 6,755 books with sales data. For each book, we calculate the change in the number of loans and sales in the 2010-2011 period (after digitization) as compared to the 2003-2004 period (before digitization). We then plot the share of books in each publication year that increase their loans (or sales) on the y-axis and the publication year itself on the x-axis. Books published after 1923 (which were not scanned) are indicated in black, and those before are indicated in gray.

Figure 2. **Timing of Book Digitization By Library Shelf Location**

*Note:* This figure provides an illustration of the timing of book digitization by shelf location for 30,839 (of 37,317) scanned books for which we know the exact shelf location in Harvard's Widener library. For each shelf location, we calculate the percent of books digitized in a given calendar month; the bluer the rectangle the higher percent of books from that location are digitized in that month. Shelves are sorted in ascending order (from bottom to top) of the month in which the maximum percent of their books were digitized. See text for more details.

Electronic copy available at: https://ssrn.com/abstract=3339524

Figure 3. **Residualized Pre-Digitization Demand by Scan Year**



*(i) 2003-04 Loans*          *(ii) 2003-04 Sales*

*Note:* This figure presents coefficients on the years of digitization from title-level regressions of pre-2005 demand on subject dummies, library location dummies, and year-of-digitization dummies, for all books in the dataset. The dependent variable denotes total loans of book $i$ in 2003 and 2004 (Panel $i$) and total sales of book $i$ in 2003 and 2004 (Panel $ii$). We plot coefficients for each year of digitization, including 95% confidence intervals (using robust standard errors). The omitted category is books that were not scanned.

Figure 4. **Time-Varying Estimates of the Impact of Digitization**



*(i) Any-Loans*          *(ii) Any-Sales*

*Note:* This figure provides visual illustrations of the event study specification: $Y_{it} = \alpha + \Sigma_z\ \beta_z(scanned)_i \times 1(z) + \gamma_i + \mu_t + \varepsilon_{it}$, where $\gamma_i$ and $\mu_t$ represent book and time fixed effects, respectively, for book $i$ and year $t$, $(scanned)_i$ equals one for all books that were eventually scanned and $z$ represents the "lag," or the number of years that have elapsed since a book was first digitized ($= 0$ in the year before digitization). The main dependent variables here are Any-Loans (panel ($i$)) or Any-Sales (panel ($ii$)). The chart plots values of $\beta_z$ for different values of $z$.

28

Electronic copy available at: https://ssrn.com/abstract=3339524

# Online Appendix

## A  Conceptual Framework

We introduce a simple motivating model that describes the consumer's decision to obtain the analog product with and without a free digital provider. As we show below, whether the arrival of a digital provider increases or decreases analog demand depends on two parameters: the search costs of finding a particular book, and the individual value from digital products.

Let $b$ denote the book (which identifies its popularity), and let $s \in \{a, d\}$ be the seller (analog or digital, respectively). Consumer $i$'s utility from buying book $b$ through seller $s$ is given as

$$u_{bs}^i = V_{bs}^i - c_b^i,$$

where $V_{bs}^i$ is the book-specific monetary value, that is, the utility the reader gets from obtaining the book less its price. For any book, the analog value $V_{ba}$ is fixed across consumers, but the digital value $V_{bd} \sim f[0, \bar{V}]$. Some consumers strongly value digital consumption (either due to taste or low cost), while others do not (perhaps because they have an aversion to digital copies or face transaction costs).

The search cost $c_b^i$ depends on the book's popularity. For example, *Wealth of Nations* is well known, so that search costs are low for most consumers, whereas consumers may only find out about other titles through (costly) search. Across all consumers, the book-specific search cost is represented by a distribution $c_b \sim f[0, B]$, where the average search cost for less popular books is larger than that for more popular ones. The introduction of the digital provider decreases search costs to zero for all books, markets, and consumers because the digital provider introduces well-developed institutions for discovery.[21]

**The consumer's decision**

We distinguish between the utilities obtained in three cases: buying from an analog seller before digitization, buying from the analog seller after digitization, and buying from the digital seller after digitization.

Consumer $i$'s utility from an analog seller when there is no digital provider can be written as

$$u_{ba}^{i,pre} = V_{ba} - c_b^i. \tag{3}$$

Because there is no digital option ($u_{bd}^{i,pre}$ is not defined), a consumer will buy the analog product if and only

---

[21]The intuition of the model holds even if search costs are lowered rather than eliminated.

