SUPPLEMENTAL McNAMARA DECLARATION

EXHIBIT 6

ATTORNEYS EYES ONLY

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF NEW YORK
 3
 4
 5   HACHETTE BOOK GROUP, INC.,
     HARPERCOLLINS PUBLISHERS LLC,
 6   JOHN WILEY & SONS, INC., and
     PENGUIN RANDOM HOUSE LLC,
 7
              Plaintiffs,
 8
         vs.                         No. 1:20-cv-04160-JGK
 9
     INTERNET ARCHIVE and DOES 1
10   through 5, inclusive,
11            Defendants.
     _____/
12
13
                    -- ATTORNEYS' EYES ONLY --
14
15      VIDEOTAPED RULE 30(B)(1) AND 30(B)(6) DEPOSITION
16       OF HACHETTE BOOK GROUP, INC., BY ALISON LAZARUS
17                  Remote Zoom Proceeding
18                   Rye Brook, New York
19                Friday, November 12, 2021
20
21
22
23   REPORTED BY:
24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25   Pages 1 - 254                       Job No. 4867752
```

Page 1

ATTORNEYS EYES ONLY

```
 1              Has Hachette conducted any analysis regarding

 2    the effect of library lending on physical book revenues?

 3         A.   We have no -- no, we haven't.  There's no way to

 4    do that.

 5         Q.   Tell me a little bit about why there's no way to      10:41:58

 6    do that.  What does that mean?

 7         A.   You can't determine what somebody didn't buy.

 8    So if somebody borrows a book from a library, we don't

 9    know that they'll -- under different circumstances, they

10    might have bought a book, a physical book instead.              10:42:24

11    There's just no way to measure sales you didn't get.

12         Q.   Same question but with respect to eBook revenue.

13              Has Hachette conducted any analysis about the

14    effect of library lending on eBook revenue?

15         A.   Yes, we have.                                         10:42:47

16         Q.   Okay.  What kind of analysis?

17         A.   We've compared our retail sales rates and

18    corresponding -- corresponding rates of library reads,

19    what we would call circulations.  So we look at the rate

20    of circulations going up, let's say, and look at the rate       10:43:14

21    of retail eBook sales going down and, you know.

22              So we do that kind of analysis.  And in that

23    case, we -- we have the data to -- to look at those two

24    types of sales.

25         Q.   How often is that kind of analysis conducted?         10:43:35
```

Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY

