# SUPPLEMENTAL McNAMARA DECLARATION

# EXHIBIT 7

# FILED UNDER SEAL