SUPPLEMENTAL McNAMARA DECLARATION

EXHIBIT 9

FILED UNDER SEAL