SUPPLEMENTAL McNAMARA DECLARATION

EXHIBIT 10

Page 146

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4

5     HACHETTE BOOK GROUP, INC.,

      HARPERCOLLINS PUBLISHERS LLC,

6     JOHN WILEY & SONS, INC., and

      PENGUIN RANDOM HOUSE LLC,

7

                   Plaintiffs,

8

           vs.                    No. 1:20-cv-04160-JGK

9

      INTERNET ARCHIVE and DOES 1

10    through 5, inclusive,

11              Defendants.

      _____/

12

13

14

15    VIDEOTAPED RULE 30(B)(6) DEPOSITION OF INTERNET ARCHIVE

16                  BY LILA BAILEY

17                   Volume 2

18              Remote Zoom Proceedings

19              San Francisco, California

20              Tuesday, October 19, 2021

21

22

23    REPORTED BY:

24    LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

25    Job No. 4842007

Page 215

1    answer.

2         Q.  BY MS. MCNAMARA:  Did you have any discussion

3    with Brewster Kahle about the content of the draft white

4    paper?

5              MR. GRATZ:  I'm sorry, objection.  Vague as to

6    time.

7         Q.  BY MS. MCNAMARA:  Prior to the publication of

8    the paper.

9              MR. GRATZ:  Okay.  And then same caution to the

10   witness regarding attorney-client communications.

11             If you can answer the question based only on

12   non-privileged conversations, you can answer; otherwise,

13   I instruct you not to answer.

14             THE WITNESS:  I don't recall having any such

15   conversations.

16        Q.  BY MS. MCNAMARA:  Okay.  Turning back again to

17   the first page of the white paper, do you see that it

18   includes that there are five different -- in the table of

19   contents, five different topics of the paper?

20        A.  I do.

21        Q.  And Topic 4 is "Takeaways:  System Design and

22   Risk Mitigation"?

23        A.  I see that.

24        Q.  And since you have looked at the paper, I

25   presume you have read that section?

Page 254

1    STATE OF CALIFORNIA     ) ss:

2    COUNTY OF MARIN         )

3

4         I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do

5    hereby certify:

6         That the foregoing deposition testimony was

7    taken before me at the time and place therein set forth

8    and at which time the witness was administered the oath;

9         That testimony of the witness and all objections

10   made by counsel at the time of the examination were

11   recorded stenographically by me, and were thereafter

12   transcribed under my direction and supervision, and that

13   the foregoing pages contain a full, true and accurate

14   record of all proceedings and testimony to the best of my

15   skill and ability.

16        I further certify that I am neither counsel for

17   any party to said action, nor am I related to any party

18   to said action, nor am I in any way interested in the

19   outcome thereof.

20        IN WITNESS WHEREOF, I have subscribed my name

21   this 25th day of October, 2021.

22

23

24

25        LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462