SUPPLEMENTAL McNAMARA DECLARATION

EXHIBIT 11

# Internet Archive Blogs

*A blog from the team at archive.org*



Blog    Announcements    25th Anniversary    archive.org    About    Events    Developers    Donate

## Internet Archive Launches New Pilot Program for Interlibrary Loan

Posted on April 27, 2021 by Brewster Kahle



*Photo by Alfons Morales on Unsplash*

The pandemic has resulted in a renewed focus on resource sharing among libraries. In addition to joining resource sharing organizations like the Boston Library Consortium, the Internet Archive has started to participate in the longstanding library practice of interlibrary loan (ILL).

Internet Archive is now making two million monographs and three thousand periodicals in its physical collections available for non-returnable fulfillment through a pilot program with RapidILL, a prominent ILL coordination service. To date, more than seventy libraries have added the Internet Archive to their reciprocal lending list, and Internet Archive staff are responding to, on average, twenty ILL requests a day. If your library would like to join our pilot in Rapid, please reach out to Mike Richins at Mike.Richins@exlibrisgroup.com and request that Internet Archive be added to your library's reciprocal lending list.

If there are other resource sharing efforts that we should investigate as we pilot our ILL service, please reach out to Brewster Kahle at brewster@archive.org.

Posted in Announcements, Books Archive, News | Tagged ill |

← Introducing 50+ New Public Library        Getting Started at the Internet Archive →



Search

### Recent Posts

- September Book Talk: The History of the Computer, Sep 15 (virtual)
- Book Talk: Surveillance State, Sep 14 (in-person)
- Introducing the 2022 DWeb Fellows
- Library Leaders Forum 2022: Registration now open
- Launching Legal Literacies for Text Data Mining – Cross Border (LLTDM-X)

### Recent Comments

- mib on Book Talk: Surveillance State, Sep 14 (in-person)
- Dejan on September Book Talk: The History of the Computer, Sep 15 (virtual)
- aho on Book Talk: Surveillance State, Sep 14 (in-person)
- Jan Savanyu on Book Talk: Surveillance State, Sep 14 (in-person)
- Ken Fisher on Book Talk: Surveillance State, Sep 14 (in-person)

### Categories

- 78rpm
- Announcements

Members of the Internet Archive's Community

Webs Program

- Archive Version 2
- Archive-It
- Audio Archive
- Books Archive
- Cool items
- Education Archive
- Emulation
- Event
- Image Archive
- Jobs
- Lending Books
- Live Music Archive
- Movie Archive
- Music
- News
- Newsletter
- Open Library
- Past Event
- Software Archive
- Technical
- Television Archive
- Uncategorized
- Upcoming Event
- Video Archive
- Wayback Machine – Web Archive
- Web & Data Services

## Archives

Select Month

## Meta

- Log in
- Entries feed
- Comments feed
- WordPress.org



*Proudly powered by WordPress*