# SUPPLEMENTAL McNAMARA DECLARATION

# EXHIBIT 13

Page 1
The Glass Castle by Jeannette Walls · OverDrive: ebooks, audiobooks, and more for libraries and schools
https://www.overdrive.com/media/286580/the-glass-castle



Find a Library

**OverDrive**

Browse Collections    Apps    Search by title or author    Sign In

Media > The Glass Castle

# The Glass Castle
ebook | A Memoir

By Jeannette Walls

Search for a digital library with this title

Search by city, ZIP code, or library name

Learn more about precise location detection

**Title found at these libraries:**

| | | | |
|---|---|---|---|
| Spring Valley Library (Las Vegas-Clark County Library District) | 2.4 mi | Get an Instant Card | VIEW ON LIBRARY SITE |
| Las Vegas-Clark County Library District (Las Vegas-Clark County Library District) | 3.1 mi | Get an Instant Card | VIEW ON LIBRARY SITE |
| Windmill Library (Las Vegas-Clark County Library District) | 3.1 mi | Get an Instant Card | VIEW ON LIBRARY SITE |

View more libraries...

READ A SAMPLE

MORE THAN EIGHT YEARS ON THE *NEW YORK TIMES* BESTSELLER LIST

The extraordinary, one-of-a-kind, "nothing short of spectacular" (*Entertainment Weekly*) memoir from one of the world's most gifted storytellers.

*The Glass Castle* is a remarkable memoir of resilience and redemption, and a revelatory look into a family at once deeply dysfunctional and uniquely vibrant. When sober, Jeannette's brilliant and charismatic father captured his children's imagination, teaching them physics, geology, and how to embrace life fearlessly. But when he drank, he was dishonest and destructive. Her mother was a ...read more

| Format | ebook |
|---|---|
| ISBN | 9780743247542 |
| Author | Jeannette Walls |
| Publisher | Scribner |
| Release | 15 December 2006 |
| Share | |

**Subjects**
Biography & Autobiography
Nonfiction


Also available as an **audiobook**   AUDIO

Available to buy

**Related books that may interest you:**






| The Glass Castle | The Glass Castle | The Glass Castle | The Glass Castle |
|---|---|---|---|
| Jeannette Walls · Jeannette Walls (2010) | Instaread (2015) | Trisha White Priebe · Jerry B Jenkins (2016) | Trisha Priebe · Jerry B. Jenkins (2016) |

Media > The Glass Castle



**OverDrive**
Certified B Corporation

**Our Apps**
Libby
Sora
Kanopy
Help

**Markets Served**
Public Libraries
K-12 Schools
Business & Law
Higher Education
Publishers

**About**
About OverDrive
Careers at OverDrive
Newsroom
Leadership

Copyright 2022 - All rights Reserved    Privacy Policy | Terms & Conditions | Accessibility | Cookie settings

# The Hunger Games

ebook | The Hunger Games Series, Book 1 · The Hunger Games

By Suzanne Collins

READ A SAMPLE

Search for a digital library with this title

Search by city, ZIP code, or library name

Learn more about precise location detection

**Title found at these libraries:**

**Sorry, no libraries found.**

Please try searching again. If you still can't find a library, there are a couple possible reasons:

- *The library doesn't have this title in their digital collection.*
- *The library doesn't offer digital titles through OverDrive.*

Find in other nearby digital libraries.

The astonishing best-seller is now a fantastic movie. Here is the original novel with new movie artwork on the cover. Set in a dark vision of the near future, a terrifying reality TV show is taking place. Twelve boys and twelve girls are forced to appear in a live event called The Hunger Games. There is only one rule: kill or be killed. When sixteen-year-old Katniss Everdeen steps forward to take her younger sister's place in the games, she sees it as a death sentence. But Katniss has been close to death before. For her, survival is second nature.

...read more

| | |
|---|---|
| Format | ebook |
| Series | The Hunger Games |
| Author | Suzanne Collins |
| Publisher | Scholastic Australia |
| Release | 30 March 2012 |
| Share | |

**Subjects**

- Science Fiction
- Thriller
- Young Adult Fiction

**The Hunger Games Series**

1 The Hunger Games

Also available as an **audiobook** AUDIO

**Related books that may interest you:**

The Hunger Games Trilogy
Suzanne Collins (2011)

Mockingjay
Suzanne Collins · Carolyn McCormick (2010)

The Ballad of Songbirds and Snakes
Suzanne Collins (2020)

The Hunger Games
Suzanne Collins (2009)

Mockingjay
Suzanne Collins (2010)

Catching Fire
Suzanne Collins (2010)

Copyright 2022 - All rights Reserved





     





Page 1
Catch-22 by Joseph Heller · OverDrive: ebooks, audiobooks, and more for libraries and schools
https://www.overdrive.com/media/479402/catch-22



Page 1
Beyond Magenta by Susan Kuklin · OverDrive: ebooks, audiobooks, and more for libraries and schools
https://www.overdrive.com/media/1543975/beyond-magenta

Find a Library

**OverDrive**

Browse Collections    Apps    Search by title or author    Sign In

Media > Beyond Magenta

# Beyond Magenta

ebook | Transgender and Nonbinary Teens Speak Out

By Susan Kuklin

Search for a digital library with this title

Search by city, ZIP code, or library name

Learn more about precise location detection

**Title found at these libraries:**

| Jim Bridger Middle School (Jim Bridger Middle School) | 7.4 mi | VIEW ON SCHOOL SITE |
| Cheyenne High School (Cheyenne High School) | 10.9 mi | VIEW ON SCHOOL SITE |
| Pahrump Community Library (Nevada Library Cooperative) | 44.4 mi | VIEW ON LIBRARY SITE |

View more libraries...

READ A SAMPLE

A 2015 Stonewall Honor Book
A groundbreaking work of LGBT literature takes an honest look at the life, love, and struggles of transgender teens. Author and photographer Susan Kuklin met and interviewed six transgender or gender-neutral young adults and used her considerable skills to represent them thoughtfully and respectfully before, during, and after their personal acknowledgment of gender preference. Portraits, family photographs, and candid images grace the pages, augmenting the emotional and physical journey each youth has taken. Each honest discussion and disclosure, whether joyful or heartbreaking, is completely different from the other because of family dynamics, living ...read more

| Format | ebook |
| Author | Susan Kuklin |
| Publisher | Candlewick Press |
| Release | 11 February 2014 |
| Share | |

**Subjects**
- Biography & Autobiography
- LGBTQIA+ (Nonfiction)
- Sociology
- Young Adult Nonfiction

Available to buy

Media > Beyond Magenta

**OverDrive** Certified B Corporation

**Our Apps**
Libby
Sora
Kanopy
Help

**Markets Served**
Public Libraries
K-12 Schools
Business & Law
Higher Education
Publishers

**About**
About OverDrive
Careers at OverDrive
Newsroom
Leadership

Copyright 2022 - All rights Reserved    Privacy Policy | Terms & Conditions | Accessibility | Cookie settings