# SUPPLEMENTAL McNAMARA DECLARATION

# EXHIBIT 14

READ A SAMPLE

# The Palace of Illusions

ebook | A Novel

By Chitra Banerjee Divakaruni

Search for a digital library with this title

Search by city, ZIP code, or library name

Learn more about precise location detection

**Title found at these libraries:**

| | | | |
|---|---|---|---|
| Spring Valley Library (Las Vegas-Clark County Library District) | 2.4 mi | Get an Instant Card | VIEW ON LIBRARY SITE |
| Las Vegas-Clark County Library District (Las Vegas-Clark County Library District) | 3.1 mi | Get an Instant Card | VIEW ON LIBRARY SITE |
| Windmill Library (Las Vegas-Clark County Library District) | 3.1 mi | Get an Instant Card | VIEW ON LIBRARY SITE |

View more libraries...

Taking us back to a time that is half history, half myth and wholly magical, bestselling author Chitra Banerjee Divakaruni gives voice to Panchaali, the fire-born heroine of the Mahabharata, as she weaves a vibrant retelling of an ancient epic saga.

Married to five royal husbands who have been cheated out of their father's kingdom, Panchaali aids their quest to reclaim their birthright, remaining at their side through years of exile and a terrible civil war. But she cannot deny her complicated friendship with the enigmatic Krishna—or her secret attraction to the mysterious man who is her husbands' most dangerous enemy—as she is caught up in the ever-manipulating hands of fate.

...read more

Also available as an **audiobook** AUDIO

Available to buy

| | |
|---|---|
| Format | ebook |
| ISBN | 1400096200 |
| Author | Chitra Banerjee Divakaruni |
| Publisher | Knopf Doubleday Publishing Group |
| Release | 10 February 2009 |
| Share | |

Subjects

- Fantasy
- Fiction
- Literature
- Mythology

## Related books that may interest you:

The Palace of Illusions
Chitra Banerjee Divakaruni · Sneha Mathan (2008)

The Palace of Illusions
Kim Addonizio (2014)

The Palace of Illusions
Chitra Divakaruni (2010)

The Palace of Illusions
Chitra Divakaruni (2008)



Page 2
The Palace of Illusions by Chitra Banerjee Divakaruni · OverDrive: ebooks, audiobooks, and more for libraries and schools
https://www.overdrive.com/media/147868/the-palace-of-illusions

Copyright 2022 - All rights Reserved

Privacy Policy | Terms & Conditions | Accessibility | Cookie settings



Find a Library

OverDrive®    Browse Collections    Apps    Search by title or author    Sign In

Media > Victory Song

# Victory Song
ebook

By Chitra Banerjee Divakaruni

Search for a digital library with this title

Search by city, ZIP code, or library name

Learn more about precise location detection

**Title found at these libraries:**

**Sorry, no libraries found.**

Please try searching again. If you still can't find a library, there are a couple possible reasons:

- The library doesn't have this title in their digital collection.
- The library doesn't offer digital titles through OverDrive.

Find in other nearby digital libraries.

VANDE MATARAM! The song of the freedom fighters is ringing in the countryside The year is 1939. The freedom fighters will stop at nothing till they send the British back. Twelve-year-old Neela arrives in Calcutta with a mission. Her father has been jailed for joining a protest march, and Neela has to rescue him before he is deported to the Andaman Islands. But can a little girl outwit the mighty British Empire? Set in a dramatic period in India's history, this racy adventure, written by one of the finest Indian writers today, will keep you hooked till the last page.    ...read more

READ A SAMPLE

| | |
|---|---|
| Format | ebook |
| Author | Chitra Banerjee Divakaruni |
| Publisher | Penguin Books Ltd |
| Release | 01 August 2014 |
| Share | |

**Subjects**

Historical Fiction >

Young Adult Fiction >

**Related books that may interest you:**


Victory Song
Ruth ONeil · Jeri Doner
(2013)

Media > Victory Song





| Our Apps | Markets Served | About |
|---|---|---|
| Libby | Public Libraries | About OverDrive |
| Sora | K-12 Schools | Careers at OverDrive |
| Kanopy | Business & Law | Newsroom |
| Help | Higher Education | Leadership |
| | Publishers | |

Copyright 2022 - All rights Reserved    Privacy Policy | Terms & Conditions | Accessibility | Cookie settings    

Page 1
The Conch Bearer by Chitra Banerjee Divakaruni · OverDrive: ebooks, audiobooks, and more for libraries and schools
https://www.overdrive.com/media/6288538/the-conch-bearer



