SUPPLEMENTAL McNAMARA DECLARATION

EXHIBIT 15

Page 1

Benjamin H. Saracco

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - -

HACHETTE BOOK GROUP, INC.,   : Civil Action
ET AL,                        : No. 1:20-cv-04160-JGK
                              :
      Plaintiffs,             :
                              :
   vs.                        :
                              :
INTERNET ARCHIVE, ET AL,      :
                              :
      Defendants.             :

- - -

TUESDAY, MARCH 15, 2022

- - -

Remote Zoom Videotaped Deposition of BENJAMIN H. SARACCO, taken pursuant to Notice, in New Jersey, commencing at approximately 11:06 a.m., on the above date, before Rose A. Tamburri, RPR, CM, CCR, CRR, USCRA Speed and Accuracy Champion and Notary Public.

- - -

1  library was closed, I already knew as a matter
2  of fact through regular, you know, going to
3  work every day and fielding questions in
4  emails that the BLS and ACLS manuals, for
5  whatever reason decided by my library's
6  administration, were made available through
7  physical copies.
8             MR. BROWNING:  Understood.
9             Bill, could you put up Tab 11,
10 please.
11            (Whereupon, a document was marked,
12 for identification purposes, as Saracco
13 Exhibit 11.)
14            MR. BROWNING:  And let me know
15 when you can see this.
16            THE WITNESS:  I have it.
17 BY MR. BROWNING:
18    Q.   So this is Saracco Exhibit 11, I'm
19 going to represent to you, is a web page I
20 accessed, either yesterday or the day before,
21 on the American Heart Association's website.
22 It says, "ACLS Provider Manual eBook."
23            I am going to represent to you,
24 Ben, this is an eBook version of the Advanced
25 Cardiovascular Life Support book.  My question

Page 253

1   is this:
2              Have you ever seen this web page
3   before?
4       A.   I don't ever recall ever seeing this
5   exact web -- this exact web page.
6       Q.   If you had seen -- sorry, go ahead.
7   I didn't mean to interrupt you.
8       A.   No, that was all.
9       Q.   Okay.
10             And I am going to represent to you
11  that this is a page through which you can
12  purchase a version of the -- the ACLS manual
13  eBook.
14             Do you have any reason to doubt
15  that?
16      A.   No.  And I will amend my previous
17  testimony.  So before I was right when I said
18  it was the American Heart Association, so that
19  makes me think that maybe in some time past, I
20  had seen this website and -- because how else
21  would I -- well, I could have seen the cover
22  of a book also that would let me know that,
23  but I just want to be fair that I don't want
24  to make that statement.
25      Q.   Yeah.

1      A.   Make -- that there's -- there's
2  possibility -- I mean, I visit hundreds of
3  websites a day for books when I search for a
4  book, and it's possible I've seen this website
5  before.
6      Q.   Totally -- totally understood.
7           But, I mean, I guess -- I guess
8  what I'm getting at is, at the time we were
9  discussing when you directed patrons or
10 students to the Internet Archive, to the best
11 of your recollection, as you sit here today,
12 you were not available -- you were not aware
13 that the ACLS provider manual was available as
14 an eBook; is that right?
15     A.   You broke up a bit there.  I was not
16 aware that what?
17     Q.   That this ACLS provider manual was
18 available as an eBook?
19     A.   Well, it wasn't available as eBook on
20 the platform that we had.
21     Q.   Yep.
22          But do you ever -- and I am not --
23 I don't mean you, personally, here, but are
24 there ever times where people who are
25 authorized to talk with publishers to see if

Page 255

1  they can get preferential access to eBooks or
2  licensed eBooks?
3       A.   Preferential access?  I'm not sure
4  what that means.
5       Q.   Strike that.  That's a terrible
6  question.
7            Are there ever times where people
8  who are not you, but representatives of the
9  library, negotiate with publishers for eBooks?
10      A.   They negotiate for platforms that
11 contain eBooks.
12      Q.   Okay.
13      A.   And it's possible in one of those
14 platforms -- a lot of times, these eBooks are
15 in packages or bundles.  Again, this is not my
16 area of professional duties, so I can't really
17 speak as to how that works and how they --
18 they do that.
19           But yes, they certainly subscribe
20 to platforms that might make it available.
21 You know, sometimes vendors -- I mean, we have
22 6 to 8,000 employees at Cooper Health, you
23 know, 20,000 student enrollment at Rowan
24 University, not counting any -- any of the
25 staff.  There's a lot of factors that go into

Page 256

1  whether a vendor would even want to make
2  materials available to you sometimes.  So
3  again, it's not my area of expertise.
4      Q.   Sure.
5      A.   But, yeah.
6      Q.   But to the best of your knowledge,
7  nobody at Rowan University reached out to the
8  American Heart Association while your library
9  was closed down to ask for free copies of the
10 eBook?
11     A.   For free copies?
12     Q.   Correct.
13          MS. LEE:  Objection to form.
14          THE WITNESS:  I'm sorry, could you
15 repeat the question?  I didn't hear part of
16 it.
17          MR. BROWNING:  Sure.  So let me --
18 let me preface with another representation.
19 BY MR. BROWNING:
20     Q.   Are you aware that during the
21 pandemic, certain publishers offered either
22 free or discounted copies of eBooks to cover
23 for books that were -- physical books that
24 were unavailable?
25     A.   EBooks, no, I'm not familiar with it.

Page 257

1    I know some of the databases made, like, free
2    access for a period of time.  I can't tell you
3    a specific example, but I sort of vaguely
4    remember a couple of databases doing that.
5         Q.   So I guess the question I was asking
6    is, are you aware of anyone from Rowan
7    University contacting the American Heart
8    Association and asking for free or discounted
9    copies of the ACLS provider manual eBook to
10   replace the locked-down physical copies?
11        A.   During COVID, did anybody reach out
12   to them and ask for free copies?
13        Q.   Right.
14        A.   No.  I -- I -- I -- I certainly
15   didn't and I don't know of anyone else that
16   did that.  And I think that that would be not
17   standard practice.  I think it's, you know,
18   publishers -- I -- I don't think that that
19   would be standard practice, just asking for
20   free things from publishers.
21        Q.   Okay.
22             MR. BROWNING:  And, Bill, could
23   you put on Tab 13B.  It's a spreadsheet.
24             (Whereupon, a document was marked,
25   for identification purposes, as Saracco

```
                                                      Page 318
```

1         C E R T I F I C A T E
2
3         I do hereby certify that I am a
   Notary Public in good standing, that the
4  aforesaid testimony was taken before me,
   pursuant to notice, at the time and place
5  indicated; that said deponent was by me duly
   sworn to tell the truth, the whole truth, and
6  nothing but the truth; that the testimony of
   said deponent was correctly recorded in
7  machine shorthand by me and thereafter
   transcribed under my supervision with
8  computer-aided transcription; that the
   deposition is a true and correct record of the
9  testimony given by the witness; and that I am
   neither of counsel nor kin to any party in
10 said action, nor interested in the outcome
   thereof.
11
         WITNESS by hand and official seal
12 this 15th day of March, 2022.
13
14                                  *[signature: Rose Tamburri]*
15                                  Notary Public
16
17                                  Job No. MW5127536
18
19
20
21
22
23
24
25