# SUPPLEMENTAL McNAMARA DECLARATION

# EXHIBIT 16

9/2/22, 4:28 PM Signatories to the Position Statement on Controlled Digital Lending by Libraries | Controlled Digital Lending by Libraries

Case 1:20-cv-04160-JGK-OTW Document 166-16 Filed 09/02/22 Page 2 of 12

# Signatories to the Position Statement on Controlled Digital Lending by Libraries

Institutional

Anabaptist Mennonite Biblical Seminary Library

Asociación Nacional de Bibliotecarios, Archivistas y Afines de Venezuela (ANBAA)

Association of Research Libraries

Association of Southeastern Research Libraries (ASERL)

Better World Books

Center for Research Libraries (CRL)

Chief Officers of State Library Agencies

City University of New York Office of Library Services

Clemson University

College of Staten Island, CUNY

Colorado Alliance of Research Libraries

Cornell University Library

Council of Connecticut Academic Library Directors (CCALD)

Digital Library Federation

Florida Virtual Campus (FLVC)

Fondazione Casa di Oriani - Ravenna

Harvard Graduate School of Education Gutman Library

Ithaca College Library

James Madison University

James Madison University

Johns Hopkins University Libraries

Kalamazoo College Library

9/2/22, 4:28 PM
Signatories to the Position Statement on Controlled Digital Lending by Libraries | Controlled Digital Lending by Libraries

Case 1:20-cv-04160-JGK-OTW Document 166-16 Filed 09/02/22 Page 3 of 12

LaGuardia Community College Library Department

Legal Information Preservation Alliance (LIPA)

Lehigh University Library

Lore Media Inc

Metropolitan New York Library Council

New York Theological Seminary

Open Humanities Press

Ruth Enlow Library of Garrett County

San Francisco Public Library

SCELC

South Central Regional Library Council

SPARC

SportsLibrary.org

St. Mary's County Library

Substance Abuse Librarians & Information Specialists (SALIS)

Texas A&M University

The Council of Connecticut Academic Library Directors (CCALD)

UC Riverside Library

UC Santa Barbara

UConn Library

University of Oklahoma Libraries

University of Colorado - Boulder

Ursula C. Schwerin Library, NYC College of Technology, City University of New York

Vermont Mutual Aid Society

Individual

Matt Abbott
Hamilton Public Library
Manager, Collections & Extension Services

Yasmine Abou-El-Kheir
Chicago Theological Seminary

9/2/22, 4:28 PM                                   Signatories to the Position Statement on Controlled Digital Lending by Libraries | Controlled Digital Lending by Libraries

Case 1:20-cv-04160-JGK-OTW Document 166-16 Filed 09/02/22 Page 4 of 12

Director, Lapp Learning Commons

### Maria Aghazarian
Swarthmore College Libraries
Scholarly Communications Librarian

### Jaime Anderson
Sonoma County Library
Collection Services Division Manager

### Neal Baker
Earlham College
Library Director

### Alexis Beaman
University of Oklahoma Libraries
Interlibrary Loan Manager

### Howard Besser
New York University
Professor of Cinema Studies & Founding Director of Moving Image Archiving & Preservation

### James Anthony Carneiro
Self
Digital Lending Advocate

### Daniel Clarkson Fisher
Western University
MLIS student

### Daniel Clarkson Fisher
Western University
MLIS student

### Perry Collins
University of Florida
Scholarly Communications Librarian

### Lindsay Cronk
University Of Rochester
Head of Collection Strategies and Scholarly Communications

### Tony Del Monaco
Hamilton Public Library
Director, Finance & Facilities

### Melinda Dolan
Phillips Exeter Academy Library
Systems Coordinator Librarian

9/2/22, 4:28 PM  Signatories to the Position Statement on Controlled Digital Lending by Libraries | Controlled Digital Lending by Libraries

Case 1:20-cv-04160-JGK-OTW Document 166-16 Filed 09/02/22 Page 5 of 12

**Tinghui Duan**
Friedrich Schiller University Jena
Mr.

**Tinghui Duan**
Friedrich Schiller University Jena, Germany
Research Assistant

**Ellen Dubinsky**
University of Arizona
Scholarly Communication Librarian

**Corie Dugas**
NELLCO Law Library Consortium, Inc.
Executive Director

**Heather Edmonds**
New England College of Optometry Library
Director of Library Services

**Nancy Falciani-White**
McGraw-Page Library, Randolph-Macon College
Library Director

**Joshua Finnell**
Colgate University
Interim Associate University Librarian

**Arturo E. García Niño**
Universidad Veracruzana, México
Doctor en Historia y estudios Regionales, Profesor Investigador

