# SUPPLEMENTAL McNAMARA DECLARATION

# EXHIBIT 17

| | |
|---|---|
| From: | Jones, Candacey |
| To: | Silverman, Adam; Rosen, Andrea |
| Sent: | 5/4/2020 10:56:30 AM |
| Subject: | RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools |

Hi Adam,

We're happy to handle the paperwork. We'll ask the digital accounting team to create a proforma for these titles/quantities that Mackin can use to remit payment.

Thanks,
Candacey

**From:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Sent:** Friday, May 01, 2020 9:40 AM
**To:** Jones, Candacey <Candacey.Jones@HARPERCOLLINS.com>; Rosen, Andrea <Andrea.Rosen@HARPERCOLLINS.com>
**Subject:** FW: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Looks like we are set to go.  Do you want to handle paperwork?

Adam

**From:** Laura Bunn <laura.bunn@mackin.com>
**Sent:** Friday, May 1, 2020 9:11 AM
**To:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Hi Adam,

Good news! It sounds like CPS will move forward with these two titles.

Best,
Laura



**Laura Bunn**
Publisher Relations & B2B Coordinator

p 800.245.9540  |  f 800.369.5490  |  w mackin.com
3505 County Rd 42 W, Burnsville, MN 55306

**To support your distance learning programs, we are offering FREE Mackin Classic packages. Learn more.**

**From:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Sent:** Thursday, April 30, 2020 12:56 PM
**To:** Laura Bunn <laura.bunn@mackin.com>

Highly Confidential - Attorneys' Eyes Only

HC0015518

**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

OK. We really can't go below where we are now.

---

**From:** Laura Bunn <laura.bunn@mackin.com>
**Sent:** Thursday, April 30, 2020 1:33 PM
**To:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Hi Adam,

Thanks for the explanation. CPS was hoping to pay ▇▇▇ per title purchased through Mackin, but now that I know ▇▇▇ is owed to HarperCollins from Mackin on each title, we will need to determine what price we can offer them.

I'll let you know if we're able to make this work.

Best,
Laura

**Laura Bunn**
Publisher Relations & B2B Coordinator

p 800.245.9540 | f 800.369.5490 | w mackin.com
3505 County Rd 42 W, Burnsville, MN 55306

To support your distance learning programs, we are offering FREE Mackin Classic packages. Learn more.

---

**From:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Sent:** Thursday, April 30, 2020 12:26 PM
**To:** Laura Bunn <laura.bunn@mackin.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Laura,

The price quoted is the wholesale cost to HarperCollins. Bulk sales do not work utilize a DLP and discount rate, HarperCollins is offering a deep wholesale discount. Based on anticipated usage the cost per unit is as follows,
Pride:



New Kid



Adam

---

**From:** Laura Bunn <laura.bunn@mackin.com>
**Sent:** Thursday, April 30, 2020 12:56 PM

Highly Confidential - Attorneys' Eyes Only

HC0015519

**To:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Hi Adam,

Thanks so much! We can guarantee that access will be capped at the numbers below for the respective titles.

To clarify, Mackin will charge CPS ▮▮▮▮ per title for the access period, and then Mackin will pay HarperCollins per our standard reseller discount ▮▮▮▮▮▮▮ per title. Please confirm I have that correct and we'll move forward with the quote.

Thanks again!

**Laura Bunn**
Publisher Relations & B2B Coordinator

p 800.245.9540 | f 800.369.5490 | w mackin.com
3505 County Rd 42 W, Burnsville, MN 55306

To support your distance learning programs, we are offering FREE Mackin Classic packages. Learn more.

---

**From:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Sent:** Thursday, April 30, 2020 11:45 AM
**To:** Laura Bunn <laura.bunn@mackin.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Laura,

It looks like we can move forward. For clarity, HarperCollins is able to proceed if CPS and Mackin are committing to paying ▮▮▮ each book in the program regardless of what's downloaded and that they will cap Pride at 104,733 students and New Kid 80,662 students.

Adam

---

**From:** Laura Bunn <laura.bunn@mackin.com>
**Sent:** Thursday, April 30, 2020 12:30 PM
**To:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Thank you!

**Laura Bunn**
Publisher Relations & B2B Coordinator

p 800.245.9540 | f 800.369.5490 | w mackin.com
3505 County Rd 42 W, Burnsville, MN 55306

To support your distance learning programs, we are offering FREE Mackin Classic packages. Learn more.

