Prince Declaration

Exhibit 3

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2
    - - - - - - - - - - - - x
 3    HACHETTE BOOK GROUP       :
      INC., HARPERCOLLINS        :
 4    PUBLISHERS LLC, JOHN       :
      WILEY & SONS INC.,         :
 5    and PENGUIN RANDOM         :
      HOUSE LLC,                 :
 6                               :
           Plaintiffs,           :   Case No. 1:20-cv-04160
 7                               :
      v.                         :
 8                               :
      INTERNET ARCHIVE and       :
 9    DOES 1 through 5,          :
      inclusive,                 :
10                               :
           Defendants.           :
11  - - - - - - - - - - - - x
12
13
14                       - - -
15              Wednesday, June 8, 2022
16                       - - -
17
18
19  Confidential remote videotaped deposition of RASMUS
20  JØRGENSEN, Ph.D., beginning at 10:08 a.m., before
21  Christina S. Hotsko, RPR, CRR, when were present on
22  behalf of the respective parties:
```

Page 14

1    or your reply report?

2         A.   No.

3         Q.   Have you ever had any conversations with

4    Dr. Reimers regarding the Internet Archive?

5         A.   I have never spoken with her.

6         Q.   Okay.  Let's talk a little bit about your

7    background.

8              Could you tell me your title?

9         A.   I'm a senior consultant at NERA Economic

10   Consulting in Washington, D.C.

11        Q.   And you have a Ph.D. in economics, yes?

12        A.   Yes.

13        Q.   Have you ever been a professor at an

14   American university?

15        A.   I have not been a professor at an

16   American university.

17        Q.   And you are currently employed by NERA,

18   which is an economic consulting firm, correct?

19        A.   Correct.

20        Q.   And I see you are in the Washington, D.C.

21   office now.

22              Is that where you have been over the last

1          (Jørgensen Deposition Exhibits 1 and 2

2          marked for identification and attached to

3          the transcript.)

4   BY MS. STEINMAN:

5        Q.  So let's start with Exhibit 1,

6   Dr. Jørgensen.

7          Is that your initial expert report in

8   this case?

9        A.  Let me just take a look.

10          That appears to be the case.

11       Q.  And if you would please look at Exhibit

12   Number 2 and confirm for the record that that is

13   your reply report in this case.

14       A.  I will.

15          That appears to be the case.

16       Q.  Let's turn, please, to Exhibit 18 in your

17   second report, which is your resume.

18       A.  Give me a moment.

19          I'm there.

20       Q.  Okay.  So in the top paragraph in your

21   resume, it says, "His areas of focus are

22   conducting damages analysis in the context of

Page 17

1   patent infringement, misappropriation of trade

2   secrets, breaches of contract, and anticompetitive

3   behavior."

4           In this case, in your expert report, you

5   were not conducting a damages analysis, correct?

6       A.   That's correct.

7       Q.   And this case obviously isn't a case of

8   patent infringement, trade secrets, breach of

9   contract, or anticompetitive behavior, correct?

10      A.   That's my understanding.  Yes.

11      Q.   So this expert report is not in the main

12  area of focus for you; is that correct?

13      A.   As it's stated here, that would be one

14  way to characterize it.

15      Q.   And this may sound like a silly question,

16  but what does a damages analysis assess?

17      A.   I can give you an example of past work

18  I've done here at NERA.  I've supported experts

19  that acted as damages experts in, for instance, a

20  patent infringement lawsuit where, in the specific

21  case I'm thinking of, we were engaged to assist

22  the Court on behalf of the plaintiff who had

Page 21

1          MR. GRATZ:  Objection.  Vague.

2          THE WITNESS:  I'm not sure what you mean

3    by "widespread."  As I said, I considered, among

4    other things, Internet Archive's accused digital

5    lending during a time where there was instant

6    access; there were no constraints on the number of

7    loans of the works-in-suit.

8          So to the extent that period is

9    informative about other -- you used the

10   word "widespread" activities -- I think the

11   analysis and the opinions I'm offering in this

12   matter could be relevant for that.

13   BY MS. STEINMAN:

14      Q.  Okay.  Have you ever studied the book

15   publishing industry prior to this case?

16      A.  Not specifically.  I'm a trained

17   economist and our -- you know, as an economist, we

18   are trained in economic principles that we'd like

19   to believe applies broadly.

20          So not specifically, but in general terms

21   yes.

22      Q.  But you have no particular expertise in

Page 22

