# Prince Declaration

# Exhibit 4

HIGHLY CONFIDENTIAL

Page 1

1        IN THE UNITED STATES DISTRICT COURT

2        FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4    -------------------------------
                                    )
5    HACHETTE BOOK GROUP, INC.,    )
     et al.,                        )
6                                   )
                   Plaintiff        )
7                                   )
     vs.                            )   C.A. No. 1:20-CV-041160-JGK
8                                   )
                                    )
9    INTERNET ARCHIVE, et al.,     )
                                    )
10                 Defendant        )
                                    )
11   -------------------------------

12

13              HIGHLY CONFIDENTIAL

14        ZOOM VIDEOTAPED DEPOSITION OF

15           IMKE C. REIMERS, PH.D.

16            FRIDAY, JUNE 3, 2022

17            10:13 a.m. - 6:40 p.m.

18            BOSTON, MASSACHUSETTS

19

20

21

22

23   Reported by:  Sandra A. Deschaine, SCR, RPR,

24   CLR, CRA

25   Job No. 5255420.

HIGHLY CONFIDENTIAL

Page 35

1    the number of books that had been sold,

2    number of units that had been sold of any

3    title?

4         A.   Yes, that was what we needed to do

5    for that paper.

6         Q.   And the focus of the paper was not

7    our Amazon book sales rankings representative

8    of the full market?

9         A.   That is correct.

10        Q.   Okay.  Under the materials

11   considered, when you listed the various

12   things you looked at to write your expert

13   report, one of the things you looked at was

14   the sales records for all of the works in

15   suit, correct?

16        A.   Which sales records did you mean?

17        Q.   So all four publishers for the 127

18   works in suit, they each provided the sales

19   figures for their books, correct?

20             MR. GRATZ:  Maybe it's easier with

21        the term "the sales figures," but you

22        can answer.

23        A.   Yeah, so -- yes, yes, they

24   provided some annual sales figures for

25   varying lengths of years, yes.

HIGHLY CONFIDENTIAL

Page 36

```
 1    BY MS. STEINMAN:
 2         Q.    Perfect.  Yes.  Okay.
 3              And would it be fair that nobody
 4    can simply look at those sales figures and
 5    determine the impact of the Internet Archive,
 6    because of all the other reasons why sales of
 7    a particular title can go up or down?
 8              MR. GRATZ:  Objection, incomplete
 9         hypothetical and vague.
10         A.    Yes, to determine the effect of
11    the Internet Archive, one would have to
12    control for other factors that might have
13    happened.
14              MS. STEINMAN:  Okay.  I'd like to
15         introduce, as Exhibit Number 3, an
16         article that you wrote called "Can
17         Private Copyright Protection Be
18         Effective?  Evidence from Book
19         Publishing" by Imke Reimers, Journal of
20         Law and Economics May 2016.
21    (Exhibit 3, HeinOnline, Can Private
22    Copyright Protection Be Effective?  Evidence
23    from Book Publishing, by Imke Reimers,
24    Journal of Law and Economics May 2016, marked
25    for identification.)
```

Page 45

1   about -- well, 126 titles that I'm following.

2   BY MS. STEINMAN:

3        Q.   Most of those books were

4   originally published several years ago, going

5   back as far as the first half of the 20th

6   Century, correct?

7              If you look at page 416 of your

8   article, that will help you out.

9        A.   Yeah, I found it right now.  Yes.

10  Thank you.

11       Q.   Is that accurate that, quote,

12  "Most of the works were originally published

13  several years ago, going back as far as the

14  first half of the 20th Century, although all

15  titles are still protected by copyright"?

16             Is that accurate?

17       A.   Yes, that's what it says in the

18  text.

19       Q.   And in the middle of page 416, it

20  says that RosettaBooks list, quote, "consist

21  largely of backlist titles ranging from

22  well-known classics to works that are less

23  well-known today.  Most of its titles were

24  originally published more than a decade ago."

25             Is that accurate?

HIGHLY CONFIDENTIAL

Page 46

1        A.    Yes.

2        Q.    And so these titles were similar

3    in publication dates to the titles on the

4    Internet Archive Books to Borrow collection,

5    correct?

6             MR. GRATZ:   Objection, lacks

7         foundation, vague.

8        A.    Yes.   They -- to the extent that

9    they were also several years old, yes.

10   BY MS. STEINMAN:

11       Q.    Were there any other differences

12   between the titles that you were looking at

13   published by RosettaBooks and the works in

14   suit in this case?

15            MR. GRATZ:   Lacks foundation.

16       A.    I mean -- my guess is that there's

17   no big overlap, if any, across the titles.

18   The types of titles might be similar.

19       Q.    Okay.   Fair enough.

20            So in your article you look to see

21   the impact when the publishers' agent sent

22   takedown notices to websites making

23   unauthorized distributions of the titles, and

24   also requests the search engines to delist

25   the unauthorized websites, correct?

1    iPads, it is better if they are able to read

2    them on their iPads than if they're not.

3         Q.   What was your understanding --

4    going back to your 2016 article.  What was

5    your understanding of why people were going

6    to these websites with the unauthorized

7    content?  Was it your understanding that they

8    were going there to read the books?

9         A.   I don't know why they would go,

10   but that was -- would be my assumption.

11        Q.   And, to your knowledge, is there

12   anything materially different about the type

13   of user that was getting unauthorized copies

14   from the pirate websites in your 2016 study

15   as compared to users of the Internet

16   Archive's free digital library.

17        A.   I don't know anything about the

18   users of either of them.  I -- yeah, no.  I

19   just don't know who goes to those websites.

20   I don't observe any IP addresses or anything

21   else about them.

22        Q.   #But, sitting here today, you have

23   no reason to believe, if people go to the

24   pirate websites to read an e-book, you have

25   no evidence, sitting here today, that they

HIGHLY CONFIDENTIAL

Page 56

1    page 417.

2         Q.   Okay.   In your article, you

3    concluded that, after publishers, agents, and

4    takedown notices and delisting requests, that

5    those piracy protections made it more

6    difficult for the members of the public to

7    find the free unauthorized digital books,

8    correct?

9         A.   Yes, that is correct.

10        Q.   And you determined that these

11   piracy protections had a significant impact

12   on the sales of e-books, correct?

13        A.   Yes, this is what I found, for

14   example, in Table 2.

15        Q.   In other words, you found that

16   when members of the public had more

17   difficulty getting a free e-book from an

18   unauthorized website, some of them were

19   willing to pay money to buy the e-book,

20   correct?

21        A.   That is correct, although the

22   level of increased difficulty is -- I don't

23   know how much more difficult it had become

24   there.

25        Q.   I'm sorry.  I didn't follow.

Page 58

1    is a net decrease in the number of pirate

2    websites and in which, say, Google doesn't

3    list the pirate websites, in those

4    circumstances, some consumers will pay to buy

5    an e-book since they can't get it for free

6    from the pirate website?

7              MR. GRATZ:  Lacks foundation.

8    BY MS. STEINMAN:

9         Q.   Let me rephrase.  I can see I --

10   let me make it more easier for you.

11             When I say when members of the

12   public have more difficulty getting a free

13   e-book, all I'm saying is that the piracy

14   protections have succeeded and made it harder

15   to find.

16             So if it's harder to find, some

17   people are going to -- you found that some

18   people are going to pay for the commercial

19   e-book?

20        A.   Yes, that was my interpretation in

21   the paper, yes.

22        Q.   On page 421 -- on the bottom of

23   page 421, you found, quote, "Electronic books

24   can be regarded as the closest substitute for

25   pirated versions...physical editions of the

HIGHLY CONFIDENTIAL

Page 71

1        calls for speculation.

2        A.   So my answer is that -- yeah, I

3   can't quite tell because it depends on how

4   people learn about the books.  And if people

5   learn about the books, say, via Goodreads or

6   something like that, then I don't know how

7   much of a difference these larger

8   budgeting -- or larger marketing budgets

9   make.

10              MS. STEINMAN:  Okay.  Since our

11         tape is about to run out.  Let's take a

12         short break.  I know that you want to

13         leave by 7:30.  So we're going to try to

14         keep breaks short and lunch short since

15         I share your goal to end by 7:30.  So

16         let's take, say, a five-minute break.

17              THE VIDEOGRAPHER:  Okay.  Going

18         off the record.  The time is 11:48 a.m.

19         This is the end of media unit 1.

20   (Recess taken at 11:48 a.m. to 11:58.)

21              THE VIDEOGRAPHER:  We are back on

22         the record.  The time is 11:58 a.m.

23         This is the beginning of Media Unit 2.

24   BY MS. STEINMAN:

25        Q.   Would you please turn to your

HIGHLY CONFIDENTIAL

Page 72

1    rebuttal report, which should be Exhibit 2?

2         A.    Yep.

3         Q.    And if you would go to paragraphs

4    17 through 19.

5         A.    Okay.

6         Q.    Do those paragraphs contain all of

7    the reasons why the results of your 2016

8    paper are not indicative, in your view, of

9    the effects of the Internet Archive on the

10   plaintiffs?

11        A.    I'm not sure if they contain all

12   of the reasons.  They contain the reasons I

13   could think of.

14        Q.    Are there any other reasons that

15   come to mind?

16        A.    None that I could think of so far.

17        Q.    The first reason is that, "The

18   digital lending interface at the Internet

19   Archive has more of an appearance of a

20   library than the cyberlocker hosts as it

21   allows people to borrow titles for limited

22   time periods rather than keep them on their

23   computers indefinitely.  The fact that one

24   does not own the book when reading it via

25   Internet Archive can diminish the experience

HIGHLY CONFIDENTIAL

Page 73

1    of reading it, making consumers more likely

2    to purchase a full edition later."

3              Is that an accurate quote from

4    your report?

5         A.   Yes, that's what it says in

6    paragraph 19.

7         Q.   Do you have any support that you

8    can cite for your second sentence?

9         A.   No, I don't have any empirical

10   evidence of that.

11        Q.   Are you aware that at the time of

12   suit, the Internet Archive allowed its users

13   to download a book for 14 days?

14        A.   I read those terms when I reviewed

15   the Prince report.

16        Q.   And are you aware that currently

17   the Internet Archive allows users to download

18   a book for 14 days so long as they have more

19   than one copy?

20        A.   I don't think I knew the exact

21   terms.

22        Q.   Are you aware that the Internet

23   Archive allows users to take an e-book out

24   again if they haven't finished it?

25              MR. GRATZ:  Lacks foundation.

HIGHLY CONFIDENTIAL

Page 74

1         A.    Yes, that has been my experience
2    when I borrowed a book.
3    BY MS. STEINMAN:
4         Q.    And are you aware that many public
5    libraries loan books for around 14 days?
6         A.    Yes, that is my understanding, 14
7    days or 3 weeks.
8         Q.    Would you agree with me that, in
9    many instances, people can read a book in 14
10   days?
11              MR. GRATZ:  Lacks foundation,
12        incomplete hypothetical.
13        A.    In several instances, yes.
14   BY MS. STEINMAN:
15        Q.    Would it be accurate to say that
16   the fact that one does not own the book, when
17   reading it via the Internet Archive, means
18   that some consumers are more likely to
19   purchase a full edition later on, but that
20   other consumers may use the Internet Archive
21   as a substitute for purchasing a full edition
22   later on?
23              MR. GRATZ:  Objection, vague,
24        lacks foundation.
25        A.    So this, I think, is another

HIGHLY CONFIDENTIAL

Page 75

1    empirical question, where it's possible that

2    what you're saying is correct, but if I don't

3    see the data to study this or to examine

4    this, I don't know what people are doing.

5    BY MS. STEINMAN:

6          Q.    Let's turn to your second reason.

7                You said, quote, "Second, in my

8    2016 paper, I cannot distinguish what type of

9    content leads to harm because my variable of

10   interest describes whether the company has

11   found an infringing website for the title at

12   all and not which type of content was taken

13   down.  If e-book sales only increased after a

14   certain type of content was removed and if

15   that content is different from that offered

16   through the Internet Archive, then I cannot

17   draw inferences from that study either."

18               Do you see that?

19         A.    Yes, I do.

20         Q.    What different content were you

21   contemplating here?

22         A.    I was referring to the type of

23   piracy website; for example, cyberlockers or

24   peer-to-peer platforms or the format of the

25   book that the piracy site was in.

HIGHLY CONFIDENTIAL

Page 76

1          Q.   Okay.  As we sit here today, do

2     you know of any material differences between

3     the formats of the books in the 2016 article

4     and the Internet Archive?

5               MR. GRATZ:  Lacks foundation,

6          calls for speculation.

7          A.   Yeah, I don't quite know what the

8     2016 article -- what exactly the formats of

9     the books were except that I think --

10    (Reporter clarification.)

11         A.   Oh, the formats, format.

12              I think it says it in the 2016

13    article.  I'm happy to take a look again.

