# EXHIBIT 2

Page 1

1                IN THE UNITED STATES DISTRICT COURT

2               FOR THE SOUTHERN DISTRICT OF NEW YORK

3

    HACHETTE BOOK GROUP, INC.,              )

4   HARPERCOLLINS PUBLISHERS LLC, JOHN      )

    WILEY & SONS, INC., and PENGUIN         )

5   RANDOM HOUSE LLC                        )

                                            )  Case No.

6                  Plaintiffs,              )  1:20-CV-04160-JGK

                                            )

7   v.                                      )

                                            )

8                                           )

    INTERNET ARCHIVE and DOES 1 through

9   5, inclusive,

10                    Defendants.

    _____

11

12

13

14

            Videotaped Rule 30(b)(1) and Rule 30(b)(6)

15              Deposition OF ANDREA ROGINA MILLS

16               Held via Veritext Virtual

                 Thursday, October 14, 2021

17                   10:30 a.m. EST

18

19

20

21

22      Reported by:

        Carissa Stabbler, Registered Professional Reporter

23

24

25

Page 2

```
 1          Videotaped Rule 30(b)(1) and Rule 30(b)(6)
 2          Deposition of ANDREA ROGINA MILLS was taken on
 3          October 14, 2021, commencing at 10:30 a.m. EST,
 4          held via Veritext Virtual, before Carissa Stabbler,
 5          Registered Professional Reporter.
 6
 7          COUNSEL APPEARING:
 8
 9          For the Plaintiffs:
10              OPPENHEIM + ZEBRAK, LLP
                BY:  Scott A. Zebrak, Esq.,
11                   Rebecca Weissman, Esq.
                4530 Wisconsin Avenue, NW, 5th Floor
12              Washington, DC 20016
                (202) 480-2999
13              scott@oandzlaw.com
                rebecca@oandzlaw.com
14
                DAVIS WRIGHT TREMAINE LLP
15              BY:  Linda Steinman, Esq.,
                1251 Avenue of the Americas, 21st Floor
16              New York, NY 10020
                (212) 489-8230
17              lindasteinman@dwt.com
18
            For the Defendant:
19
                DURIE TANGRI LLP
20              BY:  Joseph C. Gratz, Esq.,
                     Jessica E. Lanier, Esq.,
21                   Annie Lee, Esq.
                217 Leidesdorff Street
22              San Francisco, CA 94111
                (415) 362-6666
23              jgratz@durietangri.com
                jlanier@durietangri.com
24              alee@durietangri.com
25          ALSO PRESENT:   Steve Troncone, Videographer
```

1                        I N D E X

2

3            WITNESS:     ANDREA ROGINA MILLS

4                                                        PAGE

5            EXAMINATION BY MR. ZEBRAK................    13

6

7                        INDEX OF EXHIBITS

8

9            NUMBER/DESCRIPTION                PAGE/LINE NO.

10    Exhibit 1:  Rule 30(b)(6) Deposition Notice to     20:3

11            Internet Archive.

12

13    Exhibit 2:  Printout of the home page from         49:17

14            openlibrary.org as of  October 13,

15            2021.

16

17    Exhibit 3:  Printout of the various subject        56:2

18            areas for the books that are cataloged

19            across the Open Library website.

20

21    Exhibit 4:  Printout of the "About" tab for        57:8

22            the eBooks and Texts collection on

23            archive.org as of October 12, 2021.

24

25

Page 116

1            Q.   Right.  And so my question to you

2      is are you aware of any policy or procedure that

3      has been in place at Internet Archive to inspect

4      the in-copyright physical book to determine if it's

5      a lawfully made copy as opposed to a counterfeit?

6            MS. LANIER:  Objection.  Vague.  Calls

7      for a legal conclusion.

8            THE WITNESS:  So I -- we do -- Internet

9      Archive doesn't have a policy document for the

10     Scribe operator to look at a physical book and make

11     a determination as to whether it's a legal copy.

12            But for our modern digitization

13     activities, the operator either scans or inputs

14     ISBN, that is, if it's printed on a book, and there

15     is a check that is done as to whether that is a

16     valid ISBN.  If it's not a valid ISBN, if the check

17     is not accurate, the book is rejected, and we don't

18     scan it.

