# EXHIBIT 3

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF NEW YORK
 3               CAUSE NO. 1:20-cv-04160-JGK
 4
 5   HACHETTE BOOK GROUP, INC.,          )
     HARPERCOLLINS PUBLISHERS, LLC,      )
 6   JOHN WILEY & SONS, INC., AND        )
     PENGUIN RANDOM HOUSE, LLC,          )
 7                                       )
               Plaintiffs,              )
 8                                       )
                                         )
 9        -vs-                           )
                                         )
10   INTERNET ARCHIVE and DOES 1         )
     through 5, inclusive,              )
11                                       )
               Defendants.              )
12
13                   ZOOM VIDEOTAPED
14       30(b)(6) DEPOSITION OF GINGER PATTON-SCHMITT
15                    on behalf of
16                BETTER WORLD BOOKS
17       The deposition upon oral examination of GINGER
     PATTON-SCHMITT, a witness produced and sworn before
18   me, Tracy Larimore, RPR, Notary Public in and for
     the County of Allen, State of Indiana, taken on
19   behalf of the Plaintiffs, via Zoom, on the 6th day
     of December, 2021, scheduled to commence at 10:00
20   a.m. pursuant to the Rule 30(b)(6) of the Federal
     Rules of Civil Procedure with written notice as to
21   time and place thereof.
22
23
24
25
```

Page 2

```
 1             A P P E A R A N C E S
 2   FOR THE PLAINTIFF(S):
 3        John M. Browning, Esq.
          DAVIS WRIGHT TREMAINE LLP
 4        1251 Avenue of the Americas, 21st Floor
          New York, NY 10020
 5        212.489.8230
          jackbrowning@dwt.com
 6
 7   FOR THE DEFENDANT(S):
     Internet Archive:
 8
          Joseph C. Gratz, Esq.
 9        DURIE TANGRI LLP
          217 Leidesdorff Street
10        San Francisco, CA 94111
          415.362.6666
11        jgratz@durietangri.com
12
13        Hillary Kinsey Lukacs, Esq.
          MORRIS MANNING & MARTIN LLP
14        1600 Atlanta Financial Center
          3343 Peachtree Road, N.E.
15        Atlanta GA 30326
          404.233.7000
16        hlukacs@mmmlaw.com
17
18
19   THE VIDEOGRAPHER: Pete Zinkan
20   ALSO PRESENT: Carissa Narciso, Concierge
21
22
23
24
25
```

Page 3

1                     INDEX OF EXAM

2                                           Page

 DIRECT EXAMINATION ...........................7

3    Questions by Mr. Browning

 CROSS-EXAMINATION ..........................231

4    Questions by Ms. Lukacs

 REDIRECT EXAMINATION .......................238

5    Questions by Mr. Browning

6

7                   INDEX OF EXHIBITS

8  Deposition Exhibits:                      Page

9  Exhibit 1  Subpoena .........................9

10  Exhibit 2  BWB_000424 - 25 ..................25

11  Exhibit 3  BWB_000289 - 90 ..................32

12  Exhibit 4  BWB_000255 - 57 ..................71

13  Exhibit 5  BWB_000405 .......................77

14  Exhibit 6  BWB_000294 - 96 ..................86

15  Exhibit 7  BWB_000291 - 93 ..................89

16  Exhibit 8  BWB_000445 .......................93

17  Exhibit 9  BWB_000363 - 65 ..................95

18  Exhibit 10 BWB_000277 - 79 .................106

19  Exhibit 11 BWB_000056 - 157 ................118

20  Exhibit 12 BWB_000249 - 54.................127

21  Exhibit 13 BWB_000420 - 23 ................142

22  Exhibit 14 Lending Library Borrow Button ....145

23  Exhibit 15 BWB_000498 .......................152

24  Exhibit 16 BWB_000499 .......................153

25  Exhibit 17 BWB_000415 - 19 ................161

