# EXHIBIT 4

Page 1

1          IN THE UNITED STATES DISTRICT COURT
2            FOR THE SOUTHERN DISTRICT OF NEW YORK
3
4
5   HACHETTE BOOK GROUP, INC.,
    HARPERCOLLINS PUBLISHERS LLC,
6   JOHN WILEY & SONS, INC., and
    PENGUIN RANDOM HOUSE LLC,
7
              Plaintiffs,
8
         vs.                          No. 1:20-cv-04160-JGK
9
    INTERNET ARCHIVE and DOES 1
10  through 5, inclusive,
11            Defendants.
    _____/
12
13
14
15
16         DEPOSITION OF MICHAEL "MEK" KARPELES
17              Remote Zoom Proceedings
18              Somerville, Massachusetts
19             Wednesday, October 27, 2021
20
21
22
23  REPORTED BY:
24  LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25

Page 2

```
 1            IN THE UNITED STATES DISTRICT COURT
 2            FOR THE SOUTHERN DISTRICT OF NEW YORK
 3
 4
 5    HACHETTE BOOK GROUP, INC.,
      HARPERCOLLINS PUBLISHERS LLC,
 6    JOHN WILEY & SONS, INC., and
      PENGUIN RANDOM HOUSE LLC,
 7
                  Plaintiffs,
 8
           vs.                       No. 1:20-cv-04160-JGK
 9
      INTERNET ARCHIVE and DOES 1
10    through 5, inclusive,
11                Defendants.
      _____/
12
13
14
15         Video-recorded deposition of MICHAEL "MEK"
16    KARPELES, taken on behalf of Plaintiffs, Remote Zoom
17    Proceeding from Somerville, Massachusetts, beginning at
18    12:03 p.m. Eastern Daylight Time and ending at 8:47 p.m.
19    Eastern Daylight Time, on Wednesday, October 27, 2021,
20    before Leslie Rockwood Rosas, RPR, Certified Shorthand
21    Reporter No. 3462.
22
23
24
25
```

```
 1   APPEARANCES:
 2
 3   FOR THE PLAINTIFFS:
 4        OPPENHEIM + ZEBRAK, LLP
 5        BY: SCOTT A. ZEBRAK, ESQ.
 6            DANAE TINELLI, ESQ.
 7        4530 Wisconsin Avenue, NW, 5th Floor
 8        Washington, DC 20016
 9        (202) 480-2999
10        scott@oandzlawcom
11        danae@oandzlaw.com
12
13   FOR THE DEFENDANT INTERNET ARCHIVE:
14        DURIE TANGRI LLP
15        BY: ANNIE A. LEE, ESQ.
16            JESSICA E. LANIER, ESQ.
17        217 Leidesdorff Street
18        San Francisco, California 94111
19        (415) 362-6666
20        alee@durietangri.com
21        jlanier@durietangri.com
22
23   Also Present:
24        Emily Walters, Videographer
25
```

Page 4

```
 1                          I N D E X
 2
 3
 4    WEDNESDAY, OCTOBER 27, 2021
 5
 6    WITNESS                                    EXAMINATION
 7    MICHAEL "MEK" KARPELES
 8
 9        BY MR. ZEBRAK                                   10
10
11    QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:
12                          (NONE)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 184

1    A.  It depends on the time frame that we're asking
2  about.  I believe there have been sources within this
3  sidebar that haven't used affiliate links in the past.
4  These have.  The order of each of these have changed over
5  time, but your understanding is correct, that there's a
6  statement on the website that says, "Some of the links
7  under this section may result in a commission to the
8  Internet Archive."  I don't see that on this version, but
9  this might be -- it looks like this screenshot is from
10  2020.
11    Q.  And you're aware, though, that when someone
12  clicks on a Better World Books link on a page like this
13  or from OpenLibrary.org and then buys a book from Better
14  World Books, that the Internet Archive receives an
15  affiliate commission; correct?
16    A.  I'm aware that at least on the screenshot that
17  we're seeing here, all three vendors offer an affiliate
18  program that operate comparatively.
19    Q.  And that's Better World Books, Amazon and
20  Bookshop.org.  Internet Archive's relationship with each
21  of those provides Internet Archive with an affiliate
22  commission when from a page like this or Archive.org a
23  user goes to that third-party site and buys the book;
24  correct?
25    A.  It can, correct.

1    Q.  And when you say "it can," do you mean it --
2    that the Archive does receive a commission when that
3    happens?
4    A.  Assuming -- assuming the patron doesn't click on
5    the link and then click on someone else's link and make a
6    purchase, conceivably that would make it so that someone
7    else's affiliate link would be applied.  But to the
8    spirit of your question, I'm assuming that if a patron
9    clicks on Amazon or Bookshop or Better World Books and
10   then they proceed to making a purchase, that that
11   purchase would result in some small commission to the
12   Internet Archive.
13   Q.  All right.  And you have access to the revenue
14   reports from Better World Books, Amazon and Bookshop
15   from -- that report the affiliate commissions; right?
16   A.  I -- last time I checked, I do have access, but
17   it's so infrequently that I've checked any of them that I
18   would have a hard time recalling very much about the
19   specific figures.
20   Q.  Right.  And I'm not going to ask you from memory
21   about the specific figures, but you're aware that
22   Internet Archive receives commissions from Better World
23   Books, Bookshop.org and Amazon when users click from
24   OpenLibrary.org or Archive.org pages and then buy a book;
25   right?

1  STATE OF CALIFORNIA    ) ss:
2  COUNTY OF MARIN        )
3
4          I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do
5  hereby certify:
6          That the foregoing deposition testimony was
7  taken before me at the time and place therein set forth
8  and at which time the witness was administered the oath;
9          That testimony of the witness and all objections
10 made by counsel at the time of the examination were
11 recorded stenographically by me, and were thereafter
12 transcribed under my direction and supervision, and that
13 the foregoing pages contain a full, true and accurate
14 record of all proceedings and testimony to the best of my
15 skill and ability.
16         I further certify that I am neither counsel for
17 any party to said action, nor am I related to any party
18 to said action, nor am I in any way interested in the
19 outcome thereof.
20         IN WITNESS WHEREOF, I have subscribed my name
21 this 2nd day of November, 2021.
22
23
24
25              LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462