# EXHIBIT 6

# ERRATA SHEET

## Deposition of Susan Hildreth – May 17, 2022
*Hachette Book Group, Inc. et al. v. Internet Archive*, Case No. 1:20-CV-04160-JGK

| Page | Line(s) | Correction | Reason |
|---|---|---|---|
| 1 | 17 | Tuesday, not Monday | Typographical error (not part of transcript) |
| 47 | 3 | "CD O" should be "CDL" | Transcription error |
| 79 | 21 | "Accurate" should be "complete" and "combining should" be "considering" | Misspoke |
| 103 | 13 | Strike "something like that" | Misspoke |
| 122 | 10 | "for review" should be "for approval" | Misspoke |
| 129 | 16-20 | "Individuals who I know him I believe respect him" should be "Individuals, whom I know and respect, I believe, respect him." | Misspoke |
| 135 | 1 | "of" should be "or" | Transcription error |
| 141 | 4 | "via" should be "to" | Misspoke |
| 195 | 11 | Replace "languages in . . . on non-world languages" with "world languages" <br> New text "more funds on world languages" | Misspoke, transcription error |
| 212 | 5 | "book" should be "books" | Transcription error |
| 214 | 5 | "not a lawful" should be "not lawful" | Transcription error |
| 215 | 10 | "as in as" should be "in as" | Transcription error |
| 217 | 15 | "Yes, that's correct" should be "Yes, that's correct, libraries do not pay license fees for CDL lending." | Misspoke |
| 218 | 18 | "Yes" should be "Yes, the publishers do not receive licensing revenue for CDL lending." | Misspoke |
| 227 | 4 | "Yes" should be "That is possible, yes, but whether it would ever in fact occur would depend on the circumstances." | Misspoke |
| 242 | 12 | "from libraries" should be "for libraries" | Transcription error |

1

| Page | Line(s) | Correction | Reason |
|---|---|---|---|
| 264 | 11 | "those licenses" to "CDL licenses" | Misspoke |
| Passim | | "Jessie" should be "Jesse" | Spelling error |

I, the undersigned, do hereby certify that I have read the foregoing transcript and that, to the best of my knowledge, said testimony is true (with the exception of the following changes listed above).

Signed this 20th day of June 2022.

_____
Susan Hildreth

2