# EXHIBIT 2

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2
     - - - - - - - - - - - - - - x
 3    HACHETTE BOOK GROUP        :
      INC., HARPERCOLLINS         :
 4    PUBLISHERS LLC, JOHN        :
      WILEY & SONS INC.,          :
 5    and PENGUIN RANDOM          :
      HOUSE LLC,                  :
 6                                :
           Plaintiffs,            :   Case No. 1:20-cv-04160
 7                                :
      v.                          :
 8                                :
      INTERNET ARCHIVE and        :
 9    DOES 1 through 5,           :
      inclusive,                  :
10                                :
           Defendants.            :
11   - - - - - - - - - - - - - - x
12
13
14                       - - -
15              Wednesday, June 8, 2022
16                       - - -
17
18
19   Confidential remote videotaped deposition of RASMUS
20   JØRGENSEN, Ph.D., beginning at 10:08 a.m., before
21   Christina S. Hotsko, RPR, CRR, when were present on
22   behalf of the respective parties:
```

Page 104

1 that across many titles with many different
2 licensing arrangements, there would not be a
3 one-to-one relationship.
4 BY MS. STEINMAN:
5     Q. And in your expert report you presented
6 no model to try to correlate, on the one hand,
7 OverDrive checkouts and, on the other hand,
8 revenues for library e-books, correct?
9     A. Generally speaking, when economists
10 quantify or estimate models, they're trying to fit
11 the data. And in a circumstance like this where
12 we've concluded that there are complicating
13 factors, it would be hard to pursue a model where
14 the data can't really inform that.
15     Q. I agree with you.
16     So through no fault of your own, you have
17 not provided any empirical analysis of whether or
18 not the plaintiffs had declining library e-book
19 revenues after the National Emergency Library
20 ended and the works-in-suit were pulled, correct?
21     MR. GRATZ: Objection. Vague.
22     THE WITNESS: It's my understanding that

Page 105

1  the data produced by OverDrive would not shed
2  light on that question, and, as such, I haven't
3  done that analysis.
4          MS. STEINMAN:  Let's introduce, Jesse,
5  Exhibit Number 8, please, the February 25, 2022,
6  expert report of Imke Reimers.
7          (Jørgensen Deposition Exhibit 8 marked
8           for identification and attached to the
9           transcript.)
10 BY MS. STEINMAN:
11     Q.  And when you get a chance, Dr. Jørgensen,
12 if you would look at paragraph 34 of Exhibit 8,
13 Imke Reimers' report.  So paragraph 34.
14     A.  Did you say Exhibit 8?
15     Q.  Yes.  This should be Exhibit 8, the
16 February 25, 2022, expert report of Dr. Reimers.
17 And we're looking at paragraph 34.
18     A.  I'm scrolling there.  Thank you.
19          MR. GRATZ:  While the witness is
20 scrolling, we've been going for about 90 minutes,
21 and I want to make sure that we don't go for too
22 much longer without a break, and maybe even a

Page 241

1            C E R T I F I C A T E
2            I do hereby certify that the aforesaid
3   testimony was taken before me, pursuant to notice, at
4   the time and place indicated; that said deponent was
5   by me duly sworn to tell the truth, the whole truth,
6   and nothing but the truth; that the testimony of said
7   witness was taken by me in stenotypy and thereafter
8   reduced to typewriting under my direction; that said
9   statement is a true record of the proceedings; that I
10  am neither counsel for, related to, nor employed by
11  any of the parties to the action in which this
12  statement was taken; and, further, that I am not a
13  relative or employee of any counsel or attorney
14  employed by the parties hereto, nor financially or
15  otherwise interested in the outcome of this action.
16
17
18
19
20
21
22                          CHRISTINA S. HOTSKO, RPR, CRR