UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HACHETTE BOOK GROUP, INC., ET AL.,

            Plaintiffs,

- against -

INTERNET ARCHIVE, ET AL.,

            Defendants.

20-cv-4160 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs should submit courtesy copies of all papers filed in connection with their motion for summary judgment. See ECF No. 87.

    Defendant Internet Archive should submit courtesy copies of all papers filed in connection with its motion for summary judgment. See ECF No. 97.

SO ORDERED.

Dated:    New York, New York
           October 10, 2022

                                        John G. Koeltl
                                United States District Judge