UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Hatchette Book Group, Inc., et al.   Plaintiff,

Case No.  1:20-cv-04160-JGK

-against-

Internet Archive and DOES 1 through 5, inclusive   Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending         [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Joseph C. Gratz**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Durie Tangri LLP
            FIRM ADDRESS: 217 Leidesdorff Street, San Francisco, CA 94111
            FIRM TELEPHONE NUMBER: 415-362-6666
            FIRM FAX NUMBER: 415-362-6300

NEW FIRM:   FIRM NAME: Morrison & Foerster LLP
            FIRM ADDRESS: 425 Market Street, San Francisco, CA 94105
            FIRM TELEPHONE NUMBER: 415-268-7000
            FIRM FAX NUMBER: 415-268-7522

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: January 30, 2023

_____
ATTORNEY'S SIGNATURE