UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Hatchette Book Group, Inc., et al.  Plaintiff,

Case No. 1:20-cv-04160-JGK

-against-

Internet Archive and DOES 1 through 5, inclusive  Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Jessica E. Lanier**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____ My State Bar Number is _____

I am,

- [ ] An attorney
- [ ] A Government Agency attorney
- [✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Durie Tangri LLP
FIRM ADDRESS: 217 Leidesdorff Street, San Francisco, CA 94111
FIRM TELEPHONE NUMBER: 415-362-6666
FIRM FAX NUMBER: 415-362-6300

NEW FIRM:
FIRM NAME: Morrison & Foerster LLP
FIRM ADDRESS: 425 Market Street, San Francisco, CA 94105
FIRM TELEPHONE NUMBER: 415-268-7000
FIRM FAX NUMBER: 415-268-7522

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: January 30, 2023

_____
ATTORNEY'S SIGNATURE