| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION<br>Corynne McSherry (*Pro Hac Vice*)<br>Kit Walsh (*Pro Hac Vice*)<br>Cara Gagliano (*Pro Hac Vice*)<br>815 Eddy Street<br>San Francisco, CA 94109<br>415.436.9333<br>corynne@eff.org<br>kit@eff.org<br>cara@eff.org | MORRISON & FOERSTER LLP<br>Joseph C. Gratz (*Pro Hac Vice*)<br>Jessica E. Lanier (*Pro Hac Vice*)<br>Annie A. Lee (*Pro Hac Vice*)<br>425 Market Street<br>San Francisco, CA  94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br>jgratz@mofo.com<br>jlanier@mofo.com<br>annielee@mofo.com<br><br>MORRISON & FOERSTER LLP<br>Aditya V. Kamdar (*Pro Hac Vice*)<br>2100 L Street NW, Suite 900<br>Washington, DC 20037<br>Telephone: 202.887.1500<br>Facsimile: 202.887.0763<br>akamdar@mofo.com<br><br>Attorneys for Defendant<br>INTERNET ARCHIVE |

INT THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,

    Plaintiffs,

  -against-

INTERNET ARCHIVE and DOES 1 through 5, inclusive,

    Defendants.

Index No.  1:20-CV-04160-JGK

**NOTICE OF APPEARANCE**

SF-5410818

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned of the law office of Morrison & Foerster LLP enters this Notice of Appearance for ADITYA V. KAMDAR in the above-referenced action as counsel for Defendant, INTERNET ARCHIVE, and hereby requests that copies of all pleadings, notices and other papers in this proceeding be served upon counsel as follows:

> MORRISON & FOERSTER LLP
> Aditya V. Kamdar (*Pro Hac Vice*)
> akamdar@mofo.com
> 2100 L Street, NW, Suite 900
> Washington, DC 20037
> Telephone: 202-887-1500
> Facsimile: 202-887-0763

Dated: January 31, 2023

Respectfully submitted,

MORRISON & FOERSTER LLP

By: /s/ *Aditya V. Kamdar*
Aditya V. Kamdar (*Pro Hac Vice*)

Attorneys for Defendant
INTERNET ARCHIVE

SF-5410818