```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

HACHETTE BOOK GROUP, INC., ET AL.,

           Plaintiffs,

   - against -

INTERNET ARCHIVE, ET AL.,

           Defendants.

20-cv-4160 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear by phone for oral argument on **Monday, March 20, 2023, at 1 p.m.** in connection with the motions for summary judgment.

    Dial-in: 888-363-4749, with access code 8140049.

    The Clerk is respectfully directed to close ECF Nos. 88 and 111.

**SO ORDERED.**

Dated:    New York, New York
           February 17, 2023

                                        John G. Koeltl
                                 United States District Judge