Davis Wright Tremaine LLP

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Elizabeth A. McNamara**
(212) 489-8230 tel
(212) 489-8340 fax

lizmcnamara@dwt.com

April 5, 2023

**VIA ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:     *Hachette Book Group, Inc., et al. v. Internet Archive, et al.*, 20-cv-04160-JGK

Dear Judge Koeltl:

The parties write jointly in response to the Court's March 24, 2023 order granting Plaintiffs'
motion for summary judgment, denying Defendant's motion for summary judgment, and
ordering the parties to submit a proposal for the appropriate procedure to determine the judgment
to be entered in this case no later than April 7, 2023.

The parties have engaged in multiple constructive conversations directed towards our shared goal
of submitting a joint procedure to the Court but have not yet reached a resolution.  In light of
these continued discussions and given the religious holidays this week, the parties request a brief
extension of the current deadline.

Accordingly, the parties respectfully request that the Court issue an order extending the deadline
to submit a proposal for the appropriate procedure to determine the judgment to be entered in this
case by seven days, to **April 14, 2023**.

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

*/s/ Elizabeth A. McNamara*
Elizabeth A. McNamara
Linda Steinman
John M. Browning
Jesse Feitel
Carl Mazurek
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230

MORRISON & FOERSTER LLP

*/s/ Joseph C. Gratz*
Joseph C. Gratz (*Pro Hac Vice*)
Jessica E. Lanier (*Pro Hac Vice*)
Aditya V. Kamdar (*Pro Hac Vice*)
Annie A. Lee (*Pro Hac Vice*)
425 Market Street
San Francisco, CA 94105
Phone: (415) 268-7000
Email: JGratz@mofo.com

**DWT.COM**

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

Hon. John G. Koeltl
April 5, 2023
Page 2


Email: lizmcnamara@dwt.com                          JLanier@mofo.com
       lindasteinman@dwt.com                      AKamdar@mofo.com
       jackbrowning@dwt.com                        AnnieLee@mofo.com
       jessefeitel@dwt.com
       carlmazurek@dwt.com


OPPENHEIM + ZEBRAK, LLP                      ELECTRONIC FRONTIER FOUNDATION

Matthew J. Oppenheim                          Corynne McSherry (*Pro Hac Vice*)
Scott A. Zebrak                               Kit Walsh (*Pro Hac Vice*)
Danae Tinelli                                 Cara Gagliano (*Pro Hac Vice*)
4530 Wisconsin Avenue, NW, 5th Floor          815 Eddy Street
Washington, DC 20016                          San Francisco, CA 94109
Phone: (202) 480-2999                         Phone: (415) 436-9333
Email: matt@oandzlaw.com                      Email: corynne@eff.org
       scott@oandzlaw.com                                 kit@eff.org
       danae@oandzlaw.com                                 cara@eff.org

*Attorneys for Plaintiffs*                     *Attorneys for Defendant*