
Davis Wright
Tremaine LLP

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Elizabeth A. McNamara**
(212) 489-8230 tel
(212) 489-8340 fax

lizmcnamara@dwt.com

April 5, 2023

**VIA ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
4/7/23
John G. Koeltl, U.S.D.J.

Re: *Hachette Book Group, Inc., et al. v. Internet Archive, et al.*, 20-cv-04160-JGK

Dear Judge Koeltl:

The parties write jointly in response to the Court's March 24, 2023 order granting Plaintiffs' motion for summary judgment, denying Defendant's motion for summary judgment, and ordering the parties to submit a proposal for the appropriate procedure to determine the judgment to be entered in this case no later than April 7, 2023.

The parties have engaged in multiple constructive conversations directed towards our shared goal of submitting a joint procedure to the Court but have not yet reached a resolution. In light of these continued discussions and given the religious holidays this week, the parties request a brief extension of the current deadline.

Accordingly, the parties respectfully request that the Court issue an order extending the deadline to submit a proposal for the appropriate procedure to determine the judgment to be entered in this case by seven days, to **April 14, 2023**.

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

*/s/ Elizabeth A. McNamara*
Elizabeth A. McNamara
Linda Steinman
John M. Browning
Jesse Feitel
Carl Mazurek
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230

MORRISON & FOERSTER LLP

*/s/ Joseph C. Gratz*
Joseph C. Gratz (*Pro Hac Vice*)
Jessica E. Lanier (*Pro Hac Vice*)
Aditya V. Kamdar (*Pro Hac Vice*)
Annie A. Lee (*Pro Hac Vice*)
425 Market Street
San Francisco, CA 94105
Phone: (415) 268-7000
Email: JGratz@mofo.com

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

Email: lizmcnamara@dwt.com  
       lindasteinman@dwt.com  
       jackbrowning@dwt.com  
       jessefeitel@dwt.com  
       carlmazurek@dwt.com

JLanier@mofo.com  
AKamdar@mofo.com  
AnnieLee@mofo.com

OPPENHEIM + ZEBRAK, LLP

Matthew J. Oppenheim  
Scott A. Zebrak  
Danae Tinelli  
4530 Wisconsin Avenue, NW, 5th Floor  
Washington, DC 20016  
Phone: (202) 480-2999  
Email: matt@oandzlaw.com  
       scott@oandzlaw.com  
       danae@oandzlaw.com

*Attorneys for Plaintiffs*

ELECTRONIC FRONTIER FOUNDATION

Corynne McSherry (*Pro Hac Vice*)  
Kit Walsh (*Pro Hac Vice*)  
Cara Gagliano (*Pro Hac Vice*)  
815 Eddy Street  
San Francisco, CA 94109  
Phone: (415) 436-9333  
Email: corynne@eff.org  
       kit@eff.org  
       cara@eff.org

*Attorneys for Defendant*