**MORRISON FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

April 18, 2023

Writer's Direct Contact
+1 (415) 268-6066
JGratz@mofo.com

**VIA ECF**

The Honorable John G. Koeltl
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

Re:   *Hachette Book Group, Inc., et al. v. Internet Archive*, Case No. 1:20-CV-04160-JGK

Your Honor:

The parties write jointly in connection with their upcoming April 19 deadline to submit a proposal for the appropriate procedure to determine the judgment to be entered in this case.

The parties have continued to engage in constructive conversations directed towards our shared goal of submitting a joint procedure to the Court. Since our last extension request, we have made further progress in our discussions, which are focused on streamlining or eliminating further litigation regarding injunctive relief, damages, and attorneys' fees. In light of those continuing discussions, we request a third extension of the current deadline.

Accordingly, the parties respectfully request that the Court issue an order extending the deadline to submit a proposal for the appropriate procedure to determine the judgment to be entered in this case to **April 27, 2023**.

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

MORRISON & FOERSTER LLP

*/s/ Joseph C. Gratz*
Joseph C. Gratz (Pro Hac Vice)
Jessica E. Lanier (Pro Hac Vice)
Aditya V. Kamdar (Pro Hac Vice)
Annie A. Lee (Pro Hac Vice)

DAVIS WRIGHT TREMAINE LLP

*/s/ Elizabeth A. McNamara*
Elizabeth A. McNamara
Linda Steinman
John M. Browning
Jesse Feitel

# MORRISON FOERSTER

The Honorable John G. Koeltl
April 18, 2023
Page Two

| | |
|---|---|
| 425 Market Street<br>San Francisco, CA 94105<br>Phone: (415) 268-7000<br>Email: JGratz@mofo.com<br>    JLanier@mofo.com<br>    AKamdar@mofo.com<br>    AnnieLee@mofo.com | Carl Mazurek<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020<br>Phone: (212) 489-8230<br>Email: lizmcnamara@dwt.com<br>    lindasteinman@dwt.com<br>    jackbrowning@dwt.com<br>    jessefeitel@dwt.com<br>    carlmazurek@dwt.com |
| ELECTRONIC FRONTIER FOUNDATION<br><br>Corynne McSherry (*Pro Hac Vice*)<br>Kit Walsh (*Pro Hac Vice*)<br>Cara Gagliano (*Pro Hac Vice*)<br>815 Eddy Street<br>San Francisco, CA 94109<br>Phone: (415) 436-9333<br>Email: corynne@eff.org<br>    kit@eff.org<br>    cara@eff.org<br><br>*Attorneys for Defendant* | OPPENHEIM + ZEBRAK, LLP<br><br>Matthew J. Oppenheim<br>Scott A. Zebrak<br>Danae Tinelli<br>4530 Wisconsin Avenue, NW, 5th Floor<br>Washington, DC 20016<br>Phone: (202) 480-2999<br>Email: matt@oandzlaw.com<br>    scott@oandzlaw.com<br>    danae@oandzlaw.com<br><br>*Attorneys for Plaintiffs* |

cc:     All Counsel (via ECF)