# MORRISON FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

April 26, 2023

Writer's Direct Contact
+1 (415) 268-6066
JGratz@mofo.com

**APPLICATION GRANTED**
**SO ORDERED**

4/26/23   /s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

**VIA ECF**

The Honorable John G. Koeltl
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

Re:   *Hachette Book Group, Inc., et al. v. Internet Archive*, Case No. 1:20-CV-04160-JGK

Your Honor:

The parties write jointly in connection with their upcoming April 27 deadline to submit a proposal for the appropriate procedure to determine the judgment to be entered in this case.

The parties have continued to engage in constructive conversations directed towards our shared goal of submitting a joint procedure to the Court. Since our last extension request, we have made yet further progress in our discussions, which are focused on streamlining or eliminating further litigation regarding injunctive relief, damages, and attorneys' fees. The number of open issues has been further reduced, and the parties are optimistic that they will be able to further narrow those issues with further discussion. In light of those continuing discussions, we request a fourth extension of the current deadline.

Accordingly, the parties respectfully request that the Court issue an order extending the deadline to submit a proposal for the appropriate procedure to determine the judgment to be entered in this case to **May 12, 2023**.

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

MORRISON & FOERSTER LLP

*/s/ Joseph C. Gratz*
Joseph C. Gratz (Pro Hac Vice)
Jessica E. Lanier (Pro Hac Vice)

DAVIS WRIGHT TREMAINE LLP

*/s/ Elizabeth A. McNamara*
Elizabeth A. McNamara
Linda Steinman

**MORRISON FOERSTER**

The Honorable John G. Koeltl
April 26, 2023
Page Two

| | |
|---|---|
| Aditya V. Kamdar (Pro Hac Vice) | John M. Browning |
| Annie A. Lee (Pro Hac Vice) | Jesse Feitel |
| 425 Market Street | Carl Mazurek |
| San Francisco, CA 94105 | 1251 Avenue of the Americas, 21st Floor |
| Phone: (415) 268-7000 | New York, NY 10020 |
| Email: JGratz@mofo.com | Phone: (212) 489-8230 |
| JLanier@mofo.com | Email: lizmcnamara@dwt.com |
| AKamdar@mofo.com | lindasteinman@dwt.com |
| AnnieLee@mofo.com | jackbrowning@dwt.com |
| | jessefeitel@dwt.com |
| | carlmazurek@dwt.com |
| ELECTRONIC FRONTIER FOUNDATION | OPPENHEIM + ZEBRAK, LLP |
| Corynne McSherry (*Pro Hac Vice*) | Matthew J. Oppenheim |
| Kit Walsh (*Pro Hac Vice*) | Scott A. Zebrak |
| Cara Gagliano (*Pro Hac Vice*) | Danae Tinelli |
| 815 Eddy Street | 4530 Wisconsin Avenue, NW, 5th Floor |
| San Francisco, CA 94109 | Washington, DC 20016 |
| Phone: (415) 436-9333 | Phone: (202) 480-2999 |
| Email: corynne@eff.org | Email: matt@oandzlaw.com |
| kit@eff.org | scott@oandzlaw.com |
| cara@eff.org | danae@oandzlaw.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiffs* |

cc:     All Counsel (via ECF)