

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Elizabeth McNamara**
212-603-6437 tel
212-489-8340 fax

lizmcnamara@dwt.com

May 25, 2023

**VIA ECF**
The Honorable John G. Koeltl
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

Re:   *Hachette Book Group, Inc., et al. v. Internet Archive*, Case No. 1:20-CV-04160-JGK

Your Honor:

The parties write jointly in connection with their upcoming May 26 deadline to submit a proposal for the appropriate procedure to determine the judgment to be entered in this case.

The parties have continued to engage in constructive conversations directed towards our shared goal of submitting a joint procedure to the Court. As indicated earlier, the parties have resolved all but a few substantive issues with respect to injunctive relief, and expect that further discussion will resolve all but potentially one. In the last two weeks, the parties have had a further productive exchange of proposals regarding the resolution of claims for damages and attorneys' fees. The parties are cautiously optimistic that this will be the last extension request.

Accordingly, the parties respectfully request that the Court issue an order extending the deadline to submit a proposal for the appropriate procedure to determine the judgment to be entered in this case to **June 9, 2023**.

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

| MORRISON & FOERSTER LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| */s/ Joseph C. Gratz* | */s/ Elizabeth A. McNamara* |
| Joseph C. Gratz (Pro Hac Vice) | Elizabeth A. McNamara |
| Jessica E. Lanier (Pro Hac Vice) | Linda Steinman |
| Aditya V. Kamdar (Pro Hac Vice) | John M. Browning |
| Annie A. Lee (Pro Hac Vice) | Jesse Feitel |
| 425 Market Street | Carl Mazurek |
| San Francisco, CA 94105 | 1251 Avenue of the Americas, 21st Floor |

4858-5726-9603v.1 0092453-000002

The Honorable John G. Koeltl
May 25, 2023
Page Two

Phone: (415) 268-7000
Email: JGratz@mofo.com
      JLanier@mofo.com
      AKamdar@mofo.com
      AnnieLee@mofo.com

New York, NY 10020
Phone: (212) 489-8230
Email: lizmcnamara@dwt.com
      lindasteinman@dwt.com
      jackbrowning@dwt.com
      jessefeitel@dwt.com
      carlmazurek@dwt.com

ELECTRONIC FRONTIER FOUNDATION

Corynne McSherry (*Pro Hac Vice*)
Kit Walsh (*Pro Hac Vice*)
Cara Gagliano (*Pro Hac Vice*)
815 Eddy Street
San Francisco, CA 94109
Phone: (415) 436-9333
Email: corynne@eff.org
      kit@eff.org
      cara@eff.org

*Attorneys for Defendant*

OPPENHEIM + ZEBRAK, LLP

Matthew J. Oppenheim
Scott A. Zebrak
Danae Tinelli
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Phone: (202) 480-2999
Email: matt@oandzlaw.com
      scott@oandzlaw.com
      danae@oandzlaw.com

*Attorneys for Plaintiffs*

cc:    All Counsel (via ECF)

4858-5726-9603v.1 0092453-000002