

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Elizabeth McNamara**
212-603-6437 tel
212-489-8340 fax

lizmcnamara@dwt.com

June 22, 2023

**VIA ECF**
The Honorable John G. Koeltl
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

Re:   *Hachette Book Group, Inc., et al. v. Internet Archive*, Case No. 1:20-CV-04160-JGK

Your Honor:

The parties write jointly in connection with their upcoming June 23 deadline to submit a proposal for the appropriate procedure to determine the judgment to be entered in this case.

The parties have continued to engage in constructive conversations directed towards our shared goal of submitting a joint procedure to the Court. The parties are currently engaged in drafting a consent judgment subject to a right of appeal, as well as other documents reflecting the parties' anticipated agreements, and expect to present to the Court a proposed procedure to determine the judgment to be entered in this case in the next several weeks.

Accordingly, the parties respectfully request that the Court issue an order extending the deadline to submit a proposal for the appropriate procedure to determine the judgment to be entered in this case to **July 14, 2023**.

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

| MORRISON & FOERSTER LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| */s/ Joseph C. Gratz* | */s/ Elizabeth A. McNamara* |
| Joseph C. Gratz (Pro Hac Vice) | Elizabeth A. McNamara |
| Jessica E. Lanier (Pro Hac Vice) | Linda Steinman |
| Aditya V. Kamdar (Pro Hac Vice) | John M. Browning |
| Annie A. Lee (Pro Hac Vice) | Jesse Feitel |
| 425 Market Street | Carl Mazurek |
| San Francisco, CA 94105 | 1251 Avenue of the Americas, 21st Floor |
| Phone: (415) 268-7000 | New York, NY 10020 |
| Email: JGratz@mofo.com | Phone: (212) 489-8230 |

4881-3251-6972v.2 0092453-000002

The Honorable John G. Koeltl
June 22, 2023
Page Two

<div style="display: flex;">
<div>

JLanier@mofo.com
AKamdar@mofo.com
AnnieLee@mofo.com

</div>
<div>

Email: lizmcnamara@dwt.com
lindasteinman@dwt.com
jackbrowning@dwt.com
jessefeitel@dwt.com
carlmazurek@dwt.com

</div>
</div>

ELECTRONIC FRONTIER FOUNDATION

Corynne McSherry (*Pro Hac Vice*)
Kit Walsh (*Pro Hac Vice*)
Cara Gagliano (*Pro Hac Vice*)
815 Eddy Street
San Francisco, CA 94109
Phone: (415) 436-9333
Email: corynne@eff.org
    kit@eff.org
    cara@eff.org

*Attorneys for Defendant*

OPPENHEIM + ZEBRAK, LLP

Matthew J. Oppenheim
Scott A. Zebrak
Danae Tinelli
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Phone: (202) 480-2999
Email: matt@oandzlaw.com
    scott@oandzlaw.com
    danae@oandzlaw.com

*Attorneys for Plaintiffs*

cc:    All Counsel (via ECF)

4881-3251-6972v.2 0092453-000002