IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,

    Plaintiffs,

 -against-

INTERNET ARCHIVE and DOES 1 through 5, inclusive,

    Defendants.

---

Index No. 1:20-CV-04160-JGK

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

 PLEASE TAKE NOTICE that upon the annexed declaration of Jessica E. Lanier in support of this motion, Defendant Internet Archive ("Defendant") will move this Court for an Order permitting Jessica E. Lanier of the firm of Morrison & Foerster LLP to withdraw as counsel of record for Defendants and to be removed from the CMECF service list.

Dated: July 6, 2023    Respectfully submitted,

           MORRISON & FOERSTER LLP

           By:  */s/ Jessica E. Lanier*
             Jessica E. Lanier
             425 Market Street
             San Francisco, CA 94105
             Telephone: 415-268-7000
             Facsimile: 415-268-7522
             Email: jlanier@mofo.com

           *Attorney for Defendant Internet Archive*