IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC,

                Plaintiffs,

      -against-

INTERNET ARCHIVE and DOES 1 through 5, inclusive,

                Defendants.

------------------------------------------------------------------ x

Index No.  1:20-CV-04160-JGK

# ORDER OF WITHDRAWAL OF
# JESSICA E. LANIER AS COUNSEL OF RECORD

      Upon consideration of the motion to withdraw the appearance of Jessica E. Lanier and the Declaration in Support, dated July 6, 2023, it is,

      ORDERED that Jessica E. Lanier, be withdrawn as counsel of record for Defendant and it is further,

      ORDERED that the clerk is directed to remove Ms. Lanier from the Court's electronic service list.

                                                                SO ORDERED.

Dated: July __, 2023

                                                       _____
                                                       Hon. John G. Koeltl
                                                       United States District Judge