IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
: 
HACHETTE BOOK GROUP, INC., : Index No.  1:20-CV-04160-JGK
HARPERCOLLINS PUBLISHERS LLC, JOHN :
WILEY & SONS, INC., and PENGUIN RANDOM :
HOUSE LLC, :
: **DECLARATION OF JESSICA**
Plaintiffs, : **E. LANIER IN SUPPORT OF**
: **MOTION TO WITHDRAW AS**
-against- : **COUNSEL OF RECORD**
:
INTERNET ARCHIVE and DOES 1 through 5, :
inclusive, :
:
Defendants. :
------------------------------------------------------------------ x

I, Jessica E. Lanier, hereby declare:

    1.    I am an attorney with the law firm of Morrison & Foerster LLP.  Effective no later than July 7, 2023, I will no longer be associated with Morrison & Foerster LLP.

    2.    I submit this declaration in support of the motion to withdraw my appearance as counsel of record for defendant Internet Archive ("Defendant") from this action.

    3.    Pursuant to Local Civil Rule 1.4, I am not asserting a retaining or charging lien. Further pursuant to Local Civil Rule 1.4, the posture of the case is as follows: the Court has ruled on the parties' competing motions for summary judgment, and the parties are negotiating a proposal for the appropriate procedure to determine the judgment to be entered in this matter including but not limited to drafting a consent judgment subject to a right of appeal as well as other documents reflecting the parties' anticipated agreements.  There is no pending motion before the Court.

2

      4.      Defendants will continue to be represented by Joseph C. Gratz, Aditya V. Kamdar, Annie A. Lee, and Allyson Bennett of Morrison & Foerster LLP.

      5.      I certify that my withdrawal will not cause or result in any delay or prejudice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2023
San Francisco, CA

By:   */s/ Jessica E. Lanier*
      Jessica E. Lanier