IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

HACHETTE BOOK GROUP, INC.,
HARPERCOLLINS PUBLISHERS LLC, JOHN
WILEY & SONS, INC., and PENGUIN RANDOM
HOUSE LLC,

              Plaintiffs,

      -against-

INTERNET ARCHIVE and DOES 1 through 5,
inclusive,

             Defendants.

------------------------------------------------------------------ x

Index No. 1:20-CV-04160-JGK

## ORDER OF WITHDRAWAL OF
## JESSICA E. LANIER AS COUNSEL OF RECORD

Upon consideration of the motion to withdraw the appearance of Jessica E. Lanier and the Declaration in Support, dated July 6, 2023, it is,

ORDERED that Jessica E. Lanier, be withdrawn as counsel of record for Defendant and it is further,

ORDERED that the clerk is directed to remove Ms. Lanier from the Court's electronic service list.

SO ORDERED.

Dated: July 7, 2023

_____
Hon. John G. Koeltl
United States District Judge