# ⅢORRISON ⸻ FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

July 13, 2023

Writer's Direct Contact
+1 (415) 268-6066
JGratz@mofo.com

**VIA ECF**

The Honorable John G. Koeltl
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

Re:     *Hachette Book Group, Inc., et al. v. Internet Archive*, Case No. 1:20-CV-04160-JGK

Your Honor:

The parties write jointly in connection with their upcoming July 14 deadline to submit a proposal for the appropriate procedure to determine the judgment to be entered in this case.

The parties have continued to engage in constructive conversations directed towards our shared goal of submitting a joint procedure to the Court. The parties are close to finalizing details of a consent judgment subject to a right of appeal, as well as other documents reflecting the parties' anticipated agreements, and have exchanged several drafts of those documents. The parties expect to present to the Court a proposed procedure to determine the judgment to be entered in this case in the next few weeks, barring unforeseen delays.

Accordingly, the parties respectfully request that the Court issue an order extending the deadline to submit a proposal for the appropriate procedure to determine the judgment to be entered in this case to **July 28, 2023**.

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

MORRISON & FOERSTER LLP

*/s/ Joseph C. Gratz*
Joseph C. Gratz (*Pro Hac Vice*)
Annie A. Lee (*Pro Hac Vice*)

DAVIS WRIGHT TREMAINE LLP

*/s/ Elizabeth A. McNamara*
Elizabeth A. McNamara
Linda Steinman
John M. Browning

# ᄤORRISON FOERSTER

The Honorable John G. Koeltl
July 13, 2023
Page Two


425 Market Street
San Francisco, CA 94105
Phone: (415) 268-7000
Email: JGratz@mofo.com
   AnnieLee@mofo.com

Aditya V. Kamdar (*Pro Hac Vice*)
2100 L Street NW, Suite 900
Washington, D.C. 20037
Phone: (202) 887-1500
Email: Akamdar@mofo.com


ELECTRONIC FRONTIER
FOUNDATION

Corynne McSherry (*Pro Hac Vice*)
Kit Walsh (*Pro Hac Vice*)
Cara Gagliano (*Pro Hac Vice*)
815 Eddy Street
San Francisco, CA 94109
Phone: (415) 436-9333
Email: corynne@eff.org
   kit@eff.org
   cara@eff.org

*Attorneys for Defendant*


Jesse Feitel
Carl Mazurek
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Email: lizmcnamara@dwt.com
   lindasteinman@dwt.com
   jackbrowning@dwt.com
   jessefeitel@dwt.com
   carlmazurek@dwt.com


OPPENHEIM + ZEBRAK, LLP

Matthew J. Oppenheim
Scott A. Zebrak
Danae Tinelli
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Phone: (202) 480-2999
Email: matt@oandzlaw.com
   scott@oandzlaw.com
   danae@oandzlaw.com

*Attorneys for Plaintiffs*


cc:  All Counsel (via ECF)