Electronic copy available at: https://ssrn.com/abstract=3339524

if $V_{ba} - c_b^i \geq 0$. After digitization, the search cost is eliminated. The consumer's utility from an analog seller is now

$$u_{ba}^{post} = V_{ba}, \tag{4}$$

and if the consumer were to choose the digital option, her utility would be

$$u_{bd}^{i,post} = V_{bd}^i. \tag{5}$$

With a digital option present, consumer $i$ purchases the analog product if and only if the utility from doing so is larger than that from obtaining the free digital version, or $V_{ba} - V_{bd}^i \geq 0$.

The above equations suggest that the impact of free digital provision on analog demand depends on each consumer's search cost $c_b^i$ and their valuation for the digital option $V_{bd}^i$. Figure D.1 illustrates the tension. For all consumers $i$ with $c_b^i > V_{ba} > V_{bd}^i$, digitization enables the book's discovery because the previously high search cost is removed, and it leads to an analog sale that would not have otherwise happened. In contrast, for consumers with $V_{bd}^i > V_{ba} > c_b^i$, digitization did not lead to new discovery. Instead, the consumer substitutes the analog product for the digital provider. If both $c_b^i$ and $V_{bd}^i$ are larger (or smaller) than $V_{ba}$, the introduction of the digital provider will not change the consumer's decision to buy the analog version.

The *market-wide* impact of the digital provider on analog sales depends on the distributions of search costs and of preferences for the digital option. If many consumers have high search costs, the discovery effect likely dominates and digital provision increases sales. But if search costs are generally low, for example with well-known books or when search institutions are otherwise readily available, the substitution effect may prevail and digitization likely cannibalizes analog demand.

## B   The Impact on Prices

The main text shows that digitization through Google Books leads to an increase in the number of editions as well as in the units sold per book, and the improved availability itself does not explain the increase in sales. The increase in unit sales might also be driven by a decrease in prices, perhaps due to increased competition from the Google Books version and the new editions. If such decreases in prices are large enough, then digitization could lead to decreases in revenues despite the increase in sales.

While we do not have price information in the sales sample, we do have some price information from Bowker's Books-in-Print sample, which allows us to test whether and how digitization impacted the sug-

Electronic copy available at: https://ssrn.com/abstract=3339524

gested retail prices of new editions. We treat each newly published edition as an observation, and we estimate the edition's suggested retail price as a function of the title's digitization status at the time of the edition's publication, in addition to indicator variables for the edition's year of publication and for each title. Formally, we estimate

$$Y_{jit} = \alpha + \beta PostScanned_{jit} + \gamma_i + \lambda_t + \varepsilon_{jit}, \tag{6}$$

where $Y_{jit}$ is the suggested retail price (or its log) of edition $j$ of title $i$, which was published in year $t$. In addition, $PostScanned_{jit}$ is an indicator that equals 1 if title $i$ was digitized before the year $t$ in which edition $j$ was published, and $\gamma_i$ and $\lambda_t$ are title and publication year indicators, respectively. In additional checks, we add controls for the number of available editions for title $i$.

Table D.4 depicts the results from these regressions. They suggest that Google's digitization program had at most a small impact on prices of new editions. While the OLS regressions in columns 1-2 show no significant effect on the absolute prices of new editions, the log-OLS regression in column 3 finds that digitization decreases an edition's price by about 1.7% (p-value = 0.08), a small effect compared to that of digitization on sales.[22] However, the coefficient decreases and loses statistical significance after including the number of available editions as an (endogenous) additional control (column 4). These results suggest that digitization impacts edition prices mostly through its effect on availability. Because the availability of editions does not fully explain the positive impact of digitization on sales (panel B of Table 3), neither would a decrease in prices.

## C   Regression Discontinuity

The main analysis takes advantage of variation in the timing and status of digitization across all books in the Harvard Widener library system. An underlying assumption in these analyses is that books that are digitized are inherently similar to books that are not, or not yet, digitized. However, whether a book is digitized at all is a function of the book's copyright status. Throughout the time period of our study, all works that were originally published before 1923 are in the public domain and hence digitized, whereas works from 1923 and later were still protected by copyright and hence not digitized.