```
1       A.  We do a kind of short monthly analysis on
2   library circulation, and then a bigger analysis like that
3   would be maybe every six months.
4       Q.  And the monthly analysis of circulation is
5   compared to monthly revenues?                              10:44:01
6       A.  It's really looking at the rate of circulation,
7   let's say, this year compared to last year or -- yeah,
8   that's generally what we're looking at.
9       Q.  Okay.  But when you conduct the analysis
10  monthly, are you looking at, for example, if you were      10:44:22
11  looking at June of 2021, would you be comparing to June
12  of 2020?
13      A.  Yes, or maybe even June 2019.  Sometimes more
14  than one year.
15      Q.  And could you explain a little bit about how the   10:44:43
16  library circulation monthly data is analyzed with respect
17  to the revenue data that you have?
18      A.  So libraries will, you know, buy a copy of an
19  eBook, and then they can lend it numerous times over the
20  course of the term, the two-year term.  So we look at the  10:45:10
21  revenue versus the circulations and come up with a -- you
22  know, a cost-per-circ estimate, and that's something we
23  compare over time to understand the financial trends in
24  lending.
25      Q.  Okay.  How does that data -- actually, strike      10:45:37
```

Page 37

ATTORNEYS EYES ONLY

1    that.

2           Is Hachette able to use that data to perform any

3    analysis about the effect of library eBook lending on

4    library retail sales?

5           MS. MCNAMARA: Objection. This is very                10:45:58

6    confusing. Do you understand the question, Alison?

7           THE WITNESS: No. I was just going to say I'm

8    not sure what you mean about library retail sales because

9    libraries aren't retailers.

10       Q. BY MS. LANIER: That was a verbal error on my         10:46:12

11   part. Thank you for giving me a chance to clarify.

12          What I was trying to ask, but inartfully, is

13   whether Hachette is able to use the types of data we were

14   just talking about to analyze the effect of library eBook

15   lending on retail sales of eBooks.                          10:46:29

16       A. We -- we do try to do that. It's -- it's, you

17   know, speculative because you can't truly directly make

18   that correlation, meaning, again, I -- we can't tell, you

19   know, why somebody borrowed a book versus buying the

20   book. So we look at the trends to try to understand        10:46:58

21   what's happening in both markets, and we do use that data

22   to inform our decision making.

23       Q. BY MS. LANIER: When you say "to inform our

24   decision making," what do you mean by that?

25       A. Looking at our approach to the retail eBook         10:47:21

1  market, how we might market our books there, working with

2  our library vendors to help promote certain types of

3  titles that might be underperforming. So just general,

4  you know, market data, trying to understand where there

5  are opportunities and where we -- we might want to        10:47:46

6  rethink something.

7      Q. Does the term "cannibalized" get used with

8  respect to -- strike that.

9          Are you familiar with the term "cannibalized" in

10 terms of revenues and sales in that context?              10:48:07

11     A. Yes.

12     Q. Is Hachette concerned or Hachette -- has

13 Hachette expressed concerns about the effect that

14 libraries have on retail sales of books?

15     A. Yes, we've had -- we've had some concerns as the   10:48:28

16 lending trend have gone up and the retail trends have

17 gone down.

18     Q. But beyond the analysis that -- that we've

19 discussed today, is there any additional analysis or

20 investigation into whether libraries actually do          10:48:54

21 cannibalize sales of books?

22         MS. MCNAMARA: Objection. Vague, ambiguous.

23         THE WITNESS: Again, there are limits to what

24 we're able to understand and get data for, and so we are

25 constantly looking at our sales in all channels and       10:49:15

1   trying to understand what's happening in the marketplace

2   to the best of our ability, but there are limits to the

3   depth and detail that we have access to.

4       Q.  BY MS. LANIER:  You mentioned trends of eBook

5   retail sales and trends of library eBook circulation.                10:49:37

6   Has it been your observation in the last, let's say from

7   2017 or so on, that decreases in eBook revenue correspond

8   to increases in library circulation of eBooks?

9       A.  It's been my observation that as library lending

10  has become more popular and the circulations have gone up            10:50:12

11  that retail sales for eBooks have gone down, yes.

12      Q.  But as you have testified before, you don't know

13  for sure if there is a causal relationship between those

14  two things that are occurring at the same time?

15          MS. MCNAMARA:  Objection.  Mischaracterizes her               10:50:36

16  testimony.

17          THE WITNESS:  To the best of our ability to

18  interpret the data that we have, we think there is maybe

19  a causal relationship.

20      Q.  BY MS. LANIER:  What about the data makes you                 10:50:49

21  think there is a causal relationship between those two

22  things?

23      A.  The -- the rise in circulation statistics for,

24  in particular, you know, kind of popular frontlist

25  authors and the corresponding decline in what we would               10:51:14

Page 40


1   call à la carte sales for those authors of retail in
2   eBook format.
3       Q.  But what about the rise in circulation
4   statistics and the decline in à la carte sales makes you
5   think, makes you conclude or makes you believe that there    10:51:39
6   is a causal relationship between those two things?
7       A.  Again, you know, we can't prove it, but there
8   don't seem to be other, you know, significant extenuating
9   factors that would, you know, create such a drastic
10  shift.  Although there are other things happening in the     10:52:07
11  marketplace that may have an impact, it's just that we
12  don't have the data to support that.
13      Q.  Okay.  When you said there are other things
14  happening in the marketplace, are you thinking of
15  anything specific?                                           10:52:28
16      A.  Things like the -- you know, the Kindle
17  Unlimited program might be one.  Piracy is another.
18  Those -- those are the two that kind of come to mind.
19      Q.  And this is very possibly a dumb question so
20  forgive me:  But what is the Kindle Unlimited program?       10:52:50
21      A.  It's a subscription -- an eBook subscription
22  program that Amazon offers with -- you pay a flat monthly
23  fee and you get unlimited digital reading.  Hachette does
24  not participate in that program.
25      Q.  Excuse me.  And when we've been talking about        10:53:21