**Justin A. Gardner**
APH Migel Collection
Special Collections and Cataloging Librarian

**Nicholas Gardner**
Potomac State College
Library Director

**Laureano Gomez**
Metabiblioteca
Librarian

**Cheryl Gowing**
University of Miami
Assoc., Dean, Library Information Systems & Facilities

**Stephanie Gross**

9/2/22, 4:28 PM, Signatories to the Position Statement on Controlled Digital Lending by Libraries | Controlled Digital Lending by Libraries

Case 1:20-cv-04160-JGK-OTW Document 166-16 Filed 09/02/22 Page 6 of 12

Yeshiva University
Librarian

**Kristen Heldmann**
Emporia State University
graduate student

**Robert Heyer-Gray**
University of California, Davis
Head of Collection Strategies

**Robert Heyer-Gray**
University of California, Davis
Head of Collection Strategies

**Adrian Ho**
University of Kentucky Libraries
Director of Digital Scholarship

**Alex R. Hodges**
Harvard University
HGSE Faculty & Director, Gutman Library

**Ulysses Jaen**
Ave Maria Law
Director & Associate professor

**Brian Kaggwa**
Bromley&co
Founder

**Mothupi Kgatshe**
Guluva - Online
Editor-at-Large

**Rebekah Kim**
California Academy of Sciences
Head Librarian

**Matthew Kopel**
Cornell University Library
Copyright Specialist

**Breac Krash**
University of Massachusetts Amherst
Associate Dean, Content & Discovery, Univesity Libraries

**Cindy Kristof**
Kent State University

9/2/22, 4:28 PM Signatories to the Position Statement on Controlled Digital Lending by Libraries | Controlled Digital Lending by Libraries

Case 1:20-cv-04160-JGK-OTW Document 166-16 Filed 09/02/22 Page 7 of 12

Head, Copyright & Scholarly Communication

**Renee Kuhles**
Austin Community College
Faculty Librarian

**Shruti Kulkarni**
Evangelical Lutheran Church in America
Ms.

**Sue Kunda**
Western Oregon University
Scholarly Communication and Social Science Librarian

**Meghan Kwast**
California Lutheran University
Head of Collection Management Services

**Lawrence Lessig**
Harvard Law School
Roy L. Furman Professor of Law and Leadership

**Allison R Lightfoot**
Story Library at Central Baptist College
Public Services Librarian

**Adriene Lim**
University of Maryland, College Park
Dean of University Libraries

**Joe Lucia**
Temple University
Dean of Librariws

**Stavros Macrakis**
Travel Guide Systems
Founder

**Peter Mahler**
The Mahler-Vidal Archives
Curator

**David B. Malone**
Calvin University
Dean of the Library

**Amada MARCOS**
IE University
Dean of Librarians

9/2/22, 4:28 PM                    Signatories to the Position Statement on Controlled Digital Lending by Libraries | Controlled Digital Lending by Libraries

Case 1:20-cv-04160-JGK-OTW Document 166-16 Filed 09/02/22 Page 8 of 12

**Howard C Marks**
Midland College
Director, Learning Resource Center

**Stephen Marsh**
Ontario Tech University
Associate Professor of Trust Systems

**Daria Masia**
Brent Libraries
Ms

**Maurine McCourry**
Hillsdale College
Library Director

**Brian McMillan**
University of Western Ontario
Director, Music Library

**Laura McShane**
Cleveland Public Library
Librarian

**Rebecca Meng**
Memorial Sloan Kettering Cancer Center
Librarian, Document Delivery Services

**Karen Milligan**
Hamilton Public Library
Manager, Local History & Archives

**Silvio Muñoz**
Vicens Vives
International Business Director

**Victoria Murgante**
Essa Public Library
Public Service Representative

**Rebecca L Nesvet**
University of Wisconsin
Dr

**Bethany Nowviskie**
Digital Library Federation
Director, Digital Library Federation

**James O'Donnell**

9/2/22, 4:28 PM  Signatories to the Position Statement on Controlled Digital Lending by Libraries | Controlled Digital Lending by Libraries