Highly Confidential - Attorneys' Eyes Only

**From:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Sent:** Thursday, April 30, 2020 11:14 AM
**To:** Laura Bunn <laura.bunn@mackin.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Sorry, let me check.

---

**From:** Laura Bunn <laura.bunn@mackin.com>
**Sent:** Thursday, April 30, 2020 12:13 PM
**To:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Hi Adam,

I'm checking in to see if you have an answer for CPS? They are eager for us to send them a quote.

Thanks,
Laura



**Laura Bunn**
Publisher Relations & B2B Coordinator

p 800.245.9540  |  f 800.369.5490 | w mackin.com
3505 County Rd 42 W, Burnsville, MN 55306

To support your distance learning programs, we are offering FREE Mackin Classic packages. Learn more.

---

**From:** Laura Bunn <laura.bunn@mackin.com>
**Sent:** Wednesday, April 29, 2020 4:28 PM
**To:** 'Silverman, Adam' <Adam.Silverman@HARPERCOLLINS.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Thank you for the update.



**Laura Bunn**
Publisher Relations & B2B Coordinator

p 800.245.9540  |  f 800.369.5490 | w mackin.com
3505 County Rd 42 W, Burnsville, MN 55306

To support your distance learning programs, we are offering FREE Mackin Classic packages. Learn more.

---

**From:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Sent:** Wednesday, April 29, 2020 3:44 PM
**To:** Laura Bunn <laura.bunn@mackin.com>

Highly Confidential - Attorneys' Eyes Only

**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Laura,

I just got off the phone with m colleagues. If not by end of business today I will have an answer tomorrow morning.

Adam

---

**From:** Laura Bunn <laura.bunn@mackin.com>
**Sent:** Wednesday, April 29, 2020 4:32 PM
**To:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Hi Adam,

Thanks so much for the update!

In case it helps your conversation: We learned today that CPS will only need access through 6/17, which is shorter than the 8-week period they originally asked for. This does not affect the ▇▇▇ per title pricing they are requesting.

Also, sorry I didn't check already, but can you confirm that we will still get our standard ▇▇ reseller discount on this purchase?

Thanks again,
Laura



**Laura Bunn**
Publisher Relations & B2B Coordinator

p 800.245.9540  |  f 800.369.5490  |  w mackin.com
3505 County Rd 42 W, Burnsville, MN 55306

To support your distance learning programs, we are offering FREE Mackin Classic packages. Learn more.

---

**From:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Sent:** Wednesday, April 29, 2020 2:02 PM
**To:** Laura Bunn <laura.bunn@mackin.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

I am speaking with my colleagues at 4 PM and will get back to you asap.

Adam

---

**From:** Laura Bunn <laura.bunn@mackin.com>
**Sent:** Wednesday, April 29, 2020 8:48 AM
**To:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Highly Confidential - Attorneys' Eyes Only

**Importance:** High

Hi Adam,

Sorry to follow up so soon, but we are hoping to get an answer ASAP. CPS wanted to get a quote yesterday and they intend to place their order as soon as they have it.

Please feel free to give me a call if you have any questions.

Best,
Laura



**Laura Bunn**
Publisher Relations & B2B Coordinator

p 800.245.9540 | f 800.369.5490 | w mackin.com
3505 County Rd 42 W, Burnsville, MN 55306

To support your distance learning programs, we are offering FREE Mackin Classic packages. Learn more.

---

**From:** Laura Bunn <laura.bunn@mackin.com>
**Sent:** Tuesday, April 28, 2020 2:21 PM
**To:** 'Silverman, Adam' <Adam.Silverman@HARPERCOLLINS.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools
**Importance:** High

Hi Adam,

Thank you so much for your patience in waiting to hear from CPS. The district decided that they would like to purchase two of the four HarperCollins titles they were looking at, PRIDE and NEW KID, at [redacted] per title for 8-week multi-user access. The 8 weeks would begin on the date that the titles become available in their MackinVIA account. Mackin will ensure usage does not exceed the 104,733 students who need access to PRIDE and the 80,662 students who need access to NEW KID.

Please let us know if it is okay to move forward at this pricing. We need to issue CPS a formal quote before they can make their purchase, and they need the quote ASAP.