```
 1    the book publishing industry as opposed to other
 2    industries?
 3         A.  I don't.
 4         Q.  Okay.  And have you -- I take it you've
 5    never published any articles about the book
 6    publishing industry.
 7         A.  I have not.
 8         Q.  Have you ever worked in book publishing?
 9         A.  I have not.
10         Q.  Have you ever taken any courses regarding
11    the book publishing business?
12         A.  I have not.
13         Q.  Have you conducted any interviews of book
14    publishing employees in connection with writing
15    your report?
16         A.  I have not.
17         Q.  Have you ever worked as a business
18    executive?
19         A.  I have not.
20         Q.  Have you ever worked in any other media
21    business besides book publishing?
22         A.  Can you repeat your question?
```

1     Q.   Sure.   Have you ever worked in any other

2   media business:   Music, TV, film?

3     A.   I have not.

4     Q.   Do you consider yourself knowledgeable

5   about tradebook publishing in the United States?

6     A.   I have reviewed the materials -- some of

7   the materials that are available in this matter to

8   educate myself about the facts relevant to the

9   assignments I was asked to look at.

10          And so I have some understanding based on

11   the industry, but I don't necessarily consider

12   myself to be an industry expert.

13     Q.   Okay.   Let's look at -- you have

14   published a couple of articles that are on your

15   CV, which is, again, Exhibit 18 in your Exhibit

16   Number 2.

17     A.   Give me a moment.

18     Q.   Take your time.

19          MR. GRATZ:   Sorry, are we in Exhibit 2 or

20   Exhibit 1?

21          MS. STEINMAN:   We are in Exhibit 2

22   because I believe that Dr. Jørgensen provided an

Page 24

1   updated CV in his reply report, so I figured we

2   would look at the latest version of it.

3           MR. GRATZ:  Great.  Thank you.

4   BY MS. STEINMAN:

5       Q.  So it's Exhibit 18 to the reply report,

6   which is Exhibit 2 of this deposition.

7       A.  Just one moment.  Yes, I'm there.

8       Q.  Fabulous.  Okay.

9           There are four publications here,

10  correct?

11      A.  Correct.

12      Q.  Were you the lead author on any of these

13  four publications?

14      A.  In my experience, economics -- or at

15  least the collaborations I've been part of haven't

16  used those labels.  They are not as commonly used

17  in economics as they are in other fields, so I

18  would say it was a shared collaboration and we all

19  contributed equally.

20      Q.  Okay.  None of these four articles are

21  about the book publishing market, are they?

22      A.  No, they are not.

1      Q.  And none of them are about the -- more

2  generally about media industries, correct?

3      A.  I think that's fair.

4      Q.  Okay.  And none of these articles are

5  about copyright infringement, are they?

6      A.  They are not.

7      Q.  And none of these articles are about

8  market harm under the Copyright Act, correct?

9      A.  That's correct.

10     Q.  Okay.  And were any of these articles

11  published in peer-reviewed academic journals?

12     A.  Some of them were.

13     Q.  So let's take a look at them.  The first

14  one is a NERA white paper.

15          Was that a peer-reviewed academic

16  journal?

17     A.  That is not a peer-reviewed academic

18  journal.  No.

19     Q.  Okay.  The second one is the -- was an

20  article on wage effects in the American Economic

21  Review.

22          Is that a peer-reviewed academic journal?

Page 26

1       A.  It is.

2       Q.  Okay.  And the third was "Understanding

3  Cross-country Differences in Export Premia" in

4  World of -- in Review of World Economics.

5            Is that a peer-reviewed economic journal?

6       A.  I believe it is.

7       Q.  And then we have the last one, "Defining

8  and Measuring Entrepreneurship" in Foundations and

9  Trends in Entrepreneurship.

10            Is that an academic peer-reviewed

11  journal?

12       A.  It is.

13       Q.  Okay.  And can you just give me a very

14  short one- to two-sentence summary of the four

15  articles and what they addressed?

16       A.  That's a tough challenge.  It's been a

17  while since I reviewed these articles in great

18  detail, so my memory may be a little fuzzy on some

19  of the exact details, but I'll try my best.

20            If we start from the bottom, "Defining

21  and Measuring Entrepreneurship," that was a survey

22  article summarizing various theories of how the,

Page 27

1    quote, entrepreneur, unquote, enters into sort of

2    economic thinking and economic theories and

3    economic models.  And that article also included

4    measurements of entrepreneurship across countries.

5            The next one on export premia, it was a

6    survey article of cross-country micro-level

7    evidence on the role of exporters and the ways --

8        Q.  Exporters of what type of products?

9        A.  Of all products, but generally speaking,

10   the data that's available is exports of physical

11   goods.  So, generally speaking, countries collect

12   data on export activities through customs, and we

13   know those customs records will most often include

14   transaction involving a physical good moving from

15   one country to the next.

16           The other article, the Wage Effects of

17   Offshoring, it looks at what are the wage impacts

18   of increased offshoring; that is, when firms move

19   production activities abroad, presumably for

20   cost-saving motives, how does that impact their

21   labor demand domestically?  How does it affect

22   workers?

1        And the first one -- "Does Temporary

2    Generic Competition Have a Lasting Impact on

3    Branded Drug Sales?" -- my co-author and I looked

4    at sales data of branded drugs that face

5    competition from so-called at-risk generic launch,

6    that entered the market and was subsequently

7    pulled off the market.  So that temporary

8    competition, how did that impact the branded drug?

9        So that's my summary.  As I said, I'm a

10   little fuzzy on some of the details, so I -- I did

11   my best.

12     Q.  That was perfect.  I was really just

13   looking for a high-level description.  That was

14   just what I needed.

15        You mentioned that the Defining and

16   Measuring Entrepreneurship and the Understanding

17   Cross-country Differences in Export Premia

18   articles were survey articles.

19        Is my understanding that survey articles

20   look at the literature in a field and, in essence,

21   summarize it, as opposed to doing original

22   empirical research?

Page 29

1      A.   I would not characterize it in that way.

2   That's not what was done here.

3      Q.   Thank you.

4           Could you explain to me what you meant,

5   then, by survey?

6      A.   So Defining and Measuring

7   Entrepreneurship, in that article we surveyed sort

8   of economic theories on the topic, and then we did

9   a separate empirical analysis that was original

10  and independent of what was out there.

11          So it had a combination of both things.

12     Q.   It was a hybrid model.

13     A.   It was a hybrid model.

14     Q.   Fabulous.

15          And how about the one on export premia?

16     A.   It was a survey in the sense that it was

17  a collaboration between researchers in a number of

18  different countries, and each country team

19  basically provided analysis of data for that

20  country.

21          And again, this was analysis of

22  micro-level data that's generally confidential

Page 88

1   to isolate the impact of the National Emergency

2   Library.

3       Q.  I'm asking, I think, a simpler question,

4   which is, the Internet Archive could have led,

5   say, hypothetically, to a loss of ten checkouts on

6   OverDrive, and yet, if there were much larger

7   market forces going on, it would be difficult to

8   see the impact of the Internet Archive because

9   those other market factors might have had a much

10  larger impact on the OverDrive checkouts.  Is that

11  a fair proposition?

12      A.  In your hypothetical where we're looking

13  at ten checkouts, I guess that's a possibility.

14      Q.  Let's look at paragraph 15 of your

15  initial report.

16      A.  Yes.

17      Q.  You say, "Books are what economists refer

18  to as differentiated products," correct?

19      A.  Correct.

20      Q.  And you say that "each book title can be

21  represented by a unique set of product attributes

22  that are specific to a given title," correct?

Page 89

1        A.   That's what it says.

2        Q.   And each title is unique, yes?

3        A.   I think if you represent each title in

4    that attribute space, yes, they would likely be

5    unique.  And that is also my understanding of how

6    the publishers -- or the plaintiff publishers

7    represent books.

8        Q.   Yes.  That's true.

9             And each title's sales are going to be

10   impacted differently by various factors impacting

11   a book market; isn't that true, too?

12       A.   Yes.  Each book will be affected by a

13   myriad of conditions in the marketplace, and some

14   of them will be common for different titles and

15   some of them will be unique to each title.

16       Q.   And even with broad macroeconomic

17   impacts, such as COVID, different titles are going

18   to be impacted differently, correct?  For example,

19   cookbooks might see an upswing that's not the case

20   for autobiographies.

21            MR. GRATZ:  Lacks foundation.

22            THE WITNESS:  That's an assertion.  That

1   sounds plausible, but I don't -- I haven't seen

2   the data or the evidence to necessarily suggest

3   the relationship you're describing.

4   BY MS. STEINMAN:

5       Q.  Okay.  But more broadly speaking, with

6   broad macroeconomic factors like COVID, different

7   titles are going to be impacted differently.

8           Would you agree with that?

9           MR. GRATZ:  Lacks foundation.

10          THE WITNESS:  Sure.  I believe I answered

11  that before when I said there will be certain

12  factors that affect different titles.  In a

13  similar way, there will be factors that may be

14  unique to each title.

15  BY MS. STEINMAN:

16      Q.  Okay.  Let's look at the data points in

17  your expert report -- in your two expert reports.

18          It seems to me that the following are

19  your data points:  One, if one compares the Q2 to