14    BY MS. STEINMAN:

15         Q.   Yes, take a look.  As I recall, it

16    says that most of them were scans, not ripped

17    e-books.

18              MR. GRATZ:  Objection.

19    (Reporter clarification.)

20              MS. STEINMAN:  Not ripped e-book

21         files.

22              MR. GRATZ:  Objection, lacks

23         foundation, misstates the content of the

24         document.

25         A.   Yeah, so on page 415 in my 2016

HIGHLY CONFIDENTIAL

```
 1    article, I state -- and you mentioned that
 2    earlier, sorry, thank you -- "Most book
 3    contents, 65 percent is either HTML or PDF
 4    format."  That makes it, you know, two-thirds
 5    and one-third something else.
 6              What I don't know -- actually, I
 7    apologize, it's -- we talked a little too
 8    much.  Can you remind me of the exact
 9    question again?
10    BY MS. STEINMAN:
11         Q.   Yes.
12              Is there anything materially
13    different about the content of the pirate
14    websites that you studied in 2016 and the
15    content on the Internet Archive?
16              MR. GRATZ:  Lacks foundation,
17         calls for speculation.
18         A.   Okay.  Thank you.
19              I don't know.  I don't know what
20    content -- which exact types of content were
21    taken down for my 2016 study, and, therefore,
22    I don't know if there was anything materially
23    different.
24    BY MS. STEINMAN:
25         Q.   Let's look at your third reason.
```

HIGHLY CONFIDENTIAL

Page 78

1           Third -- this is, again, a quote,

2     "Third, I am not able to compare the scale

3     (and number of site visitors) of the Internet

4     Archive to that of the infringing sites in my

5     2016 paper.  If traffic to the infringing

6     sites in my 2016 paper was higher than

7     traffic to each book's page on the Internet

8     Archive, then the Internet Archive might have

9     been too small to cause a sales decrease."

10          So your view is that if the

11    traffic to the infringing sites in your 2016

12    paper was higher than traffic to each book's

13    page on the Internet Archive, then the

14    Internet Archive might have been too small to

15    cause a sales decrease; is that correct?

16         A.   Yes, that's what it says in my

17    report.

18         Q.   What, if anything, do you know

19    about the scale of the traffic to the

20    infringing sites in your 2016 paper?

21         A.   I don't know anything about that

22    scale.

23         Q.   Would you agree that scale matters

24    to the ability to detect a sales change?

25              MR. GRATZ:  Lacks foundation,

HIGHLY CONFIDENTIAL

Page 80

```
 1    sites.  It is likely that removing one site
 2    has little effect on sales through other
 3    channels."
 4              If there were 88 websites that
 5    were clones of the Internet Archive, do you
 6    think there would be an impact on the
 7    publishers' sales through authorized
 8    channels?
 9              MR. GRATZ:  Lacks foundation,
10         calls for speculation.
11         A.   I'll have to kind of give the same
12    answer here as well.
13              Only if the -- if the Internet
14    Archive and -- you know, is a valuable
15    substitute to the other products and -- yeah,
16    no, that's -- only then is it possible.
17    BY MS. STEINMAN:
18         Q.   Okay.  I will move on, and we'll
19    come back to this at a later time.
20              Let's talk about controls in your
21    2016 article.
22              You looked at several control
23    variables in the 2016 article, which is
24    Exhibit 3, to make sure that your results
25    were sound, correct?
```

1          A.    That is correct.

2          Q.    And do you consider control

3    variables to be important for a study to be

4    reliable?

5          A.    That depends a lot on the setting

6    of the study.  It depends on the data and how

7    they are built and what other parts are

8    automatically controlled for.

9          Q.    If you would look at page 422,

10   please.

11         A.    Yep.

12         Q.    And, again, this is page 422 of

13   your 2016 article.

14               At the top of the page, it says,

15   quote, "Of course, Table 2 does not take into

16   account several factors that may contribute

17   to an increase in e-book sales around the

18   time that a title becomes protected.  It

19   could be that a move into protection

20   coincides with the publication of a new

21   edition of a title, with title and

22   age-related fluctuations in demand or with

23   price promotions."

24               Do you see that?

25         A.    Yes, I do.

HIGHLY CONFIDENTIAL

Page 82

1          Q.   So if I understand you correctly,
2     it's plausible that if the publication --
3     that the publication of a new edition might
4     affect e-book sales for a title at a given
5     point in time, and so you have to look at
6     that?
7                    MR. GRATZ:  Objection, vague.
8          Misstates the content of the document.
9     BY MS. STEINMAN:
10         Q.   Is a new edition something that
11    might plausibly impact e-book sales at -- you
12    know, at a specific point in time?
13                   MR. GRATZ:  Incomplete
14         hypothetical.  You can answer.
15         A.   Yes.  When we have -- when we look
16    at a title's unit sales, it is often sensible
17    to control for things like additional
18    editions.
19    BY MS. STEINMAN:
20         Q.   And you controlled for this factor
21    in your 2016 article, Yes?
22         A.   Yes, I did.
23         Q.   Okay.  In this case, you looked at
24    the Internet -- the potential impact of the
25    Internet Archive on publishers' Amazon sales

HIGHLY CONFIDENTIAL

Page 83

1    rankings at three points in time:  One, when

2    the work was first made available on the

3    Internet Archive; second, when the National

4    Emergency Library started; and, third, when

5    the work in suit was removed from the

6    Internet Archive, correct?

7           A.   That is correct.

8           Q.   And did you control for the

9    publication of new editions for each one of

10   those three time periods?

11          A.   No, I did not.

12          Q.   Okay.  Back to your 2016 article.

13              In your 2016 article, you said

14   that you wanted to look at title and

15   age-related fluctuations in demand.

16              What -- could you explain further

17   what those are, what you mean by that?

18          A.   So I'm just looking at Table 3 for

19   that.

20              Yeah, okay.  So the age -- the age

21   specific fluctuations, these are the

22   variables that I include at the -- toward the

23   bottom of Table 3, where we have title age in

24   months and title H-squared.  This is a way

25   for me to control essentially for the fact

HIGHLY CONFIDENTIAL

1    that the sales trajectory can change for a

2    title over time, and it can change so -- in a

3    nonlinear way where maybe the decay is

4    quicker at first and then kind of peters off

5    or something like that.  That's -- having

6    these extra control variables in this

7    regression helps me account for these

8    fluctuations over time.

9              The title-specific fluctuations --

10   now, again, I wrote this paper several years

11   ago, but my understanding and my guess is

12   that what I meant by that is what I wrote in

13   the table notes.  At the end of the table

14   notes, I write that "All regressions include

15   title and monthly time fixed effects."

16             These title fixed effects are

17   essentially controlling for, you know, the

18   fact that some titles are just inherently

19   more popular than other titles.  So, for

20   example, the Space Odyssey might be more

21   popular overall than some other title, whose

22   name I can't remember.

23             And having these fixed effects,

24   that basically gives us a -- you know a

25   different baseline level of sales for each of

HIGHLY CONFIDENTIAL

Page 85

1    these titles.  And we need to control for

2    that, and, therefore, I controlled for that

3    here.

4         Q.   Do title and age fluctuations --

5    I'm sorry.  Let me start again.

6             Do title and age-related

7    fluctuations in demand plausibly affect the

8    e-book sales for a title at any given point

9    in time?

10        A.   I'm sorry.  I'm a little tripped

11   up by the word "affect" in this context.

12        Q.   Why don't I use the word "impact."

13            Do title and age-related

14   fluctuations in demand plausibly impact the

15   e-book sales for a title at a given point in

16   time?

17            MR. GRATZ:  Objection, incomplete

18        hypothetical.

19        A.   The two are very closely related.

20   The fluctuations and demand show up as

21   fluctuations in sales.

22   BY MS. STEINMAN:

23        Q.   And in your 2016 paper, you

24   accounted for title-specific fluctuations and

25   demand by controlling for that factor using

HIGHLY CONFIDENTIAL

Page 86

1    Google trend search volume, correct?

2         A.    Yes.

3         Q.    And did you, you know, control for

4    title-specific fluctuations in other ways as

5    well?

6         A.    So I controlled with the search

7    volume and the general trends in sales

8    trajectories.

9         Q.    Okay.  Did you control for title

10   and age-related fluctuations in demand in

11   your analysis of the Amazon sales rankings in

12   your expert reports in this case?

13        A.    Yes, I did.  In both reports, in

14   the main report -- or in the initial report

15   and also in the rebuttal, I had the same, in

16   that case, edition age controls in the

17   regressions, so similar to the title age

18   controls that I had in the 2016 article.

19             And as a response to Dr. Prince's

20   report, I did include the number of ratings

21   as well as the average star rating as an

22   additional control.

23             The number of ratings on Amazon

24   is -- seems like a good proxy for these title

25   demand fluctuations, which I controlled for

Page 87

1    with the Google search volume in my 2016

2    paper.

3         Q.    And did you do any other controls

4    related to title and age-related fluctuations

5    in the expert reports?

6         A.    In my rebuttal report, I also

7    controlled for prices.

8         Q.    But I'm talking about title and

9    age-related fluctuations.

10        A.    So, again, I did have the --

11   sorry.  Can you actually explain then what

12   you mean with the title and age related?

13        Q.    I'm using it in the same sense as

14   you used it in your 2016 article.

15             MR. GRATZ:  Lacks foundation,

16        vague without looking at a particular

17        portion of that article.

18        A.    Yeah, so I'm looking at Section

19   5.2 again in that article.  And I think I'll

20   just have to read it a little more closely to

21   answer that.

22   BY MS. STEINMAN:

23        Q.    Go ahead.

24   (Witness reviewing document.)

25        A.    So the problem that I have here in

HIGHLY CONFIDENTIAL

1    answering your question, is I don't see where

2    I actually define title and age-related

3    fluctuations.  I just see how I respond to

4    them in the article.

5            Q.   Okay.  And did you perform the

6    same controls for title and age-related

7    fluctuations in your expert reports as you

8    did in the 2016 article?

9            A.   No, I did not use the exact same

10   controls.

11           Q.   So you mentioned that you looked

12   at Amazon star rankings.  Those are just the

13   stars that consumers put on Amazon to say

14   whether they like or don't like a book,

15   right?

16               MR. GRATZ:  Objection.  Vague in

17           its use of the term "rankings," which,

18           Linda, I'm not sure is what you meant to

19           say.

20               MS. STEINMAN:  It is not.  Okay.

21           Why don't I just ask Dr. Reimers.

22   BY MS. STEINMAN:

23           Q.   What are Amazon star ratings?

24           A.   Better, yes.  Sorry.

25               So I had  two controls for these

1      ratings in my rebuttal report.  The one was

2      the average star rating, so some number

3      between, say, 1 and 5.

4               I also had a separate control in

5      that rebuttal that accounts for the number of

6      reviews that are underlying that average star

7      rating.  This number of reviews that are

8      underlying the star rating should be closely

9      related to the overall interest for this

10     title; and, in fact, it is specifically

11     Amazon-related rather than relatively broad.

12          Q.   Star ratings are added to Amazon

13     by consumers, correct?  A consumer read the

14     book or doesn't even read the book, and they

15     write a review on Amazon and give the book a

16     couple stars between 1 and 5; is that right?

17          A.   Yes.  Many of the reviews

18     underlying these ratings are by people who

19     have bought the book on Amazon.  As far as I

20     know, I'm about maybe 80 percent sure of

21     this, that you don't have to have bought the

22     product on Amazon in order to leave a review.

23          Q.   And on what basis do you contend

24     that the number of reviews by consumers, who

25     are giving star ratings, correlates with the

HIGHLY CONFIDENTIAL

1    title and age-related fluctuations in demand?

2              Do you have any empirical evidence

3    of that?

4         A.   I don't have any firsthand

5    empirical evidence of this.  But we do

6    often -- sorry.  Let me say that second part

7    again.

8              It is -- in my field, it is -- it

9    has been -- sorry.  Let me try one more time.

10             In my field in the past, people

11   have used reviews or new reviews, in fact, as

12   a proxy for demand or, in fact, even as a

13   proxy for sales of a product.

14        Q.   And have any of those people

15   provided empirical evidence that the number

16   of individuals reviewing a book on Amazon

17   directly correlates with the sales of a book?

18        A.   I don't know for certain, although

19   I could even imagine that I have provided

20   some evidence to that extent.

21        Q.   But, as you sit here today, you

22   don't remember that?

23        A.   I would have to look at a -- at my

24   2021 report with Dr. Waldfogel on the

25   pre-purchase information.  There might be a

HIGHLY CONFIDENTIAL

Page 102

1          foundation in its use of the word

2          "still."  Misstates the content of the

3          document.