19            BY MR. ZEBRAK:

20            Q.   So if a book is counterfeit and

21     it -- the counterfeiter happened to put the wrong

22     ISBN on the book, the book would be rejected rather

23     than scanned; correct?

24            MS. LANIER:  Objection.  Vague.

25            THE WITNESS:  I think there are --

1    maybe I have two answers to that.  If it's the --
2    that is a basis for us to reject a book.  If the
3    scanned ISBN gleans an incorrect -- non-matching
4    metadata, we don't proceed.  If it's actually
5    determined to be an invalid ISBN, that's another
6    basis for rejection.
7                    BY MR. ZEBRAK:
8                    Q.   Okay.  So Internet Archive has
9    various reasons that it may reject a book for
10   scanning; correct?
11                   A.   That's right, yeah.  We have a --
12   there's -- yes.  It could be physical.  It could be
13   metadata.  It could be invalid ISBN.  There are
14   other reasons.
15                   Q.   But you're not aware of Internet
16   Archive having a policy or procedure to assess
17   whether a book is counterfeit or not; correct?
18                   MS. LANIER:  Objection.  Vague.
19                   THE WITNESS:  I'm not aware of a
20   process specifically targeting counterfeit books.
21                   BY MR. ZEBRAK:
22                   Q.   Right.  So with respect to the
23   processes that you're aware of with respect to
24   Internet Archive's receipt and scanning of
25   in-copyright books, you're not aware of any

Page 154

1          BY MR. ZEBRAK:

2               Q.   Ms. Rossi -- strike that.  I think

3     we were just talking about the name Alexa [sic]

4     Rossi, and now her name is in my head.  Let's start

5     again.

6               Ms. Mills, when modern in-copyrighted

7     books are received at an Internet Archive

8     digitization center, is there an API that the

9     digitization staff member uses to assess whether

10    that book is a book that Internet Archive wants to

11    scan?

12              A.   Yes, there is an API.

13              Q.   And what's that called?

14              A.   It's called "Do We Want It."

15              Q.   The acronym DWWI; is that right?

16              A.   That's right.

17              Q.   And do you know other than -- oh,

18    sorry.  Do you know what determines within that API

19    whether Internet Archive wants to scan that book?

20              A.   So my understanding of how that

21    API works -- not an API expert, but it -- the API,

22    when an operator either keys in an ISBN, scans a

23    bar code or -- actually, those are the two

24    scenarios, checks to see if we, Internet Archive,

25    has digitized that particular ISBN previously or

1    related ISBNs to that book, and it also checks if
2    that ISBN is on a control list that we do not want
3    to scan.
4              Q.   What do you mean when you say the
5    DWWI app considers whether the ISBN is not
6    something that the archive has a scan of yet or
7    whether it's a related ISBN?  What do you mean by
8    the term "related" in that context?
9              A.   So in some cases, the digital
10   catalog record that we have for a particular item
11   has both ISBN 10 and an ISBN 13, for example.  So
12   if we're presented with the ISBN 10, we're also
13   checking to see if we've scanned ISBN 13.
14              The other scenario with related ISBNs
15   is -- as I understand in some cases, it's --
16   there's a Canadian or international ISBN in the
17   U.S. ISBN.
18              So we keep multiple ISBN values in the
19   metadata for a book for some items so that if it's
20   any one of those versions of the ISBN, we -- it's
21   another indicator that we -- if we have a hit, we
22   don't scan that book.  It doesn't need to be the
23   absolute exact ISBN for that book to be flagged as
24   do not scan this book.
25              Q.   So are you familiar with whether a

Page 282

1               CERTIFICATE OF REPORTER

2

3           CANADA                    )

4           PROVINCE OF ONTARIO    )

5

6                   I, Carissa Stabbler, the officer before

7           whom the foregoing deposition was taken, do hereby

8           certify that the witness whose testimony appears in

9           the foregoing deposition was duly sworn by me;

10                   That the testimony of said witness was

11          taken by me in shorthand, using Computer-Aided

12          Realtime, to the best of my ability and thereafter

13          reduced to written format under my direction;

14                   That I am neither counsel for, related

15          to, nor employed by any of the parties to the

16          action in which the deposition was taken, and

17          further that I am not related or any employee of

18          any attorney or counsel employed by the parties

19          thereto, nor financially or otherwise interested in

20          the outcome of the action.

21

22

23          Carissa Stabbler, RPR

24          Court Reporter

25