```
 1        the books?
 2            MS. LUKACS:  Objection to form.
 3    A   It's my understanding that those were the costs
 4        associated with picking, packing, and shipping.
 5    Q   Okay.  And do you know why Better World Books
 6        would want to enter into such a Memorandum of,
 7        of Understanding whereby donating books to
 8        Internet Archive?
 9    A   This is our standard practice to memorialize a
10        donation relationship, not always in this exact
11        form, but typically with some type of agreement.
12    Q   And does Better World Books have other donation
13        arrangements with, with other companies, other
14        than Internet Archive?
15    A   Yes.
16    Q   Can you tell me about those, please?
17    A   Sure.  Books for Africa is one that we have a
18        long-standing relationship.  We have school
19        systems throughout the United States that we
20        have relationships with where we donate books.
21            During COVID, for example, there was a
22        school system, I believe in San Antonio, Texas.
23        And we make donations to prison ministries.  We
24        make donations to battered women's shelters.  We
25        work with, I think it's Barney's Book Barn, is
```

Page 28

1    what it's called, believe it or not, in Chicago.

2    But they're a not-for-profit that provide books

3    to students who go to schools with free lunches,

4    I believe.  So we have a panoply of

5    relationships where we give and donate books.

6  Q   And do any of the entities you just named pay

7      Better World Books for books?

8  A   There are several entities that pay for the

9      picking, packing, and shipping.  And there have

10     been instances, if I recall correctly, where an

11     entity, to whom we donate, might want to also

12     purchase from us.

13         And I, I don't remember specific details,

14     but an example would be if a benefactor gave

15     money to one of the charities we support to

16     purchase books.  They might come to us and say,

17     "We'd like to purchase some additional books

18     from you-all."  That has, that has happened in

19     the past.

20 Q   And you, you mentioned that that has happened.

21     Is that a frequent occurrence?  Can you remember

22     how many times that has happened?

23         MS. LUKACS:  Objection to form.

24 A   I cannot --

25 Q   But in the majority --

```
 1        whom we have a relationship.
 2    Q   Understood.
 3    A   So this is -- if, if you go on our website, for
 4        example, there's a list of people that we donate
 5        with.  It's pretty standard for us to get
 6        permission to say, "Hey, we do business with
 7        you."
 8    Q   And, and why does Better World Books want to do
 9        that?
10            MS. LUKACS:  Objection to form.
11    A   Part of our donation structure is that we get
12        donations from academic libraries and from
13        public libraries, and these libraries donate
14        books to us through their typical weeding
15        process, and they like to know where those books
16        go, and we like to be able to tell them.
17    Q   All right.  And is it your understanding that
18        providing them with that information will lead
19        to more donations of books?
20            MS. LUKACS:  Objection to form.
21    A   I, of course, don't know what they're thinking
22        or feeling, but I know that in the industry,
23        librarians tend to want to follow the bouncing
24        ball with their donation, to make sure that
25        books aren't ending up in landfills.  So
```

1      whenever we can say, "You're donating to us.

2      We're going to sell what we can.  We're going to

3      donate what we can, and then we're going to

4      recycle."

5           So they, they like more granularity in who

6      we might donate to.  And that's why we're -- we

7      try to list those on our website and be able to

8      share that information when we can.

9  Q   Understood.

10          MR. BROWNING:  Carissa, could you pull up

11     Tab 002, please?

12          CONCIERGE:  Okay.  It's available.

13          (WHEREUPON, Exhibit Number 3, BWB_000289 -

14     90, was marked for identification.)

15 Q   Ms. Patton-Schmitt, let me know when you have it

16     up in front of you.

17 A   Will do.  I have it.

18 Q   Okay.  This is a document Bates-stamped BWB

19     000289.

20          Ms. Patton-Schmitt, have you seen this

21     document before?

22 A   I have.

23 Q   Did you draft it?

24 A   My recollection is that I edited it.

25 Q   Okay.  So you saw this document around January

Page 35

1          the time of this document, but I can tell you
2          that generally speaking, Better World Books is
3          in a position to donate a book, if we can tell
4          from our analytics that we have more copies than
5          we're able to sell.  And purchased books would
6          be those where we don't have more copies than
7          we're able to sell, and we could potentially
8          sell them at some price.
9     Q    And tell me a little bit more about those
10         analytics.  I mean, that sounds pretty
11         sophisticated, but can you just sort of explain
12         how, how -- again, at high-level terms how the
13         analytics --
14    A    Sure.
15    Q    -- worked at Better World Books?
16    A    Sure.  It's really not that complicated.
17         It's -- I think the word analytics to an English
18         major just sounds complicated, right, so we, by
19         tracking our inventory, can tell, over time, how
20         many copies of a book we're going to sell.
21         Let's call -- let's say Harry Potter and the
22         Sorcerer's Stone, right, we know how many copies
23         we get in, we know how many copies we typically
24         sell.  We also know the condition of the books,
25         right?

Page 36