This discontinuity in copyright status is due to the most recent copyright extension in the United States. The 1998 Copyright Term Extension Act retroactively extended the copyright term for all protected works by twenty years, from 75 to 95 years for the works in our dataset. This extension provides a sharp, exogenous discontinuity in the ex-post digitization status for works originally published around 1923. Beyond their

---

[22]The negative effect on prices is slightly larger for more popular books.

Electronic copy available at: https://ssrn.com/abstract=3339524

digitization status, however, nothing changed systematically for just one group of titles over the time period in our study. Thus, were it not for the digitization of the older works between 2005 and 2009, one might expect analog demand for these titles to evolve similarly for works originally published on both sides of the 1923 cutoff.

We therefore examine how demand changed from 2003/04 (before any works were digitized) to 2010/11 (after digitization was completed) in a regression discontinuity design that formalizes the patterns shown in Table 1 in the main text. Formally, we utilize the jump in digitization around the original publication year 1923 to estimate regression equations of the form

$$Y_i = \alpha + \beta Digitized_i + k(year_i) + \varepsilon_i, \tag{7}$$

where $Y_i$ describes various measures of the change in book $j$'s demand (library checkouts or sales) from 2003/04 to 2010/11, including the absolute unit changes, an asymptotic sine transformation of these changes, and an indicator that is one if there is an increase in book $i$'s demand.[23] Moreover, $Digitized_i$ is an indicator variable that is 1 if the book was digitized, which is a deterministic function of the book's original year of publication. We define $k(year_i)$ as a quadratic function of the book's publication year, centered around 1923. The bandwidth in each specification is its mean-squared-error optimal bandwidth.

Table D.5 shows the results from these specifications. The first three columns show results for changes in the Harvard library checkouts, and the last three columns focus on changes in sales. All results support those in the main text: treatment through digitization leads to a decrease in the number of library checkouts, and an increase in marketwide sales. The estimated absolute effects on loans are very similar to those in the main regressions, with Harvard library loans decreasing by about 0.2 units per two-year period (or 0.1 units per year, as in column 1 of Table 3). Estimated annual sales effects are a little larger, at about 290 units (compared to 115 units in column 2 of Table 3), although the percentage effects of around 28% are very comparable to the main findings. These results are robust to different bandwidths and functional forms of the publication year. Figure D.3 further plots the annual coefficients of the regressions on the likelihood of increased demand (analog to columns 3 and 6 in Table D.5). It illustrates that books originally published before 1923 and therefore digitized by Google Books are significantly less likely to see an increase in loans and significantly more likely to experience an increase in sales.

---

[23]We use an asymptotic sine transformation instead of the more common log transformation because one would naturally expect many negative changes in demand, and dropping these may bias results (note that our dependent variable is the *change* in demand).

Electronic copy available at: https://ssrn.com/abstract=3339524

# D   Appendix Tables and Figures

Table D.1. **Baseline Estimates Using Subset of Books With At Least One Loan Before 2005**

| | Poisson | | OLS | |
|---|---|---|---|---|
| | (1)<br>Loans | (2)<br>Sales | (3)<br>Any-Loans | (4)<br>Any-Sales |
| Post-Scanned | -0.681*** | 0.165 | -0.0252*** | 0.0834*** |
| | (0.0287) | (0.103) | (0.00197) | (0.00605) |
| Book FE | Yes | Yes | Yes | Yes |
| Year FE | Yes | Yes | Yes | Yes |
| N | 287523 | 53388 | 287523 | 53388 |

*Note:* This table presents estimates from Poisson and OLS (LPM) models evaluating the overall impact of book digitization on loans and sales. The estimations replicate those from Panel A of Table 2 in the main text, but include only books that were checked out at least once pre-digitization (2003/04). This provides a balanced panel of 31,947 books in the loans estimations (columns 1 and 3), and of 5,932 books in the sales regressions (columns 2 and 4). Loans represents the number of times a book has been loaned in a given year within the Harvard system. Sales is the number of sold copies of that title in a year. Any-Loans and Any-Sales are indicators = 1 if a book has been loaned or sold at least once in a given year, respectively. Post-Scanned equals one in all years after a book has been digitized. Book and year fixed effects are included in all models. Standard errors are in parentheses, clustered at the book level.