```
 1   in and let me know what you interpret that sentence to
 2   mean.
 3        A.   "IA not only conflates print books and eBooks,
 4   it ignores the well-established channels in which
 5   publishers do business with bookstores, e-commerce          11:03:58
 6   platforms, and libraries, including for print and eBook
 7   lending."
 8             MS. MCNAMARA:  And I caution the witness that
 9   you should look at the context.  You don't just be
10   directed at a particular sentence.  Make sure that you     11:04:14
11   have an opportunity to understand the context of the
12   document.
13             THE WITNESS:  Yes.
14             MS. LANIER:  She's absolutely right.  I was
15   remiss in not giving you enough time to look at the whole  11:04:24
16   document.  Please do so if that's helpful to you.
17             THE WITNESS:  Yes, please.  Thank you.
18             Okay.  So I'm sorry, can you repeat the original
19   question?
20        Q.   BY MS. LANIER:  Certainly.                       11:06:34
21             So in the paragraph that starts "and willfully
22   ignoring the Copyright Act" --
23        A.   Uh-huh.
24        Q.   -- what does the phrase "conflates the separate
25   markets and business models made possible by the           11:06:47
```

Page 48

ATTORNEYS EYES ONLY

1  statutes, incentives, and protections" mean to you?
2      A.  It means that Internet Archive is creating an
3  eBook from a print book, and those are two separate
4  formats, two separate business models that we support for
5  our authors and that we do not think of as one item that          11:07:15
6  can be shared.  There are two distinct ways of reading
7  that we treat very separately.
8      Q.  And in the next paragraph, the one that starts,
9  "This lawsuit is not about the occasional transmission,"
10 do you see that paragraph?                                        11:07:45
11     A.  Uh-huh.
12     Q.  Have you had a chance to read that paragraph
13 yet?
14     A.  Yes.
15     Q.  Do you see the phrase towards the -- it's the             11:07:52
16 second line from the bottom of the page, and it says:
17 "Purposely denigrating their commercial value."
18         Do you see that phrase?
19     A.  Let me get there.
20     Q.  Sure.                                                     11:08:08
21     A.  Yes, I see it.
22     Q.  Does Hachette have any evidence that the
23 Internet Archive has purposely denigrated the commercial
24 value of books?
25     A.  Well, by making scans of print books, that -- we          11:08:44

ATTORNEYS EYES ONLY

```
1    believe that is purposefully denigrating the commercial
2    value.  EBooks have their own commercial value that
3    authors are entitled to receive royalties from, and print
4    books have a different set of terms that authors receive
5    royalties from.                                              11:09:08
6           So by creating scans and treating them as from a
7    print book that wasn't purchased from us and an eBook
8    that wasn't purchased from us, it does denigrate their
9    commercial value, and it makes it free to the consumer
10   without restriction, without them paying for it or being    11:09:28
11   a library member.
12        Q.  To Hachette, the scanning of the physical book
13   is the purposeful denigration of the commercial value of
14   the book?
15           MS. MCNAMARA:  Objection.                            11:09:49
16           Just a second.
17           Objection.  That's willfully misrepresents the
18   witness' testimony.
19           MS. LANIER:  That willfully misrepresents my
20   question, actually.                                          11:09:56
21           Please go ahead.
22           MS. MCNAMARA:  Well --
23           THE WITNESS:  It isn't -- it's the scanning, but
24   also making available a digital copy that wasn't
25   authorized by us, that isn't protected by -- that isn't,    11:10:10
```

Page 50

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | you know, under our auspices as a copyrighted format.  So | |
| 2 | it's -- it's just taking an item and turning it into | |
| 3 | something else that wasn't authorized or doesn't comply | |
| 4 | with our terms of sale and our approach to the | |
| 5 | marketplace. | 11:10:32 |
| 6 |     Q.  BY MS. LANIER:  Are you finished with your | |
| 7 | answer? | |
| 8 |     A.  Uh-huh. | |
| 9 |     Q.  I wasn't able to tell. | |
| 10 |     So apart from scanning and making available for | 11:10:44 |
| 11 | borrowing, does Hachette have other grounds for thinking | |
| 12 | that the Internet Archive is purposely denigrating the | |
| 13 | commercial value of books? | |
| 14 |     A.  I have to think about that for a second. | |
| 15 |     The availability, the premise behind the | 11:11:22 |
| 16 | Internet Archive's making eBooks available on the site in | |
| 17 | the way that they do denigrates our standard business | |
| 18 | practices, and I think to the consumer presents a very | |
| 19 | different kind of lending experience that doesn't support | |
| 20 | copyright, doesn't support our authors, doesn't support | 11:11:53 |
| 21 | our relationship with libraries, and in fact, is very | |
| 22 | counter to how we try to conduct business in a very clear | |
| 23 | and collaborative way with our existing eBook partners. | |
| 24 |     Q.  Could you scroll to HACHETTE0011118, please.  It | |
| 25 | will be the last page in this document. | 11:12:23 |

```
1    STATE OF CALIFORNIA    ) ss:
2    COUNTY OF MARIN        )
3
4            I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do
5    hereby certify:
6            That the foregoing deposition testimony was
7    taken before me at the time and place therein set forth
8    and at which time the witness was administered the oath;
9            That testimony of the witness and all objections
10   made by counsel at the time of the examination were
11   recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16           I further certify that I am neither counsel for
17   any party to said action, nor am I related to any party
18   to said action, nor am I in any way interested in the
19   outcome thereof.
20           IN WITNESS WHEREOF, I have subscribed my name
21   this 18th day of November, 2021.
22
23
24                    [signature]
25
                      LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```

Page 251