Case 1:20-cv-04160-JGK-OTW Document 166-16 Filed 09/02/22 Page 9 of 12

Arizona State University
University Librarian

**Jim O'Donnell**
Arizona State University
University Librarian

**Romy Otayek**
Coop HEC
Libraire

**Leah Prescott**
Georgetown University Law Library
Associate Law Librarian for Digital Initiatives and Special Collections

**Raghavendra K R**
National Institute Of Fashion Technology, Bengaluru
Head Resource Centre

**Kenn Rabin**
Fulcrum Media Services
Owner

**Dr. Priya Rai**
National Law University Delhi, India
Head, Justice T.P.S. Cahwla Law Library

**Barbara J Ramsay**
University of WI Law Library
Evening / Weekend Supervisor

**Wilhelmina Randtke**
Florida Academic Library Services Cooperative
Digital Library Services and Open Educational Resources Coordinator

**Rebecca Richardson**
Purdue University Libraries
Assistant Dean for Collections and Access

**Rebecca Richie**
Eternity Bible College
Director of Student Resources

**Michael Rodriguez**
University of Connecticut Library
Collections Strategist

**Robert Roose**
Spokane Public Library

9/2/22, 4:28 PM  Signatories to the Position Statement on Controlled Digital Lending by Libraries | Controlled Digital Lending by Libraries

Case 1:20-cv-04160-JGK-OTW   Document 166-16   Filed 09/02/22   Page 10 of 12

Support Services Director

**Aida Rudnik**
Hamilton Public Library
Manager, Technical Services

**Karen Rupp-Serrano**
University of Oklahoma Libraries
Associate Dean, Scholarly Communication and Resources

**Austin Schertz**
Better World Books
Director of Development

**Simone Schloss**
Teachers College Columbia University
Assistant Acquisitions Librarian

**Jeff Sharpe**
Internet Archive
Senior Digitization Manager

**Dr. Akash Singh**
National Law University Delhi
Assistant Librarian

**Robin N Sinn**
Johns Hopkins University
Coordinator, Office of Scholarly Communication

**Geoffrey Skinner**
Sonoma County Library
Librarian

**Monica Socol**
Hamilton Public Library
Manager, Digital Technology Services

**Stephen Spong**
Centennial College
Copyright Services Librarian

**Michelle Sprague**
Goffstown Public Library
Adult Services & Outreach Library Assistant

**Laurisa Stubblefield**
Boley Law Library, Lewis and Clark Law School
Circulation and Resource Sharing Librarian

9/2/22, 4:28 PM                    Signatories to the Position Statement on Controlled Digital Lending by Libraries | Controlled Digital Lending by Libraries

Case 1:20-cv-04160-JGK-OTW Document 166-16 Filed 09/02/22 Page 11 of 12

**Peter Suber**
Harvard University
Director, Office for Scholarly Communication

**Laurie Taylor**
University of Florida
Senior Director for Library Technology and Digital Strategies

**Michelle Tian**
Princeton University
Ms

**Samuel Trosow**
University of Western Ontario; Faculty of Law and Faculty of Information & Media Studies
Associate Professor

**Michelle M. Trumbo**
Legal Information Preservation Alliance
Executive Director

**Matt Upson**
Oklahoma State University Libraries
Associate Dean, Research & Learning Services

**Patrick R. Wallace**
Middlebury College
Digital Projects & Archives Librarian

**Lisa Radha Weaver**
Hamilton Public Library
Director Collections and Program Development

**Aly Wepplo**
The Community Library, Ketchum
Media and Digital Librarian

**Andrew White**
Wesleyan University
University Librarian

**NANCY ZANDER**
ILLINOIS WESLEYAN UNIVERSITY
PROFESSOR EMERITI

9/2/22, 4:28 PM Signatories to the Position Statement on Controlled Digital Lending by Libraries | Controlled Digital Lending by Libraries

Case 1:20-cv-04160-JGK-OTW Document 166-16 Filed 09/02/22 Page 12 of 13

 (https://creativecommons.org/licenses/by/4.0) Creative Commons Attribution (CC-BY)
(https://creativecommons.org/licenses/by/4.0) creativecommons.org/licenses/by/4.0