Thanks again for all of your help and patience throughout this process!



**Laura Bunn**
Publisher Relations & B2B Coordinator

p 800.245.9540 | f 800.369.5490 | w mackin.com
3505 County Rd 42 W, Burnsville, MN 55306

To support your distance learning programs, we are offering FREE Mackin Classic packages. Learn more.

---

**From:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Sent:** Thursday, April 23, 2020 12:21 PM
Highly Confidential - Attorneys' Eyes Only

**To:** Laura Bunn <laura.bunn@mackin.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

No worries.

---

**From:** Laura Bunn <laura.bunn@mackin.com>
**Sent:** Thursday, April 23, 2020 1:19 PM
**To:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Hi Adam,

Sorry for the delay. Our rep is talking to Chicago today and should have their decision by the end of the day tomorrow. If they want to proceed with just two titles, we will be able to put a cap on usage—what quantity would you want us to cap it at?

Thanks again for all your help throughout this process. It has been lengthier than we hoped, but we think we're finally getting there!

Best,
Laura



**Laura Bunn**
Publisher Relations & B2B Coordinator

p 800.245.9540 | f 800.369.5490 | w mackin.com
3505 County Rd 42 W, Burnsville, MN 55306

To support your distance learning programs, we are offering FREE Mackin Classic packages. Learn more.

---

**From:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Sent:** Monday, April 20, 2020 1:13 PM
**To:** Laura Bunn <laura.bunn@mackin.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Laura,

As we are now discussing two books would it be possible to agree to a cap on usage?  We can build in some extra so CPS has enough to meet its needs.

Adam

---

**From:** Laura Bunn <laura.bunn@mackin.com>
**Sent:** Monday, April 20, 2020 10:18 AM
**To:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Thanks, Adam!

Highly Confidential - Attorneys' Eyes Only

**Laura Bunn**
Publisher Relations & B2B Coordinator

p 800.245.9540 | f 800.369.5490 | w mackin.com
3505 County Rd 42 W, Burnsville, MN 55306

To support your distance learning programs, we are offering FREE Mackin Classic packages. Learn more.

---

**From:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Sent:** Monday, April 20, 2020 8:56 AM
**To:** Laura Bunn <laura.bunn@mackin.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Laura,

I hope you had a good weekend.  Let m check.

Adam

**From:** Laura Bunn <laura.bunn@mackin.com>
**Sent:** Monday, April 20, 2020 9:24 AM
**To:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Hi Adam,

I hope you had a great weekend!

After our rep's meeting with Chicago on Friday, the district had a question: They would like to know if HarperCollins would consider ¼ of the [redacted] for a single title instead of all 4. They're most interested in POET X and NEW KID and wondering if they did just these two titles if it would be [redacted] each.

Please let me know.

Thanks,
Laura

---

**Laura Bunn**
Publisher Relations & B2B Coordinator

p 800.245.9540 | f 800.369.5490 | w mackin.com
3505 County Rd 42 W, Burnsville, MN 55306

To support your distance learning programs, we are offering FREE Mackin Classic packages. Learn more.

---

**From:** Laura Bunn <laura.bunn@mackin.com>

Highly Confidential - Attorneys' Eyes Only

**Sent:** Friday, April 17, 2020 3:18 PM
**To:** 'Silverman, Adam' <Adam.Silverman@HARPERCOLLINS.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Great, thanks Adam. Our rep's meeting with CPS was pushed back to 4:00pm CST today, so hopefully we'll have an update for you soon.

Thanks again for all your help!



**Laura Bunn**
Publisher Relations & B2B Coordinator

p 800.245.9540 | f 800.369.5490 | w mackin.com
3505 County Rd 42 W, Burnsville, MN 55306

To support your distance learning programs, we are offering FREE Mackin Classic packages. Learn more.

---

**From:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Sent:** Friday, April 17, 2020 12:13 PM
**To:** Laura Bunn <laura.bunn@mackin.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Correct.

---

**From:** Laura Bunn <laura.bunn@mackin.com>
**Sent:** Friday, April 17, 2020 1:06 PM
**To:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Hi Adam,

That's totally understandable. I'll confirm that we will be able to get you a usage report at the end of the 8-week period should CPS agree.