20  Q3 -- I'm sorry, let me start again.

21          If one compares Q2 to Q3 2020, despite

22  the fact that there was a decrease in Internet

Page 91

1   Archive loans for the works-in-suit, the OverDrive

2   loans for the works-in-suit decreased rather than

3   increased, and they decreased at a higher

4   percentage rate than overall OverDrive loans.

5           Was that one of your points,

6   Dr. Jørgensen?

7       A.   I believe that's one of the points I made

8   in my reply report.  Yes.

9       Q.   Okay.  And a second data point was that

10  the 2019 AAP stats show that e-book sales for the

11  children's and young adult titles do not show a

12  summertime sales dip.

13          Does that accurately represent another

14  one of your data points?

15      A.   That was a data point and a direct

16  response to Dr. Prince, who claims to find

17  evidence of seasonality and what he refers to as

18  the summer sales dip.  And as I point out in my

19  reply report, I frankly don't see that dip that

20  Dr. Prince is referring to.

21          So his evidence on seasonality is, as far

22  as I can tell, not there.

1    Q.   Okay.  So those are two of your data

2  points.  A third data point in your two reports is

3  that if one compares Q2 to Q3 2020, the AAP stats

4  for e-books show a decline in Q3 2020 of

5  approximately 3 percent, whereas the OverDrive

6  loans for the works-in-suit in Q3 fell ███████,

7  and the e-book sales of the Hachette works-in-suit

8  in Q3 declined by 29 percent.  Is that your third

9  data point?

10          If you want, I'll be happy to read it

11  again.

12    A.   Yes.  Can you please -- and maybe you can

13  point me for where you are.  It sounds like you

14  are reading from a specific place in my reply

15  report.

16    Q.   No.  I'm just reading from my notes.

17    A.   Okay.

18    Q.   So it seems to me your third data point

19  is that if one compares Q2 to Q3 2020, the AAP

20  stats for e-books show a decline in Q3 2020 of

21  approximately 3 percent, whereas the OverDrive

22  loans for the works-in-suit in Q3 fell ███████,

1   and the e-book sales -- the Hachette e-book sales

2   of the works-in-suit in Q3 2020 declined by

3   29 percent.

4          Is that an accurate summary of your third

5   data point?

6       A.  I believe those numbers are cited in my

7   report, and I have no reason to believe that what

8   you said is inaccurate.

9       Q.  Do you have any other data points to

10  support your conclusions?

11      A.  I believe in my reply report that another

12  data point I am referencing in terms of the

13  overall market evolution is the overall change in

14  OverDrive checkouts of all titles, so not

15  restricted to the works-in-suit.

16         So in paragraph 36 of my reply report, I

17  note that -- and I quote -- according to the

18  OverDrive data, the total number of e-book loans

19  decreased by about ███████████ , from ███████████████

20  to ███████████████ loans between Q2 and Q3.

21      Q.  Okay.  And do you have any other data

22  points, other than the ones we have now just

Page 94

1   mentioned, that support your conclusions?

2        A.   I think you referenced one statistic from

3   AAP.  I believe I cited two in my reply report --

4        Q.   Yes.

5        A.   -- or maybe --

6        Q.   We discussed two.

7        A.   Okay.

8        Q.   We have discussed the 2019 AAP stats for

9   the children's and young adult titles that don't

10  show a summertime dip and the AAP stats for

11  e-books in Q3 2020.

12            Are there any --

13       A.   But in that case, I would like to add

14  that, in my reply report, I also reference AAP

15  sales statistics for print books, as stated in

16  paragraph 39 of my reply report.

17       Q.   Yes.  And in that paragraph, you cite AAP

18  monthly stat reports for total print sales --

19       A.   Yes.

20       Q.   -- correct?

21            And what is your understanding of what is

22  included in total print sales?  Does that include

Page 96

1    reply report.

2        A.  Yes.

3        Q.  It says there that "According to the AAP

4    Monthly StatShot reports, total print (net) sales

5    increased by 13 percent between Q2 and Q3 in

6    2020," and it cites to footnote 69, which includes

7    various citations to AAP Monthly StatShot reports.

8             And is there anything in those Monthly

9    StatShot reports that indicates the total print

10   sales would exclude hardcover sales?

11       A.  As I recall, those reports include sales

12   statistics for hardcover and paperback editions

13   separately.  And as I recall, the stats -- the

14   statistics referenced in paragraph 39, as I

15   recall, are for paperback editions.

16       Q.  Okay.  And other than those data points,

17   do you have any other data points in your

18   report -- in your two reports?

19       A.  The data points I have, of course, is the

20   data I've analyzed and summarized in the exhibits

21   I include in my -- in my reports.

22       Q.  Okay.  But my question is, have we

Page 97

1  covered them?  Have we now listed the data points
2  that you used in your report?
3      A.   I believe we listed the data points that
4  are explicitly cited in my report.  And as I sit
5  here today, I can't recall if I've looked at any
6  others.  I don't believe that to be the case.
7      Q.   I'd like to ask you a series of questions
8  about things that you did not analyze and have you
9  confirm to me that these were things you did not
10  analyze.
11          For the library market, you did not
12  analyze library e-book revenues.  You only focused
13  on OverDrive checkouts, correct?
14      A.   For my analysis of potential
15  substitution, I looked at checkouts.  Yes.
16      Q.   And for the library market, you did not
17  analyze print book sales in 2020, correct?
18          MR. GRATZ:  Vague.
19          THE WITNESS:  I'm not sure what you're
20  referencing -- are you referencing my analysis of
21  Hachette data?
22

Page 101

1    sales at all in your analysis?

2        A.   That's correct.

3        Q.   Let's focus further on the fact you did

4    not analyze library e-book revenues after the

5    National Emergency Library ended and the

6    works-in-suit were removed from the Internet

7    Archive.

8             Both you and Dr. Prince state that it is

9    complicated and difficult to determine the impact

10   of these events on library e-book revenues; is

11   that accurate?

12       A.   I think that's a fair summary.

13       Q.   And one of the reasons that it's

14   difficult is that many library e-books are

15   licensed for a two-year period or 26 circulations.

16   They're not licensed on a, you know, one-time

17   basis, correct?

18       A.   Yes.  I believe that's -- those are the

19   complicating factors.

20       Q.   And it's another complicating factor that

21   libraries can't buy books until they have the

22   money to do so and may buy books on, say, an

Page 106

1   lunch break if the witness needs one.

2          THE WITNESS:  I would appreciate that,

3   but I'll answer the next question and then maybe

4   we can go offline.

5          MS. STEINMAN:  You know what?  This is a

6   perfectly fine -- let's go off the record, please.

7          VIDEO TECHNICIAN:  We're going off the

8   record.  The time is 12:51 p.m.

9          (A recess was taken.)

10         VIDEO TECHNICIAN:  We're back on the

11         record.  The time is 1:22 p.m.

12  BY MS. STEINMAN:

13     Q.  So let's look at Exhibit 8, which is

14  Dr. Reimers' expert report.  And if you would

15  direct your attention to paragraph 34.

16     A.  Yes.  Let me scroll to 34.

17     Q.  Do you agree with Dr. Reimers' statement

18  that "Any analysis that tries to quantify the

19  effects of availability at the Internet Archive on

20  sales of a title is complicated by the possibility

21  of concomitant changes in demand for the

22  particular book and for reading in general that

Page 107

1   are unrelated to the book's availability at the

2   Internet Archive"?

3       A.   I would agree that any empirical analysis

4   based on observational or non-experimental data

5   would have to consider the possibility that there

6   are other factors that may be important.

7       Q.   And do you agree that many factors other

8   than the ending of the National Emergency Library

9   and the removal of the works-in-suit from the

10  Internet Archive could have affected the Hachette

11  paperback and e-book sales in the third quarter of

12  2020?

13      A.   As I stated earlier, by looking at

14  changes, I account for any other factors that

15  don't change from Q2 to Q3 in my analysis and the

16  opinions I'm offering in my reports.

17           Are there other factors affecting book

18  sales that may change or not change besides the

19  closing of the National Emergency Library?  Sure.

20  That's certainly a possibility.

21      Q.   I'm going to go through a list of control

22  factors, and I would appreciate if you would give

1  me an answer on whether or not you controlled for

2  the following factors in comparing the Q2 and Q3

3  OverDrive checkouts and the Hachette e-book sales.

4        Did you control for seasonality other

5  than looking at the 2019 AAP stats showing e-book

6  sales for the children's and young adult titles?

7        A.  I believe I referenced a few other

8  statistics on that issue, for instance, the

9  overall volume of OverDrive checkouts between Q2

10  and Q3 for all titles, so not restricted to the

11  127 titles at issue in this matter.

12        Q.  And did you do any other controls related

13  to seasonality other than those two?

14        A.  We talked about a few other statistics

15  before the break, including the overall e-book

16  sales statistics that have been produced by AAP in

17  this matter.  So we looked at e-book sales from Q2

18  to Q3 where there's a reported decline of less

19  than 3 percent.

20        Q.  Did you do any seasonality controls

21  specifically for the works-in-suit?

22        A.  Did you ask me if I did a seasonality

Page 109

1    analysis?

2         Q.  Yes.  Did you do any seasonality controls

3    for the works-in-suit?  For example, did you look

4    at whether these particular works-in-suit, what

5    their sales were in 2019?

6         A.  I'm not sure how that is relevant.  When

7    you do a seasonality analysis, you need to

8    consider seasons across many years.  And it's

9    evident, based on the data that's been produced in