4          A.   Yeah, so it's -- so we were -- we

5     were mostly talking about Google Books in

6     this case, so that means I'm -- and, in fact,

7     as I think I stated earlier, I was only

8     tangentially familiar really with the

9     Internet Archive up until around then.  So I

10    can't -- at that point, I wasn't familiar

11    with the scale of the Internet Archive.

12    BY MS. STEINMAN:

13         Q.   Fair enough.

14              Let's look at Section 5 of your

15    paper titled "Discussion."

16         A.   Okay.

17         Q.   Tell me when you're there.

18         A.   I'm there.

19         Q.   Okay.  The second paragraph toward

20    the bottom of the page, could you read the

21    sentence beginning "Many publishers are

22    opposed"?

23              The two sentences.  Do you see

24    that?

25         A.   Yes, I see that.

HIGHLY CONFIDENTIAL

Page 103

1          So those -- yeah, that text reads
2     "Many publishers are opposed to mass
3     digitization projects driven by concerns
4     around cannibalization.  This is a reasonable
5     reaction, given that the mass digitization
6     projects typically digitize work without the
7     publishers' consent and without explicit
8     licensing fees that would generate direct
9     revenue."
10          Q.   Okay.  Can you explain what you
11     meant by publishers' concerns about
12     cannibalization in this paragraph?
13          A.   So it's been a while since I've --
14     you know, since that draft of it, so I'm --
15     you know, I'll have to put my 2020 hat on
16     here.
17          So with cannibalization, I mean,
18     what we usually mean, as economists at least
19     and my -- I would assume that that's what I
20     meant here as well, is that -- is the
21     possibility that a different -- or in this
22     case, that a different -- another edition or
23     a different edition of a title could displace
24     sales of an original edition of the same
25     title.

HIGHLY CONFIDENTIAL

Page 104

1       Q.   So if we were to put it in the

2   context of the Internet Archive, that the

3   Internet Archive could potentially displace

4   sales of the book publishers' authorized

5   books.

6            MR. GRATZ:   Objection, lacks

7        foundation.   Misstates the content of

8        the document, vague.

9       A.   If we -- yes, and -- sorry, one

10  second.

11  BY MS. STEINMAN:

12      Q.   All I'm asking is --

13      A.   There is the possibility exactly

14  that these digitization efforts, for example,

15  Internet Archive, could displace sales.

16      Q.   Okay.   And can you explain for the

17  record what explicit licensing fees you were

18  referencing in the passage that you read?

19           "This is a reasonable reaction

20  given that mass digitalization projects

21  typically digitize work without the

22  publishers' consent and without explicit

23  licensing fees that would generate direct

24  revenue."

25      A.   So, again, it's been a while, but

HIGHLY CONFIDENTIAL

Page 105

1    I would think that this is a -- yeah, just a

2    reference to these digitization -- mass

3    digitization efforts not paying publishers a

4    licensing fee to then distribute the books.

5    (Reporter clarification.)

6              THE WITNESS:   To then distribute

7         the books.

8    BY MS. STEINMAN:

9         Q.   The plaintiff publishers usually

10   get paid fees by libraries lending digital

11   books, right?

12             MR. GRATZ:   Lacks foundation.

13        A.   Yes, that's my understanding.

14   BY MS. STEINMAN:

15        Q.   In your expert report, you did not

16   address the plaintiffs' loss of these

17   licensing fees, correct?  That was not one of

18   the things you looked at?

19             MR. GRATZ:   Objection, lacks

20        foundation, incomplete hypothetical.

21        A.   No, I did not look at the direct

22   amount of money that publishers would have

23   gotten from just the licensing of the books.

24   BY MS. STEINMAN:

25        Q.   Okay.  Let's move to the later

HIGHLY CONFIDENTIAL

Page 122

1    Amazon's print sale rankings?  If you were
2    going to explain this to the jury, what is an
3    Amazon print sale ranking?
4         A.   So the Amazon print sales
5    rankings, in general, show, you know, our --
6    give us an idea about how many books have
7    been sold over some period of time in the
8    past, with, you know, higher rankings,
9    meaning more books have been sold.
10        Q.   So, in other words, the book
11   that's listed as number 1, presumably, Amazon
12   has determined that that book has the most
13   sales of any book.  Is that what it
14   determines?
15        A.   So the term "the most sales" is a
16   little vague.  It's, you know, over some
17   period of time in the past, where more recent
18   sales are weighted more heavily.
19        Q.   Does Amazon publish their
20   algorithm?
21        A.   Not that I know.  I haven't seen
22   it.
23        Q.   And for any number of reasons,
24   could it be something other than a straight
25   calculation of the actual sales ranking of a

HIGHLY CONFIDENTIAL

Page 123

1    book as compared with other titles; is there

2    some discretion in there?

3                    MR. GRATZ:  Vague.

4         A.    So there's some -- a possibility

5    that Amazon bases its sales rankings on

6    something other than sales, although all

7    academic work that I'm aware of treats Amazon

8    sales rankings as a function of Amazon sales.

9    BY MS. STEINMAN:

10        Q.    Okay.  Now, Amazon print sales

11   rankings don't necessarily tell you how much

12   revenue a title is making, correct?

13        A.    That is correct, they are likely

14   related but not necessarily the same.

15        Q.    Okay.  So let's say on week number

16   1, number 10 on the list is a legal thriller

17   by John Grisham, and then let's say on week

18   number 2, Michelle Obama's autobiography

19   #"Becoming" is released, and it sells a huge

20   number of copies and it debuts at number 1 on

21   the list.

22                    Assuming that no other big books

23   come out that week, that would bump John

24   Grisham's legal thriller to number 11 on the

25   list, right?

HIGHLY CONFIDENTIAL

Page 124

```
 1        A.   Under those assumptions, yes.
 2   Actually, sorry, let me -- let me take that
 3   back.
 4             Under those assumptions, that is
 5   likely, although, of course, sales of the
 6   other books could have also changed.
 7        Q.   Let's assume the sales of all of
 8   the books stayed the same.  The only thing
 9   that happened was Michelle Obama released her
10   beautiful autobiography and it shot to
11   number 1 on the list.
12        A.   Okay.
13        Q.   That doesn't necessarily mean that
14   the revenues from John Grisham's legal
15   thriller had gone down, correct?
16        A.   That is correct.
17        Q.   In fact, they could have either
18   remained the same or gone up.  It's just that
19   Michelle Obama's book was selling zillions of
20   copies?
21        A.   That is correct.
22        Q.   So Amazon print sales rankings are
23   not an exact predictor of revenue?
24        A.   They are not a -- they're not a
25   direct predictor of revenue.
```

HIGHLY CONFIDENTIAL

Page 126

1   rankings?

2          A.    That is correct.

3          Q.    Okay.  Do you consider Amazon's

4   print sale rankings to be representative of

5   the entire market of all the plaintiff -- all

6   the plaintiffs' customers?

7                MR. GRATZ:  Vague.

8          A.    So, again, there's -- so on one

9   hand I -- in my report, in fact, I refer to

10  somebody else who mentions that Amazon does

11  account for 50 percent of the market,

12  approximately.  Being more specific about the

13  total effect -- or how representative Amazon

14  is with regard to the other share or the

15  share that is not -- that does not come from

16  Amazon, I can't really say much about that

17  because I don't observe those data.

18  BY MS. STEINMAN:

19         Q.    For your review of the Amazon

20  data, to be a reliable measure of the impact

21  of the Internet Archive, wouldn't it be

22  critical that the Amazon print sale rankings

23  are representative of the entire market?

24         A.    I want -- I want to look at -- I

25  wrote something about that in my initial

HIGHLY CONFIDENTIAL

1   report.  I would just like to kind of look at

2   that.

3           Q.    Absolutely.

4   (Witness reviewing document.)

5           A.    Yeah, so the biggest thing that I

6   need to worry about is -- and this, by the

7   way, in paragraph 41 of my initial report, is

8   that -- that the evolution of sales is

9   different on Amazon than it is through other

10  channels.  While I don't have data to support

11  that they are the same, I also don't have a

12  reason to believe they are different.

13          Q.    Okay.  But you certainly did not

14  do any empirical study to determine whether

15  the Amazon print sale rankings is

16  representative of the entire market?

17          A.    Again, the only thing -- as I

18  mentioned earlier this morning, I think, the

19  only thing that I have done, which was in the

20  past, was look for a connection between

21  Amazon sales rankings and the best seller

22  unit sales that are on a weekly level.

23  Beyond that, I haven't done anything.

24          Q.    Okay.  Amazon print sale rankings

25  do not include library channel sales,

HIGHLY CONFIDENTIAL

Page 128

```
 1    correct?
 2              MR. GRATZ:  Lacks foundation.
 3         A.   I believe that is correct.  Again,
 4    we don't know exactly what underlies Amazon's
 5    sales rankings.
 6    BY MS. STEINMAN:
 7         Q.   Amazon's sales rankings, I assume,
 8    reflect books sold on Amazon.  Is that your
 9    understanding?
10         A.   Well, that's my assumption.
11         Q.   Fine.  So Amazon print sale
12    rankings don't include books sold at big box
13    stores like Costco, correct?
14         A.   Again, that's -- yeah, that is my
15    assumption as well.
16         Q.   And Amazon print books -- print --
17    Amazon print sale rankings do not include
18    sales from publishers to wholesalers like
19    Baker & Taylor or Ingram, correct?
20         A.   Again, that is -- that is my
21    assumption as well.
22         Q.   And Amazon's print sales rankings
23    do not include book sales by independent
24    bookstores.  Is that your assumption?
25         A.   Yes, it is as well.
```

HIGHLY CONFIDENTIAL

Page 147

1          Exhibit 10?

2              MS. STEINMAN:  You know what, I

3          had the wrong one.  I'm sorry.

4              Thank you, Joe.

5    BY MS. STEINMAN:

6          Q.   In the upper right-hand corner, do

7    you see the date September 2, 2019?

8          A.   Yes, I see that, uh-huh.

9          Q.   And if you look at the -- in the

10   center of the document -- this is from, you

11   know, Open Libraries, this is from the

12   Internet Archive -- it lists the number of

13   members as of September 2, 2019.

14              Could you read that number into

15   the record?

16         A.   Do you mean the total number of

17   members?

18         Q.   The total number of members, yes.

19         A.   Okay.  So the total number of

20   members, if I look at the right row here,

21   it's 2,753,827.

22         Q.   And if you would go to the next

23   page.

24         A.   Okay.

25         Q.   The next page is dated

HIGHLY CONFIDENTIAL

Page 148

1    September 7th, 2020.

2              Do you see that?

3         A.   Yes, I do.

4         Q.   Could you read into the record the

5    total number of members as of September 7th,

6    2020?

7         A.   The total -- sorry.  It is now

8    listed as new members rather than -- so,

9    yeah, the row just starts at new members.

10        Q.   You're right.

11        A.   But the new number of members is

12   3,971,611.

13        Q.   Okay.  And if you would turn to

14   the next page, please, which is dated

15   September 2, 2021.  Could you read the total

16   number of new members as of that date,

17   please?

18        A.   September 2nd, 2021, I see the

19   total members as 4,799,436.

20        Q.   If you would go to the next page.

21   As of April 25, 2022, how many new members

22   did the Internet Archive Open Library have?

23             MR. GRATZ:  Objection, vague.

24        A.   On April 25th, 2022, the total

25   number of members was 5,354,735.

HIGHLY CONFIDENTIAL

Page 149

1   BY MS. STEINMAN:

2        Q.   So the member -- the number of

3   members of the Internet Archive Open Library

4   has increased from 2.7 million in 2019 to 5.3

5   million currently, correct?

6                MR. GRATZ:   Lacks foundation.

7   BY MS. STEINMAN:

8        Q.   According to the Internet

9   Archive's website here.

10       A.   Yes, according to the Internet

11   Archive's website, the total number of

12   members has increased since September 2019.

13       Q.   Okay.  And when many of the

14   works-in-suit were first made available on

15   the Internet Archive, are you aware that it

16   had far fewer monthly borrows than in 2020 or

17   currently?

18       A.   I haven't previously looked at the

19   number of borrows.

20       Q.   Okay.

21                MS. STEINMAN:   So let's introduce

22       Exhibit Number 11, please.

23   (Exhibit 11, Open Library is yours, marked

24   for identification.)

25   BY MS. STEINMAN:

HIGHLY CONFIDENTIAL

Page 150

1        Q.   Tell me when you have it up.

2        A.   Okay.  I have it up.

3        Q.   Okay.  The first page from the

4   Open Library Internet Archive web page --

5   website is dated May 21, 20- -- 2011.

6             Do you see that in the upper

7   right-hand corner?

8        A.   I do, yes.

9        Q.   And in the middle of the page, on

10  the far right, in forest green, do you see

11  the number of e-books borrowed in the last 28

12  days?

13       A.   Yes, I do.

14       Q.   And could you read that number

15  into the record?

16       A.   That number is 4,355 e-books

17  borrowed.