```
 1          If anybody's bought a book online, a used
 2     book, you see the condition.  So we can look at
 3     that and say, you know what?  In the past ten
 4     years, we've sold 100 copies a year of Harry
 5     Potter and the Sorcerer's Stone that are very
 6     good condition.  We have 300, and they're all
 7     fair.  We can donate those.
 8          Or we sell 100 a year.  We only have 95.
 9     They're all very good, we can sell these.
10     That's it, in a nutshell, from my perspective
11     and understanding.
12  Q  Got it.  But I mean, is that -- are those
13     analytics an important part of Better Worlds'
14     business and how it, how it does business?
15          MS. LUKACS:  Objection to form.
16  A  Yes.  I mean, we, we have to look, all the time,
17     at books on our shelves, just like any retailer,
18     and we have to cull any book that we consider
19     obsolete.  It's not going to sell, or we have
20     too many, because, for us, every spot where a
21     book is stored, is real estate, right?
22          And if we had it taken up by stale real
23     estate, that's a potential opportunity that
24     we're missing for a sale or for donation to, to
25     one of our literacy partners.  So we look
```

1   Q   That, that's fair.

2           But do -- you mentioned before that Better

3       World Books donates to other -- a number of

4       other entities.  Do any of these other entities

5       have a wish list?

6   A   These other entities can give us absolutely

7       parameters.  So for example, when we donated to

8       the school in San Antonio, they might ask us if

9       we have books for third graders that are

10      learning English, right?  Or if we're donating

11      to a male prison, they might have very strict

12      guidelines of what kind of books are and are not

13      allowed in the prison.  You know, you can't send

14      a prisoner a book about how to break out of

15      prison.

16          And so if we're donating to Books for

17      Africa, for example, if they started a high

18      school in an area, they might tell us, "We're

19      looking for chemistry books.  We're looking for

20      biology books."  So every -- not everybody, but

21      a lot of our donors -- I'm sorry, our donation

22      recipients, give us parameters, because the

23      men's prison doesn't want Richard Scarry books

24      and vice versus.

25  Q   Got it.  But it's my understanding, and correct

Page 41

1      me if I'm wrong, that the Internet Archive wish

2      list asks for specific books.

3          MS. LUKACS:   Objection.

4  Q   Are any of your other -- do any of your other

5      donation recipients provide you with wish lists

6      that asks for specific books?

7  A   There have been donation recipients in the past

8      who have asked for specific titles, yes.

9  Q   But is it fair to say that's uncommon?

10         MS. LUKACS:   Objection to form.

11 A   I would say it's, it's less frequent than

12     frequent.  I don't -- it -- it's more than

13     uncommon, though --

14 Q   Okay.  So --

15 A   -- you know what I mean?

16 Q   -- so less, less than frequent, more than

17     uncommon?

18 A   Correct.  Yeah.  Yeah.  Somewhere in the sweet

19     spot there.  I mean, it happens.  It happens

20     regularly, so it doesn't surprise me when it

21     happens, but it doesn't happen often.

22 Q   I, I understand that.  But -- and correct me if

23     I'm wrong, but it is also my understanding that

24     Internet Archive sends you this wish list or a

25     wish list on a regular basis is that; is that

Page 63

```
 1      grocery store parking lot, and we lease a

 2      parking space to put our drop box.  And we have

 3      agreements that, you know, we're not going to

 4      let the box overflow and those kinds of things.