Electronic copy available at: https://ssrn.com/abstract=3339524

Table D.2. **Estimates by Popularity: Different Cutoffs**

**Panel A. Impact on Loans**

| | Popularity Cutoff: Pre-2005 Loans | | | |
|---|---|---|---|---|
| | >0 | >2 | >4 | >6 |
| Post-Scanned | -0.119*** | -0.419*** | -0.445*** | -0.454*** |
| | (0.0339) | (0.0133) | (0.0130) | (0.0151) |
| Post Scanned x Popular | -0.933*** | -0.458** | -0.409* | -0.225 |
| | (0.0983) | (0.182) | (0.229) | (0.282) |
| Book FE | Yes | Yes | Yes | Yes |
| Year FE | Yes | Yes | Yes | Yes |
| N | 792054 | 792054 | 792054 | 792054 |

**Panel B. Impact on Sales**

| | Popularity Cutoff: Pre-2005 Loans | | | | Pre-2005 Sales |
|---|---|---|---|---|---|
| | >0 | >2 | >4 | >6 | >0 |
| Post-Scanned | 0.401* | 0.341* | 0.305* | 0.297* | 0.994*** |
| | (0.211) | (0.187) | (0.154) | (0.154) | (0.373) |
| Post Scanned x Popular | -0.278 | -0.185 | -0.628*** | -0.124 | -0.701* |
| | (0.228) | (0.223) | (0.157) | (0.217) | (0.399) |
| Book FE | Yes | Yes | Yes | Yes | Yes |
| Year FE | Yes | Yes | Yes | Yes | Yes |
| N | 82836 | 82836 | 82836 | 82836 | 82836 |

*Note:* This table presents estimates from Poisson models evaluating the heterogeneous impact of book digitization on loans (Panel A) and sales (Panel B) for popular books as compared to the rest. In Panel A (loans), the sample includes a balanced panel of 88,006 books over 9 years (2003-2011) for a total of 792,054 observations; in Panel B (sales), the sample includes data on 9,204 books over the same time period for a total of 82,836 observations. Loans represents the number of times a book has been loaned in a given year within the Harvard system. Sales is the number of sold copies of that title in a year. Post-Scanned equals one in all years after a book has been digitized. Popularity cutoffs are according to the number of library loans before the digitization program started (i.e., in 2003 and 2004). One exception, in column 5 of Panel B, the cutoff is based on sales in 2003 and 2004. Book and year fixed effects are included in all models. Standard errors are in parentheses, clustered at the book level.

Electronic copy available at: https://ssrn.com/abstract=3339524

Table D.3. **Accounting for editions, Using Confirmed Matches**

|  | Direct Effect | | Accounting for Editions | | | |
|---|---|---|---|---|---|---|
|  | (1) Editions | (2) Any-Editions | (3) Loans | (4) Sales | (5) Loans | (6) Sales |
| Post-Scanned | 0.538*** (0.0371) | 0.121*** (0.00345) | -0.389*** (0.0228) | 0.264* (0.136) | -0.389*** (0.0229) | 0.345** (0.167) |
| Editions |  |  | -0.00384** (0.00150) | 0.00888*** (0.00258) |  |  |
| Edition Grp. FE | – | – | – | – | Yes | Yes |
| Book FE | Yes | Yes | Yes | Yes | Yes | Yes |
| Year FE | Yes | Yes | Yes | Yes | Yes | Yes |
| N | 222003 | 222003 | 222003 | 17406 | 222003 | 17406 |

*Note:* This table repeats the analyses from Table 5, dropping all titles that did not generate a match with the Bowker database. Columns (1) and (3)-(6) present estimates from Poisson models, and column (2) shows a linear probability model. Editions represents the number of new editions available in print. Any-Editions = 1 if an edition is available at all in a given year. Edition Grp. FE includes ten fixed effects for the number of new editions (starting at zero, with a common FE for all books with 8+ editions). Book and year fixed effects are included in all models. Standard errors in parentheses, clustered at the book level.