Just to confirm next steps:
- Mackin will propose multi-user access for all four titles for 8 week for ███████ total
- If CPS is interested, you'll take that pricing back for approval

Does that look correct to you?

Thanks!



**Laura Bunn**
Publisher Relations & B2B Coordinator

p 800.245.9540 | f 800.369.5490 | w mackin.com
3505 County Rd 42 W, Burnsville, MN 55306

To support your distance learning programs, we are offering FREE Mackin Classic packages. Learn more.

Highly Confidential - Attorneys' Eyes Only

**From:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Sent:** Friday, April 17, 2020 12:02 PM
**To:** Laura Bunn <laura.bunn@mackin.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

That is fine.  We would like to get a usage report at the end of the program – this would just be how many students in total read each book.  We would not want any personal information or data related to reading.  Just a topline we can give the authors at the end.

Before I take this back for approval can you confirm CPS will accept these terms?

Adam

**From:** Laura Bunn <laura.bunn@mackin.com>
**Sent:** Friday, April 17, 2020 12:57 PM
**To:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Hi Adam,

You would not have to worry about the general public gaining access. Only CPS students who have MackinVIA accounts would be able to access the titles, even if they are multi-user.

Does that help clarify things?

Thanks!



**Laura Bunn**
Publisher Relations & B2B Coordinator

p 800.245.9540  |  f 800.369.5490  |  w mackin.com
3505 County Rd 42 W, Burnsville, MN 55306

To support your distance learning programs, we are offering FREE Mackin Classic packages. Learn more.

**From:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Sent:** Friday, April 17, 2020 11:45 AM
**To:** Laura Bunn <laura.bunn@mackin.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Laura,

Our concern is making sure that only district students can access.  We do not want the general public to have access.

adam

Highly Confidential - Attorneys' Eyes Only

HC0015527

**From:** Laura Bunn <laura.bunn@mackin.com>
**Sent:** Friday, April 17, 2020 12:42 PM
**To:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Hi Adam,

Yes, that is all correct. I do want to comment quick on your use of "verified students". If we give open/multi-user access to all students in the district, our platform does not have a way to only give access to the 80,662 students who need access to NEW KID, for example. There is a chance other students in the district could access that tile, too. At the same time, it is not likely that all 80,662 middle grade students would actually read the book.

I just wanted to make sure you knew that, but giving multi-use access, we will not be able to police users.



**Laura Bunn**
Publisher Relations & B2B Coordinator

p 800.245.9540 | f 800.369.5490 | w mackin.com
3505 County Rd 42 W, Burnsville, MN 55306

To support your distance learning programs, we are offering FREE Mackin Classic packages. Learn more.

---

**From:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Sent:** Friday, April 17, 2020 11:37 AM
**To:** Laura Bunn <laura.bunn@mackin.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Sure.

I just want to get clarity, as we cannot keep going back to authors. My understanding from our emails is that moving the offer to a one-time license payment for the same amount would be in line with how CPS wants to structure this. HarperCollins would:
1. License each of the four titles
2. CPS would enable open access for verified students
3. There would be no fee for each student based on accessing the title
4. Program runs 8 weeks

Adam

---

**From:** Laura Bunn <laura.bunn@mackin.com>
**Sent:** Friday, April 17, 2020 12:34 PM
**To:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Hi Adam,

I am available at 1:30pm EST if that works for you?

Thanks,
Laura

Highly Confidential - Attorneys' Eyes Only

HC0015528



**Laura Bunn**
Publisher Relations & B2B Coordinator

p 800.245.9540  |  f 800.369.5490  |  w mackin.com
3505 County Rd 42 W, Burnsville, MN 55306

**To support your distance learning programs, we are offering FREE Mackin Classic packages. Learn more.**

---

**From:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Sent:** Friday, April 17, 2020 11:27 AM
**To:** Laura Bunn <laura.bunn@mackin.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Laura,

Can you speak at 1:00 PM EST? I want to be clear on what we need to review.

Adam

---

**From:** Laura Bunn <laura.bunn@mackin.com>
**Sent:** Friday, April 17, 2020 11:44 AM
**To:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools
**Importance:** High

Hi Adam,

Thank you so much for letting me know.

I just got off the pheon with our Chicago rep, who talked with the district this morning. They are very adamantly wanting multi-use access at the district level and will not go for a pay per use/26-checkout model.