10   this matter, that 2020 is unique in a lot of ways

11   compared to other years.

12          So such an analysis would necessarily

13   have to assume that seasonality, as you describe

14   it, would be the same in 2019, 2020, and I think

15   that would be an appropriate -- an inappropriate

16   analysis.

17        Q.  Did you look to see whether, for the

18   works-in-suit, they generally had a dip in sales

19   in the third quarter of 2019?

20        A.  I did not look at that for the reason

21   that market conditions in 2019 were dramatically

22   different than market conditions in 2020.

Page 110

1      Q.  Did you look at whether the works-in-suit

2  had a dip in sales in the summer of 2018?

3      A.  I did not look specifically at that

4  question for the same reason as before, and that

5  is market conditions in 2018 are drastically

6  different than market conditions in 2020.

7      Q.  Did you look at OverDrive checkouts in

8  2019 or earlier years, again, to see whether it

9  was customary to have a dip in sales in the third

10  quarter or checkouts in the third quarter for the

11  works-in-suit?

12      A.  I did not, for the same reasons as

13  before:  That any patterns that may have emerged

14  before the pandemic, before 2020, it's -- it's not

15  obvious to me that you can extrapolate those

16  patterns to 2020 where the market changed

17  dramatically in part because of the onset of a

18  global pandemic.

19      Q.  Okay.  Let's turn to that global

20  pandemic.

21          Did your study look at the complex

22  impacts of the COVID-19 pandemic and how they

Page 111

1   varied title by title in their impact?

2        A.   To the extent that that impact on a

3   title-by-title basis is the same from Q2 to Q3, I

4   accounted for that by calculating changes in, for

5   instance, OverDrive checkouts.

6        Q.   And didn't COVID -- weren't the

7   conditions related to COVID different in Q2 and

8   Q3 2020?

9        A.   With respect to the 127 works-in-suit, I

10  don't have -- I haven't seen any data or evidence

11  produced in this matter that would inform me on

12  that.

13       Q.   So you did not, when you were looking at

14  the decline in OverDrive checkouts of the

15  works-in-suit and when you were looking at the

16  decline in the 25 or so Hachette titles, you

17  didn't ask yourself, is this decline related not

18  to the Internet Archive but instead related to

19  complicated COVID-related issues, correct?

20       A.   As stated in my reply report, it is true

21  that things change from Q2 and Q3, and the complex

22  COVID dynamics that you're asking about I would

Page 112

1   assume affect all titles.  And the AAP sales

2   statistics for overall e-book markets suggests

3   that there's an overall decline of less than

4   3 percent.

5       Q.  And on what basis did you conclude that

6   the impact of COVID would be the same for

7   different types of titles?  Did you do any

8   research or analysis or interviewing to reach that

9   conclusion?

10      A.  I have no reason to believe that there

11  should be a difference between the overall market

12  and the 127 titles at issue.  I have not seen any

13  evidence that would allow me to assess if those

14  127 titles are representative or not

15  representative of the overall market.

16      Q.  And did you do any research, including

17  after receiving Dr. Prince's report, to confirm

18  your assumption that COVID impacted all of the 127

19  works equally, as compared -- let me rephrase

20  that.

21          Did you do any research, after receiving

22  Dr. Prince's report, to understand how COVID could

Page 113

1  have impacted certain titles differently than the

2  overall market?

3      A.  I believe the answer to that question

4  would be, in order to make such an analysis, I

5  would need to have other titles that are

6  comparable to the works-in-suit.  So basically a

7  more direct benchline than what the overall market

8  may be.  And I have not seen that data, and

9  therefore, I can't make those inferences.

10     Q.  Okay.  Did you control for various supply

11 chain issues in 2020 during the COVID period?

12     A.  To the extent that those supply

13 conditions have not changed between Q2 and Q3 of

14 2020, I controlled for them.

15     Q.  What basis do you have to believe that

16 the supply chain issues did not change between Q2

17 and Q3 2020?

18     A.  Which market are we talking about?

19     Q.  In the book market.

20         MR. GRATZ:  Objection.  Vague.

21         THE WITNESS:  I mean, the book market is

22 a broad concept.  Are we talk about e-books?  Are

Page 114

1    we talking about print books?

2    BY MS. STEINMAN:

3        Q.   Let's focus on print books.

4            Did you attempt to look at supply changes

5    that might have impacted your comparisons of

6    OverDrive -- of Hachette print book sales between

7    Q2 and Q3 2020?

8        A.   I'm not aware that Hachette has produced

9    any information that would shed light on that.

10       Q.   That's not my question.

11           My question is, did you look at supply

12   chain changes that might have impacted the Q2 and

13   Q3 Hachette print book sales in 2020?

14           MR. GRATZ:  Objection.  Vague.

15           THE WITNESS:  I mean, generally speaking,

16   how companies source their supplies are governed

17   by a lot of confidentiality.  And I -- I would

18   assume that you would not be able to research in

19   the public domain what Hachette's supply

20   distribution looks like, and therefore, I -- I

21   would not expect to be able to find public

22   information that could address that question.  So

Page 115

1   that's why I said before I haven't seen that data

2   as produced in the record.

3   BY MS. STEINMAN:

4        Q.   Did you do any research, public research,

5   on the supply chain issues impacting the book

6   publishing industry in 2020?

7        A.   I'm aware that there have been supply

8   issues in many industries, and I understand that

9   that has also impacted the book publishing

10  industry.  But how that specifically relates to

11  the works-in-suit, I have not seen any evidence

12  on.

13       Q.   Okay.  So you did not control for that in

14  your expert report?

15       A.   To the extent that it did not change

16  between Q2 and Q3, I did control for it.

17       Q.   But to the extent it did change, you did

18  not control for it, correct?

19       A.   Correct.

20       Q.   Okay.  Did you -- in your expert report,

21  did you control for the fact that some of the

22  titles offered by Hachette are commonly assigned

Page 116

1    as middle and high school reading during the

2    school year?

3        A.  I have not seen data or evidence on this.

4    And to the extent that there's no change in that

5    demand from Q2 to Q3, I've controlled for it.

6        Q.  Is school in session in the summer,

7    Dr. Jørgensen?

8            MR. GRATZ:  Lacks foundation.  Vague.

9    BY MS. STEINMAN:

10       Q.  Is middle school and high school in

11   session during the summer, Dr. Jørgensen?

12           MR. GRATZ:  Same objections.

13           THE WITNESS:  As a general matter, the

14   school year ends and there's a summer break.

15   As -- I have not seen any evidence that would

16   suggest that kids would not be interested in

17   reading certain books over the summer.  In fact,

18   the reported sales dip that Dr. Prince claims to

19   have found, when I look at that evidence, I don't

20   see it.

21   BY MS. STEINMAN:

22       Q.  Did you control for the Black Lives

Page 117

1   Matter movement and the fact that, in Q3 2020, the

2   nation very significantly turned its attention to

3   racial justice issues?

4        A.   To the extent that did not change between

5   Q2 and Q3, I controlled for it.

6        Q.   What makes you believe, Dr. Jørgensen,

7   that the Black Lives Matter movement did not

8   change between Q2 and Q3 2020?  George Floyd was

9   killed at the end of May.

10        A.   I understand that certain events took

11   place in 2020 that made certain books -- that

12   demand for certain books went up.

13             I understand that the 127 titles in this

14   suit is not on racial issues alone.  I understand

15   that there are certain titles on that issue.  So

16   it may have impacted those titles.  But there are

17   also many titles among the 127 works-in-suit that

18   I would imagine is not affected by racial justice

19   interests.

20        Q.   If the nation started spending their

21   reading time on racial justice books and did not

22   read the types of books that are in the 127

Page 118

1    works-in-suit, or at least most of the 127

2    works-in-suit, that could well account for changes

3    between Q2 and Q3, could it not?

4              MR. GRATZ:  Lacks foundation.  Calls for

5    speculation.

6              THE WITNESS:  I don't have the data to

7    answer that question.

8    BY MS. STEINMAN:

9        Q.  Assuming that the public spent their

10   reading hours in Q3 2020 reading books about

11   racial justice, wouldn't that be one potential

12   plausible reason for the decline overall of the

13   OverDrive checkouts and the Hachette sales in

14   e-book and paperback of the works-in-suit?

15             MR. GRATZ:  Lacks foundation.  Calls for

16   speculation.

17             THE WITNESS:  I mean, you're asking me to

18   assume something, and --

19   BY MS. STEINMAN:

20       Q.  I am.  I am asking you to assume

21   something.

22       A.  Right.  It is certainly true that there

Page 119

1    could be changing conditions, changing conditions

2    that may be more important for certain titles than

3    others.  And but again, the empirical analysis I

4    spent in my reports -- I mean, they also have one

5    thing in common, and that is they were all offered

6    on Internet Archive's -- through Internet

7    Archive's digital lending library in Q2; there was

8    instant access; there were no technical controls

9    in place limiting circulation of those titles.

10   That option was no longer available to consumers

11   in Q3.  And that's the common factor that all

12   these 127 titles have in common.

13        Q.  Are you aware that it is also the case

14   that rainfall levels fall in Q3 every year, and

15   yet that's not the cause of the decline in these

16   OverDrive checkouts or Hachette sales either,

17   right?

18             MR. GRATZ:  Lacks foundation.  Calls for