18       Q.   Correct.  So it's 4,355 e-books

19  borrowed over the last 28 days, correct?

20       A.   Yes.

21       Q.   Okay.  Could you go to the next

22  page, please?

23       A.   Yep.

24       Q.   This document from the Internet

25  Archive Open Library, is dated May 24, 2013,

HIGHLY CONFIDENTIAL

Page 151

1    correct?

2         A.   Yes.

3         Q.   And how many e-books were borrowed

4    over the last 28 days, as of that day?

5         A.   As of May 24th, 2013, 58,955

6    e-books were borrowed -- were borrowed over

7    the last 28 days.

8         Q.   Okay.  And if you would turn to

9    the next page.

10              As of May 31st, 2015, what does

11   the Internet Archive website say about how

12   many e-books were borrowed over the prior 28

13   days?

14        A.   On that date, that number is

15   95,677.

16        Q.   Okay.  And if you turn to the next

17   page, dated May 30th, 2017, what does the

18   Internet Archive Open Library's web page

19   indicate are the number of monthly borrows,

20   as of the prior 28 days?

21        A.   On that date, the number of

22   e-books borrowed is a hundred and -- sorry --

23   103,637.

24        Q.   Okay.  And as of May 31, 2020, for

25   the Internet Archive Open Library web page,

HIGHLY CONFIDENTIAL

Page 152

1    how many e-books does it indicate were

2    borrowed over the prior 28 days?

3         A.   On that date, the number is

4    470,763.

5         Q.   So when the -- many of the

6    works-in-suit were first made available on

7    the Internet Archive, it had far fewer

8    monthly borrows, correct?

9              MR. GRATZ:   Objection.   Vague in

10        its use of the term "it."

11   BY MS. STEINMAN:

12        Q.   Okay.   When many of the

13   works-in-suit were first made available on

14   the Internet Archive, the Internet Archive

15   had far fewer monthly borrows, correct?

16        A.   In 2011, the total number of

17   borrows across the entire website was much

18   smaller, yes.

19        Q.   In fact, it was 4,000,

20   approximately, as compared to 470,000 in May

21   of 2020, correct?

22        A.   Yes.   Again, across all of the

23   books that were available at the time, yes.

24        Q.   And indeed, even in -- as of 2015,

25   it had significantly fewer borrowers -- books

HIGHLY CONFIDENTIAL

Page 153

1    borrowed than the current -- than in 2020,

2    correct?  It had 95,000 as opposed to

3    470,000.

4    (Reporter clarification.)

5    BY MS. STEINMAN:

6         Q.   95,000 as opposed to 470,000

7    borrows in the last 28 days.

8         A.   Yes.  Again, across the entire

9    catalog, the number of borrows has increased,

10   as you said, from about 95,000 to 470,000

11   from 2015 to 2020.

12             MS. STEINMAN:  I'd like to

13        introduce Exhibit 13, please.

14             This is actually going to be

15        Exhibit 12.  It's Exhibit T8 to

16        Professor Ian Foster's supplemental

17        report, Jesse.

18   (Exhibit 12, Exhibit T8 to Professor Ian

19   Foster's Supplemental Report, marked for

20   identification.)

21             MS. STEINMAN:  So we're

22        introducing as Exhibit Number 12 a

23        document which is Exhibit #T8 to

24        Professor Ian Foster's supplemental

25        report.

HIGHLY CONFIDENTIAL

Page 154

1          THE WITNESS:  Okay.

2     BY MS. STEINMAN:

3          Q.   Since you mentioned that you had

4     not read Professor Foster's supplemental

5     report, I will represent to you that this

6     exhibit indicates the number of additions to

7     the Internet Archive's copies of the work.

8     So, for example, if the Internet Archive

9     owned two copies of a work, and the partner

10    libraries in the Open Libraries program

11    contributed additional copies of the work,

12    that's what is reflected in the last column

13    of this document that says "Additions to

14    maximum eligible concurrent loans."  So those

15    are ones contributed by the Open Library.

16          MR. GRATZ:  Objection, lacks

17          foundation.  I object to counsel's

18          representation regarding anything on

19          this exhibit, in light of Dr. Foster's

20          testimony that it contains errors in the

21          column that was identified by counsel

22          and that that column was calculated

23          incorrectly.

24          MS. STEINMAN:  Okay.  Then we will

25          proceed based on hypotheticals.

HIGHLY CONFIDENTIAL

Page 155

1   BY MS. STEINMAN:

2        Q.   Let us assume, simply for the

3   purposes of this exercise, that these numbers

4   are correct.

5             If the Internet Archive has, for

6   example, 30 copies of a work available for

7   loan currently, that's a different -- it will

8   have a different impact on publishers than if

9   it has, say, one copy available for loan.

10            Would you agree with that?

11             MR. GRATZ:   Objection, lacks

12        foundation, calls for speculation,

13        incomplete hypothetical.

14       A.   Yeah, I can't say anything about

15   this because I don't know, in the first

16   place, without data whether the -- whether

17   the Internet Archive has an effect at all.

18            Based on my analysis on the Amazon

19   sales rankings, I could not confirm any

20   effect of the Internet Archive, and,

21   therefore, I don't know if one book has an

22   effect or if -- or if 30 books has a larger

23   effect or an effect at all, yeah.

24   BY MS. STEINMAN:

25       Q.   Would you agree with me that given

HIGHLY CONFIDENTIAL

Page 159

1            THE REPORTER:  I'm sorry, ma'am.

2        Can I ask you to repeat that answer?

3        A.   So I looked at -- all of the

4    works-in-suit are works that I looked for on

5    KEEPA, K-E-E-P-A.

6    BY MS. STEINMAN:

7        Q.   And were there any works-in-suit

8    that you could not find on KEEPA?

9        A.   I state that in my initial report.

10        Q.   If I recall, there were only a few

11    you couldn't include.

12        A.   That -- that is also my

13    recollection.

14            It is -- in my initial report, in

15    paragraph 39, I state that I found ranking

16    and other information for a total of 1200

17    editions for 118 titles.

18        Q.   And do you know what titles were

19    not included?

20        A.   No, I don't know that.

21        Q.   Okay.  With that as a

22    clarification, let me still ask my question.

23            Would you agree with me that given

24    the increase in the number of the Internet

25    Archive's members over the last decade, as

HIGHLY CONFIDENTIAL

Page 160

1   well as an increase in the number of borrows,

2   a steady increase both in the number of

3   members and a steady increase in the number

4   of borrows on the Internet Archive over the

5   last decade, that when you looked at when a

6   works was first made available, that is not a

7   reliable measure of the impact of the

8   Internet Archive in 2020?

9           MR. GRATZ:   Objection, vague.

10       A.   So the number of members and the

11  number of borrows across the entire website

12  are an incomplete statistic for me to base my

13  number -- base my answer on.  It depends on

14  how many people looked at the specific

15  works-in-suit.

16           And, you know -- and, yes,

17  that's -- that's why I'm -- yeah.  Actually,

18  strike that.  That's my answer.

19  BY MS. STEINMAN:

20       Q.   If you had been looking more

21  generally, would you agree with me that the

22  impact of the Internet Archive is likely to

23  vary based on the number of its members and

24  the number of its borrows?

25           MR. GRATZ:   Objection, vague,

HIGHLY CONFIDENTIAL

Page 161

1          lacks foundation, calls for

2          speculation.

3          A.   Again, especially the number of

4    members doesn't seem like a sufficient

5    statistic for me to look at here.  It's -- I

6    would be more interested -- yeah, so -- it

7    depends on the number of -- first, if

8    anything, it depends on the number of

9    visitors specifically to a title; and,

10   second, if I find a null effect for -- in my

11   analysis, there is no reason to believe that

12   there is going to be a positive or negative

13   or a nonzero effect later on without

14   additional analysis.

15   BY MS. STEINMAN:

16          Q.   Okay.

17              MS. STEINMAN:  Let's introduce,

18          please, Jesse, as Exhibit 13, Exhibit T4

19          from the Foster report.

20   (Exhibit 13, Exhibit T4 to Ian Foster's

21   report, marked for identification.)

22              THE VIDEOGRAPHER:  And,

23          Ms. Steinman, just while we're doing

24          that, we're again about 10 minutes away

25          from needing to take a short break to

HIGHLY CONFIDENTIAL

1   made available.  In fact, I looked at time

2   periods lasting from just 10 days to a full

3   year after the book was made available in

4   Exhibit C. -- after the book was made

5   available at the Internet Archive in my

6   Exhibit C to my original report.

7           Q.   Okay.  Let's look at paragraph 46

8   of your report.

9           A.   Yes.

10          Q.   Okay.  I'm going to quote it.

11               "To illustrate the statistical

12  significance of the coefficients, I will use

13  a 95 percent confidence level.  My

14  coefficient and standard error imply that if

15  one were to estimate this regression a

16  hundred times on a hundred different samples,

17  95 of a hundred coefficients are expected to

18  range between negative 0.0010 (for a rank

19  improvement of 0.10 percent) and plus 0.0057

20  for a worsening of 0.57 percent."

21               Now, again, I'm not an economist,

22  and I want to make sure I understand what

23  that means.

24               Does that mean that you have a 95

25  percent confidence level that in the period

HIGHLY CONFIDENTIAL

Page 168

1    after each of the works-in-suit were made

2    available on the Internet Archive, their

3    print sale rankings on Amazon fell within the

4    range of a .1 percent improvement in sales

5    ranking and a .57 percent sales decline in

6    sales ranking?

7         A.   So, again, as a econometrician, I

8    want to be a little careful with the wording.

9         Generally, that is the gist of it.

10   I cannot be -- the idea is that if I were to

11   run this analysis, say, a hundred times on a

12   hundred different samples that look like this

13   one, 95 of those 100 results from those

14   analyses would fall in that range.  The

15   others we can think of as outliers.

16        With all of that said, we can say,

17   yeah -- yes, with that said, we can kind of

18   think of this as a, yeah, there's a 95

19   percent confidence that it falls into this

20   range.

21        Q.   Phew.  I at least got it.

22        Okay.  So it's within the range,

23   that after the Internet Archive made a work

24   in suit available, its Amazon sales ranking

25   got worse; in other words, the work in suit

HIGHLY CONFIDENTIAL

Page 169

1    sold less books?

2         A.    Yes.   It is within this confidence

3    interval I have positive values, which would

4    imply a worsening of rankings, which we would

5    like to translate into fewer books sold.

6         Q.    So it's within your 95 percent

7    confidence range that the Internet Archive

8    potentially cannibalized sales of the print

9    versions of the works-in-suit?

10        A.    So within my 95 percent confidence

11   interval, I have both values that suggest

12   fewer sales but also values that suggest more

13   sales.   I cannot conclude from this, in

14   either direction, whether we have more or

15   fewer sales.

16        Q.    Okay.   So let's say one of the

17   lesser-known works-in-suit had an Amazon

18   print sale ranking of 10,000.

19              If it declined in sales rankings

20   by .5 percent, which is your lowest number,

21   it would move to a sales ranking of 10,050;

22   is that right?   Have I understood that

23   properly?

24        A.    If that .5 percent value that you

25   claim -- that you report here were to apply

HIGHLY CONFIDENTIAL

Page 177

1    had this statistically significant positive

2    effect; and, therefore, I wanted to be a

3    little more careful in my interpretation of

4    my -- of these results.

5         Q.   Okay.  In paragraph 49, which is,

6    again, discussing the results of the removal

7    from the Internet Archive of the

8    works-in-suit, you say -- you review your

9    evidence, and then you say, "Taken at face

10   value, this is at least suggestive evidence

11   that availability of a book at the Internet

12   Archive does not hurt its sales."

13        Why did you stick in the words

14   "taken at face value"?

15        A.   Again, any -- any regression we

16   run, any coefficient that we find is unlikely

17   to be the true effect to -- exactly on the

18   point.

19        Now, because each of my

20   coefficients comes with this confidence

21   interval, I want to be a little careful in --

22   in how I interpret and how I report these

23   results.

24        Taken at face value, given the

25   confidence intervals, it seems unlikely that

Page 178

1    the availability hurts sales, but I can't

2    rule it out entirely, by the nature of

3    statistics.

4         Q.   So your study of the Amazon print

5    sales rankings in your expert reports doesn't

6    definitively prove that the Internet Archive

7    does not cannibalize the plaintiff

8    publishers' print book sales?

9              MR. GRATZ:   Objection, vague.

10        A.   Any statistical analysis is --

11   statistical analyses aren't set up to

12   definitively prove anything, so -- including

13   this one.

14   BY MS. STEINMAN:

15        Q.   And, once again, we discussed this

16   earlier, but your sales of the Amazon print

17   sales rankings don't provide reliable

18   evidence on the subject of whether the

19   Internet Archive cannibalizes the plaintiff

20   publishers' e-book sales?