 5          And we pay, you know, a fee to put the box

 6      there.  And then the individuals come and donate

 7      their box -- their stuff into the boxes, and

 8      then the landlord may say, "Hey, we want 10

 9      percent of the sales from this box to go to our

10      local Red Cross," right?

11   Q  Mm-hmm.

12   A  And so we would, we would do that.  So we have

13      lots of arrangements like that from our sources,

14      public libraries, academic libraries, drop box

15      landlords, where we give a portion of the

16      proceeds back --

17   Q  Uh-huh.

18   A  -- so, you know, we're not buying the books, but

19      we're, we're in a consignment relationship, if

20      you will, to a certain extent.  And then -- not

21      a consignment.  I'm sorry.  A co-sale agreement.

22   Q  Mm-hmm.

23   A  And then we do purchase from thrift and

24      wholesale sometimes.

25   Q  Got it.  But you do also receive books for free
```

Page 70

```
 1        with Morris, Manning & Martin, was the
 2        representation for Better World Books, and we
 3        spent, in earnest, from at least March of 2019
 4        until July 3rd of 2019 negotiating the deal and
 5        structuring the deal.  And we closed on July
 6        3rd, which allowed us to pay off our onerous
 7        lenders, AT Media, which was actually AT Media
 8        and Prudential.  They were half and half
 9        involved in it.
10            And at that juncture, Better World
11        Libraries purchased their equity for $750,000
12        and opened Library of Richmond, paid off our
13        debt, and then took a promissory note from us
14        for the 16.5, and we were able to pay out all of
15        our shareholders and merge.
16            We had created a -- I think it was called
17        the Qumpus Merger Subsidiary, and we did a
18        merger.  That was the best way to handle our
19        shareholder situation because of the structure
20        that we had in place was to merge.
21            And so now, we have a single shareholder,
22        which is Better World Libraries.
23   Q    And Better World Libraries owns 100 percent of
24        Better World Books; is that right?
25   A    Correct.  Correct.
```

Page 71

1    Q    And what is Better World Libraries?

2    A    It's a California charity, a 501(c)(3).

3              MR. BROWNING:  And Carissa, could you

4         introduce Tab 4, please?  Are we at Exhibit 4?

5         Sorry to lose count so early.

6              THE WITNESS:  Yeah, I think it's Exhibit 4.

7         Tab 3, maybe, but it --

8              MR. BROWNING:  Yeah, this is not -- I'm

9         realizing this isn't the, the most elegant

10        system, but we'll, we'll get through it.

11             (WHEREUPON, Exhibit Number 4, BWB_000255 -

12        57, was marked for identification.)

13   Q    And if you're confused, you know, if at any

14        point I misspeak or I'm confusing about the

15        exhibits, let me know.  Happy to clarify.

16   A    Will do.

17             CONCIERGE:  Exhibit 4 is now available.

18   Q    Great.  And let me know when you have that up in

19        front of you, Ms. Patton-Schmitt.

20   A    And you can call me Ginger.

21   Q    Oh, thank you.  And we've already established --

22   A    Well --

23   Q    -- that you can call me Jack, right?

24   A    Okay.  You're right, 16.75.  I misspoke earlier,

25        that's right, because it's 17.5 total, that's

Page 80

1        Network, and when it looked like this deal was

2        going to go through, it was decided to change

3        the name to Better World Libraries.

4    Q   And what, if anything, are you aware of this

5        entity, now called Better World Libraries, doing

6        before the merger?   What did it do before --

7            MS. LUKACS:   Objection.

8    Q   -- the merger, is a good question?

9    A   I have no idea.

10   Q   Do you know if it did anything?

11           MS. LUKACS:   Objection to form.

12   A   I don't know.

13   Q   Do you know who controls Better World Libraries?

14           MS. LUKACS:   Objection to form.

15   A   I do know that Better World Libraries has a

16       board.   I believe it's a three-member board as,

17       as we stand here today.

18   Q   And, and do you recall who's on that board?

19           MS. LUKACS:   Objection to form.

20   A   Mekal [ph.] Hall, I believe is on the board, and

21       Jeff Ubois, and Brewster Kahle.

22   Q   And we can take them each in turn, but who are

23       they, start-, starting with Mekal Hall?

24   A   Mekal, I believe, has the title of a director

25       for Better World Libraries.   And Jeff, I know,

Page 81

1    serves a finance function for Better World
2    Libraries, but I'm not sure of either of their
3    specific titles.
4  Q  Okay.  And how about Brewster Kahle?  Who is
5    Brewster Kahle?
6  A  I know he's a director, but I don't know if he
7    has a title beyond that.
8  Q  Okay.  Is he affiliated with the Internet
9    Archive?
10       MS. LUKACS:  Objection to form.
11 A  It's my understanding that he's the digital
12    librarian for Internet Archive, yes.
13 Q  Is it your understanding that Brewster Kahle
14    effectively controls Internet Archive?