Table D.4. **Impact of Digitization on Prices of New Editions**

|  | OLS | | Log OLS | |
|---|---|---|---|---|
|  | (1) Price | (2) Price | (3) Ln(Price) | (4) Ln(Price) |
| Post-Scanned | -0.00438 (0.775) | 0.106 (0.777) | -0.0174* (0.00996) | -0.0143 (0.00998) |
| Editions |  | 0.0220*** (0.00585) |  | 0.000638*** (0.000110) |
| Book FE | Yes | Yes | Yes | Yes |
| Year FE | Yes | Yes | Yes | Yes |
| N | 280240 | 280240 | 280115 | 280115 |

*Note:* This table presents estimates from OLS and log-OLS models evaluating the overall impact of book digitization on prices of new editions. The estimation is on the edition-level, including all 280,115 editions published between 2003 and 2011 that we matched between the titles in Harvard's library system and the Bowker Books-in-Print directory. Post-Scanned equals one in all years after a book has been digitized. Book and year indicators are included in all models. Standard errors are in parentheses, clustered at the title level.

Electronic copy available at: https://ssrn.com/abstract=3339524

Table D.5. **Regression Discontinuity Estimates**

| | Loans | | | Sales | | |
|---|---|---|---|---|---|---|
| | (1)<br>Loans | (2)<br>Asinh(Loans) | (3)<br>Increase | (4)<br>Sales | (5)<br>Asinh(Sales) | (6)<br>Increase |
| Digitized | -0.219***<br>(0.0297) | -0.144***<br>(0.0175) | -0.0641***<br>(0.00781) | 577.4<br>(450.8) | 0.277**<br>(0.126) | 0.159***<br>(0.0229) |
| N | 47902 | 47902 | 47902 | 8016 | 8016 | 8016 |

*Note:* This table presents results from regression discontinuity estimations on the title level. The dependent variables are functions of the changes in analog demand (loans in columns 1-3, and sales in columns 4-6) between 2003/04 (before digitization) and 2010/11 (after digitization). In columns 1 and 4, it is the absolute change in analog demand; columns 2 and 5 use the asymptotic sine of that change; and columns 3 and 6 use an indicator that is 1 if analog demand has increased. The independent variables of interest, *Digitized*, is an indicator that is 1 if the book was digitized (i.e. originally published before 1923). A quadratic function of the publication year is included. The bandwidth in each specification is the MSE-optimal bandwidth. Robust standard errors in parentheses.

Figure D.1. **Theoretical Framework: Decision to Consume Analog vs. Digital**



*Note:* This figure provides an illustration of predictions from the theoretical framework. The framework models an individual customer $i$'s decision to purchase an analog version of the book (a physical copy) as a function of his or her search costs $c_b^i$ (x-axis) and preference for digital copies $V_{bd}^i$ (y-axis) for book $b$. $V_{ba}$ is the valuation of book $b$ if bought from the analog seller.

Electronic copy available at: https://ssrn.com/abstract=3339524

36

Figure D.2. **Time-Varying Estimates of the Impact of Digitization – Twins Sample**



*Note:* This figure is analogous to Figure 4 in the main text, using only titles for which we identified a "twin" title. It reports annual coefficients of the event study specification: $Y_{it} = \alpha + \Sigma_z \beta_z (scanned)_i \times 1(z) + \gamma_i + \mu_t + \varepsilon_{it}$, where $\gamma_i$ and $\mu_t$ represent book and time fixed effects, respectively, for book $i$ and year $t$, $(scanned)_i$ equals one for all books that were eventually scanned and $z$ represents the "lag," or the number of years that have elapsed since a book was first digitized ($= 0$ in the year before digitization). The main dependent variables here are Any-Loans (panel ($i$)) or Any-Sales (panel ($ii$)). The chart plots values of $\beta_z$ for different values of $z$.

Figure D.3. **Annual Estimates of Regression Discontinuity**



*Note:* This figure presents event-study estimates of the likelihood that a book sees increased analog demand (loans or sales) as a function of its original year of publication. Only those books published before 1923 are digitized due to copyright restrictions. The dependent variable is an indicator that is 1 if analog demand (loans or sales) for the book was higher in 2010/11 than in 2003/04, and the independent variables of interest are indicators for the year in which a book was originally published. We plot coefficients for each year of original publication, including 95% confidence intervals (using robust standard errors). A cubic fitted line is included for illustration, and the MSE-optimal bandwidth is chosen.

37

Electronic copy available at: https://ssrn.com/abstract=3339524