I know the HarperCollins team has put in a lot of work getting pricing for CPS already, and we really appreciate all your help. However, in order to still be part of our proposal to CPS, we need to know if you would be able to put a price on multi-user access for 8 weeks.

They are really wanting multi-user access at the district level, but if you came up with a per-building price, we think they would be open to that as well. I'm including the number of students and buildings that would access the titles again below.

| CPS TITLES NEEDED | | | | |
|---|---|---|---|---|
| TITLE | AUTHOR | ISBN | # OF STUDENTS NEEDING ACCESS (THROUGHOUT DISTRICT) | # OF SCHOOLS NEEDING ACCESS |
| PRIDE | ZOBOI, IBI | 9780062564078 | 104,733 | 93 |
| NEW KID | CRAFT, JERRY | 9780062691217 | 80,662 | 421 |
| POET X | ACEVEDO, ELIZABETH | 9780062662828 | 104,733 | 93 |

Highly Confidential - Attorneys' Eyes Only

HC0015529

I'm very sorry for all the bumps in the road with this request. Please let me know if you think HarperCollins will be able to come up with multi-user pricing. We know there are some steps on your side that need to be taken to determine pricing and do not expect you to have it ready today, but our rep has another meeting with CPS at 2:00pm, so please let us know if you think you'll be able to offer multi-user pricing by then.

Thanks again, and please let me know if you have any questions. We appreciate all your consideration and help on this!!



**Laura Bunn**
Publisher Relations & B2B Coordinator

p 800.245.9540 | f 800.369.5490 | w mackin.com
3505 County Rd 42 W, Burnsville, MN 55306

To support your distance learning programs, we are offering FREE Mackin Classic packages. Learn more.

---

**From:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Sent:** Friday, April 17, 2020 8:56 AM
**To:** Laura Bunn <laura.bunn@mackin.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Laura,

All of the authors have approved.

Adam

---

**From:** Laura Bunn <laura.bunn@mackin.com>
**Sent:** Wednesday, April 15, 2020 3:40 PM
**To:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Hi Adam,

Yes, this is more of a bookkeeping issue than anything since we can't support customers paying by checkout. We sell your titles as 26-checkout, so when the customer purchases a copy, they have that title in their MackinVIA account until it's been checked out 26 times. If they buy 2 copies, they have the title until it's been checked out 52 times (since 26 x 2 is 52).

To look at just one title, for instance, we'd propose that CPS would purchase 3,102 copies of NEW KID to get close to the number of checkouts they'd need in total. Please keep in mind that we have yet to discuss with CPS exactly how many checkouts they do need since their goal was to get simultaneous access.

Highly Confidential - Attorneys' Eyes Only

HC0015530



★NEW KID by CRAFT, JERRY
GRAPHIC NOVEL/26 CHECKOUT SUBSCRIPTION/SINGLE-USER EBOOK
9780062691217
2019  HARPERCOLLINS EBOOKS
Title Match: E
Dewey 741.5   RL 2.9   IL 4-7   Lexile GN320L   AR 2.9 MG PV:2 500606EN   RC 3.1 PV:6 76438

$12.99
MackinVIA Ebook Single-user
26 checkout
☐ Add to List

Please let me know if this is not making since. It's really just a technical issue on our side based on the way we sell your titles.



**Laura Bunn**
Publisher Relations & B2B Coordinator

p 800.245.9540  |  f 800.369.5490 | w mackin.com
3505 County Rd 42 W, Burnsville, MN 55306

**To support your distance learning programs, we are offering FREE Mackin Classic packages. Learn more.**

**From:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Sent:** Wednesday, April 15, 2020 2:28 PM
**To:** Laura Bunn <laura.bunn@mackin.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Laura,

I know this is time sensitive so I wanted to respond as soon as possible. I am a little confused.  Are you proposing to purchase copies on the 26 circulation model and the loan concurrently? I believe this is more of a bookkeeping issue but want to make sure I understand.

Adam

**From:** Laura Bunn <laura.bunn@mackin.com>
**Sent:** Wednesday, April 15, 2020 3:22 PM
**To:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Hi Adam,

I discussed this with my team, and we would like to move forward with making this proposal to CPS. The only issue is that Mackin does not support a "pay per use" model as you describe below; however, we do sell your titles as a 26-checkout model, so I have converted what you propose to fit that model below. Please let me know if this doesn't make sense. Calculations below are based on the idea that CPS will want to purchase one checkout per student.