19   speculation.  Vague.

20             THE WITNESS:  I have not considered

21   information on rainfall.

22

Page 120

1    BY MS. STEINMAN:

2        Q.  Did you control for pricing in your study

3    of the OverDrive checkouts or the Hachette e-book

4    and paperback sales between Q2 and Q3 2020?

5        A.  To the extent that those prices do not

6    change, I've controlled for it.

7        Q.  To the extent there were changes in the

8    prices, did you control for it?

9            MR. GRATZ:  Lacks foundation.

10           THE WITNESS:  I have not controlled for

11   that.  And one reason is, economists are generally

12   very careful with modeling sales as a function of

13   crisis.  That leads to a classic and fundamental

14   econometric issue called simultaneity.  It comes

15   down to basic economics that quantity and prices

16   are determined through the forces of supply and

17   demand.  And that basic economic relationship

18   means, from an empirical point of view, one has to

19   be very careful when you model sales as function

20   of price.

21   BY MS. STEINMAN:

22       Q.  Is it -- do you deny, Dr. Jørgensen, that

Page 121

1    when book publishers discount books, that that

2    leads to -- often leads to changes in both revenue

3    and units sold?

4         A.  I mean, that's certainly possible.  You

5    asked a very broad question.  I don't have the

6    data or the evidence to tell you if discounts are

7    effective or not.

8         Q.  And my question to you is, when you did

9    your report, did you look to see whether any

10   changes in prices were a plausible factor for the

11   changes in Q2 and Q3 2020 figures for either the

12   OverDrive checkouts or the print and e-book sales?

13        A.  So for OverDrive, we know that libraries

14   have access to e-books through OverDrive under a

15   number of different licensing agreements, and some

16   of those are preset in time.  And the revenue

17   data, as we talked about earlier, it has a

18   complicated relationship to the underlying

19   checkouts.

20             And similarly, discounts, I'm not sure

21   how one would think about discounts in the context

22   of the OverDrive data.

                                        Page 122

1        Q.  Let's focus for a second on the Hachette

2   data.  My question is a very simple one.

3            Did you look to determine whether the

4   changes in Q2 and Q3 e-book and paperback sales

5   could have been impacted by changes in prices?

6   Did you look at that?  Not -- I'm not asking you

7   whether you had the data, I'm simply asking you,

8   did you look at that in your analysis in your

9   expert reports?

10            MR. GRATZ:  Vague.

11            THE WITNESS:  I looked at paperback sales

12   to Amazon and Barnes & Noble, for instance.  And

13   yes, I don't have any information about what those

14   books were sold for or what price through those

15   channels.  Like, the final consumer price.

16   BY MS. STEINMAN:

17        Q.  And do you have any -- as you sit here

18   today, do you have any basis to contest the notion

19   that sales of books can be impacted by changes in

20   prices?

21        A.  That's certainly a possibility.

22        Q.  When you wrote your report and you

Page 123

1    compared both the OverDrive checkouts and the

2    Hachette e-book and paperback sales between Q2 and

3    Q3 2020, did you control for broader sales

4    trajectories for the individual works-in-suit; in

5    other words, whether a book had long had declining

6    sales quarter by quarter?

7         A.   I mean, by construction, the empirical

8    analysis set up in a way that it compares two

9    periods in time that are close to each other.  And

10   the intention of that design is exactly to sort of

11   zoom in on sort of a short trend or a sales trend

12   in a short period of time for the very reason that

13   it allows a simple comparison without necessarily

14   having to consider the full sales trajectory of a

15   title.  That is, in some sense, by design.

16        Q.   So in other words, if a book had come out

17   in 2019 and it had steadily declining sales

18   quarter by quarter, that could well have been the

19   impact -- that could well have been the reason for

20   the decline in sales between Q2 and Q3 2020 and

21   not the Internet Archive, correct?

22        A.   I think it's fair to say that any given

Page 124

1  title may become less popular over time, and

2  therefore, you could expect sales to go down from

3  Q2 to Q3.

4          But the important part of my empirical

5  analysis is the works-in-suit, they have one

6  common factor, and that is consumers had the

7  option of taking out a digitized book loan during

8  National Emergency Library period, which mostly

9  correspond to Q2, and that option was no longer

10 available to them.

11         So the empirical analysis looks at, well,

12 did you see a systematic increase in the

13 works-in-suit over that period when consumers no

14 longer had that option?

15         So yes, it may be that any individual

16 title may be on a downward trajectory, but in this

17 example, the question is, did consumers go from

18 Internet Archive and over to, for instance, e-book

19 lending options available through OverDrive?

20     Q.  Dr. Jørgensen, you had testified earlier

21 that some of these books went up in OverDrive

22 loans and some went down; likewise, with Hachette,

Page 125

1    some sales went up and some sales went down.

2            What basis do you have, as you sit here

3    today, to assert that the one common factor that

4    the books had was that they were offered on the

5    Internet Archive?  What basis do you have to say

6    there weren't other common factors for the books

7    that either, say, went up or went down?

8            MR. GRATZ:  Lacks foundation.

9            THE WITNESS:  I can say with certainty

10   that the one thing they -- that one thing they

11   have in common is that they were available through

12   Internet Archive's digital lending library, and

13   that was effectively taken down in Q3.  And I

14   don't have evidence or data that allows me to

15   confirm or necessarily refute that there would be

16   other common factors.

17   BY MS. STEINMAN:

18       Q.  In your study, did you control for the

19   topics of the works-in-suit and how topics -- some

20   topics were performing in some fashion in Q2 and

21   Q3 2020 and some topics were performing in a

22   different fashion?  Did you control for that?

Page 126

1      A.  As I stated before, I mean, to the extent

2   that those topics or the interest in certain

3   topics are constant from Q2 to Q3, I've controlled

4   for that.  And if there were changing conditions,

5   I have not.

6           I believe the works-in-suit include many

7   different titles from different genres.  It also

8   includes classics, which may have a more steady

9   demand.

10     Q.  Did you control for genre of the

11  works-in-suit, whether there were any changes in

12  popularities of genres that were a potential cause

13  for the particular performances of the

14  works-in-suit between Q2 and Q3 2020?

15     A.  To the extent that genres and their

16  popularity did not change between Q2 and Q3, I did

17  control for it.  To the extent that there are

18  changes that affect individual titles, I did not.

19     Q.  Did you control for any publisher or

20  author marketing efforts in 2020 for the

21  works-in-suit?

22     A.  To the extent those marketing efforts are

Page 127

1    constant across Q2 and Q3 I controlled for them.

2    If they changed, I did not.

3         Q.   To the extent they changed, did you look

4    at the impact of author appearances when you

5    compared the data in Q2 and Q3 2020?

6         A.   And by author appearances, you are

7    thinking of --

8         Q.   Authors --

9         A.   -- public speaking?

10         Q.   Yes.   Authors frequently give talks in

11    bookstores, they frequently appear on radio shows,

12    they frequently appear on television shows.   Those

13    are all author appearances.

14         A.   I have not seen any data on that.

15         Q.   So you did not control for any

16    differences in author appearances between Q2 and

17    Q3 2020?

18         A.   I mean, to the extent they are not

19    changing from Q2 to Q3, I controlled for it.   But

20    without data, any changes in that I would not be

21    able to control.

22         Q.   Did you look at any changes in public

Page 128

1  mentions, including press, regarding the

2  works-in-suit between -- you know, in any period

3  of 2019 or 2020?

4       A.  Again, can you define what you mean by

5  public mentions?

6       Q.  Sure.  So did you look at whether any of

7  the works-in-suit had been discussed in the press,

8  whether the traditional press or in social media,

9  and whether those, you know, variations in those

10  press mentions had any impact on the differences

11  between Q2 and Q3 checkouts and sales for the

12  works-in-suit?

13       A.  To the extent that plaintiffs are

14  tracking that information and -- and using that to

15  inform their thinking about sales, I have not seen

16  that data and, therefore, I've not controlled for

17  it beyond the fact that I'm looking at changes

18  between Q2 and Q3.  And if those factors are

19  constant, I've effectively controlled for it by

20  looking at changes.

21       Q.  But to the extent those have changed, you

22  haven't looked at that?

Page 129

1    A.  I have not seen --

2    Q.  Or to the extent those changed between

3 one part of 2020 and a different part of 2020, you

4 have not controlled for that in your report.

5    A.  I have not seen any evidence suggesting

6 that that's -- that that's a factor, and therefore

7 I have not controlled for it.

8    Q.  Did you look?

9    A.  If I've collected data from social media

10 and newspaper mentions of the works-in-suit?  I

11 have not collected that data.

12    Q.  Did you look at Google Trends to

13 determine whether there was change in the volume

14 of search regarding the works-in-suit during the

15 relevant time periods?

16    A.  My understanding is that Google Trends

17 don't say anything about volume.  They say

18 something about trends.  And the scale of that

19 metric -- as I sit here today, it's been a while

20 since I looked at that kind of data.  I'm not sure

21 what inferences you necessarily can draw from that