21        A.   That is correct, because the

22   formats are different, and, therefore, one

23   would need an analysis with the right data to

24   do that.

25        Q.   Of course.

HIGHLY CONFIDENTIAL

Page 179

1          Okay.  Let's move on to a new

2    topic, control factors.

3          A.   Okay.

4          Q.   #Paragraph 34 of your report says,

5    "Any analysis that tries to quantify the

6    effects of availability at the Internet

7    Archive on sales of a title is complicated by

8    the possibility of concomitant changes in

9    demand for the particular book and for

10   reading in general that are unrelated to the

11   book's availability at the Internet Archive."

12          Would you agree with me that that

13   statement applies to all of your measures,

14   that you have to make sure that the changes

15   that you're looking at weren't caused by

16   something else?

17          A.   And by all of my measures, what do

18   you mean with all of my measures?

19          Q.   The first one is when the book

20   became available on the Internet Archive, the

21   second is when the NEL started, and the third

22   is when the book came off of the Internet

23   Archive.

24          A.   All right.  Thank you for

25   clarifying.

HIGHLY CONFIDENTIAL

Page 180

```
 1            I agree that one needs to control
 2    for all of -- for these concomitant changes.
 3    Although the threat stemming from potential
 4    confounding factors varies across these
 5    different measures.
 6            Q.   So there's a big difference
 7    between correlation and causation, right?
 8            A.   That is what much of my field
 9    tries to disentangle, yes.
10            Q.   Okay.  In the first expert report,
11    is it fair to say that you did not control
12    for any other factors, other than
13    seasonality, in connection with your look at
14    the start of the NEL and the removal of the
15    works-in-suit?
16              MR. GRATZ:  Objection, vague.
17            A.   So in my first analysis, I
18    controlled for the identity of the edition
19    and, hence, the title, as well as the ages of
20    the editions.  Beyond that and beyond
21    controls that -- beyond the controls that my
22    analysis of rankings provides inherently, I
23    believe that I had no other control
24    variables.
25    BY MS. STEINMAN:
```

HIGHLY CONFIDENTIAL

Page 181

1    Q.   Okay.  Let's -- in your rebuttal

2   report, you focus largely on the addition of

3   the titles -- I'm sorry.

4        In your rebuttal report, you

5   focused largely on theory Number 1, mainly

6   the impact when the Internet Archive first

7   put a book up.  And it seems to me you

8   performed the following controls:  One,

9   price; two, Amazon star rankings --

10       A.   Ah --

11       Q.   -- ratings -- Amazon star ratings;

12   three, Amazon reviews, the number of Amazon

13   reviews; four, film and TV adaptations; five,

14   you compared fiction versus nonfiction; and,

15   six, you look at month of the year.

16       Were there any others?

17       A.   I'll have to look very briefly --

18       Q.   Of course.

19       A.   -- if that's all I did.

20       I believe you're correct.  I think

21   those are -- those were the controls I added.

22       Q.   Excellent.  Okay.

23       I'm going to give you a bit of a

24   long list here.

25       Can you confirm that you did not

HIGHLY CONFIDENTIAL

Page 182

1   run controls for theory Number 1 -- again,

2   which is when the work was first put up on

3   Internet Archive -- that you did not run

4   controls for the following:  One, any title

5   marketing efforts by the author and

6   publisher?

7          A.   Could you give me an example of a

8   title marketing effort?

9          Q.   Sure.

10              An advertising campaign or a

11  social media campaign or a sweepstake.

12         A.   Okay.  Thank you.

13              That is correct, I did not control

14  for those.

15         Q.   And is it correct that you did not

16  control for any press, mainstream press?

17         A.   That is correct.

18         Q.   And is it correct that you did not

19  control for any author appearances?

20         A.   That is correct as well.

21         Q.   And is it correct that you did not

22  control for any retail marketing or placement

23  changes; in other words, putting a book in

24  the front of the bookstore?

25         A.   That is correct.

HIGHLY CONFIDENTIAL

Page 183

1      Q.   And is it correct that you did not
2   control for publication of other books by the
3   author entering the market?
4      A.   That is also correct.
5      Q.   And is it correct that you did not
6   control for any awards for the title or
7   author?
8      A.   That is also correct.
9      Q.   And is it correct you did not
10  control for any social media regarding the
11  title?
12     A.   That is also correct.
13     Q.   And is it correct that you did not
14  control for Google trends -- or let me
15  rephrase that.
16          Is it correct that you did not
17  look at Google trends, as you had done in
18  your other two articles?
19     A.   That is also correct.
20     Q.   And is it correct that you did not
21  control for any instances in which there had
22  been what's called a community read or a
23  whole university had read a book or other
24  similar reasons for large bulk purposes?
25     A.   That is also correct.

HIGHLY CONFIDENTIAL

1      Q.   Is it correct that you did not

2  control for any new book covers; in other

3  words, if the publisher had decided to put a

4  new cover on a book in an attempt to increase

5  sales?

6      A.   I'm not sure that happens for the

7  same edition or if that would become a new

8  edition.

9      Q.   I will represent to you that

10  sometimes there's a change in a book cover

11  without it making a new edition.

12          If that's the case --

13      A.   I did not control for that.

14      Q.   Perfect.

15          Did you control for title-related

16  fluctuations in demand, for other reasons?

17      A.   So some of my analyses and some of

18  my control variables and subsample analyses

19  got potential title-level fluctuations in

20  demand.

21      Q.   And that was the number of Amazon

22  star ratings and reviews, correct?

23      A.   The number of Amazon reviews

24  mostly, yes.  And also analyses where, for

25  example, I dropped the nonfiction titles,

HIGHLY CONFIDENTIAL

Page 185

1    which might have been more likely to

2    experience these fluctuations in demand,

3    especially for these works that had been

4    out -- had been originally published a few

5    years ago.

6         Q.   And did you do any other controls

7    for title-related fluctuations in demand?

8         A.   Beyond the general controls that

9    we've mentioned and the function of time

10   since the edition's release, I did not

11   control for title fluctuations in demand.

12        Q.   Okay.  And did you control for any

13   age-related fluctuations in demand?

14        A.   So I have the edition age and the

15   edition age squared in my analysis.

16        Q.   Okay.  Let's turn to some of your

17   other focuses.

18             You looked at under number --

19   theory number 2 and theory number 3, you

20   looked at the impact of a work -- the impact

21   of the start of the National Emergency

22   Library and the impact of the works being

23   removed from the Internet Archive in and

24   around June 2020.

25        A.   Around that date, given --

HIGHLY CONFIDENTIAL

Page 186

1    (Reporter clarification.)

2         A.    Oh, I said around that date.  And

3    Exhibit 9 tells you the exact date of when a

4    title was removed.

5    BY MS. STEINMAN:

6         Q.    Most of those were in June 2020,

7    correct?

8         A.    Most but not all of them, yes.

9         Q.    Okay.  Let's talk about COVID.

10               You state, in paragraph 35, the

11    COVID-19 pandemic was, quote, "an

12    unprecedented shock to the market for books,"

13    correct?

14         A.    Sorry.  You're in my initial

15    report again; is that --

16         Q.    Yes.  I'm sorry to bounce around.

17    Yes, paragraph 35 of your initial report.

18         A.    In paragraph 35.  No.

19         Q.    Maybe I'm wrong.  Do I have the

20    wrong one?

21         A.    That is where I refer -- I thought

22    you were quoting me, but you weren't, right?

23               Okay.  I apologize.  Yes, you're

24    correct.

25         Q.    Not always.

HIGHLY CONFIDENTIAL

Page 187

1          Isn't it true that the pandemic

2    had very complex impacts on the book

3    publishing industry that varied over time and

4    that would have affected different titles

5    differently?

6               MR. GRATZ:  Lacks foundation.

7         A.   So the -- the pandemic had -- most

8    likely had a large impact on the book

9    publishing industry as a whole.  I am not

10   sure how the pandemic itself had different

11   impacts on different titles at different

12   times.

13   BY MS. STEINMAN:

14        Q.   Let's say, for example, that --

15   let me strike that.  I'll -- strike that.

16   Let me ask this question:  In either your

17   first report or your rebuttal report, when

18   you were looking at the impact of the start

19   of the NEL and you were looking at the

20   removal of the works-in-suit from Internet

21   Archive, you did not control for the complex

22   impact of COVID on different titles, did you?

23               MR. GRATZ:  Lacks foundation.

24        Lacks foundation.

25   BY MS. STEINMAN:

HIGHLY CONFIDENTIAL

Page 188

1          Q.    Go ahead.

2          A.    So I controlled for it in indirect

3    ways.

4          Q.    Other than looking at the

5    distinction between fiction and nonfiction,

6    did you control for the impact of COVID on

7    your measures 2 and 3, namely, when the NEL

8    started and when the works-in-suit were

9    removed from the Internet Archive?

10         A.    So let me just clarify that.  By

11   looking at rankings, I have taken out -- I

12   have controlled for the overall effect on the

13   industry, right?  I'm comparing relative

14   sales and not overall changes in sales.

15              Beyond that and beyond removing

16   the nonfiction titles in a separate analysis,

17   the only control that might capture or that

18   could capture potential differences in these

19   effects of the pandemic, the only controls

20   that could capture those, if they exist, are

21   captured in prices and ratings and the number

22   of reviews.

23         Q.    So is it fair to say that,

24   assuming that COVID impacted different books

25   differently, including within their

HIGHLY CONFIDENTIAL

Page 189

1   respective genres, that you would not be

2   picking that up in your analyses?

3        A.   So under the assumption that -- or

4   if this were the case, that some -- that the

5   books, especially in the works-in-suit, were

6   affected differently from other books that

7   had similar demands, that is not explicitly

8   captured beyond the measures that I've

9   mentioned.

10       Q.   Okay.  Let's look at some of the

11  reasons, COVID-related, impacts-related,

12  raised by Dr. Prince.

13           Let's assume that some of --

14  several of the works-in-suit are the types of

15  books assigned in high school and middle

16  school to students, works like The Catcher in

17  the Rye and Nine Stories by Salinger.  And

18  let's assume, when schools closed, those

19  books got stuck at school and kids did not

20  have access to them.  And let's assume that

21  their parents bought replacement copies so

22  their kids could read the books assigned in

23  schools.  And school, as we all know, ends in

24  the United States in and around May or June,

25  and kids then have a summer vacation.

HIGHLY CONFIDENTIAL

Page 190

1           Isn't it plausible that for those

2     types of titles that are assigned in schools,

3     that their sales would have declined in the

4     summer of 2020 because of this COVID impact?

5              MR. GRATZ:  Lacks foundation,

6          incomplete hypothetical.

7          A.    So under the assumption that the

8     works-in-suit are disproportionately books

9     that are read in school, and that the

10    students were not able to recover the books

11    from school, and parents then went on Amazon

12    to buy these books, under those three

13    assumptions, one would expect for those

14    titles that were read -- that were read in

15    school, the -- one would expect demand to

16    increase because of COVID.

17    BY MS. STEINMAN:

18         Q.    So it would increase in the spring

19    of 2020 and then decline in the summer of

20    2020, under this hypothetical?

21         A.    So this is clearly a hypothetical.

22         Q.    It is.

23         A.    But also it's unclear to me why

24    people would continue buying books -- buying

25    these books in May and not just have them --

HIGHLY CONFIDENTIAL

                                              Page 191

1    have bought them in March.

2         Q.   Was school still in session in May

3    in most places in the United States?

4         A.   So the answer to that is probably

5    yes.  Although -- but the question that I --

6    the part of this that I'm tripping over or

7    that I'm -- yeah, that I'm tripped up over, I

8    think I said, is why people still buy books

9    in late May for a -- for a semester that's

10   about to end and a book that is something

11   like The Catcher in the Rye.

12        Q.   Okay.  Have you read the press

13   articles cited in Professor Prince's report

14   showing that during COVID there were -- there

15   was a shift in the types of books and the

16   genre of books that were very popular?

17        A.   I have not read those articles.

18        Q.   Do you have any reason to doubt

19   that those shifts occurred?

20        A.   I'd be happy to read the articles

21   now.  I'm not sure what titles these articles

22   are referring to.

23        Q.   But, as you sit here today -- and

24   you did read Professor Prince's report, even

25   if not the articles -- do you have any basis

HIGHLY CONFIDENTIAL

Page 192

1    at this point to contest his presentation

2    that during COVID there was a shift in the

3    types of books and the genre of books that

4    people were buying?

5                MR. GRATZ:  Lacks foundation,

6         calls for speculation.

7         A.   Exactly.  So the thing that I'm --

8    I'm not -- sorry.  Let me try that again.

9              This is one of those things where

10   I, as a researcher, I would like to see the

11   data.  I can't just wholeheartedly confirm

12   this; I can't deny it either.  I would like

13   to look at the data and see how demand

14   overall shifted for different genres or

15   different types of books.