15       MS. LUKACS:  Objection to form.
16       MR. GRATZ:  Objection to form.
17       MS. LUKACS:  Yeah.  And I'll just say for
18    the record, that this line of questioning is not
19    one of the topics noticed for the 30(b)(6)
20    deposition.
21       MR. BROWNING:  That's fine.
22 Q  I'm asking in your, your personal capacity what
23    you know about Brewster Kahle, given the
24    prominent role he, he plays for Internet Archive
25    and on the board of this company.

Page 83

1    Q    And Jeff Ubois and Mekal are also affiliated

2         with Internet Archive; is that your

3         understanding?

4    A    I don't know, I don't know for sure if they're

5         affiliated with Internet Archive.  I do know

6         that they're affiliated with Better World

7         Libraries.

8    Q    Uh-huh.  Do you have any reason to believe that

9         they are not affiliated with Internet Archive?

10              MS. LUKACS:   Objection to form.

11   A    Well, I deal with them.  I deal with Mekal

12        directly, with her involvement with Better World

13        Libraries, because, as corporate secretary for

14        Qumpus, will know your client purposes for

15        banking relationships and whatnot, I have to get

16        corporate documents from her.  So I only deal

17        with her in terms of Better World Libraries, and

18        she interfaces with Jeff and gets me what I

19        need.  I don't have any interaction with Jeff or

20        Mekal with Internet Archive.  I only deal with

21        them with Better World Libraries.

22   Q    Got it.  Okay.  And taking you back to Exhibit

23        BWB 5, I just want to make sure I understand

24        what all of these Qumpus subsidiaries do.

25   A    Yeah.  Sure.

Page 86

1       it if we were a disregarded entity, because that

2       means that their student loans would be

3       cancelable, and they're not.

4            And I actually just had to investigate that

5       for the second time for somebody so that's in --

6       last week, so that's in the forefront of my

7       mind.  So, no, I don't think we're

8       not-for-profit.  And I've worked for

9       not-for-profit, so no.  We're a socially

10      conscious for-profit.

11  Q   Thank you.

12  A   Sure.

13          MR. BROWNING:  Carissa, could you pull up

14      Tab 5 please?  And I have -- I apologize in

15      advance for the confusion, but this is going to

16      become Exhibit 6.

17          (WHEREUPON, Exhibit Number 6, BWB_000294 -

18      96, was marked for identification.)

19          CONCIERGE:  It's now available.

20          MR. BROWNING:   Thank you.

21  Q   Now, I'm hour-glassing, but I know what it's

22      going to be, so let me know when you see it,

23      because that's the important thing.

24  A   I'm here.

25  Q   Great.  Do you recognize this document?

1    A    I do.

2    Q    What is it?

3    A    It is the written consent of the sole

4         shareholder of Qumpus, Inc., and it was prepared

5         by Morris, Manning & Martin at, at the time or

6         immediately thereafter, following the merger.

7    Q    And what is the resolution being consented to

8         here?

9    A    Under Georgia law, we needed to show who our

10        directors, who our shareholders were, and this

11        was kind of a cleanup exercise, if you will,

12        showing who owns Qumpus, Inc., and who the board

13        members are going to be for Qumpus, Inc.

14   Q    And so let's start with the board members.  Are

15        the board members Brewster Kahle, Jim Michalko,

16        and Dustin Holland?

17   A    Correct.  And it's -- just for future reference,

18        it's Michalko.

19   Q    Oh, thank you.  That is easier.

20   A    You're welcome.

21   Q    And who is Jim Michalko?

22   A    He formerly was with OCLC, I believe.  He's a

23        well-respected venerated person in the library

24        community.  And so he was brought onto our board

25        and it had been the process in the past that the

Page 88

1    CEO of Better World Books was always one of the

2    board members, so we continued that through.

3         And then, it had always been the process at

4    Better World Books that those who were

5    shareholders were on the board.  And so we used

6    to have a five-person board, because we had one

7    person that represented the common shares, and

8    one person that represented some other

9    investments, and then, you know, on and on.  The

10   people that were invested, our shareholders.

11        And so now that we one shareholder, we have

12   a representative of our one shareholder, our

13   CEO, and then an outside person with the

14   knowledge of the book industry and library

15   industry.

16  Q   Got it.  And then you mentioned the shareholder,

17      the shareholder's Better World Libraries; right?

18  A   Correct.

19  Q   As the sole shareholder, is Better World

20      Libraries entitled to receive dividends or other

21      profits from Better World Books?

22  A   I don't know if they're entitled to receive

23      dividends, but they have not, do not.  That's

24      not anything we discuss.  So entitled is I --

25      you know, is there a world in which they could?