**CPS TITLES NEEDED 4/13 - 6/13**

Highly Confidential - Attorneys' Eyes Only

| TITLE | ISBN | # OF STUDENTS NEEDING ACCESS (THROUGHOUT DISTRICT) | # OF CHECKOUTS NEEDED | # OF 26-CHECKOUT COPIES NEEDED (# OF CHECKOUTS / 26) |
|---|---|---|---|---|
| PRIDE | 9780062564078 | 104,733 | 104,733 | 4028 |
| NEW KID | 9780062691217 | 80,662 | 80,662 | 3102 |
| POET X | 9780062662828 | 104,733 | 104,733 | 4028 |
| ALLEGEDLY | 9780062422668 | 104,733 | 104,733 | 4028 |

The total number of checkouts needed in this scenario is 394,861. Based on your offer, that would mean:
- The first 50,000 checkouts at ████████████
- The remaining 344,861 checkouts at ████████████
- **CPS's total cost would be** ████████

Please let us know if it's okay to make this proposal with the 16-checkout option to CPS. Also, since the district would essentially be purchasing 394,861 checkouts, can you please confirm that the students would still be able to redeem the checkouts at 6/13? That will likely make this proposal more appealing to CPS if they are unsure of how many checkouts they'll actually need for this 8-week period.

Thanks!



**Laura Bunn**
Publisher Relations & B2B Coordinator

p 800.245.9540 | f 800.369.5490 | w mackin.com
3505 County Rd 42 W, Burnsville, MN 55306

To support your distance learning programs, we are offering FREE Mackin Classic packages. Learn more.

---

**From:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Sent:** Wednesday, April 15, 2020 11:50 AM
**To:** Laura Bunn <laura.bunn@mackin.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Laura,

HarperCollins would like to propose the following for the requested titles for an estimated 400K redempions
- The first 50k redemptions cost ████
    - Minimum purchase required
- The remaining 350k at ████
    - Paid based on usage
    - Cost ██████ for all 350K
- Total cost of ██████

I am happy to discuss.

Adam

Highly Confidential - Attorneys' Eyes Only

**From:** Laura Bunn <laura.bunn@mackin.com>
**Sent:** Wednesday, April 15, 2020 9:10 AM
**To:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Hi Adam,

Of course. Thanks so much for considering this!!

Best,
Laura



**Laura Bunn**
Publisher Relations & B2B Coordinator

p 800.245.9540 | f 800.369.5490 | w mackin.com
3505 County Rd 42 W, Burnsville, MN 55306

To support your distance learning programs, we are offering FREE Mackin Classic packages. Learn more.

---

**From:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Sent:** Tuesday, April 14, 2020 7:55 PM
**To:** Laura Bunn <laura.bunn@mackin.com>
**Subject:** Re: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Laura,

Thanks for your follow-up. We discussed late this afternoon and will get back to you and CPS shortly with a proposal.

Best,
Adam

Get Outlook for iOS

---

**From:** Laura Bunn <laura.bunn@mackin.com>
**Sent:** Tuesday, April 14, 2020 8:11 PM
**To:** Silverman, Adam
**Subject:** RE: [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Hi Adam,

Thank you again for considering the request below from Chicago Public Schools. They now understand that you are likely unable to provide multi-user access at the district level for free. However, they are requesting your consideration and hoping you would provide a quote and offer your best possible price for temporary multi-user access for an 8-week period. They also want you to know that they most certainly intend on purchasing large quantities of single-user titles for fall 2020.

Please send us a price for each title that would allow for multi-user access at the district level for an 8-week period. Please note that they would also consider a 4 (or more) week option if you are willing to consider it.

Highly Confidential - Attorneys' Eyes Only                                                                                    HC0015533

Thanks again for your help with this onetime special request.

Best,

Laura



**Laura Bunn**
Publisher Relations & B2B Coordinator

p 800.245.9540 | f 800.369.5490 | w mackin.com
3505 County Rd 42 W, Burnsville, MN 55306

To support your distance learning programs, we are offering FREE Mackin Classic packages. Learn more.