22 for the volume of books -- of book demand.

                                              Page 130

1        Q.   Putting aside the strengths or weaknesses

2    Google Trends, did you look at it for the

3    works-in-suit during the 2020 --

4        A.   I have not.  I have not considered Google

5    Trends data.

6        Q.   Did you control for any retailer

7    marketing or placement changes for the

8    works-in-suit for any period in 2019 or '20?

9        A.   To the extent that they are unchanged

10   from Q2 to Q3, I have controlled for that.  To the

11   extent that they are changing, I have not.  I have

12   not seen any data or any evidence on that subject.

13       Q.   And did you investigate whether retailers

14   had made any marketing or placement changes for

15   the works-in-suit between -- during any of the

16   relevant time periods in 2019 or '20?

17       A.   I have not researched that question for

18   the very reason that I can't think of a reliable

19   data source where you would be able to collect

20   that information for the works-in-suit.

21       Q.   Did you conduct any interviews to

22   determine any information about retailing --

Page 131

1   retailer marketing or placement changes?

2        A.  I have not conducted any interviews.

3        Q.  And would you agree with me that if, in

4   fact, a retailer, for example, put one of these

5   titles in the front of the store near the checkout

6   counter in Q2 2020 and removed it in Q3 2020, that

7   that could lead to a decline in sales?

8        A.  It's possible.  I think you're posing a

9   hypothetical, and I don't know if we're thinking

10  of one store or stores across the U.S., so I'm --

11  I would need more information to -- to think about

12  that question.

13       Q.  Are you aware that publishers often enter

14  into agreements with large book retailers

15  regarding book placement?

16       A.  I'm not aware of the specifics of those

17  arrangements, but I wouldn't be surprised if

18  that's the case.

19       Q.  Well, let's assume, hypothetically, that

20  Barnes & Noble agreed that, across 30 stores, it

21  would put a particular title near the checkout

22  counter or it would put it face forward on its

Page 132

1    shelves.

2            Do you think it's a fair assumption that

3    that would impact sales?

4            MR. GRATZ:  Lacks foundation.

5            THE WITNESS:  Whether it's a fair

6    assumption, I think as a fundamental economic

7    matter, if -- I think product placement may have

8    an effect on, you know, what books consumers pick

9    up as they walk through a store.  That seems like

10   a plausible relationship.  But again, you may

11   imagine consumers going into a store with a

12   specific purchase in mind.

13           So maybe in this hypothetical.  I don't

14   know.

15   BY MS. STEINMAN:

16       Q.  Did you control in your study for whether

17   either the author or the title had received any

18   awards during an earlier period of time and

19   whether there was a decline in -- a decline in

20   Q3 2020 as a result of sort of diminishing impact

21   of those author awards?

22       A.  So to the extent that a title has

                                        Page 133

1    received critical acclaim in the past and that

2    effect has not changed, I've controlled for that.

3    So the fact that William Golding won the Nobel

4    Prize in literature for his works, including Lords

5    of the Fly [sic], which is one of the titles at

6    issue in this case -- I believe he won that Nobel

7    Prize in -- at some point in the '80s, so the

8    effect of winning a Nobel Prize on book sales of

9    that author's works, to the extent that that

10   recognition is steady, I've accounted for that by

11   looking at changes.

12         And if you are asking me if the critical

13   acclaim of a Nobel Prize or other awards diminish

14   over time, that could be a changing market

15   condition.  Whether that changed sharply between

16   Q2 and Q3, I have not -- I have no data, no

17   evidence, to support that or confirm it or deny

18   it.

19   Q.  Did you look at the social media

20   surrounding the works-in-suit in 2020?

21   A.  I have not looked at that.

22   Q.  So you haven't controlled for that in

                                        Page 134

1    your report to the extent that there were changes?

2         A.  I think that's a fair characterization.

3         Q.  Did you look at the level of library

4    lending of print books of the works-in-suit

5    between Q2 and Q3 2020?

6         A.  I have not seen that data.  I don't know

7    if it's available.  I don't know if it's even

8    collected, and for that reason I have not.  I've

9    not been able to consider it.

10        Q.  So whatever your reasons were, you did

11   not control for the level of library lending of

12   print books for the works-in-suit between Q2 and

13   Q3 2020, correct?

14        A.  I mean, to the extent that that is not

15   changing between Q2 and Q3, I am controlling for

16   it.  But no, I don't have the data to control for

17   it if it is, indeed, changing.

18        Q.  Did you control for time lapses from the

19   release of television shows or film adaptations

20   for any of the works-in-suit when you looked at Q2

21   and Q3 2020?

22        A.  I'm not sure what you mean by time

Page 135

1   lapses.  Maybe you can...

2        Q.  Let's say, for example, there was a --

3   you know a -- a program, a film, made out of a

4   work a few years earlier which led to a huge

5   increase in sales, and then, over time, a sort of

6   steady decline as a result of that movie or

7   television adaptation.

8            Did you look at that when you were

9   comparing the titles?

10       A.  I mean, to the extent that those factors

11  impact the outcomes of interest to my empirical

12  analysis, given -- if they don't change from Q2 to

13  Q3, I have controlled for that.  I have not seen

14  any evidence or suggestion that there are

15  important events for the works-in-suit in Q2 and

16  Q3 in terms of those factors.

17       Q.  Did you look at for all of the

18  works-in-suit the timing of movie and television

19  adaptations of these works?

20       A.  I believe I've Googled a couple of them,

21  and that preliminary analysis didn't really come

22  up with any data.  And -- but I have not

Page 136

1    systematically collected data on those factors

2    that would -- would allow me to confirm or deny

3    whether those factors were, indeed, changing from

4    Q2 to Q3.

5         Q.  Did you control for whether there had

6    been an earlier spike in a book title in Q2 2020

7    because of a new edition or a new book cover, and

8    the sort of natural decline after that first burst

9    onto the market?

10         A.  I have not considered if new book covers

11   are an important driver of demand.  And to extent

12   that new book covers explicitly being introduced

13   either in Q2 or Q3 being an important determinant

14   of, for instance, OverDrive e-book lending, I

15   have -- I haven't seen data on that.  I have not

16   seen -- I have no evidence to confirm or deny

17   whether that is a factor that's important.

18            I would assume that most -- I would

19   assume that most book title -- most of the

20   works-in-suit have book covers that -- that -- so

21   I'll -- I would put it this way:  I have no

22   statistics on how often books in general or the

1    works-in-suit in particular changed their book

2    cover.

3        Q.  And I assume you also did not look into

4    title-related fluctuations in demand for the

5    works-in-suit for any other reasons than the ones

6    we've just reviewed.

7        A.  I mean, to the extent that those other

8    conditions stay the same between Q2 and Q3, I have

9    accounted for them by looking at changes.

10       Q.  But to the extent there were

11   title-related fluctuations in demand for other

12   reasons, you haven't investigated those other

13   reasons, correct?

14       A.  I think it's fair to say that other

15   reasons not spelled out I have not considered.

16   Yes.

17       Q.  And did you focus on age-related

18   fluctuations in demand, whether books --

19   completely unrelated to the impact of the Internet

20   Archive, whether the books-in-suit had age-related

21   fluctuations between Q3 -- between Q2 and Q3 2020

22   that would have an impact on understanding what

Page 138

1    happened during that time period?

2         A.  Again, that's -- that factor is, almost

3    by design, accounted for.  So the fact that I'm

4    comparing changes across quarters, I would think

5    that -- or my assumption is that any age-related

6    factors would stay roughly the same across those

7    two quarters and, therefore, I would account for

8    that when I compute changes.

9              It's true that when -- if you were to

10   look at data over a longer period where the age of

11   the work does change, that that could be a

12   consideration for that.

13        Q.  Are you aware, for example, that some of

14   the Hachette titles were relatively recently

15   published titles that could well have age-related

16   fluctuations between two quarters?

17        A.  I understand that there are some titles

18   among the works-in-suit that are more recently

19   published.  And -- and, yes, there may be changes

20   from quarter to quarter.  Whether that's driven by

21   age, I have no -- and when I say driven by age, I

22   mean age and age alone -- and other things, I have

Page 139

1    not seen evidence of.

2        Q.  Did you not only omit controls for

3    multiple factors individually, but also

4    collectively, jointly?

5            MR. GRATZ:  Objection.  Vague.

6            THE WITNESS:  I'm not sure I understand

7    your question.  Maybe you can -- maybe repeat it

8    at least.

9    BY MS. STEINMAN:

10       Q.  Of course.

11           If there were many factors impacting the

12   OverDrive checkouts and Hachette e-book and

13   paperback sales of the approximately 25 works that

14   you looked at, those would be additive.  They

15   would each have some impact on the Internet

16   Archive; is that correct?

17       A.  I think it's -- it's fair to assume that

18   demand for books and, in particular, the 25

19   Hachette titles, are impacted by a multitude of

20   factors.  Yes.

21       Q.  Let's return to the subject of

22   seasonality.

Page 140