16   BY MS. STEINMAN:

17        Q.   I can certainly understand that.

18             And my only question is, you know,

19   as you sit here today, and I realize you

20   haven't looked at the data, but as you sit

21   here today, do you have any information that

22   would contradict, you know, Professor

23   Prince's presentation that there was a shift

24   in the various types of books and genres in

25   terms of popularity during the COVID time

HIGHLY CONFIDENTIAL

Page 193

```
 1    period?
 2              MR. GRATZ:  Vague, lacks
 3         foundation, calls for speculation.
 4         A.   I mean, I can neither contradict
 5    him nor can I agree with him.
 6    BY MS. STEINMAN:
 7         Q.   Perfect.  That's all I'm asking.
 8         A.   Okay.
 9         Q.   Assuming that the article cited by
10    Professor Prince was correct, that historical
11    fiction books became increasingly popular in
12    June 2020, that would have decreased the
13    Amazon print sale rankings of the
14    works-in-suit, which I will represent to you
15    do not include many works of historical
16    fiction, correct?
17              MR. GRATZ:  Lacks foundation,
18         vague.
19         A.   So with decreased rankings, you
20    meant made the rankings worse?
21         Q.   Yes, I'm sorry.  Let me say -- let
22    me repeat the question.  You're absolutely
23    right.  It's so hard with these Amazon
24    rankings.
25              If, for example, historical
```

HIGHLY CONFIDENTIAL

Page 194

1    fiction books became increasingly popular in

2    June 2020, the Amazon print rankings of the

3    works-in-suit would have gone up, meaning

4    that sales went down, correct?

5              MR. GRATZ:  Lacks foundation,

6        calls for speculation.

7        A.    And as you said previously,

8    because the works-in-suit do not include

9    historical fiction.

10   BY MS. STEINMAN:

11       Q.    Correct.  Right.  We're going to

12   assume that for this question.

13       A.    So assuming that, this is still

14   not a given, because each book competes

15   against different books, essentially with

16   relatively similar sales.  For those books in

17   the works-in-suit that are not near

18   historical fiction books, it's -- the mere --

19   you know, let's call it fact here, but this

20   assertion that historical fiction demand

21   increased would not have affected the Amazon

22   rankings of books that weren't competing with

23   those historical fiction books.

24       Q.    Could you explain that further?

25   Are you saying that the Amazon sales rankings

HIGHLY CONFIDENTIAL

Page 195

1    are grouped by genre?

2         A.   They're not grouped by genre.

3    They're grouped by sales.  But if no

4    historical fiction book has similar sales

5    numbers as a work-in-suit, then that book

6    increasing its sales may not have an effect

7    on the ranking of the work-in-suit.

8         Q.   Okay.  So I still am lost.

9         Does Amazon throw everything into

10   one pot and just list from top to bottom all

11   of the books in terms of their sales ranking?

12        A.   So to the extent that we've talked

13   about Amazon sales rankings and to the extent

14   that I know how Amazon sales rankings work, I

15   understand Amazon sales ranking to be based

16   on the sales in recent time periods, and all

17   editions or all book editions that are

18   physical are subject to the same rankings; so

19   yes, all books are in the same ranking group,

20   so to speak.

21        Q.   Okay.  So let's -- frankly, let's

22   do it, I think it would be easier with the

23   Black Lives Matter book -- books.

24        A.   Sure.

25        Q.   Let's say hypothetically George

HIGHLY CONFIDENTIAL

Page 196

1    Floyd is killed, he's murdered, the Black

2    Lives Matter movement explodes; and,

3    hypothetically, let's say 100 books that, in

4    one way or another, pertain to race suddenly

5    become the top 100 best-selling books in the

6    Amazon print rankings.

7              Isn't that going to push down the

8    Amazon print sales ranking of a book about

9    yoga?

10              MR. GRATZ:  Objection.  Calls for

11         speculation.  Vague, lacks foundation,

12         incomplete hypothetical.  You can

13         answer.

14         A.   So under this assumption that

15    there is an event in 2020 that would lead 100

16    books about racial justice moving to spots 1

17    to 100, in the Amazon sales rankings, then

18    each of the -- each of the remaining books

19    would lose -- would have a worsening of its

20    ranking by the number of books that were

21    previously listed behind -- behind that

22    specific book that were -- that then moved

23    into the top 100.

24         Q.   So when a topic becomes of

25    significant interest, it can impact the

HIGHLY CONFIDENTIAL

Page 197

1   Amazon sales rankings of books?

2               MR. GRATZ:  Lacks foundation,

3       calls for speculation, incomplete

4       hypothetical.

5               You can answer.  Sorry.

6       A.   Which books are you referring to

7   here, the Amazon sales rankings of books?

8   BY MS. STEINMAN:

9       Q.   I'll start again.

10              If a given genre or topic becomes

11  of much greater interest than it was

12  previously, in June 2020, that can have an

13  impact on the rankings -- the Amazon print

14  sales rankings of books that are not in the

15  hot category or genre?  The nonhot books will

16  have a higher Amazon sales ranking, meaning a

17  worsening of sales?

18      A.   If such an event -- yes, if such

19  an event happens that makes books of one

20  particular subject matter very popular, the

21  increases of sales of those books would lower

22  or worsen the ranking of other books.

23      Q.   In the Amazon print ranking?

24      A.   Yes.

25      Q.   Okay.  In your rebuttal report,

HIGHLY CONFIDENTIAL

Page 198

1    paragraph 5 -- I'm sorry, let me start

2    earlier.

3              We have established, have we not,

4    that other than for distinguishing between

5    fiction and nonfiction, you did not otherwise

6    control for the impact of COVID, for the

7    reasons you have explained, right?

8         A.   Beyond that distinction of fiction

9    and nonfiction and the other control

10   variables that help control for

11   title-specific fluctuations, I did not

12   control for COVID.

13        Q.   Okay.  And in paragraph 5 of your

14   rebuttal report, you state, quote, "Concerns

15   about changing interest in topic seem most

16   salient for nonfiction books:  Beyond TV and

17   movie adaptations or idiosyncratic reasons

18   for notoriety of a particular book, such as

19   some news event relating to the book's

20   author, the interest in fiction books is

21   unlikely to see large shocks several years

22   after their original publication, whereas

23   nonfiction books may discuss certain topics

24   for which interest rises for other reasons."

25              And my question for you is, do you

HIGHLY CONFIDENTIAL

Page 199

1    have any evidence for this conclusion?

2          A.   And "by this conclusion," you mean

3    the difference --

4          Q.   The conclusion that non -- that

5    fiction books are unlikely to see large

6    shocks several years after their original

7    publication?

8                MR. GRATZ:  Objection.  Misstates

9          the content of the document.

10         A.   I don't have any data evidence on

11   this.

12   BY MS. STEINMAN:

13         Q.   Do you think that -- do you have

14   any friends who read fictional works about

15   plagues and viruses during COVID?

16         A.   Do I have friends?  No.

17               MR. GRATZ:  Objection.  It assumes

18         facts.

19   BY MS. STEINMAN:

20         Q.   Would it surprise you to learn

21   that historical fiction became very popular

22   during COVID as reported in the article cited

23   in Dr. Prince's report?

24         A.   I mean, increases in demand or in

25   interest for viruses would not surprise me

HIGHLY CONFIDENTIAL

Page 200

1    when COVID happened.

2          Q.    Okay.  Let's talk about supply

3    chain issues.  There were supply chain issues

4    of all of sorts during COVID?  Yes?

5          A.    I'm not quite sure when the supply

6    chain issues really became significant.

7          Q.    Okay.  Did you -- did you look

8    into whether the publishers experienced

9    worker shortages in their warehouses in the

10   summer of 2020?

11         A.    No, I did not look into that.

12         Q.    Did you look into whether the

13   publishers experienced trucking shortages in

14   the spring and summer of 2020?

15         A.    I did not look into that either.

16         Q.    Did you look into whether the

17   publishers had difficulties getting their

18   print books reprinted when stock on a

19   particular title ran low in the spring or

20   summer of 2020?

21         A.    No, I did not look into that

22   either.

23         Q.    Now, supply chain issues can

24   impact different books differently.  For

25   example, let's say book A, the publisher had

HIGHLY CONFIDENTIAL

Page 201

1   a lot of stock, and book B, the publisher ran

2   out of stock during the spring or summer of

3   2020.

4           Would you agree with me that

5   supply chain issues can affect different

6   titles differently?

7           A.   They can affect different titles

8   differently.

9           Q.   Okay.  Let move to Black Lives

10  Matter.  I know that you looked, at certain

11  points in time, at the USA Today best seller

12  lists.

13          Are you aware that the best seller

14  list -- USA Today best seller list became

15  studded with books addressing Black Lives

16  Matter topics in the summer of 2020?

17          A.   I believe Dr. Prince mentioned

18  that in his report.  Is that correct?

19          Q.   That is correct.

20          A.   So based on that, I have no reason

21  not to believe him.

22          Q.   And did your study examine the

23  impact of Black Lives Matter on the Amazon

24  print rank -- print sales rankings in the

25  summer of 2020?

1        A.    Again, beyond the analysis in
2   which I had dropped the nonfiction books, I
3   did not specifically look at the Black Lives
4   Matter.
5        Q.    Would you agree with me that the
6   presence of many best-selling books on Black
7   Lives Matter issue or racial justice issues
8   or, frankly, race issues more generally, in
9   the summer of 2020, would be a potentially
10  plausible explanation for the 1 to 2 percent
11  decline in Amazon print sale rankings for the
12  works-in-suit in the summer of 2020?
13            MR. GRATZ:  Lacks foundation.
14       A.    I just want to look briefly at my
15  rebuttal report for that.
16  BY MS. STEINMAN:
17       Q.    Take your time.
18       A.    So this would -- any increase in
19  social justice books that -- or in demand for
20  social -- sorry, let me do this again.
21            I'm sorry.  I'm thinking through
22  an analysis right now.  That's what's causing
23  a bit of a delay.
24            So -- well -- sorry, there it is.
25  Okay.  The other analysis.

HIGHLY CONFIDENTIAL

Page 203

1            A 1 to 2 percent decrease in

2     rankings would have to -- for a 1 to 2

3     percent decrease in ranking to be explained

4     by an increase in demand for social justice

5     books, that would require a lot of social

6     justice books displacing the works-in-suit

7     and the works-in-suit not also getting any

8     bump in demand at the same time.

9            Q.   Okay.

10               MS. STEINMAN:  Let's introduce

11          Exhibit 14 -- is that the right

12          number? -- which are 2020 USA Today

13          best-selling lists from May, June and

14          July.

15     (Exhibit 14, Best selling books list:  USA

16     Today's Top 150 Weekly best sellers, marked

17     for identification.)

18               THE WITNESS:  Okay.  Okay.

19     BY MS. STEINMAN:

20          Q.   Why don't I give you just a few

21     minutes look to through these 14 pages, which

22     are the USA Today top 50 -- top 150 weekly

23     best sellers for a couple of months in the

24     summer of 2020.

25          A.   Okay.  Yep.  Thank you.

HIGHLY CONFIDENTIAL

Page 204

1          Q.    Would it be fair to say that these

2     USA Today top 150 best seller lists for May,

3     June, and July showed that book purchasers

4     had a very significantly enhanced interest in

5     race?

6                MR. GRATZ:   Lacks foundation,

7          vague, calls for speculation.

8          A.    So one thing is I only see the

9     top 20, not the top 150.

10         Q.    Yes --

11         A.    There's only a few books here.   I

12    don't know how many more books about race

13    might have shown up at all.   I don't know

14    that.   I mean, I do see a couple of books

15    that showed up in June that did not show up

16    earlier, yes, about race, yeah.

17         Q.    And in June, July -- in June,

18    July -- June and July, there are a

19    significant number of books in the top 20

20    that are books about race, aren't there?

21                MR. GRATZ:   The document speaks

22         for itself, lacks foundation.

23    BY MS. STEINMAN:

24         Q.    Let's look, for example, at --

25    let's see, what page is this? -- the week of

HIGHLY CONFIDENTIAL

Page 205

1    June 12.

2          A.    June 12th.

3               MR. GRATZ:  What page of the

4          exhibit are we looking at?

5               MR. FEITEL:  It's page 13 of the

6          PDF.

7               MR. GRATZ:  Great.  Thank you.

8               THE WITNESS:  Thank you.

9               Okay.

10   BY MS. STEINMAN:

11         Q.    The number 1 book White Fragility:

12   Why It's So Hard for White People to Talk

13   about Racism.  Now that's a book about racial

14   justice, yes?

15         A.    It most likely is, yes.

16         Q.    Okay.  And the third book on the

17   list, How to Be an Antiracist, by Ibram

18   Kendi, that's a book focused on race,

19   correct?

20         A.    It seems that way, yes.

21         Q.    And the fourth book, So You Want

22   to Talk About Race, and that's a book about

23   race and racism, yes?