```
 1        understand that.  So Better World Libraries --
 2        Better World Books, excuse me, has a literacy
 3        program whereby it donates large quantities of
 4        books to certain organizations; is that --
 5    A   No.  We have a general literacy fund where we
 6        make grants and sometimes people would prefer
 7        in-kind donations over the grant.  So, like, for
 8        example, giving Tuesday was just was past
 9        Tuesday.
10    Q   Right.
11    A   So we have a list of people all over the United
12        States that got our grants.  And I think they
13        ranged from, like, $1,000 to $5,000 --
14    Q   Mm-hmm.
15    A   -- maybe it was $10,000 this year.  I can't
16        remember.  Things were odd with COVID.  But --
17        so Open Library of Richmond received a literacy
18        grant, but they wanted in-kind donations, so we
19        would give them donations of books rather than X
20        number of dollars.
21    Q   Got it.  And so -- and that -- this is
22        postmerger we're talking about; right?
23    A   Correct.
24    Q   Okay.  So one of the ways Open Library of
25        Richmond gets books is through literary -- or
```

Page 241

```
 1   STATE OF INDIANA   )
                        ) SS:
 2   COUNTY OF ALLEN    )
 3           I, Tracy L. Larimore, a Registered
     Professional Reporter and Notary Public in and for
 4   the County of Allen, State of Indiana at large, do
     hereby certify that GINGER PATTON-SCHMITT, the
 5   deponent herein, was by me first duly sworn to tell
     the truth, the whole truth, and nothing but the
 6   truth in the aforementioned matter;
 7           That the foregoing deposition was taken on
     behalf of the Plaintiffs, via Zoom, on the 6th day
 8   of December, 2021, commencing at the hour of 10:00
     a.m., pursuant to the Rules;
 9
             That said deposition was taken down
10   stenographically and transcribed under my direction,
     and that the typewritten transcript is a true record
11   of the testimony given by the said deponent; and
     thereafter presented to said deponent for her
12   signature;
13           That the parties were represented by their
     counsel as aforementioned.
14
             I do further certify that I am a
15   disinterested person in this cause of action; that I
     am not a relative or attorney of any party, or
16   otherwise interested in the event of this action,
     and am not in the employ of the attorneys for any
17   party.
18           IN WITNESS WHEREOF, I have hereunto set my
     hand and affixed my notarial seal this 8th day of
19   December, 2021.
20
21
22                   Notary Public, State of Indiana
23                      Commission No. 657233
              My Commission Expires August 21, 2022
24
25
```