---

**From:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Sent:** Friday, April 10, 2020 1:27 PM
**To:** Laura Bunn <laura.bunn@mackin.com>
**Subject:** [EXTERNAL] RE: Important Digital Request from Chicago Public Schools

Laura,

Let me review and get back to you.

---

**From:** Laura Bunn <laura.bunn@mackin.com>
**Sent:** Friday, April 10, 2020 2:23 PM
**To:** Silverman, Adam <Adam.Silverman@HARPERCOLLINS.com>
**Subject:** Important Digital Request from Chicago Public Schools
**Importance:** High

Dear Adam,

We have a very unique and important request from the Chicago Public Schools who have asked us to reach out to you on their behalf. CPS's ELA department is hoping that you will strongly consider offering a temporary, "one time" complimentary multi-user license type for the title(s) listed below during the time period of 4/13/20 to 6/13/20. This special request will provide vital educational support for their students and staff during this challenging time of necessary distance learning.

In return for the complimentary, multi-user access to your titles during this short time, CPS promises to purchase quantities of your single-user titles for their fall programs. The actual purchase numbers could likely be in the hundreds or thousands of single-user copies because these, or newer titles, will be fully incorporated into the curriculum for the fall of 2020.

Highly Confidential - Attorneys' Eyes Only                                                                                                         HC0015534

In addition to the promised fall 2020 purchases, partnering with CPS during this difficult time presents an additional potential for ongoing digital sales. CPS's ELA department has established a long-term goal of switching entirely over to digital resources, and they also have many shorter-term initiatives that they plan to support though digital purchases of your publications.

We understand that a multi-user license type is not something you offer. We also understand that giving complimentary access to the entire district for an 8-week period is a huge favor to ask, both on the part of Chicago Public Schools and Mackin. However, given the unusual world circumstances, reasonably short access period, and future sales opportunities, we sincerely hope that you will consider making this special dispensation for all the students, teachers and administrators of the Chicago Public Schools.

Please let us know if you are willing agree to this one-time special request and provide the following titles with multi-user access for CPS for just two months (4/13/20 – 6/13/20) knowing that the newer titles (and potentially more) listed below will likely be purchased in hundreds or thousands of copies for fall 2020. If you can agree to provide access, please sign and return the attached form to laura.bunn@mackin.com.

| CPS TITLES NEEDED 4/13 - 6/13 | | | | |
|---|---|---|---|---|
| TITLE | AUTHOR | ISBN | # OF STUDENTS NEEDING ACCESS (THROUGHOUT DISTRICT) | # OF SCHOOLS NEEDING ACCESS |
| PRIDE | ZOBOI, IBI | 9780062564078 | 104,733 | 93 |
| NEW KID | CRAFT, JERRY | 9780062691217 | 80,662 | 421 |
| POET X | ACEVEDO, ELIZABETH | 9780062662828 | 104,733 | 93 |
| ALLEGEDLY | JACKSON, TIFFANY D | 9780062422668 | 104,733 | 93 |

| PROMISE TO PURCHASE TITLES FALL 2020 | | |
|---|---|---|
| TITLE | AUTHOR | ISBN |
| PUNCHING THE AIR | ZOBOI, IBI | 9780062996503 |
| CLASS ACT | CRAFT, JERRY | 9780062885524 |
| WITH THE FIRE ON HIGH | ACEVEDO, ELIZABETH | 9780062662859 |
| LET ME HEAR A RHYME | JACKSON, TIFFANY D | 9780062840349 |
| GROWN | JACKSON, TIFFANY D | 9780062840370 |

Highly Confidential - Attorneys' Eyes Only

We respectfully request that you respond as soon as possible as CPS is eager to make these important eBooks available to their students. Thank you in advance for your consideration and willingness to be creative partners as we strive to assist our mutual customers in these unprecedented times.

Randal and Kitty Heise
Owners of Mackin Educational Resources



**Laura Bunn**
Publisher Relations & B2B Coordinator

**p** 800.245.9540 | **f** 800.369.5490 | **w** mackin.com
3505 County Rd 42 W, Burnsville, MN 55306

**To support your distance learning programs, we are offering FREE Mackin Classic packages. Learn more.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Confidentiality Notice: This E-Mail is intended only for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this communication in error, please do not distribute and delete the original message. Please notify the sender by E-Mail at the address shown. Thank you for your compliance.

Highly Confidential - Attorneys' Eyes Only                                                                                                                         HC0015536