```
 1            Summertime is very different than spring,
 2     is it not, Dr. Jørgensen --
 3            MR. GRATZ:  Objection.
 4     BY MS. STEINMAN:
 5        Q.  -- for --
 6            MR. GRATZ:  Lacks foundation.
 7     BY MS. STEINMAN:
 8        Q.  -- a wide variety --
 9            MR. GRATZ:  Sorry, maybe the question
10     wasn't finished.
11            MS. STEINMAN:  Okay.  Let me rephrase.
12     BY MS. STEINMAN:
13        Q.  Would you agree with me that, for a wide
14     variety of reasons, summertime is quite different
15     than spring in the book publishing arena?
16            MR. GRATZ:  Lacks foundation.
17            THE WITNESS:  Are you thinking of a
18     specific year, or is this --
19     BY MS. STEINMAN:
20        Q.  In all years.
21        A.  All years?
22        Q.  Yes.  In all years.
```

                                        Page 141

1        A.   It's a very broad question, and as such,

2    it's a little unclear to me exactly based on what

3    metric that you would conclude that there are

4    differences.  But broadly speaking, yes, I agree

5    that there are differences between springtime and

6    summertime.

7             And I would say for 2020, the year that I

8    analyzed for the purposes of testing for potential

9    substitution effects, I -- I would -- it's my

10   opinion that 2020 was unique in that regard.  And

11   it's a little unclear if the usual seasonal

12   patterns would apply to 2020.

13       Q.   So kids, by and large, are not in school

14   in the summertime, true?

15       A.   I believe that's true, but kids may also

16   attend, you know, out-of-school activities, like

17   tutoring activities which can take place during

18   the summer.

19       Q.   And people spend more time outside in the

20   summer, do they not?

21            MR. GRATZ:  Lacks foundation.

22            THE WITNESS:  It depends on where you

1   live.  I believe -- I wouldn't be surprised if

2   people in -- in the south spend more time indoors

3   in the summer than outside.

4   BY MS. STEINMAN:

5       Q.  Fair enough.

6           In the Northeast, people spend more time

7   outside in the summertime, do they not?

8       A.  I think that's a fair assumption to make.

9   I don't have the data or the evidence to confirm

10  or deny.

11      Q.  And do you think it's fair to say that

12  people do different types of activity in the

13  summertime.

14      A.  What do you mean by activities?

15      Q.  They play more baseball.  They go

16  swimming.

17      A.  That's likely true.

18      Q.  Are you aware that Dr. Reimers controlled

19  for seasonality for the works-in-suit in one of

20  her models and that, as a result, she decided that

21  one of her initial results was not reliable?

22          MR. GRATZ:  Lacks foundation.

Page 143

1          THE WITNESS:  I've reviewed Dr. Reimers'

2    report.  I don't think she concluded that one of

3    her results was unreliable, but my recollection is

4    a little fuzzy.  I haven't reviewed it in great

5    detail.

6          And I would -- maybe we can take a look

7    at her report.  I would be --

8    BY MS. STEINMAN:

9       Q.  Let's --

10      A.  -- interested --

11      Q.  Yes.  Let's do that.  Dr. Reimers' report

12   is Exhibit 8.

13      A.  One moment.

14      Q.  And I would direct your attention to

15   paragraph 53.

16      A.  53?  I'm there.  Should I review it?

17      Q.  Yes, please.

18      A.  One moment.  And it was 53, correct?

19      Q.  Yes.

20      A.  Yes.  I've read it.

21      Q.  So initially Dr. Reimers concluded that

22   the Amazon sales rankings for the print versions