24         A.    Yes.

25         Q.    The fifth book on the list is Me

HIGHLY CONFIDENTIAL

1    and White Supremacy, Combat Racism, Change

2    the World, and Become a Good Ancestor.

3              Would you agree with me that

4    that's a book about race?

5         A.   I would agree with you, yes.

6         Q.   And the book that's seventh on the

7    list, Where The Crawdaddy [sic] Sings is a

8    fiction book about an African American

9    family, yes?

10             MR. GRATZ:  Lacks foundation.

11        A.   I haven't read this book, although

12   it's been a best seller for a long time

13   before that as well.  Yeah.  I've missed my

14   chance.  Or I still have a chance to read it.

15   I haven't yet.

16        Q.   Okay.  The eighth book, Between

17   the World and Me, by Ta-Nehisi Coates, the

18   author writes of the nation's history and

19   racial crisis in the form of a letter to his

20   son.  And that's a book about race, isn't it?

21        A.   It seems like it, yes.

22        Q.   Book number 13, The New Jim Crow,

23   by Michelle Alexander, Mass Incarceration in

24   the Age of Colorblindness.  I read that book.

25   I can tell you that it's all about the unfair

HIGHLY CONFIDENTIAL

Page 207

1    disproportionate incarceration of the black

2    community.

3              That's a book about race, isn't

4    it?

5         A.   Yes.

6         Q.   The Color of Law, number 16 on the

7    list, A Forgotten History of How Our

8    Government Segregated America.

9              Is that a book about race?

10        A.   Yes.

11        Q.   The World Needs More Purple

12   People, it's a children's book with the

13   theme -- I appreciate it's geared toward

14   children, but would you agree with me that's

15   a book that's trying to encourage children to

16   not be -- not view people by their color?

17             MR. GRATZ:  Lacks foundation.

18        A.   I haven't read it, but it's about

19   including others.

20   BY MS. STEINMAN:

21        Q.   Okay.  Do you think it would be

22   fair to say that in -- during the week of

23   June 12, 2020, that the best seller -- the

24   top 20 of the best seller list was dominated

25   by books about race?

HIGHLY CONFIDENTIAL

Page 208

1           MR. GRATZ:  Lacks foundation.

2      A.   I think you listed nine books off

3    the top 20 that had to do with racism.

4    BY MS. STEINMAN:

5      Q.   And that's pretty substantial

6    given --

7           MR. GRATZ:  Lacks -- lacks

8        foundation.

9      A.   Yeah.  Whatever substantial means.

10   BY MS. STEINMAN:

11     Q.   Would you agree with me that

12   suddenly, at this time period, race became a

13   topic of great interest to the American

14   reading public?

15     A.   So -- I mean, based on these data,

16   which are limited to the top 20, you know,

17   there was an increase in reading interest in

18   the top 20 for the -- for the topic of racial

19   justice from, say, May to June in 2020.  I

20   don't know what happened in 2019 or

21   something.

22     Q.   Right.  And you did not control

23   for that in your report?

24     A.   Not beyond the measures that I've

25   mentioned.

HIGHLY CONFIDENTIAL

Page 209

1          Q.    You also had presidential

2     primaries and the presidential election of

3     Donald Trump and Joe Biden in the fall of

4     2020.   It was a big year.

5               Did you control -- would you agree

6     that those issues garnered tremendous

7     attention in this country?

8          A.    Yes, I agree that -- yes, people

9     in this country were quite interested in the

10    outcome of that election.

11         Q.    And did you control for the impact

12    of those events on the Amazon print sale

13    rankings of the works-in-suit?

14               MR. GRATZ:   Lacks foundation

15          and -- well, lacks foundation with

16          respect to what books were included in

17          the analysis.

18    BY MS. STEINMAN:

19         Q.    Let me clarify that my question is

20    confined to the works-in-suit.

21               When you ran your analyses of the

22    impact of the Internet Archive on the

23    works-in-suit, did you control for the

24    presidential primaries and election?

25         A.    So I'm hesitant to answer this

Page 213

1    control -- sorry, in interest from one day to

2    another.

3         Q.   Okay.  You wrote an article on --

4    with Joel Waldfogel titled Digitization and

5    Prepurchase Information:  The Causal and

6    Welfare Impacts of Reviews and Crowd Ratings

7    in the American Economic Review, correct?

8         A.   Yes, I believe that was the title,

9    yes.

10         Q.   Okay.  In this article you

11   concluded that Amazon's star ratings impacted

12   book sales, correct, those are consumer

13   stars?

14         A.   That is correct, those are the

15   stars from, say, 1 to 5.

16         Q.   And just putting that in a broader

17   category, consumer Amazon star ratings are --

18   in essence, they fall in the larger category

19   of good publicity for a book?

20              MR. GRATZ:  Objection, lacks

21        foundation.

22         A.   This is what Dr. Prince called it

23   as well.

24   BY MS. STEINMAN:

25         Q.   Yes, and would you agree; is that

HIGHLY CONFIDENTIAL

Page 214

1   fair?

2                    MR. GRATZ:   It lacks foundation.

3           A.   I'm not sure how it really is

4   publicity, but -- yeah, but the word itself

5   doesn't bother me, exactly.

6   BY MS. STEINMAN:

7           Q.   Okay.   In your expert report, you

8   did not control for either good publicity or

9   bad publicity of any sort for the

10  works-in-suit, correct?

11                   MR. GRATZ:   Objection.   Vague in

12          its use of the term "good publicity," or

13          bad publicity."

14  BY MS. STEINMAN:

15          Q.   We'll call it favorable publicity

16  or critical publicity.

17                   MR. GRATZ:   Same objection.

18  BY MS. STEINMAN:

19          Q.   Okay.   I'll rephrase.

20                   In your expert reports, you did

21  not control for a press that positively

22  reflected on a book or author or press that

23  negatively criticized a book or author,

24  correct?

25          A.   So this seems like one thing that

HIGHLY CONFIDENTIAL

Page 215

1    you mentioned previously about mainstream

2    press, for example.

3              It is correct that I did not

4    control for these.  I did not expect that to

5    be a big factor for titles that have been

6    around for a while.

7         Q.   And have you done any research

8    into whether publishers engage in publicity

9    that impacts book sales?

10        A.   I don't currently remember that --

11   whether -- if I've done that.  I don't

12   remember that.

13        Q.   Would it be surprising to you to

14   learn that if publishers engage in publicity

15   efforts and marketing efforts for a book,

16   that they often lead to increased sales of a

17   title?

18             MR. GRATZ:  Objection, compound.

19        A.   This is, again, something that --

20   I would like to do the analysis to see if

21   it -- if it affects sales.  Given that, that

22   I haven't done the analysis and I would like

23   to do it, it wouldn't exactly surprise me if

24   it did.

25   BY MS. STEINMAN:

HIGHLY CONFIDENTIAL

Page 216

1          Q.   Okay.   I had earlier asked you

2     about whether you ran this -- never mind.

3     Strike that.

4               MS. STEINMAN:   You know what?

5          Let's take a five-minute break.

6               MR. GRATZ:   All right.

7               THE WITNESS:   Okay.   Sounds

8          good.

9               THE VIDEOGRAPHER:   Going off the

10         record.   The time is 4:32 p.m.   This is

11         the end of Media Unit 4.

12    (Recess taken at 4:32 p.m. to 4:43 p.m.)

13              THE VIDEOGRAPHER:   We're back on

14         the record.   The time is 4:43 p.m.   This

15         is the beginning of Media Unit 5.

16         (Reimers5 audio)

17    BY MS. STEINMAN:

18         Q.   Earlier in our conversation, I had

19    reviewed a long list of potential controls.

20    We had discussed them in relation to your

21    first area of inquiry, namely, what happened

22    when Internet Archive first put the books,

23    the works-in-suit on the Internet Archive.

24              Now I'm going to focus on the

25    second two measures, namely, the beginning of

HIGHLY CONFIDENTIAL

Page 217

1    the National Emergency Library, and number 3,

2    the removal of the books from the Internet

3    Archive.

4              Would you confirm that you did not

5    run the following controls for your analyses

6    looking at the effect of the start of the

7    National Emergency Library and the removal of

8    the works-in-suit from Internet Archive on

9    the Amazon print sales rankings for the

10   works-in-suit?

11             You did not control for the topic

12   of the work-in-suit, correct?

13        A.   I did not control for the topic

14   beyond the general control for the title.

15        Q.   And what do you mean by the

16   "general control for the title"?

17        A.   The editions overall demand

18   that -- that we talked about this variable

19   that allows demand for one edition to be

20   higher than demand for another edition, where

21   each edition gets its own variable, and

22   therefore, its own baseline level of

23   popularity, which editions fully encompass

24   topics.

25        Q.   So that's controlling for the

HIGHLY CONFIDENTIAL

Page 218

```
 1     edition of a given title.  In other words, if
 2     one -- yeah, if The Catcher in the Rye was
 3     released in 12 different editions of mass
 4     market and -- that's what you're talking
 5     about, correct?
 6          A.   Yes, so each edition of those gets
 7     its own popularity baseline.
 8          Q.   Okay.  But other than for breaking
 9     it out by edition as opposed to title, did
10     you control for the topic of the
11     work-in-suit?
12          A.   So these variables fully control
13     for general differences in topic, but --
14     yeah, like they control for general
15     differences in topics, right.  If we have a
16     different baseline for, you know, The Catcher
17     in the Rye than for Lion, the Witch and the
18     Wardrobe or, you know, advanced Religion for
19     Dummies, or something, and then, you know,
20     these variables that I include control for
21     the differences in these -- in these topics.
22          Q.   In other words, you're looking at
23     each individual work-in-suit individually?
24          A.   I'm not sure what that means.
25               In the regression, I use all
```

HIGHLY CONFIDENTIAL

1    editions together, but I allow each edition

2    to be different from other editions.

3         Q.   Okay.  In other words, you're

4    running your analysis based on each edition

5    of the work, the mass market edition or the

6    paperback edition with one cover and the

7    paperback edition with a different cover?

8         A.   Yes, as I state in paragraph 39 of

9    my initial report, yes, I use a total of

10   1,260 editions.  They all are entered into

11   this analysis.

12        Q.   Okay.  But you haven't -- I

13   appreciate that the books relate to different

14   topics.  But, other than that, you haven't

15   controlled for the impact of an increased

16   interest in some particular new topic?

17        A.   That is correct, yes.

18        Q.   Okay.  And you have not

19   controlled -- again, looking at your analysis

20   of the impact of the Internet Archive during

21   the start of the National Emergency Library

22   or the removal of the works-in-suit from the

23   Amazon print sales rankings, you did not look

24   at the -- focus on whether the publishers had

25   ended any title marketing efforts, correct?

HIGHLY CONFIDENTIAL

Page 220

```
 1            A.    That is correct.
 2            Q.    And you did not look at any time
 3    lapses from public mentions, including press?
 4            A.    That is correct.
 5            Q.    And you did not look at any time
 6    lapses from author appearances?
 7            A.    That is correct as well.
 8            Q.    And you did not look at the end of
 9    any retailer marketing or placement changes,
10    correct?
11            A.    That is correct, yeah.
12            Q.    And you did not look at the end of
13    a boost from an earlier award or title for a
14    book or author?
15            A.    No, I did not.
16            Q.    And you did not look at the end of
17    any social media impacts?
18            A.    Correct.
19            Q.    And you didn't look at any decline
20    of a book from a TV show or adaptation,
21    correct?
22            A.    That is correct.
23            Q.    Okay.  And you did not look at
24    Google Trends?
25            A.    That is correct as well.
```

HIGHLY CONFIDENTIAL

1          Q.   And other than for the topics
2     you -- the controls you've identified, you
3     didn't look at other title-related
4     fluctuations in demand?
5          A.   That is correct.
6          Q.   Is it plausible that there were
7     other -- is it plausible that there were
8     other impacts, other than the Internet
9     Archive, on the works-in-suit that would have
10    impacted their Amazon print sales rankings in
11    the spring and summer of 2020?
12         A.   So we discussed the possibility
13    of, say, racial justice -- changes in
14    interest of racial justice, et cetera.  These
15    possibilities apply.  It's not clear whether
16    these -- you know, whether these
17    possibilities change the rankings of the
18    works-in-suit differently from the -- you
19    know, from other books that are not in my
20    analysis.
21         Q.   Okay.  In your rebuttal report at
22    paragraph 7 -- I'll let you get there.  You
23    state, quote, "I agree with Dr. Prince that
24    for my analysis to cover causal relationship,
25    I have to ensure that the decision to make a

HIGHLY CONFIDENTIAL

Page 261

1    I don't know exactly which titles -- the

2    editions come from that -- inform these

3    numbers.