```
                                        Page 159
 1        Q.  When you looked at the OverDrive data for

 2   2020 for all titles and determined that the total

 3   number of e-book loans decreased by

 4   about ███████████ between Q2 and Q3, did you look

 5   further at whether different types of books had

 6   had different rates of decline, whether new books

 7   or old books or by genre or by subject matter or

 8   any other breakdown?

 9             MR. GRATZ:  Vague.

10             THE WITNESS:  The breakdowns I

11   considered, you know, using the data from the AAP

12   StatShot.  They were by format.  And as I sit

13   here, I don't recall if there was a breakdown by

14   genre.  I don't recall explicitly analyzing that

15   data, if it's there.

16   BY MS. STEINMAN:

17        Q.  Sitting here today, do you believe that

18   the fact that libraries and bookstores -- let me

19   rephrase.

20             I will represent to you that in Q3 2020

21   libraries and bookstores began opening or at least

22   engaging in check- -- you know, curbside checkout.
```

Page 160

1          If that is the case, do you believe that

2     that could be a potential plausible contributing

3     factor why the OverDrive checkouts for some of the

4     works-in-suit went down between the second and

5     third quarter of 2020?

6          MR. GRATZ:  Lacks foundation.  Incomplete

7     hypothetical.

8          THE WITNESS:  I guess it's certainly a

9     possibility, but I don't have the data on library

10    lending of physical books of the works-in-suit,

11    whether that changed from Q2 to Q3.  I don't have

12    that information so I can't confirm or -- or deny

13    that possibility.

14         MS. STEINMAN:  Okay.  Jesse, let's look

15    at -- let's introduce Exhibit 11, which is

16    Internet Archive 140648.

17              (Jørgensen Deposition Exhibit 11 marked

18              for identification and attached to the

19              transcript.)

20         THE WITNESS:  And after this exhibit,

21    would it be possible to do a quick break?

22         MS. STEINMAN:  Yes.

Page 241

1                C E R T I F I C A T E

2          I do hereby certify that the aforesaid

3    testimony was taken before me, pursuant to notice, at

4    the time and place indicated; that said deponent was

5    by me duly sworn to tell the truth, the whole truth,

6    and nothing but the truth; that the testimony of said

7    witness was taken by me in stenotypy and thereafter

8    reduced to typewriting under my direction; that said

9    statement is a true record of the proceedings; that I

10   am neither counsel for, related to, nor employed by

11   any of the parties to the action in which this

12   statement was taken; and, further, that I am not a

13   relative or employee of any counsel or attorney

14   employed by the parties hereto, nor financially or

15   otherwise interested in the outcome of this action.

16

17

18

19

20

21                         CHRISTINA S. HOTSKO, RPR, CRR

22