4              Now, what I did to come up with

5    the 45 percent number, is I took these years

6    5 through 11 and took the average annual

7    sales of years 5 through 11, and I assumed

8    that these average annual sales in years 5

9    through 11 continued to be the same number up

10   until year 50.

11             So what I did there is I assumed

12   that these books -- I assumed that all of

13   these books are evergreens, in the sense that

14   their demand remains constant starting in

15   year -- you know, just after the first five

16   years.  That is if all books are evergreens.

17        Q.   Okay.  I follow you.

18        A.   Moving this to the title level

19   would not -- would not decrease my 45 percent

20   level.  In fact, if I had the data, I would

21   be quite confident that the first five -- the

22   five-year share is larger than 45 percent.

23        Q.   Okay.  Let's look at your decision

24   to focus on editions.

25             Isn't it true that editions often

HIGHLY CONFIDENTIAL

1    get replaced or sidelined even though revenue

2    for an overall title remains very strong?

3            A.   I don't know how often editions

4    get moved out of the -- out of the market.

5            Q.   Okay.  Are you aware that it's

6    customary for trade book publishers to

7    release a paperback edition one year after

8    the hard cover publication?

9            A.   I'm aware that there's a lag, yes,

10   for the paperback, uh-huh.

11           Q.   And when, a year after the book's

12   initial publication, the trade paperback

13   comes back -- comes out, that usually

14   significantly reduces the sales of the hard

15   cover but not the title as a whole.

16               Are you aware of that?

17           A.   I'm not sure I've seen studies

18   about the effect of, you know, paperback

19   release on hard cover editions.  But, in

20   general, you know, the effect of one edition

21   on the other is going to be different from

22   the effect of adding an edition to be some of

23   demands from the two editions.

24           Q.   Do you know of anything to

25   contradict the notion that when a trade

HIGHLY CONFIDENTIAL

Page 263

1   paperback comes out a year after initial

2   publication, that that generally reduces the

3   sales of the hard cover but not the title as

4   whole?

5        A.   I don't have any data to predict

6   or confirm that.

7        Q.   Okay.

8        A.   Or I haven't looked at data --

9   (Reporter clarification.)

10            THE WITNESS:  Or I haven't looked

11        at data that would allow me to confirm

12        or -- yeah.

13   BY MS. STEINMAN:

14        Q.   Let's say -- I'm sorry.  Confirm

15   or -- go ahead.

16        A.   Yeah, I forgot what I said.

17   Confirm or deny that statement or disagree.

18        Q.   Let's say a publisher decides to

19   put a new introduction into a book, say, Lord

20   of the Flies; and isn't it true that they

21   will come out with the new edition and the

22   sales of the prior edition will plummet, even

23   though the demand for the book remains either

24   at the same level or higher?

25        A.   I have no data to tell me that the

HIGHLY CONFIDENTIAL

Page 264

1  sales would, as you say, plummet or change in

2  any way for the -- I haven't looked at data

3  that would tell me how the sales for the

4  previous edition change.

5          Q.   Okay.  Let's -- let me give you a

6  hypothetical, then.

7              Let's assume that when the

8  publisher decides to come out with a new

9  trade paperback edition of a book, for

10  example, Lord of the Flies, they stop

11  distributing the older one with the ugly

12  cover, and they only distribute the copy with

13  the new beautiful cover.

14             Wouldn't you agree with me that

15  that renders it -- that renders your review

16  of editions unreliable?  You're not looking

17  at the total demand for the title; you're

18  looking for the demand for the edition, which

19  has effectively been put out of print by the

20  publisher so that they -- so that they're

21  distributing the one with the new beautiful

22  cover?

23          A.   So in your hypothetical scenario,

24  where the initial edition is taken out of

25  distribution altogether, if that is the case,

HIGHLY CONFIDENTIAL

Page 265

1    then looking at that initial edition and

2    sales for that initial edition does not

3    accurately describe the demand for the title.

4         Q.   Okay.  And going back to the

5    issuance of the trade paperback when -- a

6    year after the hard cover.

7              If I am correct that the

8    introduction of a cheaper trade paperback

9    reduces the sale of the more expensive hard

10   cover but not the overall revenue for the

11   title, that would also skew your analysis,

12   correct?

13              MR. GRATZ:  Objection, vague.

14        A.   That depends on how the

15   paperback -- on whether the paperback edition

16   changes -- or the introduction of the

17   paperback edition changes the sales of the

18   hard cover edition.

19   BY MS. STEINMAN:

20        Q.   Yes.

21              So let's assume, in our

22   hypothetical, that it does.  Let's assume

23   that when a more reasonably priced trade

24   paperback comes out a year after initial

25   publication, that the hard cover sales, which

HIGHLY CONFIDENTIAL

1    are more expensive, go down, but that the

2    overall revenue for the title remains stable

3    or goes up.

4              If that is the case, doesn't that

5    skew your analysis here, which is based on

6    editions rather than titles?

7              MR. GRATZ:  Lacks foundation,

8         incomplete hypothetical.

9              You can answer.

10        A.   So -- I mean, under your

11   assumptions, which are we have a hard cover

12   book, and later on we have a paperback book

13   which displaces sales by the hard cover

14   back -- hard cover edition but also generates

15   more revenue than the hard cover edition, if

16   that happens, then just looking at sales of

17   the hard cover edition provides a -- gives me

18   an answer that does not reflect the sales of

19   the title.

20             THE REPORTER:  Counsel, are we

21        going to take a break soon?  I'm going

22        to need one fairly soon.

23             MS. STEINMAN:  Yes, we're going to

24        take a break right now.

25             THE VIDEOGRAPHER:  Going off the

HIGHLY CONFIDENTIAL

Page 267

```
 1            record.  The time is 6:00 p.m.  This is
 2            the end of Media Unit 5.
 3      (Recess taken at 6:00 p.m. to 6:14 p.m.)
 4                 THE VIDEOGRAPHER:  We're back on
 5            the record.  The time is 6:14 p.m.  This
 6            is the beginning of Media Unit 6.
 7      BY MS. STEINMAN:
 8            Q.   Let's turn our attention, please,
 9      to Exhibit 8, which is Dr. Jorgensen's expert
10      report, please.
11            A.   Okay.
12            Q.   Did you review Dr. Jorgensen's
13      expert report?  Did you read it?
14            A.   I did not read it very carefully.
15      I looked it over.
16            Q.   And Dr. Jorgensen looks at the
17      impact of the Internet Archive when the
18      National Emergency Library ended and when the
19      Internet Archive took down the works-in-suit
20      in June 2020, correct?
21            A.   Yes, he looked at how --
22                 Sorry.  Can you repeat that?
23      Sorry.
24            Q.   He looked at the impact of the
25      Internet Archive when the National Emergency
```

HIGHLY CONFIDENTIAL

Page 268

1    Library ended and when the Internet Archive

2    took down the works-in-suit in June 2020?

3              A.   Yeah, he looked at how library

4    living changed around those times, yes.

5              Q.   Okay.  And he also looked at the

6    Hachette works-in-suit, correct?

7                   MR. GRATZ:  Lacks foundation.

8    BY MS. STEINMAN:

9              Q.   He looked at the difference in the

10   Q2 and Q3 2020 Hachette sales?

11                  MR. GRATZ:  Lacks foundation.

12             A.   Are those the ones we've looked at

13   earlier today?

14   BY MS. STEINMAN:

15             Q.   Yes.

16             A.   He's looked at those, then, yes.

17             Q.   Okay.  And my understanding is

18   that Dr. Jorgensen has looked at the

19   following four data points, during Q2 and Q3

20   2020.

21                  These data points are as follows:

22   One, he concludes that the 127 works-in-suit

23   had lower OverDrive checkouts than average.

24                  MR. GRATZ:  Objection, vague.

25             Misstates the content of the document.

HIGHLY CONFIDENTIAL

1    BY MS. STEINMAN:

2         Q.   Okay.  He finds that the

3    approximately 25 Hachette works-in-suit had

4    lower e-book sales and print sales in Q3 than

5    in Q2; he finds that in 2019, industry wide,

6    young adult book sales did not go down in Q3.

7              And his fourth data point is AAP

8    statistics that show that although e-book

9    sales across the market were going down in

10   Q3, the decline in e-book sales industry-wide

11   was nowhere near as steep as the Hachette

12   works-in-suit.

13             Is that a fair summary of his data

14   points?

15             MR. GRATZ:  Lacks foundation.

16        A.   I have to admit, I'd have to -- if

17   you can guide me to the exact spots where

18   these are in the report.

19   BY MS. STEINMAN:

20        Q.   Sure.  So some of these, I must

21   confess, are in his rebuttal report.

22             Did you read his rebuttal report?

23        A.   I only read the summary of his

24   rebuttal report.

25        Q.   Okay.  So let's do it this way.

HIGHLY CONFIDENTIAL

Page 270

1    Let's -- I'm going to give you, you know,

2    this as a hypothetical.  So I'll do it again

3    because there was a lot to digest.

4         A.    Thank you.  Yeah, I was looking

5    while you were talking, too, so I appreciate

6    it.

7         Q.    Yeah.

8              So let's assume that these are his

9    four data points.  One, that the 127

10   works-in-suit had lower OverDrive checkouts

11   in Q3 2020 than the average books on

12   OverDrive.

13        A.    Okay.

14        Q.    Two, the approximately 25 Hachette

15   works-in-suit had lower e-book and print

16   sales in Q3 than Q2 2020.

17        A.    Lower print and e-book sales you

18   said?

19        Q.    Yes.

20        A.    In Q3 of 2020 compared to?

21        Q.    Q2.

22        A.    Thank you.

23        Q.    The third point is that in 2019,

24   young -- 2019, not '20, young adult book

25   sales across the industry did not go down in

HIGHLY CONFIDENTIAL

Page 271

1    Q3.

2         A.   Okay.

3         Q.   And, four, that AAP's statistics

4    show that in Q3 2020 --

5         A.   Uh-huh.

6         Q.   -- there was a decline in e-book

7    sales, but it was only a 3 percent decline,

8    whereas the 25 Hachette works-in-suit had a

9    10 percent decline on average in e-book

10   sales.

11        A.   Okay.

12        Q.   And let's assume that

13   Dr. Jorgensen did not do any further

14   controls.

15        A.   Okay.

16        Q.   Okay.  Assuming those facts, which

17   I understand may or may not be accurate, but

18   assuming those facts, do you think that is

19   sufficient data to determine the impact of

20   the Internet Archive on the plaintiffs'

21   sales?

22             MR. GRATZ:  Objection, vague,

23        incomplete hypothetical.

24        A.   These data alone -- now, again, I

25   apologize, I probably should have spent more

HIGHLY CONFIDENTIAL

Page 272

1   time on the report.

2            These data just by themselves, I

3   would have to -- I would have to think hard

4   about where -- how we can get the -- a causal

5   relationship off the Internet Archive on --

6   on sales in general.

7   BY MS. STEINMAN:

8        Q.   And is that because there are

9   other explanations of what might have caused

10  these sales declines for the plaintiffs'

11  works?

12            MR. GRATZ:  Lacks foundation and

13       vague in its reference to the prior

14       question.

15       A.   Yeah, so -- sorry.  So this by

16  itself could be explained by -- these trends

17  can be explained by several or by -- you

18  know, by varying differences, you know,

19  across publishers.  Now, I don't know what

20  those differences could be.

21  BY MS. STEINMAN:

22       Q.   Okay.  Let's look at Jeff Prince's

23  report, which is Exhibit 7.

24       A.   Uh-huh.

25       Q.   And let's go to paragraph 96.

HIGHLY CONFIDENTIAL

Page 283

1    COMMONWEALTH OF MASSACHUSETTS
2    SUFFOLK, SS.
3
4         I, Sandra A. Deschaine, Registered
     Professional Reporter and Notary Public
5    within and for the Commonwealth of
     Massachusetts at large, do hereby certify
6    that the Zoom videotaped deposition of Imke
     C. Reimers, Ph.D., in the matter of Hachette
7    Book Group, Inc., et al., vs. Internet
     Archive, et al., via Zoom, on June 3, 2022,
8    taken and transcribed by me; that the witness
     provided satisfactory evidence of
9    identification as prescribed by Executive
     Order 455 (03-13) issued by the Governor of
10   the Commonwealth of Massachusetts; that the
     transcript produced by me is a true record of
11   the proceedings to the best of my ability;
     that the witness is reading and signing; that
12   I am neither counsel for, related to, nor
     employed by any of the parties to the action
13   in which this deposition was taken, and
     further that I am not a relative or employee
14   of any attorney or counsel employed by the
     parties thereto, nor financially or otherwise
15   interested in the outcome of the action, on
     this 5th day of June 2022.
16
17
18
                    _Sandra C. Deschaine_
19                  Sandra A. Deschaine
20                  Registered Professional Reporter
21
22
23
24
     My Commission Expires:
25   July 5, 2024